# EXHIBIT K

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/99 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # :1FR051-30 as of 6/30/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/99 | NET MARKET VALUE 6/30/99 |
|---|---:|---:|---:|
| AT&T CORP. | 3,000 | 55 13/16 | 167,437.50 |
| AMERICAN EXPRESS CO. | 2,500 | 130 1/8 | 325,312.50 |
| CATERPILLAR INC. | 1,700 | 60 | 102,000.00 |
| CISCO SYSTEMS INC. | 2,900 | 64 7/16 | 186,868.75 |
| COCA-COLA C0. | 4,400 | 62 | 272,800.00 |
| EASTMAN KODAK CO. | 2,300 | 67 3/4 | 155,825.00 |
| EXXON CORP. | 3,800 | 77 1/8 | 293,075.00 |
| FIDELITY SPARTAN SBI | 2,689 | 1 | 2,689.00 |
| FORD MOTOR CO. | 3,100 | 56 7/16 | 174,956.25 |
| GENERAL ELECTRIC CO. | 1,900 | 113 | 214,700.00 |
| JOHNSON & JOHNSON | 2,500 | 98 | 245,000.00 |
| MERCK & CO. | 2,900 | 73 5/8 | 213,512.50 |
| MICROSOFT CORP. | 3,000 | 90 3/16 | 270,562.50 |
| PEPSICO INC. | 4,200 | 38 11/16 | 162,487.50 |
| SEARS ROEBUCK & CO. | 2,000 | 44 9/16 | 89,125.00 |
| U.S. TREASURY BILL DUE 10/21/99 | 1,000,000 | 0.9855 | 985,500.00 |
| U.S. TREASURY BILL DUE 10/28/99 | 1,000,000 | 0.9847 | 984,700.00 |

Net Market Value of
Open Security Positions          $   4,846,551.50

Cash Balance                              0.12

Total Equity                     $   4,846,551.62

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

STRAND 00106

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/99 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # :1FR051-30 as of 12/31/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/99 | NET MARKET VALUE 12/31/99 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 5,666 | 1 | 5,666.00 |
| U.S. TREASURY BILL DUE 04/20/00 | 450,000 | 0.9839 | 442,755.00 |
| U.S. TREASURY BILL DUE 04/27/00 | 450,000 | 0.9827 | 442,215.00 |
| U.S. TREASURY BILL DUE 05/04/00 | 500,000 | 0.9815 | 490,750.00 |
| U.S. TREASURY BILL DUE 05/11/00 | 500,000 | 0.9803 | 490,150.00 |
| U.S. TREASURY BILL DUE 05/18/00 | 525,000 | 0.9792 | 514,080.00 |
| U.S. TREASURY BILL DUE 05/25/00 | 600,000 | 0.9781 | 586,860.00 |
| U.S. TREASURY BILL DUE 06/01/00 | 650,000 | 0.9770 | 635,050.00 |
| U.S. TREASURY BILL DUE 06/08/00 | 750,000 | 0.9758 | 731,850.00 |
| U.S. TREASURY BILL DUE 06/15/00 | 750,000 | 0.9749 | 731,175.00 |

Net Market Value of
Open Security Positions        $   5,070,551.00

Cash Balance                                0.44

Total Equity                   $   5,070,551.44



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

STRAND 00107



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/00 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # :1FR051-30 as of 6/30/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/00 | NET MARKET VALUE 6/30/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 31,392 | 1 | 31,392.00 |
| U.S. TREASURY BILL DUE 09/07/00 | 2,000,000 | 0.9891 | 1,978,200.00 |
| U.S. TREASURY BILL DUE 09/21/00 | 2,000,000 | 0.9869 | 1,973,800.00 |
| U.S. TREASURY BILL DUE 09/28/00 | 2,000,000 | 0.9858 | 1,971,600.00 |
| U.S. TREASURY BILL DUE 10/05/00 | 2,000,000 | 0.9845 | 1,969,000.00 |
| U.S. TREASURY BILL DUE 10/12/00 | 1,000,000 | 0.9834 | 983,400.00 |
| U.S. TREASURY BILL DUE 11/09/00 | 1,000,000 | 0.9784 | 978,400.00 |
| U.S. TREASURY BILL DUE 11/16/00 | 200,000 | 0.9773 | 195,460.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 10,081,252.00 |
| Cash Balance | | 0.12 |
| **Total Equity** | $ | 10,081,252.12 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

STRAND 00108

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/00 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # :1FR051-30 as of 12/31/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/00 | NET MARKET VALUE 12/31/00 |
|---|---:|---:|---:|
| FIDELITY SPARTAN SBI | 20,232 | 1 | 20,232.00 |
| U.S. TREASURY BILL DUE 04/26/01 | 1,000,000 | 0.9817 | 981,700.00 |
| U.S. TREASURY BILL DUE 05/03/01 | 1,000,000 | 0.9805 | 980,500.00 |
| U.S. TREASURY BILL DUE 05/10/01 | 1,000,000 | 0.9795 | 979,500.00 |
| U.S. TREASURY BILL DUE 05/17/01 | 1,000,000 | 0.9785 | 978,500.00 |
| U.S. TREASURY BILL DUE 05/24/01 | 1,000,000 | 0.9775 | 977,500.00 |
| U.S. TREASURY BILL DUE 05/31/01 | 1,000,000 | 0.9765 | 976,500.00 |
| U.S. TREASURY BILL DUE 06/07/01 | 1,000,000 | 0.9754 | 975,400.00 |
| U.S. TREASURY BILL DUE 06/14/01 | 1,100,000 | 0.9743 | 1,071,730.00 |
| U.S. TREASURY BILL DUE 06/21/01 | 1,400,000 | 0.9734 | 1,362,760.00 |
| U.S. TREASURY BILL DUE 06/28/01 | 1,000,000 | 0.9725 | 972,500.00 |

Net Market Value of
Open Security Positions          $ 10,276,822.00

Cash Balance                             0.19

Total Equity                     $ 10,276,822.19



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00109

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/01 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # :1FR051-30 as of 6/30/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/01 | NET MARKET VALUE 6/30/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,762 | 1 | 21,762.00 |
| U.S. TREASURY BILL DUE 07/26/01 | 2,000,000 | 0.9976 | 1,995,200.00 |
| U.S. TREASURY BILL DUE 09/13/01 | 2,000,000 | 0.9925 | 1,985,000.00 |
| U.S. TREASURY BILL DUE 09/20/01 | 2,000,000 | 0.9918 | 1,983,600.00 |
| U.S. TREASURY BILL DUE 09/27/01 | 2,000,000 | 0.9911 | 1,982,200.00 |
| U.S. TREASURY BILL DUE 10/04/01 | 2,000,000 | 0.9904 | 1,980,800.00 |
| U.S. TREASURY BILL DUE 10/11/01 | 2,025,000 | 0.9898 | 2,004,345.00 |
| U.S. TREASURY BILL DUE 10/18/01 | 3,500,000 | 0.9891 | 3,461,850.00 |

Net Market Value of
Open Security Positions        $ 15,414,757.00

Cash Balance                              0.37

Total Equity                   $ 15,414,757.37



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00110

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/01 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # :1FR051-30 as of 12/31/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/01 | NET MARKET VALUE 12/31/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 56,762 | 1 | 56,762.00 |
| U.S. TREASURY BILL DUE 02/14/02 | 1,000,000 | 0.9979 | 997,900.00 |
| U.S. TREASURY BILL DUE 02/21/02 | 1,000,000 | 0.9976 | 997,600.00 |
| U.S. TREASURY BILL DUE 03/07/02 | 1,000,000 | 0.9969 | 996,900.00 |
| U.S. TREASURY BILL DUE 03/14/02 | 1,000,000 | 0.9966 | 996,600.00 |
| U.S. TREASURY BILL DUE 03/21/02 | 1,000,000 | 0.9963 | 996,300.00 |
| U.S. TREASURY BILL DUE 03/28/02 | 1,000,000 | 0.9959 | 995,900.00 |
| U.S. TREASURY BILL DUE 04/04/02 | 1,000,000 | 0.9956 | 995,600.00 |
| U.S. TREASURY BILL DUE 04/11/02 | 1,000,000 | 0.9953 | 995,300.00 |
| U.S. TREASURY BILL DUE 04/18/02 | 1,000,000 | 0.9949 | 994,900.00 |
| U.S. TREASURY BILL DUE 04/25/02 | 1,000,000 | 0.9946 | 994,600.00 |
| U.S. TREASURY BILL DUE 05/02/02 | 1,000,000 | 0.9943 | 994,300.00 |
| U.S. TREASURY BILL DUE 05/23/02 | 1,700,000 | 0.9932 | 1,688,440.00 |
| U.S. TREASURY BILL DUE 05/30/02 | 1,700,000 | 0.9928 | 1,687,760.00 |

Net Market Value of
Open Security Positions          $ 14,388,862.00

Cash Balance                              0.91

Total Equity                     $ 14,388,862.91



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00111

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/02 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 6/30/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/02 | NET MARKET VALUE 6/30/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 9,589 | 1 | 9,589.00 |
| U.S. TREASURY BILL DUE 09/19/02 | 1,000,000 | 0.99617 | 996,170.00 |
| U.S. TREASURY BILL DUE 09/26/02 | 1,000,000 | 0.99585 | 995,850.00 |
| U.S. TREASURY BILL DUE 10/03/02 | 1,000,000 | 0.99553 | 995,530.00 |
| U.S. TREASURY BILL DUE 10/10/02 | 1,200,000 | 0.99523 | 1,194,276.00 |
| U.S. TREASURY BILL DUE 10/17/02 | 1,200,000 | 0.99488 | 1,193,856.00 |
| U.S. TREASURY BILL DUE 10/24/02 | 1,300,000 | 0.99456 | 1,292,928.00 |
| U.S. TREASURY BILL DUE 10/31/02 | 2,000,000 | 0.99420 | 1,988,400.00 |
| U.S. TREASURY BILL DUE 11/07/02 | 2,000,000 | 0.99388 | 1,987,760.00 |
| U.S. TREASURY BILL DUE 11/14/02 | 1,500,000 | 0.99351 | 1,490,265.00 |
| U.S. TREASURY BILL DUE 11/21/02 | 1,700,000 | 0.99319 | 1,688,423.00 |
| U.S. TREASURY BILL DUE 12/05/02 | 1,000,000 | 0.99253 | 992,530.00 |

Net Market Value of
Open Security Positions       $ 14,825,577.00

Cash Balance                         0.63

Total Equity                  $ 14,825,577.63



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00112



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/02 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 12/31/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/02 | NET MARKET VALUE 12/31/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,320 | 1 | 21,320.00 |
| U.S. TREASURY BILL DUE 01/30/03 | 700,000 | 0.99904 | 699,328.00 |
| U.S. TREASURY BILL DUE 02/13/03 | 1,000,000 | 0.99862 | 998,620.00 |
| U.S. TREASURY BILL DUE 02/20/03 | 1,000,000 | 0.99840 | 998,400.00 |
| U.S. TREASURY BILL DUE 02/27/03 | 1,000,000 | 0.99817 | 998,170.00 |
| U.S. TREASURY BILL DUE 03/06/03 | 1,000,000 | 0.99794 | 997,940.00 |
| U.S. TREASURY BILL DUE 03/13/03 | 1,000,000 | 0.99770 | 997,700.00 |
| U.S. TREASURY BILL DUE 03/20/03 | 1,000,000 | 0.99748 | 997,480.00 |
| U.S. TREASURY BILL DUE 03/27/03 | 1,000,000 | 0.99723 | 997,230.00 |
| U.S. TREASURY BILL DUE 04/03/03 | 1,000,000 | 0.99695 | 996,950.00 |
| U.S. TREASURY BILL DUE 04/10/03 | 1,000,000 | 0.99669 | 996,690.00 |
| U.S. TREASURY BILL DUE 04/17/03 | 1,000,000 | 0.99649 | 996,490.00 |
| U.S. TREASURY BILL DUE 04/24/03 | 1,000,000 | 0.99623 | 996,230.00 |

**Net Market Value of Open Security Positions**       $ 11,692,548.00

**Cash Balance**        0.64

**Total Equity**        $ 11,692,548.64



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00113



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/03 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 6/30/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/03 | NET MARKET VALUE 6/30/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 19,528 | 1 | 19,528.00 |
| U.S. TREASURY BILL DUE 10/02/03 | 750,000 | 0.99770 | 748,275.00 |
| U.S. TREASURY BILL DUE 10/09/03 | 500,000 | 0.99759 | 498,795.00 |
| U.S. TREASURY BILL DUE 10/16/03 | 900,000 | 0.99742 | 897,678.00 |
| U.S. TREASURY BILL DUE 10/23/03 | 1,200,000 | 0.99725 | 1,196,700.00 |
| U.S. TREASURY BILL DUE 10/30/03 | 800,000 | 0.99709 | 797,672.00 |
| U.S. TREASURY BILL DUE 11/06/03 | 700,000 | 0.99667 | 697,669.00 |
| U.S. TREASURY BILL DUE 11/13/03 | 750,000 | 0.99649 | 747,367.50 |
| U.S. TREASURY BILL DUE 11/20/03 | 900,000 | 0.99631 | 896,679.00 |
| U.S. TREASURY BILL DUE 11/28/03 | 450,000 | 0.99606 | 448,227.00 |
| U.S. TREASURY BILL DUE 12/04/03 | 600,000 | 0.99590 | 597,540.00 |
| U.S. TREASURY BILL DUE 12/11/03 | 1,000,000 | 0.99572 | 995,720.00 |
| U.S. TREASURY BILL DUE 12/18/03 | 2,950,000 | 0.99554 | 2,936,843.00 |

**Net Market Value of Open Security Positions**    $ 11,478,693.50

**Cash Balance**    0.17

**Total Equity**    $ 11,478,693.67



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00114

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-242
800 334-134
Fax 212 486-817

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/03 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 12/31/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/03 | NET MARKET VALUE 12/31/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 47,108 | 1 | 47,108.00 |
| U.S. TREASURY BILL DUE 03/18/04 | 900,000 | 0.99818 | 898,362.00 |
| U.S. TREASURY BILL DUE 04/01/04 | 1,000,000 | 0.99767 | 997,670.00 |
| U.S. TREASURY BILL DUE 04/08/04 | 1,000,000 | 0.99753 | 997,530.00 |
| U.S. TREASURY BILL DUE 04/15/04 | 850,000 | 0.99738 | 847,773.00 |
| U.S. TREASURY BILL DUE 04/22/04 | 900,000 | 0.99718 | 897,462.00 |
| U.S. TREASURY BILL DUE 04/29/04 | 1,150,000 | 0.99700 | 1,146,550.00 |
| U.S. TREASURY BILL DUE 05/06/04 | 1,000,000 | 0.99683 | 996,830.00 |
| U.S. TREASURY BILL DUE 05/13/04 | 500,000 | 0.99665 | 498,325.00 |
| U.S. TREASURY BILL DUE 05/20/04 | 750,000 | 0.99644 | 747,330.00 |
| U.S. TREASURY BILL DUE 05/27/04 | 1,000,000 | 0.99630 | 996,300.00 |
| U.S. TREASURY BILL DUE 06/03/04 | 1,050,000 | 0.99600 | 1,045,800.00 |
| U.S. TREASURY BILL DUE 06/17/04 | 1,175,000 | 0.99559 | 1,169,818.25 |

| | |
|---|---|
| Net Market Value of Open Security Positions | $ 11,286,858.25 |
| Cash Balance | 0.52 |
| Total Equity | $ 11,286,858.77 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00115

  

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Oʳᵈ 5.41 ٪

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/04 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 6/30/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/04 | NET MARKET VALUE 6/30/04 |
|---|---:|---:|---:|
| FIDELITY SPARTAN SBI | 21,209 | 1 | 21,209.00 |
| U.S. TREASURY BILL DUE 09/16/04 | 1,000,000 | 0.99740 | 997,400.00 |
| U.S. TREASURY BILL DUE 09/23/04 | 1,050,000 | 0.99705 | 1,046,902.50 |
| U.S. TREASURY BILL DUE 09/30/04 | 750,000 | 0.99673 | 747,547.50 |
| U.S. TREASURY BILL DUE 10/07/04 | 900,000 | 0.99642 | 896,778.00 |
| U.S. TREASURY BILL DUE 10/14/04 | 1,300,000 | 0.99614 | 1,294,982.00 |
| U.S. TREASURY BILL DUE 10/21/04 | 900,000 | 0.99567 | 896,103.00 |
| U.S. TREASURY BILL DUE 10/28/04 | 800,000 | 0.99530 | 796,240.00 |
| U.S. TREASURY BILL DUE 11/04/04 | 1,100,000 | 0.99481 | 1,094,291.00 |
| U.S. TREASURY BILL DUE 11/12/04 | 575,000 | 0.99445 | 571,808.75 |
| U.S. TREASURY BILL DUE 11/18/04 | 775,000 | 0.99413 | 770,450.75 |
| U.S. TREASURY BILL DUE 11/26/04 | 775,000 | 0.99379 | 770,187.25 |
| U.S. TREASURY BILL DUE 12/02/04 | 800,000 | 0.99333 | 794,664.00 |
| U.S. TREASURY BILL DUE 12/09/04 | 900,000 | 0.99285 | 893,565.00 |

Net Market Value of
Open Security Positions      $ 11,592,128.75

Cash Balance                              0.28

Total Equity                 $ 11,592,129.03

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00116



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

$5\ 0/2\ /$

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

    Please be advised that as of 12/31/04 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 12/31/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/04 | NET MARKET VALUE 12/31/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 2,743 | 1 | 2,743.00 |
| U.S. TREASURY BILL DUE 03/03/05 | 1,000,000 | 0.99647 | 996,470.00 |
| U.S. TREASURY BILL DUE 03/10/05 | 1,000,000 | 0.99603 | 996,030.00 |
| U.S. TREASURY BILL DUE 03/17/05 | 1,000,000 | 0.99559 | 995,590.00 |
| U.S. TREASURY BILL DUE 03/24/05 | 1,000,000 | 0.99502 | 995,020.00 |
| U.S. TREASURY BILL DUE 03/31/05 | 1,000,000 | 0.99453 | 994,530.00 |
| U.S. TREASURY BILL DUE 04/07/05 | 1,000,000 | 0.99396 | 993,960.00 |
| U.S. TREASURY BILL DUE 04/14/05 | 1,000,000 | 0.99336 | 993,360.00 |
| U.S. TREASURY BILL DUE 04/21/05 | 1,100,000 | 0.99282 | 1,092,102.00 |
| U.S. TREASURY BILL DUE 04/28/05 | 1,100,000 | 0.99230 | 1,091,530.00 |
| U.S. TREASURY BILL DUE 05/05/05 | 1,350,000 | 0.99167 | 1,338,754.50 |
| U.S. TREASURY BILL DUE 05/12/05 | 1,375,000 | 0.99116 | 1,362,845.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 11,852,934.50 |
| Cash Balance | | 0.66 |
| **Total Equity** | $ | 11,852,935.16 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00117



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

5,051 Y.

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/05 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1FR051-30 as of 06/30/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/05 | NET MARKET VALUE 06/30/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 457 | 1 | 457.00 |
| U.S. TREASURY BILL DUE 09/01/05 | 1,050,000 | 0.99473 | 1,044,466.50 |
| U.S. TREASURY BILL DUE 09/08/05 | 1,200,000 | 0.99413 | 1,192,956.00 |
| U.S. TREASURY BILL DUE 09/15/05 | 1,200,000 | 0.99354 | 1,192,248.00 |
| U.S. TREASURY BILL DUE 09/22/05 | 1,200,000 | 0.99291 | 1,191,492.00 |
| U.S. TREASURY BILL DUE 09/29/05 | 1,200,000 | 0.99229 | 1,190,748.00 |
| U.S. TREASURY BILL DUE 10/06/05 | 1,200,000 | 0.99162 | 1,189,944.00 |
| U.S. TREASURY BILL DUE 10/13/05 | 1,300,000 | 0.99087 | 1,288,131.00 |
| U.S. TREASURY BILL DUE 10/20/05 | 1,300,000 | 0.99020 | 1,187,260.00 |
| U.S. TREASURY BILL DUE 10/27/05 | 1,300,000 | 0.98962 | 1,286,506.00 |
| U.S. TREASURY BILL DUE 11/03/05 | 1,300,000 | 0.98894 | 1,285,622.00 |

Net Market Value of
Open Security Positions      $ 12,149,830.50

Cash Balance                       0.03

Total Equity                 $ 12,149,830.53



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00118



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/05 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 12/31/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2005 | NET MARKET VALUE 12/31/05 |
|---|---:|---:|---:|
| FIDELITY SPARTAN SBI | 73,703 | 1 | 73,703.00 |
| U.S. TREASURY BILL DUE 02/02/2006 | 2,000,000 | 0.99632 | 1,992,640.00 |
| U.S. TREASURY BILL DUE 02/09/2006 | 2,000,000 | 0.99559 | 1,991,180.00 |
| U.S. TREASURY BILL DUE 02/16/2006 | 3,000,000 | 0.99485 | 2,984,550.00 |
| U.S. TREASURY BILL DUE 02/23/2006 | 2,000,000 | 0.99409 | 1,988,180.00 |
| U.S. TREASURY BILL DUE 03/02/2006 | 2,150,000 | 0.99327 | 2,135,530.50 |
| U.S. TREASURY BILL DUE 03/09/2006 | 1,100,000 | 0.99241 | 1,091,651.00 |

| | | |
|---|---:|---:|
| Net Market Value of Open Security Positions | $ | 12,257,434.50 |
| Cash Balance | | 0.31 |
| **Total Equity** | $ | 12,257,434.81 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00119

5.07%



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/06 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 06/30/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/2006 | NET MARKET VALUE 06/30/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 31,306 | 1 | 31,306.00 |
| U.S. TREASURY BILL DUE 09/21/2006 | 2,000,000 | 0.98882 | 1,977,640.00 |
| U.S. TREASURY BILL DUE 09/28/2006 | 2,000,000 | 0.98785 | 1,975,700.00 |
| U.S. TREASURY BILL DUE 10/05/2006 | 3,000,000 | 0.98680 | 2,960,400.00 |
| U.S. TREASURY BILL DUE 10/12/2006 | 2,000,000 | 0.98582 | 1,971,640.00 |
| U.S. TREASURY BILL DUE 10/19/2006 | 2,000,000 | 0.98480 | 1,969,600.00 |
| U.S. TREASURY BILL DUE 10/26/2006 | 675,000 | 0.98384 | 664,092.00 |

Net Market Value of
Open Security Positions           $    11,550,378.00

Cash Balance                                  0.27

Total Equity                      $    11,550,378.27



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00120

| | **BERNARD L. MADOFF** | 212 230-2424 |
|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | 800 334-1343 |
| | 885 Third Avenue New York, NY 10022 | Fax 212 486-8178 |

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/06 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 12/31/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/06 | NET MARKET VALUE 12/31/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 23,429 | 1 | 23,429.00 |
| U.S. TREASURY BILL DUE 02/15/2007 | 200,000 | 0.99359 | 198,718.00 |
| U.S. TREASURY BILL DUE 02/22/2007 | 300,000 | 0.99264 | 297,792.00 |
| U.S. TREASURY BILL DUE 03/01/2007 | 400,000 | 0.99166 | 396,664.00 |
| U.S. TREASURY BILL DUE 03/08/2007 | 500,000 | 0.99070 | 495,350.00 |
| U.S. TREASURY BILL DUE 03/15/2007 | 500,000 | 0.98978 | 494,890.00 |
| U.S. TREASURY BILL DUE 03/22/2007 | 750,000 | 0.98877 | 741,577.50 |
| U.S. TREASURY BILL DUE 03/29/2007 | 750,000 | 0.98780 | 740,850.00 |
| U.S. TREASURY BILL DUE 04/05/2007 | 750,000 | 0.98682 | 740,115.00 |
| U.S. TREASURY BILL DUE 04/12/2007 | 1,000,000 | 0.98590 | 985,900.00 |
| U.S. TREASURY BILL DUE 04/19/2007 | 1,000,000 | 0.98495 | 984,950.00 |
| U.S. TREASURY BILL DUE 04/26/2007 | 1,000,000 | 0.98397 | 983,970.00 |
| U.S. TREASURY BILL DUE 05/03/2007 | 2,400,000 | 0.98302 | 2,359,248.00 |
| U.S. TREASURY BILL DUE 05/10/2007 | 2,450,000 | 0.98210 | 2,406,145.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 11,849,598.50 |
| Cash Balance | | 0.22 |
| Total Equity | $ | 11,849,598.72 |



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00121



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

**Strand International Investments Ltd.**
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/07 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 06/30/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/07 | NET MARKET VALUE 06/30/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 2,316 | 1 | 2,316.00 |
| U.S. TREASURY BILL DUE 09/20/2007 | 800,000 | 0.98923 | 791,384.00 |
| U.S. TREASURY BILL DUE 09/27/2007 | 900,000 | 0.98833 | 889,497.00 |
| U.S. TREASURY BILL DUE 10/04/2007 | 1,000,000 | 0.98726 | 987,260.00 |
| U.S. TREASURY BILL DUE 10/11/2007 | 1,000,000 | 0.98636 | 986,360.00 |
| U.S. TREASURY BILL DUE 10/18/2007 | 1,100,000 | 0.98560 | 1,084,160.00 |
| U.S. TREASURY BILL DUE 10/25/2007 | 1,100,000 | 0.98463 | 1,083,093.00 |
| U.S. TREASURY BILL DUE 11/01/2007 | 1,000,000 | 0.98375 | 983,750.00 |
| U.S. TREASURY BILL DUE 11/08/2007 | 1,000,000 | 0.98277 | 982,770.00 |
| U.S. TREASURY BILL DUE 11/15/2007 | 1,100,000 | 0.98189 | 1,080,079.00 |
| U.S. TREASURY BILL DUE 11/23/2007 | 750,000 | 0.98081 | 735,607.50 |
| U.S. TREASURY BILL DUE 11/29/2007 | 950,000 | 0.98003 | 931,028.50 |

**Net Market Value of Open Security Positions**    $   10,537,305.00

**Cash Balance**    0.73

**Total Equity**    $   10,537,305.73



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00122

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Bernard L. Madoff

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/07 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 12/31/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2007 | NET MARKET VALUE 12/31/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 34,922 | 1 | 34,922.00 |
| U.S. TREASURY BILL DUE 03/06/2008 | 900,000 | 0.99450 | 895,050.00 |
| U.S. TREASURY BILL DUE 03/13/2008 | 1,500,000 | 0.99382 | 1,490,730.00 |
| U.S. TREASURY BILL DUE 03/20/2008 | 2,500,000 | 0.99304 | 2,482,600.00 |
| U.S. TREASURY BILL DUE 03/27/2008 | 2,000,000 | 0.99234 | 1,984,680.00 |
| U.S. TREASURY BILL DUE 04/03/2008 | 1,800,000 | 0.99149 | 1,784,682.00 |
| U.S. TREASURY BILL DUE 04/10/2008 | 2,100,000 | 0.99105 | 2,081,205.00 |

Net Market Value of
Open Security Positions      $   10,753,869.00

Cash Balance                              0.11

Total Equity                 $   10,753,869.11

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

STRAND 00123



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 45,067 | 1 | 45,067.00 |
| U.S. TREASURY BILL DUE 10/2/2008 | 1,500,000 | 0.99527 | 1,492,905.00 |
| U.S. TREASURY BILL DUE 10/9/2008 | 1,500,000 | 0.99492 | 1,492,380.00 |
| U.S. TREASURY BILL DUE 10/16/2008 | 2,000,000 | 0.99454 | 1,989,080.00 |
| U.S. TREASURY BILL DUE 10/23/2008 | 2,000,000 | 0.99415 | 1,988,300.00 |
| U.S. TREASURY BILL DUE 10/30/2008 | 1,750,000 | 0.99373 | 1,739,027.50 |
| U.S. TREASURY BILL DUE 11/6/2008 | 1,600,000 | 0.99298 | 1,588,768.00 |

Net Market Value of
Open Security Positions        $  10,335,527.50

Cash Balance                          0.76

Total Equity                   $  10,335,528.26



Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

STRAND 00124