# EXHIBIT L



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Mr. Yair Green
24 Ramban Street
Jerusalem 92422
Israel

Dear Mr. Green:

Please be advised that as of 12/31/95 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 As of 12/31/95

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/95 | NET MARKET VALUE 12/31/95 |
|---|---|---|---|
| BIOGEN INC. | 3,000 | 61 1/2 | $184,500.00 |
| COMPAQ COMPUTER CORP. | 7,200 | 48 | $345,600.00 |
| DIGITAL EQUIPMENT CORP. | 4,500 | 64 1/8 | $288,562.50 |
| FIDELITY CASH RESERVES SBI | 18,250 | 1 | $ 18,250.00 |
| NOVELL INC. | 9,500 | 14 1/4 | $135,375.00 |
| STORAGE TECHNOLOGY CORP. | 7,400 | 23 7/8 | $176,675.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | | $1,148,962.50 |
| Cash Balance | | 0.00 |
| Total Equity | | $1,148,962.50 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

*b.5*



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Mr. Yair Green
24 Ramban Street
Jerusalem 92422
Israel

Dear Mr. Green:

Please be advised that as of 06/30/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 06/30/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/96 | NET MARKET VALUE 06/30/96 |
|---|---|---|---|
| BIOGEN INC. | 1,500 | 54 7/8 | $82,312.50 |
| COMPAQ COMPUTER CORP. | 3,600 | 49 1/8 | $176,850.00 |
| FIDELITY CASH RESERVES SBI | 9,937 | 1 | $9,937.00 |
| NOVELL INC. | 4,750 | 13 7/8 | $65,906.25 |
| STORAGE TECHNOLOGY CORP. | 7,567 | 39 1/4 | $297,004.75 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $632,010.50 | |
| **Cash Balance** | 0.50 | |
| **Total Equity** | $632,011.00 | |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

𝑏𝑖5

PREMERO 00058



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Mr. Yair Green
24 Ramban Street
Jerusalem 92422
Israel

Dear Mr. Green:

Please be advised that as of 12/31/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 12/31/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/96 | NET MARKET VALUE 12/31/96 |
|---|---|---|---|
| BIOGEN INC. | 2,000 | 38 3/4 | $ 77,500.00 |
| COMPAQ COMPUTER CORP. | 1,600 | 74 3/8 | $ 119,000.00 |
| FIDELITY SPARTAN FUND | 3,529 | 1 | $ 3,529.00 |
| NOVELL INC. | 14,750 | 9 15/32 | $ 139,664.06 |
| STORAGE TECHNOLOGY CORP. | 6,273 | 47 7/8 | $ 300,319.88 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 80,000 | 61.83 | $ 49,464.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ 689,476.94 | |
| **Cash Balance** | 0.50 | |
| **Total Equity** | $ 689,477.44 | |

*6.5*

PREMERO 00059



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/97 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 6/30/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/97 | NET MARKET VALUE 6/30/97 |
|---|---|---|---|
| BIOGEN INC. | 2,000 | 33 7/8 | $ 67,750.00 |
| DELL COMPUTER CORP. | 2,200 | 117 7/16 | $ 258,362.50 |
| FIDELITY SPARTAN FUND | 9,117 | 1 | $ 9,117.00 |
| NOVELL INC. | 14,750 | 6 15/16 | $ 102,328.12 |
| STORAGE TECHNOLOGY CORP. | 1,322 | 45 1/8 | $ 59,655.25 |
| SUN MICROSYSTEMS INC. | 5,300 | 37 1/4 | $ 197,425.00 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 90,000 | 63.22 | $ 56,898.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 751,535.87 |
| Cash Balance | | 0.63 |
| Total Equity | $ | 751,536.50 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

6.5

PREMERO 00060



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/97 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 12/31/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/97 | NET MARKET VALUE 12/31/97 |
|---|---|---|---|
| AMGEN INC. | 1,600 | 54 1/8 | 86,600.00 |
| AMR CORP. | 800 | 128 1/2 | 102,800.00 |
| AMERICA ONLINE CORP. | 550 | 90 1/2 | 49,775.00 |
| COMPAQ COMPUTER CORP. | 900 | 56 1/2 | 50,850.00 |
| CISCO SYSTEMS INC | 500 | 55 3/4 | 27,875.00 |
| DELL COMPUTER CORP. | 500 | 84 | 42,000.00 |
| FEDERAL EXPRESS CORP. | 700 | 61 1/16 | 42,743.75 |
| MICROSOFT CORP. | 500 | 129 1/4 | 64,625.00 |
| STORAGE TECHNOLOGY CORP. | 300 | 61 15/16 | 18,581.25 |
| SUN MICROSYSTEMS | 750 | 39 7/8 | 29,906.25 |
| U.S. TREASURY BILL DUE 4/16/98 | 310,000 | 0.9847 | 305,257.00 |

NET MARKET VALUE OF
OPEN SECURITY POSITIONS                    $821,013.25

CASH BALANCE                                          $0.85

TOTAL EQUITY                                    $821,014.10

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/98 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 6/30/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/98 | NET MARKET VALUE 6/30/98 |
|---|---|---|---|
| A T & T CORP. | 900 | 57 1/8 | 51,412.50 |
| BOEING CO. | 1,000 | 44 9/16 | 44,562.50 |
| BRISTOL-MYERS SQUIBB CO. | 400 | 114 15/16 | 45,975.00 |
| CISCO SYSTEMS INC. | 600 | 92 1/16 | 55,237.50 |
| COCA-COLA CO. | 500 | 85 1/2 | 42,750.00 |
| DU PONT DE NEMOURS | 800 | 74 11/16 | 59,750.00 |
| DELL COMPUTER CORP. | 600 | 92 13/16 | 55,687.50 |
| FDX CORP. | 700 | 62 3/4 | 43,925.00 |
| FIDELITY SPARTAN SBI | 16,240 | 1 | 16,240.00 |
| INTEL CORP. | 500 | 74 1/8 | 37,062.50 |
| MICROSOFT CORP. | 900 | 108 3/8 | 97,537.50 |
| ORACLE CORP. | 700 | 24 9/16 | 17,193.75 |
| SUN MICROSYSTEMS INC. | 800 | 43 7/16 | 34,750.00 |
| 3COM CORP. | 700 | 30 11/16 | 21,481.25 |
| WAL-MART STORES INC. | 500 | 60 3/4 | 30,375.00 |
| U.S TREASURY BILL DUE 12/10/98 | 250,000 | 0.9770 | 244,250.00 |

Net Market Value of
Open Security Positions          $      898,190.00

Cash Balance                                      0.13

Total Equity                            $      898,190.13

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

*b.5*

PREMERO 00062



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/98 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 12/31/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/98 | NET MARKET VALUE 12/31/98 |
|---|---|---|---|
| ADVANCED MICRO DEVICES | 1,600 | 29 | 46,400.00 |
| AMGEN INC. | 1,000 | 104 9/16 | 104,562.50 |
| AMR CORP. | 1,200 | 59 3/8 | 71,250.00 |
| BIOGEN INC. | 1,200 | 83 | 99,600.00 |
| CISCO SYSTEMS INC. | 1,000 | 92 13/16 | 92,812.50 |
| DELL COMPUTER CORP. | 1,000 | 73 3/16 | 73,187.50 |
| FDX CORP. | 1,000 | 89 3/16 | 89,187.50 |
| FIDELITY SPARTAN SBI | 5,475 | 1 | 5,475.00 |
| JOHNSON AND JOHNSON | 1,000 | 83 7/8 | 83,875.00 |
| LUCENT TECHNOLOGIES INC. | 920 | 109 15/16 | 101,142.50 |
| MERRILL LYNCH &CO. INC. | 1,120 | 66 3/4 | 74,760.00 |
| SUN MICROSYSTEMS INC. | 760 | 85 5/8 | 65,075.00 |
| 3COM CORP. | 1,600 | 44 13/16 | 71,700.00 |

| | | | |
|---|---|---|---|
| Net Market Value of Open Security Positions | | $ | 979,027.50 |
| Cash Balance | | | 0.00 |
| Total Equity | | $ | 979,027.50 |

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222**

6.5

PREMERO 00063

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/99 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 6/30/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/99 | NET MARKET VALUE 6/30/99 |
|---|---|---|---|
| AT&T CORP. | 600 | 55 13/16 | 33,487.50 |
| CISCO SYSTEMS INC. | 1,100 | 64 7/16 | 70,881.25 |
| COCA-COLA CO. | 700 | 62 | 43,400.00 |
| THE WALT DISNEY CO. | 500 | 30 13/16 | 15,406.25 |
| EASTMAN KODAK CO. | 900 | 67 3/4 | 60,975.00 |
| EXXON CORP. | 1,000 | 77 1/8 | 77,125.00 |
| FIDELITY SPARTAN SBI | 3,349 | 1 | 3,349.00 |
| MCI WORLDCOM INC. | 500 | 86 1/16 | 43,031.25 |
| MICROSOFT CORP. | 700 | 90 3/16 | 63,131.25 |
| PEPSICO INC. | 500 | 38 11/16 | 19,343.75 |
| SUN MICROSYSTEMS INC. | 1,500 | 68 7/8 | 103,312.50 |
| U.S. TREASURY BILL DUE 10/28/99 | 540,000 | 0.9847 | 531,738.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,065,180.75 |
| Cash Balance | | 0.88 |
| Total Equity | $ | 1,065,181.63 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

*b.5*

PREMERO 00064

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/99 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 12/31/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/99 | NET MARKET VALUE 12/31/99 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 6,040 | 1 | 6,040.00 |
| U.S. TREASURY BILL DUE 04/20/00 | 100,000 | 0.9839 | 98,390.00 |
| U.S. TREASURY BILL DUE 04/27/00 | 100,000 | 0.9827 | 98,270.00 |
| U.S. TREASURY BILL DUE 05/04/00 | 100,000 | 0.9815 | 98,150.00 |
| U.S. TREASURY BILL DUE 05/11/00 | 100,000 | 0.9803 | 98,030.00 |
| U.S. TREASURY BILL DUE 05/18/00 | 100,000 | 0.9792 | 97,920.00 |
| U.S. TREASURY BILL DUE 05/25/00 | 100,000 | 0.9781 | 97,810.00 |
| U.S. TREASURY BILL DUE 06/01/00 | 150,000 | 0.9770 | 146,550.00 |
| U.S. TREASURY BILL DUE 06/08/00 | 200,000 | 0.9758 | 195,160.00 |
| U.S. TREASURY BILL DUE 06/15/00 | 230,000 | 0.9749 | 224,227.00 |

| | | | |
|---|---|---|---|
| **Net Market Value of** | | | |
| **Open Security Positions** | | $  1,160,547.00 | |
| **Cash Balance** | | 0.73 | |
| **Total Equity** | | $  1,160,547.73 | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/00 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 6/30/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/00 | NET MARKET VALUE 6/30/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 6,515 | 1 | 6,515.00 |
| U.S. TREASURY BILL DUE 09/07/00 | 200,000 | 0.9891 | 197,820.00 |
| U.S. TREASURY BILL DUE 09/21/00 | 200,000 | 0.9869 | 197,380.00 |
| U.S. TREASURY BILL DUE 09/28/00 | 200,000 | 0.9858 | 197,160.00 |
| U.S. TREASURY BILL DUE 10/05/00 | 200,000 | 0.9845 | 196,900.00 |
| U.S. TREASURY BILL DUE 10/12/00 | 200,000 | 0.9834 | 196,680.00 |
| U.S. TREASURY BILL DUE 11/09/00 | 275,000 | 0.9784 | 269,060.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 1,261,515.00 |
| **Cash Balance** | | 0.41 |
| **Total Equity** | $ | 1,261,515.41 |

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/00 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 12/31/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/00 | NET MARKET VALUE 12/31/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 23,281 | 1 | 23,281.00 |
| U.S. TREASURY BILL DUE 04/26/01 | 100,000 | 0.9817 | 98,170.00 |
| U.S. TREASURY BILL DUE 05/03/01 | 100,000 | 0.9805 | 98,050.00 |
| U.S. TREASURY BILL DUE 05/10/01 | 100,000 | 0.9795 | 97,950.00 |
| U.S. TREASURY BILL DUE 05/17/01 | 100,000 | 0.9785 | 97,850.00 |
| U.S. TREASURY BILL DUE 05/24/01 | 100,000 | 0.9775 | 97,750.00 |
| U.S. TREASURY BILL DUE 05/31/01 | 125,000 | 0.9765 | 122,062.50 |
| U.S. TREASURY BILL DUE 06/07/01 | 150,000 | 0.9754 | 146,310.00 |
| U.S. TREASURY BILL DUE 06/14/01 | 200,000 | 0.9743 | 194,860.00 |
| U.S. TREASURY BILL DUE 06/21/01 | 200,000 | 0.9734 | 194,680.00 |
| U.S. TREASURY BILL DUE 06/28/01 | 200,000 | 0.9725 | 194,500.00 |

**Net Market Value of
Open Security Positions**     $  1,365,463.50

**Cash Balance**                          . 0.16

**Total Equity**                  $  1,365,463.66

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00067

| MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022 | 212 230-2424
800 334-1343
Fax 212 486-8178 |

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/01 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 6/30/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/01 | NET MARKET VALUE 6/30/01 |
|----------|-----------------:|----------------------:|-------------------------:|
| FIDELITY SPARTAN SBI | 23,592 | 1 | 23,592.00 |
| U.S. TREASURY BILL DUE 07/26/01 | 275,000 | 0.9976 | 274,340.00 |
| U.S. TREASURY BILL DUE 09/13/01 | 300,000 | 0.9925 | 297,750.00 |
| U.S. TREASURY BILL DUE 09/20/01 | 300,000 | 0.9918 | 297,540.00 |
| U.S. TREASURY BILL DUE 09/27/01 | 300,000 | 0.9911 | 297,330.00 |
| U.S. TREASURY BILL DUE 10/04/01 | 300,000 | 0.9904 | 297,120.00 |

| | | |
|---|---|---:|
| **Net Market Value of Open Security Positions** | $ | 1,487,672.00 |
| **Cash Balance** | | 0.17 |
| **Total Equity** | $ | 1,487,672.17 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00068

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/01 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN073-30 as of 12/31/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/30/01 | NET MARKET VALUE 12/30/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 2,348 | 1 | 2,348.00 |
| U.S. TREASURY BILL DUE 03/21/02 | 300,000 | 0.9963 | 298,890.00 |
| U.S. TREASURY BILL DUE 03/28/02 | 300,000 | 0.9959 | 298,770.00 |
| U.S. TREASURY BILL DUE 04/04/02 | 325,000 | 0.9956 | 323,570.00 |
| U.S. TREASURY BILL DUE 04/11/02 | 325,000 | 0.9953 | 323,472.50 |
| U.S. TREASURY BILL DUE 04/18/02 | 375,000 | 0.9949 | 373,087.50 |

|  |  |  |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 1,620,138.00 |
| **Cash Balance** |  | 0.66 |
| **Total Equity** | $ | 1,620,138.66 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/02 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 6/30/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/02 | NET MARKET VALUE 6/30/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 17,906 | 1 | 17,906.00 |
| U.S. TREASURY BILL DUE 09/19/02 | 125,000 | 0.99617 | 124,521.25 |
| U.S. TREASURY BILL DUE 09/26/02 | 175,000 | 0.99585 | 174,273.75 |
| U.S. TREASURY BILL DUE 10/03/02 | 250,000 | 0.99553 | 248,882.50 |
| U.S. TREASURY BILL DUE 10/10/02 | 250,000 | 0.99523 | 248,807.50 |
| U.S. TREASURY BILL DUE 10/17/02 | 250,000 | 0.99488 | 248,720.00 |
| U.S. TREASURY BILL DUE 10/24/02 | 325,000 | 0.99456 | 323,232.00 |
| U.S. TREASURY BILL DUE 10/31/02 | 400,000 | 0.99420 | 397,680.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,784,023.00 |
| Cash Balance | | 0.00 |
| Total Equity | $ | 1,784,023.00 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

b.5

PREMERO 00070

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/02 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 12/31/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/02 | NET MARKET VALUE 12/31/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 3,532 | 1 | 3,532.00 |
| U.S. TREASURY BILL DUE 01/30/03 | 140,000 | 0.99904 | 139,865.60 |
| U.S. TREASURY BILL DUE 02/13/03 | 200,000 | 0.99862 | 199,724.00 |
| U.S. TREASURY BILL DUE 02/20/03 | 200,000 | 0.99840 | 199,680.00 |
| U.S. TREASURY BILL DUE 02/27/03 | 200,000 | 0.99817 | 199,634.00 |
| U.S. TREASURY BILL DUE 03/06/03 | 200,000 | 0.99794 | 199,588.00 |
| U.S. TREASURY BILL DUE 03/13/03 | 200,000 | 0.99770 | 199,540.00 |
| U.S. TREASURY BILL DUE 03/20/03 | 200,000 | 0.99748 | 199,496.00 |
| U.S. TREASURY BILL DUE 03/27/03 | 200,000 | 0.99723 | 199,446.00 |
| U.S. TREASURY BILL DUE 04/03/03 | 200,000 | 0.99695 | 199,390.00 |
| U.S. TREASURY BILL DUE 04/10/03 | 200,000 | 0.99669 | 199,338.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 1,939,233.60 |
| **Cash Balance** | | 0.07 |
| **Total Equity** | $ | 1,939,233.67 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*N.5*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/03 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 6/30/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/03 | NET MARKET VALUE 6/30/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 5,279 | 1 | 5,279.00 |
| U.S. TREASURY BILL DUE 10/02/03 | 200,000 | 0.99770 | 199,540.00 |
| U.S. TREASURY BILL DUE 10/09/03 | 200,000 | 0.99759 | 199,518.00 |
| U.S. TREASURY BILL DUE 10/16/03 | 200,000 | 0.99742 | 199,484.00 |
| U.S. TREASURY BILL DUE 10/23/03 | 200,000 | 0.99725 | 199,450.00 |
| U.S. TREASURY BILL DUE 10/30/03 | 200,000 | 0.99709 | 199,418.00 |
| U.S. TREASURY BILL DUE 11/06/03 | 225,000 | 0.99667 | 224,250.75 |
| U.S. TREASURY BILL DUE 11/13/03 | 150,000 | 0.99649 | 149,473.50 |
| U.S. TREASURY BILL DUE 11/20/03 | 200,000 | 0.99631 | 199,262.00 |
| U.S. TREASURY BILL DUE 11/28/03 | 250,000 | 0.99606 | 249,015.00 |
| U.S. TREASURY BILL DUE 12/04/03 | 300,000 | 0.99590 | 298,770.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 2,123,460.25 |
| **Cash Balance** | | 0.00 |
| **Total Equity** | $ | 2,123,460.25 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*lr.5*

PREMERO 00072

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/03 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 12/31/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/03 | NET MARKET VALUE 12/31/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 19,905 | 1 | 19,905.00 |
| U.S. TREASURY BILL DUE 04/01/04 | 200,000 | 0.99767 | 199,534.00 |
| U.S. TREASURY BILL DUE 04/08/04 | 150,000 | 0.99753 | 149,629.50 |
| U.S. TREASURY BILL DUE 04/15/04 | 225,000 | 0.99738 | 224,410.50 |
| U.S. TREASURY BILL DUE 04/22/04 | 225,000 | 0.99718 | 224,365.50 |
| U.S. TREASURY BILL DUE 04/29/04 | 250,000 | 0.99700 | 249,250.00 |
| U.S. TREASURY BILL DUE 05/06/04 | 200,000 | 0.99683 | 199,366.00 |
| U.S. TREASURY BILL DUE 05/13/04 | 150,000 | 0.99665 | 149,497.50 |
| U.S. TREASURY BILL DUE 05/20/04 | 300,000 | 0.99644 | 298,932.00 |
| U.S. TREASURY BILL DUE 05/27/04 | 200,000 | 0.99630 | 199,260.00 |
| U.S. TREASURY BILL DUE 06/03/04 | 150,000 | 0.99600 | 149,400.00 |
| U.S. TREASURY BILL DUE 06/17/04 | 250,000 | 0.99559 | 248,897.50 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,312,447.50 |
| Cash Balance | | 0.72 |
| Total Equity | $ | 2,312,448.22 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD, Tel 020-7493 6222

PREMERO 00073

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/04 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 6/30/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/04 | NET MARKET VALUE 6/30/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 10,113 | 1 | 10,113.00 |
| U.S. TREASURY BILL DUE 09/16/04 | 200,000 | 0.99740 | 199,480.00 |
| U.S. TREASURY BILL DUE 09/23/04 | 200,000 | 0.99705 | 199,410.00 |
| U.S. TREASURY BILL DUE 09/30/04 | 175,000 | 0.99673 | 174,427.75 |
| U.S. TREASURY BILL DUE 10/07/04 | 250,000 | 0.99642 | 249,105.00 |
| U.S. TREASURY BILL DUE 10/14/04 | 200,000 | 0.99614 | 199,228.00 |
| U.S. TREASURY BILL DUE 10/21/04 | 225,000 | 0.99567 | 224,025.75 |
| U.S. TREASURY BILL DUE 10/28/04 | 200,000 | 0.99530 | 199,060.00 |
| U.S. TREASURY BILL DUE 11/04/04 | 100,000 | 0.99481 | 99,481.00 |
| U.S. TREASURY BILL DUE 11/12/04 | 200,000 | 0.99445 | 198,890.00 |
| U.S. TREASURY BILL DUE 11/18/04 | 275,000 | 0.99413 | 273,385.75 |
| U.S. TREASURY BILL DUE 11/26/04 | 150,000 | 0.99379 | 149,068.50 |
| U.S. TREASURY BILL DUE 12/02/04 | 200,000 | 0.99333 | 198,666.00 |
| U.S. TREASURY BILL DUE 12/09/04 | 150,000 | 0.99285 | 148,927.50 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,523,268.25 |
| Cash Balance | | 0.00 |
| Total Equity | $ | 2,523,268.25 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00074

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/04 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 12/31/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/04 | NET MARKET VALUE 12/31/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 782 | 1 | 782.00 |
| U.S. TREASURY BILL DUE 03/31/05 | 325,000 | 0.99453 | 323,222.25 |
| U.S. TREASURY BILL DUE 04/07/05 | 350,000 | 0.99396 | 347,886.00 |
| U.S. TREASURY BILL DUE 04/14/05 | 400,000 | 0.99336 | 397,344.00 |
| U.S. TREASURY BILL DUE 04/21/05 | 450,000 | 0.99282 | 446,769.00 |
| U.S. TREASURY BILL DUE 04/28/05 | 400,000 | 0.99230 | 396,920.00 |
| U.S. TREASURY BILL DUE 05/05/05 | 320,000 | 0.99167 | 317,334.40 |
| U.S. TREASURY BILL DUE 05/12/05 | 400,000 | 0.99116 | 396,464.00 |

Net Market Value of
Open Security Positions          $2,626,721.65

Cash Balance                           0.11

Total Equity                    $   2,626,721.76

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00075

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/05 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1FN073-30 as of 06/30/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/05 | NET MARKET VALUE 6/30/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 512 | 1 | 512.00 |
| U.S. TREASURY BILL DUE 09/01/05 | 500,000 | 0.99473 | 497,365.00 |
| U.S. TREASURY BILL DUE 09/08/05 | 500,000 | 0.99413 | 497,065.00 |
| U.S. TREASURY BILL DUE 09/15/05 | 360,000 | 0.99354 | 357,674.40 |
| U.S. TREASURY BILL DUE 09/22/05 | 400,000 | 0.99291 | 397,164.00 |
| U.S. TREASURY BILL DUE 09/29/05 | 400,000 | 0.99229 | 396,916.00 |
| U.S. TREASURY BILL DUE 10/06/05 | 400,000 | 0.99162 | 396,648.00 |
| U.S. TREASURY BILL DUE 10/13/05 | 275,000 | 0.99087 | 272,489.25 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,815,833.65 |
| Cash Balance | | 0.19 |
| Total Equity | $ | 2,815,833.84 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00076

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/05 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 12/31/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2005 | NET MARKET VALUE 12/31/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 18,044 | 1 | 18,044.00 |
| U.S. TREASURY BILL DUE 02/02/2006 | 100,000 | 0.99632 | 99,632.00 |
| U.S. TREASURY BILL DUE 02/09/2006 | 100,000 | 0.99559 | 99,559.00 |
| U.S. TREASURY BILL DUE 02/16/2006 | 125,000 | 0.99485 | 124,356.25 |
| U.S. TREASURY BILL DUE 02/23/2006 | 125,000 | 0.99409 | 124,261.25 |
| U.S. TREASURY BILL DUE 03/02/2006 | 550,000 | 0.99327 | 546,298.50 |
| U.S. TREASURY BILL DUE 03/09/2006 | 550,000 | 0.99241 | 545,825.50 |
| U.S. TREASURY BILL DUE 03/16/2006 | 600,000 | 0.99166 | 594,996.00 |
| U.S. TREASURY BILL DUE 03/23/2006 | 600,000 | 0.99078 | 594,468.00 |
| U.S. TREASURY BILL DUE 03/30/2006 | 275,000 | 0.99003 | 272,258.25 |

Net Market Value of
Open Security Positions                    $    3,019,698.75

Cash Balance                                        0.41

Total Equity                                  $    3,019,699.16

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/06 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 06/30/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/2006 | NET MARKET VALUE 06/30/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 19,255 | 1 | 19,255.00 |
| U.S. TREASURY BILL DUE 09/21/2006 | 250,000 | 0.98882 | 247,205.00 |
| U.S. TREASURY BILL DUE 09/28/2006 | 200,000 | 0.98785 | 197,570.00 |
| U.S. TREASURY BILL DUE 10/05/2006 | 200,000 | 0.98680 | 197,360.00 |
| U.S. TREASURY BILL DUE 10/12/2006 | 225,000 | 0.98582 | 221,809.50 |
| U.S. TREASURY BILL DUE 10/19/2006 | 600,000 | 0.98480 | 590,880.00 |
| U.S. TREASURY BILL DUE 10/26/2006 | 600,000 | 0.98384 | 590,304.00 |
| U.S. TREASURY BILL DUE 11/02/2006 | 600,000 | 0.98281 | 589,686.00 |
| U.S. TREASURY BILL DUE 11/09/2006 | 600,000 | 0.98181 | 589,086.00 |

| | | | |
|---|---|---|---|
| Net Market Value of Open Security Positions | | $ | 3,243,155.50 |
| Cash Balance | | | 0.19 |
| Total Equity | | $ | 3,243,155.69 |

PREMERO 00078

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2·
800 334-1:
Fax 212 486-8:

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/06 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 12/31/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/06 | NET MARKET VALUE 12/31/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 4,632 | 1 | 4,632.00 |
| U.S. TREASURY BILL DUE 02/15/2007 | 25,000 | 0.99359 | 24,839.75 |
| U.S. TREASURY BILL DUE 02/22/2007 | 50,000 | 0.99264 | 49,632.00 |
| U.S. TREASURY BILL DUE 03/01/2007 | 100,000 | 0.99166 | 99,166.00 |
| U.S. TREASURY BILL DUE 03/08/2007 | 250,000 | 0.99070 | 247,675.00 |
| U.S. TREASURY BILL DUE 03/15/2007 | 250,000 | 0.98978 | 247,445.00 |
| U.S. TREASURY BILL DUE 03/22/2007 | 250,000 | 0.98877 | 247,192.50 |
| U.S. TREASURY BILL DUE 03/29/2007 | 300,000 | 0.98780 | 296,340.00 |
| U.S. TREASURY BILL DUE 04/05/2007 | 300,000 | 0.98682 | 296,046.00 |
| U.S. TREASURY BILL DUE 04/12/2007 | 300,000 | 0.98590 | 295,770.00 |
| U.S. TREASURY BILL DUE 04/19/2007 | 350,000 | 0.98495 | 344,732.50 |
| U.S. TREASURY BILL DUE 04/26/2007 | 350,000 | 0.98397 | 344,389.50 |
| U.S. TREASURY BILL DUE 05/03/2007 | 500,000 | 0.98302 | 491,510.00 |
| U.S. TREASURY BILL DUE 05/10/2007 | 500,000 | 0.98210 | 491,050.00 |

| | | | |
|---|---|---|---|
| **Net Market Value of Open Security Positions** | | $ | 3,480,420.25 |
| **Cash Balance** | | | 0.12 |
| **Total Equity** | | $ | 3,480,420.37 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*N.5*

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/07 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 06/30/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/07 | NET MARKET VALUE 06/30/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 10,173 | 1 | 10,173.00 |
| U.S. TREASURY BILL DUE 09/20/2007 | 275,000 | 0.98923 | 272,038.25 |
| U.S. TREASURY BILL DUE 09/27/2007 | 300,000 | 0.98833 | 296,499.00 |
| U.S. TREASURY BILL DUE 10/04/2007 | 350,000 | 0.98726 | 345,541.00 |
| U.S. TREASURY BILL DUE 10/11/2007 | 350,000 | 0.98636 | 345,226.00 |
| U.S. TREASURY BILL DUE 10/18/2007 | 450,000 | 0.98560 | 443,520.00 |
| U.S. TREASURY BILL DUE 10/25/2007 | 450,000 | 0.98463 | 443,083.50 |
| U.S. TREASURY BILL DUE 11/01/2007 | 350,000 | 0.98375 | 344,312.50 |
| U.S. TREASURY BILL DUE 11/08/2007 | 350,000 | 0.98277 | 343,969.50 |
| U.S. TREASURY BILL DUE 11/15/2007 | 300,000 | 0.98189 | 294,567.00 |
| U.S. TREASURY BILL DUE 11/23/2007 | 300,000 | 0.98081 | 294,243.00 |
| U.S. TREASURY BILL DUE 11/29/2007 | 300,000 | 0.98003 | 294,009.00 |

| | | | |
|---|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 3,727,181.75 | |
| **Cash Balance** | | 0.34 | |
| **Total Equity** | $ | 3,727,182.09 | |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00080

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC

885 Third Avenue New York, NY 10022

212 230-242·
800 334-134·
Fax 212 486-817·

Bernard L. Madoff

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/07 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 12/31/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2007 | NET MARKET VALUE 12/31/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 15,728 | 1 | 15,728.00 |
| U.S. TREASURY BILL DUE 03/06/2008 | 275,000 | 0.99450 | 273,487.50 |
| U.S. TREASURY BILL DUE 03/13/2008 | 275,000 | 0.99382 | 273,300.50 |
| U.S. TREASURY BILL DUE 03/20/2008 | 325,000 | 0.99304 | 322,738.00 |
| U.S. TREASURY BILL DUE 03/27/2008 | 400,000 | 0.99234 | 396,936.00 |
| U.S. TREASURY BILL DUE 04/03/2008 | 500,000 | 0.99149 | 495,745.00 |
| U.S. TREASURY BILL DUE 04/10/2008 | 550,000 | 0.99105 | 545,077.50 |
| U.S. TREASURY BILL DUE 04/17/2008 | 800,000 | 0.99058 | 792,464.00 |
| U.S. TREASURY BILL DUE 04/24/2008 | 800,000 | 0.98987 | 791,896.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 3,907,372.50 |
| Cash Balance | | 0.29 |
| Total Equity | $ | 3,907,372.79 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

PREMERO 00081

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # 1-FN073-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,434 | 1 | 21,434.00 |
| U.S. TREASURY BILL DUE   9/11/2008 | 400,000 | 0.99663 | 398,652.00 |
| U.S. TREASURY BILL DUE   9/18/2008 | 400,000 | 0.99611 | 398,444.00 |
| U.S. TREASURY BILL DUE   9/25/2008 | 400,000 | 0.99589 | 398,356.00 |
| U.S. TREASURY BILL DUE   10/2/2008 | 500,000 | 0.99527 | 497,635.00 |
| U.S. TREASURY BILL DUE   10/9/2008 | 500,000 | 0.99492 | 497,460.00 |
| U.S. TREASURY BILL DUE   10/16/2008 | 400,000 | 0.99454 | 397,816.00 |
| U.S. TREASURY BILL DUE   10/23/2008 | 400,000 | 0.99415 | 397,660.00 |
| U.S. TREASURY BILL DUE   10/30/2008 | 600,000 | 0.99373 | 596,238.00 |
| U.S. TREASURY BILL DUE   11/6/2008 | 500,000 | 0.99298 | 496,490.00 |

| | | |
|---|---|---|
| **Net Market Value of** | | |
| **Open Security Positions** | $ | 4,100,185.00 |
| **Cash Balance** | | 0.48 |
| **Total Equity** | $ | 4,100,185.48 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00082