# EXHIBIT M

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Mr. Yair Green
24 Ramban Street
Jerusalem 92422
Israel

Dear Mr. Green:

Please be advised that as of 06/30/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd.II"
Account # :1FN097-30 as of 06/30/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/96 | NET MARKET VALUE 06/30/96 |
|---|---|---|---|
| BIOGEN INC. | 1,500 | 54 7/8 | $82,312.50 |
| COMPAQ COMPUTER CORP. | 3,600 | 49 1/8 | $176,850.00 |
| FIDELITY CASH RESERVES SBI | 25,931 | 1 | $25,931.00 |
| NOVELL INC. | 4,750 | 13 7/8 | $65,906.25 |
| STORAGE TECHNOLOGY CORP. | 4,433 | 39 1/4 | $173,995.25 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | | $524,995.00 |
| Cash Balance | | .0.25 |
| Total Equity | | $524,995.25 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

*C.B*

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Mr. Yair Green
24 Ramban Street
Jerusalem 92422
Israel

Dear Mr. Green:

Please be advised that as of 12/31/96 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd.II"
Account # : 1FN097-30 as of 12/31/96

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/96 | NET MARKET VALUE 12/31/96 |
|---|---|---|---|
| BIOGEN INC. | 2,000 | 38 3/4 | $ 77,500.00 |
| COMPAQ COMPUTER CORP. | 1,600 | 74 3/8 | $ 119,000.00 |
| FIDELITY SPARTAN FUND | 22,075 | 1 | $ 22,075.00 |
| NOVELL INC. | 14,750 | 9 15/32 | $ 139,664.06 |
| STORAGE TECHNOLOGY CORP. | 3,727 | 47 7/8 | $ 178,430.13 |
| U.S. TREASURY NOTE STRIP INTEREST DUE 8/15/2004 | 100,000 | 61.83 | $ 61,830.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ 598,499.19 |
| Cash Balance | 0.25 |
| Total Equity | $ 598,499.44 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

Ci/3



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/97 your account portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd.II"
Account # :1FN097-30 as of 6/30/97

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/97 | NET MARKET VALUE 6/30/97 |
|---|---|---|---|
| BIOGEN INC. | 2,000 | 33 7/8 | $ 67,750.00 |
| DELL COMPUTER CORP. | 1,500 | 117 7/16 | $ 176,156.25 |
| FIDELITY SPARTAN FUND | 8,136 | 1 | $ 8,136.00 |
| NOVELL INC. | 14,750 | 6 15/16 | $ 102,328.12 |
| STORAGE TECHNOLOGY CORP. | 8,678 | 45 1/8 | $ 391,594.75 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 745,965.12 |
| Cash Balance | | 0.75 |
| Total Equity | $ | 745,965.87 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

C13

| MADF | **BERNARD L. MADOFF**<br>**Investment Securities**<br>885 Third Avenue New York, NY 10022-4834 | 212 230-2424<br>800 334-1343<br>Telex 235130<br>Fax 212 486-8178 |

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/97 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 12/31/97

| SECURITY | NUMBER<br>OF SHARES | CLOSING PRICE<br>12/31/97 | NET MARKET<br>VALUE 12/31/97 |
|---|---|---|---|
| AMGEN INC. | 2,000 | 54  1/8 | 108,250.00 |
| AMR CORP. | 700 | 128  1/2 | 89,950.00 |
| AMERICA ONLINE CORP. | 500 | 90  1/2 | 45,250.00 |
| COMPAQ COMPUTER CORP. | 800 | 56  1/2 | 45,200.00 |
| CISCO SYSTEMS INC | 600 | 55  3/4 | 33,450.00 |
| DELL COMPUTER CORP. | 700 | 84 | 58,800.00 |
| FEDERAL EXPRESS CORP. | 400 | 61  1/16 | 24,425.00 |
| FIDELITY SPARTAN SBI | 12,049 | 1 | 12,049.00 |
| MICROSOFT CORP. | 800 | 129  1/4 | 103,400.00 |
| STORAGE TECHNOLOGY CORP. | 500 | 61 15/16 | 30,968.75 |
| SUN MICROSYSTEMS | 1,000 | 39  7/8 | 39,875.00 |
| U.S. TREASURY BILL DUE 4/16/98 | 240,000 | 0.9847 | 236,328.00 |

|  | NET MARKET VALUE OF<br>OPEN SECURITY POSITIONS | $827,945.75 |
|---|---|---|
|  | CASH BALANCE | $0.15 |
|  | TOTAL EQUITY | $827,945.90 |

*Ci13*

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

PREMERO 00104



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/98 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd."
Account # :1FN097-30 as of 6/30/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/98 | NET MARKET VALUE 6/30/98 |
|---|---|---|---|
| A T & T CORP. | 1,400 | 57 1/8 | 79,975.00 |
| BOEING CO. | 1,500 | 44 9/16 | 66,843.75 |
| BRISTOL-MYERS SQUIBB CO. | 700 | 114 15/16 | 80,456.25 |
| CISCO SYSTEMS INC. | 900 | 92 1/16 | 82,856.25 |
| COCA-COLA CO. | 700 | 85 1/2 | 59,850.00 |
| DU PONT DE NEMOURS | 1,200 | 74 11/16 | 89,625.00 |
| DELL COMPUTER CORP. | 1,100 | 92 13/16 | 102,093.75 |
| FDX CORP. | 1,100 | 62 3/4 | 69,025.00 |
| FIDELITY SPARTAN SBI | 7,447 | 1 | 7,447.00 |
| INTEL CORP. | 800 | 74 1/8 | 59,300.00 |
| MICROSOFT CORP. | 1,400 | 108 3/8 | 151,725.00 |
| ORACLE CORP. | 1,000 | 24 9/16 | 24,562.50 |
| SUN MICROSYSTEMS INC. | 1,200 | 43 7/16 | 52,125.00 |
| 3COM CORP. | 1,000 | 30 11/16 | 30,687.50 |
| WAL-MART STORES INC. | 800 | 60 3/4 | 48,600.00 |
| U.S TREASURY BILL DUE 12/10/98 | 350,000 | 0.9770 | 341,950.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 1,347,122.00 |
| **Cash Balance** | | 0.25 |
| **Total Equity** | $ | 1,347,122.25 |

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

C.13

PREMERO 00105

| | | |
|---|---|---|
| **BERNARD L. MADOFF**<br>**Investment Securities**<br>885 Third Avenue  New York, NY 10022-4834 | | 212 230-2424<br>800 334-1343<br>Telex 235130<br>Fax 212 486-8178 |

Premero Investment Ltd.
Yair Green, Attorney at Law
24, Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/98 the Premero Investment Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 12/31/98

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/98 | NET MARKET VALUE 12/31/98 |
|---|---|---|---|
| ADVANCED MICRO DEVICES | 2,400 | 29 | 69,600.00 |
| AMGEN INC. | 1,200 | 104 9/16 | 125,475.00 |
| AMR CORP. | 1,700 | 59 3/8 | 100,937.50 |
| BIOGEN INC. | 1,800 | 83 | 149,400.00 |
| CISCO SYSTEMS INC. | 1,500 | 92 13/16 | 139,218.75 |
| DELL COMPUTER CORP. | 1,500 | 73 3/16 | 109,781.25 |
| FDX CORP. | 1,000 | 89 3/16 | 89,187.50 |
| FIDELITY SPARTAN SBI | 5,277 | 1 | 5,277.00 |
| JOHNSON AND JOHNSON | 1,500 | 83 7/8 | 125,812.50 |
| LUCENT TECHNOLOGIES INC. | 1,380 | 109 15/16 | 151,713.75 |
| MERRILL LYNCH &CO. INC. | 1,680 | 66 3/4 | 112,140.00 |
| SUN MICROSYSTEMS INC. | 1,140 | 85 5/8 | 97,612.50 |
| 3COM CORP. | 2,400 | 44 13/16 | 107,550.00 |

| | | |
|---|---|---|
| Net Market Value of<br>Open Security Positions | $ | 1,383,705.75 |
| Cash Balance | | 0.00 |
| Total Equity | $ | 1,383,705.75 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

C.13



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/99 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 6/30/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/99 | NET MARKET VALUE 6/30/99 |
|---|---|---|---|
| AT&T CORP. | 600 | 55 13/16 | 33,487.50 |
| CISCO SYSTEMS INC. | 1,100 | 64 7/16 | 70,881.25 |
| COCA-COLA CO. | 700 | 62 | 43,400.00 |
| THE WALT DISNEY CO. | 500 | 30 13/16 | 15,406.25 |
| EASTMAN KODAK CO. | 900 | 67 3/4 | 60,975.00 |
| EXXON CORP. | 1,000 | 77 1/8 | 77,125.00 |
| FIDELITY SPARTAN SBI | 3,405 | 1 | 3,405.00 |
| MCI.WORLDCOM INC. | 500 | 86 1/16 | 43,031.25 |
| MICROSOFT CORP. | 800 | 90 3/16 | 72,150.00 |
| PEPSICO INC. | 500 | 38 11/16 | 19,343.75 |
| SUN MICROSYSTEMS INC. | 1,500 | 68 7/8 | 103,312.50 |
| U.S. TREASURY BILL DUE 10/28/99 | 860,000 | 0.9847 | 846,842.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,389,359.50 |
| Cash Balance | | 0.50 |
| Total Equity | $ | 1,389,360.00 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

CiB

PREMERO 00107

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/99 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 12/31/99

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/99 | NET MARKET VALUE 12/31/99 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 1,409 | 1 | 1,409.00 |
| U.S. TREASURY BILL DUE 04/20/00 | 150,000 | 0.9839 | 147,585.00 |
| U.S. TREASURY BILL DUE 04/27/00 | 150,000 | 0.9827 | 147,405.00 |
| U.S. TREASURY BILL DUE 05/04/00 | 150,000 | 0.9815 | 147,225.00 |
| U.S. TREASURY BILL DUE 05/11/00 | 150,000 | 0.9803 | 147,045.00 |
| U.S. TREASURY BILL DUE 05/18/00 | 200,000 | 0.9792 | 195,840.00 |
| U.S. TREASURY BILL DUE 05/25/00 | 200,000 | 0.9781 | 195,620.00 |
| U.S. TREASURY BILL DUE 06/01/00 | 200,000 | 0.9770 | 195,400.00 |
| U.S. TREASURY BILL DUE 06/08/00 | 200,000 | 0.9758 | 195,160.00 |
| U.S. TREASURY BILL DUE 06/15/00 | 170,000 | 0.9749 | 165,733.00 |

Net Market Value of
Open Security Positions          $    1,538,422.00

Cash Balance                                    0.00

Total Equity                        $    1,538,422.00

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222

L.13

PREMERO 00108

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue  New York, NY 10022-4834

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

    Please be advised that as of 6/30/00 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 6/30/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/00 | NET MARKET VALUE 6/30/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 13,116 | 1 | 13,116.00 |
| U.S. TREASURY BILL DUE 09/07/00 | 300,000 | 0.9891 | 296,730.00 |
| U.S. TREASURY BILL DUE 09/21/00 | 300,000 | 0.9869 | 296,070.00 |
| U.S. TREASURY BILL DUE 09/28/00 | 300,000 | 0.9858 | 295,740.00 |
| U.S. TREASURY BILL DUE 10/05/00 | 300,000 | 0.9845 | 295,350.00 |
| U.S. TREASURY BILL DUE 10/12/00 | 300,000 | 0.9834 | 295,020.00 |
| U.S. TREASURY BILL DUE 11/09/00 | 225,000 | 0.9784 | 220,140.00 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 1,712,166.00 |
| **Cash Balance** | | 0.00 |
| **Total Equity** | $ | 1,712,166.00 |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222





**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/00 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 12/31/00

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/00 | NET MARKET VALUE 12/31/00 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 11,688 | 1 | 11,688.00 |
| U.S. TREASURY BILL DUE 04/26/01 | 100,000 | 0.9817 | 98,170.00 |
| U.S. TREASURY BILL DUE 05/03/01 | 100,000 | 0.9805 | 98,050.00 |
| U.S. TREASURY BILL DUE 05/10/01 | 100,000 | 0.9795 | 97,950.00 |
| U.S. TREASURY BILL DUE 05/17/01 | 100,000 | 0.9785 | 97,850.00 |
| U.S. TREASURY BILL DUE 05/24/01 | 100,000 | 0.9775 | 97,750.00 |
| U.S. TREASURY BILL DUE 05/31/01 | 150,000 | 0.9765 | 146,475.00 |
| U.S. TREASURY BILL DUE 06/07/01 | 175,000 | 0.9754 | 170,695.00 |
| U.S. TREASURY BILL DUE 06/14/01 | 200,000 | 0.9743 | 194,860.00 |
| U.S. TREASURY BILL DUE 06/21/01 | 400,000 | 0.9734 | 389,360.00 |
| U.S. TREASURY BILL DUE 06/28/01 | 500,000 | 0.9725 | 486,250.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 1,889,098.00 |
| Cash Balance | | 0.50 |
| Total Equity | $ | 1,889,098.50 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*Ci/3*

PREMERO 00110

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/01 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 6/30/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/01 | NET MARKET VALUE 6/30/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 28,802 | 1 | 28,802.00 |
| U.S. TREASURY BILL DUE 07/26/01 | 275,000 | 0.9976 | 274,340.00 |
| U.S. TREASURY BILL DUE 09/13/01 | 450,000 | 0.9925 | 446,625.00 |
| U.S. TREASURY BILL DUE 09/20/01 | 450,000 | 0.9918 | 446,310.00 |
| U.S. TREASURY BILL DUE 09/27/01 | 450,000 | 0.9911 | 445,995.00 |
| U.S. TREASURY BILL DUE 10/04/01 | 450,000 | 0.9904 | 445,680.00 |

Net Market Value of
Open Security Positions                 $   2,087,752.00

Cash Balance                                         0.31

Total Equity                                  $   2,087,752.31

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*CiB*

PREMERO 00111

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/01 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # :1FN097-30 as of 12/31/01

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/01 | NET MARKET VALUE 12/31/01 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 21,608 | 1 | 21,608.00 |
| U.S. TREASURY BILL DUE 03/21/02 | 450,000 | 0.9963 | 448,335.00 |
| U.S. TREASURY BILL DUE 03/28/02 | 450,000 | 0.9959 | 448,155.00 |
| U.S. TREASURY BILL DUE 04/04/02 | 475,000 | 0.9956 | 472,910.00 |
| U.S. TREASURY BILL DUE 04/11/02 | 475,000 | 0.9953 | 472,767.50 |
| U.S. TREASURY BILL DUE 04/18/02 | 425,000 | 0.9949 | 422,832.50 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 2,286,608.00 |
| **Cash Balance** | | 0.20 |
| **Total Equity** | $ | 2,286,608.20 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/02 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 6/30/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/02 | NET MARKET VALUE 6/30/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 5,630 | 1 | 5,630.00 |
| U.S. TREASURY BILL DUE 09/19/02 | 175,000 | 0.99617 | 174,329.75 |
| U.S. TREASURY BILL DUE 09/26/02 | 225,000 | 0.99585 | 224,066.25 |
| U.S. TREASURY BILL DUE 10/03/02 | 350,000 | 0.99553 | 348,435.50 |
| U.S. TREASURY BILL DUE 10/10/02 | 350,000 | 0.99523 | 348,330.50 |
| U.S. TREASURY BILL DUE 10/17/02 | 350,000 | 0.99488 | 348,208.00 |
| U.S. TREASURY BILL DUE 10/24/02 | 475,000 | 0.99456 | 472,416.00 |
| U.S. TREASURY BILL DUE 10/31/02 | 600,000 | 0.99420 | 596,520.00 |

| | | | |
|---|---|---|---|
| Net Market Value of Open Security Positions | | $ | 2,517,936.00 |
| Cash Balance | | | 0.57 |
| Total Equity | | $ | 2,517,936.57 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

C.13

| MADF | **BERNARD L. MADOFF** | 212 230-2424 |
|---|---|---|
| | INVESTMENT SECURITIES LLC | 800 334-1343 |
| | 885 Third Avenue New York, NY 10022 | Fax 212 486-8178 |

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/02 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 12/31/02

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/02 | NET MARKET VALUE 12/31/02 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 3,631 | 1 | 3,631.00 |
| U.S. TREASURY BILL DUE 01/30/03 | 60,000 | 0.99904 | 59,942.40 |
| U.S. TREASURY BILL DUE 02/13/03 | 300,000 | 0.99862 | 299,586.00 |
| U.S. TREASURY BILL DUE 02/20/03 | 300,000 | 0.99840 | 299,520.00 |
| U.S. TREASURY BILL DUE 02/27/03 | 300,000 | 0.99817 | 299,451.00 |
| U.S. TREASURY BILL DUE 03/06/03 | 300,000 | 0.99794 | 299,382.00 |
| U.S. TREASURY BILL DUE 03/13/03 | 300,000 | 0.99770 | 299,310.00 |
| U.S. TREASURY BILL DUE 03/20/03 | 300,000 | 0.99748 | 299,244.00 |
| U.S. TREASURY BILL DUE 03/27/03 | 300,000 | 0.99723 | 299,169.00 |
| U.S. TREASURY BILL DUE 04/03/03 | 300,000 | 0.99695 | 299,085.00 |
| U.S. TREASURY BILL DUE 04/10/03 | 300,000 | 0.99669 | 299,007.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 2,757,327.40 |
| Cash Balance | | 0.00 |
| Total Equity | $ | 2,757,327.40 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD, Tel 020-7493 6222

C. 13

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/03 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 6/30/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/03 | NET MARKET VALUE 6/30/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 2,186 | 1 | 2,186.00 |
| U.S. TREASURY BILL DUE 10/02/03 | 300,000 | 0.99770 | 299,310.00 |
| U.S. TREASURY BILL DUE 10/09/03 | 300,000 | 0.99759 | 299,277.00 |
| U.S. TREASURY BILL DUE 10/16/03 | 300,000 | 0.99742 | 299,226.00 |
| U.S. TREASURY BILL DUE 10/23/03 | 300,000 | 0.99725 | 299,175.00 |
| U.S. TREASURY BILL DUE 10/30/03 | 325,000 | 0.99709 | 324,054.25 |
| U.S. TREASURY BILL DUE 11/06/03 | 325,000 | 0.99667 | 323,917.75 |
| U.S. TREASURY BILL DUE 11/13/03 | 250,000 | 0.99649 | 249,122.50 |
| U.S. TREASURY BILL DUE 11/20/03 | 300,000 | 0.99631 | 298,893.00 |
| U.S. TREASURY BILL DUE 11/28/03 | 350,000 | 0.99606 | 348,621.00 |
| U.S. TREASURY BILL DUE 12/04/03 | 300,000 | 0.99590 | 298,770.00 |

|  |  |  |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 3,042,552.50 |
| Cash Balance | | 0.73 |
| Total Equity | $ | 3,042,553.23 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

Ci13

PREMERO 00115

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/03 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 12/31/03

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/03 | NET MARKET VALUE 12/31/03 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 4,664 | 1 | 4,664.00 |
| U.S. TREASURY BILL DUE 04/01/04 | 300,000 | 0.99767 | 299,301.00 |
| U.S. TREASURY BILL DUE 04/08/04 | 250,000 | 0.99753 | 249,382.50 |
| U.S. TREASURY BILL DUE 04/15/04 | 325,000 | 0.99738 | 324,148.50 |
| U.S. TREASURY BILL DUE 04/22/04 | 350,000 | 0.99718 | 349,013.00 |
| U.S. TREASURY BILL DUE 04/29/04 | 350,000 | 0.99700 | 348,950.00 |
| U.S. TREASURY BILL DUE 05/06/04 | 300,000 | 0.99683 | 299,049.00 |
| U.S. TREASURY BILL DUE 05/13/04 | 275,000 | 0.99665 | 274,078.75 |
| U.S. TREASURY BILL DUE 05/20/04 | 475,000 | 0.99644 | 473,309.00 |
| U.S. TREASURY BILL DUE 05/27/04 | 300,000 | 0.99630 | 298,890.00 |
| U.S. TREASURY BILL DUE 06/03/04 | 275,000 | 0.99600 | 273,900.00 |
| U.S. TREASURY BILL DUE 06/17/04 | 150,000 | 0.99559 | 149,338.50 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 3,344,024.25 |
| **Cash Balance** | | 0.00 |
| **Total Equity** | $ | 3,344,024.25 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

C.13

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 6/30/04 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 6/30/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/04 | NET MARKET VALUE 6/30/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 4,400 | 1 | 4,400.00 |
| U.S. TREASURY BILL DUE 09/16/04 | 350,000 | 0.99740 | 349,090.00 |
| U.S. TREASURY BILL DUE 09/23/04 | 275,000 | 0.99705 | 274,188.75 |
| U.S. TREASURY BILL DUE 09/30/04 | 200,000 | 0.99673 | 199,346.00 |
| U.S. TREASURY BILL DUE 10/07/04 | 375,000 | 0.99642 | 373,657.50 |
| U.S. TREASURY BILL DUE 10/14/04 | 300,000 | 0.99614 | 298,842.00 |
| U.S. TREASURY BILL DUE 10/21/04 | 325,000 | 0.99567 | 323,592.75 |
| U.S. TREASURY BILL DUE 10/28/04 | 275,000 | 0.99530 | 273,707.50 |
| U.S. TREASURY BILL DUE 11/04/04 | 125,000 | 0.99481 | 124,351.25 |
| U.S. TREASURY BILL DUE 11/12/04 | 300,000 | 0.99445 | 298,335.00 |
| U.S. TREASURY BILL DUE 11/18/04 | 425,000 | 0.99413 | 422,505.25 |
| U.S. TREASURY BILL DUE 11/26/04 | 250,000 | 0.99379 | 248,447.50 |
| U.S. TREASURY BILL DUE 12/02/04 | 325,000 | 0.99333 | 322,832.25 |
| U.S. TREASURY BILL DUE 12/09/04 | 200,000 | 0.99285 | 198,570.00 |

| | | | |
|---|---|---|---|
| **Net Market Value of Open Security Positions** | | $ | 3,711,865.75 |
| **Cash Balance** | | | 0.30 |
| **Total Equity** | | $ | 3,711,866.05 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*Cc13*

PREMERO 00117



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/04 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 12/31/04

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/04 | NET MARKET VALUE 12/31/04 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 401 | 1 | 401.00 |
| U.S. TREASURY BILL DUE 03/31/05 | 475,000 | 0.99453 | 472,401.75 |
| U.S. TREASURY BILL DUE 04/07/05 | 550,000 | 0.99396 | 546,678.00 |
| U.S. TREASURY BILL DUE 04/14/05 | 600,000 | 0.99336 | 596,016.00 |
| U.S. TREASURY BILL DUE 04/21/05 | 600,000 | 0.99282 | 595,692.00 |
| U.S. TREASURY BILL DUE 04/28/05 | 600,000 | 0.99230 | 595,380.00 |
| U.S. TREASURY BILL DUE 05/05/05 | 480,000 | 0.99167 | 476,001.60 |
| U.S. TREASURY BILL DUE 05/12/05 | 600,000 | 0.99116 | 594,696.00 |

**Net Market Value of
Open Security Positions**                $   3,877,266.35

**Cash Balance**                                             0.00

**Total Equity**                              $   3,877,266.35

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

*Ci13*

PREMERO 00118



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-242
800 334-134
Fax 212 486-817

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/05 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1FN097-30 as of 06/30/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/05 | NET MARKET VALUE 6/30/05 |
|---|---|---|---|
| U.S. TREASURY BILL DUE 09/15/05 | 140,000 | 0.99354 | 139,095.60 |
| U.S. TREASURY BILL DUE 09/22/05 | 600,000 | 0.99291 | 595,746.00 |
| U.S. TREASURY BILL DUE 09/29/05 | 600,000 | 0.99229 | 595,374.00 |
| U.S. TREASURY BILL DUE 10/06/05 | 600,000 | 0.99162 | 594,972.00 |
| U.S. TREASURY BILL DUE 10/13/05 | 2,275,000 | 0.99087 | 2,254,229.25 |

|  |  |  |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 4,179,416.85 |
| **Cash Balance** | | 0.00 |
| **Total Equity** | $ | 4,179,416.85 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

Ci/3

|  | **BERNARD L. MADOFF** | 212 230-2424 |
|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | 800 334-1343 |
|  | 885 Third Avenue New York, NY 10022 | Fax 212 486-8178 |

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/05 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 12/31/05

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2005 | NET MARKET VALUE 12/31/05 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 16,680 | 1 | 16,680.00 |
| U.S. TREASURY BILL DUE 02/02/2006 | 150,000 | 0.99632 | 149,448.00 |
| U.S. TREASURY BILL DUE 02/09/2006 | 150,000 | 0.99559 | 149,338.50 |
| U.S. TREASURY BILL DUE 02/16/2006 | 175,000 | 0.99485 | 174,098.75 |
| U.S. TREASURY BILL DUE 02/23/2006 | 175,000 | 0.99409 | 173,965.75 |
| U.S. TREASURY BILL DUE 03/02/2006 | 850,000 | 0.99327 | 844,279.50 |
| U.S. TREASURY BILL DUE 03/09/2006 | 850,000 | 0.99241 | 843,548.50 |
| U.S. TREASURY BILL DUE 03/16/2006 | 900,000 | 0.99166 | 892,494.00 |
| U.S. TREASURY BILL DUE 03/23/2006 | 900,000 | 0.99078 | 891,702.00 |
| U.S. TREASURY BILL DUE 03/30/2006 | 350,000 | 0.99003 | 346,510.50 |

| | | |
|---|---|---|
| **Net Market Value of Open Security Positions** | $ | 4,482,065.50 |
| **Cash Balance** | | 0.00 |
| **Total Equity** | $ | 4,482,065.50 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

C113

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/06 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 06/30/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/2006 | NET MARKET VALUE 06/30/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 19,958 | 1 | 19,958.00 |
| U.S. TREASURY BILL DUE 09/21/2006 | 350,000 | 0.98882 | 346,087.00 |
| U.S. TREASURY BILL DUE 09/28/2006 | 300,000 | 0.98785 | 296,355.00 |
| U.S. TREASURY BILL DUE 10/05/2006 | 300,000 | 0.98680 | 296,040.00 |
| U.S. TREASURY BILL DUE 10/12/2006 | 325,000 | 0.98582 | 320,391.50 |
| U.S. TREASURY BILL DUE 10/19/2006 | 900,000 | 0.98480 | 886,320.00 |
| U.S. TREASURY BILL DUE 10/26/2006 | 900,000 | 0.98384 | 885,456.00 |
| U.S. TREASURY BILL DUE 11/02/2006 | 900,000 | 0.98281 | 884,529.00 |
| U.S. TREASURY BILL DUE 11/09/2006 | 900,000 | 0.98181 | 883,629.00 |

**Net Market Value of
Open Security Positions**     $    4,818,765.50

**Cash Balance**                          0.38

**Total Equity**                   $    4,818,765.88

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

C, 13

PREMERO 00121

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/06 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 12/31/06

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/06 | NET MARKET VALUE 12/31/06 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 45,011 | 1 | 45,011.00 |
| U.S. TREASURY BILL DUE 02/15/2007 | 75,000 | 0.99359 | 74,519.25 |
| U.S. TREASURY BILL DUE 02/22/2007 | 100,000 | 0.99264 | 99,264.00 |
| U.S. TREASURY BILL DUE 03/01/2007 | 100,000 | 0.99166 | 99,166.00 |
| U.S. TREASURY BILL DUE 03/08/2007 | 250,000 | 0.99070 | 247,675.00 |
| U.S. TREASURY BILL DUE 03/15/2007 | 250,000 | 0.98978 | 247,445.00 |
| U.S. TREASURY BILL DUE 03/22/2007 | 500,000 | 0.98877 | 494,385.00 |
| U.S. TREASURY BILL DUE 03/29/2007 | 450,000 | 0.98780 | 444,510.00 |
| U.S. TREASURY BILL DUE 04/05/2007 | 450,000 | 0.98682 | 444,069.00 |
| U.S. TREASURY BILL DUE 04/12/2007 | 450,000 | 0.98590 | 443,655.00 |
| U.S. TREASURY BILL DUE 04/19/2007 | 650,000 | 0.98495 | 640,217.50 |
| U.S. TREASURY BILL DUE 04/26/2007 | 650,000 | 0.98397 | 639,580.50 |
| U.S. TREASURY BILL DUE 05/03/2007 | 650,000 | 0.98302 | 638,963.00 |
| U.S. TREASURY BILL DUE 05/10/2007 | 650,000 | 0.98210 | 638,365.00 |

**Net Market Value of
Open Security Positions**      $      5,196,825.25

**Cash Balance**      0.00

**Total Equity**      $      5,196,825.25

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

Ci13

PREMERO 00122



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-242
800 334-134
Fax 212 486-817

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/07 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 06/30/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 06/30/07 | NET MARKET VALUE 06/30/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 28,124 | 1 | 28,124.00 |
| U.S. TREASURY BILL DUE  09/20/2007 | 400,000 | 0.98923 | 395,692.00 |
| U.S. TREASURY BILL DUE  09/27/2007 | 400,000 | 0.98833 | 395,332.00 |
| U.S. TREASURY BILL DUE  10/04/2007 | 550,000 | 0.98726 | 542,993.00 |
| U.S. TREASURY BILL DUE  10/11/2007 | 550,000 | 0.98636 | 542,498.00 |
| U.S. TREASURY BILL DUE  10/18/2007 | 650,000 | 0.98560 | 640,640.00 |
| U.S. TREASURY BILL DUE  10/25/2007 | 650,000 | 0.98463 | 640,009.50 |
| U.S. TREASURY BILL DUE  11/01/2007 | 550,000 | 0.98375 | 541,062.50 |
| U.S. TREASURY BILL DUE  11/08/2007 | 550,000 | 0.98277 | 540,523.50 |
| U.S. TREASURY BILL DUE  11/15/2007 | 400,000 | 0.98189 | 392,756.00 |
| U.S. TREASURY BILL DUE  11/23/2007 | 400,000 | 0.98081 | 392,324.00 |
| U.S. TREASURY BILL DUE  11/29/2007 | 600,000 | 0.98003 | 588,018.00 |

| | | | |
|---|---|---|---|
| **Net Market Value of Open Security Positions** | | $ | 5,639,972.50 |
| **Cash Balance** | | | 0.00 |
| **Total Equity** | | $ | 5,639,972.50 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

Ci3

PREMERO 00123

### BERNARD L. MADOFF
**INVESTMENT SECURITIES LLC**
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Bernard L. Madoff

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 12/31/07 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 12/31/07

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 12/31/2007 | NET MARKET VALUE 12/31/07 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 51,933 | 1 | 51,933.00 |
| U.S. TREASURY BILL DUE 03/06/2008 | 425,000 | 0.99450 | 422,662.50 |
| U.S. TREASURY BILL DUE 03/13/2008 | 425,000 | 0.99382 | 422,373.50 |
| U.S. TREASURY BILL DUE 03/20/2008 | 475,000 | 0.99304 | 471,694.00 |
| U.S. TREASURY BILL DUE 03/27/2008 | 600,000 | 0.99234 | 595,404.00 |
| U.S. TREASURY BILL DUE 04/03/2008 | 750,000 | 0.99149 | 743,617.50 |
| U.S. TREASURY BILL DUE 04/10/2008 | 850,000 | 0.99105 | 842,392.50 |
| U.S. TREASURY BILL DUE 04/17/2008 | 1,200,000 | 0.99058 | 1,188,696.00 |
| U.S. TREASURY BILL DUE 04/24/2008 | 1,200,000 | 0.98987 | 1,187,844.00 |

**Net Market Value of
Open Security Positions**          $    5,926,617.00

**Cash Balance**                              0.00

**Total Equity**                     $    5,926,617.00

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222

CiB

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 41,977 | 1 | 41,977.00 |
| U.S. TREASURY BILL DUE  9/11/2008 | 600,000 | 0.99663 | 597,978.00 |
| U.S. TREASURY BILL DUE  9/18/2008 | 600,000 | 0.99611 | 597,666.00 |
| U.S. TREASURY BILL DUE  9/25/2008 | 600,000 | 0.99589 | 597,534.00 |
| U.S. TREASURY BILL DUE  10/2/2008 | 700,000 | 0.99527 | 696,689.00 |
| U.S. TREASURY BILL DUE  10/9/2008 | 700,000 | 0.99492 | 696,444.00 |
| U.S. TREASURY BILL DUE  10/16/2008 | 600,000 | 0.99454 | 596,724.00 |
| U.S. TREASURY BILL DUE  10/23/2008 | 600,000 | 0.99415 | 596,490.00 |
| U.S. TREASURY BILL DUE  10/30/2008 | 1,400,000 | 0.99373 | 1,391,222.00 |
| U.S. TREASURY BILL DUE  11/6/2008 | 500,000 | 0.99298 | 496,490.00 |

| | | |
|---|---|---|
| Net Market Value of Open Security Positions | $ | 6,309,214.00 |
| Cash Balance | | 0.00 |
| Total Equity | $ | 6,309,214.00 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

PREMERO 00125