# EXHIBIT O

April 14, 1996

Bernard L. Madoff
885 Third Avenue
New York, NY  10022-4834

<u>Via Fax: 001-212-4868178</u>

Dear Bernie,

I would like to congratulate you and your wife Ruth once again on becoming grandparents. As the grandfather of two - with a third grandchild on the way any day now - I know well the wonderful feeling of joy and pride which the birth of a grandchild brings. May you enjoy much happiness and contentment.

I would also like to thank you, on behalf of Premero Investments, for transferring the sum of $101,753.90 to Premero's account in Bank Leumi LeIsrael. As proceeds for the investment made, this is indeed a very laudable sum, and I would like to express satisfaction on the part of Premero and myself.

I have no doubt in your ability to ensure that future yields be equally impressive.

Gaby and I will be in New York, on our way to Canada, on August 15-20, 1996. I hope that you and I can arrange to meet in order to discuss our mutual interests, as well as socially, at some point during our stay.

With best wishes,


Yair Green, Attorney at Law

March 23, 1997

Bernard L. Madoff
885 Third Avenue
New York, NY  10022-4834

<u>Via Fax: 001-212-4868178</u>

Dear Bernie,

Thank you for the account portfolio evaluations for Premero Investments Ltd., which you gave me at our meeting in New York on February 13, 1997.

I would appreciate your taking the following action in the Premero account, No. 1FN097-30:

On March 31, 1997, please transfer any sum <u>over $500,000</u> in this account to Premero's account at Bank Leumi LeIsrael BM in Jerusalem, Zion Square Branch (branch no. 920), account no. ▮▮▮38/48.

As always, I appreciate the good results we have enjoyed thanks to your excellent management.

With best wishes,

Yair Green, Attorney at Law

C,3

April 29, 1997

Bernard L. Madoff
885 Third Avenue
New York, NY  10022-4834

<u>Via Fax: 001-212-4868178</u>

Dear Bernie,

I hope that all is well with you and Ruth and that you are enjoying the children and grandchildren. My family and I are all doing fine. Professionally, too, things are working out well, and in the very near future I will be expanding my activities by opening an additional office, in Tel Aviv.

As you know, I maintain ongoing contact with our mutual friend in Paris, and I am pleased to note that, despite her severe knee injury, she is in very good spirits.

On or about May 7, 1997, I will be sending you $200,000 from Premero Investments Ltd., for investment in account number 1 FN 097-30.

I would appreciate your advising me into what bank account to transfer this sum.

Gaby and I plan to be in New York in August 1997, and I hope that we can meet then, both for our mutual business interests as well as socially.

In the meantime, all the best to you and to Ruth, from Gaby and from me.


Sincerely,



Yair Green, Attorney at Law

PREMERO 00097

March 25, 1998

Bernard L. Madoff  
Investment Securities                           <u>Via Fax: 001-212-4868178</u>  
885 Third Avenue  
New York, NY  10022-4834

Dear Bernie,

Re: <u>**Premero Investments Ltd.**</u>

I would appreciate your making the following transfer on April 2, 1998:

From the account of Premero Investments Ltd. held with you, account number <u>1FN097-30</u>, any sum in excess of $700,000 in that account on April 1, 1998.

Please transfer such sum to the account of Premero Investments Ltd. in Bank Leumi Le'Israel, Zion Square Branch, Jerusalem (bank no. 30, branch no. 920), account number ███38/48.

Thank you for your kind assistance.

With best wishes,

*[signature]*

Yair Green, Attorney at Law

PREMERO 00098

April 22, 1998

Bernard L. Madoff  
Investment Securities  　　　　　　　　　　　　　　　Via Fax: 001-212-486-8178  
885 Third Avenue  
New York, NY 10022-4834

Dear Bernie,

### Re: Premero Investments Ltd.

I would like to advise you that I today transferred the sum of **$100,000** to the Chase Manhattan Bank, account # ▮▮▮▮1703.

Please add this sum to the amount to Premero's credit in your account number **1FN097-30**, which was $700,000 as at April 1, 1998, for investment by you.

May I take this opportunity to express my appreciation to you and to Frank di Pascali for the nice return on the investment and for the balance transferred to Premero Investments Ltd. on April 2, 1998.

Once again, my thanks to you for your cooperation and kind assistance.

With best wishes,

Yair Green, Attorney at Law

October 16, 1998

Bernard L. Madoff
Investment Securities                                    Via Fax No. 001-212-486-8178
885 Third Avenue
New York, NY  10022-4384

Dear Bernie,

Re: **Premero Investments Ltd.**

I would appreciate your making the following transfer on 2 November 1998:

From the account of Premero Investments Ltd. held with you, account number **1FN097-30**, please transfer the sum of **$100,000** to the account of Premero Investments Ltd. in Bank Leumi LeIsrael B.M., Zion Square Branch, Jerusalem (bank no. 30, branch no. 920), account number ▇▇▇38/48.

As always, I thank you for your kind assistance.

With best wishes,

Yair Green, Attorney at Law

| | | |
|---|---|---|
| **YAIR GREEN & CO.**<br>Law Firm & Notary<br><br>24 Ramban St. Jerusalem 92422 P.O.B. 7820<br>Tel.: 02-5618820  Fax: 02-5666665<br>E-mail: jr@ygreen.co.il<br><br>15 Abba Hillel St. Ramat Gan 52522<br>Tel.: 03-7514980  Fax: 03-5754820<br>E-mail: rg@ygreen.co.il | Jerusalem<br>July 21, 2008 | יאיר גרין ושות'<br>משרד עורכי־דין ונוטריון<br><br>רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820<br>טלפון: 02-5618820  פקס: 02-5666665<br>E-mail: jr@ygreen.co.il<br><br>רחוב אבא הלל 15, רמת־גן 52522<br>טלפון: 03-7514980  פקס: 03-5754820<br>E-mail: rg@ygreen.co.il |

YAIR GREEN

AVITAL KRATTER

SHARON SHPIGEL

NITSAN SHMUELI

AMIR GREEN

OFFIR SHERMAN

SHAHAR ELON

יאיר גרין

אביטל קרטר

שרון שפיגל

ניצן שמואלי

אמיר גרין

אופיר שרמן

שחר אלון

Mr. Bernard L. Madoff
Madoff Investment Securities LLC
885 Third Avenue
New York

<u>Via Fax no. + 1-212-4868178</u>

Dear Bernie,

<u>Re: Premero Investments Ltd. - Account #1-FNO73-30</u>

Further to our telephone conversation of today, please accept this letter as an instruction to transfer from the above mentioned account the sum of $2,500,000 (two million five hundred thousand dollars) to:

**Beneficiary Bank: JPMorgan Chase Bank**
**Bank Address: 1411 Broadway New York NY 10018**
**Account Name: R.H.Book LLC**
**ABA# ▮▮▮▮0021**
**Account # ▮▮▮▮8565**
**For Further Credit to: <u>Premero Investments Ltd.</u>**
**Swift Code: ▮▮▮▮US33**

Thank you for your kind assistance.

Yours,

*YAIR GREEN.*
Yair Green

PREMERO 00056