# EXHIBIT P

```
                                          DR. K. BRUNNER
                                          BEILAGE NR.: M04
```

C O N T R A T

entre

Dr. Kurt Brunner, avocat, Bankstrasse 21,
8750 Glarus/Suisse,
(dénomée par la suite fiduciaire)

d'une part,

et

M. Albert Iqoin, Paris,
(dénomée par la suite actionaire)

d'autre part,

MAGNIFY INC., Panama

1. L' actionaire charge le fiduciaire avec la fondation d'une société anonyme à Panama.

   Il est obligé à avancer les frais de la fondation de Sfrs. 2'500.--.

2. L' actionaire charge le fiduciaire du mandat du président du conseil d'administration de la société et lui charge avec toutes les devoires concernant l'organisation juridique de cette société.



- 2 -

3. Tous les frais et dépenses afférents au mandat de fiduciaire, spécialement les frais à Panama d'environ Sfrs. 1'900.-- par année, seront remboursés au fiduciaire. En plus l'administrateur reçoit une indemmité annuelle de Sfrs. 3'000.--.

4. Le fiduciaire est obligé à délivrer tous les documents ou de céder tous les droits concernant la société à l'actionaire à la première invitation.

5. Le fiduciaire s'engage à exercer son mandat exclusivement selon les instructions de l'actionaire. Ces instructions ne peuvent aller à l'encontre ni de la loi, ni des statuts, ni des intérêts de la société, ni des bonnes moeurs.

De la part de l'actionaire, les personnes suivantes sont habilitées à donner des instructions à l'administrateur:

Mme DORIS, DEBORAH IGOIN (épouse)
mme Laurence, Jeanne IGOIN (fille) née le ▮▮▮ 1949
~~épouse de~~ Marian Apfelbaum

Dans le cas où le fiduciaire se trouverait dans l'impossibilité d'obtenir en temps utile des instructions, celui-ci serait alors obligé d'agir dans le respect des intérêts de l'actionaire ainsi que dans ceux de la société. L' actionaire devra être informée, dans les plus brefs délais, de ces activités.

L' actionaire décharge d'avance le fiduciaire de l'ensemble des actes que celui-ci aurait entrepris selon les instructions de l'actionaire. De la même manière, l' actionaire décharge le fiduciaire de toutes les activités que ce dernier aurait entrepris conformément au chiffre 5, alinéa 3 du présent contrat, sauf si l' actionaire s' est opposé à des telles activités dans un délai de 10 jours, à dater du jour où l' actionaire en a été informée.

BRUNNER 0048

- 3 -

L' actionaire s'engage à dédommager le fiduciaire de toutes les obligations et responsabilités etc. qui peuvent résulter du mandat de fiduciaire.

6. Le fiduciaire est habilité à renoncer à tout moment à son mandat. Dans ce cas, l' actionaire est tenu d'une part, de convoquer, dans un délai d'un mois, une assemblée générale, laquelle décharge définitivement de son mandat le fiduciaire, d'autre part, de faire radier du registre de commerce son inscription.

7. Tous les rapports juridiques entre les parties sont soumis au droit suisse.

<u>Le for juridique exclusif est à 8750 Glarus, Suisse.</u>

Zurich, le 28 juin 1983

Le fiduciaire:                                L'actionaire:

_____                       _____
(Dr. Kurt Brunner)                            (Albert Igoin)

BRUNNER 0049



translations@geotext.com
www.geotext.com

STATE OF NEW YORK   )
                    )
                    ) ss
                    )
COUNTY OF NEW YORK  )

### CERTIFICATION

This is to certify that the attached translation is, to the best of my knowledge and belief, a true and accurate translation from French into English of the attached pages with Bates Nos. BRUNNER 0047–BRUNNER 0049.

_____
Ken Hetzel, Project Manager
Geotext Translations, Inc.

Sworn to and subscribed before me
this 3rd day of November, 20 12.

_____

KURT ADAM SHULENBERGER
NOTARY PUBLIC-STATE OF NEW YORK
No. 01SH6235526
Qualified in Queens County
My Commission Expires February 07, 2015

New York            Washington, D.C.    Chicago             Houston             San Francisco
t: +1.212.631.7432  t: +1.202.828.1267  t: +1.312.242.3756  t: +1.713.353.3909  t: +1.415.576.9500

London              Paris               Stockholm           Frankfurt           Hong Kong
t: +44.20.7553.4100 t: +33.1.42.68.51.47 t: +46.8.463.11.87 t: +49.69.7593.8434 t: +852.2159.9143

> DR. K. BRUNNER
> SUPPLEMENT No.: *M04*

## AGREEMENT

between

Dr. Kurt Brunner, attorney, Bankstrasse 21,
8750 Glarus/Switzerland,
(referred to hereinafter as the trustee)

as party of the first part,

and

Mr. Albert Igoin, Paris,
(referred to hereinafter as the shareholder)

as party of the second part,

### MAGNIFY INC., Panama

1. The shareholder entrusts the trustee with the establishment of a corporation in Panama.

    He is required to make an advance payment of CHF 2,500.00 for the incorporation expenses.

2. The shareholder appoints the trustee as the company's chairman of the board and assigns to him all the duties involved in the legal organization of this company.

[initials] [initials]

BRUNNER 0047

-2-

3. The trustee shall be reimbursed for all the costs and expenses incurred as trustee, specifically the expenses in Panama of around CHF 1,900.00 per year. Moreover, the administrator shall receive annual compensation of CHF 3,000.00.

4. The trustee is required to deliver all the documents or assign all the rights involving the company to the shareholder upon request.

5. The trustee undertakes to carry out his assignment exclusively according to instructions from the shareholder. These instructions cannot be contrary to the law, the bylaws, the company's interests, or public decency.

The following persons are authorized to give instructions to the administrator on behalf of the shareholder:

[initials] *Mrs. Doris Deborah Igoin (wife)*
[initials] *Ms. Laurence Jeanne Igoin (daughter), born on* ▇▇▇▇ *1949, wife of Marian Apfelbaum*

In the event that the trustee is unable to obtain the instructions in a timely manner, he is then required to act in accordance with the interests of the shareholder and of the company. The shareholder must be informed of these activities as soon as possible.

The shareholder discharges the trustee, in advance, from liability with regard to all the acts that he may undertake in accordance with the shareholder's instructions. The shareholder likewise discharges the trustee from liability with regard to all the activities that the latter may undertake pursuant to item 5, paragraph 3, of this agreement, unless the shareholder objects to such activities within a period of ten days from the date on which the shareholder is informed thereof.

[initials]
[initials]

BRUNNER 0048

-3-

The shareholder undertakes to compensate the trustee for all the duties and responsibilities, etc., that may result from the position of trustee.

6. The trustee is authorized to resign from his position at any time. In this event, the shareholder is required to convene a general meeting within one month, at which the trustee shall receive final discharge from his duties, and to have his registration removed from the commercial register.

7. All the legal relationships between the parties are subject to Swiss law.

<u>The exclusive place of jurisdiction is at 8750 Glarus, Switzerland.</u>

Zurich, June 28, 1983

The Trustee:

[signature]
(Dr. Kurt Brunner)

The Shareholder:

[signature]
(Albert Igoin)

BRUNNER 0049



DR. K. BRUNNER

BEILAGE NR.: 109

Air Mail

Personal/Confidential

Mr. Bernard L. Madoff
110 Wallstreet

New York, 10005
USA

Clarus, July 18, 1993

Magnify Inc., Panama

Dear Mr. Madoff,

Please find enclosed the copy of the mandatory agreement between me and our client.

According to his instructions you shall keep thes agreement for him.

Many thanks for your kind assistance and

kindest regards

Dr. Kurt Brunner

Enclosure