# EXHIBIT Q

DR. K. BRUNNER

BEILAGE NR.: M17

**MAGNIFY INC., PANAMA-CITY**
("The Company")

(an International Business Company)

Written resolution of the Dole Director
Persuant to the
Articles of Association of the Company

---

I, Dr. Kurt Brunner, being duly appointed the sole director of the above mentioned Company by subscriber there of DO HEREBY ADOPT the following resolution:

1.  <u>Managing Director</u>

    RESOLVED, that Advocate and Notary <u>Yair Green</u>, Jerusalem, shall be appointed to be the sole Managing Director of the Company and his siganture shall obligate the Company for all intents and purposes.

2.  <u>General Power of Attorney</u>

    Advocate and Notary <u>Yair Green</u>, shall be authorized to enter into and execute, on behalf of the Company, any financial transactions and/or any contracts and/or any other instruments as he may deem fit, if Board action is not requiered, at his discretion, in the performance of his duties on behalf of the Company.

Dated this 23rd day of June 1995

_____
Director  -  Dr. Kurt Brunner