# EXHIBIT R

NOTARIO
REGISTRO

*Nadia Puyol*

(L.R.)

# REPÚBLICA DE PANAMÁ
PROVINCIA DE PANAMÁ

## NOTARÍA PÚBLICA QUINTA
Circuito Notarial de Panamá

*Licdo. Jorge E. Gantes S.*
NOTARIO

Calle 51 Este, Manuel María Icaza,
Edif. Magna Corp., Local N° 5, PB

Tels.: 269-2207 / 269-2706
email: jorgeganteslegal@gmail.com

ESCRITURA N°   12,948   de   20   de   abril   de   2016

HORARIO
Lunes a Viernes
8:00 a.m. a 5:00 p.m.
Sábado
9:00 a.m. a 1:00 p.m.

POR LO CUAL: se protocoliza Copia Autentica de Acta de una reunión extraordinaria de la Junta Directiva de la sociedad "**MAGNIFY INC.**", mediante la cual se realizan cambios en la Junta Directiva de la sociedad.

SAMANTHA NUÑEZ - 8-903-1575

ALFARO

MPSYGE 01197

**NOTARÍA PÚBLICA QUINTA**
Circuito Notarial de Panamá
REPÚBLICA DE PANAMÁ

1. ESCRITURA PÚBLICA NÚMERO DOCE MIL NOVECIENTOS CUARENTA Y OCHO --------
2. ------------------------------------------------ (12,948) ------------------------------------------------
3. Por la cual se protocoliza Copia Auténtica de Acta de una reunión extraordinaria de la Junta
4. Directiva de la sociedad "**MAGNIFY INC.**", mediante la cual se realizan cambios en la Junta
5. Directiva de la sociedad. ------------------------------------------------
6. ------------------------------ Panamá, 20 de abril de 2016. ------------------------------
7. ------------------------------------------------

MPSYGE 01198

1. ------------------------------------------- (12,948) -------------------------------------------
2. (Fdos.) Julio E. Linares F. ----- Vielka M. Díaz ----- Luz Marela Antinori N. ---- Lic. **JORGE**
3. **ELIEZER GANTES SINGH**, Notario Público Quinto del Circuito de Panamá. -----------------
4. ------------------------------------------- Traduccion -------------------------------------------
5. ------------------------------------------- "MAGNIFY INC." -------------------------------------------
6. ------------ Acta de una reunión extraordinaria de la Junta Directiva ------------
7. Una reunión extraordinaria de la Junta Directiva de "MAGNIFY INC.", previa convocatoria a
8. todos los directores, celebrada en las oficinas de la sociedad, en Schweizerhofstrasse 14,
9. CH-8750 Glarus, Suiza, a las 8:00 a.m., el 14 de abril de 2016. -----------------
10. Estuvieron presentes los siguientes miembros de la Junta Directiva: -----------------
11. ------------ KURT BRUNNER ------------ DIRECTOR Y PRESIDENTE ------------
12. ------------ PHILIPP BRUNNER ------------ DIRECTOR Y SECRETARIO ------------
13. ------------ GERTRUD BRUNNER ------------ DIRECTOR Y TESORERO ------------
14. siendo la totalidad de los miembros de la Junta Directiva. -----------------
15. El Presidente de la sociedad, Sr. Kurt Brunner, llamó a orden, abrió la reunión y actuó como
16. Presidente de la reunión. -----------------
17. El Secretario de la sociedad Sr. Philipp Brunner, actuó como Secretario de la reunión. -----
18. Inmediatamente el Secretario presentó a la reunión las renuncias por escrito de todos los
19. Directores y Dignatarios de la sociedad, renuncias éstas que han sido presentadas para
20. entrar en efecto al cierre de la presente sesión. -----------------
21. Seguidamente el Presidente de la reunión declaró que después de haber sido aceptadas las
22. renuncias presentadas, procedía la elección de nuevos Directores y Dignatarios de la
23. sociedad, para que entren en ejercicio de sus cargos al cierre de la presente sesión. -----
24. Acto seguido, y a moción debidamente hecha, sustentada y debatida la siguiente resolución
25. fue adoptada por unanimidad: -----------------
26. ------------------------------------------- SE RESUELVE: -------------------------------------------
27. Aceptar, como en efecto se aceptan, las renuncias presentadas por todos los Directores y
28. Dignatarios de la sociedad y nombrar, como en efecto se nombran a las siguientes personas
29. en sus remplazos: -----------------

MPSYGE 01199

NOTARÍA PÚBLICA QUINTA
Circuito Notarial de Panamá
REPÚBLICA DE PANAMÁ

Continuación de la Escritura Pública N° 12,949 de 20 de abril de 2016.

1. Mayor de edad, nacida el ███ de 1937, con domicilio en 24 Ramban Street,
2. Jerusalén 9242225, Israel y con nacionalidad israelí, Ella actuara como Directora y
3. Presidenta. -----------------------------------------------------------------------------------------
4. ------------------------------------------- AMIR GREEN -------------------------------------
5. Mayor de edad, nacido el ███ de 1970, con domicilio en 24 Ramban Street,
6. Jerusalén 9242225, Israel y con nacionalidad israelí, El actuara como Director y Secretario -
7. ------------------------------------------- YAIR GREEN -------------------------------------
8. Mayor de edad, nacido el ███ de 1943, con domicilio en 24 Ramban Street,
9. Jerusalén 9242225, Israel y con nacionalidad israelí, El actuara como Directora y Tesorero -
10. Seguidamente el Secretario declaró que después de la elección hecha en esta reunión de la
11. Junta Directiva, las siguientes personas son los Directores y Dignatarios de la sociedad: -----
12. ------------------------------------------- DIRECTORES: -----------------------------------
13. ------------------------------------------- AYALA NAHIR ----------------------------------
14. ------------------------------------------- AMIR GREEN -----------------------------------
15. ------------------------------------------- YAIR GREEN -----------------------------------
16. ------------------------------------------- DIGNATARIOS: ---------------------------------
17. ----------- AYALA NAHIR ----------------------- PRESIDENTE -----------------
18. ----------- AMIR GREEN ------------------------ SECRETARIO -----------------
19. ----------- YAIR GREEN ------------------------- TESORERO --------------------
20. No habiendo más asuntos de que tratar en la reunión, se suspendió la sesión. ---------------
21. El Secretario de la reunión, (Fdo.) Philipp Brunner; -------------------------------------------
22. APROBADO POR: ----------------------------------------------------------------------------
23. (Fdo.) Kurt Brunner, Presidente -----------------------------------------------------------
24. (Fdo.) Philipp Brunner, Secretario --------------------------------------------------------
25. (Fdo.) Gertrud Brunner, Tesorero ---------------------------------------------------------
26. El suscrito, Secretario de MAGNIFY INC., por este medio --------------------------------
27. ------------------------------ CERTIFICA: -------------------------- MPSYGE 01200
28. Que la anterior es copia fiel del original del Acta de una Reunión Extraordinaria de la Junta
29. Directiva de dicha Sociedad, celebrada en Schweizerhofstrasse 14, Ch-8750 Glarus, Suiza el

1. (Fdo.) Philipp Brunner, ------------------------------------------------------------------
2. Yo, MARIO E. CORREA, Traductor Público Autorizado, por este medio certifico que la
3. anterior es una traducción verdadera y correcta al idioma Español de su original en Inglés.
4. Panamá, 20 de abril de 2016. ----------------------------------------------------------
5. (Fdo.) Mario E. Correa, Intérprete público Autorizado de Inglés al Español y Viceversa,
6. Resolución N°7010 de 2013. -----------------------------------------------------------
7. ====CONCUERDA con su original esta copia que expido, sello y firmo en la ciudad de
8. Panamá, República de Panamá a los veinte (20) días del mes de abril de dos mil dieciséis
9. (2016). ----------------------------------------------------------------------------

*Lic. Jorge E. Gantes S.*
*Notario Público Quinto*

MPSYGE 01201



Registro Público de Panamá

## (MERCANTIL) FOLIO Nº 112877 (S) - INSCRIPCIÓN
## INSCRITO AL ASIENTO NÚMERO 2

### CAMBIO DE JUNTA DIRECTIVA, MIEMBRO, AGENTE RESIDENTE O REPRESENTANTE LEGAL

**CARGOS DE BAJA**
DIRECTOR: KURT BRUNNER
DIRECTOR: GERTRUD BRUNNER
DIRECTOR: PHILIPP BRUNNER
PRESIDENTE: KURT BRUNNER
SECRETARIO: PHILIPP BRUNNER
TESORERO: GERTRUD BRUNNER
REPRESENTANTE LEGAL: -

**CARGOS ACTUALIZADOS**
AGENTE RESIDENTE: TAPIA, LINARES Y ALFARO
DIRECTOR / PRESIDENTE: AYALA NAHIR
DIRECTOR / SECRETARIO: AMIR GREEN
DIRECTOR / TESORERO: YAIR GREEN
SUSCRIPTOR: ALFREDO RAMIREZ TEJADA
SUSCRIPTOR: HORACIO FERNANDO ALFARO

ESTE ASIENTO REGISTRAL HA SIDO PRACTICADO EN LA ENTRADA 177939/2016 (0) PRESENTADA EN ESTE REGISTRO EL DÍA 21/04/2016 A LAS 05:23 PM

**DOCUMENTOS PRESENTADOS**
ESCRITURA PÚBLICA NÚMERO 12948 DE FECHA 20/04/2016
AUTORIZANTE: NOTARIO PÚBLICO JORGE ELIEZER GANTES SINGH DE LA NOTARÍA NÚMERO 5 DE PANAMÁ

LOS DERECHOS DE CALIFICACIÓN Y REGISTRO ASCIENDEN A SESENTA Y CINCO BALBOAS (B/. 65.00)