# EXHIBIT S

משרד ביעד המסחר

עמותה מספר 3-582 ███

פ ר ו ט ו ק ו ל

1. תנוסח העברי של מטרות העמותה יהיו כדלקמן:

א. לקדם וללמוד במחקר בישראל, תוך שימת דגש מיוחד על קידום המחקר המדעי שמושי.

ב. לממן מחקר ופיתוח של מדע שמושי ורעיונות מדעיים בשלביהם הראשוניים, כאשר לא ניתן לגייט עבורם מימון קטלי.

ג. לסייע למדענים צעירים ומטיהים, המעוניינים לעסוק במחקר מדעי שמושי.

2. א. חברי העמותה, החתומים מטה, מצהירים ומתחייבים כי אסורה חלוקת רווחים של העמותה בין חברי העמותה, ורכי העמותה מתחייבת לא לחלק רווחים בין חברי העמותה, והחברים מתחייבים שלא לקבל לעצמם רווחים של העמותה.

ב. התחייבות זו תהא חלק מתקנון העמותה – בגדר סעיף של בתקנון.

| חברי העמותה | חתימת |
|---|---|
| 1. הנדרי אטלן – יו"ר |  |
| 2. אלברט איגרון – מנהל | |
| 3. אמנון פדי – מנהל | |
| 4. יצחק אמיר – מנכ"ל | |
| 5. אילה נהיר – חברה | א/עון |
| 6. אהרן פרגל – חבר | |
| 7. ריצ'רד ערמון – חבר | |

MPSYGE 00691



MPSYGE 00692

*Translation*

<u>Yeshaya Horowitz Association</u>
<u>Association no.</u> ▓▓▓▓▓ <u>632-3</u>

<u>MINUTES</u>

1. The Hebrew version of the Association's goals are as follows:

    a. To promote and support research in Israel, with special emphasis on promoting practical scientific research;
    b. To finance research and development of applied science and scientific ideas for which business support cannot be raised;
    c. To assist promising young scientists seeking to engage in applied scientific research

2. a. The undersigned members of the Association confirm and undertake that distribution of profits among the Association members is prohibited and that the Association undertakes not to distribute profits among the Association's members, and the members undertake not to accept any of the Association's profits for themselves.

    b. This undertaking shall form a part of the Association's Constitution – Section 6E thereof.

| <u>Association members</u> | <u>Signature</u> |
|---|---|
| 1. Henri Atlan – Chairman | [ *Signature* ] |
| 2. Albert Igoin – Director | [ *Signature* ] |
| 3. Amnon Pazi – Director | [ *Signature* ] |
| 4. Yitzhak Amir – Director-General | [ *Signature* ] |
| 5. Ayala Nahir – Member | [ *Signature* ] |
| 6. Aharon Fogel – Member | [ *Signature* ] |
| 7. Richard Armon – Member | [ *Signature* ] |

1

*Translation*

(For new association)        Present Board (for Ottoman association)        If signed by Attoreny, POA must be attached

| Surname | First name | Father's name | SN | ID no. * | Year of birth | Residence: Street, No., City, Zip | Phone | Association office | Signature |
|---|---|---|---|---|---|---|---|---|---|
| IGOIN | ALBERT | Jaler | 31 | 1764 | 1915 | Bourdonne 4, Paris, | 47052091 | Director | [S*ignature*] |
| PAZI | AMNON | Chaim | | 7460 | 1936 | Tchernichovsky 32, Jerusalem, 92587 | 635990 | Director | [S*ignature*] |
| ATLAN | HENRY | Benjamin | 6 | 3536 | 1931 | HeHalutz 54, Jerusalem, 96222 | 531717 | Chairman | [S*ignature*] |
| AMIR | YITZHAK | Baruch | 6 | 3536 | 1936 | Halamed Hey 2, Jerusalem 93661 | 665890 | Director-General | [S*ignature*] |
| Nahir | Ayala | Yosef | 8 | 6978 | 1938 | Beit Alfa, DN Gilboa, 19140 | 533895 | Treasurer | [S*ignature*] |
| Fogel | Aharon | Eliahu | 5 | 7648 | 1947 | Rabbi Tarfon 8, Jerusalem 93592 | 783586 | Economist | [S*ignature*] |
| Richard | Armon | Carol | 7 | 6404 | 1933 | Maharal 9, Tel Aviv 62481 | 238278 | Banker | [S*ignature*] |

[Circular Stamp: Ministry of Justice, State of Israel]

Was the association established under Ottoman law? ☒ No ☐ Yes        As of (date): _____        Payment:
                                                                        File no.                Appended is original or
                                                                        District: _____        photocopy of Postal Bank
                                                                                                receipt no. _____ dated _____ for registration fee and
                                                                                                publication costs in Gazette in the sum of _____ Sheqel

Association constitution
Standard constitution (pursuant to Section 10(a) of the law)

* French passport                    **b. Photocopy fees**
                                     Appended is the original (or photocopy) of Postal Bank receipt no. _____
                                     Dated _____ in the sum of _____ Sheqel
                                     As per _____ Sheqel per page

2