# EXHIBIT T

**YAIR GREEN**
Advocate & Notary

24 Ramban St.
Jerusalem 92422
P.O.B. 7820
Tel: 02-618820
Fax: 02-666665

EINGEGANGEN
3 1. Aug. 1993
Erl................

יאיר גרין
עורך דין ונוטריון

רמב"ן 24
ירושלים 92422
ת.ד. 7820
טל. 02-618820
פקס. 02-666665

August 23, 1993

Dr. Kurt Brunner
Rechtsanwalt und Urkundesperson
Bankstrasse 21
8750 Glarus
S W I T Z E R L A N D

DR. K. BRUNNER
BEILAGE NR.: 106

Dear Dr. Brunner,

Re:  **Premero Investments Ltd.**

As we discussed in our telephone conversation, my client wishes to appoint you as director in the company he is establishing in the British Virgin Islands. I am therefore enclosing the following photocopies in respect of said company:

1. Stamped copy of Memorandum and Articles of Association
2. Appointment of the First Director
3. Written Resolution of the Sole Director, duly sealed and notarized, according to which you are appointed Director contemporaneously with the resignation of Westlaw Ltd.
4. Copy of the resignation of Westlaw Ltd.

In light of the above, you are now the company's Director.

By virtue of said appointment, I would appreciate your signing the three enclosed Resolutions and returning them to me, duly notarized.

**YAIR GREEN**
Advocate & Notary

יאיר גרין
עורך דין ונוטריון

page 2

As agreed, your fee for serving as Director shall be 800 Swiss Francs per year, payable upon submission of your bill.

I look forward to receiving the signed and authorized resolutions at your earliest convenience.

Please accept my thanks for your cooperation.

Cordially yours,

*[signature]*

Yair Green, Advocate

encls.



PREMERO INVESTMENTS LIMITED
("the Company")

(An International Business Company)

Written Resulutions of the Sole Director
Pursuant to Regulation 107 of the
Articles of Association of the Company

---

I, DR. KURT BRUNNER, being duly appointed the sole director of the above-mentioned Company by the subscriber thereof on the 5th January, 1993, DO HEREBY ADOPT the following resolution:

1. <u>On-going Company Business Affairs</u>

    RESOLVED that Advocate and Notary Yair Green be and hereby is authorised to enter into and execute, on behalf of the Company, and contracts and other instruments as he may be instructed by the Company or, if Board action is not required, at his discretion in the performance of his duties on behalf of the Company.

Dated this 6th day of September, 1993.


_____
Director - Dr. Kurt Brunner

<u>Legalisation</u>
Seen for legalisation of the above signature of Dr. Kurt Brunner, attorney-at-law, 8750 Glarus/Switzerland, personally known to me.

Glarus, September 6, 1993

The Notary Public:

Gemeindekanzlei Glarus
Der Gemeindeschreiber:



PREMERO INVESTMENTS LIMITED
("the Company")

(An International Business Company)

Written Resolutions of the Sole Director
Pursuant to Regulation 107 of the
Articles of Association of the Company

---

I, DR. KURT BRUNNER, being duly appointed the sole director of the above-mentioned Company by the subscriber thereof on the 5th January, 1993, DO HEREBY ADOPT the following resolution:

1. Bank Account

    RESOLVED that Advocate and Notary Yair Green be and hereby is authorised to open a bank account for the Company with Bank Hapoalim BM, Jerusalem, main branch, and/or Bank Leumi LeIsrael BM and shall be authorised to act in said account for all intents and purposes.

Dated this 6th day of September, 1993.


_____
Director - Dr. Kurt Brunner


Legalisation
Seen for legalisation of the above signature of Dr. Kurt Brunner, attorney-at-law, 8750 Glarus/Switzerland, personally known to me.

Glarus, September 6, 1993

The Notary Public:

Gemeindekanzlei Glarus
Der Gemeindeschreiber:

BRUNNER 0162



DR. K. BRUNNER
BEILAGE NR.: P08

PREMERO INVESTMENTS LIMITED
("the Company")

(An International Business Company)

Written Resulutions of the Sole Director
Pursuant to Regulation 107 of the
Articles of Association of the Company

---

I, DR. KURT BRUNNER, being duly appointed the sole director of the above-mentioned Company by the subscriber thereof on the 5th January, 1993, DO HEREBY ADOPT the following resolution:

1. **Bank Account**

    RESOLVED that Advocate and Notary Yair Green be and hereby is authorised to open a bank account for the Company with a bank in New York, U.S.A. and be and hereby is authorised to act with respect to said account for all intents and purposes.

Dated this 6th day of September, 1993.

_____
Director - Dr. Kurt Brunner

**Legalisation**
Seen for legalisation of the above signature of Dr. Kurt Brunner, attorney-at-law, 8750 Glarus/Switzerland, personally known to me.

Glarus, September 6, 1993

The Notary Public:

Gemeindekanzlei Glarus
Der Gemeindeschreiber: