# EXHIBIT V

Dr. iur. KURT BRUNNER, lic. oec. HSG
RECHTSANWALT UND URKUNDSPERSON
MITGLIED DES SCHWEIZERISCHEN ANWALTSVERBANDES



8750 GLARUS
BANKSTRASSE 21

TELEFON 058/61 41 63
TELEFAX 058/61 66 10

POSTCHECKKONTO 87-7348-6

by air-mail

Mr. Yair Green
Advocate & Notary
24 Ramban Street

J e r u s a l e m

Israel

Glarus, December 18, 1989

**Magnify Inc. / Yeshaya Horowitz Foundation**

Dear Mr. Green

Please find enclosed the discussed two minutes regarding the decisions of the board of Magnify Inc.

Hoping that the two documents will be helpful to you, I am looking forward to hearing from you.

Many thanks for your kind attention and

Kindest regards

Dr. Kurt Brunner

2 Enclosures



MAGNIFY INC.

Panama-City
Rep. de Panama

### Minutes of the Board-Meeting

held on December 14th, 1989, at the office of the Chairman, Dr. Kurt Brunner, Bankstrasse 21, 8750 Glarus/Switzerland

### Decisions taken:

The board decides to transfer the two certificates no. *1* and no. *2*, representing 500 shares without par value of Magnify Inc., Panama, to

Yeshaya Horowitz Foundation, 2, Lamed Street, Jerusalem.

The two certificates have been handed over to Mr. Yair Green, Advocate & Notary, 24 Ramban Street, Jerusalem, in order to deliver the two certificates to Yeshaya Horowitz Foundation.

Glarus, December 14th, 1989

For the board of Magnify Inc.:

Dr. Kurt Brunner, Chairman

BRUNNER 0055

DR. K. BRUNNER

BEILAGE NR.: HM

MAGNIFY INC.

Panama-City
Rep. de Panama

Minutes of the Board-Meeting

held on December 14th, 1989, at the office of the Chairman, Dr. Kurt Brunner, Bankstrasse 21, 8750 Glarus/Switzerland

Decisions taken:

The board decides:

1. To open a bank account with:

    Bank Hapoalim Ltd., Main Branch, 16, King George Street, Jerusalem

2. To establish the following powers-of-attorney regarding this bank-account with Bank Hapoalim Ltd.:

2.1. Sole signature to the Chairman of Magnify Inc., Dr. Kurt Brunner, Advocate and Notary, born ▉▉▉ 1946, Swiss citizen, residing Bankstrasse 21, 8750 Glarus/Switzerland

BRUNNER 0056

2.2. Joint signatures (two out of the three):

Prof. Henri Atlan

Mr. Ytzhak Amir

Mr. Ayala Nahir

3.  Mr. Yair Green, Advocate & Notary, 24 Ramban Street, Jerusalem, is empowered to organize this account opening.

Glarus, December 14th, 1989

For the board of Magnify Inc.:

Dr. Kurt Brunner, Chairman

BRUNNER 0057

```
DR. K. BRUNNER
BEILAGE NR.: M12
```

## ASSIGNMENT OF TRANSFER

Based on the two "TRASPASOS" of June 21, 1983, signed by the attorneys Alfredo RAMIREZ Tejada, Panama-City, and Horacio Fernando ALFARO, Panama-City,

I, Dr. Kurt Brunner, Bankstrasse 21, 8750 Glarus/Switzerland,

herewith transfer the two certificats No. 1 and No. 2 representing 500 shares each of

Magnify Inc., Panama-City, Panama,

with all rights represented by these two cerificates to

Yeshaya Horowitz Foundation, 2, Lamed Heh Street, Jerusalem.

Glarus, December 14, 1989

Dr. Kurt Brunner

BRUNNER 0058