# EXHIBIT W

YAIR GREEN
Advocate & Notary

24 Ramban St.
Jerusalem 92422
P.O.B. 7820
Tel. 02-639756, 637786
Fax. 02-666665

12 April 1990

M. Albert Igoin
4 avenue de la Bourdonnois
Paris, France

Dear Mr Igoin:

    I the undersigned Advocate and Notary Yair Green hereby confirm that I am the holder of the original Deed of Trust signed by you on 16 November 1989 and the original certificates of shares of the company known as Magnify Ltd., duly registered in Panama, appointing the Yeshaya Horowitz Foundation as Trustee of the said shares and assets of the above company.

    The original Deed of Trust and the original certificates of shares are held by me in accordance with the terms stipulated in the Deed of Trust, and I shall act in accordance with those terms and in compliance with the instructions given me by you from time to time.

    I am gratified for your confidence in me.

Respectfully yours,

*Yair Green.*
Yair Green, Advocate

YG:rr

GREEN 00001

*2*

*18.5.90*

Mr. ai: Green, Advocate and Notary
34 Ramban Street
Jerusalem

Dear Mr. Green:

We the undersigned Yeshaya Horowitz Foundation, by Prof. Henri Atlan and Mr. Yitzhak Amir, hereby confirm that we are aware that, on 16 November 1989, M. Albert Igoin signed a Deed of Trust, the original of which is deposited with you.

We have read the terms of the Deed of Trust and we consent to all the terms stipulated therein as they are presently in effect and as they may be revised from time to time by the Founder of the Trust, M. Albert Igoin.

We confirm that any dispute or misunderstanding between ourselves and the Founder of the Trust and/or between ourselves and the Beneficiaries of the Trust, in any matter relating to the Trust or deriving therefrom, shall be settled by you as sole arbitrator, in whose integrity and discretion we have full and complete confidence.

Cordially yours,

The Yeshaya Horowitz Foundation
By Prof. Henry Atlan
By Mr. Yitzhak Amir

rr

*2*

GREEN 00002