# EXHIBIT Y

Memo
Meeting with Albert Igoin in Paris
13/9/90

- After a brief exchange of pleasantries, I gave Igoin the Association's letter addressed to him dated May 18, 1990.

- I reported to Igoin on the inauguration of Stage A of the HBRC and he expressed his satisfaction.

- Igoin asked that the future of his niece, Ayala Nahir, be assured and if she should die before him, her children should be looked after.

- At this stage, it is Igoin who will decide on the donations to the Association.

- After his death, up to one-half of the revenue generated in the Magnify account with Madoff which Igoin is managing will be directed to donation to the Association and the other half of revenue is for his wife and daughter.

- According to Igoin, he has given Madoff instructions regarding the division of the revenues from the money managed by him.

- The principal managed with Madoff, as opposed to the revenue generated by these monies, will remain permanently under Madoff's management and this principle is not for distribution.

Yair
13/9/90

GREEN 00012

יואל

- בטלפון נוסף עם אלכן (כנראה) איציק
 בבקר יום 13/9/90

- לאחר זמן קצר ניסיתי להשיג את איציק
 את מזכירתו אמרה לי שאיננו בישראל 18/5/90

- הודעתי לאיציק על הגעתו של A אל
 ה- HBRL והוא ביקש ממני לאשר ותפגשן

- איציק ביקש ממני לצלם את עצמו
 מה אותי - אליהתן
 אין אלוה מתן פעם לי ולצלם יוזמה

- כדבר זה, איציק הוא יצא למטוס אל המשרה
 לאשות

- לאחר זמן רב, אני צריך להתקשר למלון
 הבקר היום magnify רבה להיות אל כן
 הבקר הוצעתי כבר לעשות לעצמו ונטי
 וירדן ואני כבר לא אוכל ירדן

- לכן אני איציק הוא הגיע את להתקשר לכן
 ולאחר הבקר לה הכסף הושלמו של לא כבר

- כעבור זמן רב הגיע החולה אל אותי הבקר הדבר
 שהנפגש הושלם ואני צריך להיות
 אל הבקר ואני כבר היה לי להכין
 ואכול
 13/9/90

5