# EXHIBIT Z

Paris 14 Sept. 1990

Dear Yair,

According to my rights in art. 4 a & c of the Deed of Trust signed by me on Novenmber 16th 1989, I hereby amend the instructions of art. 8 as follows:

In the event that the undersigned's demise precedes that of his wife, Doris Igoin nee Wolson, 250 (two hundred fifty) shares of the Cy known as Magnify Ltd. shall become her property and my wife shall be the full owner of the said shares, on condition that the said shares shall be held during her lifetime in a trust whcih shall be formed by the executor of my estate in the same nature of the trust I have formed on Nov. 16, 1989 and which is held by you.

I also amend art. 8 b of the Deed of Trust as follows:

The revenues of the Company, in the event of the undersigned's and his wife's demises, shall be distributed as follows:

(1) 25% (twenty five percent) to our daughter Laurence Apfelbaum nee Igoin;

(2) 25% (twenty five percent) to our granddaughter Emilie Apfelbaum;

(3) 50% (fifty percent) to the Association in trust for donations for the purposes specified in the articles of the Association.

Amicalement votre

( - )

32(a)

Paris 14 Sept. 1990

Dear Yair,

According to my rights in art. 4 u 8 C of the Deed of Trust signed by me on November 16th 1989, I hereby amend the instructions of art. 8d as follows:

In the event that the undersigned's demise precedes that of his wife, Sossi Spain née Nobson, 250 (two hundred fifty) shares of the Cy known as Magnify Cy shall become her property and my wife shall be the full owner of the said shares, on condition that the said shares shall be held during her lifetime in a trust which shall be formed by the executor of my estate in the same nature of the Trust I have formed on Nov 16, 1989 and which is held by you.

I also amend art. 8b of the Deed of Trust as follows:

The revenues of the Company, in the event of the undersigned's demises, shall be distributed and his wife

14

MAGNIFY 00039

as follows:

(1) 25% (twenty five percent) to our daughter Laurence Appelbaum née Igoin;

(2) 25% (twenty five percent) to our granddaughter Enolie Appelbaum;

(3) 50% (fifty percent) to the Association in trust for donations for the purposes specified in the articles of the Association

Amicalement votre

[signature]

14

— 2 —

4, avenue de la Bourdonnais, VIII

To the Advocate & Notary
Yair Green
Jerusalem 92422

According to my right in article 4 a and c of the Deed of Trust I hereby amend the Deed such that all the rights and powers vested to me in the Deed of Trust shall appply, after my demise, to whoever shall be the beneficiary of the Trust.

Today 24 of October 1991

( — )

32(6)

To the Advocate & Notary
Yair Green
    Jerusalem 92422

According to my right in article 4a and c of the Deed of Trust I hereby amend the deed such that all the rights and powers vested to me in the Deed of Trust shall apply, after my demise to however / shall be the beneficiary of the Trust

Day 24 of Oct 1991

[signature]

14

MAGNIFY 00042

- 3 -

4, avenue de la Bourdonnais, VIII

To the Advocate & Notary
Yair Green

Dear Yair,

Further to my instructions dated Oc. 24, 1991, I hereby complete them as follows:

The (500) shares of the Company shall be held in trust by the Trustee for the following Beneficiaries, jointly and severally:

My wife, Doris Igoin nee Wolson; and/or my daughter, Laurence Apfelbaum, nee Igoin; my granddaughter Emilie Apfelbaum.

To avoid any doubt I hereby specify that in the event of the demise of any of the above Beneficiaries, the remaining Beneficiaries shall be the sole Beneficiaries.

Today 13 December 1991


( - )

32(c)

To the advocate [illegible]
Yair Green?

Dear Yair,

Further to my instructions dated October, 1991 I hereby complete them as follows:

The (500) shares of the Company shall be held in trust by the Trustee for the following Beneficiaries, jointly and severally:

My wife, Doris Igoin née Wolson; and/or my daughter, Laurence Apfelbaum, née Igoin; my granddaughter Emilie Apfelbaum.

To avoid any doubt I hereby specify that in the event of the demise of any of the above Beneficiaries, the remaining Beneficiaries shall be the sole Beneficiaries.

Today 13 December 1991

[signature]

MAGNIFY 00044