# EXHIBIT AA

4 February 1992

M. Albert Igoin
Paris
FRANCE

Dear M. Igoin,

I hereby acknowledge receipt of your instructions dated 13 December 1991.

These instructions change the Deed of Trust, as amended from time to time, such that 500 shares of the Company shall be held by the Trustee in trust for your wife Doris Igoin nee Wolson and/or your daughter Laurence Apfelbaum nee Igoin and/or your granddaughter Emilie Apfelbaum, jointly and severally.

In the event of the demise of any of the above-mentioned beneficiaries, the remaining beneficiaries shall be the sole beneficiaries.

I wish you and your family good health and happiness.

With best wishes,

Yours in friendship,

Yair Green, Advocate

MPSYGE 00468