# EXHIBIT BB

*Translation*

**[Seal of Israel Police]**

P.A. Details of Event / Update* Entered: Yes No

1. Details

| Date of Notice/Update | Time | No. | Advised | S.B. | Serial No. | Unit | Sub-Unit | Symbol | Exhibit |
|---|---|---|---|---|---|---|---|---|---|
| 16 March 1997 | 08:35 | | | | | | | | |

2. Complainant: 01 Injured party 02 Relative 03 Citizen 04 Foreigner. 05 Police 06 Institution 07 Minor 08 Soldier 09 Civil Servant 00 Prisoner

| Code ID No. | Family name | First name | Father's name | Year of birth | Gender | Status | No. injured |
|---|---|---|---|---|---|---|---|
| ███242 | Green | Yair | Zvi | 1943 | M | | |

Address: City Street No. Telephone House no. Street City
Ramban 24 5638929

Name of workplace, Address, Telephone
Yair Green Law Office Ramban 24 Jerusalem 5618820

3. Relationship: 01 Father 02 Mother 03 Sibling 04 Uncle/Aunt 05 Child 06 Other 07 Neighbor 08 Friend 09 Employer 10 Husband 11 Wife 12 Step-parent 13 Unrelated 14 Employee

4. Details of suspects
ID no. Family name First name Father's name Year of birth Address: City, Street, House no.

5. Details of vehicle (if relevant)
License plate Type of plate Manufacturer Vehicle type Color Engine no. Chassis/Frame no.

Model Year Special indications Insurance company Owner's ID Relationship to offense

6. Details of event
Site: City, Neighborhood, Street/Road, House no. Type Day of week
Law Office Green Ramban 24 Jerusalem Business Sunday
House no. Street Region City Site Symbol BETWEEN Year Month Day Hour AND Year Month Day Hour
1997 March 14 5pm 1997 March 16 8am

7. Details of offense
Offense (in words) Law Attempt Law sections Source Symbol
Breaking and Entry and Theft, Criminal Code 1977, Section 407

8. Description of property
Type of property Stolen Damaged Property symbol
Safe contents

9. Motive / Background:
01 Enemy action 07 Family honor 18 Neighbors quarrel 21 Family quarrel
22 Hooliganism 28 Civil quarrel 29 Criminal 30 Romantic 27 Other (specify)

10. Details of site visit

Mode of entry: By climbing to toilet window and opening it.

11. Complainant's testimony: [*Handwritten*]On Friday we closed. at about 5 pm. Today we arrived at 08:00 am and discovered that there had been a break-in, the safe had been stolen after it was pried from the wall. The safe contained office documents, some $4000 in cash, and other foreign currency, as well as a Smith and Wesson 9" revolver. The revolver belongs to my son who is in London right now and left it with me in the safe. The pistol serial number is ███5993. It is registered on my son's name, Amir Green. Nothing else seems to have been stolen besides the safe and contents. I do not suspect anyone. There is insurance.

*Translation*

| 16 March 1997 | [*Signature*] | | 767547 M/Sgt. | Avinoam Eliahu | [Signature] |
|---|---|---|---|---|---|
| Date | Complainant's Signature | Investigator: | Serial no. Rank | Surname & Name | Signature |

12. Details of suspect



משטרת ישראל

4

# פרטי אירוע / עדכון *

☐ פ"א — הוזן: ☐ כן ☐ לא

**1. פרטי ...**

| תאריך קבלת ההודעה/העדכון | שעת קבלת ההודעה | מס' יומן/אירוע | נודע | ס"ב | מס' שוטף | שם יחידה | יחידת משנה | סמל היחידה | מס' מוצג |
|---|---|---|---|---|---|---|---|---|---|
| 16/03/97 | 0835 | | | | | | | | |

**2. פרטי המתלונן:** 01 נפגע 02 קרוב של הנפגע 03 אזרח 04 תייר/א. חוץ 05 שוטר 06 חברה/מוסד 07 קטין 08 חייל 09 עובד ציבור 00 אסיר

| קוד | מס' זהות | שם משפחה | שם פרטי | שם האב | שנת לידה | מין | מצב משפחתי | מס' נפגעים |
|---|---|---|---|---|---|---|---|---|
| | [redacted] 242 | גרין | [illegible] | צבי | 1943 | ז | | |

| המען: יישוב, רחוב, מס' בית, | מס' טלפון | מס' בית | רחוב | יישוב |
|---|---|---|---|---|
| [illegible] 24 | 5638929 | | | |

שם ומען מקום העבודה: [illegible] גרין [illegible] ים — מס' טלפון: 5618820

**3. זיקת הנפגע לחשוד:** 01 אב 02 אם 03 אח/ות 04 דוד/ה 05 בן/בת 06 קרוב אחר 07 שכן 08 חבר 09 מעביד 10 בעל 11 אשה 12 הורה חורג 13 זר 14 עובד

**4. פרטי החשודים:**

| מס' הזהות | שם משפחה | שם פרטי | שם האב | שנת לידה | המען: יישוב, רחוב, מס' הבית, |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |
| | | | | | |

**5. פרטי הרכב:** (ימולא במקרה הצורך)

| מס' לוחית רישוי | סוג לוחית | תוצר | סוג רכב | צבע | מס' מנוע | מס' תושבת/מסגרת |
|---|---|---|---|---|---|---|
| | | | | | | |

| דגם | שנת ייצור | סימנים מיוחדים | חברת הביטוח | ת.ז. בעל הרכב | זיקה לעבירה |
|---|---|---|---|---|---|
| | | | | | |

**6. פרטי האירוע:**

| המקום: | יישוב, | שכונה, | רחוב/ כביש, | מס' הבית | סוג המקום | יום בשבוע |
|---|---|---|---|---|---|---|
| [illegible] | [illegible] | גרין | [illegible] | ים | [illegible] | 1 |

| מס' הבית | רחוב | איזור | יישוב | ס. המקום | ת' זמן האירוע בין | שנה | חודש | יום | שעה | לבין | שנה | חודש | יום | שעה |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | 97 | 03 | 14 | 17 | | 97 | 03 | 16 | 08 |

**7. פרטי האשמה:**

| | האשמה (במילים) | שם החוק | נסיון | סעיפי החוק: הסעיף | סעיפי החוק: סעיף משנה | מקור החוק | סמל החוק |
|---|---|---|---|---|---|---|---|
| 1. | [illegible] | ת.ח. 77 | | [illegible] | | | |
| 2. | | | | | | | |
| 3. | | | | | | | |
| 4. | | | | | | | |

**8. תיאור הרכוש:**

| סוג הרכוש | נגנב | ניזוק | סמל רכוש |
|---|---|---|---|
| [illegible] | X | | |
| | | | |
| | | | |

**9. המניע / הרקע:**

01 פעולת איבה / לאומני 07 כבוד המשפחה 18 סכסוך שכנים 21 סכסוך משפחתי
22 בריונות 28 סכסוך אזרחי 29 פלילי 30 רומנטי 27 אחר (פרט)______

**10. פרטי הביקור במקום** מס' דוח מז"פ:______

שיטת הביצוע: 1) [illegible]

**11. דברי המתלונן:** [illegible handwritten statement, approximately 11 lines; partially legible fragments include "4000" and "5393" preceded by a redacted number]

| תאריך | חתימת המתלונן | פרטי החוקר | מס' אישי | דרגה | שם פרטי ושם משפחה | חתימה |
|---|---|---|---|---|---|---|
| 16/3/[illegible] | [signature] | | 967544 | [illegible] | [illegible] | [signature] |

**12. פרטי החשוד:**

| מס' זהות | שם משפחה | שם פרטי | שם האב | תאריך לידה (שנה / חודש / יום) | מין/מצב משפחתי |
|---|---|---|---|---|---|
| | | | | | |

| המען: ישוב, | רחוב, | מס' הבית, | טל. בבית, | טל. בעבודה | מס' בית | קוד רחוב | קוד ישוב |
|---|---|---|---|---|---|---|---|
| | | | | | | | |

**13. דברי החשוד:**

| תאריך | חתימת החשוד | פרט החוקר | מס' אישי | דרגה | שם פרטי ושם משפחה | חתימה |
|---|---|---|---|---|---|---|
| | | | | | | |

**14. סיכום החוקר והמלצתו:**

באירוע א"ת ימולא גם סעיף זה

החשוד: 1) נחקר ☐ כן ☐ לא 2) הודה ☐ כן ☐ לא 3) הוזהר שלא יחזור על מעשיו ☐ כן ☐ לא

| פרטי החוקר | מס' אישי | דרגה | שם פרטי ושם משפחה | חתימה | תאריך |
|---|---|---|---|---|---|
| | | | | | |

**15. החלטת הקצין המוסמך:**

☐ לפתוח תיק פ"א — לפתוח תיק פ"א מחדש.

☐ לסגור התיק / לגנוז חומר א"ת מהסיבות הבאות:

01 אין אשמה פלילית — 02 חוסר ראיות — 04 הנאשם אינו בר-עונשין — 05 מות הנאשם

03 אין ענין לציבור — 07 התיישנות — 09 עבריין לא נודע — 30 טרם הוחלט

☐ לשנות סיווג התיק: 16 מ-פ"א ל-א"ת — 18 מ-א"ת ל-פ"א — ☐ מ-פ"א ל-חטא

☐ להעביר תיק פ"א / חומר א"ת [illegible]

*Translation*

**Amnon Hason Loss Adjusters & Surveyors**

Sd' Herzel 14 Jerusalem 95429 Fax: 02-6527703 Phone: 02-6527403

Ayalon 1-714941 11 July 1997

Professional Opinion

Burglary damages claim – Law office, Yair Green

Policy number – [redacted]72/96

Date of incident – 14-16 March 1997

====================================

Policy

All-inclusive business insurance for law office located at 24 Ramban Street, Jerusalem, including *inter alia*:

Chapter 1 – Contents insurance NIS 134,580

Furnishings, equipment and attached – NIS 67,290

Inventory of paintings and books – NIS 67,290

Chapter 2 – Structure – NIS 250,000

Chapter 3 – Burglary (cancelled)

Document reconstruction – NIS 56,242

Insurance period – 29 October 1996 – 30 September 1997

Incident

At the insurer's 17 March 1997 request in the wake of notice of burglary, we visited the above office and met with Mr. Green, Yair, who reported the circumstances of the incident as follows:

On 14 March 1997 at about 6 pm, office cleaning was completed and the cleaner left, locking the door and leaving the site.

On 16 March 1997 in the morning, Ms. Noy, Ayelet, who works in the office, arrived and realized that a burglary had taken place.

The Jerusalem police were notified of the incident – authorizations attached.

Description of site

Residential apartment converted into office space. The apartment is approximately 90 square meters in size, on the second floor of a three-floor structure. The entry door is made of

*Translation*

wood and locked by a single cylinder, aluminum-framed windows locked from the inside. The windows opening onto a back porch are barred.

Break-in

The burglars climbed the 6"-diameter exterior sewage pipe, opened the toilet window, entered the office and went into Mr. Green's office and removed the safe that was set into the wall. They took the safe and escaped by means of the entry door which they opened with a key that had been in a desk drawer.

At our visit we saw signs of the safe having been removed and would like to note that there were no signs of violent breaking and entering the office, since the window through which they penetrated was apparently open.

Scope of damage

| a. Contents | Claim / NIS | Valuation / NIS | |
|---|---|---|---|
| | | Assessment | Real |
| 1. 30-kilogram safe, 30x50 cm. | 2000 | 2000 | 1500 |
| 2. Smith and Wesson 9 mm. | | | |
| revolver, no. 00005993 | 3000 | 3000 | 2200 |
| b. Cash | | | |
| ($4900) | 17000 | ---- | ----- |
| | 22000 | 5000 | 3700 |

Comments

Mr. Green Yair (ID ████242-9, born 1943) advised us that the office had been operating on the site since March 1988 and that this was his first claim from any insurer for burglary and/or theft.

a. Contents

Paragraph 1

This is a safe weighing some 30 kilograms which had been pried from the wall. The "assessment" column cites its cost price, from which wear and tear was deducted in the "real" column.

The purchase receipt had been transferred to the safe and no sample could be provided.

Paragraph 2

A claim was submitted for a 9 mm. Smith and Wesson revolver belonging to the insured party's son who was in England at the time.

*Translation*

We were presented with the gun permit.

b. Cash

It was claimed that dollars in the sum of $4900 were in the safe; in the absence of any coverage for business funds, we did not include this claim.

Comment

At our visit Mr. Green told us that the safe contained many documents such as clients' deeds of trust and so forth. No monetary claim was submitted in respect of these documents and it would appear that to date none of them have been reconstructed. If and when a claim for documents is received, we will relate to it.

Company's liability

This incident is defined as simple robbery since no signs of invasive burglary into the office could be ascertained and thus we cannot recommend indemnification.

Attached

Photographs

Police authorization

Invoice

Respectfully,

Amnon Hason

**AMNON HASON** LOSS ADJUSTERS & SURVEYORS
SD' HERZEL 14 JERUSALEM 95429    FAX: 02-6527703    PHONE: 02-6527403

אמנון חסון שמאים וסוקרים
שד' הרצל 14, ירושלים 95429    פקס: 02-6527703    טל' (רב קווי): 02-6527403

11.7.97                                            אילון / 714941-1

הסוכן / פירשל בע"מ

## חוות דעת

תביעת נזקי פריצה – משרד עורכי דין גרין יאיר

פוליסה מספר     –    72/96 ▇▇▇▇▇▇▇

תאריך המקרה    –    16.3.97-14

==================================================

### הפוליסה

בטוח הכל בה לעסקים עבור משרד עורכי דין בהמצאו ברחוב רמב"ן 24 ירושלים כולל בין היתר:

פרק 1 – ביטוח תכולה     134,580 ש"ח

רהוט ציוד וקבועות –    67,290 ש"ח

מלאי תמונות וספרים –   67,290 ש"ח

פרק 2– מבנה –           250,000 ש"ח

פרק 3 – פריצה (בוטל)

שיחזור מסמכים –         56,242 ש"ח

תקופת הביטוח – 29.10.96 – 30.9.97

### המקרה

לבקשת המבטחים מתאריך 17.3.97 בעקבות הודעה על פריצה, בקרנו במשרד הנ"ל, נפגשנו עם מר גרין יאיר שמסר על נסיבות המקרה כדלקמן:

בתאריך 14.3.97 סמוך לשעה 18:00 הסתימו עבודות הנקיון במשרד והעובדת יצאה את המשרד, נעלה את הדלת ועזבה את המקום.

בתאריך 16.3.97 בשעות הבוקר הגיעה הגב' נוי אילת עובדת המשרד ונוכחה לדעת כי ארעה פריצה.

הודעה על המקרה נמסרה בתחנת משטרת ירושלים, רצ"ב אישורם.

### תאור מקום

דירת מגורים שהוסבה למשרד. הדירה בשטח של כ-90 מ"ר שוכנת בקומה שניה במבנה בן 3 קומות. דלת הכניסה מעץ   ננעלות במנעול צילינדר בודד, החלונות מסגרת אלומיניום מזוגגים ננעלים בסגרים פנימים. פתחי החלונות הפונים למרפסת עורפית מוגנים בסורגי מתכת.



THE ISRAEL LOSS ADJUSTERS ASSOCIATION                אגוד שמאי הביטוח בישראל

AMNON HASON LOSS ADJUSTERS & SURVEYORS אמנון חסון שמאים וסוקרים
SD' HERZEL 14 JERUSALEM 95429 FAX: 02-6527703 :פקס PHONE: 02-6527403 :(טל' (רב קווי שד' הרצל 14, ירושלים 95429

אופן החדירה

הפורצים טפסו ע"ג צינור ביוב חיצוני בקוטר של כ"6 ממתכת, פתחו את חלון השרותים, חדרו למשרד פנו לחדרו של מר גרין ועקרו את הכספת שהיתה מותקנת בקיר. נטלו את הכספת ונמלטו מבעד לדלת הכניסה אותה פתחו באמצעות מפתח שהיה במגרת השולחן.

בביקורנו נוכחנו בסימנים לעקירת הכספת, נציין כי לא נותרו סימני פריצה אלימים בחדירה למשרד שכן החלון דרכו חדרו היה ככל הנראה פתוח.

היקף הנזק

| | תביעה/ש"ח | הערכה/ש"ח | |
|---|---|---|---|
| א. תכולה | | כנון | ראלי |
| 1. כספת במשקל 30 ק"ג 30X50 ס"מ | 2000 | 2000 | 1500 |
| 2. אקדח תוצרת "סמית אנד ווסון בקוטר 9 מ"מ מספר 00005993 | 3000 | 3000 | 2200 |
| ב. מזומנים | | | |
| ($4900) | 17000 | - | - |
| | 22000 | 5000 | 3700 |
| | ===== | ===== | ==== |

הסברים

מר גרין יאיר (ת.ז. ███242-8 יליד 1943) מסר לנו כי המשרד הפועל במקום מחודש מרץ 1988 וזו תביעתו הראשונה ממבטחת כלשהי בגין פריצה ו/או גניבה.

מועסקים 3 עורכי דין שכירים ו-3 מזכירות.

א. תכולה

סעיף 1

מדובר בכספת במשקל של כ-30 ק"ג שנעקרה מהקיר. בעמודת ערך כנון נקבנו במחיר עלות ובעמודת ערך ראלי נוכה בלאי.

נציין כי לא הועברה חשבונית רכישה לכספת ולא נמסר דגם.

AMNON HASON LOSS ADJUSTERS & SURVEYORS אמנון חסון שמאים וסוקרים

SD' HERZEL 14 JERUSALEM 95429 FAX: 02-6527703 :פקס PHONE: 02-6527403 :(טל' (רב קווי 95429 שדי הרצל 14, ירושלים

סעיף 2

הוגשה תביעה עבור אקדח תוצרת "סמית אנד וסון" 9 מ"מ השיך לבנו של המבוטח אשר שהה באנגליה אותה עת.

הוצג בפנינו רישיון האקדח.

ג. מזומנים

נטען כי בכספת היו דולרים בסך של $4900 בהעדר כיסוי לכספי בית העסק לא כללנו התביעה.

הערה

בביקורנו מסר מר גרין כי בכספת הוחזקו מסמכים רבים כגון שטרי נאמנות של לקוחות ועוד. לא הוגשה תביעה כספית לגבי המסמכים ונראה לנו כי עד כה לא שוחזר אף מוסמך. אם וכאשר תתקבל תביעה לגבי המסמכים נשוב ונתיחס לכך.

אחריות החברה

מדובר בארוע המוגדר גניבה פשוטה, שכן לא נותרו סימני פריצה בחדירה למשרד, לפיכך לא נוכל להמליץ על שיפוי.

לוטה

צילומים

אישור משטרה

חשבון שכ"ט

בכבוד רב,

אמנון חסון



DR. K. BRUNNER
BEILAGE NR.: M20

# AFFIDAVIT

I the undersigned Yair Green, bearer of Israel Identity Card number ████242-8, after having been cautioned to state the truth or else be liable to punishment under the law, do hereby affirm as follows:

1. On Sunday, 16 March 1997 I filed a police report in respect of a burglary which had taken place in my office at 24 Ramban Street, Jerusalem, at some time during the previous weekend.

2. Among other items stolen in that burglary was a wall safe containing various documents, personal correspondence, foreign currency, and a revolver.

3. For reasons of professional ethics, I did not specify on the police report which documents were stolen from the wall safe.

4. Among the documents stolen were two original share certificates for the Magnify, Inc., company, copies of which are appended to this Affidavit as inseparable parts thereof.

5. I make this affidavit in support of the petition submitted by Magnify, Inc., to issue two new original share certificates to replace the ones stolen.

6. I confirm that this is my name, this is my signature, and the contents of this Affidavit are true.

Yair Green, Advocate

On 5 June 1997, Advocate Yair Green, with whom I am personally acquainted, appeared before me and, after being cautioned to state the truth or else be liable to punishment under the law, signed his above

Ayelet Noy Reinhorn, Advocate

F:\QTX\YAIR - affidavit shares(3תירו) :קובץ

**RESOLUTION OF THE BOARD**
**OF DIRECTORS OF**

**MAGNIFY INC., PANAMA**

held on July 2nd, 1997

I. The Board of Directors of Magnify Inc. held a meeting at the offices of Dr. Kurt Brunner, attorney-at-law, Bankstrasse 21, 8750 Glarus/Switzerland, on July 2nd, 1997 at 10.00.

II. The Board of Directors has examined the police-report dated March 16, 1997, issued by Habira Police Station, Jerusalem by Sergant Avinoam Ilya, translated into the English language.

The Board has also examined the affidavit of Yair Green, attorney-at-law, Jerusalem, legalized on June 5, 1997 by Ayelet Noy Reinhorn, Advocate.

III. The Board of Directors has taken notice from these documents, that in a burglary in Yair Green's offices the two original share-certificates of Magnify Inc., Panama, No. 1 + 2, have been stolen.

IV. The Board of Directors has resolved:

a) The two share-certificates No. 1 + 2 of Magnify Inc., Panama, have never been issued nor executet but have been endorsed by the founders of the Company in blank.

10

b) The two share-certificates No. 1 + 2 of Magnify Inc. have been stolen and have not been given back to the company nor to anyone else.

c) The burglary of the share-certificates No. 1 + 2 of Magnify Inc., Panama, has to be published in the official newspapers in Panama.

d) The two share-certificates shall be newly issued with the No. 1A + 2A.

The President: The Secretary:

VER210.DOC

10