# EXHIBIT CC

עסק מורשה מספר
24-2-8

יאיר גרין, עורך דין ונוטריון
**YAIR GREEN**, Advocate & Notary
רחוב רמב"ן 24, ירושלים
טלפון 618820-02

מקור

RECEIPT    № 1119    קבלה / חשבונית מס

Received from _____ /אזאיק  (גרא/ק_____ נתקבל מ

Address _____ חשבונם

Re: _____ גיס/  ה אלק (רוני) _____ ריין

| | חייב במע"מ | אינו חייב במע"מ | |
|---|---|---|---|
| Fees | | | שכר טרחה |
| Expenses | | | הוצאות |
| Deposit | | $50,000 | פקדון |
| Misc. | | | שונות |
| | | $50,000 | סך הכל |
| VAT ...... % | | מע"מ % | |
| | | תקבול שאינו חייב במ"ס | |
| TOTAL Including VAT | | סך הכל כולל מע"מ | |
| Tax Deduction ... % | | ניכוי מס במקור % ...... | |
| Total Received | | $50,000 | סה"כ נתקבל |

המתקבל  אלק  3/ע  h  אלק ברחל _____ הסכום במלים

Cash/Check No. _____ משיכה על בנק _____ במזומן/בשיק מס'

Comments _____ לקחתי  כמס  מן  אמ/מן-/את _____ הערות

Signature _____ אלק  ל  פ _____ חתימה    Date  17/9/92  תאריך

Translation

Yair Green, Advocate & Notary          Authorized Dealer
24 Ramban Street, Jerusalem            No. ███242-8
Telephone 02-618820                    ORIGINAL

Receipt / Tax Receipt No. 1119


Received from _____ Albert Igoin _____

Address _____

Re: _____ Ayala Nahir _____


|                        | VAT due       | No VAT due    |
|------------------------|---------------|---------------|
| Fees                   |               |               |
| Expenses               |               |               |
| Deposit                | $50,000 [handwritten] |       |
| Misc.                  |               |               |
| Total                  | $50,000 [handwritten] |       |
| VAT ____%              |               |               |
| Total – no VAT due     |               |               |
| Total Including VAT    |               |               |
| Tax Deduction ___ %    |               |               |
| Total Received         | $50,000       |               |
| Sum in words           | Fifty thousand US dollars [handwritten] | |
| Cash / Check no.       |               |               |
| Comments               | Via bank transfer from New York [handwritten] | |


Signature [-] [Yair Green]          Date 17/9/92 [handwritten]

MPSYGE 00933

עוסק מורשה מספר
242-8

יאיר גרין, עורך דין ונוטריון
**YAIR GREEN**, Advocate & Notary
רחוב רמב"ן 24, ירושלים
טלפון 638820-02

מקור

RECEIPT   № 1120   קבלה / חשבונית מס

| Received from | נתקבל מ |
| Address | כתובת |
| Re: | בעניין |

| | חייב במע"מ | אינו חייב במע"מ | |
|---|---|---|---|
| Fees | | | שכר טרחה |
| Expenses | | | הוצאות |
| Deposit | | $ 120,000 | פקדון |
| Misc. | | | שונות |
| | | $ 120,000 | סך הכל |
| VAT ...... % | | ...... מע"מ % | |
| | | | תקבול שאינו חייב במס |
| TOTAL Including VAT | | | סך הכל כולל מע"מ |

| Tax Deduction ... % | ...... ניכוי מס במקור % |
| Total Received | $ 120,000 | סה"כ נתקבל |

תשלום במילים

Cash/Check No. | משוך על בנק | כמזומן/בשיק מס'
Comments | הערות

Signature | חתימה | Date 18/9/92 | תאריך

Translation

Yair Green, Advocate & Notary          Authorized Dealer
24 Ramban Street, Jerusalem            No. ██242-8
Telephone 02-618820                    ORIGINAL

Receipt / Tax Receipt No. 1120

Received from _____ Albert Igoin _____

Address _____

Re: _____ Ayala Nahir _____

|  | VAT due | No VAT due |
|---|---|---|
| Fees |  |  |
| Expenses |  |  |
| Deposit |  | $120,000 [handwritten] |
| Misc. |  |  |
| Total |  | $120,000 [handwritten] |
| VAT ____% |  |  |
| Total – no VAT due |  |  |
| Total Including VAT |  |  |
| Tax Deduction ___ % |  |  |
| Total Received |  | $120,000 |
| Sum in words |  | One hundred twenty thousand US dollars [handwritten] |
| Cash / Check no. |  |  |
| Comments |  | Via bank transfer from New York [handwritten] |

Signature [-] [Yair Green]          Date 18/9/92 [handwritten]

MPSYGE 00935

עוסק מורשה מספר
■242-8
מקור

יאיר גרין, עורך דין ונוטריון
YAIR GREEN, Advocate & Notary
רחוב רמב"ן 24, ירושלים
טלפון 02-618820

קבלה / חשבונית מס    RECEIPT    № 1135

| | | |
|---|---|---|
| Received from | _נתקבל מ_ | *[handwritten]* |
| Address | _כתובת_ | |
| Re: | _בעין_ | *[handwritten]* |

| חייב במע"מ | אינו חייב במע"מ | |
|---|---|---|
| Fees | | שכר טרחה |
| Expenses | | הוצאות |
| Deposit | $100,000 | פקדון |
| Misc. | | שונות |
| | $100,000 | סך הכל |
| VAT ...... % | ...... % מע"מ | |
| | נתקבל שאינו חייב במ"ס | |
| TOTAL Including VAT | סך הכל כולל מע"מ | |

Tax Deduction ... %    ניכוי מס במקור % ......

Total Received    נתקבל סה"כ    $100,000

_חתמם במלים_    *[handwritten]*

Cash/Check No.    במזומן/בשיק מס'    משך על בנק

Comments    הערות    *[handwritten]*

Signature    *[handwritten]*    חתימה    Date _תאריך_ 9/10/92

Translation

Yair Green, Advocate & Notary          Authorized Dealer
24 Ramban Street, Jerusalem            No. ▉242-8
Telephone 02-618820                    ORIGINAL

Receipt / Tax Receipt No. 1135

Received from _____ Albert Igoin _____

Address _____

Re: _____ Ayala Nahir _____


                    VAT due     No VAT due

Fees

Expenses

Deposit                 $100,000 [handwritten]

Misc.

Total                   $100,000 [handwritten]

VAT _____%

Total – no VAT due

Total
Including VAT

Tax Deduction ___ %

Total Received          $100,000

Sum in words        One hundred thousand US dollars [handwritten]

Cash / Check no.

Comments            Via bank transfer from New York [handwritten]


Signature [-] [Yair Green]        Date 9/10/92 [handwritten]

MPSYGE 00937

יאיר גרין, עורך דין ונוטריון

**YAIR GREEN, Advocate & Notary**

רחוב רמבים 24, ירושלים

טלפון 618820-02

עסק מורשה מספר

242-8

**מקור**

RECEIPT   № 1140   קבלה / חשבונית מס

Received from נתקבל מ _____ אלעזר אלקסנדר

Address חתובת _____

Re: עניין _____ א.א (הלו)

| חייב במעיים | אינו חייב במעיים | |
|---|---|---|
| Fees | | שכר טירחה |
| Expenses | | הוצאות |
| Deposit | $75,000 | פקדון |
| Misc. | | שונות |
| | $75000 | סך הכל |
| VAT ...... % | מע"מ % | |
| | תקבול שאינו חייב במס | |
| | סך הכל כולל מע"מ | |
| TOTAL Including VAT | | |
| Tax Deduction ... % | ניכוי מס במקור % | |
| Total Received $75000 | סה"כ נתקבל | |

חסכום במלים _____ שבעים וחמש אלף דולר ארה"ב

Cash/Check No. במזומן/בצ'יק מס' _____

Comments חערות _____ בהמחאה 16/10/-97

Signature חתימה _____   Date תאריך 22/10/97

MPSYGE 00938

Translation

Yair Green, Advocate & Notary
24 Ramban Street, Jerusalem
Telephone 02-618820

Authorized Dealer
No. ███242-8
ORIGINAL

Receipt / Tax Receipt No. 1140

Received from _____ Albert Igoin _____

Address _____

Re: _____ Ayala Nahir _____

|  | VAT due | No VAT due |
|---|---|---|
| Fees |  |  |
| Expenses |  |  |
| Deposit |  | $75,000 [handwritten] |
| Misc. |  |  |
| Total |  | $75,000 [handwritten] |
| VAT ____% |  |  |
| Total – no VAT due |  |  |
| Total Including VAT |  |  |
| Tax Deduction ___ % |  |  |
| Total Received |  | $75,000 |
| Sum in words |  | Seventy-five thousand US dollars [handwritten] |
| Cash / Check no. |  |  |
| Comments |  | Via bank transfer from New York [handwritten] |

Signature [-] [Yair Green]          Date 22/10/92 [handwritten]

MPSYGE 00939

January 22, 1996


Bernard L. Madoff
885 Third Avenue
New York, NY  10022-4834

                              Via Fax: 001-212-4868178

Dear Bernie,


Further to  our telephone conversations,  and after having discussed the
matter with  the interested  party in Paris,  I would like you to effect
the following transactions in account number 1FN024-30:

1.   Please transfer  the sum  of $500,000 to  my escrow account in Bank
     Hapoalim B.M.,  Jerusalem Main Branch (Branch number 690),  account
     number ■6720. This  money is  for purchase  of apartments  for the
     daughters of  Ms.  Ayala Nahir,  pursuant to the wishes of our dear
     departed mutual friend and his wife.

2.   Please transfer  the sum  of $100,000 to  MAGNIFY's account in Bank
     Hapolaim B.M.,  Jerusalem Main Branch (Branch number 690),  account
     number ■3199. This sum is for the company's ongoing activities.

With best wishes and appreciation for your kind cooperation.



Sincerely,


Yair Green, Attorney at Law

יאיר גרין, עורך דין ונוטריון
**YAIR GREEN, Advocate & Notary**
רחוב רמבן, 24, ירושלים
טלפון 02-618820

עסק מורשה מספר
■24Z-8
מקור

RECEIPT   № 2744   קבלה / חשבונית מס

Received from _____ *(handwritten)* _____ נתקבל מ

Address _____ כתובת

Re: _____ בענין

| | חייב במעיימ | אינו/חייב במעיימ | |
|---|---|---|---|
| Fees | | | שכר טרחה |
| Expenses | | | הוצאות |
| Deposit | | $ 500,000 | פקדון |
| Misc. | | | שונות |
| | | $500,000 | סך הכל |
| VAT ...... % | | מעיימ % ...... | |
| | | | תקבל שאינו חייב במס |
| TOTAL Including VAT | | | סך הכל כולל מעיימ |

Tax Deduction .... % _____ % ...... ניכוי מס במקור

Total Received  $ 500,000  סחיק נתקבל

*(handwritten Hebrew)*  חסכום במלים

Cash/Check No. _____ משי/ך על בנק  במוזמן/בשיק מס

Comments _____ הערות

*(handwritten Hebrew)*

Signature _____ חתימה   Date 6/2/96 תאריך

MPSYGE 00940

Yair Green, Advocate & Notary          Authorized Dealer
24 Ramban Street, Jerusalem            No. ███242-8
Telephone 02-618820                    ORIGINAL

Receipt / Tax Receipt No. 2144


Received from _____ Bernard Madoff _____

Address _____

Re: _____ Igoin - Nahir _____


                    VAT due        No VAT due

Fees

Expenses

Deposit                             $500,000 [handwritten]

Misc.

Total                               $500,000 [handwritten]

VAT ____%

Total – no VAT due

Total
Including VAT

Tax Deduction ___ %

Total Received                      $500,000

Sum in words          Five hundred thousand US dollars [handwritten]

Cash / Check no.

Comments              Via bank transfer [handwritten]


Signature [-] [Yair Green]          Date 6/2/96 [handwritten]


MPSYGE 00941

03/09 '06  10:50  ☎972 2 5000005        YAIR GREEN-Adv.                                  ☑001

**YAIR GREEN · ADVOCATE & NOTARY**                    יאיר גרין · עורך דין ונוטריון

24 Ramban St. Jerusalem 92422  P.O.B. 7820          רח' רמב"ן 24  ירושלים 92422  ת.ד. 7820
Tl. 02-618820          Fax. 02-666665                  02-666665 פקס.      02-618820 טל.

YAIR GREEN                                              יאיר גרין
AYELET NOY-REINHORN                                     אילת נוי-ריינהורן
OFER KOHAI                                              עופר כוחי
YOAV ROMAN                                              יואב רומן
AVITAL KRATTER                                          אביטל קרטר

Bernard L. Madoff                                    September   2, 1996
Investment Securities
885 Third Avenue
New York, NY  10022-4834

                        Via Fax: 001-212-4868178

Dear Bernie,

Further to our meeting at your office on August 15, 1996, and our
consultations at that time, I would appreciate it if you could effect
the following transactions in account number 1FNO24-30, MAGNIFY INC.:

1.  Please transfer the sum of $1,250,000 to the account of the Yeshaya
    Horwitz Foundation held with you.

2.  Please transfer the sum of $500,000 to my escrow account in Bank
    Hapoalim B.M., Jerusalem Main Branch (Branch number 690), account
    number ▮720. This money is for purchase of an apartment for one
    of the daughters of Ms. Ayala Nahir.

3.  Please transfer the sum of $150,000 to MAGNIFY's account in Bank
    Hapoalim B.M., Jerusalem Main Branch (Branch number 690), account
    number ▮3199. This sum is for the company's ongoing activities.

I would like to take this opportunity to thank you and Ruth, on behalf
of Gaby and myself, for the most enjoyable time we spent with you both.
I am certain that, in the course of our business connections, we will
have many more occasions to meet, in New York, in Europe, and in Israel,
and I am looking forward to them.

With best wishes and appreciation for your cooperation,

Sincerely,

YAIR GREEN

Yair Green, Attorney at Law

AMF00070620

עסק מורשה מספר  
242-8

מ ק ו ר

יאיר גרין, עורך דין ונוטריון  
YAIR GREEN, Advocate & Notary  
רחוב רמבן 24, ירושלים  
טלפון 618820-02

RECEIPT № β364    קבלה / חשבונית מס

Received from _____ _N31W 92/02_    נתקבל מ

Address _____    כתובת

Re: _____    בעניין

| חייב במעים | איט חייב במעים | |
|---|---|---|
| | | שכר טרחה  Fees |
| | | הוצאות  Expenses |
| | $ 499965 | פקדון  Deposit |
| | | שונות  Misc. |
| | $ 499965 | סך הכל |
| VAT ____ % | | מעים %  |
| | | תקבל שאינו חייב במס |
| TOTAL Including VAT | | סך הכל כולל מעים |

Tax Deduction ____ % _____ ____ % ניכוי מס במקור

Total Received    $ 499965    סכ"ה נתקבל

_____ הסכום במלים

Cash/Check No. _____    משוך על בנק    במזומן/בשיק מס

Comments _____    הערות

_____

_____

Signature _____    חתימה    Date 10/9/96  תאריך

Yair Green, Advocate & Notary          Authorized Dealer
24 Ramban Street, Jerusalem            No. ■242-8
Telephone 02-618820                    ORIGINAL

Receipt / Tax Receipt No. 2364

Received from _____ Bernard Madoff _____

Address _____

Re: _____ For Ayala Nahir and Liora Tamir _____


|               | VAT due      | No VAT due |
|---------------|--------------|------------|
| Fees          |              |            |
| Expenses      |              |            |
| Deposit       |              | $499,965 [handwritten] |
| Misc.         |              |            |
| Total         |              | $499,965 [handwritten] |
| VAT ____%     |              |            |
| Total – no VAT due |         |            |
| Total Including VAT |        |            |
| Tax Deduction ___ % |        |            |
| Total Received |             | $499,965   |

Sum in words  Four hundred ninety-nine thousand, nine hundred sixty-five US dollars
[handwritten]

Cash / Check no.

Comments          Via bank transfer [handwritten]


Signature [-] [Yair Green]          Date 10/9/96 [handwritten]

MPSYGE 00943

May 19, 1998

**Bernard L. Madoff**
**Investment Securities**                                   <u>**Via Fax: 001-212-486-8178**</u>
**885 Third Avenue**
**New York, NY  10022-4834**

Dear Bernie,

Re: <u>**Magnify, Inc.**</u>

In the framework of our common activities, I plan to be in New York this coming August and would like to meet with you while I am there. I realize that you may have vacation plans for the summer, so I would be grateful if you could let me know what part of the month is convenient for you to meet with me, at least twice in the course of one week and I will make my travel arrangements accordingly.

In the meantime, I would appreciate it if you could take care of the following transactions:

From Magnify's account with you, no. IFN024-30, please transfer the sum of $2,000,000 (two million dollars) to the Yeshaya Horowitz Foundation account held with you. This sum is needed to cover additional contributions which the Foundation has taken upon itself since my letter to you dated November 9, 1997.

During my last visit in Paris, our mutual friend reconfirmed my understanding with her late husband that I take care of ensuring the basic financial future of Ayala Nahir's children. Would you therefore please transfer the sum of $1,000,000 (one million dollars) from Magnify's above account to my escrow account in Israel - Bank Hapoalim BM, Jerusalem Main Branch (branch no. 690), account no.■■6720.

MPSYGE 00944

Finally, kindly transfer the sum of $100,000 from Magnify's account with you to Magnify's account in Israel - Bank Hapoalim BM, Jerusalem Main Branch (branch no. 690), account no. ▇3199. This will cover the company's ongoing activities.

As always, my thanks for your cooperation, and I look forward to hearing from you in the near future regarding your summer plans.

With best wishes,

Yair Green, Attorney at Law

MPSYGE 00945

יאיר גרין, עורך דין ונוטריון

**YAIR GREEN, ADVOCATE & NOTARY**

| | |
|---|---|
| 24 Ramban st. Jerusalem 92422 P. O.B 7820 | רחוב רמב״ן 24 ירושלים 92422 ת.ד 7820 |
| Tel: 02-5618820    Fax: 02-566665 | טלפון: 02-5618820    פקס: 02-5666665 |
| 15 Aba Hilell st. Ramat Gan 52522 | רחוב אבא הלל 15, רמת־גן 52522 |
| Tel: 03-7514980  Fax: 03-5754820 | טלפון: 03-7514980    פקס: 03-5754820 |

עוסק מורשה
■■ 2428

מקור

## קבלה / חשבונית מס    RECEIPT  מס  2956

ל. ־ם.

נתקבל מ    Received From _____ סוכם אביא – איפש לא סכום _____

כתובת    Address _____

בעניין    Re _____ לרכוש מבקש כליהם - (כ)לוס מבקש מ(___ות) _____

| | חייב במע״מ | אנו חייב במע״מ | |
|---|---|---|---|
| Fees | | | שכר טרחה |
| Expenses | | | הוצאות |
| Deposit | | $ 999,985 | פקדון |
| Misc. | | | שונות |
| | | $ 999,985 | סך הכל |
| VAT ___ % | | ___ מע״מ % | |
| TOTAL Including VAT | | תקבול שאינו חייב במס | |
| | | סך הכל כולל מע״מ | |
| Tax Deduction ___ % | | ניכוי מס במקור % ___ | |
| Total Received | $ 999985 | | סה״כ נתקבל |

הסכום נמלים _____ (handwritten Hebrew)

☐ Cash    Check No. _____ משוך על בנק _____  ☐ במזומן  ☐ בשיק מס׳ _____

Comments    הערות: _____ (handwritten)

Signature    חתימה _____  Date    תאריך  28/5/98

Translation

# YAIR GREEN, ADVOCATE & NOTARY

24 Ramban st. Jerusalem 92422 P.O.B 7820
Tel: 02-5618820 Fax: 02-5666665

15 Aba Hilell st. Ramat Gan 52522
Tel: 03-7514980 Fax: 03-5754820

Authorized Dealer
█████2428

Original

RECEIPT No. 2956

Jerusalem

Received from ____Doris Igoin – Via Madoff_____

Address _____

Re: ____For relatives in Israel – Ayala Nahir's family_____

|  | VAT due | No VAT due |
|---|---|---|
| Fees |  |  |
| Expenses |  |  |
| Deposit |  | $999,985 [handwritten] |
| Misc. |  |  |
| Total |  | $999,985 [handwritten] |
| VAT ____% |  |  |
| Total – no VAT due |  |  |
| Total |  |  |
| Including VAT |  |  |
| Tax Deduction ____ % |  |  |
| Total Received |  | $999,985 [handwritten] |

Sum in words Nine hundred ninety-nine thousand 9hundred eighty-five US dollars [hadwritten]

Cash / Check no.

Comments      Via bank transfer [handwritten]

Signature [-] [Yair Green]      Date 28/5/98 [handwritten]

MPSYGE 00947

*Brunner Ex. 52*

**YAIR GREEN - ADVOCATE & NOTARY**

24 Ramban st. Jerusalem 92422 P. O.B 7820
Tel: 02-5618820  Fax: 02-5666665
E-mail: ygreenjr@netvision.net.il

15 Aba Hilell st. Ramat Gan 52522
Tel: 03-7514980  Fax: 03-5754820
E-mail: ygreenrg@netvision.net.il

May 27, 1999

יאיר גרין · עורך דין ונוטריון

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820  פקס: 02-5666665
E-mail: ygreenjr@netvision.net.il

רחוב אבא הלל 15, רמת-גן 52522
טלפון: 03-7514980  פקס: 03-5754820
E-mail: ygreenrg@netvision.net.il

YAIR GREEN
AYELET NOY-REINHOREN
YOAV ROMAN
AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN

יאיר גרין
אילת נוי-ריינהורן
יואב רומן
אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין

**Bernard L. Madoff**
**Investment Securities**
**885 Third Avenue**
**New York, NY  10022-4834**

**Via Fax: 001-212-486-8178**

Dear Bernie,

**Re: Magnify, Inc.**
**Strand International Investments Ltd**

We haven't spoken since our last meeting in New York on March 23, 1999. As you know many things has changed since then in Israel.

After Ehud Bark's victory in the May 17 Elections, the atmosphere here has taken a turn for the better, and the general feeling is one of optimism as we look forward to peace, prosperity and amity.

During my last visit to Paris I heared from Doris that you and your family are planing to spend a month in St. Tropez. I wish you all a wonderful vacation.

In Paris Doris and I agreed that I would see to it that Ayala Nahir's future was ensured.
To this end and for other purposes I would appreciate your taking the following actions:

1.    From **Magnify's** account with you, please transfer the sum of $ 500,000 (five hundred thousand Dollars) to my escrow account in Israel: Bank Hapoalim BM, Jerusalem Main Branch (Branch No. 690)  account number ▮▮720.

MADTSS01126457

- 2 -

**YAIR GREEN - ADVOCATE & NOTARY**                         יאיר גרין - עורך דין ונוטריון

2.　　From that same **Magnify** account with you' please transfer the sum of $ 200,000 (two hundred thousand Dollars)to the Magnify account in Israel: Bank Hapoalim BM, Jerusalem Main Branch (Branch No. 690)  account number ■■3199.

3.　　From **Strand International Investments Ltd** account held  with you - FR-051- please transfer the sum of $ 250,000 (two hundred fifty thousand Dollars) to the **Strand International Investments Ltd** account in Israel: Union Bank of Israel Ltd: Jerusalem (Branch No. 054)  account number ■■20/38.

I plan to be in New York this coming August, and I will be in touch with you well before then to arrange meetings at your convenience.

In the meantime, all best wishes to you, and do enjoy your vacation.

Yours,

*Yair*

Yair Green

MADTSS01126458