# EXHIBIT DD

Jerusalem
August 21, 2002

Bernard L. Madoff
Investment Securities           <u>Via Fax No. 013-1-212-486-8178</u>
885 Third Avenue
New York, NY 10022-4384

Dear Bernie,

It was, as usual, a pleasure to meet with you in New York.

As we discussed at our meeting, I would appreciate your transferring the sum of $150,000 to Mrs. Ruth Amir according to the following particulars:

    Bank Leumi LeIsrael BM (bank code 10)
    Branch number 914
    Account number ███0234
    SWIFT code ███TXXX

Thank you for all your help, and best wishes for the coming New Year.

Sincerely,

Yair Green, Attorney at Law

## YAIR GREEN & CO.
### Law Firm & Notary

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail: jr@ygreen.co.il

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail: rg@ygreen.co.il

YAIR GREEN
AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN

Jerusalem
August 25, 2002

יאיר גרין ושות'
משרד עורכי-דין ונוטריון

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820   פקס: 02-5666665
E-mail: jr@ygreen.co.il

רחוב אבא הלל 15, רמת-גן 52522
טלפון: 03-7514980   פקס: 03-5754820
E-mail: rg@ygreen.co.il

יאיר גרין
אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן

Bernard L. Madoff
Investment Securities
885 Third Avenue
New York, NY 10022-4384

Via Fax No. 013-1-212-486-8178

Dear Bernie,

Thank you very much for so quickly effecting the transfer of $150,000 to Mrs. Ruth Amir.

I have compared the outstanding undertakings for donations of the Yeshaya Horowitz Association against the funds in the portfolio which you are managing for the Association, and I see that there is quite a gap between these two amounts. This will create a problem for our accountant when he draws up the 2002 balance sheet.

At this stage I would be grateful if you could therefore transfer the sum of $8,000,000 (eight million dollars) from the Magnify account held with you into the Horowitz Association's account held by you.

I will advise you of further transfers at the beginning of 2003.

With best wishes,

*Yair Green*
Yair Green, Attorney at Law

AMF00070506

<u>Law Firm & Notary</u>

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail: jr@ygreen.co.il

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail: rg@ygreen.co.il

YAIR GREEN
AVITAL KRAITER
SHARON SHPIGEL
NISSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN
SHAHAR ELON

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820  פקס: 02-5666665
E-mail: jr@ygreen.co.il

רחוב אבא הלל 15, רמת-גן 52522
טלפון: 03-7514980  פקס: 03-5754820
E-mail: rg@ygresn.co.il

יאיר גרין
אביטל קרייר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן
שחר אלון

October 4, 2004

Mr. Bernard L. Madoff
Bernard L. Madoff Investment
Securities LLC
885 Third Avenue
18th Floor
New York, NY 10022

Dear Bernie,

Please transfer from the Magnify account held with you, account number 1FN 25-30, the sum of $150,000 to Mrs. Ruth Amir, according to the following particulars:

Bank Leumi LeIsrael BM (bank code 10)
Branch number 914
Account number ███0234
SWIFT code ███TXXX

Sincerely,

*[signature]*

Yair Green, Attorney at Law

*28*

MAGNIFY 00118