# EXHIBIT FF

① 

<u>מזכר</u>

מפגש פגישה עם אלברט איגואי ורעייתו דליה
ביום 23/11/1999

– סיפרתי מאד מפורטת הכפילה כפול הדין, כפ"י
הגיע לי אלברט ע"י דני וויס. הייתי 5 חודש
שאבתי לו היה עקרוני ואלברט התלבט כל כף
אחר מכיר אותי.

– אלברט אחת מינו לג'ווינג' (?) ואמא לדי גיווילדי
ותמו אמר, וגרידה כ"ו אולא ב'ן ונדלים כאסף
אחד או לקיבל אלא כמף לקיק וכי הלא אדם
על כף כל אמרתי, ואמר אלא הכ'ר אלן'
A man whom I trust completly →

– הרגשתי, רהתרגשתי, את תגובתי של האדם אשר תיון
ואל הכנה לקפלה כתפי להכיר אותי ולהתור
את תוצאות פעולת. ולאל, כתוצאה תרומות
לגופים התנופת הארץ'.
לא כך

– אלברט ביקש שלא יפרסמו שמו של פילונותיו
ולא ידע כל, אלא רק את האם הכסף
לא ישמש לקצים פוליטים.

– אלברט ה'צ'ג לי שלמה פילוסותיהן התגלון של
ודע Magnify ליהל ולפעול על תפעות החקר
אבל//אסם ולא אתי אפי מה ולי ארץ יסף
ברתם. לאתר אמשיף לברר הלף כפמת הלוא
אלא הכלל יהיה 1% את"ל ענך.

② 

איציק הציג 0.5% אמליא את הרף.

אמש דיבר דברי מהות התהיל והפלות הודיעו
הדף יאייק כי העוף פליא כדי' כך
יומש על 0.63% ואלי פעייד דרך להתהיל
את המלך ב' הולי יצאת ה את המלך
ואו ג"ד הולי' כדי להתאים.

איציק אמר לחפר ולעלם לי מעים לעשות
פגישה עם ירדן ר"ני וזרים.
ולהתעם בחברה

הזויני לאיציק ערך לי והלי' הולי ואמי
כי העיף האייר הולי – א Magnify ואם
ואראל התזרי וזרי ועלם לי Campbell התפרה
מצירם – Its up to them

ואל.

23/11/1994.

ש.ג.

דברי איציק בפנ הניהול והפלות כולל:
קבוצה מצונפת גדלות דהיום לא אנרל
והלי הכסף לאמיר כספי התחדה העולמי פי
עצמה אני / "סוף" ההלות אלגמה
אלקה תעלם על הדוועוזה.
עוד לא בנרוי כסלים היר רהב.

Memo
Meeting with Albert Igoin and his wife Doris
23/11/1994

- Shortly after the meeting began in the living room of their Paris home, Igoin introduced his daughter Laurance to me. I had the feeling that the meeting wasn't accidental and that Igoin had intended his daughter to meet me.

- Igoin spoke about Spinoza and said that according to Spinoza, relations of trust and closeness between persons are not created in one or two meetings but over years, and that he relied on me, having learned to know me, as "a man whom I trust completely."

- With some emotion, I expressed my thanks for his trust and for having been granted the privilege of meeting him and respecting his contribution to the State of Israel through his donations for the advancement of scientific research.

- Igoin spoke of his knowing about himself not only that he knew how to make money but also how to give money to whom and to what was really important.

- Igoin informed me that after his death, I would be appointed by Magnify to manage and supervise that company's accounts with Madoff and asked me what I suggested as my fees. After brief reflection I replied that I suggested that my fee be 1% of the value of the portfolio.

- Igoin recommended 0.5% of the increase in the value of the portfolio.

  After a discussion of the essence of the said management and supervision, Igoin announced that the fees would be 0.63% of the increase in the value of the investment portfolio held with Madoff and that he would instruct Madoff and Dr. Brunner accordingly.

- Igoin said that the fee would be paid me two years after his death and, preferably, also after the death of his wife Doris.

  I thanked Igoin warmly and he went on to say that the said fee would be from Magnify; and if his heirs wanted to pay me any fees – "It's up to them."

                                                                Yair
                                                                23/11/1994

N.B.
According to Igoin, the duties of management and supervision include:

Setting of investment policies – in coordination with Madoff

Management of the portfolio and safeguarding the company funds invested in it

Following up of actual implementation of investment policies

Semi-annual follow-up of revenues

Supervision of movement of funds in the portfolio

MPSYGE 00718