# EXHIBIT GG

25

New York
November 14, 2002

**Bernard L. Madoff**
**Investment Securities LLC**
**885 Third Avenue**                                   **Hand Delivered**
**New York, NY 10022**

Dear Bernie,

I am grateful for your having informed me, at our meeting on November 12, 2002, that my share in the profits of the protfolio held by your firm and managed by you, with my assistance, from April 1, 1995 to date, equals $3,150,000.

Please wire the funds to the account I opened yesterday as follows:

        HSBC Bank USA
        ABA ▮▮▮1088
        In favor of: HSBC Republic
        ABA ▮▮▮4823
        452 Fifth Avenue, New York, NY 10018
        For further credit to : YAIR GREEN
        Account number ▮▮▮0360

Allow me again to express my thanks.

Yours,

*[signature]*

Yair Green

30

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Bernard L. Madoff

26

November 18, 2002

Attorney Yair Green
Yair Green & Co.
24 Raban Street
Jerusalem 92422

Dear Attorney Green,

    Please be advised we have this day wired funds of $3,150,000.00 as per your instruction for invoice dated 11-14-02, covering investment management fee's for the periods 4-1-95 to 11-14-02.

Sincerely,

Bernard L. Madoff

BLM/ep

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MAGNIFY 00135

| | |
|---|---|
| **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>885 Third Avenue New York, NY 10022 | 212 230-2424<br>800 334-1343<br>Fax 212 486-8178 |

November 18, 2002

Mr. Yair Green
26 Radak Street
Jerusalem 92186
Israel

Dear Mr. Green:

    Please be advised that we have this day wired funds of US $3,150,000 covering your share in the investment management fees for the portfolio managed by us for the period 4-1-95 to 11-14-02.

    This is for the supervision you carried out and for your follow-up of the implementation of the portfolio funds' investment policies.

    Thank you for your cooperation.

Sincerely,

Bernard L. Madoff