# EXHIBIT HH



**YAIR GREEN & CO.**
**Law Firm & Notary**

Jerusalem
December 22, 2003

יאיר גרין ושות'
משרד עורכי־דין ונוטריון

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail: jr@ygreen.co.il

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820   פקס: 02-5666665
E-mail: jr@ygreen.co.il

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail: rg@ygreen.co.il

רחוב אבא הלל 15, רמת־גן 52522
טלפון: 03-7514980   פקס: 03-5754820
E-mail: rg@ygreen.co.il

YAIR GREEN
AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN

יאיר גרין
אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן

Bernard L. Madoff
Investment Securities
885 Third Avenue
New York, NY 10022-4384

<u>Via Fax No. 013-1-212-486-8178</u>

Dear Bernie,

Kindly transfer the sum of $500,000 (five hundred thousand US dollars) from the account of Strand International Investment Ltd as follows:

> Fleet Prov
> ABA Number: █████0010
> Beneficiary Account Number: █████3381
> A/C FSC Custody
> For Further Credit to Account Number: █████0370
> Account Name: <u>Special Situations Cayman Fund, L.P./Escrow Account</u>

Thank you for all your help, and best wishes for the new year to you and Ruth.

May the coming year bring you and your entire family much health, happiness and joy.

Yours,

*YAIR GREEN*
Yair Green

**YAIR GREEN & CO.**
**Law Firm & Notary**

Jerusalem
16 November 2009

יאיר גרין ושות'
משרד עורכי-דין ונוטריון

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail: jr@ygreen.co.il

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail: rg@ygreen.co.il

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820   פקס: 02-5666665
E-mail: jr@ygreen.co.il

רחוב אבא הלל 15, רמת-ג 52522
טלפון: 03-7514980   פקס: 03-5754820
E-mail: rg@ygreen.co.il

YAIR GREEN
AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN
SHAHAR ELON

יאיר גרין
אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן
שחר אלון


DR. K. BRUNNER
BEILAGE NR.: 522

Dr. Kurt Brunner
Rechtsanwalt und Urkundsperson
Schweizerhofstrasse 14
Postfach 146
CH-8750 Glarus, Switzerland

Via Fax 013-41-55-646-2728

Dear Dr. Brunner,

As Sole Director of Strand International Investments Ltd., could you please see to it that a Resolution is passed as follows, on Strand letterhead:

Strand International Investments Ltd.
c/o Dr. Kurt Brunner – Sole Director
Rechtsanwalt und Urkundsperson
Schweizerhofstrasse 14
Postfach 146
CH-8750 Glarus, Switzerland

"RESOLVED,

To redeem all its investment with the Special Situations Funds, 527 Madison Avenue, Suite 2600, New York, NY 10022, USA, and to transfer the total sum so redeemed to the Company's bank account as per the following wiring instructions:

Bank of New York
One Wall Street
US – New York
ABA ▮▮▮0018
Swift code ▮▮▮▮▮▮NXXX

BRUNNER 0223

**YAIR GREEN & CO.**
Law Firm & Notary

- 2 -

יאיר גרין ושות׳
משרד עורכי-דין ונוטריון

For further credit to A/C-Nr : ▮▮▮▮2099
Credit Suisse
CH-8070 Zurich

Direct MT103 to ▮▮▮▮Z80A

Beneficiary's name: Strand International Investments Ltd.
Beneficiary's IBAN (A/C No.): A/C # ▮▮▮▮7-32-5

Signed: Dr. Kurt Brunner, Sole Director"

Kindly have the Resolution notarized and an apostille affixed. When the process is completed, please send me the Resolution by courier.

I thank you, as always, for your kind assistance.

Sincerely,

*YAIR GREEN.*
Yair Green, Attorney at Law

**STRAND INTERNATIONAL INVESTMENTS LTD.**
(the "Company")

(an International Business Company)

Written resolution of the Sole Director
Pursuant to Regulation 107 of the
Articles of Association of the Company

---

I, **Dr. Kurt Brunner**, being duly appointed the sole director of the above mentioned Company by subscriber there of **DO HEREBY ADOPT** the following **RESOLUTION**:

RESOLVED:   To redeem all its investments with the Special Situations Funds, 527 Madison Avenue, Suite 2600, New York, NY, USA, and to transfer the total sum so redeemed to the Company's bank account as per the following wiring instructions:

Bank of New York
One Wall Street
US - New York
ABA ▇▇▇0018
Swift code (BIC) ▇▇▇NXXX
For further credit to A/C-No. ▇▇▇2099
Credit Suisse
CH-8070 Zurich

Direct MT103 to ▇▇▇Z80A

Beneficiary's name: Strand International Investments Ltd.
Beneficiary's IBAN (A/C No.): A/C ≠ ▇▇▇7-32-5

Dated this 18th day of November 2009

_____
Director Dr. Kurt Brunner

**Legalization**

Seen to legalize the signature produced in my presence by <u>Dr. Kurt Brunner</u>, attorney-at-law, born ▇▇▇1946, from CH-9633 Hemberg, residing in CH-8750 Glarus, Sole Director with individual signature, for <u>Strand International Investments SA</u>, Virgin Islands, personally known to the notary public:

CH-8750 Glarus, 18th day of November 2009          The Notary Public:
vert4373.doc



```
                        APOSTILLE
              (Convention de la Haye du 5 octobre 1961)

1. Land: Schweizerische Eidgenossenschaft, Kanton Glarus
   Country: Swiss Confederation, Canton of Glarus
   Diese öffentliche Urkunde / This public document

2. ist unterschrieben von ...................................................
   has been signed by Dr. iur. Matthias Auer, 15.04.1953

3. in seiner Eigenschaft als ...............................................
   acting in the capacity of   Notary Public

4. Sie ist versehen mit dem Stempel/Siegel des (der) bears the stamp/seal of
              Dr. iur. Matthias Auer

                              Bestätigt / Certified
5. in / to 8750 Glarus        6. am / the 18th November 2009
7. durch die Staatskanzlei des Kantons Glarus
   by Chancery of State of the Canton of Glarus
8. unter / under Nr.   9062

9. Stempel / Siegel / Stamp / seal    10. Unterschrift / Signature

                                             Hj. Dürst
```

STRAND 00074