# EXHIBIT II



**YAIR GREEN & CO.**
**Law Firm & Notary**

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail: jr@ygreen.co.il

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail: rg@ygreen.co.il

YAIR GREEN
AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN
SHAHAR ELON

Jerusalem
July 21, 2008

יאיר גרין ושות'
משרד עורכי-דין ונוטריון

רחוב רמב"ן 24 ירושלים 92422 ת.ד. 7820
טלפון: 02-6618820  פקס: 02-5666665
E-mail: jr@ygreen.co.il

רחוב אבא הלל 15, רמת"ג 52622
טלפון: 03-7514980  פקס: 03-5754820
E-mail: rg@ygreen.co.il

יאיר גרין
אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן
שחר אלון

Mr. Bernard L. Madoff
Madoff Investment Securities LLC
885 Third Avenue
New York

<u>Via Fax no. + 1-212-4868178</u>

Dear Bernie,

<u>Re: Premero Investments Ltd. - Account #1-FN073-30</u>

Further to our telephone conversation of today, please accept this letter as an instruction to transfer from the above mentioned account the sum of **$2,500,000** (two million five hundred thousand dollars) to:

Beneficiary Bank: JPMorgan Chase Bank
Bank Address: 1411 Broadway New York NY 10018
Account Name: R.H.Book LLC
ABA# ▮▮▮▮0021
Account # ▮▮▮▮8565
For Further Credit to: <u>Premero Investments Ltd.</u>
Swift Code: ▮▮▮US33

Thank you for your kind assistance.

Yours,

*YAIR GREEN*

---

**TX RESULT REPORT**

NAME : Yair Green, Adv. Jerusalem
TEL  : 972 2 5666665
DATE : 21.JUL.2008 19:42

| SESSION | FUNCTION | NO. | DESTINATION STATION | DATE | TIME | PAGE | DURATION | MODE | RESULT |
|---|---|---|---|---|---|---|---|---|---|
| 7546 | TX | 001 | 901312124868178 | 21.JUL | 19:41 | 001 | 00h00min30s | ECM | OK |