# EXHIBIT LL

# FRIEHLING & HOROWITZ, CPA'S, P.C.

FOUR HIGH TOR ROAD
NEW CITY, NEW YORK 10956

845-634-1254
Fax: 845-634-2310

January 7, 2003

Maurice Azoulay & Co., CPA
25 Keren Hayesod Street
Jerusalem 94188 Israel

Re: The Yeshaya Horowitz Association
Account # 1-FN037-30/40

Gentlemen:

Please accept this letter as confirmation that the above referenced account held at Bernard L. Madoff Investment Securities LLC had a net equity value at 12/31/02 of $42,035,352.10 USD. We further confirm that this account held positions in the following securities;

    8,237 Shares Fidelity Spartan U.S. Treasury Money Market
    5,250,000 Principal Amount U.S. Treasury Bill Due 3/6/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 3/13/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 3/20/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 3/27/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 4/3/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 4/10/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 4/17/2003
    5,250,000 Principal Amount U.S. Treasury Bill Due 4/24/2003
    75,000 Principal Amount U.S. Treasury Bill Due 5/1/2003
    75,000 Principal Amount U.S. Treasury Bill Due 5/8/2003

If I can be of any further assistance, please contact my office through Frank DiPascali at Bernard L. Madoff Investment Securities LLC.

Very truly yours,

David G. Friehling
Certified Public Accountant

FRIEHLING & HOROWITZ, CPA'S, P.C.

FOUR HIGH TOR ROAD

NEW CITY, NEW YORK 10956

845-634-1254

FAX: 845-634-2310

January 20, 2004

Maurice Azoulay & Co., CPA
25 Keren Hayesod Street
Jerusalem 94188 Israel

Re: The Yeshaya Horowitz Association
Account # 1-FN037-30/40

Gentlemen:

Please accept this letter as confirmation that the above referenced account held at Bernard L. Madoff Investment Securities LLC had a net equity value at 12/31/03 of $39,873,369.87 USD. We further confirm that this account held positions in the following securities;

    21,119 Shares Fidelity Spartan U.S. Treasury Money Market
    5,000,000 Principal Amount U.S. Treasury Bill Due 4/15/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 5/6/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 5/13/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 5/20/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 5/27/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 6/3/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 6/17/2004
    5,000,000 Principal Amount U.S. Treasury Bill Due 6/24/2004

If I can be of any further assistance, please contact my office through Frank DiPascali at Bernard L. Madoff Investment Securities LLC.

Very truly yours,

*Friehling & Horowitz, CPA's P.C.*

Friehling & Horowitz, CPA's P.C.

MPSYGE 00066

## FRIEHLING & HOROWITZ, CPA'S, P.C.

337 NORTH MAIN STREET
NEW CITY, NEW YORK 10956

PHONE: 845-639-0501
FAX: 845-639-0508

January 12, 2005

Maurice Azoulay & Co., CPA
25 Keren Hayesod Street
Jerusalem 94188 Israel

Re: The Yeshaya Horowitz Association
Account # 1-FN037-30/40

Gentlemen:

Please accept this letter as confirmation that the above referenced account held at Bernard L. Madoff Investment Securities LLC had a net equity value at 12/31/04 of $35,718,053.86 USD. We further confirm that this account held positions in the following securities;

    45,743 Shares Fidelity Spartan U.S. Treasury Money Market
    3,000,000 Principal Amount U.S. Treasury Bill Due 4/7/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 4/14/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 4/21/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 4/28/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 5/5/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 5/12/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 5/19/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 5/26/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 6/2/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 6/9/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 6/16/2005
    3,000,000 Principal Amount U.S. Treasury Bill Due 6/23/2005

If I can be of any further assistance, please contact my office through Frank Di Pascali at Bernard L. Madoff Investment Securities LLC.

Very truly yours,

Friehling & Horowitz, CPA's P.C.

FRIEHLING & HOROWITZ, CPA'S, P.C.
337 NORTH MAIN STREET
NEW CITY, NEW YORK 10956

PHONE: 845-639-0501
FAX: 845-639-0508

January 18, 2006

Maurice Azoulay & Co., CPA
Hachavatselet 12 C
Jerusalem 94224
Israel

Re: The Yeshaya Horowitz Association
Account # 1-FN037-30/40

Gentlemen:

Please accept this letter as confirmation that the above referenced account held at Bernard L. Madoff Investment Securities LLC had a net equity value at 12/31/05 of $37,182,219.43 USD. We further confirm that this account held positions in the following securities;

 17,595 Shares Fidelity Spartan U.S. Treasury Money Market
 3,700,000 Principal Amount U.S. Treasury Bill Due 2/2/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 2/9/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 2/16/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 2/23/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 3/2/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 3/9/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 3/16/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 3/23/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 3/30/2006
 3,700,000 Principal Amount U.S. Treasury Bill Due 5/4/2006
 225,000 Principal Amount U.S. Treasury Bill Due 5/11/2006
 225,000 Principal Amount U.S. Treasury Bill Due 5/18/2006

If I can be of any further assistance, please contact my office through Frank Di Pascali at Bernard L. Madoff Investment Securities LLC.

Very truly yours,

Friehling & Horowitz, CPA's P.C.

**FRIEHLING & HOROWITZ, CPA'S, P.C.**
337 NORTH MAIN STREET
NEW CITY, NEW YORK 10956

PHONE: 845-639-0501
FAX: 845-639-0508

January 19, 2007

Maurice Azoulay & Co., CPA
Hachavatselet 12 C
Jerusalem 94224
Israel

Re: The Yeshaya Horowitz Association
Account # 1-FN037-30/40

Gentlemen:

Please accept this letter as confirmation that the above referenced account held at Bernard L. Madoff Investment Securities LLC had a net equity value at 12/31/06 of $44,257,050.29 USD. We further confirm that this account held positions in the following securities;

        33,446 Shares Fidelity Spartan U.S. Treasury Money Market
        2,975,000 Principal Amount U.S. Treasury Bill Due 2/1/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 2/8/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 2/15/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 2/22/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 3/1/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 3/8/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 3/15/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 3/22/2007
        3,025,000 Principal Amount U.S. Treasury Bill Due 3/29/2007
        3,025,000 Principal Amount U.S. Treasury Bill Due 4/5/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 4/12/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 4/19/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 4/26/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 5/3/2007
        2,975,000 Principal Amount U.S. Treasury Bill Due 5/10/2007

If I can be of any further assistance, please contact my office through Frank Di Pascali at Bernard L. Madoff Investment Securities LLC.

Very truly yours,

*Friedberg & Horowitz, H's PC*

Friehling & Horowitz, CPA's P.C.

FRIEHLING & HOROWITZ, CPA'S, P.C.
337 NORTH MAIN STREET
NEW CITY, NEW YORK 10956

PHONE: 845-639-0501
FAX: 845-639-0508

February 14, 2008

Maurice Azoulay & Co., CPA
Hachavatselet 12 C
Jerusalem 94224
Israel

Re: The Yeshaya Horowitz Association
Account # 1-FN037-30/40

Gentlemen:

Please accept this letter as confirmation that the above referenced account held at Bernard L. Madoff Investment Securities LLC had a net equity value at 12/31/07 of $50,976,213.33 USD. We further confirm that this account held positions in the following securities:

    23,965 Shares Fidelity Spartan U.S. Treasury Money Market
    4,275,000 Principal Amount U.S. Treasury Bill Due 2/21/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 2/28/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 3/6/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 3/13/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 3/20/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 3/27/2008
    75,000 Principal Amount U.S. Treasury Bill Due 4/3/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 4/10/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 4/17/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 4/24/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 5/1/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 5/8/2008
    4,275,000 Principal Amount U.S. Treasury Bill Due 5/15/2008

If I can be of any further assistance, please contact my office through Frank Di Pascali at Bernard L. Madoff Investment Securities LLC.

Very truly yours,

*Friehling & Horowitz CPA's PC*

Friehling & Horowitz, CPA's P.C.

MPSYGE 00062