**Davidoff Hutcher & Citron LLP**
605 Third Avenue, 34th Floor
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Michael Wexelbaum
E-mail: mw@dhclegal.com
Larry Hutcher
E-mail: lkh@dhclegal.com
Michael Katz
E-mail: mdk@dhclegal.com

*Attorneys for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green, and Express Enterprises Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | **AFFIDAVIT OF SERVICE** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAGNIFY INC., PREMERO INVESTMENTS LTD., STRAND INTERNATIONAL INVESTMENTS LTD., THE YESHAYA HOROWITZ ASSOCIATION, YAIR GREEN, and EXPRESS ENTERPRISES INC.,<br><br>Defendants. | Adv. Pro. No. 10-05279 (SMB) |

596205v.1

STATE OF NEW YORK    )
                     ) ss.:
COUNTY OF NEW YORK   )

Michael Wexelbaum, being duly sworn, deposes and says:

1. I am a member of Davidoff Hutcher & Citron LLP, attorneys for Defendants in the above-entitled adversary proceeding, and am fully-familiar with the facts and circumstances set forth herein.

2. On October 30, 2017, I caused to be E-filed with the Court in both of the above-captioned matters (a) **Defendants' Notice of Motion to Dismiss Plaintiff's Second Amended Complaint,** (b) **the Affidavit of Yair Green,** sworn to on the 26th day of October, 2017, and **Exhibits A - LL** attached thereto, in support of Defendants' motion to dismiss, and (c) **Defendants' Memorandum of Law in Support of Motion to Dismiss Plaintiff's Second Amended Complaint** (collectively the "Motion Papers"), thereby effecting service of said Motion Papers upon Baker Hostetler, LLP, the attorneys for the Plaintiff in the above-entitled adversary proceeding.

3. On October 31, 2017, I caused to be hand delivered to Ona T. Wang, Esq. of Baker Hostetler, LLP, attorneys for the Plaintiff in the above-entitled adversary proceeding, additional copies of said Motion Papers, at the law office of Baker Hostetler, LLP located at 45 Rockefeller Plaza, New York, New York 10111.

_____
Michael Wexelbaum

Sworn to before me this
31st day of October, 2017

_____
Notary Public

JOSEPHINE VITIELLO
Notary Public, State of New York
No. 01VI6037595
Qualified in Putnam County
Commission Expires February 22, 2018

2

596205v.1