**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Maximillian S. Shifrin
Email: mshifrin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ANTHONY E. STEFANELLI, <br><br> Defendant. | Adv. Pro. No. 10-04592 (SMB) |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 1, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against Defendant Anthony E. Stefanelli; and

**WHEREAS**, Anthony E. Stefanelli died on January 12, 2017.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Patricia Moretta, solely in her capacity as personal representative of the Estate of Anthony E. Stefanelli,, as follows:

1.      The Estate of Anthony E. Stefanelli (the "Estate")[1], and Patricia Moretta, solely in her capacity as personal representative of the Estate, (collectively, the "Defendants"), are hereby substituted into this action in place of Anthony E. Stefanelli, deceased, and the complaint shall be deemed so amended (the "Amended Complaint").

2.      The Clerk of the Court is hereby directed to amend the caption to remove Anthony E. Stefanelli and substitute the Estate, and Patricia Moretta, solely in her capacity as personal representative of the Estate, as reflected on Exhibit A to this Stipulation.

3.      Undersigned counsel for the Estate, and Patricia Moretta, solely in her capacity as personal representative of the Estate, (i) expressly represents that he has the authority to accept service of the Amended Complaint on behalf of Defendants (ii) waives service of the summons and the Amended Complaint on behalf of Defendants, and (iii) hereby waives any defenses based

[1] Case No. PRC170001810, In re: Estate of Anthony E. Stefanelli, In the Seventeenth Judicial Circuit Court In and For Broward County, Florida, Probate Division.

on insufficiency of process or insufficiency of service of process of the summons and Amended

Complaint on behalf of Defendants.

4.      Except as expressly set forth herein, the parties to this Stipulation reserve all rights

and defenses they may have.  The existing response to the complaint shall be deemed the response

to the amended complaint and no further response needs to be filed by Defendant.

5.      This Stipulation may be signed by the parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be

deemed an original.


*[The Remainder of this Page is Intentionally Left Blank]*

Dated:   October 31, 2017

/s/ Nicholas J. Cremona

David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com
Maximillian S. Shifrin
Email:  mshifrin@bakerlaw.com
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

By: /s/ Steven R. Schoenfeld___
DelBello Donnellan Weingarten Wise &
Wierderkehr, LLP
Steven R. Schoenfeld
Email: SRS@ddw-law.com
One North Lexington Avenue
White Plains, New York 10601
Telephone: (914) 681-0200
Fax: (914) 684-0288

*Attorney for Defendants As Defined Herein*

SO ORDERED:

Dated: **November 1, 2017**              **/s/ STUART M. BERNSTEIN**_____
New York, New York                HONORABLE STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04592 (SMB) |
| v. | |
| ESTATE OF ANTHONY E. STEFANELLI and PATRICIA MORETTA, solely in her capacity as | |

personal representative of the Estate of Anthony E.
Stefanelli,

         Defendants.