**Davidoff Hutcher & Citron LLP**
605 Third Avenue, 34th Floor
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Michael Wexelbaum
E-mail: mw@dhclegal.com
Larry Hutcher
E-mail: lkh@dhclegal.com
Michael Katz
E-mail: mdk@dhclegal.com

*Attorneys for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green, and Express Enterprises Inc.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | **STIPULATION AND ORDER** |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05279 (SMB) |
| v. | |
| MAGNIFY INC., PREMERO INVESTMENTS LTD., STRAND INTERNATIONAL INVESTMENTS LTD., THE YESHAYA HOROWITZ ASSOCIATION, YAIR GREEN, and EXPRESS ENTERPRISES INC., | |
| Defendants. | |

**IT IS HEREBY STIPULATED AND AGREED,** by and between the undersigned, as attorneys for all of the parties in the above-entitled adversary proceeding, as follows:

1. The time for the attorneys for the Plaintiff to serve and file the Plaintiff's papers in opposition to the Defendants' motion to dismiss the Plaintiff's Second Amended Complaint is hereby extended to and including December 15, 2017 at 11:59 P.M.

2. The time for the attorneys for the Defendants to serve and file the Defendants' reply papers in support of the Defendants' motion to dismiss the Plaintiff's Second Amended Complaint is hereby extended to and including January 19, 2018 at 11:59 P.M.

3. The return date of the hearing on the Defendants' motion to dismiss the Plaintiff's Second Amended Complaint is hereby adjourned to January 31, 2018 at 10:00 A.M.

Dated:  New York, New York
            October 31, 2017

DAVIDOFF HUTCHER & CITRON LLP

By:  s/ Michael Wexelbaum
        Michael Wexelbaum
605 Third Avenue, 34th Floor
New York, New York 10158
Telephone:  (212) 557-7200
Facsimile:  (212) 286-1884
Michael Wexelbaum
E-Mail:  mw@dhclegal.com
Larry Hutcher
E-mail: lkh@dhclegal.com
Michael Katz
E-mail: mdk@dhclegal.com

*Attorneys for Defendants*
*Magnify Inc., Premero Investments Ltd.,*
*Strand International Investments Ltd.,*
*The Yeshaya Horowitz Association, Yair*
*Green, and Express Enterprises Inc.*

2

BAKER HOSTETLER LLP

By: s/ Ona T. Wang
     Ona T. Wang
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
E-mail: DSheehan@bakerlaw.com
Ona T. Wang
E-mail: OWang@bakerlaw.com
Tracy Cole
E-mail: TCole@bakerlaw.com
David M. McMillan
E-mail: dmcmillan@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**SO ORDERED:**

**Dated: November 1, 2017**
**New York, New York**

**/s/ STUART M. BERNSTEIN**
**U.S.B.J., S.D.N.Y.**