DENTONS US LLP  
Carole Neville  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 768-6700  
Facsimile: (212) 768-6800  
carole.neville@dentons.com

*Attorneys for the David R. Markin Estate*

**Presentment Date: November 13, 2017**  
**Time: 12:00 p.m.**

**Objections Due: November 13, 2017**  
**Time: 11:30 a.m.**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2,<br><br>      Defendants. | Adv. Pro. No. 10-05224 (SMB) |

### NOTICE OF PRESENTMENT OF ORDER RE: MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. RULE 25 AND BANKR R. 7025 OF ESTATE OF DAVID R. MARKIN FOR DEFENDANT DAVID R. MARKIN SOLELY IN HIS CAPACITY AS HOLDER OF RELATED ACCOUNT CUSTOMER CLAIM

**PLEASE TAKE NOTICE** that the estate of David R. Markin (the "Markin Estate"), through its Personal Representative, will present the attached proposed order pursuant to Fed. R. Civ. P. Rule 25 made applicable to bankruptcy proceedings by virtue of Rule 7025 of the Fed. R. of Bankr. P. substituting the Markin Estate for defendant David Markin, solely in his capacity as the holder of claim against Bernard L. Madoff Investment Securities LLC. A copy of the proposed order is annexed hereto as Exhibit A (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **November 13, 2017 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE,** that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon Dentons US LLP, Counsel for the David R. Markin Estate, 1221 Avenue of the Americas, New York, New York 10020, Attn: Carole Neville, Esq., so as to be received no later than **November 13, 2017 at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE,** that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE,** that if no timely Objections are served or filed the proposed Order may be signed without a hearing.

Dated: November 2, 2017
      New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for the David R. Markin Estate*

# Exhibit A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05224 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, and David R. Markin Charitable Remainder Unitrust #2, SOUTHPAC INTERNATIONAL TRUST LTD., as trustee of the David R. Markin 2003 Trust, DAVID R. MARKIN 2003 TRUST, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1, DAVID R. MARKIN CHARITABLE REMAINDER UNITRUST #2, | |
| Defendants. | |

**ORDER RE: MOTION FOR SUBSTITUTION PURSUANT TO FED. R. CIV. P. RULE 25 AND BANKR R. 7025 OF ESTATE OF DAVID R MARKIN FOR DEFENDANT DAVID R. MARKIN SOLELY IN HIS CAPACITY AS HOLDER OF <u>RELATED ACCOUNT CUSTOMER CLAIM</u>**

Upon the motion (the "Substitution Motion") of the estate of David R. Markin (the "Markin Estate"), through its Personal Representative, for an order pursuant to Fed. R. Civ. P. Rule 25 made applicable to bankruptcy proceedings by virtue of Rule 7025 of the Fed. R. of Bankr. P. substituting the Markin Estate for defendant David Markin, solely in his capacity as the holder of claim against Bernard L. Madoff Investment Securities LLC ("BLMIS"), which claim is referred to as the "Related Account Customer Claim" in connection with the Estate of David R. Markin's Motion to Dismiss the First Amended Complaint and the Trustee's Cross Motion for Leave to Amend the Complaint; and the Declaration of Carole Neville in support of the motion; the Trustee of BLMIS having filed his opposition to the Markin Estate's Substitution Motion; and upon the arguments of counsel at the hearing before this Court on November 1, 2017; and after due deliberation thereon and sufficient cause appearing therefor; it is hereby:

ORDERED, ADJUDGED, AND DECREED THAT:

1.   The Motion is granted.

2.   This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: _____, 2017
         New York, New York

                                                           _____
                                                           THE HON. STUART M. BERNSTEIN
                                                           UNITED STATES BANKRUPTCY JUDGE

# **CERTIFICATE OF SERVICE**

I, Carole Neville, hereby certify that on November 2, 2017, I caused a true and correct copy of the foregoing *Notice of Presentment of Order re: Motion for Substitution Pursuant to Fed. R. Civ. P. Rule 25 and Bankr. R. 7025 of the Estate of David R. Markin for Defendant R. Markin Solely in His Capacity as Holder of Related Account Customer Claim* to be filed electronically with the Court and served upon counsel for parties to this action who receive electronic service through CM/ECF and as indicated to the parties listed below:

**Via E-Mail and First-Class U.S. Mail**
Keith R. Murphy
Tatiana Markel
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: kmurphy@bakerlaw.com
       tmarkel@bakerlaw.com

*Attorneys for Plaintiff, Irving H. Picard*

Dated:  November 2, 2017
        New York, New York

                                        */s/ Carole Neville*
                                        Carole Neville

105611888\V-1