UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                       )    ss:
COUNTY OF DALLAS    )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 6, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    Notice of Transfer of Allowed Claim (Transfer Numbers T000553)

Executed on November 2, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 2nd day of November, 2017

KASANDRA COLEMAN
Notary Public, State of Texas
Commission Expires
March 27, 2018

(SEAL)

_____
March 27, 2018
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000553**
**10/6//2017**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | |
| | X | National Public Education Action Fund | | 1900 L Street, NW | Suite 520 | Washington | DC | 20036 |