UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 2, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000554)
    B. Notice of Transfer of Allowed Claim (Transfer Numbers T000555)

4. On November 2, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000556)

Executed on November 2, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 2nd day of November, 2017



(SEAL)

_____
Notary Public

March 27, 2018

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000554 and T000555**
**11/2/2017**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | |
| | X | Anchorage Capital Master Offshore Ltd. | Attention: Michael Polenberg/Hany Emara | c/o Anchorage Capital Group, L.l.C. | 610 Broadway, 5th Floor | New York | NY | 10012 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000556**
11/2/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | |
| | X | Anchorage Capital Master Offshore Ltd. | Attention: Michael Polenberg and Melissa Griffiths | c/o Anchorage Capital Group, L.l.C. | 610 Broadway, 5th Floor | New York | NY | 10012 |