UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

LEVA LLC (the "Claimant"), having filed an objection (the "Objection," ECF No. 1003) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#003196), hereby gives notice that it withdraws such Objection.

Dated: November 8, 2017

                                                  Audrey Levinson
                                                  Law Office of Audrey Levinson
                                                  7500 West Lake Mead Blvd., 9-174
                                                  Las Vegas, NV 89128
                                                  Tel: (702) 445-2005
                                                  Fax: (646) 349-4857
                                                  Email: al@audreylevinsonlaw.com

                                                  *Attorneys for LEVA LLC*