UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION             :
CORPORATION,                                              :        SIPA LIQUIDATION
                                                                      :
                    Plaintiff-Applicant,                  :        No. 08-01789 (BRL)
                                                                      :
            v.                                                    :
                                                                      :
BERNARD L. MADOFF INVESTMENT              :
SECURITIES, LLC,                                         :
                                                                      :
                    Defendant.                             :
------------------------------------------------------------X
In re:                                                            :
                                                                      :        Adv. Pro. No. 10-05383(BRL)
BERNARD L. MADOFF,                                 :
                                                                      :
                    Debtor.                                  :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation     :
Of Bernard L. Madoff Investment Securities LLC    :
                                                                      :        Index No. 11-cv-5835(JSR)
                    Plaintiff,                               :
                                                                      :
            v.                                                    :
                                                                      :
STANLEY SHAPIRO, individually, as general        :
partner of S&R Investment Co., as trustee for LAD  :
Trust, as trustee for David Shapiro 1989 Trust, as    :
amended, and as trustee for Leslie Shapiro 1985       :
Trust, as amended,                                       :
                                                                      :
RENEE SHAPIRO, individually, as general partner  :
of S&R Investment Co., as trustee for LAD Trust,    :
as trustee for David Shapiro 1989 Trust, as            :
amended, and as trustee for Leslie Shapiro 1985       :
Trust, as amended,                                       :
                                                                      :
S&R INVESTMENT CO.,                               :
                                                                      :
LAD TRUST,                                               :
                                                                      :
DAVID SHAPIRO, individually and as trustee for   :
Trust f/b/o [W.P.S.] & [J.G.S.],                         :
                                                                      :

RACHEL SHAPIRO,                                              :
                                                            :
DAVID SHAPIRO 1989 TRUST, as amended,                       :
                                                            :
TRUST F/B/O [W.P.S] & [J.G.S.],                             :
                                                            :
LESLIE SHAPIRO CITRON ,                                     :
                                                            :
LESLIE SHAPIRO 1985 TRUST, as amended,                      :
                                                            :
TRUST F/B/O [A.J.C.], [K.F.C.], & [L.C.C.]                  :
                                                            :
KENNETH CITRON, individually and as trustee                 :
For Trust f/b/o [A.J.C.], [K.F.C.], &[L.C.C.]               :
                                                            :
          Defendants.                                       :
--------------------------------------------------------------X

## <u>NOTICE OF DEATH</u>

Pursuant to Federal Rule of Civil Procedure 25, please take notice that Defendant Renee

Shapiro has passed away.  The executor of her estate is Stanley Shapiro.


Dated: New York, New York
       November 10, 2017
                                    LAX & NEVILLE LLP

                              By:   *<u>/s/ Barry R. Lax</u>*
                                    Barry R. Lax
                                    Brian J. Neville
                                    1450 Broadway, 35th Floor
                                    New York, NY 10018
                                    Telephone: (212) 696 - 1999
                                    Facsimile: (212) 566 - 4531

                                    *Attorneys for Defendants*