**EXHIBIT B**

EXHIBIT B
SUMMARY OF TWENTY-FIFTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2017 THROUGH JULY 31, 2017

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 310.80 | 310,178.40 |
| | Sheehan David J. | 1968 | 998.00 | 601.70 | 600,496.60 |
| | Matthias Michael R | 1973 | 709.00 | 294.60 | 208,871.40 |
| | Bash Brian A | 1975 | 763.00 | 12.50 | 9,537.50 |
| | Greene Bruce R | 1976 | 721.00 | 1.70 | 1,225.70 |
| | Long Thomas L | 1976 | 942.00 | 537.10 | 505,948.20 |
| | Ponto Geraldine E. | 1982 | 927.00 | 582.20 | 539,699.40 |
| | Hutchins Elaine A | 1983 | 613.00 | 11.40 | 6,988.20 |
| | Rivkin Jr David B | 1985 | 998.00 | 32.20 | 32,135.60 |
| | Smith Elizabeth A | 1985 | 861.00 | 3.30 | 2,841.30 |
| | McDonald Heather J | 1986 | 687.00 | 54.30 | 37,304.10 |
| | Reich Andrew W | 1987 | 637.00 | 124.10 | 79,051.70 |
| | Burke John J | 1988 | 747.00 | 17.50 | 13,072.50 |
| | Douthett Breaden M | 1991 | 431.00 | 82.40 | 35,514.40 |
| | Goldberg Steven H | 1991 | 949.00 | 81.60 | 77,438.40 |
| | Hunt Dean D | 1991 | 682.00 | 268.50 | 183,117.00 |
| | Resnick Lauren J | 1991 | 964.00 | 23.30 | 22,461.20 |
| | Warren Thomas D | 1992 | 758.00 | 145.40 | 110,213.20 |
| | Griffin Regina L. | 1993 | 942.00 | 510.10 | 480,514.20 |
| | Kornfeld Mark A. | 1993 | 942.00 | 467.30 | 440,196.60 |
| | Renner Deborah H. | 1993 | 942.00 | 287.40 | 270,730.80 |
| | Brennan Terry M | 1995 | 519.00 | 3.70 | 1,920.30 |
| | Scaletta Anthony J | 1995 | 486.00 | 72.40 | 35,186.40 |
| | Thomas Erika K. | 1995 | 700.00 | 396.00 | 277,200.00 |
| | Cole Tracy L | 1996 | 800.00 | 339.10 | 271,280.00 |
| | Turner Christa C. | 1996 | 491.00 | 14.80 | 7,266.80 |
| | Hoang Lan | 1997 | 808.00 | 731.10 | 590,728.80 |
| | Murphy Keith R. | 1997 | 942.00 | 526.50 | 495,963.00 |
| | Scully Elizabeth A | 1997 | 687.00 | 3.00 | 2,061.00 |
| | Clark Eben P | 1998 | 433.00 | 7.40 | 3,204.20 |
| | Fish Eric R. | 1998 | 715.00 | 169.20 | 120,978.00 |
| | New Jonathan B. | 1998 | 937.00 | 64.40 | 60,342.80 |
| | Rollinson James H | 1998 | 469.00 | 326.40 | 153,081.60 |
| | Rose Jorian L. | 1998 | 858.00 | 247.90 | 212,698.20 |
| | Wang Ona T | 1998 | 789.00 | 308.80 | 243,643.20 |
| | Warshavsky Oren J. | 1998 | 954.00 | 558.40 | 532,713.60 |
| | Pergament Benjamin D | 1999 | 687.00 | 452.50 | 310,867.50 |
| | Bohorquez Jr Fernando A | 2000 | 774.00 | 351.60 | 272,138.40 |
| | Cremona Nicholas J. | 2000 | 843.00 | 629.90 | 531,005.70 |
| | Gruppuso Anthony M. | 2000 | 662.00 | 185.50 | 122,801.00 |
| | Alaverdi Loura L | 2001 | 610.00 | 188.20 | 114,802.00 |
| | Beckerlegge Robertson D | 2001 | 647.00 | 384.00 | 248,448.00 |
| | Bell Stacey A. | 2001 | 698.00 | 629.80 | 439,600.40 |
| | Fokas Jimmy | 2001 | 795.00 | 144.00 | 114,480.00 |
| | Joy Michael P. | 2001 | 650.00 | 1.20 | 780.00 |
| | Zeballos Gonzalo S. | 2001 | 856.00 | 381.80 | 326,820.80 |
| | North Geoffrey A. | 2002 | 682.00 | 659.30 | 449,642.60 |
| | Song Brian W. | 2002 | 658.00 | 658.90 | 433,556.20 |
| | Gongolevsky May Tal | 2003 | 650.00 | 226.20 | 147,030.00 |
| | Hochmuth Farrell A | 2003 | 496.00 | 452.50 | 224,440.00 |
| | Jacobs Edward J. | 2003 | 682.00 | 581.10 | 396,310.20 |
| | Malchow Jessica P. | 2003 | 382.00 | 18.90 | 7,219.80 |
| | Oliver Jason S. | 2003 | 655.00 | 531.60 | 348,198.00 |
| | Sherer James A. | 2003 | 657.96 | 259.60 | 170,806.90 |
| | Shields Nkosi D. | 2003 | 507.00 | 543.30 | 275,453.10 |
| | Cohen Dennis O | 2004 | 599.00 | 81.40 | 48,758.60 |
| | Gabriel Jessie M | 2004 | 682.00 | 605.70 | 413,087.40 |
| | Smith Rachel M | 2004 | 460.00 | 344.90 | 158,654.00 |
| | Allen Brian F. | 2005 | 491.00 | 169.10 | 83,028.10 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
|  | Carvalho Melissa M. | 2005 | 600.00 | 258.60 | 155,160.00 |
|  | Hartman Ruth E | 2005 | 366.00 | 198.50 | 72,651.00 |
|  | Proano David F | 2005 | 366.00 | 39.00 | 14,274.00 |
|  | Carlisle Marie L. | 2006 | 430.00 | 617.40 | 265,482.00 |
|  | Kosack Melissa L. | 2006 | 658.00 | 764.70 | 503,172.60 |
|  | Longstaff Carrie | 2006 | 600.00 | 657.30 | 394,380.00 |
|  | Vanderwal Amy E. | 2006 | 658.00 | 425.30 | 279,847.40 |
|  | Brown Seanna R. | 2007 | 682.00 | 206.30 | 140,696.60 |
|  | Calvani Torello H. | 2007 | 659.00 | 640.40 | 422,023.60 |
|  | Forman Jonathan A. | 2007 | 600.00 | 205.90 | 123,540.00 |
|  | Giuliani Esterina | 2007 | 737.00 | 664.80 | 489,957.60 |
|  | Kleber Kody | 2007 | 474.00 | 86.70 | 41,095.80 |
|  | Patel Tayan B. | 2007 | 525.00 | 5.50 | 2,887.50 |
|  | Grossman Andrew M. | 2008 | 625.00 | 37.50 | 23,437.50 |
|  | Keranen Kristin L. | 2008 | 650.00 | 211.20 | 137,280.00 |
|  | Stanley Trevor M. | 2008 | 530.00 | 381.40 | 202,142.00 |
|  | Woltering Catherine E. | 2008 | 659.00 | 714.00 | 470,526.00 |
|  | Zunno Kathryn M. | 2008 | 682.00 | 423.90 | 289,099.80 |
|  | Campbell Patrick T | 2009 | 659.00 | 98.80 | 65,109.20 |
| Partners and of Counsel Total |  |  | 715.89 | 23,336.70 | 16,706,495.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler Philip | 1994 | 464.00 | 371.20 | 172,236.80 |
|  | Kates Elyssa S. | 2000 | 627.00 | 420.90 | 263,904.30 |
|  | Hooper Rachel P. | 2003 | 382.00 | 19.80 | 7,563.60 |
|  | Wlodek Heather | 2003 | 513.00 | 610.70 | 313,289.10 |
|  | Cowherd Matthew K | 2005 | 435.00 | 52.10 | 22,663.50 |
|  | Hiatt Eric B. | 2005 | 514.00 | 160.00 | 82,240.00 |
|  | Feil Matthew D. | 2006 | 546.00 | 546.60 | 298,443.60 |
|  | Munoz Andres A | 2006 | 525.00 | 558.30 | 293,107.50 |
|  | Goldmark Jena B. | 2007 | 451.00 | 555.70 | 250,620.70 |
|  | Wasick Joanna F. | 2007 | 650.00 | 618.40 | 401,960.00 |
|  | Attard Lauren T. | 2008 | 425.00 | 436.90 | 185,682.50 |
|  | Carpenter Susrut A. | 2008 | 502.00 | 176.10 | 88,402.20 |
|  | Choi David | 2008 | 469.00 | 570.90 | 267,752.10 |
|  | Hirce Margaret E. | 2008 | 491.00 | 2.20 | 1,080.20 |
|  | McCurrach Elizabeth G. | 2008 | 491.00 | 623.50 | 306,138.50 |
|  | Monaghan Rachel C. | 2008 | 247.00 | 561.10 | 138,591.70 |
|  | Rovine Jacqlyn | 2008 | 469.00 | 536.70 | 251,712.30 |
|  | Sabella Michael A. | 2008 | 489.00 | 441.30 | 215,795.70 |
|  | Sea Nexus U. | 2008 | 502.00 | 279.10 | 140,108.20 |
|  | Usitalo Michelle R. | 2008 | 514.00 | 498.00 | 255,972.00 |
|  | Blattmachr Jonathan D. | 2009 | 491.00 | 154.10 | 75,663.10 |
|  | Gentile Dominic A. | 2009 | 502.00 | 592.40 | 297,384.80 |
|  | Hilsheimer Lauren M. | 2009 | 541.00 | 269.50 | 145,799.50 |
|  | Howe Mary E. | 2009 | 491.00 | 262.00 | 128,642.00 |
|  | Khan Ferve E. | 2009 | 514.00 | 484.70 | 249,135.80 |
|  | Markel Tatiana | 2009 | 505.00 | 545.00 | 275,225.00 |
|  | Mattera Marshall J. | 2009 | 514.00 | 812.40 | 417,573.60 |
|  | Molina Marco | 2009 | 514.00 | 509.30 | 261,780.20 |
|  | Nickodem Robert G. | 2009 | 247.00 | 533.50 | 131,774.50 |
|  | Perkins Austin Francesca | 2009 | 514.00 | 626.60 | 322,072.40 |
|  | Shapiro Peter B. | 2009 | 502.00 | 523.10 | 262,596.20 |
|  | Barnes S. Ben | 2010 | 247.00 | 499.70 | 123,425.90 |
|  | Bent Camille C. | 2010 | 489.00 | 600.90 | 293,840.10 |
|  | Biondo Lindsay J. | 2010 | 247.00 | 547.50 | 135,232.50 |
|  | Boga-Lofaro Csilla | 2010 | 430.00 | 34.40 | 14,792.00 |
|  | Burch Alexander D. | 2010 | 344.00 | 65.60 | 22,566.40 |
|  | Castillon Jesus J. | 2010 | 354.00 | 240.70 | 85,207.80 |
|  | Chandler Tara R. | 2010 | 247.00 | 662.50 | 163,637.50 |
|  | Cohen Ian R. | 2010 | 464.00 | 96.80 | 44,915.20 |
|  | Fein Amanda E. | 2010 | 514.00 | 515.60 | 265,018.40 |
|  | Hoff Michelle M. | 2010 | 247.00 | 728.80 | 180,013.60 |
|  | Layden Andrew V. | 2010 | 319.00 | 5.20 | 1,658.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Maytal Anat | 2010 | 488.00 | 599.60 | 292,604.80 |
| | McCabe Bridget S. | 2010 | 448.00 | 15.70 | 7,033.60 |
| | McGourty Cara | 2010 | 488.00 | 724.40 | 353,507.20 |
| | McMillan David M. | 2010 | 453.00 | 363.30 | 164,574.90 |
| | Noethlich Brian R. | 2010 | 283.00 | 141.20 | 39,959.60 |
| | Parente Michael | 2010 | 247.00 | 3.50 | 864.50 |
| | Prabucki Kenneth | 2010 | 325.00 | 107.40 | 34,905.00 |
| | Rog Joshua B. | 2010 | 437.00 | 530.40 | 231,784.80 |
| | Rollins Jennifer B. | 2010 | 247.00 | 414.20 | 102,307.40 |
| | Rouach Sophie | 2010 | 451.00 | 1.20 | 541.20 |
| | Ubaid Maryland H. | 2010 | 247.00 | 610.20 | 150,719.40 |
| | White A. Mackenna | 2010 | 469.00 | 16.20 | 7,597.80 |
| | Barhorst Damon C. | 2011 | 247.00 | 455.20 | 112,434.40 |
| | Bennett Melonia A. | 2011 | 283.00 | 335.80 | 95,031.40 |
| | Blanchard Jason I. | 2011 | 458.00 | 680.40 | 311,623.20 |
| | Crook Darren A. | 2011 | 271.00 | 234.70 | 63,603.70 |
| | deVries Alan C. | 2011 | 283.00 | 34.10 | 9,650.30 |
| | Durbin Damon M. | 2011 | 283.00 | 183.40 | 51,902.20 |
| | Fedeles Emily R. | 2011 | 489.00 | 151.20 | 73,936.80 |
| | Feldstein Robyn M | 2011 | 430.00 | 688.00 | 295,840.00 |
| | Gottesman Joel D. | 2011 | 247.00 | 569.50 | 140,666.50 |
| | Krishna Ganesh | 2011 | 453.00 | 714.70 | 323,759.10 |
| | Oliva Frank M. | 2011 | 431.00 | 603.20 | 259,979.20 |
| | Patrick Stacey M. | 2011 | 247.00 | 628.80 | 155,313.60 |
| | Rose Nicholas M. | 2011 | 410.00 | 524.70 | 215,127.00 |
| | Schechter Jody E. | 2011 | 355.00 | 231.40 | 82,147.00 |
| | Shifrin Maximillian S. | 2011 | 488.00 | 642.20 | 313,393.60 |
| | Sinclair Jordan A. | 2011 | 345.00 | 109.00 | 37,605.00 |
| | Vonderhaar Douglas A. | 2011 | 283.00 | 195.50 | 55,326.50 |
| | Wangsgard Kendall E. | 2011 | 410.00 | 99.40 | 40,754.00 |
| | White Jason T. | 2011 | 247.00 | 566.90 | 140,024.30 |
| | Zuberi Madiha M. | 2011 | 453.00 | 386.90 | 175,265.70 |
| | Ackerman Stephanie | 2012 | 420.00 | 728.70 | 306,054.00 |
| | Engel Seth E | 2012 | 395.00 | 34.20 | 13,509.00 |
| | Gallagher Christopher B. | 2012 | 430.00 | 569.60 | 244,928.00 |
| | Hough Shawn P. | 2012 | 489.00 | 664.70 | 325,038.30 |
| | Rice David W. | 2012 | 489.00 | 752.90 | 368,168.10 |
| | Barrow Clark Erica | 2013 | 412.00 | 263.20 | 108,438.40 |
| | Brumbach Maxim G. | 2013 | 245.00 | 262.60 | 64,337.00 |
| | Choate Hannah C. | 2013 | 382.00 | 31.20 | 11,918.40 |
| | Durkheimer Michael J. | 2013 | 330.00 | 14.10 | 4,653.00 |
| | Gillingham Ross M. | 2013 | 245.00 | 535.00 | 131,075.00 |
| | Holder Casey E | 2013 | 323.00 | 62.60 | 20,219.80 |
| | Sterling Nichole L. | 2013 | 420.00 | 125.30 | 52,626.00 |
| | Tanney Michelle N. | 2013 | 427.00 | 413.80 | 176,692.60 |
| | Abrams Jeremy R. | 2014 | 247.00 | 75.70 | 18,697.90 |
| | Dasaro Stacy A | 2014 | 458.00 | 670.00 | 306,860.00 |
| | Goertemiller Noah J. | 2014 | 245.00 | 285.70 | 69,996.50 |
| | Silverman Jordan D. | 2014 | 330.00 | 4.60 | 1,518.00 |
| | Trahanas Elias D. | 2014 | 386.00 | 528.10 | 203,846.60 |
| | Tranbaugh Mary H. | 2014 | 382.00 | 57.70 | 22,041.40 |
| | Berglin Lauren P. | 2015 | 371.00 | 126.60 | 46,968.60 |
| | Cabrera Jennifer B. | 2015 | 335.00 | 27.40 | 9,179.00 |
| | Howley Thomas F. | 2015 | 435.00 | 454.90 | 197,881.50 |
| | Light Samuel M. | 2015 | 371.00 | 779.40 | 289,157.40 |
| | Porembski Daniel P. | 2015 | 247.00 | 87.10 | 21,513.70 |
| | Serrao Andrew M. | 2015 | 412.00 | 501.80 | 206,741.60 |
| | Turner Tara E. | 2015 | 247.00 | 567.10 | 140,073.70 |
| | Wallace Kevin M. | 2015 | 412.00 | 149.30 | 61,511.60 |
| | Weinberg Lauren R. | 2015 | 371.00 | 333.50 | 123,728.50 |
| | Berry Joshua L. | 2016 | 245.00 | 265.70 | 65,096.50 |
| | Foisy Kenneth A. | 2016 | 245.00 | 470.30 | 115,223.50 |
| | Hoover Marianne E. | 2016 | 245.00 | 586.30 | 143,643.50 |
| | Martin Lauren E. | 2016 | 245.00 | 225.00 | 55,125.00 |
| | Molony Matthew E. | 2016 | 245.00 | 270.20 | 66,199.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Nadworny Bari R. | 2016 | 371.00 | 268.90 | 99,761.90 |
| | Paule Francisco | 2016 | 325.00 | 14.70 | 4,777.50 |
| | de Dios Maria A. | 2017 | 405.00 | 18.10 | 7,330.50 |
| | Maw Darley | 2017 | 405.00 | 373.20 | 151,146.00 |
| | Perez Jr. Pedro J. | 2017 | 405.00 | 597.30 | 241,906.50 |
| | Stork Victoria L. | 2017 | 405.00 | 315.10 | 127,615.50 |
| | Cardenas Samantha A. | #N/A | 247.00 | 440.40 | 108,778.80 |
| | Corrigan Megan A. | #N/A | 350.00 | 12.90 | 4,515.00 |
| | Edwards Julia E. | #N/A | 250.00 | 7.10 | 1,775.00 |
| | Gotsis Christina O. | #N/A | 350.00 | 8.30 | 2,905.00 |
| | Silversmith Jordan R. | #N/A | 350.00 | 20.70 | 7,245.00 |
| | Trujillo Alexandra L. | #N/A | 250.00 | 4.50 | 1,125.00 |
| | Yantis Brittany A. | #N/A | 350.00 | 11.00 | 3,850.00 |
| Associates Total | | | 404.27 | 41,928.60 | 16,950,396.30 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | | | |
| | Bekier James M. | #N/A | 445.00 | 447.80 | 199,271.00 |
| | Belanger Christina I. | #N/A | 324.00 | 1.20 | 388.80 |
| | Blaber Theresa A | #N/A | 340.00 | 33.10 | 11,254.00 |
| | Bluett Marie V. | #N/A | 258.00 | 436.00 | 112,488.00 |
| | Bruening Mark P | #N/A | 185.00 | 33.80 | 6,253.00 |
| | Cabrera Ramon C | #N/A | 273.00 | 138.20 | 37,728.60 |
| | Chan Angeline | #N/A | 260.00 | 535.80 | 139,308.00 |
| | Clark Nancy L | #N/A | 244.00 | 3.00 | 732.00 |
| | Clark Rebecca M. | #N/A | 180.00 | 2.50 | 450.00 |
| | Cloonan Maureen E | #N/A | 299.00 | 9.00 | 2,691.00 |
| | Curbelo Gracemary | #N/A | 334.00 | 468.50 | 156,479.00 |
| | Dyer Ricky J | #N/A | 216.00 | 4.80 | 1,036.80 |
| | Fishelman Benjamin D. | #N/A | 425.00 | 334.90 | 142,332.50 |
| | Flanagan Patrick | #N/A | 130.00 | 18.40 | 2,392.00 |
| | Fredle Vicki M | #N/A | 216.00 | 413.10 | 89,229.60 |
| | Gibbons Michael E. | #N/A | 382.00 | 243.00 | 92,826.00 |
| | Glanzman Adam J | #N/A | 350.00 | 127.40 | 44,590.00 |
| | Graham Sonya M. | #N/A | 268.00 | 17.50 | 4,690.00 |
| | Iskhakova Yuliya | #N/A | 361.00 | 659.30 | 238,007.30 |
| | Kinne Tanya M | #N/A | 333.00 | 222.70 | 74,159.10 |
| | LaFalce Stephen P. | #N/A | 180.00 | 21.00 | 3,780.00 |
| | Landrio Nikki M. | #N/A | 377.00 | 862.00 | 324,974.00 |
| | Lasko Seth D. | #N/A | 366.00 | 152.80 | 55,924.80 |
| | McIntosh Casey | #N/A | 202.00 | 515.90 | 104,211.80 |
| | Monge Tirsa | #N/A | 349.00 | 380.40 | 132,759.60 |
| | Montani Christine A. | #N/A | 349.00 | 535.70 | 186,960.35 |
| | Nunes Silas T | #N/A | 309.00 | 621.40 | 192,012.60 |
| | Nunez Willie | #N/A | 244.00 | 275.90 | 67,319.60 |
| | Oliver-Weeks Marcella J. | #N/A | 402.00 | 543.90 | 218,647.80 |
| | Paremoud Jana | #N/A | 267.00 | 63.90 | 17,061.30 |
| | Pulsipher Eric K. | #N/A | 321.00 | 482.10 | 154,754.10 |
| | Reyes Lucinda A. | #N/A | 197.00 | 562.10 | 110,733.70 |
| | Stone Adrian | #N/A | 306.00 | 496.40 | 151,898.40 |
| | Suffern Anne C. | #N/A | 344.00 | 104.60 | 35,982.40 |
| | Sundaram Neha | #N/A | 185.00 | 18.80 | 3,478.00 |
| | Sweet Karen R | #N/A | 244.00 | 114.00 | 27,816.00 |
| | Szalay Sarah M | #N/A | 196.00 | 294.40 | 57,702.40 |
| | Tineo Nicole L. | #N/A | 437.00 | 130.90 | 57,203.30 |
| | Tushaj Diana M. | #N/A | 276.00 | 147.70 | 40,765.20 |
| | Villamayor Fidentino L. | #N/A | 366.00 | 440.40 | 161,186.40 |
| | von Collande Constance M. | #N/A | 345.00 | 593.50 | 204,757.50 |
| | Weaver Scott | #N/A | 335.00 | 636.70 | 213,294.50 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 319.45 | 12,144.50 | 3,879,530.45 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 715.89 | 23,336.70 | 16,706,495.60 |
| Associates Total | 404.27 | 41,928.60 | 16,950,396.30 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 319.45 | 12,144.50 | 3,879,530.45 |
| Blended Attorney Rate | 515.69 | | |
| Total Fees Incurred | | 77,409.80 | 37,536,422.35 |
| **Less 10% Public Interest Discount** | | | (3,753,642.24) |
| **Grand Total** | | | $ 33,782,780.11 |