# **EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-FIFTH INTERIM
PERIOD OF APRIL 1, 2017 THROUGH JULY 31, 2017

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 17,172.00 | $ 8,407,718.10 |
| 02 | Bankruptcy Court Litigation and Related Matters | 701.60 | 505,402.90 |
| 03 | Feeder Funds | 60.70 | 54,709.10 |
| 04 | Asset Search Recovery and Sale | 1.70 | 1,696.60 |
| 05 | Internal Office Meetings with Staff | 1,055.00 | 594,604.60 |
| 07 | Billing | 825.70 | 329,082.70 |
| 08 | Case Administration | 2,515.80 | 952,020.00 |
| 11 | Press Inquires and Responses | 130.10 | 86,124.50 |
| 12 | Document Review | 3,044.70 | 1,010,779.70 |
| 13 | Discovery - Depositions and Document Productions | 2,705.00 | 1,186,616.30 |
| 14 | International | 1.30 | 1,101.00 |
| 19 | Non-Bankruptcy Litigation | 0.40 | 399.20 |
| 20 | Governmental Agencies | 5.40 | 5,182.70 |
| 21 | Allocation | 14.50 | 8,401.10 |
| 000003 | Stanley Chais | 12.20 | 6,321.90 |
| 000004 | J. Ezra Merkin | 3,664.20 | 2,061,669.00 |
| 000005 | Customer Claims | 2,644.50 | 1,314,867.50 |
| 000007 | Madoff Family | 1,060.80 | 612,382.70 |
| 000009 | Fairfield Greenwich | 1,684.00 | 1,047,378.70 |
| 000011 | Cohmad Securities Corporation | 6,055.70 | 2,424,646.50 |
| 000012 | Picower | 559.20 | 370,237.40 |
| 000013 | Kingate | 10,621.10 | 3,957,980.10 |
| 000019 | Ruth Madoff | 94.80 | 62,500.00 |
| 000029 | Rye/Tremont | 975.30 | 490,197.60 |
| 000030 | HSBC | 2,107.60 | 1,348,796.50 |
| 000031 | Katz/Wilpon | 3.60 | 3,168.90 |
| 000032 | LuxAlpha/UBS | 1,585.40 | 991,488.90 |
| 000033 | Nomura Bank International PLC | 1.20 | 655.20 |
| 000034 | Citibank | 1,011.30 | 514,024.20 |
| 000035 | Natixis | 132.80 | 58,524.90 |
| 000036 | Merrill Lynch | 2.20 | 1,080.20 |
| 000037 | ABN AMRO | 467.70 | 266,330.30 |
| 000038 | Banco Bilbao | 5.10 | 1,443.30 |
| 000039 | Fortis | 592.90 | 308,987.70 |
| 000040 | Medici Enterprise | 202.00 | 87,823.80 |
| 000042 | Equity Trading | 296.20 | 170,117.00 |
| 000045 | Levey | 44.50 | 22,516.90 |
| 000046 | Glantz | 250.40 | 159,971.80 |
| 000047 | Bonventre | 51.70 | 27,058.70 |
| 000051 | Crupi | 88.20 | 39,465.50 |
| 000052 | Donald Friedman | 12.70 | 6,482.30 |
| 000053 | Magnify | 2,835.40 | 1,483,046.70 |
| 000054 | Mendelow | 138.20 | 77,759.10 |
| 000056 | Lipkin | 16.40 | 9,194.50 |
| 000057 | Perez/O'Hara | 88.50 | 49,480.50 |
| 000058 | PJ Administrators | 780.30 | 438,054.60 |
| 000059 | Stanley Shapiro | 1,146.50 | 557,583.90 |
| 000060 | Avellino & Bienes | 1,323.00 | 723,797.40 |
| 000062 | Subsequent Transfer | 604.40 | 322,260.40 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 7.30 | 4,336.70 |
| 000065 | Legacy Capital Ltd | 959.20 | 560,570.90 |
| 000071 | Square One | 717.40 | 333,079.30 |
| 000073 | BNP Paribas | 1,148.00 | 724,193.10 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,893.70 | 1,500,620.25 |
| 000077 | Extraterritoriality Appeal | 2,290.30 | 1,252,489.00 |
| Grand Total | | 77,409.80 | 37,536,422.35 |
| | **Less 10% Public Interest Discount** | | (3,753,642.24) |
| | **Grand Total** | | $ 33,782,780.11 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 33,782,780.11 |
| | Interim Compensation Paid | | (30,404,502.10) |
| | Interim Compensation Deferred | | $ 3,378,278.01 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 924,804,964.34 |
| | Interim Compensation Paid | | $ (908,402,693.77) |
| | Interim Compensation Deferred | | $ 16,402,270.57 |