**EXHIBIT D**

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-FIFTH
INTERIM PERIOD OF APRIL 1, 2017 THROUGH JULY 31, 2017

| | | |
|---|---|---|
| E101 | Copying (E101) | 6,240.20 |
| E102 | Outside Printing (E102) | 897.16 |
| E105 | Telephone (E105) | 66.69 |
| E106 | Online Research (E106) | 43,781.39 |
| E107 | Delivery Services/ Messengers (E107) | 9,155.28 |
| E108 | Postage (E108) | 4,795.23 |
| E109 | Local Travel (E109) | 15.38 |
| E110 | Out-of-Town Travel (E110) | 91,385.76 |
| E111 | Business Meals, etc. (E111) | 274.91 |
| E112 | Court Fees (E112) | 10,084.44 |
| E113 | Subpoena Fees (E113) | 425.00 |
| E114 | Witness Fees (E114) | 488.50 |
| E115 | Deposition Transcripts (E115) | 88,342.50 |
| E116 | Trial Transcripts (E116) | 5,453.23 |
| E119 | Experts (E119) | 429.72 |
| E123 | Other Professionals (E123) | 143,468.37 |
| E124 | Other (E124) | 7,213.84 |
| Grand Total | | $    412,517.60 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 15,096,186.99