# Exhibit B

SUMMARY OF TWENTY-FOURTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES
RENDERED FROM APRIL 1, 2017 THROUGH JULY 31, 2017

| Name | Year Admitted | Apr-Jul 2017 Standard Hourly Rate | Apr-Jul 2017 Total Hours Billed | Apr-Jul 2017 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 610.00 | 314.20 | $ 191,662.00 |
| Kim M. Longo | 2002 | 480.00 | 590.40 | $ 283,392.00 |
| Antonio J. Casas | 1992 | 480.00 | 278.60 | $ 133,728.00 |
| **Total Partners** | | | **1,183.20** | **$608,782.00** |
| **Special Counsel** | | | | |
| Brian W. Kreutter | 2003 | 390.00 | 369.40 | $ 144,066.00 |
| John J. Tepedino | 2005 | 390.00 | 487.90 | $ 190,281.00 |
| **Total Special Counsel** | | | **857.30** | **$334,347.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 462.50 | $ 203,500.00 |
| Carol LaFond | 2000 | 410.00 | 556.00 | $ 227,960.00 |
| Lindsay H. Sklar | 2014 | 370.00 | 293.90 | $ 108,743.00 |
| Alan D. Lawn | 2009 | 365.00 | 522.40 | $ 190,676.00 |
| Alex Jonatowski | 2007 | 355.00 | 565.20 | $ 200,646.00 |
| Stergios Milona, Jr. | 2014 | 350.00 | 3.00 | $ 1,050.00 |
| **Total Associates** | | | **2,403.00** | **$932,575.00** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 235.00 | 236.70 | $ 55,624.50 |
| **Total Paraprofessionals** | | | **236.70** | **$ 55,624.50** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,183.20 | $608,782.00 |
| **Special Counsel** | 857.30 | $334,347.00 |
| **Associates** | 2,403.00 | $932,575.00 |
| **Paraprofessionals** | 236.70 | $55,624.50 |
| **Blended Attorney Rate** | 422.12 | |
| **GRAND TOTAL** | **4,680.20** | **$ 1,931,328.50** |

{11459308:1}