## Exhibit C

SUMMARY OF TWENTY-FOURTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2017 THROUGH AND INCLUDING JULY 31, 2017

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 77.90 |
| Telephone - Reimbursements | $ | 39.07 |
| Postage | $ | 3.24 |
| Air Courier/Messenger | $ | 1,405.22 |
| Online Research | $ | 7,054.72 |
| Filing Fees | $ | 2,086.00 |
| Professional Services | $ | 19,057.33 |
| Service of Process/Subpoena | $ | 11.30 |
| Search Fees | $ | 1,844.40 |
| Title/Mortgage Costs (Good Faith Settlement) | $ | 41,842.00 |
| **TOTAL** | **$** | **73,421.18** |

{11459308:1}