**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-FOURTH INTERIM PERIOD OF APRIL 1, 2017 THROUGH AND INCLUDING JULY 31, 2017

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 67.00 | $ 31,369.00 |
| | | 007 | Fee Application | 108.80 | 46,034.00 |
| | | 020 | Internal Office Meetings | 31.50 | 13,262.50 |
| | | 041 | Discovery, Document Review, Document Production | 347.90 | 150,606.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 913.70 | 383,657.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 46.40 | 16,141.00 |
| 12 | Credit Suisse | 010 | Litigation | 44.70 | 18,387.00 |
| 13 | Solon Capital | 010 | Litigation | 7.70 | 2,404.50 |
| 14 | Zephyros | 010 | Litigation | 1,053.10 | 409,587.50 |
| 15 | Mistral | 010 | Litigation | 195.30 | 72,634.00 |
| 16 | Societe Generale | 010 | Litigation | 22.40 | 8,064.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 271.30 | 100,502.00 |
| 18 | Clariden Leu | 010 | Litigation | 12.10 | 4,261.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 5.40 | 1,391.50 |
| 20 | Coordinated Cases | 010 | Litigation | 392.40 | 170,093.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,160.50 | 502,933.50 |
| | | | **TOTALS** | **4,680.20** | **$ 1,931,328.50** |

{11459308:1}