# Mary Grace White

| | |
|---|---|
| **From:** | Calvani, Torello <tcalvani@bakerlaw.com> |
| **Sent:** | Wednesday, November 15, 2017 1:44 PM |
| **To:** | Mary Grace White |
| **Cc:** | Robert Miller; Barry Lax; Rollinson, James H. |
| **Subject:** | RE: Picard v. Shapiro: Rule 45 Subpoena to JPMorgan |

Counsel,

We have received your letter and considered your proposal, which you represented was forthcoming a week ago. We disagree with many of the positions taken in your letter and do not believe your proposal is workable.

**Torello Calvani**



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4657
M +1.917.886.4245

tcalvani@bakerlaw.com
bakerlaw.com

**From:** Mary Grace White [mailto:mwhite@laxneville.com]
**Sent:** Tuesday, November 14, 2017 4:48 PM
**To:** Calvani, Torello <tcalvani@bakerlaw.com>; Rollinson, James H. <jrollinson@bakerlaw.com>
**Cc:** Robert Miller <rmiller@laxneville.com>; Barry Lax <blax@laxneville.com>
**Subject:** Picard v. Shapiro: Rule 45 Subpoena to JPMorgan

Good afternoon,

Please see the attached.

Thank you,


Mary-Grace White
Lax & Neville LLP



**1450 Broadway, 35th Floor**
**New York, NY 10018**
**T: 212.696.1999**
**F: 212.566.4531**
**E: mwhite@laxneville.com**
**www.laxneville.com**

The information contained in this e-mail message is attorney-client privileged and/or confidential information only intended for the use of the individual and/or entity named.  If the message has been delivered to a person who is not the intended recipient or an agent responsible for delivering it to the intended recipient, you are hereby notified that any unauthorized use, dissemination, distribution or copy of this communication is strictly prohibited.

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.