**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Jimmy Fokas
Email: jfokas@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　　v.<br><br>FRANK J. AVELLINO, *et al.*,<br><br>　　　　　　　　　　Defendants. | Adv. Pro. No. 10-05421 (SMB) |

**STIPULATION AND ORDER FOR SUBSTITUTION OF THE ESTATE OF MICHAEL S. BIENES AND DIANNE K. BIENES, IN HER CAPACITY AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MICHAEL S. BIENES, IN PLACE OF DECEASED DEFENDANT MICHAEL S. BIENES**

**WHEREAS**, on December 10, 2010, Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff, individually, commenced this adversary proceeding (the "Adversary Proceeding") against Michael S. Bienes, among other defendants, by filing his original complaint (ECF No. 1), which was amended on November 24, 2014 (ECF No. 86); and

**WHEREAS,** Michael S. Bienes died on April 5, 2017; and

**WHEREAS**, on June 15, 2017, the Court entered a Stipulation and Order extending the time to January 17, 2018, that the Trustee may move to substitute parties in the Adversary Proceeding to take the place of Michael S. Bienes, pursuant to Fed. R. Civ. P. 25(a) (ECF No. 162); and

**WHEREAS,** the Estate of Michael S. Bienes was opened in the Circuit Court for Broward County, Florida, Probate Division, File No. PRC170001678; and

**WHEREAS,** on October 18, 2017, Dianne K. Bienes was issued Letters of Administration as the duly appointed Personal Representative of the Estate of Michael S. Bienes.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED,** by and between the Trustee and the Estate of Michael S. Bienes and Dianne K. Bienes, in her capacity as Personal Representative for the Estate of Michael S. Bienes, as follows:

1. The Estate of Michael S. Bienes and Dianne K. Bienes, in her capacity as Personal Representative of the Estate of Michael S. Bienes, are hereby substituted as defendants in place of Michael S. Bienes, deceased.

2. This Stipulation is intended by all parties hereto to be solely for the purpose of substituting the correct parties to comply with Fed. R. Civ. P. 25(a)(1) made applicable by Fed. R. Bankr. P. 7025. Except as expressly set forth herein, the parties to this Stipulation reserve all rights, claims and/or defenses they may have, and entry into this Stipulation shall not impair or otherwise affect any such rights, claims and/or defenses.

3. The Clerk of the Court is hereby directed to amend the caption to remove Michael S. Bienes and substitute the Estate of Michael S. Bienes and Dianne K. Bienes, in her capacity as Personal Representative of the Estate of Michael S. Bienes, as reflected on Exhibit A to this Stipulation. For the sake of clarity, Dianne K. Bienes remains a defendant in the Adversary Proceeding in her individual capacity.

4. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: November 16, 2017

**BAKER & HOSTETLER LLP**
By:  /s/ *Jimmy Fokas*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Jimmy Fokas
Email: jfokas@bakerlaw.com
Kathryn M. Zunno
Email: kzunno@bakerlaw.com
Esterina Giuliani
Email: egiuliani@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**HAILE, SHAW & PFAFFENBERGER, P.A.**
By:  /s/ *Gary A. Woodfield*
Gary A. Woodfield
660 U.S. Highway One, Third Floor
North Palm Beach, FL  33408
Telephone: (561) 627-8100
Facsimile: (561) 622-7603
Email: gwoodfield@haileshaw.com

*Attorney for Defendants the Estate of Michael S. Bienes, and Dianne K. Bienes, in her individual capacity and her capacity as the Personal Representative for the Estate of Michael S. Bienes*

SO ORDERED

**/s/ STUART M. BERNSTEIN**

Dated: **November 16, 2017**      HON. STUART M. BERNSTEIN
New York, New York                UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT "A"

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>      v.<br><br>FRANK J. AVELLINO, individually, and as Trustee for FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990, AS AMENDED; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST AGREEMENT NUMBER 2 UNDER AGREEMENT DATED JUNE 24, 1992; FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER THE DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988, AS AMENDED; RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990; RACHEL ANNE ROSENTHAL TRUST #3; HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990; TIFFANY JOY | Adv. Pro. No. 10-05421 (SMB) |

LOWLES TRUST U/A DATED JUNE 29, 1990; MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990; TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992; MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990; S.A. GRANTOR RETAINED ANNUITY TRUST; AVELLINO FAMILY TRUST; AVELLINO & BIENES PENSION PLAN & TRUST;

THE ESTATE OF MICHAEL S. BIENES;

NANCY C. AVELLINO, individually, and as Trustee for NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER THE TRUST AGREEMENT DATED MAY 18, 1992; RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990; RACHEL ANNE ROSENTHAL TRUST #3; HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990; TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990; MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990; TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992; MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990;

DIANNE K. BIENES, individually, and as Personal Representative for the ESTATE OF MICHAEL BIENES;

THOMAS G. AVELLINO;

AVELLINO & BIENES; AVELLINO FAMILY TRUST; AVELLINO & BIENES PENSION PLAN & TRUST; GROSVENOR PARTNERS, LTD.; MAYFAIR VENTURES, G.P.; ASTER ASSOCIATES; ST. JAMES ASSOCIATES; STRATTHAM PARTNERS; KENN JORDAN ASSOCIATES; ASCENT, INC.; MAYFAIR BOOKKEEPING SERVICES, INC.; 27 CLIFF, LLC; THE AVELLINO FAMILY FOUNDATION, INC.;

RACHEL A. ROSENTHAL; HEATHER C. LOWLES; MELANIE A. LOWLES; A MINOR WITH THE INITIALS S.A.; FRANK J.

| |
|---|
| AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990, AS AMENDED; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST AGREEMENT NUMBER 2 UNDER AGREEMENT DATED JUNE 24, 1992, AS AMENDED; FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER THE DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988, AS AMENDED; NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER THE TRUST AGREEMENT DATED MAY 18, 1992; RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990; RACHEL ANNE ROSENTHAL TRUST #3; HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990; TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990; MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990; TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992; MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990; S.A. GRANTOR RETAINED ANNUITY TRUST, |
|                         Defendants. |