**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>STEPHEN R. GOLDENBERG,<br><br>      Defendant. | Adv. Pro. No. 10-04946 (SMB) |

## **DECLARATION OF MATTHEW A. KUPILLAS**

I, MATTHEW A. KUPILLAS, declare as follows:

      1.    I am a member of Milberg LLP with offices located at One Pennsylvania Plaza, New York, NY 10119. My firm serves as counsel to defendant Stephen R. Goldenberg ("Defendant") in the above-captioned proceeding. I am authorized to make this Declaration on Defendant's behalf.

      2.    Exhibit A contains a true and accurate copy of the Parties' Stipulation Regarding Account Statement regarding Defendant's customer account statement, which was entered into

and agreed upon by the Parties on November 15, 2017. Attached to Exhibit A is a copy of Defendant's account statement from Bernard L. Madoff Investment Securities LLC for the period ending November 30, 2006.

3. Appendix A to Defendant's Memorandum of Law in Opposition to Trustee's Motion for Summary Judgment is an accurate computation of the statute of repose's effect on the Trustee's claims.

I declare under penalty of perjury that the foregoing is true and correct.

> By: /s/ Matthew A. Kupillas
> **MILBERG LLP**
> One Pennsylvania Plaza
> New York, NY 10119
> Telephone: 212.594.5300
> Facsimile: 212.868.1229
> Email: mkupillas@milberg.com

Dated: November 16, 2017
New York, NY

740658v1

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>STEPHEN R. GOLDENBERG,<br><br>    Defendant. | Adv. Pro. No. 10-04946 (SMB) |

**STIPULATION REGARDING ACCOUNT STATEMENT**

Plaintiff Irving H. Picard (the "Trustee"), the trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("Madoff Securities") and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), and Defendant Stephen R. Goldenberg ("Defendant," and together with the Trustee, the "Parties") hereby agree to this Stipulation Regarding Account Statement. For the purposes of the motions for summary judgment only, the Parties agree that the below is part of the summary judgment record and admissible for all purposes:

1. The 11/30/2006 account statement of Stephen R. Goldenberg, attached as Exhibit 1 to this Stipulation, which is a true copy of a BLMIS account record produced by the Trustee to Defendant in this litigation at Bates numbers MDPTPP01311584-589.

Dated: November 15, 2017
New York, NY

By: /s/ Keith R. Murphy
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
dsheehand@bakerlaw.com
Keith R. Murphy
kmurphy@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: /s/ Matthew A. Kupillas
**MILBERG LLP**
One Pennsylvania Plaza
New York, NY 10119
Telephone: 212.594.5300
Facsimile: 212.868.1229
Matthew A. Kupillas
mkupillas@milberg.com

*Attorneys for Defendant Stephen R. Goldenberg*

# EXHIBIT 1

```
STEPHEN R GOLDENBERG                                                    11/30/06         1

    430 W HOPKINS
    ASPEN              CO 81611                        1-CM391-3-0    *******4768


                                   BALANCE FORWARD                    312,589.80

11/20                              FIDELITY SPARTAN        DIV                            23.71
                                   U S TREASURY MONEY MARKET
                                   DIV 11/20/06
11/20       2,245            6748  FIDELITY SPARTAN         1         2,245.00
                                   U S TREASURY MONEY MARKET
11/20               9,350   96379  FIDELITY SPARTAN         1                          9,350.00
                                   U S TREASURY MONEY MARKET
11/21               4,752   11068  VERIZON COMMUNICATIONS   35.950                   170,644.40
11/21     150,000           15365  U S TREASURY BILL        98.726   148,089.00
                                   DUE 2/22/2007
                                             2/22/2007
11/21      22,556           17908  FIDELITY SPARTAN          1       22,556.00
                                   U S TREASURY MONEY MARKET
11/22                              CITI GROUP INC           DIV                        3,945.48
                                   DIV 11/06/06 11/22/06
11/22                              MERRILL LYNCH & CO INC   DIV                          363.00
                                   DIV 11/03/06 11/22/06
11/27                              FIDELITY SPARTAN         DIV                           19.27
                                   U S TREASURY MONEY MARKET
                                   DIV 11/27/06
11/27              24,801   22470  FIDELITY SPARTAN          1                        24,801.00
                                   U S TREASURY MONEY MARKET
11/27             150,000   26918  U S TREASURY BILL        98.813                   148,219.50
                                   DUE 2/22/2007
                                             2/22/2007

                                   CONTINUED ON PAGE    2
```

```
STEPHEN R GOLDENBERG                                           11/30/06        2

430 W HOPKINS
ASPEN          CO 81611                          1-CM391-3-0    *******4768


11/27   175,000        30637 U S TREASURY BILL       98.718    172,756.50
                             DUE 3/01/2007
                                     3/01/2007
11/27       283        34635 FIDELITY SPARTAN        1             283.00
                             U S TREASURY MONEY MARKET
11/30                        FIDELITY SPARTAN        DIV                   .11
                             U S TREASURY MONEY MARKET
                             DIV 11/30/06
11/30              283 51869 FIDELITY SPARTAN        1                  283.00
                             U S TREASURY MONEY MARKET
11/30     4,592        56499 FIDELITY SPARTAN        1           4,592.00
                             U S TREASURY MONEY MARKET

                             NEW BALANCE                       305,461.83

                             SECURITY POSITIONS      MKT PRICE
         6,336               AT&T INC                33.910
         2,508               ABBOTT LABORATORIES     46.660
         3,432               ALTRIA GROUP INC        84.210
         1,980               AMERICAN EXPRESS COMPANY 58.720
         4,224               AMERICAN INTL GROUP INC 70.320
         1,848               AMGEN INC               71
         7,392               BANK OF AMERICA         53.850
         3,564               CHEVRON CORP            72.320
        10,032               CISCO SYSTEMS INC       26.880
```

CONTINUED ON PAGE    3

MDPTPP01311585

```
STEPHEN R GOLDENBERG                                          11/30/06        3

430 W HOPKINS
ASPEN           CO 81611                      1-CM391-3-0    *******4768


      8,052            CITI GROUP INC                  49.590
      3,300            COCA COLA CO                    46.830
      3,300            COMCAST CORP                    40.460
                       CL A
      9,636            EXXON MOBIL CORP                76.810
     16,764            GENERAL ELECTRIC CO             35.280
        660            GOLDMAN SACHS GROUP INC        194.800
      4,488            HEWLETT PACKARD CO              39.460
      3,300            HOME DEPOT INC                  37.970
      9,372            INTEL CORP                      21.350
      2,508            INTERNATIONAL BUSINESS MACHS    91.920
      5,544            J.P. MORGAN CHASE & CO          46.280
      4,752            JOHNSON & JOHNSON               65.910
      3,564            MERCK & CO                      44.510
      1,452            MERRILL LYNCH & CO INC          87.430
     13,992            MICROSOFT CORP                  29.330
      1,716            MORGAN STANLEY                  76.160
      6,600            ORACLE CORPORATION              19.030
      2,640            PEPSICO INC                     61.970
     11,880            PFIZER INC                      27.490
      5,148            PROCTER & GAMBLE CO             62.790
      1,848            SCHLUMBERGER LTD                68.480
      4,592            FIDELITY SPARTAN                    1
                       U S TREASURY MONEY MARKET
      6,600            TIME WARNER INC                 20.140

                       CONTINUED ON PAGE     4
```

```
STEPHEN R GOLDENBERG                                              11/30/06        4

430 W HOPKINS
ASPEN          CO 81611                             1-CM391-3-0   *******4768


    1,716              UNITED PARCEL SVC INC         77.920
                       CLASS B
  175,000              U S TREASURY BILL             98.764
                       DUE 3/01/2007
                               3/01/2007
    1,584              UNITED TECHNOLOGIES CORP      64.530
    3,168              WACHOVIA CORP NEW             54.190
    3,960              WAL-MART STORES INC           46.100
    5,412              WELLS FARGO & CO NEW          35.240

                       MARKET VALUE OF SECURITIES
                            LONG              SHORT
                       8,524,623.24
```

MDPTPP01311587

```
STEPHEN R GOLDENBERG
                                                              11/30/06           5

430 W HOPKINS
ASPEN          CO 81611                         1-CM391-3-0    *******4768


                        YEAR-TO-DATE SUMMARY

                  DIVIDENDS                                        136,364.14
                  GROSS PROCEEDS FROM SALES                     69,258,251.22
```

MDPTPP01311588

```
STEPHEN R GOLDENBERG                                                11/30/06         1

430 W HOPKINS
ASPEN              CO 81611                          1-CM391-4-0    *******4768


                              BALANCE FORWARD                                  312,590.00

11/20               132 78563  S & P 100 INDEX       5.100                      67,188.00
                               DECEMBER 655 CALL
11/20     132           83008  S & P 100 INDEX       4.400       58,212.00
                               DECEMBER 645 PUT
11/20     132           87621  S & P 100 INDEX       1.600       21,252.00
                               NOVEMBER 650 CALL
11/20               132 92067  S & P 100 INDEX        .400                       5,148.00
                               NOVEMBER 640 PUT

                               NEW BALANCE                                     305,462.00

                               SECURITY POSITIONS   MKT PRICE
          132                  S & P 100 INDEX       2.850
                               DECEMBER 655 CALL
          132                  S & P 100 INDEX       2.550
                               DECEMBER 645 PUT

                               MARKET VALUE OF SECURITIES
                                   LONG              SHORT
                                33,660.00         37,620.00-
```

MDPTPP01311589