**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>ESTATE OF RICHARD M. STARK,<br><br>RICHARD M. STARK ARTICLE FIFTH TRUST,<br><br>BETTY STARK, individually, as executor of the Estate of Richard M. Stark and as beneficiary of the Richard M. Stark Article Fifth Trust, | Adv. Pro. No. 10-04971 (SMB) |

> THOMAS L. STARK, as beneficiary of the Richard M. Stark Article Fifth Trust, and
>
> HILARY M. STARK, as beneficiary of the Richard M. Stark Article Fifth Trust,
>
> Defendants.

### NOTICE OF ADJOURNMENT OF CONFERENCE UNDER LOCAL BANKRUPCTY RULE 7007-1(b)

**PLEASE TAKE NOTICE** that the conference under Local Bankruptcy Rule 7007-1(b) in the above-referenced adversary proceeding which was previously scheduled for November 29, 2017 has been adjourned to **December 20, 2017 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  November 20, 2017
New York, New York

By:  */s/ Elyssa S. Kates*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*