WINDELS MARX LANE & MITTENDORF, LLP
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br>  v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>    Plaintiff,<br>  v.<br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br>    Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

**JOINDER TO THE TRUSTEE'S REPLY MEMORANDUM OF LAW**
**IN FURTHER SUPPORT OF MOTION FOR COURT ORDER AUTHORIZING**
**<u>LIMITED DISCOVERY PURSUANT TO FED. R. CIV. P. 26(d)(1)</u>**

Windels Marx Lane & Mittendorf, LLP ("Windels Marx") is special counsel to Irving H.

Picard, as trustee (the "Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC

under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA") and the

{11467002:2}

substantively consolidated estate of Bernard L. Madoff and is counsel of record for the Trustee in the adversary proceedings listed on Exhibit 1.

In the above noted capacity, Windels Marx hereby joins in its entirety the Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) filed by Baker & Hostetler LLP on November 20, 2017 in the main docket of this case, *SIPC v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB) (the "Reply Memorandum"), and all arguments asserted therein.

For the reasons set forth in the Reply Memorandum, the Trustee respectfully requests that the Court grant the Trustee's request for an order directing the Defendants identified on Exhibit 1 to produce the limited discovery sought in Exhibit B to the Declaration of Howard L. Simon dated August 28, 2014, and any and all other relief the Court deems just and proper.

Dated: November 20, 2017  
       New York, New York

/s/ Howard L. Simon  
Howard L. Simon (hsimon@windelsmarx.com)  
Kim M. Longo (klongo@windelsmarx.com)  
Windels Marx Lane & Mittendorf LLP  
156 West 56th Street  
New York, New York 10019  
Tel: (212) 237-1000  
Fax: (212) 262-1215

*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*