**Exhibit 1 to Windels Marx Joinder**

| Adv. Pro. No. | Case Name | Defendant(s) |
| --- | --- | --- |
| 12-01273 | Picard v. Mistral (SPC) | Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Limited | Zephyros Limited |
| 12-01698 | Picard v. Banque Internationale à Luxembourg S.A. | RBC Dexia Investor Services Trust |
| 12-01699 | Picard v. Royal Bank of Canada | Guernroy Limited<br><br>RBC Alternative Assets, L.P.<br><br>Royal Bank of Canada |