# Exhibit 1

**Defendants Subject to Trustee's Motion for Limited Discovery**
**Exhibit 1**

| Adv. Pro. No. | Case Name | Defendant(s) |
|---|---|---|
| 10-04287 | Picard v. Cardinal Management Inc. | Cardinal Management Inc. |
| 10-04330 | Picard v. Square One Fund Ltd. | Square One Fund Ltd. |
| 10-04457 | Picard v. Equity Trading Fund | Equity Trading Fund, Ltd.<br>Equity Trading Portfolio Ltd. |
| 10-04471 | Picard v. Citrus Investment Holdings, Ltd. | Citrus Investment Holdings, Ltd. |
| 10-05120 | Picard v. Oréades SICAV | Oréades SICAV, represented by its liquidator, Inter Investissements S.A. |
| 10-05345 | Picard v. Citibank, N.A. | Citibank N.A.<br><br>Citibank North America, Inc. |
| 10-05353 | Picard v. Natixis S.A. | Natixis Financial Products LLC (as successor-in-interest to Natixis Financial Products Inc.) |
| 10-05354 | Picard v. ABN AMRO Bank, N.A. (Royal Bank of Scotland) | ABN AMRO Bank N.A. |
| 10-05355 | Picard v. ABN AMRO Bank (Ireland) Ltd. | ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited)<br><br>ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) |
| 12-01273 | Picard v. Mistral (SPC) | Mistral (SPC) |
| 12-01278 | Picard v. Zephyros Limited | Zephyros Limited |

| Adv. Pro. No. | Case Name | Defendant(s) |
|---|---|---|
| 12-01698 | Picard v. Banque Internationale à Luxembourg S.A. | RBC Dexia Investor Services Trust |
| 12-01699 | Picard v. Royal Bank of Canada | Guernroy Limited<br><br>RBC Alternative Assets, L.P.<br><br>Royal Bank of Canada |