# EXHIBIT 2: OBJECTING CLAIMANTS

List Of Claimants Invested In The Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership BLMIS Account Number |
|---|---|---|---|---|---|
| David Shapiro Nominee | N/A | 2713[1] | Becker & Poliakoff, LLP | N/A | 1S0297 |
| Hilda Drucker | 010228 | 2714[2] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| David Drucker | 010715 | 2714[2] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Marilyn Komarc | 013430 | 2715[3] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Marilyn Komarc | 013430 | 2775[3] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Marilyn Komarc | 013430 | 2777[3] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Myra M. Levine | 009397 | 2715[3] | Becker & Poliakoff, LLP | David Shapiro Nominee #2 | 1S0298 |
| Myra M. Levine | 009397 | 2775[3] | Becker & Poliakoff, LLP | David Shapiro Nominee #2 | 1S0298 |
| Myra M. Levine | 009397 | 2777[3] | Becker & Poliakoff, LLP | David Shapiro Nominee #2 | 1S0298 |
| Elaine Langweiler | 010899 | 2718[4] | Becker & Poliakoff, LLP | David Shapiro Nominee #3 | 1S0299 |
| Frederick H. Mandel | 014728 | 2718[4] | Becker & Poliakoff, LLP | David Shapiro Nominee #3 | 1S0299 |
| Irving M. Sonnenfeld | 011045 | 2718[4] | Becker & Poliakoff, LLP | David Shapiro Nominee #3 | 1S0299 |

1. The Motion seeks to overrule that portion of objection docket 2713 related to claim 003851, filed by David Shapiro Nominee, only insofar as it seeks customer status for the Objecting Claimants.
2. Objection docket 2714 was filed on behalf of David Shapiro Nominee as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
3. Objection dockets 2715, 2775 and 2777 were filed on behalf of David Shapiro Nominee and David Shapiro Nominee #2 as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
4. Objection docket 2718 was filed on behalf of David Shapiro Nominee #3 as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.