UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>JEFFREY HINTE,<br><br>        Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 135 East 57th Street – 6th Floor, New York, New York 10022, shall be substituted in place of the law firm of Goodwin Procter LLP as co-counsel of record for Jeffrey Hinte (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

        FREJKA PLLC
        135 East 57th Street – 6th Floor
        New York, New York 10022
        Attn:   Elise S. Frejka
        Telephone: (212) 641-0800
        Facsimile: (212) 641-0820
        Email: efrejka@frejka.com

        and

        Martin J. Auerbach
        1330 Avenue of the Americas – 16th Floor
        New York, New York 10019
        Telephone: (646) 787-2370
        Facsimile: (646) 304-0175
        Email:  auerbach@mjaesq.com

        PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>      November 21, 2017 | Dated: New York, New York<br>      November 21, 2017 |
| GOODWIN PROCTER LLP | FREJKA PLLC |
| By: /s/ William P. Weintraub<br>    William P. Weintraub<br>    The New York Times Building<br>    620 Eighth Avenue<br>    New York, New York 10018<br>    Telephone: (212) 813-8839<br>    Facsimile: (212) 355-3333 | By: /s/ Elise S. Frejka<br>    Elise S. Frejka<br>    135 East 57th Street – 6th Floor<br>    New York, New York 10022<br>    Telephone: (212) 641-8000<br>    Facsimile: (212) 641-0820 |
| Dated: New York, New York<br>      November __, 2017 | SO ORDERED:<br><br>_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>JEFFREY HINTE,<br><br>  Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## DECLARATION OF ELISE S. FREJKA

I, ELISE S. FREJKA declare as follows:

1.  I am a member of the firm of Frejka PLLC and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting Frejka PLLC for Goodwin Procter LLP as co-counsel for Jeffrey Hinte (the "Defendant") in the above-captioned adversary proceeding. I

also have read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendant has requested and consents to this substitution of counsel.

3. It is not expected that any delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: New York, New York
November 21, 2017

By: /s/ Elise S. Frejka
Elise S. Frejka

2