**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |

**ORDER APPROVING**
**TRUSTEE'S MOTION AND MEMORANDUM OF LAW**
**TO AFFIRM HIS DETERMINATIONS DENYING CLAIMS OF CLAIMANTS**
**HOLDING INTERESTS IN THE DAVID SHAPIRO NOMINEE, DAVID**
**SHAPIRO NOMINEE #2 AND DAVID SHAPIRO NOMINEE #3 PARTNERSHIPS**

Upon consideration of the Trustee's Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in the David Shapiro Nominee, David Shapiro Nominee #2, and David Shapiro Nominee #3 Partnerships (the "Motion") (ECF No. 16801), dated October 18, 2017, filed by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, and it appearing that due and proper notice of the Motion and the relief requested therein have been given; and the Trustee having filed a certificate of no objection representing that

no objection has been received and no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion; and no other or further notice needs to be given; and the Court having reviewed the Motion, the Declarations of Stephanie Ackerman and Vineet Sehgal in support of the Motion, the objections to claims determinations and the record in this case; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for relief granted herein, and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted as set forth herein; and it is further

**ORDERED**, that the Trustee's denial of the customer claims of the Objecting Claimants listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which exhibit is attached hereto as Exhibit A, is affirmed and such claims are disallowed; and it is further

**ORDERED**, that the objections to the Trustee's determinations of the customer claims of the Objecting Claimants listed on Exhibit 2 annexed to the supporting Declaration of Vineet Sehgal, a copy of which exhibit is attached hereto as Exhibit A, are overruled; and it is further

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
   **November 21st, 2017**

            **/s/ STUART M. BERNSTEIN**
            HONORABLE STUART M. BERNSTEIN
            UNITED STATES BANKRUPTCY JUDGE

Exhibit A

## EXHIBIT 2 – OBJECTING CLAIMANTS

List Of Claimants Invested In The Limited Partnerships Identified In Exhibit 1 With
Outstanding Objections To The Trustee's Determination of Claim

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Partnership Invested In | Partnership BLMIS Account Number |
|---|---|---|---|---|---|
| David Shapiro Nominee | N/A | 2713[1] | Becker & Poliakoff, LLP | N/A | 1S0297 |
| Hilda Drucker | 010228 | 2714[2] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| David Drucker | 010715 | 2714[2] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Marilyn Komarc | 013430 | 2715[3] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Marilyn Komarc | 013430 | 2775[3] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Marilyn Komarc | 013430 | 2777[3] | Becker & Poliakoff, LLP | David Shapiro Nominee | 1S0297 |
| Myra M. Levine | 009397 | 2715[3] | Becker & Poliakoff, LLP | David Shapiro Nominee #2 | 1S0298 |
| Myra M. Levine | 009397 | 2775[3] | Becker & Poliakoff, LLP | David Shapiro Nominee #2 | 1S0298 |
| Myra M. Levine | 009397 | 2777[3] | Becker & Poliakoff, LLP | David Shapiro Nominee #2 | 1S0298 |
| Elaine Langweiler | 010899 | 2718[4] | Becker & Poliakoff, LLP | David Shapiro Nominee #3 | 1S0299 |
| Frederick H. Mandel | 014728 | 2718[4] | Becker & Poliakoff, LLP | David Shapiro Nominee #3 | 1S0299 |
| Irving M. Sonnenfeld | 011045 | 2718[4] | Becker & Poliakoff, LLP | David Shapiro Nominee #3 | 1S0299 |

1. The Motion seeks to overrule that portion of objection docket 2713 related to claim 003851, filed by David Shapiro Nominee, only insofar as it seeks customer status for the Objecting Claimants.
2. Objection docket 2714 was filed on behalf of David Shapiro Nominee as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
3. Objection dockets 2715, 2775 and 2777 were filed on behalf of David Shapiro Nominee and David Shapiro Nominee #2 as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.
4. Objection docket 2718 was filed on behalf of David Shapiro Nominee #3 as well as the Objecting Claimants. The Motion seeks to overrule the objection only insofar as it seeks customer status for the Objecting Claimants. The remainder of the objection will be addressed in a future motion.