UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br>JEFFREY HINTE,<br><br>      Defendant. | Adv. Pro. No. 10-04450 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Frejka PLLC, 135 East 57th Street – 6th Floor, New York, New York 10022, shall be substituted in place of the law firm of Goodwin Procter LLP as co-counsel of record for Jeffrey Hinte (the "Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

FREJKA PLLC
135 East 57th Street – 6th Floor
New York, New York 10022
Attn:   Elise S. Frejka
Telephone: (212) 641-0800
Facsimile: (212) 641-0820
Email: efrejka@frejka.com

and

Martin J. Auerbach
1330 Avenue of the Americas – 16th Floor
New York, New York 10019
Telephone: (646) 787-2370
Facsimile: (646) 304-0175
Email:  auerbach@mjaesq.com

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>November 21, 2017 | Dated: New York, New York<br>November 21, 2017 |
| GOODWIN PROCTER LLP | FREJKA PLLC |
| By: /s/ William P. Weintraub<br>William P. Weintraub<br>The New York Times Building<br>620 Eighth Avenue<br>New York, New York 10018<br>Telephone: (212) 813-8839<br>Facsimile: (212) 355-3333 | By: /s/ Elise S. Frejka<br>Elise S. Frejka<br>135 East 57th Street – 6th Floor<br>New York, New York 10022<br>Telephone: (212) 641-8000<br>Facsimile: (212) 641-0820 |
| Dated: New York, New York<br>November 21st, 2017 | SO ORDERED:<br><br>**/s/ STUART M. BERNSTEIN**<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

2