# Exhibit 1

# Kupillas, Matthew

| | |
|---|---|
| **From:** | Kleber, Kody <kkleber@bakerlaw.com> |
| **Sent:** | Tuesday, June 06, 2017 6:03 PM |
| **To:** | Kupillas, Matthew; Hunt, Dean D. |
| **Cc:** | Smith, Rachel M.; Hochmuth, Farrell |
| **Subject:** | RE: Adv. Pro. No. 10-04335 (Aspen Fine Arts, Co.) - Meet and Confer Correspondence and Notice of Deposition |
| **Attachments:** | Order Appointing Discovery Arbitrator.pdf |

Matt,

We have reviewed your letter, and it is clear the parties cannot agree on several key issues. We prefer to receive the documents you have agreed to produce and resolve the remaining discovery disputes between the parties prior to taking Aspen's deposition. Thus, we will pass the current scheduled deposition until these issues are resolved. To that end, please let us know if you will agree to submit these issues to Judge Frank Maas as discovery arbitrator pursuant to the attached order. We will further draft a proposed stipulation as to the points discussed in our correspondence.

Thank you,

**Kody Kleber**
Partner

**BakerHostetler**
811 Main Street | Suite 1100
Houston, TX 77002-6111
T +1.713.646.1359

kkleber@bakerlaw.com
bakerlaw.com



---

**From:** Kupillas, Matthew [mailto:MKupillas@milberg.com]
**Sent:** Tuesday, June 06, 2017 9:57 AM
**To:** Kleber, Kody; Hunt, Dean D.
**Cc:** Smith, Rachel M.; Hochmuth, Farrell
**Subject:** RE: Adv. Pro. No. 10-04335 (Aspen Fine Arts, Co.) - Meet and Confer Correspondence and Notice of Deposition

Dean and Kody,

Please see the attached correspondence.  Please let me know, as soon as possible, if you still intend to move forward the deposition on Friday.

Best regards,
Matt

---

**From:** Kleber, Kody [mailto:kkleber@bakerlaw.com]
**Sent:** Friday, June 02, 2017 7:32 PM
**To:** Kupillas, Matthew; Hunt, Dean D.
**Cc:** Smith, Rachel M.; Hochmuth, Farrell
**Subject:** RE: Adv. Pro. No. 10-04335 (Aspen Fine Arts, Co.) - Meet and Confer Correspondence and Notice of Deposition

Matt,

1

Please see the attached correspondence, sent on behalf of Dean Hunt.

**Kody Kleber**
Partner



811 Main Street | Suite 1100
Houston, TX 77002-6111
T +1.713.646.1359

kkleber@bakerlaw.com
bakerlaw.com

---

**From:** Kupillas, Matthew [mailto:MKupillas@milberg.com]
**Sent:** Wednesday, May 31, 2017 12:57 PM
**To:** Kleber, Kody; Hunt, Dean D.
**Cc:** Smith, Rachel M.; Hochmuth, Farrell
**Subject:** RE: Adv. Pro. No. 10-04335 (Aspen Fine Arts, Co.) - Meet and Confer Correspondence and Notice of Deposition

Dean and Kody,

Please see the attached correspondence.

Best regards,
Matt

---

**From:** Kleber, Kody [mailto:kkleber@bakerlaw.com]
**Sent:** Monday, May 22, 2017 3:20 PM
**To:** Kupillas, Matthew
**Cc:** Hunt, Dean D.; Smith, Rachel M.; Hochmuth, Farrell
**Subject:** Adv. Pro. No. 10-04335 (Aspen Fine Arts, Co.) - Meet and Confer Correspondence and Notice of Deposition

Matt,

Please find enclosed the following correspondence sent on behalf of Dean Hunt:

1. Meet and confer correspondence regarding Defendant's Responses to the Trustee's Requests for Production (along with referenced attachments); and

2. Correspondence enclosing the Trustee's Notice of Deposition of the Corporate Representative of Defendant Aspen Fine Arts., Co. (hard copy to follow via certified mail).

Please confirm receipt.

Thank you,

**Kody Kleber**
Partner

811 Main Street | Suite 1100
Houston, TX 77002-6111
T +1.713.646.1359

kkleber@bakerlaw.com
bakerlaw.com



2

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This electronic message transmission contains ATTORNEY PRIVILEGED AND CONFIDENTIAL information intended only for the use of the individual or entity named above. If the reader of this message is not the intended recipient, you are hereby notified that any dissemination, distribution or copy of this communication is strictly prohibited. If you have received this communication in error, please erase all copies of the message and its attachments and notify sender immediately. Thank You.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a

complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.