**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>           Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )  ss:
COUNTY OF DALLAS      )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 21, 2017, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Certificate of No Objection to Trustee's Motion and Memorandum of Law to Affirm His Determinations Denying Claims of Claimants Holding Interests in the David Shapiro Nominee, David Shapiro Nominee #2 and David Shapiro Nominee #3 Partnerships with Proposed Order and Exhibit thereto (Docket Number 16935)

Executed on November 21, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 21st day of November 2017

**KASANDRA COLEMAN**
Notary Public, State of Texas
My Commission Expires
March 27, 2018

(SEAL)

_____
Notary Public    March 27, 2018

# Exhibit A

November 21, 2017

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |