UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 22, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.  Notice of Transfer of Allowed Claim (Transfer Numbers T000559)

Executed on November 22, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 22nd day of November 2017

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

_____

(SEAL)

_____
Notary Public

2

Exhibit A

SERVICE LIST A
TRANSFER NUMBERS T000559
11/22/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | | | | | | | |
| | X | Midtown Acquisitions L.P. | Attention: Jennifer Donovan | c/o Davidson Kempner Capital Management LP | 520 Madison Avenue, 30th Floor | New York | NY | 10022 |