**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| THE ESTATE OF SARAH E. PEARCE, NORTON S. ROSENSWEIG, LINDA ROSENSWEIG, THE ESTATE OF DAVID B. PEARCE, ANDREW P. SEGAL, solely in his capacity as Executor of the Estate of David B. Pearce, JONATHAN P. ROSENSWEIG, JULIE SCHWARTZ, and LAURIE BLANK,<br><br>                Defendants. | Adv. Pro. No. 10-04407 (SMB) |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and the Estate of Sarah E. Pearce, Norton S. Rosensweig, Linda Rosensweig, the Estate of David B. Pearce, Andrew P. Segal, solely in his capacity as executor of the Estate of David B. Pearce, Jonathan P. Rosensweig, Julie Schwartz, and Laurie Blank (collectively, the "Defendants," and together with the Trustee, the

"Parties"), by and through their counsel, Bryan Cave LLP, hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed the Complaint against the Defendants.

2. On or about November 6, 2017, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against the Defendants in the above-captioned adversary proceeding and to a dismissal of the adversary proceeding with prejudice, and without costs to any Parties.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
November 27, 2017

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **BRYAN CAVE LLP** |
| By: */s/ Elyssa S. Kates* | By: */s/ Thomas J. Schell* |
| 45 Rockefeller Plaza | 1290 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10101 |
| Telephone: (212) 589-4200 | Telephone: (212) 541-2000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 541-1462 |
| David J. Sheehan | Thomas J. Schell |
| Email: dsheehan@bakerlaw.com | Email: tjschell@bryancave.com |
| Keith R. Murphy | |
| Email: kmurphy@bakerlaw.com | *Attorneys for Defendants the Estate of Sarah E. Pearce, Norton S. Rosensweig, Linda Rosensweig, the Estate of David B. Pearce, Andrew P. Segal, solely in his capacity as executor of the Estate of David B. Pearce, Jonathan P. Rosensweig, Julie Schwartz, and Laurie Blank* |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Elyssa S. Kates | |
| Email: ekates@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SO ORDERED**

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: November **27th**, 2017
New York, New York

3