**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 29, 2017 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04468; Picard v. Ken-Wen Family Limited Partnership, et al.**

   A. Motion for Leave to File a First Amended Complaint and for Related Relief filed by Matthew B. Lunn on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 9/25/2017) [ECF No. 70]

   B. Memorandum of Law in Support of the Trustee's Motion for Leave to File First Amended Complaint and for Related Relief filed by Matthew B. Lunn on behalf

        of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 9/25/2017) [ECF No. 71]

    C.    Declaration of Justin P. Duda in Support of the Trustee's Motion for Leave to File a First Amended Complaint and for Related Relief filed by Matthew B. Lunn on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 9/25/2017) [ECF No. 72]

Related Documents:

    D.    Amended Notice of Motion for Leave to File a First Amended Complaint and for Related Relief filed by Matthew B. Lunn on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 10/17/2017) [ECF No. 74]

Objections Due:    10/31/2017

Objections Filed:

    E.    Memorandum of Law in opposition filed by Jeffrey L. Bernfeld on behalf of Wendy Brown (Filed: 11/1/2017) [ECF No. 78]

    F.    Declaration of David B. Bernfeld filed by Jeffrey L. Bernfeld on behalf of Wendy Brown. (Filed: 11/1/2017) [ECF No. 77]

Reply Filed:

    G.    Reply Memorandum of Law in Support of the Trustee's Motion for Leave to File a First Amended Complaint and Related Relief filed by Matthew B. Lunn on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 11/22/2017) [ECF No. 79]

2.    **10-04995; Picard v. Wilenitz, et al.**

    A.    Letter to Honorable Stuart M. Bernstein filed by Helen Davis Chaitman on behalf of Sara Seims, as trustee of the Trust u/art Fourth o/w/o Israel Wilenitz, Trust u/art Fourth o/w/o Israel Wilenitz, Evelyn Berezin Wilenitz, individually, and as trustee and beneficiary of the Trust u/art Fourth o/w/o Israel Wilenitz (Filed: 9/8/2017) [ECF No. 93]

    B.    Letter to Judge Bernstein re: Chaitman LLP's September 8, 2017 letter filed by David J. Sheehan on behalf of Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 9/19/2017) [ECF No. 94]

Dated: November 28, 2017
New York, New York

By:    /s/David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*