Lax & Neville, LLP
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Barry R. Lax, Esq. (BL1302)
Brian J. Neville, Esq. (BN8251)

*Attorneys for Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

Debtor.

Adv. Pro. No. 10-05383(BRL)

------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation
Of Bernard L. Madoff Investment Securities LLC

Plaintiff,

v.

STANLEY SHAPIRO, individually, as general
partner of S&R Investment Co., as trustee for LAD
Trust, as trustee for David Shapiro 1989 Trust, as
amended, and as trustee for Leslie Shapiro 1985
Trust, as amended,

RENEE SHAPIRO, individually, as general partner
of S&R Investment Co., as trustee for LAD Trust,

|  |  |
|---|---|
| as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended, | : |
| S&R INVESTMENT CO., | : |
| LAD TRUST, | : |
| DAVID SHAPIRO, individually and as trustee for Trust f/b/o [W.P.S.] & [J.G.S.], | : |
| RACHEL SHAPIRO, | : |
| DAVID SHAPIRO 1989 TRUST, as amended, | : |
| TRUST F/B/O [W.P.S] & [J.G.S.], | : |
| LESLIE SHAPIRO CITRON, | : |
| LESLIE SHAPIRO 1985 TRUST, as amended, | : |
| TRUST F/B/O [A.J.C.], [K.F.C.], and [L.C.C.], as amended, and | : |
| KENNETH CITRON, individually and as trustee For Trust f/b/o [A.J.C.], [K.F.C.], and [L.C.C.], as amended, | : |
|         Defendants. | : |

----------------------------------------------------------------X

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK    )
                     : ss.:
COUNTY OF NEW YORK   )

Steven Davis, being duly sworn, deposes and says:

    1.    That deponent is not a party to the action, is over 18 years of age and resides in New York, New York.

    2.    On November 30, 2017, deponent served the NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS by First Class Mail, upon:

Baker Hostetler LLP
Attn: Nicholas J Cremona, Esq.
45 Rockefeller Plaza
New York, New York 10111

*Attorneys for Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*

at the above address, designated by said person for such purpose, by depositing a true copy of same enclosed in a properly addressed wrapper, in an official mail box in the exclusive custody of the United States Postal Service located within the State of New York.

Sworn to before me this
30th day of November, 2017

NOTARY

Steven Davis

MARY GRACE WHITE
Notary Public, State of New York
Registration #02WH6356146
Qualified In New York County
Commission Expires March 27, 2021