**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   v.<br><br>THE ESTATE OF CAROLYN MILLER; THE CAROLYN ROSEN MILLER REVOCABLE TRUST; LAURIE ROSEN RIEMER, individually and in her capacities as Personal Representative of THE ESTATE OF CAROLYN MILLER and trustee of THE CAROLYN ROSEN MILLER REVOCABLE | Adv. Pro. No. 10-05094 (SMB) |

TRUST; THE ESTATE OF LEONARD MILLER; ROBERT B. MILLER, in his capacity as Co-Personal Representative of THE ESTATE OF LEONARD MILLER; CORRINE M. COTT, in her capacity as Co-Personal Representative of THE ESTATE OF LEONARD MILLER; and JOANNE GAYLE ROSEN, in her capacities as Personal Representative of THE ESTATE OF CAROLYN MILLER and trustee of THE CAROLYN ROSEN MILLER REVOCABLE TRUST,

Defendants.

## THIRD AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: Passed.

2. Fact Discovery shall be completed by: February 2, 2018.

3. The Disclosure of Case-in-Chief Experts shall be due: April 24, 2018.

4. The Disclosure of Rebuttal Experts shall be due: May 24, 2018.

5. The Deadline for Completion of Expert Discovery shall be: June 25, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 2, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 16, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before November 13, 2018.

| | |
|---|---|
| Dated: New York, New York<br>November 30, 2017 | **BAKER & HOSTETLER LLP** |
| Of Counsel: | By: /s/ *Nicholas J. Cremona*<br>David J. Sheehan<br>Nicholas J. Cremona |
| **BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-5018<br>Telephone: (713) 751-1600<br>Facsimile: (713) 751-1717<br>Dean D. Hunt | Dean D. Hunt<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee*<br>*for the Substantively Consolidated SIPA*<br>*Liquidation of Bernard L. Madoff Investment*<br>*Securities LLC and the Estate of Bernard L.*<br>*Madoff* |