**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Maximilian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>v.<br><br>ANTHONY E. STEFANELLI,<br><br>                              Defendant. | Adv. Pro. No. 10-04592 (SMB) |

# FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: January 25, 2016.

2. Fact Discovery shall be completed by: February 28, 2018.

3. The Disclosure of Case-in-Chief Experts shall be due: April 30, 2018.

4. The Disclosure of Rebuttal Experts shall be due: June 4, 2018.

5. The Deadline for Completion of Expert Discovery shall be: July 2, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 9, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 23, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before November 19, 2018.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
December 4, 2017

| | |
|---|---|
| BAKER & HOSTETLER LLP | DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP |
| By: /s/ *Keith R. Murphy*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br>Maximillian Shifrin<br>Email: mshifrin@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | By: /s/ *Steven R. Schoenfeld*<br>Steven R. Schoenfeld<br>Email: SRS@ddw-law.com<br>Jonathan S. Pasternak<br>One North Lexington Avenue<br>White Plains, New York 10601<br>Telephone: (914) 681-0200<br>Facsimile: (914) 684-0288<br><br>*Attorneys for Defendant Anthony E. Stefanelli* |