UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>       Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Stephanie L. Andelman ("Claimant"), having filed an objection (the "Objection", Docket No. 2525) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim designated as Claim No. 008996, hereby gives notice that she withdraws such Objection.

Dated: December 4, 2017

/s/ David B. Bernfeld
Jeffrey L. Bernfeld
David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue
New York, NY 10016
(212) 661-1661

*Attorneys for Stephanie L. Andelman*