**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Steven Andelman (the "Claimant"), having filed an objection (the "Objection", Docket No. 2418) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013045), hereby gives notice that he withdraws such Objection.

Dated: December 4, 2017

By: /s/ David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue, 15th Floor
New York, NY 10016
(212) 661-1661
dbblaw@hotmail.com

*Attorneys for Steven Andelman*