**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Susan Andelman (the "Claimant"), having filed an objection (the "Objection", Docket No. 2418) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013046), hereby gives notice that she withdraws such Objection.

Dated: December 4, 2017

                                                  By: /s/ David B. Bernfeld
                                                  Bernfeld, DeMatteo & Bernfeld, LLP
                                                  600 Third Avenue, 15th Floor
                                                  New York, NY 10016
                                                  (212) 661-1661
                                                  dbblaw@hotmail.com

                                                  *Attorneys for Steven Andelman*