UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | SIPA LIQUIDATION<br><br>Case No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| SECURITIES INVESTOR PROTECTION CORPORATION<br><br>        Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Abbit Family Trust dated September 7, 1990 and its Trustees, Jeffrey Brian Abbit and Linda Anne Abbit (the "Claimants"), having filed an objection (the "Objection", Docket No. 2929) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims designated as Claims Nos. 004904 and 100367, hereby give notice that they withdraw such Objection.

Dated: December 4, 2017

By: /s/ Brian J. Neville
Lax & Neville, LLP
1450 Broadway, 35th Floor
New York, NY 10018
(212) 696-1999

*Attorneys for The Abbit Family Trust dated September 7, 1990 and its Trustees, Jeffrey Brian Abbit and Linda Anne Abbit*