**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Cara McGourty

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br><br>          v.<br><br>LINDA RITUNO,<br><br>                      Defendant. | Adv. Pro. No. 10-04844 (SMB) |

# AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: August 25, 2014

2. Fact Discovery shall be completed by: October 12, 2015

3. The Disclosure of Case-in-Chief Experts shall be due: December 11, 2015

4. The Disclosure of Rebuttal Experts shall be due: March 19, 2016

5. The Deadline for Completion of Expert Discovery shall be: May 3, 2016

6. The Deadline for Service of a Notice of Mediation Referral shall be: May 2, 2017

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 16, 2017

8. The Deadline for Conclusion of Mediation shall be: January 5, 2018.

December 6, 2017

| BAKER & HOSTETLER LLP | BECKER GLYNN LLP |
|---|---|
| By: */s/ Keith R. Murphy*<br>David J. Sheehan<br>Nicholas J. Cremona<br>Keith R. Murphy<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | By: */s/ Chester B. Salomon*<br>Chester B. Salomon<br>299 Park Avenue<br>New York, NY 10171<br>Telephone: (212) 888-3033<br>Facsimile: (212) 888-0255<br><br>*Attorney for Defendant* |