UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am an Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 5, 2017, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000560)

Executed on December 6, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 6th day of December 2017

_____
(SEAL)

Notary Public

KASANDRA COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2018

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000560**
12/5/2017

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | REDACTED FOR CONFIDENTIALITY REASONS | | | | Palm Beach | FL | 33480-3987 |
| | X | REDACTED FOR CONFIDENTIALITY REASONS | | | | New York | NY | 10014 |
| | X | REDACTED FOR CONFIDENTIALITY REASONS | | | | New York | NY | 10014 |
| | X | REDACTED FOR CONFIDENTIALITY REASONS | | | | Seattle | WA | 98122 |
| | X | REDACTED FOR CONFIDENTIALITY REASONS | | | | Seattle | WA | 98122 |
| | X | REDACTED FOR CONFIDENTIALITY REASONS | | | | Seattle | WA | 98122 |