**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------x
| | | |
|---|---|---|
| IN RE: | : | Chapter 11 |
| | : | |
| SECURITIES INVESTOR PROTECTION CORPORATION | : | Adv. Pro. No. 08-01789 (BRL) |
| | : | |
| | : | SIPA Liquidation |
|          Plaintiff-Applicant, | : | |
| v. | : | (Substantively Consolidated) |
| | : | |
| | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| | : | |
|          Defendant | : | |

---------------------------------------------------------------x

| | |
|---|---|
| IN RE | : |
| | : |
| Bernard L. Madoff, | : |
| | : |
|          Debtor | : |

---------------------------------------------------------------x

### REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

James J. Vincequerra, an attorney with Alston & Bird LLP, requests that he be removed from the ECF notification in the above captioned case.

Dated: New York, New York
       December 6, 2017

                                          **ALSTON & BIRD LLP**

                                      By: /s/ James J. Vincequerra
                                             James J. Vincequerra, Esq.
                                             90 Park Avenue
                                             New York, NY 10016
                                             Telephone: (212) 210-9400