UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
                Plaintiff-Applicant, :
:
      v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
                Defendant. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
In re: :
:
BERNARD L. MADOFF, :
:
                Debtor. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
:
IRVING H. PICARD, Trustee for the :
Liquidation of Bernard L. Madoff :
Investment Securities LLC , :
:
                Plaintiff, :
      v. :
:
THE ESTELLE HARWOOD FAMILY :
LIMITED PARTNERSHIP, HARWOOD :
HOLDING COMPANY II, INC., :
ESTELLE HARWOOD REVOCABLE :
TRUST, and ESTELLE HARWOOD, :
individually and in her capacity as trustee of :
the Estelle Harwood Revocable Trust, :
:
                Defendants. :
:
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

**Case No. 08-1789 (SMB)**

SIPA LIQUIDATION

(Substantively Consolidated)

**Adv. Pro. No. 10-04803 (SMB)**

**CONSENT ORDER GRANTING**
**SUBSTITUTION OF ATTORNEY**

      **NOTICE** is hereby given that, subject to approval by the Court, Defendants The Estelle Harwood Family Limited Partnership, Harwood Holding Company II, Inc., Estelle Harwood Revocable Trust, and Estelle Harwood, individually and in her capacity as trustee of the Estelle Harwood Revocable Trust, substitutes Randall S. D. Jacobs, Esq., New York State Bar No. 1513589, of Randall S. D. Jacobs, PLLC, as counsel of record in place Chaitman, LLP, by Helen D. Chaitman, Esq.

      Contact information for new counsel is as follows:

RANDALL S. D. JACOBS, PLLC
*Office and Post Office Address*
30 Wall Street, 8th Floor
New York, New York 10005
Tel.: (212) 709-8116
Fax: (973) 226-8897
rsdjacobs@chapter11esq.com

| | |
|---|---|
| I consent to the above substitution:<br>Date: October 1, 2017 | /s/ *Estelle Harwood*<br>Estelle Harwood, Individually |
| I consent to the above substitution:<br>Date: October 1, 2017 | The Estelle Harwood Limited Family Partnership<br><br>By: /s/ *Estelle Harwood*<br>Estelle Harwood, Partner |
| I consent to the above substitution:<br>Date: October 1, 2017 | Harwood Holding Company II, Inc.<br><br>By: /s/ *Estelle Harwood* |

|  |  |
|---|---|
| | Estelle Harwood, President |
| I consent to the above substitution:<br>Date: October 1, 2017 | Estelle Harwood Revocable Trust<br><br>By: /s/ *Estelle Harwood*<br>Estelle Harwood, Trustee |
| I consent to being substituted.<br>Date: October 1, 2017 | /s/ *Helen Davis Chaitman*<br>Helen Davis Chaitman    (On Consent) |
| I consent to the above substitution.<br>Date: October 1, 2017 | /s/ *Randall S. D. Jacobs*<br>Randall S. D. Jacobs |

The substitution of attorney is hereby approved and so ORDERED.

Date: December 14, 2017         **/s/ STUART M. BERNSTEIN**
                                                **Stuart M. Bernstein, USBJ**