UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Elliot G. Sagor (the "Claimant"), having filed an objection (the "Objection," ECF No. 3553) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#000148), hereby gives notice that he withdraws such Objection.

Dated: December 13, 2017

Elliot G. Sagor, *pro se*
166 Brite Avenue
Scarsdale, NY 10583
Telephone: (212) 918-3641
Facsimile: (800) 865-6851