# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

December 14, 2017

Keith R. Murphy
direct dial: 212.589.4686
kmurphy@bakerlaw.com

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

Re:   Picard v. Stephen R. Goldenberg, Adv. Pro. No. 10-04946 (SMB)

Dear Judge Bernstein:

We represent Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, in the above-referenced adversary proceeding.

We respectfully request permission to file a reply brief in support of the Trustee's Motion for Summary Judgment that was filed on October 2, 2017, in excess of the page limit specified in your Honor's Chamber Rules and of no more than thirty (30) pages in length. This increase in the page limit is necessary to fully address each of the arguments raised in Defendant Stephen Goldenberg's Memorandum of Law in Opposition to the Trustee's Motion for Summary Judgment.

The Trustee has addressed this request with counsel for the Defendant, and the Defendant has no objection. We are available if the Court has any questions, and we appreciate the Court's attention to this matter.

Respectfully submitted,

*/s/ Keith R. Murphy*

Keith R. Murphy

cc:   Matthew Kupillas (via e-mail: mkupillas@milberg.com)