UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                                      Adv. Pro. No. 08-01789 (SMB)

              Plaintiff-Applicant,                                               SIPA LIQUIDATION

           v.                                                                         (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

              Defendant.
-------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

              Debtor.
-------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

              Plaintiff,                                                        Adv. Pro. No. 10-4417 (SMB)

           v.

THE LUSTIG FAMILY 1990 TRUST and
DAVID I. LUSTIG, individually and in his
capacity as Trustee for The Lustig Family
1990 Trust,

              Defendants.
-------------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

          PLEASE TAKE NOTICE that the law firm of Binder & Schwartz LLP, 366

Madison Avenue, Sixth Floor, New York, New York 10017, shall be substituted in place of

Richard E. Signorelli, Esq., Bryan Ha, Esq., and the Law Office of Richard E. Signorelli as

counsel of record for defendants The Lustig Family 1990 Trust and David I. Lustig in this

adversary proceeding (collectively "Defendants"). All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> BINDER & SCHWARTZ LLP
> 366 Madison Avenue, Sixth Floor
> New York, New York 10017
> Attn: Eric B. Fisher
> Telephone: (212) 510-7008
> Facsimile: (212) 510-7299

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

| Dated: New York, New York | Dated: New York, New York |
| December 15, 2017 | December 15, 2017 |
| LAW OFFICE OF RICHARD E. SIGNORELLI | BINDER & SCHWARTZ LLP |
| By: /s/ Richard E. Signorelli<br>/s/ Bryan Ha<br>_____<br>Richard E. Signorelli<br>Bryan Ha<br>799 Broadway, Suite 539<br>New York, NY 10003<br>Telephone:    212 254 4218<br>Facsimile:     212 254 1396<br>rsignorelli@nycLITIGATOR.com℠<br>www.nycLITIGATOR.com℠ | By: /s/ Eric B. Fisher<br>_____<br>Eric B. Fisher<br>366 Madison Avenue, Sixth Floor<br>New York, New York 10017<br>Telephone: (212) 510-7008<br>Facsimile: (212) 510-7299<br>efisher@binderschwartz.com<br>www.binderschwartz.com |

Dated: New York, New York
     December ___, 2017

SO ORDERED:

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                         Adv. Pro. No. 08-01789 (SMB)

               Plaintiff-Applicant,                                           SIPA LIQUIDATION

      v.                                                                                (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.
------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

               Debtor.
------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

               Plaintiff,                                                          Adv. Pro. No. 10-4417 (SMB)

      v.

THE LUSTIG FAMILY 1990 TRUST and
DAVID I. LUSTIG, individually and in his
capacity as Trustee for The Lustig Family
1990 Trust,

               Defendants.
------------------------------------------------------------------x

## DECLARATION OF BRYAN HA

      BRYAN HA hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following are true and correct:

      1.  I am of counsel to the Law Office of Richard E. Signorelli and a member of the Bar of this Court.  Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States

District Courts for the Southern and Eastern Districts of New York, I submit this declaration in support of the accompanying notice and proposed order substituting the law firm of Binder & Schwartz LLP for Richard E. Signorelli, Esq., Bryan Ha, Esq., and the Law Office of Richard E. Signorelli as counsel for defendants The Lustig Family 1990 Trust and David I. Lustig (collectively "Defendants") in the above-captioned adversary proceeding. I have also read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

2. The Defendants have requested and consent to this substitution of counsel.

3. It is not expected that any undue delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Dated: New York, New York
December 15, 2017

/s/ Bryan Ha
Bryan Ha