UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                                  Adv. Pro. No. 08-01789 (SMB)

               Plaintiff-Applicant,                                           SIPA LIQUIDATION

               v.                                                                                   (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.
-------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

               Debtor.
-------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

               Plaintiff,                                                         Adv. Pro. No. 10-4554 (SMB)

               v.

DAVID IVAN LUSTIG,

               Defendant.
-------------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL AND PROPOSED ORDER

        PLEASE TAKE NOTICE that the law firm of Binder & Schwartz LLP, 366 Madison Avenue, Sixth Floor, New York, New York 10017, shall be substituted in place of Richard E. Signorelli, Esq., Bryan Ha, Esq., and the Law Office of Richard E. Signorelli as counsel of record for defendant David Ivan Lustig ("Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served

upon the following:

>BINDER & SCHWARTZ LLP
>366 Madison Avenue, Sixth Floor
>New York, New York 10017
>Attn: Eric B. Fisher
>Telephone: (212) 510-7008
>Facsimile: (212) 510-7299

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>December 15, 2017 | Dated: New York, New York<br>December 15, 2017 |
| LAW OFFICE OF<br>RICHARD E. SIGNORELLI | BINDER & SCHWARTZ LLP |
| By:  /s/ Richard E. Signorelli<br>       /s/ Bryan Ha<br>_____<br>Richard E. Signorelli<br>Bryan Ha<br>799 Broadway, Suite 539<br>New York, NY 10003<br>Telephone:   212 254 4218<br>Facsimile:    212 254 1396<br>rsignorelli@nycLITIGATOR.com℠<br>www.nycLITIGATOR.com℠ | By:  /s/ Eric B. Fisher<br>_____<br>Eric B. Fisher<br>366 Madison Avenue, Sixth Floor<br>New York, New York 10017<br>Telephone: (212) 510-7008<br>Facsimile: (212) 510-7299<br>efisher@binderschwartz.com<br>www.binderschwartz.com |
| Dated: New York, New York<br>December ___, 2017 | SO ORDERED:<br><br>_____<br>HON. STUART M. BERNSTEIN<br>UNITED STATES BANKRUPTCY JUDGE |

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                           Adv. Pro. No. 08-01789 (SMB)

                Plaintiff-Applicant,                                   SIPA LIQUIDATION

        v.                                                             (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Defendant.
-------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

                Debtor.
-------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                Plaintiff,                                             Adv. Pro. No. 10-4554 (SMB)

        v.

DAVID IVAN LUSTIG,

                Defendant.
-------------------------------------------------------------------x
```

## DECLARATION OF BRYAN HA

BRYAN HA hereby declares under penalty of perjury, pursuant to 28 U.S.C. § 1746, that the following are true and correct:

1. I am of counsel to the Law Office of Richard E. Signorelli and a member of the Bar of this Court. Pursuant to Local Civil Rule 1.4 of the Local Rules of the United States District Courts for the Southern and Eastern Districts of New York, I submit this declaration in

support of the accompanying notice and proposed order substituting the law firm of Binder & Schwartz LLP for Richard E. Signorelli, Esq., Bryan Ha, Esq., and the Law Office of Richard E. Signorelli as counsel for defendant David Ivan Lustig ("Defendant") in the above-captioned adversary proceeding. I have also read Local Bankruptcy Rule 2090-1 of the Local Rules of the United States Bankruptcy Court for the Southern District of New York.

    2. The Defendant has requested and consents to this substitution of counsel.

    3. It is not expected that any undue delay or prejudice will result to any party in this proceeding from this substitution of counsel.

Dated: New York, New York
      December 15, 2017

                                              /s/ Bryan Ha
                                              Bryan Ha