**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, *et. al.*,<br><br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN CLAIMS**
**WITH PREJUDICE AS TO DEFENDANTS GEO CURRENCIES LTD.,**
**THEMA ASSET MANAGEMENT LTD., AND EQUUS ASSET MANAGEMENT LTD.**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Irving H. Picard, as trustee for liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–lll, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, hereby dismisses with prejudice certain claims as to defendants Geo Currencies Ltd., Thema Asset Management Ltd., and Equus Asset Management Ltd. in the above-captioned adversary proceeding.  Fed. R. Civ. P. 41(a)(1)(A)(i) permits the Trustee to voluntarily dismiss certain claims in this adversary proceeding without further order of the Court by filing this Notice of Dismissal.  As of the date hereof, Geo Currencies Ltd., Thema Asset Management Ltd., and Equus Asset Management Ltd. have not served an answer or a motion for summary judgment.

Upon entry of this notice, the caption of this adversary proceeding is hereby amended to delete Geo Currencies Ltd., Thema Asset Management Ltd., and Equus Asset Management Ltd. The caption is also hereby amended to delete Thema International Fund plc previously dismissed from this adversary proceeding.

An amended caption is attached hereto as Exhibit A.

Dated: December 18, 2017
       New York, New York

BAKER & HOSTETLER LLP

BY:    /s/ *Oren J. Warshavsky*
       Oren J. Warshavsky
       owarshavsky@bakerlaw.com
       Geoffrey A. North
       gnorth@bakerlaw.com
       45 Rockefeller Plaza
       New York, NY 10111
       (212) 589-4200

       *Attorneys for Irving H. Picard, Trustee
       for the Substantively Consolidated SIPA
       Liquidation of Bernard L. Madoff
       Investment Securities LLC and the
       Estate of Bernard L. Madoff*