# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Bankruptcy Case No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>v.<br><br>HSBC BANK PLC; HSBC HOLDINGS PLC; HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.; HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED; HSBC SECURITIES SERVICES (IRELAND) LIMITED; HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED; HSBC BANK USA, N.A.; HSBC SECURITIES SERVICES (BERMUDA) LIMITED; HSBC BANK (CAYMAN) LIMITED; HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A.; HSBC PRIVATE BANK (SUISSE) S.A.; HSBC FUND SERVICES (LUXEMBOURG) S.A.; HSBC BANK BERMUDA LIMITED; ALPHA PRIME FUND LIMITED; HERALD ASSET MANAGEMENT LIMITED; 20:20 MEDICI AG; BA WORLDWIDE FUND MANAGEMENT LIMITED; EUROVALEUR, INC.; ALPHA PRIME ASSET MANAGEMENT LTD.; REGULUS ASSET MANAGEMENT LIMITED; CARRUBA ASSET MANAGEMENT LIMITED; URSULA RADEL-LESZCZYNSKI; | Adv. Pro. No. 09-01364 (SMB) |

| |
|---|
| SONJA KOHN; ERWIN KOHN; INTER ASSET MANAGEMENT, INC.; AND TEREO TRUST COMPANY LIMITED, |
| Defendants. |