UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                              Adv. Pro. No. 08-01789 (SMB)

        Plaintiff-Applicant,                        SIPA LIQUIDATION

    v.                                                                  (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,                                          Adv. Pro. No. 10-4417 (SMB)

    v.

THE LUSTIG FAMILY 1990 TRUST and
DAVID I. LUSTIG, individually and in his
capacity as Trustee for The Lustig Family
1990 Trust,

        Defendants.
-------------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Binder & Schwartz LLP, 366 Madison Avenue, Sixth Floor, New York, New York 10017, shall be substituted in place of Richard E. Signorelli, Esq., Bryan Ha, Esq., and the Law Office of Richard E. Signorelli as counsel of record for defendants The Lustig Family 1990 Trust and David I. Lustig in this

adversary proceeding (collectively "Defendants"). All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>BINDER & SCHWARTZ LLP
>366 Madison Avenue, Sixth Floor
>New York, New York 10017
>Attn: Eric B. Fisher
>Telephone: (212) 510-7008
>Facsimile: (212) 510-7299

PLEASE TAKE FURTHER NOTICE THAT the Defendants have knowledge of and consent to this substitution of counsel.

Dated: New York, New York
      December 15, 2017

Dated: New York, New York
      December 15, 2017

| LAW OFFICE OF RICHARD E. SIGNORELLI | BINDER & SCHWARTZ LLP |
|---|---|
| By: /s/ Richard E. Signorelli<br>/s/ Bryan Ha<br>_____<br>Richard E. Signorelli<br>Bryan Ha<br>799 Broadway, Suite 539<br>New York, NY 10003<br>Telephone: 212 254 4218<br>Facsimile: 212 254 1396<br>rsignorelli@nycLITIGATOR.com℠<br>www.nycLITIGATOR.com℠ | By: /s/ Eric B. Fisher<br>_____<br>Eric B. Fisher<br>366 Madison Avenue, Sixth Floor<br>New York, New York 10017<br>Telephone: (212) 510-7008<br>Facsimile: (212) 510-7299<br>efisher@binderschwartz.com<br>www.binderschwartz.com |

Dated: New York, New York
      December 18th, 2017

SO ORDERED:

   /s/ STUART M. BERNSTEIN_____
   HON. STUART M. BERNSTEIN
   UNITED STATES BANKRUPTCY JUDGE