UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                             Adv. Pro. No. 08-01789 (SMB)

        Plaintiff-Applicant,                                    SIPA LIQUIDATION

     v.                                                              (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

        Debtor.
-------------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,                                              Adv. Pro. No. 10-4554 (SMB)

    v.

DAVID IVAN LUSTIG,

        Defendant.
-------------------------------------------------------------------x

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

      PLEASE TAKE NOTICE that the law firm of Binder & Schwartz LLP, 366 Madison Avenue, Sixth Floor, New York, New York 10017, shall be substituted in place of Richard E. Signorelli, Esq., Bryan Ha, Esq., and the Law Office of Richard E. Signorelli as counsel of record for defendant David Ivan Lustig ("Defendant") in this adversary proceeding. All notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

> BINDER & SCHWARTZ LLP
> 366 Madison Avenue, Sixth Floor
> New York, New York 10017
> Attn: Eric B. Fisher
> Telephone: (212) 510-7008
> Facsimile: (212) 510-7299

PLEASE TAKE FURTHER NOTICE THAT the Defendant has knowledge of and consents to this substitution of counsel.

Dated: New York, New York         Dated: New York, New York
       December 15, 2017                 December 15, 2017

| LAW OFFICE OF RICHARD E. SIGNORELLI | BINDER & SCHWARTZ LLP |
|---|---|
| By: /s/ Richard E. Signorelli<br>    /s/ Bryan Ha<br>_____<br>Richard E. Signorelli<br>Bryan Ha<br>799 Broadway, Suite 539<br>New York, NY 10003<br>Telephone:  212 254 4218<br>Facsimile:   212 254 1396<br>rsignorelli@nycLITIGATOR.com℠<br>www.nycLITIGATOR.com℠ | By: /s/ Eric B. Fisher<br>_____<br>Eric B. Fisher<br>366 Madison Avenue, Sixth Floor<br>New York, New York 10017<br>Telephone: (212) 510-7008<br>Facsimile: (212) 510-7299<br>efisher@binderschwartz.com<br>www.binderschwartz.com |

Dated: New York, New York         SO ORDERED:
       December 18th, 2017

                                  /s/ STUART M. BERNSTEIN
                                  HON. STUART M. BERNSTEIN
                                   UNITED STATES BANKRUPTCY

                                  JUDGE