# EXHIBIT A

SECURITIES INVESTOR PROTECTION CORPORATION
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC

Period Ended November 30, 2017

Report No. 108

*CASH RECEIPTS:*

| General Cash Receipts | Net Change for Period | Prior Period Cumulative | Total Received | Customer Fund | Cumulative Detail General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| Beginning Cash Balance | $41,737,968.58 | | | | | | |
| Transfer from Debtor's Estate - Securities | 0.00 | 289,841,911.70 | 289,841,911.70 | 289,841,911.70 | | | 4011 |
| Transfers from Debtor's Estate - BNY Account | 0.00 | 336,660,934.06 | 336,660,934.06 | 336,660,934.06 | | | 4014 |
| Transfers from Debtor's Estate - Chase Account | 0.00 | 235,156,309.36 | 235,156,309.36 | 235,156,309.36 | | | 4016 |
| Transfers from Debtor's Estate - Other | 0.00 | 4,036,145.08 | 4,036,145.08 | 4,036,145.08 | | | 4018 |
| Interest and Dividends | 0.00 | 1,843,180.59 | 1,843,180.59 | 1,843,180.59 | | | 4040 |
| Closeout Proceeds - Broker Dealers | 0.00 | 37,316,297.78 | 37,316,297.78 | 37,316,297.78 | | | 4030 |
| Closeout Proceeds - NSCC | 0.00 | 21,783,082.40 | 21,783,082.40 | 21,783,082.40 | | | 4031 |
| Closeout Proceeds - DTCC | 0.00 | 18,001,787.96 | 18,001,787.96 | 18,001,787.96 | | | 4032 |
| Sale of Debtor's Assets | 0.00 | 47.26 | 47.26 | 47.26 | | | 4070 |
| - Sports Tickets | 0.00 | 91,037.20 | 91,037.20 | 91,037.20 | | | 4071 |
| - Bank Debt Participations | 0.00 | 7,959,450.94 | 7,959,450.94 | 7,959,450.94 | | | 4072 |
| - DTCC Shares | 0.00 | 204,170.51 | 204,170.51 | 204,170.51 | | | 4073 |
| - Market Making Business | 0.00 | 1,419,801.63 | 1,419,801.63 | 1,419,801.63 | | | 4075 |
| - Abtech | 0.00 | 795,000.00 | 795,000.00 | 795,000.00 | | | 4076 |
| - NSX Shares | 0.00 | 100,734.60 | 100,734.60 | 100,734.60 | | | 4077 |
| - BLM Air Charter | 0.00 | 6,494,631.95 | 6,494,631.95 | 6,494,631.95 | | | 4074 |
| - Auction Sales | 0.00 | 644,579.15 | 644,579.15 | 644,579.15 | | | 4078 |
| - Other | 0.00 | 11,428.57 | 11,428.57 | 11,428.57 | | | 4079 |
| Administrative Subtenant Rent Revenue | 0.00 | 531,078.49 | 531,078.49 | 531,078.49 | | | 4111 |
| *Adjusting Administrative Subtenant Rent Revenue* | 0.00 | (531,078.49) | -531,078.49 | (531,078.49) | | | 4111a |
| Refunds - Deposits | 0.00 | 9,841.45 | 9,841.45 | 9,841.45 | | | 4091 |
| - Dues/Subscriptions | 0.00 | 177,247.15 | 177,247.15 | 177,247.15 | | | 4092 |
| - Car Registrations | 0.00 | 157.00 | 157.00 | 157.00 | | | 4093 |
| - Vendors | 0.00 | 62,451.27 | 62,451.27 | 62,451.27 | | | 4094 |
| - Transit Cards | 0.00 | 833.61 | 833.61 | 833.61 | | | 4095 |
| - Insurance/Workers Comp | 0.00 | 442,311.56 | 442,311.56 | 442,311.56 | | | 4096 |
| - Ref. - Political Contributions | 0.00 | 144,500.00 | 144,500.00 | 144,500.00 | | | 4097 |
| - Refunds Other | 0.00 | 50.84 | 50.84 | 50.84 | | | 4099 |
| Recoveries -Customer Avoidances | 0.00 | 112,392,379.79 | 112,392,379.79 | 112,392,379.79 | | | 4020 |
| - Pre-Litigation Settlements | 0.00 | 1,903,783,597.98 | 1,903,783,597.98 | 1,903,783,597.98 | | | 4021 |
| - Litigation Settlements | 4,613,617.99 | 9,742,789,201.88 | 9,747,402,819.87 | 9,747,402,819.87 | | | 4022 |
| - Donation Settlements | 0.00 | 875,000.00 | 875,000.00 | 875,000.00 | | | 4023 |
| - Vendor Preferences | 0.00 | 809,850.39 | 809,850.39 | 809,850.39 | | | 4024 |
| - MSIL Liquidation | 0.00 | 79,715.78 | 79,715.78 | 79,715.78 | | | 4025 |
| - Employees | 0.00 | 10,674.74 | 10,674.74 | 10,674.74 | | | 4102 |
| - Taxing Authorities | 0.00 | 12,777.56 | 12,777.56 | 12,777.56 | | | 4103 |
| - Class Actions | 0.00 | 1,827,074.64 | 1,827,074.64 | 1,827,074.64 | | | 4104 |
| - NASDAQ | 0.00 | 308,948.49 | 308,948.49 | 308,948.49 | | | 4105 |
| - NYSE | 0.00 | 183,683.79 | 183,683.79 | 183,683.79 | | | 4106 |
| - Transaction Fees | 0.00 | 96,816.23 | 96,816.23 | 96,816.23 | | | 4107 |
| - Other | 0.00 | 796,298.73 | 796,298.73 | 796,298.73 | | | 4109 |
| Miscellaneous | 3,074,480.73 | 51,667,940.02 | 54,742,420.75 | 54,742,420.75 | | | 4110 |
| Earnings on Trustee's Investments | 0.00 | 0.36 | 0.36 | 0.36 | | | 4120 |
| Interest on Trustee's Savings Accounts | 77,470.79 | 2,534,816.84 | 2,612,287.63 | 2,612,287.63 | | | 4140 |
| Sub-total General Cash Receipts | $7,765,569.51 | $12,781,366,700.84 | $12,789,132,270.35 | $12,789,132,270.35 | | | |
| Advances from SIPC | | | | | | | |
| Administration - Advances | 35,486,232.50 | 1,553,486,111.15 | 1,588,972,343.65 | | | 1,588,972,343.65 | 2901 |
| Securities - Paid Bank Loans | 0.00 | 0.00 | 0.00 | | | 0.00 | 2921 |
| - Cash in Lieu | 2,005,589.14 | 839,240,140.06 | 841,245,729.20 | | | 841,245,729.20 | 2922 |
| Sub-total SIPC Advances | $37,491,821.64 | $2,392,726,251.21 | $2,430,218,072.85 | | | $2,430,218,072.85 | |
| Funds Transferred from Investment Accounts *See Note (2) on Page 3 | 0.00 | 9,273,171,262.10 | 9,273,171,262.10 | | | | 1901 |
| Total Cash Receipts | $45,257,391.15 | $24,447,264,214.15 | $24,492,521,605.30 | $12,789,132,270.35 | $0.00 | $2,430,218,072.85 | |

Page 1

**Period Ended November 30, 2017**                                   Report No. 108
*CASH DISBURSEMENTS:*

| Administrative Disbursements | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid | Code |
|---|---:|---:|---:|---|
| **General Administrative Disbursements** | | | | |
| Computer - Rental | 0.00 | 11,121.59 | 11,121.59 | 5011 |
| - Software Support | 0.00 | 55,159.20 | 55,159.20 | 5012 |
| - Equipment Leases | 0.00 | 204,159.01 | 204,159.01 | 5013 |
| Employee Related - Salaries-Net | 0.00 | 4,361,844.80 | 4,361,844.80 | 5020 |
| - FICA-Employer | 0.00 | 318,550.60 | 318,550.60 | 5021 |
| - Fed. & St. Unemploy. | 0.00 | 4,296.08 | 4,296.08 | 5023 |
| - Temporary Help | 0.00 | 29,612.50 | 29,612.50 | 5024 |
| - Employee Medical Plan | 0.00 | 830,103.99 | 830,103.99 | 5025 |
| - Employee LTD | 0.00 | 6,887.03 | 6,887.03 | 5026 |
| - Employee Expense Reimbursement | 0.00 | 1,125.87 | 1,125.87 | 5027 |
| - Employee Life/AD&D | 0.00 | 9,006.83 | 9,006.83 | 5028 |
| - Other | 0.00 | 1,622.90 | 1,622.90 | 5029 |
| Insurance - Trustee Bond | 0.00 | 4,800.00 | 4,800.00 | 5030 |
| Insurance - Surety & Fidelity Bonds | 0.00 | 37,400.00 | 37,400.00 | 5031 |
| Insurance Workers Comp | 0.00 | 12,578.00 | 12,578.00 | 5032 |
| - Other | 0.00 | 37,212.12 | 37,212.12 | 5039 |
| Fees - Payroll Processing | 0.00 | 8,195.96 | 8,195.96 | 5045 |
| Fees - Escrow | 0.00 | 1,218,198.85 | 1,218,198.85 | 5046 |
| - Other | 0.00 | 23,418.64 | 23,418.64 | 5047 |
| Expenses for Asset Sales | 0.00 | 48,429.09 | 48,429.09 | 5048 |
| Rent - Office | 0.00 | 3,987,347.17 | 3,987,347.17 | 5050 |
| - Adjustment for Administrative Subtenant Rent Revenue | 0.00 | (531,078.49) | (531,078.49) | 5050a |
| - Equipment | 0.00 | 1,695.89 | 1,695.89 | 5051 |
| - Warehouse | 16,485.99 | 1,479,220.57 | 1,495,706.56 | 5052 |
| - Bulova | 0.00 | 310,130.75 | 310,130.75 | 5053 |
| - Other | 0.00 | 63,185.27 | 63,185.27 | 5059 |
| Costs - Vacating 885 Third Avenue | 0.00 | 20,179.46 | 20,179.46 | 5111 |
| Telephone and Telegraph | 0.00 | 360,456.68 | 360,456.68 | 5060 |
| Communication Fees | 0.00 | 665,758.62 | 665,758.62 | 5061 |
| Utilities - Electricity | 0.00 | 38,709.53 | 38,709.53 | 5070 |
| Office Supplies & Expense - Maint. & Repairs | 0.00 | 79,338.86 | 79,338.86 | 5080 |
| - Moving & Storage | 0.00 | 399,168.94 | 399,168.94 | 5081 |
| - Postage/Handling/Preparation | 0.00 | 40,961.12 | 40,961.12 | 5082 |
| - Reproduction | 0.00 | 183,889.65 | 183,889.65 | 5083 |
| - Locksmith | 0.00 | 5,811.39 | 5,811.39 | 5084 |
| - Security | 0.00 | 249,897.70 | 249,897.70 | 5085 |
| - Supplies | 0.00 | 3,865.31 | 3,865.31 | 5086 |
| - Temporary Help | 0.00 | 4,588,642.69 | 4,588,642.69 | 5087 |
| - Process Server - Complaint | 0.00 | 244,026.52 | 244,026.52 | 5088 |
| - Other | 0.00 | 36,250.63 | 36,250.63 | 5089 |
| Taxes | 0.00 | 555.51 | 555.51 | 5090 |
| NYC Commercial Rent Tax | 0.00 | 154,269.47 | 154,269.47 | 5091 |
| Claims Related Costs - Mailing Costs | 0.00 | 23,053.28 | 23,053.28 | 5101 |
| - Publication | 0.00 | 163,961.13 | 163,961.13 | 5102 |
| - Supplies | 0.00 | 16,244.58 | 16,244.58 | 5103 |
| - Printing | 0.00 | 2,207.42 | 2,207.42 | 5104 |
| Court Related Noticing - Postage/Handling/Preparation *See Note (1) Below | 0.00 | 0.00 | 0.00 | 5106 |
| - Reproduction | 0.00 | 0.00 | 0.00 | 5107 |
| - Supplies | 0.00 | 0.00 | 0.00 | 5108 |
| Scanning - Investigation | 0.00 | 5,189,846.75 | 5,189,846.75 | 5110 |
| Foreign Research | 0.00 | 38,975.00 | 38,975.00 | 5112 |
| Miscellaneous | 0.00 | 666.91 | 666.91 | 5115 |
| Hosting Expense | 414,088.28 | 38,032,195.86 | 38,446,284.14 | 5244 |
| **Sub-total General Admin. Disbursements** | **$430,574.27** | **$63,073,157.23** | **$63,503,731.50** | |
| **Professional Fees and Expenses** | | | | |
| Trustee Fees | 0.00 | 4,377,662.10 | 4,377,662.10 | 5200 |
| Trustee Expenses | 0.00 | 2,549.25 | 2,549.25 | 5201 |
| Trustee Counsel Fees (Baker) | 12,237,400.30 | 935,375,141.62 | 947,612,541.92 | 5210 |
| Trustee Counsel Expenses (Baker) | 62,471.30 | 15,564,313.77 | 15,626,785.07 | 5211 |
| Trustee Counsel Fees (Windels) | 0.00 | 53,201,618.30 | 53,201,618.30 | 5212 |
| Trustee Counsel Expenses (Windels) | 0.00 | 572,920.08 | 572,920.08 | 5213 |
| Special Counsel Fees | 0.00 | 77,788,552.86 | 77,788,552.86 | 5220 |
| Special Counsel Expenses | 0.00 | 14,328,412.78 | 14,328,412.78 | 5221 |
| Accountant Fees | 0.00 | 0.00 | 0.00 | 5230 |
| Accountant Expenses | 0.00 | 0.00 | 0.00 | 5231 |
| Consultant Fees | 4,751,089.90 | 396,810,296.43 | 401,561,386.33 | 5240 |
| Consultant Expenses *See Note (1) Below | 120,481.05 | 17,943,806.58 | 18,064,287.63 | 5241 |
| Investment Banker Fees | 0.00 | 1,050,000.00 | 1,050,000.00 | 5242 |
| Sales Tax | 1,274.39 | 1,639,719.29 | 1,640,993.68 | 5243 |
| Mediator Fees | 92,137.00 | 2,968,357.37 | 3,060,494.37 | 5245 |
| Mediator Expenses | 0.00 | 13,579.05 | 13,579.05 | 5246 |
| Receiver Counsel Fees | 0.00 | 300,000.00 | 300,000.00 | 5260 |
| Receiver Counsel Expenses | 0.00 | 6,449.08 | 6,449.08 | 5261 |
| Receiver's Consultants Fees | 0.00 | 316,000.00 | 316,000.00 | 5262 |
| Receiver's Consultants Expenses | 0.00 | 15,000.00 | 15,000.00 | 5263 |
| **Sub-total Professional Fees and Expenses** | **$17,264,853.94** | **$1,522,274,378.56** | **$1,539,539,232.50** | |
| **Total Administrative Disbursements** | **$17,695,428.21** | **$1,585,347,535.79** | **$1,603,042,964.00** | |

Page 2

\* Note (1) See Supporting Schedule on Page 6

Period Ended November 30, 2017                                                                                      Report No. 108

| CASH DISBURSEMENTS: | Net Change for Period | Prior Period Cumulative | Total Paid | Customer Fund | General Estate | SIPC | Code |
|---|---|---|---|---|---|---|---|
| **Claim Related Disbursements** | | | | **Cumulative Totals** | | | |
| Customer - Paid Bank Loan | | | | | | | 6021 |
| - Securities - Cash in Lieu | $4,046,145.15 | $10,802,813,139.46 | $10,806,859,284.61 | $9,965,613,555.41 | | $841,245,729.20 | 6022 |
| - Securities - Purchases | | | | | | | 6023 |
| - Indemnification | | | | | | | 6031 |
| - Cash Balance | | | | | | | 6041 |
| Customer - | | | | | | | 6050 |
| Customer - | | | | | | | 6060 |
| Customer - Trustee Journal Entry per Allocation | | | | | | | 6000 |
| Other - Contractual Commitments | | | | | | | 6111 |
| - Pd. Bank Loan | | | | | | | 6121 |
| - Indemnification | | | | | | | 6131 |
| Other - | | | | | | | 6140 |
| Other - | | | | | | | 6150 |
| Other - | | | | | | | 6160 |
| Other - Trustee Journal Entry per Allocation | | | | | | | 6100 |
| General Creditor | | | | | | | 6200 |
| **Sub-total Claim Disbursements** | $4,046,145.15 | $10,802,813,139.46 | $10,806,859,284.61 | $9,965,613,555.41 | $0.00 | $841,245,729.20 | |
| **Other Disbursements (except investments)** | | | | | | | |
| SIPC - Refunds - Recoupment | | | | | | | 6301 |
| - Indemnification | | | | | | | 6310 |
| - Contr. Commitments | | | | | | | 6311 |
| - Paid Bank Loan | | | | | | | 6321 |
| - Subrogation | | 181,169,280.08 | 181,169,280.08 | 181,169,280.08 | | | 6322 |
| Other - | | | | | | | 6400 |
| Other - | | | | | | | 6401 |
| Other - | | | | | | | 6402 |
| Other - | | | | | | | 6403 |
| Other - | | | | | | | 6404 |
| **Sub-total Other Disbursements** | $0.00 | $181,169,280.08 | $181,169,280.08 | $181,169,280.08 | $0.00 | $0.00 | |
| Investments by Trustee - Purchases *See Note (2) Below | $48,151,951.52 | $11,836,196,290.24 | $11,884,348,241.76 | | | | 1900 |
| Sub-total Administrative Disb. - page 2 | $17,695,428.21 | $1,585,347,535.79 | $1,603,042,964.00 | $0.00 | $0.00 | $1,603,042,964.00 | |
| **Total Disbursements** | $69,893,524.88 | $24,405,526,245.57 | $24,475,419,770.45 | $10,146,782,835.49 | $0.00 | $2,444,288,693.20 | |
| **Total Receipts less Disbursements** | ($24,636,133.73) | $41,737,968.58 | $17,101,834.85 | $2,642,349,434.86 | $0.00 | ($14,070,620.35) | |
| Ending Cash Balance *See Note (3) Below | $17,101,834.85 | | | | | | |

Page 3

* Note (2) Two preferred custody accounts and an insured money market account have been established at Citibank for investment purposes and additional investment accounts are maintained at JP Morgan Chase and Goldman Sachs. The Goldman Sachs Account was established in December 2016 in connection with the Chais Settlement. A Broker's account, which was previously established at Morgan Joseph, was closed in January 2012. Since January 20, 2009, $11,884,348,241.76 of recovered funds have been transferred into these investment accounts and $9,273,171,262.10 of these funds have subsequently been used for interim distributions to customers with allowed claims and for operations. (See Page 5 for more details).

* Note (3) The ending cash balance includes a $ 15,966,921.53 balance in the Citibank Business Checking Account and $ 1,134,913.32 in the Citibank Distribution Account.

**Period Ended November 30, 2017**  Report No. 108

## SUMMARY INFORMATION ON STATUS OF LIQUIDATION

|  | Customer Claimants | Broker/Dealer Claimants | General Estate Claimants |
|---|---:|---:|---:|
| Claims received | 16,519 | 49 | 95 |
| Claims satisfied by distribution of cash and/or securities: | | | |
| a. As part of the transfer in bulk | | | |
| b. On an account by account basis-Fully Satisfied | 1,545 | | |
| c. On an account by account basis-Partially Satisfied | 1,074 | | |
|  | 2,619 | - | - |
| Claims Determined - no claims | 12 | | |
| Claims Deemed Determined - pending litigation | 40 | | |
| Claims Determined - withdrawn | 414 | | |
| Claims Determined but not yet satisfied | 6 | | |
| Claims under review | - | 49 | 95 |
| Claims Denied: | | | |
| a. Other Denials for which no objections were filed | 10,156 | | |
| b. Denials for which objections were filed: | | | |
| - Trustee's Determinations Affirmed | 2,722 | | |
| - Hearing not yet set | 550 | | |
| - Set for Hearing | - | | |
|  | 13,900 | 49 | 95 |

**Filing Date Value**

Customer name securities distributed
Customer fund securities distributed

$ _____

_____  
(Trustee's Signature)

_____  
(Accountant's Signature)

12/15/2017  
(Date)

12/14/2017  
(Date)

Page 4

Period Ended November 30, 2017                                                                                                                   Report No. 108

**IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS, LLC**
**Investment Accounts**

### Citibank Preferred Custody Account-Original Account

| | Cash Assets/Mutual Funds ($) | U.S. Treasury Bills ($) | U.S. Treasury Notes (4) | Equities ($)(6) | Certificates ($) | Accrued Interest ($) | Account Balance |
|---|---|---|---|---|---|---|---|
| Balance October 31, 2017 | 13,321,745 | 701,895,842 | 67,748,994 | 3,516,260 | 734,889 | 183,937 | 787,401,667 |
| Maturing of T Bills | 349,065,540 | (349,065,540) | | | | | - |
| Maturing of Certificates of Deposit | | | | | | | - |
| Purchase of T Bills | (349,124,155) | 349,124,155 | | | | | - |
| Unrealized Gain or (Loss) | | 447,242 | 7,862 | 450,803 | 59 | | 905,966 |
| Interest and Dividends Earned | | | | | | | |
| Interest | 69,422 | | | | | 45,684 | 115,106 |
| Dividends | 1 | | | | | | 1 |
| Transfer of Funds from the Operating Account | | | | | | | - |
| Balance November 30, 2017 | 13,332,553 | 702,401,699 | 67,756,856 | 3,967,063 | 734,948 | 229,621 | 788,422,740 |

### JP Morgan Chase

| | Cash/Escrow Fund ($) | U.S. Treasury Bills (4) | U.S. Treasury Notes (4) | Account Balance |
|---|---|---|---|---|
| Balance October 31, 2017 | 2,011 | 1,251,713,733 | - | 1,251,715,744 |
| Maturing of U.S. Treasury Bills | 481,260,063 | (481,260,063) | | - |
| Purchase of U.S. Treasury Bills | (481,425,511) | 481,425,511 | | - |
| Sale of Securities | | | | |
| Distributions Received | | | | |
| Taxes withheld on Distributions | | | | |
| Unrealized Gain or (Loss) | 914,135 | | | 914,135 |
| Realized Gain on the Sale of Securities | | | | |
| Interest and Dividends Earned | 164,937 | | | 164,937 |
| Transfer of Cash from the Operating Account | | | | |
| Balance November 30, 2017 | 1,500 | 1,252,793,316 | - | 1,252,794,816 |

### Citibank Preferred Custody Account-#2 / Citibusiness IMMA Account / Total Citibank

| | Cash/Mutual Funds ($) | Citibusiness IMMA Account Balance ($) | Total Citibank |
|---|---|---|---|
| Balance October 31, 2017 | 148,368,343 | 355,990,154 | 1,291,760,164 |
| Maturing of T Bills | | | - |
| Maturing of Certificates of Deposit | | | - |
| Purchase of T Bills | | | - |
| Unrealized Gain or (Loss) | | | 905,966 |
| Interest and Dividends Earned | | | |
| Interest | 14,633 | 77,471 | 207,210 |
| Dividends | | | 1 |
| Transfer of Funds from the Operating Account | | 45,000,000 | 45,000,000 |
| Balance November 30, 2017 | 148,382,976 | 401,067,625 | 1,337,873,341 |

### Goldman Sachs

| | Cash Assets/Mutual Funds ($) | Alternative Investments ($) | Account Balance |
|---|---|---|---|
| Balance October 31, 2017 | 7,944,763 | 16,549,175 | 24,493,938 |
| Maturing of U.S. Treasury Bills | | | - |
| Purchase of U.S. Treasury Bills | | | - |
| Sale of Securities | | | |
| Distributions Received | 297,849 | (297,849) | - |
| Taxes withheld on Distributions | | (1,754) | (1,754) |
| Unrealized Gain or (Loss) | | 3,824 | 3,824 |
| Realized Gain on the Sale of Securities | | | |
| Interest and Dividends Earned | 6,692 | | 6,692 |
| Transfer of Cash from the Operating Account | | | - |
| Balance November 30, 2017 | 8,249,304 | 16,253,396 | 24,502,700 |

Page 5

\* Note (4) The summation of U.S. Treasury Bills and Notes is $ 2,022,951,871

\* Note (5) The summation of these short-term investments, money market funds, IMMA, certificates of deposit, mutual fund accounts, accrued interest and other investments, including alternative investments received in connection with the Chais Settlement is $ 592,218,986.

\* Note (6) In addition to the reported Equities balance, the Trustee is holding in the Citibank Custody Account Securities received for the benefit of the U.S. Department of Justice in connection with a global settlement with the Madoff Family LLC. The net sales proceeds of these Securities, which are valued at $3,967,063 on November 30, 2017, will be distributed to the U.S. Department of Justice once realized.

**Period Ended November 30, 2017**                                                                                       Report No. 108

### IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BLMIS, LLC
### Consultant Expenses for Court Related Noticing and Interim Distributions

|  | Net Change for Period | Prior Period Cumulative | Cumulative Total Paid |
|---|---:|---:|---:|
| Postage / Handling / Preparation | 0.00 | 535,101.39 | 535,101.39 |
| Printing | 0.00 | 44,945.40 | 44,945.40 |
| Reproduction Costs | 0.00 | 762,418.30 | 762,418.30 |
| Supplies | 0.00 | 98,493.66 | 98,493.66 |
| **Total  *See Note Below** | **$0.00** | **$1,440,958.75** | **$1,440,958.75** |

Page 6

*Note: All of the expenses above were incurred by consultants in connection with court related noticing procedures and Interim Distributions, which are included in the Consultant Expenses line (Account #5241) on Page 2 of the SIPC Form 17.