**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Thomas L. Long

*Attorneys for Irving H. Picard, Trustee*
*for the substantively consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04457 (SMB) |
| Plaintiff, | |
| v. | |
| EQUITY TRADING PORTFOLIO LIMITED, EQUITY TRADING FUND, LTD, BNP PARIBAS ARBITRAGE, SNC, | |
| Defendants. | |

## <u>NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE</u>

**PLEASE TAKE NOTICE** that the pretrial conference in the above-referenced adversary proceeding, which was previously scheduled for December 20, 2017, has been adjourned to **June 27, 2018 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced proceeding will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.


Dated: December 15, 2017                    /s/ *David J. Sheehan*
      New York, NY                         David J. Sheehan
                                       Mark A. Kornfeld
                                       Thomas L. Long
                                       BAKER & HOSTETLER LLP
                                       45 Rockefeller Plaza
                                       New York, New York 10111
                                       Telephone: (212) 589-4200
                                       Facsimile: (212) 589-4201

                                             -and-

                                       John J. Burke
                                       Frederick W. Chockley, III
                                       Trevor M. Stanley
                                       BAKER & HOSTETLER LLP
                                       1050 Connecticut Avenue, NW, Suite 1100
                                       Washington, D.C. 20036
                                       Telephone: (202) 861-1500
                                       Facsimile: (202) 861-1783

                                       *Attorneys for Irving H. Picard, Trustee for*
                                       *the Substantively Consolidated SIPA Liquidation of*
                                       *Bernard L. Madoff Investment Securities LLC and the*
                                       *estate of Bernard L. Madoff*