**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 20, 2017 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A. Twenty-Fifth Application Of Trustee And Baker & Hostetler LLP For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $33,782,780.11, Expenses: $412,517.60 (Filed: 11/15/2017) [Docket No. 16886].

B. Application Of Schiltz & Schiltz As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $32,096.72, Expenses: $2,086.29 (Filed: 11/15/2017) [Docket No. 16894].

C. Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $41,097.29, Expenses: $142.64 (Filed: 11/15/2017) [Docket No. 16891].

D. Application Of Soroker Agmon Nordman As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $539,293.00, Expenses: $9,804.44 (Filed: 11/15/2017) [Docket No. 16895].

E. Application Of Graf & Pitkowitz Rechtsanwalte Gmbh As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $2,759.84, Expenses: $230.61 (Filed: 11/15/2017) [Docket No. 16890].

F. Application Of SCA Creque As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $19,437.01, Expenses: $0.00 (Filed: 11/15/2017) [Docket No. 16893].

G. Application Of Young Conaway Stargatt & Taylor, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $38,068.56, Expenses: $631.60 (Filed: 11/15/2017) [Docket No. 16901]

H. Twenty-Fourth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2017 through July 31, 2017, Fees: $1,931,328.50, Expenses: $73,421.18. (Filed: 11/15/2017) [Docket No. 16899].

I. Application Of Williams, Barristers & Attorneys As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered Incurred From April 1, 2017 through July 31, 2017, Fees: $284,781.53, Expenses: $0.00 (Filed: 11/15/2017) [Docket No. 16900].

J. Application Of UGGC & Associes As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses From April 1, 2017 through July 31, 2017, Fees: $112,756.77, Expenses: $0.00 (Filed: 11/15/2017) [Docket No. 16897].

K. Application Of Werder Vigano As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered April 1, 2017 through July 31, 2017, Fees: $501.53, Expenses: $0.00 (Filed: 11/15/2017) [Docket No. 16898].

L. Application Of Browne Jacobson, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $750,288.54, Expenses: $19,712.12 (Filed: 11/15/2017) [Docket No. 16887].

M. Application Of Eugene F. Collins As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From April 1, 2017 through July 31, 2017, Fees: $9,108.41, Expenses: $19.87 (Filed: 11/15/2017) [Docket No. 16889].

N. Application Of Cochran Allan As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered Incurred From April 1, 2017 through July 31, 2017, Fees: $1,232.55, Expenses: $0.00 (Filed: 11/15/2017) [Docket No. 16888].

O. Application Of Triay Stagnetto Neish As Special Counsel To The Trustee Allowance Of Interim Compensation For Services Rendered Incurred From April 1, 2017 through July 31, 2017, Fees: $449.83, Expenses: $33.50 (Filed: 11/15/2017) [Docket No. 16896].

P. Final Application Of Osborne & Osborne, P.A. As Special Counsel To The Trustee For Reimbursement of Fees Previously Back By SIPC, Fees: $120.17, Expenses: $0.00 (Filed: 11/15/2017) [Docket No. 16892]

Responses Filed

Q. Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Fifth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (Filed: 12/5/2017) [Docket No. 16976].

R. Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (Filed: 12/5/2017) [Docket No. 16977].

S.     Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Fourth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 12/5/2017) [Docket No. 16978].

T.     Recommendation of the Securities Investor Protection Corporation in Support of Twentieth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 12/5/2017) [Docket No. 16979].

U.     Recommendation of the Securities Investor Protection Corporation in Support of Tenth Application of Cochran Allan for Interim Compensation (Filed: 12/5/2017) [Docket No. 16980].

V.     Recommendation of the Securities Investor Protection Corporation in Support of Final Application of Osborne & Osborne, P.A. for Compensation (Filed: 12/5/2017) [Docket No. 16981].

*[The remainder of this page intentionally left blank]*

<u>Related Documents</u>

W.  Notice of Hearing On Applications For Interim Compensation For Services Rendered And Reimbursement of Actual and Necessary Expenses Incurred By Applicants From April 1, 2017 Through July 31, 2017 (Filed: 11/15/2017) [Docket No. 16902].

<u>Objections Due:</u>        December 13, 2017

<u>Objections Filed</u>        None

<u>Status</u>: This matter is going forward.

Dated:  December 19, 2017
New York, New York

By:     /s/David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*