**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel (212) 589-4200
Fax (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
In re:                                                       :   Adv. Pro. No. 08-01789 (SMB)
                                                             :
BERNARD L. MADOFF INVESTMENT                                 :   SIPA LIQUIDATION
SECURITIES LLC,                                              :
                                                             :   (Substantively Consolidated)
                    Debtor.                                  :
------------------------------------------------------------ :
Brow Family Partnership, Allan Goldstein, Laurence           :
Kaye, Suzanne Kaye, Rose Less, Gordon Bennett,               :
on behalf of themselves and all Others Similarly             :   Adv. Pro. No. 09-01265 (SMB)
Situated,                                                    :
                    Plaintiffs,                              :
        vs.                                                  :
                                                             :
IRVING H. PICARD, as Trustee for the                         :
Liquidation of Bernard L. Madoff Investment                  :
Securities LLC,                                              :
                                                             :
                    Defendant.                               :
------------------------------------------------------------x

**NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE**

    **PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced

adversary proceeding which was previously scheduled to be held on December 20, 2017 has

been further adjourned to **June 27, 2018 at 10:00 a.m.**

2

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
December 18, 2017

/s/Nicholas J. Cremona
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2
300457281.1