UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,                                                                                    Adv. Pro. No. 08-01789 (SMB)

        Plaintiff-Applicant,                                                SIPA LIQUIDATION

      v.                                                                                            (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.
-----------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

        Debtor.
-----------------------------------------------------------------x
IRVING PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,                                                                   Adv. Pro. No. 10-4417 (SMB)

      v.

THE LUSTIG FAMILY 1990 TRUST and
DAVID I. LUSTIG, individually and in his
capacity as Trustee for The Lustig Family
1990 Trust,

        Defendants.
-----------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR
<u>SERVICE OF NOTICES AND OTHER DOCUMENTS</u>**

        PLEASE TAKE NOTICE that the undersigned appears in the above-captioned action as attorney for the Lustig Family 1990 Trust and David I. Lustig, individually and in his capacity as Trustee for The Lustig Family 1990 Trust, and, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

**BINDER & SCHWARTZ LLP**
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Phone: 212-510-7008
Facsimile: 212-510-7299
E-mail: efisher@binderschwartz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated:      New York, New York
            December 19, 2017

                                        Respectfully submitted,

                                        BINDER & SCHWARTZ LLP

                        By:     /s/ Eric B. Fisher
                                Eric B. Fisher
                                Binder & Schwartz LLP
                                366 Madison Avenue, Sixth Floor
                                New York, New York 10017
                                Telephone: (212) 510-7008
                                Facsimile: (212) 510-7299
                                efisher@binderschwartz.com

                                *Attorneys for Defendants the Lustig Family 1990 Trust and David I. Lustig, individually and in his capacity as Trustee for The Lustig Family 1990 Trust*

2