UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------------x

| | |
|---|---|
| IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-4554 (SMB) |
| v. | |
| DAVID IVAN LUSTIG, | |
| Defendant. | |

------------------------------------------------------------------x

**NOTICE OF APPEARANCE AND REQUEST FOR**
**SERVICE OF NOTICES AND OTHER DOCUMENTS**

      PLEASE TAKE NOTICE that the undersigned appears in the above-captioned action as attorney for David Ivan Lustig and, pursuant to Rules 2002 and 9010 of the Bankruptcy Rules and Section 1109(b) of the Bankruptcy Code, requests that all notices given or required to be given in this case and all documents served or required to be served in this case be given to and served upon:

**BINDER & SCHWARTZ LLP**
Eric B. Fisher
366 Madison Avenue, 6th Floor
New York, New York 10017
Phone: 212-510-7008
Facsimile: 212-510-7299
E-mail: efisher@binderschwartz.com

PLEASE TAKE FURTHER NOTICE that pursuant to Section 1109(b) of the Bankruptcy Code the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated:    New York, New York
          December 19, 2017

    Respectfully submitted,

    BINDER & SCHWARTZ LLP

By:    /s/ Eric B. Fisher
       Eric B. Fisher
       Binder & Schwartz LLP
       366 Madison Avenue, Sixth Floor
       New York, New York 10017
       Telephone: (212) 510-7008
       Facsimile: (212) 510-7299
       efisher@binderschwartz.com

       *Attorneys for Defendant*
       *David Ivan Lustig*