**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　Plaintiff,<br>　　v.<br>BAM L.P.,<br><br>MICHAEL MANN, and<br><br>MERYL MANN,<br>　　　　Defendants. | Adv. Pro. No. 10-04390 (SMB) |

## NOTICE OF ADJOURNMENT OF STATUS CONFERENCE

1

**PLEASE TAKE NOTICE** that the status conference in the above-referenced adversary proceeding, which was previously scheduled for December 20, 2017 at 10:00 a.m., has been adjourned to **March 28, 2018** at 10:00 a.m.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced status conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

|  |  |
|---|---|
| Dated: December 19, 2017<br>New York, New York | **BAKER & HOSTETLER LLP**<br><br>By: __s/Keith R. Murphy_____<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |