IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Charlotte Jasnow Geronemus Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus | 000245 | 2269 | Greenburg Traurig, LLP | Charlotte Jasnow Geronemus TTEE URT DTD 12/23/87 FBO | 1ZB541 |
| Charlotte Jasnow Geronemus Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus | 000244 | 2269 | Greenburg Traurig, LLP | Charlotte Jasnow Geronemus TTEE URT DTD 12/23/87 FBO | 1ZB541 |
| Charlotte Jasnow Geronemus Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus | 011578 | 2269 | Greenburg Traurig, LLP | Saul A Geronemus TTEE URT DTD 6/92 FBO Saul A Geronemus | 1ZA027 |
| Daniel H. Leeds 1997 Grantor Retained Annuity Trust | 006028 | 2315 | Dow Lohnes PLLC | Daniel H Leeds 1997 Grantor Retained Annuity Trust | 1L0182 |
| Daren Weeks Fryburg | 003243 | 956 | Pro Se Filing | Daren Weeks Fryburg | 1F0107 |
| Ivan Schwartzman IES 2002 LLC | 000485 | 922 | Lindquist & Vennum PLLP | Ivan Schwartzman IES 2002 LLC | 1S0466 |
| Jacquelynn J. Fitzpatrick, James Fitzpatrick, Kenneth Fitzpatrick JT/WROS | 003710 | 2873 2897 | Pro Se Filing | Jacquelynn J Fitzpatrick James Fitzpatrick | 1F0118 |
| James J. Fitzpatrick and Rosmarie Fitzpatrick JT/WROS | 003450 | 2503 | Pro Se Filing | James J Fitzpatrick and Rosemarie Fitzpatrick | 1F0119 |
| James J. Fitzpatrick and Rosmarie Fitzpatrick JT/WROS | 003451 | 2504 | Pro Se Filing | James J Fitzpatrick and Rosemarie Fitzpatrick | 1F0026 |
| Janis Weiss | 000954 | 658 | Sherman, Citron & Karasik, P.C. | Janis Weiss | 1W0084 |
| Naomi Gordon and Roger Gordon, TIC | 002348 | 2502 | Gordon Law Group, LLP | Naomi Gordon and Roger Gordon TIC | 1G0254 |
| NTC & CO FBO Gerald Berkman | 001434 | 819 | Freedman & Co., CPA, P.C. | Millennium Trust Company, LLC FBO Gerald Berkman (36552) | 1CM280 |
| NTC & CO. FBO Sidney Dorfman Dec'd | 004630 | 824 | Pro Se Filing | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM739 |
| NTC & CO. FBO Sidney Dorfman Dec'd | 006121 | 824 | Pro Se Filing | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM739 |
| Sidney Dorfman (Deceased) (IRA) | 006203 | 656 | Sydney, Amster & Green, PLLC | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM738 |
| Sidney Dorfman (Deceased) (IRA) | 012769 | 656 | Sydney, Amster & Green, PLLC | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM738 |
| Stanley Mondshine Revocable Trust UAD 5/30/94 | 003086 | 1002 | Klemick & Gampel | Stanley Mondshine Revocable Trust U/A/D May 30 1994 | 1CM573 |
| Stanley Mondshine Revocable Trust UAD 5/30/94 | 003120 | 1002 | Klemick & Gampel | Stanley Mondshine Revocable Trust U/A/D May 30 1994 | 1CM573 |
| The DOS BFS Charitable Foundation Trust | 008828 | 935 | Pro Se Filing | The DOS BFS Charitable Foundation Trust | 1CM706 |