IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**TENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001434 | 819 | NTC & CO FBO Gerald Berkman | Millennium Trust Company, LLC FBO Gerald Berkman (36552) | 1CM280 | Freedman & Co., CPA, P.C. | 11/16/2009 |
| 003086 | 1002 | Stanley Mondshine Revocable Trust UAD 5/30/94 | Stanley Mondshine Revocable Trust U/A/D May 30 1994 | 1CM573 | Klemick & Gampel | 11/23/2009 |
| 003120 | 1002 | Stanley Mondshine Revocable Trust UAD 5/30/94 | Stanley Mondshine Revocable Trust U/A/D May 30 1994 | 1CM573 | Klemick & Gampel | 11/23/2009 |
| 008828 | 935 | The DOS BFS Charitable Foundation Trust | The DOS BFS Charitable Foundation Trust | 1CM706 | Pro Se Filing | 11/18/2009 |
| 006203 | 656 | Sidney Dorfman (Deceased) (IRA) | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM738 | Sydney, Amster & Green, PLLC | 11/6/2009 |
| 012769 | 656 | Sidney Dorfman (Deceased) (IRA) | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM738 | Sydney, Amster & Green, PLLC | 11/6/2009 |
| 004630 | 824 | NTC & CO. FBO Sidney Dorfman Dec'd | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM739 | Pro Se Filing | 11/13/2009 |
| 006121 | 824 | NTC & CO. FBO Sidney Dorfman Dec'd | Millennium Trust Company, LLC FBO Sidney Dorfman Dec'd | 1CM739 | Pro Se Filing | 11/13/2009 |
| 003451 | 2504 | James J. Fitzpatrick and Rosmarie Fitzpatrick JT/WROS | James J Fitzpatrick and Rosemarie Fitzpatrick | 1F0026 | Pro Se Filing | 7/1/2010 |
| 003243 | 956 | Daren Weeks Fryburg | Daren Weeks Fryburg | 1F0107 | Pro Se Filing | 11/18/2009 |
| 003710 | 2873 2897 | Jacquelynn J. Fitzpatrick, James Fitzpatrick, Kenneth Fitzpatrick JT/WROS | Jacquelynn J Fitzpatrick James Fitzpatrick | 1F0118 | Pro Se Filing | 8/17/2010 8/23/2010 |
| 003450 | 2503 | James J. Fitzpatrick and Rosmarie Fitzpatrick JT/WROS | James J Fitzpatrick and Rosemarie Fitzpatrick | 1F0119 | Pro Se Filing | 7/1/2010 |
| 002348 | 2502 | Naomi Gordon and Roger Gordon, TIC | Naomi Gordon and Roger Gordon TIC | 1G0254 | Gordon Law Group, LLP | 7/1/2010 |
| 006028 | 2315 | Daniel H. Leeds 1997 Grantor Retained Annuity Trust | Daniel H Leeds 1997 Grantor Retained Annuity Trust | 1L0182 | Dow Lohnes PLLC | 5/20/2010 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000485 | 922 | Ivan Schwartzman IES 2002 LLC | Ivan Schwartzman IES 2002 LLC | 1S0466 | Lindquist & Vennum PLLP | 11/17/2009 |
| 000954 | 658 | Janis Weiss | Janis Weiss | 1W0084 | Sherman, Citron & Karasik, P.C. | 11/6/2009 |
| 011578 | 2269 | Charlotte Jasnow Geronemus Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus | Saul A Geronemus TTEE URT DTD 6/92 FBO Saul A Geronemus | 1ZA027 | Greenburg Traurig, LLP | 5/11/2010 |
| 000245 | 2269 | Charlotte Jasnow Geronemus Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus | Charlotte Jasnow Geronemus URT DTD 12/23/87 FBO | 1ZB541 | Greenburg Traurig, LLP | 5/11/2010 |
| 000244 | 2269 | Charlotte Jasnow Geronemus Tee UTA DTD 12/23/87 FBO Charlotte Jasnow Geronemus | Charlotte Jasnow Geronemus TTEE URT DTD 12/23/87 FBO | 1ZB541 | Greenburg Traurig, LLP | 5/11/2010 |