**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**ELEVENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Felsen Moscoe Company Profit Sharing TST DTD 5/28/76 | 005548 | 2104 | Siegel Brill Greupner Duffy & Foster P.A. | Felsen Moscoe Company Profit Sharing TST DTD 5/28/76 | 1EM057 |
| Joel B Sandberg and Iris B Sandberg Revocable Trust | 001195 | 523 | Cosner & Cosner | Joel Sandberg and Iris B Sandberg Trustees | 1ZA162 |
| Moscoe Family Foundation | 001502 | 2263 | Siegel Brill Greupner Duffy & Foster P.A. | Moscoe Family Foundation | 1M0138 |
| Optima Limited Partnership | 011568 | 3640 | Moses & Singer LLP | Optima Limited Partnership C/O Maples & Calder Ugland HSE | 1FR063 |
| Scott Moscoe And Samantha Moscoe JT/WROS | 001500 | 1993 | Siegel Brill Greupner Duffy & Foster P.A. | Scott Moscoe & Samantha Moscoe J/T WROS | 1EM479 |