IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**ELEVENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 005548 | 2104 | Felsen Moscoe Company Profit Sharing TST DTD 5/28/76 | Felsen Moscoe Company Profit Sharing TST DTD 5/28/76 | 1EM057 | Siegel Brill Greupner Duffy & Foster P.A. | 3/26/2010 |
| 001500 | 1993 | Scott Moscoe And Samantha Moscoe JT/WROS | Scott Moscoe & Samantha Moscoe J/T WROS | 1EM479 | Siegel Brill Greupner Duffy & Foster P.A. | 2/22/2010 |
| 011568 | 3640 | Optima Limited Partnership | Optima Limited Partnership C/O Maples & Calder Ugland HSE | 1FR063 | Moses & Singer LLP | 1/6/2011 |
| 001502 | 2263 | Moscoe Family Foundation | Moscoe Family Foundation | 1M0138 | Siegel Brill Greupner Duffy & Foster P.A. | 5/10/2010 |
| 001195 | 523 | Joel B Sandberg and Iris B Sandberg Revocable Trust | Joel Sandberg and Iris B Sandberg Trustees | 1ZA162 | Cosner & Cosner | 10/15/2009 |