# EXHIBIT 2

# Total Redemption

**BNP PARIBAS**

Citco Fund Services (Europe) B.V.
Telestone - 8 - Teleport
Naritaweg 165
Amsterdam   1043 BW
Netherlands
Fax: 31205722610
Tel: 31205722100

July 17, 2006

2 0 JULI 2006

**Re: Redemption of Fairfield Sentry, Ltd.**

Dear Administrator:

I hereby authorize you to redeem the **total position** of **Fairfield Sentry, Ltd.** currently registered in the name of BNP Paribas Bank & Trust Cayman Ltd- REDACTED **July 31, 2006** valuation.

The redemption proceeds should be wired to the following:

| | |
|---|---|
| **BANK:** | BNP Paribas New York |
| **SWIFT CODE:** | BNPAUS3N |
| **A/c NAME:** | BNP Paribas Bank & Trust Cayman Ltd- REDACTED |
| | REDACTED |
| **A/c #:** | REDACTED |
| **FFC:** | REDM ID: REDACTED |

**PLEASE CONFIRM RECEIPT OF THIS REQUEST BY SIGNING AND RETURNING THIS LETTER VIA FAX TO +33 1 40 14 30 15.**

If you have any further questions regarding this matter, please contact Trade Operations Group at (212) 471-8235 or email us at fundinfo@americas.bnpparibas.com. Thank you for your assistance.

_____
Brian McEvoy
Authorized Signatory of BNP Securities
Corp. as servicing agent for BNP Paribas
Bank & Trust Cayman Ltd- REDACTED
REDACTED

_____
Citco Fund Services (Europe) B.V.