# EXHIBIT 4

**From:** Monika Pascu
**Sent:** Tuesday, November 18, 2008 5:15:01 PM
**To:** Darren Johnston
**Subject:** FW: Redemption: Rye Select Broad Market Portfolio Ltd Class A

Have we heard from Jim?

---

**From:** elizabeth.shea@bnymellon.com [mailto:elizabeth.shea@bnymellon.com]
**Sent:** Tuesday, November 18, 2008 11:24 AM
**To:** Monika Pascu
**Subject:** Fw: Redemption: Rye Select Broad Market Portfolio Ltd Class A


Just FYI

---

**Elizabeth Shea, AT** · The Bank of New York Mellon
AIS Investor Services · Tel 212.815.3613 · Fax 212.644.6669 · elizabeth.shea@bnymellon.com

---

timothy.d.finkle@americas.bnpparibas.com

11/17/2008 05:28 PM

To rose-may.solages@bnymellon.com
cc NYK_REC@americas.bnpparibas.com
Subject Redemption: Rye Select Broad Market Portfolio Ltd Class A


Hello Rose-May,

Please confirm receipt of our request to redeem the total position of Rye Select Broad Market Portfolio Ltd Class A for the November 28, 2008 trade date. The investor is BNP Paribas Bank & Trust Cayman Ltd REDACTED REDACTED

Regards,

Tim Finkle
BNP Paribas Securities Services
787 Seventh Avenue, 31st Floor
New York, NY 10019
Direct: 917.472.4341
General: 212.841.3955
Fax: 212.471.8251

This message and any attachments (the "message") is intended solely for
the addressees and is confidential. If you receive this message in error,
please delete it and immediately notify the sender. Any use not in accord
with its purpose, any dissemination or disclosure, either whole or partial,
is prohibited except formal approval. The internet can not guarantee the
integrity of this message. BNP PARIBAS (and its subsidiaries) shall (will)
not therefore be liable for the message if modified. Please note that certain
functions and services for BNP Paribas may be performed by BNP Paribas RCC, Inc.
The information contained in this e-mail, and any attachment, is confidential and is intended solely for the use of the intended recipient. Access, copying or re-use of the e-mail or any attachment, or any information contained therein, by any other person is not authorized. If you are not the intended recipient please return the e-

CONFIDENTIAL                                                                                                                           TGH-EMAIL-00657918

mail to the sender and delete it from your computer. Although we attempt to sweep e-mail and attachments for viruses, we do not guarantee that either are virus-free and accept no liability for any damage sustained as a result of viruses.

Please refer to http://disclaimer.bnymellon.com/eu.htm for certain disclosures relating to European legal entities.

CONFIDENTIAL                                                                                                                                TGH-EMAIL-00657919