UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>        Plaintiff,<br>   v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON,<br><br>        Defendants. | Adv. Pro. No. 10-04488 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>        Plaintiff,<br>   v.<br><br>SOUTH FERRY #2, EMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>        Defendants. | Adv. Pro. No. 10-04350 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>UNITED CONGREGATIONS MESORA,<br><br>Defendant. | Adv. Pro. No. 10-05110 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES LOWREY, individually and in his capacity as general partner of Turtle Cay Partners, in his capacity as personal representative of the Estate of Marianne Lowey, and in his capacity as successor partner of Coldbrook Associates Partnership, *et al.*,<br><br>Defendant. | Adv. Pro. No. 10-04387 (SMB) |

**Declaration of Kevin H. Bell in Support of the**
**Trustee's Letter Brief Dated December 20, 2017**

I, Kevin H. Bell hereby declare pursuant to 28 U.S.C. § 1746, that the following is true:

1. I am Senior Associate Counsel for Dispute Resolution at the Securities Investor Protection Corporation ("SIPC"), located at 1667 K Street NW, Suite 1000, Washington, D.C. 20006.

2. I submit this Declaration for the Court's convenience to place before the Court true and correct copies of documents in support of the letter brief, dated December 20, 2017, of Irving Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 USC section 78aaa *et seq.*, and the estate of Bernard L. Madoff.

3. True and correct copies of the following documents are attached:

Exhibit A – Broker-Dealers; Maintenance of Certain Basic Reserves, Exchange Act Release No. 34-9856, 1972 WL 125352 (Nov. 13, 1972).

Exhibit B – Customers' Securities and Funds, Exchange Act Release No. 9775, 1972 WL 125434 (Sept. 14, 1972).

Exhibit C – 11 LOUIS LOSS, JOEL SELIGMAN, TROY PAREDES, SECURITIES REGULATION 81 (5th ed. 2014).

Exhibit D – Order Instituting Administrative And Cease-And-Desist Proceedings, *In the Matter of Merrill Lynch, Pearce, Fenner & Smith Inc.*, Exchange Act Release No. 78,141, 2016 WL 4363431 (June 23, 2016).

Exhibit E – STEVEN LOFCHIE, LOFCHIE'S GUIDE TO BROKER-DEALER REGULATION (2005).

Exhibit F - Michael P. Jamroz, *The Customer Protection Rule,* 57 Bus. Law. 1069 (2002).

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
December 20, 2017

By:  /s/ Kevin H. Bell
Kevin H. Bell
Securities Investor Protection Corporation
1667 K Street NW Suite 1000
Washington, D.C. 20006
kbell@sipc.org