UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

In re:

| | |
|---|---|
| BERNARD L. MADDOFF INVESTEMENT SECURITIES LLC, | SIPA LIQUIDATION<br>No. 08-01789 (SMB) |
| Debtor. | (Substantively Consolidated) |

_____

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

                Plaintiff,

    v.
                                                  Adv. Pro. No. 09-1305 (SMB)

COHMAD SECURITIES CORPORATION, ETC.,
THE ESTATE OF STANLEY MERVIN BERMAN,
JOYCE BERMAN and S & J PARTNERSHIP,

                Defendants.
------------------------------------------------------------------X

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Upon consideration of the Application by Vivian R. Drohan, of the law firm of Drohan Lee LLP for an Order pursuant to Local Rule 2090-1(e) allowing Vivian R. Drohan and Drohan Lee LLP to withdraw as counsel of record, and good and sufficient notice of the Application having been given, and the Court having reviewed the Application and all annexed documents to determine that good cause has been shown therein, it is hereby:

~~ORDERED, that the Application is Granted; and it is further,~~ **[SMB: 12/21/17]**

ORDERED, that Ms. Drohan is withdrawn as counsel of record for the Defendants, The Estate of Stanley Mervin Berman, Joyce Berman and S&J Partnership in the Adversarial Proceeding No. 09-1305, and it is further,

ORDERED, that Ms. Drohan be removed from the Court's CM/ECF electronic notice and service lists for the above-referenced action.

Dated: **December 21st, 2017**

                                        **/s/ STUART M. BERNSTEIN**
                                        Honorable Stuart M. Bernstein
                                        United States Bankruptcy Judge