**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

CEH Limited Partnership (the "Claimant"), having filed an objection (the "Objection", Docket No. 2424) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#015133), hereby gives notice that it withdraws such Objection.

Dated: December 21, 2017

/s/ Martin B. Shulkin
**DUANE MORRIS LLP**
100 High Street, Suite 2400
Boston, Massachusetts 02110-1724
Telephone: 857.488.4210
Facsimile: 857.401.3064
Martin B. Shulkin
Email: MBShulkin@duanemorris.com

Attorneys for the Claimant