# EXHIBIT E

# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST (CAYMAN) LIMITED, and BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>Defendants. | Adv. Pro. No. 12-01576 (SMB) |

## STIPULATION AND ORDER REFERRING DISCOVERY DISPUTES TO ARBITRATOR

**WHEREAS**, on August 30, 2017, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned Amended Complaint against BNP

Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, and BNP Paribas Securities Services S.A. (collectively, with the Trustee, the "Parties") (original Complaint filed on May 4, 2012).

**WHEREAS**, on October 4, 2016, Judge Bernstein entered an Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 (the "October 2016 Order") appointing the Honorable Frank Maas (ret.) (c/o Jams, Inc.) as Discovery Arbitrator (the "Discovery Arbitrator") to resolve disputes that may arise and which have been specifically referred to him by the Court with the consent of the Parties;

**WHEREAS**, the Parties have engaged in discovery, have conferred in good faith, and are unable to resolve their differences with regard to certain disputes.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Parties, as follows:

1. The Parties agree that disputes relating to discovery shall be resolved consistent with the procedures outlined in the October 2016 Order.

2. The Parties agree to raise any discovery disputes with the Discovery Arbitrator, as contemplated in paragraph 7 of the October 2016 Order.

3. The Parties agree that the Discovery Arbitrator shall thereafter establish procedures for the resolution of the dispute, as contemplated in paragraph 8 of the October 2016 Order.

4. Except as expressly set forth herein, the Parties to this Stipulation reserve all rights and defenses they may have.

Dated:   December __, 2017

By: /s/ _____
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Mark A. Kornfeld
Torello Calvani
Jonathan A. Forman
Joanna F. Wasick

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*


By: _____
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, New York 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999
Breon S. Peace
Ari D. MacKinnon
Donna Xu

*Attorneys for Defendants BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, and BNP Paribas Securities Services S.A.*


SO ORDERED

Dated: _____        _____
New York, New York                HON. STUART M. BERNSTEIN
                                  UNITED STATES BANKRUPTCY JUDGE