**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**<u>AFFIDAVIT OF MAILING</u>**

STATE OF TEXAS                    )
                                 )    ss:
COUNTY OF DALLAS                 )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.      I am a Associate of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On December 19, 2017, I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1.      Motion for an Order Approving Ninth Allocation of Property to the Fund of Customer Property and Authorizing Ninth Interim Distribution to Customers with Exhibit Thereto and Proposed Order (Docket Number 17033)

2.      Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving Ninth Allocation of Property to the Fund of Customer Property and Authorizing Ninth Interim Distribution to Customers (Docket Number 17034)

Executed on December 20, 2017

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 20th day of Dec , 2016 2017

(SEAL)

_____
Notary Public

2

# Exhibit A

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | Robert A. Johnson | One Bryant Park | | New York | NY | 10036 | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

Exhibit 21

December 19, 2017

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

Exhibit A

December 19, 2017

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 19, 2017

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| JOSHUA KELLER, ESQ, MILBERG LLP | | ONE PENNSYLVANIA PLAZA | | NEW YORK | NY | 10119 | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

December 19, 2017

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

Exhibit A

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

Exhibit A

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

Exhibit A
**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

Exhibit A
December 19, 2017

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | 599 LEXINGOTN AVE. | | NEW YORK | NY | 10022 | |

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |

**December 19, 2017**

| Name | Contact | Address1 | Address2 | City | State | ZIP | Country |
|------|---------|----------|----------|------|-------|-----|---------|
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Yetter Coleman LLP | Attn: Collin Cox | 909 Fannin Street | | Houston | TX | 77010 | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | | New York | NY | 10006 | |
| DUANE MORRIS LLP | PATRICIA H. HEER | 1540 Broadway | | NEW YORK | NY | 10036-4086 | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | | |