**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>    Defendants. | Adv. Pro. No. 09-01182 (SMB) |

## STIPULATION AND ORDER

The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities ("BLMIS") and the Chapter 7 Estate of Bernard L. Madoff, individually, and Defendants J. Ezra Merkin ("Merkin") and Gabriel Capital Corporation ("GCC"), and Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P. ("Ascot Partners"), Ascot Fund Ltd. ("Ascot Fund") (collectively, the "Defendants"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on August 9, 2017, this Court heard oral argument (the "Hearing") on the Trustee's Motion *In Limine* Number 3 and Memorandum of Law to Exclude the Opinions and Testimony of Jeffrey M. Weingarten, ECF No. 334, Notice of Trustee's Motions *In Limine* Numbers 1 Through 4, ECF No. 336, and the Declaration of Lan Hoang in Support of Trustee's Motions *In Limine* Numbers 1 Through 4, ECF No. 337; on the Motion *In Limine* by Defendants to Exclude the Testimony, Reports, and Declaration of Steve Pomerantz, ECF No. 355, the Defendants' Memorandum of Law In Support of Their Motion *In Limine* to Exclude the Testimony, Reports, and Declaration of Steve Pomerantz, ECF No. 356, and the Declaration of Daphne T. Ha in Support of Motion *In Limine* by Defendants to Exclude Testimony, Reports, and Declaration of Steve Pomerantz, ECF No. 357; and on the Motion *In Limine* to Exclude the Expert Testimony of Lisa M. Collura, ECF No. 378, the Memorandum of Law In Support of Defendants' Motion *In Limine* to Exclude the Expert Testimony of Lisa M. Collura, ECF No. 379, and the Declaration of Judith A. Archer in Support of Defendants' Motion *In Limine* to Exclude the Expert Testimony of Lisa M. Collura, ECF No. 380 (collectively the "Motions"); and the Court having made certain rulings based on the papers submitted by the Parties and the arguments of counsel at the Hearing, and the record in this case.

**WHEREAS**, the Court directed the Parties to settle the Orders on notice on the Motions.

**WHEREAS**, the Parties, in good faith, seek additional time to resolve any disputes and to submit Orders upon consent to the Court.

**NOW, THEREFORE**, in the interest of judicial efficiency and subject to the Court's approval, the Parties have conferred and agree and stipulate to the following:

1. The Parties agree to extend the time to submit Orders upon consent on the Motions up to and including January 12, 2018.

2. If the Parties are unable to agree to Orders on the Motions, the Parties shall submit their respective proposed Orders for the Court's consideration on said date.

Dated:   New York, New York
December 28, 2017

*/s/ Lan Hoang*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
e-mail:  dsheehan@bakerlaw.com
Lan Hoang
e-mail:  lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 Estate of Bernard L. Madoff*

*/s/ Neil Steiner*
**Dechert LLP**
1095 Avenue of the Americas
New York, NY  10036
Telephone:  (212) 698-3500
Facsimile:  (212) 698-3599
Andrew J. Levander
e-mail:  andrew.levander@dechert.com
Neil Steiner
e-mail:  neil.steiner@dechert.com

*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation*

*/s/ Judith A. Archer*
**Norton Rose Fulbright US LLP**
1301 Avenue of the Americas
New York, NY 10019-6022
Telephone:  (212) 318 3000
Facsimile:  (212) 318 3400
Judith A. Archer
e-mail: judith.archer@nortonrosefulbright.com
Sarah O'Connell
e-mail: sarah.oconnell@nortonrosefulbright.com
David B Schwartz
e-mail: david.schwartz@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, Esq., as Receiver for Defendant Ascot Partners, L.P., and for Ascot Fund Limited*

SO ORDERED this **28**[th] day of **December** 2017.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE