**Baker & Hostetler LLP**                                    Hearing Date:  February 8, 2018
45 Rockefeller Plaza                                         Time:  2:00 p.m.
New York, New York 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Regina Griffin
Email: rgriffin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

**NOTICE OF HEARING ON TRUSTEE'S MOTION FOR COURT ORDER**
**AUTHORIZING LIMITED DISCOVERY PURSUANT TO FED. R. CIV. P. 26(d)(1)**

        **PLEASE TAKE NOTICE** that, Irving H. Picard, trustee ("Trustee") for the

substantively consolidated liquidation of Bernard L. Madoff Investment  Securities LLC

("BLMIS") and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor") in the above-captioned SIPA liquidation proceeding, by and through his undersigned counsel, filed the motion (the "Motion") seeking an order pursuant to Federal Rule of Civil Procedure 26(d) made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, directing Defendants identified in Attachment 1 hereto to comply with the Proposed Limited Document Discovery Demands attached as Exhibit D to the Griffin Declaration[1] dated August 28, 2014, ECF No. 7828.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the July 24, 2017 Scheduling Order, ECF No. 16428, briefing on the Motion has been completed.

**PLEASE TAKE FURTHER NOTICE** that the Motion will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **February 8, 2018 at 2:00 p.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

*[Remainder of page intentionally left blank.]*

---

[1] Capitalized terms not defined herein have the meaning as set forth in the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1), ECF No. 7827 ("Trustee's Mem.").

2

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you

do not object to the relief requested in the Motion.

Dated:  December 28, 2017                                  **BAKER & HOSTETLER LLP**
        New York, New York


:

By:      _s/Regina Griffin_
         45 Rockefeller Plaza
         New York, New York 10111
         Telephone: 212.589.4200
         Facsimile:  212.589.4201
         David J. Sheehan
         Email:  dsheehan@bakerlaw.com
         Regina Griffin
         Email: rgriffin@bakerlaw.com

         *Attorneys for Irving H. Picard, Trustee*
         *for the Substantively Consolidated SIPA*
         *Liquidation of Bernard L. Madoff*
         *Investment Securities LLC and for the Estate*
         *of Bernard L. Madoff*

3