**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>LILLIAN BERMAN GOLDFARB,<br><br>Defendant. | Adv. Pro. No. 10-04366 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP and Lillian Berman Goldfarb ("Defendant"), by and through her attorney, Elise Frejka, Frejka, PLLC (collectively, the "Parties"), hereby stipulate and agree to the following:

1.　　On November 30, 2010, the Trustee filed and served the Complaint against Defendant.

2.　　On January 17, 2014, Defendant filed an Answer to the Complaint.

3.　　On December 24, 2017, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

4.　　In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendant in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreement.

5.　　The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6.　　This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

New York, New York
January 2, 2018

**BAKER & HOSTETLER LLP**                    **FREJKA, PLLC**

By: */s/ Nicholas J. Cremona*                By: */s/ Elise S. Frejka*
45 Rockefeller Plaza                         135 East 57th Street – 6th Floor
New York, New York 10111                     New York, New York  10022
Telephone: 212.589.4200                      Telephone: 212.641.0848
Facsimile:  212.589.4201                     Facsimile: 212.641.0820
David J. Sheehan                             Elise S. Frejka
Email: dsheehan@bakerlaw.com                 Email: efrejka@frejka.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com                 *Attorneys for Defendant Lillian Berman Goldfarb*
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*


SO ORDERED

/s/ **STUART M. BERNSTEIN**
Dated: **January 2, 2018**            HON. STUART M. BERNSTEIN
New York, New York                    UNITED STATES BANKRUPTCY JUDGE