# MINTZ & GOLD LLP
### ATTORNEYS AT LAW

| | | |
|---|---|---|
| STEVEN W. GOLD<br>STEVEN G. MINTZ*<br>ALAN KATZ<br>JEFFREY D. POLLACK*<br>ELLIOT G. SAGOR<br>IRA LEE SORKIN<br>STEVEN A. SAMIDE<br>SCOTT A. KLEIN<br>TERENCE W. McCORMICK<br>ROBERT B. LACHENAUER<br>PAUL OSTENSEN<br>KEVIN M. BROWN<br>ALEXANDER H. GARDNER<br>HEATH LORING<br>PETER GUIRGUIS<br>AMIT SONDHI*<br>ROBIN C. FRIED<br>RYAN W. LAWLER*<br>TIMOTHY H. WOLF<br>TIMOTHY J. QUILL, JR.<br>ADAM D. FRIEDLAND<br>PETER G. CAPACCHIONE | 600 THIRD AVENUE<br>25TH FLOOR<br>NEW YORK, NEW YORK 10016<br><br>TELEPHONE (212) 696-4848<br>FACSIMILE (212) 696-1231<br>www.mintzandgold.com | SENIOR COUNSEL<br>LISABETH HARRISON<br>JACK A. HORN<br>NOREEN E. COSGROVE<br><br>OF COUNSEL<br>HONORABLE VITO J. TITONE (dec.)<br>(NY State Court of Appeals 1985-1998)<br>HONORABLE HOWARD MILLER<br>(NY Appellate Div. 1999-2010 [ret.])<br>HARVEY J. HOROWITZ<br>NEAL M. GOLDMAN<br>ERIC M. KUTNER<br>JEFFREY W. RUBIN<br>ANDREW P. NAPOLITANO†<br><br>†ADMITTED TO PRACTICE ONLY BEFORE ALL<br>COURTS IN NEW JERSEY AND ALL FEDERAL COURTS<br>IN NEW YORK CITY |

*ALSO ADMITTED IN NEW JERSEY

December 13, 2017


RECEIVED DEC 18 2017 U.S. BANKRUPTCY COURT SD NY

Hon. Vito Genna, Clerk of Court
US Bankruptcy Court
One Bowling Green
New York, NY 10004

Re: Claim of Elliot G. Sagor, Adv. Pro. 08-1789(SMB)

Dear Mr. Genna:

I have been representing myself pro se in the above referenced case. Dismissal of my appeal has been recently affirmed by the Second Circuit and I have no longer any claim before the bankruptcy court for adjudication. Accordingly, I ask that I no longer receive notices in the above reference case. They were sent to sagor@mintzandgold.com. Thank you for all the courtesies I have received from the Clerk's Office in the last several years on this matter.

Very truly yours,

Elliot G. Sagor