**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>FITERMAN INVESTMENT FUND; VERDEWAY INVESTMENT PARTNERS LLC; STEVEN FITERMAN, individually, and in his capacity as General Partner of FITERMAN INVESTMENT FUND; SUSAN FITERMAN, individually, and in her capacity as | Adv. Pro. No. 10-04354 (SMB) |

| | |
|---|---|
| General Partner of FITERMAN INVESTMENT FUND,  <br><br>                    Defendants. | |

# STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the estate of Bernard L. Madoff, individually, by and through his counsel, Windels Marx Lane & Mittendorf, LLP, and defendants Fiterman Investment Fund, Verdeway Investment Partners LLC, Steven Fiterman, individually and in his capacity as General Partner of Fiterman Investment Fund, and Susan Fiterman, individually and in her capacity as General Partner of Fiterman Investment Fund ("Defendants"), by and through their counsel, Loeb & Loeb LLP (together, the "Parties"), hereby stipulate and agree to the following:

1.      On December 12, 2016, the Trustee filed an Amended Complaint against Defendants.

2.      On February 10, 2017, Defendants filed an Answer to the Amended Complaint.

3.      On October 17, 2017, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

4.      In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding without prejudice and without costs to either Trustee or Defendants, subject to Trustee's right to move ex parte to re-open this adversary proceeding in the event of an

2

uncured default under the Settlement Agreement, solely to seek entry of judgment pursuant to (and subject to) the terms of the Settlement Agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated:    New York, New York
          January 5, 2018

| **WINDELS MARX LANE & MITTENDORF LLP** | **LOEB & LOEB LLP** |
|---|---|
| By: */s/ Howard L. Simon*<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>John J. Tepedino (jtepedino@windelsmarx.com)<br>Windels Marx Lane & Mittendorf LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel:  (212) 237-1000<br>Fax:  (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Daniel B. Besikof*<br>P. Gregory Schwed (gschwed@loeb.com)<br>Daniel B. Besikof (dbesikof@loeb.com)<br>345 Park Avenue<br>New York, New York 10154<br>Tel: (212) 407-4000<br>Fax: (212) 407-4990<br><br>*Attorneys for Defendants* |

SO ORDERED:

Dated: **January 5th, 2018**              /s/ STUART M. BERNSTEIN
New York, New York                           HONORABLE STUART M. BERNSTEIN
                                             UNITED STATES BANKRUPTCY JUDGE

3