**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Hearing Date: January 19, 2018
Time: 10:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

**NOTICE OF EVIDENTIARY HEARING**
**ON PROFIT WITHDRAWAL TRANSACTIONS**

  **PLEASE TAKE NOTICE** that an evidentiary hearing will be held on **Friday, January 19, 2018** at **10:00 a.m.** before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the **United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004** regarding profit withdrawal transactions as set forth in the May 19, 2015 Amended Scheduling Motion, (ECF No. 10017), filed by Irving

H. Picard, as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff. Under the Court's June 25, 2015 order (ECF No. 10266), as amended by the April 5, 2016 order, ECF No. 13038, the Trustee, the Securities Investor Protection Corporation, and counsel for certain objecting claimants engaged in discovery and briefing on this matter, and the Court has now scheduled the evidentiary hearing for January 19.

**PLEASE TAKE FURTHER NOTICE** that this Notice of the Hearing will be provided by U.S. Mail, postage prepaid or email to (i) participating claimants listed in **Exhibits A and B** annexed hereto;[1] (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures, (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New York; and (vii) SIPC, pursuant to the Order Establishing Notice Procedures, (ECF No. 4560). The Trustee submits that no other or further notice is required. In addition, the pleadings filed by the Trustee, Participating Claimants, and the Securities Investor Protection Corporation have been posted to the Trustee's website www.madofftrustee.com and are accessible, without charge, from that site.

---

[1] The claimants listed in Exhibit A were Participating Claimants (as that term is as that term is defined in paragraph 5 of the June 25, 2015 Order, ECF No. 10266) as of June 15, 2017. Since that time, certain parties have settled or have otherwise indicated that they will not participate. Current Participating Claimants and known counsel information is listed in Exhibit B.

2

**PLEASE TAKE FURTHER NOTICE** that should there be an adjournment or other change to the hearing date, the Trustee will post notification of the new hearing date on his website.

Dated: New York, New York
January 8, 2018

Respectfully submitted,

**Baker & Hostetler LLP**

/s/   David J. Sheehan
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*