# EXHIBIT B

# List of Current Participating Claimants

EXHIBIT B
CURRENT PARTICIPATING CLAIMANTS

| BLMIS Account Number | 1 Direct Account 33 Indirect Accounts | Account Name | Claim No. | Objection ECF No. | Counsel |
|---|---|---|---|---|---|
| 1B0022 | Direct | AARON BLECKER | 008504, 015286, 015333 | 2352, 2387 | Chaitman LLP |
| 1A0083 | Indirect | ACCU PLAN EMPLOYEES' PROFIT SHARING TRUST | 003907 | 961 | Chaitman LLP |
| 1B0156 | Indirect | AARON BLECKER REV TRUST U/A/D 3/15/07 | 003900 | 2383 | Chaitman LLP |
| 1B0157 | Indirect | ARTHUR BLECKER & SOFIE BLECKER J/T WROS | 003906 | 3072 | Chaitman LLP |
| 1C1229 | Indirect | CHALEK ASSOCIATES LLC C/O MORTON CHALEK | 000898, 006938 | 2881 | Pro Se |
| 1CM504 | Indirect | MARGERY D KATZ | 000053 | None | Pro Se |
| 1CM682 | Indirect | BETH FELDMAN | 000024 | None | Chaitman LLP |
| 1CM849 | Indirect | EUGENE B DIAMOND GST EXPT RESD TST FBO MARGERY & ERICA KATZ MARGERY DIAMOND KATZ TRUSTEE | 000044 | None | Pro Se |
| 1F0106 | Indirect | HOWARD L FRUCHT AND CAROLYN FRUCHT REV TRUST | 001279, 009599 | 2695 | Chaitman LLP |
| 1F0116 | Indirect | CAROL FISHER | 000487, 000488 | 2369 | Chaitman LLP |
| 1F0123 | Indirect | ADELE FOX TRUSTEE UDT 3/5/90 F/B/O ADELE FOX | 002269 | 3498 | Chaitman LLP |
| 1K0118 | Indirect | DAVID SHAPIRO NOMINEE 4 | 003850 | 2722 | Brendan M. Scott Klestadt Winters Jureller Southard & Stevens, LLP |
| 1K0206 | Indirect | SAULIUS KAJOTA | 001095 | 645 | Chaitman LLP |
| 1L0146 | Indirect | CAREN LOW | 002190 | 1942 | Chaitman LLP |
| 1L0147 | Indirect | FRIEDA LOW | 001543 | 2003 | Chaitman LLP |
| 1L0149 | Indirect | ROBERT K LOW | 001547 | 2004 | Chaitman LLP |
| 1M0101 | Indirect | RONA MAST | 001432, 0015655 | 2437 | Chaitman LLP |
| 1M0105 | Indirect | EDWIN MICHALOVE | 000755 | 2338 | Pro Se |
| 1P0105 | Indirect | LAUREL PAYMER | 001788 | 1026 | Chaitman LLP |
| 1R0123 | Indirect | BARBARA ROTH & MARK ROTH J/T WROS | 005648 | 2977 | Pro Se |
| 1R0134 | Indirect | DANIEL RYAN | 000857 | 3002 | Chaitman LLP |
| 1S0260 | Indirect | SCHUPAK INVESTMENT C/O HOWARD M SCHUPAK, GEN PART | 008204 | 2522 | Chaitman LLP |
| 1S0268 | Indirect | SANDY SANDLER | 004076 | 2405 | Chaitman LLP |
| 1S0295 | Indirect | ADELE SHAPIRO | 003856 | 2707 | Brendan M. Scott Klestadt Winters Jureller Southard & Stevens, LLP |
| 1S0296 | Indirect | DAVID SHAPIRO | 003847 | 2711 | Brendan M. Scott, Esq. Klestadt Winters Jureller Southard & Stevens, LLP |
| 1S0297 | Indirect | DAVID SHAPIRO NOMINEE | 003851, 010228, 010715 | 2713, 2714 | Brendan M. Scott Klestadt Winters Jureller Southard & Stevens, LLP |
| 1S0298 | Indirect | DAVID SHAPIRO NOMINEE #2 | 003849, 009397, 009660, 009733, 013430 | 2715, 2775, 2777 | Brendan M. Scott Klestadt Winters Jureller Southard & Stevens, LLP |
| 1S0299 | Indirect | DAVID SHAPIRO NOMINEE NOMINEE #3 | 003848, 010899, 011045, 014728 | 2718 | Brendan M. Scott Klestadt Winters Jureller Southard & Stevens, LLP |
| 1S0301 | Indirect | DEBORAH SHAPIRO | 003855 | 2725 | Brendan M. Scott Klestadt Winters Jureller Southard & Stevens, LLP |
| 1S0324 | Indirect | ROBERTA SCHWARTZ TRUST U/A/D 2/11/08 | 002946 | 2875 | Chaitman LLP |
| 1S0370 | Indirect | ROBERT B SEDGWICK AND NICHOLAS J SEDGWICK TIC | 013874, 013875, 014949 | None | Chaitman LLP |

EXHIBIT B
CURRENT PARTICIPATING CLAIMANTS

| BLMIS Account Number | 1 Direct Account 33 Indirect Accounts | Account Name | Claim No. | Objection ECF No. | Counsel |
|---|---|---|---|---|---|
| 1S0516 | Indirect | ALVIN E SHULMAN POUROVER TRUST ALVIN E SHULMAN AS TRUSTEE | 004557 | None | Bruce A. Katzen Kluger, Kaplan, Silverman, Katzen & Levine, P.L. |
| 1S0517 | Indirect | FLORENCE SHULMAN POUROVER TST FLORENCE W SHULMAN TRUSTEE | 004556 | None | Bruce A. Katzen Kluger, Kaplan, Silverman, Katzen & Levine, P.L. |
| 1T0036 | Indirect | RYAN TAVLIN TRUST UA 10/31/96 DORON A TAVLIN AND HARVEY KRAUSS ESQ TRUSTEES | 000306 | 2913 | Chaitman LLP |