UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Andrew Ross Samuels (the "Claimant"), having filed an objection (the "Objection," ECF

No. 2965) to the Trustee's Notice of Determination of Claim respecting the Claimant's customer

claims, designated as Claim Nos. 004971 and 070193, hereby gives notice that he withdraws

such Objection.

Dated:  January  8 , 2018

JASPAN SCHLESINGER LLP

300 Garden City Plaza
Garden City, New York 11530
Telephone: 516.746.8000
Fascimile: 516.393.8282
Jeffrey H. Schwartz
Email: jschwartz@jaspanllp.com

*Attorneys for Andrew Ross Samuels*