# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

January 8, 2018

Seanna R. Brown
direct dial: 212.589.4230
sbrown@bakerlaw.com

**VIA ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York  10004-1408

Re:   *SIPC v. BLMIS,* Adv. Pro. No. 08-01789 (SMB) – Profit Withdrawal Litigation

Dear Judge Bernstein:

    We are counsel to Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff.  We write regarding several logistical items related to the upcoming evidentiary hearing related to profit withdrawals scheduled for January 19.

    First, we respectfully request permission for a court reporter to attend and transcribe the hearing.  We have conferred with opposing counsel and she consents to this request.  The contact information for the court reporter is as follows:

Bendish Reporting
100 Eagle Rock Avenue, Suite 140
East Hanover, New Jersey 07936
Tel.:    877.404.2193
Fax:    973.353.9445
Email:  mteam@bendish.com

    Second, we respectfully request permission from the Court to bring the following equipment to the evidentiary hearing:

1. three (3) laptops;
2. one (1) small audio speaker;
3. Livenote feeds for both parties (provided by court reporter);
4. one (1) small folding table; and
5. various cables and other computer accessories.

Honorable Stuart M. Bernstein
January 8, 2018
Page 2

Should the Court have any questions or concerns, please feel free to have a member of your staff contact me at 212.589.4230 or sbrown@bakerlaw.com.

Respectfully submitted,

*/s/ Seanna R. Brown*

Seanna R. Brown
Partner

cc:   Helen Davis Chaitman

## MEMORANDUM ENDORSEMENT AND ORDER

The Trustee may retain a court reporter to transcribe the proceedings, but the transcript prepared by the Trustee's reporter shall not constitute the record of the proceedings and will not be admissible for any purpose.  The Trustee may also bring to the hearing the five numbered items of equipment set out above, provided that nothing in this order authorizes the Trustee or any other person to make an audio or video recording of the proceedings or to broadcast the proceedings to anyone outside the courtroom.

So ordered.

Dated:  New York, New York
        January 8, 2018

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

300457766.2