**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br>         v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                  Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                                  Debtor. | |

## **DECLARATION OF HELEN DAVIS CHAITMAN**

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.    I am a partner with Chaitman LLP, counsel to the Participating Claimants in this profit-withdrawal proceeding. I am a member of the bars of New York and New Jersey, and of this Court.

2.    I submit this declaration in connection with Participating Claimants' Memorandum of Law in Opposition to the Trustee's Motion *in Limine* to Exclude Testimony of Robert Blecker.

{00034741 1}    1

3. Annexed hereto as **Exhibit A** are true and correct excerpts from the April 18, 2017 Transcript of Proceedings held before the Honorable Stuart M. Bernstein, U.S.B.J.

4. Annexed hereto as **Exhibit B** is a true and correct copy of the May 8-9, 2017 email exchange between Helen Davis Chaitman, Esq. and Amy Vanderwal, Esq., in which Participating Claimants offered the Trustee the opportunity to depose Robert Blecker.

5. Annexed hereto as **Exhibit C** is a true and correct copy of the June 22, 2017 email from Amy E. Vanderwal, Esq. regarding Robert Blecker's deposition.

I declare under penalty of perjury that the foregoing is true and correct.

January 12, 2018

/s/ *Helen Davis Chaitman*
Helen Davis Chaitman

{00034741 1}    2

# CERTIFICATE OF SERVICE

I hereby certify that on January 12, 2018, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Seanna R. Brown, Esq.
Email: sbrown@bakerlaw.com
Amy E. Vanderwal, Esq.
Email: avanderwal@bakerlaw.com

**SECURITIES INVESTOR PROTECTION CORPORATION**
1667 K Street NW, Suite 1000
Washington, D.C. 20006
Telephone: 202.371.8300
Facsimile: 202.223.1679
Kevin H. Bell, Esq.
Email: kbell@sipc.org

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

                                                 **CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Participating Claimants*