# EXHIBIT B

| | |
|---|---|
| **From:** | Vanderwal, Amy E. <avanderwal@bakerlaw.com> |
| **Sent:** | Tuesday, May 09, 2017 4:02 PM |
| **To:** | Helen Chaitman |
| **Subject:** | RE: SIPC v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 - profit withdrawal proceedings |

Helen – we will discuss and get back to you.

Thanks,
Amy

---

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Monday, May 08, 2017 6:58 PM
**To:** Vanderwal, Amy E.
**Subject:** RE: SIPC v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 - profit withdrawal proceedings

Amy: I have spoken to Robert Blecker and he has information relevant to his father's account. He will be available for a deposition in June. Please give me some dates that are convenient for you so that I can check with him regarding his schedule.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.