**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                Plaintiff,<br><br>                v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, *et al.*,<br><br>                Defendants. | Adv. Pro. No. 09-01239 (SMB) |

**AFFIDAVIT OF SERVICE OF THE**
**<u>NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE</u>**

STATE OF NEW YORK  )
                               ) ss.:
COUNTY OF NEW YORK  )

      I, Lucinda Reyes, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

      On January 16, 2018, I served the Notice of Adjournment of the Pre-Trial Conference by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

                                                                                                 */s/ Lucinda Reyes*
                                                                                                Lucinda Reyes

16th day of January, 2018

*/s/ Marianne Warnock*
Notary Public
Marianne Warnock
Notary Public, State of New York
No. 01WA6067642
Qualified in Nassau County
Commission Expires: December 10, 2021

## SCHEDULE A

**Defendant Counsel**

Andrew J. Levander
David S. Hoffner
Neil A. Steiner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Email: neil.steiner@dechert.com
Attorney For: Andrés Piedrahita

Andrew W. Hammond
Glenn Kurtz
White & Case LLP
Email: ahammond@whitecase.com
Email: gkurtz@whitecase.com
Attorney For: Walter Noel

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney For: Gregory Bowes

Daniel J. Fetterman
Kasowitz Benson Torres LLP
Email: dfetterman@kasowitz.com
Attorney For: Jeffrey Tucker

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney For: Robert Blum

Fletcher W. Strong
Frederick R. Kessler
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: fkessler@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Stable Fund

Jeffrey E. Baldwin
Mark G. Cunha
Peter E. Kazanoff
Simpson Thacher & Barlett LLP

Email: jbaldwin@stblaw.com
Email: mcunha@stblaw.com
Email: pkazanoff@stblaw.com
Attorney For: Amit Vijayvergiya, Andrew Smith, Corina Noel Piedrahita, Cornelis Boele, Daniel Lipton, Fairfield Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Gordon Mckenzie, Harold Greisman, Jacqueline Harary, Lourdes Barreneche, Mark Mckeefry, Philip Toub, Richard Landsberger, Santiago Reyes

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney For: Amit Vijayvergiya

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney For: Stable Fund