**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## STIPULATIONS REGARDING DESIGNATED DEPOSITION TESTIMONY AND ADMISSIBILITY OF CERTAIN DOCUMENTS

Counsel to Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), and counsel for certain participating claimants, have conferred among themselves and, in the interest of efficiency with respect to the evidentiary hearing scheduled for January 19, 2018 on the Trustee's Motion for an Order Affirming Treatment of Profit Withdrawal Transactions, hereby agree and stipulate as follows:

1.      Under Fed. Civ. Pro. R. 32, made applicable by Bankr. R. 7002, the designated portions of the transcripts of Aaron Blecker, Winifer Jackson, Dorothy Khan, Alethea Leung, and Joann Sala will be moved into evidence without objection.

2.      Under Fed. Civ. Pro. R. 32, the designated portions of the transcripts of Annette Bongiorno and Bernard L. Madoff will be moved into evidence with objections as set forth in paragraph 3.

3.      The Trustee maintains an objections to the testimony of Annette Bongiorno at 205:2-12, 205:15 to 207:08, and 254:22 to 256:01, and the testimony of Bernard L. Madoff at 43:07 to 44:14, 45:05 to 46:25, and 62:12 to 64:15 on the grounds that such testimony exceeds the scope of this proceeding.  *See* August 11, 2016 Hr'g Tr., 17:10-11, ECF No. 13874 (Court: "The only issue I'm deciding is what profit withdrawal means in the context of the records.").

4.      Participating claimants maintain that this testimony does not exceed the scope of this proceeding.  *See* April 8, 2016 Order Authorizing the Deposition of Bernard L. Madoff, ECF No. 13060, ¶ 4 ("Authorized counsel shall limit the scope of inquiry to BLMIS's profit withdrawal transactions and *issues related thereto*") (emphasis added); May 6, 2016 Order Authorizing the Deposition of Annette Bongiorno, ECF No. 13240 ("("Authorized counsel shall limit the scope of inquiry to BLMIS's profit withdrawal transactions and *issues related thereto*") (emphasis added).

5.      Except for the testimony specifically mentioned in this paragraph 3, the remainder of the designated portions of the transcripts of Annette Bongiorno and Bernard L. Madoff will be moved into evidence without objection.

6.      The transcripts are included in the parties' pre-marked exhibits at the following locations:

| Witness | Exhibit Number |
|---|---|
| Aaron Blecker | PCX-1 |
| Annette Bongiorno | PCX-2 |
| Winifer Jackson | PCX-3 |
| Dorothy Khan | PCX-4 |
| Alethea Leung | PCX-5 |
| Bernard Madoff | PCX-6 |
| Joann Sala (dated June 12, 2016) | TX-239 |
| Joann Sala (dated June 13, 2016) | PCX-7 |

7.      The parties' designations for each witness are listed in Attachment 1 hereto.

8.      The transcripts will be submitted to the Court in hard copy and on a disc marked with the following colors to indicate the parties' designations: (a) Trustee's designations (yellow); (b) Participating Claimants' designations (light blue).

9.      The video recordings of the depositions will be submitted to the Court, with the exception of Ms. Bongiorno's, which was not permitted to be taped by the prison.

10.     The exhibits referred to in the designated portions of the deposition transcripts are part of the parties' pre-marked trial exhibits.

11.     With regard to the deposition exhibits referred to in any portions of the designated testimony, the parties stipulate that those exhibits are, where applicable, the books and records of the Debtor, but maintain their evidentiary objections to the admissibility of those documents under the Federal Rules of Evidence.  Additionally, Participating Claimants object to the

Trustee's introduction of documents because they have reason to believe that the Trustee's

production has not been complete.

Dated: New York, New York
       January 17, 2018

/s/ Seanna R. Brown
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
(212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, as Trustee for
the Substantively Consolidated SIPA Estate of
Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*

/s/ Helen Davis Chaitman
CHAITMAN LLP
465 Park Avenue
New York, NY 10022
Helen Davis Chaitman
Email: hchaitman@chaitmanllp.com

*Attorneys for Aaron Blecker, Accu Plan
Employees' Profit Sharing Trust, Beth
Feldman, Howard L. Frucht and Carolyn
Frucht Rev Trust, Carol Fisher, Adele Fox
Trustee UDT 3/5/90 F/B/O Adele Fox, Saulius
Kajota, Caren Low, Frieda Low, Robert K
Low, Rona Mast, Laurel Paymer, Daniel Ryan,
Schupak Investment c/o Howard M. Schupak,
Sandy Sandler, Roberta Schwartz Trust U/A/D
2/11/08, Robert B Sedgwick and Nicholas J
Sedgwick TIC, Ryan Tavlin Trust UA 10/31/96
Doron A Tavlin and Harvey Krauss Esq.
Trustees*

**SO ORDERED.**

New York, New York
January 17th, 2018

**/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

ATTACHMENT 1

**Aaron Blecker**
Deposition dated July 1, 2014

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 4 | 19 | 4 | 25 | Claimant |
| 5 | 1 | 5 | 25 | Claimant |
| 6 | 1 | 6 | 25 | Claimant |
| 7 | 1 | 7 | 25 | Claimant |
| 8 | 1 | 8 | 25 | Claimant |
| 9 | 1 | 9 | 25 | Claimant |
| 10 | 1 | 10 | 25 | Claimant |
| 11 | 1 | 11 | 25 | Claimant |
| 12 | 1 | 12 | 25 | Claimant |
| 13 | 1 | 13 | 3 | Claimant |
| 13 | 9 | 13 | 17 | Trustee |
| 14 | 4 | 14 | 12 | Trustee |

ATTACHMENT 2

**Annette Bongiorno**
Deposition dated July 8, 2016

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| *Start* | | *Stop* | | |
| *Page* | *Line* | *Page* | *Line* | |
| 5 | 3 | 5 | 13 | Trustee |
| 9 | 10 | 9 | 20 | Trustee |
| 10 | 13 | 11 | 25 | Trustee |
| 12 | 16 | 12 | 25 | Trustee |
| 13 | 6 | 14 | 7 | Trustee |
| 14 | 20 | 16 | 7 | Trustee |
| 17 | 8 | 19 | 15 | Trustee |
| 19 | 19 | 22 | 4 | Trustee |
| 22 | 11 | 23 | 17 | Trustee |
| 23 | 21 | 25 | 12 | Trustee |
| 26 | 4 | 28 | 3 | Trustee |
| 28 | 4 | 28 | 6 | Trustee |
| 28 | 7 | 28 | 19 | Trustee |
| 28 | 20 | 29 | 1 | Trustee |
| 29 | 2 | 29 | 4 | Claimant |
| 29 | 8 | 29 | 18 | Trustee |
| 29 | 19 | 35 | 17 | Trustee |
| 35 | 18 | 37 | 15 | Trustee |
| 37 | 23 | 38 | 22 | Trustee |
| 38 | 23 | 40 | 4 | Trustee |
| 40 | 5 | 43 | 8 | Trustee |
| 40 | 1 | 40 | 4 | Claimant |
| 42 | 4 | 42 | 20 | Claimant |
| 43 | 9 | 45 | 25 | Trustee |
| 46 | 1 | 46 | 22 | Trustee |
| 46 | 23 | 53 | 19 | Trustee |
| 53 | 20 | 54 | 21 | Trustee |
| 54 | 22 | 55 | 16 | Trustee |
| 55 | 17 | 56 | 5 | Trustee |
| 56 | 21 | 56 | 22 | Trustee |
| 57 | 8 | 57 | 9 | Trustee |
| 57 | 21 | 58 | 5 | Trustee |
| 58 | 6 | 58 | 11 | Trustee |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 58 | 18 | 59 | 25 | Trustee |
| 60 | 6 | 61 | 10 | Trustee |
| 62 | 1 | 63 | 2 | Trustee |
| 63 | 3 | 71 | 11 | Trustee |
| 71 | 13 | 73 | 3 | Trustee |
| 73 | 4 | 75 | 1 | Trustee |
| 75 | 2 | 76 | 15 | Trustee |
| 76 | 16 | 79 | 19 | Trustee |
| 76 | 24 | 79 | 3 | Claimant |
| 80 | 6 | 82 | 17 | Trustee |
| 84 | 8 | 86 | 2 | Trustee |
| 86 | 3 | 86 | 17 | Trustee |
| 86 | 22 | 89 | 3 | Trustee |
| 89 | 19 | 90 | 5 | Trustee |
| 90 | 6 | 90 | 10 | Trustee |
| 90 | 22 | 95 | 7 | Trustee |
| 95 | 14 | 97 | 1 | Trustee |
| 97 | 13 | 97 | 23 | Trustee |
| 97 | 24 | 98 | 25 | Trustee |
| 99 | 1 | 100 | 23 | Trustee |
| 100 | 24 | 101 | 5 | Trustee |
| 101 | 9 | 103 | 24 | Trustee |
| 104 | 3 | 107 | 2 | Trustee |
| 107 | 9 | 108 | 21 | Trustee |
| 108 | 23 | 110 | 23 | Trustee |
| 110 | 24 | 115 | 9 | Trustee |
| 115 | 10 | 116 | 14 | Trustee |
| 116 | 20 | 118 | 1 | Trustee |
| 118 | 2 | 118 | 4 | Trustee |
| 118 | 5 | 120 | 9 | Trustee |
| 120 | 18 | 120 | 20 | Trustee |
| 120 | 21 | 121 | 18 | Trustee |
| 121 | 19 | 128 | 5 | Trustee |
| 126 | 2 | 126 | 6 | Claimant |
| 128 | 6 | 130 | 23 | Trustee |
| 130 | 24 | 138 | 21 | Trustee |
| 138 | 22 | 140 | 1 | Trustee |

2

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 140 | 2 | 142 | 6 | Trustee |
| 142 | 11 | 144 | 4 | Trustee |
| 145 | 9 | 145 | 25 | Claimant |
| 146 | 1 | 146 | 25 | Claimant |
| 147 | 1 | 147 | 25 | Claimant |
| 148 | 1 | 148 | 25 | Claimant |
| 149 | 1 | 149 | 25 | Claimant |
| 150 | 1 | 150 | 25 | Claimant |
| 151 | 1 | 151 | 25 | Claimant |
| 152 | 1 | 152 | 25 | Claimant |
| 153 | 1 | 153 | 25 | Claimant |
| 154 | 1 | 154 | 25 | Claimant |
| 155 | 1 | 155 | 25 | Claimant |
| 156 | 1 | 156 | 25 | Claimant |
| 157 | 1 | 157 | 25 | Claimant |
| 158 | 1 | 158 | 25 | Claimant |
| 159 | 1 | 159 | 25 | Claimant |
| 160 | 1 | 160 | 25 | Claimant |
| 161 | 1 | 161 | 25 | Claimant |
| 162 | 1 | 162 | 25 | Claimant |
| 163 | 1 | 163 | 25 | Claimant |
| 164 | 1 | 164 | 25 | Claimant |
| 165 | 1 | 165 | 25 | Claimant |
| 166 | 1 | 166 | 25 | Claimant |
| 167 | 1 | 167 | 25 | Claimant |
| 168 | 1 | 168 | 25 | Claimant |
| 169 | 1 | 169 | 25 | Claimant |
| 170 | 1 | 170 | 25 | Claimant |
| 171 | 1 | 171 | 25 | Claimant |
| 172 | 1 | 172 | 25 | Claimant |
| 173 | 1 | 173 | 25 | Claimant |
| 174 | 1 | 174 | 25 | Claimant |
| 175 | 1 | 175 | 25 | Claimant |
| 176 | 1 | 176 | 25 | Claimant |
| 177 | 1 | 177 | 25 | Claimant |
| 178 | 1 | 178 | 25 | Claimant |
| 179 | 1 | 179 | 25 | Claimant |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 180 | 1 | 180 | 25 | Claimant |
| 181 | 1 | 181 | 25 | Claimant |
| 182 | 1 | 182 | 25 | Claimant |
| 183 | 1 | 183 | 25 | Claimant |
| 184 | 1 | 184 | 25 | Claimant |
| 185 | 1 | 185 | 25 | Claimant |
| 186 | 1 | 186 | 25 | Claimant |
| 187 | 1 | 187 | 25 | Claimant |
| 188 | 1 | 188 | 25 | Claimant |
| 189 | 1 | 189 | 25 | Claimant |
| 190 | 1 | 190 | 25 | Claimant |
| 191 | 1 | 191 | 25 | Claimant |
| 192 | 1 | 192 | 25 | Claimant |
| 192 | 17 | 193 | 1 | Trustee |
| 193 | 1 | 193 | 25 | Claimant |
| 193 | 2 | 193 | 7 | Trustee |
| 194 | 1 | 194 | 25 | Claimant |
| 194 | 10 | 195 | 18 | Trustee |
| 195 | 1 | 195 | 25 | Claimant |
| 195 | 19 | 195 | 23 | Trustee |
| 195 | 24 | 196 | 9 | Trustee |
| 196 | 1 | 196 | 25 | Claimant |
| 197 | 1 | 197 | 25 | Claimant |
| 198 | 1 | 198 | 25 | Claimant |
| 199 | 1 | 199 | 25 | Claimant |
| 200 | 1 | 200 | 25 | Claimant |
| 201 | 1 | 201 | 25 | Claimant |
| 202 | 1 | 202 | 25 | Claimant |
| 203 | 1 | 203 | 25 | Claimant |
| 204 | 1 | 204 | 25 | Claimant |
| 205 | 1 | 205 | 25 | Claimant |
| 206 | 1 | 206 | 25 | Claimant |
| 207 | 1 | 207 | 25 | Claimant |
| 208 | 1 | 208 | 25 | Claimant |
| 209 | 1 | 209 | 25 | Claimant |
| 210 | 1 | 210 | 25 | Claimant |
| 211 | 1 | 211 | 25 | Claimant |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 212 | 1 | 212 | 25 | Claimant |
| 213 | 1 | 213 | 25 | Claimant |
| 214 | 1 | 214 | 25 | Claimant |
| 215 | 1 | 215 | 25 | Claimant |
| 216 | 1 | 216 | 25 | Claimant |
| 217 | 1 | 217 | 25 | Claimant |
| 218 | 1 | 218 | 25 | Claimant |
| 218 | 3 | 218 | 16 | Trustee |
| 219 | 1 | 219 | 25 | Claimant |
| 220 | 1 | 220 | 25 | Claimant |
| 221 | 1 | 221 | 25 | Claimant |
| 222 | 1 | 222 | 25 | Claimant |
| 223 | 1 | 223 | 25 | Claimant |
| 224 | 1 | 224 | 25 | Claimant |
| 225 | 1 | 225 | 25 | Claimant |
| 226 | 1 | 226 | 25 | Claimant |
| 227 | 1 | 227 | 25 | Claimant |
| 227 | 25 | 228 | 13 | Trustee |
| 228 | 1 | 228 | 25 | Claimant |
| 229 | 1 | 229 | 25 | Claimant |
| 229 | 7 | 232 | 14 | Trustee |
| 230 | 1 | 230 | 25 | Claimant |
| 231 | 1 | 231 | 25 | Claimant |
| 232 | 1 | 232 | 25 | Claimant |
| 233 | 1 | 233 | 25 | Claimant |
| 234 | 1 | 234 | 25 | Claimant |
| 235 | 1 | 235 | 25 | Claimant |
| 235 | 6 | 236 | 3 | Trustee |
| 236 | 1 | 236 | 25 | Claimant |
| 237 | 1 | 237 | 25 | Claimant |
| 238 | 1 | 238 | 25 | Claimant |
| 239 | 1 | 239 | 25 | Claimant |
| 240 | 1 | 240 | 25 | Claimant |
| 241 | 1 | 241 | 25 | Claimant |
| 242 | 1 | 242 | 25 | Claimant |
| 243 | 1 | 243 | 25 | Claimant |
| 244 | 1 | 244 | 25 | Claimant |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 245 | 1 | 245 | 25 | Claimant |
| 246 | 1 | 246 | 25 | Claimant |
| 247 | 1 | 247 | 25 | Claimant |
| 248 | 1 | 248 | 25 | Claimant |
| 249 | 1 | 249 | 25 | Claimant |
| 250 | 1 | 250 | 25 | Claimant |
| 251 | 1 | 251 | 25 | Claimant |
| 252 | 1 | 252 | 25 | Claimant |
| 253 | 1 | 253 | 25 | Claimant |
| 254 | 1 | 254 | 25 | Claimant |
| 255 | 1 | 255 | 25 | Claimant |
| 256 | 1 | 256 | 25 | Claimant |
| 257 | 1 | 257 | 25 | Claimant |
| 258 | 1 | 258 | 25 | Claimant |
| 259 | 1 | 259 | 25 | Claimant |
| 260 | 1 | 260 | 25 | Claimant |
| 261 | 1 | 261 | 25 | Claimant |
| 262 | 1 | 262 | 21 | Claimant |
| 263 | 2 | 266 | 19 | Trustee |

6

ATTACHMENT 2

**Winifier Jackson**
Deposition dated May 23, 2016

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 4 | 22 | 4 | 25 | Trustee |
| 9 | 4 | 9 | 21 | Trustee |
| 10 | 16 | 11 | 16 | Trustee |
| 11 | 17 | 12 | 25 | Trustee |
| 13 | 1 | 13 | 14 | Trustee |
| 13 | 17 | 13 | 20 | Trustee |
| 14 | 16 | 15 | 5 | Trustee |
| 15 | 7 | 16 | 23 | Trustee |
| 17 | 21 | 18 | 3 | Trustee |
| 18 | 10 | 18 | 16 | Trustee |
| 19 | 19 | 19 | 22 | Trustee |
| 19 | 23 | 20 | 13 | Trustee |
| 20 | 14 | 20 | 18 | Trustee |
| 20 | 20 | 23 | 14 | Trustee |
| 23 | 15 | 26 | 17 | Trustee |
| 26 | 18 | 26 | 23 | Trustee |
| 26 | 24 | 27 | 3 | Trustee |
| 27 | 4 | 28 | 10 | Trustee |
| 28 | 11 | 30 | 13 | Trustee |
| 30 | 14 | 34 | 2 | Trustee |
| 34 | 10 | 35 | 6 | Trustee |
| 35 | 15 | 37 | 25 | Trustee |
| 38 | 1 | 38 | 13 | Trustee |
| 38 | 14 | 39 | 4 | Trustee |
| 39 | 5 | 40 | 19 | Trustee |
| 40 | 20 | 40 | 22 | Trustee |
| 41 | 11 | 42 | 12 | Trustee |
| 42 | 19 | 43 | 18 | Trustee |
| 43 | 19 | 44 | 7 | Trustee |
| 44 | 18 | 45 | 1 | Trustee |
| 45 | 2 | 45 | 9 | Trustee |
| 45 | 10 | 47 | 22 | Trustee |
| 47 | 23 | 49 | 24 | Trustee |

ATTACHMENT 2

| Deposition Designation | | | | Party |
| Start | | Stop | | |
| Page | Line | Page | Line | |
|---|---|---|---|---|
| 51 | 7 | 51 | 13 | Trustee |
| 51 | 14 | 57 | 12 | Trustee |
| 57 | 13 | 58 | 14 | Trustee |
| 58 | 15 | 58 | 19 | Trustee |
| 59 | 22 | 60 | 1 | Trustee |
| 60 | 8 | 60 | 17 | Trustee |
| 60 | 18 | 61 | 10 | Trustee |
| 62 | 6 | 66 | 4 | Trustee |
| 66 | 8 | 69 | 4 | Trustee |
| 69 | 5 | 69 | 22 | Trustee |
| 69 | 24 | 72 | 3 | Trustee |
| 72 | 4 | 74 | 6 | Trustee |
| 74 | 7 | 76 | 21 | Trustee |
| 77 | 6 | 82 | 13 | Trustee |
| 82 | 21 | 85 | 1 | Trustee |
| 85 | 7 | 86 | 18 | Trustee |
| 86 | 19 | 87 | 5 | Trustee |
| 87 | 10 | 87 | 13 | Trustee |
| 87 | 14 | 87 | 24 | Trustee |
| 88 | 10 | 88 | 17 | Trustee |
| 88 | 18 | 90 | 19 | Trustee |
| 90 | 22 | 92 | 11 | Trustee |
| 92 | 20 | 94 | 12 | Trustee |
| 94 | 13 | 97 | 2 | Trustee |
| 97 | 3 | 98 | 2 | Trustee |
| 98 | 12 | 99 | 12 | Trustee |
| 99 | 15 | 100 | 4 | Trustee |
| 100 | 8 | 100 | 14 | Trustee |
| 100 | 19 | 101 | 20 | Trustee |
| 103 | 1 | 103 | 18 | Trustee |
| 103 | 19 | 104 | 3 | Trustee |
| 104 | 19 | 104 | 25 | Claimant |
| 105 | 1 | 105 | 25 | Claimant |
| 106 | 1 | 106 | 25 | Claimant |
| 107 | 1 | 107 | 25 | Claimant |
| 108 | 1 | 108 | 25 | Claimant |
| 109 | 1 | 109 | 25 | Claimant |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 110 | 1 | 110 | 25 | Claimant |
| 111 | 1 | 111 | 25 | Claimant |
| 112 | 1 | 112 | 25 | Claimant |
| 113 | 1 | 113 | 25 | Claimant |
| 114 | 1 | 114 | 25 | Claimant |
| 115 | 1 | 115 | 25 | Claimant |
| 116 | 1 | 116 | 25 | Claimant |
| 117 | 1 | 117 | 25 | Claimant |
| 118 | 1 | 118 | 25 | Claimant |
| 119 | 1 | 119 | 25 | Claimant |
| 120 | 1 | 120 | 25 | Claimant |
| 121 | 1 | 121 | 25 | Claimant |
| 122 | 1 | 122 | 25 | Claimant |
| 123 | 1 | 123 | 25 | Claimant |
| 124 | 1 | 124 | 25 | Claimant |
| 125 | 1 | 125 | 25 | Claimant |
| 126 | 1 | 126 | 25 | Claimant |
| 127 | 1 | 127 | 25 | Claimant |
| 128 | 1 | 128 | 25 | Claimant |
| 129 | 1 | 129 | 25 | Claimant |
| 130 | 1 | 130 | 25 | Claimant |
| 130 | 6 | 133 | 3 | Trustee |
| 131 | 1 | 131 | 25 | Claimant |
| 132 | 1 | 132 | 25 | Claimant |
| 133 | 1 | 133 | 21 | Claimant |

3

ATTACHMENT 2

**Dorothy Khan**
Deposition dated May 25, 2016

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 5 | 3 | 5 | 7 | Trustee |
| 9 | 3 | 10 | 5 | Trustee |
| 10 | 11 | 10 | 20 | Trustee |
| 10 | 21 | 15 | 12 | Trustee |
| 15 | 16 | 15 | 22 | Trustee |
| 17 | 11 | 17 | 20 | Trustee |
| 17 | 21 | 17 | 24 | Trustee |
| 18 | 16 | 18 | 20 | Trustee |
| 19 | 1 | 20 | 15 | Trustee |
| 20 | 20 | 20 | 25 | Trustee |
| 21 | 16 | 25 | 1 | Trustee |
| 25 | 25 | 26 | 10 | Trustee |
| 26 | 19 | 28 | 12 | Trustee |
| 28 | 15 | 29 | 25 | Trustee |
| 33 | 6 | 33 | 16 | Trustee |
| 33 | 22 | 34 | 2 | Trustee |
| 35 | 23 | 36 | 11 | Trustee |
| 39 | 9 | 39 | 25 | Trustee |
| 41 | 11 | 42 | 12 | Trustee |
| 45 | 13 | 48 | 18 | Trustee |
| 48 | 19 | 55 | 18 | Trustee |
| 61 | 2 | 61 | 14 | Trustee |
| 62 | 1 | 64 | 4 | Trustee |
| 64 | 9 | 64 | 22 | Trustee |
| 65 | 5 | 65 | 17 | Trustee |
| 65 | 22 | 67 | 13 | Trustee |
| 70 | 9 | 71 | 5 | Trustee |
| 71 | 6 | 71 | 17 | Trustee |
| 71 | 22 | 72 | 5 | Trustee |
| 72 | 6 | 75 | 17 | Trustee |
| 75 | 21 | 76 | 5 | Trustee |
| 79 | 20 | 80 | 17 | Trustee |
| 80 | 19 | 80 | 23 | Trustee |

1

## ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 81 | 14 | 81 | 18 | Trustee |
| 82 | 14 | 83 | 19 | Trustee |
| 83 | 21 | 83 | 25 | Trustee |
| 84 | 10 | 85 | 6 | Trustee |
| 85 | 7 | 86 | 3 | Trustee |
| 89 | 1 | 91 | 1 | Trustee |
| 92 | 23 | 93 | 25 | Trustee |
| 96 | 6 | 96 | 25 | Claimant |
| 97 | 1 | 97 | 25 | Claimant |
| 98 | 1 | 98 | 25 | Claimant |
| 99 | 1 | 99 | 25 | Claimant |
| 100 | 1 | 100 | 25 | Claimant |
| 101 | 1 | 101 | 25 | Claimant |
| 102 | 1 | 102 | 25 | Claimant |
| 103 | 1 | 103 | 25 | Claimant |
| 104 | 1 | 104 | 25 | Claimant |
| 105 | 1 | 105 | 25 | Claimant |
| 106 | 1 | 106 | 25 | Claimant |
| 107 | 1 | 107 | 25 | Claimant |
| 108 | 1 | 108 | 25 | Claimant |
| 109 | 1 | 109 | 25 | Claimant |
| 110 | 1 | 110 | 25 | Claimant |
| 111 | 1 | 111 | 25 | Claimant |
| 112 | 1 | 112 | 25 | Claimant |
| 113 | 1 | 113 | 25 | Claimant |
| 114 | 1 | 114 | 25 | Claimant |
| 115 | 1 | 115 | 25 | Claimant |
| 116 | 1 | 116 | 25 | Claimant |
| 117 | 1 | 117 | 25 | Claimant |
| 118 | 1 | 118 | 25 | Claimant |
| 119 | 1 | 119 | 25 | Claimant |
| 120 | 1 | 120 | 25 | Claimant |
| 120 | 10 | 121 | 5 | Trustee |
| 121 | 1 | 121 | 8 | Claimant |

ATTACHMENT 2

**Alethea Leung**
Deposition dated June 2, 2016

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 5 | 5 | 5 | 8 | Trustee |
| 9 | 6 | 9 | 19 | Trustee |
| 9 | 21 | 11 | 13 | Trustee |
| 11 | 14 | 12 | 24 | Trustee |
| 13 | 12 | 14 | 20 | Trustee |
| 15 | 25 | 16 | 2 | Trustee |
| 16 | 10 | 16 | 14 | Trustee |
| 16 | 24 | 17 | 19 | Trustee |
| 17 | 25 | 18 | 8 | Trustee |
| 18 | 22 | 20 | 21 | Trustee |
| 21 | 9 | 22 | 21 | Trustee |
| 23 | 6 | 23 | 19 | Trustee |
| 23 | 23 | 24 | 1 | Trustee |
| 24 | 14 | 25 | 2 | Trustee |
| 25 | 3 | 25 | 7 | Trustee |
| 25 | 19 | 25 | 25 | Trustee |
| 26 | 1 | 28 | 5 | Trustee |
| 28 | 12 | 30 | 2 | Trustee |
| 30 | 7 | 30 | 24 | Trustee |
| 31 | 7 | 32 | 1 | Trustee |
| 33 | 23 | 34 | 4 | Trustee |
| 34 | 11 | 35 | 15 | Trustee |
| 36 | 3 | 39 | 5 | Trustee |
| 41 | 17 | 43 | 11 | Trustee |
| 43 | 14 | 46 | 3 | Trustee |
| 46 | 22 | 47 | 24 | Trustee |
| 48 | 5 | 51 | 22 | Trustee |
| 51 | 25 | 57 | 11 | Trustee |
| 57 | 12 | 59 | 14 | Trustee |
| 59 | 15 | 62 | 12 | Trustee |
| 62 | 13 | 62 | 22 | Trustee |
| 62 | 25 | 63 | 14 | Trustee |
| 65 | 12 | 67 | 3 | Trustee |

1

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 67 | 4 | 69 | 1 | Trustee |
| 69 | 4 | 71 | 6 | Trustee |
| 71 | 11 | 73 | 21 | Trustee |
| 73 | 24 | 75 | 4 | Trustee |
| 75 | 6 | 77 | 17 | Trustee |
| 77 | 20 | 78 | 24 | Trustee |
| 79 | 1 | 79 | 15 | Trustee |
| 81 | 22 | 82 | 5 | Trustee |
| 84 | 5 | 86 | 8 | Trustee |
| 86 | 17 | 87 | 3 | Trustee |
| 87 | 4 | 89 | 8 | Trustee |
| 90 | 3 | 91 | 9 | Trustee |
| 91 | 10 | 92 | 10 | Trustee |
| 92 | 12 | 92 | 13 | Trustee |
| 92 | 14 | 94 | 17 | Trustee |
| 94 | 18 | 95 | 5 | Trustee |
| 95 | 9 | 96 | 24 | Trustee |
| 96 | 25 | 98 | 24 | Trustee |
| 99 | 7 | 101 | 3 | Trustee |
| 101 | 6 | 101 | 25 | Trustee |
| 102 | 13 | 108 | 3 | Trustee |
| 108 | 4 | 108 | 10 | Trustee |
| 108 | 18 | 109 | 1 | Trustee |
| 109 | 11 | 112 | 5 | Trustee |
| 112 | 20 | 113 | 14 | Trustee |
| 113 | 19 | 115 | 23 | Trustee |
| 115 | 25 | 117 | 8 | Trustee |
| 117 | 9 | 117 | 19 | Trustee |
| 118 | 4 | 118 | 19 | Trustee |
| 118 | 21 | 120 | 13 | Trustee |
| 120 | 22 | 121 | 10 | Trustee |
| 122 | 20 | 123 | 16 | Trustee |
| 123 | 17 | 125 | 25 | Trustee |
| 126 | 5 | 127 | 13 | Trustee |
| 127 | 17 | 128 | 14 | Trustee |
| 129 | 2 | 129 | 17 | Trustee |
| 129 | 20 | 129 | 25 | Claimant |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 130 | 1 | 130 | 25 | Claimant |
| 131 | 1 | 131 | 25 | Claimant |
| 132 | 1 | 132 | 25 | Claimant |
| 133 | 1 | 133 | 25 | Claimant |
| 134 | 1 | 134 | 25 | Claimant |
| 135 | 1 | 135 | 25 | Claimant |
| 136 | 1 | 136 | 25 | Claimant |
| 137 | 1 | 137 | 25 | Claimant |
| 138 | 1 | 138 | 25 | Claimant |
| 139 | 1 | 139 | 25 | Claimant |
| 140 | 1 | 140 | 25 | Claimant |
| 141 | 1 | 141 | 25 | Claimant |
| 142 | 1 | 142 | 25 | Claimant |
| 143 | 1 | 143 | 25 | Claimant |
| 144 | 1 | 144 | 25 | Claimant |
| 145 | 1 | 145 | 25 | Claimant |
| 146 | 1 | 146 | 25 | Claimant |
| 147 | 1 | 147 | 25 | Claimant |
| 148 | 1 | 148 | 25 | Claimant |
| 149 | 1 | 149 | 25 | Claimant |
| 150 | 1 | 150 | 25 | Claimant |
| 151 | 1 | 151 | 25 | Claimant |
| 152 | 1 | 152 | 25 | Claimant |
| 153 | 1 | 153 | 25 | Claimant |
| 153 | 2 | 154 | 20 | Trustee |
| 154 | 1 | 154 | 25 | Claimant |
| 154 | 21 | 155 | 3 | Trustee |
| 155 | 1 | 155 | 25 | Claimant |
| 155 | 5 | 157 | 4 | Trustee |
| 156 | 1 | 156 | 25 | Claimant |
| 157 | 1 | 157 | 25 | Claimant |
| 157 | 8 | 158 | 4 | Trustee |
| 158 | 1 | 158 | 6 | Claimant |

ATTACHMENT 2

**Bernard L. Madoff**
Deposition dated June 15, 2016

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 6 | 1 | 6 | 25 | Claimant |
| 7 | 1 | 7 | 25 | Claimant |
| 8 | 1 | 8 | 25 | Claimant |
| 9 | 1 | 9 | 25 | Claimant |
| 10 | 1 | 10 | 25 | Claimant |
| 11 | 1 | 11 | 25 | Claimant |
| 12 | 1 | 12 | 25 | Claimant |
| 13 | 1 | 13 | 25 | Claimant |
| 14 | 1 | 14 | 25 | Claimant |
| 15 | 1 | 15 | 25 | Claimant |
| 16 | 1 | 16 | 25 | Claimant |
| 17 | 1 | 17 | 25 | Claimant |
| 18 | 1 | 18 | 25 | Claimant |
| 19 | 1 | 19 | 25 | Claimant |
| 20 | 1 | 20 | 25 | Claimant |
| 21 | 1 | 21 | 25 | Claimant |
| 22 | 1 | 22 | 25 | Claimant |
| 23 | 1 | 23 | 25 | Claimant |
| 24 | 1 | 24 | 25 | Claimant |
| 25 | 1 | 25 | 25 | Claimant |
| 26 | 1 | 26 | 25 | Claimant |
| 27 | 1 | 27 | 25 | Claimant |
| 28 | 1 | 28 | 25 | Claimant |
| 29 | 1 | 29 | 25 | Claimant |
| 30 | 1 | 30 | 25 | Claimant |
| 31 | 1 | 31 | 25 | Claimant |
| 32 | 1 | 32 | 25 | Claimant |
| 33 | 1 | 33 | 25 | Claimant |
| 34 | 1 | 34 | 25 | Claimant |
| 35 | 1 | 35 | 25 | Claimant |
| 36 | 1 | 36 | 25 | Claimant |
| 37 | 1 | 37 | 25 | Claimant |
| 38 | 1 | 38 | 25 | Claimant |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 39 | 1 | 39 | 25 | Claimant |
| 40 | 1 | 40 | 25 | Claimant |
| 41 | 1 | 41 | 25 | Claimant |
| 42 | 1 | 42 | 25 | Claimant |
| 43 | 1 | 43 | 25 | Claimant |
| 44 | 1 | 44 | 25 | Claimant |
| 45 | 1 | 45 | 25 | Claimant |
| 46 | 1 | 46 | 25 | Claimant |
| 47 | 1 | 47 | 25 | Claimant |
| 48 | 1 | 48 | 25 | Claimant |
| 49 | 1 | 49 | 25 | Claimant |
| 50 | 1 | 50 | 25 | Claimant |
| 51 | 1 | 51 | 25 | Claimant |
| 52 | 1 | 52 | 25 | Claimant |
| 53 | 1 | 53 | 25 | Claimant |
| 54 | 1 | 54 | 25 | Claimant |
| 55 | 1 | 55 | 25 | Claimant |
| 56 | 1 | 56 | 25 | Claimant |
| 57 | 1 | 57 | 25 | Claimant |
| 58 | 1 | 58 | 25 | Claimant |
| 59 | 1 | 59 | 25 | Claimant |
| 60 | 1 | 60 | 25 | Claimant |
| 61 | 1 | 61 | 25 | Claimant |
| 62 | 1 | 62 | 25 | Claimant |
| 63 | 1 | 63 | 25 | Claimant |
| 64 | 1 | 64 | 25 | Claimant |
| 65 | 1 | 65 | 25 | Claimant |
| 66 | 1 | 66 | 25 | Claimant |
| 67 | 1 | 67 | 25 | Claimant |
| 68 | 1 | 68 | 1 | Claimant |
| 105 | 20 | 105 | 25 | Claimant |
| 106 | 1 | 106 | 25 | Claimant |
| 107 | 1 | 107 | 25 | Claimant |
| 108 | 1 | 108 | 25 | Claimant |
| 109 | 1 | 109 | 1 | Claimant |

ATTACHMENT 2

**Joann Sala**
Deposition dated May 19, 2016 and June 13, 2016

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 7 | 1 | 7 | 4 | Trustee |
| 11 | 13 | 11 | 15 | Trustee |
| 12 | 9 | 12 | 15 | Trustee |
| 12 | 20 | 13 | 12 | Trustee |
| 13 | 13 | 15 | 19 | Trustee |
| 18 | 5 | 18 | 9 | Trustee |
| 18 | 18 | 19 | 12 | Trustee |
| 19 | 13 | 20 | 15 | Trustee |
| 20 | 16 | 21 | 22 | Trustee |
| 22 | 3 | 22 | 22 | Trustee |
| 23 | 3 | 23 | 12 | Trustee |
| 23 | 25 | 25 | 13 | Trustee |
| 25 | 14 | 25 | 23 | Trustee |
| 25 | 24 | 26 | 13 | Trustee |
| 26 | 16 | 26 | 19 | Trustee |
| 27 | 9 | 29 | 5 | Trustee |
| 29 | 6 | 30 | 25 | Trustee |
| 31 | 1 | 32 | 13 | Trustee |
| 32 | 14 | 33 | 13 | Trustee |
| 33 | 21 | 34 | 24 | Trustee |
| 35 | 6 | 35 | 13 | Trustee |
| 35 | 21 | 36 | 8 | Trustee |
| 36 | 9 | 37 | 8 | Trustee |
| 37 | 23 | 38 | 13 | Trustee |
| 38 | 14 | 43 | 25 | Trustee |
| 44 | 1 | 45 | 22 | Trustee |
| 45 | 23 | 46 | 11 | Trustee |
| 46 | 12 | 47 | 15 | Trustee |
| 48 | 21 | 50 | 19 | Trustee |
| 50 | 21 | 52 | 6 | Trustee |
| 52 | 7 | 53 | 10 | Trustee |
| 53 | 11 | 57 | 25 | Trustee |
| 58 | 4 | 60 | 8 | Trustee |

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 60 | 9 | 60 | 20 | Trustee |
| 61 | 4 | 67 | 15 | Trustee |
| 67 | 20 | 68 | 13 | Trustee |
| 69 | 8 | 71 | 12 | Trustee |
| 72 | 3 | 77 | 23 | Trustee |
| 78 | 4 | 84 | 3 | Trustee |
| 84 | 18 | 91 | 3 | Trustee |
| 91 | 13 | 93 | 2 | Trustee |
| 93 | 7 | 95 | 5 | Trustee |
| 95 | 19 | 104 | 1 | Trustee |
| 104 | 4 | 110 | 20 | Trustee |
| 110 | 25 | 114 | 8 | Trustee |
| 114 | 9 | 115 | 17 | Trustee |
| 115 | 18 | 117 | 21 | Trustee |
| 117 | 22 | 119 | 3 | Trustee |
| 119 | 4 | 119 | 7 | Trustee |
| 119 | 8 | 120 | 18 | Trustee |
| 120 | 22 | 121 | 6 | Trustee |
| 121 | 10 | 121 | 23 | Trustee |
| 121 | 24 | 126 | 11 | Trustee |
| 128 | 12 | 131 | 18 | Trustee |
| 131 | 19 | 138 | 23 | Trustee |
| 139 | 4 | 142 | 5 | Trustee |
| 142 | 6 | 143 | 11 | Trustee |
| 143 | 19 | 144 | 11 | Trustee |
| 144 | 12 | 144 | 18 | Trustee |
| 144 | 19 | 149 | 4 | Trustee |
| 149 | 7 | 151 | 17 | Trustee |
| 151 | 23 | 155 | 8 | Trustee |
| 157 | 2 | 160 | 25 | Trustee |
| 161 | 3 | 164 | 9 | Trustee |
| 164 | 10 | 165 | 11 | Trustee |
| 165 | 16 | 165 | 25 | Trustee |
| 166 | 6 | 167 | 1 | Trustee |
| 168 | 23 | 169 | 12 | Trustee |
| 178 | 1 | 178 | 5 | Trustee |
| 179 | 1 | 179 | 3 | Trustee |

2

## ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| *Page* | *Line* | *Page* | *Line* | |
| 179 | 7 | 179 | 12 | Trustee |
| 179 | 24 | 185 | 5 | Trustee |
| 185 | 6 | 187 | 17 | Trustee |
| 187 | 18 | 188 | 22 | Trustee |
| 189 | 3 | 190 | 16 | Trustee |
| 190 | 23 | 192 | 16 | Trustee |
| 192 | 17 | 194 | 7 | Trustee |
| 194 | 24 | 196 | 3 | Trustee |
| 196 | 12 | 196 | 18 | Trustee |
| 196 | 21 | 199 | 12 | Trustee |
| 199 | 21 | 200 | 6 | Trustee |
| 200 | 7 | 201 | 14 | Trustee |
| 203 | 13 | 204 | 10 | Trustee |
| 204 | 11 | 206 | 11 | Trustee |
| 206 | 12 | 208 | 7 | Trustee |
| 208 | 8 | 211 | 21 | Trustee |
| 212 | 9 | 214 | 21 | Trustee |
| 214 | 22 | 217 | 12 | Trustee |
| 217 | 13 | 218 | 14 | Trustee |
| 218 | 15 | 219 | 16 | Trustee |
| 219 | 17 | 221 | 10 | Trustee |
| 221 | 11 | 223 | 2 | Trustee |
| 223 | 5 | 224 | 6 | Trustee |
| 224 | 16 | 226 | 17 | Trustee |
| 227 | 6 | 227 | 25 | Claimant |
| 228 | 1 | 228 | 25 | Claimant |
| 229 | 1 | 229 | 25 | Claimant |
| 230 | 1 | 230 | 25 | Claimant |
| 231 | 1 | 231 | 25 | Claimant |
| 232 | 1 | 232 | 25 | Claimant |
| 233 | 1 | 233 | 25 | Claimant |
| 234 | 1 | 234 | 25 | Claimant |
| 235 | 1 | 235 | 25 | Claimant |
| 236 | 1 | 236 | 25 | Claimant |
| 237 | 1 | 237 | 25 | Claimant |
| 238 | 1 | 238 | 25 | Claimant |
| 239 | 1 | 239 | 25 | Claimant |

3

ATTACHMENT 2

| Deposition Designation | | | | Party |
|---|---|---|---|---|
| Start | | Stop | | |
| Page | Line | Page | Line | |
| 240 | 1 | 240 | 25 | Claimant |
| 241 | 1 | 241 | 25 | Claimant |
| 242 | 1 | 242 | 25 | Claimant |
| 243 | 1 | 243 | 25 | Claimant |
| 244 | 1 | 244 | 25 | Claimant |
| 245 | 1 | 245 | 25 | Claimant |
| 246 | 1 | 246 | 25 | Claimant |
| 247 | 1 | 247 | 25 | Claimant |
| 248 | 1 | 248 | 25 | Claimant |
| 249 | 1 | 249 | 25 | Claimant |
| 250 | 1 | 250 | 25 | Claimant |
| 251 | 1 | 251 | 25 | Claimant |
| 252 | 1 | 252 | 25 | Claimant |
| 253 | 1 | 253 | 25 | Claimant |
| 254 | 1 | 254 | 25 | Claimant |
| 255 | 1 | 255 | 25 | Claimant |
| 256 | 1 | 256 | 25 | Claimant |
| 257 | 1 | 257 | 25 | Claimant |
| 258 | 1 | 258 | 25 | Claimant |
| 259 | 1 | 259 | 25 | Claimant |
| 260 | 1 | 260 | 25 | Claimant |
| 261 | 1 | 261 | 25 | Claimant |
| 262 | 1 | 262 | 25 | Claimant |
| 263 | 1 | 263 | 25 | Claimant |
| 264 | 1 | 264 | 25 | Claimant |
| 265 | 1 | 265 | 25 | Claimant |
| 266 | 1 | 266 | 25 | Claimant |
| 267 | 1 | 267 | 25 | Claimant |
| 268 | 1 | 268 | 25 | Claimant |
| 269 | 1 | 269 | 25 | Claimant |
| 270 | 1 | 270 | 4 | Claimant |
| 279 | 9 | 279 | 25 | Claimant |
| 280 | 1 | 280 | 25 | Claimant |
| 281 | 1 | 281 | 25 | Claimant |
| 282 | 1 | 282 | 25 | Claimant |
| 283 | 1 | 283 | 24 | Claimant |