**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Keith R. Murphy
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> NORTON A. EISENBERG, <br><br> Defendant. | Adv. Pro. No. 10-04576 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L.

Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa–*lll*, and the substantively consolidated chapter 7 estate of Bernard L. Madoff

individually, by and through his counsel, Baker & Hostetler LLP, and defendant Norton A.

Eisenberg ("Defendant," and together with the Trustee, the "Parties"), hereby stipulate and agree

to the following:

1.      On December 1, 2010, the Trustee filed and served the Complaint against

Defendants.

2.      On August 17, 2015, Defendants filed and served an answer to the Complaint on

the Trustee.

3.      On August 21, 2017, the Parties entered into a settlement agreement pursuant to the

Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4.      Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and Federal Rule of

Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal with prejudice of the

Trustee's claims against Defendant in the above-referenced adversary proceeding and dismissal of

the adversary proceeding with prejudice.

5.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and parties

of interest.

6.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be

deemed an original.

7.    The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: January 17, 2018
New York, New York

By: */s/Matthew Kupillas*_____
Matthew Kupillas
Email:  mkupillas@milberg.com

**MILBERG LLP**
One Penn Plaza
New York, NY 10119
Telephone:  (212) 594-5300

*Attorneys for Defendant*

By:  */s/Tatiana Markel*_____
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*

SO ORDERED

Dated: **January 17th, 2018**
New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE