# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Sarah Mondshine Revocable TST U/A/D May 30, 1994 (the "Claimant"), having filed an objection (the "Objection," ECF No. 1194) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims designated as Claims Nos. 003093 and 003126, hereby gives notice that it withdraws such Objection.

Dated: January 18th, 2018

Ross Bennett Gampel
Klemick and Gampel, P.A.
1953 SW 27th Ave.
Miami, FL 33145
Tel: (305) ~~707-6430~~ 856-4577
*Attorneys for Sarah Mondshine Revocable TST U/A/D May 30, 1994*

300457677.1