UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Stanley Mondshine and Sarah Mondshine J/T WROS (the "Claimants"), having filed an objection (the "Objection," ECF No. 2287) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim designated as Claim No. 003085, hereby give notice that they withdraw such Objection.

Dated: January 18, 2018

　　　　　　　／s／ Ross Bennett Gampel
　　　　　　　Ross Bennett Gampel
　　　　　　　Klemick and Gampel, P.A.
　　　　　　　1953 SW 27th Ave.
　　　　　　　Miami, FL 33145
　　　　　　　Tel: (305) 856-4577
　　　　　　　*Attorneys for Stanley Mondshine and Sarah Mondshine J/T WROS*