**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Estelle Harwood (the "Claimant"), having filed an Objection (Docket No. 570) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#005664), hereby gives notice that she withdraws such Objection.

Dated: January 18, 2018

                   /s/ *Randall S.D. Jacobs*
                   Randall S.D. Jacobs, Esq. on behalf of
                   Defendants
                   Randall S.D. Jacobs, PLLC
                   30 Wall Street, 8th Fl
                   New York, NY 10005
                   (212) 709-8116