Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| GRACE & COMPANY | 1T0026 |
| EJS & ASSOCIATES | 1ZA192 |
| GLANTZ FAMILY FOUNDATION  C/O MR RICHARD GLANTZ | 1ZB010 |
| JELRIS & ASSOCIATES | 1ZB143 |
| NTC & CO. FBO RICHARD M GLANTZ (87328) | 1ZR010 |
| NTC & CO. FBO EDWARD R GLANTZ (94559) | 1ZR176 |