**BLMIS ACCOUNT NO. 1T0026 - GRACE & COMPANY**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 11/19/1992 | CHECK WIRE | 2,800,000 | 2,800,000 | - | - | - | 2,800,000 | - |
| 11/19/1992 | CHECK WIRE | 2,300,000 | 2,300,000 | - | - | - | 5,100,000 | - |
| 12/7/1992 | CHECK WIRE | 1,400,000 | 1,400,000 | - | - | - | 6,500,000 | - |
| 1/19/1993 | CHECK | 150,000 | 150,000 | - | - | - | 6,650,000 | - |
| 3/31/1993 | CHECK | (220,000) | - | (220,000) | - | - | 6,430,000 | - |
| 4/28/1993 | CHECK | (50,000) | - | (50,000) | - | - | 6,380,000 | - |
| 5/20/1993 | CHECK WIRE | (4,687,531) | - | (4,687,531) | - | - | 1,692,469 | - |
| 9/15/1993 | CHECK | (50,000) | - | (50,000) | - | - | 1,642,469 | - |
| 1/14/1994 | TRANS FROM 1ZB12830 (*1ZB128*) | 2,644,977 [1] | - | - | 2,467,003 | - | 4,109,472 | - |
| 1/14/1994 | TRANS FROM 1ZA16930 (*1ZA169*) | 58,047 [2] | - | - | - | - | 4,109,472 | - |
| 1/27/1994 | TRANS FROM 1ZA95530 (*1ZA955*) | 57,831 [1] | - | - | 49,263 | - | 4,158,735 | - |
| 1/27/1994 | TRANS FROM 1ZA95430 (*1ZA954*) | 93,633 [1] | - | - | 80,000 | - | 4,238,735 | - |
| 2/3/1994 | CHECK | (40,000) | - | (40,000) | - | - | 4,198,735 | - |
| 3/8/1994 | CHECK | 10,000 | 10,000 | - | - | - | 4,208,735 | - |
| 3/8/1994 | CHECK | (100,000) | - | (100,000) | - | - | 4,108,735 | - |
| 3/23/1994 | TRANS FROM 1ZA95530 (*1ZA955*) | 37 [2] | - | - | - | - | 4,108,735 | - |
| 3/23/1994 | TRANS FROM 1ZA95430 (*1ZA954*) | 73 [2] | - | - | - | - | 4,108,735 | - |
| 4/11/1994 | CHECK | (13,500) | - | (13,500) | - | - | 4,095,235 | - |
| 4/14/1994 | TRANS FROM 1ZA95530 (*1ZA955*) | 8 [2] | - | - | - | - | 4,095,235 | - |
| 4/14/1994 | TRANS FROM 1ZA95430 (*1ZA954*) | 16 [2] | - | - | - | - | 4,095,235 | - |
| 4/26/1994 | CHECK | (81,000) | - | (81,000) | - | - | 4,014,235 | - |
| 5/19/1994 | CHECK | 85,000 | 85,000 | - | - | - | 4,099,235 | - |
| 7/7/1994 | CHECK | (236,000) | - | (236,000) | - | - | 3,863,235 | - |
| 7/28/1994 | CHECK WIRE | 225,000 | 225,000 | - | - | - | 4,088,235 | - |
| 8/11/1994 | CHECK | (20,000) | - | (20,000) | - | - | 4,068,235 | - |
| 8/18/1994 | CHECK | (120,000) | - | (120,000) | - | - | 3,948,235 | - |
| 9/28/1994 | CHECK | (76,000) | - | (76,000) | - | - | 3,872,235 | - |
| 10/19/1994 | CHECK | (160,000) | - | (160,000) | - | - | 3,712,235 | - |
| 11/30/1994 | CHECK | (50,000) | - | (50,000) | - | - | 3,662,235 | - |
| 12/27/1994 | CHECK | (170,000) | - | (170,000) | - | - | 3,492,235 | - |
| 1/13/1995 | CHECK | (90,000) | - | (90,000) | - | - | 3,402,235 | - |
| 4/3/1995 | CHECK | (550,000) | - | (550,000) | - | - | 2,852,235 | - |
| 6/1/1995 | CHECK | (200,000) | - | (200,000) | - | - | 2,652,235 | - |

**BLMIS ACCOUNT NO. 1T0026 - GRACE & COMPANY**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 8/7/1995 | CHECK | (210,000) | - | (210,000) | - | - | 2,442,235 | - |
| 12/19/1995 | CHECK | (400,000) | - | (400,000) | - | - | 2,042,235 | - |
| 1/24/1996 | CHECK | 135,000 | 135,000 | - | - | - | 2,177,235 | - |
| 6/5/1996 | CHECK | (300,000) | - | (300,000) | - | - | 1,877,235 | - |
| 8/20/1996 | CHECK | (90,000) | - | (90,000) | - | - | 1,787,235 | - |
| 9/18/1996 | CHECK | 53,000 | 53,000 | - | - | - | 1,840,235 | - |
| 12/19/1996 | CHECK | (700,000) | - | (700,000) | - | - | 1,140,235 | - |
| 1/14/1997 | CHECK | 100,000 | 100,000 | - | - | - | 1,240,235 | - |
| 1/15/1997 | TRANS TO 1ZB12530 (*1ZB125*) | (112,000) | - | - | - | (112,000) | 1,128,235 | - |
| 1/15/1997 | TRANS TO 1ZB12530 (*1ZB125*) | (100,000) | - | - | - | (100,000) | 1,028,235 | - |
| 4/4/1997 | CHECK | (150,000) | - | (150,000) | - | - | 878,235 | - |
| 4/25/1997 | CHECK | (300,000) | - | (300,000) | - | - | 578,235 | - |
| 9/3/1997 | CHECK | (75,000) | - | (75,000) | - | - | 503,235 | - |
| 9/16/1997 | CHECK | (50,000) | - | (50,000) | - | - | 453,235 | - |
| 12/19/1997 | CHECK | (450,000) | - | (450,000) | - | - | 3,235 | - |
| 1/6/1998 | CHECK | 150,000 | 150,000 | - | - | - | 153,235 | - |
| 3/24/1998 | CHECK | (250,000) | - | (250,000) | - | - | (96,765) | - |
| 7/20/1998 | CHECK | (34,400) | - | (34,400) | - | - | (131,165) | - |
| 8/19/1998 | CHECK | (200,000) | - | (200,000) | - | - | (331,165) | - |
| 12/24/1998 | CHECK | (462,000) | - | (462,000) | - | - | (793,165) | - |
| 1/8/1999 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (693,165) | - |
| 6/9/1999 | CHECK | (150,000) | - | (150,000) | - | - | (843,165) | - |
| 6/28/1999 | CHECK | 150,000 | 150,000 | - | - | - | (693,165) | - |
| 8/17/1999 | CHECK | (150,000) | - | (150,000) | - | - | (843,165) | - |
| 12/13/1999 | CHECK | (628,000) | - | (628,000) | - | - | (1,471,165) | - |
| 12/21/1999 | CHECK | (195,000) | - | (195,000) | - | - | (1,666,165) | - |
| 1/4/2000 | CHECK WIRE | 150,000 | 150,000 | - | - | - | (1,516,165) | - |
| 4/17/2000 | CHECK | (250,000) | - | (250,000) | - | - | (1,766,165) | - |
| 5/11/2000 | CHECK WIRE | 900,000 | 900,000 | - | - | - | (866,165) | - |
| 7/14/2000 | CHECK | (180,000) | - | (180,000) | - | - | (1,046,165) | - |
| 9/13/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,246,165) | - |
| 10/18/2000 | CHECK | (250,000) | - | (250,000) | - | - | (1,496,165) | - |
| 12/22/2000 | CHECK | (695,000) | - | (695,000) | - | - | (2,191,165) | - |
| 12/26/2000 | CHECK | (123,000) | - | (123,000) | - | - | (2,314,165) | - |
| 1/3/2001 | CHECK | 250,000 | 250,000 | - | - | - | (2,064,165) | - |

**BLMIS ACCOUNT NO. 1T0026 - GRACE & COMPANY**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 5/4/2001 | CHECK | (250,000) | - | (250,000) | - | - | (2,314,165) | - |
| 11/5/2001 | CHECK | (250,000) | - | (250,000) | - | - | (2,564,165) | - |
| 12/18/2001 | CHECK | (410,000) | - | (410,000) | - | - | (2,974,165) | - |
| 1/3/2002 | CHECK | 250,000 | 250,000 | - | - | - | (2,724,165) | - |
| 4/19/2002 | CHECK | (250,000) | - | (250,000) | - | - | (2,974,165) | - |
| 5/30/2002 | CHECK | (100,000) | - | (100,000) | - | - | (3,074,165) | - |
| 6/10/2002 | CHECK | (90,000) | - | (90,000) | - | - | (3,164,165) | - |
| 6/14/2002 | CHECK | (190,000) | - | (190,000) | - | - | (3,354,165) | - |
| 6/21/2002 | CHECK | 1,200,000 | 1,200,000 | - | - | - | (2,154,165) | - |
| 8/23/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,254,165) | - |
| 8/29/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,354,165) | - |
| 9/24/2002 | CHECK | (100,000) | - | (100,000) | - | - | (2,454,165) | - |
| 12/23/2002 | CHECK | (1,530,000) | - | (1,530,000) | - | - | (3,984,165) | - |
| 1/13/2003 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (3,884,165) | - |
| 5/12/2003 | CHECK | (100,000) | - | (100,000) | - | - | (3,984,165) | - |
| 6/25/2003 | CHECK | (50,000) | - | (50,000) | - | - | (4,034,165) | - |
| 10/7/2003 | CHECK | (100,000) | - | (100,000) | - | - | (4,134,165) | - |
| 12/22/2003 | CHECK WIRE | (650,000) | - | (650,000) | - | - | (4,784,165) | - |
| 2/25/2004 | CHECK | (400,000) | - | (400,000) | - | - | (5,184,165) | - |
| 6/1/2004 | CHECK WIRE | 400,000 | 400,000 | - | - | - | (4,784,165) | - |
| 7/22/2004 | CHECK | (400,000) | - | (400,000) | - | - | (5,184,165) | - |
| 10/20/2004 | CHECK | (200,000) | - | (200,000) | - | - | (5,384,165) | - |
| 12/7/2004 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (4,384,165) | - |
| 12/31/2004 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,884,165) | - |
| 1/31/2005 | CHECK WIRE | 550,000 | 550,000 | - | - | - | (4,334,165) | - |
| 2/14/2005 | CHECK WIRE | 400,000 | 400,000 | - | - | - | (3,934,165) | - |
| 2/18/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (3,734,165) | - |
| 4/1/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,234,165) | - |
| 5/2/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (4,034,165) | - |
| 5/10/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (3,834,165) | - |
| 5/31/2005 | CHECK WIRE | 350,000 | 350,000 | - | - | - | (3,484,165) | - |
| 7/22/2005 | CHECK | (90,000) | - | (90,000) | - | - | (3,574,165) | - |
| 10/3/2005 | CHECK | (100,000) | - | (100,000) | - | - | (3,674,165) | - |
| 12/27/2005 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,174,165) | - |
| 1/23/2006 | CHECK WIRE | 300,000 | 300,000 | - | - | - | (3,874,165) | - |

**BLMIS ACCOUNT NO. 1T0026 - GRACE & COMPANY**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 3/29/2006 | CHECK | (50,000) | - | (50,000) | - | - | (3,924,165) | - |
| 6/28/2006 | CHECK | (400,000) | - | (400,000) | - | - | (4,324,165) | - |
| 9/29/2006 | CHECK | (400,000) | - | (400,000) | - | - | (4,724,165) | - |
| 12/21/2006 | CHECK | (400,000) | - | (400,000) | - | - | (5,124,165) | (400,000) |
| 3/29/2007 | CHECK WIRE | (550,000) | - | (550,000) | - | - | (5,674,165) | (550,000) |
| 7/9/2007 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | (4,674,165) | - |
| 7/23/2007 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | (6,674,165) | (2,000,000) |
| 8/28/2007 | CHECK WIRE | 500,000 | 500,000 | - | - | - | (6,174,165) | - |
| 10/1/2007 | CHECK WIRE | 400,000 | 400,000 | - | - | - | (5,774,165) | - |
| 12/21/2007 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (6,374,165) | (600,000) |
| 3/28/2008 | CHECK | (100,000) | - | (100,000) | - | - | (6,474,165) | (100,000) |
| 6/11/2008 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | (4,474,165) | - |
| 6/27/2008 | CHECK WIRE | (3,100,000) | - | (3,100,000) | - | - | (7,574,165) | (3,100,000) |
| 8/18/2008 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (7,374,165) | - |
| | Total: | | $ 18,208,000 | $ (27,966,431) | $ 2,596,266 | $ (212,000) | $ (7,374,165) | $ (6,750,000) |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

**BLMIS ACCOUNT NO. 1ZA192 - EJS & ASSOCIATES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 12/7/1992 | CHECK | 383,000 | 383,000 | - | - | - | 383,000 | - |
| 12/7/1992 | CHECK | 815,000 | 815,000 | - | - | - | 1,198,000 | - |
| 12/7/1992 | CHECK | 337,000 | 337,000 | - | - | - | 1,535,000 | - |
| 1/4/1993 | CHECK | 70,000 | 70,000 | - | - | - | 1,605,000 | - |
| 2/2/1993 | CHECK | 3,250,000 | 3,250,000 | - | - | - | 4,855,000 | - |
| 10/20/1993 | TRANS TO 1Z314330 *(1ZB143)* | (4,000,000) | - | - | - | (4,000,000) | 855,000 | - |
| 1/5/1994 | CHECK | 100,000 | 100,000 | - | - | - | 955,000 | - |
| 4/8/1996 | CHECK | (70,000) | - | (70,000) | - | - | 885,000 | - |
| 6/20/1996 | CHECK | 25,000 | 25,000 | - | - | - | 910,000 | - |
| 6/20/1996 | CHECK | 50,000 | 50,000 | - | - | - | 960,000 | - |
| 6/20/1996 | CHECK | 75,000 | 75,000 | - | - | - | 1,035,000 | - |
| 6/21/1996 | CHECK | (20,000) | - | (20,000) | - | - | 1,015,000 | - |
| 12/17/1996 | TRANS FROM 1ZB12530 *(1ZB125)* | 1,270,422 [1] | - | - | 537,366 | - | 1,552,366 | - |
| 12/19/1996 | CHECK | (285,000) | - | (285,000) | - | - | 1,267,366 | - |
| 6/20/1997 | CHECK | (175,000) | - | (175,000) | - | - | 1,092,366 | - |
| 9/3/1997 | CHECK | (100,000) | - | (100,000) | - | - | 992,366 | - |
| 9/16/1997 | CHECK | (200,000) | - | (200,000) | - | - | 792,366 | - |
| 11/5/1997 | CHECK | (50,000) | - | (50,000) | - | - | 742,366 | - |
| 12/19/1997 | CHECK | (580,000) | - | (580,000) | - | - | 162,366 | - |
| 1/6/1998 | CHECK | 150,000 | 150,000 | - | - | - | 312,366 | - |
| 3/24/1998 | CHECK | (200,000) | - | (200,000) | - | - | 112,366 | - |
| 7/20/1998 | CHECK | (3,380) | - | (3,380) | - | - | 108,986 | - |
| 8/19/1998 | CHECK | (200,000) | - | (200,000) | - | - | (91,014) | - |
| 12/24/1998 | CHECK | (600,000) | - | (600,000) | - | - | (691,014) | - |
| 1/11/1999 | CHECK WIRE | 150,000 | 150,000 | - | - | - | (541,014) | - |
| 3/31/1999 | CHECK | (300,000) | - | (300,000) | - | - | (841,014) | - |
| 6/9/1999 | CHECK | (400,000) | - | (400,000) | - | - | (1,241,014) | - |
| 8/17/1999 | CHECK | (100,000) | - | (100,000) | - | - | (1,341,014) | - |
| 12/13/1999 | CHECK | (341,000) | - | (341,000) | - | - | (1,682,014) | - |
| 12/20/1999 | CHECK | 435,000 | 435,000 | - | - | - | (1,247,014) | - |
| 1/4/2000 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,147,014) | - |
| 3/9/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,347,014) | - |
| 4/17/2000 | CHECK | (250,000) | - | (250,000) | - | - | (1,597,014) | - |
| 7/14/2000 | CHECK | (190,000) | - | (190,000) | - | - | (1,787,014) | - |
| 9/13/2000 | CHECK | (200,000) | - | (200,000) | - | - | (1,987,014) | - |

**BLMIS ACCOUNT NO. 1ZA192 - EJS & ASSOCIATES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 12/28/2000 | CHECK | 1,000,000 | 1,000,000 | - | - | - | (987,014) | - |
| 1/3/2001 | CHECK | 250,000 | 250,000 | - | - | - | (737,014) | - |
| 2/1/2001 | CHECK | 50,000 | 50,000 | - | - | - | (687,014) | - |
| 5/4/2001 | CHECK | (250,000) | - | (250,000) | - | - | (937,014) | - |
| 11/5/2001 | CHECK | (250,000) | - | (250,000) | - | - | (1,187,014) | - |
| 12/18/2001 | CHECK | (300,000) | - | (300,000) | - | - | (1,487,014) | - |
| 1/3/2002 | CHECK | 250,000 | 250,000 | - | - | - | (1,237,014) | - |
| 4/19/2002 | CHECK | (250,000) | - | (250,000) | - | - | (1,487,014) | - |
| 5/30/2002 | CHECK | (50,000) | - | (50,000) | - | - | (1,537,014) | - |
| 6/14/2002 | CHECK | (160,000) | - | (160,000) | - | - | (1,697,014) | - |
| 7/18/2002 | CHECK | (50,000) | - | (50,000) | - | - | (1,747,014) | - |
| 12/23/2002 | CHECK | (350,000) | - | (350,000) | - | - | (2,097,014) | - |
| 1/13/2003 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,997,014) | - |
| 1/17/2003 | CHECK WIRE | 54,983 | 54,983 | - | - | - | (1,942,031) | - |
| 5/8/2003 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,842,031) | - |
| 5/12/2003 | CHECK WIRE | 40,000 | 40,000 | - | - | - | (1,802,031) | - |
| 6/25/2003 | CHECK | (400,000) | - | (400,000) | - | - | (2,202,031) | - |
| 7/30/2003 | CHECK | (200,000) | - | (200,000) | - | - | (2,402,031) | - |
| 9/15/2003 | CHECK WIRE | 80,000 | 80,000 | - | - | - | (2,322,031) | - |
| 10/2/2003 | CHECK WIRE | 125,000 | 125,000 | - | - | - | (2,197,031) | - |
| 12/10/2003 | CHECK WIRE | 150,000 | 150,000 | - | - | - | (2,047,031) | - |
| 12/22/2003 | CHECK | (250,000) | - | (250,000) | - | - | (2,297,031) | - |
| 2/25/2004 | CHECK | (50,000) | - | (50,000) | - | - | (2,347,031) | - |
| 6/1/2004 | CHECK | (100,000) | - | (100,000) | - | - | (2,447,031) | - |
| 7/1/2004 | CHECK | (200,000) | - | (200,000) | - | - | (2,647,031) | - |
| 6/29/2005 | CHECK | (100,000) | - | (100,000) | - | - | (2,747,031) | - |
| 10/3/2005 | CHECK | (200,000) | - | (200,000) | - | - | (2,947,031) | - |
| 12/23/2005 | TRANS FROM 1ZB14330 (1ZB143) | 200,000 [2] | - | - | - | - | (2,947,031) | - |
| 12/27/2005 | CHECK | (100,000) | - | (100,000) | - | - | (3,047,031) | - |
| 1/23/2006 | CHECK WIRE | 300,000 | 300,000 | - | - | - | (2,747,031) | - |
| 3/30/2006 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | (4,247,031) | - |
| 12/21/2006 | CHECK | (200,000) | - | (200,000) | - | - | (4,447,031) | (200,000) |
| 6/28/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (4,947,031) | (500,000) |
| 7/23/2007 | CHECK WIRE | (3,500,000) | - | (3,500,000) | - | - | (8,447,031) | (3,500,000) |
| 10/2/2007 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | (6,447,031) | - |

**BLMIS ACCOUNT NO. 1ZA192 - EJS & ASSOCIATES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount as Reported in Customer Statement** | **Deposits** | **Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **2-Year Fraudulent Transfers - Fictitious Profits** |
| 12/21/2007 | CHECK WIRE | (700,000) | - | (700,000) | - | - | (7,147,031) | (700,000) |
| 3/31/2008 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (7,897,031) | (750,000) |
| 6/27/2008 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (8,497,031) | (600,000) |
| 10/1/2008 | CHECK WIRE | (950,000) | - | (950,000) | - | - | (9,447,031) | (950,000) |
| 10/30/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (9,947,031) | (500,000) |
| | Total: | | $ 10,439,983 | $ (16,924,380) | $ 537,366 | $ (4,000,000) | $ (9,947,031) | $ (7,700,000) |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

**BLMIS ACCOUNT NO. 1ZB010 - GLANTZ FAMILY FOUNDATION C/O MR RICHARD GLANTZ**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 2/3/1993 | CHECK WIRE | 490,000 | 490,000 | - | - | - | 490,000 | - |
| 4/27/1993 | CHECK | (35,000) | - | (35,000) | - | - | 455,000 | - |
| 9/21/1993 | CHECK | (10,000) | - | (10,000) | - | - | 445,000 | - |
| 3/10/1995 | CHECK | (7,500) | - | (7,500) | - | - | 437,500 | - |
| 5/5/1995 | CHECK | (10,000) | - | (10,000) | - | - | 427,500 | - |
| 11/20/1995 | CHECK | (10,000) | - | (10,000) | - | - | 417,500 | - |
| 12/29/1995 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 567,500 | - |
| 1/11/1996 | CHECK | 200,000 | 200,000 | - | - | - | 767,500 | - |
| 2/26/1996 | CHECK | 15,000 | 15,000 | - | - | - | 782,500 | - |
| 3/12/1996 | CHECK | (25,000) | - | (25,000) | - | - | 757,500 | - |
| 5/17/1996 | CHECK | (100,000) | - | (100,000) | - | - | 657,500 | - |
| 5/28/1996 | CHECK | (22,500) | - | (22,500) | - | - | 635,000 | - |
| 8/8/1996 | CHECK | (15,000) | - | (15,000) | - | - | 620,000 | - |
| 9/17/1996 | CHECK | (32,500) | - | (32,500) | - | - | 587,500 | - |
| 11/4/1996 | CHECK | (25,000) | - | (25,000) | - | - | 562,500 | - |
| 11/29/1996 | CHECK | (25,000) | - | (25,000) | - | - | 537,500 | - |
| 12/19/1996 | CHECK | (50,000) | - | (50,000) | - | - | 487,500 | - |
| 3/11/1997 | CHECK | 200,000 | 200,000 | - | - | - | 687,500 | - |
| 4/23/1997 | TRANS TO 1ZB12530 (1ZB125) | (200,000) | - | - | - | (200,000) | 487,500 | - |
| 7/18/1997 | CHECK | (25,000) | - | (25,000) | - | - | 462,500 | - |
| 12/19/1997 | CHECK | (25,000) | - | (25,000) | - | - | 437,500 | - |
| 2/2/1998 | CHECK | (15,000) | - | (15,000) | - | - | 422,500 | - |
| 4/9/1998 | CHECK | (35,000) | - | (35,000) | - | - | 387,500 | - |
| 5/21/1998 | CHECK | (20,000) | - | (20,000) | - | - | 367,500 | - |
| 1/4/1999 | CHECK | 35,000 | 35,000 | - | - | - | 402,500 | - |
| 4/16/1999 | CHECK | (35,000) | - | (35,000) | - | - | 367,500 | - |
| 6/11/1999 | CHECK | (10,000) | - | (10,000) | - | - | 357,500 | - |
| 8/5/1999 | CHECK | (20,000) | - | (20,000) | - | - | 337,500 | - |
| 1/4/2000 | CHECK WIRE | 40,000 | 40,000 | - | - | - | 377,500 | - |
| 4/14/2000 | CHECK | (45,000) | - | (45,000) | - | - | 332,500 | - |
| 12/22/2000 | CHECK | (20,000) | - | (20,000) | - | - | 312,500 | - |
| 1/29/2001 | CHECK | 45,000 | 45,000 | - | - | - | 357,500 | - |
| 5/23/2001 | CHECK | (15,000) | - | (15,000) | - | - | 342,500 | - |

**BLMIS ACCOUNT NO. 1ZB010 - GLANTZ FAMILY FOUNDATION C/O MR RICHARD GLANTZ**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount as Reported in Customer Statement** | **Deposits** | **Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **2-Year Fraudulent Transfers - Fictitious Profits** |
| 10/26/2001 | CHECK | (20,000) | - | (20,000) | - | - | 322,500 | - |
| 4/29/2002 | CHECK | (30,000) | - | (30,000) | - | - | 292,500 | - |
| 7/17/2002 | CHECK | (20,000) | - | (20,000) | - | - | 272,500 | - |
| 8/23/2002 | CHECK | (25,000) | - | (25,000) | - | - | 247,500 | - |
| 11/8/2002 | CHECK | (15,000) | - | (15,000) | - | - | 232,500 | - |
| 12/31/2002 | CHECK | 45,000 | 45,000 | - | - | - | 277,500 | - |
| 4/9/2003 | CHECK | (40,000) | - | (40,000) | - | - | 237,500 | - |
| 4/16/2003 | CHECK | (15,000) | - | (15,000) | - | - | 222,500 | - |
| 6/25/2003 | CHECK | (30,000) | - | (30,000) | - | - | 192,500 | - |
| 8/1/2003 | CHECK | (15,000) | - | (15,000) | - | - | 177,500 | - |
| 8/21/2003 | CHECK | (15,000) | - | (15,000) | - | - | 162,500 | - |
| 12/22/2003 | CHECK | (20,000) | - | (20,000) | - | - | 142,500 | - |
| 2/25/2004 | CHECK | (10,000) | - | (10,000) | - | - | 132,500 | - |
| 6/1/2004 | CHECK | (15,000) | - | (15,000) | - | - | 117,500 | - |
| 7/12/2004 | CHECK | (20,000) | - | (20,000) | - | - | 97,500 | - |
| 12/23/2004 | CHECK | (25,000) | - | (25,000) | - | - | 72,500 | - |
| 3/29/2005 | CHECK | (75,000) | - | (75,000) | - | - | (2,500) | - |
| 8/2/2005 | CHECK | (30,000) | - | (30,000) | - | - | (32,500) | - |
| 12/27/2005 | CHECK | (20,000) | - | (20,000) | - | - | (52,500) | - |
| 1/18/2006 | CHECK | (20,000) | - | (20,000) | - | - | (72,500) | - |
| 5/8/2006 | CHECK | (25,000) | - | (25,000) | - | - | (97,500) | - |
| 9/29/2006 | CHECK | (25,000) | - | (25,000) | - | - | (122,500) | - |
| 10/17/2006 | CHECK | (25,000) | - | (25,000) | - | - | (122,500) | - |
| 10/17/2006 | STOP PAYMENT | 25,000 | - | 25,000 | - | - | (97,500) | - |
| 12/21/2006 | CHECK | (80,000) | - | (80,000) | - | - | (202,500) | (80,000) |
| 6/18/2007 | CHECK | (35,000) | - | (35,000) | - | - | (237,500) | (35,000) |
| 12/21/2007 | CHECK | (100,000) | - | (100,000) | - | - | (337,500) | (100,000) |
| 6/4/2008 | CHECK | (170,000) | - | (170,000) | - | - | (507,500) | (170,000) |
| | **Total:** | | $ 1,220,000 | $ (1,527,500) | $ - | $ (200,000) | $ (507,500) | $ (385,000) |

**BLMIS ACCOUNT NO. 1ZB143 - JELRIS & ASSOCIATES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount as Reported in Customer Statement | Deposits | Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 2-Year Fraudulent Transfers - Fictitious Profits |
| 10/20/1993 | TRANS FROM 1ZA19230 *(1ZA192)* | 4,000,000 | - | - | 4,000,000 | - | 4,000,000 | - |
| 7/28/1994 | CHECK | (37,000) | - | (37,000) | - | - | 3,963,000 | - |
| 3/20/1996 | TRANS TO 1ZB12530 *(1ZB125)* | (45,000) | - | - | - | (45,000) | 3,918,000 | - |
| 4/8/1996 | CHECK | (620,000) | - | (620,000) | - | - | 3,298,000 | - |
| 6/5/1996 | CHECK | (65,000) | - | (65,000) | - | - | 3,233,000 | - |
| 8/20/1996 | CHECK | (270,000) | - | (270,000) | - | - | 2,963,000 | - |
| 4/4/1997 | CHECK | (207,000) | - | (207,000) | - | - | 2,756,000 | - |
| 7/20/1998 | CHECK | (13,220) | - | (13,220) | - | - | 2,742,780 | - |
| 8/19/1998 | CHECK | (200,000) | - | (200,000) | - | - | 2,542,780 | - |
| 12/24/1998 | CHECK | (220,000) | - | (220,000) | - | - | 2,322,780 | - |
| 1/11/1999 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 2,472,780 | - |
| 6/28/1999 | CHECK | 40,000 | 40,000 | - | - | - | 2,512,780 | - |
| 8/17/1999 | CHECK | (100,000) | - | (100,000) | - | - | 2,412,780 | - |
| 12/13/1999 | CHECK | (1,338,000) | - | (1,338,000) | - | - | 1,074,780 | - |
| 1/4/2000 | CHECK WIRE | 150,000 | 150,000 | - | - | - | 1,224,780 | - |
| 3/9/2000 | CHECK | (200,000) | - | (200,000) | - | - | 1,024,780 | - |
| 4/17/2000 | CHECK | (250,000) | - | (250,000) | - | - | 774,780 | - |
| 7/14/2000 | CHECK | (160,000) | - | (160,000) | - | - | 614,780 | - |
| 9/13/2000 | CHECK | (200,000) | - | (200,000) | - | - | 414,780 | - |
| 10/18/2000 | CHECK | (100,000) | - | (100,000) | - | - | 314,780 | - |
| 12/22/2000 | CHECK | (1,663,000) | - | (1,663,000) | - | - | (1,348,220) | - |
| 1/3/2001 | CHECK | 250,000 | 250,000 | - | - | - | (1,098,220) | - |
| 5/4/2001 | CHECK | (250,000) | - | (250,000) | - | - | (1,348,220) | - |
| 11/5/2001 | CHECK | (250,000) | - | (250,000) | - | - | (1,598,220) | - |
| 12/18/2001 | CHECK | (220,000) | - | (220,000) | - | - | (1,818,220) | - |
| 1/3/2002 | CHECK | 250,000 | 250,000 | - | - | - | (1,568,220) | - |
| 4/19/2002 | CHECK | (250,000) | - | (250,000) | - | - | (1,818,220) | - |
| 5/30/2002 | CHECK | (100,000) | - | (100,000) | - | - | (1,918,220) | - |
| 7/18/2002 | CHECK | (50,000) | - | (50,000) | - | - | (1,968,220) | - |
| 12/23/2002 | CHECK | (850,000) | - | (850,000) | - | - | (2,818,220) | - |
| 1/17/2003 | CHECK WIRE | 38,532 | 38,532 | - | - | - | (2,779,688) | - |
| 6/25/2003 | CHECK | (225,000) | - | (225,000) | - | - | (3,004,688) | - |
| 7/28/2003 | CHECK | (200,000) | - | (200,000) | - | - | (3,204,688) | - |
| 12/22/2003 | CHECK | (450,000) | - | (450,000) | - | - | (3,654,688) | - |
| 2/25/2004 | CHECK | (250,000) | - | (250,000) | - | - | (3,904,688) | - |

**BLMIS ACCOUNT NO. 1ZB143 - JELRIS & ASSOCIATES**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount as Reported in Customer Statement** | **Deposits** | **Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **2-Year Fraudulent Transfers - Fictitious Profits** |
| 7/26/2004 | CHECK | (100,000) | - | (100,000) | - | - | (4,004,688) | - |
| 10/20/2004 | CHECK | (150,000) | - | (150,000) | - | - | (4,154,688) | - |
| 12/31/2004 | CHECK WIRE | (550,000) | - | (550,000) | - | - | (4,704,688) | - |
| 2/14/2005 | CHECK WIRE | 200,000 | 200,000 | - | - | - | (4,504,688) | - |
| 6/29/2005 | CHECK | (200,000) | - | (200,000) | - | - | (4,704,688) | - |
| 8/10/2005 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (4,604,688) | - |
| 10/3/2005 | CHECK | (250,000) | - | (250,000) | - | - | (4,854,688) | - |
| 12/23/2005 | TRANS TO 1ZA19230 *(1ZA192)* | (200,000) [1] | - | - | - | - | (4,854,688) | - |
| 12/27/2005 | CHECK WIRE | (600,000) | - | (600,000) | - | - | (5,454,688) | - |
| 12/20/2006 | CHECK | (250,000) | - | (250,000) | - | - | (5,704,688) | (250,000) |
| 6/28/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (6,204,688) | (500,000) |
| 7/23/2007 | CHECK WIRE | (7,000,000) | - | (7,000,000) | - | - | (13,204,688) | (7,000,000) |
| 12/21/2007 | CHECK WIRE | (1,700,000) | - | (1,700,000) | - | - | (14,904,688) | (1,700,000) |
| 3/14/2008 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (15,404,688) | (500,000) |
| 6/27/2008 | CHECK WIRE | (800,000) | - | (800,000) | - | - | (16,204,688) | (800,000) |
| 10/30/2008 | CHECK WIRE | (750,000) | - | (750,000) | - | - | (16,954,688) | (750,000) |
| | Total: | | $ 1,178,532 | $ (22,088,220) | $ 4,000,000 | $ (45,000) | $ (16,954,688) | $ (11,500,000) |

[1] **Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date.  Accordingly, the account balance has remained unchanged.**

**BLMIS ACCOUNT NO. 1ZR010 - NTC & CO. FBO RICHARD M GLANTZ (87328)**

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
| __Date__ | __Transaction Description__ | __Transaction Amount as Reported in Customer Statement__ | __Deposits__ | __Withdrawals__ | __Transfers of Principal In__ | __Transfers of Principal Out__ | __Balance of Principal__ | __2-Year Fraudulent Transfers - Fictitious Profits__ |
| 12/2/1992 | CHECK WIRE | 2,295 | 2,295 | - | - | - | 2,295 | - |
| 12/2/1992 | CHECK WIRE | 911,871 | 911,871 | - | - | - | 914,166 | - |
| 12/2/1992 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 1,014,166 | - |
| 12/2/1992 | CHECK WIRE | 75,326 | 75,326 | - | - | - | 1,089,492 | - |
| 12/14/1992 | CHECK | 2,173 | 2,173 | - | - | - | 1,091,665 | - |
| 1/21/1993 | CHECK | (2,173) | - | (2,173) | - | - | 1,089,492 | - |
| 4/29/1996 | CHECK | 2,000 | 2,000 | - | - | - | 1,091,492 | - |
| 10/14/1997 | CHECK | 2,020 | 2,020 | - | - | - | 1,093,511 | - |
| 9/21/1998 | CHECK | 2,000 | 2,000 | - | - | - | 1,095,511 | - |
| 12/7/1999 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 595,511 | - |
| 12/16/1999 | CHECK | (350,000) | - | (350,000) | - | - | 245,511 | - |
| 1/3/2001 | CHECK | (700,000) | - | (700,000) | - | - | (454,489) | - |
| 1/30/2001 | CHECK | 299,892 | 299,892 | - | - | - | (154,597) | - |
| 2/7/2001 | CHECK | 335 | 335 | - | - | - | (154,262) | - |
| 2/27/2001 | CHECK | 58 | 58 | - | - | - | (154,204) | - |
| 10/29/2001 | CHECK | (400,000) | - | (400,000) | - | - | (554,204) | - |
| 9/5/2002 | CHECK | (255,000) | - | (255,000) | - | - | (809,204) | - |
| 9/25/2002 | CHECK | 5,000 | 5,000 | - | - | - | (804,204) | - |
| 10/10/2002 | CHECK | 28 | 28 | - | - | - | (804,176) | - |
| 11/5/2002 | CHECK | 1,667 | 1,667 | - | - | - | (802,509) | - |
| 11/20/2002 | CHECK | 1,667 | 1,667 | - | - | - | (800,843) | - |
| 12/10/2002 | CHECK | 1,667 | 1,667 | - | - | - | (799,176) | - |
| 1/29/2003 | CHECK | 1,609 | 1,609 | - | - | - | (797,567) | - |
| 2/21/2003 | CHECK | 58 | 58 | - | - | - | (797,509) | - |
| 3/4/2003 | CHECK | 1,657 | 1,657 | - | - | - | (795,852) | - |
| 4/1/2003 | CHECK | 1,667 | 1,667 | - | - | - | (794,186) | - |
| 5/7/2003 | CHECK | 1,667 | 1,667 | - | - | - | (792,519) | - |
| 5/27/2003 | CHECK | 1,667 | 1,667 | - | - | - | (790,852) | - |
| 7/2/2003 | CHECK | 1,667 | 1,667 | - | - | - | (789,186) | - |
| 7/29/2003 | CHECK | 637 | 637 | - | - | - | (788,549) | - |
| 9/12/2003 | CHECK | 1,667 | 1,667 | - | - | - | (786,882) | - |
| 9/30/2003 | CHECK | 1,667 | 1,667 | - | - | - | (785,216) | - |

**BLMIS ACCOUNT NO. 1ZR010 - NTC & CO. FBO RICHARD M GLANTZ (87328)**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount as Reported in Customer Statement** | **Deposits** | **Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **2-Year Fraudulent Transfers - Fictitious Profits** |
| 10/28/2003 | CHECK | 1,667 | 1,667 | - | - | - | (783,549) | - |
| 12/26/2003 | CHECK WIRE | (1,100,000) | - | (1,100,000) | - | - | (1,883,549) | - |
| 12/29/2003 | CHECK | 1,667 | 1,667 | - | - | - | (1,881,882) | - |
| 1/20/2004 | CHECK | 1,654 | 1,654 | - | - | - | (1,880,228) | - |
| 2/3/2004 | CHECK | 657 | 657 | - | - | - | (1,879,571) | - |
| 2/10/2004 | CHECK | 53 | 53 | - | - | - | (1,879,518) | - |
| 3/23/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,877,852) | - |
| 4/6/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,876,185) | - |
| 5/25/2004 | CHECK | 1,536 | 1,536 | - | - | - | (1,874,649) | - |
| 6/23/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,872,982) | - |
| 8/3/2004 | CHECK | 631,667 | 631,667 | - | - | - | (1,241,316) | - |
| 9/14/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,239,649) | - |
| 10/26/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,237,982) | - |
| 11/2/2004 | CHECK | 1,667 | 1,667 | - | - | - | (1,236,316) | - |
| 1/5/2005 | CHECK | 1,667 | 1,667 | - | - | - | (1,234,649) | - |
| 5/17/2005 | CHECK | 125,000 | 125,000 | - | - | - | (1,109,649) | - |
| 8/1/2006 | CHECK | 216,307 | 216,307 | - | - | - | (893,342) | - |
| 8/7/2006 | CHECK | 11 | 11 | - | - | - | (893,332) | - |
| 12/21/2006 | CHECK WIRE | (6,000,000) | - | (6,000,000) | - | - | (6,893,332) | (3,327,989) |
| 1/31/2007 | CHECK | 5,081 | 5,081 | - | - | - | (6,888,251) | - |
| 2/20/2007 | CHECK | 100,009 | 100,009 | - | - | - | (6,788,242) | - |
| 7/9/2007 | CHECK WIRE | 2,500,000 | 2,500,000 | - | - | - | (4,288,242) | - |
| 1/8/2008 | CHECK | 258 | 258 | - | - | - | (4,287,984) | - |
| 4/4/2008 | CHECK WIRE | 900,000 | 900,000 | - | - | - | (3,387,984) | - |
| 6/24/2008 | CHECK | 59,995 | 59,995 | - | - | - | (3,327,989) | - |
| | **Total:** | **$ 5,979,184** | **$ (9,307,173)** | **$ -** | **$ -** | | **$ (3,327,989)** | **$ (3,327,989)** |

**BLMIS ACCOUNT NO. 1ZR176 - NTC & CO. FBO EDWARD R GLANTZ (94559)**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 |
|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description** | **Transaction Amount as Reported in Customer Statement** | **Deposits** | **Withdrawals** | **Transfers of Principal In** | **Transfers of Principal Out** | **Balance of Principal** | **2-Year Fraudulent Transfers - Fictitious Profits** |
| 2/4/1993 | CHECK WIRE | 1,889,140 | 1,889,140 | - | - | - | 1,889,140 | - |
| 11/19/1993 | CHECK | (150,000) | - | (150,000) | - | - | 1,739,140 | - |
| 12/2/1994 | CHECK | (150,000) | - | (150,000) | - | - | 1,589,140 | - |
| 11/16/1995 | CHECK | (144,299) | - | (144,299) | - | - | 1,444,841 | - |
| 12/6/1995 | CHECK | (5,701) | - | (5,701) | - | - | 1,439,140 | - |
| 11/26/1996 | CHECK | (167,979) | - | (167,979) | - | - | 1,271,162 | - |
| 12/1/1997 | CHECK | (400,000) | - | (400,000) | - | - | 871,162 | - |
| 12/1/1998 | CHECK | (400,000) | - | (400,000) | - | - | 471,162 | - |
| 12/10/1999 | CHECK | (400,000) | - | (400,000) | - | - | 71,162 | - |
| 12/15/2000 | CHECK | (400,000) | - | (400,000) | - | - | (328,838) | - |
| 12/14/2001 | CHECK | (375,000) | - | (375,000) | - | - | (703,838) | - |
| 12/11/2002 | CHECK | (400,000) | - | (400,000) | - | - | (1,103,838) | - |
| 12/11/2003 | CHECK | (400,000) | - | (400,000) | - | - | (1,503,838) | - |
| 12/15/2004 | CHECK | (300,000) | - | (300,000) | - | - | (1,803,838) | - |
| 12/22/2005 | CHECK | (410,000) | - | (410,000) | - | - | (2,213,838) | - |
| 12/28/2006 | CHECK WIRE | (500,000) | - | (500,000) | - | - | (2,713,838) | (500,000) |
| 1/3/2008 | CHECK | (265,000) * | - | (265,000) | - | - | (2,978,838) | (265,000) |
| 9/11/2008 | CHECK WIRE | 160,874 | 160,874 | - | - | - | (2,817,965) | - |
| | **Total:** | | $ 2,050,014 | $ (4,867,979) | $ - | $ - | $ (2,817,965) | $ (765,000) |

* This transfer of $265,000 on 1/3/2008 was to Thelma Glantz through Fiserv Investment Support Services.