## SUBSEQUENT TRANSFERS TO AUSTIN BOSARGE

| Date | Transferor | Transfer Amount |
|---|---|---|
| 4/11/2008 | Jelris & Associates, L.P. | 165,000 |
| | | $ 165,000 |

**SUBSEQUENT TRANSFERS TO EJS ASSOCIATES, L.P.**

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 12/27/2006 | Glantz Family Foundation | 10,000 |
| 6/10/2008 | Grace & Company | 100,274 |
| | | $ 110,274 |

## SUBSEQUENT TRANSFERS TO EDWARD R. GLANTZ AND THELMA GLANTZ

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 1/29/2007 | Jelris & Associates, L.P. | 5,000 |
| 1/29/2007 | Jelris & Associates, L.P. | 5,000 |
|  |  | $ 10,000 |

**SUBSEQUENT TRANSFERS TO RICHARD M. GLANTZ**

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 12/12/2006 | EJS Associates, L.P. | 10,000 |
| 12/20/2006 | Jelris & Associates | 50,000 |
| 12/27/2006 | EJS Associates, L.P. | 30,000 |
| 12/27/2006 | Jelris & Associates | 125,000 |
| 1/22/2007 | Grace & Company | 1,000 |
| 1/22/2007 | Jelris & Associates | 588 |
| 1/29/2007 | Jelris & Associates | 10,000 |
| 3/30/2007 | Jelris & Associates | 10,000 |
| 4/9/2007 | EJS Associates, L.P. | 15,000 |
| 4/16/2007 | Grace & Company | 1,570 |
| 4/16/2007 | Jelris & Associates | 130,000 |
| 5/7/2007 | Jelris & Associates | 10,000 |
| 5/24/2007 | Jelris & Associates | 10,000 |
| 6/6/2007 | EJS Associates, L.P. | 25,000 |
| 6/19/2007 | EJS Associates, L.P. | 35,000 |
| 6/19/2007 | Grace & Company | 1,550 |
| 7/9/2007 | EJS Associates, L.P. | 10,000 |
| 7/19/2007 | EJS Associates, L.P. | 20,000 |
| 7/25/2007 | Jelris & Associates | 50,000 |
| 8/6/2007 | EJS Associates, L.P. | 10,000 |
| 8/17/2007 | EJS Associates, L.P. | 10,000 |
| 8/24/2007 | EJS Associates, L.P. | 10,000 |
| 9/4/2007 | EJS Associates, L.P. | 10,000 |
| 9/11/2007 | Grace & Company | 10,000 |
| 9/21/2007 | Grace & Company | 1,545 |
| 9/21/2007 | Jelris & Associates | 30,000 |
| 9/28/2007 | EJS Associates, L.P. | 10,000 |
| 10/10/2007 | EJS Associates, L.P. | 25,000 |
| 10/22/2007 | Jelris & Associates | 15,000 |
| 11/9/2007 | Jelris & Associates | 30,000 |
| 11/15/2007 | EJS Associates, L.P. | 100,000 |
| 12/5/2007 | Jelris & Associates | 20,000 |
| 12/7/2007 | EJS Associates, L.P. | 25,000 |
| 12/11/2007 | Jelris & Associates | 10,000 |
| 12/24/2007 | Jelris & Associates | 260,000 |

## SUBSEQUENT TRANSFERS TO RICHARD M. GLANTZ

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 12/27/2007 | Jelris & Associates | 20,000 |
| 12/27/2007 | Jelris & Associates | 25,000 |
| 12/28/2007 | EJS Associates, L.P. | 100,000 |
| 12/28/2007 | Jelris & Associates | 400,000 |
| 1/15/2008 | Grace & Company | 1,547 |
| 1/25/2008 | Jelris & Associates | 10,000 |
| 1/30/2008 | Jelris & Associates | 20,000 |
| 2/12/2008 | EJS Associates, L.P. | 25,000 |
| 4/3/2008 | Grace & Company | 1,418 |
| 4/3/2008 | Grace & Company | 1,801 |
| 5/9/2008 | EJS Associates, L.P. | 25,000 |
| 6/6/2008 | Jelris & Associates | 20,000 |
| 6/17/2008 | EJS Associates, L.P. | 25,000 |
| 6/17/2008 | Grace & Company | 1,800 |
| 6/17/2008 | Jelris & Associates | 10,000 |
| 7/2/2008 | EJS Associates, L.P. | 25,000 |
| 7/28/2008 | Jelris & Associates | 60,000 |
| 8/5/2008 | Jelris & Associates | 25,000 |
| 8/14/2008 | EJS Associates, L.P. | 57,000 |
| 8/14/2008 | EJS Associates, L.P. | 50,000 |
| 9/30/2008 | Grace & Company | 1,801 |
| 10/3/2008 | EJS Associates, L.P. | 50,000 |
| 10/21/2008 | EJS Associates, L.P. | 30,000 |
| 10/21/2008 | EJS Associates, L.P. | 300,000 |
| 10/27/2008 | EJS Associates, L.P. | 50,000 |
| 11/12/2008 | Jelris & Associates | 50,000 |
| 11/12/2008 | Jelris & Associates | 50,000 |
| 11/20/2008 | Jelris & Associates | 25,000 |
| 12/4/2008 | Jelris & Associates | 75,000 |
|  |  | $ 2,656,620 |

## SUBSEQUENT TRANSFERS TO RICHARD M. GLANTZ AND ELAINE OSTRIN

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 12/12/2006 | EJS Associates, L.P. | 10,000 |
| 12/27/2006 | Jelris & Associates | 10,000 |
| 1/9/2007 | EJS Associates, L.P. | 25,000 |
| 1/16/2007 | EJS Associates, L.P. | 50,000 |
| 2/28/2007 | Jelris & Associates | 10,000 |
| 3/5/2007 | EJS Associates, L.P. | 10,000 |
| 4/2/2007 | EJS Associates, L.P. | 10,000 |
| 4/16/2007 | EJS Associates, L.P. | 80,000 |
| 4/23/2007 | Jelris & Associates | 5,000 |
| 5/7/2007 | EJS Associates, L.P. | 10,000 |
| 6/19/2007 | EJS Associates, L.P. | 60,000 |
| 6/27/2007 | Jelris & Associates | 15,000 |
| 6/29/2007 | Jelris & Associates | 20,000 |
| 7/9/2007 | EJS Associates, L.P. | 15,000 |
| 7/12/2007 | EJS Associates, L.P. | 15,000 |
| 7/25/2007 | Jelris & Associates | 10,000 |
| 8/6/2007 | EJS Associates, L.P. | 15,000 |
| 9/21/2007 | Jelris & Associates | 60,000 |
| 10/10/2007 | EJS Associates, L.P. | 10,000 |
| 10/22/2007 | EJS Associates, L.P. | 40,000 |
| 11/9/2007 | Jelris & Associates | 10,000 |
| 12/21/2007 | EJS Associates, L.P. | 10,000 |
| 12/28/2007 | EJS Associates, L.P. | 10,000 |
| 1/15/2008 | Jelris & Associates | 20,000 |
| 1/15/2008 | Jelris & Associates | 60,000 |
| 3/7/2008 | Jelris & Associates | 10,000 |
| 3/18/2008 | Jelris & Associates | 10,000 |
| 3/21/2008 | EJS Associates, L.P. | 20,000 |
| 4/3/2008 | EJS Associates, L.P. | 20,000 |
| 4/11/2008 | EJS Associates, L.P. | 100,000 |
| 4/23/2008 | Jelris & Associates | 10,000 |
| 5/9/2008 | EJS Associates, L.P. | 10,000 |
| 5/20/2008 | Jelris & Associates | 10,000 |
| 6/17/2008 | EJS Associates, L.P. | 70,000 |
| 7/7/2008 | EJS Associates, L.P. | 20,000 |

**SUBSEQUENT TRANSFERS TO RICHARD M. GLANTZ AND ELAINE OSTRIN**

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 7/24/2008 | EJS Associates, L.P. | 10,000 |
| 7/28/2008 | Jelris & Associates | 10,000 |
| 8/5/2008 | Jelris & Associates | 10,000 |
| 9/17/2008 | EJS Associates, L.P. | 80,000 |
| 10/21/2008 | EJS Associates, L.P. | 20,000 |
| 11/20/2008 | Jelris & Associates | 10,000 |
| 11/28/2008 | Jelris & Associates | 10,000 |
| 12/15/2008 | EJS Associates, L.P. | 500,000 |
| | | $ 1,520,000 |

**SUBSEQUENT TRANSFERS TO THELMA GLANTZ**

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 2/14/2007 | EJS Associates, L.P. | 5,000 |
| 2/14/2007 | EJS Associates, L.P. | 5,000 |
| 4/2/2007 | EJS Associates, L.P. | 20,000 |
| 4/16/2007 | EJS Associates, L.P. | 10,000 |
| 4/23/2007 | EJS Associates, L.P. | 10,000 |
| 5/7/2007 | EJS Associates, L.P. | 10,000 |
| 7/9/2007 | EJS Associates, L.P. | 10,000 |
| 7/12/2007 | EJS Associates, L.P. | 10,000 |
| 7/25/2007 | EJS Associates, L.P. | 10,000 |
| 9/21/2007 | EJS Associates, L.P. | 10,000 |
| 10/26/2007 | EJS Associates, L.P. | 5,000 |
| 12/21/2007 | EJS Associates, L.P. | 5,000 |
| 1/15/2008 | EJS Associates, L.P. | 40,000 |
| 1/30/2008 | EJS Associates, L.P. | 10,000 |
| 3/18/2008 | EJS Associates, L.P. | 60,000 |
| 3/28/2008 | EJS Associates, L.P. | 150,000 |
| 4/3/2008 | EJS Associates, L.P. | 15,000 |
| 4/11/2008 | EJS Associates, L.P. | 110,000 |
| 5/7/2008 | EJS Associates, L.P. | 50,000 |
| 5/9/2008 | EJS Associates, L.P. | 10,000 |
| 6/17/2008 | EJS Associates, L.P. | 10,000 |
| 9/17/2008 | EJS Associates, L.P. | 10,000 |
| 10/14/2008 | EJS Associates, L.P. | 10,000 |
| 11/20/2008 | EJS Associates, L.P. | 10,000 |
| 11/28/2008 | EJS Associates, L.P. | 10,000 |
| | | **$ 605,000** |

## SUBSEQUENT TRANSFERS TO THE GLANTZ-OSTRIN TRUST II

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 10/28/2008 | Jelris & Associates, L.P. | 119,400 |
| | | $ 119,400 |

## SUBSEQUENT TRANSFERS TO GRACE & COMPANY

| Date | Transferor | Transfer Amount |
|---|---|---|
| 5/20/2008 | EJS Associates, L.P. | 100,000 |
| | | $ 100,000 |

## SUBSEQUENT TRANSFERS TO JELRIS & ASSOCIATES, L.P.

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 1/9/2008 | EJS Associates, L.P. | 400,000 |
| | | $ 400,000 |

## SUBSEQUENT TRANSFERS TO LAKEVIEW INVESTMENT, L.P.

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 7/27/2007 | Jelris & Associates, L.P. | 7,000,000 |
| 7/27/2007 | EJS Associates, L.P. | 3,500,000 |
| 8/24/2007 | EJS Associates, L.P. | 325,000 |
| 10/24/2007 | EJS Associates, L.P. | 10,000 |
| 2/26/2008 | Jelris & Associates, L.P. | 10,000 |
| 7/2/2008 | EJS Associates, L.P. | 600,000 |
| 7/2/2008 | Jelris & Associates, L.P. | 800,000 |
| 7/2/2008 | Grace & Company | 3,100,000 |
| 8/5/2008 | EJS Associates, L.P. | 950,000 |
| 8/15/2008 | Grace & Company | 15,288 |
| 10/14/2008 | EJS Associates, L.P. | 125,000 |
| 11/25/2008 | EJS Associates, L.P. | 500,000 |
| | | $ 16,935,288 |

**SUBSEQUENT TRANSFERS TO LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION**

| Date | Transferor | Transfer Amount |
|---|---|---|
| 12/20/2006 | Grace & Company | 10,000 |
| 12/27/2006 | Grace & Company | 73,000 |
| 12/28/2006 | Grace & Company | 3,000 |
| 12/28/2006 | Grace & Company | 10,000 |
| 2/14/2007 | Grace & Company | 5,000 |
| 2/28/2007 | Grace & Company | 10,000 |
| 4/2/2007 | Grace & Company | 10,000 |
| 4/2/2007 | Grace & Company | 50,000 |
| 6/19/2007 | Grace & Company | 10,000 |
| 6/29/2007 | Grace & Company | 20,000 |
| 12/21/2007 | Grace & Company | 50,000 |
| 12/28/2007 | Grace & Company | 10,000 |
| 12/31/2007 | Grace & Company | 25,000 |
| 8/26/2008 | EJS Associates, L.P. | 10,000 |
| 12/17/2008 | Grace & Company | 60,000 |
| 12/17/2008 | Jelris & Associates | 75,000 |
| | | $ 431,000 |

## SUBSEQUENT TRANSFERS TO ELAINE OSTRIN

| Date | Transferor | Transfer Amount |
|---|---|---|
| 3/18/2008 | EJS Associates, L.P. | 300,000 |
| | | $ 300,000 |

**SUBSEQUENT TRANSFERS TO VISTA MANAGEMENT CO.**

| Date | Transferor | Transfer Amount |
|---|---|---:|
| 11/12/2008 | Jelris & Associates, L.P. | 475,000 |
| 11/12/2008 | EJS Associates, L.P. | 500,000 |
| | | $ 975,000 |