UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>　　　　　　Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**ORDER GRANTING IN PART
AND DENYING IN PART DEFENDANTS' MOTION *IN LIMINE*
TO EXCLUDE THE EXPERT TESTIMONY OF LISA M. COLLURA**

Upon consideration of the Defendants' Notice of Motion *In Limine* to Exclude the Expert Testimony of Lisa M. Collura, ECF No. 378 (the "Motion"), the Memorandum of Law In Support of Defendants' Motion *In Limine* to Exclude the Expert Testimony of Lisa M. Collura, ECF No. 379, and the Declaration of Judith A. Archer in Support of Defendants' Motion *In*

*Limine* to Exclude the Expert Testimony of Lisa M. Collura, ECF No. 380; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the Motion on August 9, 2017 (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having considered any papers submitted in support of and in opposition to the Motion, the arguments of counsel at the Hearing, and the record in this case:

**IT IS HEREBY ORDERED**, that the Motion is GRANTED IN PART and DENIED IN PART as follows:

1. Ms. Collura is permitted to provide expert testimony explaining the tracing methodologies described in her expert report and her calculation of the immediate and mediate transfers utilizing those methodologies **but may not opine regarding which methodology or methodologies are appropriate to use**. **[SMB: 1/22/18]**

2. ~~Ms. Collura may not testify in any other subject matter, and her opinions and testimony on any other subject matter shall be excluded from trial in the above-captioned adversary proceeding~~.  **[SMB: 1/22/18]**

**IT IS HEREBY FURTHER ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this Order.

Dated: **January 22, 2018**
New York, New York

                                          **/s/ STUART M. BERNSTEIN**
                                          HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE

3