QUINN EMANUEL URQUHART & SULLIVAN, LLP
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

**Presentment Date: February 2, 2018 at 12:00 p.m.**
**Objections Due: January 30, 2018 at 11:00 a.m.**

*Counsel to Joint Liquidators of Kingate Global
Fund Ltd. and Kingate Euro Fund Ltd.*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, *et al.* <br><br> Defendants. | Adv. Pro. No. 09-1161 (SMB) |

## NOTICE OF PRESENTMENT OF MOTION OF KINGATE GLOBAL FUND AND KINGATE EURO FUND FOR ORDER ISSUING LETTER OF REQUEST PURSUANT TO HAGUE EVIDENCE CONVENTION

**PLEASE TAKE NOTICE** that defendants, Kingate Global Fund, Ltd. ("Kingate Global")  and Kingate Euro Fund, Ltd. ("Kingate Euro" and together with Kingate Global, the "Kingate Funds"), by and through the Kingate Funds' undersigned counsel, will present the attached proposed order (the "Order") to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Alexander Hamilton Customs House, Courtroom 723, One Bowling Green, New York, NY 10004, for signature and entry on Friday, February 2, 2018 at 12:00 p.m.

**PLEASE TAKE FURTHER NOTICE** that any objections to proposed Order must: (i) be in writing, conform to the applicable rules of this Court, and be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, NY 10004, in accordance with General Order 242, by no later than January 30, 2018 at 11:00 a.m. (with a courtesy copy to the Chambers of the Honorable Stuart M. Bernstein); and (ii) served upon Quinn Emanuel Urquhart & Sullivan, LLP, 51 Madison Avenue, 22nd Floor, New York, NY 10010, Attn: Robert S. Loigman, Rex Lee, Lindsay Weber, and Jordan Harap.  Any objections must specifically state the interest that the objecting party has in this proceeding and the specific basis of any objection.

**PLEASE TAKE FURTHER NOTICE** that in the event any Objections are timely served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct.  The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

1

Dated: New York, New York
        January 25, 2018

                    QUINN EMANUEL URQUHART &
                        SULLIVAN, LLP

        By:    /s/ *Robert S. Loigman*
               Susheel Kirpalani
               Robert S. Loigman
               Rex Lee
               Lindsay M. Weber

               51 Madison Avenue, 22nd Floor
               New York, New York  10010
               (212) 849-7000

               *Counsel to Joint Liquidators of Kingate*
               *Global Fund Ltd. and Kingate Euro Fund*
               *Ltd.*