**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Geraldine E. Ponto
Gonzalo S. Zeballos
Michelle R. Usitalo

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

Presentment Date: February 14, 2018
Time:               12:00 p.m.
Objections Due:    February 9, 2018
Time:               11:00 a.m.

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-01161 (SMB) |

## NOTICE OF PRESENTMENT OF APPLICATION
## FOR ISSUANCE OF LETTERS OF REQUEST

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781, this Court's inherent

authority, and in light of the comity between the United States and the United Kingdom and upon

the accompanying Application for the Issuance of Letter of Request (the "Application"), Irving H.

Picard, Trustee, through his undersigned counsel, will present the proposed order (the "Order"),

annexed hereto, to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for

signature on February 14, 2018, at 12:00 PM.

**PLEASE TAKE FURTHER NOTICE** that an objection to the Application ("Objection")

shall: (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local

Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with

specificity the basis of the Objection(s) and specific grounds therefor, (iv) be filed in accordance

with the electronic filing procedures for the United States Bankruptcy Court for the Southern

District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of

the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York, 10004, (v) be

served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York,

New York 10111, Attn: Gonzalo S. Zeballos, Esq., and (b) the Securities Investor Protection

Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell,

Esq., so as to be received no later than **11:00 AM on February 9, 2018**.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely served and filed, a

hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at

a date to be scheduled by the Court, upon such additional notice as the Court may direct. The

moving and objecting parties are required to attend the hearing, and failure to attend in person or by

counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that unless Objections are timely served and filed,

the proposed Order may be signed without a hearing.

The Trustee made no prior request to this Court or to any other court for the relief requested

by the Application.

Dated: New York, New York
      January 26, 2018                    Respectfully submitted,

                                      */s/ Gonzalo S. Zeballos*
                                      **Baker & Hostetler LLP**
                                      45 Rockefeller Plaza
                                      New York, New York 10111
                                      Telephone: (212) 589-4200
                                      Facsimile: (212) 589-4201
                                      David J. Sheehan
                                      Email: dsheehan@bakerlaw.com
                                      Geraldine E. Ponto
                                      Email: gponto@bakerlaw.com
                                      Gonzalo S. Zeballos
                                      Email: gzeballos@bakerlaw.com
                                      Michelle R. Usitalo
                                      Email: musitalo@bakerlaw.com