**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Geraldine E. Ponto
Gonzalo S. Zeballos
Michelle R. Usitalo

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated  SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, *et al.* <br><br> Defendants. | Adv. Pro. No. 09-01161 (SMB) |

## APPLICATION FOR THE ISSUANCE OF LETTER OF REQUEST

1.      Plaintiff Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. ("SIPA") substantively consolidated with the estate of Bernard L. Madoff, through his attorneys, Baker & Hostetler LLP, submits this application for the issuance of a Letter of Request to the Royal Courts of Justice for the examination of United Kingdom resident, Mr. Stuart Wall.

2.      This application is made pursuant to 28 U.S.C. § 1781, this Court's inherent authority, and in light of the comity between the United States and the United Kingdom.  Service will be effected pursuant to the Hague Service Convention of 15 November 1965 on the Service Abroad of Judicial and Extrajudicial Documents (the "Hague Service Convention"), to which the United States and the United Kingdom are signatories.

3.      Mr. Wall is a foreign citizen and non-party.  Thus, the Letter of Request provides the only means of compelling discovery from him.

## FACTUAL BACKGROUND

### Madoff's Ponzi Scheme

4.      Bernard L. Madoff ("Madoff"), through the investment advisory business of BLMIS, conducted a decades-long Ponzi scheme of breathtaking scale (Fourth Amended Complaint ¶ 1).

5.      His fraud was sustained by infusions from around the globe.  In particular, domestic and foreign investment vehicles colloquially known as "feeder funds" injected several billions of dollars into his scheme.   (*Id*.).

6.      Included among these feeder funds were Kingate Global Fund, Ltd., In Liquidation ("Kingate Global") and Kingate Euro Fund, Ltd., In Liquidation ("Kingate Euro," and with

Kingate Global, the "Kingate Funds").  (*Id.*).

7.      The Kingate Funds were founded by Federico Ceretti ("Ceretti") and Carlo Grosso

("Grosso").  Ceretti and Grosso formed an important part of Madoff's *de facto* global sales force,

marketing BLMIS to European investors.  Since their inception, the Kingate Funds deposited a

combined total of approximately $1.7 billion with BLMIS and over time withdrew nearly a billion

dollars from BLMIS.  These withdrawn funds comprise customer property and constitute

avoidable transfers that the Trustee seeks to recover for equitable distribution.  (*Id.* ¶¶ 2-3).

8.      Ceretti and Grosso structured the Kingate Funds with management companies that

they also directly or beneficially owned and controlled.  In 1994, Ceretti and Grosso established

the nominal management company, Kingate Management Limited ("KML"), which assigned its

management responsibilities to FIM Limited and its affiliate, FIM Advisers LLP ("FIM Advisers"

and with FIM Limited, "FIM").  Together, KML and FIM (collectively, the "Kingate Managers")

purported to "advise," "consult," and "manage" the Kingate Funds.  (*Id.* ¶¶ 4-5).

9.      The Fourth Amended Complaint, filed on March 17, 2014 in this adversary

proceeding seeks, *inter alia*, to avoid and recover $926,351,905 in fraudulent transfers made to the

Kingate Funds under the Bankruptcy Code, the New York Debtor Creditor Law, and SIPA,

particularly § 78fff-2(c)(3).

**Mr. Wall's Connection to the Kingate Funds**

10.     This Application concerns the request for documents from, and the examination

under oath of, Mr. Wall, who is located in, London, England.  Mr. Wall is an experienced

financial professional, with significant experience in the industry.

11.     FIM Limited was established in 1981 by Grosso.  (*Id.* ¶ 35, 49).  It acted as an asset

manager of high net worth individuals.  Ceretti joined FIM Limited in 1986.  In the early 1990s,

FIM Limited's business focused on managing funds of funds.  (*Id.* ¶ 104).

12.     In 1995, FIM Limited was appointed by KML and Kingate Global to provide consulting services to Kingate Global, and later Kingate Euro.  (*Id.* ¶¶ 5, 51, 112).  FIM Advisers replaced FIM Limited in 2005.  (*Id.* ¶ 112).   In addition to acting as consultant, at least twelve of FIM's investment funds were invested in the Kingate Funds.  (*Id.* ¶ 53).

13.     Mr. Wall joined FIM Limited as an investment manager in the London office.

14.     As an investment manager at FIM, Mr. Wall was an integral part of the Kingate attribution process.  Every month Mr. Wall would receive a trade and portfolio analysis of the Kingate Funds' investment in Madoff that he would then analyze and write a "2-3 sentence attribution comment" in FIM's tracking system.

15.     Mr. Wall sent and received many communications regarding the Kingate Funds in his capacity as Director at FIM, and he possesses knowledge and documents regarding the contents of these communications.

16.     Mr. Wall's knowledge and documents are essential to the prosecution of the Trustee's claims in this adversary proceeding.

17.     Specifically, the Trustee anticipates that Mr. Wall will be able to provide further information in relation to the issues and allegation contained in paragraphs 4, 5, 7, 49, 50, 51, 52, 53, 101, 104, 110, 112, 115-118, 120, 122-134, 137-141, 146-241 of the Fourth Amended Complaint.

18.     For the above reasons, the Trustee believes that the Draft Letter of Request is just and appropriate and respectfully requests that the Court issue such Letter of Request to the indicated Judicial Authority.

Dated: New York, New York
January 26, 2018

Respectfully submitted,

*/s/ Gonzalo S. Zeballos*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com
Gonzalo S. Zeballos
Email: gzeballos@bakerlaw.com
Michelle R. Usitalo
Email: musitalo@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the estate of Bernard L.*
*Madoff*

To:    Susheel Kirpilani
       Robert Loigman
       Rex Lee
       Lindsay Weber
       Jordan Harap
       Quinn Emmanuel Urquhart & Sullivan LLP
       51 Madison Avenue
       New York, New York 10010