**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------x
SECURITIES INVESTOR PROTECTION :
CORPORATION :
 :
    Plaintiff-Applicant,
v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Defendant.
------------------------------------------------------------x
IN RE

Bernard L. Madoff,

    Debtor.
------------------------------------------------------------x

Chapter 11

Adv. Pro. No. 08-01789 (BRL)

SIPA Liquidation

(Substantively Consolidated)

### REQUEST FOR REMOVAL FROM ECF NOTIFICATIONS

Thomas G. Wallrich and Joel Nesset, attorneys with the law firm Cozen O'Connor, request to be removed from the ECF notification in the above captioned case.

**COZEN O'CONNOR**

Dated: January 29, 2018

By: /s/ Thomas G. Wallrich
Thomas G. Wallrich (# 213354)
Joel D. Nesset (# 30475X)
33 South Sixth Street
Suite 4640
Minneapolis, MN 55402
Telephone: (612) 260-9000
Facsimile: (612) 260-9080
twallrich@cozen.com
jnesset@cozen.com
***Attorneys for David J. Miller, in his capacity as a general partner of Dorado Investment Company***

12055059v1