*EXECUTION VERSION*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID R. MARKIN, individually and as trustee of the David Markin Charitable Remainder Unitrust #1, DAVID MARKIN CHARITABLE REMAINDER UNITRUST #1,<br><br>Defendants. | Adv. Pro. No. 10-05224 (SMB) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Mitchell D. Schepps, solely in his capacity as Personal Representative of the Estate of David R. Markin hereby withdraws the objection (the "Objection", Docket No. 811) to the Trustee's Notice of Determination of Claim having been filed by David R. Markin, on behalf of the David R. Markin 2003 Trust (the "Claimant"), for Claimant's customer claim nos. 2656 and 9174.

106194489\V-1

*EXECUTION VERSION*

Dated: January 19, 2018

/s/ Carole Neville
Carole Neville
(On behalf of Mitchell D. Schepps, as Personal Representative of the Estate of David R. Markin)
Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089

3

106194489\V-1