**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER APPROVING NINTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING NINTH INTERIM DISTRIBUTION TO CUSTOMERS**

Upon consideration of the motion (the "Motion")[1], dated December 18, 2017, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), for an Order Approving the Trustee's Ninth Allocation of Property to the Fund of Customer Property and Authorizing Ninth Interim Distribution to Customers (ECF No. 17033), and the Affidavit of Vineet Sehgal, executed December 18, 2017 (ECF No. 17034), and it appearing that due and proper notice of the Motion and the relief requested therein have been given, and no other or further notice needing to be given; and; and the Court having reviewed the Motion and the Court having considered the Affidavit of Vineet

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal in support of the Motion; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and it further appearing the relief sought in the Motion is appropriate based upon the Certificate of No Objection filed in this case on January 30, 2018; and after due deliberation and sufficient cause appearing therefor,

**IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is hereby granted; and it is further

**ORDERED**, that all holders of current and future allowed customer claims for amounts still due to them are eligible to receive a distribution consistent with the relief granted herein.

**ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: New York, New York
January **30th**, 2018

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

300459239.1