**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 31, 2018 AT 10:00 A.M.**

**CONTESTED MATTER**

I. **10-05279; Picard v. Magnify, et al.**

　　A.　Motion to Dismiss Case filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green (Filed: 10/30/2017) [ECF No. 149]

　　B.　Affidavit of Yair Green filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International

Investments Ltd., The Yeshaya Horowitz Association, Yair Green (Filed: 10/30/2017) [ECF No. 150]

C. Affidavit of Yair Green Previously Filed (see Doc. No. 150). These Are The Continuation Of Exhibits Referred To In That Affidavit filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green (Filed: 10/30/2017) [ECF No. 151]

D. Memorandum of Law of Defendants' in Support of Motion to Dismiss Plaintiff's Second Amended Complaint filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green. (Wexelbaum, Michael) (Entered: 10/30/2017) (Filed: 10/30/2017) [ECF No. 152]

Objections Due:        December 20, 2017

Objection Filed:

E. Trustee's Memorandum of Law In Opposition to Defendants' Motion to Dismiss filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 12/20/2017) [ECF No. 157]

Reply Filed:

F. Reply Memorandum of Law in Further Support of Motion to Dismiss Plaintiff's Second Amended Complaint filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green (Filed: 1/24/2018) [ECF No. 160]

Related Filings:

G. Second Amended Complaint Against Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green filed by Ona T. Wang on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 9/29/2017) [ECF No. 143]

H. So Ordered Stipulation Signed On 11/1/2017 (Filed: 11/1/2017) [ECF No. 154]

I. So Ordered Stipulation Signed On 12/13/2017. Re: Modifying Scheduling Order (Filed: 12/14/2017) [ECF No. 155]

J.     Letter Filed by Michael Wexelbaum on behalf of Express Enterprises Inc., Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green (Filed: 1/12/2018) [ECF No. 158]

K.     Memorandum Endorsed Order Signed On 1/12/2018. Re: Granting Request (Filed: 1/16/2018) [ECF No. 159]

Status:     This matter is going forward.

Dated: January 30, 2018
New York, New York

By:    /s/David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*