quinn emanuel trial lawyers | new york

51 Madison Avenue, 22nd Floor, New York, New York 10010 | TEL (212) 849-7000 FAX (212) 849-7100

WRITER'S DIRECT DIAL NO.
**(212) 849-7444**

WRITER'S INTERNET ADDRESS
**robertloigman@quinnemanuel.com**

January 30, 2018

**BY ECF AND HAND DELIVERY**

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court,
Southern District of New York
One Bowling Green
New York, New York 10006

Re: *SIPC v. Bernard L. Madoff Inv. Secs. LLC*, No. 08-1789 (SMB), *Picard v. Ceretti, et al.*, Adv. Proc. No. 09-1161 (SMB) (Bankr. S.D.N.Y.)

Dear Judge Bernstein:

We represent the Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (the "Kingate Funds"). On January 25, 2018, we filed the Motion of Kingate Global Fund and Kingate Euro Fund for Order Issuing Letter of Request Pursuant to Hague Evidence Convention [ECF No. 316 (Case No. 09-1161)] (the "Motion"). The presentment date for the Motion was initially set for February 2, 2018. See Notice of Presentment of Motion of Kingate Global Fund and Kingate Euro Fund for Order Issuing Letter of Request Pursuant to Hague Evidence Convention [ECF No. 316-1 (Case No. 09-1161)].

We are writing to update the Court on an agreement we reached with the Trustee to postpone presentment of the Motion until Tuesday, February 27, 2018. Further, by agreement of the parties, the deadline for filing any objections to the Motion shall be changed to Friday, February 23, 2018.

Respectfully submitted,

/s/ Robert S. Loigman
Robert S. Loigman

cc: All Counsel (via ECF and/or email)

quinn emanuel urquhart & sullivan, llp
LOS ANGELES | SAN FRANCISCO | SILICON VALLEY | CHICAGO | WASHINGTON, DC | LONDON | TOKYO | MANNHEIM | MOSCOW | HAMBURG | PARIS | MUNICH | SYDNEY | HONG KONG | BRUSSELS