**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
Susheel Kirpalani
Robert S. Loigman
Rex Lee
Lindsay M. Weber
51 Madison Avenue, 22nd Floor
New York, New York 10010
Telephone: (212) 849-7000
Telecopier: (212) 849-7100

*Counsel to Joint Liquidators of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**CERTIFICATE OF SERVICE**

Robert S. Loigman, being duly sworn, deposes and says:

I am a resident of the United States, over the age of eighteen years, and am not a party to or interested in the above-captioned case. I am employed by the law firm of Quinn Emanuel Urquhart & Sullivan, LLP, as counsel to defendants Kingate Global Fund, Ltd. ("Kingate Global") and Kingate Euro Fund, Ltd. ("Kingate Euro" and together with Kingate Global, the "Kingate Funds") in the above-captioned proceedings. By my direction, I caused true and correct copies of the following pleadings to be filed and to be served on the parties set forth in Schedule A via filing on CM/ECF and/or electronic mail:

- Motion of Kingate Global Fund and Kingate Euro Fund For Order Issuing Letter of Request Pursuant to Hague Evidence Convention [ECF No. 316 (Case No. 09-1161)];
- Notice of Presentment of Motion of Kingate Global Fund and Kingate Euro Fund For Order Issuing Letter of Request Pursuant to Hague Evidence Convention [ECF No. 316-1 (Case No. 09-1161)]

Pursuant to 28 U.S.C. § 1746, I certify under the penalty of perjury that the foregoing is true and correct.

Dated:   January 30, 2018
         New York, New York

/s/   *Robert S. Loigman*
      Robert S. Loigman

**SCHEDULE A**

David Sheehan
Geraldine E. Ponto
Anthony Gruppuso
Baker & Hostetler LLP
dsheehan@bakerlaw.com
gponto@bakerlaw.com
agruppuso@bakerlaw.com
Counsel to Plaintiff Irving H. Picard, Trustee for the
Liquidation of Bernard L. Madoff Investment Securities LLC

Erin E. Valentine
Scott Reynolds
Chaffetz Lindsey LLP
erin.valentine@chaffetzlindsey.com
scott.reynolds@chaffetzlindsey.com
Counsel to Defendant Kingate Management Limited

Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
tmoloney@cgsh.com
Counsel to Defendant HSBC Bank Bermuda Limited

Jodi Aileen Kleinick
Mor Wetzler
Paul, Hastings, Janofsky & Walker LLP
jodikleinick@paulhastings.com
morwetzler@paulhastings.com
Counsel to Defendants Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
cboccuzzi@cgsh.com
Counsel to Defendant Citi Hedge Fund Services Limited

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
timothy.harkness@freshfields.com
Counsel to Defendants Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby Holding Services Limited, Ashby Investment Services Limited, Individually and as Trustees of The Ashby Trust, El Prela Group Holding Services, El Prela Trading Investments Limited, El Prela Trust, First Peninsula, Individually and as Trustees of the Ashby Trust, Port of Hercules Ltd., Individually and as Trustee of the El Prela Trust, The Ashby Trust