**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>ONESCO INTERNATIONAL, LTD., IMPACT DESIGNS LIMITED, TELFORD LIMITED, THE ESTATE OF GARY ALBERT, KATHLEEN ALBERT, in her capacity as Personal Representative of the Estate of Gary Albert, STEVEN BRAUN, in his capacity as Personal Representative of the Estate of Gary | Adv. Pro. No. 10-04966 (SMB) |

Albert, and KEN LITVAK,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: June 5, 2016.

2. Fact Discovery shall be completed by: February 27, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: May 11, 2017.

4. The Disclosure of Rebuttal Experts shall be due: June 12, 2017.

5. The Deadline for Completion of Expert Discovery shall be: July 12, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 19, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 2, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before February 13, 2018.

| | |
|---|---|
| Dated: New York, New York<br>January 30, 2018 | BAKER & HOSTETLER LLP<br><br>By: */s/ Keith R. Murphy*<br>David J. Sheehan<br>Keith R. Murphy<br>Peter B. Shapiro<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |