**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | **JOINT POST-HEARING SUBMISSION ON ADMISSION OF DEPOSITION DESIGNATIONS AND EXHIBITS INTO EVIDENCE** |
| BERNARD L. MADOFF, | |
| Debtor. | |

Irving H. Picard ("the Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act 15 U.S.C. § 78aaa *et seq.* and the chapter 7 estate of Bernard L. Madoff ("Madoff"), and Participating Claimants (collectively with the Trustee, the "Parties"), state as follows:

**WHEREAS**, on January 19, 2018, the Court conducted an evidentiary hearing on the Trustee's treatment of profit withdrawal transactions and on the claims determination objections of Aaron Blecker, including the live testimony of Robert Blecker, Lisa Collura, and Matthew

1

Greenblatt, as well as the submission of deposition designations on stipulation of the Parties with objections (the "Hearing");

**WHEREAS**, the Court made rulings at the Hearing regarding the objections to the designated deposition testimony and the admission of same into evidence; and

**WHEREAS,** the Court directed the Parties to exchange lists of exhibits for admission into evidence with objections identified, if any.

**NOW, THEREFORE**, the Parties have conferred and jointly submit the following:

I. **STIPULATIONS AND OBJECTIONS WITH RESPECT TO DEPOSITION TRANSCRIPTS**

   A. **Designated Deposition Testimony**

   1. Pursuant to the Stipulation Regarding Designated Deposition Testimony and Admissibility of Certain Documents, ECF No. 17136 ("Deposition Designation Order"), as so ordered by this Court on January 17, 2018, the designated portions of the transcripts of Aaron Blecker, Winifier Jackson, Dorothy Khan, Alethea Leung, and JoAnn Sala[1] shall be admitted into evidence without objection.

   2. Pursuant to the Court's ruling during the Hearing, the Trustee's objections to the designated portions of the deposition transcript of Bernard L. Madoff at 43:7-44:14, 45:5-46:25, and 62:12-64:15 are sustained and those portions shall <u>not</u> be admitted into evidence. The remainder of the designated portions of the deposition transcript of Bernard L. Madoff identified in the Deposition Designation Order shall be admitted into evidence without objection.

---

[1] *See* Stipulation Regarding Designated Deposition Testimony and Admissibility of Certain Documents, ECF No. 17136, Attachments 1 and 2.

3. Pursuant to the Court's ruling during the Hearing, the Trustee's objections to the designated portions of the deposition transcript of Annette Bongiorno at 205:2-12 and 205:15-207:8 are sustained and those portions shall <u>not</u> be admitted into evidence. The remainder of the designated portions of the deposition transcript of Annette Bongiorno identified in the Deposition Designation Order shall be admitted into evidence without objection.

4. The deposition transcripts are identified in the parties' pre-marked exhibits as PCX-1 (Aaron Blecker), PCX-2 (Annette Bongiorno), PCX-3 (Winifier Jackson), PXC-4 (Dorothy Khan), PCX-5 (Alethea Leung), PCX-6 (Bernard L. Madoff), TX-239 (Joann Sala) (May 19, 2016), and PCX-7 (Joann Sala) (June 13, 2016).

## II.    EXHIBITS FOR ADMISSION INTO EVIDENCE

5. The Parties have simultaneously exchanged lists of exhibits each seeks to move into evidence as part of the record.

6. The Parties have no objections to the following exhibits, and submit that these exhibits be moved into evidence without objection:

| PCX-15 |
|--------|
| PCX-16 |
| PCX-17 |
| PCX-20 |
| PCX-21 |
| PCX-61 |

7. For the Court's review and consideration, the Trustee respectfully submits and moves for admission into evidence the following exhibits:

| | | | |
|---|---|---|---|
| TX001 | TX044 | TX197 | TX224 |
| TX002 | TX045 | TX198 | TX225 |
| TX003 | TX046 | TX199 | TX226 |
| TX004 | TX047 | TX200 | TX227 |
| TX005 | TX048 | TX201 | TX228 |
| TX006 | TX049 | TX202 | TX229 |
| TX007 | TX051 | TX203 | TX230 |
| TX008 | TX080 | TX204 | TX231 |
| TX009 | TX081 | TX205 | TX232 |
| TX010 | TX082 | TX206 | TX233 |
| TX011 | TX083 | TX207 | TX234 |
| TX012 | TX086 | TX208 | TX235 |
| TX013 | TX087 | TX209 | TX236 |
| TX019 | TX088 | TX210 | TX237 |
| TX020 | TX089 | TX211 | TX238 |
| TX022 | TX090 | TX212 | TX239 |
| TX031 | TX091 | TX213 | TXDEM005 |
| TX032 | TX092 | TX214 | TXDEM006 |
| TX033 | TX093 | TX215 | PCX015 |
| TX035 | TX097 | TX216 | PCX016 |
| TX036 | TX190 | TX217 | PCX017 |
| TX037 | TX191 | TX218 | PCX020 |
| TX038 | TX192 | TX219 | PCX021 |
| TX040 | TX193 | TX220 | PCX024 |
| TX041 | TX194 | TX221 | PCX031 |
| TX042 | TX195 | TX222 | PCX034 |
| TX043 | TX196 | TX223 | PCX061 |

8. A chart further detailing the Trustee's exhibits and any objections are set forth in Attachment A, attached hereto. Participating Claimants also rely on, and incorporate, their objections and legal arguments set forth in their Motions in *Limine*. *See* ECF Nos. 14361, 14362, 14363, 14592, 14594.

9. For the Court's review and consideration, the Participating Claimants respectfully submit and move for admission into evidence the following exhibits:

| PCX-8  | PCX-17 | PCX-20 | PCX-23 | PCX-50 | PCX-68 |
| PCX-15 | PCX-18 | PCX-21 | PCX-48 | PCX-60 | PCX-69 |
| PCX-16 | PCX-19 | PCX-22 | PCX-49 | PCX-61 | PCX-70 |

10. A chart further detailing the Participating Claimants' exhibits and any objections are set forth in Attachment B, attached hereto.

Dated: New York, New York
January 31, 2018

/s/ Seanna R. Brown
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
(212) 589-4200
(212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, as Trustee for the Substantively Consolidated SIPA Estate of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

/s/ Helen Davis Chaitman
CHAITMAN LLP
465 Park Avenue
New York, NY 10022
Helen Davis Chaitman
Email: hchaitman@chaitmanllp.com
Gregory M. Dexter
Email: gdexter@chaitmanllp.com

*Attorneys for Aaron Blecker, Accu Plan Employees' Profit Sharing Trust, Beth Feldman, Howard L. Frucht and Carolyn Frucht Rev Trust, Carol Fisher, Adele Fox Trustee UDT 3/5/90 F/B/O Adele Fox, Saulius Kajota, Caren Low, Frieda Low, Robert K Low, Rona Mast, Laurel Paymer, Daniel Ryan, Schupak Investment c/o Howard M. Schupak, Sandy Sandler, Roberta Schwartz Trust U/A/D 2/11/08, Robert B Sedgwick and Nicholas J Sedgwick TIC, Ryan Tavlin Trust UA 10/31/96 Doron A Tavlin and Harvey Krauss Esq. Trustees*

5