# ATTACHMENT A

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX002 | JPMC '703 BLMIS Account 2001.10.31 Bank Statement (BLMIS Copy) | Bank Records | No objection | |
| TX003 | JPMC '703 BLMIS Account 2007.08.31 Bank Statement (JPMC Produced) | Bank Records | No objection | |
| TX007 | JPMC '703 BLMIS Account 2004.06.30 Bank Statement (JPMC Produced) | Bank Records | No objection | |
| TX008 | JPMC '703 BLMIS Account 2004.06.22 Deposit Slip | Bank Records | No objection | |
| TX011 | 1C1342 Cohn Family Fdn Inc. 2007.04.03 BLMIS Cancelled Check | Bank Records | No objection | |
| TX013 | 1K0033 Klaskin 1998.11.25 BLMIS Cancelled Check | Bank Records | No objection | |
| TX035 | Horowitz 1993.03.19 Bank Account Statement | Bank Records | No objection | |
| TX051 | 1C1219 Cohen 2004.06.17 BLMIS Cancelled Check | Bank Records | No objection | |
| TX192 | Dep. Designation Exhibit (Dep. Ex. 24) 1C1047 BLMIS Check | Bank Records | No objection | |
| TX196 | Dep. Designation Exhibit (Dep. Ex. 28) 1C1047 BLMIS Check | Bank Records | No objection | |
| TX219 | Dep. Designation Exhibit (Dep. Ex. 51) 1Z0009 BLMIS Check | Bank Records | No objection | |
| TX221 | Dep. Designation Exhibit (Dep. Ex. 53) BLMIS Computer System - AS400 Screenshots & Menu | BLMIS Computer System Screenshots | Lack of foundation. Failure to authenticate. Hearsay to which no exception can apply. Irrelevant. *See* FRE 401-403. | |
| TX222 | Dep. Designation Exhibit (Dep. Ex. 54) 1993 BLMIS Procedure Log | BLMIS Procedure Log | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX223 | Dep. Designation Exhibit (Dep. Ex. 55) 1995 BLMIS Procedure Log | BLMIS Procedure Log | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX224 | Dep. Designation Exhibit (Dep. Ex. 56) 1996 BLMIS Procedure Log | BLMIS Procedure Log | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| PCX015 | Aaron Blecker's SIPC Claim #003900 Accounts 1B0156, July 22, 2009 MWPTAP00261293 – MWPTAP00261306 (Claim Agent's copy) | Customer Claim | No objection | |
| PCX016 | Aaron Blecker's SIPC Claim #00397 Accounts 1B0022 July 22, 2009 MWPTAP00261365 – MWPTAP00261382 (Claim Agent's copy) | Customer Claim | No objection | |
| PCX061 | Arthur Blecker & Sofie Blecker J/T WROS's SIPC Claim Account 1B0157-3 MWPTAP00261348 – MWPTAP00261364 | Customer Claim | No objection | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX019 | 1B0066 & 1B0194 Brodsky Customer File | Customer File | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. Irrelevant. See FRE 401-403. | |
| TX020 | 1B0066 & 1B0194 Brodsky Customer File | Customer File | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. Irrelevant. See FRE 401-403. | |
| TX036 | 1B0022 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX037 | 1B0022 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the "S" is unknown and the date of the "S" is unknown. Hearsay to which no exception applies. | |
| TX038 | 1B0022 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing on the folder is unknown. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX040 | 1B0023 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing on the folder is unknown. Hearsay to which no exception applies. | |
| TX041 | 1B0023 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing and date of the writing is unknown. Hearsay to which no exception applies. | |
| TX042 | 1B0023 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing on the folder and date of the writing is unknown. Hearsay to which no exception applies. | |
| TX043 | 1B0156 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing on the folder is unknown. Hearsay to which no exception applies. | |
| TX044 | 1B0156 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing is unknown. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX045 | 1B0156 Blecker Customer File | Customer File | No objection except to pages 20-22. With respect to pages 20-22, lack of foundation, failure to authenticate, impossible to authenticate because the author of the writing is unknown. Hearsay to which no exception applies. | |
| TX046 | 1B0156 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing on the folder is unknown. Hearsay to which no exception applies. | |
| TX047 | 1B0157 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing on the folder is unknown. Hearsay to which no exception applies. | |
| TX048 | 1B0157 Blecker Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing and date of the writing is unknown. Hearsay to which no exception applies. | |
| TX049 | 1B0157 Blecker Customer File | Customer File | No objection except to pages 3-4. With respect to pages 3-4, lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the writing is unknown. Hearsay to which no exception applies. | |

ATTACHMENT A
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX191 | Dep. Designation Exhibit (Dep. Ex. 23) 1C1047 BLMIS Customer File | Customer File | Object except to pages 3-4. With respect to all pages but 3-4, lack of foundation. Failure to authenticate. Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |
| TX198 | Dep. Designation Exhibit (Dep. Ex. 30) 1H0009 BLMIS Customer File | Customer File | Object except with respect to pages 18-27, 29-40. With respect to all pages but 18-27, 29-40, lack of foundation, failure to authenticate. Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |
| TX199 | Dep. Designation Exhibit (Dep. Ex. 31) 1Z0009 BLMIS Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the various writings in the folder is unknown. Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |
| TX204 | Dep. Designation Exhibit (Dep. Ex. 36) 1B0022 BLMIS Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the "S" is unknown. Hearsay to which no exception applies. | |
| TX210 | Dep. Designation Exhibit (Dep. Ex. 42) 1B0023 BLMIS Customer File | Customer File | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the "S" is unknown. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX212 | Dep. Designation Exhibit (Dep. Ex. 44) 1B0156 BLMIS Customer File | Customer File | Same objections as to Trustee's Exhibit 45 because this exhibit is the same except for its first three pages. With respect to pages 1-3, lack of foundation, failure to authenticate, hearsay to which no exception applies. | |
| TX213 | Dep. Designation Exhibit (Dep. Ex. 45) 1B0157 BLMIS Customer File | Customer File | Same objections as to Trustee's Exhibit 49 because this exhibit is the same except for its first two pages. With respect to pages 1-2, lack of foundation, failure to authenticate, hearsay to which no exception applies. | |
| TX214 | Dep. Designation Exhibit (Dep. Ex. 46) 1C1001 BLMIS Customer File | Customer File | Object except to pages 4-10, 11-43, and object to the writing on page 10 that is not from the customer. With respect to all pages but 4-10, 11-43, and the writing on page 10 that is from the customer, lack of foundation. Failure to authenticate. Impossible to authenticate because the author of numerous writings contained herein are unknown. Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |
| TX225 | Dep. Designation Exhibit (Dep. Ex. 57) 1A0028 BLMIS Customer File | Customer File | Object except to pages 4-10, 12-34. With respect to all but pages 4-10, 12-34, lack of foundation. Failure to authenticate. Impossible to authenticate because the author(s) and dates of numerous writings contained herein are unknown. Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |
| TX231 | Dep. Designation Exhibit (Dep. Ex. 63) 1R0073 BLMIS Customer File | Customer File | Lack of foundation and failure to authenticate to the extent that the author of the writings is unknown. Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363,14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX232 | Dep. Designation Exhibit (Dep. Ex. 64) 1R0073 & 1R0133 BLMIS Customer File | Customer File | Object except to pages 3-11, 13-45, 47-55, object to the writing on pages 3, 4, 5, 15, 50, and 51 to the extent it is not from the customer. With respect to those portions to which an objection is stated, lack of foundation, failure to authenticate, impossible to authenticate because the author(s) and dates of numerous writings contained therein is unknown. Hearsay to which no exception applies. Irrelevant. See FRE 401-403. | |
| TX031 | 1A0001 AHT Partners Accounting Schedule | Customer Produced Record | No objection | |
| PCX024 | Madoff Account 1-00254-1-0 Statements 9/30/86 MF00064856, Redacted | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| PCX031 | Madoff Account 1-00254-9-C Statement 8/31/90 MF00035711, Redacted | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| PCX034 | Madoff Account 1-00214-1-8 Statements 3/31/81 MF00095502 | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX001 | 1H0094 Hurwitz 2001.10.31 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX004 | 1M0230 M J 2005 GRATS LLC 2007.08.31 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX005 | 1F0201 FAMMAD LLC 2007.08.31 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX006 | 1L0063 Sidney Ladin 2007.08.31 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX009 | 1C1219 Cohen 2004.06.30 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX010 | 1C1342 Cohn Family Fdn Inc. 2007.04.30 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX012 | 1K0033 Klaskin 1998.11.30 Customer Statement | Customer Statement | IrrIrrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX022 | 1B0066 Brodsky 1994.11.30 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX032 | 1A0001 AHT Partners 1993.02.28 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX033 | 1H0063 Horowitz 1993.02.28 Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX081 | 1B0022 Blecker 1995.03.31 Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX082 | 1B0022 Blecker 1995.02.28 Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX083 | 1B0022 Blecker 1995.04.30 Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX097 | 1B0022 Blecker 1997.04.30 Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX193 | Dep. Designation Exhibit (Dep. Ex. 25) 1C1047 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX194 | Dep. Designation Exhibit (Dep. Ex. 26) 1C1047 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX197 | Dep. Designation Exhibit (Dep. Ex. 29) 1C1047 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX200 | Dep. Designation Exhibit (Dep. Ex. 32) 1Z0009 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX201 | Dep. Designation Exhibit (Dep. Ex. 33) 1Z0009 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX205 | Dep. Designation Exhibit (Dep. Ex. 37) 1B0022 BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Impossible to authenticate because the author of the "S" is unknown and the date of the "S" is unknown. Hearsay to which no exception applies. | |
| TX206 | Dep. Designation Exhibit (Dep. Ex. 38) 1B0022 BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX209 | Dep. Designation Exhibit (Dep. Ex. 41) 1B0022 BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX211 | Dep. Designation Exhibit (Dep. Ex. 43) 1B0023 BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363,14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX215 | Dep. Designation Exhibit (Dep. Ex. 47) 1C1001 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX216 | Dep. Designation Exhibit (Dep. Ex. 48) 1C1001 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX220 | Dep. Designation Exhibit (Dep. Ex. 52) 1Z0009 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX226 | Dep. Designation Exhibit (Dep. Ex. 58) 1H0009 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX227 | Dep. Designation Exhibit (Dep. Ex. 59) 1B0022 BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX228 | Dep. Designation Exhibit (Dep. Ex. 60) 1B0023 BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX233 | Dep. Designation Exhibit (Dep. Ex. 65) 1R0073 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX235 | Dep. Designation Exhibit (Dep. Ex. 69) 1B0022 (100254) BLMIS Customer Statement | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX236 | Dep. Designation Exhibit (Dep. Ex. 70) 1B0022 (100254) Customer Statements | Customer Statement | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. Improper compilation. | |
| TX237 | Dep. Designation Exhibit (Dep. Ex. 71) 1B0023 (100215) BLMIS Customer Statement | Customer Statement | Hearsay to which no exception applies. | |
| TX238 | Dep. Designation Exhibit (Dep. Ex. 72) 1B0023 (100215) BLMIS Customer Statement | Customer Statement | Hearsay to which no exception applies. | |
| TX195 | Dep. Designation Exhibit (Dep. Ex. 27) 1C1047 BLMIS Customer Statement | Customer Statement | Irrelevant. See FRE 401-403. Hearsay to which no exception applies. | |
| TX230 | Dep. Designation Exhibit (Dep. Ex. 62) 1C1047 BLMIS Debit Memo | Debit Memo | Object to all but page 1. With respect to all but page 1, irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX234 | Dep. Designation Exhibit (Dep. Ex. 66) 1R0073 BLMIS Debit Memo | Debit Memo | Object to all but page 1. With respect to all but page 1, Irrelevant. See FRE 401-403. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TXDEM005 | BLMIS Account 1B0022 Reported Month-End Equity Balance vs. Month-End Equity Balance if PW Transactions Were Reinvested | Demonstrative | Demonstratives are not substantive evidence and are not admissible. Moreover, the demonstrative is based on hearsay to which no exception applies and otherwise inadmissible evidence. No foundation. Failure to authenticate. Speculation. | |
| TXDEM006 | BLMIS Account 1B0023 Reported Month-End Equity Balance vs. Month-End Equity Balance if PW Transactions Were Reinvested | Demonstrative | Demonstratives are not substantive evidence and are not admissible. Moreover, the demonstrative is based on hearsay to which no exception applies and otherwise inadmissible evidence. No foundation. Failure to authenticate. Speculation. | |
| TX239 | Deposition Transcript of Jo Ann Sala dated May 19, 2016 | Deposition Transcript | No objection to those designated portions pursuant to the parties' stipulation. *See* ECF No. 17136 and attachments. | |
| PCX020 | Trustee's determination letter, May 10, 2010, Account 1B0156 | Determination Letter | No objection | |
| PCX021 | Trustee's determination letter, September 29, 2010, Account 1B0157 | Determination Letter | No objection | |
| PCX017 | Trustee's determination letter, October 19, 2009, Account 1B0022 MWPTAP00995728 - MWPTAP00995733 Aaron Blecker's letter to Trustee, undated | Determination Letter / Undated Letter to Trustee | No objection | |
| TX080 | House 17 Manual | House 17 Manual | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX217 | Dep. Designation Exhibit (Dep. Ex. 49) BLMIS House 17 Manual | House 17 Manual | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX218 | Dep. Designation Exhibit (Dep. Ex. 50) BLMIS House 17 Manual | House 17 Manual | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX088 | 1B0022 Blecker 1992.12.31 PMR | PMR | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX207 | Dep. Designation Exhibit (Dep. Ex. 39) 1B0022 / 1B0023 PMR | PMR | Hearsay to which no exception applies. | |
| TX087 | 1B0022 Blecker 1992.12.31 PMT | PMT | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX202 | Dep. Designation Exhibit (Dep. Ex. 34) 1Z0009 PMT | PMT | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX203 | Dep. Designation Exhibit (Dep. Ex. 35) 1Z0009 PMR | PMT | Hearsay to which no exception applies. Irrelevant. *See* FRE 401-403. | |
| TX208 | Dep. Designation Exhibit (Dep. Ex. 40) 1B0022 / 1B0023 PMT | PMT | Hearsay to which no exception applies. | |
| TX089 | Check In Spiral Notebook | Spiral Notebook | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX090 | Check Out Spiral Notebook | Spiral Notebook | Not introduced during trial or any deposition. Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX190 | Dep. Designation Exhibit (Dep. Ex. 22) Spiral Notebooks | Spiral Notebook | Hearsay to which no exception applies. Improper compilation. Lack of foundation, failure to authenticate, impossible to authenticate because the authors and dates of many of the various writings in this Exhibit are unknown. Irrelevant. *See* FRE 401-403. | |
| TX229 | Dep. Designation Exhibit (Dep. Ex. 61) Spiral Notebook (HWN00001472-1824) | Spiral Notebook | Lack of foundation. Failure to authenticate. Hearsay to which no exception applies. | |
| TX086 | Principal Balance Calculation - 1B0022 (Blecker) | Summary Exhibit Pursuant to Federal Rule of Evidence 1006 | The summary is comprised of hearsay and otherwise inadmissible evidence and thus is inadmissible. Lack of foundation. Failure to authenticate. | |

**ATTACHMENT A**
*SIPC v. BLMIS*, Adv. No. 08-01789 (SMB)
Profit Withdrawal Evidentiary Hearing
Trustee's Exhibits for Admission into Evidence (Sorted by Category)

| Ex. No. | Document Description | Document Category | Participating Claimants rely on, and incorporate by reference, their objections set forth in their Motion in Limine papers, *see* ECF Nos. 14361, 14362, 14363, 14592, 14594, and hereby set forth additional specific objections to each exhibit as follows: | Ruling |
|---|---|---|---|---|
| TX091 | Principal Balance Calculation - 1B0023  (Blecker) | Summary Exhibit Pursuant to Federal Rule of Evidence 1006 | The summary is comprised of hearsay and otherwise inadmissible evidence and thus is inadmissible.  Lack of foundation.  Failure to authenticate. | |
| TX092 | Principal Balance Calculation - 1B0156  (Blecker) | Summary Exhibit Pursuant to Federal Rule of Evidence 1006 | The summary is comprised of hearsay and otherwise inadmissible evidence and thus is inadmissible.  Lack of foundation.  Failure to authenticate. | |
| TX093 | Principal Balance Calculation - 1B0157  (Blecker) | Summary Exhibit Pursuant to Federal Rule of Evidence 1006 | The summary is comprised of hearsay and otherwise inadmissible evidence and thus is inadmissible.  Lack of foundation.  Failure to authenticate. | |