# ATTACHMENT B

# ATTACHMENT B

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |

Participating Claimants represented by Chaitman LLP ("Participating Claimants"), pursuant to the Court's instructions following the conclusion of the evidentiary hearing held on January 19, 2018 on the Trustee's Motion for an Order Affirming Treatment of Profit Withdrawal Transactions and the Claims Determination Objections of Aaron Blecker, hereby move the following exhibits into evidence:

**PARTICIPATING CLAIMANTS' TRIAL EXHIBITS**

| Exh. Tab | Document Description | ECF No. | Date | Objection | Ruling |
|---|---|---|---|---|---|
| 8. | Supplemental Expert Report of Lisa M. Collura dated December 17, 2015, with Attachments D.17 and D.18 | ECF 14162-10 | 12/17/2015 | None | |

{00034909 1 }

| Exh. Tab | Document Description | ECF No. | Date | Objection | Ruling |
|---|---|---|---|---|---|
| 15. | Aaron Blecker's SIPC Claim #003900 Accounts 1B0156, July 22, 2009<br> MWPTAP00261293 – MWPTAP00261306<br>(Claim Agent's copy) | ECF 14162-24 | 07/22/2009 | None | |
| 16. | Aaron Blecker's SIPC Claim #00397 Accounts 1B0022 July 22, 2009<br> MWPTAP00261365 – MWPTAP00261382<br>(Claim Agent's copy) | ECF 14162-24 | 07/22/2009 | None | |
| 17. | Trustee's determination letter, October 19, 2009, Account 1B0022 MWPTAP00995728 - MWPTAP00995733<br><br>Aaron Blecker's letter to Trustee, undated | ECF 14162-25 | 10/19/2009 | None | |
| 18. | Aaron Blecker's letter to Judge Burton R. Lifland, November 2, 2009, Redacted | ECF 14162-26 | 11/02/2009 | None | |
| 19. | Affidavit of Aaron Blecker November 18, 2009 [ECF 961, Bankr Case 08-01789] MWPTAP01111395 - MWPTAP01111408, Redacted | ECF 14162-27 | 11/18/2009 | None | |
| 20. | Trustee's determination letter, May 10, 2010, Account 1B0156 | ECF 14162-28 | 05/10/2010 | None | |
| 21. | Trustee's determination letter, September 29, 2010, Account 1B0157 | ECF 14162-29 | 09/29/2010 | None | |

| Exh. Tab | Document Description | ECF No. | Date | Objection | Ruling |
|---|---|---|---|---|---|
| 22. | Aaron Blecker's letter to Judge Lifland and Irving Picard, October 19, 2010 MWPTAP01094520 - MWPTAP01094522 | ECF 14162-30 | 10/19/2010 | None | |
| 23. | Baker & Hostetler letter to Aaron Blecker, November 11, 2010 | ECF 14162-31 | 11/11/2010 | None | |
| 48. | Madoff Check No. 5671 12/17/91 to Gunther Unflat & Margaret Unflat 10-05420_Defendant_0000001 | ECF 14162-39 | 12/17/1991 | None | |
| 49. | Madoff Account 1-02103-1-0 Statement 12/31/91, MF00474561, Redacted | ECF 14162-40 | 12/31/1991 | None | |
| 50. | BLMIS investors' letters requesting profit withdrawals MADTBB01989172 – MADTBB01989186 | ECF 14162-41 | | None | |
| 60. | Madoff customers' letters requesting profit withdrawals at inception of accounts AMF00216912 | ECF 14162-50 | | None | |
| 61. | Arthur Blecker & Sofie Blecker J/T WROS's SIPC Claim Account 1B0157-3 MWPTAP00261348 – MWPTAP00261364 | ECF 14162-51 | | None | |
| 68. | Blecker Deposition Exhibit 1, Declaration of Aaron Blecker | ECF 14480-11 | 11/18/16 | Lack of authentication | |

{00034909 1 }    3

| Exh. Tab | Document Description | ECF No. | Date | Objection | Ruling |
|---|---|---|---|---|---|
| 69. | Bongiorno Deposition Exhibit 1, Amended Consent Preliminary Order of Forfeiture as to specific property/money judgment. | ECF No. 13523- 2 | 6/17/16 | None | |
| 70. | Madoff Deposition Exhibit 2, Declaration of Bernard L. Madoff. | | 11/17/15 | None | |

Dated: New York, New York
January 31, 2018

**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Participating Claimants*