**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br>     v.<br><br>THOMAS L. STARK, as joint tenant with right of survivorship, and<br><br>HILARY M. STARK, as joint tenant with right of survivorship,<br><br>          Defendants. | Adv. Pro. No. 10-05295 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Thomas L. Stark and Hillary M. Stark (the "Defendants"), by and through their counsel, Otterbourg, P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 7, 2010, the Trustee filed and served the Complaint against Defendants.

2. On October 3, 2011, Defendants served an answer on the Trustee.

3. On January 25, 2018, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Adv. Pro. No. 08-01789, Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without prejudice of the above-captioned adversary proceeding. Upon receipt of the full settlement payment, and provided there is no default under the settlement agreement, the dismissal hereunder shall become with prejudice.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: February 1, 2018
      New York, New York

By: *Elyssa S. Kates*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email: rbeckerlegge@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: *Richard Haddad*
**OTTERBOURG P.C.**
230 Park Avenue
New York, NY 10111
Telephone: (212) 905-3622
Facsimile: (212) 604-6182
Richard Haddad
Email: rhaddad@otterbourg.com

*Attorneys for Defendants Thomas L. Stark and Hilary M. Stark*

**SO ORDERED**

Dated: **February 1st, 2018**
      New York, New York

                      **/s/ STUART M. BERNSTEIN**
                      HONORABLE STUART M. BERNSTEIN
                      UNITED STATES BANKRUPTCY JUDGE