**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Regina Griffin

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON EXHIBIT 1 ATTACHED HERETO,<br><br>  Defendants. | Adv. Pro. Nos. listed on Exhibit 1 Attached Hereto |

# NOTICE OF AGENDA FOR MATTERS SCHEDULED
## FOR HEARING ON FEBRUARY 8, 2018 AT 2:00 P.M.

## CONTESTED MATTERS

1. **10-04287; Picard v. Cardinal Management Inc.**

   A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 39]

   B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 40]

   C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 41]

   Objections Due:    October 6, 2017

   Objection Filed:

   D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/10/2017) [ECF No. 98]

   Reply Filed:

   E. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 99]

   F. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 101]

   Status: This matter is going forward.

2. **10-04330; Picard v. Square One Fund Ltd.**

   A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 70]

 B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 71]

 C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 72]

Objections Due: October 6, 2017

Objection Filed:

 D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/9/2017) [ECF No. 98]

Reply Filed:

 E. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 99]

 F. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 101]

Status: This matter is going forward.

3. **10-04457; Picard v. Equity Trading Fund**

 A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 55]

 B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 56]

 C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 57]

Objections Due: October 6, 2017

3

Objection Filed:

D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [Case No. 08-01789; ECF No. 16724]

Reply Filed:

E. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 110]

F. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 111]

Status: This matter is going forward.

4. **10-04471; Picard v. Citrus Investment Holdings, Ltd.**

A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 36]

B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 37]

C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 38]

Objections Due:    October 6, 2017

Objection Filed:

D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 77]

Reply Filed:

E. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 80]

4

F. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 81]

Status: This matter is going forward.

5. **10-05120; Picard v. Oréades SICAV**

A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 39]

B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 40]

C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 41]

Objections Due: October 6, 2017

Objection Filed:

D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 116]

E. Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue by Dismissed Defendant Inter Investissements S.A. (In its Capacity as Former Liquidator of Defendant Oréades SICAV) (Filed: 10/6/2017) [ECF No. 117]

Reply Filed:

F. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 120]

G. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 121]

Status: This matter is going forward.

6. **10-05345; Picard v. Citibank, N.A.**

   A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 71]

   B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 72]

   C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 73]

   Objections Due:    October 6, 2017

   Objection Filed:

   D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 122]

   E. Declaration of Carmine D. Boccuzzi, Jr. in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 123]

   Reply Filed:

   F. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 124]

   G. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 125]

   Status: This matter is going forward.

7. **10-05353; Picard v. Natixis S.A.**

   A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 67]

   B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 68]

    C.    Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 69]

Objections Due:    October 6, 2017

Objection Filed:

    D.    Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 145]

    E.    Natixis Financial Products LLC's Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 146]

    F.    Declaration of Bruce M. Ginsberg in Support of Natixis Financial Products LLC's Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 147]

Reply Filed:

    G.    Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 150]

    H.    Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 151]

Status: This matter is going forward.

8. **10-05354; Picard v. ABN AMRO Bank, N.A. (Royal Bank of Scotland)**

    A.    Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 69]

    B.    Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 70]

    C.    Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P.

   15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 71]

Objections Due:  October 6, 2017

Objection Filed:

 D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 134]

 E. ABN AMRO BANK N.V.'s (presently known as THE ROYAL BANK OF SCOTLAND N.V.) ("RBS/ABN") Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Pre-Motion-to-Dismiss Discovery (Filed: 10/6/2017) [ECF No. 135]

 F. Declaration of Michael S. Feldberg in Support of ABN AMRO BANK N.V.'s (presently known as THE ROYAL BANK OF SCOTLAND N.V.) ("RBS/ABN") Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Pre-Motion-to-Dismiss Discovery (Filed: 10/6/2017) [ECF No. 137]

Reply Filed:

 G. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 143]

 H. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 144]

Status: This matter is going forward.

9. **10-05355; Picard v. ABN AMRO Bank (Ireland) Ltd.**

 A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 65]

 B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 66]

 C. Declaration of Regina Griffin in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 67]

Objections Due:    October 6, 2017

Objection Filed:

- D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 133]

- E. ABN Defendants' Supplemental Memorandum of Law in Support of Defendants' Opposition to the Trustee's Motion for Limited Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 134]

- F. Declaration of Thomas J. Giblin in Support of the ABN Defendants' Supplemental Memorandum of Law in Support of Defendants' Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 135]

- G. Declaration of Amod Kumar in Support of the ABN Defendants' Supplemental Memorandum of Law in Support of Defendants' Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 136]

Reply Filed:

- H. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 141]

- I. Declaration of Regina Griffin in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 142]

Status: This matter is going forward.

10. **12-01273; Picard v. Mistral (SPC)**

- A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 29]

- B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 30]

- C. Declaration of Howard L. Simon in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 31]

Objections Due:     October 6, 2017

Objection Filed:

D.  Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 75]

Reply Filed:

E.  Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 79]

F.  Joinder to the Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant To Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 77]

G.  Declaration of Howard L. Simon in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 78]

Status: This matter is going forward.

11. **12-01278; Picard v. Zephyros Limited**

A.  Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 30]

B.  Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 31]

C.  Declaration of Howard L. Simon in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 32]

Objections Due:     October 6, 2017

Objection Filed:

D.  Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 86]

10

Reply Filed:

- E. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 88]

- F. Joinder to the Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant To Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 89]

- G. Declaration of Howard L. Simon in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 90]

Status: This matter is going forward.

12. **12-01698; Picard v. Banque Internationale à Luxembourg S.A.**

- A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 29]

- B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 30]

- C. Declaration of Howard L. Simon in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 31]

Objections Due: October 6, 2017

Objection Filed:

- D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 90]

- E. Declaration of Anthony L. Paccione in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 91]

Reply Filed:

- F. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 95]

11

08-01789-cgm    Doc 17217    Filed 02/07/18    Entered 02/07/18 17:06:51    Main Document
                                    Pg 12 of 13

G. Joinder to the Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant To Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 95]

H. Declaration of Howard L. Simon in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 96]

Status: This matter is going forward.

13. **12-01699; Picard v. Royal Bank of Canada**

A. Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 27]

B. Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 28]

C. Declaration of Howard L. Simon in Support of the Trustee's Memorandum of Law in Support of Omnibus Motion for Leave to Replead Pursuant to Fed. R. Civ. P. 15(a) and Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 8/28/2014) [ECF No. 29]

Objections Due:    October 6, 2017

Objection Filed:

D. Consolidated Memorandum of Law in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No.81]

E. Declaration of Anthony L. Paccione in Opposition to the Trustee's Motion for Discovery on the Good Faith Issue (Filed: 10/6/2017) [ECF No. 82]

Reply Filed:

F. Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 85]

G. Joinder to the Trustee's Reply Memorandum of Law in Further Support of Motion for Court Order Authorizing Limited Discovery Pursuant To Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 86]

    H.    Declaration of Howard L. Simon in Further Support of the Trustee's Omnibus Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 11/20/2017) [ECF No. 87]

<u>Status</u>: This matter is going forward.

**Related Filings:**

14.    <u>**08-01789; SIPC v. BLMIS**</u>

    A.    Notice of Presentment of Order Concerning Further Proceedings on Trustee's Motion for Leave to Replead and for Limited Discovery (Filed: 7/11/2017) [ECF No. 16313]

    B.    Order Concerning Further Proceedings on Trustee's Motion for Leave to Replead and for Limited Discovery (Entered: 7/24/2017) [ECF No. 16428]

    C.    Notice of Hearing on Trustee's Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (Filed: 12/28/2017) [ECF No. 17081]

Dated: February 7, 2018
New York, New York

By:    */s/Regina Griffin*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina Griffin
Email: rgriffin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*