**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST (CAYMAN) LIMITED, and BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>    Defendants. | Adv. Pro. No. 12-01576 (SMB) |

## [PROPOSED] ORDER ON MOTION TO COMPEL

Upon consideration of plaintiff Irving H. Picard's (the "Trustee") Notice of Motion to Compel, ECF No. __ (the "Motion"), the Trustee's Memorandum of Law in Support of the Motion, ECF No. __, and the Declaration of Jonathan A. Forman in Support of the Motion, ECF No. __; and it appearing that due and proper notice of the Motion and relief requested therein having been given, and no other further notice needing to be given; and a hearing having been

held on the Motion on _____, 2018 (the "Hearing"); and this Court having jurisdiction to consider the Motion under 28 U.S.C. §§ 157 and 1334; and the Court having considered any papers submitted in support of an in opposition to the Motion; the argument of counsel at the Hearing; and the record in this case:

**IT IS HEREBY ORDERED**, that the motion is **GRANTED** as follows:

1. Defendants are hereby ordered to produce all documents responsive to the requests directed to them, as identified in Exhibit O to the Forman Declaration (*i.e.*, Requests Nos. 1-25, 29, 52, 64, and 84 as set forth in Exhibit B to the Forman Declaration) within thirty (30) days of the entry of this Order; and

2. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

**IT IS HEREBY FURTHER ORDERED**, that contemporaneous with such productions, Defendants shall transmit to the Trustee a privilege log (if applicable) identifying the withheld documents and otherwise satisfying the requirements of Local Bankruptcy Rule 7034-1(c)(1) & (2).

SO ORDERED this ___ day of _____, 2018

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE