# EXHIBIT A

BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Joanna F. Wasick
direct dial: 212.589.4635
jwasick@bakerlaw.com

October 27, 2017

**VIA FIRST CLASS AND ELECTRONIC MAIL**

Ari D. MacKinnon, Esq.
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
amackinnon@cgsh.com

*Re:* *Picard v. BNP Paribas S.A. et al., Adv. Pro. No. 12-01576 (SMB)*

Dear Mr. MacKinnon:

On behalf of the Trustee in the above-referenced adversary proceeding, and in response to your colleague Donna Xu's recent informal requests for information relating to the Trustee's amended complaint in this proceeding, we write to request a conference between the parties to agree on a proposed discovery plan pursuant to Rule 26(f) of the Federal Rules of Civil Procedure. To aid that process, we enclose the Trustee's First Sets of Requests for Production of Documents to Defendants BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, and BNP Paribas Securities Services S.A. as Exhibits A, B, C, and D, respectively. We also enclose as Exhibit E a list of individuals who were involved with the Defendants' BLMIS-related business activities and request that you identify whether these employees are still employed by Defendants or any of their affiliates. For those individuals listed on Exhibit E who are no longer employed by Defendants or their affiliates, please identify whether you represent them in connection with this adversary proceeding.

We are available to meet and confer with you during the week of November 13, 2017. Please let us know as soon as possible your availability for that week.

Sincerely,

Joanna F. Wasick