# EXHIBIT F

**EXHIBIT E**

| Last Name | First Name | Location[1] |
|---|---|---|
| Drumm | Paul | Dublin, Ireland |
| Geoghegan | Deirdre | Dublin, Ireland |
| Nwankwo | Kaine | Dublin, Ireland |
| O'Hara | Sinead | Dublin, Ireland |
| Owens | Paul | Dublin, Ireland |
| Saint | Davina | Dublin, Ireland |
| Rothenhauser | Rupertus | Frankfurt, Germany |
| Bouyer | Pierre-Emmanuel | London, United Kingdom |
| Casano | Vanessa | London, United Kingdom |
| Del Rio Jansson | Linda | London, United Kingdom |
| Elliott | Benjamin | London, United Kingdom |
| Goursat | Stephane | London, United Kingdom |
| Ingino | Pasquale | London, United Kingdom |
| Laffitte | Thierry | London, United Kingdom |
| Montel | Julien | London, United Kingdom |
| Ollila | Peter | London, United Kingdom |
| Oppetit | Bernard | London, United Kingdom |
| Pacini | Eric | London, United Kingdom |
| Parker | Timothy | London, United Kingdom |
| Wainstein | Shaun | London, United Kingdom |
| Yared | Nabil | London, United Kingdom |
| Argiolas | Alexandre | United Kingdom |
| Camerlynck | Vincent | United Kingdom |
| Delleaux | Frederic | United Kingdom |
| Kingham | Steven | United Kingdom |
| Lattaignant | Xavier | United Kingdom |
| Lhuissier | Leila | United Kingdom |
| Mojasky | Alexandre | United Kingdom |
| Sememnt | Xavier | United Kingdom |
| Woodhouse | David | United Kingdom |
| Adam | Phillippe | Luxembourg |
| Boismare | Dimitri | Luxembourg |
| Bonnier | Jacques | Luxembourg |
| Capponi | Gregory | Luxembourg |
| Corbasson | Remy | Luxembourg |
| Crochet | Patrice | Luxembourg |
| De Silva Ferreira | Christophe | Luxembourg |
| Di Maggio | Olivier | Luxembourg |

---

[1] To aid your clients' response, we have identified to the best of our abilities the location of the individuals while employed by Defendants or their affiliates.

611569687.1

| Last Name | First Name | Location[1] |
|---|---|---|
| Dumont | Jerome | Luxembourg |
| Dundon | Alan | Luxembourg |
| Dupenloup | Severine | Luxembourg |
| Fedderson | Craig | Luxembourg |
| Ferraresi | Christie | Luxembourg |
| Fossen | Sylvaine | Luxembourg |
| Graziano | Stephanie | Luxembourg |
| Grignard | Fabienne | Luxembourg |
| Gulliume | Anne | Luxembourg |
| Gury | Sebastien | Luxembourg |
| Haag | Maurice | Luxembourg |
| Hamon | Cedric | Luxembourg |
| Kuborn | Samuel | Luxembourg |
| Leomant | Jean | Luxembourg |
| Noel | Didier | Luxembourg |
| Nolin | Olivier | Luxembourg |
| Outtandy | Ashok | Luxembourg |
| Renald | Dazy | Luxembourg |
| Retiere | Olivier | Luxembourg |
| Trouillez | Alain | Luxembourg |
| Trouvain | Lionel | Luxembourg |
| Vanmansart | Marc | Luxembourg |
| Vatry (aka Laurent) | Michele | Luxembourg |
| Vitali | Laetitia | Luxembourg |
| Madaule | Denis | Miami, USA |
| McDaniel | Milagros | Miami, USA |
| Schanen | Gilles | Miami, USA |
| Albin | Adam | New York, USA |
| Ansel | Matthew Ian | New York, USA |
| Barreras | Bryan | New York, USA |
| Beckett | Cathy | New York, USA |
| Burkett | Eric | New York, USA |
| Byrne | Jonathan | New York, USA |
| Chen | Carrie | New York, USA |
| Cook | Stacia | New York, USA |
| D'Altorio | Matthew | New York, USA |
| Dasgupta | Pratap | New York, USA |
| Daugherty | Kami | New York, USA |
| Dikker | Lena | New York, USA |
| DiNunzio | Steven | New York, USA |
| Dougherty | Kami | New York, USA |
| Douglas | Creighton | New York, USA |

| Last Name | First Name | Location[1] |
|---|---|---|
| Dubose | Rae | New York, USA |
| Duguet | Alexandre | New York, USA |
| Ellis | Christina | New York, USA |
| Fitzsimmons | Eileen | New York, USA |
| Gardella | Darlene | New York, USA |
| Garrett | Karl | New York, USA |
| Glusker | Dan | New York, USA |
| Grossman | Lisa Kaye | New York, USA |
| Hauley | Robert | New York, USA |
| Heath | Beth | New York, USA |
| Hugon | Fabrice | New York, USA |
| Jehanno | David | New York, USA |
| Kehoe | Thomas | New York, USA |
| Latuja | Anthony | New York, USA |
| Mahoney | Thomas | New York, USA |
| McEnvoy | Brian | New York, USA |
| McMurray | Locke | New York, USA |
| Merad | Lamine | New York, USA |
| Nash | Brian | New York, USA |
| Odillard | Stephane | New York, USA |
| Ostrovskzy | Inna | New York, USA |
| Overley | Kurt | New York, USA |
| Permenter | Mary Catherine | New York, USA |
| Perotta | Susanne | New York, USA |
| Persaud | Anthony | New York, USA |
| Pirner | John | New York, USA |
| Prunty | Thomas | New York, USA |
| Russo | John | New York, USA |
| Schenk | Everett | New York, USA |
| Seetaram | Elma | New York, USA |
| Shaheen | William | New York, USA |
| Sorbin | Larry | New York, USA |
| Steinberg | Todd | New York, USA |
| Sun | Jennifer | New York, USA |
| Tai | Marissa | New York, USA |
| Teslic | Srdjan | New York, USA |
| Thomas | Dimitri | New York, USA |
| Vanderzyppe | Laurent | New York, USA |
| Vitelli | Michael | New York, USA |
| Voulgaris | Constantine | New York, USA |
| Walker | Mark | New York, USA |
| Whelchel | Betty | New York, USA |

| Last Name | First Name | Location[1] |
|---|---|---|
| Wong | David | New York, USA |
| Young | Brian | New York, USA |
| Billot | Alexandre | Paris, France |
| Blachez | Ludovich | Paris, France |
| Blanchard | Jean-Antoine | Paris, France |
| Bouzereau | Francoise | Paris, France |
| Boyer | Aurelie | Paris, France |
| Bugeaud | Laurent | Paris, France |
| Bur | Patricia | Paris, France |
| Capobianco | Marie-Claire | Paris, France |
| Cazottes | Olivier | Paris, France |
| Chang | Cindy | Paris, France |
| Chedal-Anglay | Maryline | Paris, France |
| Craig | Andrew | Paris, France |
| D'Estais | Jacques | Paris, France |
| de Chaisemartin | Guillaume | Paris, France |
| de Chillaz | Catherine | Paris, France |
| de Coured | Chodran | Paris, France |
| de Froment | Guy | Paris, France |
| de Vaugringneuse | Gilles Marie | Paris, France |
| de Volder | Jean-Marc | Paris, France |
| DeHarbonnier | Solene | Paris, France |
| Diulius | Max | Paris, France |
| Doize | Pierre | Paris, France |
| Dortel | Sebastien | Paris, France |
| Duboc | Aurore | Paris, France |
| Dureux | Nicolas | Paris, France |
| Echard | Antoine | Paris, France |
| Feicht | Christina | Paris, France |
| Foucault | Francois | Paris, France |
| Frank | Remi | Paris, France |
| Gaboriau | Phillippe | Paris, France |
| Garba | Zelika | Paris, France |
| Gautier | Antoine | Paris, France |
| Gerardin | Yann | Paris, France |
| Gianferrara | Paolo | Paris, France |
| Glicenstein | Gilles | Paris, France |
| Gonzales | Melissa | Paris, France |
| Hurel | Benjamin | Paris, France |
| Jannetti | Sandrine | Paris, France |
| Jean | Isabelle | Paris, France |
| Joly | Vincent | Paris, France |

| Last Name | First Name | Location[1] |
|---|---|---|
| Kharbichi | Samira | Paris, France |
| Lagaye | Jerome | Paris, France |
| Lebeau | Gerard | Paris, France |
| Levy | Jean-Marc | Paris, France |
| Levy-Garboua | Vivian | Paris, France |
| Liot | Stephane | Paris, France |
| Llopis | Elvira | Paris, France |
| Lyczva | Diane | Paris, France |
| Male | Albar | Paris, France |
| Mantha | Ramesh | Paris, France |
| Marsac | Jean-Frederic | Paris, France |
| Morisset | Julien | Paris, France |
| Nair | Jihade | Paris, France |
| O'Donnell | Lisa | Paris, France |
| Osty | Olivier | Paris, France |
| Pamnani | Anil | Paris, France |
| Papiasse | Alain | Paris, France |
| Paris | Rachel | Paris, France |
| Parrenin | Lauriane | Paris, France |
| Pauld | Yolaine | Paris, France |
| Prevost | Stephan | Paris, France |
| Puppo | Marianna | Paris, France |
| Schneider | Pierre | Paris, France |
| Sindonen | Natalia | Paris, France |
| Soulamai | Amine Bel Hadj | Paris, France |
| Tiga | Kalypso | Paris, France |
| Vallot | Thibaut | Paris, France |
| Vartholomeos | Michael | Paris, France |
| Vereilhac | Yannick | Paris, France |
| Vincent | Pierre | Paris, France |
| Zirari-Zouad | Raja | Paris, France |
| Anastassiades | Michel | France |
| Bequet | Eric | France |
| Bertone | Antonio | France |
| Boucher | Michel | France |
| Boyer | Julien | France |
| Buguet | JM | France |
| Buquicchio | Olivier | France |
| Chavot | Cedric | France |
| Dargnat | Christian | France |
| Dejoux | Elodie | France |
| Domange | Emmanuel | France |

611569687.1

| Last Name | First Name | Location[1] |
|---|---|---|
| Gourgeot | Sandra | France |
| Grain | Corinne | France |
| Henriot | Huges | France |
| Karras | Alexandre | France |
| Lecomte | Vincent | France |
| Lombard | Eric | France |
| Martinez | Thierry | France |
| Moutier | Julien | France |
| Nedkova | Silviya | France |
| Thomas | Rachalin | France |
| Wolljung | Pascal | France |
| Zamboni | Fabrice | France |
| Zerbib | David | France |
| Binder | Urs | Switzerland |
| Bonnet | Maxime | Switzerland |
| Bony | Eric | Switzerland |
| Daboussi | Selma | Switzerland |
| Forsgren | Bjorn | Switzerland |
| Gauthier | Ludovic | Switzerland |
| Sassu | Leslie | Switzerland |
| Barau | Anne-Cecile | Tokyo, Japan |
| Biette | Benjamin | Tokyo, Japan |
| Kasten | Olaf | Tokyo, Japan |
| Meary | Renaud | Tokyo, Japan |
| Chang | Adrian | Hong Kong |
| Lee | Rebecca | Hong Kong |
| Ma | Sherry | Hong Kong |
| Mathieu | Xavier | Hong Kong |
| Amadieu | Andre George | Unknown |
| Belhomme | Christophe | Unknown |
| Belligon | Xavier | Unknown |
| Biville | Pascal | Unknown |
| Bourtou | David | Unknown |
| Campo | Aneta | Unknown |
| Federle | Didier | Unknown |
| Gaboriau | Phillipe | Unknown |
| Hereil | Olivier | Unknown |
| Kohemun | Guy | Unknown |
| Marchessaux | Phillippe | Unknown |
| Mazzacuranti | Chantal | Unknown |
| Pascal | Francois | Unknown |
| Passa | Vincent | Unknown |

PAGE 6 OF 7

| Last Name | First Name | Location[1] |
|---|---|---|
| Slougui | Fawz | Unknown |
| Tahtaoui | Charif | Unknown |

\*    \*    \*

611569687.1