# EXHIBIT G

| | |
|---|---|
| **From:** | Forman, Jonathan A. |
| **To:** | amackinnon@cgsh.com |
| **Cc:** | Wasick, Joanna F.; Forman, Jonathan A. |
| **Subject:** | RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576) |
| **Date:** | Thursday, November 09, 2017 3:37:24 PM |

Ari,

We just left you a voicemail to follow up on our October 27 letter (below).  Please call me back (212.847.2855) at your earliest convenience so we can schedule a time to meet and confer.

Sincerely,

Jonathan

Jonathan A. Forman

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.847.2855

 <mailto:jforman@bakerlaw.com> jforman@bakerlaw.com
 <http://www.bakerlaw.com/> bakerlaw.com

From: Wasick, Joanna F.
Sent: Friday, October 27, 2017 3:33 PM
To: dnxu@cgsh.com; bpeace@cgsh.com; amackinnon@cgsh.com

Cc: Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Kornfeld, Mark A. <mkornfeld@bakerlaw.com>; Forman, Jonathan A. <jforman@bakerlaw.com>
Subject: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

All:

Attached please find pdf copies of the letter and attachments that were sent out earlier today by First Class mail.

Best regards,

Joanna

Joanna Wasick
Associate

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4635

 <mailto:jwasick@bakerlaw.com> jwasick@bakerlaw.com
 <http://www.bakerlaw.com/> bakerlaw.com

 <http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=jwasick>
 <http://www.bakerlaw.com/vcards/jwasick.vcf>