# EXHIBIT N

| | |
|---|---|
| **From:** | MacKinnon, Ari |
| **To:** | Forman, Jonathan A. |
| **Cc:** | Calvani, Torello; Peace, Breon S.; Xu, Donna |
| **Subject:** | Re: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576) |
| **Date:** | Sunday, January 28, 2018 2:33:41 PM |

Hello Jonathan,

We appreciate your response. We continue to believe that discovery would be premature at this time, particularly in light of the Court's questions as to whether the Amended Complaint on which the Trustee is seeking discovery was properly filed. While we disagree with the position set forth in your email, we would be pleased to host you at our offices on Tuesday at 12pm in order to engage in good-faith discussions regarding the discovery process and related scheduling issues.

If this time-slot works for you, we will follow up with a calendar invitation, including the relevant logistical information. Thanks, and have a nice weekend.

_____

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Assistant: asoto@cgsh.com
One Liberty Plaza, New York NY 10006
t: +1 212 225 2243 | f: +1 212 225 3999
www.clearygottlieb.com | amackinnon@cgsh.com

_____

**From**: Forman, Jonathan A. [mailto:jforman@bakerlaw.com]
**Sent**: Thursday, January 25, 2018 05:56 PM
**To**: MacKinnon, Ari
**Cc**: Calvani, Torello <tcalvani@bakerlaw.com>; Peace, Breon S.; Xu, Donna; Forman, Jonathan A. <jforman@bakerlaw.com>
**Subject**: RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

Ari,

Thank you for your email. We prefer to meet with you in person on Tuesday at 12pm. We can host or come to your office, whichever you prefer. We disagree with your interpretation of Judge Bernstein's direction during Tuesday's informal conference and your view of your clients' discovery obligations. It is clear that Judge Bernstein deemed the Trustee's Rule 34 requests served as of the conference and directed the parties to hold a Rule 26(f) conference. We will follow the Court's direction in a good faith attempt to come to an agreement on discovery and case administration.

We look forward to meeting and conferring with you on Tuesday.

My best,
Jonathan

**Jonathan A. Forman**



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.847.2855

jforman@bakerlaw.com
bakerlaw.com

---

**From:** MacKinnon, Ari [mailto:amackinnon@cgsh.com]
**Sent:** Wednesday, January 24, 2018 8:28 PM
**To:** Forman, Jonathan A. <jforman@bakerlaw.com>; Xu, Donna <dnxu@cgsh.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Peace, Breon S. <bpeace@cgsh.com>
**Subject:** RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

Hello Jonathan,

It was a pleasure to meet you and your team in person as well. We would be pleased to confer with you regarding the best means of putting before the Court the issue of whether discovery should commence now, during the pendency of our motion to dismiss. We wish to clarify, however, that we would not view such a conference as triggering any other discovery obligations under the Rules. Our position remains that discovery should not commence in this action until our motion to dismiss has been decided by the Court. Moreover, we do not interpret the Court's direction that we meet as an order to participate in the very discovery processes which the Court appeared skeptical should take place now, especially in light of the fact that the Amended Complaint was not properly filed.

We would be available on Tuesday afternoon from 12 – 2pm or Wednesday afternoon from 2 – 3pm or 5 - 6pm to discuss in further detail over the phone.

Thank you.

---

**Ari MacKinnon**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: asoto@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2243 | F: +1 212 225 3999
amackinnon@cgsh.com | clearygottlieb.com

---

**From:** Forman, Jonathan A. [mailto:jforman@bakerlaw.com]
**Sent:** Tuesday, January 23, 2018 1:59 PM
**To:** MacKinnon, Ari <amackinnon@cgsh.com>; Xu, Donna <dnxu@cgsh.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Forman, Jonathan A. <jforman@bakerlaw.com>
**Subject:** RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

Ari & Donna,

It was a pleasure to finally meet you and your team in person.  We're generally available this Friday and next Monday, Tuesday, and Wednesday to have our Rule 26(f) conference.  We'd be happy to host at our office or come to you.  Please let us know what your availability is those days and where you'd like to meet.

My best,
Jonathan


**Jonathan A. Forman**



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.847.2855

jforman@bakerlaw.com
bakerlaw.com

---

**From:** MacKinnon, Ari [mailto:amackinnon@cgsh.com]
**Sent:** Tuesday, November 28, 2017 4:31 PM
**To:** Wasick, Joanna F. <jwasick@bakerlaw.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Kornfeld, Mark A. <mkornfeld@bakerlaw.com>; Forman, Jonathan A. <jforman@bakerlaw.com>; Xu, Donna <dnxu@cgsh.com>; Peace, Breon S. <bpeace@cgsh.com>; Janet, Andrew <ajanet@cgsh.com>
**Subject:** RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

Dear Counsel:

Attached please find a .pdf copy of the letter sent out today by First Class mail.

Thanks,

---

**Ari MacKinnon**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: asoto@cgsh.com
One Liberty Plaza, New York NY 10006
T: +1 212 225 2243 | F: +1 212 225 3999
amackinnon@cgsh.com | clearygottlieb.com

**From:** Wasick, Joanna F. [mailto:jwasick@bakerlaw.com]
**Sent:** Thursday, November 16, 2017 12:33 PM
**To:** MacKinnon, Ari <amackinnon@cgsh.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Kornfeld, Mark A. <mkornfeld@bakerlaw.com>; Forman, Jonathan A. <jforman@bakerlaw.com>; Xu, Donna <dnxu@cgsh.com>; Peace, Breon S. <bpeace@cgsh.com>; Janet, Andrew <ajanet@cgsh.com>
**Subject:** RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

Dear Counsel:

Attached please find our response to your November 13 letter.  A hard copy will follow.

Sincerely,
Joanna

**Joanna Wasick**
Associate



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4635

jwasick@bakerlaw.com
bakerlaw.com



---

**From:** MacKinnon, Ari [mailto:amackinnon@cgsh.com]
**Sent:** Monday, November 13, 2017 5:23 PM
**To:** Wasick, Joanna F. <jwasick@bakerlaw.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Kornfeld, Mark A. <mkornfeld@bakerlaw.com>; Forman, Jonathan A. <jforman@bakerlaw.com>; Xu, Donna <dnxu@cgsh.com>; Peace, Breon S. <bpeace@cgsh.com>; Janet, Andrew <ajanet@cgsh.com>
**Subject:** RE: Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

Dear Counsel:

Attached please find a pdf copy of the letter sent out today by First Class mail.

Thanks,

---

**Ari MacKinnon**
Cleary Gottlieb Steen & Hamilton LLP
Assistant: asoto@cgsh.com
One Liberty Plaza, New York NY 10006

T: +1 212 225 2243 | F: +1 212 225 3999
amackinnon@cgsh.com | clearygottlieb.com

---

**From:** Wasick, Joanna F. [mailto:jwasick@bakerlaw.com]
**Sent:** Friday, October 27, 2017 3:33 PM
**To:** Xu, Donna <dnxu@cgsh.com>; Peace, Breon S. <bpeace@cgsh.com>; MacKinnon, Ari <amackinnon@cgsh.com>
**Cc:** Calvani, Torello <tcalvani@bakerlaw.com>; Molina, Marco <mmolina@bakerlaw.com>; Kornfeld, Mark A. <mkornfeld@bakerlaw.com>; Forman, Jonathan A. <jforman@bakerlaw.com>
**Subject:** Irving H. Picard, Trustee v. BNP Paribas S.A. et al. (Adv. Pro. No. 12-01576)

All:

Attached please find pdf copies of the letter and attachments that were sent out earlier today by First Class mail.

Best regards,
Joanna

**Joanna Wasick**
Associate



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4635

jwasick@bakerlaw.com
bakerlaw.com


---

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.

This message is being sent from a law firm and may contain confidential or privileged information. If you are not the intended recipient, please advise the sender immediately by reply e-mail and delete this message and any attachments without retaining a copy.

Throughout this communication, "Cleary Gottlieb" and the "firm" refer to Cleary Gottlieb Steen & Hamilton LLP and its affiliated entities in certain jurisdictions, and the term "offices" includes offices of those affiliated entities.