**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Jacqlyn R. Rovine

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SRIONE, LLC, an Idaho limited liability company; DANCING $ LLC, a Montana limited liability company; and ERIC WALDMAN,<br><br>Defendants. | Adv. Pro. No. 10-05380 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    Fact Discovery shall be completed by May 25, 2018.

2.    The Disclosure of Case-in-Chief Experts shall be due on August 15, 2018.

3.    The Disclosure of Rebuttal Experts shall be due on September 14, 2018.

4.    The Deadline for Completion of Expert Discovery shall be October 15, 2018.

5.    The Deadline for Service of a Notice of Mediation Referral shall be on or before October 22, 2018.

6.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be on or before November 5, 2018.

7.    The Deadline for Conclusion of Mediation shall be on or before March 5, 2019.


Dated: New York, New York
      February 9, 2018

BAKER & HOSTETLER LLP

By: */s/ Keith R. Murphy*
    David J. Sheehan
    Email: dsheehan@bakerlaw.com
    Keith R. Murphy
    Email: kmurphy@bakerlaw.com
    Jacqlyn R. Rovine
    Email: jrovine@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*