# EXHIBIT A

## PARTIAL SETTLEMENT AGREEMENT

This Agreement, dated as of February 9, 2018, is made by and between Irving H. Picard, in his capacity as the trustee ("Trustee") for the liquidation proceedings under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll* ("SIPA"), of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated Chapter 7 case pending before the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") of Bernard L. Madoff ("Madoff") and Alpha Prime Fund Limited ("Alpha Prime"). The Trustee and Alpha Prime collectively shall be referred to herein as the "Parties" and each as a "Party."

## BACKGROUND

A.      BLMIS and its predecessors were registered broker-dealers and members of the Securities Investor Protection Corporation ("SIPC").

B.      On December 11, 2008 (the "Filing Date"), the Securities and Exchange Commission (the "SEC") filed a complaint in the United States District Court for the Southern District of New York (the "District Court") against BLMIS and Madoff.

C.      On December 15, 2008, the District Court entered an order under SIPA, which, in pertinent part, appointed the Trustee for the liquidation of the business of BLMIS under section 5(b)(3) of SIPA and removed the case to the Bankruptcy Court under section 5(b)(4) of SIPA, where it is pending as Case No. 08-01789 (SMB) (the "SIPA Proceeding"). The Trustee is duly qualified to serve and act on behalf of the consolidated BLMIS estate (the "BLMIS Estate"). By Order dated June 9, 2009 the estate of Madoff was substantively consolidated with the BLMIS Estate.

D.      Alpha Prime maintained an account with BLMIS. Alpha Prime's account was opened in 2003 and designated as account no. 1FR097 (the "Account").

E.      In the two years prior to the Filing Date, Alpha Prime withdrew from the Account

approximately $76,450,000 (the "Two-Year Transfers").

F.      In the six years prior to the Filing Date, Alpha Prime withdrew from the Account

approximately $83,170,000 of which approximately $6,720,000 was withdrawn in the period

between two years and six years prior to the Filing Date (the "Six-Year Transfers").

G.      On or about February 2, 2009, Alpha Prime filed a customer claim with the

Trustee, which the Trustee has designated as Claim No. 001503 (the "Customer Claim"). The

Customer Claim is included as Attachment A to this Agreement. The Customer Claim asserts

that Alpha Prime is entitled to the allowance of a customer claim in an amount reflected on its

BLMIS Account statement for the period ending November 30, 2008. The Parties agree that

under the "net equity" ruling of the United States Court of Appeals for the Second Circuit, *Sec.

Inv'r Prot. Corp. v. BLMIS (In re Bernard L. Madoff Inv. Sec. LLC)*, 654 F.3d 229 (2d Cir.

2011), *cert. denied*, 133 S. Ct. 24, 133 S. Ct. 25 (2012), Alpha Prime's net equity equals

$250,671,000.

H.      On July 15, 2009, the Trustee commenced an action in the Bankruptcy Court

against Alpha Prime and others under Adversary Proceeding Number 09-01364 (the "Adversary

Proceeding"). On December 5, 2010, the Trustee filed an amended complaint (the "Amended

Complaint") in the Adversary Proceeding, asserting claims against Alpha Prime for:

> 1.      the avoidance of the Two-Year Transfers under 11 U.S.C. §§ 548, 550,
>         and 551 and SIPA § 78fff-2(c)(3), which are set forth in Counts Three and
>         Four of the Amended Complaint (the "Two-Year Transfer Avoidance
>         Claims");
>
> 2.      the avoidance of the Six-Year Transfers under 11 U.S.C. §§ 544 and 550
>         and the New York Debtor and Creditor Law §§ 270–281, which are set
>         forth in Counts, Five, Six, Seven, and Eight of the Amended Complaint
>         (the "Six-Year Transfer Avoidance Claims");

2

3.    the recovery of the Two-Year Transfers and Six-Year Transfers under 11 U.S.C. §§ 544, 550, and 551, New York Debtor and Creditor Law §§ 270– 281, and New York Civil Practice Law and Rules 203(g) and 213(8), which are set forth in Counts Nine and Ten of the Amended Complaint (the "Recovery Claims");

4.    the disallowance of the Customer Claim pursuant to 11 U.S.C. § 502(d), which is set forth in Count Eleven of the Amended Complaint (the "Disallowance Claim"); and

5.    the equitable subordination of the Customer Claim pursuant to 11 U.S.C. §§ 510(c) and 105(a), which is set forth in Count Twelve of the Amended Complaint (the "Subordination Claim").

I.    On May 27, 2011, Alpha Prime filed an answer to the Amended Complaint and cross-claims against various HSBC entities. On December 8, 2014, Alpha Prime filed an answer, affirmative defenses, and amended cross-claims.

J.    On February 24, 2014, Alpha Prime filed a Motion for an Order Pursuant to Section 105(a) of the Bankruptcy Code and General Order M-390 Authorizing Alternative Dispute Resolution Procedures. On April 11, 2014, the Bankruptcy Court entered an order authorizing mediation between the Trustee and Alpha Prime. The Parties participated in mediation, which resulted in a partial settlement, the terms of which are set forth herein.

NOW, THEREFORE, in consideration of the foregoing, of the mutual covenants, promises, and undertakings set forth herein, and for good and valuable consideration, the mutual receipt and sufficiency of which are hereby acknowledged, the Parties, Alpha Prime Asset Management Ltd. ("APAM"), Ursula Radel-Leszczynski, Stefan Zapotocky, and Peter Fischer (collectively, the "Signatories" and each a "Signatory") agree:

———————————————

1.    Relief.

(a)    Payment to Trustee.  At the Closing (as defined in paragraph 6), in consideration

of the release by the Trustee set forth in paragraph 2 and the withdrawal of any objection to the

Allowed Claim (as defined in paragraph 1(b)), Alpha Prime shall pay or cause to be paid to the

Trustee, pursuant to the conveyances, assignments, endorsements, and transfers set forth in

paragraph 6, the sum of $76,450,000 (the "Settlement Payment") in full and final settlement of

all claims and causes of action with the exception of the Disputed Issues (as described in

paragraphs 1(c)(i), 1(c)(ii) and 1(c)(iii) below) (the "Resolved Issues").

(b)    Allowance of Customer Claim.  Upon the Closing (as defined in paragraph 6), the

Customer Claim shall be deemed conclusively allowed in the amount of $238,137,450 (the

"Allowed Claim"), which is equal to 95% of Alpha Prime's net equity.  The Allowed Claim shall

not be subject to any disallowance under section 502(d) of the Bankruptcy Code or otherwise.

As set forth in paragraph 1(c) below, the Parties continue to contest the questions of whether and

to what extent the remaining 5% of Alpha Prime's net equity—i.e., $12,533,550—is to be

allowed or disallowed.  The Allowed Claim shall be equal in priority to all other allowed

customer claims against the BLMIS Estate and shall not be subject to any subordination pursuant

to section 510 of the Bankruptcy Code or otherwise.  As of the date of this Agreement, the

amount to be paid by the Trustee to Alpha Prime allocable to the Allowed Claim in respect of a

catch-up distribution and the SIPC advance is $152,679,356.04; this amount shall be increased

by any additional interim distribution made between the date of this Agreement and the Closing

Date (the "Catch-Up Distribution").

(c)    Disputed Issues.  The Parties will continue to contest the issues set forth in this

paragraph and its subparts, and therefore reserve, and understand that this Agreement is without

prejudice to, all claims, rights, remedies, and defenses with respect to all matters not included in

the Resolved Issues. As used herein, the term "Disputed Issues" shall mean collectively the

following issues:

(i)　　　Whether Alpha Prime is entitled to a claim under section 502(h) of the

Bankruptcy Code in respect of its payment of the Settlement Payment to the Trustee and the

treatment such section 502(h) claim may receive, including without limitation the issues of: (i)

whether such section 502(h) claim is to be treated as a customer claim or another type of claim,

including a general creditor claim; (ii) whether such section 502(h) claim is equal in priority to

other allowed customer claims against the BLMIS Estate, or if a different priority system is to be

utilized; and (iii) if such section 502(h) claim is subordinated or otherwise not treated the same

as other customer claims, how it will be allowed and paid;

(ii)　　　the Trustee's claims to avoid and recover the Six-Year Transfers, totaling

$6,720,000, and in the event of Alpha Prime's payment in respect of the avoidance of the Six-

Year Transfers, the treatment a resulting section 502(h) claim would receive, including without

limitation, the issues raised in paragraph 1(c)(i) above; and

(iii)　　　the Trustee's claims concerning the treatment of the remaining 5% of

Alpha Prime's net equity claim, totaling approximately $12,533,550 (the "Disputed Customer

Claim"), including without limitation, the claims to disallow or equitably subordinate the

Disputed Customer Claim or a portion thereof, and the claims to treat the Disputed Customer

Claim or some portion thereof as a general creditor claim, a customer claim, or something else.

2.　　　Effect of Settlement; Reservation of Rights.

(a)　　　Subject to paragraph 2(b) below, in consideration of the relief described in

paragraph 1, upon the Closing (as defined in paragraph 6), the Trustee on behalf of himself,

BLMIS, and its consolidated estates, shall provide a limited release discharging Alpha Prime

from the Resolved Issues.  In addition, in consideration of the relief described above, upon

Closing (as defined in paragraph 6), the Trustee on behalf of himself, BLMIS, and its

consolidated estates, shall provide a release discharging Alpha Prime's and APAM's current and

former directors (including, but not limited to, Peter Fischer, Ursula Radel-Leszcynski, and

Stefan Zapotocky), officers, employees, direct or indirect shareholders, limited partners,

principals, members, successors, assigns, accountants, attorneys, agents, representatives, and

vendors (the "Additional Releasees"), only concerning direct or indirect transfers of money from

Alpha Prime to the Additional Releasees but not for any claims that the Trustee may otherwise

have.

(b)      Because the Parties will continue to contest the Disputed Issues, the Parties

reserve, and this Agreement is without prejudice to, all claims, rights, remedies, and defenses

relating in any way to the Disputed Issues.

(c)      The litigation of the Disputed Issues may result in the entry of a court judgment,

the settlement of claims, or other outcome in which the Six-Year Transfers are avoided.  In the

event of the avoidance of the Six-Year Transfers, the Trustee agrees that his recourse against

Alpha Prime for the recovery of such avoided transfers will be limited to the set-off of the

amount of those avoided transfers against the sums held in reserve in respect of the Disputed

Issues.  In the event of such avoidance, Alpha Prime agrees that it will waive and will not seek to

assert any defenses to the Trustee's right to set-off, described in the preceding sentence.  To

secure payment of such avoided transfers, Alpha Prime will convey, assign, endorse, and transfer

to the Trustee its right to future distributions with respect to the the Disputed Issues in an amount

equal to the amount of the avoided transfers provided that such security shall be released if and

6

when: (i) an order shall be entered denying avoidance of such transfers; or (ii) such avoided transfers shall be paid in full to the Trustee. The Parties understand (and will not argue otherwise) that this sub-paragraph does not in any way limit the Trustee's claims to (i) subordinate and/or disallow the disputed $76,450,000 claim under section 502(h) of the Bankruptcy Code or (ii) subordinate and/or disallow the Disputed Customer Claim.

(d)     This Agreement has no precedential, adjudicative, preclusive, or estoppel effect with respect to any claim, or element thereof, that the Parties continue to contest. The Parties understand (and will not argue otherwise) that this Agreement does not constitute an adjudication of any issue, a finding of fact, or a conclusion of law relating to the Disputed Issues. It does not preclude or estop the Parties from litigating any issue or advancing any argument relating to the Disputed Issues. It does not have *res judicata* effect with respect to any issue other than the Resolved Issues. It does not in any way bar the Parties from advancing any argument with respect to the Disputed Issues, although the Resolved Issues shall be deemed completely and finally resolved.

3.     <u>Dismissal of Claims</u>. As soon as practicable after the Closing (as defined in paragraph 6), the Parties shall submit to the Bankruptcy Court: (a) a stipulation requesting the dismissal of the Two-Year Transfer Avoidance Claims, i.e., Counts Three and Four of the Amended Complaint, with prejudice, as against Alpha Prime, with each Party bearing its own costs, attorneys' fees, and expenses; and (b) stipulations requesting the dismissal with prejudice of the Amended Complaint as to (i) Ursula Radel-Leszcynski and (ii) APAM, with each party bearing its own costs, attorneys' fees, and expenses.

───────────────────────

4.    Continuing Discovery Obligations of Certain Releasees.

(a)    Notwithstanding the releases granted herein to the Additional Releasees or the

dismissal of Ursula Radel-Leszczynski and APAM contemplated herein, APAM, Ursula Radel-

Leszczynski, Peter Fischer, and Stefan Zapotocky will have the continuing obligation to

participate in discovery under the Federal Rules of Civil Procedure (the "Federal Rules") as

though each were a party to the Adversary Proceeding.  Service of discovery requests shall be

complete upon each when made by delivery to DuffyAmedeo LLP, c/o Todd E. Duffy, pursuant

to the Federal Rules.  All discovery requests shall be governed by the Federal Rules, section 321

(1)-1 of the Austrian Code of Civil Procedure (ZPO) (as amended) only insofar as it relates to

criminal prosecution, and the protective orders in place and/or as further agreed by the parties.

The Trustee shall not be required to satisfy requirements provided by the Hague Convention on

the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, the

Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, or any

other set of rules, procedures or regulations, other than the Federal Rules, in order to take

discovery.

(b)    The Parties understand that neither Ms. Radel-Leszczynski, Mr. Fischer, nor Mr.

Zapotocky is waiving any right available under the Federal Rules or section 321 (1)-1 of the

Austrian Code of Civil Procedure (ZPO) (as amended) only insofar as it relates to criminal

prosecution to object to any of the Trustee's discovery requests; they reserve their rights under

the Federal Rules to move for a protective order as to any discovery request the Trustee serves

upon them.

(c)    APAM, Ms. Radel-Leszczysnki, Mr. Fischer, and Mr. Zapotocky shall appear for

depositions in the Adversary Proceeding pursuant to notice served on DuffyAmedeo LLP, as

though each were a party pursuant to the Federal Rules without the necessity of a subpoena, letter rogatory, letter of request, or other process. Service of notices of deposition directed to APAM, Ms. Radel-Leszczynski, Mr. Fischer, or Mr. Zapotocky shall be complete when made by delivery to DuffyAmedeo LLP, c/o Todd E. Duffy, pursuant to the Federal Rules. All notices of deposition shall be governed solely by the Federal Rules; the Trustee shall not be required to satisfy requirements provided by the Hague Convention on the Service Abroad of Judicial and Extrajudicial Documents in Civil or Commercial Matters, the Hague Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, or any other set of rules, procedures or regulations, other than the Federal Rules.

(d)    The Parties understand that, notwithstanding anything herein to the contrary, neither Ms. Radel-Leszczynski, Mr. Fischer, nor Mr. Zapotocky is waiving any right available under the Federal Rules or section 321 (1)-1 of the Austrian Code of Civil Procedure (ZPO) (as amended) only insofar as it relates to criminal prosecution to object to any of the Trustee's deposition questions; they reserve their rights to refuse to answer any question posed by the Trustee's counsel pursuant to the Federal Rules and/or section 321 (1)-1 of the Austrian Code of Civil Procedure (ZPO) (as amended) only insofar as it relates to criminal prosecution. To the extent that APAM, Ms. Radel-Leszczynski, Mr. Fischer, or Mr. Zapotocky believe that they are being asked to reveal secret or proprietary information not protected by the protective orders in this action, the parties will work with a discovery arbitrator to ensure that a sufficient protective order covering such secrets is established.

––––––––––––––––––––––––

9

5.    Court Approval; Effective Date; Termination.

(a)    If any objection is interposed to approval of this Agreement, the Agreement is subject to and shall become effective and binding on the Signatories upon the Bankruptcy Court's approval of this Agreement by an order (the "Approval Order") that is no longer subject to appeal, review, or rehearing.  If no such objections are filed, the Agreement shall become effective and binding on the Signatories immediately upon entry of the Approval Order.  The Trustee shall use his reasonable efforts to obtain an Approval Order as promptly as practicable after the execution of this Agreement.  The effective date (the "Effective Date") shall be the date that the Approval Order becomes effective and binding on the Signatories as set forth in this paragraph.

(b)    The form of the Approval Order shall be subject to the reasonable approval of the Parties.  If this Agreement has not become effective as provided in this paragraph within 120 days after the date of this Agreement (or within such additional time as mutually agreed upon by the Parties), then (i) this Agreement (other than this paragraph) shall terminate and be void; (ii) all of the statements, concessions, consents, and agreements contained in the Agreement (other than this paragraph) shall be void; and (iii) neither the Trustee nor Alpha Prime may use or rely on any such statement, concession, consent, or agreement in any public statement or litigation involving the SIPA Proceeding, Adversary Proceeding, or any case or proceeding relating to Alpha Prime, BLMIS, or Madoff.

6.    Closing.  There shall be a closing ("Closing") within five business days after the Effective Date of this Agreement.  At the Closing simultaneously:

(a)    Alpha Prime shall satisfy the Settlement Payment by

       (i)     conveying, assigning, endorsing, and transferring to the Trustee the funds to be advanced by SIPC in the amount of $500,000; and

       (ii)    conveying, assigning, endorsing, and transferring to the Trustee from the Catch-Up Distribution the sum of $75,950,000 owed to Alpha Prime under the Allowed Claim.

    (b)    The Trustee shall pay Alpha Prime $76,229,356.04, consisting of the balance of the Catch-Up Distribution owed to Alpha Prime under the Allowed Claim pursuant to payment instructions to be provided by Alpha Prime to the Trustee. This amount shall be increased by any additional interim distribution made between the date of this Agreement and the Closing Date.

    (c)    The releases contained in paragraph 2 shall become effective without any further action of the Parties.

7.    <u>Continuing Litigation; Appointment of Discovery Arbitrator</u>. As described herein, the Parties continue to contest certain claims and issues, with respect to which the Parties have agreed to a First Amended Case Management Order, setting forth, among other things, a proposed schedule. The Parties shall have the First Amended Case Management Order entered by the Bankruptcy Court as soon as practicable after the Effective Date. As set forth in the First Amended Case Management Order, the Parties shall seek the appointment of a discovery arbitrator by order of the Bankruptcy Court as soon as practicable after the Effective Date.

8.    <u>Claims Filed</u>. By virtue of this Partial Settlement Agreement, Alpha Prime will be deemed to have filed at Closing a proof of claim in the amount of $76,500,000 pursuant to section 502(h) of the Bankruptcy Code in addition to the Disputed Customer Claim. In addition, the Trustee will be deemed to have filed an objection at Closing to that section 502(h) claim as well as to the Disputed Customer Claim.

9.      The Signatories' Authority. Each Signatory represents and warrants to the Trustee that, as of the date hereof, it has the full power, authority, and legal right to execute and deliver, and to perform its respective obligations under this Agreement and has taken all necessary action to authorize the execution, delivery, and performance of its respective obligations under this Agreement. The Trustee represents and warrants to APAM, Ursula Radel-Leszczynski, Stefan Zapotocky, and Peter Fischer that, as of the date hereof, and subject to the approval of the Bankruptcy Court as set forth in paragraph 5 above, he has the full power, authority, and legal right to execute and deliver, and to perform his obligations under this Agreement and has taken all necessary action to authorize the execution, delivery, and performance of his respective obligations under this Agreement.

10.     Business Days. For purposes of this Agreement, the term "business days" shall mean any day other than Saturday, Sunday, or a day that is a legal holiday in New York City.

11.     Further Assurances. The Parties shall execute and deliver any document or instrument reasonably requested by the other Party after the date of this Agreement to effectuate the intent of this Agreement.

12.     Entire Agreement. This Agreement constitutes the entire agreement and understanding between the Signatories and supersedes any and all prior agreements, representations, and understandings of the parties concerning the subject matter hereof.

13.     No Admission. This Agreement and all negotiations, statements, and proceedings in connection therewith are not, will not be argued to be, and will not be deemed to be a presumption, concession, or admission by any party of any fault, liability, or wrongdoing whatsoever. This Agreement and any matter relating thereto may not be offered or received in

evidence or otherwise referred to in any civil, criminal, or administrative action or proceeding as evidence of any fault, liability, or wrongdoing whatsoever.

14.    Amendments; Waiver.  This Agreement may not be terminated, amended, or modified in any way except in a writing signed by all of the Parties.  No waiver of any provision of this Agreement shall be deemed to constitute a waiver of any other provision hereof, whether or not similar, nor shall such waiver constitute a continuing waiver.

15.    Assignability.  No Party hereto may assign its rights under this Agreement without the prior written consent of each of each Party hereto, except that nothing in this Agreement shall prevent Alpha Prime's ability to assign all or part of Alpha Prime's Allowed Claim on or after the Effective Date.

16.    Successors Bound.  This Agreement shall be binding upon and inure to the benefit of each Signatory and their respective successors and permitted assigns.

17.    No Third-Party Beneficiary.  Except as expressly provided in paragraphs 2, 3, and 4, the Parties do not intend to confer any benefit of or under this Agreement upon any person or entity other than the Parties hereto and their respective successors and permitted assigns.

18.    Applicable Law.  This Agreement shall be construed and enforced in accordance with the laws of the State of New York, without regard to its conflict of law provisions.

19.    Exclusive Jurisdiction. The Signatories agree that the Bankruptcy Court shall have exclusive jurisdiction over all disputes between the parties, whether in law or equity, arising out of or relating to this Agreement, or any provision thereof, and the parties hereby consent to and submit to the jurisdiction of the Bankruptcy Court for any such action.  In the event the BLMIS proceeding is closed by a final decree and not reopened, the parties agree that any dispute arising

out of this Agreement may be brought in the United States District Court for the Southern District of New York.

20.    Captions and Rules of Construction.  The captions in this Agreement are inserted only as a matter of convenience and for reference and do not define, limit, or describe the scope of this Agreement or the scope or content of any of its provisions.  Any reference in this Agreement to a paragraph is to a paragraph of this Agreement.  "Includes" and "including" are not intended to be limiting.

21.    Counterparts; Electronic Copy of Signatures.  This Agreement may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document.  The Signatories may evidence their execution of this Agreement by delivery to the other Party of scanned or faxed copies of their signatures, with the same effect as the delivery of an original signature.

22.    Negotiated Agreement.  This Agreement has been fully negotiated by the Signatories. Each party acknowledges and agrees that this Agreement has been drafted jointly, and the rule that ambiguities in an agreement or contract may be construed against the drafter shall not apply in the construction or interpretation of this Agreement.

23.    Severability.  In the event that any term or provision of this Agreement or any application thereof is deemed to be invalid or unenforceable, the remainder of this Agreement and any other application of such term or provision shall not be affected thereby.

*[remainder of page intentionally left blank]*

24.    Notices. Any notices under this Agreement shall be in writing, shall be effective when

received and may be delivered only by hand, by overnight delivery service, by fax, or by

electronic transmission to:

If to the Trustee:                         If to Alpha Prime, c/o:

Irving H. Picard                           Todd E. Duffy
Email: ipicard@bakerlaw.com                Email: tduffy@duffyamedeo.com
Baker & Hostetler LLP                      DuffyAmedeo LLP
45 Rockefeller Plaza                       275 Seventh Avenue, 7th Floor
New York, New York 10111                   New York, NY 10001

with a copy to:

Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
F: (212) 589-4201

**IN WITNESS WHEREOF**, the Parties hereto have caused this Agreement to be executed as of

the date set forth above.

_____          **ALPHA PRIME FUND LIMITED**
Irving H. Picard, Trustee
                                          By: _____
                                             Name:
                                             Title:

_____          **ALPHA PRIME ASSET MANAGEMENT LTD.**
Ursula Radel-Leszczynski
                                          By: _____
                                             Name:   James M Keyes
                                             Title:   Director

_____
Stefan Zapotocky


_____
Peter Fischer

15

Email: owarshavsky@bakerlaw.com

Baker & Hostetler LLP

45 Rockefeller Plaza

New York, New York 10111

F: (212) 589-4201

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date set forth above.

ALPHA PRIME FUND LIMITED

_____          By: _____          _____
Irving H. Picard, Trustee             Name: P. FISCHER                      D. MÜLLER
                                      Title: DiRECTOR                       DiRECTOR

_____                 _____
Ursula Radel-Leszczynski                Peter Fischer

_____
Stefan Zapotocky

4

# ATTACHMENT A

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:

001503

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

**RECEIVED**

In Liquidation

FEB 0 2 2009

### DECEMBER 11, 2008

PLACE MAILING LABEL HERE

Provide your office and home telephone no.

OFFICE: + 43 1 513 95 40

HOME:_____

**ALPHA PRIME FUND LTD**

attn: HAUSMANINGER KLETTER
RECHTSANWÄLTE -- GESELLSCHAFT MBH

A-1010 WIEN, FRANZ JOSEFS-KAI 3
TEL. 01/513 95 40
FAX 01/513 95 40-12

Taxpayer I.D. Number (Social Security No.)

_____

(If incorrect, please change)

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.     Claim for money balances as of December 11, 2008 :
a.    The Broker owes me a Credit (Cr.) Balance of         $_____
b.    I owe the Broker a Debit (Dr.) Balance of         $_____

502180406

c.    If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.                                    $_____

d.    If balance is zero, insert "None."              _N O N E_

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _YES_ | |
| b. | I owe the Broker securities | | _NO_ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | _SEE ENCLOSED LISTS_ | | |
| | | | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

information regarding any withdrawals you have ever made or payments received from the Debtor.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|   |   | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | NO |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | NO |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | NO |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | NO |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | NO |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. |  | NO |

9.    Have you or any member of your family
      ever filed a claim under the Securities
      Investor Protection Act of 1970? if
      so, give name of that broker.                              NO

      Please list the full name and address of anyone assisting you in the
      preparation of this claim form:   PETER FISCHER

      **Redacted**

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.

THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.

Date _____    Signature_____

Date 1/23/2009                  Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

# HAUSMANINGER KLETTER
### ATTORNEYS AT LAW

VIA CERTIFIED MAIL –
RETURN RECEIPT REQUESTED

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center

2100 McKinney Ave., Suite 800
Dallas, TX 75201
USA

HON.PROF.UNIV.DOZ.DR. CHRISTIAN HAUSMANINGER
LL.M. (HARVARD), ATTORNEY AT LAW (NEW YORK)
DR. MARK KLETTER
LL.M. (BRÜGGE)
DR. ROBERT LEITNER
LL M. (VIRGINIA)
DR. MANFRED KETZER
LL.M. (DUKE), ATTORNEY AT LAW (NEW YORK)
DR. ROBERT BACHNER
LL.M. (N.Y.U.), ATTORNEY AT LAW (NEW YORK)
DR. GREGOR GESSNER
MAS, LL.M. (N.Y.U.)
MAG. RONALD FRANKL
MAG. NADJA ZACHARIA
DR. MICHAEL HERZER
LL.M. (PENN STATE)

Vienna, January 23, 2009
Ext: 32

Customer Claim ALPHA PRIME FUND LTD

Dear Colleague,

On behalf of our client ALPHA PRIME FUND LTD please find attached the duly completed Customer Claim with attached documentation prepared by the Fund´s Custodian HSBC Luxembourg. Please let us know at once should any information be missing or should you require any additional information.

Please inform us whether any decision has already been reached as to whether investors in ALPHA PRIME FUND LTD are entitled to file separate claims in addition to the present claim.

Please also inform us of any further developments in the present case.

Sincerely yours,

Ch. Hausmaninger

Encl.

## Position Appraisal Report
### *Alpha Prime Equity Hedge Fund*
*Period End Date 11/30/2008*
*Report Type: Strategy*
U.S. Dollars

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| **Long Positions** | | | | | | | | | | |
| **Madoff Securities International Ltd** | | | | | | | | | | |
| **Trading** | | | | | | | | | | |
| **American Put Option** | | | | | | | | | | |
| **USD** | | | | | | | | | | |
| S&P 100 Index 370 Put 12/20/2008 | DI12739 | 978.000 | 5.1000 | 2,054,778.00 | 498,780.00 | 2,054,778.00 | 498,780.00 | -1,555,998.00 | 0.14 | 0.14 |
| S&P 100 Index 420 Put 12/20/2008 | DI12690 | 7,438.000 | 16.5000 | 22,321,438.00 | 12,272,700.00 | 22,321,438.00 | 12,272,700.00 | -10,048,738.00 | 3.52 | 3.54 |
| Total - USD | | | | 24,376,216.00 | 12,771,480.00 | 24,376,216.00 | 12,771,480.00 | -11,604,736.00 | 3.66 | 3.69 |
| Total - American Put Option | | | | | | 24,376,216.00 | 12,771,480.00 | -11,604,736.00 | 3.66 | 3.69 |
| **Equity** | | | | | | | | | | |
| **USD** | | | | | | | | | | |
| 3M Co | 2595708 | 58,912.000 | 66.9300 | 3,749,638.73 | 3,942,980.16 | 3,749,638.73 | 3,942,980.16 | 193,341.43 | 1.13 | 1.14 |
| AT&T Inc | 2831811 | 505,872.000 | 28.5600 | 14,025,689.14 | 14,447,704.32 | 14,025,689.14 | 14,447,704.32 | 422,015.18 | 4.14 | 4.17 |
| Abbott Laboratories | 2002305 | 134,656.000 | 52.3900 | 7,489,942.40 | 7,054,627.84 | 7,489,942.40 | 7,054,627.84 | -435,314.56 | 2.02 | 2.04 |
| Altria Group Inc | 2692632 | 176,736.000 | 16.0800 | 3,328,423.64 | 2,841,914.88 | 3,328,423.64 | 2,841,914.88 | -486,508.76 | 0.81 | 0.82 |
| Amgen Inc | 2023607 | 92,576.000 | 55.5400 | 5,536,781.19 | 5,141,671.04 | 5,536,781.19 | 5,141,671.04 | -395,110.15 | 1.47 | 1.48 |
| Apple Inc | 2046251 | 75,744.000 | 92.6700 | 7,943,192.14 | 7,019,196.48 | 7,943,192.14 | 7,019,196.48 | -923,995.66 | 2.01 | 2.03 |
| Bank of America Corp | 2295677 | 434,627.000 | 16.2500 | 9,851,925.72 | 7,062,688.75 | 9,851,925.72 | 7,062,688.75 | -2,789,236.97 | 2.02 | 2.04 |
| Bank of New York Mellon Corporation | B1Z77F6 | 98,965.000 | 30.2100 | 3,188,609.73 | 2,989,732.65 | 3,188,609.73 | 2,989,732.65 | -198,877.08 | 0.86 | 0.86 |
| Baxter International Inc | 2085102 | 52,979.000 | 52.9000 | 3,182,343.81 | 2,802,589.10 | 3,182,343.81 | 2,802,589.10 | -379,754.71 | 0.80 | 0.81 |
| Boeing Co | 2108601 | 59,504.000 | 42.6300 | 3,106,341.28 | 2,536,655.52 | 3,106,341.28 | 2,536,655.52 | -569,685.76 | 0.73 | 0.73 |
| Bristol-Myers Squibb Co | 2126335 | 170,803.000 | 20.7000 | 3,571,008.13 | 3,535,622.10 | 3,571,008.13 | 3,535,622.10 | -35,386.03 | 1.01 | 1.02 |
| CVS/Caremark Corp | 2577609 | 124,213.000 | 28.9300 | 3,807,560.66 | 3,593,482.09 | 3,807,560.66 | 3,593,482.09 | -214,078.57 | 1.03 | 1.04 |
| Chevron Corp | 2838555 | 179,219.000 | 79.0100 | 13,338,110.91 | 14,160,093.19 | 13,338,110.91 | 14,160,093.19 | 821,982.28 | 4.06 | 4.09 |
| Cisco Systems Inc | 2198163 | 508,344.000 | 16.5400 | 8,868,879.74 | 8,408,009.76 | 8,868,879.74 | 8,408,009.76 | -460,869.98 | 2.41 | 2.43 |
| Citigroup Inc | 2297907 | 471,681.000 | 8.2900 | 6,180,305.59 | 3,910,235.49 | 6,180,305.59 | 3,910,235.49 | -2,270,070.10 | 1.12 | 1.13 |
| Coca-Cola Co | 2206657 | 170,803.000 | 46.8700 | 7,695,326.50 | 8,005,536.61 | 7,695,326.50 | 8,005,536.61 | 310,210.11 | 2.29 | 2.31 |
| Colgate-Palmolive Co | 2209106 | 4,890.000 | 65.0700 | 306,602.40 | 318,192.30 | 306,602.40 | 318,192.30 | 11,589.90 | 0.09 | 0.09 |
| Comcast Corp Cl A | 2044545 | 249,475.000 | 17.3400 | 4,112,295.01 | 4,325,896.50 | 4,112,295.01 | 4,325,896.50 | 213,601.49 | 1.24 | 1.25 |
| ConocoPhillips (USD) | 2685717 | 132,629.000 | 52.5200 | 6,869,663.50 | 6,965,675.08 | 6,869,663.50 | 6,965,675.08 | 96,011.58 | 2.00 | 2.01 |

Prior Knowledge Date:11/06/2008:04:12:39
Knowledge Date:12/04/2008:09:10:59
ClosedPeriod

# Position Appraisal Report
### *Alpha Prime Equity Hedge Fund*
*Period End Date 11/30/2008*
*Report Type: Strategy*
*U.S. Dollars*

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| Exelon Corp | 2670519 | 6,846.000 | 56.2100 | 333,947.04 | 384,813.66 | 333,947.04 | 384,813.66 | 50,866.62 | 0.11 | 0.11 |
| Exxon Mobil Corp | 2326618 | 452,437.000 | 80.1500 | 33,721,073.44 | 36,262,825.55 | 33,721,073.44 | 36,262,825.55 | 2,541,752.11 | 10.39 | 10.47 |
| Fidelity Spartan US Treasury Money Market Fund | DS06971 | 15,936.000 | 1.0000 | 15,936.00 | 15,936.01 | 15,936.00 | 15,936.01 | 0.01 | 0.00 | 0.00 |
| General Electric Co | 2380498 | 904,358.000 | 17.1700 | 17,456,613.66 | 15,527,826.86 | 17,456,613.66 | 15,527,826.86 | -1,928,786.80 | 4.45 | 4.48 |
| Goldman Sachs Group Inc | 2407966 | 32,235.000 | 78.9900 | 2,950,071.20 | 2,546,242.65 | 2,950,071.20 | 2,546,242.65 | -403,828.55 | 0.73 | 0.74 |
| Google Inc Cl A | B020QX2 | 16,832.000 | 292.9600 | 5,847,386.04 | 4,931,102.72 | 5,847,386.04 | 4,931,102.72 | -916,283.32 | 1.41 | 1.42 |
| Hewlett-Packard Co | 2424006 | 212,883.000 | 35.2800 | 7,993,983.82 | 7,510,512.24 | 7,993,983.82 | 7,510,512.24 | -483,471.58 | 2.15 | 2.17 |
| Home Depot Inc | 2434209 | 148,483.000 | 23.1100 | 3,362,588.12 | 3,431,442.13 | 3,362,588.12 | 3,431,442.13 | 68,854.01 | 0.98 | 0.99 |
| Intel Corp | 2463247 | 483,629.000 | 13.8000 | 6,674,080.20 | 6,674,080.20 | 6,674,080.20 | 6,674,080.20 | -865,848.36 | 1.91 | 1.93 |
| International Business Machines Corp | 2005973 | 117,824.000 | 81.6000 | 10,680,789.42 | 9,614,438.40 | 10,680,789.42 | 9,614,438.40 | -1,066,351.02 | 2.75 | 2.78 |
| JPMorgan Chase & Co | 2190385 | 319,808.000 | 31.6600 | 12,688,651.26 | 10,125,121.28 | 12,688,651.26 | 10,125,121.28 | -2,563,529.98 | 2.90 | 2.92 |
| Johnson & Johnson | 2475833 | 242,037.000 | 58.5800 | 14,774,829.18 | 14,178,527.46 | 14,774,829.18 | 14,178,527.46 | -596,301.72 | 4.06 | 4.09 |
| Kraft Foods Inc Cl A | 2764296 | 131,651.000 | 27.2100 | 3,848,107.63 | 3,582,223.71 | 3,848,107.63 | 3,582,223.71 | -265,883.92 | 1.03 | 1.03 |
| McDonald's Corp | 2550707 | 97,987.000 | 58.7500 | 5,617,506.95 | 5,756,736.25 | 5,617,506.95 | 5,756,736.25 | 139,229.30 | 1.65 | 1.66 |
| Medtronic Inc | 2575465 | 98,965.000 | 30.5200 | 3,899,834.34 | 3,020,411.80 | 3,899,834.34 | 3,020,411.80 | -879,422.54 | 0.87 | 0.87 |
| Merck & Co Inc | 2578312 | 185,152.000 | 26.7200 | 5,553,892.86 | 4,947,261.44 | 5,553,892.86 | 4,947,261.44 | -606,631.42 | 1.42 | 1.43 |
| Microsoft Corp | 2588173 | 678,691.000 | 20.2200 | 15,120,511.08 | 13,723,132.02 | 15,120,511.08 | 13,723,132.02 | -1,397,379.06 | 3.93 | 3.96 |
| Occidental Petroleum Corp | 2655408 | 73,717.000 | 54.1400 | 3,959,383.77 | 3,991,038.38 | 3,959,383.77 | 3,991,038.38 | 31,654.61 | 1.14 | 1.15 |
| Oracle Corp | 2661568 | 342,051.000 | 16.0900 | 6,206,708.68 | 5,503,600.59 | 6,206,708.68 | 5,503,600.59 | -703,108.09 | 1.58 | 1.59 |
| Pepsico Inc | 2681511 | 134,656.000 | 56.7000 | 7,674,120.96 | 7,634,995.20 | 7,674,120.96 | 7,634,995.20 | -39,125.76 | 2.19 | 2.20 |
| Pfizer Inc | 2684703 | 583,643.000 | 16.4300 | 10,278,384.60 | 9,589,254.49 | 10,278,384.60 | 9,589,254.49 | -689,130.11 | 2.75 | 2.77 |
| Philip Morris International Inc | B2PKRQ3 | 179,664.000 | 42.1600 | 7,660,332.29 | 7,574,634.24 | 7,660,332.29 | 7,574,634.24 | -85,698.05 | 2.17 | 2.19 |
| Procter & Gamble Co | 2704407 | 259,918.000 | 64.3500 | 16,805,267.81 | 16,725,723.30 | 16,805,267.81 | 16,725,723.30 | -79,544.51 | 4.79 | 4.83 |
| Qualcomm Inc | 2714923 | 143,072.000 | 33.5700 | 5,257,690.78 | 4,802,927.04 | 5,257,690.78 | 4,802,927.04 | -454,763.74 | 1.38 | 1.39 |
| Schlumberger Ltd | 2779201 | 103,475.000 | 50.7400 | 5,255,144.06 | 5,250,321.50 | 5,255,144.06 | 5,250,321.50 | -4,822.56 | 1.50 | 1.52 |
| Time Warner Inc | 2712165 | 306,882.000 | 9.0500 | 3,113,891.82 | 2,777,282.10 | 3,113,891.82 | 2,777,282.10 | -336,609.72 | 0.80 | 0.80 |
| US Bancorp | 2736035 | 151,488.000 | 26.9800 | 4,507,106.68 | 4,087,146.24 | 4,507,106.68 | 4,087,146.24 | -419,960.44 | 1.17 | 1.18 |
| United Parcel Service Inc Cl B | 2517382 | 84,160.000 | 57.6000 | 4,484,831.20 | 4,847,616.00 | 4,484,831.20 | 4,847,616.00 | 362,784.80 | 1.39 | 1.40 |
| United Technologies Corp | 2915500 | 84,160.000 | 48.5300 | 4,586,723.70 | 4,084,284.80 | 4,586,723.70 | 4,084,284.80 | -502,438.90 | 1.17 | 1.18 |
| Verizon Communications Inc | 2090571 | 244,520.000 | 32.6500 | 7,498,107.66 | 7,983,578.00 | 7,498,107.46 | 7,983,578.00 | 485,470.54 | 2.29 | 2.31 |
| Wal-Mart Stores Inc | 2936921 | 193,568.000 | 55.8800 | 10,800,384.66 | 10,816,579.84 | 10,800,384.66 | 10,816,579.84 | 16,195.18 | 3.10 | 3.12 |
| Walt Disney Co | 2270726 | 162,832.000 | 22.5200 | 4,020,902.80 | 3,666,976.64 | 4,020,902.80 | 3,666,976.64 | -353,926.16 | 1.05 | 1.06 |
| Wells Fargo & Co | 2649100 | 291,034.000 | 28.8900 | 9,540,828.40 | 8,407,972.26 | 9,540,828.40 | 8,407,972.26 | -1,132,856.14 | 2.41 | 2.43 |
| Wyeth | 2027104 | 13,692.000 | 36.0100 | 452,383.00 | 493,048.92 | 452,383.00 | 493,048.92 | 40,665.92 | 0.14 | 0.14 |

## Position Appraisal Report
### *Alpha Prime Equity Hedge Fund*
Period End Date  11/30/2008
Report Type:  Strategy
U.S. Dollars

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| Total - USD | | | | 379,660,483.49 | 359,532,117.78 | 379,660,483.49 | 359,532,117.78 | -20,128,365.71 | 103.02 | 103.81 |
| Total - Equity | | | | | | 379,660,483.49 | 359,532,117.78 | -20,128,365.71 | 103.02 | 103.81 |
| Total - Madoff Securities International Ltd Trading | | | | | | 404,036,699.49 | 372,303,597.78 | -31,733,101.71 | 106.68 | 107.49 |
| Total - | | | | | | 404,036,699.49 | 372,303,597.78 | -31,733,101.71 | 106.68 | 107.49 |
| **Total - Long Positions** | | | | | | **404,036,699.49** | **372,303,597.78** | **-31,733,101.71** | **106.68** | **107.49** |

### Short Positions
Madoff Securities International Ltd Trading
American Call Option
USD

| Investment | Security ID | Quantity | Local Market Price | Current Local Cost | Local Market Value | Current Book Cost | Book Market Value | Book Unrealized Gain/Loss | % Invest | %NAV |
|---|---|---|---|---|---|---|---|---|---|---|
| S&P 100 Index 380 Call 12/20/2008 | DI12738 | -978.000 | 61.0000 | -3,324,222.00 | -5,965,800.00 | -3,324,222.00 | -5,965,800.00 | -2,641,578.00 | -1.71 | -1.72 |
| S&P 100 Index 430 Call 12/20/2008 | DI12689 | -7,438.000 | 23.3000 | -19,331,362.00 | -17,330,540.00 | -19,331,362.00 | -17,330,540.00 | 2,000,822.00 | -4.97 | -5.00 |
| Total - USD | | | | -22,655,584.00 | -23,296,340.00 | -22,655,584.00 | -23,296,340.00 | -640,756.00 | -6.68 | -6.73 |
| Total - American Call Option | | | | | | -22,655,584.00 | -23,296,340.00 | -640,756.00 | -6.68 | -6.73 |
| Total - Madoff Securities International Ltd Trading | | | | | | -22,655,584.00 | -23,296,340.00 | -640,756.00 | -6.68 | -6.73 |
| Total - | | | | | | -22,655,584.00 | -23,296,340.00 | -640,756.00 | -6.68 | -6.73 |
| **Total - Short Positions** | | | | | | **-22,655,584.00** | **-23,296,340.00** | **-640,756.00** | **-6.68** | **-6.73** |
| **TOTAL NET POSITIONS** | | | | | | **381,381,115.49** | **349,007,257.78** | **-32,373,857.71** | **100.00** | **100.77** |

Prior Knowledge Date:11/06/2008:04:12:39
Knowledge Date:12/04/2008:09:10:59
ClosedPeriod

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIODO ENDING | PAGE |
|---|---|
| 11/30/08 | 1    A |

YOUR ACCOUNT NUMBER: 1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 14,350,127.49 | |
| 11/03 | | | | CHECK WIRE | CW | 36,800,000.00 | |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/03/08 | DIV | | 2.62 |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .79 | |
| 11/03 | | 33,418 | 23113 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,418.00 |
| 11/03 | | 19,450,000 | 23179 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.865 | | 19,423,742.50 |
| 11/03 | | 19,375,000 | 23229 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.928 | | 19,361,050.00 |
| 11/03 | 18,212 | | 23292 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,212.00 | |
| 11/06 | 26,352 | | 10971 | APPLE INC | 105.380 | 2,778,027.76 | |
| 11/06 | 46,848 | | 11206 | ABBOTT LABORATORIES | 55.090 | 2,582,729.32 | |
| 11/06 | 32,208 | | 11441 | AMGEN INC | 60.350 | 1,945,040.80 | |
| 11/06 | 23,424 | | 11676 | BOEING CO | 51.120 | 1,198,370.88 | |
| 11/06 | 152,256 | | 11911 | BANK OF AMERICA | 23.840 | 3,635,873.04 | |
| 11/06 | 17,568 | | 12146 | BAXTER INTERNATIONAL INC | 60.600 | 1,065,322.80 | |

CONTINUED ON PAGE  2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING
11/30/08

PAGE
2        A

YOUR ACCOUNT NUMBER
1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 35,136 | | 12381 | BANK OF NEW YORK MELLON CORP | 32.290 | 1,135,946.44 | |
| 11/06 | 58,560 | | 12616 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 1,209,263.60 | |
| 11/06 | 20,496 | | 12851 | ANHEUSER BUSCH COS INC | 62.430 | 1,280,384.28 | |
| 11/06 | 163,968 | | 13086 | CITI GROUP INC | 13.530 | 2,225,045.04 | |
| 11/06 | 87,840 | | 13321 | COMCAST CORP | 15.790 | 1,390,506.60 | |
| | | | | CL A | | | |
| 11/06 | 46,848 | | 13556 | CONOCOPHILIPS | 51.120 | 2,396,742.76 | |
| 11/06 | 178,608 | | 13791 | CISCO SYSTEMS INC | 17.520 | 3,136,356.16 | |
| 11/06 | 43,920 | | 14026 | CVS CAREMARK CORP | 30.510 | 1,341,755.20 | |
| 11/06 | 61,488 | | 14261 | CHEVRON CORP | 73.740 | 4,536,584.12 | |
| 11/06 | 58,560 | | 14496 | THE WALT DISNEY CO | 24.760 | 1,452,287.60 | |
| 11/06 | 313,296 | | 14731 | GENERAL ELECTRIC CO | 19.600 | 6,153,132.60 | |
| 11/06 | 5,856 | | 14966 | GOOGLE | 356.520 | 2,088,015.12 | |
| 11/06 | 11,712 | | 15201 | GOLDMAN SACHS GROUP INC | 91.870 | 1,076,449.44 | |
| 11/06 | 52,704 | | 15436 | HOME DEPOT INC | 23.300 | 1,230,111.20 | |
| 11/06 | 73,200 | | 15671 | HEWLETT PACKARD CO | 38.310 | 2,807,220.00 | |
| 11/06 | 40,992 | | 15906 | INTERNATIONAL BUSINESS MACHS | 92.800 | 3,805,696.60 | |
| 11/06 | 166,896 | | 16141 | INTEL CORP | 16.070 | 2,688,693.72 | |
| 11/06 | 84,912 | | 16376 | JOHNSON & JOHNSON | 61.310 | 5,209,350.72 | |
| 11/06 | 111,264 | | 16611 | J.P. MORGAN CHASE & CO | 40.910 | 4,556,260.24 | |
| 11/06 | 46,848 | | 16846 | KRAFT FOOD INC | 29.110 | 1,365,618.28 | |
| 11/06 | 58,560 | | 17081 | COCA COLA CO | 44.490 | 2,607,676.40 | |
| 11/06 | 35,136 | | 17316 | MCDONALDS CORP | 57.900 | 2,035,779.40 | |
| 11/06 | 35,136 | | 17551 | MEDTRONIC INC | 40.310 | 1,417,737.16 | |
| 11/06 | 20,496 | | 17786 | 3M COMPANY | 63.590 | 1,304,159.64 | |

CONTINUED ON PAGE   3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 A |

| YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR097-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 61,488 | | 18021 | ALTRIA GROUP INC | 19.160 | 1,180,569.08 | |
| 11/06 | 64,416 | | 18256 | MERCK & CO | 30.780 | 1,985,300.48 | |
| 11/06 | 237,168 | | 18491 | MICROSOFT CORP | 22.310 | 5,300,704.08 | |
| 11/06 | 120,048 | | 18726 | ORACLE CORPORATION | 18.110 | 2,178,870.28 | |
| 11/06 | 26,352 | | 19431 | OCCIDENTAL PETROLEUM CORP | 54.290 | 1,431,704.08 | |
| 11/06 | 46,848 | | 19666 | PEPSICO INC | 57 | 2,672,209.00 | |
| 11/06 | 202,032 | | 19901 | PFIZER INC | 17.690 | 3,582,027.08 | |
| 11/06 | 90,768 | | 20136 | PROCTER & GAMBLE CO | 64.570 | 5,864,519.76 | |
| 11/06 | 64,416 | | 20371 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 2,755,071.68 | |
| 11/06 | 49,776 | | 20606 | QUALCOMM INC | 37.810 | 1,884,021.56 | |
| 11/06 | 35,136 | | 20841 | SCHLUMBERGER LTD | 51.760 | 1,820,044.36 | |
| 11/06 | 175,680 | | 21076 | AT&T INC | 26.980 | 4,746,873.40 | |
| 11/06 | 108,336 | | 21311 | TIME WARNER INC | 10.060 | 1,094,193.16 | |
| 11/06 | 29,280 | | 21546 | UNITED PARCEL SVC INC CLASS B | 52.790 | 1,546,862.20 | |
| 11/06 | 52,704 | | 21781 | U S BANCORP | 29.550 | 1,559,511.20 | |
| 11/06 | 29,280 | | 22016 | UNITED TECHNOLOGIES CORP | 54.920 | 1,609,228.60 | |
| 11/06 | 84,912 | | 22251 | VERIZON COMMUNICATIONS | 29.980 | 2,549,057.76 | |
| 11/06 | 99,552 | | 22486 | WELLS FARGO & CO NEW | 33.660 | 3,354,902.32 | |
| 11/06 | 67,344 | | 22721 | WAL-MART STORES INC | 56.560 | 3,811,669.64 | |
| 11/06 | 158,112 | | 22956 | EXXON MOBIL CORP | 73.680 | 11,656,016.16 | |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | .97 |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .29 | |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING: 11/30/08
PAGE: 4    A

YOUR ACCOUNT NUMBER: 1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/06 | 21,309 | | 10736 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,309.00 | |
| 11/06 | | 18,212 | 48253 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,212.00 |
| 11/06 | | 8,275,000 | 48470 | U S TREASURY BILL DUE 12/11/2008 12/11/2008 | 99.989 | | 8,274,089.75 |
| 11/06 | | 6,300,000 | 48683 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.932 | | 6,295,716.00 |
| 11/06 | | 41,125,000 | 48902 | U S TREASURY BILL DUE 01/08/2009 1/08/2009 | 99.960 | | 41,108,550.00 |
| 11/06 | | 41,125,000 | 49112 | U S TREASURY BILL DUE 01/15/2009 1/15/2009 | 99.946 | | 41,102,792.50 |
| 11/06 | | 41,125,000 | 49326 | U S TREASURY BILL DUE 01/22/2009 1/22/2009 | 99.934 | | 41,097,857.50 |
| 11/06 | | 41,125,000 | 49541 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 41,095,390.00 |
| 11/06 | 14,925,000 | | 49982 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.802 | 14,895,448.50 | |

CONTINUED ON PAGE   5

*PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 25/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40/MONT00/23 * CSID: * DNIS:210 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◊ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY   BP 413
L-2014   LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 5   A |

YOUR ACCOUNT NUMBER: 1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 14,925,000 | | 50211 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 14,887,836.75 | |
| 11/06 | 14,925,000 | | 50440 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 14,884,105.50 | |
| 11/07 | 18,243 | | 23492 | APPLE INC | 108.800 | 1,985,567.40 | |
| 11/07 | 32,432 | | 23727 | ABBOTT LABORATORIES | 56.590 | 1,836,623.88 | |
| 11/07 | 22,297 | | 23962 | AMGEN INC | 62.070 | 1,384,865.79 | |
| 11/07 | 16,216 | | 24197 | BOEING CO | 53.640 | 870,474.24 | |
| 11/07 | 103,377 | | 24432 | BANK OF AMERICA | 23.720 | 2,456,237.44 | |
| 11/07 | 12,162 | | 24667 | BAXTER INTERNATIONAL INC | 61.740 | 751,367.88 | |
| 11/07 | 22,297 | | 24902 | BANK OF NEW YORK MELLON CORP | 34.210 | 763,671.37 | |
| 11/07 | 40,540 | | 25137 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 853,771.80 | |
| 11/07 | 14,189 | | 25372 | ANHEUSER BUSCH COS INC | 64.190 | 911,358.91 | |
| 11/07 | 109,458 | | 25607 | CITI GROUP INC | 14.410 | 1,581,667.78 | |
| 11/07 | 58,783 | | 25842 | COMCAST CORP CL A | 17.390 | 1,024,587.37 | |
| 11/07 | 30,405 | | 26077 | CONOCOPHILIPS | 53.060 | 1,614,505.30 | |
| 11/07 | 119,593 | | 26312 | CISCO SYSTEMS INC | 17.580 | 2,107,227.94 | |
| 11/07 | 28,378 | | 26547 | CVS CAREMARK CORP | 31.720 | 901,285.16 | |
| 11/07 | 42,567 | | 26782 | CHEVRON CORP | 75.450 | 3,213,382.15 | |
| 11/07 | 38,513 | | 27017 | THE WALT DISNEY CO | 25.620 | 988,243.06 | |
| 11/07 | 212,835 | | 27252 | GENERAL ELECTRIC CO | 19.810 | 4,224,774.35 | |
| 11/07 | 4,054 | | 27487 | GOOGLE | 349.160 | 1,415,656.64 | |

CONTINUED ON PAGE   6

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY   BP 413
L-2014   LUXEMBOURG

PERIOD ENDING: 11/30/08

PAGE: 6   A

YOUR ACCOUNT NUMBER: 1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKR | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/07 | 8,108 | | 27722 | GOLDMAN SACHS GROUP INC | 89.070 | 722,503.56 | |
| 11/07 | 34,459 | | 27957 | HOME DEPOT INC | 22.480 | 776,016.32 | |
| 11/07 | 50,675 | | 28192 | HEWLETT PACKARD CO | 38.820 | 1,969,230.50 | |
| 11/07 | 28,378 | | 28427 | INTERNATIONAL BUSINESS MACHS | 92.430 | 2,624,113.54 | |
| 11/07 | 113,512 | | 28662 | INTEL CORP | 16 | 1,820,732.00 | |
| 11/07 | 56,756 | | 28897 | JOHNSON & JOHNSON | 61.820 | 3,510,925.92 | |
| 11/07 | 77,026 | | 29132 | J.P. MORGAN CHASE & CO | 40.960 | 3,158,065.96 | |
| 11/07 | 30,405 | | 29367 | KRAFT FOOD INC | 29.710 | 904,548.55 | |
| 11/07 | 40,540 | | 29602 | COCA COLA CO | 46.580 | 1,889,974.20 | |
| 11/07 | 22,297 | | 29837 | MCDONALDS CORP | 57.510 | 1,283,191.47 | |
| 11/07 | 22,297 | | 30072 | MEDTRONIC INC | 41.140 | 918,189.58 | |
| 11/07 | 14,189 | | 30307 | 3M COMPANY | 64.880 | 921,149.32 | |
| 11/07 | 42,567 | | 30542 | ALTRIA GROUP INC | 19.370 | 826,224.79 | |
| 11/07 | 44,594 | | 30777 | MERCK & CO | 30.480 | 1,361,008.12 | |
| 11/07 | 162,160 | | 31012 | MICROSOFT CORP | 22.940 | 3,726,436.40 | |
| 11/07 | 81,080 | | 31247 | ORACLE CORPORATION | 18.470 | 1,500,790.60 | |
| 11/07 | 16,216 | | 31952 | OCCIDENTAL PETROLEUM CORP | 54.380 | 882,474.08 | |
| 11/07 | 32,432 | | 32187 | PEPSICO INC | 58.630 | 1,902,785.16 | |
| 11/07 | 137,836 | | 32422 | PFIZER INC | 18 | 2,486,561.00 | |
| 11/07 | 62,837 | | 32657 | PROCTER & GAMBLE CO | 65.180 | 4,098,228.66 | |
| 11/07 | 42,567 | | 32892 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 1,859,325.88 | |
| 11/07 | 34,459 | | 33127 | QUALCOMM INC | 37.690 | 1,300,137.71 | |
| 11/07 | 24,324 | | 33362 | SCHLUMBERGER LTD | 51.770 | 1,260,225.48 | |
| 11/07 | 117,566 | | 33597 | AT&T INC | 28.910 | 3,403,535.06 | |
| 11/07 | 72,972 | | 33832 | TIME WARNER INC | 10.110 | 740,664.92 | |

CONTINUED ON PAGE   7

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 27/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40/MONT001/2/3 * DNIS:210 * CSID: * DURATION (mm-ss):40-51



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING: 11/30/08    PAGE 7    A

YOUR ACCOUNT NUMBER: 1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 20,270 | | 34067 | UNITED PARCEL SVC INC CLASS B | 53.680 | 1,088,903.60 | |
| 11/07 | 36,486 | | 34302 | U S BANCORP | 30.790 | 1,124,862.94 | |
| 11/07 | 20,270 | | 34537 | UNITED TECHNOLOGIES CORP | 56 | 1,135,930.00 | |
| 11/07 | 56,756 | | 34772 | VERIZON COMMUNICATIONS | 31.810 | 1,807,678.36 | |
| 11/07 | 68,918 | | 35007 | WELLS FARGO & CO NEW | 34.080 | 2,351,481.44 | |
| 11/07 | 46,621 | | 35242 | WAL-MART STORES INC | 56.730 | 2,646,673.33 | |
| 11/07 | 107,431 | | 35477 | EXXON MOBIL CORP | 75.280 | 8,091,702.68 | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/07/08 | DIV | | .39 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FOLXX | CW | .12 | |
| 11/07 | | 21,309 | 10979 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,309.00 |
| 11/07 | | 29,425,000 | 11250 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 29,402,342.75 |
| 11/07 | | 25,625,000 | 11462 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 25,596,043.75 |
| 11/07 | | 25,625,000 | 11678 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 25,596,556.25 |

CONTINUED ON PAGE  8

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6122

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 8 | A |

| YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR097-3-0 | |

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 29,425,000 | 11891 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 29,385,570.50 |
| 11/07 | 9,350,000 | | 12224 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 9,323,820.00 | |
| 11/07 | 9,350,000 | | 12444 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 9,319,238.50 | |
| 11/07 | 37,311 | | 12669 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,311.00 |
| 11/10 | 22,347 | | 35952 | APPLE INC | 108.720 | | 2,430,458.84 |
| 11/10 | 39,728 | | 36187 | ABBOTT LABORATORIES | 55.910 | | 2,222,781.48 |
| 11/10 | 27,313 | | 36422 | AMGEN INC | 59.620 | | 1,629,493.06 |
| 11/10 | 19,864 | | 36657 | BOEING CO | 52.190 | | 1,037,496.16 |
| 11/10 | 129,116 | | 36892 | BANK OF AMERICA | 24.050 | | 3,110,403.80 |
| 11/10 | 17,381 | | 37127 | BAXTER INTERNATIONAL INC | 60.770 | | 1,056,938.37 |
| 11/10 | 29,796 | | 37362 | BANK OF NEW YORK MELLON CORP | 33.480 | | 998,761.08 |
| 11/10 | 52,143 | | 37597 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | | 1,113,252.33 |
| 11/10 | 17,381 | | 37832 | ANHEUSER BUSCH COS INC | 64.090 | | 1,114,643.29 |
| 11/10 | 141,531 | | 38067 | CITI GROUP INC | 14.270 | | 2,025,308.37 |
| 11/10 | 74,490 | | 38302 | COMCAST CORP CL A | 17.410 | | 1,299,849.90 |
| 11/10 | 39,728 | | 38537 | CONOCOPHILIPS | 54.130 | | 2,152,065.64 |
| 11/10 | 151,463 | | 38772 | CISCO SYSTEMS INC | 18.080 | | 2,744,509.04 |

CONTINUED ON PAGE     9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING
11/30/08

PAGE
9

YOUR ACCOUNT NUMBER
1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | AMOUNT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 37,245 | | 39007 | CVS CAREMARK CORP | 31.300 | 1,167,257.50 | |
| 11/10 | 54,626 | | 39242 | CHEVRON CORP | 76.410 | 4,176,157.66 | |
| 11/10 | 47,177 | | 39477 | THE WALT DISNEY CO | 25.660 | 1,212,448.82 | |
| 11/10 | 270,647 | | 39712 | GENERAL ELECTRIC CO | 20.530 | 5,567,207.91 | |
| 11/10 | 4,966 | | 39947 | GOOGLE | 363.580 | 1,805,736.28 | |
| 11/10 | 12,415 | | 40182 | GOLDMAN SACHS GROUP INC | 92.680 | 1,151,118.20 | |
| 11/10 | 44,694 | | 40417 | HOME DEPOT INC | 23.030 | 1,031,089.82 | |
| 11/10 | 64,558 | | 40652 | HEWLETT PACKARD CO | 37.290 | 2,409,949.82 | |
| 11/10 | 34,762 | | 40887 | INTERNATIONAL BUSINESS MACHS | 92.660 | 3,222,436.92 | |
| 11/10 | 146,497 | | 41122 | INTEL CORP | 15.880 | 2,332,231.36 | |
| 11/10 | 72,007 | | 41357 | JOHNSON & JOHNSON | 61.320 | 4,418,349.24 | |
| 11/10 | 94,354 | | 41592 | J.P. MORGAN CHASE & CO | 41.730 | 3,941,166.42 | |
| 11/10 | 39,728 | | 41827 | KRAFT FOOD INC | 30.100 | 1,197,401.80 | |
| 11/10 | 52,143 | | 42062 | COCA COLA CO | 45.500 | 2,374,591.50 | |
| 11/10 | 29,796 | | 42297 | MCDONALDS CORP | 57.230 | 1,706,416.08 | |
| 11/10 | 29,796 | | 42532 | MEDTRONIC INC | 40.300 | 1,201,969.80 | |
| 11/10 | 17,381 | | 42767 | 3M COMPANY | 64.690 | 1,125,071.89 | |
| 11/10 | 52,143 | | 43002 | ALTRIA GROUP INC | 18.890 | 987,066.27 | |
| 11/10 | 54,626 | | 43237 | MERCK & CO | 30.510 | 1,668,824.26 | |
| 11/10 | 201,123 | | 43472 | MICROSOFT CORP | 23.200 | 4,674,097.60 | |
| 11/10 | 101,803 | | 43707 | ORACLE CORPORATION | 18.600 | 1,897,607.80 | |
| 11/10 | 22,347 | | 44412 | OCCIDENTAL PETROLEUM CORP | 56.010 | 1,252,548.47 | |
| 11/10 | 39,728 | | 44647 | PEPSICO INC | 57.550 | 2,287,935.40 | |
| 11/10 | 176,293 | | 44882 | PFIZER INC | 17.960 | 3,173,273.28 | |
| 11/10 | 76,973 | | 45117 | PROCTER & GAMBLE CO | 65.230 | 5,024,026.79 | |

CONTINUED ON PAGE   10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 10 |

A

| YOUR ACCOUNT NUMBER | YOUR TAXPAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR097-3-0 | |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKR | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 52,143 | | 45352 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 2,297,941.29 | |
| 11/10 | 42,211 | | 45587 | QUALCOMM INC | 37.310 | 1,576,580.41 | |
| 11/10 | 32,279 | | 45822 | SCHLUMBERGER LTD | 50.500 | 1,631,380.50 | |
| 11/10 | 153,946 | | 46057 | AT&T INC | 28.580 | 4,405,933.68 | |
| 11/10 | 89,388 | | 46292 | TIME WARNER INC | 11.010 | 987,736.88 | |
| 11/10 | 24,830 | | 46527 | UNITED PARCEL SVC INC CLASS B | 54.420 | 1,352,241.60 | |
| 11/10 | 44,694 | | 46762 | U S BANCORP | 31.510 | 1,410,094.94 | |
| 11/10 | 24,830 | | 46997 | UNITED TECHNOLOGIES CORP | 56.430 | 1,402,149.90 | |
| 11/10 | 74,490 | | 47232 | VERIZON COMMUNICATIONS | 32 | 2,386,659.00 | |
| 11/10 | 84,422 | | 47467 | WELLS FARGO & CO NEW | 34.600 | 2,924,377.20 | |
| 11/10 | 57,109 | | 47702 | WAL-MART STORES INC | 55.710 | 3,183,826.39 | |
| 11/10 | 134,082 | | 47937 | EXXON MOBIL CORP | 75.800 | 10,168,778.60 | |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/10/08 | DIV | | 2.02 |
| 11/10 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .61 | |
| 11/10 | | 37,311 | 12905 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 37,311.00 |
| 11/10 | | 29,450,000 | 13107 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.875 | | 29,413,187.50 |
| 11/10 | | 26,225,000 | 13284 | U S TREASURY BILL DUE 03/19/2009 3/19/2009 | 99.867 | | 26,190,120.75 |
| | | | | CONTINUED ON PAGE   11 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY   BP 413
L-2014   LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 11 | A |

YOUR ACCOUNT NUMBER  1-FR097-3-0

YOUR TAX/PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 14,925,000 | 13496 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.834 | | 14,900,224.50 |
| 11/10 | | 14,925,000 | 13698 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.770 | | 14,890,672.50 |
| 11/10 | | 24,275,000 | 13916 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.742 | | 24,212,370.50 |
| 11/10 | | 9,350,000 | 14144 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | | 9,320,641.00 |
| 11/10 | 175,000 | | 14367 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.686 | 174,450.50 | |
| 11/10 | 22,950 | | 14594 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,950.00 | |
| 11/18 | 3,650,000 | 52,066 | 49340 49575 | ANHEUSER BUSCH COS INC U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 70 99.830 | 3,643,795.00 | 3,644,620.00 |
| 11/18 | 825 | | 49813 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 825.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 3.65 |

CONTINUED ON PAGE   12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING 11/30/08

PAGE 12

YOUR ACCOUNT NUMBER  1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 1.10 | |
| 11/19 | | 23,775 | 51505 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,775.00 |
| 11/19 | 33,000,000 | | 56110 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 32,975,580.00 | |
| 11/19 | 23,725 | | 60544 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,725.00 |
| 11/20 | | 33,000,000 | 63789 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 32,987,460.00 |
| 11/20 | 33,000,000 | | 64027 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.947 | 32,982,510.00 | |
| 11/20 | 4,950 | | 64266 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 4,950.00 |
| 11/25 | 8,802 | | 64507 | APPLE INC | 85.070 | 749,138.14 | |
| 11/25 | 15,648 | | 64745 | ABBOTT LABORATORIES | 54.140 | 847,807.72 | |
| 11/25 | 10,758 | | 64983 | AMGEN INC | 53.630 | 577,381.54 | |
| 11/25 | 49,878 | | 65221 | BANK OF AMERICA | 12.980 | 649,411.44 | |
| 11/25 | 5,868 | | 65459 | BAXTER INTERNATIONAL INC | 52.570 | 308,714.76 | |
| 11/25 | 11,736 | | 65697 | BANK OF NEW YORK MELLON CORP | 24.690 | 290,230.84 | |
| 11/25 | 19,560 | | 65935 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 394,720.40 | |

CONTINUED ON PAGE  13

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING 11/30/08
PAGE 13 A

YOUR ACCOUNT NUMBER 1-FR097-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | 56,724 | | 66173 | CITI GROUP INC | 6.100 | 348,284.40 | |
| 11/25 | 4,890 | | 66411 | COLGATE PALMOLIVE CO | 62.660 | 306,602.40 | |
| 11/25 | 28,362 | | 66649 | COMCAST CORP CL A | 13.970 | 397,351.14 | |
| 11/25 | 15,648 | | 66887 | CONOCOPHILIPS | 45.100 | 706,349.80 | |
| 11/25 | 58,680 | | 67125 | CISCO SYSTEMS INC | 14.970 | 880,786.60 | |
| 11/25 | 14,670 | | 67363 | CVS CAREMARK CORP | 27.040 | 397,262.80 | |
| 11/25 | 20,538 | | 67601 | CHEVRON CORP | 68.710 | 1,411,986.98 | |
| 11/25 | 18,582 | | 67839 | THE WALT DISNEY CO | 19.760 | 367,923.32 | |
| 11/25 | 6,846 | | 68077 | EXELON CORP | 48.740 | 333,947.04 | |
| 11/25 | 107,580 | | 68315 | GENERAL ELECTRIC CO | 14.010 | 1,511,498.80 | |
| 11/25 | 1,956 | | 68553 | GOOGLE | 275 | 537,978.00 | |
| 11/25 | 16,626 | | 68791 | HOME DEPOT INC | 19.530 | 325,370.78 | |
| 11/25 | 24,450 | | 69029 | HEWLETT PACKARD CO | 32.990 | 807,583.50 | |
| 11/25 | 13,692 | | 69267 | INTERNATIONAL BUSINESS MACHS | 75.080 | 1,028,542.36 | |
| 11/25 | 56,724 | | 69505 | INTEL CORP | 12.270 | 698,271.48 | |
| 11/25 | 28,362 | | 69743 | JOHNSON & JOHNSON | 57.650 | 1,636,203.30 | |
| 11/25 | 37,164 | | 69981 | J.P. MORGAN CHASE & CO | 27.760 | 1,033,158.64 | |
| 11/25 | 14,670 | | 70219 | KRAFT FOOD INC | 25.900 | 380,539.00 | |
| 11/25 | 19,560 | | 70457 | COCA COLA CO | 42.040 | 823,084.40 | |
| 11/25 | 10,758 | | 70695 | MCDONALDS CORP | 55 | 592,120.00 | |
| 11/25 | 11,736 | | 70933 | MEDTRONIC INC | 30.800 | 361,937.80 | |
| 11/25 | 6,846 | | 71171 | 3M COMPANY | 58.280 | 399,257.88 | |
| 11/25 | 20,538 | | 71409 | ALTRIA GROUP INC | 16.250 | 334,563.50 | |
| 11/25 | 21,516 | | 71647 | MERCK & CO | 25 | 538,760.00 | |

CONTINUED ON PAGE  14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ▫ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY   BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 14 | A |

YOUR ACCOUNT NUMBER  1-FR097-3-0   YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 78,240 | | 71885 | MICROSOFT CORP | 18.100 | 1,419,273.00 | |
| 11/25 | 39,120 | | 72599 | ORACLE CORPORATION | 16.050 | 629,440.00 | |
| 11/25 | 8,802 | | 72837 | OCCIDENTAL PETROLEUM CORP | 44.570 | 392,657.14 | |
| 11/25 | 15,648 | | 73075 | PEPSICO INC | 51.800 | 811,191.40 | |
| 11/25 | 67,482 | | 73313 | PFIZER INC | 15.320 | 1,036,523.24 | |
| 11/25 | 29,340 | | 73551 | PROCTER & GAMBLE CO | 61.940 | 1,818,492.60 | |
| 11/25 | 20,538 | | 73789 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 747,993.44 | |
| 11/25 | 16,626 | | 74027 | QUALCOMM INC | 29.850 | 496,951.10 | |
| 11/25 | 11,736 | | 74265 | SCHLUMBERGER LTD | 46.270 | 543,493.72 | |
| 11/25 | 58,680 | | 74503 | AT&T INC | 25 | 1,469,347.00 | |
| 11/25 | 36,186 | | 74741 | TIME WARNER INC | 8.010 | 291,296.86 | |
| 11/25 | 9,780 | | 74979 | UNITED PARCEL SVC INC CLASS B | 50.760 | 496,823.80 | |
| 11/25 | 17,604 | | 75217 | U S BANCORP | 23.400 | 412,637.60 | |
| 11/25 | 9,780 | | 75455 | UNITED TECHNOLOGIES CORP | 44.890 | 439,415.20 | |
| 11/25 | 28,362 | | 75693 | VERIZON COMMUNICATIONS | 26.570 | 754,712.34 | |
| 11/25 | 38,142 | | 75931 | WELLS FARGO & CO NEW | 23.820 | 910,067.44 | |
| 11/25 | 22,494 | | 76169 | WAL-MART STORES INC | 51.450 | 1,158,215.30 | |
| 11/25 | 13,692 | | 76407 | WYETH | 33 | 452,383.00 | |
| 11/25 | 52,812 | | 76645 | EXXON MOBIL CORP | 72 | 3,804,576.00 | |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 2.80 |
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FOLXX | CW | | .84 |

CONTINUED ON PAGE   15

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING 11/30/08

PAGE 15  A

YOUR ACCOUNT NUMBER 1-FR097-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | | 28,675 | 77218 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,675.00 |
| 11/25 | | 36,825,000 | 77476 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 36,780,073.50 |
| 11/25 | 15,936 | | 77763 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,936.00 | |
| | | | | NEW BALANCE | | 49,091,283.76 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 505,872 | | | AT&T INC | 28.560 | | |
| | 134,656 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 176,736 | | | ALTRIA GROUP INC | 16.080 | | |
| | 92,576 | | | AMGEN INC | 55.540 | | |
| | 75,744 | | | APPLE INC | 92.670 | | |
| | 434,627 | | | BANK OF AMERICA | 16.250 | | |
| | 98,965 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 52,979 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 59,504 | | | BOEING CO | 42.630 | | |
| | 170,803 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 124,213 | | | CVS CAREMARK CORP | 28.930 | | |
| | 179,219 | | | CHEVRON CORP | 79.010 | | |
| | 508,344 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 471,681 | | | CITI GROUP INC | 8.290 | | |

CONTINUED ON PAGE  16

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ● London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel. 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 16 |

YOUR ACCOUNT NUMBER  1-FR097-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TAX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 170,803 | | | COCA COLA CO | 46.870 | | |
| | 4,890 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 249,475 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 132,629 | | | CONOCOPHILIPS | 52.520 | | |
| | 162,832 | | | THE WALT DISNEY CO | 22.520 | | |
| | 6,846 | | | EXELON CORP | 56.210 | | |
| | 452,437 | | | EXXON MOBIL CORP | 80.150 | | |
| | 904,358 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 32,235 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 16,832 | | | GOOGLE | 292.960 | | |
| | 212,883 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 148,483 | | | HOME DEPOT INC | 23.110 | | |
| | 483,629 | | | INTEL CORP | 13.800 | | |
| | 117,824 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 319,808 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 242,037 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 131,651 | | | KRAFT FOOD INC | 27.210 | | |
| | 97,987 | | | MCDONALDS CORP | 58.750 | | |
| | 98,965 | | | MEDTRONIC INC | 30.520 | | |
| | 185,152 | | | MERCK & CO | 26.720 | | |
| | 678,691 | | | MICROSOFT CORP | 20.220 | | |
| | 73,717 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 342,051 | | | ORACLE CORPORATION | 16.090 | | |
| | 134,656 | | | PEPSICO INC | 56.700 | | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE  17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

PAGE 37/143 * RCVD AT 12/2/2008 7:00:00 PM [Romance Standard Time] * SVR:LU40MONT00112/3 * DNIS:210 * CSID: * DURATION (mm-ss):40-51

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 17 |

YOUR ACCOUNT NUMBER: 1-FR097-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 583,643 | | | PFIZER INC | 16.430 | | |
| | 179,664 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 259,918 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 143,072 | | | QUALCOMM INC | 33.570 | | |
| | 103,475 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 15,936 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 58,912 | | | 3M COMPANY | 66.930 | | |
| | 306,882 | | | TIME WARNER INC | 9.050 | | |
| | 151,488 | | | U S BANCORP | 26.980 | | |
| | 84,160 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 84,160 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 244,520 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 193,568 | | | WAL-MART STORES INC | 55.880 | | |
| | 291,034 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 13,692 | | | WYETH | 36.010 | | |
| | | | | | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG          SHORT | | | |
| | | | | 359,532,117.77 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 18 | A |

YOUR ACCOUNT NUMBER: 1-FR097-3-0
YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRX | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,159,885.86 |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,172,470,358.97 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

| PERIOD ENDING | PAGE | |
|---|---|---|
| 11/30/08 | 1 | A |

YOUR ACCOUNT NUMBER: 1-FR097-4-0
YOUR TAXPAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 14,350,128.00 |
| 11/06 | | 2,928 | 18961 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 5,940,912.00 |
| 11/06 | 2,928 | | 19196 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 6,005,328.00 | |
| 11/07 | | 2,027 | 31482 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 4,457,373.00 |
| 11/07 | 2,027 | | 31717 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 2,799,287.00 | |
| 11/10 | | 2,483 | 43942 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 3,076,437.00 |
| 11/10 | 2,483 | | 44177 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 4,173,923.00 | |
| 11/19 | | 7,438 | 30155 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 19,331,362.00 |
| 11/19 | 7,438 | | 30393 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 22,321,438.00 | |
| 11/19 | 4,955 | | 30631 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 748,205.00 | |
| 11/19 | 2,483 | | 30869 | S & P 100 INDEX NOVEMBER 485 CALL | .900 | 225,953.00 | |
| 11/19 | | 4,955 | 31107 | S & P 100 INDEX NOVEMBER 460 PUT | 45 | | 22,292,545.00 |
| 11/19 | | 2,483 | 31345 | S & P 100 INDEX NOVEMBER 475 PUT | 59 | | 14,647,217.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

HSBC SECURITIES SERVICES
(LUXEMBOURG) SA SPEC CUST ACCT
FOR ALPHA PRIME FUND LIMITED
40 AVENUE MONTEREY  BP 413
L-2014  LUXEMBOURG

PERIOD ENDING
11/30/08

PAGE
2

A

YOUR ACCOUNT NUMBER
1-FR097-4-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | | 978 | 72123 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 3,324,222.00 |
| 11/25 | 978 | | 72361 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 2,054,778.00 | |
| | | | | NEW BALANCE | | | |
| | | | | | | | 49,091,284.00 |
| | | 7,438 | | SECURITY POSITIONS S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | | 978 | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 7,438 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 978 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |

MARKET VALUE OF SECURITIES
LONG                    SHORT
12,771,480.00      23,296,340.00

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

HAUSMANINGER KLETTER
RECHTSANWÄLTE — GESELLSCHAFT MBH

A-1010 WIEN, FRANZ JOSEFS-KAI 3
TEL. 01/513 95 40
FAX 01/513 95 40-12



WIEN
23. 1. 09
1010

ÖSTERREICH
€ EUROCENT
0895
F 393672





PRIORITY
PRIORITAIRE

R ||||||||||

WIEN
ID: 7
23JAN09-14:21
1010

BAR FREIGEMACHT
POSTAGE PAID
ÖSTERREICH
AUSTRIA
000210



1010  Wien
R  RO 74540240 5 AT

BULLETIN D'EXPÉDITION
DOCUMENTS DE DOUANE, ETC., INCLUS
7 662 018 210  03.2008

