# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>HSBC BANK PLC, et al.,<br><br>        Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND**
**RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**APPROVING A PARTIAL SETTLEMENT BY AND BETWEEN**
**THE TRUSTEE AND ALPHA PRIME FUND LTD.**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the substantively consolidated Chapter 7 estate of

Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure, approving the partial settlement by and between the Trustee and Alpha

Prime Fund Ltd. ("Alpha Prime"), and as more particularly set forth in the Partial Settlement

Agreement annexed as Exhibit A to the Motion (the "Partial Settlement Agreement"); and it

appearing that due and sufficient notice has been given to all parties in interest as required by

Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having

considered the Declaration of Irving H. Picard in support of the Motion; and it further appearing

the relief sought in the Motion is appropriate; and it further appearing that this Court has

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

and 1334; after due deliberation; and sufficient cause appearing therefor; it is

ORDERED, that the partial settlement between the Trustee and Alpha Prime is hereby

approved and authorized; and it is further

ORDERED, that the Trustee, Alpha Prime, Alpha Prime Asset Management Ltd., Ursula

Radel-Leszczynski, Stefan Zapotocky, and Peter Fischer shall comply with and carry out the

terms of the Partial Settlement Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated:  New York, New York
       March ___, 2018

                                           _____
                                           HONORABLE STUART M. BERNSTEIN
                                           UNITED STATES BANKRUPTCY JUDGE