**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |

**ORDER DENYING TRUSTEE'S MOTION *IN LIMINE*
TO EXCLUDE TESTIMONY OF ROBERT BLECKER**

Upon consideration of the Trustee's Motion *in Limine* to Exclude the Testimony by Robert Blecker (the "Motion") dated January 4, 2018, ECF No.17093, filed by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.,* and the chapter 7 estate of Bernard L. Madoff ("Madoff"); and a hearing having been held on the Motion on January 19, 2018 (the "Hearing"); and the Court having reviewed the Motion, the Trustee's Memorandum of Law in support thereof, ECF No. 17092, Participating Claimants' opposition papers, ECF No. 17126, the arguments of counsel at the Hearing, and the record in this

{00035054 1 }

case; and for the reasons set forth on the record at the Hearing on the Motion, ECF No. 17206 at

15:14-16:8;  **IT IS HEREBY:**

**ORDERED**, that the relief requested in the Motion is **DENIED**.

Dated:  February 13, 2018
          New York, New York

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

{00035054 1}                                           3