Christopher R. Harris
Direct Dial: (212) 906-1880
christopher.harris@lw.com

# LATHAM&WATKINS LLP

53rd at Third
885 Third Avenue
New York, New York  10022-4834
Tel: +1.212.906.1200  Fax: +1.212.751.4864
www.lw.com

FIRM / AFFILIATE OFFICES

| | |
|---|---|
| Barcelona | Moscow |
| Beijing | Munich |
| Boston | New York |
| Brussels | Orange County |
| Century City | Paris |
| Chicago | Riyadh |
| Dubai | Rome |
| Düsseldorf | San Diego |
| Frankfurt | San Francisco |
| Hamburg | Seoul |
| Hong Kong | Shanghai |
| Houston | Silicon Valley |
| London | Singapore |
| Los Angeles | Tokyo |
| Madrid | Washington, D.C. |
| Milan | |

February 13, 2018

**VIA ECF**

The Hon. Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004

Re: *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, No. 08-1789 (SMB); *Irving H. Picard v. ABN AMRO Bank (Ireland) Ltd., et al*, No. 10-5355 (SMB)

Dear Judge Bernstein:

I write on behalf of Defendants ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) (together, the "ABN Defendants").  I write specifically in response to your request during the February 8, 2018 hearing that all defendants provide the Court with a chart comparing the subpoenas issued by the Trustee during the Rule 2004 discovery process to the proposed requests attached as Exhibit D to the August 28, 2014 Declaration of Regina Griffin (No. 10-5355, ECF No. 67).  A chart responsive to your request is attached hereto as Exhibit A.

At oral argument, the Court asked whether ABN AMRO had prepared such a chart, and I answered in the affirmative.  In fact, ABN AMRO had previously compared the requests within the text of its supplemental brief (*see* No. 10-5355, ECF No. 134 at pp. 6-8), but had not provided a standalone chart, which we provide now.

Respectfully submitted,

*/s Christopher Harris*

Christopher R. Harris of
LATHAM & WATKINS LLP

Attachment

cc:    Counsel of Record