# EXHIBIT A

***Irving H. Picard v. ABN AMRO Bank (Ireland) Ltd., et al., No. 10-5355 (SMB) - Duplicative Document Requests***

| **Trustee's Proposed Request** | **Rule 2004 Subpoena RFPs[1]** |
|---|---|
| (1) "Documents concerning the review, analysis, due diligence, and ongoing monitoring of actual or prospective investments and transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products."<br><br>(2) "Documents concerning Defendant(s)' investment decision, evaluation, approval, disapproval, or ongoing monitoring of any investments or transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." | • RFP 15: "**All documents** comprising or concerning communications . . . **regarding Madoff**, including but not limited to direct or indirect communications between and among Madoff, [ABN Fund Services, and] . . . any Fund"<br><br>• RFP 19: "**All documents concerning any and all investments with Madoff** . . . including but not limited to investments made by . . . any . . . Fund"<br><br>• RFP 28: "**All documents related to due diligence of Madoff** by [ABN Fund Services] . . . or any . . . Fund"<br><br>• RFP 32: "All documents and communications . . . **concerning Madoff's investment strategy and performance**." |
| (3) "Documents concerning fraud, Ponzi, illegality, front-running, investigations, insolvency, or embezzlement at BLMIS or Feeder Funds." | • RFP 32: "All documents . . . concerning Madoff's investment strategy and performance, including . . . any and all . . . **front-running, Ponzi schemes, fraud or fraudulent schemes.**" |

---

[1] The ABN Defendants' brief included numerous additional examples of duplicative requests in footnotes. *See* No. 10-5355, ECF No. 134 at n. 9, 11. As these are largely cumulative, they have been excluded here.

| Trustee's Proposed Request | Rule 2004 Subpoena RFPs[1] |
|---|---|
| (4) "Documents concerning fees, rebates, commissions, retrocessions, or any other remuneration paid to or by Defendant(s), related to investments and transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." | • RFP 27: "Documents sufficient to demonstrate **all fees, commissions, rebates or other compensation arrangements and/or payments** between [ABN Fund Services and various feeder funds.]" |

2

046383-0007

EU-DOCS\20388890.4