**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01182 (SMB) |
| Plaintiff, | |
| v. | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | |
| Defendants. | |

**STIPULATION AND ORDER REGARDING THE**
**BRIEFING SCHEDULE FOR DEFENDANTS' MOTION TO REARGUE**
**THE COURT'S JANUARY 22, 2018 ORDER EXCLUDING THE**
**OPINIONS AND TESTIMONY OF JEFFREY M. WEINGARTEN**

IT IS HEREBY STIPULATED AND AGREED by undersigned counsel for Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and the consolidated chapter 7 estate of Bernard L. Madoff, Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Defendants Ascot Fund Ltd., J. Ezra Merkin, and Gabriel Capital Corporation ("Defendants") in the above-captioned adversary proceeding

that with respect to Defendants Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed on February 5, 2018 :

a. The Trustee's Opposition Brief is due on March 1, 2018;

b. Defendants' Reply Brief is due on March 15, 2018; and

c. Oral argument will take place on March 22, 2018 at 10:00AM before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004-1408.

Dated:    New York, New York
          February 5, 2018

| BAKER & HOSTETLER LLP | DECHERT LLP |
|---|---|
| By:   */s/ Brian W. Song*  <br>David J. Sheehan<br>Lan Hoang<br>Brian W. Song<br>45 Rockefeller Plaza<br>New York, NY  10111<br>Tel:  (212) 589-4200<br>Fax:  (212) 589-4201<br>dsheehan@bakerlaw.com<br>lhoang@bakerlaw.com<br>bsong@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA* | By:   */s/ Neil A. Steiner*  <br>Andrew J. Levander<br>Neil A. Steiner<br>Mariel R. Bronen<br>Daphne T. Ha<br>1095 Avenue of the Americas<br>New York, New York 10036<br>Tel: (212) 698-3500<br>Fax: (212) 698-3599<br>andrew.levander@dechert.com<br>neil.steiner@dechert.com<br>mariel.bronen@dechert.com<br>daphne.ha@dechert.com<br><br>*Attorneys for Defendants J. Ezra Merkin and Gabriel Capital Corporation* |

NORTON ROSE FULBRIGHT US LLP

By: */s/ Judith A. Archer*
Judith A. Archer
Sarah O'Connell
David B. Schwartz
1301 Avenue of the Americas
New York, NY 10019-6022
Tel.: (212) 318-3000
Fax: (212) 318-3400
judith.archer@nortonrosefulbright.com
sarah.oconnell@nortonrosefulbright.com
david.schwartz@nortonrosefulbright.com

*Attorneys for Ralph C. Dawson, as Receiver
for Defendant Ascot Partners, L.P., and Ascot Fund Ltd.*

**SO ORDERED.**

Dated: February **13th**, 2018          **/s/ STUART M. BERNSTEIN**
      New York, New York          HON. STUART M. BERNSTEIN
                                             United States Bankruptcy Judge