# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWELFTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Beatrice Zale Revocable Trust UAD 12/27/78 | 000718 | 662 | Pro Se Filing | Beatrice Zale Revocable Trust UAD 12/27/78 | 1ZA255 |
| Bernard Ouziel Declaration Of TST DTD 8/12/03 | 003089 | 925 | Bernard Ouziel, Esq. | Bernard Ouziel Declaration Of TST DTD 8/12/03 | 1O0019 |
| Brulene Associates INC. | 011192 | 2243 | Kramer Levin Naftalis & Frankel LLP | Brulene Associates INC | 1B0273 |
| Carla Szymanski Rev Trust Dated 11/25/97 | 013612 | 614 | Phillips Nizer LLP | Carla Szymanski Rev Tst Dated 11/25/97 | 1ZB252 |
| Dara Norman Simons | 008608 | 689 | Chaitman LLP | Dara Norman Simons | 1ZB501 |
| Eleanor S. Gold, Trustee U/A/D 08/08/90 C/O Murray Gold, Trustee | 000343 | 2866 | Bernfeld, Dematteo & Bernfeld, LLP | Eleanor S Gold As Trustee U/A/D 08/08/90 | 1G0268 |
| Hannah P Norman Revocable Trust Dated 4/13/92 | 008594 | 690 | Phillips Nizer LLP | Hannah P Norman Revocable Trust Dated 4/13/92 | 1ZA146 |
| Henry R Bessell Trust U/D/T Dated 10/10/00 | 001497 | 566 604 | Phillips Nizer LLP | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 1ZB407 |
| Herbert Silvera | 004588 | 613 | Phillips Nizer LLP | Herbert Silvera | 1S0475 |
| Jimmbo LLC | 003090 | 925 | Bernard Ouziel, Esq. | Jimmbo LLC | 1J0061 |
| Larry C Zale, Trustee For Arthur C Zale Trust B | 000717 | 662 | Pro Se Filing | Beatrice Zale And Larry C Zale CO-TTEES | 1ZA188 |
| Larry Zale & Isa Zale J/T WROS | 000481 | 662 | Pro Se Filing | Larry Zale & Isa Zale J/T WROS | 1ZA265 |
| NTC & CO. FBO Elaine Ruth Schaffer 21569 | 100140 | 578 | Phillips Nizer LLP | NTC & CO. FBO Elaine Ruth Schaffer 21569 | 1ZR013 |
| NTC & CO. FBO Elaine Ruth Schaffer 21569 | 009541 | 578 | Phillips Nizer LLP | NTC & CO. FBO Elaine Ruth Schaffer 21569 | 1ZR013 |
| NTC & CO. FBO Peter Moskowitz | 003998 | 1030 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Peter Moskowitz Dds 094151 | 1ZR135 |
| NTC & CO. FBO Peter Moskowitz | 004713 | 1030 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Peter Moskowitz Dds 094151 | 1ZR135 |
| Paul Barone And Peggyann Gerhard J/T WROS | 014318 | 751 | Pro Se Filing | Paul Barone And Peggyann Gerhard J/T WROS | 1ZB439 |
| Richard M Rosen | 000009 | 1066 | Chaitman LLP | Richard M Rosen | 1ZB263 |
| Robin J Silverstein Family Trust I | 005880 | 597 | Pro Se Filing | Robin J Silverstein Family Trust I | 1ZB403 |
| Robin L. Warner | 000883 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |
| Robin L. Warner | 100350 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |
| Robin L. Warner | 100360 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Robin L. Warner | 100422 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |
| William I Bader | 011793 | 678 | Phillips Nizer LLP | William I Bader | 1ZB319 |

300459605.1