**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**TWELFTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 011192 | 2243 | Brulene Associates INC. | Brulene Associates INC | 1B0273 | Kramer Levin Naftalis & Frankel LLP | 5/5/2010 |
| 000343 | 2866 | Eleanor S. Gold, Trustee U/A/D 08/08/90 C/O Murray Gold, Trustee | Eleanor S Gold As Trustee U/A/D 08/08/90 | 1G0268 | Bernfeld, Dematteo & Bernfeld, LLP | 8/11/2010 |
| 003090 | 925 | Jimmbo LLC | Jimmbo LLC | 1J0061 | Bernard Ouziel, Esq. | 11/17/2009 |
| 003089 | 925 | Bernard Ouziel Declaration Of TST DTD 8/12/03 | Bernard Ouziel Declaration Of TST DTD 8/12/03 | 1O0019 | Bernard Ouziel, Esq. | 11/17/2009 |
| 004588 | 613 | Herbert Silvera | Herbert Silvera | 1S0475 | Phillips Nizer LLP | 11/4/2009 |
| 008594 | 690 | Hannah P Norman Revocable Trust Dated 4/13/92 | Hannah P Norman Revocable Trust Dated 4/13/92 | 1ZA146 | Phillips Nizer LLP | 11/10/2009 |
| 000717 | 662 | Larry C Zale, Trustee For Arthur C Zale Trust B | Beatrice Zale And Larry C Zale CO-TTEES | 1ZA188 | Pro Se Filing | 11/9/2009 |
| 000718 | 662 | Beatrice Zale Revocable Trust UAD 12/27/78 | Beatrice Zale Revocable Trust UAD 12/27/78 | 1ZA255 | Pro Se Filing | 11/9/2009 |
| 000481 | 662 | Larry Zale & Isa Zale J/T WROS | Larry Zale & Isa Zale J/T WROS | 1ZA265 | Pro Se Filing | 11/9/2009 |
| 000883 | 2030 | Robin L. Warner | Robin L Warner | 1ZA319 | Chaitman LLP | 3/12/2010 |
| 100350 | 2030 | Robin L. Warner | Robin L Warner | 1ZA319 | Chaitman LLP | 3/12/2010 |
| 100360 | 2030 | Robin L. Warner | Robin L Warner | 1ZA319 | Chaitman LLP | 3/12/2010 |
| 100422 | 2030 | Robin L. Warner | Robin L Warner | 1ZA319 | Chaitman LLP | 3/12/2010 |
| 013612 | 614 | Carla Szymanski Rev Trust Dated 11/25/97 | Carla Szymanski Rev Tst Dated 11/25/97 | 1ZB252 | Phillips Nizer LLP | 11/4/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000009 | 1066 | Richard M Rosen | Richard M Rosen | 1ZB263 | Chaitman LLP | 12/15/2009 |
| 011793 | 678 | William I Bader | William I Bader | 1ZB319 | Phillips Nizer LLP | 11/10/2009 |
| 005880 | 597 | Robin J Silverstein Family Trust I | Robin J Silverstein Family Trust I | 1ZB403 | Pro Se Filing | 11/2/2009 |
| 001497 | 566 604 | Henry R Bessell Trust U/D/T Dated 10/10/00 | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 1ZB407 | Phillips Nizer LLP | 11/2/2009 11/4/2009 |
| 014318 | 751 | Paul Barone And Peggyann Gerhard J/T WROS | Paul Barone And Peggyann Gerhard J/T WROS | 1ZB439 | Pro Se Filing | 11/12/2009 |
| 008608 | 689 | Dara Norman Simons | Dara Norman Simons | 1ZB501 | Chaitman LLP | 11/10/2009 |
| 100140 | 578 | NTC & CO. FBO Elaine Ruth Schaffer 21569 | NTC & CO. FBO Elaine Ruth Schaffer 21569 | 1ZR013 | Phillips Nizer LLP | 11/2/2009 |
| 009541 | 578 | NTC & CO. FBO Elaine Ruth Schaffer 21569 | NTC & CO. FBO Elaine Ruth Schaffer 21569 | 1ZR013 | Phillips Nizer LLP | 11/2/2009 |
| 003998 | 1030 | NTC & CO. FBO Peter Moskowitz | Millennium Trust Company, LLC FBO Peter Moskowitz Dds 094151 | 1ZR135 | Phillips Nizer LLP | 12/1/2009 |
| 004713 | 1030 | NTC & CO. FBO Peter Moskowitz | Millennium Trust Company, LLC FBO Peter Moskowitz Dds 094151 | 1ZR135 | Phillips Nizer LLP | 12/1/2009 |

300459605.1