**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## [PROPOSED] ORDER GRANTING TRUSTEE'S TWELFTH OMNIBUS MOTION TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court disallow any and all claims and overrule objections filed by or on behalf of customers that withdrew more money from BLMIS than they deposited and are thus, in the parlance of this case, net winners, or by customers that withdrew an equal amount to what was deposited or, in the parlance of this case, net zeros (collectively, the "Claimants"); and the Claims[1] to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto under the heading "Claims and Objections", are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
       New York, New York

                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWELFTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Beatrice Zale Revocable Trust UAD 12/27/78 | 000718 | 662 | Pro Se Filing | Beatrice Zale Revocable Trust UAD 12/27/78 | 1ZA255 |
| Bernard Ouziel Declaration Of TST DTD 8/12/03 | 003089 | 925 | Bernard Ouziel, Esq. | Bernard Ouziel Declaration Of TST DTD 8/12/03 | 1O0019 |
| Brulene Associates INC. | 011192 | 2243 | Kramer Levin Naftalis & Frankel LLP | Brulene Associates INC | 1B0273 |
| Carla Szymanski Rev Trust Dated 11/25/97 | 013612 | 614 | Phillips Nizer LLP | Carla Szymanski Rev Tst Dated 11/25/97 | 1ZB252 |
| Dara Norman Simons | 008608 | 689 | Chaitman LLP | Dara Norman Simons | 1ZB501 |
| Eleanor S. Gold, Trustee U/A/D 08/08/90 C/O Murray Gold, Trustee | 000343 | 2866 | Bernfeld, Dematteo & Bernfeld, LLP | Eleanor S Gold As Trustee U/A/D 08/08/90 | 1G0268 |
| Hannah P Norman Revocable Trust Dated 4/13/92 | 008594 | 690 | Phillips Nizer LLP | Hannah P Norman Revocable Trust Dated 4/13/92 | 1ZA146 |
| Henry R Bessell Trust U/D/T Dated 10/10/00 | 001497 | 566 604 | Phillips Nizer LLP | Henry R Bessell Trust U/D/T Dated October 10, 2000 | 1ZB407 |
| Herbert Silvera | 004588 | 613 | Phillips Nizer LLP | Herbert Silvera | 1S0475 |
| Jimmbo LLC | 003090 | 925 | Bernard Ouziel, Esq. | Jimmbo LLC | 1J0061 |
| Larry C Zale, Trustee For Arthur C Zale Trust B | 000717 | 662 | Pro Se Filing | Beatrice Zale And Larry C Zale CO-TTEES | 1ZA188 |
| Larry Zale & Isa Zale J/T WROS | 000481 | 662 | Pro Se Filing | Larry Zale & Isa Zale J/T WROS | 1ZA265 |
| NTC & CO. FBO Elaine Ruth Schaffer 21569 | 100140 | 578 | Phillips Nizer LLP | NTC & CO. FBO Elaine Ruth Schaffer 21569 | 1ZR013 |
| NTC & CO. FBO Elaine Ruth Schaffer 21569 | 009541 | 578 | Phillips Nizer LLP | NTC & CO. FBO Elaine Ruth Schaffer 21569 | 1ZR013 |
| NTC & CO. FBO Peter Moskowitz | 003998 | 1030 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Peter Moskowitz Dds 094151 | 1ZR135 |
| NTC & CO. FBO Peter Moskowitz | 004713 | 1030 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Peter Moskowitz Dds 094151 | 1ZR135 |
| Paul Barone And Peggyann Gerhard J/T WROS | 014318 | 751 | Pro Se Filing | Paul Barone And Peggyann Gerhard J/T WROS | 1ZB439 |
| Richard M Rosen | 000009 | 1066 | Chaitman LLP | Richard M Rosen | 1ZB263 |
| Robin J Silverstein Family Trust I | 005880 | 597 | Pro Se Filing | Robin J Silverstein Family Trust I | 1ZB403 |
| Robin L. Warner | 000883 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |
| Robin L. Warner | 100350 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |
| Robin L. Warner | 100360 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Robin L. Warner | 100422 | 2030 | Chaitman LLP | Robin L Warner | 1ZA319 |
| William I Bader | 011793 | 678 | Phillips Nizer LLP | William I Bader | 1ZB319 |

300459605.1