# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## THIRTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Berkowitz-Blau Foundation, INC. | 002605 | 564 | Phillips Nizer LLP | Berkowitz Blau Foundation INC | 1ZB453 |
| Henry Siegman | 008250 | 1632 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Henry Siegman (113934) | 1S0278 |
| Jon G Warner | 000882 | 1067 | Chaitman LLP | Jon G Warner | 1ZB383 |
| Kathelijn Rabaey And Jan Rabaey J/T WROS | 002220 | 619 | Pro Se Filing | Kathelijn Rabaey & Jan Rabaey Jt/WROS | 1R0238 |
| NTC & CO. FBO Miriam Cantor Siegman | 000576 | 1018 | Phillips Nizer LLP | NTC & CO. FBO Miriam Siegman (115411) | 1S0410 |
| NTC & CO. FBO Robert Halio (26849) | 002007 | 606 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Robert Halio (26849) | 1ZR140 |
| Robert Kraham And Jewel Kraham Jt WROS | 001964 | 537 | Pro Se Filing | Robert Kraham And Jewel Kraham J/T WROS | 1ZA662 |
| Solomon Turiel | 001499 | 410 | Pro Se Filing | Millennium Trust Company, LLC FBO Solomon Turiel (44651) | 1ZR264 |
| Theresa Ryan | 000820 | 1941 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Theresa Ryan (111404) | 1R0174 |