# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## THIRTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000820 | 1941 | Theresa Ryan | Millennium Trust Company, LLC FBO Theresa Ryan (111404) | 1R0174 | Phillips Nizer LLP | 2/10/2010 |
| 002220 | 619 | Kathelijn Rabaey And Jan Rabaey J/T WROS | Kathelijn Rabaey & Jan Rabaey Jt/WROS | 1R0238 | Pro Se Filing | 11/5/2009 |
| 008250 | 1632 | Henry Siegman | Millennium Trust Company, LLC FBO Henry Siegman (113934) | 1S0278 | Phillips Nizer LLP | 1/11/2010 |
| 000576 | 1018 | NTC & CO. FBO Miriam Cantor Siegman | NTC & CO. FBO Miriam Siegman (115411) | 1S0410 | Phillips Nizer LLP | 11/24/2009 |
| 001964 | 537 | Robert Kraham And Jewel Kraham Jt WROS | Robert Kraham And Jewel Kraham J/T WROS | 1ZA662 | Pro Se Filing | 10/19/2009 |
| 000882 | 1067 | Jon G Warner | Jon G Warner | 1ZB383 | Chaitman LLP | 12/15/2009 |
| 002605 | 564 | Berkowitz-Blau Foundation, INC. | Berkowitz Blau Foundation INC | 1ZB453 | Phillips Nizer LLP | 11/2/2009 |
| 002007 | 606 | NTC & CO. FBO Robert Halio (26849) | Millennium Trust Company, LLC FBO Robert Halio (26849) | 1ZR140 | Phillips Nizer LLP | 11/4/2009 |
| 001499 | 410 | Solomon Turiel | Millennium Trust Company, LLC FBO Solomon Turiel (44651) | 1ZR264 | Pro Se Filing | 9/1/2009 |

300459604.1