**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## [PROPOSED] ORDER GRANTING TRUSTEE'S THIRTEENTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW

Upon the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court overrule objections filed by or on behalf of customers that invested more money with BLMIS than they withdrew and are thus, in the parlance of this case, net losers (collectively, the "Claimants"), and affirm the Trustee's Claims[1] determinations; and the Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

    ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

    ORDERED that the Trustee's Claims determinations regarding the Claims listed on Exhibit A hereto under the heading "Claims and Objections", are affirmed; and it is further

    ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections", are overruled; and it is further

    ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
       New York, New York

                                                    _____
                                                    HONORABLE STUART M. BERNSTEIN
                                                    UNITED STATES BANKRUPTCY JUDGE

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**THIRTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Berkowitz-Blau Foundation, INC. | 002605 | 564 | Phillips Nizer LLP | Berkowitz Blau Foundation INC | 1ZB453 |
| Henry Siegman | 008250 | 1632 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Henry Siegman (113934) | 1S0278 |
| Jon G Warner | 000882 | 1067 | Chaitman LLP | Jon G Warner | 1ZB383 |
| Kathelijn Rabaey And Jan Rabaey J/T WROS | 002220 | 619 | Pro Se Filing | Kathelijn Rabaey & Jan Rabaey Jt/WROS | 1R0238 |
| NTC & CO. FBO Miriam Cantor Siegman | 000576 | 1018 | Phillips Nizer LLP | NTC & CO. FBO Miriam Siegman (115411) | 1S0410 |
| NTC & CO. FBO Robert Halio (26849) | 002007 | 606 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Robert Halio (26849) | 1ZR140 |
| Robert Kraham And Jewel Kraham Jt WROS | 001964 | 537 | Pro Se Filing | Robert Kraham And Jewel Kraham J/T WROS | 1ZA662 |
| Solomon Turiel | 001499 | 410 | Pro Se Filing | Millennium Trust Company, LLC FBO Solomon Turiel (44651) | 1ZR264 |
| Theresa Ryan | 000820 | 1941 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Theresa Ryan (111404) | 1R0174 |