**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05394 (SMB) |

## STIPULATION AND ORDER ADJOURNING PRE-TRIAL CONFERENCE

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, as follows:

1. The pre-trial conference in the above-referenced adversary proceeding, which had been scheduled for February 28, 2018, is adjourned to June 27, 2018, at 10:00 a.m.

Dated: New York, New York
       February 14, 2018

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: /s/Andrew W. Reich | By: /s/Richard E. Signorelli |
| 45 Rockefeller Plaza | 799 Broadway, Suite 539 |
| New York, New York 10111 | New York, New York 10003 |
| Telephone: 212.589.4200 | Telephone: 212.254.4218 |
| Facsimile: 212.589.4201 | Facsimile: 212.254.1396 |
| David J. Sheehan | Richard E. Signorelli |
| Email: dsheehan@bakerlaw.com | Email: richardsignorelli@gmail.com |
| Keith R. Murphy | Email: richardsignorelli@nyclitigator.com |
| Email: kmurphy@bakerlaw.com | Bryan Ha |
| Andrew W. Reich | Email: bhanyc@gmail.com |
| Email: areich@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz and as administrator of the Estate of Thelma Glantz; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; GRACE & COMPANY; THE GLANTZ FAMILY FOUNDATION, INC; THE ESTATE OF EDWARD R. GLANTZ; LAKEVIEW INVESTMENT, LP; VISTA MANAGEMENT CO.; LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION; ELAINE OSTRIN; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST II; and AUSTIN BOSARGE*

SO ORDERED:

Dated: **February 14, 2018**           /s/ STUART M. BERNSTEIN
New York, New York                      HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE