# Exhibit A

*Citi Transferee Defendants' Comparison Chart of Document Requests*

| No. | Category | Trustee's Proposed Document Requests | Citi Rule 2004 Subpoena, July 2009 |
|---|---|---|---|
| 1. | Due Diligence | • "Documents concerning . . . **due diligence** . . . involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (1)* | • "[D]ocuments concerning any **due diligence**" conducted concerning BLMIS. (22)** <br><br> • "[D]ocuments concerning any **due diligence**" conducted concerning any Fund with a BLMIS Account. (23) <br><br> • "[D]ocuments concerning any **due diligence** on BLMIS performed by any investment bank or financial institution . . . ." (49) |
| 2. | Ongoing Monitoring of Investments & Transactions | • "Documents concerning the . . . **ongoing monitoring** of actual or prospective investments and transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (1) <br><br> • Exemplars of documents include documents discussing "performance or **purported returns**," "**communications**" with BLMIS or Feeder Funds, "**audit information**," and "**regulatory filings**." (1) | • "[D]ocuments concerning **BLMIS**." (2) <br><br> • "[D]ocuments concerning **communications** between you and BLMIS," "between you and any Fund with a BLMIS account," "with any person, other than BLMIS, concerning BLMIS," or "concerning any Fund with a BLMIS Account." (15-16; 18-19) <br><br> • "[D]ocuments concerning any communication . . . concerning any of BLMIS' **accountants, auditors**, accounting firms, or auditing firms . . . ." (40) |

---

\*   This number corresponds to the enumerated document requests in the Trustee's Proposed Document Requests.
\*\*  This number corresponds to the enumerated document requests in the Citi Rule 2004 Subpoena.

| No. | Category | Trustee's Proposed Document Requests | Citi Rule 2004 Subpoena, July 2009 |
|---|---|---|---|
| | | | • "[D]ocuments concerning any of BLMIS' **accountants, auditors**, accounting firms, or auditing firms . . . ." (41)<br><br>• "[D]ocuments concerning comparison of the **return on investment** you received from accounts with, or managed by, BLMIS, and the return on investment any other person received from accounts with, or managed by, BLMIS." (42)<br><br>• "[D]ocuments concerning BLMIS' **Form 13F filings** with the Securities and Exchange Commission." (45) |
| 3. | Investment Decisions | • "Documents concerning Defendant(s)' **investment decision**, evaluation, approval, disapproval . . . of any **investments** or transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (2) | • "[D]ocuments concerning your **investments** in shares of any Fund with a BLMIS Account." (5)<br><br>• "[D]ocuments concerning any actual or proposed **investments**" in accounts managed by BLMIS, or with any Fund with a BLMIS Account. (9-10) |
| 4. | Risk Analysis | • "Documents related to any . . . investment **advice**" or "**risk analysis**." (2) | • "[D]ocuments concerning any **opinions**, research, or **advice** concerning investments with BLMIS . . . ." (50) |
| 5. | Illegality or Insolvency | • "Documents concerning fraud, Ponzi, **illegality**, front-running, **investigations**, insolvency, or embezzlement at BLMIS or Feeder Funds." (3) | • "[D]ocuments concerning BLMIS' **financial condition, solvency**, or ability to timely pay its debts." (34)<br><br>• "[D]ocuments concerning the **legality** of BLMIS' operations." (38) |

2

| No. | Category | Trustee's Proposed Document Requests | Citi Rule 2004 Subpoena, July 2009 |
|---|---|---|---|
|  |  |  | • "[D]ocuments concerning the **feasibility** of BLMIS' returns on investments." (39) <br><br> • "[D]ocuments concerning any . . . **investigation of BLMIS** by any government agency of official" and "documents concerning any communication between you and any government agency or official . . . ." (43-44) |
| 6. | Remuneration | • "Documents concerning **fees**, rebates, **commissions**, retrocessions, or any other **remuneration** paid to or by Defendant(s), related to investments and transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (4) | • "[D]ocuments concerning any **remuneration** received by you . . . in the form of **commissions**, **management fees**, **performance fees**, shares, salary, or any other form of payment" resulting from "investments in accounts with, or managed by, BLMIS" or from "any Fund with a BLMIS Account." (25-26) |

3