| | | **Exhibit A** | |
|---|---|---|---|
| **No.** | **Category** | **Trustee's Proposed Document Requests[1]** | **Rule 2004 Subpoena[2]** |
| 1. | **Due Diligence** | • "Documents concerning…**due diligence**…involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (1) | • "[D]ocuments concerning any **due diligence**" conducted by RBC[3] concerning BLMIS or any Fund with a BLMIS Account. (21-23)<br><br>• "[D]ocuments concerning any **due diligence** on BLMIS" performed by any investment bank or financial institution. (49) |
| 2. | **Ongoing Monitoring of Investments & Transactions** | • Documents concerning "…**ongoing monitoring** of any investments or transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (2)<br><br>• Examples of documents include "**account statements**", "trade tickets", "**audit information**", documents discussing "performance or **purported returns**" and "**regulatory filings**." (1) | • "[D]ocuments concerning BLMIS." (2)<br><br>• "[D]ocuments concerning **communications** between you and …BLMIS," "between you and any Fund with a BLMIS account," "with any person, other than BLMIS, concerning BLMIS," or "concerning any Fund with a BLMIS Account." (15-16; 18-19)<br><br>• Documents concerning BLMIS' accountants and **auditors**. (40-41) |

---

[1] *See* Exhibit B to the Declaration of Howard L. Simon, dated August 28, 2014, Adv. Pro. No. 08-01789 (SMB), Dkt. No. 7833-3 ("Proposed Limited Document Demands").

[2] *See* Exhibit A to the Declaration of Anthony L. Paccione, dated October 6, 2017, Adv. Pro. No. 08-01789 (SMB), Dkt. No. 16728-1 (Subpoena for Rule 2004 Examination to Royal Bank of Canada, dated July 28, 2009) (the "Rule 2004 Subpoena").

[3] The Rule 2004 Subpoena defined "RBC," "you," and "your" to mean "Royal Bank of Canada and any parent, subsidiary, affiliate, division, branch, agency, representative office, predecessor, successor, principal, member, officer, director, shareholder, manager, employee, agent, or representative thereof."  *See* Declaration of Anthony L. Paccione, dated October 6, 2017, Adv. Pro. No. 08-01789 (SMB), Dkt. No. 16728, at ¶ 3 (quoting Rule 2004 Subpoena).  In response to the Subpoena, Royal Bank of Canada produced thousands of documents, some of which were from the files of RBC Alternative Assets, L.P.  *Id.*, at ¶ 5.

| | | | |
|---|---|---|---|
| | | | • Documents concerning "**return on investment**." (42) <br> • Documents concerning "BLMIS' **Form 13F filings** with the [SEC]." (45) |
| 3. | **Risk Analysis** | • Documents concerning "**review**" and "**analysis**" including those related to "Operational Risk, credit risk, **compliance**, or market risk." (1-2) <br> • Documents concerning any "**investment committee**", "investment **advice**", "**risk analysis**" or "**legal opinions**." (2) | • Documents concerning "**opinions**, research, or **advice** concerning investments with BLMIS." (50) |
| 4. | **Investment Decisions** | • "Documents concerning Defendant(s)' **investment decision**, evaluation, approval, disapproval...of any investments or transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products." (2) | • Documents concerning RBC's **investments** in Fairfield Sentry or any Fund with a BLMIS Account. (4-5) <br> • "[D]ocuments concerning any actual or proposed **investments**" in accounts managed by BLMIS, or with any Fund with a BLMIS Account. (9-10) <br> • Documents concerning "opinions, research, or **advice concerning investments with BLMIS**." (50) |
| 5. | **Illegality or Insolvency** | • "Documents concerning fraud, Ponzi, **illegality**, front-running, investigations, **insolvency**, or embezzlement at BLMIS or Feeder Funds." (3) | • Documents concerning "BLMIS' financial condition, **solvency**, or ability to timely pay its debts." (34) <br> • Documents concerning the "**legality of BLMIS' operations**." (38) <br> • "[D]ocuments concerning the **feasibility** of BLMIS' returns on investments." (39) <br> • Documents concerning any "**investigation of BLMIS** by any government agency or official." (43-44) |

2

| 6. | **Remuneration** | • "Documents concerning **fees**, rebates, **commissions**, retrocessions, or any other **remuneration** paid to or by Defendant(s), related to investments and transactions involving BLMIS, Feeder Funds, or BLMIS-Related Investment Products."  (4) | • "[D]ocuments concerning any **remuneration**...in the form of **commissions, management fees, performance fees**, shares, salary or other forms of payment" received by or for the benefit of RBC, resulting from the purchase of Fairfield Sentry or Fairfield Sigma shares and investments in BLMIS or any Fund with a BLMIS Account.  (24-26) |