# ALLEN & OVERY

**By ECF**

Honorable Stuart M. Bernstein
United States Bankruptcy Court for the
Southern District of New York
One Bowling Green
New York, NY 10004

**Allen & Overy LLP**
1221 Avenue of the Americas
New York NY 10020

Tel    212 610 6300
Fax   212 610 6399

February 15, 2018

**Re: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-1789 (SMB); Irving H. Picard v. ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland, N.V.), Adv. Pro. No. 10-05354 (SMB)**

Dear Judge Bernstein:

    I am counsel for defendant the ABN AMRO Bank N.V. (presently known as the Royal Bank of Scotland N.V.) ("RBS/ABN") in the above referenced matter. As requested by the Court during oral argument on February 8, 2018, I write to provide the Court with a chart comparing the Trustee's proposed document requests at issue in this motion,[1] with:

- Documents requests the Trustee previously included in the Rule 2004 Subpoena dated March 10, 2009, served on "Royal Bank of Scotland [Plc]," an affiliate of the RBS/ABN Transferee Defendant, (the "RBS Rule 2004 Subpoena")[2]; and

- Documents requests the Trustee previously included in the Rule 2004 Subpoena dated March 13, 2009, served on "ABN Amro – Netherlands" and "ABN Amro" in reference to ABN AMRO Bank N.V. (the "ABN AMRO Rule 2004 Subpoenas").[3]

---

[1] Those document requests are attached as Exhibit D to the August 28, 2014 Declaration of Regina Griffin, No. 10-05354 (SMB), ECF No. 71 (the "Trustee's Proposed Document Requests").

[2] The RBS Rule 2004 Subpoena is attached as Exhibit A to the Declaration of Michael Feldberg in Support of ABN AMRO Bank N.V.'s (presently known as the Royal Bank of Scotland N.V.) Supplemental Memorandum of Law in Opposition to the Trustee's Motion for Pre-Motion-to-Dismiss Discovery (the "Feldberg Decl."), Adv. Pro. No. 10-05354 (SMB), ECF No. 136.

Allen & Overy LLP is a limited liability partnership registered in England and Wales with registered number OC306763. It is authorized and regulated by the Solicitors Regulation Authority of England and Wales. Allen & Overy LLP is a multi-jurisdictional law firm with lawyers admitted to practice in a variety of jurisdictions. A list of the members of Allen & Overy LLP and their professional qualifications is open to inspection at its registered office, One Bishops Square, London, E1 6AD and at the above address. The term partner is used to refer to a member of Allen & Overy LLP or an employee or consultant with equivalent standing and qualifications.

Allen & Overy LLP or an affiliated undertaking has an office in each of: Abu Dhabi, Amsterdam, Antwerp, Bangkok, Barcelona, Beijing, Belfast, Bratislava, Brussels, Bucharest (associated office), Budapest, Casablanca, Doha, Dubai, Düsseldorf, Frankfurt, Hamburg, Hanoi, Ho Chi Minh City, Hong Kong, Istanbul, Jakarta (associated office), Johannesburg, London, Luxembourg, Madrid, Milan, Moscow, Munich, New York, Paris, Perth, Prague, Riyadh (cooperation office), Rome, São Paulo, Seoul, Shanghai, Singapore, Sydney, Tokyo, Warsaw, Washington, D.C. and Yangon.

Honorable Stuart M. Bernstein
Page 2

The chart is attached hereto as Exhibit A, and includes columns comparing the Trustee's Proposed Document Requests with the requests in the RBS Rule 2004 Subpoena and the ABN AMRO Rule 2004 Subpoenas.

I will, of course, provide any other information the Court otherwise requests.

Respectfully submitted,

/s/ Michael S. Feldberg
Michael S. Feldberg

Attachment

cc: Counsel of Record

---

[3] The ABN Amro Rule 2004 Subpoenas are attached as Exhibits B and C to the Feldberg Decl., Adv. Pro. No. 10-05354 (SMB), ECF No. 136.