**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04933 (SMB) |
| Plaintiff, | |
| v. | |
| KENNETH L. EVENSTAD REVOCABLE TRUST U/A/D MAY 2, 2000; KENNETH L. EVENSTAD, as grantor and trustee of the Kenneth L. Evenstad Revocable Trust and individually; and | |

> GRACE B. EVENSTAD, as trustee of the Kenneth
> L. Evenstad Revocable Trust and individually,
>
> Defendants.

## STIPULATION AND ORDER FOR
## VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants, by and through its counsel, Loeb and Loeb LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and thereafter served the Complaint on Defendants.

2. On January 17, 2014, Defendant served an answer on the Trustee.

3. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181 in Adv. Pro. No. 08-01789 (SMB)], the Parties entered into a Settlement Agreement and Release effective January 25, 2018 (the "Settlement Agreement").

4. Pursuant to the terms of the Settlement Agreement, and in accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice, without costs to either Trustee or Defendant.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and

2

parties of interest.

Dated: February 15, 2018

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Maximillian S. Shifrin
Email: mshifrin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**LOEB & LOEB, LLP**

By:  /s/ *Daniel B. Besikof*
345 Park Avenue
New York, New York 10154
Telephone:  212.407.4129
Facsimile:  646.417.6335
P. Gregory Schwed
Email:  gschwed@loeb.com
Daniel B. Besikof
Email:  dbesikof@loeb.com

*Attorneys for Defendants*

SO ORDERED

**/s/ STUART M. BERNSTEIN**

Dated: **February 15th, 2018**      HON. STUART M. BERNSTEIN
New York, New York           UNITED STATES BANKRUPTCY JUDGE