UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>　　v.<br><br>STEPHEN R. GOLDENBERG,<br><br>　　　　Defendant. | Adv. Pro. No. 10-04946 (SMB) |

**NOTICE OF ADJOURNMENT OF ORAL ARGUMENT**

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff in the above-referenced adversary proceeding, filed a Motion for Summary Judgment in the above-captioned action (ECF Nos. 60-63) (the "Trustee's Summary Judgment Motion"), which was fully briefed by the parties as of December 18, 2017, and was scheduled for a hearing on February 21, 2018.

**PLEASE TAKE FURTHER NOTICE** that in light of the common factual and legal issues that the Court will be considering in connection with previously argued motions for summary judgment in *Picard v. South Ferry Bldg. Co.* and related adversary proceedings (collectively, the "South Ferry Proceedings"), which are *sub judice*, the oral argument on the Trustee's Summary Judgment Motion in this proceeding is adjourned *sine die* pending the issuance of the Court's ruling in the South Ferry Proceedings. The parties shall contact the Court following issuance of that ruling.

| | |
|---|---|
| Dated: New York, New York<br>February 16, 2018 | BAKER & HOSTETLER LLP<br><br>By: */s/ Keith R. Murphy*<br><br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Keith R. Murphy<br>Email: kmurphy@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |