|  |  |
|---|---|
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Geraldine E. Ponto<br>Gonzalo S. Zeballos<br>Michelle R. Usitalo | Presentment Date: February 27, 2018<br>Time:                            12:00 p.m.<br>Objections Due: February 23, 2018<br>Time:                            11:00 a.m. |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br><br>     v.<br><br>FEDERICO CERETTI, *et al.*<br><br>          Defendants. | Adv. Pro. No. 09-01161 (SMB) |

### NOTICE OF PRESENTMENT OF APPLICATION
### FOR ISSUANCE OF LETTERS OF REQUEST

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781, this Court's inherent authority, and in light of the comity between the United States and the United Kingdom and upon the accompanying Application for the Issuance of Letter of Request (the "Application"), Irving H. Picard, Trustee, through his undersigned counsel, will present the proposed Order Issuing a Letter of Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters (the "Order"), annexed hereto, to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on February 27, 2018, at 12:00 PM.

**PLEASE TAKE FURTHER NOTICE** that an objection to the Application ("Objection") shall (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the Objection(s) and specific grounds therefor, (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York, 10004, (v) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Gonzalo S. Zeballos, Esq.; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **11:00 AM on February 23, 2018**.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely served and filed, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at a date to be scheduled by the Court, upon such additional notice as the Court may direct.  The

moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

The Trustee made no prior request to this Court or to any other court for the relief requested by the Application.

Dated: New York, New York
February 16, 2018

          Respectfully submitted,

          */s/ Gonzalo S. Zeballos*
          **Baker & Hostetler LLP**
          45 Rockefeller Plaza
          New York, New York 10111
          Telephone: (212) 589-4200
          Facsimile: (212) 589-4201
          David J. Sheehan
          Email: dsheehan@bakerlaw.com
          Geraldine E. Ponto
          Email: gponto@bakerlaw.com
          Gonzalo S. Zeballos
          Email: gzeballos@bakerlaw.com
          Michelle R. Usitalo
          Email: musitalo@bakerlaw.com

Of Counsel:

**Baker & Hostetler LLP**
1050 Connecticut Ave NW #1100
Washington, D.C. 20036
(202) 861-1500
John J. Burke
Email: jburke@bakerlaw.com