**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                  Plaintiff,<br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                  Debtor. | |

**NOTICE OF CANCELLATION OF OMNIUBS AVOIDANCE**
**ACTION FEBRUARY 21, 2018 HEARING DATE**

**PLEASE TAKE NOTICE** that on behalf of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, and the substantively consolidated estate of Bernard L. Madoff, through his counsel Baker & Hostetler LLP, the hearing scheduled to be held on **February 21, 2018 at 10:00 a.m.** is cancelled.  All matters previously scheduled on that

1

date have been adjourned and no matters will be scheduled to be heard on that date.

Dated: New York, New York  
       February 20, 2018                      By: */s/Nicholas J. Cremona*  
                                             **BAKER & HOSTETLER LLP**  
                                             45 Rockefeller Plaza  
                                             New York, New York 10111  
                                             Telephone: (212) 589-4200  
                                             Facsimile: (212) 589-4201  
                                             David J. Sheehan  
                                             Email: dsheehan@bakerlaw.com  
                                             Nicholas J. Cremona  
                                             Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*