Yeskoo Hogan & Tamlyn, LLP
139 South Street
New Providence, NJ 07974
908-464-8300
By: Richard C. Yeskoo

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X

SECURITIES INVESTOR PROTECTION
CORPORATION,

|  |  |
|---|---|
|  | No. 08-01789 (SMB) |
|  | SIPA Liquidation |
| Plaintiff, | (Substantively Consolidated) |
| – against – | **Notice of Appearance and Demand for Service of Documents** |

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC, et al.,

Defendants.
------------------------------------------------------------------X

    **PLEASE TAKE NOTICE** that the undersigned appears in the above-captioned case on behalf of FGLS Equity LLC ("FGLS"), pursuant to Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure and section 1109(b) of the Bankruptcy Code, and demands that all notices given or required to be given and all papers served in this case be delivered to and served upon the parties identified below at the following address:

Yeskoo Hogan & Tamlyn, LLP
139 South Street
New Providence, NJ 07974
Richard C. Yeskoo
Yeskoo@yeskoolaw.com

    This Notice of Appearance and any subsequent appearance, pleading, claim or suit is not intended nor shall be deemed to waive FGLS's: (i) right to have final orders in non-core matters entered only after *de novo* review by a district court judge; (ii) right to trial by jury in any proceedings so triable herein or in any case, controversy or proceeding related hereto; (iii) right

to have the reference withdrawn by the United States District Court in any matter subject to

mandatory or discretionary withdrawal; and (iv) other rights, claims, actions, defenses (including

personal jurisdiction), setoffs or recoupments to which FGLS is or may be entitled under

agreements, in law, or in equity, all of which rights claims, actions, defenses, setoffs, and

recoupments expressly are hereby reserved.

Dated: New York, New York
      February 20, 2018

 

Yeskoo Hogan & Tamlyn, LLP
139 South Street
New Providence, NJ 07974
908-464-8300

By: _____
      Richard C. Yeskoo