**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04593 (SMB) |
| Plaintiff, | |
| v. | |
| CAROLE KASBAR BULMAN, | |
| Defendant. | |

## <u>NOTICE OF VOLUNTARY DISMISSAL WITH PREJUDICE</u>

PLEASE TAKE NOTICE that Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment

Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the

substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel

Baker & Hostetler LLP, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure,

making Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary

proceedings, hereby dismisses this adversary proceeding with prejudice.  Pursuant to Fed. R. Civ.

P. 41(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss this adversary proceeding without

further order of the court by filing this Notice of Dismissal because, as of the date hereof, no

defendant has filed or served an answer or motion for summary judgment.

New York, New York
February 20, 2018

**BAKER & HOSTETLER LLP**

By:  */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*