**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## AFFIDAVIT OF MAILING

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On February 14, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

A.    Trustee's Twelfth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 17237)

B.    Declaration of Vineet Sehgal in Support of the Trustee's Twelfth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Exhibits Thereto (Docket Number 17238)

C.    Notice of Hearing on Trustee's Twelfth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Proposed Order (Docket Number 17239)

D.    Trustee's Thirteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Numbers17240)

E.    Declaration of Vineet Sehgal in Support of the Trustee's Thirteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits Thereto (Docket Number 17241)

F.    Notice of Hearing on Trustee's Thirteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Proposed Order (Docket Number 17242)

Executed on February 14, 2018



Vanessa A. Pogue

Sworn to and subscribed before me this _14th_ day of _Feb._, 2018

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

Notary Public

Exhibit A
February 14, 2018

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| Banfield, Demattos & Bernfeld, LLP | David B. Bernfeld and Jeffrey L. Bernfeld | | New York | NY | 10016 | USA |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Chaitman LLP | Helen Davis Chaitman | 465 Park Ave | New York | NY | 10022 | USA |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Madoff (Comments) | C/O KRAMER LEVIN NAFTALIS & FRANKEL | 1177 AVE OF THE AMERICAS | NEW YORK | NY | 10036 | USA |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Phillips Nizer LLP | Helen Davis Chaitman | 665 Fifth Avenue | New York | NY | 10103-0084 | USA |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |