**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>JACK PARKER FOUNDATION, INC.,<br><br>    Defendant. | Adv. Pro. No. 10-04542 (SMB) |

# NOTICE OF VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure and Rule 41 of the Federal Rules of Civil Procedure, Plaintiff Irving H. Picard, as trustee for liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–lll, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, hereby dismisses the above-captioned adversary proceeding with prejudice.

Fed. R. Civ. P. 41(a)(1)(A)(i) permits the Trustee to voluntarily dismiss this adversary proceeding without further order of the Court by filing this Notice of Dismissal.  As of the date hereof, no defendant has served an answer or a motion for summary judgment.

Dated: February 22, 2018
       New York, New York

                                        BAKER & HOSTETLER LLP

                                        BY:    /s/ *Keith R. Murphy*
                                                     45 Rockefeller Plaza
                                                     New York, New York 10111
                                                     Telephone:  212.589.4200
                                                     Facsimile:  212.589.4201
                                                     David J. Sheehan
                                                     Email:  dsheehan@bakerlaw.com
                                                     Keith R. Murphy
                                                     Email: kmurphy@bakerlaw.com
                                                     Peter B. Shapiro
                                                     Email: pshapiro@bakerlaw.com

                                                     *Attorneys for Irving H. Picard, Trustee*
                                                     *for the Substantively Consolidated*
                                                     *SIPA Liquidation of Bernard L. Madoff*
                                                     *Investment Securities LLC and the*
                                                     *Estate of Bernard L. Madoff*