# Securities Investor Protection Corporation

# v.

# Bernard L. Madoff Investment Securities LLC

# In re: Bernard L. Madoff Investment Securities and

# Bernard L. Madoff, Debtors

# Case No. 08-01789 (SMB)

# SIPA Liquidation

# (Substantively Consolidated)

Exhibit B to *Trustee's Response to the Motion Filed by Dean Loren* was filed on February 4, 2009 (ECF No. 76) and is also available for review upon written or telephonic request to:

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: Jason Blanchard, Esq.
Tel: (212) 589-4619
Email: jblanchard@bakerlaw.com