# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789-BRL |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## AFFIDAVIT OF PUBLICATION

I, JOHN FRANKS, being duly sworn, depose and say that:

1.     I am a Director at the Dallas, Texas office of AlixPartners, LLP ("AlixPartners"). AlixPartners is employed by the Trustee (as defined) as claims agent, in part.

2.     I have personal knowledge of the matters herein.

3.     On December 15, 2008, the United States District Court for the Southern District of New York entered an order appointing Irving H. Picard, Esq. ("the Trustee") as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC, the debtor herein ("the Debtor"), under the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa *et seq.*, as amended ("SIPA").

4.     On December 23, 2008, an order ("the Order") was entered in this proceeding authorizing and directing the Trustee to cause notice of the commencement of this liquidation proceeding (the "Notice") to be published one time in the following newspapers on or before January 9, 2009: *The New York Times*, all editions; *The Wall Street Journal*, all editions; *The Financial*

*Times*, all editions; *USA Today*, all editions; *Jerusalem Post*, all editions; and *Ye'diot Achronot*, all editions (the "Newspapers").

      5.     The Notice was entitled "Notice To Customers And Creditors Of Bernard L. Madoff Investment Securities LLC And To All Other Parties In Interest." A copy of the Notice is attached hereto as Exhibit A.

      6.     The Notice was published in each of the Newspapers on January 2, 2009. A copy of the Verification of Publication for each newspaper and the Notice as it appeared in each newspaper is attached hereto as Exhibits B through H.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas this 2nd day of February, 2009.

John Franks
Director
AlixPartners LLP

Subscribed and sworn to before me
this 2nd day of February, 2009.

Notary Public   March 27, 2010

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2010

08-01789-smb    Doc 17-1    Filed 02/04/09    Entered 02/04/09 17:34:18    Exhibit A-D
Pg 1 of 38

**<u>EXHIBIT A</u>**

**The Notice**

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

### COMMENCEMENT OF LIQUIDATION PROCEEDING

        **NOTICE IS HEREBY GIVEN** that on December 15, 2008, the Honorable Louis A.

Stanton of the United States District Court for the Southern District of New York, entered an Order

granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a

Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC

(the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of

1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee

for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as

counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection

afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days

after the date of this Notice. Customers may file their claims up to six months after the date of this

Notice; however, the filing of claims after the sixty (60) day period but within the six month period

may result in less protection for the customer. Such claims should be filed with the Trustee at Irving

H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed only when received by the Trustee.**

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. **Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. **All such claims will be deemed filed only when received by the Trustee.**

**No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.**

## AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

**NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

## MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's

website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website,

www.madofftrustee.com. From time to time in the future, other updated information and notices

concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.


Dated: January 2, 2009
       New York, New York


                                    Irving H. Picard, Esq.
                                    Trustee for the Liquidation of the
                                    Business of Bernard L. Madoff Investment
                                    Securities LLC

## EXHIBIT B

**Jerusalem Post and Ye'diot Achronot**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

## AFFIDAVIT OF PUBLICATION

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account Executive at Miller Advertising Agency, Inc., an advertising agency, and (b) that the advertisement of which the annexed is a copy was published in the following publications:

*Jerusalem Post Daily (Israel) Edition* in the issue dated 1/2/09
*Jerusalem Post International Edition* in the issue dated 1/2/09
*Yedioth Ahronoth Daily (Israel) Edition* in the issue dated 1/2/09
*Yedioth Ahronoth International Edition* in the issue dated 1/2/09

X _____
        (Signature)

_____
        (Title)

Sworn to before me this: _____ day of _____, 2009

_____
Notary Public

"OFFICIAL SEAL"
Lori Hummel
Notary Public, State of Illinois
Commission Expires 12/20/2010





**קונקורס אינטרנשיונל טראוול בע"מ**

15 West 34th, St., Floor 5, NY, NY 10001
Tel: 212-689-2323
E-mail:Concourse.travel@gmail.com

**Corporate Accounts Welcome**
Last Minute Booking at Low
Advanced Purchase Prices

**CIT  Concourse International Travel, Inc.**

# אילן טורס
טיולים מודרכים בשפה העברית

הטיולים כוללים ארוחות בוקר, כניסות לאתרים,
וטיסות הלוך וחזור לאירופ

## מסלולי הטיולים לעונת החורף!



**718.924.7544**

---

# משרדי עו"ד
# מאיר מוצא
לשעבר בתובע המחוזי מני-יורק
## FORMER PROSECUTOR



ייצוג אמין תקיף ומקצועי:

כל התיקים הפליליים
עבירות תנועה
כל סוגי התביעות האזרחיות
תביעות שוכר / משכיר
דובר עברית

**www.mozaLaw.com**

**(718) 470-1206** Queens    ניתן להשיג 24 שעות    **(516) 741-0003** Nassau

---

**יורם נחימובסקי, עו"ד**



עסקים ומקרקעות בינלאומיים,
חוזים והתחשבנות תמורית מוודרת שלנו

Tel. 212-964-5056
Fax. 212-267-1199

# קונץ
# KUNST

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Parties for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proof of claims with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., in the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at a Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found at SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



בואו לבחור את

של המדינה

פה מטעם האצ'צ'ו של ישראל

# "הוא גרם לי לה

**כ-4,000 המלצות כבר הגיעו לתחרות "המורה של המדינה**

מאת גנה אולמברט

...

# בית כנסת

# לא במשרד

שופטת קבעה כי משרד שלומה יפצה שלומה בתי כנסת רפורמים עו

...

# הדרכון אבד לכנ

# שלמו 1,000 שקל

מאת נורית פלתר, כתבת ידיעות אחרונות

...

---

## UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
        Plaintiff-Applicant,

v.                                                      Adversary Proceeding
                                                        No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
        Defendant.

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Each claim should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when it received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their same and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file proof of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which place and time creditors and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARINGS ON DISTRIBUTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set at which place time for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served as counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's websites.

Dated: January 2, 2009                    Irving H. Picard, Esq.
New York, New York                        Trustee for the Liquidation of the Business of
                                          Bernard L. Madoff Investment Securities LLC



**12 DEFENSE**

Sights on Gaza



Reflections on
the stock market

**24 BUSINESS**

From Harry
Potter to the Nazis

**28 ARTS**

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
                                    Plaintiff-Applicant,

v.                                              Adversary Proceeding
                                                No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
                                    Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proof of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq. as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78ccc(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website at www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:  January 2, 2009          Irving H. Picard, Esq.
        New York, New York       Trustee for the Liquidation of the Business of
                                 Bernard L. Madoff Investment Securities LLC

---



# Weigh your options.

Get the scales tipping in your favor.
Advertise in The Jerusalem Post.

For details contact Sigal Nahissi at 212 742 0505 | ext. 106 | sigaln@jpost.com

FOREIGN JOURNALISTS reporting from Sderot have been influenced by first-hand experience of life under rocket fire. Meanwhile IDF spokesman Avi Benayahu (inset) says new media is the future for communicating Israel's message. (Ariel Schalit/AP)

Brig.-Gen. Avi Benayahu, the IDF's spokesman, mission P10.
has overseen a new venture in the spokesman's unit and these on-line outtaking his unit's penchant to an intensive new worship at the Interactive-Center, Herzliya in.

This has translated plotion of new initiatives the Internet.

Tube channel established the IDF a day after getting began has he second-most popular channel on the popular video-sharing site, over 386,000 page views the first half of Thursday.

Meanwhile, the IDF has been in regular contact with over 50 major American blogs covering the fighting.

Within Israel, a new video-on-demand channel will launch over the weekend on the HOT cable network carrying nothing but IDF footage from the fighting. Even Israel's major cellular companies, Pelephone, Cellcom and Orange, will begin offering the army footage over 3G cell phones in the coming days.

"The new media lets you present your content at all times on all existing platforms, so it's there when the consumer wants to see it," explains Lt.-Col. Dinor Shavit, commander of the Filming Unit in the IDF Spokesman's Unit. Shavit is the coordinator for the dissemination of

the 23 videos and 45 still photos the IDF has released to the world so far.

"The army is creating, initiating, thinking ahead. We have photographers embedded in all the units preparing to enter Gaza, and we already have incredible footage that we are planning to release [it] we go in," he says.

"Explaining your actions is a kind of ammunition in this sort of war," says Benayahu, and Israel has entered the new media arena in true military style, with broad coordination across government agencies.

To that end, one of Shavit's most crucial missions is to disseminate the material within the Israeli government itself, to the Foreign Ministry in Jerusalem and military attaches and ambassadors around the world.

## groups give gov't top grades
## andling of Gaza operation

edia outreach that nied previous Israeli of the past decade.
happening in Gaza, continued, has been ansparent than the in Lebanon, where h was deliberately g the number of its had been killed.
same time, she said the initial reporting

provided a good amount of context and background about the current fighting – for example, that Israel had been facing years of rocket attacks before taking this action – that information was harder to find as the media rushed to keep up with the unfolding events.

Though Mizrahi has succeeded in holding recent

events with Israeli officials in which hundreds of journalists have participated, she also expressed frustration that the larger context for Israel's actions was often being lost with the day-by-day coverage.

"The unfortunate thing is that people in the news business tend to cover only what's new today," she said.

ficient," by the Tel Aviv-based Foreign Press Association, which had petitioned the court on the matter.

The move was the latest in an ongoing legal battle between the government and the group representing foreign journalists in Israel, following a two-month-old ban on foreign correspondents entering Gaza.

Israel originally imposed the blanket ban following an uprising in Palestinian rocket attacks, but the issue took on added urgency in the wake of this week's massive assault against Hamas targets in the Strip.

"We have repeatedly asked that the court allow more than the eight people that the state agreed to," said Glenys Sugarman, executive secretary of the FPA.

She said that 12 was the "absolute minimum" number that would meet the needs of the mother of journalists – including television, radio, print and photographers – eager to gain entry to the coastal strip, and that cutting the number down by one-third was "hugely problematic."

"We don't think that the number that the state came back with has any logic," said Benayahu.

out of the Hamas-ruled territory, giving them an "exclusive monopoly" on Gaza news.
"Sometimes this is all right, but others times it is not," he said.

The court is now expected to rule on the exact number.

In the past, Israel has voiced its displeasure with the international media's coverage of events in Gaza, arguing that such coverage inflated Palestinian support, while not always making clear that Israeli military actions were in response to Palestinian attacks.

The head of the Government Press Office said Wednesday that he actually preferred Palestinian stringers and reporters covering the news from Gaza instead of foreign journalists, since international journalists were routinely used and exploited by the Islamic regime.

"Based on our experience from the war in Lebanon and the way the foreign press has conducted itself in Gaza, we know that Hamas is in complete control of the news, and that reports from Gaza are carried out under duress," GPO director Danny Seaman said.

"Foreign media in Gaza will become fig leaves for the news, and will give credibility to the Hamas' reporting," he said.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
                                        Plaintiff-Applicant,
        v.                                                      Adversary Proceeding
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,        No. 08-01789-BRL
                                        Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:  January 2, 2009                             Irving H. Picard, Esq.
          New York, New York                         Trustee for the Liquidation of the Business of
                                                      Bernard L. Madoff Investment Securities LLC

## THE JERUSALEM POST
## NATIONAL ELECTIONS 2009

English Language Forums

will be inviting our readers to meet and hear representatives
a all the major parties at a series of meetings.

On your calendars. Further details to come.

| ary 13 | 8 pm | HAIFA | Menahem Hall (adjacent to Rambam Synagogue), 39 Rechov HaShiloah, Neve Shaanan (co-sponsored by EMUNAH) |
|---|---|---|---|
| ary 18 | 8 pm | NETANYA | AACI Hall, 28 Shmuel Hanatziv (co-sponsored by AACI) |
| ary 25 | 8 pm | RA'ANANA | to be announced |
| ary 31 | 8 pm | JERUSALEM | The Jerusalem Great Synagogue, 56 Rehov King George (co-sponsored by AACI and The Jerusalem Great Synagogue) |
| uary 1 | 8 pm | TEL AVIV | Ben Daniel, 62 Rehov B'nei Dan (co-sponsored by AACI) |

08-01789-smb    Doc 37-1    Filed 02/02/09    Entered 02/02/09 17:34:18    Exhibit C    Pg 15 of 38

# EXHIBIT C

## USA Today (National Edition)



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

_____

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L.**
**MADOFF INVESTMENT....** published in the national edition of **USA Today.**

Principal Clerk of USA TODAY
January 5th 2009

This _5_ day of _January_ month
_2009_ year.

_____
Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012

d Sarah Palin missed becoming
the first female president and
vice president, and a year when
attention continued to mount
on the corporate side over the
widening progress of women.

It's not just that the number of
male CFOs is barely inching up.
Women now receive about six in
college degrees, yet near the
top there remains slow progress
in the number of female direc-
tors, officers, highest paid — and
women in the pipeline, according
to research by Catalyst, Corpo-
rate Library and others.

USA TODAY has tracked the
stock performance of companies
in the Fortune 500 for years.
Its annual examination began in
'03, when female CEOs so out-
performed men, and again in
'04, that it looked like there
might be something to the gov-
erning advantage, or at least some-
thing to the theory that the glass
ceiling was so difficult to crack
that the women who made it to
the top were most talented than
their male counterparts.

Then came 2005, the ouster of
Carly Fiorina at Hewlett-Packard,
a decline in the number of
female CEOs from nine to seven,
and a 12 percentage-point stock
market under-performance
among the women who re-
tired. In 2006 and 2007, per-
formance of men and women
was almost identical.

The year 2008 knew no gender
in its devastation. The S&P 500
lost 38.5%, its worst year since
'37. But the S&P 500 compa-
nies led 4 percentage points bet-
ter than the average large compa-
ny run by a female CEO, down
7%. The best-performing of
firms led by women was Kraft
Foods, down 18% under
Irene Rosenfeld. Sunoco fell 40%
under Lynn Elsenhans in 2008,
but lost just 4% since assuming
the post in August.


By Marta Mikkelrof, Bloomberg
At PepsiCo: Indra Nooyi ranks No. 3 on Forbes magazine's list of the 100 most powerful women and is
the highest ranked CEO, ahead of non-CEOs such as Sen. Hillary Rodham Clinton and Queen Elizabeth.


At DuPont: Ellen Kullman be-
came CEO on Thursday.


At Kraft: Irene Rosenfeld has
been CEO of Kraft since 2006.


At Avon: Stock is up 65% during
Andrea Jung's nine years.

## How stocks have performed

The stock market suffered its worst year since 1937, and female CEOs did
not escape the devastation.

| CEO | Company | Fortune 500 rank | Change in 2008 | Change in career |
| --- | --- | --- | --- | --- |
| Angela Braly | WellPoint | 33 | -61.2% | -46.5% |
| Patricia Woertz | Archer Daniels Midland | 52 | -37.9% | -39.2% |
| Lynn Laverty Elsenhans | Sunoco | 56 | -40.0% | -4.2% |
| Indra Nooyi | PepsiCo | 59 | -27.8% | -16.1% |
| Irene Rosenfeld | Kraft Foods | 63 | -17.7% | -15.2% |
| Carol Meyrowitz | TJX | 132 | -28.4% | -30.3% |
| Mary Sammons | Rite Aid | 142 | -84.9% | -93.1% |
| Anne Mulcahy | Xerox | 144 | -50.8% | 0.9% |
| Brenda Barnes | Sara Lee | 203 | -39.0% | -46.2% |
| Andrea Jung | Avon Products | 265 | -37.7% | 65.4% |
| Susan Ivey | Reynolds American | 290 | -36.8% | 20.6% |
| Christina Gold | Western Union | 473 | -49.0% | -17.4% |
| S&P 500 Index | | | -38.5% | |

* as of Dec. 31; some CEOs joined their companies after their careers and Aug.
Source: Standard & Poor's

Daniel's Midland also barely out-
performed the S&P 500, with a
38% decline, after being the per-
formance champion in 2007
among women, with a 45% gain.
ADM stock is down 26% since Pa-
tricia Woertz, 55, took over in
May 2006. She was recruited
from the oil industry to lend ex-
pertise to ADM's ethanol and
biofuels expansion.

▶ Reynolds American lost 36%
for the year, but gained 21% since
Ivey, 46, took over as the first
woman to lead a U.S. tobacco
company.

▶ Sara Lee lost 39% under
Brenda Barnes, 55, and is down
46% since she took over in Octo-
ber 2005.

▶ Western Union lost 41% un-
der Christina Gold, 61, who
worked 25 years with Avon Prod-
ucts. Stock is off 17% since Gold
became CEO in October 2006.

▶ Xerox lost 51% for the year,
but is up 1% for the time that
Mulcahy, 56, has been in charge.

▶ Health insurance giant Well-
Point fell 61% under Angela Braly,
who at 46 is the youngest among
the women. WellPoint ranks No.
33 on the Fortune 500, which
makes Braly CEO of the largest
woman-led company since Fiori-
na was in charge of No. 11 Hew-
lett-Packard in 2005. WellPoint
stock is down 49% since Braly
took over in June 2007.

▶ Rite Aid stock under Mary
Sammons, 62, crumbled 85% to
31 cents per share. Sammons
was hired as chief operating offi-
cer in 1999 to help clean up an
accounting scandal. Today, the
company carries a debt load of $6
billion after its 2007 acquisition
of Brooks & Eckerd. The stock
was up 81% in 2008 and 147% in
2003, yet is down 93% since Sam-
mons became CEO in June 2003.

The Fortune 500 lost two
female CEOs in 2008 including its

best long-term performer, Meg
Whitman, who resigned as eBay's
CEO earlier this year. She had
been CEO since 1998, but eBay
was not large enough to be on the
Fortune 500 until 2005. Paula
Reynolds engineered the timely
sale of Safeco to Liberty Mutual
Group for $6.2 billion, 51% more
than the closing share price before
the deal was announced. Reynolds
has since joined American Interna-
tional Group as vice chairman in
the aftermath of a government
bailout aimed at keeping the giant
insurer solvent.

### Measuring women's impact

There are so few female CEOs
of major corporations that it ren-
ders the sample size of USA TO-
DAY's annual examination little
more than a curiosity. With the
Jan. 1 addition of Kullman at Du-
Pont, 2.6% of the Fortune 500
companies have female CEOs.
However, women are doing bet-
ter at the largest mega-compa-
nies. With Kullman, 52, now on
board, 7.4% of the largest 81 cor-
porations with annual revenue of
$31 billion and more have a
woman at the helm.

As recently as 1996 there was
only one female CEO of a Fortune
500 company, ex-CEO Marion
Sandler of Golden West Financial,
acquired by Wachovia in 2006.

If women are better than men
at, say, thinking of long-term sus-
tainability, it won't become ap-
parent until they reach "critical
mass," says Beth Brooke, global
vice chairman of Ernst & Young,
who is on the Forbes list of the
100 most powerful women.

She says that without greater
numbers, the women remain
outliers and are fighting strong
headwinds. Investors, for exam-
ple, will be impatient with a
woman who happens to think

'08 was tough for all

2008:
▶ Sunoco stock declined
widely throughout, although the
sliding largely stopped under
Elsenhans, 52, who replaced the
retiring John Drosdick. In an e-
mail to USA TODAY, Elsenhans ac-
knowledged the decline and said
it all refining companies have
been hurt by lower margins and
that the market last year to recog-
nize that the company's crude
production and logistics busi-
ness "differentiate us from our
peer group."

▶ Kraft Foods beat the S&P
500 by 21 percentage points. Rose-
field, 55, appeared last month on
the USA TODAY CEO Forum,
where she said that corporate di-
versity in all areas continues to
be important. Rosenfeld has been CEO
since 2006, but did not be-
come a Fortune 500 CEO until the
company was spun off from Altria
in March 2007. Company stock is
off 11% since.

PepsiCo's stock was down
well and is down 16% since Indra
Nooyi, 53, took over in October
'06. Nooyi ranks No. 3 on
Forbes magazine's list of the 100
most powerful women and is the
highest ranked CEO, ahead of
CEOs such as Sen. Hillary
Clinton, Queen Elizabeth and
House Speaker Nancy Pelosi.

Discount apparel retailer TJX
Max, Marshalls, A.J. Wright)
lost 28% under Carol Meyro-
witz, 54, and fell 30% since she
took over in January 2007.

Avon Products under Jung
was down 38% after rising
in 2007. In December, Jung
was named by Chief Executive
magazine as one of the Top 10
CEOs with creators over the last
10 years.

Agricultural giant Archer

## MARKETPLACE TODAY

USA TODAY    www.marketplace.usatoday.com
To advertise call 1.800.397.0070 Toll-free in the U.S. only

### NOTICES

#### LEGAL NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
| --- | --- |
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, | |
| v. | Adversary Proceeding |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | No. 08-01789-BRL |

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of
the United States District Court for the Southern District of New York, entered an Order granting the
application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective
Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"),
are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C.
§§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation
of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee.
Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA
are required to file their claims with the Trustee within sixty (60) days after the date of this Notice.
Customers may file their claims up to six months after the date of this Notice, however, the filing of
claims after the sixty (60) day period but within the six month period may result in loss protection for the
customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L.
Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas,
TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name
and addresses appear on the Debtor's books and records. Customers who do not receive such forms
within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the
address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with
the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer
claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by
writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address
shown above within six (6) months after the date of this Notice. All such claims will be deemed filed
only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after
the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts
and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by
order of the United States District Court for the Southern District of New York entered on December 15,
2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on
February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern
District of New York, One Bowling Green, New York, New York 10004, at which time and place
customers and creditors may attend, examine the Debtor, and transact such other business as may
properly come before said meeting.

RELATING TO DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the
United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New
York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland,
United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq.,
as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not
qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less
than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker &
Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to
be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer
claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at
www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com.
From time to time in the future, other updated information and notices concerning this proceeding may
also be posted at SIPC's website for the Trustee's website.

Dated: January 7, 2009
New York, New York
                                              Irving H. Picard, Esq.
                                              Trustee for the Liquidation of the Business of
                                              Bernard L. Madoff Investment Securities LLC

08-01789-smb    Doc 37-4    Filed 02/04/09    Entered 02/04/09 17:34:18    Exhibit A-D
Pg 18 of 38

# EXHIBIT D

**USA Today (International Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY, and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L. MADOFF INVESTMENT** published in the international edition of USA Today.

Principal Clerk of USA TODAY
January 7th 2009

This _7th_ day of _January_ month
_2009_ year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012





## USA TODAY MARKETPLACE TODAY

www.marketplace.usatoday.com

To advertise call 1.800.397.0070 Toll-free in the U.S. only

NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789 BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of
the United States District Court for the Southern District of New York, entered an Order granting the
application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective
Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"),
are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C.
§§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation
of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee.
Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA
are required to file their claims with the Trustee within sixty (60) days after the date of this Notice.
Customers may file their claims up to six months after the date of this Notice; however, the filing of
claims after the sixty (60) day period but within the six month period may result in less protection for the
customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L.
Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas,
TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name
and addresses appear on the Debtor's books and records. Customers who do not receive such forms
within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the
address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with
the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer
claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by
writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address
shown above within six (6) months after the date of this Notice. All such claims will be deemed filed
only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after
the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts
and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by
order of the United States District Court for the Southern District of New York entered on December 15,
2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on
February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern
District of New York, One Bowling Green, New York, New York 10004, at which time and place
customers and creditors may attend, examine the Debtor, and transact such other business as may
properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., in Courtroom 601 of the
United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New
York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland,
United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq.,
as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not
qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less
than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker &
Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to
be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer
claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at
www.sipc.org under Proceedings/Legislation and on the Trustee's website, www.madofftrustee.com.
From time to time in the future, other updated information and notices concerning this proceeding may
also be posted at SIPC's and the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

---

## EDUCATION TODAY

www.marketplace.usatoday.com

Hours of operation: Mon – Fri., 8:30 am – 6:00 pm (EST)
To advertise call 1.800.397.0070 Toll-free in the U.S. only

ADVERTORIAL

### Distance Learning Offers Flexibility and Opportunity to Update Skills in Uncertain Times

Education content provided by Peterson's





DISTANCE LEARNING





Send your sales through
the roof with an ad in

MARKETPLACE
TODAY.

For more information
on how to place
your ad call:
1-800-397-0070
toll-free in the U.S. only

Or visit us online at:
www.USATODAY.com

08-01789-smb   Doc 17277-4   Filed 02/02/18   Entered 02/02/18 17:34:18   Exhibit C
Pg 1 of 14

**EXHIBIT E**

**The New York Times (International Herald Tribune)**



INTERNATIONAL
**Herald Tribune**
PUBLISHED BY THE NEW YORK TIMES

620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723   Fax: (212) 556-7706

## DECLARATION OF PUBLICATION

**NOTICE: AlixPartners**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter.  I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East.  Far East  and the Americas.  The notice, a true copy of which is attached,
was published on the following date(s):

January 2, 2009

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on  January 5, 2009

_Judith King_
Judith King, Legal Notice Manager

Sworn before me on this 5ᵗʰ day of _January_ 2009 in the state of New York.

_Gail Arena_
Notary Public

Gail Arena
Notary Public, State of NY
No. 01AR4769887
Qualified in Nassau County
Commission Expires May 31, 2010

THE WORLD'S DAILY NEWSPAPER

## Music died for owners of Zune

...the way the device handles a...

"Apparently the Zune had acting 2008 to have 365 days...

...for the gift of Patience. The said the internal clocks on the are expected to reset them- a.m. on the East Coast of the tics on Thursday. Microsoft ...one owners to drain the batter- ...on turn the players back on time. Those who had been ...provide the soundtrack to s Eve parties were out of luck. ...Zune owners, like Geoffry ...51-year-old entrepreneur in ...were frustrated by the ...accusable," Houze said. "It's that Microsoft wouldn't

...have been aware of something like this. They're fortunate the problem will re- solve itself. They dodged a very large truck here."

Microsoft has had trouble getting traction for the Zune against the iPod, from Apple, which dominates the port- able player market. It says North Amer- ican sales of all Zune devices topped three million units in November, but it would not say how many were 30-giga- byte models.

The end-of-year timing led some Zune owners to roll the problem "Z2KR" To some it offered a quick re- minder of how full daily life is of highly complex systems that sometimes be- have in unpredictable ways.

"Sure, a Zune breaks and no one cares. No one is really affected," said

Peter Neumann, a security expert and principal scientist at SRI International, a nonprofit research institute in Menlo Park, California. "But if this were to happen on a much larger scale, in a life- critical situation like with a defense system or even a shuttle system, it would be a serious problem."

Another big Microsoft venture into hardware, the Xbox 360 video gaming console, has had its own share of break- downs, the result of a manufacturing flaw. The company has offered to fix faulty machines free of charge, and it set aside a reported $1.1 billion for the repairs.

Zune fans are hoping that the player will not be quite so troublesome.

Microsoft plans to release an update for the player's internal software.

## MARKETS WITH REUTERS

### BREAKINGVIEWS.COM

**t countries d be losers**

...huge policy mistakes, the ...venture will not rival the ...pression, when U.S. gross ...product dropped by 27 ...id the unemployment rate ...t percent. Even the worst ...do not expect a GDP ...double-digit percentage ...t there is a chance of a sort ...pression — which could ...multi-decade decline in living ...in rich countries. ...between developing and ...world living standards is ...GDP per person in the ...tes is 4.6 times as high as the ...age. ...alisation — in trade, ...rations and knowledge — is ...t the difference. Both poor ...ave gotten richer, though the ...gor richer faster. ...uld change. The growth of ...night start to come at the ...f the rich. ...t: that income gap of 4.6 ...ves in the next 15 years while ...s GDP keeps growing at the ...it did between 1960 and ...6 percent. If that happens, ...pita GDP will ...ically be 27 percent lower in ...n 2007 — the same fall as in ...Depression, just spread out ...s more years. ...untries can actually get ...se average Argentine was 9 ...cer in 1945 than in 1929. It ...e doses of wasteful ...nomic policy to get that ...t the current rich-country ...t huge government deficit ...nterest rates are not growth- ...wer the long term. ...reversed quickly, this mix ...ad to larger governments, ...ne budget deficits and ...debts cannot be paid off — ...tly dangerous inflation. ...olicies could make a bad ...worse. In the United States ...wealthy countries, the cost ...downward-sloping saw- ...attern of output, in which ...ury is feeblier than the ...downturn. ...onds, the poor are closely tied ..., so China and its peers are ...from the troubles in their big ...rkets. That could change. ...poorer countries learn to rely ...r-value exports. Instead, they ...es a self-sustaining upward ...seful investments, improved ...ity and rising incomes. Such a ...would be highly advisable if ...ties turned to the economic ...of self-harming behavior.

Even if the rich get one-third poorer, they will be much richer than their ancestors were in 1929, before the Great Depression started. But the psychological effect of losing income for so many years could be just as great. Talk about depressing.

— Martin Hutchinson

### Credit Suisse drops problem

Credit Suisse has found a new home for its perennial problem child. The Swiss bank is offloading the bulk of its non-Swiss fund management business — which guards about $58 billion in assets — to Aberdeen Asset Management of Britain, in an all-stock deal. The timing of the agreement, announced just before the end of the year, is neat.

But otherwise the deal is messy. The Swiss bank clearly wanted a fix for this drag on performance.

Asset management has been a headache for Credit Suisse, with high costs, poor investment performance and management walkouts. So it makes sense to carve it out and sell to a dedicated asset manager with more time to devote to fixing it.

But Credit Suisse's short patience is writ large in the terms of the deal. Aberdeen is snapping up the fund- management business for just 0.6 percent of the value of its total assets — a stake more than it paid for Deutsche Bank's asset management business in 2005. If Aberdeen can apply a 30 percent margin on the $171 million in revenues it hopes to get this year, it would make an after-tax profit of about $41 million — a generous return on its investment of 11 percent.

Moreover, Credit Suisse has not achieved a clean break. It has swapped the business for as much as $363 million worth of shares in Aberdeen. That is small enough not to have much strategic value, and big enough to be inconvenient. The Swiss bank has to retain its shares for at least a year, but after that it is not clear it has an exit plan. An outright sale for cash would have been preferable.

Aberdeen gets an insurance policy, too. The price goes down if revenues fall over the next six months. If revenue halves, it can walk away. That extraordinary concession is a pretty clear indication of how much Credit Suisse wanted a deal — even one as imperfect as this.

— John Foley

**breakingviews.com**

For more independent commentary and analysis, visit www.breakingviews.com.

---

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months, after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78ccc(b) (6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# EXHIBIT F

**The New York Times**

08-01789-smb Doc 17277-4 Filed 02/22/18 Entered 02/22/18 13:38:27 Exhibit C Pg 25 of 38

## The New York Times
620 8TH AVENUE • NEW YORK, NY 10018

### CERTIFICATION OF PUBLICATION

JAN 02 2009

_____ , in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

JAN 02 2009

Approved: _____

Marie Pannullo

THIS CERTIFICATION NOT VALID WITHOUT NYT RAISED SEAL

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

...

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111

Dated: January 2, 2009
New York, New York

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA").

THE GLORY
YEARS IN
THE BRONX

The New York Times
STORE

nytimes.com/store

Rise and
shine.

Get The Times delivered
to your home for less
than $1 a day.*

Call 1-800-302-1008 or visit
nytimes.com/specialoffer.

The New York Times

# EXHIBIT G

**The Wall Street Journal**

STATE OF TEXAS          )
                                 ) ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL (Global), a daily national newspaper

published and of general circulation in The United States of America, Asia, Europe and

that the attached advertisement has been published in THE WALL STREET JOURNAL

(Global) for one insertion(s) on the following date(s): January 2, 2009; advertiser

Securities Investor Protection Corporation and that the foregoing statements are true and

correct to the best of my knowledge, information, and belief.

_____

Sworn to before me this

16th day of January 2009

_____
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 16, 2012

E·WALL·STREET·JOURNAL.          FRIDAY·-·SUNDAY, JANUARY 2·-·4, 2009  **15**

# THE MART

**PUBLIC NOTICES**

---

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
    Plaintiff-Applicant,
    v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
    Defendant.

Adversary Proceeding
No. 08-01789-BRL

#### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

    **NOTICE IS HEREBY GIVEN** that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

    Forms for the filing of customers' claims are being mailed to customers at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

    Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

    All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

    No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

    **NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

    **NOTICE IS HEREBY GIVEN** that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

    **NOTICE IS HEREBY GIVEN** that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111; attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

    **NOTICE IS HEREBY GIVEN** that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:  January 2, 2009
    New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# EXHIBIT H

**The Financial Times**

# AFFIDAVITS

**IN THE MATTER OF:**                    ALIX PARTNERS

**STATE OF NEW YORK:** |

**SS:** |

**COUNTY OF NEW YORK:** |

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the

**2nd day of January 2009**

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 31 ___567
Qualified in New York County
Commission Expires ......

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900
ADVERTISING.WSJ.COM.

**PUBLIC NOTICES**

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

# THE MART

**PUBLIC NOTICES**

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
    Plaintiff-Applicant,
                    v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
    Defendant.

Adversary Proceeding
No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/ or the Trustee's website.

Dated:  January 2, 2009
        New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



Mitch McConnell (centre) with senators-elect Joe Risho (left) and Mike Johanns. 'As of right now, Americans are left with more questions than answers,' Mr McConnell said

# Republicans threaten to delay stimulus

**News analysis**

The party has made it clear there will be no rubber stamp for Obama's legislation, writes Andrew Ward

Members of Congress are poised to resume negotiations over Barack Obama's proposed fiscal stimulus today, amid Republican warnings against hasty legislation laden with wasteful spending.

The president-elect wants Congress to have a bill ready to sign soon after he takes office on January 20, but Republicans are threatening to delay the process.

Mr Obama's advisers have proposed a $675bn-$775bn ($498bn-€522bn, £466bn-

$530bn) stimulus to shore up the economy, while the price likely to rise above $800bn after additions from congressional Democrats.

But Republican leaders this week made clear there would be no rubber stamp approval, warning that the bill faced "tough scrutiny and oversight".

"Taxpayers are in no mood to have a single dollar wasted," said Mitch McConnell, Republican leader in the Senate.

The Obama administration will need support from some Republicans to pass the bill because the Democrats fall narrowly short of a filibuster-proof Senate majority in November's election.

Many Republicans on Capitol Hill have cautiously accepted the need for stimulus measures to avoid a deeper economic crisis, creating the potential for bipartisan agreement. But Mr

McConnell said his party would act as a watchdog against excess, raising the prospect of conflict over the scale and contents of the package.

The Kentucky senator urged hearings on the stimulus and at least a week to review the legislation before a vote, casting doubt on the fast-track approval mooted by Democratic leaders. "As of right now, Americans are left with more questions than answers about this unprecedented government spending," he said. "I believe the taxpayers deserve to know a lot more about where it will be spent before we consider passing it."

Mr McConnell said Republicans would push for "the right mix of tax relief and other measures", signalling his hope to place greater emphasis on tax cuts rather than spending.

In addition to tax cuts for

the middle class, Mr Obama's plan would also include aid to cash-strapped state governments and massive investment in infrastructure, school construction, energy efficiency, broadband access and healthcare technology. Republicans face a

> "Taxpayers are in no mood to have a single dollar wasted"
>
> Mitch McConnell
> Senate minority leader

dilemma over how aggressively to challenge the proposals, given the risk of being blamed for stifling economic recovery. But this week's strongly worded statements by Mr McConnell and others suggest that the party is bristling for a fight.

"We should have a simple test: will the pot-overridden, reportedly trillion-dollar spending bill really create jobs and grow the economy – or will it simply create more government spending, more bureaucrats and deeper deficits?" said Mr McConnell.

As Senate minority leader, Mr McConnell will become the most powerful Republican in Washington after President George W. Bush leaves office, at a time when the party is struggling to agree a new direction.

Many Republicans are eager to reassert the party's fiscal conservative principles, which were tarnished by the Bush administration's heavy deficit spending even before recent bail-outs for the financial and car sectors.

As state and local governments line up for a share of the stimulus, Republicans have seized on considerable funding requests to high-

light the risk of waste and fraud. Among them: $4.8m for a solar bear exhibit in Rhode Island, a $1.5m water park ride in Miami, and $2m for snowmaking at a ski resort in Minnesota.

Mr Obama has warned against special interest spending, insisting the stimulus must remain focused on projects that create the most jobs. He has already started reaching across the aisle with phone calls to moderate Republican senators such as Olympia Snowe of Maine. She subsequently praised the president-elect for his willingness to work in a "collaborative" approach.

The next few weeks will provide the first big test of Mr Obama's election pledge to break the partisan gridlock in Washington – and of Mr McConnell's ability to impose discipline on the Republican caucus.

www.ft.com/obama

---

## volution party not over

before 3,600 people led by President Raúl Castro in eastern Santiago de Cuba, where the revolution began.

A phone survey found people across the land managed to obtain the port's, ticket roses and runs for the traditional family dinner on New Year's eve, in spite of recent hurricanes that seriously damaged agriculture.

Havana's streets were all but deserted for the 31 gun salute in the new year from the old Spanish fort overlooking the city.

People said there was plenty of talk at the dinner table about the future. The Castro era is coming to an end, a new administration is taking over in Washington and President Raúl Castro

said a few days ago that "structural and conceptual changes" were on the agenda of a Communist Party Congress due in late 2009. When Fidel Castro took Santiago 50 years ago he followed up his speech by lead-

> Raúl Castro said 'structural and conceptual changes' were on Communist agenda

ing a ragtag caravan of guerrillas on a week-long journey across the island. He made a spectacular entry into Havana on January 8, where he

in spoke at a military garrison now turned into a complex of schools called "Liberty City".

The government said exemplary citizens would copy this caravan's route beginning on Friday and end at Liberty City on Thursday.

Foreign leaders, noticeably absent from yesterday's event – such as other Hugo Chávez of Venezuela and Bolivia's Evo Morales – may well attend the final act, a local Communist party official said.

Those who hope to see Fidel Castro, 82, one more time speculated that he might appear. The former president has not been seen in public since intestinal surgery in July 2006.

---

## ponent of S African regime

ment, which ultimately became the Progressive Federal party, in 1986.

She was the sole representative for the PFP between 1961 and 1974, as well as for many years the only woman in the legislature, becoming known as a skilful parliamentarian.

Year after year she delivered dozens of parliamentary speeches on a wide range of issues, and cleverly used parliamentary questions, bringing to light information that would otherwise have remained hidden.

She took a special interest in prison conditions, being



Suzman holds hands with Mandela in 1990

dubbed "Our Lady of the Prisons" by Breyten Breytenbach, the Afrikaans poet, apartheid opponent and political prisoner, and was one of the very few people permitted to visit former prisoner Nelson Mandela during his imprisonment on Robben Island.

In his autobiography, Mr Mandela writes: "It was an odd and wonderful sight to see this courageous woman peering into our cells and strutting around our courtyard." After the end of apartheid Mr Mandela led Suzman's own retirement from parliament in 1989) her relationship

with Mr Mandela – who is one year her junior – was warm.

But her dealings with Mr Mandela's African National Congress were not always cordial. During the apartheid years Ms Suzman had opposed the ANC's use of violence and the call for international sanctions against South Africa.

When Thabo Mbeki took over the presidency from Mr Mandela in 1999, he found her a staunch critic of his bizarre policy on HIV and Aids and so-called "quiet diplomacy" towards President Robert Mugabe in Zimbabwe.

Ms Suzman was also forthright in pointing out the shortcomings of the black empowerment policies championed by Mr Mbeki, arguing that these had simply benefited a handful of politically connected individuals and that more needed to be done to develop the skills of the majority black population.

But it will be for her brave opposition in apartheid that Ms Suzman will be remembered. She was awarded more than 20 honorary doctorates from International institutions, received the United Nations award of the International League for Human Rights, was made Dame of the British Empire, and was twice nominated for the Nobel Peace prize.

**Richard Lapper**

---

**Legal Notices**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78cc(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim forms, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Appellant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I caused true copies of the Affidavit of Publication to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

Dated:  February 2, 2009

Respectfully submitted,

*/s/ David J. Sheehan*
David J. Sheehan (DS 4818)
Douglas E. Spelfogel (DS 7097)
Richard J. Bernard (RB 6371)
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone:    (212) 589-4200
Facsimile:    (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

Schedule A

Via Overnight Mail:

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

Craig Kugel
c/o William Gogel, Esq.
321 Broadway – 2nd Floor
New York, NY 10007

Via U.S. First Class Mail

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590

Via Email:

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

Lewis Liman - lliman@cgsh.com

- 3 -

Andrew Kosloff – <u>andrew.r.kosloff@chase.com</u>