**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Stacey A. Bell  
James H. Rollinson  
Melissa L. Kosack  

Hearing Date: April 25, 2018 at 10:00 a.m.  
Objection Deadline: April 11, 2018 at 4:00 p.m.

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A[1],<br><br>Defendants. | Adv. Pro. Nos. listed on Exhibit A |

---

[1] *See* Exhibit A, Schedule of Remaining Good Faith Actions, annexed to the Motion as defined below.

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Trustee's Motion and Supporting Memorandum of Law for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS* (the "Motion") previously scheduled to be held on March 28, 2018 has been rescheduled to **April 25, 2018 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be in writing, shall conform to the Bankruptcy Rules and other applicable rules and orders of this Court, and shall be filed in accordance with General Order M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov) by no later than **April 11, 2018 at 4:00 p.m.** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon: (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan and Stacey A. Bell; and (b) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 1000, Washington, D.C. 20006-1620, Attn: Kevin H. Bell. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific bases of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, New York 10004.

| | |
|---|---|
| Dated: New York, New York<br>February 28, 2018 | By: /s/ *Stacey A. Bell*<br><br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile:   (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Stacey A. Bell<br>Email: sbell@bakerlaw.com<br>Melissa L. Kosack<br>Email: mkosack@bakerlaw.com<br><br>Key Tower, 127 Public Square, Suite 2000<br>Cleveland, OH 44114-1214<br>Telephone:  (216) 861-7075<br>Facsimile:    (216) 696-0740<br>James H. Rollinson<br>Email: jrollinson@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |