UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 28, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000564)
    B. Notice of Transfer of Allowed Claim (Transfer Numbers T000565)
    C. Notice of Transfer of Allowed Claim (Transfer Numbers T000566)
    D. Notice of Transfer of Allowed Claim (Transfer Numbers T000567)
    E. Notice of Transfer of Allowed Claim (Transfer Numbers T000568)
    F. Notice of Transfer of Allowed Claim (Transfer Numbers T000569)

4. On February 28, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000570)

Executed on March 1, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this  1st  day of  March , 2018

(SEAL)                                    _____
                                          Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000564 - T000569**
2/28/2018

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for Confidentiality Reasons | | | | | | |
| | X | SPCP Group LLC | Attn.: Brian Jarmain | Two Greenwich Plaza, 1st Floor | Greenwich | CT | 06830 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000570**
2/28/2018

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for Confidentiality Reasons | | | | | | |
| | X | SPCP Group LLC | Attn.: Brian Jarmain | Two Greenwich Plaza, 1st Floor | Greenwich | CT | 06830 | |