# Exhibit D

IN THE GRAND COURT OF THE CAYMAN ISLANDS

FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 22 OF 2010 (NRLC)

IN THE MATTER OF THE COMPANIES LAW (2013 REVISION)

AND IN THE MATTER OF THE INSOLVENCY PRACTITIONERS' REGULATIONS

AND IN THE MATTER OF RYE SELECT BROAD MARKET INSURANCE PORTFOLIO, LDC (IN OFFICIAL LIQUIDATION)

## ORDER

**UPON** the application by Summons dated 6 December 2016 of Gordon MacRae and Eleanor Fisher as the joint official liquidators (the "**Official Liquidators**") of Rye Select Broad Market Insurance Portfolio, LDC (in Official Liquidation) (the "**Company**")

**AND UPON READING** the Ninth Affidavit of Eleanor Fisher filed in support of the application

**AND UPON HEARING** Counsel for the Official Liquidators

**IT IS ORDERED THAT:**

1   The remuneration of the Official Liquidators for the period 1 September 2016 to 31 October 2016 in the amount of US$21,912.42 (comprising fees of US$21,271 and expenses of US$641.42) is approved.

2   The remuneration of the Official Liquidators for the period 1 November 2016 to the date of dissolution of the Company in the fixed amount of US$22,100 is approved.

3   The Company be dissolved, such dissolution to take effect seven days from the date of this Order.

4   The Official Liquidators' liquidation file and the books and records of the Company (Documents) be retained by the Official Liquidators for a period of at least three years.

5   The Documents may be destroyed on or after the date falling three years after the Company is dissolved.

6   Eleanor Fisher and Gordon MacRae of AlixPartners be discharged as Official Liquidators.

7   The costs of and occasioned by this application be paid as an expense of the liquidation.

Dated this 12th day of December 2016

Filed this 14th day of December 2016

*[signature]*

**The Honourable Justice Clifford QC**
**Judge of the Grand Court**
**Financial Services Division**

THIS ORDER was issued by Harney Westwood & Riegels, Attorneys-at-Law for and on behalf of the Official Liquidators, whose address for service is 4th Floor, Harbour Place, 103 South Church Street, PO Box 10240, Grand Cayman KY1-1002, Cayman Islands (REF: JGW/AZB/040719.000)