# Exhibit E

IN THE GRAND COURT OF THE CAYMAN ISLANDS

FINANCIAL SERVICES DIVISION

CAUSE NO. FSD0020/2010-AHJ

(Originally Cause No. 332 of 2009)

IN THE MATTER OF THE COMPANIES LAW

AND IN THE MATTER OF BROAD MARKET XL HOLDINGS LIMITED (IN LIQUIDATION)

### ORDER FOR TRANSFER TO FINANCIAL SERVICES DIVISION

**UPON** reading the written application of the Official Liquidators appointed over Broad Market XL Holdings Ltd, dated 12 January 2010.

**AND UPON** being satisfied that the cause or matter is a financial services proceeding.

**IT IS ORDERED** by the Registrar that –

(1)  the proceedings are hereby transferred to the Financial Services Division under Cause No. FSD0020/2010-AHJ

(2)  the proceedings are assigned to Mr Justice Henderson

(3)  a transfer fee of CI$4,800 be paid by the Official Liquidators out of the assets of Broad Market XL Holdings Ltd.

(4)  no further step may be taken in the proceedings unless and until the transfer has been paid in full.

Dated the 12th day of January 2010

Filed the 12th day of January 2010

~~CLERK OF COURTS~~
**Registrar of the Financial Services Division**



THIS ORDER was filed by the Registrar of the Financial Services Division of the Grand Court, the Law Courts, George Town, Grand Cayman.

IN THE GRAND COURT OF THE CAYMAN ISLANDS

CAUSE NO: 0337 OF 2009

IN THE MATTER OF THE COMPANIES LAW (2007 REVISION)

AND IN THE MATTER OF BROAD MARKET XL HOLDINGS LIMITED



PETITION

TO THE GRAND COURT

The Humble Petition of Broad Market XL Holdings Limited (In Voluntary Liquidation) c/o Zolfo Cooper, PO Box 1102, 4th Floor, Building 3, Cayman Financial Centre, George Town, Grand Cayman, KY1-1102, Cayman Islands, shows that:

1. Broad Market XL Holdings Limited (the "Company") is an exempted limited liability company registered in the Cayman Islands under the Companies Law of the Cayman Islands.

2. The registered office of the Company is Zolfo Cooper, PO Box 1102, 4th Floor, Building 3, Cayman Financial Centre, George Town, Grand Cayman, KY1-1102, Cayman Islands.

3. By special resolution of Broad Market XL Holdings Limited, the sole voting shareholder of the Company, made on 17 June 2009, the Company was placed into Voluntary Liquidation and Richard Fogerty and G James Cleaver of Zolfo Cooper of PO Box 1102, 4th Floor, Building 3, Cayman Financial Centre, George Town, Grand Cayman, KY1-1102, Cayman Islands were appointed as Joint Voluntary Liquidators of the Company.

4. Andrew Vincent Keith Edgington (of Walker House, 87 Mary Street, George Town, Grand Cayman KY1-9002, Cayman Islands), Darren Johnston (of Rye Investment Management, Corporate Center at Rye, 555 Theodore Fremd Avenue, Suite C-300, Rye, NY 10580, United States) and James V Mitchell (of Tremont Capital Management Limited, 16 Berkeley Street, London W1J 8DZ, United Kingdom), were the Directors of the Company on the date of the commencement of the Voluntary Liquidation.

5. Darren Johnston has indicated to the Joint Voluntary Liquidators that he believes the Company to be insolvent on a cash flow basis. Accordingly, the directors are unable to swear a declaration of solvency in respect of the Company pursuant to s124 of the Companies Law (2007 Revision) (as amended).

6. The Joint Voluntary Liquidators of the Company are qualified insolvency practitioners and consent to being appointed as Joint Official Liquidators of the Company.

**YOUR PETITIONER THEREFORE HUMBLY PRAYS THAT:-**

1. The liquidation of the Company be continued subject to supervision by this Honourable Court pursuant to section 124 of the Companies Law (2007 Revision) (as amended) ("the Law").

2. Richard Fogerty and G James Cleaver of Zolfo Cooper of PO Box 1102, 4th Floor, Building 3, Cayman Financial Centre, George Town, Grand Cayman, KY1-1102, Cayman Islands be appointed as Joint Official Liquidators of the Company.

3. The Joint Official Liquidators be at liberty to exercise the powers in paragraphs 10 and 11 of Part I of the Third Schedule to the Law without further sanction of the Court.

4. The costs of and occasioned by this Petition be treated as expenses of the liquidation and payable out of the assets of the Company.

5. Such other orders be made as the Court shall deem fit.

AND your Petitioner will ever pray etc.

Dated the 8 day of July 2009

*Appleby*

APPLEBY

NOTE:    This Petition is intended to be served on the Registrar of Companies.

THIS PETITION was presented by Appleby, attorneys for the Petitioner, whose address for service is that of its said attorneys, namely Clifton House, 75 Fort Street, PO Box 190, Grand Cayman KY1-1104, Cayman Islands (Ref. MH/18419.002)

KY_Client\1545337v2