# Exhibit F

IN THE GRAND COURT OF THE CAYMAN ISLANDS
FINANCIAL SERVICES DIVISION

CAUSE NO. FSD 20 OF 2010 (NRLC)

IN CHAMBERS
17 AUGUST 2016
BEFORE THE HON. MR JUSTICE CLIFFORD QC

IN THE MATTER OF THE COMPANIES LAW (2013 REVISION)

AND IN THE MATTER OF BROAD MARKET XL HOLDINGS LIMITED (IN OFFICIAL LIQUIDATION)

**ORDER**

**UPON** the application of Eleanor Fisher and Gordon MacRae as the joint official liquidators (the "**Joint Official Liquidators**") of Broad Market XL Holdings Limited (the "**Company**") by Summons dated 8 August 2016 coming on for hearing

**AND UPON** reading the Third Affidavit of Gordon Iain MacRae

**AND UPON** hearing Counsel for the Joint Official Liquidators

**IT IS ORDERED** that:

1	The remuneration of the Joint Official Liquidations for the period 1 January 2015 to 31 May 2016 in the amount of US$31,972.40 (comprising fees of US$31,902.50 and expenses of US$69.90) be approved.

2	The remuneration of the Joint Official Liquidators for the period from 1 June 2016 to the date of dissolution of the Company in the fixed amount of US$18,750 be approved.

3	The Company be dissolved, such dissolution to take effect three days from the date of this Order.

4	An interest bearing bank account in the name of Eleanor Fisher and Gordon MacRae of Zolfo Cooper Caribbean as trustees of the creditors or members of Broad Market XL Holdings Limited (Dissolved) (*JOLs' Trust Account*) be established.

5	Any money of the Company which remains in the possession or control of the Joint Official Liquidators be transferred to the JOLs' Trust Account to be held by the Joint Official Liquidators

6   The remuneration of the Joint Official Liquidators for the 12 month period in which they will act as trustee in respect of the undistributed assets of the Company in the fixed amount of US$7,500 be approved.

7   The Joint Official Liquidators' liquidation file and the books and records of the Company (**Documents**) be retained by the Joint Official Liquidators for a period of at least three years.

8   The Documents may be destroyed on or after the date falling three years after the Company is dissolved.

9   Eleanor Fisher and Gordon MacRae of Zolfo Cooper Caribbean be discharged as Joint Official Liquidators.

10  The costs of and occasioned by this application be paid as an expense of the liquidation.

Dated the 17th day of August 2016

Filed the 22 day of August 2016

_____
**THE HONOURABLE MR JUSTICE CLIFFORD QC**
**JUDGE OF THE GRAND COURT**
**FINANCIAL SERVICES DIVISION**

THIS ORDER was filed by Harney Westwood & Riegels, Attorneys-at-Law for the Liquidators, whose address for service is 4th Floor, Harbour Place, 103 South Church Street, PO Box 10240, Grand Cayman KY1-1002, Cayman Islands (Ref: JGW/AZB/040719.0008).