# Exhibit H

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-1789 (BRL)<br><br>Substantively Consolidated |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.); et al.,<br><br>    Defendants. | Adv. Pro. No. 10-5354 (BRL)<br><br>11 Civ. 06848 (JSR)<br><br>11 Civ. 06878 (JSR) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ABN AMRO BANK (IRELAND) LTD. (F/K/A FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED), et al.,<br><br>    Defendants. | Adv. Pro. No. 10-5355 (BRL)<br><br>11 Civ. 06849 (JSR)<br><br>11 Civ. 06877 (JSR) |

ny-1043559                  1

## STIPULATION AND ORDER WITHDRAWING DEFENDANT'S MOTIONS TO WITHDRAW THE REFERENCE

WHEREAS, on September 29, 2011, Defendant Rye Select Broad Market XL Portfolio Limited ("Rye Portfolio") filed with the United States District Court for the Southern District of New York Motions to Withdraw the Reference (the "Motions") in Adv. Pro. Nos. 10-5354 and 10-5355, which were assigned to 11 Civ. 6848 and 11 Civ. 6849, respectively.

WHEREAS, Plaintiff Irving H. Picard, as Trustee (the "Trustee") for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, opposed the Motions on January 11, 2012.

WHEREAS, the Trustee and Rye Portfolio entered into a settlement agreement (the "Settlement Agreement," dated February 10, 2012, by and between the Trustee and Richard Fogerty and Eleanor Fisher, as Joint Official Liquidators for Rye Portfolio).

IT IS HEREBY STIPULATED AND AGREED, by the undersigned counsel, that:

1. Subject to the terms of the Settlement Agreement, the Motions are hereby withdrawn in all respects and the Clerk of the Court is ordered to close item number one on the dockets of 11 Civ. 6848 and 11 Civ. 6849.

Dated: New York, New York
June 13, 2012

By: /s/ _____
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas Cremona
ncremona@bakerlaw.com

*Attorneys for Irving H. Picard,
Trustee for the Substantively
Consolidated SIPA Liquidation of
Bernard L. Madoff
Investment Securities LLC and
Bernard L.Madoff*

By: /s/ _____
Morrison & Foerster LLP
1290 Avenue of the Americas
New York, New York 10104-0050
Telephone: (212) 468-8238
Facsimile: (212) 468-7900
Joel C. Haims
jhaims@mofo.com

*Attorneys for Rye Select Broad Market
XL Portfolio Limited*

By: /s/ _____
Securities Investor Protection
Corporation
805 15th Street, N.W., Suite 800
Washington, D.C. 20005
Telephone: (202) 371-8300
Josephine Wang
jwang@sipc.org
Kevin H. Bell
kbell@sipc.org
Christopher H. LaRosa
clarosa@sipc.org

*Attorneys for the Securities Investor
Protection Corporation*

Dated: New York, New York
    6/14, 2012

SO ORDERED

_____
JED S. RAKOFF
UNITED STATES DISTRICT JUDGE