# **<u>EXHIBIT 2</u>**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT        Adv.Pro.No.
SECURITIES LLC,                     08-01789(BRL)

       Debtor.
------------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

       Plaintiff,                   Adv.Pro.No.
                                    09-1182(BRL)
       v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

       Defendants.
------------------------------------x

          *   *   *

      VIDEOTAPED DEPOSITION

     OF JEFFREY M. WEINGARTEN

          *   *   *

    TRANSCRIPT of testimony as reported
by NANCY C. BENDISH, Certified Court Reporter,
RMR, CRR and Notary Public of the State of
New York, at the offices of Baker Hostetler,
45 Rockefeller Plaza, New York, New York, on
Wednesday, July 15, 2015, commencing at 10:10 a.m.

```
 1   A P P E A R A N C E S:
 2
         BAKER HOSTETLER, LLP
 3       45 Rockefeller Plaza
         New York, New York  10111
 4       BY:  LAN HOANG, ESQ.
              GANESH KRISHNA, ESQ.
 5            AMANDA E. FEIN, ESQ.
         For Irving H. Picard, Trustee
 6
 7       NORTON ROSE FULBRIGHT
         Fulbright & Jaworski, LLP
 8       666 Fifth Avenue
         New York, New York  10103-3198
 9       BY:  JUDITH A. ARCHER, ESQ.
              JAMI MILLS VIBBERT, ESQ.
10       For Ascot Partners LP
11
         DECHERT, LLP
12       1095 Avenue of the Americas
         New York, New York  10036-6797
13       BY:  NEIL A. STEINER, ESQ.
              DAPHNE T. HA, ESQ.
14       For Gabriel Capital Corp.
         and J. Ezra Merkin
15
16
    ALSO PRESENT:
17
         HANNA MILLER, Norton Rose
18       NIKI IKAHIHIFO-BENDER, Norton Rose
         KEVIN FRANK, Videographer
19
20
21
22
23
24
25
```

```
 1                THE WITNESS:  I'm sorry, sorry,
 2     sorry.
 3          Q.    Did you review more transcripts
 4     than that are set forth on the documents
 5     considered list in the preparation of your
 6     report in this matter?
 7          A.    Not that I remember, no.
 8          Q.    Are you aware of the number of
 9     depositions that have been taken in this matter?
10          A.    No, I am not.
11          Q.    Other than the transcripts that
12     are set forth on this list, were other
13     transcripts made available to you?
14                MR. STEINER:  Objection to form.
15          A.    Was there a supplemental list?
16     When was this list submitted with documents?
17          Q.    This was the list that was
18     appended to your expert report dated March 19,
19     2015.
20          A.    I don't remember if I read any
21     transcripts subsequent to this.  I think I read
22     the transcript of the deposition of
23     Mr. Pomerantz.
24          Q.    Okay.  But that was subsequent to
25     the issuance of this report; is that correct?
```

 1      Q.      Anything else?
 2      A.      No.  It's stuff that I would have
 3   read in here.
 4      Q.      I just want to put on the record
 5   the representation that the Bates numbers for
 6   the Trustee's exhibit for Mr. Merkin's Madoff
 7   file do match the Bates numbers that are set
 8   forth in your documents considered list, the
 9   supplemental list that was provided to us.
10              In the Madoff file can you take a
11   look at, it's a document that's Bates numbered
12   0313213.
13      A.      Are these in any kind of order?
14      Q.      They're in order by Bates number
15   on the bottom right-hand corner.
16      A.      Everything I have is 039.
17              MR. STEINER:  393213.
18      A.      393213.  What's the number again,
19   please?
20      Q.      393213.
21      A.      393213.  This is comparing Promeo
22   Manager Series B and the S & P?  Is that?
23      Q.      Yes.
24      A.      Okay.
25      Q.      Do you recall reviewing this

1  document in connection with the preparation of
2  your report?
3       A.    I don't remember it exactly,
4  but...
5       Q.    You want to take a few minutes to
6  take a look at it?
7       A.    Okay, I'm looking at it now.
8       Q.    Does it refresh your recollection
9  that you took a look at it in connection with
10 your report?
11      A.    Frankly, it looks like a lot of
12 other things that I would have read in
13 connection.  I can't specifically recall this
14 one, but... as you can imagine, I don't know how
15 many pages are in this thing, hundreds, so I
16 can't right now recollect actually looking at
17 this one, but I've certainly seen a number of
18 things that show returns on a portfolio that was
19 either Madoff's or Merkin's or somebody else.
20      Q.    Can you take a look at -- I'm just
21 going to give you, it's the second page and the
22 bottom Bates range is 0393214 -- 3215, I'm
23 sorry.
24      A.    3215, okay.
25      Q.    Do you see the chart at number 1?

```
 1   switched to the Big Eight firms.
 2              As I said, when it became an
 3   attractive enough and large enough business,
 4   then some of the Big Eight firms started looking
 5   at it and some of the big law firms started
 6   looking at it.  But at the beginning of the
 7   hedge funds there were specialty law firms that
 8   just did hedge funds, there were specialty
 9   accounting firms that just did hedge funds.
10        Q.    Are you aware of the Bayou Ponzi
11   scheme?
12        A.    Not very familiar with it, no.
13   I'm aware of just the name but I'm not very
14   familiar with it.
15        Q.    Are you aware of when the Bayou
16   Ponzi scheme, the time frame that the -- strike
17   that.
18              Are you aware of when the Bayou
19   fund Ponzi scheme occurred?
20        A.    You'd have to refresh my memory.
21   I was not in -- I was not working in the U.S. at
22   the time, so I would have been familiar with it
23   but you'd have to refresh my memory on the date.
24        Q.    Okay.  I'm going to represent to
25   you that it was exposed in 2005.
```

08-01789-cgm   Doc 17295-2   Filed 03/01/18   Entered 03/01/18 16:42:16   Exhibit 2
Pg 8 of 10
Picard v Merkin                        Jeffrey Weingarten 7/15/2015

Page 200

```
 1                Are you aware that after the Bayou
 2   fund was exposed as a Ponzi scheme Mr. Merkin
 3   sent an email out regarding due diligence steps
 4   for fund managers?
 5               MR. STEINER:  Objection to form.
 6        A.      I'm not familiar with the exact
 7   timing as you discussed it, but if I saw the
 8   document, it might refresh my memory.
 9        Q.      If you -- so you're not aware of
10   the particular document itself?
11        A.      As I said, I'm not aware of, that
12   there was -- I don't recall that there was a
13   document sent out by Ezra Merkin that was
14   immediately following the identification of a
15   Ponzi scheme.  I just haven't connected the two.
16                As I said, the Bayou thing was not
17   something, since I was living abroad at the time
18   and I was running a hedge fund, it was probably
19   something at the time that I was aware of but
20   not something that dramatically changed my life.
21        Q.      Okay.  If Mr. Merkin had said in
22   that email to verify the auditors, had
23   cautioned -- strike that.
24                If Mr. Merkin had said in that
25   email to verify the auditors in his advice to
```

Picard v Merkin                                   Weingarten 7/15/2015
**CONFIDENTIAL**

Page 257

```
 1                          JURAT
 2         I, JEFFREY M. WEINGARTEN, have
 3   read the foregoing deposition and hereby affix
 4   my signature that same is true and correct,
 5   except as noted above.
 6                                JEFFREY M. WEINGARTEN
 7
     THE STATE OF  New York
 8
     COUNTY OF  New York
 9
10         Before me,  Connie Liu           , on this
11   day personally appeared  Jeffrey M. Weingarten,
12   known to me (or proved to me on the oath of or
13   through  passport      (description of identity
14   card or other document) to be the person whose
15   name is subscribed to the foregoing instrument
16   and acknowledged to me that he/she executed the
17   same for the purpose and consideration therein
18   expressed.
19         Given under my hand and seal of office on
20   this  13th   day of  August     , 2015 .
21        CONNIE LIU
         NOTARY PUBLIC-STATE OF NEW YORK
22            No. 01LI6285845
          Qualified in Kings County         NOTARY PUBLIC IN AND FOR
23   My Commission Expires July 15, 2017    THE STATE OF NY
24
25   My Commission Expires:  July 15, 2017 .
```

BENDISH REPORTING
877.404.2193

```
 1                REPORTER'S CERTIFICATION

 2

 3              I, NANCY C. BENDISH, a Certified

 4    Court Reporter and Notary Public of the States

 5    of New York and New Jersey, do hereby certify

 6    that prior to the commencement of the

 7    aforementioned examination JEFFREY M. WEINGARTEN

 8    was sworn by me to testify the truth, the whole

 9    truth and nothing but the truth.

10              I DO FURTHER CERTIFY that the

11    foregoing is a true and accurate transcript of

12    the testimony as taken stenographically by and

13    before me at the time, place, and on the date

14    hereinbefore set forth.

15              I DO FURTHER CERTIFY that I am

16    neither a relative nor employee nor attorney nor

17    counsel of any party in this action and that I

18    am neither a relative nor employee of such

19    attorney or counsel, and that I am not

20    financially interested in the event nor outcome

21    of this action.

22                                  [signature]

23          _____
            Notary Public of the State of New York
24

25    Dated:  July 16, 2015
```