**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Fernando A. Bohorquez
Keith R. Murphy
David W. Rice

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>  v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05415 (SMB) |

### NOTICE OF VOLUNTARY DISMISSAL OF CERTAIN DEFENDANTS

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., and the substantively consolidated

estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP,

pursuant to Rule 7041(a)(1)(A)(i) of the Federal Rules of Bankruptcy Procedure (making Rule

41(a)(1)(A)(i) of the Federal Rules of Civil Procedure applicable in adversary proceedings), hereby

dismisses the following defendants from the above-captioned adversary proceeding:

1.  Alexander G. Anagnos, as trustee of the 2004 V Trust and as trustee of Trust
    11/9/94 (A. Anagnos et al., trustees;

2.  American Philanthropic Foundation;

3.  ASB, L.L.C.;

4.  Belinda Clarke, as trustee for the Concorde 1987 Trust DTD 12/9/87;

5.  Benjamin E. Nickoll, as trustee of the Charles D. Klein Generation Skipping Trust
    DTD 7/31/01;

6.  Hudson Charitable Fund;

7.  Intelligent Voice Research, L.L.C.;

8.  Ivo Rothschild;

9.  Laurence E. Ach, as trustee of the Jean Weiner 1991 Grantor Retained Annuity
    Trust;

10. Nan M. Harman, as trustee of the Visalia Trust UAD 1/25/97;

11. Peter Pearman, as trustee for the Concorde 1987 Trust DTD 12/9/87;

12. Ptown Pookies, L.L.C.;

13. Reed L. Harman, as trustee of the Visalia Trust UAD 1/25/97;

14.   Ronald J. Stein, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;

15.   Stuart H. Coleman, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald and as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;

16.   Susan C. Wolfe, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein;

17.   Wallace Aptman, individually and as beneficial owner of one or more IRAs; and

18.   Wallace Aptman IRA Rollover.

Pursuant to Federal Rule of Bankruptcy Rule 7041(a)(1)(A)(i), and Federal Rule of Civil Procedure 41(a)(1)(A)(i), the Trustee is permitted to voluntarily dismiss the Trustee's claims against defendants without prejudice, and without a court order, by filing this Notice of Dismissal, because as of the date hereof, none of the defendants listed above has served either an answer or a motion for summary judgment.

Upon the dismissal of the defendants listed above, the caption of the Adversary Proceeding

is hereby amended to delete the defendants listed above from the caption. The amended caption

of the Adversary Proceeding shall appear as indicated in Exhibit A to this Notice of Dismissal.

Date: March 1, 2018
      New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Fernando A. Bohorquez*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
David W. Rice
Email: drice@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

## **EXHIBIT A**

## **AMENDED CASE CAPTION**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Fernando A. Bohorquez, Jr.
Keith R. Murphy
David W. Rice

*Attorneys for Irving H. Picard, Trustee of the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | **AMENDED COMPLAINT** |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee of the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05415 (SMB) |
| v. | |
| AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P.; | |
| PJ ASSOCIATES GROUP, L.P., doing business as PJ ADMINISTRATOR, L.L.C.; | |

PJ ASSOCIATES GROUP GP CORP.;

PJ ADMINISTRATOR, L.L.C., formerly known as PJ ASSOCIATES GROUP, L.P.;

AMERICAN SECURITIES OPPORTUNITY FUND, L.P.;

AMERICAN SECURITIES HOLDINGS CORPORATION;

AMERICAN SECURITIES GROUP, L.L.C.;

AS HIROTA HOLDINGS CORP.;

CHARLES D. KLEIN, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Charles D. Klein Money Purchase Pension Plan, as beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as custodian and/or trustee of the Jane P. & Charles D. Klein Foundation and as custodian and/or trustee of The Charles and Jane Klein Family Fund;

DAVID P. STEINMANN, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the David P. Steinmann Money Purchase Pension Plan, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman, as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman and as custodian for Catherine L. Steinmann;

NEIL B. GOLDSTEIN, individually, as beneficial owner of one or more IRAs, as grantor of the Neil B. Goldstein 2007 Trust and as beneficiary of the Jean Weiner 1991 Grantor Retained Annuity Trust;

ABE MASTBAUM, individually, as custodian for Jason Mastbaum and as beneficial owner of one or more IRAs;

MICHAEL G. FISCH, individually, as beneficial owner of one or more IRAs, as custodian and/or trustee of the Michael G. Fisch Profit Sharing Plan and as trustee of the Michael G. Fisch 2006 Revocable Trust;

JOSEPH J. NICHOLSON, individually and as trustee of the Joseph J. Nicholson Charitable Remainder Unitrust;

ELIZABETH R. VARET, individually, as custodian for Joseph R. Varet, as custodian and/or trustee of the Elizabeth R. Varet Money Purchase Pension Plan, as grantor of the 2004 V Trust, as trustee and beneficiary of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as settlor of the Michael A. Varet Trust UAD 11/9/94, as settlor of the Trust 11/9/94 (A. Anagnos et al., trustees), as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as beneficiary and trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Joseph R. Varet, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald, as trustee of the Trust UAD 3/4/92 FBO Benjamin R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;

GEORGE ANAGNOS;

JOSEPHINE G. ANAGNOS;

STEVEN ANAGNOS;

MARIA ANAGNOS-PIERCE;

JOYCE W. GOLDSTEIN, individually, as beneficial owner of an IRA and as trustee of the Neil B. Goldstein 2007 Trust;

ELLEN V. GREENSPAN, as trustee of the Trust 11/9/94 (A. Anagnos et al., trustees);

ANTHONY R. GRILLO, as trustee of the Joseph J. Nicholson Charitable Remainder Unitrust;

LAILA HAFNER, as beneficial owner of an IRA;

ANDREW B. KLEIN, individually, as beneficial owner of one or more IRAs, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01, as trustee of the Andrew Klein Trust DTD 12/27/97, as trustee of the Elizabeth Klein Trust DTD 12/27/97 and as grantor and trustee of the Andrew B. Klein 1997 Trust DTD 5/15/97;

ELIZABETH KLEIN, individually, as trustee and beneficiary of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee and beneficiary of the Elizabeth Klein Trust DTD 12/27/97;

JANE P. KLEIN, individually, as beneficial owner of an IRA, as custodian for Andrew B. Klein and Elizabeth Klein, as trustee of the Trust under will of Donald W. Parsons FBO Jane P. Klein, as trustee of the Elizabeth Klein Trust DTD 12/27/97, as trustee of the Charles D. Klein Generation Skipping Trust DTD 7/31/01 and as trustee of the Andrew Klein 1997 Trust DTD 5/15/97;

JAMES R. LEDLEY, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman and as trustee of the Trust UAD 3/4/92 FBO Jonathan R. Sigelman;

BARRY F. MARGOLIUS, as trustee of the Joseph J. Nicholson Charitable Remainder Unitrust;

JASON MASTBAUM;

PAMELA MURPHY;

PAUL ROBERT MURPHY;

ARLENE MARIE PETTINGILL;

LAURA M. ROBERSON-FISCH, as beneficial owner of an IRA, as participant in the Laura M. Roberson-Fisch Money Purchase Pension Plan and as a

participant in the Laura M. Roberson-Fisch Profit Sharing Plan;

ALICE ROSENWALD, also known as ALICE R. SIGELMAN, individually, as custodian for Jonathan Sigelman, as custodian for Benjamin R. Sigelman, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Jonathan R. Sigelman, as trustee of Issue Trust 5 UAD 9/28/51 FBO David R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Sarah R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald and as Executrix of the Estate of Jesse L. Sigelman;

NINA ROSENWALD, individually, as trustee of the Apollo Trust for Elizabeth R. Varet UAD 2/10/69, as trustee of Issue 1 Trust UAD 8/30/41 FBO Alice Rosenwald, as trustee of Issue 1 Trust UAD 8/30/41 FBO Elizabeth R. Varet, as trustee of Issue Trust 5 UAD 9/28/51 FBO Benjamin R. Sigelman, as trustee of Issue Trust 6 UAD 8/13/65 FBO Elizabeth R. Varet, as trustee of Issue Trust 6 UAD 8/13/65 FBO Alice Rosenwald, as trustee of Issue Trust 5 UAD 9/28/51 FBO Alice Rosenwald, as trustee and beneficiary of the Apollo Trust 2/10/69 FBO Nina Rosenwald, as trustee and beneficiary of Issue 1 Trust UAD 8/30/41 FBO Nina Rosenwald, as trustee and beneficiary of Issue Trust 5 UAD 9/28/51 FBO Nina Rosenwald and as trustee and beneficiary of Issue Trust 6 UAD 8/13/65 FBO Nina Rosenwald;

JOSEPH A. ROSSETTI, as beneficial owner of an IRA;

BENJAMIN R. SIGELMAN, individually, as beneficiary of Issue Trust 5 UAD 9/28/51 FBO

Benjamin R. Sigelman and as beneficiary of the Trust
UAD 3/4/92 FBO Benjamin R. Sigelman;

JONATHAN R. SIGELMAN, individually, as
beneficiary of Issue Trust 5 UAD 9/28/51 FBO
Jonathan R. Sigelman and as beneficiary of the Trust
UAD 3/4/92 FBO Jonathan R. Sigelman;

THE ESTATE OF JESSE L. SIGELMAN;

CATHERINE L. STEINMANN;

GABRIEL B. STEINMANN;

JOSHUA STEINMANN;

JENNIFER E. STEINMANN;

DAVID R. VARET;

JOSEPH R. VARET, individually, as beneficiary and
as trustee of the Issue Trust 5 UAD 9/28/51 FBO
Joseph R. Varet;

MICHAEL A. VARET, individually, as beneficial
owner of one or more IRAs, as custodian for David R.
Varet and Sara R. Varet and as trustee of the Michael
A. Varet Trust UAD 11/9/94;

SARAH R. VARET, individually, as trustee and as
beneficiary of Issue Trust 5 UAD 9/28/51 FBO Sarah
R. Varet;

ABE MASTBAUM IRA, IRA SEP and IRA
ROLLOVER;

CHARLES D. KLEIN IRA ROLLOVER;

DAVID P. STEINMANN IRA ROLLOVER #1 and
IRA ROLLOVER #2;

ELIZABETH R. VARET IRA ROLLOVER;

JANE P. KLEIN IRA;

JOYCE W. GOLDSTEIN IRA;

LAILA HAFNER IRA;

LAURA M. ROBERSON-FISCH IRA;

JOSEPH A. ROSSETTI IRA ROLLOVER;

MICHAEL A. VARET IRA ROLLOVER and IRA
ROLLOVER #2;

MICHAEL G. FISCH IRA;

NEIL B. GOLDSTEIN IRA ROLLOVER;

CHARLES D. KLEIN MONEY PURCHASE
PENSION PLAN;

DAVID STEINMANN DEFINED BENEFIT PLAN;

DAVID P. STEINMANN MONEY PURCHASE
PENSION PLAN;

ELIZABETH R. VARET DEFINED BENEFIT PLAN
& TRUST;

ELIZABETH R. VARET MONEY PURCHASE
PENSION PLAN;

LAURA M. ROBERSON-FISCH MONEY
PURCHASE PENSION PLAN;

LAURA M. ROBERSON-FISCH PROFIT SHARING
PLAN;

MICHAEL G. FISCH PROFIT SHARING PLAN;

CDK PARTNERS;

KLEIN FAMILY HOLDINGS, L.L.C.;

DARMEL MANAGEMENT, L.L.C.;

DECIMAL INVESTMENTS, L.L.C.;

JJG ENTERPRISES;

P&I PARTNERS;

SOUTH LAKE, L.L.C.;

1185 PARK AVENUE FOUNDATION, INC.;

ALICE ROSENWALD FUND;

ANCHORAGE CHARITABLE FUND;

JJG FOUNDATION, INC.;

METROPOLITAN PHILANTHROPIC FUND, INC.;

THE ABSTRACTION FUND;

THE CHARLES AND JANE KLEIN FAMILY FUND;

THE REED L. HARMAN AND NAN M. HARMAN
FOUNDATION;

WILLIAM ROSENWALD FAMILY FUND, INC.;

Defendants.