| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Nicholas J. Cremona<br>Dean D. Hunt | Presentment Date: March 12, 2018<br>Time: 12:00 PM<br>Objections Due: March 12, 2018<br>Time: 11:00 AM |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>CHALEK ASSOCIATES LLC; MORTON J. CHALEK, in his capacity as Managing Member of Chalek Associates LLC and as Trustee for the Trust of Doris Chalek; TRUST OF DORIS CHALEK, in its capacity as a Member of Chalek Associates LLC; FRANCES REISS, in his/her capacity as a Member of Chalek Associates LLC; RICHARD M. CHALEK, in his capacity as a Member of Chalek | Adv. Pro. No. 10-04680 (SMB) |

> Associates LLC; DAVID CHALEK, in his capacity as a Member of Chalek Associates LLC; ISABEL CHALEK, in her capacity as a Member of Chalek Associates LLC; MITCHEL CHALEK, in his capacity as a Member of Chalek Associates LLC; JESSICA DECKER, in her capacity as a Member of Chalek Associates LLC; JOHN TZANNES, in his capacity as a Member of Chalek Associates LLC; PETER TZANNES, in his capacity as a Member of Chalek Associates LLC; and ROBIN TZANNES, in his/her capacity as a Member of Chalek Associates LLC,
>
>     Defendants.

### NOTICE OF PRESENTMENT OF APPLICATION FOR ORDER DISMISSING ADVERSARY PROCEEDING WITH PREJUDICE

**PLEASE TAKE NOTICE** that pursuant to Local Rule 9074-1(d) and upon the accompanying Application for the Issuance of an Order Dismissing Adversary Proceeding with Prejudice ("Application"), Irving H. Picard, Trustee, through his undersigned counsel, will present the proposed order (the "Order"), annexed hereto, to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on March 12, 2018, at 12:00 PM.

**PLEASE TAKE FURTHER NOTICE** that any objection to the Application ("Objection") shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules, and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the Objection and specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; (v) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Nicholas J. Cremona, Esq., and (b) the Securities

2

Investor Protection Corporation, 1667 K Street N.W., Suite 1000, Washington, D.C. 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **11:00 AM on March 12, 2018.**

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely filed and served, a hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that, unless Objections are timely filed and served, the proposed Order may be signed without a hearing.

The Trustee made no prior request to this Court or any other court for the relief requested by the Application.

|  |  |
|---|---|
| Dated: New York, New York<br>March 2, 2018 | **BAKER & HOSTETLER LLP** |
| Of Counsel:<br><br>**BAKER & HOSTETLER LLP**<br>811 Main Street, Suite 1100<br>Houston, Texas 77002-5018<br>Telephone: 713.751.1600<br>Facsimile: 713.751.1717<br>Dean D. Hunt<br>Email: dhunt@bakerlaw.com | By: /s/ *Nicholas J. Cremona*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |