**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                               Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                               Plaintiff,<br>v.<br><br>FEDERICO CERETTI, *et al.*,<br><br>                               Defendants. | Adv. Pro. No. 09-01161 (SMB) |

## CERTIFICATE OF SERVICE

Marshall J. Mattera, being duly sworn, deposes and says:

I am more than eighteen years old and not a party to this action. I am employed by the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff in the above-captioned proceedings.

On March 5, 2018, I served true and correct copies of the following documents:

- **Letter from Ms. Geraldine E. Ponto dated March 5, 2018**

- **Order to Show Cause issued by the Honorable Frank Maas, Discovery Arbitrator, dated March 5, 2018**

- **List of Potentially Privileged Documents identified by the Trustee**

by causing true and correct copies of them to be emailed to the interested parties via electronic transmission to email addresses designated for delivery to those parties as set forth on the attached Schedule A.

Pursuant to 28 U.S.C. § 1746, I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 5, 2018
New York, New York

*/s/Marshall J. Mattera*
Marshall J. Mattera

# SCHEDULE A

**Defendant Counsel**

Robert S Loigman, Esq.
Rex Lee, Esq.
Lindsay M. Weber, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
Email: robertloigman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund, Ltd., Kingate Global Fund, Ltd.

**Non-Party Counsel**

John Boyle, Esq.
Maura Barry Grinalds, Esq.
Email: john.boyle@skadden.com
Email: maurabarry.grinalds@skadden.com
Attorney For: Tremont Group Holdings, LLC