**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 610-6300
Facsimile:    (212) 610-6399

*Attorneys for Defendant ABN AMRO Bank N.V.*
*(presently known as The Royal Bank of Scotland, N.V.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>              Plaintiff,<br><br>        v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>              Defendant. | Adv. Pro. No. 10-05354 (SMB) |

**DECLARATION OF SERVICE**

    KURT R. VELLEK hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am employed as the managing clerk at Allen & Overy LLP, attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned matter.

2. On March 1, 2018, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 10-05354 (SMB), a true and correct copy of each of:

    a. the *Notice of Motion of ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland, N.V.) Rule 7054(a) Motion to Revise the Memorandum Decision and March 3, 2017 Order to Dismiss Clawback Claim for Subsequent Transfers from Rye Select Broad Market XL Portfolio Limited*, [ECF No. 155];

    b. *ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) Request for Judicial Notice of Rye Select Broad Market XL Portfolio Limited's Cayman Liquidation, and Memorandum of Law in Support of Rule 7054(a) Motion to Revise the Memorandum Decision and March 3, 2017 Order to Dismiss Clawback Claims for Subsequent Transfers from That Fund* [ECF No. 156];

    c. the *Declaration of Michael S. Feldberg in Support of ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) Request for Judicial Notice of Rye Select Broad Market XL Portfolio Limited's Cayman Liquidation, and Memorandum of Law in Support of Rule 7054(a) Motion to Revise the Memorandum Decision and March 3, 2017*

*Order to Dismiss Clawback Claim for Subsequent Transfers from That Fund* [ECF No. 157];

via the CM/ECF system for the United States Bankruptcy Court for the Southern District of New York, thereby effectuating service upon those parties set forth on the attached Schedule A. Courtesy copies of the aforementioned papers were also sent via e-mail to the individuals set forth on the attached Schedule B.

Dated:   March 6, 2017
        New York, New York

                                        /s/ Kurt R. Vellek
                                        Kurt R. Vellek

## **SCHEDULE A**

**Via ECF**

David J. Sheehan
Marc E. Hirschfield
Keith R. Murphy
*bhaa@bakerlaw.com*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq.,
Trustee for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

## **SCHEDULE B**

**Via E-mail**

Thomas Long
TLong@bakerlaw.com
Torello Calvani
tcalvani@bakerlaw.com
Stacy A. Dasaro,
sdasaro@bakerlaw.com
Catherine Woltering
cwoltering@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

*Attorneys for Plaintiff Irving H. Picard, Esq.,
Trustee for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*