**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>     v.<br><br>FEDERICO CERETTI, *et al.*<br><br>            Defendants. | Adv. Pro. No. 09-1161 (SMB) |

**ORDER GRANTING MOTION OF KINGATE GLOBAL FUND AND KINGATE EURO FUND FOR ORDER ISSUING LETTER OF REQUEST PURSUANT TO HAGUE EVIDENCE CONVENTION**

Upon the motion (the "Motion") dated January 25, 2018, of Kingate Global Fund Ltd. and Kingate Euro Fund Ltd. (together, the "Kingate Funds") for an order (this "Order") issuing a Letter of Request pursuant to the Convention on the Taking of Evidence Abroad in Civil or Commercial Matters, *opened for signature* March 18, 1970, 23 U.S.T. 25555, T.I.A.S. No. 7444, 28 U.S.C. § 1781 (the "Hague Convention") requesting judicial assistance from the appropriate judicial authority of the United Kingdom for the taking of evidence from Messrs. Federico Ceretti and Carlo Grosso, it is hereby

**ORDERED, ADJUDGED AND DECREED THAT:**

1. The Motion is GRANTED as set forth herein.

2. This Court shall transmit the Letter of Request submitted to the Court by the Kingate Funds on February 23, 2018 to the appropriate judicial authority for the United Kingdom.

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion.

4. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion.

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

**Dated**: March 6, 2018

New York, New York

                                         /s/ Stuart M. Bernstein
                                HONORABLE STUART M. BERNSTEIN
                                UNITED STATES BANKRUPTCY JUDGE