**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>v.<br><br>STEFANELLI INVESTORS GROUP, et al.,<br><br>                              Defendants. | Adv. Pro. No. 10-05255 (SMB) |

**FIFTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: January 25, 2016.

2. Fact Discovery shall be completed by: May 29, 2018.

3. The Disclosure of Case-in-Chief Experts shall be due: July 30, 2018.

4. The Disclosure of Rebuttal Experts shall be due: September 4, 2018.

5. The Deadline for Completion of Expert Discovery shall be: October 1, 2018.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before October 8, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before October 22, 2018.

8. The Deadline for Conclusion of Mediation shall be: On or before February 18, 2019.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
March 7, 2018

| | |
|---|---|
| BAKER & HOSTETLER LLP | DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP |
| /s/ *Keith R.Murphy* <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Keith R. Murphy <br> Email: kmurphy@bakerlaw.com <br> Maximillian Shifrin <br> Email: mshifrin@bakerlaw.com <br> 45 Rockefeller Plaza <br> New York, NY 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 | /s/ *Steven R. Schoenfeld* <br> Steven R. Schoenfeld <br> Jonathan S. Pasternak <br> One North Lexington Avenue <br> White Plains, New York 10601 <br> Telephone: (914) 681-0200 <br> Facsimile: (914) 684-0288 <br><br> *Attorneys for Defendants* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* | |