**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br> v.<br><br>UBS AG, *et al.*<br><br>    Defendants. | Adv. Pro. No. 10-04285 (SMB) |

**ORDER ISSUING LETTERS OF REQUEST FOR THE**
**TAKING OF EVIDENCE ABROAD IN CIVIL OR COMMERCIAL MATTERS**

  Upon the Application (the "Application"), dated February 21, 2018, brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, individually, seeking entry of an order (the "Order") issuing Letters of Request (as defined in the Application) to be transmitted, via the appropriate channels, to the applicable central authority of

Luxembourg, and it appearing that due and sufficient notice of the Application has been given under the circumstances, and it further appearing that the relief sought in the Application is appropriate based upon the information provided in the Application and in the record; and it further appearing that this Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a); and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Letters of Request, in the form submitted with the Application, shall be signed and sealed by the Court for transmission to the applicable central authority of Luxembourg so that valid service of process may be effectuated upon UBS Europe SE, Luxembourg Branch; UBS Fund Services (Luxembourg) S.A.; UBS Third Party Management Company S.A.; Access Management Luxembourg SA; Access Partners SA; and Pierre Delandmeter.

Dated: New York, New York
       March 6, 2018                              /s/ Stuart M. Bernstein

                                                  HONORABLE STUART M. BERNSTEIN
                                                  UNITED STATES BANKRUPTCY JUDGE