| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   v.<br><br>FEDERICO CERETTI, *et al.*<br><br>        Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**ORDER ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

Upon the Application (the "Application"), dated February 23, 2018, brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry of an order (the "Order") issuing the Letter of Request (as defined in the

Application) to be transmitted, via the appropriate channels, to the applicable court in the United Kingdom; and it appearing that due and sufficient notice of the Application has been given under the circumstances; and it further appearing that the relief sought in the Application is appropriate based upon the information provided in the Application and in the record; and it further appearing that this Court has jurisdiction to consider the Application and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a); and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Letter of Request, in the form submitted with the Application, shall be signed and sealed by the Court for transmission to the appropriate judicial authority in the United Kingdom so that valid service of process may be effectuated upon Thomas Healy.

Dated: New York, New York
       March 6, 2018                           /s/ Stuart M. Bernstein
                                               _____
                                               HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE