**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, *et al.*<br><br>        Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**ORDER ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL**
**OR EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

Upon the Application (the "Application"), dated January 26, 2018, brought by Irving H.

Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the

business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff,

seeking entry of an order (the "Order") issuing the Letter of Request (as defined in the

Application) to be transmitted, via the appropriate channels, to the applicable court in the United

Kingdom, and it appearing that due and sufficient notice of the Application has been given under

the circumstances, and it further appearing that the relief sought in the Application is appropriate

based upon the information provided in the Application and in the record; and it further

appearing that this Court has jurisdiction to consider the Application and the relief requested

therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a); and after due deliberation; and sufficient

cause appearing therefor; it is hereby

ORDERED that the Application is granted; and it is further

ORDERED that the Letter of Request, in the form submitted with the Application, shall

be signed and sealed by the Court for transmission to the appropriate judicial authority in the

United Kingdom so that valid service of process may be effectuated upon Julian Henry

Chapman.

Dated: New York, New York
        March 6, 2018                        /s/ Stuart M. Bernstein

                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE