**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST (CAYMAN) LIMITED, and BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>Defendants. | Adv. Pro. No. 12-01576 (SMB) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED**
**FOR HEARING ON MARCH 9, 2018 AT 10:00 A.M.**

## CONTESTED MATTER

1. **Picard v. BNP Paribas S.A, et al., Adv. Pro. No. 12-01576 (SMB)**

   A.   Notice of Motion to Dismiss (Filed: 10/25/2017) [ECF No. 106]

   B.   Memorandum of Law in Support of the BNP Paribas Defendants' Motion to Dismiss (Filed: 10/25/2017) [ECF No. 107]

   Objections Due:        December 20, 2017

   Objections Filed:

   C.   Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Amended Complaint (Filed: 12/20/2017) [ECF No. 110]

   D.   Declaration of Torello H. Calvani in Support of the Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss Amended Complaint (Filed: 12/20/2017) [ECF No. 111]

   Reply Filed:

   E.   Reply Memorandum of Law in Support of the BNP Paribas Defendants' Motion to Dismiss (Filed: January 19, 2018) [ECF No. 116]

   Related Filings:

   F.   Notice of Adjournment of Hearing (Filed: 2/23/2018) [ECF No. 122].

   Status: This matter is going forward.

Dated: March 8, 2018                        Respectfully submitted,
      New York, New York

                                                */s/ David J. Sheehan*
                                                **Baker & Hostetler LLP**
                                                45 Rockefeller Plaza
                                                New York, New York 10111
                                                Telephone: (212) 589-4200
                                                Facsimile: (212) 589-4201
                                                David J. Sheehan
                                                Email: dsheehan@bakerlaw.com
                                                Joanna Wasick
                                                Email: jwasick@bakerlaw.com

                                                *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2