**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Trustee-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>        v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br><br>        Defendants. | Adv. Pro. No. 10-05353 (SMB) |

**STIPULATION AND ORDER EXTENDING TIME TO RESPOND**
**AND ADJOURNING THE PRE-TRIAL CONFERENCE**

     IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Trustee may respond to the Motion to Dismiss filed by Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis FP") is extended up to and including June 8, 2018. It is further stipulated and agreed

that Natixis FP shall file its reply by August 31, 2018.  The pre-trial conference was scheduled for June 27, 2018, but will now be scheduled for October 31, 2018 at 10:00 a.m.  The return date for this matter was scheduled for May 30, 2018, but will now be scheduled for September 26, 2018 at 10:00 a.m.

The extension of time granted by this stipulated extension (the "Stipulation") is without prejudice to any future extensions of time.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses the Trustee and Natixis FP may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

*[Remainder of page intentionally left blank.]*

Dated: March 7, 2018
     New York, New York

| BAKER & HOSTETLER LLP | DAVIS & GILBERT LLP |
|---|---|
| By: /s Catherine E. Woltering | By: /s Joseph Cioffi |
| 45 Rockefeller Plaza | 1740 Broadway |
| New York, New York  10111 | New York, New York  10019 |
| Telephone:  (212) 589-4200 | Telephone: (212) 468-4800 |
| Facsimile:  (212) 589-4201 | Facsimile: (212) 468-4888 |
| David J. Sheehan | Joseph Cioffi |
| Email:  dsheehan@bakerlaw.com | Email:  jcioffi@dglaw.com |
| Catherine E. Woltering | Bruce M. Ginsberg |
| Email: cwoltering@bakerlaw.com | Email:  bginsberg@dglaw.com |
| | James R. Serritella |
| | Email:  jserritella@dglaw.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.)* |

SO ORDERED this 8th day of March, 2018.

/s/  Stuart M. Bernstein

HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCTY JUDGE