**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04623 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF EDMOND A. GOREK AND MARGUERITE M. GOREK, as EXECUTRIX OF THE ESTATE OF EDMOND A. GOREK, | |
| Defendants. | |

**STIPULATION AND ORDER FOR**
**VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and defendants Estate of Edmond A. Gorek (the "Estate") and Marguerite M. Gorek, as Executrix of the Estate of Edmond A. Gorek (the "Executrix") ("Defendants"), by and through their counsel, Day Pitney LLP, hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed the Complaint against NTC & Co. LLP ("NTC"), as former custodian of an Individual Retirement Account for the benefit of Edmond A. Gorek, and Edmond A. Gorek ("Dr. Gorek"). (Dkt. No. 1.)

2. NTC was dismissed as a defendant pursuant to a Stipulation and Order for Voluntary Dismissal of NTC & Co. LLP Without Prejudice filed May 11, 2011. (Dkt. No. 9.)

3. Counts Two through Six of the Complaint were dismissed pursuant to an Order Granting in Part and Denying in Part Defendants' Motions to Dismiss filed July 16, 2015. (Dkt. No. 40.)

4. On August 14, 2015, Dr. Gorek filed an Answer and Affirmative Defenses to the Complaint. (Dkt. No. 41.)

5. Dr. Gorek died on November 18, 2016.

6. On December 13, 2017, a Stipulation and Order for Substitution of Defendant was filed substituting the Estate and Executrix as defendants in place of Dr. Gorek. (Dkt. No. 50.)

2

7.  Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181 in Adv. Proc. No. 08-01789 (SMB)], the Trustee, and Defendants entered into a Settlement Agreement and Release as of February 22, 2018.

8.  Pursuant to the terms of the Settlement Agreement and Release, and in accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1)(ii), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding with prejudice and without costs.

9.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

10. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK;

SIGNATURE PAGE TO FOLLOW]

Dated: March 8, 2018

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: *s/ Nicholas J. Cremona* |
| 11601 Wilshire Boulevard, 14th Floor | 45 Rockefeller Plaza |
| Los Angeles, California 90025-7120 | New York, New York 10111 |
| Telephone: (310) 820-8800 | Telephone: (212) 589-4200 |
| Facsimile: (310) 820-8859 | Facsimile: (212) 589-4201 |
| Michael R. Matthias | David J. Sheehan |
| Email: mmatthias@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**DAY PITNEY LLP**

By: *s/ Thomas D. Goldberg*
One Canterbury Green
201 Broad Street
Stamford, CT 06901
Telephone: (203) 977-7383
Facsimile: (203) 977-7301
Thomas D. Goldberg
Email: tgoldberg@daypitney.com
Kevin C. Brown
Email: kbrown@daypitney.com

*Attorneys for Defendants*

**SO ORDERED**

Dated: March 8, 2018
New York, New York          /s/ Stuart M. Bernstein

**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**