**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
Jody E. Schechter

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
***PRO HAC VICE* OF JODY E. SCHECHTER**

  I, Jody E. Schechter, request admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff"), in the above-referenced case and in any related adversary proceedings.

*I certify that I am a member in good standing* of the bars in the State of New York and the State of Texas. I currently reside in Texas, and make this motion while simultaneously applying for general admission to the United States District Court for the Southern District of New York.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: March 13, 2018
Houston, Texas

Respectfully submitted,

/s/ Jody E. Schechter
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
(212) 598-4200 / Fax (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

BAKER & HOSTETLER LLP
811 Main Street Suite 1100
Houston, Texas 77002
(713) 751-1600 / Fax (713) 751-1717
Jody E. Schechter
Email: jschechter@bakerlaw.com

*Attorneys for Irving H. Picard, Esq.,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the
Estate of Bernard L. Madoff*