**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
Jody E. Schechter

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Debtor. | |

**AFFIDAVIT OF JODY E. SCHECHTER IN SUPPORT OF MOTION**
**FOR ADMISSION TO PRACTICE *PRO HAC VICE***

    Jody Erin Schechter hereby declares as follows:

1.	I am an Attorney with the Law Firm of Baker & Hostetler, located at 811 Main Street, Suite 1100, Houston, Texas 77002 and am counsel for Plaintiff, Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA") and the estate of Bernard L. Madoff ("Madoff").

2.	I submit this affidavit in support of my motion for admission to practice *pro hac vice* in the above-referenced case and in any related adversary proceedings.

3.	I am a member in good standing of the Bar of the State of New York since January 20, 2011.  Attached hereto as Exhibit A is an original Certificate of Good Standing from the State of New York Supreme Court, Appellate Division, Third Judicial Department, issued on February 16, 2018, within thirty (30) days of filing.

4.	I am a member in good standing of the Bar of the State of Texas since May 6, 2011. Attached hereto as Exhibit B is an original Certificate of Good Standing from the State Bar of Texas, issued on February 16, 2018, within thirty (30) days of filing.

5.	I have never been convicted of a felony.

6.	I have never been censured, suspended, disbarred or denied admission or readmission by any court.

7.	There are no pending disciplinary proceedings against me in any state or federal Court.

8.	I currently reside in Texas.  I make this motion while simultaneously applying for general admission to the United States District Court for the Southern District of New York.

9.	If admitted to practice *pro hac vice* in this matter, I will conduct myself in the manner required of attorneys so admitted.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 13, 2018

*/s/ Jody E. Schechter*
Jody E. Schechter
Texas Bar No. 24076677
BAKER & HOSTETLER LLP
811 Main Street Suite 1100
Houston, Texas 77002
(713) 751-1600 / Fax (713) 751-1717
Email:  jschechter@bakerlaw.com