**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE**
***PRO HAC VICE* OF JODY E. SCHECHTER**

Upon the motion of Jody E. Schechter, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee (Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. and the estate of Bernard L. Madoff, in the above-referenced case and in any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the States of New York and Texas, it is hereby

**ORDERED**, that Jody E. Schechter, Esq., is admitted to practice, *pro hac vice*, in the above referenced case and in any related adversary proceedings, to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided that the

$200.00 filing fee has been paid.

Dated: New York, New York

_____, 2018

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE