UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------X
SECURITIES INVESTOR PROTECTION　　Adv. Pro. No.-08-01789(SMB)
CORPORATION,　　　　　　　　　　　　SIPA LIQUIDATION

    Plaintiff-Applicant,　　　　　　　　　　(Substantively Consolidated)

v.　　　　　　　　　　　　　　　　　　　re:Claim Nos.003998 &
BERNARD L. MADOFF INVESTMENT　　004713
SECURITIES, LLC,　　　　　　　　　　　Obj.DKt.#1030

    Defendants.　　　　　　　　　　　　REQUEST FOR ADJOURNMENT
------------------------------------------------------X AND EXTENTION OF TIME TO
　　　　　　　　　　　　　　　　　　　　FILE WRITTEN OBJECTIONS
STATE OF CALIFORNIA　　　　)
　　　　　　　　　　　　　　　)ss:
COUNTY OF RIVERSIDE COUNTY )

PETER MOSKOWITZ, being duly sworn, deposes and says:

1. I am the claimant under Claim Nos. 003998 & 004713, Objections to determination Dkt.# 1030 that are presently the subject of an omnibus motion to overrule my objections and disallow any claims, filed by the attorneys for Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned Securities Investor Protection Corporation liquidation proceeding.

2. I am presently unrepresented, acting *pro se,* am a 75year-old senior citizen residing in Corona, California with a serious heart condition. I am hereby requesting an extension of time beyond the March 14, 2018 deadline for the filing of written objections to the motion before the court and for an adjournment of the

March 28, 2018 appearance before the Honorable Stuart M. Bernstein, United States Bankruptcy.

3. I was served with this motion sometime after the February 14, 2018 filing date. I have not had sufficient time to formulate a response, consult with counsel and otherwise move with respect to the motion before this court. This matter has been pending for 9 years and now I am being given thirty days to address this situation. That is not fair. In light of my advanced age, delicate cardiac health, substantial cross-continental distance from the Southern District of New York Courthouse, I would ask for an extension of time to file my written objections to April 13, 2018. In addition, I am requesting an adjournment from the March 28, 2018 appearance date in court, to the middle of May 2018 so that I may appear in person and be heard on the merits of the Trustee's motion. I have substantive arguments to make that need to be heard concerning the equity and propriety of the application to disallow my claims.

**WHEREFORE,** I request that my applications be granted.

*[signature]*
Peter Moskowitz

Sworn to before me this
day of March. 2018.

__— see attachment —__
Notary Public

**CALIFORNIA JURAT WITH AFFIANT STATEMENT**                    GOVERNMENT CODE § 8202

☐ See Attached Document (Notary to cross out lines 1–6 below)
☒ See Statement Below (Lines 1–6 to be completed only by document signer[s], not Notary)

_Peter Makowit___pps_                          _N/A_
Signature of Document Signer No. 1             Signature of Document Signer No. 2 (if any)

A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California                             Subscribed and sworn to (or affirmed) before me

County of _Riverside_                           on this _13_ day of _March_, 20_18_,
                                                by    Date           Month           Year
                                                (1) _Peter Moskowitz_

                                                (and (2) _N/A_ ),
VIVIANA HERNANI                                          Name(s) of Signer(s)
Commission # 2137548
Notary Public - California                      proved to me on the basis of satisfactory evidence to
San Bernardino County                           be the person(s) who appeared before me.
My Comm. Expires Dec 19, 2019

                                                Signature _____
Place Notary Seal and/or Stamp Above                     Signature of Notary Public

─────────────────────── OPTIONAL ───────────────────────

Completing this information can deter alteration of the document or
fraudulent reattachment of this form to an unintended document.

**Description of Attached Document**

Title or Type of Document: _Request for Adjournment and extention of time to File written objections_
Document Date: _3/13/2018_                      Number of Pages: _2_

Signer(s) Other Than Named Above: _N/A_

©2017 National Notary Association

M1304-08 (09/17)