UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No.-08-01789(SMB) SIPA LIQUIDATION |
| Plaintiff-Applicant, | (Substantively Consolidated) |
| v. BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | re:Claim Nos.003998 & 004713 Obj.DKt.#1030 |
| Defendants. | REQUEST FOR ADJOURNMENT AND E::X:TEJ\ITION OF TIME TO FILE WRITTEN OBJECTIOJ\IS |

-------------------------------------------X

STATE OF CALIFORNIA        )
                           )ss:
COUNTY OF RIVERSIDE COUNTY )

PETER MOSKOWITZ, being duly sworn, deposes and says:

I. I am the claimant under Claim Nos. 003998 & 004713, Objections to determination Dkt.# 1030 that are presently the subject of an omnibus motion to overrule my objections and disallow any claims, filed by the attorneys for Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC in the above-captioned Securities Investor Protection Corporation liquidation proceeding.

2. I am presently unrepresented, acting *pro se,* am a 75year-old senior citizen residing in Corona, California with a serious heart condition. I am hereby requesting an extension of time beyond the March 14, 2018 deadline for the filing of written objections to the motion before the court and for an adjournment of the

March 28, 2018 appearance before the Honorable Stuart M. Bernstein, United States Bankruptcy.

3. I was served with this motion sometime after the February 14, 2018 filing date. I have not had sufficient time to formulate a response, consult with counsel and otherwise move with respect to the motion before this court. This matter has been pending for 9 years and now I am being given thirty days to address this situation. That is not fair. In light of my advanced age, delicate cardiac health, substantial cross-continental distance from the Southern District of New York Courthouse, I would ask for an extension of time to file my written objections to April 13, 2018. In addition, I am requesting an adjournment from the March 28, 2018 appearance date in court, to the middle of May 2018 so that I may appear in person and be heard on the merits of the Trustee's motion. I have substantive arguments to make that need to be heard concerning the equity and propriety of the application to disallow my claims.

    **WHEREFORE,** I request that my applications be granted.

                                        Peter Moskowitz

Sworn to before me this
day of March. 2018.

**SO ORDERED: March 14, 2018 Re: The Claimant Should Discuss An Adjournment And Extension Of The Deadline With The Trustee. If The Parties Cannot Agree He Can Seek Additional Time From The Court.**

                                        **/s/ STUART M. BERNSTEN**
                                        **UNITED STATES BANKRUPTCY JUDGE**