**EXHIBIT B**

EXHIBIT B
SUMMARY OF TWENTY-SIXTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2017 THROUGH NOVEMBER 30, 2017

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 297.00 | 296,406.00 |
| | Sheehan David J. | 1968 | 998.00 | 584.90 | 583,730.20 |
| | Matthias Michael R | 1973 | 709.00 | 279.80 | 198,378.20 |
| | Bash Brian A | 1975 | 763.00 | 8.10 | 6,180.30 |
| | Greene Bruce R | 1976 | 721.00 | 7.50 | 5,407.50 |
| | Long Thomas L | 1976 | 942.00 | 605.00 | 569,910.00 |
| | Markowitz Laurence S | 1977 | 805.00 | 1.40 | 1,127.00 |
| | Melicharek Jr John | 1982 | 695.00 | 2.50 | 1,737.50 |
| | Ponto Geraldine E. | 1982 | 927.00 | 412.50 | 382,387.50 |
| | Smith Elizabeth A | 1985 | 861.00 | 8.90 | 7,662.90 |
| | McDonald Heather J | 1986 | 687.00 | 40.60 | 27,892.20 |
| | Reich Andrew W | 1987 | 637.00 | 179.20 | 114,150.40 |
| | Burke John J | 1988 | 747.00 | 14.30 | 10,682.10 |
| | Douthett Breaden M | 1991 | 431.00 | 69.60 | 29,997.60 |
| | Goldberg Steven H | 1991 | 949.00 | 105.40 | 100,024.60 |
| | Hunt Dean D | 1991 | 682.00 | 151.80 | 103,527.60 |
| | Resnick Lauren J | 1991 | 964.00 | 1.00 | 964.00 |
| | Warren Thomas D | 1992 | 758.00 | 32.80 | 24,862.40 |
| | Griffin Regina L. | 1993 | 942.00 | 475.90 | 448,297.80 |
| | Kornfeld Mark A. | 1993 | 942.00 | 652.70 | 614,843.40 |
| | Renner Deborah H. | 1993 | 942.00 | 319.50 | 300,969.00 |
| | Brennan Terry M | 1995 | 519.00 | 3.20 | 1,660.80 |
| | Thomas Erika K. | 1995 | 700.00 | 351.80 | 246,260.00 |
| | Cole Tracy L | 1996 | 800.00 | 299.00 | 239,200.00 |
| | Hoang Lan | 1997 | 808.00 | 590.20 | 476,881.60 |
| | Murphy Keith R. | 1997 | 942.00 | 499.30 | 470,340.60 |
| | Scully Elizabeth A | 1997 | 687.00 | 3.80 | 2,610.60 |
| | Clark Eben P | 1998 | 433.00 | 13.70 | 5,932.10 |
| | Fish Eric R. | 1998 | 715.00 | 377.40 | 269,841.00 |
| | New Jonathan B. | 1998 | 937.00 | 24.10 | 22,581.70 |
| | Rollinson James H | 1998 | 469.00 | 273.60 | 128,318.40 |
| | Rose Jorian L. | 1998 | 858.00 | 203.10 | 174,259.80 |
| | Wang Ona T | 1998 | 789.00 | 165.80 | 130,816.20 |
| | Warshavsky Oren J. | 1998 | 954.00 | 556.30 | 530,710.20 |
| | Pergament Benjamin D | 1999 | 687.00 | 491.20 | 337,454.40 |
| | Bohorquez Jr Fernando A | 2000 | 774.00 | 304.30 | 235,528.20 |
| | Cremona Nicholas J. | 2000 | 843.00 | 609.20 | 513,555.60 |
| | Beckerlegge Robertson D | 2001 | 647.00 | 436.30 | 282,286.10 |
| | Bell Stacey A. | 2001 | 698.00 | 619.40 | 432,341.20 |
| | Fokas Jimmy | 2001 | 795.00 | 59.50 | 47,302.50 |
| | Joy Michael P. | 2001 | 650.00 | 1.20 | 780.00 |
| | Zeballos Gonzalo S. | 2001 | 856.00 | 424.90 | 363,714.40 |
| | North Geoffrey A. | 2002 | 682.00 | 752.40 | 513,136.80 |
| | Song Brian W. | 2002 | 658.00 | 562.30 | 369,993.40 |
| | Gongolevsky May Tal | 2003 | 650.00 | 147.10 | 95,615.00 |
| | Hochmuth Farrell A | 2003 | 496.00 | 410.20 | 203,459.20 |
| | Jacobs Edward J. | 2003 | 682.00 | 527.50 | 359,755.00 |
| | Malchow Jessica P. | 2003 | 382.00 | 26.20 | 10,008.40 |
| | Oliver Jason S. | 2003 | 655.00 | 589.70 | 386,253.50 |
| | Sherer James A. | 2003 | 658.00 | 253.50 | 166,803.00 |
| | Shields Nkosi D. | 2003 | 507.00 | 630.70 | 319,764.90 |
| | Cohen Dennis O | 2004 | 599.00 | 9.80 | 5,870.20 |
| | Gabriel Jessie M | 2004 | 682.00 | 518.10 | 353,344.20 |
| | Smith Rachel M | 2004 | 460.00 | 224.00 | 103,040.00 |
| | Allen Brian F. | 2005 | 491.00 | 432.50 | 212,357.50 |
| | Carvalho Melissa M. | 2005 | 600.00 | 147.30 | 88,380.00 |
| | Hartman Ruth E | 2005 | 366.00 | 169.50 | 62,037.00 |
| | Proano David F | 2005 | 366.00 | 7.40 | 2,708.40 |
| | Carlisle Marie L. | 2006 | 430.00 | 495.70 | 213,151.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Kosack Melissa L. | 2006 | 658.00 | 726.20 | 477,839.60 |
| | Longstaff Carrie | 2006 | 600.00 | 546.40 | 327,840.00 |
| | McLellan Melinda L | 2006 | 675.00 | 25.80 | 17,415.00 |
| | Vanderwal Amy E. | 2006 | 658.00 | 534.40 | 351,635.20 |
| | Brown Seanna R. | 2007 | 682.00 | 653.10 | 445,414.20 |
| | Calvani Torello H. | 2007 | 659.00 | 681.60 | 449,174.40 |
| | Forman Jonathan A. | 2007 | 600.00 | 408.80 | 245,280.00 |
| | Giuliani Esterina | 2007 | 737.00 | 664.30 | 489,589.10 |
| | Kleber Kody | 2007 | 474.00 | 7.60 | 3,602.40 |
| | Patel Tayan B. | 2007 | 525.00 | 9.60 | 5,040.00 |
| | Keranen Kristin L. | 2008 | 650.00 | 204.10 | 132,665.00 |
| | Stanley Trevor M. | 2008 | 530.00 | 224.00 | 118,720.00 |
| | Woltering Catherine E. | 2008 | 659.00 | 655.10 | 431,710.90 |
| | Zunno Kathryn M. | 2008 | 682.00 | 621.70 | 423,999.40 |
| | Blattmachr Jonathan D. | 2009 | 491.00 | 562.90 | 276,383.90 |
| | Campbell Patrick T | 2009 | 659.00 | 90.10 | 59,375.90 |
| | Markel Tatiana | 2009 | 505.00 | 460.50 | 232,552.50 |
| | McKnight Katherine L. | 2009 | 530.00 | 2.20 | 1,166.00 |
| Partners and of Counsel Total | | | 709.29 | 23,540.00 | 16,696,594.60 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Meisels Naomi P. | 1984 | 595.00 | 2.20 | 1,309.00 |
| | Bieler Philip | 1994 | 464.00 | 468.70 | 217,476.80 |
| | Kates Elyssa S. | 2000 | 627.00 | 516.50 | 323,845.50 |
| | DeSouza Karen | 2001 | 247.00 | 17.40 | 4,297.80 |
| | Wlodek Heather | 2003 | 513.00 | 590.10 | 302,721.30 |
| | Cowherd Matthew K | 2005 | 435.00 | 364.10 | 158,383.50 |
| | Hiatt Eric B. | 2005 | 514.00 | 119.70 | 61,525.80 |
| | Feil Matthew D. | 2006 | 546.00 | 630.80 | 344,416.80 |
| | Munoz Andres A | 2006 | 525.00 | 553.50 | 290,587.50 |
| | Goldmark Jena B. | 2007 | 451.00 | 598.00 | 269,698.00 |
| | Wasick Joanna F. | 2007 | 650.00 | 723.40 | 470,210.00 |
| | Attard Lauren T. | 2008 | 488.92 | 356.50 | 174,300.00 |
| | Carpenter Susrut A. | 2008 | 502.00 | 16.10 | 8,082.20 |
| | Choi David | 2008 | 469.00 | 542.90 | 254,620.10 |
| | McCurrach Elizabeth G. | 2008 | 491.00 | 127.80 | 62,749.80 |
| | Monaghan Rachel C. | 2008 | 247.00 | 292.30 | 72,198.10 |
| | Rovine Jacqlyn | 2008 | 469.00 | 379.10 | 177,797.90 |
| | Sabella Michael A. | 2008 | 489.00 | 622.30 | 304,304.70 |
| | Sea Nexus U. | 2008 | 502.00 | 253.40 | 127,206.80 |
| | Usitalo Michelle R. | 2008 | 514.00 | 527.10 | 270,929.40 |
| | Gentile Dominic A. | 2009 | 502.00 | 310.60 | 155,921.20 |
| | Hilsheimer Lauren M. | 2009 | 541.00 | 211.30 | 114,313.30 |
| | Howe Mary E. | 2009 | 491.00 | 143.70 | 70,556.70 |
| | Khan Ferve E. | 2009 | 514.00 | 316.30 | 162,578.20 |
| | Mattera Marshall J. | 2009 | 514.00 | 693.70 | 356,561.80 |
| | Molina Marco | 2009 | 514.00 | 555.50 | 285,527.00 |
| | Nickodem Robert G. | 2009 | 247.00 | 654.10 | 161,562.70 |
| | Perkins Austin Francesca | 2009 | 514.00 | 603.10 | 309,993.40 |
| | Shapiro Peter B. | 2009 | 502.00 | 420.90 | 211,291.80 |
| | Walton Ryan | 2009 | 247.00 | 16.50 | 4,075.50 |
| | Barnes S. Ben | 2010 | 247.00 | 622.80 | 153,831.60 |
| | Bent Camille C. | 2010 | 489.00 | 491.60 | 240,392.40 |
| | Biondo Lindsay J. | 2010 | 247.00 | 580.60 | 143,408.20 |
| | Boga-Lofaro Csilla | 2010 | 430.00 | 368.10 | 158,283.00 |
| | Castillon Jesus J. | 2010 | 354.00 | 35.00 | 12,390.00 |
| | Chandler Tara R. | 2010 | 247.00 | 749.60 | 185,151.20 |
| | Cohen Ian R. | 2010 | 464.00 | 92.30 | 42,827.20 |
| | Fein Amanda E. | 2010 | 514.00 | 545.70 | 280,489.80 |
| | Hansford Melissa L. | 2010 | 247.00 | 337.90 | 83,461.30 |
| | Hoff Michelle M. | 2010 | 247.00 | 842.10 | 207,998.70 |
| | Iannuzzi Michael M. | 2010 | 424.00 | 6.10 | 2,586.40 |
| | Layden Andrew V. | 2010 | 319.00 | 12.30 | 3,923.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Maytal Anat | 2010 | 488.00 | 493.50 | 240,828.00 |
| | McCabe Bridget S. | 2010 | 448.00 | 123.30 | 55,238.40 |
| | McGourty Cara | 2010 | 488.00 | 712.60 | 347,748.80 |
| | McMillan David M. | 2010 | 453.00 | 375.90 | 170,282.70 |
| | Noethlich Brian R. | 2010 | 283.00 | 96.70 | 27,366.10 |
| | Prabucki Kenneth | 2010 | 325.00 | 0.90 | 292.50 |
| | Rog Joshua B. | 2010 | 437.00 | 599.50 | 261,981.50 |
| | Rollins Jennifer B. | 2010 | 247.00 | 695.40 | 171,763.80 |
| | Rouach Sophie | 2010 | 451.00 | 389.70 | 175,754.70 |
| | Ubaid Maryland H. | 2010 | 247.00 | 660.30 | 163,094.10 |
| | White A. Mackenna | 2010 | 469.00 | 235.80 | 110,590.20 |
| | Barhorst Damon C. | 2011 | 247.00 | 717.90 | 177,321.30 |
| | Bennett Melonia A. | 2011 | 283.00 | 438.20 | 124,010.60 |
| | Blanchard Jason I. | 2011 | 458.00 | 502.80 | 230,282.40 |
| | Crook Darren A. | 2011 | 271.00 | 55.10 | 14,932.10 |
| | deVries Alan C. | 2011 | 283.00 | 159.40 | 45,110.20 |
| | Durbin Damon M. | 2011 | 283.00 | 294.50 | 83,343.50 |
| | Fedeles Emily R. | 2011 | 489.00 | 71.20 | 34,816.80 |
| | Feldstein Robyn M | 2011 | 430.00 | 615.80 | 264,794.00 |
| | Gottesman Joel D. | 2011 | 247.00 | 639.00 | 157,833.00 |
| | Krishna Ganesh | 2011 | 453.00 | 640.70 | 290,237.10 |
| | Oliva Frank M. | 2011 | 431.00 | 635.90 | 274,072.90 |
| | Patrick Stacey M. | 2011 | 247.00 | 703.10 | 173,665.70 |
| | Rose Nicholas M. | 2011 | 410.00 | 630.50 | 258,505.00 |
| | Schechter Jody E. | 2011 | 355.00 | 291.70 | 103,553.50 |
| | Shifrin Maximillian S. | 2011 | 488.00 | 634.60 | 309,684.80 |
| | Sinclair Jordan A. | 2011 | 345.00 | 180.40 | 62,238.00 |
| | Vonderhaar Douglas A. | 2011 | 283.00 | 255.50 | 72,306.50 |
| | Wangsgard Kendall E. | 2011 | 410.00 | 74.40 | 30,504.00 |
| | White Jason T. | 2011 | 247.00 | 465.20 | 114,904.40 |
| | Zuberi Madiha M. | 2011 | 453.00 | 490.50 | 222,196.50 |
| | Ackerman Stephanie | 2012 | 420.00 | 628.20 | 263,844.00 |
| | Bent Scott J | 2012 | 305.00 | 9.00 | 2,745.00 |
| | Engel Seth E | 2012 | 395.00 | 107.60 | 42,502.00 |
| | Gallagher Christopher B. | 2012 | 430.00 | 504.10 | 216,763.00 |
| | Hough Shawn P. | 2012 | 489.00 | 672.90 | 329,048.10 |
| | Rice David W. | 2012 | 489.00 | 646.50 | 316,138.50 |
| | Brumbach Maxim G. | 2013 | 245.00 | 715.10 | 175,199.50 |
| | Choate Hannah C. | 2013 | 382.00 | 5.10 | 1,948.20 |
| | Friedman Matthew B. | 2013 | 480.00 | 94.70 | 45,456.00 |
| | Gillingham Ross M. | 2013 | 245.00 | 753.10 | 184,509.50 |
| | Holder Casey E | 2013 | 323.00 | 35.70 | 11,531.10 |
| | Lewis Alexis D. | 2013 | 247.00 | 25.70 | 6,347.90 |
| | Sterling Nichole L. | 2013 | 420.00 | 144.70 | 60,774.00 |
| | Tanney Michelle N. | 2013 | 427.00 | 336.50 | 143,685.50 |
| | Abrams Jeremy R. | 2014 | 247.00 | 339.80 | 83,930.60 |
| | Dasaro Stacy A | 2014 | 458.00 | 782.60 | 358,476.60 |
| | Goertemiller Noah J. | 2014 | 245.00 | 641.50 | 157,167.50 |
| | Miao Tiffany A. | 2014 | 450.00 | 118.90 | 53,505.00 |
| | Silverman Jordan D. | 2014 | 330.00 | 2.30 | 759.00 |
| | Trahanas Elias D. | 2014 | 386.00 | 90.20 | 34,817.20 |
| | Tranbaugh Mary H. | 2014 | 382.00 | 68.90 | 26,319.80 |
| | Berglin Lauren P. | 2015 | 371.00 | 70.90 | 26,303.90 |
| | Cabrera Jennifer B. | 2015 | 335.00 | 84.10 | 28,173.50 |
| | Howley Thomas F. | 2015 | 435.00 | 317.80 | 138,243.00 |
| | Light Samuel M. | 2015 | 371.00 | 694.50 | 257,659.50 |
| | Porembski Daniel P. | 2015 | 247.00 | 331.90 | 81,979.30 |
| | Serrao Andrew M. | 2015 | 412.00 | 569.20 | 234,510.40 |
| | Turner Tara E. | 2015 | 247.00 | 614.90 | 151,880.30 |
| | Wallace Kevin M. | 2015 | 412.00 | 481.40 | 198,336.80 |
| | Weinberg Lauren R. | 2015 | 371.00 | 290.70 | 107,849.70 |
| | Alonso Carolina A. | 2016 | 405.00 | 2.60 | 1,053.00 |
| | Berry Joshua L. | 2016 | 245.00 | 679.90 | 166,575.50 |
| | Foisy Kenneth A. | 2016 | 245.00 | 675.50 | 165,497.50 |
| | Hoover Marianne E. | 2016 | 245.00 | 849.70 | 208,176.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Martin Lauren E. | 2016 | 245.00 | 690.50 | 169,172.50 |
| | Molony Matthew E. | 2016 | 245.00 | 743.40 | 182,133.00 |
| | Nadworny Bari R. | 2016 | 371.00 | 79.50 | 29,494.50 |
| | Paule Francisco | 2016 | 325.00 | 15.80 | 5,135.00 |
| | de Dios Maria A. | 2017 | 405.00 | 153.30 | 62,086.50 |
| | Maw Darley | 2017 | 405.00 | 12.50 | 5,062.50 |
| | Perez Jr. Pedro J. | 2017 | 405.00 | 594.60 | 240,813.00 |
| | Pollawit Panida A. | 2017 | 405.00 | 116.00 | 46,980.00 |
| | Stork Victoria L. | 2017 | 405.00 | 266.50 | 107,932.50 |
| | Cardenas Samantha A. | #N/A | 247.00 | 635.70 | 157,017.90 |
| | Fischetti Chloe S. | #N/A | 405.00 | 133.70 | 54,148.50 |
| | Shin Jean H. | #N/A | 405.00 | 48.00 | 19,440.00 |
| Associates Total | | | 385.51 | 45,067.50 | 17,374,162.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | | | |
| | Bekier James M. | #N/A | 445.00 | 408.10 | 181,604.50 |
| | Belanger Christina I. | #N/A | 324.00 | 12.10 | 3,920.40 |
| | Blaber Theresa A | #N/A | 340.00 | 41.30 | 14,042.00 |
| | Bluett Marie V. | #N/A | 258.00 | 482.80 | 124,562.40 |
| | Bruening Mark P | #N/A | 185.00 | 39.80 | 7,363.00 |
| | Cabrera Ramon C | #N/A | 273.00 | 35.10 | 9,582.30 |
| | Chan Angeline | #N/A | 260.00 | 166.00 | 43,160.00 |
| | Curbelo Gracemary | #N/A | 334.00 | 389.00 | 129,926.00 |
| | Dyer Ricky J | #N/A | 216.00 | 8.00 | 1,728.00 |
| | Edwards Julia E. | #N/A | 250.00 | 5.80 | 1,450.00 |
| | Fishelman Benjamin D. | #N/A | 425.00 | 368.40 | 156,570.00 |
| | Fredle Vicki M | #N/A | 216.00 | 396.80 | 85,708.80 |
| | Gibbons Michael E. | #N/A | 382.00 | 93.50 | 35,717.00 |
| | Glanzman Adam J | #N/A | 350.00 | 132.50 | 46,375.00 |
| | Graham Sonya M. | #N/A | 268.00 | 21.40 | 5,735.20 |
| | Grissom Candis L | #N/A | 220.00 | 3.20 | 704.00 |
| | Iskhakova Yuliya | #N/A | 361.00 | 784.90 | 283,348.90 |
| | Kinne Tanya M | #N/A | 333.00 | 317.80 | 105,827.40 |
| | Klausner Jaime A. | #N/A | 130.00 | 10.20 | 1,326.00 |
| | LaFalce Stephen P. | #N/A | 180.00 | 16.60 | 2,988.00 |
| | Landrio Nikki M. | #N/A | 377.00 | 729.70 | 275,096.90 |
| | Lasko Seth D. | #N/A | 366.00 | 85.30 | 31,219.80 |
| | McIntosh Casey | #N/A | 202.00 | 462.70 | 93,465.40 |
| | Monge Tirsa | #N/A | 349.00 | 460.70 | 160,784.30 |
| | Montani Christine A. | #N/A | 349.00 | 481.30 | 167,973.70 |
| | Nunes Silas T | #N/A | 309.00 | 367.50 | 113,557.50 |
| | Nunez Willie | #N/A | 244.00 | 264.60 | 64,562.40 |
| | Oliver-Weeks Marcella J. | #N/A | 402.00 | 553.00 | 222,306.00 |
| | Paremoud Jana | #N/A | 267.00 | 47.90 | 12,789.30 |
| | Pulsipher Eric K. | #N/A | 321.00 | 469.40 | 150,677.40 |
| | Radic Rudolf | #N/A | 350.00 | 213.30 | 74,655.00 |
| | Reyes Lucinda A. | #N/A | 197.00 | 556.10 | 109,551.70 |
| | Simpson Brian K. | #N/A | 268.00 | 26.80 | 7,182.40 |
| | Stone Adrian | #N/A | 306.00 | 492.70 | 150,766.20 |
| | Suffern Anne C. | #N/A | 344.00 | 137.40 | 47,265.60 |
| | Sweet Karen R | #N/A | 244.00 | 350.10 | 85,424.40 |
| | Szalay Sarah M | #N/A | 196.00 | 351.80 | 68,952.80 |
| | Tineo Nicole L. | #N/A | 437.00 | 363.50 | 158,849.50 |
| | Trujillo Alexandra L. | #N/A | 250.00 | 4.00 | 1,000.00 |
| | Tushaj Diana M. | #N/A | 276.00 | 125.80 | 34,720.80 |
| | Villamayor Fidentino L. | #N/A | 366.00 | 461.00 | 168,726.00 |
| | von Collande Constance M. | #N/A | 345.00 | 550.40 | 189,888.00 |
| | Weaver Scott | #N/A | 335.00 | 663.00 | 222,105.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 322.41 | 11,951.30 | 3,853,159.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 709.29 | 23,540.00 | 16,696,594.60 |
| Associates Total | 385.51 | 45,067.50 | 17,374,162.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 322.41 | 11,951.30 | 3,853,159.00 |
| Blended Attorney Rate | 496.60 | | |
| Total Fees Incurred | | 80,558.80 | 37,923,915.60 |
| **Less 10% Public Interest Discount** | | | (3,792,391.56) |
| **Grand Total** | | | $ 34,131,524.04 |