# **EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-SIXTH INTERIM
PERIOD OF AUGUST 1, 2017 THROUGH NOVEMBER 30, 2017

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 15,772.60 | $ 7,871,901.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 596.50 | 425,541.40 |
| 03 | Feeder Funds | 38.40 | 34,927.40 |
| 04 | Asset Search Recovery and Sale | 1.40 | 1,397.20 |
| 05 | Internal Office Meetings with Staff | 800.30 | 420,866.90 |
| 07 | Billing | 907.20 | 356,746.70 |
| 08 | Case Administration | 2,708.20 | 1,038,697.10 |
| 11 | Press Inquires and Responses | 128.00 | 83,272.40 |
| 12 | Document Review | 8,226.00 | 2,434,359.20 |
| 13 | Discovery - Depositions and Document Productions | 3,630.40 | 1,654,652.40 |
| 14 | International | 9.20 | 6,058.00 |
| 19 | Non-Bankruptcy Litigation | 0.80 | 480.00 |
| 20 | Governmental Agencies | 14.20 | 10,521.90 |
| 21 | Allocation | 41.10 | 30,305.10 |
| 000003 | Stanley Chais | 25.10 | 14,124.60 |
| 000004 | J. Ezra Merkin | 1,939.70 | 1,243,176.30 |
| 000005 | Customer Claims | 2,122.80 | 1,059,049.70 |
| 000007 | Madoff Family | 942.40 | 551,127.50 |
| 000009 | Fairfield Greenwich | 2,230.70 | 1,447,940.50 |
| 000011 | Cohmad Securities Corporation | 7,458.50 | 3,032,060.90 |
| 000012 | Picower | 397.00 | 258,751.90 |
| 000013 | Kingate | 9,482.80 | 3,433,599.20 |
| 000019 | Ruth Madoff | 5.60 | 3,841.20 |
| 000029 | Rye/Tremont | 1,902.70 | 937,638.50 |
| 000030 | HSBC | 1,761.70 | 1,139,134.00 |
| 000032 | LuxAlpha/UBS | 1,462.00 | 878,751.50 |
| 000034 | Citibank | 783.30 | 429,613.00 |
| 000035 | Natixis | 238.80 | 88,732.90 |
| 000037 | ABN AMRO | 375.90 | 192,352.30 |
| 000038 | Banco Bilbao | 15.30 | 4,845.90 |
| 000039 | Fortis | 1,000.40 | 518,547.30 |
| 000040 | Medici Enterprise | 127.70 | 54,770.10 |
| 000042 | Equity Trading | 252.60 | 144,043.90 |
| 000046 | Glantz | 328.10 | 212,087.60 |
| 000047 | Bonventre | 59.00 | 30,476.00 |
| 000051 | Crupi | 99.40 | 47,079.20 |
| 000053 | Magnify | 2,363.30 | 1,246,845.90 |
| 000054 | Mendelow | 38.50 | 24,130.20 |
| 000056 | Lipkin | 25.10 | 13,405.10 |
| 000057 | Perez/O'Hara | 18.10 | 9,503.70 |
| 000058 | PJ Administrators | 166.30 | 98,096.80 |
| 000059 | Stanley Shapiro | 1,140.50 | 535,497.20 |
| 000060 | Avellino & Bienes | 1,085.40 | 535,795.30 |
| 000062 | Subsequent Transfer | 1,065.70 | 528,653.00 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 51.20 | 34,667.50 |
| 000065 | Legacy Capital Ltd | 732.00 | 436,074.40 |
| 000071 | Square One | 757.80 | 349,764.10 |
| 000073 | BNP Paribas | 2,160.00 | 1,331,434.80 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,548.30 | 1,394,842.10 |
| 000077 | Extraterritoriality Appeal | 2,520.80 | 1,293,734.30 |
| Grand Total | | 80,558.80 | 37,923,915.60 |

|  | **Less 10% Public Interest Discount** |  | (3,792,391.56) |
|---|---|---|---|
|  | **Grand Total** |  | $ 34,131,524.04 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|

**Current Application**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 34,131,524.04 |
| | Interim Compensation Paid | | (30,718,371.64) |
| | Interim Compensation Deferred | | $ 3,413,152.40 |

**Prior Applications**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 958,587,744.45 |
| | Interim Compensation Paid | | $ (938,807,195.87) |
| | Interim Compensation Deferred | | $ 19,780,548.58 |