**EXHIBIT D**

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-SIXTH
INTERIM PERIOD OF AUGUST 1, 2017 THROUGH NOVEMBER 30, 2017

| Code | Description | Amount |
|---|---|---:|
| E101 | Copying (E101) | 7,734.30 |
| E102 | Outside Printing (E102) | 21,471.08 |
| E105 | Telephone (E105) | 47.17 |
| E106 | Online Research (E106) | 30,595.18 |
| E107 | Delivery Services/ Messengers (E107) | 8,302.43 |
| E108 | Postage (E108) | 2,409.78 |
| E110 | Out-of-Town Travel (E110) | 50,927.32 |
| E111 | Business Meals, etc. (E111) | 359.00 |
| E112 | Court Fees (E112) | 25,874.63 |
| E113 | Subpoena Fees (E113) | 921.00 |
| E114 | Witness Fees (E114) | 197.08 |
| E115 | Deposition Transcripts (E115) | 74,721.82 |
| E116 | Trial Transcripts (E116) | 5,078.06 |
| E119 | Experts (E119) | 2,975.47 |
| E123 | Other Professionals (E123) | 47,317.37 |
| E124 | Other (E124) | 11,588.48 |
| Grand Total | | $ 290,520.17 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded    $ 15,508,704.59