# Exhibit B

SUMMARY OF TWENTY-FIFTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2017 THROUGH NOVEMBER 30, 2017

| Name | Year Admitted | Aug-Nov 2017 Standard Hourly Rate | Aug-Nov 2017 Total Hours Billed | Aug-Nov 2017 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 610.00 | 419.50 | $ 255,895.00 |
| Kim M. Longo | 2002 | 480.00 | 756.70 | $ 363,216.00 |
| Antonio J. Casas | 1992 | 480.00 | 366.50 | $ 175,920.00 |
| **Total Partners** | | | **1,542.70** | **$795,031.00** |
| **Special Counsel** | | | | |
| Brian W. Kreutter | 2003 | 390.00 | 14.50 | $ 5,655.00 |
| John J. Tepedino | 2005 | 390.00 | 606.50 | $ 236,535.00 |
| **Total Special Counsel** | | | **621.00** | **$242,190.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 545.90 | $ 240,196.00 |
| Carol LaFond | 2000 | 410.00 | 589.60 | $ 241,736.00 |
| Lindsay H. Sklar | 2014 | 370.00 | 382.60 | $ 141,562.00 |
| Alan D. Lawn | 2009 | 365.00 | 540.60 | $ 197,319.00 |
| Craig D. Gottilla | 1999 | 360.00 | 4.00 | $ 1,440.00 |
| Alex Jonatowski | 2007 | 355.00 | 630.00 | $ 223,650.00 |
| **Total Associates** | | | **2,692.70** | **$1,045,903.00** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 250.00 | 1.00 | $ 250.00 |
| Matthew Corwin | | 235.00 | 69.70 | $ 16,379.50 |
| Carilyn Priolo | | 155.00 | 3.50 | $ 542.50 |
| **Total Paraprofessionals** | | | **74.20** | **$ 17,172.00** |

| | | Hours | Total Fees |
|---|---|---|---|
| **Partners** | | 1,542.70 | $795,031.00 |
| **Special Counsel** | | 621.00 | $242,190.00 |
| **Associates** | | 2,692.70 | $1,045,903.00 |
| **Paraprofessionals** | | 74.20 | $17,172.00 |
| **Blended Attorney Rate** | | 428.94 | |
| **GRAND TOTAL** | | 4,930.60 | $ 2,100,296.00 |

{11503705:1}