## **Exhibit C**

SUMMARY OF TWENTY-FIFTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2017 THROUGH AND INCLUDING NOVEMBER 30, 2017

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 387.90 |
| Telephone - Reimbursements | $ | 19.10 |
| Postage | $ | 99.31 |
| Air Courier/Messenger | $ | 1,114.65 |
| Online Research | $ | 6,898.53 |
| Professional Services | $ | 18.08 |
| Search Fees | $ | 1,219.30 |
| Title/Mortgage Costs (Good Faith Settlement) | $ | 6,486.00 |
| Miscellaneous | $ | 64.00 |
| **TOTAL** | **$** | **16,306.87** |

{11503705:1}