**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-FIFTH INTERIM PERIOD OF AUGUST 1, 2017 THROUGH AND INCLUDING NOVEMBER 30, 2017

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 17.60 | $ 7,314.00 |
| | | 007 | Fee Application | 70.30 | 30,092.00 |
| | | 020 | Internal Office Meetings | 3.80 | 1,782.00 |
| | | 041 | Discovery, Document Review, Document Production | 772.80 | 349,715.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,102.80 | 504,062.50 |
| 8 | Madoff Family Entities | 010 | Litigation | 26.30 | 11,183.00 |
| 12 | Credit Suisse | 010 | Litigation | 129.60 | 46,676.50 |
| 13 | Solon Capital | 010 | Litigation | 24.40 | 8,853.00 |
| 14 | Zephyros | 010 | Litigation | 100.80 | 40,449.00 |
| 15 | Mistral | 010 | Litigation | 31.20 | 10,066.50 |
| 16 | Societe Generale | 010 | Litigation | 85.80 | 33,825.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 554.80 | 210,993.00 |
| 18 | Clariden Leu | 010 | Litigation | 51.50 | 18,534.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 30.80 | 11,243.50 |
| 20 | Coordinated Cases | 010 | Litigation | 1,266.60 | 545,581.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 661.50 | 269,925.00 |
| | | | **TOTALS** | **4,930.60** | **$ 2,100,296.00** |

{11503705:1}