# EXHIBIT A

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

----------------------------------x
In Re:

BERNARD L. MADOFF INVESTMENT           Adv.Pro.No.
SECURITIES LLC,                        08-01789(BRL)

        Debtor.
----------------------------------x
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff
Investment Securities LLC,

        Plaintiff,                     Adv.Pro.No.
                                       09-1182(BRL)
        v.

J. EZRA MERKIN, GABRIEL CAPITAL,
L.P., ARIEL FUND LTD., ASCOT
PARTNERS, L.P., GABRIEL CAPITAL
CORPORATION,

        Defendants.
----------------------------------x

                * * *
              CONFIDENTIAL
         VIDEOTAPED DEPOSITION
        OF JEFFREY M. WEINGARTEN
                * * *

        TRANSCRIPT of testimony as reported by NANCY C. BENDISH, Certified Court Reporter, RMR, CRR and Notary Public of the State of New York, at the offices of Baker Hostetler, 45 Rockefeller Plaza, New York, New York, on Wednesday, July 15, 2015, commencing at 10:10 a.m.

**BENDISH REPORTING**
**877.404.2193**

Page 221

```
 1   the money sometime and I managed it for three or
 2   four years.
 3        Q.    Mr. Weingarten, you mentioned that
 4   you're aware that Mr. Merkin took some investors
 5   to meet with Mr. Madoff.  Do you recall that?
 6        A.    I'm sorry, would you say that
 7   again.
 8        Q.    Do you recall that you mentioned
 9   that you were aware that Mr. Merkin took some
10   investors to meet with Mr. Madoff?  Do you
11   recall that?
12        A.    Yes.
13        Q.    If a particular investor had
14   voiced concerns to Mr. Merkin about investing
15   with BLMIS or Mr. Madoff, what would you -- what
16   would you expect Mr. Merkin to do with that
17   information, or that concern?
18        A.    I guess it would depend on what
19   the concern was and -- I guess it would depend
20   on what the concern was.  So, again, I can speak
21   from my own experience.  There were a lot of
22   people with whom I discussed my investment
23   philosophy and process and procedures.  And
24   there were people who thought that in my case I
25   had a very focused approach to investing.  I
```

```
 1   would only have 25 or 30 positions at any one
 2   time, and there were investors who would come to
 3   see me and say they were not happy with the fact
 4   that my fund was too narrow, or they were
 5   unhappy with my degree of exposure at any one
 6   time to the markets.  And I understand that.
 7              Lots of people have different
 8   ideas about how one should invest or have
 9   different ideas about the markets at the time.
10   And they would act accordingly.  It doesn't mean
11   that I'm going to change what I'm doing.
12              So, for example, when Mr. ████
13   decided that he thought Europe was not an
14   attractive place to be, he did something about
15   it.  Not what I would have done, but...
16              So, my experience over 40 years of
17   investing is that if you put 40 people in a
18   room, you'll get 42 opinions on how it should be
19   done.  And at any given point you're going to
20   either agree with them or you're going to just
21   do what you do, and that will be based on what
22   you believe is the right way to do it and based
23   on your knowledge of how you think you can make
24   money.
25        Q.    When you are investing in a hedge
```

1  fund, if a client came to you and said that he
2  or she had concerns about the investment in a
3  hedge fund, what would you do?
4       A.    Again, it would depend on what
5  that concern was.
6       Q.    Okay.
7       A.    So, if -- I'll give you an example
8  now.  I'm a trustee on a trust and we
9  interviewed a number of hedge funds to invest
10 our money, and one of the hedge funds that we
11 invest the trust in is a hedge fund that I
12 actually have money with personally.  It's no
13 conflict of interest, it's all disclosed, and
14 indeed two other trustees also have money.  And
15 one of the trustees raised a concern that this
16 particular hedge fund manager was only about 60
17 percent invested, and he thought that was a
18 concern of his.
19            Well, I knew the fund manager, I
20 knew what his thinking was, I knew why he was
21 only 60 percent invested, and I said, look, I
22 believe in what this guy's doing.  He could only
23 find ideas to fill up 60 percent of the fund,
24 and I don't want to push him to go to 80 percent
25 and then invest in his 15th best idea.

Page 224

```
 1                  So, again, it would depend on what
 2   the concern was and what I thought this person's
 3   knowledge base was about the fund manager versus
 4   my knowledge base of the fund manager.
 5        Q.    And was your knowledge base of the
 6   fund manager based on your discussions with that
 7   fund manager?
 8        A.    Yes, absolutely.  My discussions
 9   with the fund manager, with the fact that I've
10   had money with him now for a number of years, I
11   understand what his philosophy is, understand
12   how he goes about it.  We've had extensive
13   conversations about how he's doing, what he's
14   doing, individual securities that he's invested
15   in.
16              So, I felt that the concern he
17   raised was, number one, not particularly
18   legitimate and, number two, based on what I knew
19   about what the fund manager was trying to do and
20   what his approach was, I just disagreed with his
21   objection.
22        Q.    Are you aware that there was
23   investors of Mr. Merkin's funds who raised
24   concerns that the funds were invested with
25   BLMIS?
```

```
 1              MR. STEINER:  Objection to form.
 2       A.     I don't have any -- I don't have
 3  any recollection of that, but I don't remember
 4  any -- I don't remember seeing anything that
 5  specifically raised that issue.
 6       Q.     Are you aware that investors as
 7  early as 1995 raised concerns about the
 8  consistency of concerns -- of the BLMIS returns?
 9              MR. STEINER:  Objection to form.
10       Q.     To Mr. Merkin?
11              MR. STEINER:  Same objection.
12       A.     Again, I don't -- I'm not aware of
13  any specific objections about consistency or...
14       Q.     If an investor had raised the
15  concern to Mr. Merkin about the consistency of
16  returns, BLMIS returns, what would you expect
17  Mr. Merkin to do?
18       A.     I'm not sure I would expect him to
19  do anything.  I'm not sure if the consistency of
20  returns was something that was a new concept to
21  Mr. Merkin.  I'm not sure that consistency of
22  returns was something that he didn't expect to
23  see in this.  So, again, I'm not sure whether
24  this represented new information to him,
25  unexpected information.
```