IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**FOURTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000294 | 2771 | Debra Brown | Debra Brown | 1B0195 | Becker & Poliakoff, LLP | 7/19/2010 |
| 015233 | 2080 | John F Rosenthal | John F Rosenthal | 1CM162 | Becker & Poliakoff, LLP | 3/24/2010 |
| 004124 | 2786 | Karl Drobitsky | Karl Drobitsky | 1D0050 | Lax & Neville, LLP | 7/20/2010 |
| 002836 | 2694 | The Feldman Rous Grodin Epstein MD PA Profit Sharing Plan, Mark S. Feldman | Feldman Rous Grodin Epstein MD PA Prof Shar Plan 6/25/82 | 1F0005 | Becker & Poliakoff, LLP | 7/14/2010 |
| 003256 | 2694 | The Feldman Rous Grodin Epstein MD PA Profit Sharing Plan, Mark S. Feldman | Feldman Rous Grodin Epstein MD PA Prof Shar Plan 6/25/82 | 1F0005 | Becker & Poliakoff, LLP | 7/14/2010 |
| 003254 | 2112 3413 | Beth P Feldman As Trustee of Trust Dated 11/15/82 | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 | Becker & Poliakoff, LLP | 3/30/2010 12/13/2010 |
| 002837 | 2112 3413 | Beth P Feldman As Trustee of Trust Dated 11/15/82 | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 | Becker & Poliakoff, LLP | 3/30/2010 12/13/2010 |
| 002838 | 2112 3413 | Beth P Feldman As Trustee of Trust Dated 11/15/82 | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 | Becker & Poliakoff, LLP | 3/30/2010 12/13/2010 |
| 003253 | 2112 3413 | Beth P Feldman As Trustee of Trust Dated 11/15/82 | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 | Becker & Poliakoff, LLP | 3/30/2010 12/13/2010 |
| 011572 | 2471 | JIR Enterprises LLC | JIR Enterprises LLC | 1J0060 | Lax & Neville, LLP | 6/24/2010 |
| 006103 | 2349 | Alex Sirotkin | Alexander Sirotkin | 1S0102 | Pro Se Filing | 5/28/2010 |
| 004239 | 2432 | Arlene Turbi Smilow | Turbi Smilow | 1S0329 | Pro Se Filing | 6/14/2010 |
| 001365 | 3096 | Barbara A. Sirotkin, Esq. | Barbara Sirotkin | 1S0513 | Pro Se Filing | 11/1/2010 |
| 002606 | 917 | Calvin Berkowitz and Bertha Berkowitz ITF Peretz Berkowitz | Calvin Berkowitz and Bertha Berkowitz | 1ZA222 | Pro Se Filing | 11/17/2009 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 007953 | 914 | Bertha Berkowitz I/T/F Calvin Berkowitz | Bertha Berkowitz I/T/F Calvin Berkowitz | 1ZA224 | Pro Se Filing | 11/17/2009 |
| 002607 | 916 | Calvin Berkowitz I/T/F Bertha Berkowitz | Calvin Berkowitz I/T/F Bertha Berkowitz | 1ZA225 | Pro Se Filing | 11/17/2009 |
| 001438 | 823 | Leon I & Mikki L Fink Family Trust | Leon I & Mikki L Fink Family Trust | 1ZA355 | Pro Se Filing | 11/13/2009 |
| 001437 | 823 | Dr Leon I Fink MD Retirement Trust | Dr Leon I Fink MD Retirement Trust | 1ZA357 | Pro Se Filing | 11/13/2009 |
| 009124 | 2510 | Deborah Kaye | Deborah Kaye | 1ZA364 | Lax & Neville, LLP | 7/6/2010 |
| 008623 | 2474 | Roger Williams, Executor of the Estate of Barbara L. Laird | Barbara L Laird | 1ZA365 | Lax & Neville, LLP | 6/25/2010 |
| 001436 | 823 | NTC & CO. FBO Leon Fink | Millennium Trust Company, LLC FBO Leon Fink (26908) | 1ZR030 | Pro Se Filing | 11/13/2009 |
| 009605 | 1925 | Abel Kowalsky | Millennium Trust Company, LLC FBO Abel Kowalsky (044469) | 1ZR269 | Pro Se Filing | 2/8/2010 |
| 006933 | 1785 | NTC & CO. FBO Helen Schupak (093010) | Millennium Trust Company, LLC FBO Helen Schupak (093010) | 1ZR331 | Pro Se Filing | 1/20/2010 |

4820-2510-7807.1