**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### [PROPOSED] ORDER GRANTING TRUSTEE'S FOURTEENTH OMNIBUS MOTION TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court disallow any and all claims and overrule objections filed by or on behalf of customers that withdrew more money from BLMIS than they deposited and are thus, in the parlance of this case, net winners, or by customers that withdrew an equal amount to what was deposited or, in the parlance of this case, net zeros (collectively, the "Claimants"); and the Claims[1] to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto under the heading "Claims and Objections", are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
       New York, New York

 

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

IN RE: BLMIS. CASE NO: 08-01789 (SMB)

FOURTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Abel Kowalsky | 009605 | 1925 | Pro Se Filing | Millennium Trust Company, LLC FBO Abel Kowalsky (044469) | 1ZR269 |
| Alex Sirotkin | 006103 | 2349 | Pro Se Filing | Alexander Sirotkin | 1S0102 |
| Arlene Turbi Smilow | 004239 | 2432 | Pro Se Filing | Turbi Smilow | 1S0329 |
| Barbara A. Sirotkin, Esq. | 001365 | 3096 | Pro Se Filing | Barbara Sirotkin | 1S0513 |
| Bertha Berkowitz I/T/F Calvin Berkowitz | 007953 | 914 | Pro Se Filing | Bertha Berkowitz I/T/F Calvin Berkowitz | 1ZA224 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 003254 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 002837 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 002838 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 003253 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Calvin Berkowitz and Bertha Berkowitz ITF Peretz Berkowitz | 002606 | 917 | Pro Se Filing | Calvin Berkowitz and Bertha Berkowitz | 1ZA222 |
| Calvin Berkowitz I/T/F Bertha Berkowitz | 002607 | 916 | Pro Se Filing | Calvin Berkowitz I/T/F Bertha Berkowitz | 1ZA225 |
| Deborah Kaye | 009124 | 2510 | Lax & Neville, LLP | Deborah Kaye | 1ZA364 |
| Debra Brown | 000294 | 2771 | Becker & Poliakoff, LLP | Debra Brown | 1B0195 |
| Dr Leon I Fink MD Retirement Trust | 001437 | 823 | Pro Se Filing | Dr Leon I Fink MD Retirement Trust | 1ZA357 |
| JIR Enterprises LLC | 011572 | 2471 | Lax & Neville, LLP | JIR Enterprises LLC | 1J0060 |
| John F Rosenthal | 015233 | 2080 | Becker & Poliakoff, LLP | John F Rosenthal | 1CM162 |
| Karl Drobitsky | 004124 | 2786 | Lax & Neville, LLP | Karl Drobitsky | 1D0050 |
| Leon I & Mikki L Fink Family Trust | 001438 | 823 | Pro Se Filing | Leon I & Mikki L Fink Family Trust | 1ZA355 |
| NTC & CO. FBO Helen Schupak (093010) | 006933 | 1785 | Pro Se Filing | Millennium Trust Company, LLC FBO Helen Schupak (093010) | 1ZR331 |
| NTC & CO. FBO Leon Fink | 001436 | 823 | Pro Se Filing | Millennium Trust Company, LLC FBO Leon Fink (26908) | 1ZR030 |
| Roger Williams, Executor of the Estate of Barbara L. Laird | 008623 | 2474 | Lax & Neville, LLP | Barbara L Laird | 1ZA365 |
| The Feldman Rous Grodin Epstein MD PA Profit Sharing Plan, Mark S. Feldman | 002836 | 2694 | Becker & Poliakoff, LLP | Feldman Rous Grodin Epstein MD PA Prof Shar Plan 6/25/82 | 1F0005 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| The Feldman Rous Grodin Epstein MD PA Profit Sharing Plan, Mark S. Feldman | 003256 | 2694 | Becker & Poliakoff, LLP | Feldman Rous Grodin Epstein MD PA Prof Shar Plan 6/25/82 | 1F0005 |

4820-2510-7807.1