IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**FIFTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Bryant Roth | 002942 | 2491 | Pro Se Filing | Bryant Roth | 1R0197 |
| Paul Kaye | 009107 | 2447 | Lax & Neville, LLP | Paul Kaye | 1K0200 |
| The Lazarus Investment Group | 010409<br>100201 | 1085<br>3598 | Becker & Poliakoff, LLP | The Lazarus Investment Group | 1ZB375 |