IN RE: BLMIS. CASE NO: 08-01789 (SMB)

FIFTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 009107 | 2447 | Paul Kaye | Paul Kaye | 1K0200 | Lax & Neville, LLP | 6/17/2010 |
| 002942 | 2491 | Bryant Roth | Bryant Roth | 1R0197 | Pro Se Filing | 6/29/2010 |
| 010409<br>100201 | 1085<br>3598 | The Lazarus Investment Group | The Lazarus Investment Group | 1ZB375 | Becker & Poliakoff, LLP | 12/17/2009<br>12/28/2010 |

4829-3127-4079.1