**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Debtor, | SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                              )
                                                           )        ss:
COUNTY OF DALLAS                        )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.      I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On March 19, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Trustee's Fourteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 17366)
   2. Declaration of Vineet Sehgal in Support of the Trustee's Fourteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Exhibits thereto (Docket Number 17367)
   3. Notice of Hearing on Trustee's Fourteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Proposed Order and Exhibit thereto (Docket Number 17368)
   4. Trustee's Fifteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 17369)
   5. Declaration of Vineet Sehgal in Support of the Trustee's Fifteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits thereto (Docket Number 17370)

6. Notice of Hearing on Trustee's Fifteenth Omnibus Motion to Overrule
Objections of Claimants Who Invested More Than They Withdrew with
Proposed Order and Exhibit thereto (Docket Number 17371)

Executed on March 19, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this __19__ day of __March__, 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

Exhibit A

**March 16, 2018**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |