**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>                v.<br><br>ESTATE OF ARMAND L. GREENHALL, PENG YAN, as Personal Representative of the Estate of Armand L. Greenhall, and DEIDRE SWEENEY, as Personal Representative of the Estate of Armand L. Greenhall,<br><br>                Defendants. | Adv. Pro. No. 10-05048 (SMB) |

**STIPULATED ORDER EXTENDING DEFENDANT PENG YAN'S TIME TO RESPOND TO THE TRUSTEE'S MOTION FOR ENTRY OF AN ORDER PURSUANT TO RULES 15 AND 21 OF THE FEDERAL RULES OF CIVIL PROCEDURE, AS INCORPORATED BY RULES 7015 AND 7021 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE, GRANTING THE TRUSTEE LEAVE TO FILE A SECOND AMENDED COMPLAINT AND FOR RELATED RELIEF**

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned herein, that the time by which Defendant Peng Yan may oppose the Trustee's Motion for Entry of an Order Pursuant to Rules 15 and 21 of the Federal Rules of Civil Procedure, as Incorporated by Rules 7015 and 7021 of the Federal Rules of Bankruptcy Procedure, Granting the Trustee Leave to File a Second Amended Complaint and for Related Relief, filed on March 9, 2018, is extended up to and including 5:00 p.m. on Friday, March 23, 2018.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original.

Dated:  New York, New York
        March 21, 2018

| Of Counsel: | */s/ Nicholas J. Cremona* |
|---|---|
| **BAKER & HOSTETLER LLP** | **BAKER & HOSTETLER LLP** |
| 811 Main Street, Suite 1100 | 45 Rockefeller Plaza |
| Houston, Texas 77002-0518 | New York, New York 10111-0100 |
| Telephone: 713.751.1600 | Telephone: (212) 589-4200 |
| Facsimile: 713.751.1717 | Facsimile: (212) 589-4201 |
| Dean D. Hunt | David J. Sheehan |
| Email: dhunt@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

/s/ *Mary Grace White*--------------------
**LAX & NEVILLE, LLP**
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: (212) 696-1999
Brian J. Neville
Email: bneville@laxneville.com
Mary Grace White, Esq.
mwhite@laxneville.com

*Attorneys for Defendant Peng Yan*

**So Ordered this 21st day of March, 2018.**

                                            **/s/ STUART M. BERNSTEIN**

                                            **HONORABLE STUART M. BERNSTEIN**
                                            **UNITED STATES BANKRUPTCY JUDGE**