**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the BNP Paribas Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | CERTIFICATE OF SERVICE |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BNP PARIBAS S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas Securities Services S.A.<br><br>Defendants. | Adv. Pro. No. 12-01576 (SMB) |

I, Richard V. Conza, an attorney admitted to practice in the State of New York, and the Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 20th day of March, 2018, the Notice of Motion to Stay Discovery, dated March 19, 2018, with (Proposed) Order on Motion to Stay Discovery, the Memorandum of Law in Support of the BNP Paribas Defendants' Motion to Stay Discovery and in Opposition to the Trustee's Motion to Compel, dated March 19, 2018, and the Declaration of Donna (Dong) Xu, dated March 19, 2018, with Exhibit, were served by First Class Mail and by electronic mail, as indicated, upon:

BY FIRST CLASS MAIL

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Attn: David J. Sheehan and Torello H. Calvani

Securities Investor Protection Corporation
1667 K Street NW, Suite 1000
Washington, DC 20006-1620
Attn: Kevin H. Bell

BY ELECTRONIC MAIL

dsheehan@bakerlaw.com
bhaa@bakerlaw.com
tcalvani@bakerlaw.com
jforman@bakerlaw.com
jwasick@bakerlaw.com
mmolina@bakerlaw.com

Dated: New York, New York
       March 22, 2018

_____
Richard V. Conza