# EXHIBIT A

MF00368415

7/29/83 ARTHUR & SOFIE BLECKER 1-00215-1-0 1
50 GREAT MILL LANE
GREAT NECK LI 11023

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

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 79,669.58 |
| 7/11 | 7/11 | | 912 | UNITED TECHONLOGIES CORP PFD CONV $3.875 | DELV | | |
| 7/11 | 7/11 | 770 | | UNITED TECHNOLOGIES CORP | RECD | | |
| 7/11 | 7/11 | 370 | | UNITED TECHNOLOGIES CORP | RECD | | |
| 7/11 | 7/18 | | 1170 745 | ROCKWELL INTL CORP | 32 7/8 | | 38,463.75 |
| 7/11 | 7/18 | | 1278 845 | ROCKWELL INTL CORP | 33 | | 42,174.00 |
| 7/13 | 7/20 | 680 | 845 | ROCKWELL INTL CORP PFD SER B CONV $1.35 | 113 3/4 | 77,350.00 | |
| 7/21 | 7/21 | | | CHECK | PW | 2,319.25 | |
| | | | | NEW BALANCE | | | 80,638.08 |

| | | SECURITY POSITIONS | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|
| ROCKWELL INTL CORP | | 2448 | | 80,637.75 | |
| ROCKWELL INTL CORP PFD SER B CONV $1.35 | 680 | | 77,350.00 | | 3,287.75CR |
| | | END OF POSITIONS | 77,350.00 | 80,637.75 | .33CR |

