# EXHIBIT B

| T/DT | S/DT | LONG | SHORT | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
| 8/31/90 | AARON BLECKER | | | 1-00254-9-0 | | 1 |
| | 50 GRIST MILL LANE | | | | | |
| | GREAT NECK   NY 11023 | | | | | |
| | 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 | | | | | |
| | | | | NO BALANCE FORWARD | | |
| 8/14 | 8/14 | | | AMERICAN FILM TECH INC    JRNL | | 47,056.00 |
| | | | | 1WT+4.00=1COM WTS EXP 6/30/93 | | |
| | | | | SUB ACCOUNT | | |
| | | | | NEW BALANCE | | 47,056.00 |

MF00035711