# EXHIBIT C

```
9/30/90   AARON BLECKER                              1-C0254-9-C         1
          50 GRIST MILL LANE
          GREAT NECK        NY 11023
```

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

| T/DT | S/DT | LONG | SHORT | | DEBIT | CREDIT |
|------|------|------|-------|---|-------|--------|
|      |      |      |       | BALANCE FORWARD | | 47,056.00 |
|      |      |      |       | NEW BALANCE | | 47,056.00 |

MF00026351