# EXHIBIT D

| 10/31/90 | AARON BLECKER 50 GRIST MILL LANE GREAT NECK  NY 11023 | | | | 1-00254-9-0 | | 1 |
|---|---|---|---|---|---|---|---|

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

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 47,056.00 |
| 10/17 | 10/17 | | | AMERICAN FILM TECH INC 1WT+4.00=1COM WTS EXP 6/30/93 SUB ACCOUNT | JRNL | 47,056.00* | |
| | | | | NEW BALANCE | | | |

MF00027905