# EXHIBIT E

```
11/30/91   AARON BLECKER                                          1-00254-9-C              1
           50 GRIST MILL LANE
           GREAT NECK            NY 11023


           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


    T/DT  S/DT    LONG    SHORT                                              DEBIT       CREDIT
                                        NO BALANCE FORWARD

    11/12 11/12                    PHL CORP                        JRNL                  75,448.50
                                   1WT+13.425=1COM  EXP 11/12/91
                                   SUB FEE
                                        NEW BALANCE                                      75,448.50
```

MF00475098