# EXHIBIT F

```
12/31/91   AARON BLECKER                              1-00254-9-0              1
           50 GRIST MILL LANE
           GREAT NECK          NY 11023


           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


   T/DT  S/DT    LONG    SHORT                                     DEBIT          CREDIT

                                         BALANCE FORWARD                         75,448.50

  12/20-12/20                         PHL CORP               JRNL  75,448.50
                                      1WT+13.425=1COM  EXP 11/12/91
                                      SUB ACCT

                                         NEW BALANCE
```

MF00472956