# EXHIBIT G

```
5/31/90  ARTHUR BLECKER                                    1-00215-9-0              I
         & SOFIE BLECKER
         50 GRIST MILL LANE
         GREAT NECK           NY 11023

         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

T/DT  S/DT    LONG      SHORT                                      DEBIT         CREDIT

                            NO BALANCE FORWARD

8/14  8/14              AMERICAN FILM TECH INC        JRNL                     130,516.00
                        1WT*4.00=1COM WTS EXP 6/30/93
                        SUB ACCOUNT

                            NEW BALANCE                                        130,516.00
```

MF00035654