# EXHIBIT H

```
9/30/90   ARTHUR BLECKER                              1-00215-9-0         1
          & SOFIE BLECKER
          50 GRIST MILL LANE
          GREAT NECK        NY 11023
```

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

| T/DT | S/DT | LONG | SHORT |  | DEBIT | CREDIT |
|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 130,516.00 |
|  |  |  |  | NEW BALANCE |  | 130,516.00 |

MF00026292