# EXHIBIT I

```
10/31/90   ARTHUR BLECKER                                    1-00215-9-0            1
           & SOFIE BLECKER
           50 GRIST MILL LANE
           GREAT NECK        NY 11023


           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


T/DT  S/DT      LONG      SHORT                                          DEBIT           CREDIT
                                        BALANCE FORWARD                                130,516.00

10/17 10/17                     AMERICAN FILM TECH INC        JRNL     130,516.00
                                1WT*4.00=1COM WTS EXP 6/30/93
                                SUB ACCOUNT

                                NEW BALANCE
```

MF00027845