# EXHIBIT J

MF00475032

```
11/30/91   ARTHUR BLECKER                          1-00215-9-C          1
           & SOFIE BLECKER
           50 GRIST MILL LANE
           GREAT NECK        NY 11023


           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
```

| T/DT | S/DT | LONG | SHORT | | DEBIT | CREDIT |
|------|------|------|-------|--|-------|--------|
| | | | | NO BALANCE FORWARD | | |
| 11/12 | 11/12 | | PHL CORP | JRNL | | 284,690.55 |
| | | | 1WT+13.425=1COM  EXP 11/12/91 | | | |
| | | | SUB FEE | | | |
| | | | NEW BALANCE | | | 284,690.55 |