# EXHIBIT K

MF00472888

12/31/91   ARTHUR BLECKER                                    1-00215-9-0              1
           & SOFIE BLECKER
           50 GRIST MILL LANE
           GREAT NECK          NY 11023

           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

| T/DT  S/DT   LONG   SHORT |  | DEBIT | CREDIT |
|---|---|---|---|
| | BALANCE FORWARD | | 284,690.55 |
| 12/20 12/20   PHL CORP                    JRNL | | 284,690.55 | |
| 1WT+13.425=1COM  EXP 11/12/91 | | | |
| SUB ACCT | | | |
| | NEW BALANCE | | |