# EXHIBIT M

1/10/86  AARON BLECKER
          70 SPRIT MILL LANE
          GREAT NECK           NY 11023                         1-00214-1-0

          516-411-8747

| T/DT | S/DT | LONG | SHORT | | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | | 102,906.51 |
| 11/07 | 11/07 | 400 | | TW+ INC | | RECD | | |
| 11/07 | 11/07 | 1017 | | TW+ INC | | RECD | | |
| 11/07 | 11/07 | | 400 | TW+ INC | | DELV | | |
| | | | | PREF SER 1 CONV $4.40 | | | | |
| 11/10 | 11/10 | 940 | | 37 HOLIDAY CORP | 107 | 1/2 | 99,975.00 | |
| | | | | SER A CONV $1.70 | | | | |
| 11/11 | 11/11 | | 400 | 3% HOLIDAY CP DELA | 74 | 5/8 | | 29,850.00 |
| 11/11 | 11/11 | | 995 | 3% HOLIDAY CP DELA | 74 | 1/2 | | 74,127.50 |
| 11/24 | 11/24 | | | CHECK TW | | PW | 2,905.51 | |
| | | | | NEW BALANCE | | | | 104,002.50 |

| | | | SECURITY POSITIONS | | LONG | SHORT | DIFFERENCE |
|---|---|---|---|---|---|---|---|
| HOLIDAY CP DELA | | | 1395 | | | 103,977.50 | |
| HOLIDAY CORP | | 935 | | | 99,975.00 | | |
| SER A CONV $1.70 | | | | | | | 4,002.50CR |
| | | | END OF POSITIONS | | 99,975.00 | 103,977.50 | 25.00CR |

MF00077783