# EXHIBIT N

```
12/31/89   ARTHUR BLECKER                                    1-00215-1-0              1
           & SOFIE BLECKER
           50 GRIST MILL LANE
           GREAT NECK           NY 11023


           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


  T/DT  S/DT    LONG     SHORT                                    DEBIT           CREDIT

                                      BALANCE                                   286,190.47

 11/28 12/05   118000          93 WESTINGHOUSE ELECTRIC    231   275,825.00
                                  SUB DEB CONV
                                   9.000   8/15/2009
 12/01 12/08            1700   94 WESTINGHOUSE ELEC CO     75 1/4               127,925.00
 12/01 12/08            2106   95 WESTINGHOUSE                                  158,213.25
 12/11 12/11                      CHECK                            8,040.00
 12/08 12/21                      WESTINGHOUSE                                       33.93
                                  FRACTIONAL SHARES

                                      NEW BALANCE                               287,697.65



                                SECURITY POSITIONS              LONG           SHORT         DIFFERENCE


 WESTINGHOUSE ELECTRIC CORP   118000                         275,825.00
 SUB DEB CONV
  9.000  8/15/2009
 WESTINGHOUSE ELEC CO          3806                                         286,172.18    10,347.19CR

                                END OF POSITIONS             275,825.00     286,172.18     1,525.47CR
```