# EXHIBIT O

```
12/31/89  AARON BLECKER                          1-00254-1-0         1
          50 GRIST MILL LANE
          GREAT NECK        NY 11023


          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


T/DT   S/DT    LONG    SHORT                              DEBIT        CREDIT

                                   BALANCE                            103,187.33

11/28  12/05   42000       165 WESTINGHOUSE ELEC CO      98,175.00
                               SUB DEB CONV
                                 9.000   8/15/2009
12/01  12/08           600 166 WESTINGHOUSE ELEC CO  73 1/4            45,150.00
12/01  12/08           754 167 WESTINGHOUSE              56,644.25
12/13  12/13                   CHECK                      5,187.25
12/05  12/21                   WESTINGHOUSE                                63.01
                               FRACTIONAL SHARES

                               NEW BALANCE                            103,682.34



                               SECURITY POSITIONS         LONG         SHORT      DIFFERENCE

WESTINGHOUSE ELECTRIC CORP     42000                     98,175.00
SUB DEB CONV
  9.000   8/15/2009
WESTINGHOUSE ELEC CO           1354                                   101,857.26   3,682.26CR
                               END OF MONTH              98,175.00    101,857.26   1,825.00CR
```

MF00052809