# EXHIBIT P

```
4/30/94   ARTHUR BLECKER                                    1-80023-1-0
          & SOFIE BLECKER J/T WROS
          50 GRIST MILL LANE
          GREAT NECK         NY 11023


          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


   T/DT  S/DT     LONG      SHORT
                                       BALANCE FORWARD
   4/04  4/04               242000  COMCAST CORP                          DELV
                                    SUB DEB CONV
                                      7.000   2/27/2001
   4/04  4/04      3700              COMCAST CORP                          RECD
   4/04  4/04     16035              COMCAST CORP                          RECD
   4/04  4/04              222 39541 FIDELITY CASH RESERVES SBI   1
   4/04  4/11      7180     19105    AUTOZONE INC                52  7/8
   4/15  4/15                        CHECK COMCAST                         PM
   4/04  4/20                        FIDELITY CASH RESERVES SBI            DIV
                                     DIV  4/04/94
   4/04  4/28           11800 36292  AUTOZONE INC                26  5/8
   4/04  4/28            2560 36293  AUTOZONE INC                26  1/2
   4/28  4/28      7180              AUTOZONE INC                          RECD
                                     2 FOR 1 STOCK SPLIT 4/28/94
   4/29  4/29    350000     80191    U S TREASURY BILL           99.230
                                     DUE 7/07/1994
   4/29  4/29     34713     82926    FIDELITY CASH RESERVES SBI   1

                                     NEW BALANCE



                                     SECURITY POSITIONS


   FIDELITY CASH RESERVES SBI         34713
   U S TREASURY BILL                 350000
   DUE 7/07/1994

                                     END OF POSITIONS
```