# EXHIBIT C

# Joseph F. Keenan
Attorney at Law
114-04 Beach Channel Drive, Suite 9
Rockaway Park, New York 11694

jfkeenan@joekeenanlaw.com          718 747-8850          facsimile: 718 306-9761

*Via Priority Mail*

July 28, 2016

Edward Jacobs, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza
New York, NY 10111

Re: Picard v Estate of Armand L. Greenhall, et al
    Adversary Proceeding 10-05048 (SMB)

Dear Mr. Jacobs:

Enclosed please find the Defendant, Deidre Sweeney's, Response to the Trustee's First Set of Request for Production of Documents and three disks containing the responsive documents.

Please contact me if you have any questions.

Very truly yours,

Joseph F. Keenan

cc: Brian J. Neville, Esq.