# EXHIBIT D

# Mary Grace White

| | |
|---|---|
| **From:** | Steven Davis |
| **Sent:** | Friday, December 18, 2015 4:39 PM |
| **To:** | 'mhirschfield@bakerlaw.com'; 'avanderwal@bakerlaw.com'; 'jfkeenan@joekeenanlaw.com' |
| **Cc:** | Brian Neville; Raquel Kraus |
| **Subject:** | Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Peng Yan (10-ap-05048) |
| **Attachments:** | Initial Disclosures (Yan).pdf |

Dear All:

Attached please find the Defendant's Initial Disclosures in the above-captioned matter.

Regards,

Steven Davis, J.D.
Senior Law Clerk
Lax & Neville LLP



1450 Broadway, 35th Floor
New York, NY 10018
T: 212.696.1999
F: 212.566.4531
E: sdavis@laxneville.com
www.laxneville.com

This message is intended only for the use of the individual or entity to which it is addressed, and may contain information that is PRIVILEGED, CONFIDENTIAL and exempt from disclosure under applicable law. If the reader of this message is not the intended recipient, or the employee or agent responsible for delivering the message to the intended recipient, you are hereby notified that any dissemination, distribution or copying of this communication is strictly prohibited. If you have received this communication in error, please notify the sender immediately and return the original to the sender without making a copy. Thank you.