**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>        v.<br><br>AMERICAN SECURITIES MANAGEMENT, L.P., formerly known as AMERICAN SECURITIES, L.P., *et al.*<br><br>        Defendants. | Adv. Pro. No. 10-05415 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND**
**RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**APPROVING SETTLEMENT AGREEMENTS BY AND AMONG THE TRUSTEE**
**AND DEFENDANTS IN ADVERSARY PROCEEDING NO. 10-05415**

Upon the motion (the "Motion")[1] of Irving H. Picard (the "Trustee"), as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa-*lll,* and the substantively consolidated Chapter 7 estate of

Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure, approving the agreements by and between the Trustee on the one hand,

and the Defendants identified in <u>Exhibit A</u> to the Motion (collectively, "<u>Transferees</u>"), on the other

hand, as more particularly set forth in the agreement annexed as <u>Exhibit B</u> to the Motion (the

"<u>Agreement</u>") [ECF No. 166]; and it appearing that due and sufficient notice has been given to all

parties in interest as required by Rule 2002 and 9019 of the Federal Rules of Bankruptcy

Procedure; and the Court having considered the Affidavit of Irving H. Picard in support of the

Motion; and it further appearing the relief sought in the Motion is appropriate; and it further

appearing that this Court has jurisdiction to consider the Motion and the relief requested therein

pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing

therefor; it is

~~ORDERED, that the Motion is granted; and it is further~~  **3/26/2018 (SMB)**

ORDERED, that the Agreement between the Trustee and the Transferees is hereby

approved and authorized; and it is further

ORDERED, that each of the Trustee and the Transferees shall comply with and carry out

the terms of the Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters arising

from or related to this Order.

**Dated:  March 26, 2018**
        **New York, New York**

**/s/ STUART M. BERNSTEIN**

_____
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

- 2 -