**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 28, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.   **10-05048; Picard v. Estate of Armand L. Greenhall, et al.**

   A.   Memorandum Of Law In Support Of The Trustee's Motion For Entry Of An
        Order Pursuant To Rules 15 And 21 Of The Federal Rules Of Civil Procedure, As
        Incorporated By Rules 7015 And 7021 Of The Federal Rules Of Bankruptcy
        Procedure, Granting The Trustee Leave To File A Second Amended Complaint
        And For Related Relief filed by Nicholas Cremona on behalf of Irving H. Picard,
        Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and
        Bernard L. Madoff (Filed: 3/9/2018) [ECF No. 71]

B.      Declaration Of Nicholas J. Cremona In Support Of The Trustee's Motion For
        Leave To File A Second Amended Complaint And For Related Relief filed by
        Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of
        Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed:
        3/9/2018) [ECF No. 72]

C.      Notice Of Motion And Motion For Entry Of An Order Pursuant To Rules 15 And
        21 Of The Federal Rules Of Civil Procedure, As Incorporated By Rules 7015 And
        7021 Of The Federal Rules Of Bankruptcy Procedure, Granting The Trustee
        Leave To File A Second Amended Complaint And For Related Relief filed by
        Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of
        Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed:
        3/9/2018) [ECF No. 73]

Objections Due:          March 21, 2018

Objections Filed:

D.      Opposition to Motion for Leave to Amend filed by Barry R. Lax on behalf of
        Peng Yan, individually and as Personal Representative of the Estate of Armand L.
        Greenhall (Filed: 3/23/2018) [ECF No. 76]

E.      Affirmation in Support of Opposition to Motion for Leave to Amend filed by
        Barry R. Lax on behalf of Peng Yan, individually and as Personal Representative
        of the Estate of Armand L. Greenhall (Filed: 3/23/2018) [ECF No. 77]

Reply Filed:

F.      Reply In Support Of The Trustees Motion For Entry Of An Order Pursuant To
        Rules 15 And 21 Of The Federal Rules Of Civil Procedure, As Incorporated By
        Rules 7015 And 7021 Of The Federal Rules Of Bankruptcy Procedure, Granting
        The Trustee Leave To File A Second Amended Complaint And For Related
        Relief filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the
        Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L.
        Madoff (Filed: 3/26/2018) [ECF No. 78]

G.      Declaration Of Nicholas J. Cremona In Support Of The Trustee's Motion For
        Leave To File A Second Amended Complaint And For Related Relief filed by
        Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of
        Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed:
        3/26/2018) [ECF No. 79]

Related Documents:

H.    So Ordered Stipulation And Order Between The Trustee And Defendant Peng
Yan Signed On 3/21/2018 Re: Extending The Defendant's Time To Respond To
The Trustee's Motion For Entry Of An Order Pursuant To Rule 15 And 21 Of The
Federal Rules Of Civil Procedure, As Incorporated By Rules 7015 And 7021 Of
The Federal Rules Of Bankruptcy Procedures, Granting The Trustee Leave To
File A Second Amended Complaint And For Related Relief (Filed: 3/22/2018)
[ECF No. 75]

Status:        This matter is going forward.

2.    **10-05354; Picard v. ABN AMRO Bank, N.V.**

A.    RBS/ABN's Rule 7054(a) Motion to Revise the Memorandum Decision and
March 3, 2017 Order to Dismiss Clawback Claims for Subsequent Transfers from
Rye Select Broad Market XL Portfolio Limited filed by Michael S. Feldberg on
behalf of ABN AMRO Bank N.V. (presently known as The Royal Bank of
Scotland, N.V.) (Filed 3/1/2018) [ECF No. 155]

B.    Memorandum of Law in Support of RBS/ABN's Rule 7054(a) Motion to Revise
the Memorandum Decision and March 3, 2017 Order to Dismiss Clawback
Claims for Subsequent Transfers from Rye Select Broad Market XL Portfolio
Limited filed by Michael S. Feldberg on behalf of ABN AMRO Bank N.V.
(Filed: 3/1/2018) [ECF No. 156]

C.    Declaration of Michael S. Feldberg in Support of RBS/ABN's Rule 7054(a)
Motion to Revise the Memorandum Decision and March 3, 2017 Order to
Dismiss Clawback Claims for Subsequent Transfers from Rye Select Broad
Market XL Portfolio Limited filed by Michael S. Feldberg on behalf of ABN
AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)
(Filed: 3/1/2018) [ECF No. 157]

Objections Due:        3/21/2018

Objections Filed:

D.    Memorandum Of Law In Opposition To The Request For Judicial Notice And
Rule 7054(A) Motion To Revise The Memorandum Decision filed by David J.
Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff (Filed: 3/21/2018) [ECF No. 161]

Reply Filed:

E.    Reply to Motion to Revise the Memorandum Decision and March 3, 2017 Order

3

to Dismiss Clawback Claim for Subsequent Transfers from Rye Select Broad
Market XL Portfolio Limited filed by Michael S. Feldberg on behalf of ABN
AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)
(Filed: 3/26/2018) [ECF No. 163]

Status:    This matter is going forward.

3.    **12-01576; Picard v. BNP Paribas S.A., et al.**

A.    Notice of Motion to Compel filed by David J. Sheehan on behalf of Irving H.
Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities
LLC (Filed: 2/9/2018) [ECF No. 118]

B.    Memorandum of Law in Support of the Trustee's Motion to Compel Defendants
to Produce Documents filed by David J. Sheehan on behalf of Irving H. Picard,
Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC
(Filed: 2/9/2018) [ECF No. 119]

C.    Declaration of Jonathan A. Forman, Esq. in Support of the Trustee's Motion to
Compel Defendants to Produce Documents filed by David J. Sheehan on behalf of
Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC (Filed: 2/9/2018) [ECF No. 120]

Objections Due:    March 23, 2018

Objections Filed:

D.    Memorandum of Law in Support of the BNP Paribas Defendants' Motion to Stay
Discovery and in Opposition to the Trustee's Motion to Compel filed by Breon
Peace on behalf of BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust
Cayman Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A. (Filed:
3/19/2018) [ECF No. 127]

Status:    This matter is going forward.

4.    **12-01576; Picard v. BNP Paribas S.A., et al.**

A.    Notice of Motion to Stay Discovery filed by Breon Peace on behalf of BNP
Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP
Paribas S.A., BNP Paribas Securities Services S.A. (Filed: 3/19/2018) [ECF No.
125]

B.    Declaration of Donna (Dong) Xu, dated March 19, 2018, in Support of the BNPP
Defendants' Motion to Stay Discovery filed by Breon Peace on behalf of BNP
Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP

Paribas S.A., BNP Paribas Securities Services S.A. (Filed: 3/19/2018) [ECF No. 126]

C.    Memorandum of Law in Support of the BNPP Defendants' Motion to Stay Discovery and in Opposition to the Trustee's Motion to Compel filed by Breon Peace on behalf of BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A. (Filed: 3/19/2018) [ECF No. 127]

<u>Objections Due</u>:        March 23, 2018

<u>Objections Filed</u>:

D.    Memorandum of Law in Opposition to Defendants' Cross-Motion to Stay Discovery filed by David J. Sheehan on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC (Filed: 3/23/2018) [ECF No. 131]

<u>Reply Filed</u>:

E.    Reply Memorandum of Law in Further Support of the BNP Paribas Defendants' Motion to Stay Discovery filed by Breon Peace on behalf of BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust Cayman Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A. (Filed: 3/26/2018) [ECF No. 132]

<u>Status</u>:        This matter is going forward.

Dated:  March 27, 2018
New York, New York

By:    */s/David J. Sheehan*_____
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*