**Baker & McKenzie LLP**

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe
Advogados

VIA ECF AND EMAIL

March 27, 2018

The Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

***Picard v. South Ferry Bldg. Co. et al.*, Adv. Pro. Nos. 10-4387, 10-4488, 10-4350, and 10-5110**

Dear Judge Bernstein:

We represent each of the defendants in the Lowrey, South Ferry, South Ferry 2, and Mesora proceedings referenced above. Our clients are preparing to file joint objections to this Court's March 22, 2018 Proposed Findings of Fact and Conclusions of Law entered in each adversary proceeding.

Under Bankruptcy Rule 9033(b), objections are due by April 5, 2018. Under Rule 9033(c), that time period may be extended by the bankruptcy court for up to 21 days for cause. On behalf of our clients, we request the Court extend the time for filing their objections the full 21 days—to April 26, 2018. This time is necessary to adequately confer with our clients and address the issues raised in the four different consolidated cases in a single consolidated objection.

Counsel for the Trustee and SIPC consent to this request, provided that defendants consent to their request to have 30 days to file their responses. Our clients have no objection to the Trustee's and SIPC's requests for additional time.

Respectfully,

/s/ *Richard A. Kirby*

Richard A. Kirby
+1 202 452 7020
richard.kirby@bakermckenzie.com

Cc:     Nicholas Cremona
        Keith Murphy
        Kevin Bell

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.