**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>    Defendants. | Adv. Pro. No. 09-01182 (SMB) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR ORAL ARGUMENT ON MARCH 28, 2018 AT 2:00 P.M.**

# CONTESTED MATTER

I. **Adv. No. 09-01182;** *Picard v. Merkin, et al.* **– Defendants' Motion for Reargument and Scheduling Conference**

    A.    Joint Motion for Reargument FRCP 59 / Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by Neil A. Steiner on behalf of Ascot Fund Ltd., Ascot Partners, L.P., Gabriel Capital Corporation, J. Ezra Merkin (Filed: 2/5/2018) [ECF No. 430]

    B.    Memorandum of Law in Support of Defendants' Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by Neil A. Steiner on behalf of Ascot Fund Ltd., Ascot Partners, L.P., Gabriel Capital Corporation, J. Ezra Merkin (Filed: 2/5/2018) [ECF No. 431]

    C.    Declaration of Mariel R. Bronen in Support of Defendants' Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by Neil A. Steiner on behalf of Ascot Fund Ltd., Ascot Partners, L.P., Gabriel Capital Corporation, J. Ezra Merkin (Filed: 2/5/2018) [ECF No. 432]

<u>Objections Due:</u>            March 1, 2018

<u>Objection Filed</u>:

    D.    Trustee's Memorandum of Law in Opposition to Defendants' Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/1/2018) [ECF No. 434]

    E.    Declaration of Lan Hoang in Support of Trustee's Memorandum of Law in Opposition to Defendants' Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/1/2018) [ECF No. 435]

<u>Replies Due:</u>              March 15, 2018

<u>Reply Filed</u>:

    F.    Joint Memorandum of Law Reply in Support of Their Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by Neil A. Steiner on behalf of Ascot Fund Ltd., Ascot Partners, L.P., Gabriel Capital Corporation, J. Ezra Merkin (Filed: 3/15/2018) [ECF No. 437]

G.   Declaration Reply of Mariel R. Bronen in Support of Motion to Reargue the Court's January 22, 2018 Order Excluding the Opinions and Testimony of Jeffrey M. Weingarten filed by Neil A. Steiner on behalf of Ascot Fund Ltd., Ascot Partners, L.P., Gabriel Capital Corporation, J. Ezra Merkin (Filed: 3/15/2018) [ECF No. 438]

Related Filings:

G.   Order Granting Signed On 1/22/2018 Re: Trustees Motion *In Limine* Number 3 To Exclude The Opinions And Testimony Of Jeffrey M. Weingarten (Entered: 1/23/2018) [ECF No. 427]

H.   So Ordered Stipulation Signed On 2/13/2018. Re: The Briefing Schedule For Defendants' Motion To Reargue The Court's January 22, 2018 Order Excluding The Opinions And Testimony Of Jeffrey M. Weingarten (Entered: 2/14/2018) [ECF No. 433]

Status:   This matter is going forward.

Dated:  March 27, 2018
        New York, New York

BAKER & HOSTETLER LLP

*/s/ Lan Hoang*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Lan Hoang
Email: lhoang@bakerlaw.com
Brian W. Song
Email: bsong@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*