# EXHIBIT B

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number:        **007382**

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**     RECEIVED

MAR 0 9 2009

(Please print or type)

Name of Customer: MAGNIFY INC.

Mailing Address: c/o YAIR GREEN, ATTORNEY AT LAW, 24 RAMBAN ST

City: JERUSALEM          State: _____          Zip: 92422  ISRAEL

Account No.: 1-FN025-30

Taxpayer I.D. Number (Social Security No.): _____

**NOTE:**     **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

*********************************************************************

1.     Claim for money balances as of **December 11, 2008**:

a.     The Broker owes me a Credit (Cr.) Balance of          $_____

b.     I owe the Broker a Debit (Dr.) Balance of          $_____

c.     If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.          $_____

d.     If balance is zero, insert "None."          _____NONE_____

502180406          1

MWPTAP00414799

2.      Claim for securities as of **December 11, 2008**:

## PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| LAST KNOWN EVALUATION JUNE 30 2008 | AS PER ATTACHED STATEMENT | $768,127,744.66 | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

MWPTAP00414800

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | _____ | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: N/A _____

_____

502180406

3

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  04. Feb. 2009          Signature _____

Date _____     Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                            4



MWPTAP00414802

**Legalization**

Seen to legalize the signature produced in my presence by <u>Dr. Kurt Brunner</u>, born | **Redacted** |
from | **Redacted** |, residing in | **Redacted** | President of Board with individual signature, of
Magnity Inc., Avenida Samuel | **Redacted** | personally known
to the notary public:

| **Redacted** | February 4th, 2009



The Notary Public:

---

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1  Land Schweizerische Eidgenossenschaft, Kanton Glarus
   Country Swiss Confederation, Canton of Glarus
   Diese öffentliche Urkunde / This public document

2  ist unterschrieben von .................................................
   has been signed by **lic. iur. Melanie Imfeld,** | **Redacted** |

3  in seiner Eigenschaft als
   acting in the capacity of **Notary Public**

4  Sie ist versehen mit dem Stempel/Siegel der (der) bears the stamp/seal of
   **lic. iur. Melanie Imfeld**

5  In / to 8750 Glarus          Bestätigt / Certified
6                               6 am / the  **4th February 2009**
7  durch die Staatskanzlei des Kantons Glarus
   by Chancery of State of the Canton of Glarus
8  unte. / under Nr  **8502**
9  Stempel / Siegel / Stamp / seal    10. Unterschrift / Signature

Hj. Dürst



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Magnify Inc.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Magnify Inc. portfolio evaluation is as follows:

Securities Held for the Account of
"Magnify Inc."
Account # 1-FN025-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 46,321 | 1 | 46,321.00 |
| U.S. TREASURY BILL DUE  8/21/2008 | 57,000,000 | 0.99753 | 56,859,210.00 |
| U.S. TREASURY BILL DUE  8/28/2008 | 53,000,000 | 0.99720 | 52,851,600.00 |
| U.S. TREASURY BILL DUE  9/4/2008 | 67,000,000 | 0.99687 | 66,790,290.00 |
| U.S. TREASURY BILL DUE  9/11/2008 | 67,600,000 | 0.99663 | 67,372,188.00 |
| U.S. TREASURY BILL DUE  9/18/2008 | 65,000,000 | 0.99611 | 64,747,150.00 |
| U.S. TREASURY BILL DUE  9/25/2008 | 62,000,000 | 0.99589 | 61,745,180.00 |
| U.S. TREASURY BILL DUE  10/2/2008 | 68,500,000 | 0.99527 | 68,175,995.00 |
| U.S. TREASURY BILL DUE  10/9/2008 | 68,000,000 | 0.99492 | 67,654,560.00 |
| U.S. TREASURY BILL DUE  10/16/2008 | 64,500,000 | 0.99454 | 64,147,830.00 |
| U.S. TREASURY BILL DUE  10/23/2008 | 70,000,000 | 0.99415 | 69,590,500.00 |
| U.S. TREASURY BILL DUE  10/30/2008 | 70,000,000 | 0.99373 | 69,561,100.00 |
| U.S. TREASURY BILL DUE  11/6/2008 | 59,000,000 | 0.99298 | 58,585,820.00 |

**Net Market Value of Open Security Positions**   $ 768,127,744.00

**Cash Balance**   0.66

**Total Equity**   $ 768,127,744.66

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MWPTAP00414804

# YAIR GREEN & CO.
## Law Firm & Notary

Jerusalem
February 12, 2009

<div dir="rtl">

י א י ר   ג ר י ן   ו ש ו ת ׳
משרד עורכי־דין ונוטריון

</div>

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E - m a i l :  j r @ y g r e e n . c o . i l

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E - m a i l :  r g @ y g r e e n . c o . i l

<div dir="rtl">

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820  פקס: 02-5666665
E - m a i l :  j r @ y g r e e n . c o . i l

רחוב אבא הלל 15, רמת־גן 52522
טלפון: 03-7514980  פקס: 03-5754820
E - m a i l :  r g @ y g r e e n . c o . i l

</div>

YAIR GREEN

AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN
SHAHAR ELON

<div dir="rtl">

יאיר גרין

אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן
שחר אלון

</div>

Irving H. Picard, Esq.
**Trustee for Bernard L. Madoff Investment Securities LLC**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**
**U S A**                              **Via Certified Mail, Return Receipt**

Dear Mr. Picard,

### Re: <u>Customer Claim – Magnify Inc.</u>

Attached please find two customer claim forms in respect of the Magnify Inc., which held securities accounts with Bernard L. Madoff Investment Securities LLC in New York under account number 1-FN025-30 and account number 1-FN024-30.

Appended to the claim forms are the last known evaluations of the above accounts, as of June 30, 2008.

The forms were signed by the company's sole director, Dr. Kurt Brunner, duly notarized and an Apostille affixed, since they were signed outside the Untied States.

Please acknowledge receipt of the forms and appended material.

Sincerely,

*YAIR GREEN*

Yair Green, Attorney at Law

MWPTAP00414805





5.60 ישראל israel

5.60 ישראל israel

israel ישראל

israel ישראל

ד'ני גרין בני יאיר ושו'
עורכי דין ונוטריון מחלקת העסקים
יזום ת.ד 92422 ירושלים 24 רחוב רמבם
02-5666665 :טלפן   02-5618820 :פקס
52522 גן רמת ,15 הלל אבא רחוב
03-5754820 :פקס   03-7514980 :טלפן

YAIR GREEN & CO.
Law Firm & Notary

24 Rambam St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820   Fax: 02-5666665

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980   Fax: 03-5754820

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
U S A

רשום איירמייל + AR
REGISTERED + AIR
RA215261100 IL

723-0016

(608/3757)

www.israelpost.co.il

MWPTAP00414806