# EXHIBIT C

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York

Claim Number:     **005611**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**
**MAR 0 2 2009**

## DECEMBER 11, 2008

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Provide your office and home telephone no.

OFFICE: **Redacted**

HOME: **Redacted**

Taxpayer I.D. Number (Social Security No.)

Account Number:   1FN037
THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR

**Redacted**

(If incorrect, please change)

**NOTE:**     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*****************************************************************************

1.      Claim for money balances as of **December 11, 2008** :
        a.      The Broker owes me a Credit (Cr.) Balance of        $_____
        b.      I owe the Broker a Debit (Dr.) Balance of           $_____

MWPTAP00352529

c.   If you wish to repay the Debit Balance,

please insert the amount you wish to repay and

attach a check payable to "Irving H. Picard, Esq.,

Trustee for Bernard L. Madoff Investment Securities LLC."

If you wish to make a payment, **it must be enclosed**

with this claim form.                                   $ _____

d.   If balance is zero, insert "None."                 _____

2.   Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   | YES | NO |
|---|---|---|
| a.  The Broker owes me securities | ✓ | |
| b.  I owe the Broker securities | | ✓ |

c.   If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| Last Known transactions: November 2008 | As per attached statement | US$ 51,543,614.10 | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or**

502180406                                    2

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | ✓ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | ✓ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | ✓ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | ✓ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | ✓ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | ✓ |

3

MWPTAP00352531

9.   Have you or any member of your family
     ever filed a claim under the Securities
     Investor Protection Act of 1970?  if
     so, give name of that broker.                                    ✓
     _____    _____

     Please list the full name and address of anyone assisting you in the
     preparation of this claim form:_____
     _____.

If you cannot compute the amount of your claim, you may file an estimated claim.  In that
case, please indicate your claim is an estimated claim.


**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**


**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

עמותת ישעיה הורוויץ
**YESHAYA HOROWITZ ASC.**

Date _January 26, 2009_          [Redacted] Signature   _Ayshe Wehia_

Date _January 26, 2009_          Signature   _H Att_

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)


**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

MWPTAP00352532

מס׳ תשס״ט 21/2009

**אימות חתימה**

אני החי״מ <u>דניאל עזריאל</u> נוטריון מרחוב [ **Redacted** ] מאשר כי ביום <u>11.2.09</u> ניצבו לפני
במשרדי <u>מר הנרי אטלן</u> שזהותו הוכחה לי על פי <u>ת.ז. מספר</u> [Redacted] שניתנה <u>בירושלים</u> ביום
[Redacted] <u>וגב׳ איילה נהיר</u> שזהותה הוכחה לי על פי <u>ת.ז. מספר</u> [Redacted] שניתנה <u>בירושלים</u> ביום
<u>8.11.2000</u> בשם <u>עמותת ישעיה הורוויץ</u>, מס׳ עמותה [Redacted]
וחתמו מרצונם החופשי על המסמך שלעיל המצורף והמסומן באות/ במספר א׳ .

ולראיה הנני מאמת את חתימתם של מר הנרי אטלן וגב׳ איילה נהיר  בחתימת ידי ובחותמי, היום
<u>11.2.09</u>

סה״כ חינם .


 **Form No.21/2009**


## AUTHENTICATION OF SIGNATURE

I the undersigned, AZREIL DANIEL, Notary at [ **Redacted** ] hereby certify that
there appeared before me at my office <u>Mr Henry Atlan</u> whose identity was proved to me
by <u>israeli ID No</u> [Redacted] issued by israel on [Redacted] and <u>Mrs Ayala Nahir</u> whose
identity was proved to me by <u>israeli ID No.</u> [Redacted] issued by israel on <u>8.11.2000</u> on
behalf of the <u>Yeshaya Horowitz association</u> and signed of their own free will the above
document (the attached document marked) A (the document overleaf).

In witness whereof I hereby authenticate the signature of <u>Mr Henry Atlan</u> and <u>Mrs Ayala
Nahir</u> by my own signature and seal today <u>11.2.09</u>

<u>nis gratis</u>



**Signature**

**Notary's seal**



MWPTAP00352533

ILANA SHVIV   ILANA SHVIV

# APOSTILLE
## (Convention de la Haye du 5 Octobre 1961)

12 -02- 2009   12 -02- 2009

ILANA SHVIV                                    SHVIV

| 1. | **STATE OF ISRAEL**  This public document | **מדינת ישראל** מסמך ציבורי זה | .1 |
| 2. | Has been signed by  Advocate DANIEL AZRIEL | נחתם בידי עו"ד | .2 |
| 3. | acting in capacity of Notary. | המכהן בתור נוטריון. | .3 |
| 4. | bears the seal/stamp of  the above Notary | נושא את החותם/החותמת של הנוטריון הנ"ל | .4 |
| | **Certified** | **אושר** | |
| 5. | at the Magistrates' Court, Jerusalem | בבית משפט השלום ירושלים | .5 |
| 6. | Date ---------------------- 12 02 2009 | ביום | .6 |
| 7. | by an official appointed by  Minister of Justice under the  Notaries Law, 1976. | על ידי מי שמונה בידי שר המשפטים לפי חוק הנוטריונים, התשל"ז-1976. | .7 |
| 8. | Serial number---------------- 2134/09 | מס' סידורי | .8 |
| 9. | Seal/stamp | החותם/החותמת | .9 |
| 10. | Signature | חתימה | .10 |

12 -02- 2009          12 -02- 2009

ILANA SHVIV          ILANA SHVIV

# עמותת ישעיה הורוויץ ע.ר.

## YESHAYA HOROWITZ ASSOCIATION

Jerusalem
February 12, 2009

**Irving H. Picard, Esq.**
**Trustee for Bernard L. Madoff Investment Securities LLC**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**
**U S A**                                    **Via Certified Mail, Return Receipt**

Dear Mr. Picard,

### Re: <u>Customer Claim -- Yeshaya Horowitz Association</u>

Attached please find the customer claim form in respect of the Yeshaya Horowitz
Association, which held securities accounts with Bernard L. Madoff Investment
Securities LLC in New York under account number 1-FN037-3-0 and account
number 1-FN037-4-0.

Appended to the claim form is the last known evaluation of the above accounts, as of
November 30, 2008.

The form was signed by the Association's legal signatories, duly notarized and an
Apostille affixed, since it was signed outside the Untied States.

Please acknowledge receipt of the form and appended material.

Sincerely,

Ayala Nahir, Treasurer

<div style="border:1px dashed;">

# Redacted

</div>

PAGE 2 A
PERIOD ENDING 11/30/08

# BERNARD L. MADOFF
**MADF** INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

YOUR TAX PAYER IDENTIFICATION NUMBER
YOUR ACCOUNT NUMBER  1-FN037-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 142 | 72088 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 482,658.00 |
| 11/25 | 142 | | 72326 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 298,342.00 | |
| | | | | NEW BALANCE | | | 6,906,954.00 |
| | | | | SECURITY POSITIONS | | | |
| | | 1,088 | | S & P 100 INDEX DECEMBER 430 CALL | MKT PRICE 23.300 | | |
| | 142 | | | S & P 100 INDEX DECEMBER 380 CALL | 61 | | |
| | 1,088 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 142 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,867,620.00   SHORT 3,401,240.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352536

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York □ London

Redacted

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 0DT
Tel 020 7493 6222

PAGE **2** A

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER **1-FN037-4-0**

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/25 | | 142 | 72088 | S & P 100 INDEX DECEMBER 380 CALL | 34 | | 482,658.00 |
| 11/25 | 142 | | 72326 | S & P 100 INDEX DECEMBER 370 PUT | 21 | 298,342.00 | |
| | | | | NEW BALANCE | | | 6,906,954.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 1,088 | | S & P 100 INDEX DECEMBER 430 CALL | 23.300 | | |
| | | 142 | | S & P 100 INDEX DECEMBER 380 CALL | .61 | | |
| | 1,088 | | | S & P 100 INDEX DECEMBER 420 PUT | 16.500 | | |
| | 142 | | | S & P 100 INDEX DECEMBER 370 PUT | 5.100 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 1,867,620.00 SHORT 3,401,240.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352537

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
MADF
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A

| PERIOD ENDING | 11/30/08 |
| PAGE | 1 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | |
| YOUR ACCOUNT NUMBER | 1-FN037-3-0 |

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,826,125.72 | |
| 11/06 | 3,852 | | 10937 | APPLE INC | 105.380 | 406,077.76 | |
| 11/06 | 6,848 | | 11172 | ABBOTT LABORATORIES | 55.090 | 377,529.32 | |
| 11/06 | 4,708 | | 11407 | AMGEN INC | 60.350 | 284,315.80 | |
| 11/06 | 3,424 | | 11642 | BOEING CO | 51.120 | 175,170.88 | |
| 11/06 | 22,256 | | 11677 | BANK OF AMERICA | 23.840 | 531,473.04 | |
| 11/06 | 2,568 | | 12112 | BAXTER INTERNATIONAL INC | 60.600 | 155,722.80 | |
| 11/06 | 5,136 | | 12347 | BANK OF NEW YORK MELLON CORP | 32.290 | 166,046.44 | |
| 11/06 | 8,560 | | 12582 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 176,763.60 | |
| 11/06 | 2,996 | | 12817 | ANHEUSER BUSCH CDS INC | 62.430 | 187,159.28 | |
| 11/05 | 23,968 | | 13052 | CITI GROUP INC | 13.530 | 325,245.04 | |
| 11/06 | 12,840 | | 13287 | COMCAST CORP | 15.790 | 203,256.60 | |
| | | | | CL A | | | |
| 11/06 | 6,848 | | 13522 | CONOCOPHILIPS | 51.120 | 350,342.76 | |
| 11/06 | 26,108 | | 13757 | CISCO SYSTEMS INC | 17.520 | 458,456.35 | |
| 11/06 | 6,420 | | 13992 | CVS CAREMARK CORP | 30.510 | 196,130.20 | |
| 11/06 | 8,988 | | 14227 | CHEVRON CORP | 73.740 | 663,134.12 | |
| 11/06 | 8,560 | | 14462 | THE WALT DISNEY CO | 24.760 | 212,287.60 | |
| 11/06 | 45,796 | | 14697 | GENERAL ELECTRIC CO | 19.600 | 899,432.60 | |
| 11/06 | 856 | | 14932 | GOOGLE | 356.520 | 305,215.12 | |
| 11/06 | 1,712 | | 15167 | GOLDMAN SACHS GROUP INC | 91.870 | 157,349.44 | |
| 11/06 | 7,704 | | 15402 | HOME DEPOT INC | 23.300 | 179,811.20 | |
| 11/06 | 10,700 | | 15637 | HEWLETT PACKARD CO | 38.310 | 410,345.00 | |
| 11/06 | 5,992 | | 15872 | INTERNATIONAL BUSINESS MACHS | 92.800 | 556,296.60 | |
| | | | | CONTINUED ON PAGE          2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352538

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER 1-FN037-3-0

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 24,396 | | 16107 | INTEL CORP | 16.070 | 393,018.72 | |
| 11/06 | 12,412 | | 16342 | JOHNSON & JOHNSON | 61.310 | 761,475.72 | |
| 11/06 | 16,264 | | 16577 | J.P. MORGAN CHASE & CO | 40.910 | 666,010.24 | |
| 11/06 | 6,848 | | 16812 | KRAFT FOOD INC | 29.110 | 199,618.28 | |
| 11/06 | 8,560 | | 17047 | COCA COLA CO | 44.490 | 381,176.40 | |
| 11/06 | 5,136 | | 17282 | MCDONALDS CORP | 57.900 | 297,579.40 | |
| 11/06 | 5,136 | | 17517 | MEDTRONIC INC | 40.310 | 207,237.16 | |
| 11/06 | 2,996 | | 17752 | 3M COMPANY | 63.590 | 190,634.64 | |
| 11/06 | 8,988 | | 17987 | ALTRIA GROUP INC | 19.160 | 172,569.08 | |
| 11/06 | 9,416 | | 18222 | MERCK & CO | 30.780 | 290,200.48 | |
| 11/06 | 34,668 | | 18457 | MICROSOFT CORP | 22.310 | 774,829.08 | |
| 11/06 | 17,548 | | 18692 | ORACLE CORPORATION | 18.110 | 318,495.28 | |
| 11/06 | 3,852 | | 19397 | OCCIDENTAL PETROLEUM CORP | 54.290 | 209,279.08 | |
| 11/06 | 6,848 | | 19632 | PEPSICO INC | 57 | 390,609.00 | |
| 11/06 | 29,532 | | 19867 | PFIZER INC | 17.690 | 523,602.08 | |
| 11/06 | 13,268 | | 20102 | PROCTER & GAMBLE CO | 64.570 | 857,244.76 | |
| 11/06 | 9,416 | | 20337 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 402,721.68 | |
| 11/06 | 7,276 | | 20572 | QUALCOMM INC | 37.810 | 275,396.56 | |
| 11/06 | 5,136 | | 20807 | SCHLUMBERGER LTD | 51.760 | 266,044.36 | |
| 11/06 | 25,980 | | 21042 | AT&T INC | 26.980 | 693,873.40 | |
| 11/06 | 15,836 | | 21277 | TIME WARNER INC | 10.060 | 159,943.16 | |
| 11/06 | 4,280 | | 21512 | UNITED PARCEL SVC INC CLASS B | 52.790 | 226,112.20 | |
| 11/06 | 7,704 | | 21747 | U S BANCORP | 29.550 | 227,961.20 | |
| 11/06 | 4,280 | | 21982 | UNITED TECHNOLOGIES CORP | 54.920 | 235,228.60 | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352539

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

| | BERNARD L. MADOFF | |
|---|---|---|
| MADF | INVESTMENT SECURITIES LLC | |
| | New York □ London | |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PAGE** 3 **A**

**PERIOD ENDING** 11/30/08

**YOUR TAXPAYER IDENTIFICATION NUMBER**

**YOUR ACCOUNT NUMBER** 1-FN037-3-0

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR

Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 12,412 | | 22217 | VERIZON COMMUNICATIONS | 29.980 | 372,607.76 | |
| 11/06 | 14,552 | | 22452 | WELLS FARGO & CO NEW | 33.560 | 490,402.32 | |
| 11/06 | 9,844 | | 22687 | WAL-MART STORES INC | 56.560 | 557,169.64 | |
| 11/06 | 23,112 | | 22922 | EXXON MOBIL CORP | 73.680 | 1,703,816.16 | |
| | | | | FIDELITY SPARTAN DIV | DIV | | 10.39 |
| | | | | U S TREASURY MONEY MARKET DIV 11/06/08 | | | |
| 11/06 | 51,817 | | 10702 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 3.12 | |
| 11/06 | | 31,468 | 48219 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 51,817.00 | 31,468.00 |
| 11/06 | | 2,300,000 | 48444 | FIDELITY SPARTAN U S TREASURY BILL DUE 12/11/2008 12/11/2008 | 1 99.989 | | 2,299,747.00 |
| 11/06 | | 2,700,000 | 48654 | U S TREASURY BILL DUE 12/18/2008 12/18/2008 | 99.932 | | 2,698,164.00 |
| 11/06 | | 4,900,000 | 48872 | U S TREASURY BILL DUE 01/08/2009 1/08/2009 | 99.960 | | 4,898,040.00 |
| 11/06 | | 4,900,000 | 49081 | U S TREASURY BILL DUE 01/15/2009 1/15/2009 | 99.946 | | 4,897,354.00 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352540

08-01789-cgm   Doc 17425-3   Filed 03/27/18   Entered 03/27/18 16:55:26   Exhibit C
Pg 14 of 29

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | 4,900,000 | 49294 | U S TREASURY BILL DUE 01/22/2009 1/22/2009 | 99.934 | | 4,896,766.00 |
| 11/06 | | 4,900,000 | 49509 | U S TREASURY BILL DUE 01/29/2009 1/29/2009 | 99.928 | | 4,896,472.00 |
| 11/06 | | 2,625,000 | 49725 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.902 | | 2,622,427.50 |
| 11/06 | 2,525,000 | | 49951 | U S TREASURY BILL DUE 3/26/2009 3/26/2009 | 99.802 | 2,520,000.50 | |
| 11/06 | 2,525,000 | | 50180 | U S TREASURY BILL DUE 4/02/2009 4/02/2009 | 99.751 | 2,518,712.75 | |
| 11/06 | 2,525,000 | | 50409 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.726 | 2,518,081.50 | |
| 11/07 | 2,664 | | 23458 | APPLE INC | 108.800 | 289,969.20 | |
| 11/07 | 4,736 | | 23693 | ABBOTT LABORATORIES | 56.590 | 268,199.24 | |
| 11/07 | 3,256 | | 23928 | AMGEN INC | 62.070 | 202,229.92 | |
| 11/07 | 2,368 | | 24163 | BOEING CO | 53.640 | 127,113.52 | |
| 11/07 | 15,096 | | 24398 | BANK OF AMERICA | 23.720 | 358,680.12 | |
| 11/07 | 1,776 | | 24633 | BAXTER INTERNATIONAL INC | 61.740 | 109,721.24 | |
| 11/07 | 3,256 | | 24868 | BANK OF NEW YORK MELLON CORP | 34.210 | 111,517.76 | |
| | | | | CONTINUED ON PAGE  5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352541

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

A

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
[Redacted]

PERIOD ENDING 11/30/08    PAGE 5

YOUR ACCOUNT NUMBER 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | DESCRIPTION | TRN | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-----|------|------|------|
| 11/07 | 5,920 | | BRISTOL MYERS SQUIBB COMPANY | 25103 | 21.020 | 124,674.40 | |
| 11/07 | 2,072 | | ANHEUSER BUSCH COS INC | 25338 | 64.190 | 133,083.68 | |
| 11/07 | 15,984 | | CITI GROUP INC | 25573 | 14.410 | 230,968.44 | |
| 11/07 | 8,584 | | COMCAST CORP | 25808 | 17.390 | 149,618.76 | |
| | | | CL A | | | | |
| 11/07 | 4,440 | | CONOCOPHILIPS | 26043 | 53.060 | 235,763.40 | |
| 11/07 | 17,464 | | CISCO SYSTEMS INC | 26278 | 17.580 | 307,715.12 | |
| 11/07 | 4,144 | | CVS CAREMARK CORP | 26513 | 31.720 | 131,612.68 | |
| 11/07 | 6,216 | | CHEVRON CORP | 26746 | 75.450 | 469,245.20 | |
| 11/07 | 5,624 | | THE WALT DISNEY CO | 26983 | 25.620 | 144,310.88 | |
| 11/07 | 31,080 | | GENERAL ELECTRIC CO | 27218 | 19.810 | 616,937.80 | |
| 11/07 | 592 | | GOOGLE | 27453 | 349.160 | 206,725.72 | |
| 11/07 | 1,184 | | GOLDMAN SACHS GROUP INC | 27688 | 89.070 | 105,505.88 | |
| 11/07 | 5,032 | | HOME DEPOT INC | 27923 | 22.480 | 113,320.36 | |
| 11/07 | 7,400 | | HEWLETT PACKARD CO | 28158 | 38.820 | 287,564.00 | |
| 11/07 | 4,144 | | INTERNATIONAL BUSINESS MACHS | 28393 | 92.430 | 383,194.92 | |
| 11/07 | 16,576 | | INTEL CORP | 28628 | 16 | 265,879.00 | |
| 11/07 | 8,288 | | JOHNSON & JOHNSON | 28863 | 61.820 | 512,695.16 | |
| 11/07 | 11,248 | | J.P. MORGAN CHASE & CO | 29098 | 40.960 | 461,167.08 | |
| 11/07 | 4,440 | | KRAFT FOOD INC | 29333 | 29.710 | 132,089.40 | |
| 11/07 | 5,920 | | COCA COLA CO | 29568 | 46.580 | 275,989.60 | |
| 11/07 | 3,256 | | MCDONALDS CORP | 29803 | 57.510 | 187,382.56 | |
| 11/07 | 3,256 | | MEDTRONIC INC | 30038 | 41.140 | 134,081.84 | |
| 11/07 | 2,072 | | 3M COMPANY | 30273 | 64.880 | 134,513.36 | |
| 11/07 | 6,216 | | ALTRIA GROUP INC | 30508 | 19.370 | 120,651.92 | |
| | | | CONTINUED ON PAGE 6 | | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352542

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

| | PERIOD ENDING | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE | |
|---|---|---|---|---|---|
| | 11/30/08 | 1-FN037-3-0 | | 6 | A |

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 6,512 | | 30743 | MERCK & CO | 30.480 | 198,745.76 | |
| 11/07 | 23,680 | | 30978 | MICROSOFT CORP | 22.940 | 544,166.20 | |
| 11/07 | 11,840 | | 31213 | ORACLE CORPORATION | 18.470 | 219,157.80 | |
| 11/07 | 2,368 | | 31918 | OCCIDENTAL PETROLEUM CORP | 54.380 | 129,865.84 | |
| 11/07 | 4,736 | | 32153 | PEPSICO INC | 58.630 | 277,860.68 | |
| 11/07 | 20,128 | | 32388 | PFIZER INC | 18 | 363,109.00 | |
| 11/07 | 9,176 | | 32623 | PROCTER & GAMBLE CO | 65.180 | 598,458.68 | |
| 11/07 | 6,216 | | 32858 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 271,514.24 | |
| 11/07 | 5,032 | | 33093 | QUALCOMM INC | 37.690 | 189,857.08 | |
| 11/07 | 3,552 | | 33328 | SCHLUMBERGER LTD | 51.770 | 184,029.04 | |
| 11/07 | 17,168 | | 33563 | AT&T INC | 28.910 | 497,012.88 | |
| 11/07 | 10,656 | | 33798 | TIME WARNER INC | 10.110 | 108,158.16 | |
| 11/07 | 2,960 | | 34033 | UNITED PARCEL SVC INC | 53.680 | 159,010.80 | |
| | | | | CLASS B | | | |
| 11/07 | 5,328 | | 34268 | U S BANCORP | 30.790 | 164,262.12 | |
| 11/07 | 2,960 | | 34503 | UNITED TECHNOLOGIES CORP | 56 | 165,878.00 | |
| 11/07 | 8,288 | | 34738 | VERIZON COMMUNICATIONS | 31.810 | 263,972.28 | |
| 11/07 | 10,064 | | 34973 | WELLS FARGO & CO NEW | 34.080 | 343,383.12 | |
| 11/07 | 6,808 | | 35208 | WAL-MART STORES INC | 56.730 | 386,489.84 | |
| 11/07 | 15,688 | | 35443 | EXXON MOBIL CORP | 75.280 | 1,181,619.64 | |
| | | | | FIDELITY SPARTAN | DIV | | .94 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/07/08 | | | |
| 11/07 | | | | FIDELITY SPARTAN | CH | .28 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| | | | | CONTINUED ON PAGE   7 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

08-01789-cgm   Doc 17425-3   Filed 03/27/18   Entered 03/27/18 16:55:26   Exhibit C
Pg 17 of 29

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 7 |

A

| YOUR ACCOUNT NUMBER |
|---|
| 1-FN037-3-0 |

YOUR TAX PAYER IDENTIFICATION NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 51,817 | 10945 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 51,817.00 |
| 11/07 | | 2,625,000 | 11220 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99.923 | | 2,622,978.75 |
| 11/07 | | 3,050,000 | 11430 | U S TREASURY BILL DUE 02/19/2009 2/19/2009 | 99.887 | | 3,046,553.50 |
| 11/07 | | 3,050,000 | 11646 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99.889 | | 3,046,614.50 |
| 11/07 | | 2,625,000 | 11859 | U S TREASURY BILL DUE 03/05/09 3/05/2009 | 99.866 | | 2,621,482.50 |
| 11/07 | | 2,700,000 | 12032 | U S TREASURY BILL DUE 3/12/2009 3/12/2009 | 99.840 | | 2,695,680.00 |
| 11/07 | 375,000 | | 12192 | U S TREASURY BILL DUE 04/09/2009 4/09/2009 | 99.720 | 373,950.00 | |
| 11/07 | 375,000 | | 12412 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.671 | 373,766.25 | |
| 11/07 | 1,885 | | 12635 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,885.00 | |
| | | | | CONTINUED ON PAGE   8 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352544

BERNARD L. MADOFF
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR

Redacted

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 11/30/08 | | 8   A |

| YOUR ACCOUNT NUMBER |
|---|
| 1-FN037-3-0 |

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 3,276 | | 35918 | APPLE INC | 108.720 | 355,297.72 | |
| 11/10 | 5,824 | | 36153 | ABBOTT LABORATORIES | 55.910 | 325,851.84 | |
| 11/10 | 4,004 | | 36388 | AMGEN INC | 59.620 | 238,878.48 | |
| 11/10 | 2,912 | | 36623 | BOEING CO | 52.190 | 152,093.28 | |
| 11/10 | 18,928 | | 36858 | BANK OF AMERICA | 24.050 | 455,975.40 | |
| 11/10 | 2,548 | | 37093 | BAXTER INTERNATIONAL INC | 60.770 | 154,942.96 | |
| 11/10 | 4,368 | | 37328 | BANK OF NEW YORK MELLON CORP | 33.480 | 146,414.64 | |
| 11/10 | 7,644 | | 37563 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 163,198.64 | |
| 11/10 | 2,548 | | 37798 | ANHEUSER BUSCH COS INC | 64.090 | 163,402.32 | |
| 11/10 | 20,748 | | 38033 | CITI GROUP INC | 14.270 | 296,902.96 | |
| 11/10 | 10,920 | | 38268 | COMCAST CORP | 17.410 | 190,553.20 | |
| | | | | CL A | | | |
| 11/10 | 5,824 | | 38503 | CONOCOPHILIPS | 54.130 | 315,485.12 | |
| 11/10 | 22,204 | | 38738 | CISCO SYSTEMS INC | 18.080 | 402,336.32 | |
| 11/10 | 5,460 | | 38973 | CVS CAREMARK CORP | 31.300 | 171,116.00 | |
| 11/10 | 8,008 | | 39208 | CHEVRON CORP | 76.410 | 612,211.28 | |
| 11/10 | 6,916 | | 39443 | THE WALT DISNEY CO | 25.660 | 177,740.56 | |
| 11/10 | 39,676 | | 39678 | GENERAL ELECTRIC CO | 20.530 | 816,135.28 | |
| 11/10 | 728 | | 39913 | GOOGLE | 363.580 | 264,715.24 | |
| 11/10 | 1,820 | | 40148 | GOLDMAN SACHS GROUP INC | 92.680 | 168,749.60 | |
| 11/10 | 6,552 | | 40383 | HOME DEPOT INC | 23.030 | 151,154.56 | |
| 11/10 | 9,464 | | 40618 | HEWLETT PACKARD CO | 37.290 | 353,290.56 | |
| 11/10 | 5,096 | | 40853 | INTERNATIONAL BUSINESS MACHS | 92.660 | 472,398.36 | |
| 11/10 | 21,476 | | 41088 | INTEL CORP | 15.680 | 341,897.68 | |
| 11/10 | 10,556 | | 41323 | JOHNSON & JOHNSON | 61.320 | 647,715.92 | |

CONTINUED ON PAGE 9

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352545

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 9

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-FN037-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | 13,832 | | 41558 | J.P. MORGAN CHASE & CO | 41.730 | 577,762.36 | |
| 11/10 | 5,824 | | 41793 | KRAFT FOOD INC | 30.100 | 175,534.40 | |
| 11/10 | 7,644 | | 42028 | COCA COLA CO | 45.500 | 348,107.00 | |
| 11/10 | 4,368 | | 42263 | MCDONALDS CORP | 57.230 | 250,154.64 | |
| 11/10 | 4,368 | | 42498 | MEDTRONIC INC | 40.300 | 176,204.40 | |
| 11/10 | 2,548 | | 42733 | 3M COMPANY | 64.690 | 164,931.12 | |
| 11/10 | 7,644 | | 42968 | ALTRIA GROUP INC | 18.890 | 144,700.16 | |
| 11/10 | 8,008 | | 43203 | MERCK & CO | 30.510 | 244,464.08 | |
| 11/10 | 29,484 | | 43438 | MICROSOFT CORP | 23.200 | 685,207.80 | |
| 11/10 | 14,924 | | 43673 | ORACLE CORPORATION | 18.600 | 278,182.40 | |
| 11/10 | 3,276 | | 44378 | OCCIDENTAL PETROLEUM CORP | 56.010 | 183,619.76 | |
| 11/10 | 5,824 | | 44613 | PEPSICO INC | 57.550 | 335,403.20 | |
| 11/10 | 25,844 | | 44848 | PFIZER INC | 17.960 | 465,191.24 | |
| 11/10 | 11,284 | | 45083 | PROCTER & GAMBLE CO | 65.230 | 736,506.32 | |
| 11/20 | 7,644 | | 45318 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 336,870.32 | |
| 11/10 | 6,188 | | 45553 | QUALCOMM INC | 37.310 | 231,121.28 | |
| 11/10 | 4,732 | | 45788 | SCHLUMBERGER LTD | 50.500 | 239,155.00 | |
| 11/10 | 22,568 | | 46023 | AT&T INC | 28.580 | 645,895.44 | |
| 11/10 | 13,104 | | 46258 | TIME WARNER INC | 11.010 | 144,799.04 | |
| 11/10 | 3,640 | | 46493 | UNITED PARCEL SVC INC CLASS B | 54.420 | 198,233.80 | |
| 11/10 | 6,552 | | 46728 | U S BANCORP | 31.510 | 206,715.52 | |
| 11/10 | 3,640 | | 46963 | UNITED TECHNOLOGIES CORP | 56.430 | 205,550.20 | |
| 11/10 | 10,920 | | 47198 | VERIZON COMMUNICATIONS | 32 | 349,976.00 | |
| 11/10 | 12,376 | | 47433 | WELLS FARGO & CO NEW | 34.600 | 428,704.60 | |

CONTINUED ON PAGE 10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352546

## BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 10  A

**PERIOD ENDING** 11/30/08

**YOUR ACCOUNT NUMBER** 1-FN037-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER**

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR

Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 8,372 | | 47668 | WAL-MART STORES INC | 55.710 | 466,738.12 | |
| 11/10 | 19,656 | | 47903 | EXXON MOBIL CORP | 75.800 | 1,490,710.80 | |
| 11/10 | | | | FIDELITY SPARTAN | DIV | | .10 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/10/08 | | | |
| 11/10 | | | 12871 | FIDELITY SPARTAN | CM | .03 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| 11/10 | | 1,885 | | FIDELITY SPARTAN | 1 | | 1,885.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | | 9,200,000 | 13252 | U S TREASURY BILL | 99.867 | | 9,187,764.00 |
| | | | | DUE 03/19/2009 | | | |
| | | | | 3/19/2009 | | | |
| 11/10 | | 2,525,000 | 13467 | U S TREASURY BILL | 99.834 | | 2,520,808.50 |
| | | | | DUE 03/26/2009 | | | |
| | | | | 3/26/2009 | | | |
| 11/10 | | 2,525,000 | 13669 | U S TREASURY BILL | 99.770 | | 2,519,192.50 |
| | | | | DUE 4/02/2009 | | | |
| | | | | 4/02/2009 | | | |
| 11/10 | | 2,900,000 | 13882 | U S TREASURY BILL | 99.742 | | 2,892,518.00 |
| | | | | DUE 04/09/2009 | | | |
| | | | | 4/09/2009 | | | |
| 11/10 | | 375,000 | 14112 | U S TREASURY BILL | 99.686 | | 373,822.50 |
| | | | | DUE 4/16/2009 | | | |
| | | | | 4/16/2009 | | | |
| | | | | CONTINUED ON PAGE   11 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352547

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 11

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER 1-FN037-3-0

A

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR

Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | 75,000 | | 14335 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 74,764.50 | |
| 11/10 | 10,361 | | 14562 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,361.00 | |
| 11/17 | | 39,596 | 31490 | TIME WARNER INC | 8.610 | | 339,338.56 |
| 11/17 | | 12,760 | 31491 | BANK OF NEW YORK MELLON CORP | 29.190 | | 371,954.40 |
| 11/17 | | 4,500 | 31492 | BAXTER INTERNATIONAL INC | 59.270 | | 266,535.00 |
| 11/17 | | 700 | 31841 | BAXTER INTERNATIONAL INC | 59.270 | | 41,461.00 |
| 11/17 | | | | CHECK-WIRE | CW | | |
| 11/17 | | | | FIDELITY SPARTAN DIV 11/17/08 | DIV | | 1.29 |
| 11/17 | | | | U S TREASURY MONEY MARKET | | 1,100,000.00 | |
| 11/17 | | | | FIDELITY SPARTAN W/H TAX DIV FDLXX | CW | .39 | |
| 11/17 | | 10,361 | 30037 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | 1 | | 10,361.00 |
| 11/17 | | 75,000 | 31840 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 4/16/2009 | 99.771 | | 74,828.25 |
| 11/17 | 4,479 | | 49162 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,479.00 | |
| 11/18 | | 7,616 | 49306 | ANHEUSER BUSCH COS INC | 70 | | 533,120.00 |
| 11/18 | 525,000 | | 49542 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 524,107.50 | |
| | | | | CONTINUED ON PAGE    12 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352548

MADF

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 11/30/08 | 1-FN037-3-0 | 12  A |

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/18 | 9,013 | | 49779 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,013.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | .31 |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .09 | |
| 11/19 | | 13,492 | 51433 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,492.00 |
| 11/19 | 4,825,000 | | 56039 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 4,821,429.50 | |
| 11/19 | 16,751 | | 60472 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 16,751.00 | |
| 11/20 | | 4,825,000 | 63755 | U S TREASURY BILL DUE 03/26/2009 | 99.962 | | 4,823,166.50 |
| 11/20 | 4,825,000 | | 63993 | U S TREASURY BILL DUE 4/16/2009 | 99.947 | 4,822,442.75 | |
| 11/20 | 723 | | 64232 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 723.00 | |
| 11/25 | 1,278 | | 64473 | APPLE INC | 85.070 | 108,770.46 | |
| 11/25 | 2,272 | | 64711 | ABOTT LABORATORIES | 54.140 | 123,096.08 | |
| | | | | CONTINUED ON PAGE   13 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352549

BERNARD L. MADOFF
MADF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE **13**   A

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
[Redacted]

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER |
| 11/30/08 | |

| YOUR ACCOUNT NUMBER |
| 1-FN037-3-0 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,562 | | 54949 | AMGEN INC | 53.630 | 83,832.06 | |
| 11/25 | 7,242 | | 55187 | BANK OF AMERICA | 12.980 | 94,290.16 | |
| 11/25 | 852 | | 55425 | BAXTER INTERNATIONAL INC | 52.570 | 44,823.64 | |
| 11/25 | 1,704 | | 55663 | BANK OF NEW YORK MELLON CORP | 24.690 | 42,139.76 | |
| 11/25 | 2,840 | | 55901 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 57,310.60 | |
| 11/25 | 8,236 | | 66139 | CITI GROUP INC | 6.100 | 50,568.60 | |
| 11/25 | 710 | | 56377 | COLGATE PALMOLIVE CO | 62.660 | 44,516.60 | |
| 11/25 | 4,118 | | 66615 | COMCAST CORP CL A | 13.970 | 57,692.46 | |
| 11/25 | 2,272 | | 66853 | CONOCOPHILLIPS | 45.100 | 102,557.20 | |
| 11/25 | 8,530 | | 67091 | CISCO SYSTEMS INC | 14.970 | 127,884.40 | |
| 11/25 | 2,130 | | 67329 | CVS CAREMARK CORP | 27.040 | 57,680.20 | |
| 11/25 | 2,982 | | 67567 | CHEVRON CORP | 68.710 | 205,012.22 | |
| 11/25 | 2,698 | | 67805 | THE WALT DISNEY CO | 19.760 | 53,419.48 | |
| 11/25 | 994 | | 68043 | EXELON CORP | 48.740 | 48,486.56 | |
| 11/25 | 15,604 | | 68281 | GENERAL ELECTRIC CO | 14.010 | 219,460.20 | |
| 11/25 | 284 | | 58519 | GOOGLE | 275 | 78,111.00 | |
| 11/25 | 2,414 | | 68757 | HOME DEPOT INC | 19.530 | 47,241.42 | |
| 11/25 | 3,550 | | 68995 | HEWLETT PACKARD CO | 32.990 | 117,256.50 | |
| 11/25 | 1,988 | | 69233 | INTERNATIONAL BUSINESS MACHS | 75.080 | 149,338.04 | |
| 11/25 | 8,236 | | 69471 | INTEL CORP | 12.270 | 101,384.72 | |
| 11/25 | 4,118 | | 69709 | JOHNSON & JOHNSON | 57.650 | 237,566.70 | |
| 11/25 | 5,396 | | 69947 | J.P. MORGAN CHASE & CO | 27.760 | 150,007.96 | |
| 11/25 | 2,130 | | 70185 | KRAFT FOOD INC | 25.900 | 55,252.00 | |
| 11/25 | 2,840 | | 70423 | COCA COLA CO | 42.040 | 119,506.60 | |
| | | | | CONTINUED ON PAGE   14 | | | |

CONTINUED ON PAGE 14

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352550

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PERIOD ENDING** 11/30/08

**PAGE** 14

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

**YOUR ACCOUNT NUMBER** 1-FN037-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 1,562 | | 70661 | MCDONALDS CORP | 55 | 85,972.00 | |
| 11/25 | 1,704 | | 70899 | MEDTRONIC INC | 30.800 | 52,551.20 | |
| 11/25 | 994 | | 71137 | 3M COMPANY | 58.200 | 57,969.32 | |
| 11/25 | 2,982 | | 71375 | ALTRIA GROUP INC | 16.250 | 48,576.50 | |
| 11/25 | 3,124 | | 71613 | MERCK & CO | 25 | 78,224.00 | |
| 11/25 | 11,360 | | 71851 | MICROSOFT CORP | 18.100 | 206,070.00 | |
| 11/25 | 5,680 | | 72565 | ORACLE CORPORATION | 16.050 | 91,391.00 | |
| 11/25 | 1,278 | | 72803 | OCCIDENTAL PETROLEUM CORP | 44.570 | 57,011.46 | |
| 11/25 | 2,272 | | 73041 | PEPSICO INC | 51.800 | 117,779.80 | |
| 11/25 | 9,798 | | 73279 | PFIZER INC | 15.320 | 150,496.36 | |
| 11/25 | 4,260 | | 73517 | PROCTER & GAMBLE CO | 61.940 | 264,034.40 | |
| 11/25 | 2,982 | | 73755 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 108,604.16 | |
| 11/25 | 2,414 | | 73993 | QUALCOMM INC | 29.850 | 72,153.90 | |
| 11/25 | 1,704 | | 74231 | SCHLUMBERGER LTD | 46.270 | 78,912.08 | |
| 11/25 | 8,520 | | 74469 | AT&T INC | 25 | 213,340.00 | |
| 11/25 | 5,254 | | 74707 | TIME WARNER INC | 8.010 | 42,294.54 | |
| 11/25 | 1,420 | | 74945 | UNITED PARCEL SVC INC | 50.760 | 72,135.20 | |
| | | | | CLASS B | | | |
| 11/25 | 2,556 | | 75183 | U S BANCORP | 23.400 | 59,912.40 | |
| 11/25 | 1,420 | | 75421 | UNITED TECHNOLOGIES CORP | 44.890 | 63,799.80 | |
| 11/25 | 4,118 | | 75659 | VERIZON COMMUNICATIONS | 26.570 | 109,579.26 | |
| 11/25 | 5,538 | | 75897 | WELLS FARGO & CO NEW | 23.820 | 132,136.16 | |
| 11/25 | 3,266 | | 76135 | WAL-MART STORES INC | 51.450 | 168,165.70 | |
| 11/25 | 1,988 | | 76373 | WYETH | 33 | 65,603.00 | |
| 11/25 | 7,668 | | 76611 | EXXON MOBIL CORP | 72 | 552,402.00 | |
| | | | | CONTINUED ON PAGE 15 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352551

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
— Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| PAGE | |
|---|---|
| 15 | A |

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-FN037-3-0

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
[Redacted]

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/25/08 | DIV | | 1.74 |
| 11/25 | | | 77185 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | .52 | |
| 11/25 | | 17,474 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 17,474.00 |
| 11/25 | | 5,350,000 | 77442 | FIDELITY SPARTAN U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 5,343,473.00 |
| 11/25 | 18,865 | | 77739 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,865.00 | |
| | | | | NEW BALANCE | | 6,906,953.57 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 73,936 | | | AT&T INC | 28.560 | | |
| | 19,680 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 25,830 | | | ALTRIA GROUP INC | 16.080 | | |
| | 13,530 | | | AMGEN INC | 55.540 | | |
| | 11,070 | | | APPLE INC | 92.670 | | |
| | 63,522 | | | BANK OF AMERICA | 16.250 | | |
| | 1,704 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 2,544 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | | | | CONTINUED ON PAGE 16 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352552

08-01789-cgm  Doc 17425-3  Filed 03/27/18  Entered 03/27/18 16:55:26  Exhibit C
Pg 26 of 29

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-FN037-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 8,704 | | | BOEING CO | 42.630 | | |
| | 24,964 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 18,154 | | | CVS CAREMARK CORP | 28.930 | | |
| | 26,194 | | | CHEVRON CORP | 79.010 | | |
| | 74,296 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 68,936 | | | CITI GROUP INC | 8.290 | | |
| | 24,964 | | | COCA COLA CO | 46.870 | | |
| | 710 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 36,462 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 19,384 | | | CONOCOPHILLIPS | 52.520 | | |
| | 23,798 | | | THE WALT DISNEY CO | 22.520 | | |
| | 994 | | | EXELON CORP | 56.210 | | |
| | 66,124 | | | EXXON MOBIL CORP | 80.150 | | |
| | 132,172 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 4,716 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 2,460 | | | GOOGLE | 292.960 | | |
| | 31,114 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 21,702 | | | HOME DEPOT INC | 23.110 | | |
| | 70,684 | | | INTEL CORP | 13.800 | | |
| | 17,220 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 46,740 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 35,374 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 19,242 | | | KRAFT FOOD INC | 27.210 | | |
| | 14,322 | | | MCDONALDS CORP | 58.750 | | |
| | | | | CONTINUED ON PAGE 17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352553

MADF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
- Tel 020 7493 6222

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

PAGE **17** A

PERIOD ENDING **11/30/08**

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER **1-FN037-3-0**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | 14,464 | | | MEDTRONIC INC | 30.520 | | |
| | 27,060 | | | MERCK & CO | 26.720 | | |
| | 99,192 | | | MICROSOFT CORP | 20.220 | | |
| | 10,774 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 49,992 | | | ORACLE CORPORATION | 16.090 | | |
| | 19,680 | | | PEPSICO INC | 56.700 | | |
| | 85,302 | | | PFIZER INC | 16.430 | | |
| | 26,258 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 37,988 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 20,910 | | | QUALCOMM INC | 33.570 | | |
| | 15,124 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 18,865 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 8,610 | | | 3M COMPANY | 66.930 | | |
| | 5,254 | | | TIME WARNER INC | 9.050 | | |
| | 22,140 | | | U S BANCORP | 26.980 | | |
| | 12,300 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 12,300 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 35,738 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 28,290 | | | WAL-MART STORES INC | 55.880 | | |
| | 42,530 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 1,988 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 51,543,614.10 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00352554

08-01789-cgm   Doc 17425-3   Filed 03/27/18   Entered 03/27/18 16:55:26   Exhibit C
Pg 28 of 29

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

| | | |
|---|---|---|
| **BERNARD L. MADOFF** | | |
| INVESTMENT SECURITIES LLC | | |
| **New York □ London** | | |

THE YESHAYA HOROWITZ ASSOC
ATTN: AYALA NAHIR
Redacted

| PAGE | 18 | A |
|---|---|---|

| PERIOD ENDING |
|---|
| 11/30/08 |

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER
1-FN037-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 306,085.18 |
| | | | | GROSS PROCEEDS FROM SALES | | | 295,598,421.85 |

**PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES**

MWPTAP00352555



JERUSALEM



722-0018

(606/2787)

REGISTERED + AR

RA215261158 IL
RA215261158 IL
RA215261158 IL

www.israelpost.co.il

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
U S A

Yeshaya Horowitz Association
c/o Ayala Nahir

Redacted

MWPTAP00352556