# EXHIBIT D

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:          **004799**

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

**DECEMBER 11, 2008**

MAR 0 2 2009

(Please print or type)

Name of Customer:  _STRAND INTERNATIONAL INVESTMENTS LTD._
Mailing Address: _c/o YAIR GREEN, ATTORNEY AT LAW 24 RAMBAN st._
City: _JERUSALEM_          State: _____ Zip: _92422_ ISRAEL
Account No.: _1-FR 051-30_
Taxpayer I.D. Number (Social Security No.): _____

**NOTE:**   BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of          $_____

   b.    I owe the Broker a Debit (Dr.) Balance of          $_____

   c.    If you wish to repay the Debit Balance,

         please insert the amount you wish to repay and

         attach a check payable to "Irving H. Picard, Esq.,

         Trustee for Bernard L. Madoff Investment Securities LLC."

         If you wish to make a payment, **it must be enclosed**

         with this claim form.          $_____

   d.    If balance is zero, insert "None."          _NONE_

502180406                    1

MWPTAP00309180

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|     |     | YES | NO |
|-----|-----|-----|-----|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| LAST KNOWN EVALUATION JUNE 30 2008 | AS PER ATTACHED STATEMENT | | |
| | | $ 10,335,528.26 | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received. **PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

MWPTAP00309181

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | _____ | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:__N/A_____

_____

502180406

3

MWPTAP00309182

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  04. Feb. 2009          Signature _____

Date _____          Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4



MWPTAP00309183

## Legalization

Seen to legalize the signature produced in my presence by Dr. Kurt Brunner, born ⸤ **Redacted** ⸥ from ⸤ **Redacted** ⸥ residing in ⸤ **Redacted** ⸥ Sole Director with individual signature, for Strand International Investments Ltd., Road Town, Tortola, British Virgine Island, personally known to the notary public:

⸤ **Redacted** ⸥ February 4th, 2009



The Notary Public:

---

### APOSTILLE
#### (Convention de la Haye du 5 octobre 1961)

1 Land: Schweizerische Eidgenossenschaft, Kanton Glarus
  Country Swiss Confederation. Canton of Glarus
  Diese öffentliche Urkunde / This public document

2 ist unterschrieben von ......................................................
  has been signed by lic. iur. Melanie Imfeld, ⸤ **Redacted** ⸥

3 in seiner Eigenschaft als ..............................................
  acting in the capacity of Notary Public

4. Sie ist versehen mit dem Stempel/Siegel des (der) bears the stamp/seal of
   lic. iur. Melanie Imfeld
   .......................................................................

Bestätigt / Certified
5 In / to 8750 Glarus        6. am / the 4th February 2009
7 durch die Staatskanzlei des Kantons Glarus
  by Chancery of State of the Canton of Glarus

8. unter / under Nr. 8504

9. Stempel / Siegel / Stamp / seal        10. Unterschrift / Signature

Hj. Dürst

---



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Strand International Investments Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Strand International Investments Ltd. portfolio evaluation is as follows:

Securities Held for the Account of
"Strand International Investments Ltd."
Account # 1-FR051-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 45,067 | 1 | 45,067.00 |
| U.S. TREASURY BILL DUE 10/2/2008 | 1,500,000 | 0.99527 | 1,492,905.00 |
| U.S. TREASURY BILL DUE 10/9/2008 | 1,500,000 | 0.99492 | 1,492,380.00 |
| U.S. TREASURY BILL DUE 10/16/2008 | 2,000,000 | 0.99454 | 1,989,080.00 |
| U.S. TREASURY BILL DUE 10/23/2008 | 2,000,000 | 0.99415 | 1,988,300.00 |
| U.S. TREASURY BILL DUE 10/30/2008 | 1,750,000 | 0.99373 | 1,739,027.50 |
| U.S. TREASURY BILL DUE 11/6/2008 | 1,600,000 | 0.99298 | 1,588,768.00 |

| | | | |
|---|---|---|---|
| **Net Market Value of Open Security Positions** | | $ | 10,335,527.50 |
| **Cash Balance** | | | 0.76 |
| **Total Equity** | | $ | 10,335,528.26 |

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1X 5AD. Tel 020-7493 6222

MWPTAP00309185

## YAIR GREEN & CO.
### Law Firm & Notary

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail : j r @ y g r e e n . c o . i l

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail : r g @ y g r e e n . c o . i l

Jerusalem
February 12, 2009

יאיר גרין ושות'
משרד עורכי־דין ונוטריון

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון:5618820־02  פקס: 5666665־02
E-mail : j r @ y g r e e n . c o . i l

רחוב אבא הלל 15, רמת־גן 52522
טלפון: 7514980־03  פקס: 5754820־03
E-mail : r g @ y g r e e n . c o . i l

YAIR GREEN
AVITAL KRATTER
SHARON SHPIGEL
NITSAN SHMUELI
AMIR GREEN
OFFIR SHERMAN
SHAHAR ELON

יאיר גרין
אביטל קרטר
שרון שפיגל
ניצן שמואלי
אמיר גרין
אופיר שרמן
שחר אלון

**Irving H. Picard, Esq.**
**Trustee for Bernard L. Madoff Investment Securities LLC**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**
**U S A**                                    **Via Certified Mail, Return Receipt**

Dear Mr. Picard,

### Re: Customer Claim  - Strand International Investments Ltd.

Attached please find a customer claim form in respect of Strand Internatinoal Investments Ltd., which held a securities account with Bernard L. Madoff Investment Securities LLC in New York under account number 1-FR051-30.

Appended to the claim form is the last known evaluation of that account, as of June 30, 2008.

The form was signed by the company's sole director, Dr. Kurt Brunner, duly notarized and an Apostille affixed, since it was signed outside the Untied States.

Please acknowledge receipt of the form and appended material.

Sincerely,

*YAIR GREEN*

Yair Green, Attorney at Law

MWPTAP00309186





72108-88
08-01789-cgm   Doc 17425-4   Filed 03/27/18   Entered 03/27/18 16:55:26   Exhibit D
Pg 9 of 9

REGISTERED + AR
דואר רשום + א.מ
RA215261127 IL
722-0018
(6.06/27767)
www.israelpost.co.il

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
U S A

יאיר גרין ובניו ושות'
עורכי דין ונוטריון בני-משפחה

רחוב הרמב"ן 24 ירושלים 92422 ת.ד. 7820
טל': 02-5618820   פקס: 02-5666665

רחוב אבא הלל 15, רמת גן 52522
פקס: 03-7514980   טל': 03-5754820

YAIR GREEN & CO.
Law Firm & Notary

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820   Fax: 02-5666665

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980   Fax: 03-5754820



MWPTAP00309187