# EXHIBIT E

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:
                                    004773

Date Received _____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

MAR 0 2 2009

(Please print or type)

Name of Customer: _PREMERO INVESTMENT LTD._
Mailing Address: _C/O YAIR GREEN ATTORNEY AT LAW 24 RAMBAN st._
City: _JERUSALEM_ State: _____ Zip: _92422 ISRAEL_
Account No.: _1-FN 073-30_
Taxpayer I.D. Number (Social Security No.): _N/A_

**NOTE:** BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED.

*************************************************************************

1.  Claim for money balances as of **December 11, 2008**:

    a.  The Broker owes me a Credit (Cr.) Balance of        $_____

    b.  I owe the Broker a Debit (Dr.) Balance of           $_____

    c.  If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, **it must be enclosed**
        with this claim form.                               $_____

    d.  If balance is zero, insert "None."                  _NONE_

MWPTAP00308725

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds — The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | FIDELITY SPARTAN SBI | X | |
| | U.S. TREASURY BILLS (VARIOUS) | X | |
| | | | |
| | ESTIMATED VALUE $1,600,185 | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2

MWPTAP00308726

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|   | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: N/A

502180406

3

MWPTAP00308727

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  04. Feb. 2009             Signature_____

Date _____             Signature_____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

MWPTAP00308728

**Legalization**

Seen to legalize the signature produced in my presence by Dr. Kurt Brunner, born ⌈ **Redacted** ⌉ from ⌈ **Redacted** ⌉ residing in ⌈ **Redacted** ⌉ Sole Director with individual signature, for Premero Investment Ltd., Road Town, Tortola, British Virgine Island, personally known to the notary public:

⌈ **Redacted** ⌉  February 4th, 2009

The Notary Public:



```
                            APOSTILLE
                  (Convention de la Haye du 5 octobre 1961)
  1. Land: Schweizerische Eidgenossenschaft, Kanton Glarus
     Country: Swiss Confederation, Canton of Glarus
     Diese öffentliche Urkunde / This public document

  2. ist unterschrieben von .....................................................
     has been signed by  lic. iur. Melanie Imfeld,  ⌈ Redacted ⌉

  3. in seiner Eigenschaft als ...................................................
     acting in the capacity of  Notary Public ................................

  4. Sie ist versehen mit dem Stempel/Siegel des (der) bears the stamp/seal of
           lic. iur. Melanie Imfeld
     ..............................................................................

     ..............................................................................

                                    Bestätigt / Certified
  5. In / to 8750 Glarus            6. am / the  4th February 2009
  7. durch die Staatskanzlei des Kantons Glarus
     by Chancery of State of the Canton of Glarus
  8. unter / under Nr.  8496 ................................

  9. Stempel / Siegel / Stamp / seal      10. Unterschrift / Signature


                                              Hj. Dürst
```

# YAIR GREEN & CO.
## Law Firm & Notary

24 Ramban St. Jerusalem 92422 P.O.B. 7820
Tel.: 02-5618820  Fax: 02-5666665
E-mail : j r @ y g r e e n . c o . i l

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-7514980  Fax: 03-5754820
E-mail : r g @ y g r e e n . c o . i l

Jerusalem
February 12, 2009

יאיר גרין ושות'
משרד עורכי-דין ונוטריון

רחוב רמב"ן 24 ירושלים 92422 ת.ד 7820
טלפון: 02-5618820   פקס: 02-5666665
E-mail : j r @ y g r e e n . c o . i l

רחוב אבא הלל 15, רמת-גן 52522
טלפון: 03-7514980   פקס: 03-5754820
E-mail : r g @ y g r e e n . c o . i l

| | |
|---|---|
| YAIR GREEN | יאיר גרין |
| AVITAL KRATTER | אביטל קרטר |
| SHARON SHPIGEL | שרון שפיגל |
| NITSAN SHMUELI | ניצן שמואלי |
| AMIR GREEN | אמיר גרין |
| OFFIR SHERMAN | אופיר שרמן |
| SHAHAR ELON | שחר אלון |

**Irving H. Picard, Esq.**
**Trustee for Bernard L. Madoff Investment Securities LLC**
**Claims Processing Center**
**2100 McKinney Ave., Suite 800**
**Dallas, TX 75201**
**U S A**                                      **Via Certified Mail, Return Receipt**

Dear Mr. Picard,

### Re: <u>Customer Claim  - Premero Investment Ltd.</u>

Attached please find two customer claim forms in respect of Premero Investment Ltd., which held securities accounts with Bernard L. Madoff Investment Securities LLC in New York under account number 1-FN097-30 and account number 1-FN073-30.

Appended to the claim form in respect of account number 1-FN097-30 is the last known evaluations of that account, as of June 30, 2008.

The forms were signed by the company's sole director, Dr. Kurt Brunner, duly notarized and an Apostille affixed, since they were signed outside the Untied States.

Please acknowledge receipt of the forms and appended material.

Sincerely,

*YAIR GREEN.*

Yair Green, Attorney at Law

MWPTAP00308730

יאיר גרין ושות'
משרד עורכי-דין ונוטריון
רחוב רמב"ן 24 ירושלים 92422 ת.ד. 7620
טלפון: 02-5618820   פקס: 02-5666665

רחוב אבא הלל 15, רמת גן 52522
טלפון: 03-5714980   פקס: 03-5754820

YAIR GREEN & CO.
Law Firm & Notary

24 Rambam St. Jerusalem 92422 P.O.B. 7620
Tel.: 02-5618820   Fax: 02-5666665

15 Abba Hillel St. Ramat Gan 52522
Tel.: 03-5714980   Fax: 03-5754820

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
U S A

**ISRAEL POST**
Israel Postal Company Ltd
www.israelpost.co.il

אישור מסירה/קבלה/תשלום/רישום
AVIS de réception/de livraison/de paiement/d'inscription

CN 07
(ancien C5 מקודם)

**A.R.**   Par avion   מדין חיצוני

תאריך המשלוח   15.02.09

Destinataire de l'envoi   IRVING H. PICARD, ESQ
TRUSTEE FOR BERNARD L. MADOFF
CLAIMS PROCESSING CENTER
2100 McKINNY AVE, SUITE 800 DALLAS TX 75201
Nature de l'envoi   U.S.A.

Lettre ☒   Imprimé ☐   Colis ☐

No. de l'envoi   Valeur déclarée ☐

RA218251189 IL

à compléter à destination

Date et signature

Renvoyer à   יש להחזיר ל:

Nom ou raison sociale   YAIR GREEN   שם או שם החברה
Rue et No.   24 RAMBAN ST.   24 רמב"ן   רחוב ומס'
Localité et pays   JERUSALEM ISRAEL   ירושלים ישראל   הישוב והארץ

789-0002



REGISTERED AR   אישור + דואר רשום
RA218251189 IL

RA218251189 IL
www.israelpost.co.il

MWPTAP00308731