# EXHIBIT F

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:     **004772**

Date Received_____

# BERNARD L. MADOFF INVESTMENT SECURITIES RECEIVED

In Liquidation

MAR 0 2 2009

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: __PREMERO  INVESTMENT  LTD.__
Mailing Address: __c/o  YAIR GREEN   ATTORNEY AT LAW 24 RAMBAN St.__
City: __JERUSALEM__     State: _____   Zip: __92422   ISRAEL__
Account No.: __1-FN097-30__
Taxpayer I.D. Number (Social Security No.): _____

**NOTE:**   **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT.  PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL - RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.   Claim for money balances as of **December 11, 2008**:

    a.   The Broker owes me a Credit (Cr.) Balance of      $_____

    b.   I owe the Broker a Debit (Dr.) Balance of      $_____

    c.   If you wish to repay the Debit Balance,
       please insert the amount you wish to repay and
       attach a check payable to "Irving H. Picard, Esq.,
       Trustee for Bernard L. Madoff Investment Securities LLC."
       If you wish to make a payment, **it must be enclosed**
       with this claim form.      $_____

    d.   If balance is zero, insert "None."      __NONE__

502180406

1

MWPTAP00308718

2.      Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|     |                                        | YES | NO |
|-----|----------------------------------------|-----|----|
| a.  | The Broker owes me securities          | X   |    |
| b.  | I owe the Broker securities            |     | X  |

c.      If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| LAST KNOWN EVALUATION JUNE 30 2008 | AS PER ATTACHED STATEMENT | $ 6,309,214 | |
| | | | |
| | | | |
| | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00308719

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. | _____ | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: N/A _____

MWPTAP00308720

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date  04 Feb. 2009 _____   Signature _____

Date _____   Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

lic. iur. Melanie,

**MWPTAP00308721**

**Legalization**

Seen to legalize the signature produced in my presence by <u>Dr. Kurt Brunner</u>, born Redacted from Redacted, residing in Redacted Sole Director with individual signature, for <u>Premero Investment Ltd.</u>, Road Town, Tortola, British Virgine Island, personally known to the notary public:

Redacted February 4th, 2009



The Notary Public:

APOSTILLE
(Convention de la Haye du 5 octobre 1961)

1  Land: Schweizerische Eidgenossenschaft, Kanton Glarus
   Country: Swiss Confederation. Canton of Glarus
   Diese öffentliche Urkunde / This public document

2  ist unterschrieben von .........................................................
   has been signed by  lic. iur. Melanie Imfeld   Redacted

3  in seiner Eigenschaft als .......................................................
   acting in the capacity of  Notary Public

4. Sie ist versehen mit dem Stempel/Siegel des (der) bears the stamp/seal of
   lic. iur. Melanie Imfeld

5  In / to 8750 Glarus                    Bestätigt / Certified
                                          6. am / the  4th February 2009
7  durch die Staatskanzlei des Kantons Glarus
   by Chancery of State of the Canton of Glarus

8. unter / under Nr.  8508

9. Stempel / Siegel / Stamp / seal        10. Unterschrift / Signature

MWPTAP00308722



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 486-8178

Premero Investment Ltd.
Yair Green, Attorney at Law
24 Ramban Street
Jerusalem 92422
Israel

Dear Attorney Green:

Please be advised that as of 06/30/08 the Premero Investment Ltd. II portfolio evaluation is as follows:

Securities Held for the Account of
"Premero Investment Ltd. II"
Account # 1-FN097-30 as of 06/30/08

| SECURITY | NUMBER OF SHARES | CLOSING PRICE 6/30/2008 | NET MARKET VALUE 06/30/08 |
|---|---|---|---|
| FIDELITY SPARTAN SBI | 41,977 | 1 | 41,977.00 |
| U.S. TREASURY BILL DUE  9/11/2008 | 600,000 | 0.99663 | 597,978.00 |
| U.S. TREASURY BILL DUE  9/18/2008 | 600,000 | 0.99611 | 597,666.00 |
| U.S. TREASURY BILL DUE  9/25/2008 | 600,000 | 0.99589 | 597,534.00 |
| U.S. TREASURY BILL DUE  10/2/2008 | 700,000 | 0.99527 | 696,689.00 |
| U.S. TREASURY BILL DUE  10/9/2008 | 700,000 | 0.99492 | 696,444.00 |
| U.S. TREASURY BILL DUE  10/16/2008 | 600,000 | 0.99454 | 596,724.00 |
| U.S. TREASURY BILL DUE  10/23/2008 | 600,000 | 0.99415 | 596,490.00 |
| U.S. TREASURY BILL DUE  10/30/2008 | 1,400,000 | 0.99373 | 1,391,222.00 |
| U.S. TREASURY BILL DUE  11/6/2008 | 500,000 | 0.99298 | 496,490.00 |

**Net Market Value of
Open Security Positions**                 $    6,309,214.00

**Cash Balance**                                                     0.00

**Total Equity**                                  $    6,309,214.00

MWPTAP00308723

5.60

משרד עורכ

רחוב רמב"ן 24 יר
טלפון: 5618820!-

רחוב אבא הלל
טלפון: 7514980-

N & CO.
e Notary

92422 P.O.B. 7820
ax: 02-5666665

mat Gan 52522
אx: 03-5754820

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201
U S A

אישור מסירה/קבלה/תשלום/רישום
de réception/de livraison/de paiement/d'inscription

CN 07
(במקום C5 ancien)

A.R.   Par avion   בדרך האוויר

Service des postes   משירות הדואר
Timbre du bureau renvoyant l'avis   חותמת בית הדואר המחזיר את האישור

תאריך Date בית דואר
15.02.09

שם הנמען ומשפ
H. PICARD, ESQ
RD L. MADOFF
CENTER
SUITE 800 DALLAS TX 75201

סוג דבר הדואר

□ דבר דפוס   □ Colis חבילה
מספר □ מבוטח   Valeur déclarée
סכום
Montant

למשלם במקום היעד

Renvoyer à   יש להחזיר ל:

ument
inscrit en CCP □

דבר הדואר תמ"ל
חויב בחשבון בבנק הדואר □
תאריך וחתימה *

Nom ou raison sociale   שם או שם החברה
YAIR GREEN   יאיר גרין לעו"ד
Rue et No:   רחוב ומספר
24 RAMBAN ST.   24 רמב"ן
Localité et pays   המקום והארץ
JERUSALEM ISRAEL   ירושלים ישראל

tinataire ou, si les règlements du pays
utre personne autorisée ou par l'agent

* אישור זה יוחתם בידי הנמען, או, כאשר תקנות ארץ היעד מאפשרות זאת,
יוחתם בידי מיופה כח או בידי פקיד בית דואר היעד.

R
REGISTERED + AR
רשום + אישור מסירה
RA215261189 IL

RA215261189 IL
www.israelpost.co.il

MWPTAP00308724