UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Estate of Gary Albert (the "Claimant"), having filed an objection (the "Objection", Docket No. 2192) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009762), hereby gives notice that it withdraws such Objection.

Dated: February 22, 2018

                                                                     /s/ Matthew A. Kupillas

Matthew A. Kupillas, on behalf of the Estate of Gary Albert
Milberg Tadler Phillips Grossman LLP
One Pennsylvania Plaza
New York, New York 10119-0165
Tel: 212.594.5300
Fax: 212.868.1229
mkupillas@milberg.com