Pg 1 of 2

**CLEARY GOTTLIEB STEEN & HAMILTON LLP**
One Liberty Plaza
New York, NY 10006
Telephone: (212) 225-2000
Facsimile: (212) 225-3999

*Attorneys for the BNP Paribas Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | CERTIFICATE OF SERVICE |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BNP PARIBAS S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas Securities Services S.A.<br><br>　　　　　　Defendants. | Adv. Pro. No. 12-01576 (SMB) |

　　　　　I, Brendan Cyr, an attorney admitted to practice in the State of New York, and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

1. On the 26th day of March, 2018, the Reply Memorandum of Law in Further Support of the BNP Paribas Defendants' Motion to Stay Discovery was served by electronic mail upon:

>dsheehan@bakerlaw.com
>mkornfeld@bakerlaw.com
>tcalvani@bakerlaw.com
>jforman@bakerlaw.com
>jwasick@bakerlaw.com
>mmolina@bakerlaw.com
>mfriedman@bakerlaw.com

2. On the 27th day of March, 2018, the Reply Memorandum of Law in Further Support of the BNP Paribas Defendants' Motion to Stay Discovery was served by First Class Mail, upon:

>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Attn: David J. Sheehan and Torello H. Calvani
>
>Securities Investor Protection Corporation
>1667 K Street NW, Suite 1000
>Washington, DC 20006-1620
>Attn: Kevin H. Bell

Dated: New York, New York
       March 28, 2018

_____
Brendan Cyr