LAW OFFICE OF
RICHARD E. SIGNORELLI
52 Duane Street, 7th Floor
New York, NY 10007
Telephone:     212 254 4218
Facsimile:     212 254 1396
rsignorelli@nycLitigator.com℠
richardsignorelli@gmail.com
www.nycLitigator.com℠
*Attorneys for the Defendants*
*identified on Exhibit 1 attached hereto*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

-------------------------------------------------------------------x
In re:

BERNARD L. MADOFF,

                    Debtor.

-------------------------------------------------------------------x

| | |
|---|---|
| IRVING PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05394 (SMB) |
| Plaintiff, | |
| v. | **NOTICE OF COUNSEL'S OFFICE ADDRESS CHANGE** |
| RICHARD M. GLANTZ, et al., | |
| Defendants. | |

-------------------------------------------------------------------x

PLEASE TAKE NOTICE of the following change of address for the Law Office

of Richard E. Signorelli, attorneys for the defendants listed on the attached Exhibit 1, effective

April 1, 2018:

>Law Office of
>Richard E. Signorelli
>52 Duane Street, 7th Floor
>New York, NY 10007

PLEASE TAKE FURTHER NOTICE that the telephone, cellular, and facsimile

numbers, as well as website and email addresses, remain unchanged.

Dated: New York, New York
       March 29, 2018

>Respectfully submitted,
>
>LAW OFFICE OF
>RICHARD E. SIGNORELLI
>
>By:   /s/ Richard E. Signorelli
>      _____
>      Richard E. Signorelli
>      Bryan Ha
>      52 Duane Street, 7th Floor
>      New York, NY 10007
>      Telephone:    212 254 4218
>      Facsimile:    212 254 1396
>      rsignorelli@nycLitigator.com$^{SM}$
>      richardsignorelli@gmail.com
>      www.nycLitigator.com$^{SM}$
>
>      Attorneys for the Defendants
>      identified on Exhibit 1 attached hereto

FILING AND SERVICE VIA ELECTRONIC FILING

## EXHIBIT 1

RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz

EJS ASSOCIATES, L.P.

JELRIS & ASSOCIATES, L.P.

GRACE & COMPANY

THE GLANTZ FAMILY FOUNDATION, INC.

THE ESTATE OF EDWARD R. GLANTZ

LAKEVIEW INVESTMENT, LP

VISTA MANAGEMENT CO.

LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION

ELAINE OSTRIN

THE ESTATE OF THELMA GLANTZ

THE GLANTZ-OSTRIN TRUST II

AUSTIN BOSARGE