**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Peter B. Shapiro

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                              Plaintiff,<br><br>        v.<br><br>DOS BFS FAMILY PARTNERSHIP II, L.P., DONALD AND BETTE STEIN FAMILY TRUST, DONALD O. STEIN, WILLIAM STEIN, JAMIE STEIN WALKER, and BARBARA STEIN JAFFE,<br><br>                              Defendants. | Adv. Pro. No. 10-04378 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: April 28, 2014

2. Fact Discovery shall be completed by: September 25, 2015

3. The Deadline for Service of Substantive Interrogatories shall be: June 9, 2014

4. The Disclosure of Case-in-Chief Experts shall be due: November 19, 2015

5. The Disclosure of Rebuttal Experts shall be due: December 18, 2015

6. The Deadline for Completion of Expert Discovery shall be: March 11, 2016

7. The Deadline for Service of a Notice of Mediation Referral shall be: May 13, 2016

8. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: May 27, 2016

9. The Deadline for Conclusion of Mediation shall be: April 30, 2018

Dated: New York, New York
      March 30, 2018

BAKER & HOSTETLER LLP

By: _/s/ Keith R. Murphy_____
David J. Sheehan
Keith R. Murphy
Peter B. Shapiro
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*