**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>EDITH A. SCHUR,<br><br>Defendant. | Adv. Pro. No. 10-04396 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including April 16, 2018.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

Dated:  April 2, 2018
        New York, New York

**BAKER & HOSTETLER LLP**

By:    /s/      Keith R. Murphy
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: 212.589.4200
       Facsimile:  212.589.4201
       David J. Sheehan
       Email:  dsheehan@bakerlaw.com
       Keith R. Murphy
       Email: kmurphy@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for
       the Substantively Consolidated SIPA
       Liquidation of Bernard L. Madoff
       Investment Securities LLC for the Estate of
       Bernard L. Madoff*

**BERNFELD DEMATTEO & BERNFELD LLP**

By:    /s/     David B. Bernfeld
       600 Third Avenue, 15th Floor
       New York, NY 10016
       Telephone: (212) 661-1661
       Facsimile: (212) 557-9610
       David B. Bernfeld
       Email: davidbernfeld@bernfeld-dematteo.com

       *Attorney for Defendant*

**STRADLEY RONON STEVENS &
YOUNG, LLP**

By:    /s/    Deborah A. Reperowitz
       100 Park Avenue, Suite 2000
       New York, NY 10017
       Telephone: (212) 812-4138
       Facsimile: (646) 682-7180
       Deborah A. Reperowitz
       Email: dreperowitz@stradley.com

       *Mediator*

3