**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan New
Robertson Beckerlegge
Robyn Feldstein

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>FREDERIC Z. KONIGSBERG, SUSAN M. KONIGSBERG, BRADERMAK, LTD., | Adv. Pro. No. 10-04394 (SMB) |

> BRADERMAK EQUITIES CORP., LEE RAUTENBERG, JAN STAHL, GERI STAHL, H. PETER STEIL, APO HEALTH, INC. PSP F/B/O H. PETER STEIL, APO HEALTH, INC. PSP F/B/O JAN STAHL, BUYER'S ALTERNATIVES, INC. PSP F/B/O JAN STAHL, and PJS TRADING, INC. PSP F/B/O JAN STAHL,
> 
> Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. Fact discovery closed on October 13, 2017

2. The Disclosure of Case-in-Chief Experts shall be due: September 27, 2018.

3. The Disclosure of Rebuttal Experts shall be due: October 29, 2018.

4. The Deadline for Completion of Expert Discovery shall be: November 29, 2018.

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before December 6, 2018.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before December 20, 2018.

7. The Deadline for Conclusion of Mediation shall be: On or before April 22, 2019.

Dated: New York, New York  
April 2, 2018

BAKER & HOSTETLER LLP

By: */s/ Nicholas Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
Jonathan New  
Robertson Beckerlegge  
Robyn Feldstein  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and the Estate of Bernard L.*  
*Madoff*