# EXHIBIT A

Exhibit A

| BLMIS Account Name | | BLMIS Account Number |
|---|---|---|
| NTC & CO. FBO ARMAND L GREENHALL   REDACTED | | 1G0109 |
| ARMAND L GREENHALL | | 1G0234 |