# EXHIBIT B

Exhibit B

BLMIS ACCOUNT NO. 1G0109 - NTC & CO. FBO ARMAND L GREENHALL REDACTED

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | 90-Day Preferential Transfers | 2-Year Fraudulent Transfers | 6-Year Fraudulent Conveyances |
| 10/26/1995 | CHECK | 265,398 | 265,398 | - | - | - | 265,398 | - | - | - |
| 9/9/2003 | TRANS TO 1G023430 | (30,000) | - | - | - | (30,000) | 235,398 | - | - | - |
| 8/24/2005 | CHECK | (17,000) | - | (17,000) | - | - | 218,398 | - | - | - |
| 8/29/2006 | CHECK | (42,000) | - | (42,000) | - | - | 176,398 | - | - | - |
| 10/4/2007 | CHECK | (46,100) | - | (46,100) | - | - | 130,298 | - | - | - |
| 3/25/2008 | CHECK | (30,000) | - | (30,000) | - | - | 100,298 | - | - | - |
| 7/9/2008 | CHECK WIRE | (1,212,932) | - | (1,212,932) | - | - | (1,112,634) | - | (1,112,634) | (1,112,634) |
| | Total: | | $ 265,398 | $ (1,348,032) | $ - | $ (30,000) | $ (1,112,634) | $ - | $ (1,112,634) | $ (1,112,634) |

BLMIS ACCOUNT NO. 1G0234 - ARMAND L GREENHALL

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 90-Day Preferential Transfers | Column 10 2-Year Fraudulent Transfers | Column 11 6-Year Fraudulent Conveyances |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/14/1997 | TRANS FROM 1G007110 | 1,040,050 [1] | - | - | - | - | - | - | - | - |
| 7/1/1997 | CHECK | (40,000) | - | (40,000) | - | - | (40,000) | - | - | - |
| 10/1/1997 | CHECK | (40,000) | - | (40,000) | - | - | (80,000) | - | - | - |
| 1/2/1998 | CHECK | (40,000) | - | (40,000) | - | - | (120,000) | - | - | - |
| 9/9/2003 | TRANS FROM 1G010930 | 30,000 | - | - | 30,000 | - | (90,000) | - | - | - |
| 10/2/2006 | CHECK | (15,000) | - | (15,000) | - | - | (105,000) | - | - | (15,000) |
| 1/2/2007 | CHECK | (15,000) | - | (15,000) | - | - | (120,000) | - | (15,000) | (15,000) |
| 4/2/2007 | CHECK | (15,000) | - | (15,000) | - | - | (135,000) | - | (15,000) | (15,000) |
| 4/16/2007 | CHECK | (20,000) | - | (20,000) | - | - | (155,000) | - | (20,000) | (20,000) |
| 7/2/2007 | CHECK | (15,000) | - | (15,000) | - | - | (170,000) | - | (15,000) | (15,000) |
| 10/1/2007 | CHECK | (15,000) | - | (15,000) | - | - | (185,000) | - | (15,000) | (15,000) |
| 1/2/2008 | CHECK | (15,000) | - | (15,000) | - | - | (200,000) | - | (15,000) | (15,000) |
| 4/1/2008 | CHECK | (15,000) | - | (15,000) | - | - | (215,000) | - | (15,000) | (15,000) |
| 5/30/2008 | CHECK WIRE | (3,985,470) | - | (3,985,470) | - | - | (4,200,470) | - | (3,985,470) | (3,985,470) |
| 6/11/2008 | CHECK | (9,423) | - | (9,423) | - | - | (4,209,893) | - | (9,423) | (9,423) |
| | Total: | | $ - | $ (4,239,893) | $ 30,000 | $ - | $ (4,209,893) | $ - | $ (4,104,893) | $ (4,119,893) |

[1] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.