# EXHIBIT C

## Subsequent Transfers from the Estate of Armand L. Greenhall to Defendant Peng Yan

| Approximate Date | Amount |
|---|---|
| 7/9/2008 | $3,823.01 |
| 7/10/2008 | $4,448.00 |
| 8/27/2008 | $7,000.00 |
| 8/27/2008 | $2,394.00 |
| 9/18/2008 | $1,325.00 |
| 12/5/2008 | $25,000.00 |
| 12/9/2008 | $800,000.00 |
| 3/18/2009 | $25,000.00 |
| 5/29/2009 | $25,000.00 |
| 7/31/2009 | $20,000.00 |
| 10/31/2009 | $25,000.00 |
| 12/28/2009 | $25,000.00 |
| 3/15/2010 | $25,000.00 |
| 4/6/2010 | $400,000.00 |
| 9/14/2010 | $300,000.00 |
| 1/4/2011 | $2,503,043.16 |
| 9/19/2014 | $16,100.00 |
| **Total** | **$4,208,133.17** |

Full date range of currently known subsequent transfers from the Greenhall Estate to Defendant Peng Yan

$1,388,990.01 within 4/14/2008 - 6/30/2010, the time period covered by the Greenhall Estate Accounting

MADC0894_00000004