# EXHIBIT D

STATE OF NEW YORK
SURROGATE'S COURT: WESTCHESTER COUNTY
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In the matter of the Settlement of                          :
The Final Account of Deidre A. Sweeney
And Peng Yan                                                 :    **AGREEMENT SETTLING**
As Executors of Last Will and Testament                          **ACCOUNT OF**
                                                            :    **EXECUTORS**
Of                                                               **RECEIPT AND RELEASE**
        ARMAND L. GREENHALL,                                :
                                                                 File No. 2008 -1750
                        Deceased.                           :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X

        This Agreement made as of November       , 2010 by and among following

parties, TO WIT:

        Deidre A. Sweeney and Peng Yan as Executors under the Will of Armand L.

Greenhall, and Peng Yan as Residuary Beneficiary under said Will.

        WHEREAS:

        (a)    Armand L. Greenhall died on **Redacted**, a resident of the City,

County and State of New York, leaving a Will dated August 17, 2006 which was

admitted to probate by the Surrogate's Court of New York County on November 19,

2008. Letters Testamentary were issued to Deidre A. Sweeney and Peng Yan on

that date.

        (b)    Pursuant to the terms of the Will, numerous legacies were bequeathed

to various individuals and charitable institutions. These legacies have been paid with

9% interest pursuant to an agreement with the Surrogate of New York County and

Alex Straus one of the legatees. The residuary estate was bequeathed to Peng Yan.

A copy of the Will is attached as Exhibit A.

(c)    The Executors has concluded all estate tax proceedings related to the estate and have paid all estate taxes which may have been due.

(d)    The Executors have prepared as Exhibit B, an account of the proceedings of the Executors for the period April 14, 2008 to June 30, 2010 in the form of cash sheets and other schedules (hereinafter referred to as the "Account").

(e) The parties acknowledge that a significant portion of the decedent's assets were invested with Bernard Madoff & Co. These funds were collected by the Executors in May and June of 2008 before it was discovered that the operation was fraudulent. The U. S. and New York Estate Tax Returns were filed on the basis that the taxable estate included all assets included the funds received from the decedent's Madoff accounts. To date, no communication has been received from the Bankruptcy Trustee with respect to the funds.  Therefore, the accounting attached hereto calculates the Executor's commissions due Deidre A. Sweeney as Executor on the full amount of assets collected by the Executors.

(f)    The parties are desirous of avoiding the cost and delay necessarily attendant upon a judicial proceeding to settle the account of proceedings of Deidre A. Sweeney and Peng Yan, as Executors.   Accordingly, they have requested the Executors to forego their right to a judicial settlement at this time. They have examined this Agreement and the exhibits hereto (hereinafter collectively referred to as the "Account") and are satisfied that the Account is complete, correct and adequately represents the acts and proceedings of the Executors.

2

**10-05048 DEF_0000002**

Therefore,

(1)    Peng Yan, as the residuary Beneficiary of the Estate of Armand L. Greenhall does hereby, for and on behalf of himself, his personal representatives, heirs, successors and assigns:

(a)    Approve the Account, waive his right to demand judicial settlement and agree that the Account shall be deemed settled by this Settlement Agreement, with the same effect as if settled judicially;

(b)    Acknowledges receipt of all amounts of income and principal to which he may be entitled in full satisfaction of all his rights and interests as residuary beneficiary of the estate.

(c)    Authorize and approve of the payment of $28,859.58 as legal fees and disbursements of $1,801.07, all of which has been paid to Messrs. McCanliss & Early for legal fees, and disbursements due to McCanliss & Early LLP for legal fees as attorneys for the Executors.

(d)    Authorize and approve the payment to Deidre A. Sweeney, as Co -Executor of commissions in the amount of $ 225,516.40 as shown by Schedule H.

(e)    Represent that he has not assigned, released or encumbered his interests in the estate;

(f)    Releases and discharges Deidre A. Sweeney, as Executor and her successors and assigns from any and all liability or further accountability whatsoever in connection with or arising from any matters in connection with the Decedent's estate or the administration and distribution thereof for the period April

3

10-05048 DEF_0000003

14, 2010 to June 30, 2010, including any and all claims which may arise subsequent to the date of this Settlement Agreement with respect to the funds received from the decedent's accounts held at Bernard L. Madoff Inc., any of its subsidiaries, successors in interest and assigns; and

(g)    Agrees to indemnify and hold harmless Deidre A. Sweeney and individually and as Executor, and her successors and assigns from any and all claims and liabilities which they may incur at any time by reason of anything connected with the Decedent's estate or the administration thereof including any and all claims which may arise subsequent to the date of this Settlement Agreement with respect to the funds received from the decedent's accounts held at Bernard L. Madoff Inc, any of its subsidiaries, successors in interest and assigns; and;

(h)    Waive the issuance and service of a citation or other process in any proceeding brought for the judicial settlement of this Account and consent to the entry of a judgment or decree judicially settling the same without further notice to them.

(3)    Deidre A. Sweeney and Peng Yan, as Executors, hereby agree to forego at this time their right to be discharged in a proceeding for the judicial settlement of the final account.

(4)    This Agreement may be executed in counterparts.

Dated:New York, New York
       November        , 2010

                                        _____
                                        Deidre A. Sweeney

                                        _____
                                        Peng Yan

4

10-05048_DEF_0000004

State of New York    )

County of New York)    )ss.:

On the                day of   November in the year 2010 before me, the undersigned, personally appeared **Deidre A. Sweeney,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that she executed the same in her capacity, and that by her signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in the City, County and State of New York.

_____

Signature and Office of individual taking acknowledgment

State of                    )

County of                    )ss.:
                             )

On the                day of                in the year 2010 before me, the undersigned, personally appeared **Peng Yan,** personally known to me or proved to me on the basis of satisfactory evidence to be the individual whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his capacity, and that by his signature on the instrument, the individual, or the person upon behalf of which the individual acted, executed the instrument, and that such individual made such appearance before the undersigned in _____ *(insert the city or other political subdivision and the state or country or other place the acknowledgment was taken).*

_____

Signature and office of individual taking acknowledgment

5

10-05048 DEF_0000005

STATE OF NEW YORK
SURROGATE'S COURT : COUNTY OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
                                                    :
         Accounting of                              :
                                                    :        File No. 2008 - 1750
DEIDRE A. SWEENEY and PENG YAN,                     :
As Executors of the Estate of                       :
                                                    :
         ARMAND L. GREENHALL                         :
                                                    :
                             Deceased .              :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

TO THE SURROGATE'S COURT OF THE COUNTY OF KINGS:

         The undersigned does hereby render the account of proceedings as
follows:

         Period of account from April 14, 2008 to June 30, 2010.

         This is a final account.


## SCHEDULE A

Statement of Principal Received

## SCHEDULE A-1

Statement of Increases on Sales, Liquidation or Distribution

## SCHEDULE A-2

Statement of All Income Collected

## SCHEDULE B

Statement of Decreases Due to Sales, Liquidation, Collection, Distribution or
Uncollectibility

### SCHEDULE C

Statement of Funeral and Administration Expenses

### SCHEDULE C-1

Statement of Unpaid Administration Expenses

### SCHEDULE D

Statement of All Creditors' Claims

### SCHEDULE E

Statement of Distributions of Principal

### SCHEDULE F

Statement of New Investments, Exchanges and Stock Distributions

### SCHEDULE G

Statement of Principal Remaining on Hand

### SCHEDULE H

Statement of Interested Parties

### SCHEDULE I

Statement of Estate Taxes Paid and Allocation Thereof

### SCHEDULE J

Statement of Computation of Commissions

### SCHEDULE K

Statement of Other Pertinent Facts and of Cash Reconciliation

THE FOLLOWING IS A SUMMARY STATEMENT OF THIS ACCOUNT:

### PRINCIPAL ACCOUNT

**CHARGES:**

| | | |
|---|---|---|
| Amount shown by Schedule "A"<br>(Principal Received) | $ 9,688,246.48 | |
| Amount shown by Schedule "A-1"<br>(Realized Increases on<br>Principal) | 65,756.73 | |
| Amount shown by Schedule "A-2"<br>(Income Collected) | 89,881.55 | |
| Total Charges | | $ 9,843,884.76 |

**CREDITS:**

| | | |
|---|---|---|
| Amount shown by Schedule "B"<br>(Realized Decreases on<br>Principal) | 536,097.67 | |
| Amount shown by Schedule "C"<br>(Funeral and Administration<br>Expenses) | 3,541,455.93 | |
| Amount shown by Schedule "D"<br>(Creditors' Claims actually<br>paid) | 89,078.80 | |
| Amount shown by Schedule "E"<br>(Distributions of Principal) | 2,512,708.43 | |
| Total Credits | | 6,679,340.83 |
| Balance on Hand shown by<br>Schedule "F" | | $ 3,164,511.61 |

## SCHEDULE A

### Statement of Principal Received 4/14/08

#### Wachovia A/C # [Redacted]-0942

| | | | |
|---|---|---|---|
| 1 | Blackrock NY Insd. | $ 25,000.00 | |
| 1000 | Barrick Gold Corp. | 42,930.00 | |
| 3300 | Blackrock NY Ins. | 44,715.00 | |
| 4000 | Eaton Vance NY | 53,520.00 | |
| 1000 | T.T. Wnhanced Equity | 14,360.00 | |
| 1000 | General Motors @ 5.25% | 16,300.00 | |
| 84 | Idearc | 319.20 | |
| 1000 | Ingram Micro | 15,930.00 | |
| 1000 | Magellan Midstream Prtns | 42,390.00 | |
| 500 | Merck & Co. | 20,575.00 | |
| 1000 | JP Morgan Chase @ 6.25% | 23,200.00 | |
| 1000 | Motorola Inc. | 9,000.00 | |
| 2000 | National Semiconductor | 39,360.00 | |
| 1093 | Vodafone Group | 32,746.28 | |
| 1000 | Xerox | 14,660.00 | |
| 20000 | FHLMC Step @ 4% 5/15/18 | 19,540.40 | |
| 15000 | Green Brier @ 2.375% 5/15/26 | 12,225.00 | |
| 5000 | NY HSG HSP @ 7% 11/1/17 | 5,854.05 | |
| 2000 | NY ST MTG @ 5.3% 4/1/29 | 20,279.80 | |
| 1000 | Trinity @ 3.875% 6/1/36 | 9,237.50 | |
| | Money Market | 49,823.93 | 511,966.16 |

#### Wachovia A/C [Redacted]-0967

| | | |
|---|---|---|
| 200 | Boeing Co. | 15,431.00 |
| 100 | CBS Corp. CIB | 2,111.50 |
| 200 | Caterpillar Inc. | 15,072.00 |
| 300 | CullenFrost Bankers | 15,567.00 |
| 300 | Dow Chemical Co. | 11,442.00 |

Schedule A

-1-

2

10-05048_DEF_0000009

## Schedule A (Cont'd)

| | | | |
|---|---|---:|---:|
| 45 | DuPont EL Demours | 2,205.00 | |
| 150 | Exxon Mobil | 13,388.25 | |
| 200 | Honeywell International | 11,318.00 | |
| 75 | 1 Shares Dow Jones | 7,132.50 | |
| 100 | 1 Shares Inv. Gr Bond | 10,532.00 | |
| 65 | 1 Shares Lehman 1-3 Yr | 5,453.50 | |
| 200 | Kellogg Co. | 10,435.00 | |
| 300 | Eli Lilly | 15,546.00 | |
| 10 | Merck & Co. | 411.50 | |
| 160 | J.P. Morgan Chase | 6,716.80 | |
| 300 | Nucor Corp. | 20,490.00 | |
| 600 | Qualcomm Inc. | 24,852.00 | |
| 100 | Viacom | 3,938.00 | |
| 2 | Boeing Call June 85 | <590.00> | |
| 3 | Cullen Frosr Call July 55 | <1,200.00> | |
| 3 | Nucor Corp Call July 80 | <960.00> | |
| | Money Market | 43,609.84 | 232,901.89 |
| | | | |
| | Securities in Safe Deposit Box | | |
| 6,927 | AT&T | 259,069.80 | |
| 10,000 | Coca Cola Co. | 607,500.00 | |
| 1,000 | Enbridge Energy | 49,300.00 | |
| 1460 | Energy East Corp. | 35,609.40 | |
| 748 | General Electric | 23,995.84 | |
| 5,000 | MS Municipal Premium | 41,650.00 | |
| 3,000 | Plum Creek Timber Co. | 120,180.00 | |
| 852 | Quest Communications | 3,919.20 | |
| 1,000 | Southern Co. | 36,240.00 | |

Schedule A
-2-

3

10-05048_DEF_0000010

### Schedule A (Cont'd)

| | | | |
|---|---|---|---|
| 3496 | Trust Co. Bank Corp. | 30,624.96 | |
| 5296 | VKM Advantage Income | 63,499.04 | |
| 1696 | Verizon Communications | 60,326.72 | |
| 1000 | Westmasset Emmkt. | 12,870.00 | |
| 15,000 | Wstrn Asst. Hun. | 116,700.00 | 1,461,484.96 |
| | | | |
| | Ameritrade | | |
| 1333 | Alliance Berstein | 10,983.92 | |
| 1,000 | AT&T | 37,400.00 | |
| 1,000 | Agree Realty Corp. | 26,310.00 | |
| 1,000 | Coca Cola | 23,520.00 | |
| 1,000 | Tivo Inc. | 8,940.00 | |
| 2,000 | Time Warner | 28,420.00 | |
| | Cash | 13,860.08 | 149,434.00 |
| | | | |
| | JP Morgan Chase Checking | 73,790.84 | |
| 33 | Fairpoint | 252.29 | |
| | Apartment | 2,010,000.00 | |
| | Life Insurance | 30,000.00 | |
| | Treasury | 20,000.00 | |
| 5/30 | Wire Trans Chas B Madoff | 3,985,470.45 | |
| | | | |
| | Total | | 6,119,513.58 |
| | | | |
| | IRA | | 8,475,300.59 |
| | Bernard Medoff Brkc Acct. | 1,212,931.72 | |
| | Fisher V. Balance | 14.17 | 1,212,945.89 |
| | | | |
| | | | 9,688,246.48 |
| | | | |
| | TOTAL SCHEDULE A | $9,688,246.48 | |

Schedule A
-3-

4

**10-05048_DEF_0000011**

## SCHEDULE A - 1

## STATEMENT OF INCREASES IN PRINCIPAL

| | | | COST | PROCEEDS | GAIN |
|---|---|---|---|---|---|
| **2008** | | | | | |
| 06/06 | 6927 shs. | AT&T | $ 259,069.80 | $ 266,016.67 | $ 6,946.87 |
| 11/06 | $25,000.00 | Blackrock NY INSD Muni | 25,000.00 | 25,000.00 | -0- |
| 11/14 | 2 shs. | Boeing Co. | 590.00 | 590.00 | -0- |
| 11/06 | 200 shs. | Caterpillar Inc. | 15,072.00 | 16,098.90 | 1,026.90 |
| 11/14 | 3 shs. | Cullen Frost Bankers | 1,200.00 | 1,200.00 | -0- |
| 06/06 | 300 shs. | Cullen Frost Bankers | 15,567.00 | 15,982.70 | 415.70 |
| 11/04 | 300 shs. | Dow Chemical Co. | 11,442.00 | 11,525.82 | 83.82 |
| 06 | 4000 shs. | Eaton Vance NY | 53,520.00 | 54,538.75 | 1,018.75 |
| 06 | 1000 shs. | Enbridge Energy | 49,300.00 | 50,838.21 | 1,538.21 |
| 06 | 1460 shs. | Energy East Corp. | 35,609.40 | 38,700.59 | 3,091.19 |
| 06 | 1000 shs. | First Trust Unhanced Equity | 14,360.00 | 14,726.45 | 366.45 |
| 06 | 75 shs. | 1 Shares Dow J NS | 7,132.50 | 7,454.20 | 321.70 |
| 06 | 2000 shs. | National Semiconductor | 39,360.00 | 47,754.70 | 8,394.70 |
| 06 | 300 shs. | Nucor | 20,490.00 | 23,350.36 | 2,860.36 |
| | 3000 shs. | Plum CRKTMBER Co. | 120,180.00 | 139,913.75 | 19,733.75 |
| | 600 shs. | Qualcomm Inc. | 24,852.00 | 28,378.35 | 3,526.35 |
| | 2000 shs. | Time Warner | 28,420.00 | 29,139.22 | 719.22 |

Schedule A - 1

-1-

27

10-05048_DEF_0000012

### Schedule A -1 (cont'd)

| | | | COST | PROCEEDS | GAIN |
|---|---|---|---|---|---|
| | $10,000.00 | Trinity @ 3.875% due 6/1/36 | 9,237.50 | 9,947.50 | 710.00 |
| 06 | 52.96 shs. | VKM Advantage Income | 63,499.04 | 63,709.71 | 210.67 |
| | 1696 shs. | Verizon Communication | 60,326.72 | 64,155.06 | 3,828.34 |
| | 1093 shs. | Vodafone Group | 32,746.28 | 34,219.74 | 1,473.46 |
| | 1000 shs. | Western Assets Emmkt | 12,870.00 | 13,175.55 | 305.55 |
| | 15000 | Western Assets MUN | 116,700.00 | 117,966.61 | 1,266.61 |
| /14/09 | 33 shs. | Fairpoint | -0- | 94.38 | 94.38 |
| 06 | 1000 shs. | Ingram Micro | 15,930.00 | 18,366.17 | 2,436.17 |
| | | Total | 1,032,474.24 | 1,092,843.39 | 60,369.15 |
| 05/26/10 | | World ComVictim Trust | -0- | 102.89 | 102.89 |
| 05/26/10 | | World ComVictim Settlement Fd | -0- | 44.74 | 44.74 |
| 04/18/08 | | Nucor 3 | 1,110.00 | 1,199.99 | 89.99 |
| 04/21 | | DuPont | -0- | 4,749.97 | 4,749.97 |
| 04/23/06 | | Boeing | -0- | 399.99 | 399.99 |
| | TOTAL SCHEDULE A-1 | | $1,033,584.24 | $1,099,340.97 | $65,756.73 |

Schedule A I
-2-

28

10-05048_DEF_0000013

## SCHEDULE A-2

### Statement Of Income Collected

**2008**
**DIVIDENDS**

| | | | |
|---|---|---|---|
| | AT&T | | |
| 05/01 | | 2,770.80 | |
| 05/01 | | 400.00 | 3,170.80 |
| | ALLIANCE BERSTEIN | | |
| 05/01 | | 66.65 | |
| 06/20 | | 66.65 | 133.30 |
| | BARRICK GOLDCORP | | |
| 06/16 | | 200.00 | 200.00 |
| | BOEING CO. | | |
| 06/06 | | 80.00 | 80.00 |
| | CBS CORP. | | |
| 07/01 | | 27.00 | 27.00 |
| | CATERPILLAR INC. | | |
| 05/20 | | 72.00 | 72.00 |
| | COCA COLA | | |
| 06/26 | | 70.00 | 70.00 |
| | CULLEN FROST BANKERS | | |
| 06/13 | | 126.00 | 126.00 |
| | DOW CHEMICAL CO. | | |
| 04/30 | | 126.00 | 126.00 |
| | DUPONT EL DENEMOURS | | |
| 06/12 | | 18.45 | 18.45 |
| | EATON VANCE NY | | |
| 05/19 | | 236.32 | |
| 04/17 | | 236.32 | |
| 06/17 | | 236.32 | 708.96 |
| | ENERGY EAST CORP. | | |
| 05/15 | | 452.60 | 452.60 |

Schedule A-2
-1-

10-05048_DEF_0000014

### Schedule A-2 (cont'd)

| | EXXON MOBIL | | |
|---|---|---|---|
| 06/10 | | 60.00 | 60.00 |
| | HONEYWELL INT'L | | |
| 06/10 | | 55.00 | 55.00 |
| | 1 SHARES INV GR | | |
| 05/07 | | 46.26 | |
| 06/06 | | 47.32 | 93.58 |
| | 1 SHARES LEHMAN | | |
| 05/07 | | 10.50 | |
| 06/06 | | 14.48 | 24.98 |
| | KELLOGG CO. | | |
| 06/17 | | 62.00 | 62.00 |
| | ELI LILLY | | |
| 06/10 | | 141.00 | 141.00 |
| | MERCK & CO. | | |
| 07/01 | | 193.80 | 193.80 |
| | JP MORGAN CHASE | | |
| 04/30 | | 60.80 | 60.80 |
| | M.S. MUNICIPAL PREMIUM | | |
| 06/19 | | 187.50 | 187.50 |
| | MOTOROLA INC. | | |
| 04/15 | | 50.00 | 50.00 |
| | NUCOR | | |
| 05/09 | | 156.00 | 156.00 |
| | QUALCOMM INC. | | |
| 06/27 | | 96.00 | 96.00 |

Schedule A-2
-2-

6

10-05048_DEF_0000015

### Schedule A-2 (cont'd)

|  | | | |
|---|---|---|---|
| | Q WEST COMM | | |
| 06/19 | | <u>68.16</u> | 68.16 |
| | TIME WARNER | | |
| 06/16 | | <u>125.00</u> | 125.00 |
| | TRUST CO. BANK CORP. | | |
| 07/01 | | <u>384.56</u> | 384.56 |
| | VERIZON COMM | | |
| 05/01 | | <u>774.83</u> | 774.83 |
| | VODAFONE GP | | |
| 08/01 | | <u>1,095.42</u> | 1,095.42 |
| | XEROX | | |
| 04/30 | | <u>42.50</u> | 42.50 |
| | AMERITRADE MM | | |
| 05/30 | | 20.64 | |
| 06/10 | | 9.87 | |
| 06/30 | | <u>.04</u> | 30.55 |
| | WACHOVIA MM 942 | | |
| 04/30 | | 42.50 | |
| 05/30 | | 44.30 | |
| 06/24 | | <u>1.02</u> | 87.82 |
| | WACHOVIA MM 969 | | |
| 04/30 | | 34.70 | |
| 05/30 | | 37.61 | |
| 06/17 | | <u>.81</u> | 73.12 |
| | FAIRPOINT | | |
| 07/18 | | 8.50 | |
| 01/16/09 | | <u>8.50</u> | 17.00 |
| | MADOFF US MM | | |
| 07/09 | | <u>24.72</u> | 24.72 |

Schedule A-2
-3-

7

**10-05048_DEF_0000016**

### Schedule A-2 (cont'd)

BLACKROCK NY INSD
MUNI

| Date | | Amount | Total |
|------|---|--------|-------|
| 04/18 | | 14.06 | |
| 04/25 | | 14.68 | |
| 05/02 | | 17.23 | |
| 05/09 | | 18.91 | |
| 05/16 | | 16.94 | |
| 05/23 | | 13.58 | |
| 05/30 | | 12.41 | |
| 06/06 | | 11.90 | |
| 06/13 | | 12.26 | |
| 06/20 | | 12.68 | |
| 06/27 | | 12.05 | |
| 07/07 | | 17.59 | |
| 07/11 | | 6.95 | |
| 07/18 | | 12.79 | |
| 07/25 | | 11.78 | |
| 08/01 | | 17.16 | |
| 08/08 | | 15.99 | |
| 08/15 | | 12.78 | |
| 08/22 | | 12.68 | |
| 08/29 | | 12.52 | |
| 09/30 | | 74.03 | |
| 10/03 | | 58.79 | |
| 10/10 | | 41.63 | |
| 10/17 | | 34.32 | |
| 10/24 | | 24.39 | |
| 10/31 | | 15.85 | |
| 11/07 | | <u>14.38</u> | 540.33 |

BLACKROCK NY INSD
MUNI

| Date | | Amount | Total |
|------|---|--------|-------|
| 05/01 | | <u>191.40</u> | 191.40 |
| 06/19 | PLUM CREEK | | 1260.00 |
| 06/19 | VAN KAMDEN | | 315.11 |
| 06/19 | LEGG MASON | | 525.00 |
| 06/19 | Q UEST | | 68.16 |
| 06/19 | MORGAN STANLEY | | 187.50 |
| 06/23 | WACHOVIA SECURITY | | <u>420.00</u> |
| | LBX DEPO | | |

Schedule A-2 Dividends          12,596.95

Schedule A-2
-4-

8

10-05048_DEF_0000017

## Schedule A-2 (cont'd)

INTEREST

| | | | |
|---|---|---:|---:|
| | FREDDIE MAC @ 4% | | |
| 05/15 | | 425.00 | |
| 06/06 | | 56.67 | 481.67 |
| | GREEN BRIER @ 2.375% | | |
| 05/15 | | 178.13 | |
| 06/06 | | 25.73 | 203.86 |
| | JP MORGAN CHASE @ 6.25% | | |
| 04/15 | | 390.63 | 390.63 |
| | NY HSG HSP @ 7% | | |
| 05/01 | | 175.00 | |
| 06/06 | | 38.89 | 213.89 |
| | NYS MTG @ 5.3% | | |
| 06/06 | | 206.11 | 206.11 |
| | TRINITY @ 3.875% | | |
| 06/02 | | 193.75 | |
| 06/06 | | 10.76 | 204.51 |
| | WACHOVIA BK DEPOSIT SWEEP | | |
| 06/25 | | 2.66 | |
| 06/30 | | 6,120.82 | |
| 07/31 | | 6,082.96 | |
| 08/29 | | 2,383.28 | |
| 09/30 | | 909.93 | |
| 10/31 | | 1,122.21 | |
| 11/28 | | 1,932.43 | |
| 12/31 | | 1,432.76 | |
| 01/30/09 | | 208.92 | |
| 02/27 | | 80.44 | |
| 03/31 | | 160.38 | 20,436.79 |

Schedule A-2
-5-

9

**10-05048_DEF_0000018**

### Schedule A-2 (cont'd)

INTEREST

| | CHASE CHECKING | | |
|---|---|---|---|
| 04/30 | | 3.20 | |
| 05/30 | | 2.63 | |
| 06/30 | | 1.69 | |
| 07/30 | | 1.69 | |
| 08/29 | | 1.58 | |
| 9 | | -0- | |
| 10 | | -0- | |
| 11 | | -0- | |
| 12/08 | | .19 | |
| 01/02/09 | | 7.29 | |
| 02/11 | | .03 | |
| 03/11 | | .03 | 18.33 |

| | CHASE SWEEP | | |
|---|---|---|---|
| 05/01 | | 98.13 | |
| 06/02 | | 118.73 | |
| 07/01 | | 88.70 | |
| 08/01 | | 92.22 | |
| 09 | | -0- | |
| 10 | | -0- | |
| 11 | | -0- | |
| 12/08 | | 33.29 | |
| 01/02/09 | | 58.01 | |
| 02/11 | | 38.44 | |
| 03/11 | | 34.45 | 561.97 |

| 2008 | U.S. TREASURY BILLS | | |
|---|---|---|---|
| 08/21 | | 459.52 | |
| 08/14 | | 370.38 | |
| 09/11 | | 587.72 | |
| 08/28 | | 375.71 | |
| 09/18 | | 599.62 | |
| 09/25 | | 1,075.49 | |
| 10/09 | | 1,274.96 | |
| 10/23 | | 1,744.56 | |
| 10/30 | | 776.53 | |
| 11/13 | | 1,978.43 | |
| 11/20 | | 1,074.19 | |
| 11/28 | | 952.00 | |

Schedule A-2
-6-

10

10-05048_DEF_0000019

**Schedule A-2 (cont'd)**

| Date | Amount | Bank | Interest |
|---|---|---|---|
| 12/23 | | | 2,790.59 |
| 12/23 | | | 1,422.86 |
| 12/23 | | | 1,879.28 |
| 12/26 | | | 1,307.50 |
| 12/18 | | | 1,095.96 |
| 02/12/09 | | | 903.83 |
| 02/19/09 | | | 250.40 |
| | | | 20,919.53 |
| | | | |
| 08/18 | 100,000 | FIRST BANK | 257.67 |
| 10/14 | 100,000 | WACHOVIA BANK | 754.79 |
| 10/16 | 100,000 | BANCOR SAVINGS BANK | 693.15 |
| 10/23 | 100,000 | BANCORP | 680.55 |
| 10/27 | 100,000 | WACHOVIA BANK | 695.34 |
| 10/27 | 100,000 | COLONIAL BANK | 695.34 |
| 10/20 | 100,000 | TRI STATE CAP BANK | 695.34 |
| 11/06 | 100,000 | BANK OF OKLAHOMA | 667.95 |
| 11/06 | 100,000 | GE CAPITAL FINL | 642.74 |
| 11/10 | 100,000 | M&I BANK | 685.62 |
| 11/20 | 100,000 | GE CAPITAL FINL | 604.93 |
| 11/24 | 100,000 | GREYSTONE BANK | 203.84 |
| 11/28 | 100,000 | TOMATO BANK | 611.51 |
| 12/23 | 100,000 | GREYSTONE BANK | 197.26 |
| 12/29 | 100,000 | STATE STREET BANK | 560.96 |
| 12/31 | 100,000 | INTEGRA BANK | 384.38 |
| 01/15/09 | 100,000 | BK OF AMER CHARLOTTE | 604.93 |
| 01/15/09 | 100,000 | GOLDMAN SACHS | 604.93 |
| 01/30 | 100,000 | COLUMBUS BK & TR | 604.93 |
| 01/30 | 100,000 | BANCORP BK | 617.53 |
| 01/22 | 100,000 | BRANCH BK & TR | 617.53 |
| 02/03 | 100,000 | GRAND BK & TR | 604.93 |
| 02/04 | 100,000 | BANK OF INDIA | 651.10 |
| 02/20 | 100,000 | ISRAEL & DISC BK | 1,436.71 |
| 02/24 | 100,000 | FIRST UTD BK | 504.11 |
| 02/26 | 100,000 | AMERICAN EXPRESS BK | 504.11 |
| 02/26 | 100,000 | AMERICAN EXPRESS BK | 504.11 |
| 02/26 | 100,000 | BEAL BANK SSB | 516.71 |
| 02/27 | 100,000 | GMAC BANK | 523.26 |

Total Interest            60,963.55

Schedule A-2

-7-

II

**10-05048_DEF_0000020**

### Schedule A-2 (cont'd)

| 2008 | OTHER INCOME | | |
|---|---|---|---|
| | TRANSAMERICA LIFE INC. | | |
| 05/01 | | 150.64 | |
| 06/02 | | 150.64 | |
| 07/01 | | 150.64 | |
| 08/01 | | 150.64 | |
| 09 | | | |
| 10 | | | |
| 11 | | | |
| 12/01 | | 150.64 | |
| 01/02/09 | | 150.64 | |
| 02/12/09 | | 150.64 | 1,054.48 |
| | | | |
| 05/15/08 | MAGELLAN MIDSTREAM PARTNERSHIP DIST. | | 672.50 |
| 05/01 | WESTPOINT STEVEN PENSION | | 158.43 |
| 07/11 | PHOENIX INS. | | 100.75 |
| 06/03 | TERM ASSET INV. CONS FEE | | 313.55 |
| 08/02 | GLOBAL SECURITIES LITIGATION | | 271.52 |
| | CHASE CARD SERVICE | | 40.80 |
| | MARSH CONSUMER | | 94.38 |
| | PHOENIX INS. | | 17.28 |
| 08/01 | VERIZON REFUND | | 45.55 |
| 09/17 | US TREASURY REFUND | | 54.75 |
| 09/17 | NYS INCOME TAX REFUND | | 29.27 |
| 10/09 | TIME WARNER REFUND | | 74.90 |
| 10/17 | BLACKROCK ENERGY PARTNERS | | 950.00 |
| 10/27 | EMPIRE BLUECROSS REFUND | | 449.47 |
| 02/02 | VERIZON REFUND | | 48.73 |
| 03/19 | CITY OF NY PROPERTY REBATED | | 400.00 |
| | Total Other | | 4,776.36 |

Schedule A-2
-8-

12

**10-05048_DEF_0000021**

## Schedule A-2 (cont'd)

### CHASE CHECKING

| Date | Amount | Total |
|---|---|---|
| 04/10/09 | .04 | |
| 05/12 | .04 | |
| 06/10 | .03 | |
| 07/10 | .04 | |
| 08/12 | .04 | |
| 09/10 | .04 | |
| 10/13 | .04 | |
| 11/12 | .04 | |
| 12/10 | .03 | |
| 01/13/10 | .04 | |
| 02/10 | .03 | |
| 03/10 | .03 | |
| 04/30-06-30 | .15 | 0.59 |

### CHASE INV. SWEEP

| Date | Amount | Total |
|---|---|---|
| 04/10/09 | 30.96 | |
| 05/12 | 32.80 | |
| 06/10 | 44.60 | |
| 07/10 | 30.76 | |
| 08/12 | 33.83 | |
| 09/11 | 32.80 | |
| 11/12 | 25.62 | |
| 12/10 | 17.41 | |
| 01/13/10 | 34.84 | |
| 02/16/10 | 14.33 | |
| 03/10 | 14.33 | |
| 04/30 | 17.91 | |
| 05/30 | 33.95 | |
| 06/30 | 16.40 | 380.54 |

### BANK DEPOSIT SWEEPS
### WACHOVIA

| Date | Amount |
|---|---|
| 04/30/09 | 121.01 |
| 05/29 | 69.05 |
| 06/30 | 57.96 |
| 07/31 | 59.32 |
| 08/31 | 60.08 |
| 09/30 | 61.61 |
| 10/30 | 63.18 |
| 11/30 | 60.76 |
| 12/31 | 62.60 |

Schedule A-2
-9-

13

**10-05048_DEF_0000022**

### Schedule A-2 (cont'd)

| | | | |
|---|---|---|---|
| 01/29/10 | WELLS FARGO | 35.85 | |
| 02/26 | | 42.13 | |
| 03/25 | | 46.57 | |
| 04/30 | | 32.77 | |
| 05/30 | | 30.93 | |
| 06/30 | | 29.94 | 833.76 |
| | Total Interest | | 1,214.89 |

#### OTHER INCOME

| | | | |
|---|---|---|---|
| 04/17/09 | VIRTUS INVESTMENT PARTNERS | 2.18 | |
| 12/14/09 | MIRANT CORP. | 50.00 | |
| | Total other | | 52.18 |

SUMMARY
| | |
|---|---|
| Total Interest | 1,214.89 |
| Total Other | 52.18 |
| Total Schedule A-2 | 1,267.07 |

#### IRA

| | | | |
|---|---|---|---|
| 12/17/08 | CD CAPMARK BANK | 610.82 | |
| 12/19/08 | CD LUANA SVGS BANK | 560.96 | |
| 01/15/09 | CD BANK OF AMERICA | 604.93 | |
| | CD GOLDMAN SACHS | 604.93 | |
| 01/22/09 | CD BRANCH BK &TR | 617.53 | |
| 02/05/09 | CD BANCORP BANK | 271.78 | |
| 02/10/09 | BEAL SSB BANK | 280.27 | |
| 03/10/09 | CD AMERICA EXPRESS | 419.18 | |
| | CD ISREAL BANK | 419.18 | |
| | | | 4,389.58 |
| | CD MORGAN STANLEY | | |
| 01/26/09 | | 265.41 | |
| 02/26//09 | | 265.41 | |
| 03/26/09 | | 239.73 | 770.55 |

Schedule A-2
-10-

14

**10-05048_DEF_0000023**

**Schedule A-2 (cont'd)**

| Date | Description | Amount | Total |
|---|---|---|---|
| 10/16/08 | UST BILL | | 270.23 |
| 12/18/08 | UST BILL | | 874.46 |
| | BANK DEPOSIT WACHOVIA | | |
| 03/29/08 | | 598.19 | |
| 09/30/08 | | 989.85 | |
| 10/31/08 | | 663.87 | |
| 11/28/08 | | 536.62 | |
| 12/31/08 | | 213.31 | |
| 01/30/09 | | 52.47 | |
| 02/27/09 | | 55.03 | |
| 03/31/09 | | 80.49 | 3,189.83 |
| | FISERV | | |
| 07/31/08 | | 243.97 | 243.97 |
| | BANK DEPOSIT | | |
| 04/30/09 | | 80.38 | |
| 05/29/09 | | 47.23 | |
| 06/30/09 | | 40.20 | |
| 07/31/09 | | 41.54 | |
| 08/30/09 | | 41.54 | |
| 09/30/09 | | 40.20 | |
| 10/30/09 | | 41.54 | |
| 11/30/09 | | 40.20 | |
| 12/30/09 | | 41.54 | |
| 01/30/10 | | 24.12 | |
| 02/26/10 | | 18.76 | |
| 03/31/10 | | 20.77 | |
| 04/30/10 | | 20.11 | |
| 05/28/10 | | 20.77 | |
| 06/30/10 | | 20.10 | 539.00 |
| | Total Schedule A-2 | | 10,277.62 |

Schedule A-2
-11-

15

10-05048_DEF_0000024

### Schedule A-2 (cont'd)

#### SUMMARY

| | |
|---|---|
| TOTAL DIVIDENDS | 12,596.95 |
| TOTAL INTEREST | 72,456.06 |
| TOTAL OTHER | 4,828.54 |
| | |
| TOTAL SCHEDULE A-1 | $89,881.55 |

Schedule A-2
-12-

16

**10-05048_DEF_0000025**

## SCHEDULE B

### STATEMENT OF DECREASES IN PRINCIPAL

|  |  |  | COST | PROCEEDS | LOSS |
|---|---|---|---|---|---|
| **2008** |  |  |  |  |  |
| 06/25 | 1000 | AT&T | $37,400.00 | $34,640.39 | $2,759.61 |
| 06/25 | 1000 | Agree Realty Corp. | 26,310.00 | 22,749.35 | 3,560.65 |
| 06/25 | 1333 | Alliance Berstein | 10,983.92 | 10,514.73 | 469.19 |
| 06/06 | 1000 | Barrick Gold Corp. | 42,930.00 | 41,147.10 | 1,782.90 |
| 06/06 | 3300 | Blackrock NY Ins. Muni | 44,715.00 | 44,189.30 | 525.70 |
| 06/06 | 200 | Boeing | 15,431.00 | 14,818.41 | 612.59 |
| 06/06 | 100 | CBS Corp. | 2,111.50 | 2,085.48 | 26.02 |
| 06/06 | 10000 | Coca Cola Co. | 607,500.00 | 560,302.62 | 47,197.38 |
| 06/06 | 1000 | Coca Cola Co. | 23,520.00 | 17,243.62 | 6,276.38 |
| 06/06 | 45 | DuPont El Denemours | 2,205.00 | 1,992.26 | 212.74 |
| 06/06 | 150 | Exxon Mobil | 13,388.25 | 13,143.25 | 245.00 |
| 06/06 | 20000 | Freddie Mac @4% due 5/15/18 | 19,540.40 | 19,412.50 | 127.90 |
| 06/06 | 1000 | General Motors @ 5.25% | 16,300.00 | 15,644.67 | 655.33 |
| 06/06 | 748 | General Electric | 23,995.84 | 22,288.55 | 1,707.29 |
| 06/06 | 15000 | Green Brier @ 2.375% | 12,225.00 | 11,647.50 | 577.50 |

Schedule B

-1-

17

**10-05048_DEF_0000026**

### Schedule B (cont'd)

| | | | COST | PROCEEDS | LOSS |
|---|---|---|---|---|---|
| **2008** | | | | | |
| 06/06 | 200 | Honeywell Int'l | 11,318.00 | 10,815.31 | 502.69 |
| 06/06 | 100 | 1 Shares Inv. Gr. Bond | 10,532.00 | 10,205.20 | 326.80 |
| 06/06 | 84 | Idearc | 319.20 | 287.33 | 31.87 |
| 06/06 | 65 | 1 Shares Lehman 1-3 Yr | 5,453.50 | 5,272.26 | 181.24 |
| 06/06 | 200 | Kellogg Co. | 10,435.00 | 9,994.88 | 440.12 |
| 06/06 | 300 | Eli Lilly | 15,546.00 | 14,385.87 | 1,160.13 |
| 06/06 | 1000 | Magellan Midstream Prtns | 42,390.00 | 38,344.39 | 4,045.61 |
| 06/06 | 510 | Merck & Co. | 20,986.50 | 19,057.20 | 1,929.30 |
| 06/06 | 1000 | JP Morgan Chase @ 6.25% | 23,200.00 | 22,791.57 | 408.43 |
| 06/06 | 160 | JP Morgan Chase | 6,716.80 | 6,337.24 | 379.56 |
| 06/06 | 5000 | M.S. Municipal Premium | 41,650.00 | 40,901.17 | 748.83 |
| 06/06 | 1000 | Motorola Inc. | 9,000.00 | 8,727.78 | 272.22 |
| 06/06 | 5000 | NY HSG Hsp. @ 7% due 11/1/17 | 5,854.05 | 5,601.65 | 252.40 |
| 06/06 | 20000 | NY ST MTG @ 5.3% due 4/1/29 | 20,279.80 | 19,292.50 | 987.30 |
| 06/06 | 852 | Q West Communications | 3,919.20 | 3,889.90 | 29.30 |
| 06/06 | 1000 | Southern Co. | 36,240.00 | 34,916.44 | 1,323.56 |

Schedule B
-2-

18

10-05048_DEF_0000027

### Schedule B (cont'd)

|          |      |                      | COST         | PROCEEDS     | LOSS       |
|----------|------|----------------------|--------------|--------------|------------|
| **2008** |      |                      |              |              |            |
| 06/06    | 1000 | Tivo Inc.            | 8,940.00     | 6,331.43     | 2,608.57   |
| 06/06    | 3496 | Trust Co. Bank Corp. | 30,624.96    | 26,928.10    | 3,696.86   |
| 06/06    | 100  | Viacom               | 3,938.00     | 3,374.70     | 563.30     |
| 06/06    | 1000 | Xerox                | 14,660.00    | 12,970.05    | 1,689.95   |
|          |      |                      |              |              |            |
|          |      | Total Schedule B     | 1,220,558.92 | 1,132,244.70 | 88,314.22  |
| 02/11/10 |      | Sale of Apartment    | 2,010,000.00 | 1,562,216.55 | 447,783.45 |
|          |      | TOTAL SCHEDULE B     | 3,230,558.92 | 2,694,461.25 | 536,097.67 |

Schedule B
-3-

19

**10-05048_DEF_0000028**

## SCHEDULE C

## STATEMENT OF FUNERAL & ADMINISTRATION EXPENSES

| | | |
|---|---|---:|
| 05/19/08 | Con Edison | 81.84 |
| 05/27/08 | Time Warner | 105.72 |
| 06/04/08 | Verizon | 41.04 |
| 06/05/08 | AARP Health Care | 24.00 |
| 06/09/08 | West End Maint. Fee | 2,257.40 |
| 06/18/09 | Con Edison | 60.86 |
| 06/27/08 | Time Warnter | 105.72 |
| 06/12/08 | Plaza Jewish Community Chapel | 17,870.20 |
| 06/24/08 | Pension Benefit Guaranty | 158.43 |
| 06/05/08 | NGL GP LLC | 237.00 |
| 07/24/08 | 685 West End Owner | 250.00 |
| 07/08/08 | Time Moving | 922.00 |
| 07/09/08 | Doyle NY – Appraisal of Tangibles | 750.00 |
| 07/08/09 | RT Hunt & Assn. – Appraisal of Apartment | 750.00 |
| 07/07/09 | West End Maint. Fee | 2,257.40 |
| 07/07/08 | Verizon | 39.53 |
| 07/07/08 | AARP Health Care | 24.00 |
| 07/18/08 | Con Edison | 32.32 |
| 07/28/08 | Time Warner | 105.73 |
| 06/16/08 | Barrick Gold Foreign Tax | 30.00 |
| 08/06/08 | Exp Del Fee | 18.95 |
| 08/08/08 | TVR Communications | 9.25 |
| 08/05/08 | Verizon | 44.01 |
| 01/23/09 | Con Edison | 30.82 |
| 01/02/09 | West End Owners | 2,029.22 |
| 04/17 | US Treasury Tax | 50,000.00 |
| 04/17 | NY Income Tax | 35,000.00 |
| 04/21 | Con Edison | 32.80 |
| 05/12 | West End Owners | 2,029.22 |
| 06/19 | Con Edison | 32.95 |
| 05/20 | Con Edison | 31.97 |

Schedule C
-1-

20

10-05048_DEF_0000029

**Schedule C (cont'd.)**

| | | | |
|---|---|---|---|
| 06/18 | West End Owners | 1,868.12 | |
| 07/07 | West End Owners | 2,029.22 | |
| 07/21 | Con Edison | 35.71 | |
| 08/05 | West End Owners | 2,029.22 | |
| 08/19 | Con Edison | 33.01 | |
| 09/03 | West End Owners | 2,029.22 | |
| 10/29 | West End Owners | 2,029.22 | |
| 11/04 | Dimitriy Pravenov (Cleaning Apt.) | 250.00 | |
| 11/03 | West End Owners | 2,029.22 | |
| 09/18 | Con Edison | 32.14 | |
| 10/21 | Con Edison | 36.30 | |
| 11/19 | Con Edison | 39.31 | |
| 12/03 | West End Owners | 2,029.22 | |
| 01/05/10 | West End Owners Jan/Feb | 4,383.12 | |
| 02/21/09 | Con Edison | 36.91 | |
| 01/21/10 | Con Edison | 35.99 | |
| 02/19/10 | Con Edison | 40.04 | |
| 07/15/09 | McCanliss & Early | 25,000.00 | |
| 08/17/09 | UST Tax Refund | <121,951.66> | |
| 09/02/09 | NYS Estate Tax Refund | <43,944.54> | <32,743.25> |
| 08/05/08 | West End Ave. Maint. Fee | 2,257.40 | |
| 08/05/08 | AARP Health Care | 24.00 | |
| 08/27/08 | Con Edison | 45.12 | |
| 08/27/08 | Time Warner | 105.73 | |
| 01/25/08 | Robins & Assn LLPP – Prep. Of 2007 Income Tax | 2,175.00 | |
| 12/04/08 | McCanliss & Early – Disbursements | 1,511.10 | |
| 12/22/08 | Bekerman & Reddy | 900.00 | |
| 12/05/08 | West End Ave. Maint. Fee | 2,257.40 | |
| 12/05/08 | AARP Health | 24.00 | |

Schedule C
-2-

21

**10-05048_DEF_0000030**

### Schedule C (cont'd.)

| 12/18/08 | Con Edison | 34.64 |
| 01/15/09 | AARP Health | 25.15 |
| 01/21/09 | Con Edison | 30.74 |
| 01/05/09 | NYS Commissioner of Taxes – NY Estate Tax | 882,000.00 |
| 01/05/09 | West End Owners | 4,514.80 |
| 01/06/09 | US Treasury – US Estate Tax | 2,650,000.00 |
| 12/20/09 | Con Edison | 39.23 |
| 03/10/09 | West End Owners | 2,029.22 |
| 03/20/09 | Wachovia Fee | 25.25 |
| 04/16/10 | Wachovia Fee | 25.00 |
| | Schedule C 3/30/09 | 3,574,199.18 |
| | Schedule C 3/30/10 | <32,743.25> |
| | TOTAL SCHEDULE C | $3,541,455.93 |

Schedule C
-3-

22

**10-05048_DEF_0000031**

## SCHEDULE C -1

## STATEMENT OF UNPAID ADMINISTRATION EXPENSES

| Deidre A. Sweeney | Executor's Commission | $ <u>175,516.40</u> |
|---|---|---|
| | Schedule C-1 | $ 175,516.40 |

Schedule C-1

## SCHEDULE E

## STATEMENT OF DISTRIBUTIONS

| | | |
|---|---|---:|
| 07/09/08 | Peng Yan | $ 3,823.01 |
| 07/10/08 | Peng Yan | 4,448.00 |
| 08/27/08 | Peng Yan | 7,000.00 |
| 08/27/08 | Peng Yan | 2,394.00 |
| 09/18/08 | Peng Yan | 1,325.00 |
| 12/05/08 | Peng Yan | 25,000.00 |
| 12/09/08 | Peng Yan | 800,000.00 |
| 03/18/09 | Peng Yan | 25,000.00 |
| 05/29/09 | Peng Yan | 25,000.00 |
| 07/31 | Peng Yan | 20,000.00 |
| 10/31 | PengYan | 25,000.00 |
| 12/28/09 | Peng Yan | 25,000.00 |
| 03/31/10 | Paul Straus | 8,141.04 |
| 09/09 | Lewis Straus | 25,000.00 |
| 03/16 | Robert E. May | 100,000.00 |
| 03/11 | Robert E. May | 9,854.72 |
| 03/19 | Raymond Foulon | 25,000.00 |
| 03/12 | Calvary Hosp. Fund | 100,000.00 |
| 03/12 | Calvary Hosp. Fund | 9,854.72 |
| 03/12 | NY Univ Alumni Assn. | 5,000.00 |
| 03/12 | NY Univ Alumni Assn. | 542.46 |
| 03/11 | Bronx High School of Science | 10,000.00 |
| 03/11 | Bronx High School of Science | 1,085.61 |
| 03/10 | Woodmere Art Museum | 10,000.00 |
| 03/11 | Woodmere Art Museum | 1,085.61 |
| 03/12 | Bide A Wee Home Assn. | 10,000.00 |
| 03/12 | Bide A Wee Home Assn. | 1,085.61 |
| 03/11 | Alex Straus | 75,000.00 |
| 03/11 | Alex Straus | 8,141.04 |

Schedule E
-1-

23

10-05048_DEF_0000033

## Schedule E (cont'd)

| | | |
|---|---|---:|
| 03/11 | Jeffrey May | 100,000.00 |
| 03/11 | Jeffrey May | 9,854.72 |
| 03/10 | Richard May | 100,000.00 |
| 03/10 | Richard May | 9,854.72 |
| 03/10 | Cheryl Coleman | 100,000.00 |
| 03/10 | Cheryl Coleman | 9,854.72 |
| 03/09 | Long Luo | 25,000.00 |
| 03/09 | Long Luo | 2,713.68 |
| 03/10 | National Jewish Center For IMM | 100,000.00 |
| 03/10 | National Jewish Center For IMM | 9,854.72 |
| 03/17/10 | NU – Voice Club of Mount Sinai | 10,000.00 |
| 03/17 | NU – Voice Club of Mount Sinai | 1,085.61 |
| 03/11 | Univ. of MA Lowell Alumni Assn. | 15,000.00 |
| 03/11 | Univ. of MA Lowell Alumni Assn. | 1,628.07 |
| 03/10 | United Jewish Appeal Federation | 10,000.00 |
| 03/16 | United Jewish Appeal Federation | 1,085.61 |
| 03/09 | Lewis B. Straus | 2,713.68 |
| 03/15 | Peng Yan | 25,000.00 |
| 04/26 | Paul Straus | 75,000.00 |
| 04/05 | Raymond Foulon | 2,713.68 |
| 04/08 | St Luke's - Roosevelt Hosp. | 100,000.00 |
| 04/08 | St Luke's - Roosevelt Hosp. | 9,854.72 |
| 04/05 | Joseph McNamara | 25,000.00 |
| 04/05 | Joseph McNamara | 2,713.68 |
| 04/06 | Peng Yan | 400,000.00 |

TOTAL SCHEDULE E            $2,512,708.43

Schedule E
-2-

10-05048_DEF_0000034

## SCHEDULE D

## CREDITORS CLAIMS

| | | |
|---|---|---:|
| 04/18/08 | Wachovia Advisor Fee | $ 1,019.08 |
| 04/18/08 | Con Edison | 90.06 |
| 04/28/08 | Verizon | 38.91 |
| 04/28/08 | Time Warner | 1,05.57 |
| 05/05/08 | AARP Health Care | 24.00 |
| 05/06/08 | West End Ave Fee | 2,104.92 |
| 08/08/08 | U.S. Treasury 1040 For 2007 | 52,814.00 |
| 08/19/08 | NYS Income Tax It-201 for 2007 | 21,213.00 |
| 09/23/08 | SLR Diagnostic Radiology | 82.96 |
| 06/02/08 | Chase Card Service | 1,672.50 |
| 06/11/08 | Landauer Metropolitan | 46.22 |
| 06/18/08 | Chase Card Service | 8,923.50 |
| 06/19/08 | Landauer Metropolitan | 58.42 |
| 09/22/08 | NYS Commissioner of Taxes | 712.39 |
| 10/14/08 | AABS Locksmith | 166.89 |
| 11/06/08 | Landauer Metropolitan | 6.38 |

TOTAL SCHEDULE D       $89,078.80

Schedule D

25

10-05048_DEF_0000035

## SCHEDULE F

### STATEMENT OF PRINCIPAL ON HAND 6/30/10

| | |
|---|---:|
| Wells Fargo Bank Deposit | $1,821,377.25 |
| Chase Checking | 6,379.17 |
| Chase Savings | 82,717.69 |
| Wells Fargo Bank Deposit IRA | 1,223,037.50 |
| Life Insurance | 30,000.00 |
| TOTAL SCHEDULE F | $3,163,511.61 |

Schedule F

26

10-05048_DEF_0000036

## SCHEDULE H

### STATEMENT OF COMMISSIONS

#### For receiving

| | | |
|---|---|---|
| Schedule A | 9,688,246.48 | |
| Schedule A-1 | 65,756.73 | |
| Schedule A-2 | 89,881.55 | |

Total Commissionable Estate        9,843,884.76

| | | | |
|---|---|---|---|
| 5% | on | $100,000. | 5,000.00 |
| 4% | on | 200,000 | 8,000.00 |
| 3% | on | 700,000 | 21,000.00 |
| 2 ½% | on | 4,000,000 | 100,000.00 |
| 2% | on | 4,843,884.76 | 96,877.70 |
| | | 9,843,851.99 | 230,877.70 |

One Half (1/2) for Receiving        $ 115,438.85

#### For Paying Out

| | | |
|---|---|---|
| Schedule C | 3,541,455.93 | |
| Schedule D | 89,078.80 | |
| Schedule E | 2,512,708.43 | |
| Schedule F | 3,164,511.61 | |

Total Commissionable Estate        9,307,754.77

| | | | |
|---|---|---|---|
| 5% | on | $100,000. | 5,000.00 |
| 4% | on | 200,000 | 8,000.00 |
| 3% | on | 700,000 | 21,000.00 |
| 2 ½% | on | 4,000,000 | 100,000.00 |
| 2% | on | 4,307,754.77 | 86,155.10 |
| | | 9,307,754.77 | 220,155.10 |

One Half (1/2) for Paying Out        $ 110,077.55

Total Executor's Commission  Payable to Deidre A. Sweeney        $225,516.40

10-05048_DEF_0000037

Schedule I

## STATEMENT OF OTHER PERTINENT FACTS

<u>Proposed Distribution of Residuary Estate</u>

| | |
|---|---|
| Assets on Hand as of November 17, 2010 | 2,897,834.17 |
| Less: | |
| Executor's Commission | (175,516.40) |
| Reserve for additional Expenses | (100,000.00) |
| Amount Available for Distribution | 2,622,317.77 |

10-05048_DEF_0000038