# EXHIBIT E

Wall Street Plaza
88 Pine Street, 21st Floor
New York, NY 10005
(212) 943-0280
Fax: 212-943-0283

**Mccanliss & Early LLP**

# Fax

| | | | |
|---|---|---|---|
| **To:** | John Donovan & Debra Cardino | **From:** | Deidre A. Sweeney |
| **Fax:** | 631-661-0099 | **Pages:** | 2 |
| **Phone:** | 631-893-1302 | **Date:** | December 29, 2010 |

**Re:** ESTATE OF ARMAND GREENHALL    **cc:**

☐ Urgent    x For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments:

Hi Debby:

Enclosed is a letter of instructions. I will send you

hard copy by snail mail.

Happy New Year!

Sincerely,

Deidre A. Sweeney

This fax is intended only for the addressee named above. As this fax may contain confidential or privileged information, if you are not the named addressee, of the person responsible for delivering the message to the named addressee, please telephone us immediately. The contents should not be disclosed to any other person nor copies taken.

IF ANY PART OF THE FAX IS ILLEGIBLE, PLEASE TELEPHONE (212) 943-0280

10-05048_DS_0001097

December 29, 2010

VIA Fax and Mail
(631) 661-0099

John M. Donovan, Jr.
Wells Fargo Advisors
500 West Main Street
Suite 105
Babylon, NY 11702

        Re: Estate of Armand Greenhall
        Account # Redacted -3479

Dear John:

    Please transfer all but $ 200,516.40 of the funds in the captioned account to Peng Yan as soon as possible in accordance with his instructions.

    After January 1, 2011, $100,516.40 will be paid to me as the balance of my Executor's commission. The remainder of $100,000. will be held in the account to cover unforeseen expenses for a reasonable amount of time.

    I will not be in the office tomorrow or Friday, December 31.

    Happy New Year to you and Debby and your respective families.

        Sincerely,

        Deidre A. Sweeney

cc: Peng Yan