# EXHIBIT F

13,985

# SNAPSHOT

**WELLS FARGO ADVISORS**

EST OF ARMAND L GREENHALL
PENG YAN EXEC
DEIDRE A SWEENEY EXEC

JANUARY 1 - JANUARY 31, 2011
ACCOUNT NUMBER Redacted 3479

## Progress summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| **Opening value** | **$2,703,559.56** | **$2,703,559.56** |
| Cash deposited | 0.00 | 0.00 |
| Securities deposited | 0.00 | 0.00 |
| Cash withdrawn | -2,603,559.56 | -2,603,559.56 |
| Securities withdrawn | 0.00 | 0.00 |
| Income earned | 6.86 | 6.86 |
| Change in value | 0.00 | 0.00 |
| **Closing value** | **$100,006.86** | **$100,006.86** |

## Value over time



## Portfolio summary

CURRENT



| | ASSET TYPE | PREVIOUS VALUE ON DEC 31 | % | CURRENT VALUE ON JAN 31 | % | ESTIMATED ANN. INCOME |
|---|---|---|---|---|---|---|
| **ASSETS** | Cash and sweep balances | 2,703,559.56 | 100.00 | 100,006.86 | 100.00 | 20 |
| | Stocks, options & ETFs | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Fixed income securities | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | Mutual funds | 0.00 | 0.00 | 0.00 | 0.00 | 0 |
| | **Asset value** | **$2,703,559.56** | **100%** | **$100,006.86** | **100%** | **$20** |

10-05048_DS_0001261

13,986

# SNAPSHOT ███████████████    Page 2 of 7

**EST OF ARMAND L GREENHALL**
**PENG YAN EXEC**
**DEIDRE A SWEENEY EXEC**

JANUARY 1 - JANUARY 31, 2011
ACCOUNT NUMBER: [Redacted]3479

## Cash flow summary

|  | THIS PERIOD | THIS YEAR |
|---|---|---|
| Opening value of cash and sweep balances | **$2,703,559.56** |  |
| Income and distributions | 6.86 | 6.86 |
| **Net additions to cash** | **$6.86** | **$6.86** |
| Withdrawals by check | -100,516.40 | -100,516.40 |
| Other subtractions | -2,503,043.16 | -2,503,043.16 |
| **Net subtractions from cash** | **-$2,603,559.56** | **-$2,603,559.56** |
| **Closing value of cash and sweep balances** | **$100,006.86** |  |

## Income summary

|  |  | THIS PERIOD | THIS YEAR |
|---|---|---|---|
| TAXABLE | Money market/sweep funds | 6.86 | 6.86 |
|  | **Total taxable income** | **$6.86** | **$6.86** |
|  | **Total federally tax-exempt income** | **$0.00** | **$0.00** |
|  | **Total income** | **$6.86** | **$6.86** |

## Gain/loss summary

|  | UNREALIZED | THIS PERIOD REALIZED | THIS YEAR REALIZED |
|---|---|---|---|
| Short term | 0.00 | 0.00 | 0.00 |
| Long term | 0.00 | 0.00 | 0.00 |
| **Total** | **$0.00** | **$0.00** | **$0.00** |

10-05048_DS_0001262



13,987

## SNAPSHOT ████████████████████████ Page 3 of 7

**WELLS FARGO ADVISORS**

EST OF ARMAND L GREENHALL
PENG YAN EXEC
DEIDRE A SWEENEY EXEC

JANUARY 1 - JANUARY 31, 2011
ACCOUNT NUMBER: [Redacted]-3479

### Your Financial Advisor

JOHN M. DONOVAN JR.
Phone: 631-893-1302 / 877-613-1600

500 W MAIN STREET
SUITE 105
BABYLON NY 11702

### Client service information

| | | |
|---|---|---|
| Banking inquiries: | 800-266-6263 | (800) COMMAND |
| En espanol: | 800-326-8977 | |
| Website: | www.wellsfargoadvisors.com | |

### Account profile

| | |
|---|---|
| Full account name: | EST OF ARMAND L GREENHALL |
| | PENG YAN EXEC |
| | DEIDRE A SWEENEY EXEC |
| Account type: | Command Asset Program Premier |
| Brokerage account number: | [Redacted]3479 |
| Command account number: | [Redacted]4727 |
| Tax status: | Taxable |
| Investment objective/Risk tolerance: | MODERATE GROWTH & INCOME |
| Cost Basis Election: | First in, First out |
| Sweep option: | BANK DEPOSIT SWEEP |

Per your instructions, copies of this statement have been sent to an interested party. Please contact Your Financial Advisor for details.

### Available funds

| | |
|---|---|
| Cash | 0.00 |
| Money market and sweep funds | 100,006.86 |
| Available for loan | 0.00 |
| **Your total available funds** | **$100,006.86** |

### For your consideration

Go paperless. Accessing all of your account documents online is easy and costs nothing. To participate, go to wellsfargoadvisors.com and click on the Access Online "Client Login" link in the upper right hand corner of the homepage. If you already have a User ID and Password, please log in and click on the "Delivery Preferences" link found under the Accounts & Services tab to turn off paper delivery of your account documents. If you do not have a User ID and Password, please click on the "Sign up online" link on the right side of the Access Online login page or call 877-879-2495 for assistance.

### Document delivery status

| | Paper | Electronic |
|---|---|---|
| Statements: | X | |
| Trade confirmations: | X | |
| Tax documents: | X | |
| Shareholder communications: | X | |

10-05048_DS_0001263

13,988

EST OF ARMAND L GREENHALL
PENG YAN EXEC
DEIDRE A SWEENEY EXEC

JANUARY 1 – JANUARY 31, 2011
ACCOUNT NUMBER: Redacted 3479

## Portfolio detail

### Cash and Sweep Balances

Bank Deposit Sweep – Consists of monies held at Wells Fargo Bank, N.A. and (if amounts exceed $250,000) at one or more other Wells Fargo affiliated banks. These assets are not covered by SIPC, but are instead eligible for FDIC insurance of up to $250,000 per depositor, per institution, in accordance with FDIC rules. For additional information on the Bank Deposit Sweep for your account, please contact Your Financial Advisor.

| DESCRIPTION | % OF ACCOUNT | ANNUAL PERCENTAGE YIELD EARNED* | CURRENT MARKET VALUE | ESTIMATED ANNUAL INCOME |
|---|---|---|---|---|
| BANK DEPOSIT SWEEP | 100.00 | 0.02 | 100,006.86 | 20.00 |
| Interest Period 01/01/11 - 01/31/11 | | | | |
| **Total Cash and Sweep Balances** | **100.00** | | **$100,006.86** | **$20.00** |

* APYE measures the total amount of the interest paid on an account based on the interest rate and the frequency of the compounding during the interest period. The annual percentage yield earned is expressed as an annualized rate, based on a 365- or 366-day year (as applicable).

## Bank Deposit Sweep Allocation

Monies on deposit at each bank, together with any other deposits held in the same insurable capacity at each bank, are eligible for FDIC insurance up to $250,000 per depositor, per bank in accordance with FDIC rules. These assets are not held in your securities brokerage account and therefore are not covered by SIPC. Settlement timing differences will cause balances displayed in this section to vary from those indicated in the Portfolio detail section due to activity that occurs after 2 PM ET on the last business day of the month. If you have questions about your sweep option, including rates, please contact Your Financial Advisor.

| DESCRIPTION | CURRENT VALUE | AS OF VALUE DATE |
|---|---|---|
| WELLS FARGO BANK, N.A. | 100,000.00 | 01/31 |
| **Total Bank Deposits** | **$100,000.00** | |

## Activity detail by date

| DATE | ACCOUNT TYPE | TRANSACTION/ CHECK NUMBER | QUANTITY | DESCRIPTION | PRICE | AMOUNT | CASH AND SWEEP BALANCES |
|---|---|---|---|---|---|---|---|
| 01/01 | | | | BEGINNING BALANCE | | | 2,703,559.56 |
| 01/04 | Cash | JOURNAL | | TO Redacted 3557 YAN PENG | | -2,503,043.16 | 200,516.40 |
| 01/12 | Cash | 0001252 | | DEIDRE A SWEENEY | | -100,516.40 | 100,000.00 |
| 01/31 | Cash | INTEREST | | BANK DEPOSIT SWEEP | | 6.86 | 100,006.86 |

10-05048_DS_0001264



001.PNY8 PG62

0000 000909 (Rev 03)

13,989



Page 5 of 7

EST OF ARMAND L GREENHALL
PENG YAN EXEC
DEIDRE A SWEENEY EXEC

JANUARY 1 – JANUARY 31, 2011
ACCOUNT NUMBER: [Redacted]3479

## Activity detail by type

### Income and distributions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/31 | Cash | INTEREST | | BANK DEPOSIT SWEEP | | 6.86 |
| | | | | Total Income and distributions: | | $6.86 |

### Withdrawals by check

Entries that display a blank in the expense code field are checks generated by the firm based upon standing or specific instructions that you have provided.

| DATE | ACCOUNT TYPE | CHECK NUMBER | DESCRIPTION | EXPENSE CODE | AMOUNT |
|---|---|---|---|---|---|
| 01/12 | Cash | 0001252 | DEIDRE A SWEENEY | Unspecified | -100,516.40 |
| | | | Total Withdrawals by check: | | -$100,516.40 |

### Other subtractions

| DATE | ACCOUNT TYPE | TRANSACTION | QUANTITY | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|---|
| 01/04 | Cash | JOURNAL | | TO [Redacted]3557 YAN PENG | | -2,503,043.16 |
| | | | | Total Other subtractions: | | -$2,503,043.16 |

## Cash sweep activity

Our Cash Sweep program allows you to earn a return on the idle cash balances in your account by automatically investing such balances into one of our cash sweep options. These 'sweep transactions' may represent a net amount for the day and occur on settlement date. The following section displays transfers into and out of your sweep option. Transactions displayed here are Transfer To, Transfer From and Reinvested Dividends and Interest. These transaction amounts are not included in your cash flow summary.

| DATE | TRANSACTION | DESCRIPTION | AMOUNT | DATE | TRANSACTION | DESCRIPTION | AMOUNT |
|---|---|---|---|---|---|---|---|
| 01/01 | | BEGINNING BALANCE | 2,703,559.56 | 01/31 | REINVEST INT | BANK DEPOSIT SWEEP | 6.86 |
| 01/04 | TRANSFER FROM | BANK DEPOSIT SWEEP | -2,503,043.16 | 01/31 | | ENDING BALANCE | 100,006.86 |
| 01/12 | TRANSFER FROM | BANK DEPOSIT SWEEP | -100,516.40 | | | | |

## Specific instructions and disclosures

**Available funds**
"Available for loan" reflects the approximate amount available as of the statement period ending date and should be reduced by any pending checks and Visa charges not yet cleared. This amount is the approximate amount available for withdrawal and loans. A margin loan is a variable rate loan secured by your account.

10-05048_DS_0001265

13,990

EST OF ARMAND L GREENHALL
PENG YAN EXEC
DEIDRE A SWEENEY EXEC

JANUARY 1 - JANUARY 31, 2011
ACCOUNT NUMBER: ⌐Redacted¬3479

**Cost basis**

This statement presents estimated unrealized gains or losses based on information provided by you or your preceding custodian.  The information displayed is provided for your information and may or may not be provided to the Internal Revenue Service for tax reporting purposes.   If acquisition or other information is not available, the gain/loss information may not be displayed and section and summary totals may not reflect your complete portfolio.  Cost basis information for non-covered securities is not verified by FCC or Wells Fargo Advisors and should not be relied upon for legal or tax purposes.  Revisions to this information (due to corporate mergers, tenders and other reorganizations) may be required from time to time.  To update or provide omitted cost basis information, please contact the individual servicing your account.

Cost basis for factored bonds (GNMA, CMO, etc.) will be adjusted for paydown of principal. Systematic investments in mutual funds and reinvested dividends for mutual funds and stocks have been consolidated for each position. Unit cost data for systematic investments and dividend reinvestment securities is provided for informational purposes only and is a non-weighted average.

Your account statement should not be used for tax preparation without assistance from your tax consultant. We do not report capital gains or losses for non-covered securities to the IRS.



001 PNY8 PG62
0000 000909 (Rev 03)



# Statement balancing guide

1   Record in your account register all items which may appear on this statement that have not previously been entered in your account register, such as ATM/Check Card transactions, automatic transfers, preauthorized drafts, interest earned, service charges, proceeds from sales, security purchases, etc.

2   In your account register, check off the additions and subtractions as shown in the Activity Detail Section.

3   In the Outstanding Additions section at the right (Section A), list any outstanding additions such as deposits, dividends and interest, proceeds from sales, etc., that have been made since the date of this statement.

4   In the Outstanding Subtractions section at the right (Section B), list any checks that have not yet been paid and any outstanding subtractions such as ATM/Check Card transactions and any margin interest, service fees and purchases, etc., that have been made since the date of this statement.

5   Write in the Closing Balance shown in the Cash flow summary.         _____

6   Write in the total amount of Outstanding additions (Section A).       +_____

7   Total the amounts in lines 5 & 6.                                     =_____

8   Write the total amount of Outstanding Subtractions (Section B).       -_____

9   Subtract the amount in line 8 from the amount in line 7. This is your
**Adjusted Statement Balance.**                                          =_____

## A. Outstanding Additions

| Date | Amount | |
|------|--------|--|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

## B. Outstanding Subtractions

| Number | Amount | |
|--------|--------|--|
| | $ | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| Total | | |

10-05048_DS_0001267