# EXHIBIT G

September 19, 2014

Mr. Peng Yan

**Redacted**

Re: Estate of Armand L. Greenhall

Dear Peng:

    As requested, I enclose a check payable to you in the amount of $ 16,100. to cover your income tax liability.

    Sign your name next to the red arrow and also endorse the check on the back before depositing it.

    Sincerely,

    Deidre A. Sweeney

Enclosure

**DO NOT DETACH THIS VOUCHER**
PAYMENT OF THIS CHECK WILL BE REFUSED, UNLESS RECEIPT IS SIGNED AND CHECK ENDORSED.

CHECK NO. 9985 DATE 9/9/14

RECEIVED OF: Deidre A. Sweeney

OF THE ESTATE OF Armand Greenhall

THE SUM OF 16,100.00

IN PAYMENT OF Distribution

SIGN HERE _____ ALSO ENDORSE BACK OF CHECK

⑀"009985⑀" ⑁:021000021⑁:

---

Estate of Armand Greenhall          No. 9985

DATE 9/14/14         01-2/210 217

PAY TO THE ORDER OF Peng Yan         $ 16,100.00

Sixteen Thousand One Hundred & 00/100 DOLLARS

ESTATE OF
ARMAND GREENHALL

[signature] Executrix

Redacted 2998⑀"

**Deidre A. Sweeney**

| | |
|---|---|
| **From:** | Bass [Redacted] |
| **Sent:** | Wednesday, September 17, 2014 4:59 PM |
| **To:** | Deidre A. Sweeney |
| **Subject:** | Re: Estate of Armand Greenhall |

Hi,Ms Sweeney ,
My tax Acountant just called me,he said, that year I owe $13,000 for federal ,$600 for New York State ,$1600 for TN ,and his fee $900.Total is $16,100.
If you can send me check to cover it would be great.thank you.Peng

On 2014年8月14日, at 上午10:08, "Deidre A. Sweeney" <Dsweeney@McCanliss.com> wrote:

> Dear Peng,
>
> I am writing you from my office email account because it is
> More secure than my personal(Microsoft) account. I have reviewed
> The information you sent and my files. Form April 14, 2008 to March 31, 2009
> You received distributions from the Estate of $868,990.01. $36,576.90 of that
> Was income taxable to you with some adjustments.   Therefore, as your tax advisor
> Has probably informed you, you were required to report this income on your US and
> Tennessee personal income tax returns.
> I still have some money in the estate checking account so if you tell me how much you owe,
> I can send you a check to cover it.
>
> Also in separate email, I will send you a copy of the Schedule K-1.
>
> Hope all is well otherwise.
> Sincerely,
>
> Deidre

1

10-05048 DS_0001107