# EXHIBIT I

December 17, 2008

Mr. Peng Yan
**Redacted**

Re: Estate of Armand L. Greenhall

Dear Beneficiary:

On behalf of myself and Peng Yan as Executors of the Estate of Armand L. Greenhall, I regret to inform you that the payment of your legacy under the Will is going to be delayed.

A large portion of Mr. Greenhall's assets were invested with Bernard Madoff Investment Securities LLC. Mr. Madoff was arrested last week in what is alleged to be an elaborate Ponzi scheme. Enclosed is an article from the Wall Street Journal which discusses the situation.

The Estate collected the assets from the Madoff accounts in May, 2008. However, considering the uncertainty surrounding this situation, the Executors feel that it would be imprudent to pay your legacy at this time.

Be assured that as Executors, we will defend the assets of the estate against possible creditors to the best of our ability. We will try to keep you apprised of the situation.

Your patience is appreciated in these very trying times.

Very truly yours,

Deidre A. Sweeney
Co – Executor

Enclosure

December 17, 2008

Mr. Lewis B. Straus

**Redacted**

Re: Estate of Armand L. Greenhall

Dear Beneficiary:

    On behalf of myself and Peng Yan as Executors of the Estate of Armand L. Greenhall, I regret to inform you that the payment of your legacy under the Will is going to be delayed.

    A large portion of Mr. Greenhall's assets were invested with Bernard Madoff Investment Securities LLC. Mr. Madoff was arrested last week in what is alleged to be an elaborate Ponzi scheme. Enclosed is an article from the Wall Street Journal which discusses the situation.

    The Estate collected the assets from the Madoff accounts in May, 2008. However, considering the uncertainty surrounding this situation, the Executors feel that it would be imprudent to pay your legacy at this time.

    Be assured that as Executors, we will defend the assets of the estate against possible creditors to the best of our ability. We will try to keep you apprised of the situation.

    Your patience is appreciated in these very trying times.

    Very truly yours,

    Deidre A. Sweeney
    Co – Executor

Enclosure

# McCANLISS & EARLY, LLP
WALL STREET PLAZA
88 PINE STREET
NEW YORK, NY 10005

TELEPHONE: 212-943-0280

FACSIMILE: 212-943-0283

December 17, 2008

University of Massachusetts Lowell Alumni Assn
Southwick Hall
Lowell, MA 01854

Re: Estate of Armand L. Greenhall

Dear Beneficiary:

On behalf of myself and Peng Yan as Executors of the Estate of Armand L. Greenhall, I regret to inform you that the payment of your legacy under the Will is going to be delayed.

A large portion of Mr. Greenhall's assets were invested with Bernard Madoff Investment Securities LLC. Mr. Madoff was arrested last week in what is alleged to be an elaborate Ponzi scheme. Enclosed is an article from the Wall Street Journal which discusses the situation.

The Estate collected the assets from the Madoff accounts in May, 2008. However, considering the uncertainty surrounding this situation, the Executors feel that it would be imprudent to pay your legacy at this time.

Be assured that as Executors, we will defend the assets of the estate against possible creditors to the best of our ability. We will try to keep you apprised of the situation.

Your patience is appreciated in these very trying times.

Very truly yours,

Deidre A. Sweeney
Co – Executor

Enclosure

**McCANLISS & EARLY, LLP**
WALL STREET PLAZA
88 PINE STREET
NEW YORK, NY 10005

TELEPHONE: 212-943-0280　　　　　　　　　　　　　　　　　FACSIMILE: 212-943-0283

December 17, 2008

UJA – Federation of Jewish Philanthropies
130 East 59th Street
New York, NY 10022-1302

Re: Estate of Armand L. Greenhall

Dear Beneficiary:

    On behalf of myself and Peng Yan as Executors of the Estate of Armand L. Greenhall, I regret to inform you that the payment of your legacy under the Will is going to be delayed.

    A large portion of Mr. Greenhall's assets were invested with Bernard Madoff Investment Securities LLC. Mr. Madoff was arrested last week in what is alleged to be an elaborate Ponzi scheme. Enclosed is an article from the Wall Street Journal which discusses the situation.

    The Estate collected the assets from the Madoff accounts in May, 2008. However, considering the uncertainty surrounding this situation, the Executors feel that it would be imprudent to pay your legacy at this time.

    Be assured that as Executors, we will defend the assets of the estate against possible creditors to the best of our ability. We will try to keep you apprised of the situation.

    Your patience is appreciated in these very trying times.

    Very truly yours,

    Deidre A. Sweeney
    Co – Executor

Enclosure