# EXHIBIT C

Page 1

```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  - - - - - - - - - - - - - - - - - - -x
 4  SECURITIES INVESTOR PROTECTION
 5  CORPORATION
 6  v.                              CASE NO. 08-01789-smb
 7  BERNARD L. MADOFF INVESTMENT
 8  SECURITIES, LLC, et al,
 9          Debtors.
10  - - - - - - - - - - - - - - - - - - -x
11  IRVING H. PICARD, TRUSTEE,
12          Plaintiff,
13  v.                              CASE NO. 09-01161-smb
14  KINGATE GLOBAL FUND,
15  LTD., et al.,
16          Defendants.
17  - - - - - - - - - - - - - - - - - - -x
18  IRVING H. PICARD, TRUSTEE,
19          Plaintiff,
20  v.                              CASE NO. 10-04946-smb
21  GOLDENBERG,
22          Defendants.
23  - - - - - - - - - - - - - - - - - - -x
24
25
```

Page 2

1          U.S. Bankruptcy Court
2          One Bowling Green
3          New York, New York
4
5          July 26, 2017
6          10:09 AM
7
8
9  B E F O R E :
10 HON. STUART M. BERNSTEIN
11 U.S. BANKRUPTCY JUDGE
12
13 ECRO:    Unidentified

**Page 3**

1  **Conference re: Madoff Day 2 Deposition Topics**
2
3  **Discovery Conference Pursuant to Local Bankruptcy Rule**
4  **7007-1**
5
6  **Conference regarding status of factual stipulation in**
7  **advance of motions for summary judgment**
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  **Transcribed by:  Sherri L. Breach, CERT*D-397**

Page 4

```
 1   A P P E A R A N C E S :
 2   BAKER & HOSTETLER, LLP
 3         Attorneys for BLMIS, Trustee
 4         45 Rockefeller Plaza
 5         New York, NY  10111
 6
 7   BY:  GERALDINE E. PONTO, ESQ.
 8        MARSHALL J. MATTERA, ESQ.
 9        DAVID J. SHEEHAN, ESQ.
10        STACEY A. BELL, ESQ.
11        AMANDA E. FEIN, ESQ.
12
13   CHAITMAN, LLP
14         Attorneys for large group of defendants
15         465 Park Avenue
16         New York, New York 10022
17
18   BY:  HELEN DAVIS CHAITMAN, ESQ.
19
20   MCDERMOTT, WILL & EMERY, LLP
21         Attorneys for Sage defendants
22         340 Madison Avenue
23         New York, New York 10173
24
25   BY:  ANDREW B. KRATENSTEIN, ESQ.
```

Page 5

1  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
2       Attorneys for Tremont
3       Four Times Square
4       New York, New York 10036
5
6  BY:   SETH M. SCHWARTZ, ESQ.
7
8  SCHULTE ROTH & ZABEL, LLP
9       Attorneys for Picower Parties
10      919 Third Avenue
11      New York, New York 10022
12
13 BY:   MICHAEL KWON, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25

1    adequate data to come to Your Honor and then say, I've

2    looked at this, look at what I've found.  Your Honor, you

3    should allow me to look, if not at all 4,700, at least the

4    1,281 that the trustee admits has stock record and other

5    information on it, and I should be able to look at it.

6            I respectfully submit she has not done that.  All

7    right.

8            Now the two things that we've heard about from Ms.

9    Chaitman, and in her last submission she gave them to us,

10   was treasuries.  It was exclusive information according to

11   Ms. Chaitman.  The treasuries have been known about since

12   the very beginning.  Very early in the case there was a

13   letter written by Mr. Hardvac (ph), I think it's been

14   referred to in this room, in which we disclosed to

15   (indiscernible) that, in fact, over $16 billion worth of

16   treasuries were purchased.

17           It's a money business.  It's a Ponzi scheme.

18   Deals in cash.  The question is did he buy any of those

19   treasuries for customers (indiscernible).  If you take any

20   number of Ms. Chaitman's exhibits and compare those to the

21   703 account at the same time, no treasuries were purchased.

22   None.  Just what we (indiscernible).  She can't find those.

23   All right.

24           Same thing is true with regard to the banks

25   themselves because she doesn't actually know what's