# EXHIBIT D

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-99000-smb

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   In the Matter of:

 6

 7   ADMINISTRATIVE CASE RE: 08-01789 (SECURITIES INVEST-

 8   ADVERSARY PROCEEDING),

 9

10            Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

12

13   Adv. Case No. 10-04995-smb

14   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

15   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

16   MADOFF INVESTMENT SECURITIES LLC,

17              Plaintiff,

18        v.

19   TRUST u/art FOURTH o/w/o ISRAEL WILENITZ,

20              Defendants.

21   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

22

23

24

25
```

Page 2

```
 1   Adv. Case No. 10-05184-smb

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

 4   MADOFF INVESTMENT SECURITIES LLC,

 5                Plaintiff,

 6          v.

 7   LAURA ANN SMITH REVOCABLE LIVING TRUST et al,

 8                Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11   Adv. Case No. 10-04352-smb

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14   MADOFF INVESTMENT SECURITIES LLC,

15                Plaintiff,

16          v.

17   RAR ENTREPRENEURIAL FUND. LTD. et al.,

18                Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25
```

Page 3

1              U.S. Bankruptcy Court
2              One Bowling Green
3              New York, NY  10004
4
5              May 17, 2016
6              10:51 AM
7
8
9   B E F O R E :
10  HON STUART M. BERNSTEIN
11  U.S. BANKRUPTCY JUDGE
12
13
14
15  Hearing re:  10-04995-smb, 10-05184-smb, 10-04352-smb The
16  Trustee's Request For Leave To File A Motion For a
17  Protective Order in Wilentiz.
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   WINDELS MARX LANE & MITTENDORF, LLP

 4        Special Counsel to Irving H. Picard, as Trustee

 5        156 West 56th Street

 6        New York, NY 10019

 7

 8   BY:  KIM M. LONGO

 9        JOHN J. TEPEDINO

10

11   BAKER HOSTETLER

12        Attorney for the Trustee

13        45 Rockefeller Plaza

14        New York, NY 10111

15

16   BY:  EDWARD J. JACOBS

17        NICHOLAS J. CREMONA

18

19   CHAITMAN LLP

20        Attorney for Defendants

21        465 Park Avenue

22        New York, NY 10022

23

24   BY:  HELEN DAVIS CHAITMAN, ESQ.

25
```

Page 61

1              THE COURT:  And, again, this comes back to my
2     understanding of the records.  If you have tables of content
3     or indices...
4              MR. JACOBS:  I do.
5              THE COURT:  I don't want to see them now.
6              MR. JACOBS:  Okay.
7              THE COURT:  If you have those things and somebody
8     can look at them and see the subject matter of what they
9     want to look at, figure out what to look at, fine.
10             MR. JACOBS:  There is a subfolder in Data Room 1
11    that is called DTC that has all of those records.
12             MS. CHAITMAN:  I'm not asking for -- I have the
13    DTC records.
14             THE COURT:  She wants other non-DTC records.
15             MR. JACOBS:  To the extent we have them in
16    addition to publicly available information that we obtain,
17    it's all in the data room clearly labeled.
18             THE COURT:  You'll have to show me when the time
19    comes.  17 -- these are the number of employees that work
20    for each unit.
21             MR. JACOBS:  Yes, Your Honor.  And as I had
22    mentioned before, we provided a specific chart that contains
23    this exact information, even though I believe we're not
24    obligated to because it had already been made available in
25    the data room and could've been found with the click of a