# EXHIBIT E

Page 1

```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 4  In the Matters of:
 5
 6  SECURITIES INVESTOR PROTECTION
 7  CORPORATION,
 8            Plaintiff,
 9       v.                    Adv. Case No. 08-01789-smb
10  BERNARD L. MADOFF INVESTMENT
11  SECURITIES, LLC, ET AL,
12            Defendants.
13  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
14  IRVING H. PICARD, TRUSTEE FOR THE
15  LIQUIDATION OF BERNARD L. MADOFF
16  INVESTMENT SECURITIES, LLC, ET AL,
17            Plaintiff,
18       v.                    Adv. Case No. 10-04898-smb
19  SAREN-LAWRENCE
20            Defendant.
21  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
22
23
24
25
```

```
 1   IRVING H. PICARD, TRUSTEE FOR THE
 2   LIQUIDATION OF BERNARD L. MADOFF
 3   INVESTMENT SECURITIES, LLC, ET AL,
 4              Plaintiff,
 5         v.                    Adv. Case No. 10-04946-smb
 6   GOLDENBERG,
 7              Defendant.
 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
 9   IRVING H. PICARD, TRUSTEE FOR THE
10   LIQUIDATION OF BERNARD L. MADOFF
11   INVESTMENT SECURITIES, LLC, ET AL,
12              Plaintiff,
13         v.                    Adv. Case No. 11-02760-smb
14   ABN AMRO BANK N.V.,
15              Defendants.
16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
17   IRVING H. PICARD, TRUSTEE FOR THE
18   LIQUIDATION OF BERNARD L. MADOFF
19   INVESTMENT SECURITIES, LLC, ET AL,
20              Plaintiff,
21         v.                    Adv. Case No. 10-04377-smb
22   NELSON, ET AL,
23              Defendants.
24   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
25
```

```
                                                              Page 3

 1   IRVING H. PICARD, TRUSTEE FOR THE

 2   LIQUIDATION OF BERNARD L. MADOFF

 3   INVESTMENT SECURITIES, LLC, ET AL,

 4              Plaintiff,

 5         v.                    Adv. Case No. 10-04658-smb

 6   NELSON,

 7              Defendant.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9   IRVING H. PICARD, TRUSTEE FOR THE

10   LIQUIDATION OF BERNARD L. MADOFF

11   INVESTMENT SECURITIES, LLC, ET AL,

12              Plaintiff,

13         v.                    Adv. Case No. 10-04728-smb

14   DIGIULIAN,

15              Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17

18              U.S. Bankruptcy Court

19              One Bowling Green

20              New York, NY

21

22              May 31, 2017

23              10:40 AM

24

25
```

**Page 4**

1   B E F O R E :

2   HON STUART M. BERNSTEIN

3   U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                THE COURT:  Well --

2                MR. JACOBS:  -- in any event.  I would like --

3                THE COURT:  -- I'll decide that after trial.

4                MR. JACOBS:  Understood.  I would like to correct

5       the record.  There was never a motion to compel the trustee

6       to produce any documents pending in this Court, that's a

7       fiction.

8                THE COURT:  But I thought I directed you to

9       produce the documents.

10               MR. JACOBS:  We said that when the Court allowed

11      the deposition of Mr. Madoff for the specific, narrow

12      purpose of examining as a preliminary matter, as a precursor

13      to an omnibus fraud trial, the start date of the fraud and

14      the Court opened the door to that evidence, we undertook a

15      voluntary effort to search for and identify any material

16      that we may have in BLMIS' possession that would evidence

17      trading --

18               THE COURT:  Did Ms. Chaitman --

19               MR. JACOBS:  -- from that period.

20               THE COURT:  -- did Ms. Chaitman ever ask for

21      trading records in any of her discovery requests?

22               MR. JACOBS:  She did.  She's been asking for

23      trading records for a very long time, for a couple of years

24      now, starting with the subpoena she served on the Depository

25      Trust Clearing Company.  That subpoena was limited in time