# EXHIBIT F



Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    Case No. 08-01789-smb

4    - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    SECURITIES INVESTOR PROTECTION CORPORATION,

6                    Plaintiff,

7            v.

8    BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,

9                    Defendants.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   Adv. Case No. 10-04292-smb

12   - - - - - - - - - - - - - - - - - - - - - - - - - - x

13   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14   MADOFF INVESTMENT SECURITIES LLC,

15                   Plaintiff,

16           v.

17   ROBERT ROMAN,

18                   Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - x

20

21

22

23

24

25

```
 1              U.S. Bankruptcy Court

 2              One Bowling Green

 3              New York, NY  10004

 4

 5              June 29, 2017

 6              11:02 AM

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21   B E F O R E :

22   HON STUART M. BERNSTEIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  K. SU
```

Page 3

1    Hearing re:  08-01789-smb Conference re Form of Order

2    Applying Discovery Arbitrator's Orders to Other Cases

3

4    Hearing re:  08-01789-smb Conference re Madoff Day 2

5    Deposition Topics

6

7    Hearing re:  08-01789-smb Notice of Agenda for Matters

8    Scheduled for Hearing on June 29, 2017

9

10   Hearing re:  10-04292-smb Trustee's Motion to Compel

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   MCDERMOTT WILL & EMERY LLP

 4        Attorneys for

 5        340 Madison Avenue

 6        New York, NY 10173

 7

 8   BY:  MICHAEL R. HUTTENLOCHER

 9

10   CHAITMAN LLP

11        Attorneys for

12        465 Park Avenue

13        New York, NY 10022

14

15   BY:  HELEN DAVIS CHAITMAN, ESQ.

16

17   BAKER HOSTETLER

18        Attorneys for the Trustee

19        45 Rockefeller Plaza

20        New York, NY 10111

21

22   BY:  STACEY A. BELL

23        MAXIMILLIAN S. SHIFRIN

24        EDWARD J. JACOBS

25        DAVID J. SHEEHAN
```

```
1   DENTONS US LLP

2          Attorneys for

3          1221 Avenue of the Americas

4          New York, NY 10020

5

6   BY:  CAROLE NEVILLE

7

8   SCHULTE ROTH & ZABEL LLP

9          Attorneys for Picower Parties

10          919 Third Avenue

11          New York, NY 10022

12

13   BY:  MICHAEL KWON

14

15   HUNTON & WILLIAMS LLP

16          Attorneys for

17          200 Park Avenue

18          New York, NY 10166

19

20   BY:  ROBERT A. RICH

21

22

23

24

25
```

1              THE COURT:  Why not?  I thought you were directed

2     --

3              DAVID SHEEHAN:  I'm not talking about money.

4              THE COURT:  -- by me and Judge Maas to produce

5     this stuff?

6              DAVID SHEEHAN:  Pardon?

7              THE COURT:  I thought you were already directed to

8     produce these documents.

9              DAVID SHEEHAN:  Well, I think he found that what

10    we have done to date is more than satisfactory, as a matter

11    of fact.

12             THE COURT:  That's correct.  I saw a decree in a

13    paragraph in one of his orders --

14             MS. CHAITMAN:  He said they had to produce

15    everything, and you said they had to produce everything.

16    He's never made a finding that they -

17             THE COURT:  These documents are not relevant are

18    you telling me?

19             DAVID SHEEHAN:  Your Honor, what we know at this

20    point about those records is that everything and then is

21    duplicative of what we have already know.  If we want to do

22    that again, it's going to -- you know, and I'm not worried

23    about the cost, but they -- until they can make...  Let me

24    put it this way.  I don't think Your Honor has had a good-

25    faith offering by any of them to justify any of the

1              DAVID SHEEHAN:  It sounds easy.

2              THE COURT:  All right.

3              DAVID SHEEHAN:  But we've been doing that for a

4     year and a half with Ms. Chaitman.

5              MS. CHAITMAN:  That is untrue.

6              THE COURT:  No, no, stop.  I don't know what's in

7     there, you don't know what's in there, and on that basis,

8     you can't say I'm not going to turn it over.

9              DAVID SHEEHAN:  Yeah, but she hasn't shown to you

10    what she's saying is true.

11             THE COURT:  There are two orders directing you --

12             DAVID SHEEHAN:  But why does she get discovery

13    when she can't even prove what she's saying?

14             THE COURT:  There are two orders directing you to

15    turn over the documents.  You haven't told me that they're

16    not relevant.  You --

17             DAVID SHEEHAN:   I'm going to look at it, and if I

18    don't think they are, I'm going to tell Your Honor that.

19             THE COURT:  You haven't made a motion for a

20    protective order, and there are two orders to turn over the

21    documents.

22             DAVID SHEEHAN:  I'd like the protective order.

23    Well, I do.

24             MS. CHAITMAN:  Well, Judge, you know --

25             DAVID SHEEHAN:  It's about time she put up or shut