# EXHIBIT P

```
                                                              Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 4   In the Matters of:

 5

 6   SECURITIES INVESTOR PROTECTION

 7   CORPORATION,

 8              Plaintiff,

 9        v.                    Adv. Case No. 08-01789-smb

10   BERNARD L. MADOFF INVESTMENT

11   SECURITIES, LLC, ET AL,

12              Defendants.

13   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14   IRVING H. PICARD, TRUSTEE FOR THE

15   LIQUIDATION OF BERNARD L. MADOFF

16   INVESTMENT SECURITIES, LLC, ET AL,

17              Plaintiff,

18        v.                    Adv. Case No. 10-04898-smb

19   SAREN-LAWRENCE

20              Defendant.

21   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

22

23

24

25
```

Page 2

```
 1   IRVING H. PICARD, TRUSTEE FOR THE
 2   LIQUIDATION OF BERNARD L. MADOFF
 3   INVESTMENT SECURITIES, LLC, ET AL,
 4             Plaintiff,
 5        v.                    Adv. Case No. 10-04946-smb
 6   GOLDENBERG,
 7             Defendant.
 8   - - - - - - - - - - - - - - - - - - - - - - - - - - x
 9   IRVING H. PICARD, TRUSTEE FOR THE
10   LIQUIDATION OF BERNARD L. MADOFF
11   INVESTMENT SECURITIES, LLC, ET AL,
12             Plaintiff,
13        v.                    Adv. Case No. 11-02760-smb
14   ABN AMRO BANK N.V.,
15             Defendants.
16   - - - - - - - - - - - - - - - - - - - - - - - - - - x
17   IRVING H. PICARD, TRUSTEE FOR THE
18   LIQUIDATION OF BERNARD L. MADOFF
19   INVESTMENT SECURITIES, LLC, ET AL,
20             Plaintiff,
21        v.                    Adv. Case No. 10-04377-smb
22   NELSON, ET AL,
23             Defendants.
24   - - - - - - - - - - - - - - - - - - - - - - - - - - x
25
```

Page 3

1   IRVING H. PICARD, TRUSTEE FOR THE
2   LIQUIDATION OF BERNARD L. MADOFF
3   INVESTMENT SECURITIES, LLC, ET AL,
4             Plaintiff,
5         v.              Adv. Case No. 10-04658-smb
6   NELSON,
7             Defendant.
8   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
9   IRVING H. PICARD, TRUSTEE FOR THE
10  LIQUIDATION OF BERNARD L. MADOFF
11  INVESTMENT SECURITIES, LLC, ET AL,
12            Plaintiff,
13        v.              Adv. Case No. 10-04728-smb
14  DIGIULIAN,
15            Defendant.
16  - - - - - - - - - - - - - - - - - - - - - - - - - - - x
17
18            U.S. Bankruptcy Court
19            One Bowling Green
20            New York, NY
21
22            May 31, 2017
23            10:40 AM
24
25

Page 4

1  B E F O R E :

2  HON STUART M. BERNSTEIN

3  U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 5

```
 1   Hearing re:  Discovery Conference re Subpoenas to Depose
 2   BLMIS Employees
 3
 4   Hearing re:  Discovery Conference to Request to Set Single
 5   Rebuttal Expert Report Deadline
 6
 7   Hearing re:  Discovery Conference re Application of
 8   Discovery Arbitrator's Orders
 9
10   Hearing re:  Adversary proceeding: 10-04898-smb Irving H.
11   Picard, Trustee for the Liquidation of B v. Saren-Lawrence.
12   Pre-Trial Conference
13
14   Hearing re:  Adversary proceeding: 10-04946-smb Irving R.
15   Picard, Trustee for the Liquidation of B v. Goldenberg.
16   Pre-Trial Conference
17
18   Hearing re:  Adversary proceeding: 11-02760-smb Irving H.
19   Picard, Trustee for the Liquidation of B v. ABN AMRO BANK
20   N.V.  Conference re Status of Memorandum Decision Denying
21   Certification
22
23   Hearing re:  Adversary proceeding: 10-04377-smb Irving H.
24   Picard, Trustee for the Liquidation of B v. Nelson, et al.
25   Pre-Trial Conference
```

Page 6

```
 1   Hearing re:  Adversary proceeding: 10-04658-smb Irving H.
 2   Picard, Trustee for the Liquidation of B v. Nelson, et al.
 3   Pre-Trial Conference
 4
 5   Hearing re:  Adversary proceeding: 10-04728-smb Irving H.
 6   Picard, Trustee for the Liquidation of B v. Digiulian.
 7   Cross-Motion to Dismiss
 8
 9   Hearing re:  Adversary proceeding: 10-04728-smb
10   Motion for Substitution of Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Tracey Williams, Nicole Yawn
```

Page 7

```
 1   A P P E A R A N C E S :
 2   BAKER HOSTETLER
 3        Attorneys for Trustee, Irving H. Picard
 4        45 Rockefeller Plaza
 5        New York, NY 10111-0100
 6
 7   BY:  DAVID SHEEHAN, ESQ.
 8        EDWARD J. JACOBS, ESQ.
 9        STACY DASARO, ESQ.
10
11   BAKER HOSTETLER
12        Attorneys for Trustee, Irving H. Picard
13        811 Main Street
14        Suite 1100
15        Houston, TX 77002-6111
16
17   BY:  DEAN D. HUNT, ESQ.
18        FARRELL A. HOCHMUTH, ESQ.
19
20
21
22
23
24
25
```

```
 1   A P P E A R A N C E S :  (Contd.)
 2   BAKER HOSTETLER
 3        Attorney for Trustee, Irving H. Picard
 4        Capitol Square, Suite 2100
 5        65 East State Street
 6        Columbus, OH  43215
 7
 8   BY:  CATHERINE E. WOLTERING, ESQ.
 9
10   CHAITMAN LLP
11        Attorney for Defendants Digiulian, Nelson and
12        Saren Lawrence
13        465 Park Avenue
14        New York, NY  10022
15
16   BY:  HELEN DAVIS CHAITMAN, ESQ.
17
18   ALLEN & OVERY
19        Attorney for Defendant ABN AMRO BANK N.V.
20        1221 Avenue of the Americas
21        New York, NY  10020
22
23   BY:  MICHAEL S. FELDBERG, ESQ.
24
25
```

```
 1   A P P E A R A N C E S :   (Contd.)
 2
 3   MILBERG LLP
 4        Attorney for Defendant Goldenberg
 5        One Pennsylvania Plaza
 6        New York, NY  10119
 7
 8   BY:  J. BIRT REYNOLDS, ESQ.
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 44

1           MS. CHAITMAN:  No, I have no objection to that.
2           THE COURT:  All right, fine.  You can submit an
3  order that embodies that.
4           MR. JACOBS:  Your Honor, those are the three
5  issues that were formerly noticed and that the Court allowed
6  hearings for today.
7           THE COURT:  Okay.  Yes?
8           MS. CHAITMAN:  Judge, again, I would ask that the
9  trustee be barred from relying upon any of the documents
10 that he produced in 2017.
11          THE COURT:  You know, that's a sanctions issue.
12 You're going to have to make a specific motion in a specific
13 case and explain why he should be barred in a particular
14 case, and the same holds true --
15          MS. CHAITMAN:  Okay.
16          THE COURT:  -- for you.  I'm not going to enter a
17 general order like that --
18          MS. CHAITMAN:  Okay.
19          THE COURT:  -- it depends on the case.
20          MS. CHAITMAN:  I'll make a specific motion.
21          THE COURT:  Okay.
22          MS. CHAITMAN:  And then the other thing that I had
23 raised, Your Honor, was the trustee objected to our request
24 for the production of indemnification agreements.  Mr.
25 Madoff had testified -- this goes to the issue of whether