**GARVEY SCHUBERT BARER**
100 Wall Street, 20th Floor
New York, New York 10005
Tel: (212) 431-8700
Fax: (212) 334-1278
Andrew J. Goodman
agoodman@gsblaw.com
*Attorneys for Defendants L.H. Rich Companies,*
*N.R. Investment Associates, and M.R. Investment*
*Associates*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------X

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |

------------------------------------X

In re:

BERNARD L. MADOFF,

Debtor.

------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05371 (BRL) |
| v. | |
| L.H. RICH COMPANIES, N.R. INVESTMENT ASSOCIATES, and M.R. INVESTMENT ASSOCIATES, | |
| Defendants. | |

------------------------------------X

**DECLARATION OF ANDREW J. GOODMAN ESQ. IN OPPOSITION TO THE**
**TRUSTEE'S MOTION FOR AN ORDER ESTABLISHING OMNIBUS PROCEEDING**

NY_DOCS:608392.1

**ANDREW J. GOODMAN,** under penalty of perjury, declares the following to be true and correct:

1. I am a member of the Bar of this Court and an owner of the firm of Garvey Schubert Barer, counsel of record for defendants L.H. Rich Companies, N.R. Investment Associates, and M.R. Investment Associates ("L.H. Rich Defendants").

2. I submit this declaration concerning documents in opposition to the trustee's Motion for an Order Establishing an Omnibus Proceeding for the Purpose of Determining the Existence, Duration and Scope of the Ponzi Scheme at BLMIS and referenced in the accompanying Memorandum of Law in Opposition to the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS.

3. Attached as Exhibit A hereto is a true and correct copy of the Complaint filed by the Trustee in this action on or about December 9, 2010.

4. Attached as Exhibit B hereto is a true and correct copy of the L.H Rich Defendants' Motion to Dismiss filed on May 10, 2011.

5. Attached as Exhibit C hereto is a true and correct copy of the Memorandum Decision Regarding Omnibus Motions to Dismiss entered on June 2, 2015.

6. Attached as Exhibit D hereto is a true and correct copy of the July 14, 2015 Stipulation between the Trustee and the L.H. Rich Defendants.

Dated: New York, New York
       April 11, 2018

GSB:9380318.1

GARVEY SCHUBERT BARER

By: _____
Andrew J. Goodman, Esq.
*Attorneys for Defendants L.H. Rich
Companies, N.R. Investment Associates,
and M.R. Investment Associates*
100 Wall Street, 20th Floor
New York, New York 10005
Tel:  (212) 965-4534
Fax: (212) 334-1278
Email: agoodman@gsblaw.com

3

GSB:9380318.1