UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,

        Defendant.

: Adv. Pro. No. 08-01789 (BRL)
:
: SIPA LIQUIDATION
:
: (Substantively Consolidated)
:
:
:
:
:
: **AFFIDAVIT OF SERVICE**

------------------------------------------------------------X
In re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

v.

L.H. RICH COMPANIES, N.R. INVESTMENT
ASSOCIATES, M.R. INVESTMENT
ASSOCIATES, JACK POLACK, and JAMES
POLACK,

        Defendants.

: Adv. Pro. No. 10-05371 (BRL)

------------------------------------------------------------X

STATE OF NEW YORK            )

COUNTY OF NEW YORK       ) ss.:

        JENNIFER SY LOPEZ, being duly sworn, deposes and says:

        I am employed by the firm of GARVEY SCHUBERT BARER, attorneys for Defendants L.H. Rich Companies, N.R. Investment Associates, M.R. Investment Associates, Jack Polack, and James Polack; I am not a party to the above action; I am over 18 years of age and reside at Richmond County, New York. On April 11, 2018, I served the within (ii) GOODMAN DECLARATION IN OPPOSITION AND EXHIBITS THERETO and (ii) MEMORANDUM IN OPPOSITION TO THE TRUSTEE'S MOTION FOR AN ORDER ESTABLISHING OMNIBUS PROCEEDING via Email Transmission and Federal Express at the following

GSB:4608402.3

address:

David J. Sheehan, Nicholas Cremona and Stacey A. Bell, Esqs.
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
dsheehan@bakerlaw.com; sbell@bakerlaw.com ncremona@bakerlaw.com

Securities Investor Protection Corporation
1667 K Street, N.W., Suite 1000
Washington, DC 20006-1620
kbell@sipc.org

_____
JENNIFER SY LOPEZ

Sworn to before me this
___11___ day of April 2018

_____
Notary Public

JEANNE C. BARENHOLTZ
NOTARY PUBLIC-STATE OF NEW YORK
No. 02BA6338075
Qualified in New York County
My Commission Expires 03-07-2020

GSB:4608402.3