# EXHIBIT C

08-25-1992 08:23PM   FROM                              TO              8265897   P.01

# Sage Associates
# Maurice S. Sage Fdn. Inc.
*200 Central Park South*
*New York, N.Y. 10019*

Bernard L. Madoff
Investment Securities
Attn: Annette Bongiorno
885 Third Avenue
New York, N.Y. 10022

Dear Annette,

After discussions with Paul we have come up with the following plan with regards to the Sage Associates (1S-0004) and Maurice S. Sage Foundation, Inc. (1S-0197) Accounts.

1. X Sage Associates (1S-0004)
   a. Emulex - Please deliver the short position in the "7" account to the "3" account to close out this position. The amount to be delivered is the entire amount held - 220,000 shares.
   b. Broadcom - Please deliver 15,000 shares in the "7" account to the "3" account. This will leave the remaining 40,000 shares in the "3" and "7" accounts.

2. X Maurice S. Sage Foundation Inc. (1S-0197)
   a. We would like to withdraw the sum of $25,000. This will not require the sale of any stock because this sum is available in money market funds.  Date?


12/24/02

If you have any questions, please call me.

With thanks for your help and best wishes for Christmas and the New Year,
I am,

Very truly yours,
Malcolm Sage

EXHIBIT
61
11/8/17  KDN

TOTAL P.01

MADTBB02370451