# EXHIBIT E

MEMO

TO Year End Notes             DATE

FROM _____

SUBJECT _____

Sage Group - Bernie paid leave over fee but adj out next year.

Could have gone SAB on EBAY but cust did not want it.

EXHIBIT
84
11/8/17  KDA

MADTBB01170922

Check After Prelim Post

Sage   150004
or
Sage 2   150005    B Okm...

~~[scribbled out line]~~

Do trades only if I can
quit or unrealized losses to
offset because already
are OVER !!

Real gains or by sell
and ~~[scribble]~~.

Long Now To Do Show Apt Box...

MADTBB01170923