# EXHIBIT J



MF00086733