# EXHIBIT K

```
3/31/80   MAURICE SAGE TRUST                                           1-01941-1-1
          200 CENTRAL PARK SOUTH
          NEW YORK, NY 10019
```

| T/DT | S/DT | LONG | SHORT |  | BALANCE FORWARD |  |  | DEBIT | CREDIT | CASH |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/10 | 0 |  |  | DIV GENL MOTORS |  |  | JRNL |  | 231,888.58 | |
| 3/19 | 3/19 | 7643 |  | AMCO INC |  |  | RECD |  | 1,300,400 | |
| 3/19 | 3/19 |  |  | RMCL INC |  |  | DELV | | | |
| 3/17 | 3/24 | 6252 |  | RCA CONV $2.50 |  |  | | | | |
| 3/17 | 3/24 | 6137 |  | 56 RICHMOND TANK CAR CO | 37 1/8 | 236,285.38 | | | | |
| 3/17 | 3/24 |  |  | UNIT 1 COM & 1 PFD CONV $2-50 |  |  | | | | |
| 3/17 | 3/24 |  | 10572322 | RICHMOND TANK CAR CO | 16 3/4 | | |11,793.38 | | |
| 3/17 | 3/24 |  |  | PFD CONV $2-50 |  |  | | | | |
| 3/25 | 3/24 |  | 5285 473 | RICHMOND TANK CAR CO | 16 7/8 | | |85,042.48 | | |
| 3/25 | 3/24 |  |  | RED CONV |  |  | | | | |
| 3/25 | 3/24 |  | 6357 524 | RICHMOND TANK CAR CO | 21 3/4 | |  |138,287.95 | | |
| 3/25 |  | 1100 |  | RCA CORP |  |  | | | | |
|  |  |  |  | SUB DEB CONV 8/01/1992 | | | REED | | | |
|  |  |  |  | 6,500 | | | | | | |
| 3/26 | 3/26 | 1849 |  | AMERICAN TEL & TELEG CO |  |  | RECD | | | |
| 3/27 | 3/27 | 220 |  | AMERICAN TEL & TELEG CO |  |  | RECD | | | |
|  |  |  |  | PFD CONV $4 | | | | | | |
| 3/27 | 3/27 |  |  | INT RCA 8/1/92 DIF 2/1/80 | | | JRNL | | 244.75 | |
|  |  |  |  | NEW BALANCE | | | | | 242,611.93 | |
|  |  |  |  | SECURITY POSITIONS | | | | | | |
|  |  |  |  | AMERICAN TEL & TELEG CO | | | | 1849 | | |
|  |  |  |  | PFD CONV $4 | | | | 220 | | |
|  |  |  |  | DUPONT E I DE NEMOURS & CO | | | | 2500 | | |
|  |  |  |  | GENERAL MOTORS CORP | | | | 2008 | | |
|  |  |  |  | RCA CORP | | | | 1100 | | |
|  |  |  |  | SUB DEB CONV | | | | 6,500 | | |
|  |  |  |  | B/01/1992 | | | | | | |
|  |  |  |  | RICHMOND TANK CAR CO | | | | 6337 | | |
|  |  |  |  | RICHMOND TANK CAR CO | | | | 6337 | | |
|  |  |  |  | PFD CONV $2.50 | | | | | | |
|  |  |  |  | UNIT 1 COM & 1 PFD CONV $2-50 | | | | 6337 | | |
|  |  |  |  | END OF POSITIONS | | | | | | |

MF00083497