# EXHIBIT L

CONFIDENTIAL: SIPC v. BLMIS

| T/DT | S/DT | LONG | SHORT | | | | DELV | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|---|---|
| 6/30/ | | 135 0 9 | | 2 AUR GE TR S | | | | | 1-01 0 -2-0 |
| | | | | CENT L RK OUT | | | | | |
| | | | | NEW < 1001 | | | | | |
| 6/19 | | | | | | | NO BALANCE FORWARD | | |
| 6/19 | 6/ 9 | | | 1100 | RC CO P | | | | |
| | | | | | SUB D B CONV | | | | |
| 6/19 | | | | | REDEEMED 8/01/1992 | | | | |
| | | | | | RC CORP | | | | |
| | | | | | SUB DEB CONV | | | | |
| | | | | | IN 4.50 /01/1992 | | INT | 16.44 | |
| | | | | | RCA CORP | | | | |
| | | | | | SUB DEB CONV 8/01/1992 | | JRNL | | 3,104.40 |
| | | | | | 4.500 | | | | |
| 6/2 /2 | | | | | REDEMP ON | | | | |
| | | | | | CHE K NT RCA CORP | | PW | 14.44 | |
| 6/26 /2 | | | | | CH < EDEMPTION RCA CORP | | PW | 1,104.40 | |
| | | | | | NEW BALANCE | | | | |

MF00071629