# EXHIBIT C



Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  - - - - - - - - - - - - - - - - - - - x
4  SECURITIES INVESTOR PROTECTION
5  CORPORATION
6  v.                                    CASE NO. 08-01789-smb
7  BERNARD L. MADOFF INVESTMENT
8  SECURITIES, LLC, et al,
9           Debtors.
10 - - - - - - - - - - - - - - - - - - - x
11 IRVING H. PICARD, TRUSTEE,
12          Plaintiff,
13 v.                                    CASE NO. 09-01161-smb
14 KINGATE GLOBAL FUND,
15 LTD., et al.,
16          Defendants.
17 - - - - - - - - - - - - - - - - - - - x
18 IRVING H. PICARD, TRUSTEE,
19          Plaintiff,
20 v.                                    CASE NO. 10-04946-smb
21 GOLDENBERG,
22          Defendants.
23 - - - - - - - - - - - - - - - - - - - x
24
25

**Page 2**

1       U.S. Bankruptcy Court
2       One Bowling Green
3       New York, New York
4
5       July 26, 2017
6       10:09 AM
7
8
9  B E F O R E :
10 HON. STUART M. BERNSTEIN
11 U.S. BANKRUPTCY JUDGE
12
13 ECRO:   Unidentified
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1    Conference re: Madoff Day 2 Deposition Topics

2

3    Discovery Conference Pursuant to Local Bankruptcy Rule

4    7007-1

5

6    Conference regarding status of factual stipulation in

7    advance of motions for summary judgment

8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24

25    Transcribed by:   Sherri L. Breach, CERT*D-397

Page 4

```
 1   A P P E A R A N C E S :
 2   BAKER & HOSTETLER, LLP
 3        Attorneys for BLMIS, Trustee
 4        45 Rockefeller Plaza
 5        New York, NY  10111
 6
 7   BY:  GERALDINE E. PONTO, ESQ.
 8        MARSHALL J. MATTERA, ESQ.
 9        DAVID J. SHEEHAN, ESQ.
10        STACEY A. BELL, ESQ.
11        AMANDA E. FEIN, ESQ.
12
13   CHAITMAN, LLP
14        Attorneys for large group of defendants
15        465 Park Avenue
16        New York, New York 10022
17
18   BY:  HELEN DAVIS CHAITMAN, ESQ.
19
20   MCDERMOTT, WILL & EMERY, LLP
21        Attorneys for Sage defendants
22        340 Madison Avenue
23        New York, New York 10173
24
25   BY:  ANDREW B. KRATENSTEIN, ESQ.
```

```
 1   SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
 2        Attorneys for Tremont
 3        Four Times Square
 4        New York, New York 10036
 5
 6   BY:  SETH M. SCHWARTZ, ESQ.
 7
 8   SCHULTE ROTH & ZABEL, LLP
 9        Attorneys for Picower Parties
10        919 Third Avenue
11        New York, New York 10022
12
13   BY:  MICHAEL KWON, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 36

1  adequate data to come to Your Honor and then say, I've
2  looked at this, look at what I've found.  Your Honor, you
3  should allow me to look, if not at all 4,700, at least the
4  1,281 that the trustee admits has stock record and other
5  information on it, and I should be able to look at it.
6           I respectfully submit she has not done that.  All
7  right.
8           Now the two things that we've heard about from Ms.
9  Chaitman, and in her last submission she gave them to us,
10 was treasuries.  It was exclusive information according to
11 Ms. Chaitman.  The treasuries have been known about since
12 the very beginning.  Very early in the case there was a
13 letter written by Mr. Hardvac (ph), I think it's been
14 referred to in this room, in which we disclosed to
15 (indiscernible) that, in fact, over $16 billion worth of
16 treasuries were purchased.
17          It's a money business.  It's a Ponzi scheme.
18 Deals in cash.  The question is did he buy any of those
19 treasuries for customers (indiscernible).  If you take any
20 number of Ms. Chaitman's exhibits and compare those to the
21 703 account at the same time, no treasuries were purchased.
22 None.  Just what we (indiscernible).  She can't find those.
23 All right.
24          Same thing is true with regard to the banks
25 themselves because she doesn't actually know what's