# EXHIBIT D



```
                                                               Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-99000-smb

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   In the Matter of:

 6

 7   ADMINISTRATIVE CASE RE: 08-01789 (SECURITIES INVEST-

 8   ADVERSARY PROCEEDING),

 9

10           Debtor.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

12

13   Adv. Case No. 10-04995-smb

14   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

15   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

16   MADOFF INVESTMENT SECURITIES LLC,

17               Plaintiff,

18         v.

19   TRUST u/art FOURTH o/w/o ISRAEL WILENITZ,

20               Defendants.

21   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

22

23

24

25
```

```
                                                                   Page 2

 1   Adv. Case No. 10-05184-smb

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 3   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

 4   MADOFF INVESTMENT SECURITIES LLC,

 5                 Plaintiff,

 6          v.

 7   LAURA ANN SMITH REVOCABLE LIVING TRUST et al,

 8                 Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

10

11   Adv. Case No. 10-04352-smb

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14   MADOFF INVESTMENT SECURITIES LLC,

15                 Plaintiff,

16          v.

17   RAR ENTREPRENEURIAL FUND. LTD. et al.,

18                 Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25
```

Page 3

1              U.S. Bankruptcy Court

2              One Bowling Green

3              New York, NY  10004

4

5              May 17, 2016

6              10:51 AM

7

8

9    B E F O R E :

10   HON STUART M. BERNSTEIN

11   U.S. BANKRUPTCY JUDGE

12

13

14

15   Hearing re:  10-04995-smb, 10-05184-smb, 10-04352-smb The

16   Trustee's Request For Leave To File A Motion For a

17   Protective Order in Wilentiz.

18

19

20

21

22

23

24

25   Transcribed by:  Sonya Ledanski Hyde

                                                              Page 4

1  A P P E A R A N C E S :

2

3  WINDELS MARX LANE & MITTENDORF, LLP

4       Special Counsel to Irving H. Picard, as Trustee

5       156 West 56th Street

6       New York, NY 10019

7

8  BY:  KIM M. LONGO

9       JOHN J. TEPEDINO

10

11 BAKER HOSTETLER

12      Attorney for the Trustee

13      45 Rockefeller Plaza

14      New York, NY 10111

15

16 BY:  EDWARD J. JACOBS

17      NICHOLAS J. CREMONA

18

19 CHAITMAN LLP

20      Attorney for Defendants

21      465 Park Avenue

22      New York, NY 10022

23

24 BY:  HELEN DAVIS CHAITMAN, ESQ.

25

1                THE COURT:  And, again, this comes back to my

2      understanding of the records.  If you have tables of content

3      or indices...

4                MR. JACOBS:  I do.

5                THE COURT:  I don't want to see them now.

6                MR. JACOBS:  Okay.

7                THE COURT:  If you have those things and somebody

8      can look at them and see the subject matter of what they

9      want to look at, figure out what to look at, fine.

10               MR. JACOBS:  There is a subfolder in Data Room 1

11     that is called DTC that has all of those records.

12               MS. CHAITMAN:  I'm not asking for -- I have the

13     DTC records.

14               THE COURT:  She wants other non-DTC records.

15               MR. JACOBS:  To the extent we have them in

16     addition to publicly available information that we obtain,

17     it's all in the data room clearly labeled.

18               THE COURT:  You'll have to show me when the time

19     comes.  17 -- these are the number of employees that work

20     for each unit.

21               MR. JACOBS:  Yes, Your Honor.  And as I had

22     mentioned before, we provided a specific chart that contains

23     this exact information, even though I believe we're not

24     obligated to because it had already been made available in

25     the data room and could've been found with the click of a

Page 69

1  shows up in Wilenitz's account statement, you can make the
2  argument that he actually owned that stock.  But you can do
3  that (indiscernible) and the information has been made
4  available to you.
5           And the sense I'm getting -- and I understand that
6  it's a lot of work -- is you want the Trustee to do this for
7  you, but you're going to have to do this yourself if this
8  stuff is available.
9           MS. CHAITMAN:  You know, Judge, with 4 million
10 pages of documents, the least the Trustee could do is
11 specify the specific Bates Numbers.  Because I don't want to
12 be in a position where we go to trial...  I mean, for all I
13 know, the data room is updated constantly and new documents
14 are added.  How am I going to prove at trial that certain
15 documents were not made available to me?  I mean, it's
16 impossible.  Why can't the Trustee be bound to tell me these
17 are the documents responsive to this request?
18          THE COURT:  But that doesn't solve your problem...
19 Well, if the Trustee has additional documents, he's got to
20 supplement the disclosure or the production, which he does
21 by adding them to the data room, and maybe you have a
22 continuing duty to check the data room.
23          But part of the problem is you've thrown such a
24 broad net over what you're looking for, instead of the
25 specific documents relevant -- that I think seem to be