# EXHIBIT E



```
                                                          Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 4   In the Matters of:

 5

 6   SECURITIES INVESTOR PROTECTION

 7   CORPORATION,

 8                Plaintiff,

 9          v.                    Adv. Case No. 08-01789-smb

10   BERNARD L. MADOFF INVESTMENT

11   SECURITIES, LLC, ET AL,

12                Defendants.

13   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

14   IRVING H. PICARD, TRUSTEE FOR THE

15   LIQUIDATION OF BERNARD L. MADOFF

16   INVESTMENT SECURITIES, LLC, ET AL,

17                Plaintiff,

18          v.                    Adv. Case No. 10-04898-smb

19   SAREN-LAWRENCE

20                Defendant.

21   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

22

23

24

25
```

Page 2

```
 1   IRVING H. PICARD, TRUSTEE FOR THE
 2   LIQUIDATION OF BERNARD L. MADOFF
 3   INVESTMENT SECURITIES, LLC, ET AL,
 4            Plaintiff,
 5        v.                    Adv. Case No. 10-04946-smb
 6   GOLDENBERG,
 7            Defendant.
 8   - - - - - - - - - - - - - - - - - - - - - - - - - x
 9   IRVING H. PICARD, TRUSTEE FOR THE
10   LIQUIDATION OF BERNARD L. MADOFF
11   INVESTMENT SECURITIES, LLC, ET AL,
12            Plaintiff,
13        v.                    Adv. Case No. 11-02760-smb
14   ABN AMRO BANK N.V.,
15            Defendants.
16   - - - - - - - - - - - - - - - - - - - - - - - - - x
17   IRVING H. PICARD, TRUSTEE FOR THE
18   LIQUIDATION OF BERNARD L. MADOFF
19   INVESTMENT SECURITIES, LLC, ET AL,
20            Plaintiff,
21        v.                    Adv. Case No. 10-04377-smb
22   NELSON, ET AL,
23            Defendants.
24   - - - - - - - - - - - - - - - - - - - - - - - - - x
25
```

Page 3

1  IRVING H. PICARD, TRUSTEE FOR THE
2  LIQUIDATION OF BERNARD L. MADOFF
3  INVESTMENT SECURITIES, LLC, ET AL,
4              Plaintiff,
5         v.              Adv. Case No. 10-04658-smb
6  NELSON,
7              Defendant.
8  - - - - - - - - - - - - - - - - - - - - - - - - - - x
9  IRVING H. PICARD, TRUSTEE FOR THE
10 LIQUIDATION OF BERNARD L. MADOFF
11 INVESTMENT SECURITIES, LLC, ET AL,
12             Plaintiff,
13        v.              Adv. Case No. 10-04728-smb
14 DIGIULIAN,
15             Defendant.
16 - - - - - - - - - - - - - - - - - - - - - - - - - - x
17
18              U.S. Bankruptcy Court
19              One Bowling Green
20              New York, NY
21
22              May 31, 2017
23              10:40 AM
24
25

```
 1   B E F O R E :
 2   HON STUART M. BERNSTEIN
 3   U.S. BANKRUPTCY JUDGE
 4
 5
 6
 7
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

1    THE COURT:  -- I'm familiar with the background.
2    MS. CHAITMAN:  Okay.  So when I was before you on
3    May 17th, 2016 on my motion to compel the trustee to produce
4    documents to us and other issues, Your Honor said to the
5    trustee and I quote -- well, you said in court, "If the
6    trustee has additional documents, he's got to supplement the
7    disclosure or the production, which he does by adding them
8    to the data room."  The trustee completely ignored what you
9    said.
10   THE COURT:  What does this have to do with your
11   request for a single date for an expert deadline?
12   MS. CHAITMAN:  Because the -- every -- the
13   discovery is ongoing, until we get to the truth, which the
14   trustee has deliberately concealed, we are unable to get --
15   THE COURT:  Well, let's stop with the
16   recriminations and all that.  You want a single discovery
17   deadline or a single deadline for expert reports, right?
18   MS. CHAITMAN:  Right, because those expert reports
19   are going to be based upon the discovery that we're now
20   getting.  The trustee -- Magistrate Judge Moss ordered the
21   trustee --
22   THE COURT:  What is the deadline that you are
23   proposing?
24   MS. CHAITMAN:  There are different deadlines --
25   THE COURT:  But you're asking for single one.  So

1                 THE COURT:  Well --

2                 MR. JACOBS:  -- in any event.  I would like --

3                 THE COURT:  -- I'll decide that after trial.

4                 MR. JACOBS:  Understood.  I would like to correct

5      the record.  There was never a motion to compel the trustee

6      to produce any documents pending in this Court, that's a

7      fiction.

8                 THE COURT:  But I thought I directed you to

9      produce the documents.

10                MR. JACOBS:  We said that when the Court allowed

11     the deposition of Mr. Madoff for the specific, narrow

12     purpose of examining as a preliminary matter, as a precursor

13     to an omnibus fraud trial, the start date of the fraud and

14     the Court opened the door to that evidence, we undertook a

15     voluntary effort to search for and identify any material

16     that we may have in BLMIS' possession that would evidence

17     trading --

18                THE COURT:  Did Ms. Chaitman --

19                MR. JACOBS:  -- from that period.

20                THE COURT:  -- did Ms. Chaitman ever ask for

21     trading records in any of her discovery requests?

22                MR. JACOBS:  She did.  She's been asking for

23     trading records for a very long time, for a couple of years

24     now, starting with the subpoena she served on the Depository

25     Trust Clearing Company.  That subpoena was limited in time

1   for 2002 to 2008.  We had already served our own subpoena on

2   that entity and produced all of that material.  She later

3   expanded the scope of that inquiry to periods prior to 2002.

4   We undertook a diligent and reasonable search for those

5   records, there weren't any, so we didn't produce any.

6            Then the Court allowed Mr. Madoff's deposition on

7   the narrow issue of the start date of the fraud.  We

8   voluntarily represented in both this Court and before Judge

9   Moss, the discovery arbitrator, that we would voluntarily

10  undertake an effort to look again for any third party

11  verifiable trading records that would evidence real

12  securities being bought or sold on behalf of IA customers

13  and there weren't any.

14           We have produced recently, in the past six months

15  since we took all of these issues to the discovery

16  arbitrator, a lot of additional documents, but those are

17  various iterations of BLMIS reports, very much like the

18  customer statements, very much like the reports that are in

19  the data room, very much like the tens of thousands, if not

20  hundreds of thousands of documents we've already produced

21  and made available in this litigation that we restored from

22  microfilm at the cost of about half a million dollars in

23  another attempt to try to find earlier trading records and

24  they don't exist because there was no trading for those

25  customers.

Page 53

1  of trial matters, after the calendar matters.
2       (Pause)
3           THE COURT:  Just if, as, and when you make these
4  motions, just write me a letter so I know, and I'll know
5  that the case will probably not be going forward.
6           MS. CHAITMAN:  I will do that.  I'll do it within
7  the next 30 days, Your Honor.
8           THE COURT:  With respect to -- I have two Nelson
9  matters here.  Have you distinguished them?
10          MR. HUNT:  So there's one --
11          MS. CHAITMAN:  One is an IRA account.
12          MR. HUNT:  Yeah, there's one Carol Nelson matter
13  and then one that --
14          THE COURT:  Oh, I see.  Carol.  Okay.
15          MR. HUNT:  -- involves both Ms. Nelson and her
16  husband.
17          THE COURT:  All right.
18          All right.  The next one I have is the one
19  involving Carol Nelson.
20      (Pause)
21          THE COURT:  I'll give you that October 31st-11/2
22  date.
23          MR. HUNT:  Okay.
24      (Pause)
25          THE COURT:  At 10 o'clock.  I didn't mention.