# EXHIBIT F

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 08-01789-smb

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  SECURITIES INVESTOR PROTECTION CORPORATION,

6              Plaintiff,

7        v.

8  BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,

9              Defendants.

10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11 Adv. Case No. 10-04292-smb

12 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13 IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14 MADOFF INVESTMENT SECURITIES LLC,

15             Plaintiff,

16       v.

17 ROBERT ROMAN,

18             Defendants.

19 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25

**Page 2**

1         U.S. Bankruptcy Court
2         One Bowling Green
3         New York, NY  10004
4
5         June 29, 2017
6         11:02 AM
7
...
21  B E F O R E :
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:  K. SU

Page 3

1  Hearing re:   08-01789-smb Conference re Form of Order
2  Applying Discovery Arbitrator's Orders to Other Cases
3
4  Hearing re:   08-01789-smb Conference re Madoff Day 2
5  Deposition Topics
6
7  Hearing re:   08-01789-smb Notice of Agenda for Matters
8  Scheduled for Hearing on June 29, 2017
9
10 Hearing re:   10-04292-smb Trustee's Motion to Compel
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 Transcribed by:  Sonya Ledanski Hyde

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   MCDERMOTT WILL & EMERY LLP

 4        Attorneys for

 5        340 Madison Avenue

 6        New York, NY 10173

 7

 8   BY:   MICHAEL R. HUTTENLOCHER

 9

10   CHAITMAN LLP

11        Attorneys for

12        465 Park Avenue

13        New York, NY 10022

14

15   BY:   HELEN DAVIS CHAITMAN, ESQ.

16

17   BAKER HOSTETLER

18        Attorneys for the Trustee

19        45 Rockefeller Plaza

20        New York, NY 10111

21

22   BY:   STACEY A. BELL

23         MAXIMILLIAN S. SHIFRIN

24         EDWARD J. JACOBS

25         DAVID J. SHEEHAN
```

```
 1   DENTONS US LLP
 2        Attorneys for
 3        1221 Avenue of the Americas
 4        New York, NY 10020
 5
 6   BY:  CAROLE NEVILLE
 7
 8   SCHULTE ROTH & ZABEL LLP
 9        Attorneys for Picower Parties
10        919 Third Avenue
11        New York, NY 10022
12
13   BY:  MICHAEL KWON
14
15   HUNTON & WILLIAMS LLP
16        Attorneys for
17        200 Park Avenue
18        New York, NY 10166
19
20   BY:  ROBERT A. RICH
21
22
23
24
25
```

1                THE COURT:  Why not?  I thought you were directed

2       --

3                DAVID SHEEHAN:  I'm not talking about money.

4                THE COURT:  -- by me and Judge Maas to produce

5       this stuff?

6                DAVID SHEEHAN:  Pardon?

7                THE COURT:  I thought you were already directed to

8       produce these documents.

9                DAVID SHEEHAN:  Well, I think he found that what

10      we have done to date is more than satisfactory, as a matter

11      of fact.

12               THE COURT:  That's correct.  I saw a decree in a

13      paragraph in one of his orders --

14               MS. CHAITMAN:  He said they had to produce

15      everything, and you said they had to produce everything.

16      He's never made a finding that they -

17               THE COURT:  These documents are not relevant are

18      you telling me?

19               DAVID SHEEHAN:  Your Honor, what we know at this

20      point about those records is that everything and then is

21      duplicative of what we have already know.  If we want to do

22      that again, it's going to -- you know, and I'm not worried

23      about the cost, but they -- until they can make...  Let me

24      put it this way.  I don't think Your Honor has had a good-

25      faith offering by any of them to justify any of the

1                DAVID SHEEHAN:  It sounds easy.

2                THE COURT:  All right.

3                DAVID SHEEHAN:  But we've been doing that for a

4    year and a half with Ms. Chaitman.

5                MS. CHAITMAN:  That is untrue.

6                THE COURT:  No, no, stop.  I don't know what's in

7    there, you don't know what's in there, and on that basis,

8    you can't say I'm not going to turn it over.

9                DAVID SHEEHAN:  Yeah, but she hasn't shown to you

10   what she's saying is true.

11               THE COURT:  There are two orders directing you --

12               DAVID SHEEHAN:  But why does she get discovery

13   when she can't even prove what she's saying?

14               THE COURT:  There are two orders directing you to

15   turn over the documents.  You haven't told me that they're

16   not relevant.  You --

17               DAVID SHEEHAN:  I'm going to look at it, and if I

18   don't think they are, I'm going to tell Your Honor that.

19               THE COURT:  You haven't made a motion for a

20   protective order, and there are two orders to turn over the

21   documents.

22               DAVID SHEEHAN:  I'd like the protective order.

23   Well, I do.

24               MS. CHAITMAN:  Well, Judge, you know --

25               DAVID SHEEHAN:  It's about time she put up or shut