**STEVENS & LEE P.C.**
485 Madison Avenue
New York, New York  10022
Nicholas F. Kajon
(212) 537-0403
(610) 371-1223 (fax)
nfk@stevenslee.com

*Attorneys for Legacy Capital Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>LEGACY CAPITAL LTD.,<br><br>        Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

I, Nicholas F. Kajon, hereby certify that on April 11, 2018, I caused to be served a true

and correct copy of the *Limited Objection Of Legacy Capital Ltd. To The Trustee's Motion For*

*An Order Establishing Omnibus Proceeding For The Purpose of Determining The Existence,*

*Duration, And Scope Of The Ponzi Scheme At BLMIS* (the "Limited Objection"), via Federal Express Delivery upon the following:

| | |
|---|---|
| David J. Sheehan, Esq.<br>Stacey A. Bell, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff* | Securities Investor Protection Corporation<br>Attn:  Kevin H. Bell<br>1667 K Street, N.W., Suite 1000<br>Washington, DC 20006-1620 |

Notice of filing of the Limited Objection was provided by operation of the Case Management/Electronic Case Filing System for the United States Bankruptcy Court for the Southern District of New York (the "**CM/ECF System**") upon registered users of the CM/ECF System.

Dated: New York, New York
April 11, 2018

*s/ Nicholas F. Kajon*
Nicholas F. Kajon