IN RE: BLMIS. CASE NO: 08-01789 (SMB)

FOURTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Abel Kowalsky | 009605 | 1925 | Pro Se Filing | Millennium Trust Company, LLC FBO Abel Kowalsky (044469) | 1ZR269 |
| Alex Sirotkin | 006103 | 2349 | Pro Se Filing | Alexander Sirotkin | 1S0102 |
| Arlene Turbi Smilow | 004239 | 2432 | Pro Se Filing | Turbi Smilow | 1S0329 |
| Barbara A. Sirotkin, Esq. | 001365 | 3096 | Pro Se Filing | Barbara Sirotkin | 1S0513 |
| Bertha Berkowitz I/T/F Calvin Berkowitz | 007953 | 914 | Pro Se Filing | Bertha Berkowitz I/T/F Calvin Berkowitz | 1ZA224 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 003254 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 002837 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 002838 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Beth P Feldman As Trustee of Trust Dated 11/15/82 | 003253 | 2112 3413 | Becker & Poliakoff, LLP | Beth P Feldman As Trustee Dated 11/15/82 | 1F0129 |
| Calvin Berkowitz and Bertha Berkowitz ITF Peretz Berkowitz | 002606 | 917 | Pro Se Filing | Calvin Berkowitz and Bertha Berkowitz | 1ZA222 |
| Calvin Berkowitz I/T/F Bertha Berkowitz | 002607 | 916 | Pro Se Filing | Calvin Berkowitz I/T/F Bertha Berkowitz | 1ZA225 |
| Deborah Kaye | 009124 | 2510 | Lax & Neville, LLP | Deborah Kaye | 1ZA364 |
| Debra Brown | 000294 | 2771 | Becker & Poliakoff, LLP | Debra Brown | 1B0195 |
| Dr Leon I Fink MD Retirement Trust | 001437 | 823 | Pro Se Filing | Dr Leon I Fink MD Retirement Trust | 1ZA357 |
| JIR Enterprises LLC | 011572 | 2471 | Lax & Neville, LLP | JIR Enterprises LLC | 1J0060 |
| John F Rosenthal | 015233 | 2080 | Becker & Poliakoff, LLP | John F Rosenthal | 1CM162 |
| Karl Drobitsky | 004124 | 2786 | Lax & Neville, LLP | Karl Drobitsky | 1D0050 |
| Leon I & Mikki L Fink Family Trust | 001438 | 823 | Pro Se Filing | Leon I & Mikki L Fink Family Trust | 1ZA355 |
| NTC & CO. FBO Helen Schupak (093010) | 006933 | 1785 | Pro Se Filing | Millennium Trust Company, LLC FBO Helen Schupak (093010) | 1ZR331 |
| NTC & CO. FBO Leon Fink | 001436 | 823 | Pro Se Filing | Millennium Trust Company, LLC FBO Leon Fink (26908) | 1ZR030 |
| Roger Williams, Executor of the Estate of Barbara L. Laird | 008623 | 2474 | Lax & Neville, LLP | Barbara L Laird | 1ZA365 |
| The Feldman Rous Grodin Epstein MD PA Profit Sharing Plan, Mark S. Feldman | 002836 | 2694 | Becker & Poliakoff, LLP | Feldman Rous Grodin Epstein MD PA Prof Shar Plan 6/25/82 | 1F0005 |

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| The Feldman Rous Grodin Epstein MD PA Profit Sharing Plan, Mark S. Feldman | 003256 | 2694 | Becker & Poliakoff, LLP | Feldman Rous Grodin Epstein MD PA Prof Shar Plan 6/25/82 | 1F0005 |

4820-2510-7807.1