**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

Hearing Date: April 25, 2018
Hearing Time:  10:00 a.m. (EST)
Objections Due: April 11, 2018
Objection Time:  4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**CERTIFICATE OF NO OBJECTION TO**
**TRUSTEE'S FIFTEENTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF**
**CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW**

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. § 78aaa *et seq*., and the chapter 7 estate of Bernard L. Madoff, by and

through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule

1

9075-2, and respectfully represents:

1.      On March 16, 2018, the Trustee filed the Trustee's Fifteenth Omnibus Motion to

Overrule Objections of Claimants Who Invested More than they Withdrew (the "Motion") (ECF

No. 17369), together with the Declaration of Vineet Sehgal (ECF No. 17370) in support of the

Motion.

2.      The deadline for filing objections to the Motion expired on April 11, 2018 at

4:00 p.m.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i)

claimants listed in Exhibit B annexed to the Motion (the "Claimants"); (ii) all parties included in

the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560);

(iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi)

the United States Attorney for the Southern District of New York; and (vii) the Securities

Investor Protection Corporation, pursuant to the Order Establishing Notice Procedures (ECF No.

4560).

4.      Counsel for the Trustee reviewed the Court's docket not less than forty-eight (48)

hours after expiration of the time to file an objection, and to date, no objection, responsive

pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no

party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of a proposed order (the "Order"), that is substantially in the

form of the proposed order that was annexed to the Motion, and Exhibit A thereto, will be

submitted to the Court along with this certificate.

6.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing, but notes that the Claimants subject to the Motion are

both *pro se* and represented by counsel.

Dated: New York, New York                         Respectfully submitted,
      April 16, 2018

                                                           */s/ David J. Sheehan*
                                                           David J. Sheehan
                                                           Email: dsheehan@bakerlaw.com
                                                           Jorian L. Rose
                                                           Email: jrose@bakerlaw.com
                                                           Amy E. Vanderwal
                                                           Email: avanderwal@bakerlaw.com
                                                           Jason I. Blanchard
                                                           Email: jblanchard@bakerlaw.com
                                                           **Baker & Hostetler LLP**
                                                           45 Rockefeller Plaza
                                                           New York, New York  10111
                                                           Tel: (212) 589-4200
                                                           Fax: (212) 589-4201

                                                           *Attorneys for Irving H. Picard, Trustee for the*
                                                           *Substantively Consolidated SIPA Liquidation*
                                                           *of Bernard L. Madoff Investment Securities LLC*
                                                           *and the Chapter 7 Estate of Bernard L. Madoff*