**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Lilyan Berkowitz, Lilfam LLC, and the Lilyan and Abraham Berkowitz Family LLC (the "Claimants"), having filed objections (the "Objections", Docket Nos. 3165, 3164, 2906) to the Trustee's Notices of Determination of Claim respecting Claimants' customer claims (Nos. 011066, 011110, 011067), hereby gives notice that they withdraw such Objections.

Dated: April 9, 2018

**MORRISON & FOERSTER LLP**

By: _____
John A. Pintarelli
Robert J. Baehr
250 West 55th Street
New York, New York 10019
Telephone: (212) 468-8042
Facsimile: (212) 468-7900

*On behalf of Lilyan Berkowitz, Lilfam LLC, and the Lilyan and Abraham Berkowitz Family LLC*