# Baker McKenzie.

Baker & McKenzie LLP

815 Connecticut Avenue, N.W.
Washington, DC 20006-4078
United States

Tel: +1 202 452 7000
Fax: +1 202 452 7074
www.bakermckenzie.com

**Asia Pacific**
Bangkok
Beijing
Brisbane
Hanoi
Ho Chi Minh City
Hong Kong
Jakarta
Kuala Lumpur*
Manila*
Melbourne
Seoul
Shanghai
Singapore
Sydney
Taipei
Tokyo
Yangon

**Europe, Middle East & Africa**
Abu Dhabi
Almaty
Amsterdam
Antwerp
Bahrain
Baku
Barcelona
Berlin
Brussels
Budapest
Cairo
Casablanca
Doha
Dubai
Dusseldorf
Frankfurt/Main
Geneva
Istanbul
Jeddah*
Johannesburg
Kyiv
London
Luxembourg
Madrid
Milan
Moscow
Munich
Paris
Prague
Riyadh*
Rome
St. Petersburg
Stockholm
Vienna
Warsaw
Zurich

**The Americas**
Bogota
Brasilia**
Buenos Aires
Caracas
Chicago
Dallas
Guadalajara
Houston
Juarez
Lima
Mexico City
Miami
Monterrey
New York
Palo Alto
Porto Alegre**
Rio de Janeiro**
San Francisco
Santiago
Sao Paulo**
Tijuana
Toronto
Valencia
Washington, DC

* Associated Firm
** In cooperation with
Trench, Rossi e Watanabe Advogados

VIA ECF AND EMAIL

April 17, 2018

The Hon. Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

***Picard v. South Ferry Bldg. Co. et al.*, Adv. Pro. Nos. 10-4387, 10-4488, 10-4350, and 10-5110**

Dear Judge Bernstein:

We represent each of the defendants in the Lowrey, South Ferry, South Ferry 2, and Mesora proceedings referenced above. Our clients are preparing to file a joint consolidated memorandum of law in support of objections filed pursuant to Rule 9033 to this Court's March 22, 2018 Proposed Findings of Fact and Conclusions of Law on cross-motions for summary judgment entered in each adversary proceeding.

We respectfully request permission for these defendants to file a single joint overlength brief of up to 75 pages. This increase is necessary to adequately address the legal arguments and distinct facts raised by four different sets of defendants in distinct adversary proceedings. Counsel believe that a single joint consolidated memorandum will present the issues more efficiently than separate memoranda filed in each proceeding.

Counsel for the Trustee consents to this request, provided that the Trustee and SIPC are allotted the same number of pages as necessary. The defendants have no objection to the Trustee and SIPC's request. We appreciate your attention to this request.

Respectfully,

/s/ Richard A. Kirby

Richard A. Kirby
+1 202 452 7020
richard.kirby@bakermckenzie.com

Cc:     Nicholas Cremona
        Keith Murphy
        Kevin Bell

*Granted*
*SMB*
*4/17/18*

Baker & McKenzie LLP is a member of Baker & McKenzie International, a Swiss Verein.