**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>HARVEY L. WERNER REVOCABLE TRUST U/A/D 8/31/82, AS AMENDED; VIOLET M. WERNER, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust | Adv. Pro. No. 10-04361 (SMB) |

u/a/d 8/31/82, as amended; JEFFREY R. WERNER,
in his capacity as Co-Trustee of the Harvey L. Werner
Revocable Trust u/a/d 8/31/82, as amended; WENDY
WERNER BROWN, in her capacity as Co-Trustee of
the Harvey L. Werner Revocable Trust u/a/d 8/31/82,
as amended,

                              Defendants.

## FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures shall be due: Passed.

2.      Fact Discovery shall be completed by: August 21, 2018.

3.      The Disclosure of Case-in-Chief Experts shall be due: November 13, 2018.

4.      The Disclosure of Rebuttal Experts shall be due: December 13, 2018.

5.      The Deadline for Completion of Expert Discovery shall be: January 15, 2019.

6.      The Deadline for Service of a Notice of Mediation Referral shall be: On or before January 22, 2019.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before February 5, 2019.

8.      The Deadline for Conclusion of Mediation shall be: On or before June 5, 2019.

Dated: New York, New York
     April 18, 2018

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt

**BAKER & HOSTETLER LLP**

By: _/s/ Nicholas J. Cremona_
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard
L. Madoff*