## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## SIXTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Angela Tiletnick | 009167 009591 100136 100153 | 2076 | Becker & Poliakoff, LLP | Angela Tiletnick | 1T0040 |
| Corinne Colman | 000936 | 2869 | Pro Se Filing | Corinne Colman Income Trust | 1C1259 |
| Delores Van Lanen And The Delores Van Lanen Trust | 001139 | 2246 | Becker & Poliakoff, LLP | GST TST FBO Delores Van Lanen U/T/A/D 5/29/02 | 1V0018 |
| Edward L. Simonds | 002756 | 2495 | Pro Se Filing | Edward L Simonds Trustee Edward L Simonds Living Trust | 1S0347 |
| Gregory And Diana Nero | 010254 | 2045 | Pro Se Filing | Gregory Nero Diana Nero JT WROS | 1KW428 |
| Harriet Rubin (Dunayer) | 002072 | 2583 | Pro Se Filing | Harriet Rubin Sole TTEE Or Her Successors In Trust, Under The | 1R0181 |
| Kenneth S. Fitzpatrick & Margaret Fitzpatrick J/T WROS | 000943 | 2506 | Pro Se Filing | Kenneth S Fitzpatrick & Margaret Fitzpatrick JT WROS | 1F0120 |
| Levy GST Trust DTD 3/14/02 FBO Francine Levy; Marjorie Forrest TSTEE | 000698 | 1068 | Pro Se Filing | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1ZB450 |
| Lori A. Sirotkin | 006420 | 2523 | Becker & Poliakoff, LLP | Lori A Sirotkin | 1S0545 |
| Marjorie K. Osterman | 009936 | 2175 | Sterling Equities | Marjorie K Osterman | 1KW049 |
| Nina Westphal | 000945 | 2978 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Nina Westphal (31038) | 1W0107 |
| NTC & CO FBO Irving I. Schupak | 003337 | 1088 | Pro Se Filing | NTC & CO FBO Irving I Schupak (098438) | 1ZR328 |
| NTC & CO FBO Nathan Schupak (098441) | 002510 | 1042 | Pro Se Filing | Millennium Trust Company, LLC FBO Nathan Schupak (098441) | 1ZR327 |
| Roy Van Lanen And The Roy Van Lanen Trust | 001408 | 2247 | Becker & Poliakoff, LLP | GST Separate Trust FBO Roy Van Lanen U/T/A/D 5/29/02 | 1V0017 |
| Samuel Salmanson Marital Trust | 000782 | 1004 | Pro Se Filing | S Salmanson GST Non Exempt TST Hilda Salmanson, James A | 1S0506 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 003337 | 1088 | NTC & CO FBO Irving I. Schupak | NTC & CO FBO Irving I Schupak (098438) | 1ZR328 | Pro Se Filing | 12/16/2009 |