IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## SIXTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000936 | 2869 | Corinne Colman | Corinne Colman Income Trust | 1C1259 | Pro Se Filing | 8/11/2010 |
| 000943 | 2506 | Kenneth S. Fitzpatrick & Margaret Fitzpatrick J/T WROS | Kenneth S Fitzpatrick & Margaret Fitzpatrick JT WROS | 1F0120 | Pro Se Filing | 7/1/2010 |
| 009936 | 2175 | Marjorie K. Osterman | Marjorie K Osterman | 1KW049 | Sterling Equities | 4/7/2010 |
| 010254 | 2045 | Gregory And Diana Nero | Gregory Nero Diana Nero JT WROS | 1KW428 | Pro Se Filing | 3/19/2010 |
| 002072 | 2583 | Harriet Rubin (Dunayer) | Harriet Rubin Sole TTEE Or Her Successors In Trust, Under The | 1R0181 | Pro Se Filing | 7/9/2010 |
| 002756 | 2495 | Edward L. Simonds | Edward L Simonds Trustee Edward L Simonds Living Trust | 1S0347 | Pro Se Filing | 6/29/2010 |
| 000782 | 1004 | Samuel Salmanson Marital Trust | S Salmanson GST Non Exempt TST Hilda Salmanson, James A | 1S0506 | Pro Se Filing | 11/23/2009 |
| 006420 | 2523 | Lori A. Sirotkin | Lori A Sirotkin | 1S0545 | Becker & Poliakoff, LLP | 7/8/2010 |
| 009167 009591 100136 100153 | 2076 | Angela Tiletnick | Angela Tiletnick | 1T0040 | Becker & Poliakoff, LLP | 3/23/2010 |
| 001408 | 2247 | Roy Van Lanen And The Roy Van Lanen Trust | GST Separate Trust FBO Roy Van Lanen U/T/A/D 5/29/02 | 1V0017 | Becker & Poliakoff, LLP | 5/5/2010 |
| 001139 | 2246 | Delores Van Lanen And The Delores Van Lanen Trust | GST TST FBO Delores Van Lanen U/T/A/D 5/29/02 | 1V0018 | Becker & Poliakoff, LLP | 5/5/2010 |
| 000945 | 2978 | Nina Westphal | Millennium Trust Company, LLC FBO Nina Westphal (31038) | 1W0107 | Becker & Poliakoff, LLP | 9/14/2010 |
| 000698 | 1068 | Levy GST Trust DTD 3/14/02 FBO Francine Levy; Marjorie Forrest TSTEE | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1ZB450 | Pro Se Filing | 12/11/2009 |
| 002510 | 1042 | NTC & CO FBO Nathan Schupak (098441) | Millennium Trust Company, LLC FBO Nathan Schupak (098441) | 1ZR327 | Pro Se Filing | 12/3/2009 |