UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## [PROPOSED] ORDER GRANTING TRUSTEE'S SIXTEENTH OMNIBUS MOTION TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court disallow any and all claims and overrule objections filed by or on behalf of customers that withdrew more money from BLMIS than they deposited and are thus, in the parlance of this case, net winners, or by customers that withdrew an equal amount to what was deposited or, in the parlance of this case, net zeros (collectively, the "Claimants"); and the Claims[1] to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto under the heading "Claims and Objections", are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: _____, 2018
       New York, New York


                                            HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE

IN RE: BLMIS. CASE NO: 08-01789 (SMB)

SIXTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Angela Tiletnick | 009167<br>009591<br>100136<br>100153 | 2076 | Becker & Poliakoff, LLP | Angela Tiletnick | 1T0040 |
| Corinne Colman | 000936 | 2869 | Pro Se Filing | Corinne Colman Income Trust | 1C1259 |
| Delores Van Lanen And The Delores Van Lanen Trust | 001139 | 2246 | Becker & Poliakoff, LLP | GST TST FBO Delores Van Lanen U/T/A/D 5/29/02 | 1V0018 |
| Edward L. Simonds | 002756 | 2495 | Pro Se Filing | Edward L Simonds Trustee Edward L Simonds Living Trust | 1S0347 |
| Gregory And Diana Nero | 010254 | 2045 | Pro Se Filing | Gregory Nero Diana Nero JT WROS | 1KW428 |
| Harriet Rubin (Dunayer) | 002072 | 2583 | Pro Se Filing | Harriet Rubin Sole TTEE Or Her Successors In Trust, Under The | 1R0181 |
| Kenneth S. Fitzpatrick & Margaret Fitzpatrick J/T WROS | 000943 | 2506 | Pro Se Filing | Kenneth S Fitzpatrick & Margaret Fitzpatrick JT WROS | 1F0120 |
| Levy GST Trust DTD 3/14/02 FBO Francine Levy; Marjorie Forrest TSTEE | 000698 | 1068 | Pro Se Filing | Levy Gst Trust Dtd 3/14/02 FBO Francine Levy | 1ZB450 |
| Lori A. Sirotkin | 006420 | 2523 | Becker & Poliakoff, LLP | Lori A Sirotkin | 1S0545 |
| Marjorie K. Osterman | 009936 | 2175 | Sterling Equities | Marjorie K Osterman | 1KW049 |
| Nina Westphal | 000945 | 2978 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Nina Westphal (31038) | 1W0107 |
| NTC & CO FBO Irving I. Schupak | 003337 | 1088 | Pro Se Filing | NTC & CO FBO Irving I Schupak (098438) | 1ZR328 |
| NTC & CO FBO Nathan Schupak (098441) | 002510 | 1042 | Pro Se Filing | Millennium Trust Company, LLC FBO Nathan Schupak (098441) | 1ZR327 |
| Roy Van Lanen And The Roy Van Lanen Trust | 001408 | 2247 | Becker & Poliakoff, LLP | GST Separate Trust FBO Roy Van Lanen U/T/A/D 5/29/02 | 1V0017 |
| Samuel Salmanson Marital Trust | 000782 | 1004 | Pro Se Filing | S Salmanson GST Non Exempt TST Hilda Salmanson, James A | 1S0506 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 003337 | 1088 | NTC & CO FBO Irving I. Schupak | NTC & CO FBO Irving I Schupak (098438) | 1ZR328 | Pro Se Filing | 12/16/2009 |