## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## SEVENTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Martin Schupak | 001303 | 2009 | Pro Se Filing | Millennium Trust Company, LLC FBO Martin Schupak (098442) | 1ZR329 |
| NTC & CO FBO Howard M. Schupak (098439) | 002128 | 1961 | Pro Se Filing | NTC & CO FBO Howard M Schupak (098439) | 1ZR330 |
| Paul Schupak (IRA) | 002008 | 2064 | Pro Se Filing | Millennium Trust Company, LLC FBO Paul Schupak (098440) | 1ZR333 |