IN RE: BLMIS. CASE NO: 08-01789 (SMB)

SEVENTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001303 | 2009 | Martin Schupak | Millennium Trust Company, LLC FBO Martin Schupak (098442) | 1ZR329 | Pro Se Filing | 3/2/2010 |
| 002128 | 1961 | NTC & CO FBO Howard M. Schupak (098439) | NTC & CO FBO Howard M Schupak (098439) | 1ZR330 | Pro Se Filing | 2/17/2010 |
| 002008 | 2064 | Paul Schupak (IRA) | Millennium Trust Company, LLC FBO Paul Schupak (098440) | 1ZR333 | Pro Se Filing | 3/22/2010 |