**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05383 (SMB) |
| Plaintiff, | |
| v. | |
| STANLEY SHAPIRO, *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER ADJOURNING THE HEARING AND
EXTENDING DEFENDANTS' TIME TO RESPOND TO THE
TRUSTEE'S MOTION TO COMPEL THE PRODUCTION OF DOCUMENTS**

IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*., and the estate of Bernard L. Madoff, individually, under Chapter 7 of the United States Bankruptcy Code, and defendants Stanley Shapiro, David Shapiro, Leslie Shapiro Citron, and Kenneth Citron (collectively, "Defendants"), by and through their respective undersigned counsel, that the time by which Defendants shall respond to the

Trustee's Motion to Compel the Production of Documents ("Motion to Compel") is extended up to and including **May 4, 2018**.

IT IS FURTHER STIPULATED AND AGREED, that the hearing on the Motion to Compel shall be adjourned from April 25, 2018, at 10:00 a.m. EST, to **May 22, 2018, at 10:00 a.m. EST**, as the Court's calendar may allow.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to respond to the Motion to Compel. The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

Dated: April 20, 2018
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ James H. Rollinson*
127 Public Square , Suite 2000
Cleveland, Ohio 44114
Telephone: 216.861.7075
Facsimile: 216.696.0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

and

45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Plaintiff*

**LAX & NEVILLE LLP**

By: */s/ Barry R. Lax*
1450 Broadway, 35th Floor
New York, New York 10018
Telephone: 212.696.1999
Facsimile: 212.566.4531
Barry R. Lax
Email: blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com

*Attorneys for Defendants*

**SO ORDERED:**

**By: /s/ STUART M. BERNSTEIN**           Dated: April 20, 2018
    **HON. STUART M. BERNSTEIN**
    **UNITED STATES BANKRUPTCY JUDGE**