**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>RICHARD M. GLANTZ, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**STIPULATION AND ORDER ADJOURNING**
**INITIAL CASE CONFERENCE**

**WHEREAS**, on January 19, 2018, Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff individually, and the defendants ("Defendants," and

together with the Trustee, the "Parties") entered into a stipulation relating to the Trustee's filing of a Second Amended Complaint in the above-captioned adversary proceeding, and relating to Defendants' filing of an answer thereto, which stipulation was so ordered by this Court and entered on January 22, 2018 (the "Stipulation and Order"); and

**WHEREAS**, on January 22, 2018, the Trustee filed the Second Amended Complaint; and

**WHEREAS**, on March 23, 2018, Defendants filed their Answer and Affirmative Defenses to the Second Amended Complaint; and

**WHEREAS**, the Stipulation and Order provided that, within 30 days after Defendants file their answer, the Parties shall meet and confer on a discovery and litigation plan (the "Initial Case Conference"); and

**WHEREAS**, the Parties mutually request a two-week adjournment, to May 7, 2018, of the date by which they shall conduct the Initial Case Conference.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and Defendants, that the date by which the Parties shall conduct the Initial Case Conference is extended up to and including May 7, 2018.

The extension of time granted herein is without prejudice to any future extensions of time. Except as expressly set forth herein, the parties reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses.

This stipulation may be signed by the parties in any number of counterparts, each of which shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York
April 20, 2018

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: */s/ Andrew W. Reich* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Fernando J. Bohorquez <br> Email: fbohorquez@bakerlaw.com <br> Andrew W. Reich <br> Email: areich@bakerlaw.com <br> Joshua B. Rog <br> Email: jrog@bakerlaw.com <br><br> *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Richard E. Signorelli* <br> 52 Duane Street, 7th Floor <br> New York, New York 10007 <br> Telephone: 212.254.4218 <br> Facsimile: 212.254.1396 <br> Richard E. Signorelli <br> Email: richardsignorelli@gmail.com <br> Email: rsignorelli@nyclitigator.com <br> Bryan Ha <br> Email: bhanyc@gmail.com <br><br> *Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; GRACE & COMPANY; THE GLANTZ FAMILY FOUNDATION, INC; THE ESTATE OF EDWARD R. GLANTZ; LAKEVIEW INVESTMENT, LP; VISTA MANAGEMENT CO.; LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION; ELAINE OSTRIN; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST II; and AUSTIN BOSARGE* |

**SO ORDERED**

  /s/ STUART M. BERNSTEIN
**Dated: April 20, 2018**        HON. STUART M. BERNSTEIN
**New York, New York**           UNITED STATES BANKRUPTCY JUDGE

3