**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 25, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Objection by Madoff Victim and Judicial Notice of Madoff 1993 Probate Thefts Known to Irving Picard, SDNY US Attorney Rudy Giuliani, NY District Attorney Morganthal, NY AG Robert Abrams/Koeppel (Filed: 1/24/2018) [ECF No. 17160]

    Objections Filed:

    B.  Trustee's Response to the Motion Filed by Dean Loren (Filed: 2/22/2018) [ECF No. 17276]

    C.    Declaration of Vineet Sehgal In Support of the Trustee's Response to the Motion Filed by Dean Loren (Filed: 2/22/2018) [ECF No. 17277]

Related Documents:

    D.    Notice of Hearing on the Motion Filed by Dean Loren as Executor of the Evelyn Goldberg Estate (Filed 3/23/2018) [ECF No. 17399]

Status: This matter is going forward.

## UNCONTESTED MATTERS

2. **08-01789; SIPC v. BLMIS**

    A.    Twenty-Sixth Application Of Trustee And Baker & Hostetler LLP For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $34,131,524.04, Expenses: $290,520.17 (Filed 3/15/2018) [ECF No. 17337]

    B.    Application Of Schiltz & Schiltz As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $47,892.27, Expenses: $3,113.00 (Filed 3/15/2018) [ECF No. 17338]

    C.    Application Of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $41,093.36, Expenses $3,906.44 (Filed 3/15/2018) [ECF No. 17339]

    D.    Application Of Soroker Agmon Nordman As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $485,357.61, Expenses: $10,967.12 (Filed 3/15/2018) [ECF No. 17340]

    E.    Of Graf & Pitkowitz Rechtsanwalte Gmbh As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $10,997.11, Expenses $46.98 (Filed 3/15/2018) [ECF No. 17343]

    F.    Twenty-Fifth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $2,100,296.00, Expenses: $16,306.87 (Filed 3/15/2018) [ECF No. 17345]

    G.    Application Of SCA Creque As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2017 Through

        November 30, 2017, Fees: $11,589.71, Expenses: $0.00 (Filed 3/15/2018) [ECF No. 17348]

H.    Application Of Young Conaway Stargatt & Taylor, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $141,485.22, Expenses: $5,414.05 (Filed 3/15/2018) [ECF No. 17349]

I.    Application Of Williams, Barristers & Attorneys As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2017 Through November 30, 2017, Fees: $302,928.61, Expenses: $0.00 (Filed 3/15/2018) [ECF No. 17350]

J.    Application Of UGGC & Associes As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2017 Through November 30, 201, Fees: $71,205.95, Expenses: $1,816.17 (Filed 3/15/2018) [ECF No. 17351]

K.    Application Of Browne Jacobson, LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred From August 1, 2017 Through November 30, 2017, Fees: $986,539.78, Expenses: $17,040.11 (Filed 3/15/2018) [ECF No. 17352]

L.    Application Of Eugene F. Collins As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2017 Through November 30, 2017, Fees: $9,279.67, Expenses: $0.00 (Filed 3/15/2018) [ECF No. 17353]

M.    Application Of Cochran Allan As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2017 Through November 30, 2017, Fees: $504.90, Expenses: $0.00 (Filed 3/15/2018) [ECF No. 17354]

N.    Application Of The Scaletta Law Firm, Pllc As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From August 1, 2017 Through November 30, 2017, Fees: $21,721.05, Expenses: $280.16 (Filed 3/15/2018) [ECF No. 17355]

O.    Application Of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From September 22, 2017 Through November 30, 2017, Fees: $62,172.00, Expenses: $493.37 (Filed 3/15/2018) [ECF No. 17356]

Responses Filed:

P.  Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Sixth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses (Filed: 3/28/2018) [ECF No. 17429]

Q.  Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses (Filed: 3/28/2018) [ECF No. 17430]

R.  Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Fifth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 3/28/2018) [ECF No. 17431]

S.  Recommendation of the Securities Investor Protection Corporation in Support of Twenty-First Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses (Filed: 3/28/2018) [ECF No. 17432]

T.  Recommendation of the Securities Investor Protection Corporation in Support of Eleventh Application of Cochran Allan for Interim Compensation (Filed: 3/28/2018) [ECF No. 17433]

U.  Recommendation of the Securities Investor Protection Corporation in Support of First Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses (Filed: 3/28/2018) [ECF No. 17434]

V.  Recommendation of the Securities Investor Protection Corporation in Support of First Application of The Scaletta Law Firm PLLC for Interim Compensation and Reimbursement of Expenses (Filed: 3/28/2018) [ECF No. 17435]

Related Documents:

W.  Notice Of Hearing On Applications For Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By Applicants From August 1, 2017 Through November 30, 2017 (Filed 3/15/2018) [ECF No. 17357]

Objections Due:     April 18, 2018

Objections Filed:    None

<u>Status</u>:             This matter is going forward.

Dated: April 24, 2018                                  Respectfully submitted,
      New York, New York

                                                                                  */s/ David J. Sheehan*
                                                                                  **Baker & Hostetler LLP**
                                                                                  45 Rockefeller Plaza
                                                                                  New York, New York 10111
  Telephone: (212) 589-4200
  Facsimile: (212) 589-4201
  David J. Sheehan
  Email: dsheehan@bakerlaw.com
  Nicholas J. Cremona
  Email: ncremona@bakerlaw.com

  *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

5