AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES ~~DISTRICT~~ COURT
for the BANKRUPTCY
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION )
   *Plaintiff* )
   v. ) Case No. Adv Pro No 08-01789 (SMB)
BERNARD MADOFF INVESTMENT SECURITIES LLC )
   *Defendant* )

In re: BERNARD MADOFF, Debtor.

## APPEARANCE OF COUNSEL

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

OBJECTANT DEAN LOREN EXECUTOR OF THE EVELYN GOLDBERG ESTATE

Date: APR 24, 2018

*Attorney's signature*

LALIT K JAIN and NY 1270404
*Printed name and bar number*

6122 Both Street Rego Park NY 113741034
*Address*

LKJESQ@LKJESQ.COM
*E-mail address*

718 255-6576
*Telephone number*

347 637-5498
*FAX number*

Date:  April 24, 2018

To:    Financial Services Committee Chair US Rep. Jeb Hensarling
       Committee on Oversight and Investigations US Rep Buddy Carter
       Judiciary Committee Chair US Rep. Bob Goodlatte
       Oversight and Government Reform Chair US Rep Trey Gowdy
       Permanent Select Committee on Intelligence Chair US Rep Devin Nunes

From:  Dean Loren, Executor, Evelyn Goldberg Estate  718 277 1367  deanloren@gmail.com

cc:    US SDNY Bankruptcy Judge Stuart Bernstein
       Irving Picard, Baker & Hostetler
       Lalit Jain, Esq.

re:    April 26, 2017 Confession Deposition of Bernard Madoff regarding Wolf Popper
       Light Switch 1992 Treasury Fraud and Short Liabilities Previously Undisclosed
       SIPC v. Bernard L. Madoff Investment Securities 08-01789

Dear US Reps. Hensarling, Carter, Goodlatte, Gowdy, and Nunes

I would like to request that you re-open the Madoff Hearings and Call Judge Bernstein and Irving Picard before the Congress to detail the recent revelations that impact on several on-going investigations by the IRS, the Department of Justice and the Intelligence Committee.

As Evelyn Goldberg Executor, I am responsible for marshaling the assets that Wolf Popper placed with Bernie Madoff, that flow to Evelyn Goldberg's Estate and then to the Vatican.

Last Friday, April 19, 2018, I received the Bernie Madoff Depositions taken in April 2017, made confidential for six months by order of Judge Stuart Bernstein. You have to read the deposition to understand that everything we knew prior to 2017 was a switch and bait, and I electronically transmit a copy for your files. Bernie is now naming names and accounts.

Bernie not only confessed in detail, but the Accounting Statements for the Simon Goldberg Estate from 1985 to 1995 follow word for word as if read live from Bernie's jail cell and the Goldberg Accountings go on to list the fraudulent 703 Account transactions done on Bloomberg Terminals previously kept secret from both Evelyn, me, and Judge Bernstein.

Evelyn Goldberg Estate is in possession of the hard copies of the Madoff Fraudulent Transactions from 1985 to 2008, that sufficiently trace which of the Big Four Clients - Norman Levy (NY Real Estate 500 Pearl Street Court House), Jeffrey Picower (Florida Trusts and Estates), Stanley Chais (Hollywood Film Studios) and/or Carl Shapiro (Boston Univs like Harvard) covered for Wolf Popper's Emily Madoff, the Brookline Boston Madoff Family Hub.

Trustee Picard, as a result of Judge Bernstein's brilliant ordered depositions of Bernie Madoff, knows the secret Madoff Wolf Popper accounts, that Evelyn reported in 1992 -1993 to the IRS and Police. Evelyn, not Harvey Markopolos first exposed Bernie and Emily Madoff, and paid for whistle blowing by an illegal guardian ad litem placed on her by Wolf Popper. I have put together a compendium with exhibits including the SECRET BERNIE TRADES.

Thank you again, for your consideration and continuing IRS investigations into the Evelyn Goldberg Estate and Wolf Popper/Bernie Madoff fraud.

*[signature]* Dean Loren, Executor Evelyn Goldberg Estate

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br>v.<br>BERNARD L MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Pro. No 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>Date and Time of Hearing:<br>Courtroom 723<br>April 25, 2018 at 10:00 AM |
| In re:<br>BENARD L MADOFF,<br>        Debtor. | |

### Table of Contents, Headings and a Table of Authorities

**Table of Contents**

| | | |
|---|---|---|
| 1 | Written Oral Arguments by Objectant Dean Loren, Executor of the Evelyn Goldberg Estate | 1-4 |
| 2 | Judicious Caveat: *Freedom* from *Obstruction* of Justice by Laws *Misapplied* Insures Justice by Laws *Correctly Applied.* ™ | A1-A4 |
| 3 | Objectant's Sworn Affidavit dated Apr 23, 2018 without its attachments. | E1-E4 |
| 4 | Attorney Lalit K Jain's Notice of Appearance | - |

**Headings**

| | | |
|---|---|---|
| A | Opening Statements | 1 |
| B | Legal Arguments | 2 |
| C | Closing Arguments | 3 |
| - | Endnotes a to c | 4 |

**Table of Authorities**

| | In Endnotes of Written Oral Arguments by Objectant Dean Loren | Page |
|---|---|---|
| a | LKJESQ asks for a chance to correct inadvertent error(s) made and perfect his filing. | 1 |
| b | *Meinhard v Salmon*, 1928, NYS Ct App, **CJ Cardozo**, 249 NY 458, 463-464. | 1 |
| c | NY CPLR §3101. Scope of disclosure. | 1 |
| | **In Endnotes of LKJESQ Judicious Caveat** | |
| 1 | SCOTUS Rule 10, Considerations Governing Review of Certiorari. | A1 |
| 2 | *A Matter of Interpretation, Federal Courts and the Law*, p6 and p9, 1997 ed., by Justice Scalia. | A2 |
| 3 | *Oregon v Hass*, 1975, 420 US 714, 722. *Judicia sunt tanquam juris dicta, et pro veritate accipiuntur.* Bl Dict, 6th Ed, p 850. *dicia sunt tanquam juris dicta, et pro veritate accipiuntur.* Bl Dict, 6th Ed, p 850. *Knierim v Izzo*, 1961, 22 Ill 2d 73, 87-88, 174 NE2d 157 | A3 |
| 4 | **Justice** according to laws correctly read, interpreted and applied making correct judgments is right thus constitutional preventing, or else vacating as void, **Obstruction of Justice**. | A3 |
| 5 | *W.E. Hedger Transp. Corp. v Ira S. Bushey & Sons*, 2nd Cir.1951, 186 F2d 236, 237. | A3 |
| 6 | *People Ex Rel Karlin v Culkin*, 1928, Ct App, CJ Cardozo, 248 NY 465, 479-480. *Brown v Allen*, **Justice Jackson**, 1953, 344 US 443, 540. | A3 |
| 7 | *Elliott v Lessee of Piersol*, 1828, 26 US (1 Pet.) 328, 340-341. *Pennoyer v Neff*, 1878, 95 US 714, 732-733. *World-Wide Volkwagen Corp. v Woodson*, 444 US 286. *Orner v Shalala*, Colo. 1994, 30 F3d 1307. | A3-A4 |
| 8 | A predator is a predatory traditionalist enjoying territorial human rights to injure and/or exploit others... ... defined. | A4 |
| 9 | *Riggs v Palmer*, 1889, 115 NY 506, 511. *Imperator Realty Co v Tull*, 1920, **Cardozo**, 228 NY 447, 457. *Zepeda v Zepeda*, 1963, 41 Ill App2d 240, 262-263. | A4 |
| 10 | **May It Please the Court**...Transcripts of 23 Live Recordings of Landmark Cases before the Supreme Court Available to the Public for the First Time, Edited by Peter Irons and Stephanie Guitton 1993, pp 39-60 at pp 46-47. *DeShaney v Winnebago County*, 1989, 489 US 189. | A4 |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,
        Plaintiff-Applicant,
        v.
BERNARD L MADOFF INVESTMENT
SECURITIES LLC,
        Defendant.

In re:
BENARD L MADOFF,
        Debtor.

Adv. Pro. No 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Date and Time of Hearing:
Courtroom 723
April 25, 2018 at 10:00 AM

**Written Oral Arguments by Objectant Dean Loren, Executor of the Evelyn Goldberg Estate**

1    With due respect to the Honorable Court, Trustee and Counsels in this *one-of-a-kind* case, Attorney Lalit K Jain of the Law Offices of Lalit K Jain Esq.[a] retained by *Pro Se* Objectant *regrets* that everyone is forced to *read, understand and remember thousands of documents*, including the 4-pager *Judicious Caveat* marked A1-A4, duly filed to help the Court make Justice *prevent* Obstruction of Justice.

**A  Opening Statements**

2    These written oral arguments to help prevent Judgmental Errors are required by laws *correctly read, interpreted and applied* since they are *intertwined thus inseparable fiduciary law*[b] and *procedural law on the burden of proof of facts*[c], that too, in cases involving trusts and estates' *fiduciaries* with *unforgiving* legal, ethical, moral and other duties *despite conflicting contractual duties* to others.

3    These written oral arguments are required help *prevent* due process of law for equal protection of the laws from being *misused and defiled* to make Courts *sacred sanctuaries* for victimizers, violators and injurers as the predators for *law-breaking news* but not their victims, violateds and injureds as their prey for *law-obeying news*. They also *help everyone save time and money, no ifs, ands or buts.*

**B  Legal Arguments**

4   On Feb 22, 2018, Hon Irving H. Picard filed Trustee's Response (ECF No. 17276) to the *Pro Se* Motion of Objectant Dean Loren filed Jan 24, 2018 (ECF No. 17160).

5   As a matter of law and fact, this Federal litigation is *one-of-a-kind* with *three fiduciaries*. It involves *intertwined thus inseparable fiduciary* Dean Loren of the Evelyn Goldberg Estate with Counsel Lalit K Jain, *fiduciary* David Mandelbaum of the Simon Goldberg Estate with Counsel Wolf Popper LLP by John Fisher, and *fiduciary* Irving H Picard as Trustee of the Debtor by David J Sheehan.

6   As "there is no exception for "excusable neglect" in a SIPA proceeding ..." (Trustee's Response, page 9, ¶ 24), so Honorable Court's Decision and Order requiring Trustee's Counsel *to please cooperate with* Objectant's Counsel to help prevent any neglect of any kind in marshalling every asset owned by the Debtor *since even now* Trustee *has no basis to claim* that marshalling is 100% complete.

7   In due course of marshalling every asset for the Estate of Evelyn Goldberg Estate from the Simon Goldberg Estate (Evelyn married Simon in 1958 and is now his widow since May 24, 1985), Objectant received from Counsel Fisher an *initial accounting* of its assets from 1985 through 1992, *first supplemental accounting* of its assets from 1993-Oct 31, 1995, and *second supplemental accounting* of its assets from Jan 1, 1993 to Nov 11, 2008. In the "Light Switch" Accountings of 1992-1995, *unaccounted assets were declared* and in Nov 2015 *additional unaccounted assets* were declared *with no end in sight*.

8   The foregoing accountings include, but are not limited to, the US and Canadian Treasury Bonds *without revealing* if they were brought and/or sold using Madoff.

9   The April 26, 2017 Court ordered deposition of Madoff was a *first Godsend* for everyone.

### C Closing Statements

10   It makes Court-ordered cooperation between Trustee's Counsel and Objectant's Counsel a *second Godsend* to help **prevent neglect in this SIPA proceeding**. It is supported by the following:

.1 Objectant's Sworn Affidavit dated Apr 23, 2018 marked E1-E4 without its attachments; and
.2 *Judicious thus correct* use of Local Rule 7007-1(b) by Trustee's Counsel and Objectant's Counsel for *team work* to resolve disputes that are of no moment, to make good faith efforts to resolve disputes that are of moment under Local Rule 7007-1(a) and only then to make needed contacts with Chambers in writing to schedule needed conference(s), if any for lack of teamwork, to save time and money for all.

*May it please the Court* to please pass its judicious Decision and Order for *transparent integrity*:

1  To deny Trustee's request to deny Objectant's "Motion in its entirety" (Trustee's Response, page 11, CONCLUSION);
2  To grant "such additional and further relief as the Court deems just and fair" (Trustee's Response, page 11, CONCLUSION) but only if and when such additional and further relief are *in fact* just and fair like the Court-ordered cooperation between Trustee's Counsel and Objectant's Counsel legally required to help prevent neglect in this SIPA proceeding; and
3  Insure that every Officer of the Courts' *singular duty to the Court* to help prevent the Hon Court from making Judgmental errors as finality, knowing that only that finality does make Justice *help all* and thus *prevent* Obstruction of Justice *hurting all*.

Dated: New York, New York          Respectfully submitted,
Apr 24, 2018

/s/ Lalit K Jain
Lalit K Jain
Email: LKJESQ@LKJESQ.Com
Law Offices of Lalit K Jain Esq.
  6122 Booth Street
  Rego Park NY 113741034
  Fon: 718 255-6576
  Fax: 347 637-5498
Attorneys for Objectant Dean Loren

Honorable Stuart M Bernstein
 (A *hard copy* of every pleading, with exhibits, to Chambers is to be provided at the time of service).
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Tel: 212 284-4078
  Chambers: 212 668-2304
    Courtroom: 723
  Courtroom Deputy: Chantel Barrett 212 284-4026
  Law Clerk: Alexander Rich 212 284-4027
  Law Clerk: Derek Cash 212 284-4028
  Law Clerk: Mike Paek 212 284-4564

---

a   As this is his first ECF filing, so he asks for a chance to correct inadvertent error(s) made and perfect his filing.

b   "Joint adventurers, like copartners, owe to one another, while the enterprise continues, the duty of the finest loyalty. *Many forms of conduct permissible in a workaday world for those acting at arm's length, are forbidden to those bound by fiduciary ties* [**not defiled by lies compromising fiduciary duties**]. *A trustee is held to something stricter than the morals of the market place. Not honesty alone, but the punctilio of an honor the most sensitive, is then the standard of behavior. As to this there has developed a tradition that is unbending and inveterate.* Uncompromising rigidity has been the attitude of courts of equity when petitioned to undermine the rule of undivided loyalty by the "disintegrating erosion" of particular exceptions (Wendt v. Fischer, 243 N. Y. 439, 444). *Only thus has the level of conduct for fiduciaries been kept at a level higher than that trodden by the crowd. It will not consciously be lowered by any judgment of this court.*"
*Meinhard v Salmon*, 1928, NYS Ct App, **CJ Cardozo**, 249 NY 458, 463-464 [*Emp Added*].

c   "NY CPLR §3101. **Scope of disclosure.**
  (a) Generally. There shall be *full disclosure of all matter material and necessary in the prosecution or defense of an action, regardless of the burden of proof*, by:
    (1) a party, or the officer, director, member, agent or employee of a party;
    (2) a person who possessed a cause of action or defense asserted in the action;
    (3) a person…authorized to practice medicine, dentistry or podiatry who has provided medical, dental or podiatric care or diagnosis to the party demanding disclosure, or who has been retained by such party as an expert witness; and
    (4) any other person, upon notice stating the circumstances or reasons such disclosure is sought or required.
  (b) Privileged matter. Upon objection by a person entitled to assert the privilege, privileged matter shall not be obtainable [**except to the extent needed to make Justice** *prevent* **Obstruction of Justice**].
  (c) Attorney's work product. The work product of an attorney shall not be obtainable [**except to the extent needed to make Justice** *prevent* **Obstruction of Justice**]. ***

*LKJESQ*

| 01.16.2018 Updated 04.21.2018 | LAW OFFICES OF LALIT K. JAIN ESQ<br>Laws correctly applied instead of misapplied as constitutionally mandated™ | Fon: 718-255-6576<br>Cell: 718-316-5921<br>Fax: 347-637-5498 |
|---|---|---|

**Practice of Law in NY State, US Tax and District Courts, US Supreme Court, and all Courts in India.**
**Judicious Caveat:** *Freedom* from *Obstruction* of Justice by Laws *Misapplied* Insures Justice by Laws *Correctly Applied.* ™

The *therapeutic issue* before every Honorable Court is as follows:

*Isn't it human* to make con artists, errorists and terrorists pay their victims *therapeutic restitution* for rehabilitation and prevention of errors because to err is human, to forgive is divine but human never was, never will be, divine to forgive, *no ifs, ands or buts?*

*May it please the Court* to not act wrong with *a closed mind immunizing injurers* as Obstruction of Justice but act right with *an open mind* to make *injurers pay therapeutic restitution* as Justice?

Obstruction of Justice is to "conceal the truth"[1] by laws *misapplied* for *false* sense of security.[2] It *has to be voided* by "arriving at the truth"[3] by laws *correctly applied* as Justice[4] for *true* sense of security.[5] Justice by *clean*[6] *excuse-free* Courts[7] *has to* make *injurers* pay *therapeutic restitution* to their injureds, *pay more* for *excuses misused* by predators[8] *violating* laws against *unlawful gains*[9] from *pleasurable assaults* like sexual assaults,[10] lexual (legal), financial, ethical, moral, spiritual, political, constitutional and other assaults *promoted* by Obstruction of Justice as *unhuman* instead.

The *oldest* BIZZARO Corruptional Cartoon *dishonors* Honorable Courts *making the numbers add up wrong as proof* that IN GOD WE TRUST *but* IN FICTIONS WE BELIEVE to insure Obstruction of Justice causing *negative effects* for *law-breaking news* in *evil* social media.



www.*TruthIsPrudence*.Com includes People-Approved *Universal* Solution to the *Universal* Problem.
LKJESQ@LKJESQ.COM / 61-22 Booth Street Rego Park NY 11374-1034.

**A1 of A4**

***LKJESQ***
*Freedom* from *Obstruction* of Justice by Laws *Misapplied* Means Justice by Laws *Correctly Applied.* ™
01.16.2018 Updated 04.21.2018

The *newest* KEKSIAN Correctional Cartoon *honors the same* Honorable Courts *making the numbers add up right as proof* that IN GOD WE BELIEVE *thus* IN FICTIONS WE DON'T to insure Justice causing *positive effects* for *law-obeying news* in *good* social media.



Every Officer of the Courts' *same old singular* loyalty to the Honorable Court required the attorney at law aka **LKJESQ** to make *true, correct and complete disclosure* of the end of the common law tradition of *judicial bias* as the end of protecting the errorists. It is *irreversibly immortalized* in the Oct 31, 2013 25-page NYS Queens County Criminal Court Transcript of a bench trial in the criminal case of *People v Onuorah* aka Docket No. 2012QN040877.

> "[p20]...THE COURT [*initially misjudged*]: ...I do find the defendant guilty...unless you [**Jain**] want to be heard... [p21] MR JAIN [said]: Yes... [p22]. THE COURT [then ordered]...Parties *step up real quick*. (**Whereupon a bench discussion was held**)...THE COURT [*had to be pleased to insure Justice by laws correctly applied preventing judicial conspiracy*] After *re-examining the statute more closely* and...as I *reread it, many, many more times, my initial reading of it was incorrect*...[p23]. ¶...I *have to* change my verdict [*of guilty insuring Obstruction of Justice as Ruthless Injustice by laws misapplied committing judicial conspiracy*] to not guilty [verdict]."... ¶ COURT OFFICER [*had to honor the framed motorist who was unconstitutionally prosecuted*]: You are free to go."

---

[1] "A petition for a writ of certiorari is *rarely granted* when the *asserted error* consists of *erroneous factual findings* or the *misapplication* of a *properly stated rule of law* [in *thousands of cases filed every year* for an Order to end the common law tradition of *judicial bias* insuring judicial conspiracy]." SCOTUS Rule 10, *Considerations Governing Review of Certiorari*.

[2] "...But if you think that it is terribly important that the case came out wrong, *you miss the point* of the [Evil sold as Royal] common law [tradition of lie to make the right to do wrong *end* the duty to do

**LKJESQ**
*Freedom from Obstruction of Justice by Laws Misapplied Means Justice by Laws Correctly Applied.* ™
01.16.2018 Updated 04.21.2018

---

right]. In the [evil] grand scheme of things, *whether the right party won is really secondary*. Famous old cases are famous, you see, not because they came out right, but because the rule of law [lie] they announced was the intelligent one [insuring Obstruction of Justice]...Common-law courts performed two [exact opposite good and evil] functions: One was to apply the law to the facts [as the good thus less important function to insure therapeutic restitution for rehabilitation as Justice] ....But the *second function*, and the more important one [as the evil one to deny such restitution as Obstruction of Justice] was to make [the predators' lie] the law [of the case on a case by case basis (at p.6)] ... and thus the common-law tradition [of judicial bias] is passed on...[to prevent evil governments *still dying to upgrade begin to upgrade* into good governments in *all* their forms since day one (at p.9)]...."
*A Matter of Interpretation, Federal Courts and the Law*, p6 and p9, 1997 ed., by Justice Scalia.

[3]  *Per se*, "arriving at the truth [insuring Justice] is a fundamental goal of our legal system" in *US v Havens*, 1980, 446 US 620, 626. *Per se*, "we are, after all, always engaged in a search for truth in a criminal case so long as the search is surrounded with the safeguards provided by our Constitution [against arriving at lies insuring Obstruction of Justice preventing Justice instead]."
*Oregon v Hass*, 1975, 420 US 714, 722.
"Judgments are, *as it were*, the *sayings of the law* [lie] ... *received as truth* [when they *are the* truth]."
*Judicia sunt tanquam juris dicta, et pro veritate accipiuntur*. Bl Dict, 6th Ed, p 850.
"...the *intense intellectual and emotional life which has come with the advance of civilization has made it clear* that *only a part of the pain, pleasure, and profit of life lies in physical things*. ¶We conclude that *peace of mind* [insuring Justice preventing Obstruction of Justice] is an interest of sufficient importance to receive protection from the law against intentional invasion of the kind here involved ...The alleged conduct of the defendant in intentionally causing the severe emotional disturbance... it is the outrageous nature of his conduct that forms the basis for the action."
*Knierim v Izzo*, 1961, 22 Ill 2d 73, 87-88, 174 NE2d 157.

[4]  **Justice** according to laws *correctly read, interpreted and applied making correct judgments* is right thus constitutional *preventing, or else vacating as void*, **Obstruction of Justice** according to laws *misread, misinterpreted and misapplied making misjudgments* as wrong thus unconstitutional.

[5]  "...where all the relevant facts are ...shown by the Court's own records [to make numbers add up right insuring Justice], of which it takes notice, there appears no good reason why an answer should be first required [to make numbers add up wrong insuring Obstruction of Injustice]...."
*W.E. Hedger Transp. Corp. v Ira S. Bushey & Sons*, 2nd Cir.1951, 186 F2d 236, 237.

[6]  "In so holding, we place power and responsibility where in reason they should be...*for the health and honor of the profession and for the protection of the public*...If the [unclean] house is to be cleaned, it is for those [jurists, lawyers, Officers of the Courts and other licensed and unlicensed forensic experts who occupy and govern it...[imposing *on all law enforcement officers* like Judges, Policemen, etc. the normal duty to never ever enforce Obstruction of Justice]."
*People Ex Rel Karlin v Culkin*, 1928, Ct App, CJ Cardozo, 248 NY 465, 479-480.
"We are not final because we are infallible, but we are infallible because we are final [errorists who violate the fundamental goal of our legal system to find the truth, *misuse emotions* to make mistakes to protect and reward predators and perjurers, and *refuse to use evidence* to make them pay *restitution*]."
*Brown v Allen*, Justice Jackson, 1953, 344 US 443, 540.

[7]  ... Where a court has jurisdiction, it has a right to decide every question which occurs in the cause, and whether its decision be correct [acting *under* the law thus *with jurisdiction* in law] or otherwise, its judgment [insuring Justice] is regarded as binding in every other court. But if it act [*above* the law

*LKJESQ*
*Freedom* from *Obstruction* of Justice by Laws *Misapplied* Means Justice by Laws *Correctly Applied.* ™
01.16.2018 Updated 04.21.2018

---

thus *without jurisdiction* in law], its judgments and orders [insuring **Obstruction of Justice**] are regarded as nullities [("**Nullities**")]. They are not voidable [*waiting to be voided*], but simply void...*even prior to a reversal*. ...all persons concerned in executing such [void, *even voidable waiting to be voided,*] judgments or sentences are considered in law as trespassers [in law ("**Outlaws**")].
*Elliott v Lessee of Piersol*, 1828, 26 US (1 Pet.) 328, 340-341.
   A void act ... may be attacked in any forum, state or federal, where its validity may be drawn in issue.
*Pennoyer v Neff*, 1878, 95 US 714, 732-733, *World-Wide Volkswagen Corp. v. Woodson*, 444 US 286.
   When rule providing for relief from void judgments is applicable, relief [from **Obstruction of Justice**] is *not a discretionary* matter, but is *mandatory* [for Outlaws to return to their prey their prey's property held in deemed constructive trust for their prey's benefit since day one ("**Mandatory Relief**")].
*Orner v Shalala*, Colo. 1994, 30 F3d 1307.

[8]   A *predator* is a *predatory* traditionalist enjoying *territorial human rights* to injure and/or exploit others for *unlawful* gains and/or profits and *will not let* its untruthful thus illegal, unethical, immoral, unspiritual and unconstitutional ecology or environment insuring Obstruction of Justice *upgrade into* truthful thus legal, ethical, moral, spiritual and constitutional ecology or environment insuring Justice as it eradicates Obstruction of Justice from the face of our Mother Earth with all due thanks to our Father Time.

[9]   "No one shall be permitted to profit by his own fraud, or to take advantage of his own wrong, or to found any claim upon his own iniquity, or to acquire property by his own crime. These [**common lie sold as common law**] maxims are dictated by public policy, have their foundation in **universal law** *misapplied* [to insure **Obstruction of Justice**]. They were applied in the decision of the case of the New *York Mutual Life Insurance Company* v *Armstrong* ([1886, Field, J.], 117 US 591).
*Riggs v Palmer*, 1889, 115 NY 506, 511; *Imperator Realty Co* v *Tull*, 1920, **Cardozo**, 228 NY 447, 457.
   The Jun 11, 1963 *denial* of *restitution for rehabilitation* asked by a baby-in-fact who was *misjudged* as a bastard-in-law in the case of *Zepeda* v *Zepeda*, 1963, 41 Ill App2d 240 is *wrong awaiting correction.*
   "... [262]...We [men] have decided to affirm the dismissal of the claim. We do this, *despite our designation of the wrong committed herein as a tort*, because of our *evil belief* that lawmaking, while inherent in the judicial process, should not be indulged in where the [**good**] **result could be as sweeping**. The interest of [263] society is so involved, the action needed to redress the tort could be **so far-reaching**, that the [**good**] policy of the State should be declared by [**local, state and federal lawmakers as**] the representatives of the people [who are *far, far more obsessed than us as judges with committing blasphemy failing to handle the truth* and **not end** men's *irresistible evil love with their evil sexual addiction to risk-free illicit sex even with other men's wives to corrupt genetic families with absolute immunity*]."

[10]   "...if two policemen see a rape and watch it just for their own amusement, no violation of the Constitution [*misapplied* to protect *sexual, lexual and other predators' rights* as Obstruction of Justice by laws *misapplied* and so *not make the predators pay their prey therapeutic restitution* for rehabilitation and prevention of *self-proving predation assassinating* Justice by laws *correctly applied*] ... *(laughter)*".
   **May It Please the Court**...Transcripts of 23 Live Recordings of Landmark Cases before the Supreme Court Available to the Public for the First Time, Edited by Peter Irons and Stephanie Guitton 1993, pp 39-60 at pp 46-47; Big Media made this Nov 2, 1988 law-breaking *confession without correction* law breaking news. Please hear (39:00 to 41:00 minutes) at *http://tinyurl.com/pmu9lrj* to believe this *predatory argument* by Chief Justice Rehnquist in *physical, not sexual, abuse* case of an infant son by its adult father *blessed* by the County the Journalist making journal entries in its archives.

*Let all Live in Truth Knowing Justice always Insures Nature.* ™

**A4 of A4**

**DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING
FOR FILING LATE SIPC CLAIMS**

I, DEAN LOREN, being duly sworn, depose and say that:

1. I am the Executor of the Evelyn Goldberg Estate ("Evelyn").

2. I have personal knowledge of the matters herein.

3. I am late in filing my SIPC Claims because:

   a. My authority attached as Executor with Letters Testamentary on or After September 9, 2011 to the Estate after the SIPC filing date;

   b. The SIPC Bernard L. Madoff Investment Securities LLC Client list was not sufficient to put me on notice of that Wolf Popper traded Simon Goldberg Estate assets for the benefit of the Evelyn Goldberg. See Exh 1, Loren's Affidavit in Support of SIPC Claims dated April 23 2018.

   c. See my attached Affidavit in Support of Motion of SIPC Claims dated April 23, 2018 for my Exhibit 28 of fax correspondence to Trustee Picard on July 7, 2012;

   d. That until 2015, the Simon A. Goldberg Estate had insufficient docketing due to fraud caused by Wolf Popper LLP. See Exh 27 Simon A. Goldberg Estate dated August 26, 2010 which only has about 10 documents on it..

   e. After filing a 2015 IRS complaint, Surrogate Judge Mella sua sponte amended the docket in 2015 to include 190 additional documents necessary for SIPC claims to be assessed. See Exhibit 29 of Affidavit in Support of Motion of SIPC Claims that contains the Simon A. Goldberg Estate amended docket sheet date May 5, 2017 with the additional 190 documents.

   f. Madoff's Depositions of 2016 in June and December were insufficient to give me notice.

   g. However, the Madoff's Depositions of April 26 and 27, 2017, Exh 7 of Loren's Affid in support were sufficient to give Loren the proper notice for filing the SIPC claims with the disclosure of the 17th floor trading fraud.

Signed under penalty of perjury this April 23, 2018

_____
Dean Loren, Executor, Evelyn Goldberg Estate

Sworn to before me this April 23, 2018    04·23·2018

_____
Notary Public

**SHAHIN S BHUIYAN**
NOTARY PUBLIC, STATE OF NEW YORK
NO. 716H6114597
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES AUGUST 23, 2010

E1

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

**EXHIBIT LIST**

| PAGE | EXHIBIT | DESCRIPTION |
|---|---|---|
| 0001 | Affidavit | Dean Loren's Affidavit dated April 23, 2018 in support of motion for SIPC Claims |
| 0010 | Exhibit List | List of Exhibits |
| 0013 | 1 | Affid of John Franks with Exh A Client List Page 162 of 162, citing Wolf Popper LLC. |
| 0019 | 2 | Wolf Popper Billing from June 6, 1987 to March 3, 1985 and John C. Fisher thereafter to Current, |
| 0045 | 3 | Fraudulent Death Certificate of Simon A. Goldberg filed June 1, 1985 as a US Citizen |
| 0048 | 4 | July 2, 1985 Probate Petition 1985-3169 filed by Mandelbaum, citing Simon as a USA citizen |
| 0055 | 5 | Forged Simon and Evelyn 1985 Joint Tenancy Checks by David J. and Rosemary Mandelbaum |
| 0059 | 6 | June 23, 2017 Bloomberg News Big Four Reveal in Bernie Madoff by Erik Larson, reporter |
| 0064 | 7 | Nuveen Account created May 18, 1988, Page 1 of Transcript upper right hand corner heading |
| 0122 | 8 | Transcript Depositions of David J. Mandelbaum dated August 9, 1988, and August 16, 1988, citing to p 74 and p 159, respectively, Wolf Popper will not produce accounting records |
| 0135 | 9 | Simon A. Goldberg Death Certificates amended September 7, 1988 and October 19, 1988 for USA Citizenship and Simon A. Goldberg, respectively |

E2

Loren Affid dated April 23, 2018 - Exhibit List Continued

EXHIBIT LIST

| PAGE | EXHIBIT | DESCRIPTION |
|---|---|---|
| 0137 | 10 | Bernard Madoff Deposition dated April 26, 2017, P11 Judge Bernstein Light Switch 1992 trading moment, P19-20 Treasuries Purchased, P75 Canadian Accounts |
| 0149 | 11 | Wolf Popper's filed Informal Accounting 1985-92 on behalf of Simon's Estate on February 13, 1993 |
| 0275 | 12 | Wolf Popper Memo dated January 23, 1993 from John C. Fisher Partner to Emily Madoff (Bernie's cousin). |
| 0277 | 13 | 1993 Canadian Ancillary Probate Petition P5 Affidavit of Mandelbaum dated April 14, 1993 |
| 0288 | 14 | NY Post Jack Newfield, Court Patronage Favors an Elite Few published June 1, 1993 |
| 0290 | 15 | GAL Judith Siegel Baum Billing Records from June 8, 1993 to October 16, 1995 (missing Evelyn apartment #/mail never delivered |
| 0300 | 16 | June 8, 1993 Fisher Letter to GAL Clerk Joseph Brown, Rm 301, noticed to Asst AG Howard Holt |
| 0303 | 17 | June 16, 1993 Accounting Department Clerk Order for Guardian Ad Litem over Evelyn Goldberg typed by Clerk James Gallagher |
| 0305 | 18 | Judith Siegel Baum acceptance of GAL appointment over Evelyn filed July 1, 1993 |
| 0308 | 19 | Surrogate Judge Renee Roth June 30, 1993 Guardian ad Litem over Evelyn without a hearing |
| 0310 | 20 | Surrogate Roth Feb 24, 1995 Order to Conduct a conspiracy hearing on the Guardian ad Litem and Accounting |

E3

Loren Affid dated April 23, 2018 - Exhibit List Continued

**EXHIBIT LIST**

| PAGE | EXHIBIT | DESCRIPTION |
|------|---------|-------------|
| 0315 | 21 | Conspiracy Hearing Transcipt for January 23, 1995, P26 On Hearings on Fraud and Transcript Admissions, PP 25-26 |
| 0322 | 22 | June 1, 1995 Special Referee Karin Barkhorn Report on GAL Conspiracy and Constitutional Rights violations |
| 0334 | 23 | Wolf Popper Supplemental Accounting for Simon from January 1, 1993 to October 31, 1995 |
| 0427 | 24 | Surrogate Judge Roth's December 28, 1995 Accounting Decree |
| 0435 | 25 | NY Post Editor Jack Newfield September 1, 1996, re GAL Judith Siegel Baum and others involved in the Wolf Popper Madoff Fraud in the Manhattan Surrogate Probate Court Patronage Policy |
| 0437 | 26 | Simon Estate June 27, 2011 Bounced check and Replacement check from Fisher/Wolf Popper |
| 0441 | 27 | Docket from Manhattan Surrogate Court dated August 26, 2010 with twenty-four entries |
| 0443 | 28 | July 7, 2012 fax from Loren to Picard re Emily Madoff and Wolf Popper |

E4