# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: August 1, 2017 – November 30, 2017 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 03/15/2018 ECF No. 17337 | 08/01/2017 – 11/30/2017 | $34,131,524.04 | $34,131,524.04 | $30,718,371.64 | $0 | $30,718,371.64 | $290,520.17 | $290,520.17 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 03/15/2018 ECF No. 17338 | 08/01/2017 – 11/30/2017 | $47,892.27 | $47,892.27 | $38,313.81 | $0 | $38,313.81 | $3,113.00 | $3,113.00 |
| Higgs & Johnson, Special Counsel to the Trustee | 03/15/2018 ECF No. 17339 | 08/01/2017 – 11/30/2017 | $41,093.36 | $41,093.36 | $32,874.69 | $0 | $32,874.69 | $3,906.44 | $3,906.44 |
| Soroker – Agmon, Special Counsel to the Trustee | 03/15/2018 ECF No. 17340 | 08/01/2017 – 11/30/2017 | $485,357.61 | $485,357.61 | $388,286.09 | $0 | $388,286.09 | $10,967.12 | $10,967.12 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 03/15/2018 ECF No. 17343 | 08/01/2017 – 11/30/2017 | $10,997.11 | $10,997.11 | $8,797.69 | $0 | $8,797.69 | $46.98 | $46.98 |
| SCA Creque, Special Counsel to the Trustee | 03/15/2018 ECF No. 17348 | 08/01/2017 – 11/30/2017 | $11,589.71 | $11,589.71 | $9,271.67 | $0 | $9,271.67 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 03/15/2018 ECF No. 17349 | 08/01/2017 – 11/30/2017 | $141,485.22 | $141,485.22 | $113,188.18 | $0 | $113,188.18 | $5,414.05 | $5,414.05 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 03/15/2018 ECF No. 17345 | 08/01/2017 – 11/30/2017 | $2,100,296.00 | $2,100,296.00 | $1,680,236.80 | $0 | $1,680,236.80 | $16,306.87 | $16,306.87 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 03/15/2018 ECF No. 17350 | 08/01/2017 – 11/30/2017 | $302,928.61 | $302,928.61 | $242,342.89 | $0 | $242,342.89 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 03/15/2018 ECF No. 17351 | 08/01/2017 – 11/30/2017 | $71,205.95 | $71,205.95 | $56,964.76 | $0 | $56,964.76 | $1,816.17 | $1,816.17 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 03/15/2018 ECF No. 17352 | 08/01/2017 – 11/30/2017 | $986,539.78 | $986,539.78 | $789,231.82 | $0 | $789,231.82 | $17,040.11 | $17,040.11 |
| Eugene F. Collins, Special Counsel to the Trustee | 03/15/2018 ECF No. 17353 | 08/01/2017 – 11/30/2017 | $9,279.67 | $9,279.67 | $7,423.73 | $0 | $7,423.73 | $0 | $0 |
| Cochran Allan, Special Counsel to the Trustee | 03/15/2018 ECF No. 17354 | 08/01/2017 – 11/30/2017 | $504.90 | $504.90 | $403.92 | $0 | $403.92 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 03/15/2018 ECF No. 17355 | 08/01/2017 – 11/30/2017 | $21,721.05 | $21,721.05 | $17,376.84 | $0 | $17,376.84 | $280.16 | $280.16 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | 03/15/2018 ECF No. 17356 | 09/22/2017 – 11/30/2017 | $62,172.00 | $62,172.00 | $49,737.60 | $0 | $49,737.60 | $493.37 | $493.37 |

Schedule A(1)　　　　　　　　　　**DATE: 04/25/2018**　　　　　**INITIALS:　SMB　 USBJ**

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

# EXHIBIT B TO INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

## Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $992,719,268.49 | $992,719,268.49 | $969,525,567.51 | $15,799,224.76 | $15,799,224.76 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Eugene F. Collins, Special Counsel to the Trustee | $633,264.70 | $633,264.70 | $598,957.61 | $46,029.20 | $46,029.20 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,723,999.69 | $1,723,999.69 | $1,621,108.04 | $130,804.77 | $130,804.77 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,376,940.98 | $1,376,940.98 | $1,296,525.26 | $127,120.81 | $127,120.81 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $33,680.34 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $5,709,091.93 | $5,709,091.93 | $5,445,611.51 | $241,558.64 | $241,558.64 |
| SCA Creque, Special Counsel to the Trustee | $1,395,798.81 | $1,395,798.81 | $1,323,473.63 | $11,483.30 | $11,483.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,430,118.96 | $1,430,118.96 | $1,321,977.42 | $47,314.42 | $47,314.42 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $63,617,663.66 | $63,617,663.66 | $55,382,028.35 | $562,265.65 | $562,265.65 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $5,845,337.48 | $5,845,337.48 | $5,429,338.90 | $96,767.25 | $96,767.25 |
| UGGC & Associés, Special Counsel to the Trustee | $1,885,167.23 | $1,885,167.23 | $1,752,745.38 | $84,374.23 | $84,374.23 |
| Werder Vigano, Special Counsel to the Trustee | $317,007.62 | $317,007.62 | $300,486.40 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $7,196,578.37 | $7,196,578.37 | $6,553,828.20 | $329,928.86 | $329,928.86 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $15,387,825.31 | $15,387,825.31 | $14,162,963.11 | $973,219.16 | $973,219.16 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,071.64 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $138,129.67 | $138,129.67 | $131,844.25 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $34,023.86 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $82,969.75 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $92,346.75 | $92,346.75 | $86,483.88 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $35,347.53 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $21,721.05 | $21,721.05 | $17,376.84 | $280.16 | $280.16 |

| **Applicant** | **Total Interim Compensation Requested** | **Total Interim Compensation Awarded** | **Total Paid** | **Total Expenses Requested** | **Total Expenses Awarded** |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>Special Counsel to the Trustee | $62,172.00 | $62,172.00 | $49,737.60 | $493.37 | $493.37 |

Schedule B(1)             **DATE: 04/25/2018**             **INITIALS: _SMB_ USBJ**