**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS                )
                             )    ss:
COUNTY OF DALLAS              )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.      I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.      I am over the age of eighteen years and am not a party to the above-captioned action.

3.      On April 20, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1.   Trustee's Sixteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 17503)
   2.   Declaration of Vineet Sehgal in Support of the Trustee's Sixteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Exhibits thereto (Docket Number 17504)
   3.   Notice of Hearing on Trustee's Sixteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Proposed Order and Exhibit thereto (Docket Number 17505)
   4.   Trustee's Seventeenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 17506)
   5.   Declaration of Vineet Sehgal in Support of the Trustee's Seventeenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits thereto (Docket Number 17507)

6.  Notice of Hearing on Trustee's Seventeenth Omnibus Motion to Overrule
Objections of Claimants Who Invested More Than They Withdrew with
Proposed Order and Exhibit thereto (Docket Number 17508)

Executed on April 23, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _23_ day of _April_ , 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

Exhibit A

**Exhibit A**
**April 20, 2018**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |

**Page 1 of 1**