**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Andrew W. Reich

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                                  Plaintiff, <br><br>           v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                                  Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>                                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>                                  Plaintiff, <br> v. <br><br> JOAN L. FISHER, et al., <br><br>                                  Defendants. | Adv. Pro. No. 10-05285 (SMB) |

# FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: October 26, 2015.

2. Fact Discovery was completed by: July 22, 2016.

3. The Disclosure of Case-in-Chief Experts was due: October 19, 2016.

4. The Disclosure of Rebuttal Experts was due: November 21, 2016.

5. The Deadline for Completion of Expert Discovery was: February 21, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 27, 2018.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 10, 2018.

8. The Deadline for Conclusion of Mediation shall be: December 10, 2018.

Dated: New York, New York
April 27, 2018

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Andrew W. Reich
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*