UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> IRWIN LIPKIN, *et al.*, <br><br> Defendants. | Adv. Pro. No. 10-04218 (SMB) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Carole Lipkin (the "Claimant"), having filed an objection (the "Objection", Docket No. 3090) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#12861), hereby gives notice that she withdraws such Objection.

Dated: April 25, 2018

                **THE LAW OFFICE OF RICHARD P. GALLER, LLC**

                By: /s/
                Richard P. Galler, Esq.
                75 Essex Street, Suite 220
                Hackensack, New Jersey 07601
                Telephone: (201) 678-3200
                Facsimile: (201) 343-2727
                Email: Richard@kgalaw.com

                *Attorney for Carole Lipkin*