UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>IRWIN LIPKIN, *et al.*,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04218 (SMB) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Irwin Lipkin, now deceased (the "Claimant"), having filed an objection and an amended objection (together, the "Objections", Docket Nos. 2250 and 2276, respectively) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#13025), hereby gives notice that the Claimant withdraws such Objection.

Dated: April 24, 2018

**WINNE BANTA BASRALIAN & KAHN, P.C.**

By: /s/
Robert J. Kleeblatt, Esq.
Court Plaza South – East Wing, Suite 101
21 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 487-3800
Facsimile: (201) 487-8529
Email: rkleeblatt@winnebanta.com
*Attorneys for the estate of Irwin Lipkin*