**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Elyssa S. Kates
Terry Brennan

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>IRWIN LIPKIN, CAROLE LIPKIN, MARC LIPKIN, RUSSELL LIPKIN, and KAREN YOKOMIZO LIPKIN,<br><br>Defendants. | Adv. Pro. No. 10-04218 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Carole Lipkin and the estate of Irwin Lipkin (the "Defendants"), by and through their respective counsel, The Law Office of Richard P. Galler, LLC and Winne Banta Basralian & Kahn, P.C. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 12, 2010, the Trustee filed and served the Complaint against Defendants and others not party to this Stipulation.

2. On April 21, 2011, Defendants served an answer on the Trustee.

3. On or about August 5, 2015, the United States District Court, Southern District of New York entered the Consent Preliminary Order of Forfeiture as to Specific Property/Money Judgment (the "Forfeiture Order"), pursuant to which the parties entered into a settlement of their disputes. *USA v. Lipkin*, Case No. 1:10-cr-00228-LTS, Dkt. No. 1413.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against the Defendants in the above-captioned adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: April 24, 2018

| **BAKER & HOSTETLER LLP** | **THE LAW OFFICE OF RICHARD P. GALLER, LLC** |
|---|---|
| By: /*s/ Elyssa S. Kates*  <br>45 Rockefeller Plaza <br>New York, New York 10111 <br>Telephone: (212) 589-4200 <br>Facsimile: (212) 589-4201 <br>David J. Sheehan <br>Email: dsheehan@bakerlaw.com <br>Elyssa S. Kates <br>Email: ekates@bakerlaw.com <br>Terry Brennan <br>Email: tbrennan@bakerlaw.com | By: */s/ Richard P. Galler* <br>Richard P. Galler, Esq. <br>75 Essex Street, Suite 220 <br>Hackensack, New Jersey 07601 <br>Telephone: (201) 678-3200 <br>Facsimile: (201) 343-2727 <br>Email: Richard@kgalaw.com <br><br>*Attorneys for Defendant Carole Lipkin* |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**WINNE BANTA BASRALIAN & KAHN, P.C.**

By: */s/ Robert J. Kleeblatt*
Robert J. Kleeblatt, Esq.
Court Plaza South – East Wing, Suite 101
21 Main Street
Hackensack, New Jersey 07601
Telephone: (201) 487-3800
Facsimile: (201) 487-8529
Email: rkleeblatt@winnebanta.com

*Attorneys for Defendant the estate of Irwin Lipkin*

**SO ORDERED**

Dated: April 30, 2018
New York, New York

/S/ Stuart M. Bernstein
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE