**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BARRENECHE, INC., *et al.*,<br><br>Defendants. | Adv. Pro. No. 12-01702 (SMB) |

**MOTION TO WITHDRAW MARK G. CUNHA AS AN ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

This motion (the "Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing Mark G. Cunha, Esq. of the law firm Simpson Thacher & Bartlett LLP ("Simpson Thacher") as an attorney of record for Defendants Barreneche, Inc., Dove Hill Trust, Fairfield Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., and Share Management LLC (the "Defendants"). This Motion further seeks that Mark G. Cunha, Esq.'s name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list,

maintained in the above-captioned cases. Simpson Thacher will continue to serve as attorneys for the Defendants.

I, Peter E. Kazanoff, Esq., am an attorney at Simpson Thacher who has previously appeared as an attorney of record in this case on behalf of the Defendants. Because I will continue to serve as an attorney of record in this case, the Court's approval of this Motion will not impact Simpson Thacher's representation of the Defendants, and will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this Motion and order that Mark G. Cunha, Esq. is withdrawn as an attorney of record and, thus, will no longer receive service or electronic notifications in the above-captioned cases. A proposed form of order granting the relief requested herein is annexed hereto as <u>Exhibit A</u>.

Dated: April 30, 2018
       New York, New York

Respectfully submitted,

By: _/s/ Peter E. Kazanoff_
    Peter E. Kazanoff
    SIMPSON THACHER & BARTLETT LLP
    425 Lexington Avenue
    New York, NY 10017
    Telephone: (212) 455-2000
    Facsimile: (212) 455-2502

    *Attorneys for Barreneche, Inc., Dove Hill Trust, Fairfield Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., and Share Management LLC*