## **PROPOSED ORDER**

### **EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BARRENECHE, INC., *et al.*,<br><br>Defendants. | Adv. Pro. No. 12-01702 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW**
**MARK G. CUNHA AS AN ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw Mark G. Cunha as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by Peter E. Kazanoff, Esq. of Simpson Thacher & Bartlett LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Mark G. Cunha, Esq. is withdrawn as a Simpson Thacher attorney of record on behalf of the following Defendants: Barreneche, Inc., Dove Hill Trust, Fairfield Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., and Share Management LLC.

IT IS FURTHER ORDERED that Mark G. Cunha, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated: May ___, 2018
       New York, New York

                                      HONORABLE STUART M. BERNSTEIN
                                      UNITED STATES BANKRUPTCY JUDGE