**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-01239 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW**
**MARK G. CUNHA AS AN ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw Mark G. Cunha as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by Peter E. Kazanoff, Esq. of Simpson Thacher & Bartlett LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Mark G. Cunha, Esq. is withdrawn as a Simpson Thacher attorney of record on behalf of the following Defendants: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Mark McKeefry, Daniel Lipton, Amit Vijayvergiya,

Gordon McKenzie, Richard Landsberger, Philip Toub, Andrew Smith, Harold Greisman, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, and Jacqueline Harary.

IT IS FURTHER ORDERED that Mark G. Cunha, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**It is SO ORDERED.**

Dated:  May 1, 2018
        New York, New York

                                    /s/ STUART M. BERNSTEIN
                                    **HONORABLE STUART M. BERNSTEIN**
                                    **UNITED STATES BANKRUPTCY JUDGE**