**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BARRENECHE, INC., *et al.*,<br><br>Defendants. | Adv. Pro. No. 12-01702 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW**
**MARK G. CUNHA AS AN ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw Mark G. Cunha as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by Peter E. Kazanoff, Esq. of Simpson Thacher & Bartlett LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Mark G. Cunha, Esq. is withdrawn as a Simpson Thacher attorney of record on behalf of the following Defendants: Barreneche, Inc., Dove Hill Trust, Fairfield Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., and Share Management LLC.

2

IT IS FURTHER ORDERED that Mark G. Cunha, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**It is SO ORDERED.**

**Dated: May 1, 2018**
**New York, New York**

    **/s/ STUART M. BERNSTEIN**
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**