**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>v.<br><br>ELINOR FRIEDMAN FELCHER,<br><br>       Defendant. | Adv. Pro. No. 10-05036 (SMB) |

## STIPULATION OF AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Elinor Friedman Felcher ("Defendant"), by and through her counsel, Lax & Neville LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing and serving the Complaint against Defendant.

2. On September 18, 2015, Defendant served an answer on the Trustee.

3. On April 23, 2018, the Parties entered into a settlement agreement (the "Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal of the Adversary Proceeding without prejudice and without costs to either Trustee or Defendant.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall

2

be deemed an original.

Dated: May 1, 2018

        **BAKER & HOSTETLER LLP**

        By: _/s/ Nicholas J. Cremona_
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: 212.589.4200
        Facsimile: 212.589.4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email: ncremona@bakerlaw.com

        *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

        **LAX & NEVILLE LLP**

        By: _/s/ Brian Neville_
        1450 Broadway, 35th Floor
        New York, NY 10018
        Telephone: 212.696.1999
        Facsimile: 212.566.4531
        Brian Neville
        Email: bneville@laxneville.com

        *Attorneys for Defendant*

**SO ORDERED**

**Dated: May 1, 2018
New York, New York**

        /s/ STUART M. BERNSTEIN
        _____
        **HONORABLE STUART M. BERNSTEIN
        UNITED STATES BANKRUPTCY JUDGE**