Loren's April 29, 2018 Affidavit in Support of Loren's April 25, 2018 Oral Motion before Judge Stuart Bernstein for the Production of Wolf Popper Client Billing Records pursuant to Judge Bernstein granting Loren's April 25, 2018 oral request to supplement the record for Judge Bernstein's decision reserved order for production of Wolf Popper Client Billing by Trustee Picard.

Dean Loren ("Loren"), Executor, Evelyn Goldberg Estate (Evelyn") deposes, swears, and says the following:

1. Loren supplements Judge Bernstein's April 25, 2018 reserved decision with the Exhibits referenced from Loren's April 23, 2018 Affidavit in support and produced herein with an Exhibit List pursuant to Loren's oral request to Judge Bernstein at the hearing. Evelyn is the income beneficiary from the Simon Goldberg Estate ("Simon").

2. Wolf Popper LLP is a customer of Bernard L. Madoff Investment Securities LLC ("BLMIS") with Bernard Madoff's Big Four Clients and others, based on a review of books and records as sworn to by AlixPartners Director, John Franks on February 3, 2008. Loren personally spoke with Trustee Picard on the phone shortly after fax received by Trustee Picard.

    Exhibit 1 - Affid of John Franks, Director, AlixPartners, employee of Trustee Irving Picard ("Picard") with Exh A Client List Page 162 of 162, citing Wolf Popper LLC

    Exhibit 6 - June 23, 2017 Bloomberg News Big Four Reveal in Bernie Madoff by Erik Larson, reporter, naming Madoff's four biggest clients - Norman Levy, Stanley Chais, Jeffrey Picower and Carl Shapiro.

    Exhibit 28 - July 7, 2012 fax from Loren to Picard re Emily Madoff and Wolf Popper;

3. Trustee Picard and Chief Counsel Sheehan, are required to determine paternity of US and Canadian Treasuries produced in Wolf Popper Accountings *with amounts collected which are being included herein, as income for which a complete explanation cannot be found,* that Loren was given by John C. Fisher (now with Hamburger Weinschenk and Fisher, Esqs., then with Wolf Popper Ross Wolf & Jones, now Wolf Popper LLP) generated from BLMIS client Wolf Popper and or other BLMIS clients, as further described by Bernard Madoff during an April 26, 2017 deposition to the Judge Bernstein "light switch moment";

    Exhibit 11 - Wolf Popper's filed Informal Interim Accounting May 24,1985-December 31, 1992 on behalf of Simon's Estate filed on February 13, 1993 evidencing Canadian and US Treasuries Schedules: Schedule A-1, Increases from Sale or Distribution of Assets and Schedule A-2 *with amounts collected which are being included herein, as income for which a complete explanation cannot be found*.

    Exhibit 23 - Wolf Popper Supplemental Accounting for Simon's Estate from January 1, 1993 to October 31, 1995 evidencing separated Canadian and US Treasuries and commercial paper as income Schedules, Schedule A-1 and Schedule C Funeral and Administrative Expenses misdated to hide the 1993 fraudulent GAL proceeding.

    Exhibit 10 - Bernard Madoff Deposition dated April 26, 2017, Judge Bernstein Light Switch 1992 trading moment for "703 accounting" fraud, Treasuries Purchased, P18-20, and P75 Canadian Accounts

4. Wolf-Popper in 100% control and management of all investments of moneys in Simon Goldberg Estate:

    Exhibit 12 - Wolf Popper Memo dated January 23, 1993 from John C. Fisher Partner to Emily Madoff outlining ex parte conversations with Judge Roth as to Surrogate Judge Roth's intention to deny Evelyn's motion *as she had done with all the past proceedings*

    Exhibit 8 - Transcript Depositions of David J. Mandelbaum dated August 9, 1988, and August 16, 1988, citing to p 74 and p 159, respectively. Wolf Popper will not produce accounting records.

    Exhibit 2 - Wolf Popper Billing from June 6, 1987 to January 1, 1995 and John C. submitted on March 1, 1995, after the conspiracy hearing of January 1995 Conspiracy Hearings and supplemented on December 21, 1995. Both billings not served on Special Master Karin J. Barkhorn or Evelyn

    Exhibit 13 - 1993 Canadian Ancillary Probate Petition, See P5 Affidavit of Mandelbaum dated April 14, 1993 just prior to fraudulent GAL proceeding below and done without knowledge of Evelyn

5. Wolf-Popper with 100% control and management of all investments of moneys in Simon Goldberg Estate then manufactured a fraudulent Guardianship ad Litem without a hearing over Evelyn Goldberg to further control the docketing and service of documents.

    Exhibit 15 - GAL Judith Siegel Baum Billing Records from June 8, 1993 to October 16, 1995 (missing Evelyn apartment #/mail never delivered and June 8, 1993 entry of call by Fisher but omitted for Wolf Popper billing) submitted on November 2, 1995 after the conspiracy hearing.

    Exhibit 16 - June 8, 1993 Fisher Letter to GAL Clerk Joseph Brown, Rm 301, noticed to Asst AG Howard Holt

    Exhibit 17 - June 16, 1993 Accounting Department Clerk Order for Guardian Ad Litem over Evelyn Goldberg typed by Clerk James Gallagher

    Exhibit 18 - Judith Siegel Baum signed acceptance of GAL appointment over Evelyn filed July 1, 1993

    Exhibit 19 - Surrogate Judge Renee Roth's June 30, 1993 Guardian ad Litem over Evelyn without a hearing after Surrogate Preminger refuses to sign GAL order

6. Wolf Popper and Partner John C. Fisher continue misrepresentations from May 25, 1985 to June 15, 1987, file additional misrepresentations from June 16, 1987 to March 3, 1995, and John C. Fisher continue to file misrepresentations from March 4, 1995 to Current Date, including but not limited to:

> Exhibit 3 - Fraudulent Death Certificate of Simon A. Goldberg filed June 1, 1985 as a US Citizen. Evelyn was not the informant as cited (note no maiden name)
>
> Exhibit 4 - July 2, 1985 Probate Petition 1985-3169 filed by Mandelbaum, citing Simon as a USA citizen
>
> Exhibit 5 - Forged Simon and Evelyn 1985 Joint Tenancy Checks by David J. and Rosemary Mandelbaum that Hanover Manufacturer's Bank return to Evelyn
>
> Exhibit 7 - Nuveen Account created May 18, 1988, Page 1 of Transcript upper right hand corner heading, three years after Simon Goldberg's death
>
> Exhibit 8 - Simon A. Goldberg Death Certificates amended September 7, 1988 and October 19, 1988 for USA Citizenship and Simon A. Goldberg, respectively without knowledge of Evelyn Goldberg and never entered in file
>
> Exhibit 9 - Simon A. Goldberg Death Certificates amended September 7, 1988 and October 19, 1988 for USA Citizenship and Simon A. Goldberg, respectively. Note Evelyn does not know about the amendments and the death certificate corrections reflect Wolf Popper's collection of assets in Canada that require Simon's Middle initial and correct citizenship status.
>
> Exhibit 26 - Simon Estate June 27, 2011 Bounced check and Replacement check from Fisher/Wolf Popper
>
> See Exhibit 2 (above) - Wolf Popper Billing from June 6, 1987 to March 3, 1985 that bills for the NY State Hearing on David J. Mandelbaum's false CPA license, Canada Ancillary proceeding in April 1993 (misrepresented in Accounting as April 1994 Schedule C),

7. Wolf-Popper and/or David J. Mandelbaum and/or John C. Fisher never made claims against the Trustee, breaching their legal duties and fiduciary duties as reflected in the Manhattan Surrogate Docket prior to May 11, 2017 with twenty-four entries that do not cover key documents asserting fraud in the accounting and the Post May 11, 2017 Docket personally amended by Surrogate Judge Rita Mella in 2017 after the IRS and the fraudulent Death Certificates complaints were filed.

> Exhibit 27 - Docket from Manhattan Surrogate Court dated August 26, 2010 with twenty-four entries

3

> Exhibit 29 - Simon Estate Probate Docket May 11 2017 with additional 190 documents placed on the record sua sponte by Surrogate Judge Rita Mella after being contacted by the IRS and Loren files Fraudulent Death Certificate claim. The 223 documents on the amended docket evidence the fraud.

8. Like Surrogates Preminger and Roth, Trustee Picard will never investigate Wolf Popper Client status without an order, or unless there is a main stream media reporting;

> Exhibit 14 - NY Post Jack Newfield, Court Patronage Favors an Elite Few published June 1, 1993 causing Surrogate Preminger refusal to sign GAL order

> Exhibit 20 - Surrogate Roth Feb 24, 1995, Interim Order Denying Evelyn's Motion to vacate with discussion on conspiracy hearing on the Guardian ad Litem and Accounting fraud in response to Evelyn's filing an Article 78 proceeding on the fraudulent GAL proceeding before Judge Lowe in January 1995

> Exhibit 25 - NY Post Editor Jack Newfield September 1, 1996, re GAL Judith Siegel Baum, Jules Haskel and others involved in the Wolf Popper Madoff Fraud in the Manhattan Surrogate - Probate Court Patronage Policy

9. Like Special Master Karin J. Barkhorn, Picard will be breaching fiduciary duties unless Order granting Dean's Motion makes Trustee Irving Picard and Chief Counsel David Sheehan not breach fiduciary duties to investigate that account holder, but for which it will be an obvious breach of duties will have negative consequences on Evelyn's fiduciary accounting;

> Exhibit 21 - Conspiracy Hearing Transcipt for January 23, 1995, P26. Transcript Admissions, PP 25-26 before Special Maste Karin J. Barkhorn, John Fisher and Judith Siegel Baum caught fixing the GAL issue.

> Exhibit 22 - June 1, 1995 Special Referee Karin Barkhorn Report on GAL Conspiracy and Constitutional Rights violations done without GAL investigation or Judith Siegel Baum's November 1995 billing admitting to fraudulent GAL

10. Unlike Surrogate Roth, Trustee Picard and Chief Counsel David Sheehan are required to maximize Trust's collection to help minimize the bias between those customers who were overpaid and those, including tax exempt Universities, who were paid less or none at all.

> Exhibit 24 - Surrogate Judge Roth's December 28, 1995 Accounting Decree that does not include $327,000 Canadian Treasuries that were failed by Wolf Popper to be carried over to the US Asset column.

> Special Note to Judge Bernstein: The Vatican's legal representative, Cullen and Dykeman - Attorney Kathleen McCormack's interest accounting coincided with Loren's accounting by $5. Attorney Lalit Jain's Declaratory Judgment motion before Judge Rita Mella caused John C. Fisher to make a partial payment.

4

Therefore, Loren respectfully asks the Court to grant Loren's request for:

Production of Wolf Popper client documents as further referenced in Exhibit 1, and Trustee employee AlixPartner Director John Frank's affidavit that are under the control of Trustee Picard and Chief Counsel David Sheehan

and any other relief that may be necessary.

Under penalty of perjury
Sworn to before me this
April 29, 2018

_____
Dean Loren, Executor
Evelyn Goldberg Estate
Beneficiary under the Trust created
by Simon Goldberg's Last Will & Testament
held by and controlled by Wolf Popper LLP and
John C. Fisher, Esq. and David J. Mandelbaum