DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

I, DEAN LOREN, being duly sworn, depose and say that:

1. I am the Executor of the Evelyn Goldberg Estate ("Evelyn").

2. I have personal knowledge of the matters herein and documentation to end uncompromised due process of law with a true, correct and complete thus unbiased finality with no obstruction.

3. On February 4, 2009, John Franks, Director of AlixPartners, employed by Trustee Irving Picard published a list of the Bernard L. Madoff Investment Securities LLC ("BLMIS") citing WOLF POPPER LLP, ATTN: MARIAN POPPER, 845 THIRD AVENUE 12TH FL NEW YORK, NY 10022. Exh 1. Affid of John Franks with Franks Exh A Page 162 of 162.

4. From June 6 1987, to March 3, 1995, Wolf Popper was in total control of monies and assets of the Simon Goldberg Estate, and John C. Fisher, Esq. thereafter to current. Exh. 2 Wolf Popper Billing from June 6, 1987 to March 3, 1995 and John C. Fisher thereafter to Current, filed on March 3, 1995 and December 21, 1995 with the Probate Court.

5. Pope Francis, with all due respect, Judge Stuart Bernstein is to be commended for permitting the depositions of Bernard Madoff exposing the "Light Switch" 1992 moment at which BLMIS exercised total investment control of Wolf Popper Sub-Accounts for the benefit of the Estate of Simon Goldberg and its interest beneficiary Evelyn Goldberg Estate.


I. INTRODUCTION TO WOLF POPPER LLP SUB-ACCOUNT CREATION AND MADOFF SECURITIES FRAUD USING TREASURIES AND COMMERCIAL PAPER

6. On May 24, 1985, Simon A. Goldberg ("Simon"), a Canadian Citizen and retired United Nations UN Lead Actuary, died of a heart attack in the arms of his wife Evelyn, on the NYC streets as they journeyed to Attorney Michael Carlin's office to change Simon's Interim Will.

7. On June 1, 1985, Michael Carlin and David Mandelbaum ("Mandelbaum") and his wife, Rosemary Mandelbaum, caused a fraudulent Death Certificate to be filed with the City of New York that falsely asserted Simon was a US Citizen, and left information blank with concern to identification necessary to claim assets, including leaving Evelyn's Maiden name blank. Exh 3 Fraudulent Death Certificate of Simon A. Goldberg filed June 1, 1985 as a US Citizen.

8. On July 2, 1985, Mandelbaum filed a petition for Preliminary Letters designating Simon as a USA citizen and attaching the June 1, 1985 Fraudulent Death Certificate and allegedly opened a Manufacturers Hanover Trust Bank estate account ("Mystery Bank Account") without proper authorization (no information can be found with regard to this bank account). Exh 4 July 2, 1985 Probate Petition, 1985-3169, filed by David J. Mandelbaum, citing Simon as a USA citizen.

9. On or about July, August and September 1985, Mandelbaum and his wife Rosemary forged Simon and Evelyn's Joint Tenancy Checks deposited in the Mystery Bank Account. Exh.5 Forged Simon and Evelyn 1985 Joint Tenancy Checks by David J. and Rosemary Mandelbaum.

10. On June 8, 1987, Mandelbaum hires John Fisher C., Wolf Popper law partner. Wolf Popper generates a billing record on Exh 2. above - March 1, 1995 and December 21, 1995. Wolf Popper never serves them on Evelyn.

## II. JUDGE STUART BERNSTEIN'S LIGHT SWITCH - MADOFF PONZI SCHEME EXPOSED 1992 TREASURIES AND SHORT LIABILITIES IN MADOFF APRIL 2017 DEPOSITION

11. On October 19, 1987, Black Monday crashes stock markets around the world causing Bernard Madoff (("Bernie Madoff") and Madoff's Big Four clients to panic.

12. The Big Four Major Client Families are redacted by Judicial order but revealed by Bloomberg News on June 23, 2017 as Norman Levy, a New York real estate broker, Jeffry Picower, a Florida accountant, Stanley Chais, a Beverly Hills money manager, and Carl Shapiro, a Boston philanthropist. Please note, the Big Four securities transactions were carried out over Bloomberg Terminals on the 17th floor of BLMIS. See Exh 7 June 23, 2017 Bloomberg News Big Four Reveal in Bernie Madoff: I always wanted to please. Erik Larson, reporter.

13. In November 1987, from the Wolf Popper billing records, three issues arise for Wolf Popper in the Simon Estate: the collection of assets becomes a problem with (i) the USA death certificate/insufficient identification information, (ii) 1988 tax filings, and (iii) Manhattan Surrogate Court conference before the Chief Law Assistant Arlene Harris who has documented Evelyn's right to a fair day in court.

14. On February 5, 1988, Fisher and Mandelbaum and the Guardian Law Clerk for the Manhattan Surrogate Court Harvey Korn, plot to place a Guardian ad litem on Evelyn Goldberg to finalize the June 13, 1986 contested probate proceedings and stop the removal of Mandelbaum. See Exh 2 above, Wolf Popper bills Simon's Estate for the GAL Plot.

15. On May 18, 1988, Wolf Popper creates with Mystery Monies, a Nuveen Account with a broker dealer in Chicago for Simon A. Goldberg, who has been dead for three years. The Mystery Monies are revealed in the 12th hour in a November 2017 Hearing by Fisher before Surrogate Judge Rita Mella. See Exh 7 - Nuveen Account created May 18, 1988, on page 1 of transcript upper right hand corner, citing date of creation.

16. On August 9, 1988 and August 16, 1988, G. Oliver Koppell (soon to be NYS Attorney General as NYS AG Abrams is about to step down for an unknown corruption investigation) on behalf of Evelyn, deposes Mandelbaum concerning the Will, the Death Certificates, Mandelbaum's false CPA credentials (Mandelbaum never graduated), Check Forgeries, bank accounts and other bad acts. The Assistant Attorney General Howard Holt represents the benefiiciary Charities Harvard and others. Exh. 8 Transcript Depositions of David J. Mandelbaum dated August 9, 1988, and August 16, 1988, respectively.

17. On August 9 and 16, 1988, Wolf Popper and Fisher as Mandelbaum's attorney opposes any and all production of accounting documents. See Exh. 8 above, pp 74, 159 respectively.

18. On September 7, 1988, Wolf Popper, Fisher and Mandelbaum secretly amend Simon's Citizenship status to Canada and his middle name addition of Abraham on the death certificate by falsifying Evelyn's name. Evelyn never knows about 09-07-1988 Amendment. Exh. 9 Simon A. Goldberg Death Certificates amended September 7, 1988 and October 19, 1988.

19. On October 19, 1988, Wolf Popper, Fisher and Mandelbaum secretly amend Simon's known as name Simon A. Goldberg and have Simon's United Nations information rewritten. Again, Evelyn never knows about the 10-19-88 Amendment. Evelyn has retained 15 original June 1, 1985 Death Certificates for her legal purposes. See Exh. 9 above.

20. 1992, Bernie Madoff's fraud is revealed in detail in 2016 (twenty four years later), when Bernie Madoff will admit in a bankruptcy proceeding deposition on December 20, 2016 to 1992 split-strike fraud and assuming short liabilities; and in a deposition on April 4, 2017, Bernie Madoff goes into further detail about the 1992 fraud with buying treasury securities and the fraud/short liabilities that Judge Stuart Bernstein refers to as the Light Switch moment. Exh. 10 Bernard Madoff Deposition dated April 26, 2017, P11 Judge Bernstein Light Switch 1992 trading moment, P19-20 Treasuries Purchased, P75 Canadian Accounts.

### III. MADOFF'S BLMIS LIGHT SWITCH STRATEGY FOR FRAUD DETAILED IN THE WOLF POPPER ACCOUNTINGS FOR SIMON'S ESTATE FROM 1985 TO 2008 INDICATES THAT WOLF POPPER IS A SUB ACCOUNT OF A BIG FOUR CLIENT

21. On Feb 13, 1993, Wolf Popper files a Petition and Interim Accounting. Please note Schedule A-2 of Income Collected - Amounts collected which are being included herein as income, for which a complete explanation cannot be found. See Exh 11. Wolf Popper's filed Informal Accounting 1985-92 on behalf of Simon's Estate on February 13, 1993.

22. I respectfully apologize to Judge Stuart Bernstein and would again, most respectfully to Pope Francis that the Wolf Popper Simon Interim Accounting 1985-92 establishes the Light Switch Moment began earlier than 1992 and can most likely be explained by being a sub-account of the Big Four, most probably Picower, and that Trustee Picard has the records or has knowledge of where to find the records, to which we thank Picard for producing in advance.

23. I would like to respectfully suggest that the Light Switch Moment actually occurred in 1998 which permits Irving Picard and attorneys representing clients to claw back a huge substantial sum of monies from Big Four Sub Accounts including those monies invested in real estate development projects currently earning significant incomes from government leases.

### IV. MANHATTAN SURROGATE COURT JUDGE ROTH EXPOSED AS A WOLF POPPER/MADOFF BLMIS ENABLER AND OUTED IN APRIL 1993 BY EVELYN

24. On April 16, 1993, Evelyn in Wolf Popper's Offices finds the January 23, 1993 Wolf Popper  Memo from Fisher to Emily Madoff (Bernard Madoff's Boston Cousin and Estate Attorney handles all Wolf Popper's tax and accounting filings) explaining that he has spoken to Surrogate Judge Roth who is going to deny the Evelyn's motion to remove Mandelbaum as Surrogate Judge Roth has denied all of Evelyn's motions in the past. Exh.12 Wolf Popper Memo dated January 23, 1993 from John C. Fisher Partner to Emily Madoff (Bernie's cousin).  See also Exh 2 above billing records of Wolf Popper meeting between Fisher, Madoff and Lester Levy.

25. On April 17, 1993, Evelyn begins notifying the IRS, Federal SDNY Prosecutors, NY State Attorney General, Manhattan District Attorney, and NY POST Editor Jack Newfield of the memo concerning Wolf Popper/Emily Madoff//Fisher's ex parte communications with the Surrogate Judge Roth.

4

## V.  MADOFF/WOLF POPPER - THE CANADIAN AND FOREIGN BANKS HIDDEN ASSETS GUARDIAN AD LITEM LAUNCHED AND MADOFF/WOLF POPPER COVER-UP

26. During the April 4, 2017 Madoff Deposition at the Butner NC Correctional Facility, Madoff admits to Foreign Bank Component, expressly mentioning Canadian Banks. See Exh 10 Page 75 to which Madoff identifies the Canadian Trading Account for BLMIS.

27. On April 14, 1993, Wolf Popper/Madoff have launched a Secret Canadian Ancillary Probate to take control of Simon's contested Canadian Assets without notice to Evelyn. Exh 13, 1993 Canadian Ancillary Probate Petition P5 Affidavit of Mandelbaum dated April 14, 1993.

28. On June 1, 1993, NY Post Editor Jack Newfield writes a front page expose exposing Manhattan Surrogate Judge Eve Preminger and other Surrogates for taking bribes.  Exh 14 NY Post Jack Newfield, Court Patronage Favors an Elite Few published June 1, 1993.

29. On June 8, 1993 Fisher, Korn, Roth's Clerk and Judith Siegel-Baum execute the plot for a GAL on Evelyn by Telephone. See below Exh 15 Siegel-Baum Affid of Billing Telephone Record filed November 2, 1995. Fisher denies all knowledge of how GAL was created and deletes his billing record of the phone call. Evelyn never served a copy of 1995 Siegel Baum billing record at Evelyn's Apt. 19C. (Please note billing record if produced in 1993 for June 8, 1993 telephone call from GAL Judith Siegel Baum's November 2, 1995 billing records would have been proof of the Madoff Ponzi Scheme. Exh.15 GAL Judith Siegel Baum Billing Records from June 8, 1993 to October 16, 1995 (missing Evelyn's apartment number/mail never delivered by mailman).

30. On June 8 1993, Fisher writes to the (GAL) Clerk Joe Brown a letter to adjourn Evelyn's Petition to remove Mandelbaum for fraud. Evelyn does not know Brown is the GAL Clerk. Exh 16 - June 8, 1993 Fisher Letter to GAL Clerk Joseph Brown in Room 301 with notice to Assistant AG Howard Holt.

31.  Wolf Popper's Canadian Attorney on June 11, 1993 files Canadian Ancillary Papers. Wolf Popper starts to panic with Madoff from Evelyn's filings to Judiciary See Exh 13 above.

32. On June 16, 1993, James V. Gallagher, from the Manhattan Surrogate Accounting Depart. issues an unsigned GAL order to Judith SiegelBaum from Preminger (who later refuses to sign). I personally spoke to Eve Preminger who denies issuing the order.  Exh 17 - June 16, 1993 Accounting Department Clerk Order for Guardian Ad Litem over Evelyn Goldberg.

33. From June 23 to June 30, 1993, without a signed order or hearing, Judith Siegel Baum exercises GAL control over the Evelyn's claims in the Simon Estate, including service of all papers by Wolf Popper. Exh 18 - Judith Siegel Baum acceptance of GAL appointment over Evelyn filed July 1 1993.  See also Exh. 15 Siegel Baum billing for secret sequence of events.

34. On June 30, 1993 Surrogate Eve Preminger refuses to sign any orders forcing Manhattan Surrogate Judge Roth to sign an GAL order on June 30, 1993. Evelyn never receives a hearing and GAL Judith Siegel Baum essentially takes over for Evelyn before Judge Roth. Exh. 19 - Surrogate Judge Renee Roth  June 30, 1993 Guardian ad Litem over Evelyn without a hearing.

## VI.  SURROGATE ROTH PANICS FOR RE-ELECTIOIN AND MADOFF ESTATE FRAUD 1995 HEARINGS ON GAL FRAUD WITH TRANSCRIPT FRAUD ADMISSIONS ACCOUNTING DECREE FOR ACCOUNTING MAY 1985-OCT 95 NY POST JACK NEWFIELD 1996 ARTICLE EXPOSING ROTH/MADOFF GAL FRAUD

35.  On Feb 24, 1995, Surrogate Roth panics and issues a February 24, 1995 order for a Conspiracy Hearing on the Guardian ad Litem over Evelyn as Evelyn is moving in NYS Supreme Court with Article 78 actions to expose the Accounting Fraud. Exh 20 Surrogate Roth Feb 24, 1995 Order to Conduct a conspiracy hearing on the Guardian ad Litem and Accounting.

36.  On January 23, 1995, Special Referee Karin Barkhorn, John Fisher, and GAL Judith Siegel Baum admit on the record without Evelyn Goldberg present that they will not discuss the GAL appointment and that  Surrogate Roth will handle that issue.  Exh. 21 Conspiracy Hearing Transcipt for January 23, 1995, P26 On Hearings on Fraud and Transcript Admissions, PP 25-26.

37.  On June 1, 1995, Special Referee Barkhorn Report issued.  Page 1, Footnote 1 evidences Surrogate's Roth March 2, 1995 GAL Fraud Motion Denial to cover-up of the January 23, 1995 Fisher and GAL Siegel Baum fraud to further cover-up Madoff investments. The Barkhorn report goes on to expressly cites accounting with no explanations. Exh 22 June 1, 1995 Special Referee Karin Barkhorn Report on GAL Conspiracy and Constitutional Rights violations.

38.  On October 31, 1995, Wolf Popper files a Supplemental Accounting from January 1, 1993 to October 31, 1995 with neither a Supporting Affidavit nor docketing. Exh 23 Wolf Popper Supplemental Accounting for Simon from January 1, 1993 to October 31, 1995.

39.  The October 31, 1995 Supplemental Accounting reads like a direct billing statement from Madoff's April 26, 2017 Deposition on Light Switch Trades and fraudulent Treasury purchases.

40. On December 28, 1995, Surrogate Judge Roth issues accounting decree that contains a major error with Canadian Treasury and other assets that were transferred to the US but were not counted in the US asset receipt collumn. Loren brought the Accounting Error to beneficiary Pope Francis' attorney in 2015. To my knowledge that major Canadian Treasury Asset Transfer has not been addressed. Exh 24 Surrogate Judge Roth's December 28, 1995 Accounting Decree.

41. On December 28, 1995, in the supra Exh 24 Supplemental Accounting 1993 to Oct 31, 1995 Schedule C, the 1993 Secret Canadian Ancillary Probate Court fees are misidentified as 1994. (See Exh 12 Canadian Ancillary Probate Filings). Evelyn never knew of the Canadian Ancillary Probate Proceeding

42. On September 1, 1996, Jack Newfield, Editor, NY Post makes good on his promise to Evelyn to print Surrogate Roth's GAL Fraud. See Exh 25 NY Post Editor Jack Newfield September 1, 1996, citing GAL Judith Siegel Baum and others involved in the Wolf Popper Madoff Fraud in the Manhattan Surrogate Probate Court Patronage Policy.

## VII. EVELYN GOLDBERG DIES ON NOVEMBER 11, 2008 NOT KNOWING EMILY MADOFF IS THE MASTERMIND BEHIND WOLF POPPER FRAUD ON TRUSTS AND ESTATES MADOFF ADMITS TO FRAUD ON DECEMBER 11, 2008 EXECUTOR LOREN GOES TO PICARD ON JULY 7, 2012 LOREN ACCUSED OF $72,000 FRAUD IN LAS VEGAS-BANK OF AMERICA ACCOUNT EXECUTOR LOREN GOES IRS AND CONGRESS IN 2015 SURROGATE MELLA CORRECTS THE DOCKET IN 2015 WITH 190 FRAUD FILINGS EXECUTOR LOREN FILES SIPC AND DOJ MADOFF VICTIMS FUND

43. On November 11, 2008, Evelyn Goldberg Dies.

44. On December 10, 2008, Bernard Madoff admits to the Ponzi Scheme.

45. On July 2011, Fisher bounces a check for $326,504.75 to Evelyn's estate. Exh 26 - Simon Estate bounced check and make up check from Fisher and Wolf Popper.

46. On August 26, 2010, Loren as Executor of the Evelyn Goldberg Estate, relies on an attorney for a due diligence file search of tax records at Fisher's office and further receives the Docket for the Simon probate action. Exh 27 Docket from Manhattan Surrogate Court dated August 26, 2010 with twenty four entries.

47. On November 15, 2011, Loren goes to Court file with the 2010 Docket and starts to go over 190 documents not entered on the docket, including the Petition and finds the various admission document.

48. On July 7, 2012 Loren realizes Emily Madoff of Wolf Popper is Bernie Madoff's Cousin, and that Emily Madoff was involved in the 1993 GAL Fraud and accounting fraud.

49. Only July 7, 2012 Loren informs Picard of Madoff by fax concerning Emily Madoff and the Wolf Popper fraud and speaks with Picard personally. Exh 28 July 7, 2012 fax from Loren to Picard re Emily Madoff and Wolf Popper.

50. Within 48 hours, the NYC Law Dept contacts Loren to explain $72,000 in a Las Vegas Bank Account at Bank of America. The funds are Evelyn's Merrill Lynch funds stolen by Bank of America to hide their asset fraud.

51. Within 72 hours, Loren begins receiving Illinois debt collector calls every half hour. Illinois Speaker Michael Madigan tells the debt collector to stop. The debt collector address was a deserted four way intersection.

52. Loren files for NYS Licensing Bureau for Mandelbaum's fraudulent CPA representations to the Goldbergs after Loren sees Wolf Popper defended Mandelbaum's CPA fraud and billed Simon's estate. Only Wolf Popper has the final report for the Fraud.

53. Loren files with IRS in 2015 for fraud and starts xeroxing every document in the file.

54. On October, 2015 Manhattan Surrogate Judge Mella places the Simon file in her office and refuses Loren access.

55. On November 2015 Surrogate Judge Mella has amended Simon Docket to include an additional 190 documents previously not on file. Exh 29 Simon Probate Docket May 11 2017

56. On February 9, 2016 Loren discovers death Certificate Fraud Amendments.

57. On October 5, 2016 Loren discovers secret Canada Ancillary Probate Fraud

58. On October 23, 2017 Loren pursues IRS claims.

59. On November 9, 2017 Fisher issues an IOLA check for interest payments to Evelyn.

Continued on next page

## VIII.  LOREN FILES SIPC AND MADOFF VICTIMS FUND CLAIMS

60.  On January 2018, Loren files SIPC and Madoff Victim Fund claims.

61.  On April 22, 2018 Loren reads Bernard Madoff Deposition Admissions concerning the 17th floor, DiPascali, and the Canadian Securities and Treasury Trade Accounts.

62.  On April 22, 2018, Trustee Picard has knowledge of 1992 treasuries fraud and has documentation concerning Wolf Popper and BLMIS

63.  On April 22, 2018 Loren reviews the Simon counting 1985-to October 31, 1995 which reads like Madoff's deposition.

64.  On April 23, 2018, Loren would like to apologize to Pope Francis for not understanding how Bernard Madoff and BLMIS in concert with Wolf Popper stole Simon's estate.

Loren respectfully requests Judge Stuart Bernstein grant an extension for Loren to fully cross index his files and Trustee Picard to produce the Wolf Popper documents so that Loren can firmly establish the Wolf Popper Bernard L. Madoff Investment Securities LLC accounts.


Signed under penalty of perjury this April 23, 2018

_____

Dean Loren, Executor, Evelyn Goldberg Estate


Sworn to before me this April 23, 2018

_____
Notary Public

**SHAHIN S BHUIYAN**
NOTARY PUBLIC, STATE OF NEW YORK
NO.01BH6114597
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES AUGUST 23, 20 2 0

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

EXHIBIT LIST

| PAGE | EXHIBIT | DESCRIPTION |
|------|---------|-------------|
| 0001 | Affidavit | Dean Loren's Affidavit dated April 23, 2018 in support of motion for SIPC Claims |
| 0010 | Exhibit List | List of Exhibits |
| 0013 | 1 | Affid of John Franks with Exh A Client List Page 162 of 162, citing BLMIS client Wolf Popper LLC. |
| 0019 | 2 | Wolf Popper Billing from June 6, 1987 to Jan 1, 1995 and Supplemented on December 21, 1995, |
| 0045 | 3 | Fraudulent Death Certificate of Simon A. Goldberg filed June 1, 1985 as a US Citizen |
| 0048 | 4 | July 2, 1985 Probate Petition 1985-3169 filed by Mandelbaum, citing Simon as a Canadian citizen |
| 0055 | 5 | Forged Simon and Evelyn 1985 Joint Tenancy Checks by David J. and Rosemary Mandelbaum |
| 0059 | 6 | June 23, 2017 Bloomberg News Big Four Reveal in Bernie Madoff by Erik Larson, reporter |
| 0064 | 7 | Nuveen Account created May 18, 1988, Page 1 of Transcript upper right hand corner heading |
| 0122 | 8 | Transcript Depositions of David J. Mandelbaum dated August 9, 1988, and August 16, 1988, citing to p 74 and p 159, respectively, Wolf Popper will not produce accounting records |
| 0135 | 9 | Simon A. Goldberg Death Certificates amended September 7, 1988 and October 19, 1988 for USA Citizenship and Simon A. Goldberg, respectively. Accounting record says 1995 but really April 13, 1993 filing in Canada by Wolf Popper. |

Loren Affid dated April 23, 2018 - Exhibit List Continued

EXHIBIT LIST

| PAGE | EXHIBIT | DESCRIPTION |
|------|---------|-------------|
| 0137 | 10 | Bernard Madoff Deposition dated April 26, 2017, Judge Bernstein Light Switch 1992 trading moment, P19-20 Treasuries Purchased, P75 Canadian Accounts |
| 0149 | 11 | Wolf Popper's filed Informal Accounting 1985-92 on behalf of Simon's Estate on February 13, 1993 |
| 0275 | 12 | Wolf Popper Ross Wolf & Jones Memo dated January 23, 1993 from John C. Fisher Partner to Emily Madoff concerning Surrogate Judge Roth |
| 0277 | 13 | 1993 Canadian Ancillary Probate Petition P5 Affidavit of Mandelbaum dated April 14, 1993 |
| 0288 | 14 | NY Post Jack Newfield, Court Patronage Favors an Elite Few published June 1, 1993 |
| 0290 | 15 | GAL Judith Siegel Baum Billing Records from June 8, 1993 to October 16, 1995 (showing June 8, 1993 telephone call by Fisher to fix GAL |
| 0300 | 16 | June 8, 1993 Fisher Letter to GAL Clerk Joseph Brown, Rm 301, noticed to Asst AG Howard Holt |
| 0303 | 17 | June 16, 1993 Accounting Department Clerk Order for Guardian Ad Litem over Evelyn Goldberg typed by Clerk James Gallagher |
| 0305 | 18 | Judith Siegel Baum acceptance of GAL appointment over Evelyn filed July 1, 1993 |
| 0308 | 19 | Surrogate Judge Renee Roth  June 30, 1993 Guardian ad Litem over Evelyn without a hearing |
| 0310 | 20 | Surrogate Roth Feb 24, 1995  Interim Order denying motion to vacate and discussion on the conspiracy hearing re: the Guardian ad Litem and Accounting fraud |

Loren Affid dated April 23, 2018 - Exhibit List Continued

EXHIBIT LIST

| PAGE | EXHIBIT | DESCRIPTION |
|------|---------|-------------|
| 0315 | 21 | Conspiracy Hearing Transcript for January 23, 1995, P26. Hearings on Fraud and Transcript Admissions, PP 25-26, Fisher and Judith Siegel Baum fixing GAL not to be discussed |
| 0322 | 22 | June 1, 1995 Special Referee Karin Barkhorn Report on GAL Conspiracy and Constitutional Rights violations |
| 0334 | 23 | Wolf Popper Supplemental Accounting for Simon from January 1, 1993 to October 31, 1995 |
| 0427 | 24 | Surrogate Judge Roth's December 28, 1995 Accounting Decree |
| 0435 | 25 | NY Post Editor Jack Newfield  September 1, 1996, re GAL Judith Siegel Baum involved in the Wolf Popper Madoff Fraud and others in the Manhattan Surrogate Court Patronage Policy |
| 0437 | 26 | Simon Estate June 27, 2011 Bounced check and Replacement check from Fisher/Wolf Popper |
| 0441 | 27 | Docket from Manhattan Surrogate Court dated August 26, 2010 with twenty-four entries do not evidence GAL orders nor Accounting fraud motions |
| 0443 | 28 | July 7, 2012 fax from Loren to Picard re Emily Madoff and Wolf Popper |
| 0445 | 29 | Simon Probate Docket May 11 2017 with additional 190 documents placed on the record sua sponte by Surrogate Judge Rita Mella after being contacted by the IRS and Loren files complaint of Simon Goldberg's fraudulent amended death certificates. Surrogate Mella rehabbed the docket to 223 documents. |

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 1 of 29

John Franks, Director of AlixPartners, LLP, employed by Trustee Picard
Affidavit dated February 3, 2008


See Paragraph 5, P2

2.  AlixPartners employees and Baker & Hostetler LLP attorneys reviewed BLMIS'
books and records and provided AlixPartners with the names , addresses and
account numbers of some of  the customers, creditors and broker dealers of BLMIS.


Paragraph 8, P2

8. ... The mailing was accomplished on behalf of the Trustee by sending the
Customer Documents to each of the persona and/or entities listed on the attached
Exhibit A.

with

Exhibit A Client List Page 162 of 162, citing Wolf Popper LLC

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789-BRL <br><br> SIPA Liquidation |

### AFFIDAVIT OF MAILING

I, JOHN FRANKS, being duly sworn, depose and say that:

1.     I am a Director at the Dallas, Texas office of AlixPartners, LLP ("AlixPartners").

AlixPartners is employed by the Trustee (as defined) as claims agent, in part.

2.     I have personal knowledge of the matters herein.

3.     On December 15, 2008, the United States District Court for the Southern District of

New York entered an order appointing Irving H. Picard, Esq. ("the Trustee") as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities

Investor Protection Act of 1970, 15 U.S.C. § 78aaa et seq., as amended ("SIPA").

4.     On December 23, 2008, an order ("the Order") was entered in this proceeding

authorizing and directing the Trustee to, amongst other things, mail a copy of (a) the notice of the

commencement of this liquidation proceeding (the "Notice"), explanatory information and claim

form to each person who, from the books and records of BLMIS, appeared to have been a customer

of BLMIS with an open account during the twelve month period prior to December 11, 2008; (b) the

Notice, explanatory letter and claim form to creditors other than customers; and (c) the Notice, explanatory letter and Series 300 Rules to broker dealers to the addresses of such customers, creditors and broker dealers as they appeared on available books and records of BLMIS.

5.        On or around December 23, 2008, the Trustee employed AlixPartners to assist the Trustee in carrying out his duties and responsibilities pursuant to this proceeding. AlixPartners employees and Baker & Hostetler LLP attorneys reviewed BLMIS' books and records and provided AlixPartners with the names, addresses and account numbers of some of the customers, creditors and broker dealers of BLMIS.

6.        AlixPartners also received the names and/or addresses of some of the customers, creditors and broker dealers of BLMIS via phone calls and voicemails left by customers on the Trustee's hotline and mail/e-mail from customers sent directly to the Securities Investor Protection Corporation ("SIPC") and BLMIS, which were forwarded to AlixPartners.

7.        A customer list (including creditors and broker dealers of BLMIS) was prepared under the direction of AlixPartners. From this list, AlixPartners generated a complete set of mailing labels for the customers, creditors and broker dealers of BLMIS.

8.        AlixPartners arranged for the Notice, a letter to all customers of BLMIS, a customer claim form, instructions for completing customer claim form, SIPC Investor's Guide to Brokerage Firm Liquidations Brochure ("SIPC Brochure") and a return envelope (the "Customer Documents") to be mailed to customers of BLMIS. The mailing was accomplished on behalf of the Trustee by sending the Customer Documents to each of the persons and/or entities listed on the attached Exhibit A.

9.        AlixPartners arranged for the Notice, an explanatory letter and a general creditor claim form (the "Vendor Documents") to be mailed to vendors of BLMIS. The mailing was

accomplished on behalf of the Trustee by sending the Vendor Documents to each of the persons

and/or entities listed on the attached <u>Exhibit B</u>.

10.     AlixPartners arranged for the Notice, an explanatory letter and a general creditor

claim form (the "Employee Documents") to be mailed to current and former employees of BLMIS.

The mailing was accomplished on behalf of the Trustee by sending the Employee Documents to each

of the persons and/or entities listed on the attached <u>Exhibit C</u>.

11.     AlixPartners arranged for the Notice, an explanatory letter and SIPC Series 300 Rules

Brochure for Broker Dealers (the "Broker Dealer Documents") to be mailed to broker dealers of

BLMIS.   The mailing was accomplished on behalf of the Trustee by sending the Broker Dealer

Documents to each of the persons and/or entities listed on the attached <u>Exhibit D</u>.

12.     AlixPartners arranged for the Notice, applicable explanatory letter, claim form,

instructions and SIPC Brochure (the "Other Party Documents") to be mailed to other parties of

BLMIS.   The mailing was accomplished on behalf of the Trustee by sending the Other Party

Documents to each of the persons and/or entities listed on the attached <u>Exhibit E</u>.

13.     The Customer Documents, Vendor Documents, Employee Documents, Broker Dealer

Documents and Other Party Documents are collectively referred to herein as the "Documents."

14.    The Documents were mailed on behalf of the Trustee to the majority of customers on

January 2, 2009.  Some of the Documents were mailed to customers after January 2, 2009, but on or

before January 9, 2009.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas this 3rd day of February, 2009.

John Franks
Director
AlixPartners LLP

Subscribed and sworn to before me
this 3rd day of February, 2009.



Notary Public  March 27, 2010

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2010

4

| LIN1 | LINE2 | LINE3 | LINE4 | LINE5 |
|---|---|---|---|---|
| WOLF HALDENSTEIN ADLER | FREIDMAN & HERZ LLP | ATTN: CHARLES BALLER ESQ | 270 MADISON AVENUE 9TH FL | NEW YORK, NY 10016 |
| WOLF MANAGEMENT SERVICES INC | PROFIT SHARING PLAN | 24 LAKESHORE DRIVE | EASTCHESTER, NY 10709 | |
| WOLF POPPER LLP | ATTN: MARIAN POPPER | 845 THIRD AVENUE 12TH FL | NEW YORK, NY 10022 | |
| WOLFSON COUSINS, LP | 209 2ND STREET PMB #57 | LAKEWOOD, NJ 08701 | | |
| WOLFSON EQUITIES | 209 SECOND STREET PMB #57 | LAKEWOOD, NJ 08701 | | |
| WOLFSON EQUITIES | ONE STATE STREET PLAZA | NEW YORK, NY 10004 | | |
| WOODLAND PARTNERS LP | 201 SOUTH HIGHLAND AVENUE | PITTSBURGH, PA 15206 | | |
| WOODROCK INVESTMENT | C/O GUERRO INC SUITE 1825 | 1245 SHERBROOKE STREET WEST | MONTREAL, QUEBEC | CANADA H3G 1H4 |
| WRIGHT INVESTMENT FUND | C/O URESSA A WRIGHT-HOROWITZ | 3301 BAYSHORE BLVD UNIT #610 | TAMPA, FL 33629 | |
| WRIGHT INVESTMENT FUND | C/O URESSA A WRIGHT-HOROWITZ | 3507 BAYSHORE BLVD UNIT #803 | TAMPA, FL 33629 | |
| WSC INVESTMENT SERVICE | ATTN: BILL TARANGELO | PO BOX 919 | BOWLING GREEN STA, NY 10274 | |
| WSD PARTNERS | 225 BUFFALO AVENUE | FREEPORT, NY 11520 | | |
| WUNDERKINDER FOUNDATION | 11400 W OLYMPIC BLVD #550 | LOS ANGELES, CA 90064 | | |
| WYN MCKNELL | 2502 WATERCREST LANE | JOHNS ISLAND, SC 29455 | | |
| WYOMISSING INDUSTRIAL PARK INC | 1150 BERN ROAD | WYOMISSING, PA 19610 | | |
| YALE FISHMAN CHARITABLE LEAD | ANNUITY TRUST | 930 BROADWAY | WOODMERE, NY 11598 | |
| YALE FISHMAN CHARITABLE TRUST | C/O YALE FISHMAN | 445 CENTRAL AVE SUITE 201 | CEDARHURST, NY 11516 | |
| YALE FISHMAN FAMILY FOUNDATION INC | 930 BROADWAY | WOODMERE, NY 11598 | | |
| YESOD FUND | MARKS PANETH & SHRON LLP | ATTN: PHYLLIS JAFFE | 622 THIRD AVE 7TH FLR | NEW YORK, NY 10017 |
| YETADLL FOUNDATION | C/O ADELE ENGEL BEHAR, PRES | PO BOX 928 | CORTARO, AZ 85652 | |
| YETTA GOLDMAN | 3070 GRAND BAY BLVD UNIT 643 | LONGBOAT KEY, FL 34228 | | |
| YMF PARTNERS II LLC | 930 BROADWAY | WOODMERE, NY 11598 | | |
| YOLANDA GREUR TRUST | U/A 12/19/93 YOLANDA GREUR TTEE | 9486 LANTERN BAY CIRCLE | WEST PALM BEACH, FL 33411 | |
| YOUNG FAMILY PARTNERS LLC | SOL YOUNG CO-MANAGER | BETTY YOUNG CO-MANAGER | 79 OCEAN DRIVE EAST | STAMFORD, CT 06902 |
| YOUNG FAMILY PARTNERSHIP | C/O JEROME A PORTER | 223 WESTERN AVENUE STE B | PETALUMA, CA 94952 | |
| ZANE P WERNICK SPEC FAMILY TRST | 28 BRIARCLIFF ROAD | PO BOX 60933 | LONGMEADOW, MA 01116 | |
| ZANE WERNICK | 881 OCEAN DRIVE APT 24D | KEY BISCAYNE, FL 33140 | | |
| ZANE WERNICK | 28 BRIARCLIFF ROAD | LONGMEADOW, MA 01106 01325 | | |
| ZAYDIE LENNY LTD | C/O LEONARD MILLER | 16051 COLLINS AVENUE #1604 | SUNNY ISLES BEACH, FL 33160 | |
| ZAYDIE LENNY LTD | C/O ROBERT MILLER | 1350 BRIDLE PATH LANE | WESTON, FL 33331 | |
| ZELDA PEMSTEIN | TSTEE ZELDA PEMSTEIN REV TST | U/A/D 2/19/03 | 251 CRANDON BLVD #1231 | KEY BISCAYNE, FL 33149 |
| ZELDA PEMSTEIN | 5 CHIPPER LANE | MASHPEE, MA 02649 | | |
| ZENO FAMILY FOUNDATION | C/O HOWARD ZIMINSKY | 724 EXCHANGE ST SUITE 412 | BUFFALO, NY 14210 | |
| ZENO FRANCIS LEVY UGMA | FRANCIS LEVY CUSTODIAN | C/O PAUL KONIGSBURG | 440 PARK AVENUE SOUTH | NEW YORK, NY 10016 |
| ZEST ASIA PACIFIC LIMITED | 16/F SILVER FORTUNE PLAZA | 1 WELLINGTON STREET | CENTRAL HONG KONG | HONG KONG |
| ZEST ASIA PACIFIC LIMITED | AUSTRASSE 49 PO BOX 1160 | FL-9490 VALDUZ, LIECHTENSTEIN | | |
| ZEUSES INVESTMENT ACCOUNT | C/O MARSHALL ZEUSS | 22 DEEPWOODS LANE | OLD GREENWICH, CT 06870 | |
| ZIN INVESTMENTS LTD | C/O SERVENCO ENTERPRISES LTD | 546 FIFTH AVE SUITE 1118 | NEW YORK, NY 10036 05000 | |
| ZIN INVESTMENTS LTD | TROPIC ISLE BUILDING | WICKHAMS CAY RD TOWN TORTOLA | BRITISH VIRGIN ISLND | |
| ZIPORA WAGREICH | TRUSTEE U/A/DTD 11/6/96 | 25 SUTTON PLACE SOUTH APT 16C | NEW YORK, NY 10022 | |
| ZISU INVESTMENTS LLP | C/O NANCY SCHACHTMAN | 212 AUSTRIAN PINE LANE | MISSHITONKA, MN 55305 | |
| ZOCH INVESTMENT P'NRSHIP LTE | 4601 LEOPARD STREET STE 1160 | CORPUS CHRISTI, TX 78473 | | |
| ZWD INVESTMENTS LLC | 209 SECOND STREET PMB 57 | LAKEWOOD, NJ 08701 | | |

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 2 of 29

Wolf Popper Billing from June 6, 1987 to January 1, 1995 submitted on March 1, 1995.

Billing submitted in March after the January 1995 Conspiracy Hearings on GAL and Accounting fraud.

Accounting supplemented on December 21, 1995.

Both billings not served on Special Master Karin J. Barkhorn or Evelyn.

```
REPORT DATE: 01/24/95  11:08 am            WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      4
REPORT ID  : WIP25      03.12.27                Legal Accounting System                         RPT PAGE:      4
                                             PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York              DEPT: 002 Corporate & Commercial

Billing Atty    : JOHN C. FISHER       Client#/Name :    483   David Mandelbaum
Responsible Atty: JOHN C. FISHER       Matter#/Title:   9325   Est. of Simon Goldberg
Prebill Type    : MATTER               Billing Name :          David Mandelbaum
                                       Area of Law  :    555   Foreign Litigation

Prebill Date:    Thru 01/24/95

                                               F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 06/08/87 | Met with Goodkind Wechsler in ref. to new matter. | JOHN C. FISHER | 1.50 | 200.00 | 300.00 | 45284 | |
| 06/10/87 | Reviewed the file. | JOHN C. FISHER | .80 | 200.00 | 160.00 | 45286 | |
| 06/10/87 | Discussed case with Stanley Singer. | JOHN C. FISHER | .60 | 200.00 | 120.00 | 45287 | |
| 06/10/87 | Called the client in ref. to status of case. | JOHN C. FISHER | .60 | 200.00 | 120.00 | 45288 | |
| 06/12/87 | Prepared consent to change attorney & prepared motion notice; spoke to client; prepared to dismiss & demand for bill of particulars. | JOHN C. FISHER | 2.00 | 200.00 | 400.00 | 45285 | |
| 06/15/87 | Preparation bll Notice of Motion, consent demand for bill. | JOHN C. FISHER | .60 | 200.00 | 120.00 | 45289 | |
| 06/16/87 | Met with client at his office to sign papers and discuss estate. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45325 | |
| 07/16/87 | Received a telephone call from Haight Gardner, later called the client and discussed the motion and settlement. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45326 | |
| 07/21/87 | Received a call from the new attorney for Mrs. Goldberg, called the client. | JOHN C. FISHER | .80 | 200.00 | 160.00 | 45327 | |
| 07/24/87 | Dictated a letter. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45328 | |
| 07/24/87 | Dictated a letter to Hershberg. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45329 | |
| 07/24/87 | Appeared in court ref. to motion. | JOHN C. FISHER | .80 | 200.00 | 160.00 | 45330 | |
| 07/24/87 | Received a call from Hershberg, Esq. re adjournment. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45332 | |
| 07/31/87 | Read cross motion. | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45333 | |
| 08/10/87 | Called client ref. to court appearance. | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45335 | |
| 08/10/87 | Researched and prepared Affidavit in Opposition to Cross Motion. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45336 | |
| 08/11/87 | In court on motion and cross motion; lt/Hershberg and client. | JOHN C. FISHER | 2.50 | 200.00 | 500.00 | 45337 | |
| 10/06/87 | Called Chambers. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45338 | |
| 10/06/87 | Wrote to Hershberg and Wrote to NYSS. CPA. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45340 | |
| 10/21/87 | Had a telephone conference with Hershberg in reference to conference and settlement, called David Mandelbaum. | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45341 | |
| 10/28/87 | Reviewed the file to prepare before the court conference. | JOHN C. FISHER | .70 | 200.00 | 140.00 | 45342 | |
| 10/28/87 | Called the client, also Hershbert & Michael Carlin. | JOHN C. FISHER | .30 | 200.00 | 60.00 | 45343 | |
| 10/28/87 | Attended court conference. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45344 | |

WOLF POPPER ROSS WOLF & JONES, L.L.P.
Legal Accounting System
PREBILL MEMO WORKSHEET # 229

REPORT DATE: 01/24/95 11:08 am
REPORT ID : WIP25   03.12.27

PAGE: 5
RPT PAGE: 5

OFFICE: 001 New York

DEPT: 002 Corporate & Commercial

Billing Atty    : JOHN C. FISHER
Responsible Atty: JOHN C. FISHER
Prebill Type    : MATTER

Client#/Name : 483   David Mandelbaum
Matter#/Title: 9325  Est. of Simon Goldberg
Billing Name : David Mandelbaum
Area of Law  : 555   Foreign Litigation

Prebill Date:   Thru 01/24/95

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|-----------|-------|------|--------|--------|-----|
| 11/03/87 | Called Mark in reference to Prelininary Letters and death certificate and orders. | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45345 | |
| 11/03/87 | Prepared Note of Issue | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45346 | |
| 11/09/87 | Spoke with Hershberg about possible settlement. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45347 | |
| 11/09/87 | Proofread and filed Note of Issue, looked at 1985-86 tax returns and dicta-ted a letter to David Mandelbaum. | JOHN C. FISHER | .40 | 200.00 | 80.00 | 45348 | |
| 11/10/87 | Received telephone call from David Mandelbaum. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45349 | |
| 11/17/87 | Met with David Mandelbaum in reference to the collection of assets. | JOHN C. FISHER | 2.00 | 200.00 | 400.00 | 45350 | |
| 11/23/87 | REceived a call from Mr. Hershberg. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45351 | |
| 12/28/87 | Received a call from court, called Hershberg in reference to motion and called the court. | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45353 | |
| 12/29/88 | Spoke with the client. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45352 | |
| 01/27/88 | Called Hershberg, Esq., also called David Mandelbaum. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45354 | |
| 01/27/88 | Dictated a letter to the court. | JOHN C. FISHER | .40 | 200.00 | 80.00 | 45355 | |
| 02/05/88 | Had a telephone conference with Harvey Korn and David Mandelbaum | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45356 | |
| 02/23/88 | Received a call from Peter Mielke in reference to taxes, called David Mandelbaum and also called Arlene Harris to set up a court conference. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45357 | |
| 02/29/88 | Received a call from the court in reference to the conference. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45358 | |
| 03/01/88 | Called Peter Mieke. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45359 | |
| 03/14/88 | Calls to and from court in reference to the conference which was cancelled. | JOHN C. FISHER | .30 | 200.00 | 60.00 | 45360 | |
| 04/12/88 | Made a call to Arlene Harris and later to David Mandelbaum. | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45361 | |
| 05/06/88 | Reviewed the file for Motion to Dismiss. | JOHN C. FISHER | .30 | 200.00 | 60.00 | 45365 | |
| 05/06/88 | CAlled the court and David Mandelbaum. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45367 | |
| 05/09/88 | Prepared Motion to Dismiss. | JOHN C. FISHER | 2.00 | 200.00 | 400.00 | 45369 | |
| 05/09/88 | Received a call from Eisenberg in reference to the settlement. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45370 | |

WOLF POPPER ROSS WOLF & JONES, L.L.P.
Legal Accounting System
PREBILL MEMO WORKSHEET # 229

| REPORT DATE: 01/24/95 11:08 am | | PAGE: | 6 |
| REPORT ID : WIP25    03.12.27 | | RPT PAGE: | 6 |

OFFICE: 001 New York                           DEPT: 002 Corporate & Commercial

Billing Atty   : JOHN C. FISHER        Client#/Name :   483   David Mandelbaum
Responsible Atty: JOHN C. FISHER       Matter#/Title:  9325   Est. of Simon Goldberg
Prebill Type   : MATTER                Billing Name :         David Mandelbaum
                                       Area of Law:     555   Foreign Litigation

Prebill Date:    Thru 01/24/95

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 05/10/88 | Proofread and made changes on Motion to Dismiss | JOHN C. FISHER | .50 | 200.00 | 100.00 | 45372 | |
| 05/23/88 | Had a telephone conversation with Allan Hershberg. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45373 | |
| 06/09/88 | Received a telephone call from Eisenberg in reference to trust. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45374 | |
| 06/15/88 | Received a telephone call from Elizabeth Banson re Counsel. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45375 | |
| 06/27/88 | Incourt re Motion to Dismiss. | JOHN C. FISHER | 1.10 | 200.00 | 220.00 | 45376 | |
| 06/27/88 | Read material sent to me by David Mandelbaum and dictated a letter. | JOHN C. FISHER | .40 | 200.00 | 80.00 | 45377 | |
| 07/05/88 | Received a call from David Mandelbaum and G. Oliver Koppel re sillent, called David Mandelbaum. | JOHN C. FISHER | .70 | 200.00 | 140.00 | 45378 | |
| 07/18/88 | Spoke to David Mandelbaum re EBT. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45379 | |
| 08/02/88 | Received a call from David Mandelbaum re EBT. | JOHN C. FISHER | .10 | 200.00 | 20.00 | 45382 | |
| 08/04/88 | Preparation for deposition. | JOHN C. FISHER | 1.50 | 200.00 | 300.00 | 45385 | |
| 08/05/88 | Met with David Mandelbaum re preparation for EBT. | JOHN C. FISHER | 1.50 | 200.00 | 300.00 | 45386 | |
| 08/09/88 | Attended David Mandelbaum's Deposition. | JOHN C. FISHER | 3.50 | 200.00 | 700.00 | 45387 | |
| 08/16/88 | Deposition of David Mandelbaum, reviewed document. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45388 | |
| 08/18/88 | Preparation of documents. | JOHN C. FISHER | 2.00 | 200.00 | 400.00 | 45389 | |
| 09/06/88 | Dictated an Order Framing Issues, and letters to Mandelbaum and Duane. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45390 | |
| 09/09/88 | File order framing issues. | JOHN C. FISHER | .20 | 200.00 | 40.00 | 45523 | |
| 09/09/88 | Met with David Mandelbaum. | JOHN C. FISHER | .80 | 200.00 | 160.00 | 45524 | |
| 09/14/88 | Received calls from the probate department on various problems. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45525 | |
| 09/26/88 | Read motion papers - started work on reply. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45527 | |
| 09/30/88 | Worked on Motion reply. Prepared new petition and order for Notice of Objections filed. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45528 | |
| 10/06/88 | Worked on motion and petition for Notice of Objection and typed letters to Duane. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45531 | |
| 10/06/88 | Met with David Mandelbaum on case strategy. | JOHN C. FISHER | 2.00 | 200.00 | 400.00 | 45532 | |
| 10/20/88 | Worked on argument for motion. | JOHN C. FISHER | 6.00 | 200.00 | 1,200.00 | 45535 | |
| 10/21/88 | In court re motion. | JOHN C. FISHER | 1.00 | 200.00 | 200.00 | 45540 | |

```
REPORT DATE: 01/24/95  11:08 am          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:       7
REPORT ID   : WIP25     03.12.27              Legal Accounting System                         RPT PAGE:       7
                                           PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York                   DEPT: 002 Corporate & Commercial

Billing Atty    : JOHN C. FISHER         Client#/Name :   483   David Mandelbaum
Responsible Atty: JOHN C. FISHER         Matter#/Title:  9325   Est. of Simon Goldberg
Prebill Type    : MATTER                 Billing Name :         David Mandelbaum
                                         Area of Law  :   555   Foreign Litigation

Prebill Date:    Thru 01/24/95

                                                 F E E S

DATE        ACTIVITY                                    TIMEKEEPER       HOURS    RATE     AMOUNT    TRAN #   APP

11/09/88  Read letter from client and accountant.      JOHN C. FISHER     .20   200.00     40.00    45541   ____
11/09/88  Called the court in reference to conference. JOHN C. FISHER     .30   200.00     60.00    45542   ____
11/14/88  Called the court in ref to conference.       JOHN C. FISHER     .10   200.00     20.00    45543   ____
11/28/88  Pre-trial conference re settlement.          JOHN C. FISHER    3.00   200.00    600.00    45544   ____
12/05/88  Wrote a letter to Duane in reference to the  JOHN C. FISHER    1.00   200.00    200.00    45545   ____
          settlement.
01/05/89  Made a telephone to client in reference to   JOHN C. FISHER     .50   200.00    100.00    45546   ____
          settlement.
01/06/89  Made a telephone call to actuary.            JOHN C. FISHER     .50   200.00    100.00    45547   ____
01/09/89  Made a telephone call to the client.         JOHN C. FISHER     .10   200.00     20.00    45548   ____
01/17/89  Spoke with David Mandelbaum in reference to  JOHN C. FISHER     .50   200.00    100.00    45549   ____
          settlement.
01/17/89  Dictated a letter to Koppell.                JOHN C. FISHER     .50   200.00    100.00    45550   ____
02/07/89  Received a call from David Mandelbaum and     JOHN C. FISHER     .40   200.00     80.00    45551   ____
          Duane.
02/07/89  Dictated a letter to WoodGundy.              JOHN C. FISHER     .10   200.00     20.00    45552   ____
02/10/89  Received a call from Koppell and made one to JOHN C. FISHER     .40   200.00     80.00    45553   ____
          my client.
02/10/89  Dictated a letter to Wood-Gundy.             JOHN C. FISHER     .10   200.00     20.00    45554   ____
02/21/89  In court re conference, spoke with David     JOHN C. FISHER    3.00   200.00    600.00    45555   ____
          Mandelbaum.
03/20/89  Spoke Mandelbaum and Duane.                  JOHN C. FISHER     .20   200.00     40.00    61412   ____
04/03/89  Met with client and Diane Brooks.            JOHN C. FISHER    2.00   200.00    400.00    45556   ____
04/04/89  Oredered Surety Bond - spoke to client.      JOHN C. FISHER     .50   200.00    100.00    45557   ____
05/05/89  Called Duane, Called the court, spoke to     JOHN C. FISHER     .50   200.00    100.00    46152   ____
          Surety re bond.
06/05/89  Called client, the court and attorney in     JOHN C. FISHER     .50   200.00    100.00    20698   ____
          reference to the adjournment of the
          pretrial conference.
06/05/89  Called the client, court and attorney ref to JOHN C. FISHER     .50   200.00    100.00    46153   ____
          the adjournment of pretrial.
06/16/89  Court appearance for a pretrial conference.  JOHN C. FISHER    2.50   200.00    500.00    20722   ____
06/16/89  Had a pretrial conference.                   JOHN C. FISHER    2.50   200.00    500.00    46154   ____
07/07/89  Prepared Motion.                             JOHN C. FISHER    1.00   225.00    225.00    20728   ____
07/07/89  Prepared Motion.                             JOHN C. FISHER    1.00   225.00    225.00    61409   ____
07/26/89  Received calls from D.J.M., P.D.  Made a     JOHN C. FISHER    1.20   225.00    270.00    20749   ____
          call to Diane Brooks of court.
07/26/89  Calls from DJM - P.D. Diane Brooks to court. JOHN C. FISHER    1.20   225.00    270.00    61411   ____
```

```
REPORT DATE: 01/24/95  11:08 am          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      8
REPORT ID  : WIP25      03.12.27                Legal Accounting System                       RPT PAGE:      8
                                           PREBILL MEMO WORKSHEET # 229
```

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

```
Billing Atty    : JOHN C.  FISHER       Client#/Name : 483   David Mandelbaum
Responsible Atty: JOHN C.  FISHER       Matter#/Title: 9325  Est. of Simon Goldberg
Prebill Type    : MATTER                Billing Name : David Mandelbaum
                                        Area of Law  : 555   Foreign Litigation

Prebill Date:   Thru 01/24/95
```

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 08/08/89 | Called to Court. | JOHN C. FISHER | .30 | 225.00 | 67.50 | 20760 | —— |
| 08/08/89 | Dictated a letter to Judge Roth. | JOHN C. FISHER | .30 | 225.00 | 67.50 | 20761 | —— |
| 09/06/89 | Conference with Diane Brook. | JOHN C. FISHER | 2.00 | 225.00 | 450.00 | 20762 | —— |
| 09/06/89 | Court appearance for settlement. | JOHN C. FISHER | 4.00 | 225.00 | 900.00 | 20763 | —— |
| 09/06/89 | Conf. with Diane Brooks and settlement conf. in Court. | JOHN C. FISHER | 6.00 | 225.00 | 1,350.00 | 61408 | —— |
| 09/12/89 | Called Koppel in reference to settlement. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 20769 | —— |
| 09/12/89 | Called Koppel re: settlement. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 61407 | —— |
| 09/18/89 | Call to court in reference to conference. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 20779 | —— |
| 09/18/89 | Call to court re: conf. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 61406 | —— |
| 09/19/89 | Calls to and From client. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 61405 | —— |
| 09/21/89 | Called Diane Brooks. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 61404 | —— |
| 09/25/89 | Called O. Koppel. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 20784 | —— |
| 09/25/89 | Called Koppell. | JOHN C. FISHER | .10 | 225.00 | 22.50 | 61403 | —— |
| 10/04/89 | Received call from O. Koppell on settlement and stipulation. | JOHN C. FISHER | .10 | 225.00 | 22.50 | 20789 | —— |
| 10/04/89 | Telephone call from Koppel re: settlement and stip. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 61400 | —— |
| 10/05/89 | Drafted Stipulation of Settlement. | JOHN C. FISHER | 1.00 | 225.00 | 225.00 | 20790 | —— |
| 10/06/89 | Proofread and corrected stipulation of settlement. | JOHN C. FISHER | .50 | 225.00 | 112.50 | 20792 | —— |
| 10/06/89 | Proofread/corrected stip. | JOHN C. FISHER | .50 | 225.00 | 112.50 | 61398 | —— |
| 10/06/89 | Drafted stipulation of settlement. | JOHN C. FISHER | 1.00 | 225.00 | 225.00 | 61399 | —— |
| 10/30/89 | Called Oliver Koppell. | JOHN C. FISHER | .10 | 225.00 | 22.50 | 20796 | —— |
| 10/30/89 | Read letter re bond. | JOHN C. FISHER | .10 | 225.00 | 22.50 | 20797 | —— |
| 11/01/89 | Received a call from Diane Brooks, made one to Oliver Koppell and David Mandelbaum. Later received a call from David Mandelbaum. | JOHN C. FISHER | .20 | 225.00 | 45.00 | 20798 | —— |
| 11/03/89 | In court re order lifting restrictions. | JOHN C. FISHER | 1.00 | 225.00 | 225.00 | 20799 | —— |
| 11/07/89 | Prepared administration bond and letter to send to client. | JOHN C. FISHER | .30 | 225.00 | 67.50 | 20800 | —— |
| 11/20/89 | Received a call from Oliver Koppell and made one to D.J.M. | JOHN C. FISHER | .30 | 225.00 | 67.50 | 20803 | —— |
| 11/24/89 | From DJM – to Koppell. | JOHN C. FISHER | .30 | 225.00 | 67.50 | 23408 | —— |
| 01/24/90 | Preparation of Motion for Summary Judgement. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23434 | —— |
| 01/24/90 | Called up the court. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23435 | —— |
| 01/24/90 | Called David Mandelbaum. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23436 | —— |

```
REPORT DATE: 01/24/95 11:08 am          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      9
REPORT ID  : WIP25      03.12.27              Legal Accounting System                        RPT PAGE:      9
                                          PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York              DEPT: 002 Corporate & Commercial

Billing Atty     : JOHN C.  FISHER      Client#/Name :   483  David Mandelbaum
Responsible Atty: JOHN C.  FISHER      Matter#/Title:  9325  Est. of Simon Goldberg
Prebill Type    : MATTER               Billing Name :        David Mandelbaum
                                        Area of Law:    555  Foreign Litigation

Prebill Date:   Thru 01/24/95
                                              F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 01/24/90 | Called the Department of Education. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 23437 | ___ |
| 02/07/90 | Proofread Motion for Summary Judgement. Received and read a Order of       Service to show Cause. | JOHN C. FISHER | 1.20 | 275.00 | 330.00 | 23431 | ___ |
| 02/07/90 | Called John Duane. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23432 | ___ |
| 02/08/90 | Prepared affidavit in opposition. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 23428 | ___ |
| 02/08/90 | Research David Mandelbaum. | JOHN C. FISHER | .40 | 275.00 | 110.00 | 23429 | ___ |
| 02/08/90 | Called John Duane. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23430 | ___ |
| 02/19/90 | Reviewed file with Laura Markson. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23485 | ___ |
| 02/19/90 | Called Oliver Koppel. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23486 | ___ |
| 02/21/90 | Made telephone calls to Koppel. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 29414 | ___ |
| 02/21/90 | Reviewed file with Laura. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 29417 | ___ |
| 03/16/90 | Appeared in Court for Koppell's Motion to be Relieved. | JOHN C. FISHER | 2.00 | 275.00 | 550.00 | 23464 | ___ |
| 03/16/90 | Finished Summary Judgement Motion. | JOHN C. FISHER | 2.50 | 275.00 | 687.50 | 23465 | ___ |
| 03/19/90 | Obtained signature of accountant; submitted order to show cause to Judge Roth's chamberts in Surrogates Court. | KAREN CRUZ | 2.00 | 85.00 | 170.00 | 19449 | ___ |
| 03/19/90 | Finished Motion for Summary Judgement. | JOHN C. FISHER | 1.40 | 275.00 | 385.00 | 23462 | ___ |
| 03/19/90 | Called the client. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23463 | ___ |
| 03/23/90 | In court re Order of Service to Show Cause/arranged for service. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 23458 | ___ |
| 03/29/90 | Prepared, proofread Affidavit in Support of Supplemental Order of Service  to show Cause. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 23478 | ___ |
| 03/30/90 | Called Judge Roth's chambers and Law Department at Surrogates Court to inquire about the status of order to show cause. | KAREN CRUZ | .30 | 85.00 | 25.50 | 19460 | ___ |
| 04/02/90 | Received Supplemental Order to Show Cause and gave to Clerk. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23477 | ___ |
| 04/03/90 | Responded to Evelyn Goldberg's letter — gave instructions to serve an Orderto Show Cause. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 23475 | ___ |
| 04/03/90 | Called State Education Department and client. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23476 | ___ |
| 04/03/90 | TC w/Traub re services. | CHRISTOPHER DUNLEAVY | .20 | 85.00 | 17.00 | 30959 | ___ |
| 04/18/90 | Preparation for Mandelbaum hearing at State Education Department. | JOHN C. FISHER | 2.50 | 275.00 | 687.50 | 23481 | ___ |
| 04/18/90 | Attended hearing at State Education Department with David Mandelbaum. | JOHN C. FISHER | 3.00 | 275.00 | 825.00 | 23482 | ___ |
| 04/23/90 | In court in reference to the Order to Show | JOHN C. FISHER | 1.50 | 275.00 | 412.50 | 23479 | ___ |

REPORT DATE: 01/24/95 11:08 am
REPORT ID : WIP25       03.12.27

WOLF POPPER ROSS WOLF & JONES, L.L.P.
Legal Accounting System
PREBILL MEMO WORKSHEET # 229

PAGE:     10
RPT PAGE: 10

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

Billing Atty   : JOHN C.  FISHER        Client#/Name :  483   David Mandelbaum
Responsible Atty: JOHN C.  FISHER       Matter#/Title:  9325  Est. of Simon Goldberg
Prebill Type   : MATTER                 Billing Name :       David Mandelbaum
                                        Area of Law:   555   Foreign Litigation

Prebill Date:     Thru 01/24/95

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 04/23/90 | Cause mailed to Evelyn Goldberg. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23480 | |
| 05/02/90 | Arranged for Service of Order to Show Cause. Letters to asset holders and D.J.M. to collect property - prepared an Affidavit of Service by Mail. | JOHN C. FISHER | 1.50 | 275.00 | 412.50 | 19343 | |
| 05/04/90 | Order to Show Cause. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 19341 | |
| 05/09/90 | Call f from Evelyn's new lawyer. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23494 | |
| 05/17/90 | Received a call from David Susman of Wood Gundy. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 23508 | |
| 05/17/90 | Drafted a letter to Mr. Susman in reference to the collection of assets. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 23509 | |
| 05/17/90 | Called the court and Mr. Glushak on extention of time. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 23510 | |
| 06/20/90 | Cf/with DJM. From court T/C/ with broker in Canada. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 24719 | |
| 06/20/90 | Case Strategy conference with D.J.M. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 27914 | |
| 06/20/90 | Received a call from the Court. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 27915 | |
| 06/20/90 | Made a call to the broker in Canada. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 27916 | |
| 07/16/90 | Called the State Education Department. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 28938 | |
| 09/06/90 | Wrote a letter to D.J.M. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 28939 | |
| 11/19/90 | Letter to Mandelbaum. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 32538 | |
| 02/26/91 | Received a call from David Mandelbaum. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 38178 | |
|  | Preparation of Decree admitting Will to Probate - review of court decision. | JOHN C. FISHER | 1.50 | 275.00 | 412.50 | 45054 | |
| 03/14/91 | Answered ltr. from Seaboard Surety. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 47190 | |
| 03/14/91 | In court trying to locate probate decree. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 47193 | |
| 04/07/91 | Obtained Decree - served on all parties w/notice of entry - called DJM. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 49086 | |
| 05/03/91 | Prepared letters to collect assets- read notice of appeal- spoke to David Mandelbaum re: appeal | JOHN C. FISHER | 2.50 | 275.00 | 687.50 | 51874 | |
| 05/08/91 | Went to executor and bank and open account - get signature guarantees.     Sent out letters to banks. | JOHN C. FISHER | 1.50 | 275.00 | 412.50 | 51877 | |
| 05/13/91 |  | JODY BUTTERMAN | 2.00 | 85.00 | 170.00 | 51890 | |
| 05/13/91 | re: letters to Banks - called DJM. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 52812 | |
| 05/14/91 | From Merrill Lynch. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 52815 | |
| 05/14/91 | To David Mandelbaum. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 52816 | |
| 05/20/91 | Worked on NY State tax. | JOHN C. FISHER | 2.00 | 275.00 | 550.00 | 52819 | |

```
REPORT DATE: 01/24/95  11:08 am                    WOLF POPPER ROSS WOLF & JONES, L.L.P.                              PAGE:      11
REPORT ID  : WIP25     03.12.27                        Legal Accounting System                                    RPT PAGE:      11
                                                      PREBILL MEMO WORKSHEET #   229

OFFICE: 001 New York                     DEPT: 002 Corporate & Commercial

Billing Atty     : JOHN C. FISHER          Client#/Name :    483   David Mandelbaum
Responsible Atty : JOHN C. FISHER          Matter#/Title:   9325   Est. of Simon Goldberg
Prebill Type     : MATTER                  Billing Name :          David Mandelbaum
                                           Area of Law:     555   Foreign Litigation

Prebill Date:    Thru 01/24/95

                                                      F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|-----------|-------|------|--------|--------|-----|
| 05/20/91 | tax waivers & TT-102 forms. | JODY BUTTERMAN | 1.00 | 85.00 | 85.00 | 53451 | ___ |
| 05/21/91 | Went to see the executor to get his signature. Sent papers to NYS. | JODY BUTTERMAN | 1.50 | 85.00 | 127.50 | 53453 | ___ |
| 05/23/91 | Rec'd deposited check. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 54734 | ___ |
| 05/23/91 | Gave instructions re tax waivers. | JOHN C. FISHER | .10 | 275.00 | 27.50 | 54735 | ___ |
| 06/04/91 | Got David Mandelbaum's signature - opened money market account. | JODY BUTTERMAN | .80 | 85.00 | 68.00 | 54017 | ___ |
| 06/19/91 | Called Merrill Lynch re: tax waivers and account requirements. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 55926 | ___ |
| 06/19/91 | Dictated letters to Banks/Brokers - prepared affidavit of domicile. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 55927 | ___ |
| 06/20/91 | Went to Supreme Court Appellate Div. to file a M/N for DJM. | ANTHONY MELLINO | .80 | 85.00 | 68.00 | 55616 | ___ |
| 06/21/91 | Reviewed investments - prepared material to discuss with DJM. | JOHN C. FISHER | 1.50 | 275.00 | 412.50 | 55930 | ___ |
| 06/24/91 | Reviewed appeal papers - assets. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 55934 | ___ |
| 06/25/91 | Went to Supreme Ct. Appellate Div. to file a N of M/D appeal for JCF. | ANTHONY MELLINO | .60 | 85.00 | 51.00 | 55843 | ___ |
| 06/26/91 | Went to David Mandelbaum to get his signature. Went to Chemical Bank for signature guarantee. | JODY BUTTERMAN | .80 | 85.00 | 68.00 | 60730 | ___ |
| 06/28/91 | From DJM re: assets. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 56810 | ___ |
| 07/08/91 | Read opposing papers and motion - drafted response. | JOHN C. FISHER | 4.00 | 275.00 | 1,100.00 | 56829 | ___ |
| 07/09/91 | File papers with NYS Tax Comm. | CHRISTOPHER DUNLEAVY | 1.00 | 85.00 | 85.00 | 57709 | ___ |
| 07/10/91 | In court re: OSC. | JOHN C. FISHER | 2.50 | 275.00 | 687.50 | 60760 | ___ |
| 07/10/91 | To David Mandelbaum. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 60761 | ___ |
| 07/18/91 | To clerk and court. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 60765 | ___ |
| 07/18/91 | Arranged for purchase of T-Bill. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 60766 | ___ |
| 08/06/91 | Letter from seaboard surety - reviewed T-Bill info. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 60771 | ___ |
| 09/05/91 | reviewed accounts - checks & corresp. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 64927 | ___ |
| 09/16/91 | transfer money - review corresp. | JOHN C. FISHER | .20 | 275.00 | 55.00 | 64898 | ___ |
| 11/19/91 | worked on brief for 1st Dep't appeal. | JOHN C. FISHER | 4.50 | 275.00 | 1,237.50 | 69985 | ___ |
| 12/02/91 | proofread brief. | JOHN C. FISHER | 1.00 | 275.00 | 275.00 | 70007 | ___ |
| 12/11/91 | reviewed brief - call from Glushak re: argument. | JOHN C. FISHER | .50 | 275.00 | 137.50 | 70022 | ___ |
| 02/28/92 | Rec'd opinion - called client - dictated | JOHN C. FISHER | .50 | 285.00 | 142.50 | 78767 | ___ |

```
REPORT DATE: 01/24/95 11:08 am                                                          PAGE:     12
REPORT ID : WIP25   03.12.27                                                            RPT PAGE: 12

                              WOLF POPPER ROSS WOLF & JONES, L.L.P.
                                      Legal Accounting System
                                   PREBILL MEMO WORKSHEET #  229
```

OFFICE: 001 New York          DEPT: 002 Corporate & Commercial

Billing Atty     : JOHN C. FISHER      Client#/Name : 483    David Mandelbaum
Responsible Atty : JOHN C. FISHER      Matter#/Title: 9325   Est of Simon Goldberg
Prebill Type     : MATTER              Billing Name :        David Mandelbaum
                                       Area of Law  : 555    Foreign Litigation

Prebill Date:   Thru 01/24/95

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| | Letters – sent order out with Notice of entry. | | | | | | |
| 03/03/92 | Filed w/Surr. Ct. NY | CHRISTOPHER DUNLEAVY | 1.50 | 85.00 | 127.50 | 77083 | |
| 03/03/92 | T/C w/Appellate Div. | CHRISTOPHER DUNLEAVY | .30 | 85.00 | 25.50 | 77085 | |
| 04/06/92 | Reviewed assets file—prepared Declaration of transmission and letter of instructions—called Merril Lynch—spoke to DJM re: income taxes. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 80454 | |
| 04/08/92 | Conv. with DJM re taxes. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 80457 | |
| 04/13/92 | Correspondence to Scotiabank—ordered copies of dox from CT—gave directions for tax checks—reviewed tax returns. | JOHN C. FISHER | .70 | 285.00 | 199.50 | 80456 | |
| 04/30/92 | From David Mandelbaum. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 83141 | |
| 05/01/92 | Ltr. from/to Wood Gundy—client-called bank—reconciled accts—1-bills. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 83191 | |
| 05/04/92 | Letter and bill from DJM. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 83192 | |
| 05/28/92 | Ran CSS for JCF | CATHERINE MCCABE | .20 | 85.00 | 17.00 | 84287 | |
| 05/29/92 | correct will rates for 87-88 entries for JCF | SHIRLEY JOSEPH | .20 | 95.00 | 19.00 | 85552 | |
| 06/03/92 | From David Mandelbaum. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 84721 | |
| 06/10/92 | Extensive review of file—letters dictates regarding assets—started process of tracing funds in brokerage accounts. | JOHN C. FISHER | 4.00 | 285.00 | 1,140.00 | 86021 | |
| 08/25/92 | From Diane Brooks. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 92764 | |
| 09/08/92 | Read court papers rec'd from Mrs. Goldberg. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 92775 | |
| 09/09/92 | To David Mandelbaum re: accounting. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 93713 | |
| 09/09/92 | Tried to locate Ms. Goldberg's motion in court. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 93714 | |
| 09/15/92 | Called Robert Price in Toronto about handling Wood Gundy litigation. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 93750 | |
| 09/17/92 | From Bob Price in Toronto re Wood Gundy. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 93760 | |
| 09/17/92 | Ordered exemplified copies of Dox. | JOHN C. FISHER | .10 | 285.00 | 28.50 | 93761 | |
| 09/18/92 | Surrogates Ct. — Exemplified copies of letters test., decree, last will & test... Appellate Div. 27 Madison Ave — Exemplified copy of documents | THOMAS RILEY | 1.50 | 100.00 | 150.00 | 93948 | |
| 09/24/92 | Met with accountants in preparation of accounting. | JOHN C. FISHER | 2.00 | 285.00 | 570.00 | 96787 | |

```
REPORT DATE: 01/24/95  11:08 am          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:     13
REPORT ID   : WIP25     03.12.27                 Legal Accounting System                          RPT PAGE: 13
                                              PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York                   DEPT: 002 Corporate & Commercial

Billing Atty    : JOHN C. FISHER       Client#/Name :   483   David Mandelbaum
Responsible Atty: JOHN C. FISHER       Matter#/Title: 9325   Est. of Simon Goldberg
Prebill Type    : MATTER               Billing Name :        David Mandelbaum
                                       Area of Law :   555   Foreign Litigation

Prebill Date:   Thru 01/24/95

                                             F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 09/25/92 | met with accountants re: accounting | JOHN C. FISHER | 2.00 | 285.00 | 570.00 | 96791 | |
| 10/01/92 | Called Bob Price in Canada. | JOHN C. FISHER | .10 | 285.00 | 28.50 | 96792 | |
| 10/02/92 | tried to obtain all the bank statements we need (phone call & letters) | JODY BUTTERMAN | 3.00 | 85.00 | 255.00 | 96807 | |
| 10/02/92 | Estate of Simon Goldberg, 27 Madison – Appellate Division picked up exemplified copies of probate papers | THOMAS RILEY | .50 | 100.00 | 50.00 | 97436 | |
| 10/19/92 | reviewed corsp. with banks. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 96801 | |
| 10/21/92 | Called Apple Bank re: account—reviewed docs. to close account. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 98889 | |
| 10/27/92 | letter to Apple Bank to close account. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 98893 | |
| 11/04/92 | From David Mandelbaum | JOHN C. FISHER | .20 | 285.00 | 57.00 | 98912 | |
| 11/09/92 | letters Price, Apple Bank, reviewed account statements, call from accountant and DJM. | JOHN C. FISHER | 1.50 | 285.00 | 427.50 | 98949 | |
| 11/11/92 | Preparation of status report for Mrs. Goldberg. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 98881 | |
| 11/11/92 | From David Mandelbaum. | JOHN C. FISHER | .10 | 285.00 | 28.50 | 98882 | |
| 11/11/92 | At David Mandelbaum's office re: Mrs. Goldberg. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 98883 | |
| 11/16/92 | letter and phone call to Apple Bank. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 99003 | |
| 11/17/92 | prepared petition for advance payment of commisions. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 99005 | |
| 11/17/92 | Calls from court and David Mandelbaum. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 99008 | |
| 11/23/92 | reviewed corsp. from Evelyn Goldberg, Scotia Bank—DJM—prepared papers forcourt—reviewed 1992 income taxes. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 99011 | |
| 11/24/92 | in court re supplemental citation. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 99016 | |
| 11/30/92 | organized all the bank statements for the accountant and wrote to various banks requesting the remaining bank statements. | JODY BUTTERMAN | .80 | 85.00 | 68.00 | 99020 | |
| 12/01/92 | Met with accountants re accounting—called court. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 103635 | |
| 12/01/92 | Walked over to David Mandelbaum to get his signature. | JODY BUTTERMAN | .50 | 85.00 | 42.50 | 103636 | |
| 12/07/92 | TT call from Court re petition and inventory—call to client re income distribution. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103637 | |

```
REPORT DATE: 01/24/95  11:08 am              WOLF POPPER ROSS WOLF & JONES, L.L.P.                              PAGE:     14
REPORT ID  : WIP25         03.12.27                Legal Accounting System                                 RPT PAGE:   14
                                               PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

Billing Atty     : JOHN C. FISHER          Client#/Name :  483   David Mandelbaum
Responsible Atty : JOHN C. FISHER          Matter#/Title: 9325   Est. of Simon Goldberg
Prebill Type     : MATTER                  Billing Name :        David Mandelbaum
                                           Area of Law:   555   Foreign Litigation

Prebill Date:    Thru 01/24/95

                                                    F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 12/08/92 | Prepared 207 inventory and supplemental affidavit. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103638 | |
| 12/17/92 | Prepared answering affidavit. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 103644 | |
| 12/18/92 | Read material that came in from Evelyn. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103646 | |
| 12/22/92 | re: Motions | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 103655 | |
| 12/29/92 | re Mrs. Goldbergs motion. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 103659 | |
| 01/08/93 | worked on preparing the accounting. | JOHN C. FISHER | 3.50 | 285.00 | 997.50 | 103665 | |
| 01/12/93 | met with accountant; read Evelyn's papers—called DJM re engagement letter—sent engagement letter to DJM for signature. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 103672 | |
| 01/13/93 | met with accountants re accounting. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 103676 | |
| 01/19/93 | From EG — to Court | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103746 | |
| 01/22/93 | Read papers from Mrs. G. prepared affidavit in opposition. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103749 | |
| 01/25/93 | Prepared reply affidavit. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103750 | |
| 01/27/93 | to/from Peter Schram. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 103755 | |
| 01/27/93 | met with accountant. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 103757 | |
| 01/29/93 | Conference w/JCF & LLJ re: hearing 2/2/93 | EMILY MADOFF | .70 | 265.00 | 185.50 | 103121 | |
| 01/29/93 | Meeting w/JCF & EM; preparation of case | LESTER L. LEVY, JR. | 1.10 | 215.00 | 236.50 | 103205 | |
| 01/29/93 | Prepared accounting papers | JOHN C. FISHER | .50 | 285.00 | 142.50 | 103758 | |
| 02/01/93 | Review of pleadings for Motion in Ct. | LESTER L. LEVY, JR. | 1.40 | 215.00 | 301.00 | 103875 | |
| 02/02/93 | Surrogates Court for Motion to contest Executor | LESTER L. LEVY, JR. | 2.50 | 215.00 | 537.50 | 103916 | |
| 02/10/93 | met with accountant. | JOHN C. FISHER | 2.00 | 285.00 | 570.00 | 110760 | |
| 02/16/93 | Final assembly and filing of accounting in court. | JOHN C. FISHER | 1.50 | 285.00 | 427.50 | 110759 | |
| 02/17/93 | Preparation of schedule H—affidavit for DJM. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 110757 | |
| 02/18/93 | Prepared affidavit—additional scheduled—had DJM sign—filed in court. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 110754 | |
| 02/23/93 | Checked court for orders and citation. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 110729 | |
| 02/23/93 | with DJM. | JOHN C. FISHER | .10 | 285.00 | 28.50 | 110732 | |
| 02/24/93 | issued Citation — prepared for service. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 110723 | |
| 03/02/93 | with DJM, accountant and Diana Brooks. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 110709 | |
| 03/04/93 | From DJM—to Diane Brooks. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 110699 | |
| 03/08/93 | From Rose Goldberg. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 110689 | |
| 03/10/93 | Met with DJM and accountant to discuss income Faxes. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 110681 | |

```
REPORT DATE: 01/24/95  11:08 am              WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      15
REPORT ID  : WIP25       03.12.27                 Legal Accounting System                        RPT PAGE:      15
                                               PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York               DEPT: 002 Corporate & Commercial

Billing Atty      : JOHN C. FISHER        Client#/Name  :  483   David Mandelbaum
Responsible Atty  : JOHN C. FISHER        Matter#/Title : 9325   Est. of Simon Goldberg
Prebill Type      : MATTER                Billing Name  :        David Mandelbaum
                                          Area of Law   :  555   Foreign Litigation
Prebill Date:     Thru 01/24/95

                                               F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 03/12/93 | From Attorney General. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 110677 | |
| 03/15/93 | to DJM. | JOHN C. FISHER | .10 | 285.00 | 28.50 | 110670 | |
| 03/15/93 | From R. Vaccariello. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 110671 | |
| 03/22/93 | From Vaccariello re taxes and letter from Mrs. Goldberg | JOHN C. FISHER | .20 | 285.00 | 57.00 | 110660 | |
| 03/24/93 | Prepared affidavit in reply to Mrs. Goldberg's Motion—dictated affidavit re Supplemental Citation. | JOHN C. FISHER | 2.50 | 285.00 | 712.50 | 110648 | |
| 03/25/93 | From accountant re taxes. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 110637 | |
| 03/25/93 | Proofread affidavit in opp. file in Court. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 110638 | |
| 03/25/93 | with accountant re taxes. | JOHN C. FISHER | .20 | 285.00 | 57.00 | 110643 | |
| 04/02/93 | Review Probate documents | ANNETTE I. DORSKY | .50 | 100.00 | 50.00 | 108646 | |
| 04/02/93 | re: Mrs. Goldberg's motion | JOHN C. FISHER | 1.50 | 285.00 | 427.50 | 110631 | |
| 04/05/93 | Met with Mrs. Goldberg to go over file. | JOHN C. FISHER | 1.50 | 285.00 | 427.50 | 110630 | |
| 04/06/93 | Prepared CT papers re Sup. Cit. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 110622 | |
| 04/06/93 | Met with Mrs. Goldberg re: file. | JOHN C. FISHER | 1.00 | 285.00 | 285.00 | 110623 | |
| 04/09/93 | Prepare personal and estate tax payments for Executors' signature | ANNETTE I. DORSKY | .70 | 100.00 | 70.00 | 109605 | |
| 04/12/93 | Call to Goodkind. | JOHN C. FISHER | .40 | 285.00 | 114.00 | 110614 | |
| 04/13/93 | Taxes. | JOHN C. FISHER | .50 | 285.00 | 142.50 | 110602 | |
| 04/13/93 | Prepare documents for Executor's signature re: Canadian probate and tax returns and payments | ANNETTE I. DORSKY | 1.70 | 100.00 | 170.00 | 110893 | |
| 04/14/93 | Travel to offices of executor re: signing tax returns, payments and Canadian probate documents; prepare tax returns (1989-1993) for mailing | ANNETTE I. DORSKY | 2.60 | 100.00 | 260.00 | 110896 | |
| 04/15/93 | taxes. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 110597 | |
| 04/16/93 | Re: accounting Citation. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 110588 | |
| 04/27/93 | Went over Mrs. Goldberg's papers. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 110766 | |
| 04/28/93 | Letter to Robert Price—read ltrs. from EG to Elkind—reviewed file. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 110768 | |
| 05/04/93 | Deposit M. Lynch interest check into estate account | ANNETTE I. DORSKY | .20 | 110.00 | 22.00 | 111635 | |
| 05/06/93 | read papers from Mrs. Goldberg. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 111804 | |
| 05/10/93 | Deposit M. Lynch dividends; post account statements | ANNETTE I. DORSKY | .20 | 110.00 | 22.00 | 112709 | |
| 05/11/93 | Prepare ltr. to DJM re: check for | ANNETTE I. DORSKY | .50 | 110.00 | 55.00 | 112716 | |

```
REPORT DATE: 01/24/95 11:08 am                    WOLF POPPER ROSS WOLF & JONES, L.L.P.                              PAGE:     16
REPORT ID  : WIP25      03.12.27                         Legal Accounting System                                    RPT PAGE: 16
                                                     PREBILL MEMO WORKSHEET # 229
```

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

```
Billing Atty     : JOHN C. FISHER       Client#/Name : 483    David Mandelbaum
Responsible Atty : JOHN C. FISHER       Matter#/Title: 9325   Est. of Simon Goldberg
Prebill Type     : MATTER               Billing Name : David Mandelbaum
                                        Area of Law:   555    Foreign Litigation

Prebill Date:   Thru 01/24/95
```

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 05/13/93 | accountants' fees to A. Uzzo & Co. From Evelyn. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 113294 | |
| 05/17/93 | Pay accountant's fees-A. Uzzo & Co. | ANNETTE I. DORSKY | .20 | 110.00 | 22.00 | 114907 | |
| 05/24/93 | Call from Mrs. Goldberg-corsp. from Mrs. Goldberg-order. cof of decree for Canada. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 115403 | |
| 05/25/93 | In court re: citation-calls to client & Goodkind Labaton-call from Evelyn Goldberg. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 115405 | |
| 05/26/93 | From DJM. | JOHN C. FISHER | .20 | 295.00 | 59.00 | 115406 | |
| 05/28/93 | Deposit M. Lynch check in estate account | ANNETTE I. DORSKY | .30 | 110.00 | 33.00 | 115012 | |
| 06/08/93 | Letter re: adjournment -- letter to Bank of NY. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 115411 | |
| 06/16/93 | From GAL - Harvey Korn -GAL - Court re designation and hearing. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 120595 | |
| 06/22/93 | Worked on response to Mrs. Goldberg's Complaint--reviewed file--letter from Williams & Price. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 120596 | |
| 06/24/93 | Ran CSS time report. | KAREN CRUZ | .30 | 110.00 | 33.00 | 115944 | |
| 06/24/93 | met with GAL. | JOHN C. FISHER | 3.00 | 295.00 | 885.00 | 120600 | |
| 06/29/93 | Prepare estimated tax payments on Estate for Executor's signature and ltr. to Executor re: same | ANNETTE I. DORSKY | 1.40 | 110.00 | 154.00 | 116253 | |
| 06/29/93 | Reviewed Canadian Ancillary proceeding--dictated letter to Wood Gundy. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 120608 | |
| 06/30/93 | Prepare to redeem NY Insured MIT Series 9626 | ANNETTE I. DORSKY | 1.50 | 110.00 | 165.00 | 116254 | |
| 07/06/93 | Prepare to redeem NY Insured Municipals Income Trust Funds | ANNETTE I. DORSKY | 1.50 | 110.00 | 165.00 | 116697 | |
| 07/08/93 | Prepare to sell NY Ins. Mun. Inc. Trust Fd., telephone conference w/Executor | ANNETTE I. DORSKY | .30 | 110.00 | 33.00 | 116771 | |
| 07/09/93 | Prepare documents to replace certificates and to sell NY Insrd. Municipals Income Trust | ANNETTE I. DORSKY | 2.00 | 110.00 | 220.00 | 116774 | |
| 07/12/93 | Telephone conversation w/Ken Cruz-BONY re: redemption of NY Insrd. Munic. Inc. Trust | ANNETTE I. DORSKY | .60 | 110.00 | 66.00 | 117833 | |
| 07/13/93 | File w/NYS for Tax Waiver for NYIMITS; complete documents re: NYIMITS for Executor's signature and ltr. re: lost Certificates; send check for Executor's signature re: late fee on 1041-Fiduciary Inc. Tax Return | ANNETTE I. DORSKY | 3.50 | 110.00 | 385.00 | 117844 | |

```
REPORT DATE: 01/24/95  11:08 am              WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:     17
REPORT ID  : WIP25       03.12.27                  Legal Accounting System                        RPT PAGE:     17
                                                 PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York             DEPT: 002 Corporate & Commercial

Billing Atty  : JOHN C. FISHER        Client#/Name  :  483  David Mandelbaum
Responsible Atty: JOHN C. FISHER      Matter#/Title :  9325 Est. of Simon Goldberg
Prebill Type  : MATTER                Billing Name  :       David Mandelbaum
                                      Area of Law   :  555  Foreign Litigation
Prebill Date:    Thru 01/24/95

                                                F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 07/14/93 | Post estate account statements | ANNETTE I. DORSKY | .20 | 110.00 | 22.00 | 117864 | —— |
| 07/19/93 | Travel to Chemical Bank to deposit checks (4) for liquidated NY Insured Municipal Income Trust Fund into Estate MMA | ANNETTE I. DORSKY | .50 | 110.00 | 55.00 | 118357 | —— |
| 07/21/93 | Prepared response to GAL letter. | JOHN C. FISHER | 1.50 | 295.00 | 442.50 | 120783 | —— |
| 07/22/93 | Met with DJM and Judy Siegel-Baum Esq. to discuss accounting. | JOHN C. FISHER | 1.50 | 295.00 | 442.50 | 120787 | —— |
| 07/22/93 | Prepared discovery proceeding—reviewed file and accounting. Tel. Call from IRS, DJM and Richard V. re: 1041s and Mrs. Goldberg's complaint dictated letter to IRS. | JOHN C. FISHER | 3.50 | 295.00 | 1,032.50 | 120803 | —— |
| 07/23/93 | Finished up OSC for discovery. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 120804 | —— |
| 07/26/93 | Finished OSC—gave to clerk—called bank. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 120812 | —— |
| 07/29/93 | Contact Bank of NY re: lost certificate request | ANNETTE I. DORSKY | .30 | 110.00 | 33.00 | 119254 | —— |
| 07/29/93 | re: OSC—service, etc. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 120816 | —— |
| 08/02/93 | to DJM re: Mrs. Goldberg. | JOHN C. FISHER | .20 | 295.00 | 59.00 | 120822 | —— |
| 08/03/93 | Call from David - call from Judy Seigel-Baum. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 120863 | —— |
| 08/03/93 | Prepared affidavit in response to recusal motion. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 120864 | —— |
| 08/04/93 | Revised affidavit responding to motion. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 120868 | —— |
| 08/09/93 | Reviewed motion papers—spoke to GAL re: report. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 120875 | —— |
| 08/10/93 | Read papers from Evelyn Goldberg—reviewed file for motion. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 120879 | —— |
| 08/10/93 | Read GAL report—spoke to GAL. | JOHN C. FISHER | .70 | 295.00 | 206.50 | 120880 | —— |
| 08/11/93 | In court re: motions. | JOHN C. FISHER | 2.00 | 295.00 | 590.00 | 120883 | —— |
| 08/11/93 | Met with DJM. | JOHN C. FISHER | .30 | 295.00 | 88.50 | 120887 | —— |
| 08/17/93 | Telephone conversation w/Bank of NY re: lost certificates and related correspondence and fax ltr. of July 13, 1993 to Cathy Stevens re: same | ANNETTE I. DORSKY | .70 | 110.00 | 77.00 | 120700 | —— |
| 08/30/93 | made deposit - reviewed file | JOHN C. FISHER | .20 | 295.00 | 59.00 | 123617 | —— |
| 09/14/93 | From Judy Segal-Baum. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 123641 | —— |
| 09/17/93 | Rec'd Not. App. dictated letter to client. | JOHN C. FISHER | .30 | 295.00 | 88.50 | 123642 | —— |
| 09/28/93 | From Steve Hand, Esq. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 125781 | —— |
| 10/01/93 | Deposited check and filed Estate matters | EMILY MADOFF | .80 | 275.00 | 220.00 | 123765 | —— |
| 10/04/93 | Read notice and demand—prepared stipulation. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 125786 | —— |

```
REPORT DATE: 01/24/95 11:08 am           WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:    18
REPORT ID  : WIP25    03.12.27                Legal Accounting System                         RPT PAGE:    18
                                          PREBILL MEMO WORKSHEET # 229
```

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

```
Billing Atty     : JOHN C. FISHER       Client#/Name :    483  David Mandelbaum
Responsible Atty : JOHN C. FISHER       Matter#/Title:   9325  Est. of Simon Goldberg
Prebill Type     : MATTER               Billing Name :         David Mandelbaum
                                        Area of Law  :    555  Foreign Litigation

Prebill Date:    Thru 01/24/95
```

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 10/04/93 | Prepared notice to produce, notice for deposition, letter, review file—sent to Haskel & Hand. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 125789 | ___ |
| 10/06/93 | Sent letter to Thomas Cook Currency Services Ltd. to purchase Canadian funds to pay Canadian attorneys; researched files | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 124169 | ___ |
| 10/06/93 | Reviewed file for documents—spoke to Steve Hand re: discovery. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 125791 | ___ |
| 10/06/93 | Calls from Steve Hand—to Judy Seigelbaum and from Judy Seigelbaum. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 125792 | ___ |
| 10/12/93 | Prepared file for Steve Hand. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 125798 | ___ |
| 10/13/93 | Met with Steve Hand re: documents. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 125802 | ___ |
| 10/15/93 | with DJM. | JOHN C. FISHER | .20 | 295.00 | 59.00 | 125807 | ___ |
| 10/20/93 | Called Thomas Cook Currency Services Ltd. re: status of check for foreign funds | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 124622 | ___ |
| 10/22/93 | Sent payment for services rendered to Williams & Price in Canada; deposited refund check from Thomas Cook Curren Esq. | JANET KYLE-OLIN | .80 | 110.00 | 88.00 | 124679 | ___ |
| 10/25/93 | Deposited overpayment from Thomas Cook (changed American funds to Canadian); researched files | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 125457 | ___ |
| 11/05/93 | Conf. with Roth. | JOHN C. FISHER | 2.00 | 295.00 | 590.00 | 126599 | ___ |
| 11/16/93 | Re Stip. to extend time to answer. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 130310 | ___ |
| 11/30/93 | Letter to Bank of NY re: lost securities. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 130370 | ___ |
| 12/06/93 | Deposited Merrill Lynch MIT check | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 129276 | ___ |
| 12/06/93 | From DJM to accountant. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 130378 | ___ |
| 12/14/93 | Called Bank of NY Lost Certificate Area re: Affidavits of Loss | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 129854 | ___ |
| 12/20/93 | from G.A.L. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 130384 | ___ |
| 12/22/93 | Discussed w/JCF matter of checks and duties for 12/29/93 (Wed)-having checks signed & picking up checks | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 130407 | ___ |
| 12/22/93 | Arranged for Income D/S to Evelyn. | JOHN C. FISHER | .20 | 295.00 | 295.00 | 133649 | ___ |
| 12/28/93 | Called David Mandelbaum re: check & letter he must sign. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 130425 | ___ |
| 12/29/93 | Received message from David Mandelbaum (Executor) confirming appointment; went to Mandelbaum for signature on check & letter | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 130427 | ___ |

```
REPORT DATE: 01/24/95  11:08 am              WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      19
REPORT ID  : WIP25       03.12.27                 Legal Accounting System                        RPT PAGE:      19
                                              PREBILL MEMO WORKSHEET #  229

OFFICE: 001 New York              DEPT: 002 Corporate & Commercial

Billing Atty     : JOHN C. FISHER        Client#/Name  :  483   David Mandelbaum
Responsible Atty : JOHN C. FISHER        Matter#/Title :  9325  Est. of Simon Goldberg
Prebill Type     : MATTER                Billing Name  :        David Mandelbaum
                                         Area of Law:    555   Foreign Litigation
Prebill Date:    Thru 01/24/95

                                              F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| | to Merrill Lynch; went to Merrill Lynch w/letter to withdraw funds | | | | | | |
| 12/30/93 | Discussed Estate checks w/JCF; drafted 2 checks (to pay bills) to be signed by David Mandelbaum; entered bank transactions in checking account ledger | JANET KYLE-OLIN | .60 | 110.00 | 66.00 | 130439 | |
| 01/03/94 | Talked w/JCF re: Merrill Lynch check; called Lily re: new checks | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 131239 | |
| 01/10/94 | Discussed Bank of NY re: Certificate of Loss | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 131646 | |
| 01/11/94 | Deposited Merrill Lynch check | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 131647 | |
| 01/14/94 | checkbook/statement & spoke to DJM. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 133676 | |
| 02/03/94 | Reviewed year end tax info—checking account—investments etc. - phone call from Steve Hand & DJM. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 137262 | |
| 02/22/94 | Filed Estate correspondence | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 136094 | |
| 02/25/94 | Rec'd letter—spoke to DJM. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 136449 | |
| 02/28/94 | to/From Steve Hand re: Evelyn. | JOHN C. FISHER | .20 | 295.00 | 59.00 | 136456 | |
| 03/01/94 | With Judy Siegel-Baum -- to DJM. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 136457 | |
| 03/02/94 | Deposited Merrill Lynch check into checking account | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 136365 | |
| 03/02/94 | with Judy Siegel-Baum and Steve Barnes. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 136460 | |
| 03/08/94 | Met with accountants—reviewed EG correspondence-check accounting—started update of same. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 136466 | |
| 03/10/94 | with Court and Judy Segal-Baum re: conf. & objections. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 137108 | |
| 03/17/94 | Read objections—tel. call from Atty. General. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 137618 | |
| 03/21/94 | Run time report | SHIRLEY JOSEPH | .20 | 120.00 | 24.00 | 139479 | |
| 03/31/94 | Deposited Merrill Lynch check & entered transaction in checking account ledger | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 138284 | |
| 04/11/94 | Called Chemical to stop payment on check to Evelyn Goldberg | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 139891 | |
| 04/12/94 | Cut 4 checks for taxes (IRS, IRS Estimated, NYS, NYS Estimated); discussed w/JCF; called David Mandelbaum re: tax returns | EMILY MADOFF | .50 | 275.00 | 137.50 | 139918 | |
| 04/13/94 | Went to David Mandelbaum office for his signature on tax return and checks | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 139922 | |

```
REPORT DATE: 01/24/95  11:08 am          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      20
REPORT ID : WIP25       03.12.27               Legal Accounting System                       RPT PAGE:      20
                                             PREBILL MEMO WORKSHEET #  229

OFFICE: 001 New York                   DEPT: 002 Corporate & Commercial


Billing Atty  : JOHN C.  FISHER        Client#/Name :  483    David Mandelbaum
Responsible Atty: JOHN C.  FISHER      Matter#/Title:  9325   Est. of Simon Goldberg
Prebill Type  : MATTER                 Billing Name :         David Mandelbaum
                                       Area of Law:  555      Foreign Litigation

Prebill Date:     Thru 01/24/95

                                           F E E S

DATE        ACTIVITY                            TIMEKEEPER              HOURS    RATE    AMOUNT   TRAN #  APP
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 04/14/94 | Went to see D. mandelbaum for signature on Fiduciary Tax Returns; made copies of returns; mailed tax returns to IRS & NYS; sent copies of tax returns to D. Mandelbaum | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 139930 | |
| 04/15/94 | Various—calles from Mrs. Goldberg—To Judy Seigel-Baum—reviewed correspondence stopped in court re: objections. | JOHN C.  FISHER | 1.00 | 295.00 | 295.00 | 140585 | |
| 04/18/94 | Deposited check. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 140613 | |
| 04/18/94 | Misc. phone calls from/to Mrs. Goldberg and Judy Segal-Baum re: App. Div. | JOHN C.  FISHER | .50 | 295.00 | 147.50 | 148638 | |
| 04/19/94 | Updated balance of checking account after taxes; trasferred funds from checking to money market | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 140671 | |
| 04/21/94 | Filed banking transaction correspondence | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 140684 | |
| 04/28/94 | Worked on motion-phone calls w/Judy Seigel-Baum. | JOHN C.  FISHER | 1.00 | 295.00 | 295.00 | 148643 | |
| 04/29/94 | to Court. | JOHN C.  FISHER | .20 | 295.00 | 59.00 | 148644 | |
| 05/02/94 | Deposited check and update checking account; file bank correspondence | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 142191 | |
| 05/02/94 | Worked on answer – called court – call from Judy Seigel-Baum. | JOHN C.  FISHER | .50 | 295.00 | 147.50 | 150109 | |
| 05/03/94 | Prepared motion to dismiss. | JOHN C.  FISHER | 1.00 | 295.00 | 295.00 | 150114 | |
| 05/03/94 | w/Judy S-B and DJM. | JOHN C.  FISHER | .50 | 295.00 | 147.50 | 150115 | |
| 05/04/94 | Judy S-B – DJM and court. | JOHN C.  FISHER | .30 | 295.00 | 88.50 | 150116 | |
| 05/04/94 | Read Mrs. Goldberg's papers. | JOHN C.  FISHER | .50 | 295.00 | 147.50 | 150117 | |
| 05/09/94 | with Judy S-B. | JOHN C.  FISHER | .20 | 295.00 | 59.00 | 150120 | |
| 05/10/94 | Read motion papers received from Judy S-B. | JOHN C.  FISHER | .50 | 295.00 | 147.50 | 150121 | |
| 05/13/94 | Deposited checks, balanced checking account and filed bank correspondence | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 142273 | |
| 05/18/94 | In court re: Mrs. Goldberg's motion. | JOHN C.  FISHER | 2.00 | 295.00 | 590.00 | 150126 | |
| 05/23/94 | Read papers in opposition. | JOHN C.  FISHER | .50 | 295.00 | 147.50 | 150130 | |
| 05/25/94 | Prep. for court. | JOHN C.  FISHER | 2.00 | 295.00 | 590.00 | 150133 | |
| 05/25/94 | Supreme Court re: OSC Article 78. | JOHN C.  FISHER | 2.00 | 295.00 | 590.00 | 150134 | |
| 05/31/94 | Deposited ML check into checking. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 143810 | |
| 06/03/94 | Filed estate banking correspondence. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 143816 | |
| 06/09/94 | Called David Mendelbaum re estimated taxes. Wrote checks and cover letter to NYS Estimated Income Tax.  Balanced check book. | JANET KYLE-OLIN | 1.00 | 110.00 | 110.00 | 144381 | |

```
REPORT DATE: 01/24/95 11:08 am          WOLF POPPER ROSS WOLF & JONES, L.L.P.                        PAGE:      21
REPORT ID : WIP25    03.12.27                    Legal Accounting System                        RPT PAGE:      21
                                            PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial


Billing Atty  : JOHN C. FISHER        Client#/Name :  483    David Mandelbaum
Responsible Atty: JOHN C. FISHER      Matter#/Title:  9325   Est. of Simon Goldberg
Prebill Type  : MATTER                Billing Name :         David Mandelbaum
                                      Area of Law:   555     Foreign Litigation

Prebill Date:    Thru 01/24/95

                                                   F E E S

DATE        ACTIVITY                          TIMEKEEPER           HOURS    RATE     AMOUNT   TRAN #  APP
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|------|----------|------------|-------|------|--------|--------|-----|
| 06/10/94 | Went to David Mendelbaum to have Estimated Tax checks signed. Mailed checks | JANET KYLE-OLIN | 1.00 | 110.00 | 110.00 | 144386 | |
| 06/20/94 | Reviewed and filed estate correspondence. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 145390 | |
| 07/07/94 | Letter to Wood Gundy-Rev. ML Account statement. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 150211 | |
| 07/11/94 | From court - to Judy S-B. Dictated letter to all counsel. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 150212 | |
| 07/11/94 | Read decision - called Judy S-B - served order with Notice on all parties. | JOHN C. FISHER | 1.50 | 295.00 | 442.50 | 150213 | |
| 07/12/94 | Went to room 141 in Supreme COurt to copy an order | JASON E. SOKOLOWSKI | .50 | 110.00 | 55.00 | 146796 | |
| 07/28/94 | Met with accountant re: update. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 150251 | |
| 08/02/94 | Deposited Merrill Lynch check into checking account. Noted bank transaction in ledger. Searched for June/July bank statement. Wrote check to A. Uzzo & Co. and drafted letter to D. Mendelbaum enclosing check for signature.  Filed correspondence. | JANET KYLE-OLIN | 2.00 | 110.00 | 220.00 | 148439 | |
| 08/02/94 | Read Notice of Appeal - called Judy with accountants. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 150254 | |
| 08/16/94 | Seigel-Baum and DJM. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 154573 | |
| 08/19/94 | Deposited Van Kampen Merritt distribution check into checking account and note transaction in banking file ledger. Reviewed and filed correspondence. | JANET KYLE-OLIN | 1.00 | 110.00 | 110.00 | 149393 | |
| 08/30/94 | Discussed Wood Fundy account w/ JCF. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 150417 | |
| 09/07/94 | Prepared motion - checked taxes - reviewed Ms. Goldberg's papers and responses. | JOHN C. FISHER | 1.50 | 295.00 | 442.50 | 154576 | |
| 09/08/94 | Traced check (to A. Uzzo - check was not recorded in file banking ledger). Made out estimated tax checks to IRS & NYS. Balanced checkbook. | JANET KYLE-OLIN | .80 | 110.00 | 88.00 | 150982 | |
| 09/09/94 | Went to David Mendelbaum's office for signature on estimated tax checks. Wrote IRS & NYS Income Tax to enclose income tax checks. | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 150990 | |
| 09/23/94 | Reviewed correspondence. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 151977 | |
| 09/26/94 | Deposited Merrill Lynch check into estate | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 153723 | |

```
REPORT DATE: 01/24/95  11:08 am              WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:     22
REPORT ID  : WIP25       03.12.27                  Legal Accounting System                       RPT PAGE:     22
                                              PREBILL MEMO WORKSHEET #  229

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

Billing Atty    : JOHN C. FISHER        Client#/Name :   483   David Mandelbaum
Responsible Atty: JOHN C. FISHER        Matter#/Title:  9325   Est. of Simon Goldberg
Prebill Type    : MATTER                Billing Name :         David Mandelbaum
                                        Area of Law  :   555   Foreign Litigation

Prebill Date:   Thru 01/24/95

                                                 F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| | account.  Filed correspondence. | | | | | | |
| 09/27/94 | Prepared motion papers. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 154580 | — |
| 10/03/94 | Deposited Merrill Lynch check into Estate account. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 153956 | — |
| 10/05/94 | Re: Motion to Appoint Special Referee. | JOHN C. FISHER | 1.50 | 295.00 | 442.50 | 154581 | — |
| 10/12/94 | Spoke w/ D. Mandelbaum re: Motion JCF. | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 154518 | — |
| 10/13/94 | drafted and ran Uzzo accounting bill. Obtained D. Mandelbaum's signature on check to A. Uzzo enclosing check. | JANET KYLE-OLIN | 1.00 | 110.00 | 110.00 | 154524 | — |
| 10/17/94 | Worked on Motion papers- read Mrs. Goldberg's motion.  Spoke to Judy Seigel-Baum. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 157276 | — |
| 10/24/94 | Read court papers of EG and J-SB. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 157278 | — |
| 10/28/94 | Reviewed and filed correspondence. | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 157349 | — |
| 10/31/94 | Reviewed and filed Merrit Lynch correspondence.  Deposited ML check into estate bank acct.  Recorded transaction in file bank ledger. | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 128943 | — |
| 11/03/94 | Reviewed and filed correspondence. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 129017 | — |
| 11/08/94 | Telephone calls & review of file for Appellate Division argument. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 157282 | — |
| 11/10/94 | In Appellate Division. | JOHN C. FISHER | 2.00 | 295.00 | 590.00 | 157284 | — |
| 11/10/94 | Prepared Affidavit in Opposition. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 157285 | — |
| 11/14/94 | Affidavit in opposition - edited. | JOHN C. FISHER | .50 | 295.00 | 147.50 | 157287 | — |
| 11/15/94 | Went to Appellate Div. First Dept. to file Affidavit in opposition to Motion for Stay in Surrogate's Court. | JASON E. SOKOLOWSKI | .50 | 110.00 | 55.00 | 156945 | — |
| 11/15/94 | Deposited Merrill Lynch and Van Kampen Merritt dividend checks into estate account; noted transaction in file banking ledger. | JOHN C. FISHER | 1.00 | 295.00 | 295.00 | 157288 | — |
| 11/15/94 | Letter to D. Mandelbaum enclosing Wood Gundy Statement. | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 157350 | — |
| 11/18/94 | Re: Ms. Goldberg's appeal. | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 157351 | — |
| 11/23/94 | Discussed billing matter w/JCF. | JOHN C. FISHER | 3.00 | 295.00 | 885.00 | 157376 | — |
| 11/28/94 | Cut check for Wolf Popper's fees.  Assembled correspondence to D. Mandelbaum. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 129373 | — |
| 11/29/94 | Run time report for JKO | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 129382 | — |
| 11/29/94 | Deposited Merrill Lynch check into checking | SHIRLEY JOSEPH | .20 | 120.00 | 24.00 | 157962 | — |
| 12/01/94 | | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 129414 | — |

```
REPORT DATE: 01/24/95 11:08 am                                          PAGE:      23
REPORT ID  : WIP25    03.12.27                                          RPT PAGE:  23
```

WOLF POPPER ROSS WOLF & JONES, L.L.P.
Legal Accounting System
PREBILL MEMO WORKSHEET # 229

OFFICE: 001 New York          DEPT: 002 Corporate & Commercial

```
Billing Atty      : JOHN C. FISHER       Client#/Name : 483   David Mandelbaum
Responsible Atty  : JOHN C. FISHER       Matter#/Title: 9325  Est. of Simon Goldberg
Prebill Type      : MATTER               Billing Name : David Mandelbaum
                                         Area of Law:  555   Foreign Litigation
```

Prebill Date:    Thru 01/24/95

F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| 12/05/94 | acct. Noted transaction in file ledger. Went to file Affidavit in Supreme Ct; not returnable to 12/7; Went to 11 Centre St. 17th Floor to give courtesy copy to Judge Lowe III | JASON E. SOKOLOWSKI | 1.00 | 110.00 | 110.00 | 127395 | |
| 12/14/94 | Call to A. Uzzo re distribution to Evelyn Goldberg. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 130691 | |
| 12/20/94 | Call to A. Uzzo (R. Vaccariello) re distribution to E. Goldberg. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 131023 | |
| 12/21/94 | Call to A. Uzzo re distribution to Evelyn Goldberg also discussed w/JCF. Call to D. Mandelbaum re E. Goldberg distribution. Delivered ltr.to D. Mandum for signature. | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 131024 | |
| 01/04/95 | Deposited Merrill Lynch dividend checks, recorded transaction. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 159547 | |
| 01/05/95 | Filled out IRS form for tax refund. Verified tax ID# Call to D. Mandelbaum re HRS; needing his sig.; took ltrs to Mandelbaum for sig. Ltr. to IRS enclosing docs. for tax refund. | JANET KYLE-OLIN | 3.50 | 110.00 | 385.00 | 159548 | |
| 01/05/95 | Went to First Dept.-- Appellate Div. to file Notice of Cross-motion and Affidavit in support thereof | JASON E. SOKOLOWSKI | 1.00 | 110.00 | 110.00 | 160311 | |
| | | TOTALS | 369.60 | | 83,978.00 | | |

P R E B I L L   S U M M A R Y

| CLIENT | MATTER | HOURS | FEES | DISBURSEMENTS | TOTAL | NONBILLABLE FEES | NONBILLABLE DISBS |
|---|---|---|---|---|---|---|---|
| 483 | 9325 | 369.60 | 83,978.00 | .00 | 83,978.00 | 365.00 | .00 |
| | | | | TOTAL | 83,978.00 | | |

IS THERE RETAINER TO BE APPLIED?

```
REPORT DATE: 12/08/95  3:51 pm          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      23
REPORT ID  : WIP25     03.12.27              Legal Accounting System                         RPT PAGE:      23
                                          PREBILL MEMO WORKSHEET # 234

OFFICE: 001 New York              DEPT: 002 Corporate & Commercial

Billing Atty     : JOHN C. FISHER       Client#/Name :  483   David Mandelbaum
Responsible Atty : JOHN C. FISHER       Matter#/Title: 9325   Est. of Simon Goldberg
Prebill Type     : MATTER               Billing Name :  555   David Mandelbaum
                                        Area of Law:         Foreign Litigation

Prebill Date:  Thru 12/08/95            F E E S
```

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # APP |
|------|----------|------------|-------|------|--------|------------|
| 12/05/94 | acct. Noted transaction in file ledger. Went to file Affidavit in Supreme Ct; not returnable to 12/7; Went to 11 Centre St. 17th Floor to give courtesy copy to Judge Lowe III | JASON E. SOKOLOWSKI | 1.00 | 110.00 | 110.00 | 127395 |
| 12/14/94 | Call to A. Uzzo re distribution to Evelyn Goldberg. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 130691 |
| 12/20/94 | Call to A. Uzzo (R. Vaccariello) re distribution to E. Goldberg. | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 131023 |
| 12/21/94 | Call to A. Uzzo re distribution to Evelyn Goldberg also discussed w/JCF. Call to D. Mandelbaum re E. Goldberg distribution. Delivered ltr. to D. Mandum for signature. | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 131024 |
| 01/04/95 | Deposited Merrill Lynch dividend checks, recorded transaction. | JANET KYLE-OLIN | .20 | 110.00 | 22.00 | 159547 |
| 01/05/95 | Filled out IRS form for tax refund. Verified tax ID#. Call to D. Mandelbaum re HRS, needing his sig.; took ltrs. to Mandelbaum for sig. Ltr. to IRS enclosing docs. for tax refund. | JANET KYLE-OLIN | 3.50 | 110.00 | 385.00 | 159548 |
| 01/05/95 | Went to First Dept.- Appellate Div. to file Notice of Cross-motion and Affidavit in support thereof | JASON E. SOKOLOWSKI | 1.00 | 110.00 | 110.00 | 160311 |
| 01/10/95 | Reviewed Fiduciary tax file. Called Lily at Chemical to transfer funds from Money Market to checking acct. Call to D. Mandelbaum's office re Estimated Fiduciary Taxes. | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 161064 |
| 01/12/95 | Call to D. Mandelbaum re Estimated Income Tax. Cut checks for estimated income taxes. Letter to D. Mandelbaum enclosing checks and envelopes for estimated income tax. | JANET KYLE-OLIN | .70 | 110.00 | 77.00 | 161065 |
| 01/17/95 | Call from D. Mandelbaum's office re Estimated Income Tax. | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 161170 |
| 01/19/95 | Reviewed bank statements. Ltr. to D. Mandelbaum enclosing wire transfer confirmation. Recorded various banking transactions. | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 161171 |
| 01/20/95 | Spoke w/David Mandelbaum re investments, | JANET KYLE-OLIN | .30 | 110.00 | 33.00 | 161172 |

```
REPORT DATE: 12/08/95   3:51 pm          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:     24
REPORT ID : WIP25      03.12.27                Legal Accounting System                        RPT PAGE:     24
                                           PREBILL MEMO WORKSHEET #   234
```

---

OFFICE: 001 New York                    DEPT: 002 Corporate & Commercial

```
Billing Atty    : JOHN C. FISHER        Client#/Name : 483   David Mandelbaum
Responsible Atty: JOHN C. FISHER        Matter#/Title: 9325  Est. of Simon Goldberg
Prebill Type    : MATTER                Billing Name : 555   David Mandelbaum
                                        Area of Law:         Foreign Litigation
```

Prebill Date:  Thru 12/08/95

## F E E S

| DATE | ACTIVITY | TIMEKEEPER | HOURS | RATE | AMOUNT | TRAN # | APP |
|---|---|---|---|---|---|---|---|
| | discussed w/JCF. | | | | | | |
| 01/23/95 | Reviewed bank statements and wire transfer; recorded transactions; discussed w/JCF. | JANET KYLE-OLIN | .50 | 110.00 | 55.00 | 161173 | |
| 01/24/95 | Run time report for JCF | SHIRLEY JOSEPH | .20 | 120.00 | 24.00 | 161494 | |
| 01/30/95 | Filed tax correspondence. Deposited Merrill Lynch dividend check and recorded transaction. | JANET KYLE-OLIN | .40 | 110.00 | 44.00 | 161773 | |
| 02/03/95 | Called Bank of NY re: stop registration on and payment of certificates. | JANET KYLE-OLIN | 1.40 | 110.00 | 154.00 | 161792 | |
| 02/09/95 | Searched files for Affidavits of Loss. Call to Bank of NY re: lost certificates. | JANET KYLE-OLIN | 1.30 | 110.00 | 143.00 | 162795 | |
| 02/14/95 | reviewed file re NY insured Municipal interest trust held by Bank of NY. Reviewed docs needed to redeem trusts. Reviewed will re distribution of Estate, Executor, etc. Discussed lost certificates w/JCF as well as docs needed to redeem certificates Call to David Mandelbaum, Chemical & Bank of NY re: Lost certificates & Docs. | JANET KYLE-OLIN | 3.00 | 110.00 | 330.00 | 163795 | |
| 02/15/95 | Searched for Estate Checkbook. Went to David Mandelbaum's office for sig. on Affidavit of Loss. To Chemical Bank for medallion Sig. guarantee call to Lily about Chemical re: estate checks. Spoke w/D. Mandelbaum re: checks for premium payments re: replacements of lost certificates | JANET KYLE-OLIN | 3.00 | 110.00 | 330.00 | 163782 | |
| 02/16/95 | ltr to Bank of NY re: docs to replace lost certificates. Ltr to David Mandelbaum re: sig. on docs. to replace lost certs. Assembled pkg. to Bank of NY Took Pkg to mandelbaum's office. | JANET KYLE-OLIN | 3.00 | 110.00 | 330.00 | 163786 | |
| 02/24/95 | Reviewed and filed correspondence. Call tolily at Chemical re: Wood Gundy transfer, deits and Deposits re: Chemical Bank accts. | JANET KYLE-OLIN | 1.50 | 110.00 | 165.00 | 163805 | |
| 03/01/95 | Filed Affidavit of JCF in Rm. 401 of Surrogate's Ct. | JASON E. SOKOLOWSKI | .50 | 110.00 | 55.00 | 164716 | |
| 03/03/95 | Ltr to D. Mandelbaum encl. Check to Pat | JANET KYLE-OLIN | .70 | 110.00 | 77.00 | 164097 | |

```
REPORT DATE: 12/08/95  3:51 pm          WOLF POPPER ROSS WOLF & JONES, L.L.P.                    PAGE:      25
REPORT ID : WIP25      03.12.27              Legal Accounting System                        RPT PAGE:      25
                                          PREBILL MEMO WORKSHEET #   234

OFFICE: 001 New York                      DEPT: 002 Corporate & Commercial

Billing Atty : JOHN C. FISHER        Client#/Name :    483  David Mandelbaum
Responsible Atty: JOHN C. FISHER     Matter#/Title:   9325  Est. of Simon Goldberg
Prebill Type  : MATTER               Billing Name :         David Mandelbaum
                                     Area of Law  :    555  Foreign Litigation
Prebill Date:  Thru 12/08/95

                                            F E E S

DATE        ACTIVITY            TIMEKEEPER        HOURS      RATE      AMOUNT    TRAN #  APP

        Jackson for court transcript


                                          TOTALS   388.50            86,059.00

                              P R E B I L L   S U M M A R Y

CLIENT  MATTER    HOURS        FEES      DISBURSEMENTS    TOTAL    NONBILLABLE FEES   NONBILLABLE DISBS

  483    9325    388.50    86,059.00         .00      86,059.00        365.00             .00

                                 TOTAL   86,059.00      IS THERE RETAINER TO BE APPLIED?
```

| | JOHN C. FISHER<br>DAILY TIME SHEET<br>**ESTATE OF SIMON A. GOLDBERG** | |
|---|---|---|
| | | |
| 1/4/95 | Met with Karin Barkhorn to go over file | 1.0 |
| 1/23/95 | Hearing in court with Referee | 2.5 |
| 2/1/95 | Preparation of Order framing issues | 1.0 |
| 2/3/95 | In court re: Motion | 1.0 |
| 2/6/95 | Dictated Order | 0.5 |
| 3/4/95 | Prepared for Hearing | 1.0 |
| 3/15/95 | Hearing with Referee | 1.5 |
| 3/21/95 | Met with DJM re: hearing | 1.0 |
| 3/22/95 | Hearing with Referee | 3.5 |
| 9/5/95 | Court appearance re: Motion to confirm report | 1.0 |
| 9/13/95 | Notarized Affidavit of Domicile; letter to Nuveen enclosing Affidavit of Domicile | 0.2 |
| 9/14/95 | Read Ms. Goldberg's Brief - reviewed record | 1.0 |
| 9/18/95 | Research & writing Appellate Division brief | 2.0 |
| 9/18/95 | Conference with Judy Siegel-Baum re-wrote brief | 2.0 |
| 9/19/95 | Proofread brief - corrected - faxed to JSB | 1.0 |
| 10/24/95 | Letter to Counsel Press enclosing check for their services | 0.2 |
| 11/8/95 | Prepared documents for accounting | 3.0 |
| 11/9/95 | Worked on Accounting Decree, traced check on lost bond re: Key Trust/Franklin Co. | 6.0 |
| 11/14/95 | Letter to Asher Schechter, accountant | 0.3 |
| 12/6/95 | Faxed Merrill Lynch statement to Schechter, accountant | 0.2 |

GOLDBER1.AFF

| 12/8/95 | Letter to Merrill Lynch re: dividend/int. check, letter to Schechter attaching statements for Estate accounting | 0.8 |
|---------|---------|---------|
| 12/12/95 | Called Merrill Lynch requesting Oct. Brokerage Statement, spoke with Schechter re: accounting | 0.4 |
| 12/14/95 | Faxed letter with copy of Merrill Lynch statement to A. Schechter, accountant | 0.3 |
| 12/20/95 | Preparation of Decree | 3.0 |
| 12/21/95 | Preparation of Decree | 6.0 |
| 12/22/95 | Service and filing of Decree | 2.1 |
| | TOTAL WORK HOURS | 40.0 |

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 3 of 29

Fraudulent Death Certificate of Simon A. Goldberg filed June 1, 1985 as a US Citizen.

Evelyn was not the informant as cited (note no maiden name).

Date **JUN 4 1985**

VITAL RECORDS
FPARBUGLE HEALTH
BOROUGH OF MANHATTAN

## CERTIFICATE OF DEATH

Certificate No. 156-85-109189

DATE FILED
85 JUN 1 P 8:57

**MEDICAL CERTIFICATE OF DEATH** *(To be filled in by the Physician)*

| 1. NAME OF DECEASED | Simon | | Goldberg |
|---|---|---|---|
| (Type or Print) | (First Name) | (Middle Name) | (Last Name) |

| 2 PLACE OF DEATH | a. BOROUGH NEW YORK CITY | b. Name of hospital or institution, If not hospital, street address | c. If in hospital (Check) | d. If inpatient, date of current admission |
|---|---|---|---|---|
| | Manhattan | The New York Hospital | 1 □ DOA  3 □ Outpatient  2 ☒ Emerg. Rm. □ Inpatient | Month 5  Day 24  Year 85 |

| 3a. DATE AND HOUR OF DEATH | (Month) May | (Day) 24, | (Year) 1985 | 3b. HOUR 12:45 | □ AM  ☒ PM | 4. SEX Male | 5. APPROXIMATE AGE 71 |
|---|---|---|---|---|---|---|---|

6. I HEREBY CERTIFY THAT: (Check One)
□ I attended the deceased.    □ A staff physician of this institution attended the deceased.
□ Dr. _____ attended the deceased.
from May 24, 19 85 to May 24, 19 85 and last saw _im_ alive at 12:44 P
on May 24, 19 85 I further certify that traumatic injury or poisoning DID NOT play any part in causing death, and that death did not occur in any unusual manner and was due entirely to NATURAL CAUSES.
*See first instruction on reverse of certificates.

Witness my hand this 24th day of May 19 85 Signature _M R Degman_ D.O. M.D.
Name of Physician _M. R. Degman_ Address 525 East 68th Street, NYC 10021
(Type or Print)

**PERSONAL PARTICULARS** *(To be filled in by Funeral Director)*

| 7. USUAL RESIDENCE a. STATE | b. COUNTY | c. CITY TOWN OR LOCATION | d. STREET AND HOUSE NUMBER | e. INSIDE CITY LIMITS OF 7c |
|---|---|---|---|---|
| NEW YORK | NEW YORK | NEW YORK | 400 E. 54TH STREET | ☒ YES □ NO |

| 8. MARITAL STATUS (Check one) 1 □ Never Married 2 ☒ Married or Separated 3 □ Widowed 4 □ Divorced | 9. CITIZEN OF WHAT COUNTRY U.S.A. | 10. NAME OF SURVIVING SPOUSE (If wife, give maiden name) Evelyn |
|---|---|---|

| 11. DATE OF BIRTH OF DECEDENT | (Month) December | (Day) 4, | (Year) 1914 | 12. AGE AT LAST BIRTHDAY 70 | If UNDER 1 Year Months  Days | If LESS than 1 DAY Hours  Min. |
|---|---|---|---|---|---|---|

| 13. USUAL OCCUPATION (Kind of work done during most of working lifetime; do not enter retired.) STATISTICIAN | b. KIND OF BUSINESS UNITED NATIONS | 14. SOCIAL SECURITY NO. 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 |
|---|---|---|

| 15. BIRTHPLACE (State or Foreign Country) POLAND. | 16. OTHER NAME(S) BY WHICH DECEDENT WAS KNOWN |
|---|---|

| 17. NAME OF FATHER OF DECEDENT SHAIA GOLDBERG | 18. MAIDEN NAME OF MOTHER OF DECEDENT HELEN PACHTER |
|---|---|

| 19a. NAME OF INFORMANT EVELYN GOLDBERG | b. RELATIONSHIP TO DECEASED WIFE | c. ADDRESS 400 E. 54TH STREET, N.Y. (City) N.Y. (State) |
|---|---|---|

| 20a. NAME OF CEMETERY OR CREMATORY GARDEN STATE | b. LOCATION (City, Town, State and Country) N. BERGEN, N.J. | c. DATE OF BURIAL OR CREMATION 6·2·85 |
|---|---|---|

| 21a. FUNERAL DIRECTOR WALTER B. COOKE, INC. | b. ADDRESS 117 W. 72ND STREET, N.Y., N.Y. |
|---|---|

BUREAU OF VITAL RECORDS    DEPARTMENT OF HEALTH    THE CITY OF NEW YORK

---

This is to certify that the foregoing is a true copy of a record in my custody.

_Irene A. Scanlon_
CITY REGISTRAR

The Department of Health does not certify to the truth of the statements made thereon, as no inquiry as to the facts has been provided by law.

DO NOT ACCEPT THIS TRANSCRIPT UNLESS THE RAISED SEAL OF THE DEPARTMENT OF HEALTH IS AFFIXED THEREON. REPRODUCTION OR ALTERATIONS ARE PROHIBITED BY LAW.



288

| Year | ESTATE OF *Simon A. Goldberg* | Month | Day | Year |
|---|---|---|---|---|
| 985 | **3169** DATE OF DEATH | May | 24 | 1985 |
| 5 | PETITION FILED PROBATE | JUL | 2 | 1985 |
| 5 | SUBSTITUTED SERVICE | JAN | | 1986 |
| 5 | ORDER GRANT PRELIM. LET. TEST | JUL | 3 | 1986 |
| 5 | Notice of Obj filed | JUL | 3 | 1986 |
| | MOTION TO REMOVE ANY RESTRICTION IN THE PRELIMINARY LETTERS | JUN | 19 | 1987 |
| | CROSS MOTION TO DENY PETR MOTION | AUG | 11 | 1987 |
| | Motion to File a Jury demand | DEC | 1 | 1987 |
| | Motion to Remove Preliminary Executor Sept. 23 1988 | | | |

ESTATE OF *Catherine D.S.J.*

**3172** DA

PETITION FILED PRO

DECREE ADMIT WILL TO

LETTERS TEST. L 441

WILL LIBER 3485 PG. 447

to the order

Order for Notice of Objectors filed Sent SCPA 1411

Servi 12 days befo 9/15/86

| Year | ESTATE OF *Herman Gilmore* | Month | Day | Year |
|---|---|---|---|---|
| 1985 | **3170** DATE OF DEATH | Jan | 1 | 1984 |
| | AFF. FILED = SMALL ESTATE | JUL | 2 | 1985 |
| | Obj to probate June 13,86 (EE by Haight Gardner) | | | |

ESTATE OF *John Flan*

**3173** DATE

PETITION FILED PROBAT

SUBSTITUTED SER

DECREE ADMIT WILL TO PRO

LETTERS TEST. L 441 PG. 5

WILL LIBER 3487 PG. 405

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 4 of 29

July 2, 1985 Probate Petition 1985-3169 filed by Mandelbaum, citing Simon as a
Canadian citizen

*folder Goldberg Simon A*
*1985-3169 P*

**State of New York**
**Surrogate's Court: County of New York**

| Probate Proceeding, Will of | Probate Petition |
| --- | --- |
| SIMON A. GOLDBERG, **Deceased.** | File No. 3169 |

## To the Surrogate's Court, County of New York

It is respectfully alleged:

(1) The name(s), domicile(s) (or, in the case of a bank of trust company, its principal office) and interest(s) in this proceeding of the petitioner(s) are as follows:

Name: .......... DAVID J. MANDELBAUM

Domicile or
Principal Office: .. 22 Dartmouth Terrace
   *(Street and Number)*

   White Plains, N.Y.   10607
   *(City, Village or Town)*                          *(State)*

Interest(s) of Petitioner(s):        ☒ Executor(s) named in decedent's Last Will
   *(Check one)*                               presented herewith
                                        ☐ Other (Specify) ..........................

(2) The name, domicile, date and place of death, and national citizenship of the above-named deceased are as follows:

(a) Name: ........ SIMON A. GOLDBERG
(b) Date of death ..... May 24, 1985
(c) Place of death .... The New York Hospital
(d) Domicile Street 400 East 54th Street
   City, Town, Village... New York
   County ... New York
   State ..... New York
(e) Citizen: (Subject) of ...... Canada, Resident of U.S.A.

(3) The Last Will, herewith presented, relates to both real and personal property and consists of an instrument or instruments dated as shown below and signed at the end thereof by the decedent and the following attesting witnesses:

March 21, 1985: Maria L. Matera, Agnes O'Melia, Michael L. Carlin
*(Date of Will)*                                        *(Witnesses to Will)*

No Codicil
*(Date of Codicil)*                                     *(Witnesses to Codicil)*

(4) There is no other will or codicil of the decedent on file in the office of the court, and upon information and belief, there exists no will, codicil or other testamentary instrument of the decedent later in date to any of the instruments mentioned in paragraph (3) hereof, except   None

(5) The decedent left surviving:
(a)  [ 1 ]  Spouse (husband / wife).
(b)  [ No ]  Child or children; or descendants of predeceased child or children, natural or adopted.
(c)  [ 1 ]  Father/mother.
(d)  [ X ]  Brothers or sisters, either of the whole or half-blood; or descendants of such predeceased brothers or sisters.
(e)  [ X ]  Grandfather/grandmother.
(f)  [ X ]  Uncles or aunts.
(g)  [ X ]  Descendants of predeceased uncles or aunts.

*(Information is required only as to those classes of surviving relatives who would take the property of decedent if there were no will. The term "child or children" includes adopted as well as natural children. State number of survivors in each such class. Insert "X" in all subsequent classes. Insert "NO" in all prior classes.)*

PROBATE PETITION

ITEM 7(a) (Cont'd.)

| Name | Address | Description of Legacy, Devise or Other Interest or Nature of Fiduciary Status |
|---|---|---|
| Diana Brooks | 4905 Draper St. Montreal, Quebec Canada | 25% Remainderman of Trust |
| Harry M. Goldberg | 1345 Ridgewood Dr. Chomedey, Lavalle Quebec, Canada | 16-2/3% Remainderman of Trust |
| Harvard University | 75 Mount Auburn St. Cambridge, MA. 02138 | 12-1/2% Remainderman of Trust |
| Maimonides Hospital Foundation | 5795 Caldwell Ave. Montreal, Que., Canada H4W1W3 | 8-1/3% Remainderman Trust |
| Jay Brooks | 4903 Draper Street Montreal, Que., Canada H3X3P6 | 2-1/2% Remainderman of Trust |
| David Yablon | 48-55 A. Carlton Ave. Montreal, Que., Canada 43W1G7 | 1-2/3% Remainderman of Trust |

(6) The names, relationships and addresses of all distributees, of each person designated in the Last Will herewith presented as primary executor, of all persons adversely affected by the purported exercise by such Will of any power of appointment, of all persons adversely affected by any codicil and of all persons having an interest under any prior will of the decedent on file in the Surrogate's office, are hereinafter set forth in subdivisions (a) and (b): (If additional parties are to be added, attach schedule on sheet same length as petition).

(a) All persons and parties so interested who are of full age and sound mind, or which are corporations or associations, are as follows:

| Name and Address | Relationship | Description of Legacy, Devise or Other Interest, or Nature of Fiduciary Status |
|---|---|---|
| David J. Mandelbaum<br>22 Dartmouth Terrace<br>White Plains, N.Y. 10607 | Accountant | Executor |
| Evelyn Goldberg<br>400 East 54th Street<br>New York, New York | Spouse | Distributee, tangible personal property, beneficiary of trust for entire Residuary Estate |
| Helen Goldberg<br>5795 Caldwell Avenue<br>Montreal, Que., Canada<br>H4W1W3 | Mother | Distributee |

*Retracted*

(b) All persons so interested who are persons under disability, are as follows:
*(Please furnish all information specified in NOTE below.)*

None

(Note: In the case of each infant, state (a) name, birth date, age, relationship to decedent, residence address, and the person with whom he resides; (b) whether or not he has a general or testamentary guardian, and whether or not his father, or if dead, his mother, is living; and (c) the name and residence address of any guardian and any living parent. In the case of each other person under disability state (a) name, relationship to decedent, and residence address; (b) facts regarding his disability, including whether or not a committee has been appointed and whether or not he has been committed to any institution; and (c) the names and addresses of any committee, any person or institution having care and custody of him, and any relative or friend having an interest in his welfare. In the case of person confined as a prisoner, state place of incarceration. In the case of unknowns, describe such persons in the same language as will be used in the process. In each case give a brief description of the party legacy, devise or other interest as in paragraph (6) (a) hereof.)

(7) The names and domiciliary addresses of all substitute or successor executors and of all trustees, guardians, legatees and devisees, and other beneficiaries named in the Last Will herewith presented, other than those named in Paragraph (6), are hereinafter set forth in subdivisions (a) and (b): (If additional parties are to be added, attach schedule on sheet same length as petition).

(a) All such other legatees and devisees who are of full age and sound mind, or which are corporations or associations, are as follows:

| Name | Address | Description of Legacy, Devise or Other Interest, or Nature of Fiduciary Status |
|---|---|---|
| McGill University | Montreal<br>Quebec, Canada | 33-1/3% Remainderman of Trust |

(See Attached Sheet)

(b) All such other legatees, devisees and other beneficiaries who are persons under disability, are as follows:

None

*(Please furnish all information specified in Note to paragraph (6) (b) hereof.)*

(8) There are no persons, corporations or associations, interested in this proceeding other than those hereinabove mentioned.

(9) To the best of the knowledge of the undersigned, the approximate total value of all property constituting the decedent's gross testamentary estate is more than $500,000.00 and less than $1,000,000.00

(10) Upon information and belief, no other petition for the probate of any will of the decedent or for the granting of letters of administration on the decedent's estate has heretofore been filed in any Court.

**WHEREFORE** your petitioner(s) pray(s) (a) that process be issued to all necessary parties to show cause why the Last Will herewith presented should not be admitted to probate; (b) that an order be granted directing the service of process pursuant to the provisions of article 3 of the SCPA, upon the persons named in paragraph (6) hereof who are non-domiciliaries, or whose names or whereabouts are unknown and cannot be ascertained; and (c) that such Last Will be admitted to probate as a will of real and personal property and that letters issue thereon as follows:

*(Check and complete appropriate request.)*

☒ Letters Testamentary to...... DAVID J. MANDELBAUM ...........................................................................

☐ Letters of Trusteeship to ..............................................................................................................

Dated:....JUNE 26, 1985......

............................................................
(Petitioner)

............................................................
(Petitioner)

---

**STATE OF NEW YORK** ⎫
⎬ ss.:
**County of** New York ⎭

**COMBINED VERIFICATION, OATH AND DESIGNATION**

(For use when a petitioner to be appointed executor is not a bank or trust company)

I, the undersigned .... DAVID J. MANDELBAUM .................................................................... being duly sworn, say:

(1) **VERIFICATION:** I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

(2) **OATH OF EXECUTOR:** I am over twenty-one (21) years of age and a citizen of the United States; I am not ineligible to receive letters, I am the executor(trix) named in the Last Will described in the foregoing petition and will well, faithfully and honestly discharge the duties of such executor(trix), and I shall duly account for all moneys or other property which may come into my hands.

(3) **DESIGNATION OF CLERK FOR SERVICES OF PROCESS:** I do hereby irrevocably designate the Clerk of the Surrogate's Court of New York County, and his or her successors in office, as a person on whom service of any process issuing from such Surrogate's Court may be made, in like manner and with like effect as if it were served personally upon me whenever I cannot be found and served within the State of New York after due diligence used.

My domicile is .. 22 Dartmouth Terrace, White Plains, New York 10607 ..............

............................................................
(Signature of Petitioner)

On .JUNE 26......... 19 85, before me personally came .... DAVID J. MANDELBAUM ...... .................................................................... to me known to be the person described in and who executed the foregoing instrument. Such person duly swore to such instrument before me and duly acknowledge that ......he............................................................................ executed the same.

............................................................
(Notary Public)

MARIA L. MATERA
NOTARY PUBLIC, State of New York
No. 41-4775398
Qualified in Queens County
Commission Expires March 30, 19 86

STATE ████████████████

ss.:

County o███████

**COMBINED VERIFICATION, CONSENT AND DESIGNATION**

(For use when a petitioner to be appointed executor is a bank or trust company)

I, the undersigned, a ................................................................................

(Title)

................................................................................

(Name of Bank or Trust Company)

being duly sworn, say:

(1) VERIFICATION: I have read the foregoing petition subscribed by me and know the contents thereof, and the same is true of my own knowledge, except as to the matters therein stated to be alleged upon information and belief, and as to those matters I believe it to be true.

(2) CONSENT: ...................................................................................., a corporation/national banking association under the laws of ................................................................ hereby accepts its appointment as executor of the Last Will described in the foregoing petition and consents to act as such executor.

(3) DESIGNATION: ..............................................................................., a corporation/national banking association under the laws of ................................................................ having an office at ................................................................ County, and his or her successor in office, as a person on whom service of any process issuing from such Surrogate's Court may be made, in like manner and with like effect as if it were served personally upon such corporation/national banking association, whenever one of its proper officers cannot be found and served within the State of New York, after due diligence used.

.......................................................................

(Signature and Title)

.......................................................................

(Name of Bank or Trust Company)

ATTEST: By: ...........................................................

.......................................................... (Signature and Title)

(Signature and Title)

On ......................, 19 ......., before me personally came ................................................................ , to me known, who duly swore to the foregoing instrument and who did say that he resides at ................................................................ and that he is a ........................ of ................................................................ the corporation/national banking association described in and which executed such instrument; that he knows the seal of such ................................................................ ; that the seal affixed to such instrument is such seal and was so affixed by order of the Board of Directors of such ................................................................ and that he signed his name thereto by like authority.

.......................................................................

(Notary Public)

**ATTORNEY**

Name of Attorney    Solomon & Rosenbaum, Drechsler & Leff    Tel. No. (212) 867-5720

Address of Attorney    100 East 42nd Street, New York, N.Y.    10017

_new atty Goodkind, Weschler, Labatont_
_Rudoff_
_122 E. 42nd St NY 10168_

3169

Decision - LT 6/11/86 Objections Filed #1372 RRR

| | | |
|---|---|---|
| File No. | | |
| Date of Death | May 24 19 85 | |
| Will filed | 2 nd day of July 19 85 | |
| Pet. filed | 2 nd day of July 19 85 | |
| Cit. returnable | 10 day of Dec 19 85 | |
| Sup. cit. returnable | 9 day of Jan 19 | |
| Amd. Pt. filed | day of 19 | |

Value of testamentary estate $ 1,390,000

Amount of filing fee $ 600.00

Petition accepted by ... O.T. ... Clerk

DECREE ADMITTED April 3, 1986 LETTERS TEST.

Liber 456 Page 505

LETTERS OF TRUSTEESHIP

Liber .......... Page ..........



288

| ESTATE OF *Simon A. Goldberg* | Month | Day | Year |
|---|---|---|---|
| DATE OF DEATH | | | |
| 3169 | May 24 | 1985 | |
| PETITION FILED PROBATE | JUL 2 | 1985 | |
| SUBSTITUTED SERVICE | JAN | 1986 | |
| ORDER GRANT PRELIM. LET. TEST | JUL 3 | 1986 | |
| Notice of Obj. filed | JUL 3 | 1986 | |
| MOTION TO REMOVE ANY RESTRICTION IN THE PRELIMINARY LETTERS | JUN 19 | 1987 | |
| CROSS MOTION TO DENY PETR MOTION | AUG 11 | 1987 | |
| Motion to file a jury demand | DEC 1 | 1987 | |
| Motion to Remove Preliminary Executor Sept. 23 1988 | | | |

| ESTATE OF *Catherine D.S.J.* | DA |
|---|---|
| 3172 | |
| PETITION FILED PRO | |
| DECREE ADMIT WILL TO | |
| LETTERS TEST. L 441 | |
| WILL LIBER 3485 PG. 447 |
| 2 the order |
| Order for Notice of Objections filed Sente SCPA 1411 |
| Serui 12 days before 9/15/86 |

| ESTATE OF *Herman Gilmore* | Month | Day | Year |
|---|---|---|---|
| DATE OF DEATH | | | |
| 3170 | Jan 1 | 1984 | |
| AFF. FILED = SMALL ESTATE | JUL 2 | 1985 | |
| Obj. to probate June 13, 86 (EE. by Hight Gardner) | | | |

Year 1985

| ESTATE OF *John Flan* | DATE |
|---|---|
| 3173 | |
| PETITION FILED PROBAT | |
| SUBSTITUTED SER | |
| DECREE ADMIT WILL TO PRO | |
| LETTERS TEST. L 441 PG. 5 | |
| WILL LIBER 3487 PG. 405 | |

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 5 of 29

Forged Simon and Evelyn 1985 Joint Tenancy Checks by David J. and Rosemary Mandelbaum.

The General Counsel of Hanover Manufacturers Trust Company returns the monies to Evelyn Goldberg.

See also Exhibit 8, Mandelbaum does not know what Joint Tenancy is.  Mandelbaum also admits to never graduating with a Bachelor of Science .  Mandelbaum's CPA license is withdrawn during a hearing represented by Wolf Popper.

The Court Record contains 3 separate Affidavits of Forgery for each of 3 Forged Checks!

08-01789-cgm Doc 17551-1 Filed 05/01/18 Entered 05/01/18 16:09:57 Supplement Decumoure Affidavit of 04 23 2018 Pg 56 of 449

**CLAIMANT'S FORGERY AFFIDAVIT**

ON FORGERY LOSS and/or loss through legally
unauthorized signatures

STATE OF New York
) SS
COUNTY OF New York

Simon A. Goldberg, deceased May 24, 1985 and
Evelyn Goldberg JOINT TENANCY SURVIVOR _____ being first duly

sworn deposes and says that they are _____ Ex the

persons                       "payee" but as "survivor"
named as the Evelyn Goldberg is the legal payee
00256287(6/15 (Maker, Payee or Endorser)
00267015(7/15
of the attached (check numbered 00279256(8/15 dated June, July, August 15's
(STUBS
drawn on the _____ Bradford Trust Company _____ to the order

of Simon A. Goldberg (deceased May 24, 1985)(and Evelyn Goldberg
(JOINT TENANCY SURVIVOR
in the sum of June:$869; July:$869; Aug:$359 Dollars ($2,597 plus) interest

vid J. Mandelbaum, CPA signed some checks as "Estate of Simon A. Goldberg" but
hout Court(Legal)Authority and without Letters Testamentary: on the (August —
eck he signed the name "Simon A.(Maker of Check) Goldberg" and "Evelyn Goldberg"

and that the signature of "Estate of Simon A. Goldberg" was not authorized
rrogate's Court. The Signature of "simon a. goldberg" and Evelyn Goldberg was
ally illegal _____ on the said check was not written or

authorized by my deceased husband nor, by JT Ten Survivdris a forgery.
Survivor

And being still sworn said deponent does further say that

SHE _____ has not received the proceeds of said check or any part
$2,597
thereof and that said amount is justly due PLUS INTEREST and that this

affidavit is made voluntarily for the purpose of obtaining the proceeds of

said check and establishing the fact that _____ any _____ signature is a
Unauthorized by the Probate Department of Surrogate's Court.
forgery. The endorsement on the August check is totally illegal and
probably qualifies as forgery. Attached: Restricted Delivery Letter
to Ernest D. Stein, General Counsel, Manufacturers Hanover Trust Co.

Subscribed and sworn to before me

this Twenty-Sixth _____ day of

November . 1985

_____
Notary Public

ELLEN SPAHN BADEN
NOTARY PUBLIC, State of New York
No. 41-4759164
Qualified in Queens County
Commission Expires March 30, 19

7





NEW YORK
URED MUNICIPALS
INCOME TRUST

0000267015
00267015    1-840/260

PAYABLE
DATE 07/15/85

DOLLARS/CENTS

PAY  **********869.00

NOT NEGOTIABLE UNTIL PAYABLE DATE

Y TO THE ORDER OF    SIMON A GOLDBERG &
085-337357    EVELYN GOLDBERG JT TEN
400 EAST 54TH STREET APT 19C
NEW YORK    NY 10022

BRADFORD TRUST COMPANY
NEW YORK, NEW YORK

AUTHORIZED SIGNATURE

⑈00267015⑈ ⑈026008400⑈ 700⑈2⑈000169⑈    ⑈0000086900⑈

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 6 of 29

June 23, 2017 Bloomberg News Big Four Reveal in Bernie Madoff by Erik Larson,
reporter, naming Madoff's four biggest clients - Norman Levy, Stanley Chais, Jeffrey
Picower and Carl Shapiro.

Bernie Madoff: 'I Always Wanted to Please Everybody' - Bloomberg                    4/22/18, 9:19 AM

# Bernie Madoff: 'I Always Wanted to Please Everybody'

By **Erik Larson**
June 23, 2017, 10:02 AM EDT  *Updated on* June 23, 2017, 12:18 PM EDT

Bernard Madoff has had eight years in prison to think about what went wrong. He's concluded that a few of his investors were partially to blame for his fall from a legitimate securities trader to the biggest Ponzi schemer in U.S. history.

He blames the "Big Four," his earliest and richest clients. They were Norman Levy, a New York real estate broker, Jeffry Picower, a Florida accountant, Stanley Chais, a Beverly Hills money manager, and Carl Shapiro, a Boston philanthropist. Shapiro, 104, is the only one still alive.

Madoff Clients Fighting for Fortunes Get Help - From the Con Man
<https://www.bloomberg.com/news/articles/2017-06-23/madoff-clients-fighting-for-fortunes-get-help-from-the-con-man>

In April, Madoff was questioned for three days as part of a lawsuit that seeks to force a group of his investors to return their profit to his firm's receiver. The cases hinge on Madoff's claim that he was an honest trader

until 1992, when the alleged greed of the Big Four forced him into a Ponzi
scheme. Madoff went into great detail about his rise and fall and his
relationship with The Big Four. The deposition testimony, a transcript of
which is in court records, shows how Madoff sees things now:

## On his relationship with the Big Four:

> "I had a...very special relationship with the Big Four clients,
> all right, particularly, you know, with Carl Shapiro and
> Norman Levy and Stan Chais. Picower was a little bit
> different...And all of these clients, I was like a son to them
> and they were like surrogate fathers to me."

> "I was a little guy with nothing...Carl Shapiro always tells
> this story famously. When he gave me $100,000, people
> thought he was crazy. I was this little kid from Brooklyn,
> didn't go to Harvard."

## He risked $1 billion covering the Big Four's shorts:

> "I'm not proud that I did what I did, you know. I spent a lot of
> hours with a psychologist here trying to analyze why I did
> what I did."

> "They didn't want to give up their returns and I made the
> mistake. What I should have said to them was look, this is the
> agreements you have."

> "In hindsight now it looks like a stupid thing to do and it was
> ... I always wanted to please everybody."

## On whether the Big Four knew his secretary backdated trades:

> "They were aware of it. They instructed her to do it."

## On whether it was fraud not to report short positions:

> "Well, depends upon how you define fraud."

## On whether he sought victims to cover redemptions:

Bernie Madoff On Always Wanted to Please Everybody - Bloomberg                                                    4/22/18, 9:19 AM

> "No. The firm was in a position that we were always turning
> away investors. We never -- never solicited, you know, new
> monies coming in. As a matter of fact, we tried to return
> monies at times but met resistance with clients."

## On his lack of concern for European investors:

> "…first of all, they really weren't my customers. They were
> customers of hedge funds."

## On convertible bonds trade windfalls during '87 crash:

> "So the guys that were doing convertible bonds, they thought
> I was a goddamned codified genius."

## On the Big Four's offer to indemnify him:

> "They didn't want to screw me either, generally, because
> number one, we had a close, family-type relationship. And
> also I made them a lot of money. They didn't want to kill the
> goose that laid the golden egg."

## On losses in Big Four trading accounts from 1987 to 1992:

> "I don't know how many billions of dollars it was at the time,
> but you have to take that into consideration, you know."

> "So when the crash came in '87 and these guys panicked on
> me, which is not a surprise in hindsight because the one
> thing every one of them was, which is everybody in the
> industry is, they're greedy. All right. So they all panicked."

## On honesty in the securities industry:

> "I know it sounds strange coming from me, all right, but
> when I went into business the first thing I learned from both
> Cy Lewis (former Managing Partner of Bear, Stearns & Co.)
> and Gus Levy (former senior partner at Goldman Sachs) is
> they said to me, Bernie, whatever you do, you know, in this

Bernie Madoff Always Wanted to Please Everybody - Bloomberg                                5/1/18, 9:19 AM

> *business, never break your word because there was no such*
> *thing as written contracts in the securities industry."*
>
> *"In 50 years that I was in business, I never, ever had anyone*
> *not honor their contract. You never thought about it. It was*
> *something that, you know, if you're in this industry, your*
> *word was your bond literally, and that was it. You trusted*
> *everybody. And that's the way the industry operated and for*
> *the most part still operates that way today, but not as much."*

**On why anyone should believe he was honest until 1992:**

> *"I have nothing to lose now."*

William Zabel, the Picower family's lawyer, said Madoff wasn't truthful, offering "up one more self-serving lie about someone who passed away eight years ago and cannot defend himself." Attorneys for the other three didn't return calls.

The Big Four, or their estates, paid settlements to a trustee for Madoff's firm ranging from Levy's $220 million to Picower's $7.2 billion. None of the four were accused of criminal wrongdoing.

Terms of Service Trademarks Privacy Policy
©2018 Bloomberg L.P. All Rights Reserved
Careers Made in NYC Advertise Ad Choices    Website Feedback Help

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 7 of 29

Nuveen Account created May 18, 1988, Page 1 of Transcript upper right hand corner heading, three years after Simon Goldberg's death.

Simon Goldberg died on May 24, 1985.

In May, 2015,  John C. Fisher announces outside in the hallway that John C. Fisher has just been notified of an additional Nuveen Account recently discovered.

**NUVEEN**
*Investments*

PO Box 8530
Boston, MA 02266-8530

June 17, 2015

Hamburger Weinschenk And Fisher
Attorneys At Law
The Bar Building
Attn John C Fisher Esq
36 W 44th St Ste 1215
New York NY  10036-8104

Reference: 07587125
Nuveen Funds
David J Mandelbaum Exec
Estate Of Simon A Goldberg

Dear Mr. Fisher:

We are contacting you regarding your inquiry concerning the Nuveen Funds account referenced above.

Please be advised we are unable to provide the requested information as the earliest record we have on file is 1990.  We are enclosing transcripts for your use.  A 2015 transcript has been sent under separate cover.

If you have any questions, please call us at 1-800-257-8787.  Alternatively, you may contact us via our web address at www.nuveen.com.  Our business hours are Monday through Friday 9:00 a.m. to 7:00 p.m., Eastern Time.

Sincerely,

*Susan J. Sherman*

Susan J. Sherman
Vice President

Enclosure(s):    Transcripts
                 Address Sheet

# Your Consolidated Account Statement

**FOR THE PERIOD JANUARY 1   DECEMBER 31, 1998**

CUSTOMER SERVICE:
(800) 257-8787

For access to prices, yield
and dividend information
24 hours/day: (800) 682-2934

PREPARED
FOR:

**01150342**

**TAXPAYER ID:** ▮▮▮▮▮▮▮

SIMON A GOLDBERG
400 E 54TH ST   APT 19C88
NEW YORK NY 10022-5164

| ACCOUNT SUMMARY | Product Code | Account Number | Shares/Units | Price | Market Value as of 12/31/98 |
|---|---|---|---|---|---|
| **MUTUAL FUNDS:** Nuveen Flagship NY Municipal Bond Fund R | | 0000001012154 | 13,144.943 | $ 11.0800 | $ 145,645.97 |
| | | | TOTAL INVESTMENTS | | $ 145,645.97 |

| DIVIDEND/DISTRIBUTION   SUMMARY | | This Period | Year-To-Date |
|---|---|---|---|
| **MUTUAL FUNDS:** Tax-Free Income Reinvested | | $ 7,399.30 | $ 7,399.30 |

### NUVEEN NEWS

The start of the new year may be a good time to sit down with your adviser to review your portfolio. It may also be a good time to adjust your asset allocation to make sure your balance of stocks, bonds and cash is in line. An annual portfolio review can help make sure your portfolio is working properly.   If you'd like more information on how Nuveen's range of investments can help you build a balanced portfolio, talk to your financial adviser or call Nuveen at (800) 257-8787.

### MUTUAL FUNDS AND MONEY MARKETS   ACCOUNT ACTIVITY

**YOUR FINANCIAL ADVISER:**
HOUSE
JOHN NUVEEN & CO
333 W WACKER DR
CHICAGO IL  60606

Nuveen is committed to providing you and your adviser with the tools needed to structure a tax-efficient, risk-moderating portfolio.   To ensure your portfolio is positioned to meet your long-term objectives, talk to your financial adviser to discuss ways to build greater efficiencies in your portfolio.   To learn more about Nuveen's family of products, contact your adviser or call Nuveen at (800) 257-8787 for a prospectus on any of our investment products.   Please read it carefully before you invest.

| MUTUAL FUNDS   ACCOUNT ACTIVITY | | | | | |
|---|---|---|---|---|---|
| Date | Description | Dollar Amount | Share Price | Shares | Shares Owned |
| | **NUVEEN FLAGSHIP NY MUNICIPAL BOND FUND R** | | | | |
| | **BALANCE AS OF 01/01/98** | | | | 12,473.811 |
| 01/12/98 | Div Rein | $ 611.22 | $ 11.0100 | 55.515 | 12,529.326 |
| 02/10/98 | Div Rein | 613.94 | 10.9800 | 55.914 | 12,585.240 |
| 03/10/98 | Div Rein  $0.0490 /share | 616.68 | 10.9700 | 56.215 | 12,641.455 |
| 04/13/98 | Div Rein  $0.0490 /share | 619.43 | 10.8600 | 57.038 | 12,698.493 |
| 05/11/98 | Div Rein  $0.0490 /share | 622.23 | 10.9900 | 56.618 | 12,755.111 |
| 06/10/98 | Div Rein  $0.0490 /share | 625.00 | 10.9900 | 56.870 | 12,811.981 |
| 07/10/98 | Div Rein  $0.0475 /share | 608.57 | 10.9800 | 55.425 | 12,867.406 |
| 09/01/98 | Div Rein  $0.0475 /share | 611.20 | 11.0900 | 55.113 | 12,922.519 |
| 10/01/98 | Div Rein  $0.0475 /share | 613.82 | 11.2000 | 54.805 | 12,977.324 |

Please do not use these figures for tax purposes.   We will be sending you required tax information by January 31, 1999.
See reverse side for important information.
000034484

01.15.0342.03.01.0.1

Your Consolidated Account Statement
FOR THE PERIOD JANUARY 1    DECEMBER 31, 1998
PAGE 2 of 3

PREPARED FOR: SIMON  A GOLDBERG

| Date | Description | | Dollar Amount | Share Price | Shares | Shares Owned |
|------|-------------|--|---------------|-------------|--------|--------------|
| 11/02/98 | Div Rein | $0.0475 /share | 616.42 | 11.0700 | 55.684 | 13,033.008 |
| 12/01/98 | Div Rein | $0.0475 /share | 619.07 | 11.1000 | 55.772 | 13,088.780 |
| 12/21/98 | Div Rein | $0.0475 /share | 621.72 | 11.0700 | 56.163 | 13,144.943 |

Please do not use these figures for tax purposes.  We will be sending you required tax information  by January 31, 1999.
See reverse side for important  information.
000034484

01.15.0342.03.02.0.1

# Your Consolidated Account Statement

FOR THE PERIOD JANUARY 1    DECEMBER 31, 1999

CUSTOMER SERVICE:
(800) 257-8787

For access to prices, yield
and dividend information
24 hours/day:  (800) 682-2934

PREPARED
FOR:

01140057

SIMON A GOLDBERG
400 E 54TH ST  APT 19C88
NEW YORK NY 10022-5164

## ACCOUNT SUMMARY

| | Product Code | Account Number | Shares/Units | Price | Market Value as of 12/31/99 |
|---|---|---|---|---|---|
| **MUTUAL FUNDS:** | | | | | |
| Nuveen Flagship NY Municipal Bond Fund R | 323 | 0000001012154 | 13,909.531 | $ 10.1800 | $ 141,599.03 |
| | | | | TOTAL INVESTMENTS | $ 141,599.03 |

## DIVIDEND/DISTRIBUTION  SUMMARY

| | | This Period | Year-To-Date |
|---|---|---|---|
| **MUTUAL FUNDS:** | Tax-Free Income Reinvested | $ 7,835.38 | $ 7,835.38 |
| | Long Term Capital Gain Reinvested | 300.89 | 300.89 |
| | Short Term Capital Gain Reinvested | 15.11 | 15.11 |

## NUVEEN NEWS

Your Nuveen account can now be accessed via the web!  With the Nuveen Account Access System, checking on your Nuveen holdings is as simple as going online and visiting www.nuveen.com.   You can review the daily market value, distributions, and any account activity associated with your Nuveen investments.   This system is available 24 hours a day, seven days a week* for investors who are registered directly with Nuveen. For more information  about access to your account or Nuveen's family of funds, contact your financial adviser or call Nuveen at (800) 257-8787. (*The Account Access System is serviced on weekends and may not be available from 11:00 p.m. Saturday to 4:00 a.m. Sunday, EST.)

**Important Tax Information**

If your Nuveen investment  falls into one of the two following  categories, please use the Consolidated  Account Statement for tax purposes since no other tax documents  will be provided  for that investment:

**1.** Nuveen Mutual Fund accounts which received only tax-free dividends and/or capital gains dividends  of $10.00 or less.

**2.** Nuveen Exchange-Traded  Fund accounts which received only tax-free dividends  (i.e. no capital gains distributions).

If your Nuveen investment  does not match one of the above categories, do not use the figures on this Consolidated  Account Statement for tax purposes.  We will mail you the required tax information  by January 31st, 2000.

## MUTUAL FUND AND MONEY MARKET NEWS

**YOUR FINANCIAL ADVISER:**
HOUSE
JOHN NUVEEN & CO
333 W WACKER DR
CHICAGO IL  60606

Happy 2000! Explore a world of new investment opportunities from Nuveen in the new millennium.  Ask your financial adviser today how Nuveen Innovation Fund and Nuveen International Growth Fund might fit a need for growth potential in your overall investment plan.

See reverse side for important  information.
0499095529608771
000034484

01.14.0057.03.01.0.1

Your Consolidated Account Statement
FOR THE PERIOD JANUARY 1    DECEMBER 31, 1999
PAGE 2 of 3                                                PREPARED FOR: SIMON A GOLDBERG

| | MUTUAL FUNDS    ACCOUNT ACTIVITY | | | | |
|---|---|---|---|---|---|
| Date | Description | Dollar Amount | Share Price | Shares | Shares Owned |
| | NUVEEN FLAGSHIP NY MUNICIPAL BOND FUND R | | | | 13,144.943 |
| | BALANCE AS OF 01/01/99 | | | | |
| 02/01/99 | Div Rein    $0.0455 /share | $    598.09 | $    11.1200 | 53.785 | 13,198.728 |
| 03/01/99 | Div Rein    $0.0455 /share | 600.54 | 11.0400 | 54.397 | 13,253.125 |
| 04/01/99 | Div Rein    $0.0455 /share | 603.02 | 11.0300 | 54.671 | 13,307.796 |
| 05/03/99 | Div Rein    $0.0455 /share | 605.50 | 11.0200 | 54.946 | 13,362.742 |
| 06/01/99 | Div Rein    $0.0455 /share | 608.00 | 10.9000 | 55.780 | 13,418.522 |
| 07/01/99 | Div Rein    $0.0470 /share | 630.67 | 10.7600 | 58.612 | 13,477.134 |
| 08/02/99 | Div Rein    $0.0470 /share | 633.43 | 10.7200 | 59.089 | 13,536.223 |
| 09/01/99 | Div Rein    $0.0520 /share | 703.88 | 10.5900 | 66.466 | 13,602.689 |
| 10/01/99 | Div Rein    $0.0520 /share | 707.34 | 10.4800 | 67.494 | 13,670.183 |
| 11/01/99 | Div Rein    $0.0520 /share | 710.85 | 10.3100 | 68.948 | 13,739.131 |
| 12/01/99 | Div Rein    $0.0520 /share | 714.43 | 10.3200 | 69.228 | 13,808.359 |
| 12/01/99 | Lt Gain Rein    $0.0219 /share | 300.89 | 10.3200 | 29.156 | 13,837.515 |
| 12/01/99 | St Gain Rein    $0.0011 /share | 15.11 | 10.3200 | 1.464 | 13,838.979 |
| 12/20/99 | Div Rein    $0.0520 /share | 719.63 | 10.2000 | 70.552 | 13,909.531 |

See reverse side for important information.

# Your Consolidated Account Statement

**FOR THE PERIOD JANUARY 1    DECEMBER31, 2000**

CUSTOMER SERVICE:
(800) 257-8787

For access to prices, yield
and dividend information
24 hours/day:  (800) 682-2934

PREPARED
FOR:                                    01120297

SIMON A GOLDBERG
400  E 54TH ST   APT 19C88
NEW YORK NY 10022-5164

| ACCOUNT SUMMARY | | | | | |
|---|---|---|---|---|---|
| | Product Code | Account Number | Shares/Units | Price | Market Value as of 12/31/00 |
| MUTUAL FUNDS: Nuveen New York Municipal Bond Fund R | 323 | 0000001012154 | 14,768.112 | $   10.6900 | $       157,871.12 |
| | | | | TOTAL INVESTMENTS | $       157,871.12 |

| DIVIDEND/DISTRIBUTION   SUMMARY | | | |
|---|---|---|---|
| | | This Period | Year-To-Date |
| MUTUAL FUNDS: | Tax-Free Income  Reinvested | $       8,895.73 | $       8,895.73 |

| NUVEEN NEWS |
|---|

**New Year, New Opportunities**

This is a great time to take a close look at your portfolio.  As a new President and Congress take office, the markets are likely to react to changing priorities and may offer a number of new opportunities.  Make sure you are as prepared as you can be for whatever the future brings. Talk with your financial advisor about how you can use Nuveen Investments to bring balance to your portfolio, helping you to **Invest Well, Look Ahead** and **Leave Your Mark.**

| MUTUAL FUND AND MONEY MARKET NEWS | |
|---|---|
| **YOUR FINANCIAL ADVISER:** HOUSE JOHN NUVEEN & CO 333 W WACKER DR CHICAGO IL  60606 | **Your financial advisor - a trusted resource in times of change** |

Changing market conditions can often push a portfolio's  asset allocation out of balance. Now may be a good time to review your portfolio with your financial advisor to be sure your portfolio still matches your goals. Then ask about Nuveen's expanding menu of mutual funds - from tax-exempt municipal bond funds to balanced stock and bond funds to equity funds including our newest opportunities, Nuveen Innovation Fund and Nuveen International Growth Fund. Please read a prospectus carefully before you invest or send money.

Due in part to reduced earnings, Nuveen New York Municipal Bond Fund reduced its monthly tax-free dividend by approximately  $0.0010 per share. This change was effective with the dividend declared November 9th, payable December 1st. Even with the reduction, we are confident that you'll find the fund provides competitive tax-free income in a high-quality investment. Should you have questions about the dividend decrease, please contact your financial adviser or Nuveen Customer Service at (800) 257-8787.

| MUTUAL FUNDS    ACCOUNT ACTIVITY | | | | | |
|---|---|---|---|---|---|
| Date | Description | Dollar Amount | Share Price | Shares | Shares Owned |
| | NUVEEN NEW YORK MUNICIPAL BOND FUND R BALANCE AS OF 01/01/00 | | | | 13,909.531 |

See reverse side for important  information.
0400095529608771
000034484

01.12.0297.03.01.0.1

Your Consolidated Account Statement
**FOR THE PERIOD JANUARY  1    DECEMBER 31, 2000**
**PAGE 2 of 3**

**PREPARED FOR: SIMON  A GOLDBERG**

| Date | Description | | Dollar Amount | Share Price | Shares | Shares Owned |
|------|-------------|---|---------------|-------------|--------|--------------|
| 02/01/00 | Reinvested  Dividend | $0.0520 /share | $     723.30 | $   10.0800 | 71.756 | 13,981.287 |
| 03/01/00 | Reinvested  Dividend | $0.0520 /share | 727.03 | 10.2000 | 71.277 | 14,052.564 |
| 04/03/00 | Reinvested  Dividend | $0.0520 /share | 730.73 | 10.3800 | 70.398 | 14,122.962 |
| 05/01/00 | Reinvested  Dividend | $0.0520 /share | 734.39 | 10.2700 | 71.508 | 14,194.470 |
| 06/01/00 | Reinvested  Dividend | $0.0520 /share | 738.11 | 10.1800 | 72.506 | 14,266.976 |
| 07/03/00 | Reinvested  Dividend | $0.0520 /share | 741.88 | 10.3500 | 71.679 | 14,338.655 |
| 08/01/00 | Reinvested  Dividend | $0.0520 /share | 745.61 | 10.4500 | 71.350 | 14,410.005 |
| 09/01/00 | Reinvested  Dividend | $0.0520 /share | 749.32 | 10.5200 | 71.228 | 14,481.233 |
| 10/02/00 | Reinvested  Dividend | $0.0520 /share | 753.02 | 10.3800 | 72.545 | 14,553.778 |
| 11/01/00 | Reinvested  Dividend | $0.0520 /share | 756.80 | 10.4100 | 72.699 | 14,626.477 |
| 12/01/00 | Reinvested  Dividend | $0.0510 /share | 745.95 | 10.4500 | 71.383 | 14,697.860 |
| 12/26/00 | Reinvested  Dividend | $0.0510 /share | 749.59 | 10.6700 | 70.252 | 14,768.112 |

See reverse side for important  information.
**0400095529608771**
000034484

01.12.0297.03.02.0.1

SIMON A GOLDBERG
400 E 54TH ST APT 19C88
NEW YORK NY 10022-5164

**0400095529608771**
000034484

01.12.0297.03.03.1.7

# Your Consolidated Account Statement

FOR THE PERIOD JANUARY  2 — DECEMBER 31, 2001

PREPARED
FOR:

0197.C2021533387.03.01.0051

SIMON A GOLDBERG
400  E 54TH ST   APT 19C88
NEW YORK NY 10022-5164

*10022-51649*

CUSTOMER SERVICE:
(800) 257-8787

For access to prices, yield
and dividend information
24 hours/day: (800) 682-2934



| ACCOUNT SUMMARY | | | | | |
|---|---|---|---|---|---|
| | Product Code | Account Number | Shares/Units | Price | Market Value as of 12/31/01 |
| MUTUAL FUNDS: | | | | | |
| Nuveen New York Municipal Bond Fund R | 323 | 0000001012154 | 15,601.643 | $   10.5300 | $     164,285.30 |
| | | | TOTAL INVESTMENTS | | $     164,285.30 |

| DIVIDEND/DISTRIBUTION SUMMARY | | |
|---|---|---|
| | This Period | Year-To-Date |
| MUTUAL FUNDS:                 Tax-Free Income Reinvested | $     8,921.35 | $     8,921.35 |

| NUVEEN NEWS |
|---|
| To help you organize and facilitate your 2001 tax preparation involving Nuveen Investments; we are making your 1099-DIV, 1099-B, and other forms available via our web site: www.nuveen.com.  If you receive your statements directly from Nuveen, you can access your 2001 tax forms by logging into the Investor Account Access portion of the Nuveen web site.  The tax forms are for investments in Nuveen's mutual funds, exchange-traded (closed-end) funds and defined portfolios, and will be available in early February.  In addition to this service, you will also receive your 2001 tax forms from Nuveen Investments in the mail. |

| MUTUAL FUND AND MONEY MARKET NEWS | |
|---|---|
| YOUR FINANCIAL ADVISOR: NUVEEN INVESTMENTS 333 W WACKER DR CHICAGO IL  60606 | Nuveen's array of equity and municipal bonds mutual funds offers opportunities to build carefully balanced portfolios.  Talk with your financial advisor about how Nuveen mutual funds can help you meet your investing goals.     Due in part to the current market environment, the Nuveen New York Municipal Bond Fund reduced its monthly tax-free dividend by approximately $0.0015 per share.  This change was effective with the dividend declared November 9th, payable December 3rd.  Even with the reduction, we are confident that you'll find the fund provides competitive tax-free income in a high-quality investment.  Should you have questions about the dividend decrease, please contact your financial advisor or Nuveen Customer Service at (800) 257-8787. |

| MUTUAL FUNDS — ACCOUNT ACTIVITY | | | | | |
|---|---|---|---|---|---|
| Date | Description | Dollar Amount | Share Price | Shares | Shares Owned |
| | NUVEEN NEW YORK MUNICIPAL BOND FUND R | | | | |
| | BALANCE AS OF 01/01/01 | | | | 14,768.112 |
| 02/01/01 | Reinvested Dividend        $0.0510 /share | $        753.17 | $    10.7300 | 70.193 | 14,838.305 |
| 03/01/01 | Reinvested Dividend        $0.0510 /share | 756.75 | 10.7100 | 70.658 | 14,908.963 |
| 04/02/01 | Reinvested Dividend        $0.0510 /share | 760.36 | 10.7000 | 71.062 | 14,980.025 |
| 05/01/01 | Reinvested Dividend        $0.0510 /share | 763.98 | 10.5300 | 72.553 | 15,052.578 |

12/31/01  095529608  000000001012154
0401095529608771
000034484

**Your Consolidated Account Statement**

PREPARED FOR: SIMON A GOLDBERG

FOR THE PERIOD JANUARY 2 — DECEMBER 31, 2001

PAGE 2 of 2

| Date | Description | | Dollar Amount | Share Price | Shares | Shares Owned |
|------|-------------|--|--------------|-------------|--------|--------------|
| 06/01/01 | Reinvested Dividend | $0.0485 /share | 730.05 | 10.6100 | 68.808 | 15,121.386 |
| 07/02/01 | Reinvested Dividend | $0.0485 /share | 733.39 | 10.6500 | 68.863 | 15,190.249 |
| 08/01/01 | Reinvested Dividend | $0.0485 /share | 736.73 | 10.7800 | 68.342 | 15,258.591 |
| 09/04/01 | Reinvested Dividend | $0.0485 /share | 740.04 | 10.8800 | 68.018 | 15,326.609 |
| 10/01/01 | Reinvested Dividend | $0.0485 /share | 743.34 | 10.7700 | 69.019 | 15,395.628 |
| 11/01/01 | Reinvested Dividend | $0.0485 /share | 746.69 | 10.8600 | 68.756 | 15,464.384 |
| 12/03/01 | Reinvested Dividend | $0.0485 /share | 726.83 | 10.7100 | 67.865 | 15,532.249 |
| 12/26/01 | Reinvested Dividend | $0.0470 /share | 730.02 | 10.5200 | 69.394 | 15,601.643 |



2002 TRANSCRIPT

```
REPORT NUMBER:  RO1130                              SUPER SHEET      PAGE:     1
SOURCE PROGRAM: SSYMX0936                                          DATE:  02/20/2003
JOB NAME/#:     DYXMU975.22807                                    CURRENT DATE:  02/21/2003
ACCOUNT NUMBER:                                                            TIME:  12:56:28
```

SHAREOWNER MASTER RECORD
MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS

```
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND R
ACCOUNT NUMBER:  10212154-2        SSN-TAX ID/TIN:

                                   DEALER NUMBER/BRANCH       44B/000
SHAREOWNER REGISTRATION            DEALER REP NUMBER/NAME     HOUSE
  SIMON A GOLDBERG                 DEALER REGISTRATION        PLEASE PROVIDE
  400 E 54TH ST APT 19C8B                                     YOUR FINANCIAL
  NEW YORK NY 10022-5164                                      ADVISOR INFORMATION
                                                              CHICAGO IL 60606-1220
```

```
                                                          DATE ESTABLISHED  05/18/1988
                                                            ALPHA CODE      GOLDBSIMOA
                                                          FIDUCIARY ACCOUNT
                                                         PENALTY WITHHOLDING        NO
                                                         CAPITAL GAIN OPTION  REINVEST
                                                            DIVIDEND OPTION   REINVEST
                                                        CUMULATIVE DISCOUNT          0
                                                          MATRIX LEVEL
                                               STATE/COUNTRY CODE       031
                                                        FRGN TAX RATE    0.0
                                                          SOCIAL CODE    005
LAST MAINT DATE 08/23/1998   STOP MAIL DATE 00/00/0000                  B/C NOTICE  NO / NO
2002 CUTOFF DATES:  INCOME DIV 12/31/2002   LTCG 12/31/2002   STCG 12/31/2002

                                                           BEG SHARES ISSUED:   15,601.0000
                                                           BEG SHARES UNISSUED:      .6430
```

SHAREOWNER TRANSACTION HISTORY

BEGINNING BALANCE:   15,601.6430

```
HIST CHG  TRANS #   CONFIRM DATE   TRANSACTION DESCRIPTION   GROSS AMOUNT    BATCH            SHARE BALANCE
TC - TS             TRADE DATE     SHARES                    PRICE         CERT ISS  DC

011 -  13  000      02/01/2002     INCOME REINVEST  (+)       733.28        NO       1          15,670.4310
                    02/01/2002                 68.7880         10.6600

011 -  14  000      03/01/2002     INCOME REINVEST  (+)       736.51        NO       1          15,739.0070
                    03/01/2002                 68.5760         10.7400

011 -  15  000      04/01/2002     INCOME REINVEST  (+)       739.73        NO       1          15,809.2570
                    04/01/2002                 70.2500         10.5300

011 -  16  000      05/01/2002     INCOME REINVEST  (+)       743.04        NO       1          15,879.1570
                    05/01/2002                 69.9000         10.6300

011 -  17  000      06/03/2002     INCOME REINVEST  (+)       746.32        NO       1          15,949.1680
                    06/03/2002                 70.0110         10.6600

011 -  18  000      07/01/2002     INCOME REINVEST  (+)       749.61        NO       1          16,019.3560
                    07/01/2002                 70.1880         10.6800

011 -  19  000      08/01/2002     INCOME REINVEST  (+)       752.91        NO       1          16,089.0050
                    08/01/2002                 69.6490         10.8100

011 -  20  000      09/03/2002     INCOME REINVEST  (+)       756.18        NO       1          16,158.3790
                    09/03/2002                 69.3740         10.9000

011 -  21  000      10/01/2002     INCOME REINVEST  (+)       759.44        NO       1          16,227.1070
                    10/01/2002                 68.7280         11.0500

011 -  22  000      11/01/2002     INCOME REINVEST 0.047      762.67        NO       0          16,297.7250
                    11/01/2002                 70.5180         10.8000

011 -  23  000      12/02/2002     INCOME REINVEST 0.047      766.08        NO       0          16,369.4470
                    12/02/2002                 71.7220         10.6800

069 -  24  001      12/02/2002     SHRTTERM CG REIN 0.0013      2.19        NO       0          16,371.4310
                    12/02/2002                  1.9840          10.6800

012 -  25  000      12/02/2002     CAP GAIN REIN 0.0384       625.83        NO       0          16,430.0290
                    12/02/2002                 58.5980         10.6800

011 -  26  000      12/27/2002     INCOME REINVEST 0.047      772.21        NO       0          16,501.2660
                    12/27/2002                 71.2370         10.8400
```

```
ENDING BALANCE:    ISSUED:            .0000   UNISSUED:                           16,501.2660

                                             TOTAL SHARES:                       16,501.2660
```

```
REPORT NUMBER:   R01130
SOURCE PROGRAM:  SSRYR036
JOB NAME/#:      DYYMU775/22807                                    2002 TRANSCRIPT                    SUPER SHEET    PAGE:          2
                                                                                                                    DATE:          02/20/2003
FUND CODE/NAME:    16B9/NUVEEN NEW YORK MUNI BOND  R                                                    CURRENT DATE:  02/21/2003
ACCOUNT NUMBER:    1012154-2        SSN-TAX ID/TIN:                                                                  TIME:          12:56:28

TAX REPORTING TOTALS                                                MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS

FORM 1099 DIV TOTALS                       FORM 5498 TOTALS                         FORM 1099R TOTALS
ORDINARY INCOME  (BOX 1 ):    21.19        IRA     CONTRIB:      0.00               PREMATURE DIS :   0.000
TOTAL CAP GAINS  (BOX 2A):   625.83        ROLLVR CONTRIB:      0.00                PRE EXEMPT DIS:   0.000
2B PERCENT CAP GAINS (BOX 2B):  0.00       IRA RECHAR CNB:      0.00                DISABILITY DIS:   0.000
5-YR CAP GAINS   (BOX 2C):   625.83        ROTH CNV CNTRB:      0.00                DEATH DIS     :   0.000
SCT 1250 CAP GAINS (BOX 2D):    0.00       ACCOUNT VALUE :  179,533.77              PROHIBITED DIS:   0.000
NON-TAXABLE DIST (BOX 3 ):     0.00        TYPE OF IRA  :  IRA  NA                  NORMAL DIS    :   0.000
FOREIGN TAX W/HELD (BOX 4):     0.00       SEP     CONTRIB:      0.00               EXCESS DIS    :   0.000
FOREIGN TAX PAID (BOX 6 ):     0.00        SIMPLE CONTRIB:      0.00                ROLL IRA      :   0.00
LIQUID DIST CASH (BOX 8 ):     0.00        ROTH IRA CNTRB:      0.00                ROLL PLAN/403B:   0.00
LIQUID DIST NONCASH(BOX 9):     0.00       EDUCATIONL CNB:      0.00                PRE DIS DEATH :   0.00
1042S GROSS FOREIGN WITHHOLDING: 0.00                                              415 EXCESS DEF:   0.00
1099B GROSS REDEMPTIONS :       0.00                                               EDUCATION DIS :
1099B GROSS WITHHOLDING :       0.00                                               LOAN DEFLT DIS:
                                                                                   IRA RCH PRI   :
                                                                                   IRA RCH CURR  :
                                                                                   EX-CON CURRENT:
                                                                                   EX-CON CUR ERN:
                                                                                   EX-CON PRIOR  :
                                                                                   EX-CON PRI ERN:
                                                                                   EX-CON OTP    :
                                                                                   EX-CON OTP ERN:
                                                                                   ROTH DMP WH   :
                                                                                   ROTH NORM/EX. :
                                                                                   FGN FID REDEMP:
```

```
REPORT NUMBER:    RO1130                                        2003 TRANSCRIPT                        SUPER SHEET    PAGE:                  1
SOURCE PROGRAM:   SRYRO36                                                                              CURRENT        DATE:    03/05/2004
JOB NAME/#:       DYMU775/3O934          SHAREOWNER MASTER RECORD  NV/NUVEEN MUTUAL FUNDS                             DATE:    03/05/2004
                                                  MGMT CODE/NAME:  448/000                                           TIME:    17:17:27

FUND CODE/NAME:   1689/NUVEEN NEW YORK MUNI BOND R
ACCOUNT NUMBER:   1012154-2              DEALER NUMBER/BRANCH                                    DATE ESTABLISHED    05/18/1988
                                         REP NUMBER/NAME  HOUSE                                 ALPHA CODE          GOLDBSIMOA
SHAREOWNER REGISTRATION                  DEALER REGISTRATION  PLEASE PROVIDE                    FIDUCIARY ACCOUNT   NO
SIMON A GOLDBERG                                              YOUR FINANCIAL                    PENALTY WITHHOLDING NO
400 E 54TH ST APT 19C88                                      ADVISOR INFORMATION               CAPITAL GAIN OPTION REINVEST
NEW YORK NY 10022-5164                                       CHICAGO IL 60606                  DIVIDEND OPTION     REINVEST
                                                                                               CUMULATIVE DISCOUNT 0
                                                                                               MATRIX LEVEL        O.31
LAST MAINT DATE 08/23/1998  STOP MAIL DATE 00/00/0000                                          STATE/COUNTRY CODE  00.0
                                                                                               FRGN TAX RATE       005 / NO
2003 CUTOFF DATES: INCOME DIV 12/31/2003  LTCG 12/31/2003  STCG 12/31/2003                     SOCIAL CODE
                                                                                               B/C NOTICE

                                         SHAREOWNER TRANSACTION HISTORY         BEG SHARES ISSUED:                   .0000
                                                                               BEG SHARES UNISSUED:          16,501.2660

                                                                                  BEGINNING BALANCE:          16,501.2660

HIST CHG TRANS #  CONFIRM DATE   TRANSACTION DESCRIPTION   GROSS AMOUNT          BATCH                       SHARE BALANCE
                  TRADE DATE             SHARES               PRICE        CERT ISS         DC
 TC - TS
 O11 -   1      02/03/2003   INCOME REINVEST O.O47          775.56          NO      O     O                  16,573.1440
         OOO    02/03/2003              71.8780 (+)          10.7900

 O11 -   2      03/03/2003   INCOME REINVEST O.O47          778.94          NO      O     O                  16,644.3450
         OOO    03/03/2003              71.2010 (+)          10.9400

 O11 -   3      04/01/2003   INCOME REINVEST O.O47          782.28          NO      O     O                  16,716.5110
         OOO    04/01/2003              72.1660 (+)          10.8400

 O11 -   4      05/01/2003   INCOME REINVEST O.O47          785.68          NO      O     O                  16,788.3280
         OOO    05/01/2003              71.8170 (+)          10.9400

 O11 -   5      06/02/2003   INCOME REINVEST O.O45          755.47          NO      O     O                  16,856.3880
         OOO    06/02/2003              68.0600 (+)          11.1000

 O11 -   6      07/01/2003   INCOME REINVEST O.O45          758.54          NO      O     O                  16,925.3460
         OOO    07/01/2003              68.9580 (+)          11.0000

 O11 -   7      08/01/2003   INCOME REINVEST O.O45          761.64          NO      O     O                  16,997.5390
         OOO    08/01/2003              71.1930 (+)          10.5500

 O11 -   8      09/02/2003   INCOME REINVEST O.O45          764.89          NO      O     O                  17,069.7670
         OOO    09/02/2003              72.2280 (+)          10.5900

 O11 -   9      10/01/2003   INCOME REINVEST O.O45          788.14          NO      O     O                  17,140.3030
         OOO    10/01/2003              70.5360 (+)          10.8900

 O11 -  10      11/03/2003   INCOME REINVEST O.O45          771.31          NO      O     O                  17,211.6550
         OOO    11/03/2003              71.3520 (+)          10.8100

 O11 -  11      12/01/2003   INCOME REINVEST O.O44          757.31          NO      O     O                  17,281.3250
         OOO    12/01/2003              69.6700 (+)          10.8700

 O69 -  12      12/01/2003   SHRTTERM CG REIN O.OO62        106.71          NO      O     O                  17,291.1420
         OO1    12/01/2003               9.8170 (+)          10.8700

 O11 -  13      12/29/2003   INCOME REINVEST O.O44          760.81          NO      O     O                  17,360.4960
         OOO    12/29/2003              69.3540 (+)          10.9700

                                                              17,360.4960                                    TOTAL SHARES:   17,360.4960

ENDING BALANCE      ISSUED:         .OOOO     UNISSUED:      17,360.4960
```

2003 TRANSCRIPT

SUPER SHEET
CURRENT

PAGE: 2
DATE: 03/05/2004
DATE: 03/05/2004
TIME: 17:17:27

REPORT NUMBER: RQ1130
SOURCE PROGRAM: SSRYR036
JOB NAME/#: DYYMU775/30934

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND R
ACCOUNT NUMBER: 1012154-2    SSN-TAX ID/TIN:

MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS
ORDINARY INCOME (BOX 1A): 106.71
QUALIFIED DIVS (BOX 1B): 0.00
TOTAL CAPITAL GAINS (BOX 2A): 0.00
POST MAY 5 CAP GAIN (BOX 2B): 0.00
5 YEAR CAP GAINS (BOX 2C): 0.00
SCT 1250 CAP GAINS (BOX 2D): 0.00
28 PERCENT CAP GAIN (BOX 2F): 0.00
NON-TAXABLE DIST (BOX 3): 0.00
FEDERAL TAX W/HELD (BOX 4): 0.00
FOREIGN TAX PAID (BOX 6): 0.00
LIQUID DIST CASH (BOX 8): 0.00
LIQUID DIST NONCASH (BOX 9): 0.00
1042S FOREIGN WITHHOLDING: 0.00
1099B GROSS REDEMPTIONS: 0.00
1099B GROSS WITHHOLDING: 0.00

FORM 5498/5498-ESA TOTALS
IRA CONTRIB: 0.00
ROLLVR CONTRIB: 0.00
IRA RCHAR CNB: 0.00
ROTH CONV CNTRB: 0.00
ACCOUNT VALUE: 190,444.64
TYPE OF IRA: IRA NA
SEP CONTRIB: 0.00
SIMPLE CONTRIB: 0.00
ROTH IRA CNTRB: 0.00
EDUCATIONL CNB: 0.00

FORM 1099R/1099R-ESA TOTALS
PREMATURE DIS: 0.00
PRE EXEMPT DIS: 0.00
DISABILITY DIS: 0.00
DEATH DIS: 0.00
PROHIBITED DIS: 0.00
NORMAL DIS: 0.00
EXCESS DIS: 0.00
ROLLOVERS: 0.00
ROLL IRA DEATH: 0.00
415 EXCSS DEF: 0.00
PRE DIS SIMPLE: 0.00
EDUCATIONL DIS: 0.00
LOAN DEFLT DIS: 0.00
IRA RCH PRI: 0.00
EX-CON CURRENT: 0.00
ROTH NORM/EX: 0.00
EX-CON CUR ERN: 0.00
EX-CON PRIOR: 0.00
EX-CON PRI ERN: 0.00
EX-CON OTP: 0.00
EX-CON OTP ERN: 0.00
REDEMP WHP ERN: 0.00
FGN FID REDEMP: 0.00
IRA RCH CURR: 0.00

```
REPORT NUMBER:    RO1130                                        2004 TRANSCRIPT                          SUPER SHEET     PAGE:         1
SOURCE/PROGRAM:   SSRYRO36                                                                                              DATE:    03/22/2005
JOB NAME/#:       DYYMU775/30751                                                                                                 03/22/2005
                                                                                                                       CURRENT TIME: 18:19:46
FUND CODE/NAME:   1692/NUVEEN NEW YORK MUNI BOND R      SHAREOWNER MASTER RECORD - NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:   10121542              SSN-TAX ID/TIN:        MGMT CODE/NAME:    44B/000

SHAREOWNER REGISTRATION                 DEALER NUMBER/BRANCH                                        DATE ESTABLISHED 05/18/1988
SIMON A GOLDBERG                        DEALER REP NUMBER/NAME      HOUSE/000                        ALPHA CODE  GOLDBS1M0A
400 E 54TH ST APT 19C8B                 DEALER REGISTRATION         PLEASE PROVIDE                   FIDUCIARY ACCOUNT        NO
NEW YORK NY 10022-5164                                              YOUR FINANCIAL                   PENALTY WITHHOLDING      NO
                                                                   ADVISOR INFORMATION              CAPITAL GAIN OPTION   REINVEST
                                                                   CHICAGO IL 60606                 DIVIDEND OPTION       REINVEST
                                                                                                    CUMULATIVE DISCOUNT         0
                                                                                                    MATRIX LEVEL
                                                                                                    STATE/COUNTRY CODE    031
LAST MAINT DATE 08/23/1998   STOP MAIL DATE 00/00/0000                                              FRGN TAX RATE        00.00
                                                                                                    SOCIAL CODE          005
2004 CUTOFF DATES: INCOME DIV 12/31/2004  LTCG 12/31/2004  STCG 12/31/2004                          B/C NOTICE NO   / NO

                                                                             BEG SHARES ISSUED:
                                                                             BEG SHARES UNISSUED:         17,360.4960

--------------------------------------------  SHAREOWNER TRANSACTION HISTORY  --------------------------------------------
                                                                             BEGINNING BALANCE:           17,360.4960

HIST                                                            COMMISSION                            CERT ISS
CHG   TRANS #  CONFIRM DATE  TRANSACTION DESCRIPTION  GROSS AMOUNT   AMOUNT   PERCENT    BATCH   DC   SHARE BALANCE
------------------------------------------------------------------------------------------------------------------------
B QLF TC - TS  TRADE DATE       SHARES          PRICE

       1       02/02/2004   INCOME REINVEST 0.044    763.88               NO       0             0      17,430.1280
011 - 000      02/02/2004                69.6320 (+)   10.9700

       2       03/01/2004   INCOME REINVEST 90.044   766.9300            NO       0             0      17,499.0350
011 - 000      03/01/2004                68.9070 (+)   11.1300

       3       04/01/2004   INCOME REINVEST 99.044   768.98            NO       0             0      17,569.0310
011 - 000      04/01/2004                69.9960 (+)   11.0000

       4       05/03/2004   INCOME REINVEST 0.044    773.04            NO       0             0      17,641.3450
011 - 000      05/03/2004                72.3140 (+)   10.6900

       5       06/01/2004   INCOME REINVEST 0.044    776.22            NO       0             0      17,714.8510
011 - 000      06/01/2004                73.5060 (+)   10.5600

       6       07/01/2004   INCOME REINVEST 0.044    779.44            NO       0             0      17,788.3150
011 - 000      07/01/2004                73.4640 (+)   10.6100

       7       08/02/2004   INCOME REINVEST 0.044    782.69            NO       0             0      17,861.2590
011 - 000      08/02/2004                79.9440 (+)   10.7300

       8       09/01/2004   INCOME REINVEST 0.044    785.90            NO       0             0      17,933.3600
011 - 000      09/01/2004                72.1010 (+)   10.8800

       9       10/01/2004   INCOME REINVEST 0.044    789.07            NO       0             0      18,005.8850
011 - 000      10/01/2004                79.5250 (+)   10.8800

       10      11/01/2004   INCOME REINVEST 0.044    792.26            NO       0             0      18,078.1710
011 - 000      11/01/2004                72.2860 (+)   10.9600

       11      12/01/2004   INCOME REINVEST 0.0425   768.32            NO       0             0      18,149.2460
011 - 000      12/01/2004                71.0750 (+)   10.8100

       12      12/01/2004   SHRTTERM CG REIN 0.0013  23.50             NO       0             0      18,151.4200
069 - 001      12/01/2004                2.1740 (+)   10.8100

       13      12/27/2004   INCOME REINVEST 0.0425   771.44            NO       0             0      18,222.1290
011 - 000      12/27/2004                70.7090 (+)   10.9100

                ISSUED:             UNISSUED:        0000      TOTAL SHARES:   18,222.1290

ENDING BALANCE                                                                                          18,222.1290
```

```
REPORT NUMBER:  RO113O                              SUPER SHEET        PAGE:  2
SOURCE PROGRAM: SSRYRO36                             CURRENT           DATE:  03/22/2005
JOB NAME/#:     DYYMU775/30751                                        TIME:  18:19:46

                                          2004 TRANSCRIPT

FUND CODE/NAME:   1689/NUVEEN NEW YORK MUNI BOND  R
ACCOUNT NUMBER:   1012154-2
SSN-TAX ID/TIN:

MGMT CODE/NAME:  NV/NUVEEN MUTUAL FUNDS

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                  FORM 5498/5498-ESA TOTALS        FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME   (BOX 1A)  23.50     IRA    CONTRIB     0.00          PREMATURE DIS     0.00
QUALIFIED DIS     (BOX 1B)   0.00     ROLLVR CONTRIB     0.00          PRE EXEMPT DIS    0.00
TOTAL CAPITAL GAINS (BOX 2A) 0.00     IRA RECHAR CNB     0.00          DISABILITY DIS    0.00
SGT.25CT CAP GAINS (BOX 2B)  0.00     ROTH CNV CNTRB     0.00          DEATH DIS         0.00
28 PERCNT CAP GAIN (BOX 2D)  0.00     ACCOUNT VALUE  199,714.53        PROHIBITED DIS    0.00
NON-TAXABLE DIST  (BOX 3)    0.00     TYPE OF IRA    IRA NA            NORMAL DIS        0.00
FEDERAL TAX WHELD (BOX 4)    0.00     SEP    CONTRIB     0.00          EXCESS DIS        0.00
FOREIGN TAX PAID  (BOX 6)    0.00     SIMPLE CONTRIB     0.00          ROLLOVERS         0.00
LIQUID DIST CASH  (BOX 8)    0.00     ROTH IRA CNTRB     0.00          ROTH IRA DEATH    0.00
LIQUID DIST NONCASH (BOX 9)  0.00     EDUCATIONL CNB     0.00          415 EXCESS DEATH  0.00
FORM 1099B TOTALS            0.00     RMD REQUIRED   N                 PRE DIS SIMPLE    0.00
1099B GROSS REDEMPTIONS      0.00                                      EDUCATIONL DIS    0.00
1099B GROSS WITHHOLDING      0.00                                      LOAN DEFLT DIS    0.00
                                                                       IRA RCH PRI       0.00
                                                                       EX-CON CURRENT    0.00
FORM 1042S TOTALS                                                      ROTH NORM/EX      0.00
INCOME DIVIDEND              0.00                                      EX-CON CURERN     0.00
LONG TRM CAP GAIN           0.00                                      EX-CON PRIOR      0.00
SHORT TRM CAP GAIN          0.00                                      EX-CON PRI ERN    0.00
CAPITAL SURPLUS             0.00                                      EX-CON OTP ERN    0.00
FOREIGN WITHHOLDING         0.00                                      REDEMP WH         0.00
TAXABLE INCOME DIVIDEND     0.00                                      IRA RCH CURR      0.00
1099DIV/1099Q-ESA UNIQUE IDENTIFIER
STATE:

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099B UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
1099B UNIQUE IDENTIFIERS MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
NOTE: THE TRANSACTION UNIQUE IDENTIFIERS ARE ALWAYS AA
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
REPORT NUMBER:  RG1130                                  2005 TRANSCRIPT
SORCE PROGRAM:  SRXRXX706
JOB NAME/#:     DYYMU795/18316                                                    SUPER SHEET   PAGE:       1
                                                                                 CURRENT       DATE: 03/10/2006
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND  R      SHAREOWNER MASTER RECORD                TIME: 10:20:08
ACCOUNT NUMBER:  10121154-2        SSN-TAX ID/TIN:      MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
                                                        BIN NUMBER:
                                                                          DATE ESTABLISHED      05/18/1988
SHAREOWNER REGISTRATION         DEALER REGISTRATION                       ALPHA CODE            GOLDBSIMOA
  SIMON A GOLDBERG                DEALER NUMBER/BRANCH   448/000           FIDUCIARY ACCOUNT     NO
  400 E 54TH ST APT 19C8B         DEALER REP NUMBER/NAME                   PENALTY WITHHOLDING   NO
  NEW YORK NY 10022-5184          HOUSE ACCOUNT                           CAPITAL GAIN OPTION   REINVEST
                                  PLEASE PROVIDE                          DIVIDEND OPTION       REINVEST
                                  YOUR FINANCIAL                          CUMULATIVE DISCOUNT   0
                                  ADVISOR INFORMATION                       MATRIX LEVEL
                                  CHICAGO IL 60606                          STATE/COUNTRY CODE  0,31
                                                                            FRGN TAX RATE       00.0
                                                                            SOCIAL CODE         005
LAST MAINT DATE 08/23/1998   STOP MAIL DATE 00/00/0000                       B/C NOTICE          NO / NO
2005 CUTOFF DATES: INCOME DIV 12/31/2005  LTCG 12/31/2005  STCG 12/31/2005
                                                                          BEG SHARES ISSUED:
                                                                          BEG SHARES UNISSUED:      18,222.0000
                                                                          BEGINNING BALANCE:        18,222.1290
```

| HIST CHG | TRANS # | TC-TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | GROSS AMOUNT | PRICE | COMMISSION AMOUNT | PERCENT | BATCH | DC | CERT ISS | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B QLF | | | | | | | | | | | | | | |
| 10-000 | 011 | | 02/01/2005 | 02/01/2005 | INCOME REINVEST 0.0425 70.1490 (+) | | 774.44 | 11.0400 | | | NO | 0 | 0 | 18,292.2780 |
| 11-000 | 011 | | 03/01/2005 | 03/01/2005 | INCOME REINVEST 0.0425 71.0620 (+) | | 777.42 | 10.9400 | | | NO | 0 | 0 | 18,363.3400 |
| 12-000 | 011 | | 04/01/2005 | 04/01/2005 | INCOME REINVEST 0.0425 71.9300 (+) | | 780.44 | 10.8500 | | | NO | 0 | 0 | 18,435.2700 |
| 13-000 | 011 | | 05/02/2005 | 05/02/2005 | INCOME REINVEST 0.0425 71.3570 (+) | | 783.50 | 10.9800 | | | NO | 0 | 0 | 18,506.6270 |
| 14-000 | 011 | | 06/01/2005 | 06/01/2005 | INCOME REINVEST 0.0405 67.8300 (+) | | 749.52 | 11.0500 | | | NO | 0 | 0 | 18,574.4570 |
| 15-000 | 011 | | 07/01/2005 | 07/01/2005 | INCOME REINVEST 0.0405 68.0170 (+) | | 752.27 | 11.0600 | | | NO | 0 | 0 | 18,642.4740 |
| 16-000 | 011 | | 08/01/2005 | 08/01/2005 | INCOME REINVEST 0.0405 68.8890 (+) | | 755.02 | 10.9600 | | | NO | 0 | 0 | 18,711.3630 |
| 17-000 | 011 | | 09/01/2005 | 09/01/2005 | INCOME REINVEST 0.0405 68.4560 (+) | | 757.81 | 11.0700 | | | NO | 0 | 0 | 18,779.8190 |
| 18-000 | 011 | | 10/03/2005 | 10/03/2005 | INCOME REINVEST 0.0405 69.6500 (+) | | 760.58 | 10.9200 | | | NO | 0 | 0 | 18,849.4690 |
| 19-000 | 011 | | 11/01/2005 | 11/01/2005 | INCOME REINVEST 0.0405 70.5550 (+) | | 763.40 | 10.8200 | | | NO | 0 | 0 | 18,920.0240 |
| 20-000 | 011 | | 12/01/2005 | 12/01/2005 | INCOME REINVEST 0.0385 67.5710 (+) | | 728.42 | 10.7800 | | | NO | 0 | 0 | 18,987.5950 |
| 21-000 | 069 | | 12/01/2005 | 12/01/2005 | SHRTTERM CG REIN 0.0001 .1730 (+) | | 1.89 | 10.7800 | | | NO | 0 | 0 | 18,987.7700 |
| 22-000 | 012 | | 12/01/2005 | 12/01/2005 | CAP GAIN REIN 0.3405 83.3870 (+) | | 898.79 | 10.7800 | | | NO | 0 | 0 | 19,071.1370 |
| 23-000 | 011 | | 12/27/2005 | 12/27/2005 | INCOME REINVEST 0.0385 67.7970 (+) | | 734.24 | 10.8300 | | | NO | 0 | 0 | 19,138.9340 |

```
ENDING BALANCE     ISSUED:       .0000     UNISSUED:     19,138.9340     TOTAL SHARES:     19,138.9340
```

```
REPORT NUMBER:  RO1130                                              2005 TRANSCRIPT                          SUPER SHEET        PAGE:    2
SOURCE PROGRAM: SSRYRO36                                                                                                        DATE:    03/13/2006
JOB NAME/#:     DYYMU775/18316                                                                               CURRENT            TIME:    10:20:08

FUND CODE/NAME:   1689/NUVEEN NEW YORK MUNI BOND  R        MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:   1012154-2        SSN-TAX ID/TIN:          BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                      FORM 5498/5498-ESA TOTALS              FORM 1099R/1099Q-ESA TOTALS
 ORDINARY INCOME   (BOX 1A):      1.89     IRA        CONTRIB:        0.00        PREMATURE DIS:           0.00
 QUALIFIED DIVS    (BOX 1B):      0.00     ROLLVR    CONTRIB:         0.00        PRE EXEMPT DIS:          0.00
 TOTAL CAP GAINS   (BOX 2A):    898.00     IRA RECHAR CNB:            0.00        DISABILITY DIS:          0.00
 SCT 1250 CAP GAINS(BOX 2B):      0.00     ROTH CNV CNTRB:            0.00        DEATH DIS:               0.00
 28 PERCENT CAP GAIN(BOX 2D):     0.00     ACCOUNT VALUE:       207,466.04        PROHIBITED DIS:          0.00
 NON-TAXABLE DIST  (BOX 3):       0.00     TYPE OF IRA:         IRA NA            NORMAL DIS:              0.00
 FEDERAL TAX W/HELD(BOX 4):       0.00     SEP       CONTRIB:        0.00         EXCESS DIS:              0.00
 FOREIGN TAX PAID  (BOX 6):       0.00     SIMPLE  CONTRIB:          0.00         ROLLOVERS:               0.00
 FOREIGN TAX PAID  (BOX 7):       0.00     ROTH IRA CONTRIB:         0.00         ROLLOVERS DEATH:         0.00
 LIQUID DIST NONCASH(BOX 9):      0.00     EDUCATIONL CNB:           0.00         45% EXCESS DEF:          0.00
 FOREIGN GROSS REDEMPTIONS:       0.00     RMD REQUIRED:        N                 PRE DIS SIMPLE:          0.00
 1099B GROSS REDEMPTIONS:         0.00                                           EDUCATIONL DIS:          0.00
 1099B GROSS WITHHOLDING:         0.00                                           LOAN DEFLT DIS:          0.00
                                                                                 IRA RCH PRMNT:           0.00
FORM 1042S TOTALS                                                                EX-CON CURRENT:          0.00
 INCOME DIVIDEND:                 0.00                                           ROTH NORM/EX:            0.00
 LONG-TRM CAP GAIN:               0.00                                           EX-CON PRIO/ERN:         0.00
 SHORT-TRM CAP GAIN:              0.00                                           EX-CON PRI-ERN:          0.00
 CAPITAL GAINS:                   0.00                                           EX-CON OTP-ERN:          0.00
 FOREIGN WITHHOLDING:             0.00                                           REDEMP WH:               0.00
 FOREIGN INCOME REDEMPTION:       0.00                                           IRA RCH CURR:            0.00
 1099R/1099Q-ESA UNIQUE IDENTIFIER:
 STATE:  QRA

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1098B NOTICE: THE TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
THE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
```

```
REPORT NUMBER:    RO1130                                                2006 TRANSCRIPT                          SUPER SHEET    PAGE:        1
SOURCE PROGRAM:   SSNM0306                                                                                              CURRENT DATE:    03/28/2007
JOB NAME/#:       DYYMUJ75/59267                                                                                                 DATE:    03/29/2007
                                                                                                                                TIME:    04:38:42
FUND CODE/NAME:   1689/NUVEEN NEW YORK MUNI BOND R    SHAREOWNER MASTER RECORD
ACCOUNT NUMBER:   TO121154-2         SSN-TAX ID/TIN:   MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS      DATE ESTABLISHED  05/18/1988
                                                                       BIN NUMBER:                ALPHA CODE        GOLDBSIMOA
SHAREOWNER REGISTRATION            DEALER NUMBER/BRANCH         448/000                            FIDUCIARY ACCOUNT  NO
SIMON A GOLDBERG                        REP NUMBER/NAME    HOUSE /                                 PENALTY WITHHOLDING  NO
400 E 54TH ST APT2 19C88          DEALER REGISTRATION    PLEASE PROVIDE                           CAPITAL GAIN OPTION  REINVEST
NEW YORK NY 1O22-5164                                    YOUR FINANCIAL                            DIVIDEND OPTION      REINVEST
                                                         ADVISOR INFORMATION                      CUMULATIVE DISCOUNT    O
                                                         CHICAGO IL 50606                            MATRIX LEVEL       O
                                                                                                   STATE/COUNTRY CODE   031
LAST MAINT DATE 08/23/1998   STOP MAIL DATE 00/00/0000                                              FRGN TAX RATE      OO1O
                                                                                                   SOCIAL CODE        OO5
2006 CUTOFF DATES:   INCOME DIV 12/31/2006   LTCG 12/31/2006   STCG 12/31/2006                      B/C NOTICE         NO  /  NO

PEND:  762-02/02/2007                                                         BEG SHARES ISSUED:                    19.138.OOOO
                                                                              BEG SHARES UNISSUED:                       .9OOO
                                            SHAREOWNER TRANSACTION HISTORY
                                                                                      BEGINNING BALANCE:             19.138.934O

HIST TRANS #   TRADE DATE                                                   COMMISSION            BEGINNING BALANCE
CHG  TC - TS   CONFIRM DATE   TRANSACTION DESCRIPTION   GROSS AMOUNT   PRICE   AMOUNT   PERCENT  CERT ISS  BATCH   DC   SHARE BALANCE

B QLF

O11 -  11      02/01/2006   INCOME REINVEST O.O385       736.85                                          NO      O    O      19.2O7.O98O
       OOO     02/01/2006            68.164O (+)          10.8100
O11 -  12      03/01/2006   INCOME REINVEST O.O385       739.47                                          NO      O    O      19.275.189O
       OOO     03/01/2006            68.O91O (+)          10.86OO
O11 -  13      04/03/2006   INCOME REINVEST O.O385       742.O9                                          NO      O    O      19.344.285O
       OOO     04/03/2006            69.O96O (+)          10.74OO
O11 -  14      05/01/2006   INCOME REINVEST O.O385       744.75                                          NO      O    O      19.414.O84O
       OOO     05/01/2006            69.799O (+)          10.67OO
O11 -  15      06/01/2006   INCOME REINVEST O.O385       747.44                                          NO      O    O      19.483.873O
       OOO     06/01/2006            69.789O (+)          10.71OO
O11 -  16      07/03/2006   INCOME REINVEST O.O385       750.13                                          NO      O    O      19.554.44OO
       OOO     07/03/2006            70.567O (+)          10.63OO
O11 -  17      08/01/2006   INCOME REINVEST O.O385       752.85                                          NO      O    O      19.624.669O
       OOO     08/01/2006            70.229O (+)          10.72OO
O11 -  18      09/01/2006   INCOME REINVEST O.O385       755.55                                          NO      O    O      19.694.3O5O
       OOO     09/01/2006            68.636O (+)          10.85OO
O11 -  19      10/02/2006   INCOME REINVEST O.O385       758.23                                          NO      O    O      19.763.995O
       OOO     10/02/2006            69.69OO (+)          10.88OO
O11 -  20      11/01/2006   INCOME REINVEST O.O385       760.91                                          NO      O    O      19.833.675O
       OOO     11/01/2006            68.68OO (+)          10.92OO
O11 -  21      12/01/2006   SP TXBL DIV REIN               5.95                                          9999889 88          19.834.218O
       1OO     12/01/2006            .543O                10.99OO                                        NO
O11 -  22      12/01/2006   INCOME REINVEST O.O385       763.60                                          NO      O    88     19.9O3.954O
       OOO     12/01/2006            69.736O (+)          10.99OO
O12 -  23      12/01/2006   CAP GAIN REIN O.O112         222.14                                          NO      O    O      19.924.241O
       OOO     12/01/2006            20.287O (+)          10.95OO
O11 -  24      12/27/2006   INCOME REINVEST O.O385       767.O8                                          NO      O    O      19.994.875O
       OOO     12/27/2006            70.634O (+)          10.85OO

ENDING BALANCE      ISSUED:        .OOOO      UNISSUED:            19.994.875O   TOTAL SHARES:                              19.994.875O
```

```
REPORT NUMBER:    RO113O                                           2006 TRANSCRIPT                        SUPER SHEET    PAGE:  2
SOURCE PROGRAM:   SSRYRO36                                                                                               DATE:  03/28/2007
JOB NAME/#:       DYWMU775/S9267                                                                               CURRENT   DATE:  03/29/2007
                                                                                                                        TIME:  04:38:42

FUND CODE/NAME:   1689/NUVEEN NEW YORK MUNI BOND R      MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:   1012154-2          SSN-TAX ID/TIN:              BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                       FORM 5498/5498-ESA TOTALS          FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME     (BOX 1A):     5.95     IRA CONTRIB:            0.00        PREMATURE DIS:             0.00
QUALIFIED DIVS      (BOX 1B):     0.00     ROLLVR CONTRIB:         0.00        PREM EXEMPT DIS:           0.00
TOTAL CAPITAL GAINS (BOX 2A):   222.14     IRA RECHAR CNB:         0.00        DISABILITY DIS:            0.00
SEC 1250 CAP GAIN   (BOX 2B):     0.00     ROTH CNV CNTRB:         0.00        DEATH DIS:                 0.00
28 PERCENT CAP GAIN (BOX 2D):     0.00     ACCOUNT VALUE:      216,944.39      PROHIBITED DIS:            0.00
NON-TAXABLE DIST    (BOX 3):      0.00     TYPE OF IRA:        IRA NA          NORMAL DIS:                0.00
FEDERAL TAX W/HELD  (BOX 4):      0.00     SEP CONTRIB:                        EXCESS DIS:                0.00
FOREIGN TAX PAID    (BOX 6):      0.00     SIMPLE CONTRIB:         0.00        ROLLOVERS:                 0.00
LIQUID DIST CASH    (BOX 8):      0.00     ROTH IRA CNTRB:         0.00        ROLL IRA DEATH:            0.00
LIQUID DIST NONCASH (BOX 9):      0.00     EDUCATION CNB:          0.00        415 EXCESS DEF:            0.00
FORM 1099B TOTALS                          RMD REQUIRED:       N               PRE DIS SIMPLE:            0.00
1099B GROSS REDEMPTIONS:          0.00                                         EDUCATIONL DIS:            0.00
1099B GROSS WITHHOLDING:          0.00                                         LOAN DEFLT DIS:            0.00
                                                                              IRA RCH PRI:               0.00
                                                                              EX-CON CURRENT:            0.00
FORM 1042S TOTALS                          FORM 1099INT TOTALS                 ROTH IRA NORM EX:          0.00
INCOME DIVIDEND:                  0.00     INC DIV (BOX 1):        0.00        EX-CON CUR ERN:            0.00
LONG TRM CAP GAIN:                0.00     TAX WTH (BOX 4):        0.00        EX-CON PRIOR:              0.00
SHORT TRM CAP GAIN:               0.00     FGN TAX (BOX 6):        0.00        EX-CON PRI ERN:            0.00
QI EXEMPT DIVIDENDS:              0.00     EXMPT INT(BOX 8):       0.00        EX-CON OTP:                0.00
FOREIGN FID METHOD:               0.00     AMT INT (BOX 9):        0.00        EX-CON OTP ERN:            0.00
FOREIGN FID REDEMPTION:           0.00                                         REDEMP WH:                 0.00
TAXABLE INCOME DIVIDEND:          0.00                                         IRA RCH CURR:              0.00
1099DIV/1099Q-ESA UNIQUE IDENTIFIER IDENTIFIER
STATE 1099Q-ESA:       QRA

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099B UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
NOTE: TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
REPORT NUMBER:    R01130                                          2007 TRANSCRIPT                              SUPER SHEET    PAGE:      1
SOURCE/PROGRAM:   SSRY0275.06                                                                                                 DATE:      03/27/2008
JOB NAME/#:       DYWWD775.31B01                                                                                   CURRENT    DATE:      03/27/2008
ACCOUNT NUMBER:   1012154-2          SSN-TAX ID/TIN:        SHAREOWNER MASTER RECORD   NV/NUVEEN MUTUAL FUNDS                  TIME:      18:57:56

FUND_CODE/NAME:   1089/NUVEEN NEW YORK MUNI BOND R                    MGMT CODE/NAME:
                                                                      BIN NUMBER:

SHAREOWNER REGISTRATION           DEALER NUMBER/BRANCH       448/000          DATE   ESTABLISHED   05/18/1988
SIMON A GOLDBERG                     REP NUMBER/NAME         HOUSE                    ALPHA CODE    GOLDBS1MOA
400 E 54TH ST APT2 19C88                        TRUST       000000            FIDUCIARY ACCOUNT         NO
NEW YORK NY 10022-5164                            TPA       000000          PENALTY WITHHOLDING         NO
                                  DEALER REGISTRATION       PLEASE PROVIDE    CAPITAL GAIN OPTION   REINVEST
                                                            YOUR FINANCIAL       DIVIDEND OPTION    REINVEST
                                                            ADVISOR INFORMATION  CUMULATIVE SCOUNT          0
                                                            CHICAGO IL 60606       MATRIX LEVEL        0
LAST MAINT DATE 08/23/1998   STOP MAIL DATE 00/00/0000                        STATE COUNTRY CODE   031
                                                                                  FRONT TAX RATE   0010
2007 CUTOFF DATES: INCOME DIV 12/31/2007  LTCG 12/31/2007  STCG 12/31/2007         SOCIAL CODE   005
                                                                                       B/C NOTICE  NO / NO
PEND: 762-02/02/2007

                                                            BEG SHARES ISSUED:                    19,994.0000
                                                            BEG SHARES UNISSUED:                  19,994.8750

                              SHAREOWNER TRANSACTION HISTORY                   BEGINNING BALANCE:  19,994.8750

HIST                                                                     COMMISSION
CHG  TRANS #  CONFIRM DATE  TRANSACTION DESCRIPTION    SHARES   GROSS AMOUNT   AMOUNT    BATCH    DC    SHARE BALANCE

8 QLF  TC - TS  TRADE DATE                           PRICE              PERCENT  CERT ISS

     - 11   02/01/2007  INCOME REINVEST 0.0385       769.82                       NO       0       20,066.2210
O 11 - 000  02/01/2007                  73.3460 (+)  10.7900
     - 12   03/01/2007  INCOME REINVEST 0.0385       772.55                       NO       0       20,137.2270
O 11 - 000  03/01/2007                  71.0060 (+)  10.5800
     - 13   04/02/2007  INCOME REINVEST 0.0385       775.28                       NO       0       20,208.8790
O 11 - 000  04/02/2007                  71.6520 (+)  10.8200
     - 14   05/01/2007  INCOME REINVEST 0.0385       778.04                       NO       0       20,280.7870
O 11 - 000  05/01/2007                  71.9080 (+)  10.8200
     - 15   06/01/2007  INCOME REINVEST 0.0385       780.81                       NO       0       20,353.7600
O 11 - 000  06/01/2007                  72.9730 (+)  10.7000
     - 16   07/02/2007  INCOME REINVEST 0.0385       783.62                       NO       0       20,427.4780
O 11 - 000  07/02/2007                  73.7180 (+)  10.6300
     - 17   08/01/2007  INCOME REINVEST 0.0385       786.46                       NO       0       20,501.3930
O 11 - 000  08/01/2007                  73.9150 (+)  10.6400
     - 18   09/04/2007  INCOME REINVEST 0.0385       789.30                       NO       0       20,576.0670
O 11 - 000  09/04/2007                  74.6740 (+)  10.5700
     - 19   10/01/2007  INCOME REINVEST 0.0385       792.18                       NO       0       20,650.1720
O 11 - 000  10/01/2007                  74.1060 (+)  10.6900
     - 20   11/01/2007  INCOME REINVEST 0.0385       795.03                       NO       0       20,724.5430
O 11 - 000  11/01/2007                  74.3710 (+)  10.6900
     - 21   11/13/2007  CAP GAIN REIN 0.0056         116.06                       9999888  0       20,735.4920
O 12 - 000  11/13/2007                  10.9490 (+)  10.6000                       NO
     - 22   11/13/2007  SP TXBL DIV REIN 0.0029       60.10                       9999888  0       20,741.1620
O 11 - 100  11/13/2007                   5.6700 (+)  10.5000                       NO
     - 23   12/03/2007  INCOME REINVEST 0.0385       798.53                       9999888  0       20,815.7210
O 11 - 000  12/03/2007                  74.5590 (+)  10.7100                       NO
     - 24   12/27/2007  INCOME REINVEST 0.0385       801.41                       9999888  0       20,891.1120
O 11 - 000  12/27/2007                  75.3910 (+)  10.6300                       NO

ENDING BALANCE      ISSUED:            .0000   UNISSUED:                          20,891.1120

                                                           TOTAL SHARES:         20,891.1120
```

```
REPORT NUMBER:    RO1130                          2007 TRANSCRIPT                    SUPER SHEET    PAGE:  2
SOURCE/PROGRAM:   SSRX0236                                                              CURRENT     DATE:  03/27/2008
JOB NAME:         DYXW075/31801                                                                     DATE:  03/27/2008
                                                                                                    TIME:  18:57:56

FUND CODE/NAME:   1609/NUVEEN NEW YORK MUNI BOND R      MGMT CODE/NAME:  NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:   10121542   SSN-TAX ID/TIN:            BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                      FORM 5498/5498-ESA TOTALS            FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME    (BOX 1A):   60.10      IRA CONTRIB:            0.00          NORMAL DIS:            0.00
QUALIFIED DIVS     (BOX 1B):    0.00      ROLLVR CONTRIB:         0.00          PREMATURE DIS:         0.00
TOTAL CAPITAL GAINS(BOX 2A):  116.06      IRA RECHAR CNB:         0.00          PRE/EXEMPT DIS:        0.00
SEC 1250 GAIN      (BOX 2B):    0.00      ROTH CNV CNTRB:         0.00          DISABILITY DIS:        0.00
28 PERCENT CAP GAIN(BOX 2D):    0.00      ACCOUNT VALUE:   222,908.17          DEATH DIS:             0.00
NONTAXABLE DIST    (BOX 3):     0.00      TYPE OF IRA:     IRA NA               PROHIBITED DIS:        0.00
FEDERAL TAX W/HELD (BOX 4):     0.00      SEP CONTRIB:            0.00          NORMAL DIS:            0.00
FOREIGN TAX PAID   (BOX 6):     0.00      SIMPLE CONTRIB:         0.00          EXCESS DIS:            0.00
LIQUID DIST CASH   (BOX 8):     0.00      ROTH IRA CNTRB:         0.00          ROLLOVERS:             0.00
LIQUID DIST NONCASH(BOX 9):     0.00      EDUCATION CNB:          0.00          ROLL IRA DEATH:        0.00
FORM 1099B TOTALS                         RMD REQUIRED:    N                    415 EXCESS DEF:        0.00
1099B GROSS REDEMPTIONS:        0.00                                           PRE DIS SIMPLE:        0.00
1099B GROSS WITHHOLDING:        0.00                                           EDUCATIONL DIS:        0.00
                                                                               LOAN DEFLT DIS:        0.00
                                                                               IRA RCH PRI:           0.00
                                                                               IRA-CON CURRENT:       0.00
                                                                               ROTH NORMAL/EX:        0.00
FORM 1042S TOTALS                         FORM 1099INT TOTALS                  EX-CON CUR ERN:        0.00
INCOME DIVIDEND:                0.00      INC DIV   (BOX 1):      0.00          EX-CON PRIOR:          0.00
LONG TRM CAP GAIN:              0.00      TAX WTH   (BOX 4):      0.00          EX-CON PRI ERN:    9,423.03
SHORT TRM CAP GAIN:             0.00      FGN TAX   (BOX 6):      0.00          EX-CON OTP:          544.65
QUA EXEMPT DIVIDENDS:           0.00      EXMT INT  (BOX 8):  9,423.03          EX-CON OTP ERN:
FOREIGN WITHHOLDING:            0.00      AMT INT   (BOX 9):    544.65          REDEMP WH:
FOREIGN FID REDEMPTION:         0.00
CAP SURPLUS:                    0.00                                           IRA RCH CURR:          0.00
1099R/1099Q-ESA UNIQUE IDENTIFIER:  QRA
1099R/1099Q-ESA UNIQUE IDENTIFIER
STATE

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
NO TRANSACTION HISTORY DETAIL
1099B  NOTE:  ENTRIES ARE LISTED IN TRANSACTION HISTORY DETAIL
       NOTE:  THIS TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

REPORT NUMBER: R01130
SOURCE PROGRAM: SSRYR036
JOB NAME/#: DYYMU775/50915

**2008 TRANSCRIPT**
**SHAREOWNER MASTER RECORD**

SUPER SHEET:
PAGE: 1
DATE: 06/05/2009
CURRENT DATE: 06/05/2009
TIME: 15:34:22

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I
ACCOUNT NUMBER: 10T2154-2
SSN-TAX ID/TIN:

MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
BIN NUMBER:

SHAREOWNER REGISTRATION
SIMON A GOLDBERG
400 E 54TH ST APT 19C08
NEW YORK NY 10022-5164

DEALER NUMBER/BRANCH: 448/000
REP NUMBER/NAME: HOUSE 0000000
TRUST: 0000000

DEALER REGISTRATION
PLEASE PROVIDE
YOUR FINANCIAL
ADVISOR INFORMATION
CHICAGO IL 60606

DATE ESTABLISHED: 06/18/1998
ALPHA CODE: GOLDBS1M0A
FIDUCIARY ACCOUNT: NO
PENALTY WITHHOLDING: NO
CAPITAL GAIN OPTION: REINVEST
DIVIDEND OPTION: REINVEST
CUMULATIVE DISCOUNT: 0
CUMULATIVE MATRIX LEVEL: 0
STATE/COUNTRY CODE: 031
FGN TAX RATE: 00.0
SOCIAL CODE: 005
B/C NOTICE: NO
TAX RESIDENCE CODE: 031 / NO
PPA N

LAST MAINT DATE 08/23/1998    STOP MAIL DATE 00/00/0000

2008 CUTOFF DATES: INCOME DIV 12/31/2008    LTCG 12/31/2008    STCG 12/31/2008
PEND: 998-05/21/2009  762-02/02/2007

BEG SHARES ISSUED: .0000
BEG SHARES UNISSUED: 20,891.1120
BEGINNING BALANCE: 20,891.1120

**SHAREOWNER TRANSACTION HISTORY**

| HIST CHG | TRANS # | B QLF TC TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | GROSS AMOUNT | PRICE | COMMISSION AMOUNT | PERCENT | BATCH | CERT # | DC | FROM/TO | SHARE BALANCE FUND/TO FUND/ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 9 | O11-000 | 02/01/2008 | 01/31/2008 | INCOME REINVEST 0.0385 | 74.8200 (+) | 804.31 | 10.7500 |  |  |  | 9999888 NO CERT | 0 |  | 20,965.9320 |
|  | 10 | O11-000 | 03/03/2008 | 02/29/2008 | INCOME REINVEST 0.0385 | 79.3700 (+) | 807.19 | 10.1700 |  |  |  | 9999888 NO CERT | 0 |  | 21,045.3020 |
|  | 11 | O11-000 | 04/01/2008 | 03/31/2008 | INCOME REINVEST 0.0385 | 77.7580 (+) | 810.24 | 10.4200 |  |  |  | 9999888 NO CERT | 0 |  | 21,123.0600 |
|  | 12 | O11-000 | 05/01/2008 | 04/30/2008 | INCOME REINVEST 0.0385 | 77.1570 (+) | 813.24 | 10.5400 |  |  |  | 9999888 NO CERT | 0 |  | 21,200.2170 |
|  | 13 | O11-000 | 06/02/2008 | 05/30/2008 | INCOME REINVEST 0.0385 | 77.1470 (+) | 816.21 | 10.5800 |  |  |  | 9999888 NO CERT | 0 |  | 21,277.3640 |
|  | 14 | O11-000 | 07/01/2008 | 06/30/2008 | INCOME REINVEST 0.0385 | 78.5410 (+) | 819.18 | 10.4300 |  |  |  | 9999888 NO CERT | 0 |  | 21,355.9050 |
|  | 15 | O11-000 | 08/01/2008 | 07/31/2008 | INCOME REINVEST 0.0385 | 79.0580 (+) | 822.20 | 10.4000 |  |  |  | 9999888 NO CERT | 0 |  | 21,434.9630 |
|  | 16 | O11-000 | 09/02/2008 | 08/29/2008 | INCOME REINVEST 0.0385 | 78.8200 (+) | 825.25 | 10.4700 |  |  |  | 9999888 NO CERT | 0 |  | 21,513.7830 |
|  | 17 | O11-000 | 10/01/2008 | 09/30/2008 | INCOME REINVEST 0.0385 | 84.0390 (+) | 828.28 | 9.8550 |  |  |  | 9999888 NO CERT | 0 |  | 21,597.8720 |
|  | 18 | O11-000 | 10/03/2008 | 10/03/2008 | INCOME REINVEST 0.0385 | 87.2530 (+) | 831.65 | 9.5300 |  |  |  | 9999888 NO CERT | 0 |  | 21,685.1250 |
|  | 19 | O12-000 | 11/12/2008 | 11/12/2008 | CAP GAIN REIN 0.0234 | 52.5290 (+) | 507.43 | 9.6600 |  |  |  | 9999888 NO CERT | 0 |  | 21,737.6540 |
|  | 20 | O69-001 | 11/12/2008 | 11/11/2008 | SHRTTERM CG REIN 0.0126 | 28.2850 (+) | 273.23 | 9.6600 |  |  |  | 9999888 NO CERT | 0 |  | 21,765.9390 |
|  | 21 | O11-000 | 12/01/2008 | 11/28/2008 | INCOME REINVEST 0.0385 | 88.7700 (+) | 837.99 | 9.4400 |  |  |  | 9999888 NO CERT | 0 |  | 21,854.7090 |
|  | 22 | O11-000 | 12/26/2008 | 12/24/2008 | INCOME REINVEST 0.0385 | 90.9630 (+) | 841.41 | 9.2500 |  |  |  | 9999888 NO CERT | 0 |  | 21,945.6720 |

ENDING BALANCE    ISSUED: .0000    UNISSUED: .0000    21,945.6720    TOTAL SHARES: 21,945.6720

```
REPORT NUMBER:     RO1130                                          2008 TRANSCRIPT                                SUPER SHEET      PAGE:  2
SOURCE/PROGRAM:    DSRYRO36                                                                                       CURRENT          DATE:  06/05/2009
JOB NAME/#:        DYYMU775/509915                                                                                                 TIME:  15:34:22

FUND CODE/NAME:    1689/NUVEEN NEW YORK MUNI BOND I          MGMT CODE/NAME:  NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:    TO12154-2      SSN-TAX ID/TIN:            BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                      FORM 549B/549B-ESA TOTALS              FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME      (BOX 1A):  273.23    IRA CONTRIB:              0.00         PREMATURE DIS:        0.00
QUALIFIED DIVS       (BOX 1B):    0.00    ROLLVR CONTRIB:           0.00         PRE-EXEMPT DIS:
TOTAL CAPITAL GAINS  (BOX 2A):  507.43    IRA RECHAR CNB:           0.00         DISABILITY DIS:
SCT 1250 CAP GAINS   (BOX 2B):    0.00    ROTH CONV CNB:            0.00         DEATH DIS:
28 PERCENT CAP GAIN  (BOX 2D):    0.00    ACCOUNT VALUE:      205,630.95         PROHIBITED DIS:
NON-TAXABLE DIST     (BOX 3):     0.00    TYPE OF IRA:         IRA NA            NORMAL DIS:
FEDERAL TAX W/HELD   (BOX 4):     0.00    SEPE OF CONTRIB:          0.00         EXCESS DIS:
FOREIGN TAX PAID     (BOX 6):     0.00    SIMPLE CONTRIB:           0.00         ROLLOVERS:
LIQUID DIST CASH     (BOX 8):     0.00    ROTH IRA CONTRIB:         0.00         ROLL IRA DEATH:
LIQUID DIST NONCASH  (BOX 9):     0.00    EDUCATION CNB:            0.00         415 EXCESS DEF:
FORM 1099B TOTALS                         RMD REQUIRED:           N              PRE DIS SIMPLE:
1099B GROSS REDEMPTIONS:          0.00                                          EDUCATION DIS:
1099B GROSS WITHHOLDING:          0.00                                          LOAN DEFL DIS:
                                                                                IRA RCH PRI:
                                                                                EX-CON CURRENT:
                                          FORM 1099INT TOTALS                   ROTH NORM/EX:
FORM 1042S TOTALS                         INC DIV  (BOX 1):        0.00          EX-CON CUR/ERN:
INCOME DIVIDEND:                  0.00    TAX WTH  (BOX 4):        0.00          EX-CON PRIOR:
LONG TRM CAP GAIN:                0.00    FGN TAX  (BOX 6):        0.00          EX-CON PRI/ERN:
SHORT TRM CAP GAIN:               0.00    EXMPT INT (BOX 8):   9,857.02          EX-CON OTP:
FOREIGN DIV WITHHOLDING:          0.00    AMT INT  (BOX 9):      492.85          EX-CON OTP/ERN:
FOREIGN FID REDEMPTION:           0.00                                          REDEMP WH:
TAXABLE INCOME DIVIDEND           0.00
1099R/1099Q-ESA UNIQUE IDENTIFIER                                               IRA RCH CURR :        0.00
STATE ---- IDENTIFIER

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099B TRANSACTIONS ARE LISTED IN TRANSACTION HISTORY DETAIL
NOTE: THE TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 549B/549B-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

**1996 YEAR-END STATEMENT** NUVEEN New York Tax-Free Mutual Funds

| FUND | NUVEEN NEW YORK TAX-FREE VALUE | R |
| --- | --- | --- |

STATEMENT OF ACCOUNT AS OF  **12/31/96**

TAX I.D. OR SOC. SEC. NO.

ACCOUNT NUMBER   **038 0095529608**

DEALER NUMBER   **0045 00 9999**
REP. NAME   **HOUSE**
A. E. NUMBER   **HOUSE**

SIMON A GOLDBERG
400 EAST 54 ST APT 19 C 88
NEW YORK NY 10022-5164

TO HELP US SERVE YOU BETTER
PLEASE PROVIDE THE NAME OF YOUR
FINANCIAL ADVISER. CALL
800-621-7227 OR RETURN THE
COMPLETED ADVISER INFORMATION
REQUEST PROVIDED.

| TRANSACTION DATE | TYPE OF TRANSACTION | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | TOTAL SHARES OWNED |
| --- | --- | --- | --- | --- | --- |
| | BALANCE FORWARD | | | | 11 124 793 |
| 02 01 96 | DIV REIN $.0485 /SH | 539 55 | 10 76 | 50 144 | 11 174 937 |
| 03 01 96 | DIV REIN $.0485 /SH | 541 98 | 10 68 | 50 747 | 11 225 684 |
| 04 01 96 | DIV REIN $.0485 /SH | 544 45 | 10 45 | 52 100 | 11 277 784 |
| 05 01 96 | DIV REIN $.0485 /SH | 546 97 | 10 36 | 52 796 | 11 330 580 |
| 06 03 96 | DIV REIN $.0485 /SH | 549 53 | 10 31 | 53 301 | 11 383 881 |
| 07 01 96 | DIV REIN $.0485 /SH | 552 12 | 10 38 | 53 191 | 11 437 072 |
| 08 01 96 | DIV REIN $.0485 /SH | 554 70 | 10 51 | 52 778 | 11 489 850 |
| 09 03 96 | DIV REIN $.0485 /SH | 557 26 | 10 39 | 53 634 | 11 543 484 |
| 10 01 96 | DIV REIN $.0485 /SH | 559 86 | 10 53 | 53 168 | 11 596 652 |
| 11 01 96 | DIV REIN $.0485 /SH | 562 44 | 10 57 | 53 211 | 11 649 863 |
| 12 02 96 | DIV REIN $.0485 /SH | 565 02 | 10 66 | 53 004 | 11 702 867 |
| 12 02 96 | ST CAP GAIN/MKT DISC REINVEST $.0041 /SH | 47 76 | 10 66 | 4 480 | 11 707 347 |
| 12 02 96 | CAP GAIN REINVEST $.0391 /SHR | 455 51 | 10 66 | 42 731 | 11 750 078 |
| 12 31 96 | DIV REIN $.0485 /SH | 569 88 | 10 57 | 53 915 | 11 803 993 |

| DISTRIBUTION OPTIONS | DIVIDENDS/SHORT-TERM CAPITAL GAIN | LONG-TERM CAPITAL GAIN | CERTIFICATED SHARES | BOOK SHARES |
| --- | --- | --- | --- | --- |
| | **REINVEST** | **REINVEST** | .000 | 11,803.993 |

PLEASE RETAIN THIS STATEMENT AS A RECORD OF YOUR TRANSACTIONS.

DURING 1996, YOUR ACCOUNT EARNED A TOTAL OF $7,147.03. OF
THIS TOTAL, $6,643.76 REPRESENTS TAX-FREE INCOME. THE RE-
MAINING AMOUNT REPRESENTS TAXABLE ORDINARY INCOME AND/OR CAPITAL GAINS
WHICH IS PRESENTED ON YOUR FORM 1099-DIV BELOW. PLEASE NOTE THAT AL-
THOUGH THE TAX-FREE INCOME IS ENTIRELY EXEMPT FROM FEDERAL AND STATE
INCOME TAXES, INCLUDING THE ALTERNATIVE MINIMUM TAX, IT MUST BE RE-
PORTED ON YOUR FEDERAL INCOME TAX RETURN.

**IMPORTANT TAX RETURN DOCUMENT ATTACHED. PLEASE RETAIN FOR TAX REPORTING PURPOSES.**

| PAYER'S NAME AND ADDRESS | | 1a. GROSS DIVIDENDS AND OTHER DISTRIBUTIONS ON STOCK (TOTAL OF 1b, 1c, and 1d) | **1996** FORM 1099-DIV | Dividends and Distributions |
| --- | --- | --- | --- | --- |
| VALUE FUND R c/o SHAREHOLDER SERVICES, INC. P.O. BOX 5330 DENVER, CO 80217-5330 | | $503.27 | | OMB No. 1545-0110 |
| PAYER'S FEDERAL IDENTIFICATION NUMBER 36-3481090 | RECIPIENT'S IDENTIFICATION NUMBER 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 | 1b. ORDINARY DIVIDENDS $47.76 | | Copy B For Recipient |
| RECIPIENT'S NAME AND ADDRESS SIMON A GOLDBERG 400 EAST 54 ST APT 19 C 88 NEW YORK NY 10022-5164 | | 1c. CAPITAL GAIN DISTRIBUTIONS $455.51 | | THIS IS IMPORTANT TAX INFORMATION AND IS BEING FURNISHED TO THE INTERNAL REVENUE SERVICE. IF YOU ARE REQUIRED TO FILE A RETURN, A NEGLIGENCE PENALTY OR OTHER SANCTION MAY BE IMPOSED ON YOU IF THIS DIVIDEND INCOME IS TAXABLE, AND THE IRS DETERMINES THAT IT HAS NOT BEEN REPORTED. |
| | | 1d. NONTAXABLE DISTRIBUTIONS $.00 | 3. FOREIGN TAX PAID $.00 | |
| ACCOUNT NUMBER 038 0095529608 | | 2. FEDERAL INCOME TAX WITHHELD $.00 | | |

S  1  0005869    5 12/31/96 10 GRP01

# 1995 YEAR-END STATEMENT

**NUVEEN** Tax-Free Mutual Funds

| | |
|---|---|
| FUND **NUVEEN NEW YORK TAX-FREE VALUE** | DEALER NUMBER **0045 00 9999** |
| STATEMENT OF ACCOUNT AS OF **12/29/95** | REP. NAME **HOUSE** |
| TAX I.D. OR SOC. SEC. NO. | A. E. NUMBER **HOUSE** |
| ACCOUNT NUMBER **038 0095529608** | |

SIMON A GOLDBERG
400 EAST 54 ST APT 19 C 88
NEW YORK NY 10022-5164

TO HELP US SERVE YOU BETT
PLEASE PROVIDE THE NAME O
SECURITIES REPRESENTATIVE
800-621-7227 OR RETURN TH
COMPLETED DEALER INFORMAT
REQUEST PROVIDED

| TRANSACTION DATE | TYPE OF TRANSACTION | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | TOTAL SHARES OWNED |
|---|---|---|---|---|---|
| | BALANCE FORWARD | | | | 10 478 740 |
| 02 01 95 | DIV REIN $.0485 /SH | 508 22 | 9 91 | 51 284 | 10 530 024 |
| 03 01 95 | DIV REIN $.0485 /SH | 510 71 | 10 19 | 50 119 | 10 580 143 |
| 04 03 95 | DIV REIN $.0485 /SH | 513 14 | 10 21 | 50 259 | 10 630 402 |
| 05 01 95 | DIV REIN $.0485 /SH | 515 57 | 10 18 | 50 645 | 10 681 047 |
| 05 15 95 | UIT PURCHASE INTEREST #058 | 423 30 | 10 33 | 40 978 | 10 722 025 |
| 06 01 95 | DIV REIN $.0485 /SH | 518 03 | 10 49 | 49 383 | 10 771 408 |
| 07 03 95 | DIV REIN $.0485 /SH | 522 41 | 10 30 | 50 719 | 10 822 127 |
| 08 01 95 | DIV REIN $.0485 /SH | 524 87 | 10 29 | 51 008 | 10 873 135 |
| 09 01 95 | DIV REIN $.0485 /SH | 527 35 | 10 42 | 50 609 | 10 923 744 |
| 10 02 95 | DIV REIN $.0485 /SH | 529 80 | 10 42 | 50 845 | 10 974 589 |
| 11 01 95 | DIV REIN $.0485 /SH | 532 27 | 10 55 | 50 452 | 11 025 041 |
| 12 01 95 | DIV REIN $.0485 /SH | 534 71 | 10 73 | 49 833 | 11 074 874 |
| 12 29 95 | DIV REIN $.0485 /SH | 537 13 | 10 76 | 49 919 | 11 124 793 |

| DISTRIBUTION OPTIONS | DIVIDENDS/SHORT-TERM CAPITAL GAIN **REINVEST** | LONG-TERM CAPITAL GAIN **REINVEST** | CERTIFICATED SHARES **.000** | BOOK SHARES **11,124.793** |
|---|---|---|---|---|
| YEAR-TO-DATE DIVIDENDS **$6,274.21** | YEAR-TO-DATE SHORT-TERM CAPITAL GAINS **$0.00** | YEAR-TO-DATE LONG-TERM CAPITAL GAINS **$6,274.21** | TOTAL YEAR-TO-DATE DISTRIBUTION **$0.00** | |

PLEASE RETAIN THIS STATEMENT AS A RECORD OF YOUR TRANSACTIONS. PLEASE DO NOT USE THE ABOVE FIGURE FOR TAX PURPOSES.

### IMPORTANT TAX INFORMATION

PLEASE NOTE THAT THE AMOUNT SHOWN IN THE TAX-FREE INCOME BOX ABOVE
SHOULD BE REPORTED ON YOUR TAX RETURN ALTHOUGH IT IS EXEMPT FROM FED-
ERAL INCOME TAX INCLUDING THE ALTERNATIVE MINIMUM TAX.

SEE REVERSE SIDE FOR ADDITIONAL INFORMATION. IF WITHHOLDING HAS OCCURRED, SEE "IMPORTANT INFORMATION ABOUT BACKUO WITHHOLDING" ON REVERSE SIDE.

**FOR INFORMATION ABOUT HOW TO MAKE ADDITIONAL PURCHASES OF NUVEEN MUTUAL FUNDS CONTACT YOUR INVESTMENT ADVISER OR CALL NUVEEN AT 1-800-621-7227 FOR A PROSPECTUS. READ THE PROSPECTUS CAREFULLY BEFORE INVESTING OR SENDING MONEY.**

SIMON A GOLDBERG
400 EAST 54 ST APT 19 C 8
NEW YORK NY 10022-5164

S  1  0021216  5 12/29/95 01 GRP01



**NUVEEN** Tax – Free Mutual Fund

D
038

FUND  NUVEEN NEW YORK TAX-FREE VALUE FUND R

STATEMENT OF ACCOUNT AS OF   12-30/94        DEALER NUMBER   0045 00 9999

TAX ID OR SOC. SEC. NO.                      REP. NAME   HOUSE

ACCOUNT NUMBER  038 0095529608               A.E. NUMBER HOUSE

SHAREHOLDER                                  DEALER
SIMON A GOLDBERG                  TO HELP US SERVE YOU BETTER
400 EAST 54 ST APT 19 C 8B        PLEASE PROVIDE THE NAME OF YOUR
NEW YORK NY  10022-5164           SECURITIES REPRESENTATIVE BY
                                  CALLING 800-621-7227.

| TRANSACTION DATE | TYPE OF TRANSACTION | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | TOTAL SHARES OWNED |
|---|---|---|---|---|---|
| | BALANCE FORWARD | | | | 8870168 |
| 020194 | DIV REIN  $.0475 /SH | 4213 | 1099 | 38338 | 8908506 |
| 030194 | DIV REIN  $.0475 /SH | 4231 | 1070 | 39547 | 8948053 |
| 040494 | DIV REIN  $.0475 /SH | 4250 | 1000 | 42503 | 8990556 |
| 050294 | DIV REIN  $.0475 /SH | 4270 | 1012 | 42199 | 9032755 |
| 051694 | UIT PURCHASE | 8838.75 | 1006 | 878603 | 9911358 |
| | PRINCIPAL #058 | | | | |
| 051694 | UIT PURCHASE | 8700.00 | 1006 | 86481 | 9997839 |
| | INTEREST #058 | | | | |
| 060194 | DIV REIN  $.0475 /SH | 4290 | 1019 | 42106 | 10039945 |
| 070194 | DIV REIN  $.0475 /SH | 4269 | 1012 | 47125 | 10087070 |
| 080194 | DIV REIN  $.0475 /SH | 4791 | 1025 | 46745 | 10133815 |
| 090194 | DIV REIN  $.0475 /SH | 4813 | 1024 | 47008 | 10180823 |
| 100394 | DIV REIN  $.0475 /SH | 4836 | 1001 | 48311 | 10229134 |
| 110194 | DIV REIN  $.0475 /SH | 4858 | 969 | 50142 | 10279276 |
| 110194 | CAP GAIN REINVEST | 4725 | 969 | 48771 | 10328047 |
| | $.0462 /SHR | | | | |
| 110194 | SHORT TERM CAP GAIN | 1227 | 969 | 1266 | 10329313 |
| | REINVEST $.0012 /SH | | | | |
| 111594 | UIT PURCHASE | 4227.0 | 936 | 45160 | 10374473 |
| | INTEREST #058 | | | | |
| 120194 | DIV REIN  $.0475 /SH | 4906 | 946 | 51865 | 10426738 |
| 123094 | DIV REIN  $.0485 /SH | 5056 | 965 | 52402 | 10478740 |

| DISTRIBUTION OPTIONS | DIVIDENDS/SHORT-TERM CAPITAL GAINS | LONG-TERM CAPITAL GAINS | CERTIFICATED SHARES | BOOK SHARES |
|---|---|---|---|---|
| | REINVEST | REINVEST | .000 | 10,478.740 |
| | YEAR-TO-DATE DIVIDENDS | YEAR-TO-DATE SHORT-TERM CAPITAL GAINS | YEAR-TO-DATE LONG-TERM CAPITAL GAINS | TOTAL YEAR-TO-DATE DISTRIBUTIONS |

PLEASE RETAIN THIS STATEMENT AS A RECORD OF YOUR TRANSACTIONS. PLEASE DO NOT USE THE ABOVE FIGURES FOR TAX PURPOSES.
    DURING 1994, YOUR ACCOUNT EARNED A TOTAL OF $6,013.67  OF
THIS TOTAL, $5,528.81 IS EXEMPT FROM FEDERAL AND STATE
INCOME TAXES.  PLEASE NOTE THAT THE TAX-FREE INCOME SHOULD BE RE-
PORTED ON YOUR FEDERAL INCOME TAX RETURN ALTHOUGH IT IS ENTIRELY EX-
EMPT FROM FEDERAL INCOME TAXES INCLUDING THE ALTERNATIVE MINIMUM TAX.
YOUR TAX-FREE INCOME IS NOT INCLUDED ON YOUR 1099-DIV BELOW WHICH
ONLY INCLUDES ANY TAXABLE ORDINARY INCOME AND CAPITAL GAINS.



**NUVEEN Tax-Free Mutual Funds**

FUND
NUVEEN NY TAX-FREE VALUE FUND
STATEMENT OF ACCOUNT AS OF          12/31/93

TAX ID OR SOC SEC NO

ACCOUNT NUMBER          038 0095529608
                        SHAREHOLDER

DEALER NUMBER          0045 00 9999
REP NAME               HOUSE
A E NUMBER             HOUSE
                                    DEALER

SIMON A GOLDBERG
400 EAST 54 ST APT 19 C 88
NEW YORK NY 10022-5164

PLEASE PROVIDE THE FOLLOWING:
MY REPRESENTATIVE/AGENT IS
DEALER FIRM AND ADDRESS IS
CHICAGO IL 60606-1218

| TRANSACTION DATE | TYPE OF TRANSACTION | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | TOTAL SHARES OWNED |
|---|---|---|---|---|---|
| | BALANCE FORWARD | | | | 8040650 |
| 020193 | DIV REIN $.0485 /SH | 38997 | 1029 | 37898 | 8078548 |
| 030193 | DIV REIN $.0485 /SH | 39181 | 1062 | 36894 | 8115442 |
| 040193 | DIV REIN $.0485 /SH | 39360 | 1050 | 37486 | 8152928 |
| 050393 | DIV REIN $.0485 /SH | 39542 | 1059 | 37339 | 8190267 |
| 051793 | UIT PURCHASE | 39265 | 1058 | 37131 | 8227398 |
| | PRINCIPAL #058 | | | | |
| 051793 | UIT PURCHASE | 110355 | 1058 | 104305 | 8331703 |
| | INTEREST #058 | | | | |
| 060193 | DIV REIN $.0485 /SH | 39723 | 1062 | 37404 | 8369107 |
| 070193 | DIV REIN $.0485 /SH | 40590 | 1072 | 37864 | 8406971 |
| 080293 | DIV REIN $.0485 /SH | 40779 | 1070 | 38107 | 8445078 |
| 090193 | DIV REIN $.0485 /SH | 40959 | 1088 | 37646 | 8482724 |
| 100193 | DIV REIN $.0485 /SH | 41141 | 1095 | 37572 | 8520296 |
| 110193 | DIV REIN $.0485 /SH | 41323 | 1089 | 37946 | 8558242 |
| 110193 | SHORT TERM CAP GAIN | 14570 | 1089 | 13379 | 8571621 |
| | REINVEST $.0171 /SH | | | | |
| 110193 | CAP GAIN REINVEST | 16615 | 1089 | 15257 | 8586878 |
| | $.0195 /SHR | | | | |
| 111593 | UIT PURCHASE | 90330 | 1078 | 83794 | 8670672 |
| | INTEREST #058 | | | | |
| 120193 | DIV REIN $.0485 /SH | 41646 | 1079 | 38597 | 8709769 |
| 121593 | UIT PURCHASE | 121455 | 1084 | 112043 | 8821312 |
| | PRINCIPAL #058 | | | | |
| 123193 | DIV REIN $.0485 /SH | 42240 | 1091 | 38717 | 8860029 |
| 123193 | SHORT TERM CAP GAIN | 1132 | 1091 | 1038 | 8861067 |
| | REINVEST $.0013 /SH | | | | |
| 123193 | CAP GAIN REINVEST | 9929 | 1091 | 9101 | 8870168 |
| | $.0114 /SHR | | | | |

| DISTRIBUTION OPTIONS | DIVIDENDS | CAPITAL GAINS | CERTIFIED SHARES | BOOK SHARES |
|---|---|---|---|---|
| | REINVEST | REINVEST | .000 | 8,870.168 |
| TOTAL DIVIDENDS/DISTRIBUTIONS | LONG TERM CAPITAL GAINS | TAX-FREE INCOME | | ORDINARY TAXABLE DIVIDENDS |

PLEASE RETAIN THIS STATEMENT AS A RECORD OF YOUR TRANSACTIONS

DURING 1993, YOUR ACCOUNT EARNED A TOTAL OF $5,277.22.   OF
THIS TOTAL, $4,854.76 IS EXEMPT FROM FEDERAL AND STATE
INCOME TAXES.  PLEASE NOTE THAT THE TAX-FREE INCOME SHOULD BE RE-
PORTED ON YOUR FEDERAL INCOME TAX RETURN ALTHOUGH IT IS ENTIRELY EX-
EMPT FROM FEDERAL INCOME TAXES INCLUDING THE ALTERNATIVE MINIMUM TAX.
YOUR TAX-FREE INCOME IS NOT INCLUDED ON YOUR 1099-DIV BELOW WHICH
ONLY INCLUDES ANY TAXABLE ORDINARY INCOME AND CAPITAL GAINS.

S

M 15



**NUVEEN Tax-Free Mutual Funds**

FUND NUVEEN NY TAX-FREE VALUE FUND

STATEMENT OF ACCOUNT AS OF   12/31/92

TAX ID OR SOC SEC NO

ACCOUNT NUMBER   038 0099529608

DEALER NUMBER   0045 00 9999

REP NAME   HOUSE

A E NUMBER   HOUSE

SHAREHOLDER
SIMON A GOLDBERG
400 EAST 54 ST APT 19 C 88
NEW YORK NY 10022-5164

DEALER
PLEASE PROVIDE THE FOLLOWING:
MY REPRESENTATIVE/AGENT IS
DEALER FIRM AND ADDRESS IS
CHICAGO IL 60606-1218

| TRANSACTION DATE | TYPE OF TRANSACTION | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION | TOTAL SHARES OWNED |
|---|---|---|---|---|---|
| | BALANCE FORWARD | | | | 9058528 |
| 020392 | DIV REIN  $.0520 /SH | 26304 | 986 | 26677 | 9085205 |
| 030292 | DIV REIN  $.0520 /SH | 26443 | 988 | 26764 | 9111969 |
| 021692 | UIT PURCHASE PRINCIPAL #058 | 122020 | 982 | 124257 | 9236226 |
| 040192 | DIV REIN  $.0520 /SH | 27228 | 989 | 27531 | 9263757 |
| 050192 | DIV REIN  $.0520 /SH | 27372 | 994 | 27537 | 9291294 |
| 051592 | UIT PURCHASE INTEREST #058 | 217055 | 997 | 218511 | 9318037 |
| 070192 | DIV REIN  $.0510 /SH | 28240 | 1016 | 27795 | 9565143 |
| 080392 | DIV REIN  $.0510 /SH | 28382 | 1041 | 27264 | 9592407 |
| 071592 | UIT PURCHASE PRINCIPAL #058 | 2027715 | 1023 | 1982126 | 7574533 |
| 090192 | DIV REIN  $.0485 /SH | 36736 | 1027 | 35770 | 7610303 |
| 100192 | DIV REIN  $.0485 /SH | 36910 | 1027 | 35940 | 7646243 |
| 110292 | DIV REIN  $.0485 /SH | 37084 | 998 | 37158 | 7683401 |
| 110292 | SHORT TERM CAP GAIN REINVEST  $.0130 /SH | 9940 | 998 | 9960 | 7693361 |
| 110292 | CAP GAIN REINVEST  $.0679 /SHR | 51918 | 998 | 52022 | 7745383 |
| 120192 | DIV REIN  $.0485 /SH | 37565 | 1016 | 36973 | 7782356 |
| 111692 | UIT PURCHASE PRINCIPAL #058 | 86725 | 1010 | 85866 | 7868222 |
| 111692 | UIT PURCHASE INTEREST #058 | 135870 | 1010 | 134525 | 8002747 |
| 123192 | DIV REIN  $.0485 /SH | 38813 | 1024 | 37903 | 8040650 |

| DISTRIBUTION OPTIONS | DIVIDENDS | | CAPITAL GAINS | CERTIFIED SHARES | BOOK SHARES |
|---|---|---|---|---|---|
| | REINVEST | | REINVEST | .000 | 8,040.650 |
| TOTAL DIVIDENDS/DISTRIBUTIONS | LONG TERM CAPITAL GAINS | | TAX-FREE INCOME | ORDINARY TAXABLE DIVIDENDS | |

PLEASE RETAIN THIS STATEMENT AS A RECORD OF YOUR TRANSACTIONS
DURING 1992, YOUR ACCOUNT EARNED A TOTAL OF $4,404.50  OF
THIS TOTAL, $3,789.92 IS EXEMPT FROM FEDERAL AND STATE
INCOME TAXES.  PLEASE NOTE THAT THE TAX FREE INCOME SHOULD BE RE-
PORTED ON YOUR FEDERAL TAX RETURN EVEN IF YOU DO NOT OWE ANY TAX ON
IT.  YOUR TAX FREE INCOME IS NOT INCLUDED ON YOUR 1099DIV BELOW WHICH
ONLY INCLUDES ANY TAXABLE ORDINARY INCOME, CAPITAL GAINS AND RETURN OF
CAPITAL

5

1991 TRANSCRIPT

SHAREOWNER MASTER RECORD

FUND NAME: TAX-FREE BOND FUND - NEW YORK

| TRANS #<br>T  T | CONFIRM DATE<br>TRADE DATE | TRANSACTION DESCRIPTION<br>SHARES | GROSS AMOUNT<br>PRICE | BATCH<br>CERTIFIES | DC | SHARE BALANCE |
|---|---|---|---|---|---|---|
| 011 - 000 | 02/01/1991 | INCOME REINVEST | | NO | 0 | 3,575,5480 |
| 011 - 000 | 03/01/1991 | INCOME REINVEST | | NO | 0 | 3,595,5180 |
| 011 - 000 | 04/01/1991 | INCOME REINVEST | | NO | 0 | 3,615,5780 |
| 011 - 000 | 05/01/1991 | INCOME REINVEST | | NO | 0 | 3,635,4750 |
| 008 - 000 | 05/15/1991 | NOV TRUST | | NO | 0 | 3,872,7840 |
| 011 - 000 | 06/01/1991 | INCOME REINVEST | | NO | 0 | 3,892,7480 |
| 011 - 000 | 07/01/1991 | INCOME REINVEST | | NO | 0 | 3,913,6350 |
| 008 - 000 | 07/15/1991 | NOV TRUST | | NO | 0 | 3,978,7450 |
| 011 - 000 | 08/01/1991 | INCOME REINVEST | | NO | 0 | 4,000,0500 |
| 011 - 000 | 09/01/1991 | INCOME REINVEST | | NO | 0 | 4,021,0040 |
| 011 - 000 | 10/01/1991 | INCOME REINVEST | | NO | 0 | 4,043,1650 |
| 011 - 000 | 11/01/1991 | INCOME REINVEST | | NO | 0 | 4,064,6500 |
| 008 - 000 | 11/15/1991 | NOV TRUST | | NO | 0 | 4,287,5430 |
| 036 - 000 | 11/15/1991 | TRANSFER FROM | | 730 | 0 | 5,006,8000 |
| 011 - 000 | 12/01/1991 | INCOME REINVEST | | NO | 0 | 5,028,5080 |
| 001 - 000 | 12/11/1991 | SHARES PURCHASE | | 232 | 1 | 5,032,1060 |
| 011 - 000 | 12/31/1991 | INCOME REINVEST | | NO | 0 | 5,058,5280 |

TOTAL SHARES:    5,058,5280



1990 TRANSCRIPT

REPORT NUMBER: MO1058
SOURCE PROGRAM: SSRTRO56
JOB: DWTRU775

SUPER SHEET PAGE: 1
CURRENT DATE: 02/12/1991   02/13/1991
TIME: 08:57:29

FUND CODE/NAME: 38/NUVEEN TAX-FREE BOND FUND - NEW YORK
ACCOUNT NUMBER: 955296608-2

SHAREOWNER MASTER RECORD

SHAREOWNER REGISTRATION
SIMON A GOLDBERG
400 EAST 54 ST APT 19 C 08
NEW YORK NY 10022-5166

DEALER NUMBER/BRANCH   99999/001
REP NUMBER/NAME
DEALER REGISTRATION   PLEASE PROVIDE THE FOLLOWING
INFORMATION:.........
MY BROKER IS:
DEALER FIRM AND ADDRESS IS:

DATE ESTABLISHED 05/18/1988
SSN/TAX ID
TIN CODE   GO-DRSIMGA
ALPHA CODE
FIDUCIARY WITHHOLDING   NO
PENALTY WITHHOLDING   NO
CAPITAL GAIN OPTION   REINVEST
DIVIDEND OPTION   REINVEST

NEG SHARES ISSUED:   .0000
BEG SHARES UNISSUED:   2,548,4550

SHAREOWNER TRANSACTION HISTORY

| TRANS # TC - TS | SHARES TRANSACTION DESCRIPTION | PRICE | GROSS AMOUNT | TRADE DATE CONFIRM DATE | BEGINNING BALANCE: BATCH CERT ISS | SHARE BALANCE 2,548,4550 |
|---|---|---|---|---|---|---|
| 1 011 - 000 | 14.2480 (+) INCOME REINVEST .0525 | 9.3900 | 133.79 | 02/01/1990 02/01/1990 | NO 0 | 2,562,7030 |
| 2 011 - 000 | 14.2820 (+) INCOME REINVEST .0525 | 9.4200 | 134.54 | 03/01/1990 03/01/1990 | NO 0 | 2,576,9850 |
| 3 011 - 000 | 14.4850 (+) INCOME REINVEST .0525 | 9.3400 | 135.29 | 04/02/1990 04/02/1990 | NO 0 | 2,591,4700 |
| 4 011 - 000 | 14.8850 (+) INCOME REINVEST .0525 | 9.1400 | 136.05 | 05/01/1990 05/01/1990 | NO 0 | 2,606,3550 |
| 5 008 - 005 | 257.1190 (+) NUV TRUST #058 INT REIN | 9.3200 | 2,396.35 | 05/15/1990 05/15/1990 | NO 0 | 2,863,4740 |
| 6 011 - 000 | 14.5410 (+) INCOME REINVEST .0525 | 9.4100 | 136.83 | 06/01/1990 06/01/1990 | NO 0 | 2,878,0150 |
| 7 011 - 000 | 15.9730 (+) INCOME REINVEST .0525 | 9.4600 | 151.10 | 07/02/1990 07/02/1990 | NO 0 | 2,893,9880 |
| 8 008 - 003 | 57.8740 (+) NUV TRUST #058 PRIN REIN | 9.5000 | 549.80 | 07/16/1990 07/16/1990 | NO 0 | 2,951,8620 |
| 9 011 - 000 | 15.9090 (+) INCOME REINVEST .0525 | 9.5500 | 151.93 | 08/01/1990 08/01/1990 | NO 0 | 2,967,7710 |
| 10 011 - 000 | 16.7540 (+) INCOME REINVEST .0525 | 9.3000 | 155.81 | 09/04/1990 09/04/1990 | NO 0 | 2,984,5250 |

*** 1 02 ***

REPORT NUMBER: H01038
SOURCE PROGRAM: SSRYR036
JOB: DWYMU775

SUPER SHEET PAGE: 2
SUPER SHEET DATE: 02/12/1991
CURRENT DATE: 02/13/1991
CURRENT TIME: 08:57:29

1990 TRANSCRIPT

FUND CODE/NAME: 38/NUVEEN TAX-FREE BOND FUND - NEW YORK
ACCOUNT NUMBER: 95529600N-2

| TRANS #  TC - TS | SHARES  TRANSACTION DESCRIPTION | PRICE | GROSS AMOUNT | TRADE DATE  CONFIRM DATE | BATCH  CERT ISS | SHARE BALANCE |
|---|---|---|---|---|---|---|
| 11 | | | | | | 3,780,1860 |
| 008 - 003 | 95.6610 (+) NUV TRUST #058 PRIN REIN | 9.3100 | 890.60 | 09/17/1990 09/17/1990 | NO  0 | 3,787,4640 |
| 12 | | | | | | |
| 011 - 000 | 16.9580 (+) INCOME REINVEST  .0525 | 9.2400 | 156.69 | 10/01/1990 10/01/1990 | NO  0 | 3,714,6060 |
| 13 | | | | | | |
| 011 - 000 | 17.5220 (+) INCOME REINVEST  .0525 | 9.2800 | 162.60 | 11/01/1990 11/01/1990 | NO  0 | |
| 14 | | | | | | 3,747,457 |
| 008 - 003 | 152.7910 (+) NUV TRUST #058 PRIN REIN | 9.3500 | 1,428.60 | 11/15/1990 11/15/1990 | NO  0 | |
| 15 | | | | | | 3,518,500 |
| 008 - 005 | 251.0430 (+) NUV TRUST #058 INT REIN | 9.3500 | 2,347.25 | 11/15/1990 11/15/1990 | NO  0 | |
| 16 | | | | | | 3,535,8060 |
| 011 - 000 | 17.3960 (+) INCOME REINVEST  .0525 | 9.4000 | 163.52 | 12/03/1990 12/03/1990 | NO  0 | |
| 17 | | | | | | 3,555,8150 |
| 011 - 000 | 19.9390 (+) INCOME REINVEST  .0535 | 9.3100 | 185.63 | 12/31/1990 12/31/1990 | NO  0 | 3,555,8150 |

ENDING BALANCE:  ISSUED: .0000    UNISSUED: .0000    TOTAL SHARES: 3,555.8150

TAX REPORTING TOTALS

INCOME DIVS:  1,803.78

| | |
|---|---|
| LONG TERM GAIN: | .00 |
| SHORT TERM GAIN: | .00 |
| CAP SURPLUS: | .00 |

| | |
|---|---|
| DVMC W/HOLDING: | .00 |
| REDEMPT W/HOLDING: | .00 |
| FOREIGN W/HOLDING: | .00 |

FIDUCIARY TOTALS

DISTRIBUTIONS

| | | STATUS |
|---|---|---|
| SEP EMPLOYER: | .00 | PREMATURE:  0 |
| SEP CONTRIBS: | .00 | ROLLOVER:  0 |
| IRA CONTRIBS: | .00 | DISABILITY:  0 |
| ROLLOVER CONTRIBS: | .00 | DEATH:  0 |
| EMPLOYEE CURRENT: | .00 | PROHIBITED:  0 |
| EMPLOYEE PRIOR: | .00 | OTHER:  0 |
| EMPLOYER CURRENT: | .00 | NORMAL:  0 |
| EMPLOYER PRIOR: | .00 | EXCESS:  0 |

*** J 02 ***

SOURCE PROGRAM:  SSRYR036
JOB NAME/#:  DYYMU775/06079

FUND CODE/NAME:  1689/NUVEEN  NEW YORK MUNI BOND 1
ACCOUNT NUMBER:  1012154-2    SSN-TAX ID/TIN:

SHAREOWNER MASTER RECORD
MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
BIN NUMBER:

SUPER SHEET DATE:  06/01/2010
CURRENT DATE:  06/02/2010
TIME:  10:55:04

SHAREOWNER REGISTRATION
SIMON A GOLDBERG
400 E 54TH ST APT 19C88
NEW YORK NY 10022-5164

DEALER NUMBER/BRANCH  448/000
REP NUMBER/NAME
TRUST  0000000
TPA  0000000
HOUSE  PROVIDE
YOUR FINANCIAL
ADVISOR INFORMATION
CHICAGO IL 60606

DEALER REGISTRATION

DATE ESTABLISHED  05/18/1998
FIDUCIARY ACCOUNT  GOLDBSIMODA
PENALTY WITHHOLDING  NO
CAPITAL GAIN OPTION  REINVEST
PLAN DIVIDEND OPTION  NO
CUMULATIVE DISCOUNT  REINVEST  0
MATRIX LEVEL  0
STATE/COUNTRY CODE  031
FRONT TAX CODE  00.0
SOCIAL CODE  005
B/C NOTICE  NO / NO
TAX RESIDENCE CODE  031
PPA  N

LAST MAINT DATE 06/05/2009   STOP MAIL DATE 05/30/2009

BEG SHARES ISSUED:
BEG SHARES UNISSUED:  21,945.6720

2009 CUTOFF DATES: INCOME DIV 12/31/2009   LTCG 12/31/2009   STCG 12/31/2009
PEND: 762-02/02/2007

BEGINNING BALANCE:  21,945.6720

SHAREOWNER TRANSACTION HISTORY

| HIST CHG | TRANS # | TC – TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | GROSS AMOUNT | PRICE | COMMISSION AMOUNT | PERCENT | BATCH | CERT # | DC | SHARE BALANCE | FROM/TO FUND/ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B QLF | 10 011 – 000 | | 02/02/2009 01/30/2009 | INCOME REINVEST | 0.0385 86.5030 | (+) | 844.91 21.7900 | | | 9999888 | NO CERT | 0 | / | 22,031.9750 | |
| | 11 011 – 001 | | 03/27/2009 03/31/2009 | INCOME REINVEST | 0.1904 91.3700 | (+) | 881.28 5.8600 | | | 9999888 | NO CERT | 0 | / | 22,121.3540 | |
| | 12 011 – 000 | | 04/01/2009 03/31/2009 | INCOME REINVEST | 0.04 90.2910 | (+) | 884.85 9.8000 | | | 9999888 | NO CERT | 0 | / | 22,211.6450 | |
| | 13 011 – 000 | | 05/01/2009 04/30/2009 | INCOME REINVEST | 0.04 88.6700 | (+) | 888.47 10.0200 | | | 9999888 | NO CERT | 0 | / | 22,300.3150 | |
| | 14 011 – 000 | | 06/01/2009 05/29/2009 | INCOME REINVEST | 0.04 87.7100 | (+) | 892.01 10.1700 | | | 9999888 | NO CERT | 0 | / | 22,388.0250 | |
| | 15 011 – 000 | | 07/01/2009 06/30/2009 | INCOME REINVEST | 0.04 88.9290 | (+) | 895.52 10.0700 | | | 9999888 | NO CERT | 0 | / | 22,476.9540 | |
| | 16 011 – 000 | | 08/03/2009 07/31/2009 | INCOME REINVEST | 0.04 87.9730 | (+) | 899.08 10.2200 | | | 9999888 | NO CERT | 0 | / | 22,564.9270 | |
| | 17 011 – 000 | | 09/01/2009 08/31/2009 | INCOME REINVEST | 0.04 86.6620 | (+) | 902.60 10.4200 | | | 9999888 | NO CERT | 0 | / | 22,651.5490 | |
| | 18 011 – 000 | | 10/01/2009 09/30/2009 | INCOME REINVEST 43.01 | 0.04 85.1070 | (+) | 906.06 10.8600 | | | 9999888 | NO CERT | 0 | / | 22,734.9800 | |
| | 19 011 – 000 | | 11/02/2009 10/30/2009 | INCOME REINVEST | 0.04 85.9550 | (+) | 909.40 10.5800 | | | 9999888 | NO CERT | 0 | / | 22,820.9350 | |
| | 20 012 – 000 | | 11/12/2009 11/10/2009 | CAP GAIN REIN | 0.0034 7.3410 | (+) | 77.59 10.5700 | | | 9999888 | NO CERT | 0 | / | 22,828.2760 | |
| | 21 011 – 000 | | 12/01/2009 11/30/2009 | INCOME REINVEST | 0.04 86.1440 | (+) | 913.13 10.6000 | | | 9999888 | NO CERT | 0 | / | 22,914.4200 | |
| | 22 011 – 000 | | 12/28/2009 12/24/2009 | INCOME REINVEST | 0.04 86.1450 | (+) | 916.58 10.6400 | | | 9999888 | NO CERT | 0 | / | 23,000.5650 | |

ENDING BALANCE:          ISSUED:                .0000        UNISSUED:      23,000.5650                TOTAL SHARES:      23,000.5650

SOURCE PROGRAM: SSRY0036
JOB NAME/#: DYYMU775/06079

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I
ACCOUNT NUMBER: 1012154-2       SSN-TAX ID/TIN:

MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
BIN NUMBER:

SUPER SHEET DATE: 06/01/2010
CURRENT DATE: 06/02/2010
TIME: 10:55:04

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS
ORDINARY INCOME      (BOX 1A):        0.00
QUALIFIED DIVS       (BOX 1B):        0.00
QUALIFIED CAP GAINS  (BOX 2A):       71.50
SCT 1250 CAP GAINS   (BOX 2B):        0.00
28% RATE CAP GAIN    (BOX 2D):        0.00
NON-TAXABLE DISG IN  (BOX 3):         0.00
FEDERAL TAX W/HELD   (BOX 4):         0.00
FOREIGN TAX PAID     (BOX 6):         0.00
LIQUID DIST CASH     (BOX 8):         0.00
LIQUID DIST NONCASH  (BOX 9):         0.00
1099B GROSS REDEMPTIONS:              0.00
1099B GROSS WITHHOLDING:              0.00

FORM 5498/5498-ESA TOTALS
IRA      CONTRIB:        0.00
ROLLVR   CONTRIB:        0.00
IRA RECHAR CNB:          0.00
ROTH CNV CNTRB:          0.00
ACCOUNT VALUE:     244,726.01
TYPEOF IRA:         IRA NA
SEP   CONTRIB:          0.00
SIMPLE CONTRIB:         0.00
ROTH IRA CNTRB:         0.00
EDUCATION CNB:          0.00
RMD RQUIRED:              N

FORM 1099R/1099Q-ESA TOTALS
PREMATURE DIS:          0.00
PREAEXEMPT DIS:         0.00
DISABILITY DIS:         0.00
DEATH DIS:              0.00
PROHIBITED DIS:         0.00
NORMAL DIS:             0.00
EXCESS DIS:             0.00
ROLLOVERS:              0.00
ROLL IRA DEATH:         0.00
415 EXCESS DEF:         0.00
PRE DIS SIMPLE:         0.00
EDUCATIONL DIS:         0.00
LOAN DEFLT DIS:         0.00
IRA RCH PRI DIS:        0.00
EX-CON CURRENT:         0.00
ROTH NORM/EX:           0.00
EX-CON CUR ERN:         0.00
EX-CON PRIOR:           0.00
EX-CON PRI ERN:         0.00
EX-CON OTP:             0.00
EX-CON OTP ERN:         0.00
REDEMP WH:              0.00

FORM 1042S TOTALS
INCOME DIVIDEND:        0.00
SHRT TRM CAP GAIN:      0.00
LONG TRM CAP GAIN:      0.00
QII EXEMPT DIVIDENDS:   0.00
FOREIGN WITHHOLDING:    0.00
FOREIGN FID REDEMPTION: 0.00
CAP SURPLUS:

FORM 1099INT TOTALS
INC DIV  (BOX 1):          0.00
TAX WTH  (BOX 4):          0.00
FGN WTH  (BOX 6):          0.00
EXMT INT (BOX 8):     10,733.89
AMT INT  (BOX 9):        489.46

IRA RCH CURR:              0.00

FORM 1099Q TOTALS
ACCOUNT-OWNER TOTALS
GROSS DISTR        (BOX 1):        0.00
EARNINGS           (BOX 2):        0.00
BASIS              (BOX 3):        0.00
TTEE-TO-TTEE R/O   (BOX 4):        NO
PRIVATE/STATE      (BOX 5):        STATE
NONQUALIFIED BENE  (BOX 6):        YES
BENEFICIARY TOTALS
GROSS              (BOX 1):        0.00
EARNINGS           (BOX 2):        0.00
BASIS              (BOX 3):        0.00
TTEE-TO-TTEE R/O   (BOX 4):        NO
PRIVATE/STATE      (BOX 5):        STATE
NONQUALIFIED BENE  (BOX 6):        NO
STATE                    IDENTIFIER
QRA
1099/1099QESA UNIQUE IDENTIFIER

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099B UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
1099R/1099Q-ESA UNIQUE IDENTIFIERS MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA

```
SOURCE PROGRAM: SSRYR036
JOB NAME/#:     DYYMU775/06079

FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I      SHAREOWNER MASTER RECORD
ACCOUNT NUMBER:  1012154-2                             MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
                                                       MGMT BIN NUMBER:
```

```
SHAREOWNER REGISTRATION            DEALER NUMBER/BRANCH  448/000
SIMON A GOLDBERG                   REP NUMBER/NAME  HOUSE
400 E 54TH ST APT 19C88            TRUST
NEW YORK NY 10022-5164             TPA
                                   PLEASE PROVIDE
              DEALER REGISTRATION  YOUR FINANCIAL
                                   ADVISOR INFORMATION
                                   CHICAGO IL 60606
```

```
SUPER SHEET DATE: 06/01/2010
   CURRENT DATE:  06/02/2010
           TIME:  10:55:04

DATE ESTABLISHED      05/18/1988
ALPHA CODE           GOLDBS1M0A
FIDUCIARY CODE
PENALTY WITHHOLDING          NO
CAPITAL GAIN OPTION    REINVEST
DIVIDEND OPTION        REINVEST
CUMULATIVE DISCOUNT           0
MATRIX LEVEL
STATE/COUNTRY CODE            0
FRGN TAX RATE               031
SOCIAL CODE                00.0
B/C NOTICE                  005
TAX RESIDENCE          NO / NO
CPPA                        031
                              N
```

LAST MAINT DATE 06/05/2009   STOP MAIL DATE 05/30/2009

2009 CUTOFF DATES: INCOME DIV 12/31/2009   LTCG 12/31/2009   STCG 12/31/2009
PEND: 762-02/02/2007

```
BEG SHARES ISSUED:
BEG SHARES UNISSUED:   21,945.6720

BEGINNING BALANCE:     21,945.6720
```

## SHAREOWNER TRANSACTION HISTORY

B QLF

| TRANS # TC-TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | PRICE | GROSS AMOUNT | CERT # | BATCH | DC | SHARE BALANCE | FROM/TO FUND/ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 - 10 / 000 | 02/02/2009 | 01/30/2009 | INCOME REINVEST 0.0385 | 86.3030 (+) | 9.7900 | 844.91 | 9999888 NO CERT | 0 | | 22,031.9750 | |
| 011 - 11 / 000 | 03/22/2009 | 03/31/2009 | INCOME REINVEST 0.04 | 89.3790 (+) | 9.8600 | 881.28 | 9999888 NO CERT | 0 | | 22,121.3540 | |
| 011 - 12 / 000 | 04/01/2009 | 03/31/2009 | INCOME REINVEST 0.04 | 90.2910 (+) | 9.8000 | 884.85 | 9999888 NO CERT | 0 | | 22,211.6450 | |
| 011 - 13 / 000 | 05/01/2009 | 04/30/2009 | INCOME REINVEST 0.04 | 88.6700 (+) | 10.0200 | 888.47 | 9999888 NO CERT | 0 | | 22,300.3150 | |
| 011 - 14 / 000 | 06/01/2009 | 05/29/2009 | INCOME REINVEST 0.04 | 87.7100 (+) | 10.1700 | 892.01 | 9999888 NO CERT | 0 | | 22,388.0250 | |
| 011 - 15 / 000 | 07/01/2009 | 06/30/2009 | INCOME REINVEST 0.04 | 88.9290 (+) | 10.0700 | 895.52 | 9999888 NO CERT | 0 | | 22,476.9540 | |
| 011 - 16 / 000 | 08/03/2009 | 07/31/2009 | INCOME REINVEST 0.04 | 87.9730 (+) | 10.2200 | 899.08 | 9999888 NO CERT | 0 | | 22,564.9270 | |
| 011 - 17 / 000 | 09/01/2009 | 08/31/2009 | INCOME REINVEST 0.04 | 86.6220 (+) | 10.4200 | 902.60 | 9999888 NO CERT | 0 | | 22,651.5490 | |
| 011 - 18 / 000 | 10/01/2009 | 09/30/2009 | INCOME REINVEST 0.04 | 83.4310 (+) | 10.8600 | 906.06 | 9999888 NO CERT | 0 | | 22,734.9800 | |
| 011 - 19 / 000 | 11/02/2009 | 10/30/2009 | INCOME REINVEST 0.04 | 85.9550 (+) | 10.5800 | 909.40 | 9999888 NO CERT | 0 | | 22,820.9350 | |
| 012 - 20 / 000 | 11/12/2009 | 11/10/2009 | CAP GAIN REIN 0.0034 | 7.3410 (+) | 10.5700 | 77.59 | 9999888 NO CERT | 0 | | 22,828.2760 | |
| 011 - 21 / 000 | 12/01/2009 | 11/30/2009 | INCOME REINVEST 0.04 | 86.1440 (+) | 10.6000 | 913.13 | 9999888 NO CERT | 0 | | 22,914.4200 | |
| 011 - 22 / 000 | 12/28/2009 | 12/24/2009 | INCOME REINVEST 0.04 | 86.1450 (+) | 10.6400 | 916.58 | 9999888 NO CERT | 0 | | 23,000.5650 | |

```
ENDING BALANCE:    ISSUED: .0000    UNISSUED: 23,000.5650    TOTAL SHARES: 23,000.5650
```

```
SOURCE PROGRAM: SSRYR036                                                    SUPER SHEET DATE: 06/01/2010
JOB NAME/#:  DYYMU775/06079                                                      CURRENT DATE: 06/02/2010
FUND CODE/NAME:  1689/NUVEEN  NEW YORK MUNI BOND I                                        TIME: 10:55:04
ACCOUNT NUMBER:  1012154-2          SSN-TAX ID/TIN:        MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
                                                           BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                    FORM 5498/5498-ESA TOTALS          FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME    (BOX 1A):    0.00    IRA     CONTRIB:       0.00        PREMATURE DIS:      0.00
QUALIFIED DIVD     (BOX 1B):    0.00    ROLLVR CONTRIB:       0.00         EXEMPT  DIS:        0.00
TOTAL CAPITAL GAINS(BOX 2A):   72.59    IRA RECHAR CNB:       0.00         DISABILITY DIS:     0.00
TOTL120 CAP GAIN   (BOX 2B):    0.00    ROTH CNV CNTRB:       0.00         DEATH DIS:          0.00
28 PERCNT CAPGAIN  (BOX 2B):    0.00    ACCOUNT VALUE:   244,726.01        PROHIBITED DIS:     0.00
NON-TAXABLE DIST   (BOX 3 ):    0.00    TYPE OF IRA:        IRA NA         NORMAL DIS:         0.00
FED TAX W/HELD     (BOX 4 ):    0.00    SEP  CONTRIB:        0.00          EXCESS DIS:         0.00
FOREIGN TAX PAID   (BOX 6 ):    0.00    SIMPLE CONTRIB:      0.00          ROLLOVER DIS:       0.00
LIQUID DIST CASH   (BOX 8 ):    0.00    ROTH IRA CNTRB:      0.00          ROLL IRA DEATH:     0.00
LIQUID DIST NONCASH(BOX 9 ):    0.00    EDUCATIONL CNB:      0.00          415 EXCESS DEF:     0.00
FORM 1099B TOTALS:                      RMD REQUIRED:       N              PRE DIS SIMPLE:     0.00
1099B GROSS REDEMPTIONS:        0.00                                       EDUCATIONL DIS:     0.00
1099B GROSS WITHHOLDING:        0.00                                       LOAN DEFLT DIS:     0.00
                                                                           IRA RCH PRI:        0.00
                                                                           EXCON NORM/EX:      0.00
FORM 1042S TOTALS                       FORM 1099INT TOTALS                EXCON CURRENT:
INCOME DIVIDEND    (BOX 1):     0.00    INC DIV (BOX 1):     0.00          EX-CON CUR ERN:     0.00
LONG TRM CAP GAIN  (BOX 4):     0.00    TAX WTH (BOX 4):     0.00          EX-CON PRO ERN:     0.00
SHORT TRM CAP GAIN (BOX 4):     0.00    FGN TAX (BOX 6):     0.00          EX-CON PRI ERN:     0.00
FOR EXEMPT DIVIDENDS(BOX 4):    0.00    EXMT INT (BOX 8): 10,733.89        EX-CON OTP ERN:     0.00
FOREIGN FID REDEMPTION(BOX 6):  0.00    AMT INT (BOX 9):   489.46          REDEMP WH:          0.00
CAP GAIN PLUS:
TAXABLE INCOME DIVIDEND:                                                   IRA RCH CURR  :     0.00
FORM 1099Q
ACCOUNT OWNER TOTALS
GROSS DISTR        (BOX 1):     0.00
EARNINGS           (BOX 2):     0.00
BASIS              (BOX 3):     0.00
TTEE-TO-TTEE R/O   (BOX 4):     NO
PRIV DESIGNATED BENE(BOX 5):    STATE
NOT DESIGNATED BENE (BOX 6):    YES
BENEFICIARY TOTALS:
EARNINGS           (BOX 2):     0.00
BASIS              (BOX 3):     0.00
TTEE-TO-TTEE R/O   (BOX 4):     NO
PRIVATE/STATE BENE (BOX 5):     STATE
1099R/1099Q-ESA UNIQUE IDENTIFIER: NO
STATE       QRA         IDENTIFIER
```

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099R NOTE: THE TRANSACTION HISTORY DETAIL ENTRIES ARE LISTED AFTER IT WAS ORIGINALLY REPORTED
NOTE: THE TRANSACTION MAY HAVE BEEN CANCELLED
1099QDIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA

```
SOURCE PROGRAM: SSRYR036                                                        SUPER SHEET DATE:    05/11/2011
JOB NAME/#: DYYMU775/00826                                                        CURRENT DATE:    05/11/2011
                                    SHAREOWNER MASTER RECORD                             TIME:    11:26:36
FUND CODE/NAME:    1689/NUVEEN NEW YORK MUNI BOND I    MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:    1012154-2                           SSN-TAX ID/TIN:                    DATE ESTABLISHED    05/18/1988
                                                                                            ALPHA CODE    GOLDBSIMOA
SHAREOWNER REGISTRATION            DEALER NUMBER/BRANCH        448/000                   FIDUCIARY ACCOUNT    NO
SIMON A GOLDBERG                   REP NUMBER/NAME  HOUSE                          PENALTY WITHHOLDING    NO
400 E 54TH ST APT 19C88                            TRUST                          CAPITAL GAIN OPTION    REINVEST
NEW YORK NY 10022-5164                             TPA                            DIVIDEND OPTION    REINVEST
                                  DEALER REGISTRATION  PLAS FINANCIAL            CUMULATIVE DISCOUNT             0
                                                       YOUR FINANCIAL                    MATRIX LEVEL
                                                       ADVISOR INFORMATION           STATE/COUNTRY CODE    031
                                                       CHICAGO IL 60606              FRGN TAX RATE    00.0
                                                                                     SOCIAL CODE    005
LAST MAINT DATE 03/28/2011    STOP MAIL DATE 05/30/2009                            B/C NOTICE  NO / NO
                                                                              TAX RESIDENCE CODE    PPA    N

2010 CUTOFF DATES: INCOME  DIV 12/31/2010  LTCG 12/31/2010  STCG 12/31/2010
PEND: 762-02/02/2007                                                          BEG SHARES  ISSUED:                .0000
                                                                             BEG SHARES  UNISSUED:      23,000.5650

                                          SHAREOWNER TRANSACTION HISTORY      BEGINNING BALANCE:      23,000.5650

HIST  TRANS #    CONFIRM DATE   TRANSACTION DESCRIPTION    SHARES        PRICE   COMMISSION  BATCH   DC   SHARE BALANCE
CHG              TRADE DATE                              GROSS AMOUNT   PERCENT    AMOUNT   CERT #        FROM/TO FUND/ACCOUNT
---------------------------------------------------------------------------------------------------------------------------
B QLF TC - TS
     011 -    9   02/01/2010   INCOME REINVEST 0.04   86.2250 (+)      920.02              9999888   0    /  23,086.7900
                 01/29/2010                                            10.6700              NO CERT
     011 -   10   03/01/2010   INCOME REINVEST 0.04   86.0640 (+)      923.47              9999888   0    /  23,172.8540
                 02/26/2010                                            10.7300              NO CERT
     011 -   11   03/31/2010   INCOME REINVEST 62.04   86.6270 (+)     926.97              9999888   0    /  23,259.4810
                 03/31/2010                                            10.6300              NO CERT
     011 -   12   05/03/2010   INCOME REINVEST        86.2220 (+)      930.34              9999888   0    /  23,345.7030
                 04/30/2010                                            10.7900              NO CERT
     011 -   13   06/01/2010   INCOME REINVEST        85.9830 (+)      933.77              9999888   0    /  23,431.6860
                 05/28/2010                                            10.8600              NO CERT
     011 -   14   07/01/2010   INCOME REINVEST        86.6210 (+)      937.24              9999888   0    /  23,518.3070
                 06/30/2010                                            10.8200              NO CERT
     011 -   15   08/02/2010   INCOME REINVEST        86.2320 (+)      940.79              9999888   0    /  23,604.5390
                 07/30/2010                                            10.9100              NO CERT
     011 -   16   09/01/2010   INCOME REINVEST        84.9880 (+)      944.22              9999888   0    /  23,689.5270
                 08/31/2010                                            11.1100              NO CERT
     011 -   17   10/01/2010   INCOME REINVEST        85.6830 (+)      947.65              9999888   0    /  23,775.2100
                 09/30/2010                                            11.0600              NO CERT
     011 -    8   11/01/2010   INCOME REINVEST 65.5360 (+)             951.09              9999888   0    /  23,861.7460
                 10/29/2010                                            11.0900              NO CERT
     011 -   19   12/01/2010   INCOME REINVEST        89.2940 (+)      954.55              9999888   0    /  23,951.0400
                 11/30/2010                                            10.6900              NO CERT
     011 -   20   12/31/2010   INCOME REINVEST        91.8460 (+)      957.95              9999888   0    /  24,042.8860
                 12/31/2010                                            10.4300              NO CERT
---------------------------------------------------------------------------------------------------------------------------
ENDING BALANCE      ISSUED:            .0000    UNISSUED:   24,042.8860    TOTAL SHARES:   24,042.8860
```

```
SOURCE PROGRAM: SSRYR036                                                              SUPER SHEET DATE: 05/11/2011
JOB NAME/#:    DYYMU775/00826                                                              CURRENT TIME: 05/12/2011
                                                                                                         11:26:36
FUND CODE/NAME:  1689/NUVEEN  NEW YORK MUNI BOND I      MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:  1012154-2    SSN-TAX ID/TIN:           BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS              FORM 5498/5498-ESA TOTALS        FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME   (BOX 1A):       IRA      CONTRIB:      0.00      PREMATURE DIS:      0.00
QUAL DIV          (BOX 1B):       ROLLVR   CONTRIB:      0.00      PRE EXEMPT DIS:     0.00
TOTAL CAPITAL GAINS (BOX 2A):     IRA RECHAR CNTRB:      0.00      DISABILITY DIS:     0.00
28 PERCENT CAP GAIN (BOX 2B):     ROTH CNV CNTRB:        0.00      DEATH DIS:          0.00
SEC 1250 CAP GAIN (BOX 2D):       ACCOUNT VALUE:   250,767.30     PROHIBITED DIS:     0.00
NON-TAXABLE DIST  (BOX 3):        TYPE OF IRA: IRA NA             NORMAL DIS:         0.00
FED TAX W/HELD    (BOX 4):        SEP-LE CONTRIB:        0.00      EXCESS DIS:         0.00
FOREIGN TAX PAID  (BOX 6):        SIMPLE CONTRIB:        0.00      ROLLOVERS:          0.00
LIQUID DIST CASH  (BOX 8):        ROTH IRA CNTRB:        0.00      ROLL IRA DEATH:     0.00
LIQUID DIST NONCASH (BOX 9):      EDUCATIONL CNB:        0.00      415 EXCESS DEF:     0.00
FORM 1099B TOTALS:                RMD REQUIRED: N                  PRE DIS SIMPLE:     0.00
1099B GROSS REDEMPTIONS:   0.00                                    EDUCATIONL DIS:     0.00
1099B GROSS WITHHOLDING:   0.00                                    LOAN DFLT DIS:      0.00
                                                                   IRA RCH PRI:        0.00
                                  FORM 1099INT TOTALS              EX-CON CURRENT:     0.00
                                  INC DIV  (BOX 1):      0.00      ROTH NORM/EX:       0.00
FORM 1042S TOTALS                 TAX WTH  (BOX 4):      0.00      EX-CON CUR ERN:     0.00
INCOME DIVIDEND:                  FGN TAX  (BOX 6):      0.00      EX-CON PRIOR:       0.00
LONG TRM CAP GAIN:                EXMT INT (BOX 8):  11,267.94     EX-CON PRI ERN:     0.00
SHORT TRM CAP GAIN:               AMT INT  (BOX 9):     478.88     EX-CON QTP:         0.00
QDI EXEMPT DIVIDENDS:                                              EX-CON QTP ERN:     0.00
FOREIGN WITHHOLDING:                                               REDEMP WH:          0.00
FOREIGN FID:                                                       REDEMP WH ERN:
TAXABLE INCOME DIVIDEND:
STAT 1099Q-ESA UNIQUE IDENTIFIER:                                  IRA RCH CURR:       0.00

NOTE: 1099B/1099R/1099-ESA RECORDS FOR ACCOUNT
10998 UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
     NOTE: THE TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5598-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
SOURCE PROGRAM:  SSRYR036                              SHAREOWNER MASTER RECORD                        SUPER SHEET DATE:   05/11/2011
JOB NAME/#:      DYYMU775/00826       MGMT CODE/NAME:  NV/NUVEEN MUTUAL FUNDS                                  CURRENT DATE:   05/12/2011
                                                                                                                     TIME:   11:26:36
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I      BIN NUMBER:
ACCOUNT NUMBER:  1012154-2            SSN-TAX ID/TIN:                                          DATE ESTABLISHED   05/18/1988
                                                                                              AY PAC CODE        GOLDBS1MOA
SHAREOWNER REGISTRATION               DEALER NUMBER/BRANCH        448/000                      FIDUCIARY ACCOUNT
SIMON A GOLDBERG                      REP NUMBER/NAME   HOUSE00                                PENALTY WITHHOLDING    NO
400 W 54TH ST APT 19C8B                               TRUST 0000000                           CAPITAL GAIN OPTION    REINVEST
NEW YORK NY  10022-5164                               TPA   0000000                           DIVIDEND OPTION        REINVEST
                                      DEALER REGISTRATION        PLEASE PROVIDE               CUMULATIVE DISCOUNT          0
                                                                 YOUR FINANCIAL              STATE/COUNTRY CODE
                                                                 ADVISOR INFORMATION         FRGN TAX RATE          031
LAST MAINT DATE 03/28/2011   STOP MAIL DATE 05/30/2009           CHICAGO IL 60606            SSN TAX CODE           005
                                                                                             B/C NOTICE             NO / NO
2010 CUTOFF DATES:  INCOME DIV 12/31/2010   LTCG 12/31/2010  STCG 12/31/2010   TAX RESIDENCE PPA                   N1
PEND: 762-02/02/2007                                                           BEG SHARES ISSUED:
                                                                              BEG SHARES UNISSUED:   23,000.5650
                                      SHAREOWNER TRANSACTION HISTORY           BEGINNING BALANCE:     23,000.5650

HIST  TRANS #   CONFIRM DATE   TRANSACTION DESCRIPTION   GROSS AMOUNT   COMMISSION   BATCH   DC   SHARE BALANCE
CMG                                                                     AMOUNT
                TRADE DATE        SHARES              PRICE             PERCENT   CERT #   FROM/TO FUND/ACCOUNT
B QLF TC - TS
011 -  09      02/01/2010   INCOME REINVEST 0.04   920.02700                   9999888    0   /    23,086.7900
       000     01/29/2010               86.2250       10.0700                   NO CERT
011 -  10      02/26/2010   INCOME REINVEST 0.04   923.47300                   9999888    0   /    23,172.8540
       000     03/31/2010          (+)  86.0640       10.7300                   NO CERT
011 -  11      04/01/2010   INCOME REINVEST 0.04   926.31                      9999888    0   /    23,259.4810
       000     03/31/2010          (+)  86.6270       10.7000                   NO CERT
011 -  12      05/03/2010   INCOME REINVEST        930.34                      9999888    0   /    23,345.7030
       000     04/30/2010          (+)  86.2220       10.7900                   NO CERT
011 -  13      06/01/2010   INCOME REINVEST        933.77                      9999888    0   /    23,431.6860
       000     05/28/2010          (+)  85.9830       10.8600                   NO CERT
011 -  14      07/01/2010   INCOME REINVEST        937.24                      9999888    0   /    23,518.3070
       000     06/30/2010          (+)  86.6210       10.8200                   NO CERT
011 -  15      08/02/2010   INCOME REINVEST        940.79                      9999888    0   /    23,604.5390
       000     07/30/2010          (+)  86.2320       10.9100                   NO CERT
011 -  16      09/01/2010   INCOME REINVEST        944.22                      9999888    0   /    23,689.5270
       000     08/31/2010          (+)  84.9880       11.1100                   NO CERT
011 -  17      10/01/2010   INCOME REINVEST        947.65                      9999888    0   /    23,775.2100
       000     09/30/2010          (+)  85.6830       11.0600                   NO CERT
011 -  18      11/01/2010   INCOME REINVEST        951.03                      9999888    0   /    23,861.7460
       000     10/29/2010          (+)  86.5360       10.9900                   NO CERT
011 -  19      12/01/2010   INCOME REINVEST        954.55                      9999888    0   /    23,951.0400
       000     11/30/2010          (+)  89.2940       10.6900                   NO CERT
011 -  20      12/31/2010   INCOME REINVEST        957.95                      9999888    0   /    24,042.8860
       000     12/31/2010          (+)  91.8460       10.4300                   NO CERT

ENDING BALANCE    ISSUED:          .0000    UNISSUED:   24,042.8860   TOTAL SHARES:   24,042.8860
```

```
SOURCE PROGRAM: SSRYR036                                          SUPER SHEET DATE: 05/11/2011
JOB NAME/#:  DYYMU775/O0826                                           CURRENT DATE: 05/12/2011
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I    MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS          TIME: 11:26:36
ACCOUNT NUMBER:  1012154-2        SSN-TAX ID/TIN:     BIN NUMBER:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                      FORM 5498/5498-ESA TOTALS          FORM 1098R/1099Q-ESA TOTALS
ORDINARY INCOME        (BOX 1A):    0.00  IRA      CONTRIB:       0.00        PREMATURE DIS:         0.00
QUALIFIED DIV          (BOX 1B):    0.00  ROLLOVR CONTRIB:       0.00         PRE-EXEMPT DIS:        0.00
TOTAL CAPITAL GAINS    (BOX 2A):    0.00  IRA RECHAN CNB:        0.00         DISABILITY DIS:        0.00
1250 CAP GAINS         (BOX 2B):    0.00  ROTH CNV CNTRB:        0.00         DEATH DIS:             0.00
28 PERCENT CAP GAIN    (BOX 2D):          ACCOUNT VALUE:   250,767.30        PROHIBITED DIS:        0.00
NON-TAXABLE DIST       (BOX 3 ):          TYPE OF IRA:             IRA NA    NORMAL DIS:            0.00
FED TAX W/HELD         (BOX 4 ):    0.00  SEP CONTRIB:           0.00         EXCESS DIS             0.00
FOREIGN TAX PAID       (BOX 6 ):    0.00  SIMPLE CONTRIB:        0.00         EXCESS DIS             0.00
LIQUID DIST CASH       (BOX 8 ):    0.00  ROTH IRA CNTRB:        0.00         ROLL IRA DEATH:        0.00
LIQUID DIST NONCASH    (BOX 9 ):    0.00  EDUCATIONAL CNB:       0.00         415 EXCESS DEF:        0.00
FORM 1099B TOTALS:                        RMD REQUIRED:            N          PRE DIS SIMPLE:        0.00
1099B GROSS REDEMPTIONS:                                                     EDUCATIONAL DIS        0.00
1099B GROSS WITHHOLDING:            0.00                                      LOAN DEFLT DIS:        0.00
                                                                            IRA RCH PRI DIS:        0.00
                                                                            EX-CON CURRENT:
FORM 1042S TOTALS                         FORM 1099INT TOTALS                 ROTH NORM/EX ERN:      0.00
INCOME DIVIDEND        :                  INC DIV (BOX 1):       0.00         EX-CON CUR ERN:        0.00
LONG TRM CAP GAIN      :                  TAX WTH (BOX 4):       0.00         EX-CON PRIOR:          0.00
SHORT TRM CAP GAIN     :                  FGN TAX (BOX 6):   11,267.94        EX-CON PRI ERN:        0.00
QUAL EXEMPT DIVIDENDS  :                  EXMT INT (BOX 8):    478.88         EX-CON OTP:            0.00
FOREIGN WITHHOLDING    :                  AMT INT (BOX 9):                    EX-CON OTP ERN:        0.00
FOREIGN FID REDEMPTION :                                                     REDEMP NH:             0.00
TAXABLE INCOME DIVIDEND:                                                     REDEMP WH ERN:
STATE  :                                                                     IRA RCH CURR :         0.00
1099B/1099Q-ESA UNIQUE IDENTIFIER
1099B/1099Q-ESA UNIQUE IDENTIFIER

NOTE: 1099B/1099Q-ESA RECORDS FOR ACCOUNT
1099B UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
1099B UNIQUE IDENTIFIERS MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
SOURCE PROGRAM:  SSRYR036                                                                              SUPER SHEET DATE:  04/18/2012
JOB NAME/#:      DYYMU775/39506                                                                             CURRENT DATE:  04/19/2012
                                                                                                                   TIME:  08:31:24
FUND CODE/NAME:  1689/NUVEEN  NEW YORK MUNI BOND I    SHAREOWNER MASTER RECORD
ACCOUNT NUMBER:  1012154-2    SSN-TAX ID/TIN:         MGMT CODE/NAME:  NV/NUVEEN MUTUAL FUNDS
                                                      BIN NUMBER:                           DATE ESTABLISHED  05/18/1988
SHAREOWNER REGISTRATION      DEALER NUMBER/BRANCH  448/000                                  FIDUCIARY/ALPHA CODE  GOLDBSIMOA
SIMON A GOLDBERG               REP NUMBER/NAME  HOUSE                                       PENALTY WITHHOLDING  NO
400 E 54TH ST APT 19C08                         TPA  0000000 PROVIDE                        CAPITAL GAIN OPTION  REINVEST
NEW YORK NY 10022-5164                               PLUS FINANCIAL                         DIVIDEND OPTION  REINVEST
                                                     YOUR FINANCIAL                         CUMULATIVE DISCOUNT      0
                             DEALER REGISTRATION      ADVISOR INFORMATION                   MATRIX/LEVEL      0
                                                      CHICAGO IL 60606                      STATE/COUNTRY CODE  031
                                                                                           FGSC TAX RATE  000.0
                                                                                           SOCIAL CODE  005
LAST MAINT DATE 02/03/2012   STOP MAIL DATE 00/00/0000                                     B/C NOTICE  NO  / NO
                                                                                           TAX RESIDENCE CODE  031
                                                                                                             PPA  N
2011 CUTOFF DATES: INCOME DIV 12/31/2011  LTCG 12/31/2011  STCG 12/31/2011
PEND: 781-12/16/2011  781-09/16/2011  762-02/02/2007                        BEG SHARES ISSUED:           24,042.8860
                                                                           BEG SHARES UNISSUED:              .0000
                                             SHAREOWNER TRANSACTION HISTORY      BEGINNING BALANCE:          24,042.8860
```

| HIST CHG | TRANS # | TC – TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | | GROSS AMOUNT | COMMISSION AMOUNT | PRICE | CERT # | BATCH | DC | FROM/TO FUND/ACCOUNT | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B QLF | | | | | | SHARES | | PERCENT | | | | | |
| | 9 – 000 | 011 | 02/01/2011 | 01/31/2011 | INCOME REINVEST | 93.6390 (+) | 961.67 | | 10.2700 | 9999888 NO CERT | 0 | | / | 24,136.5250 |
| | 10 – 000 | 011 | 02/02/2011 | 01/31/2011 | INCOME REINVEST | 91.5850 (+) | 933.41 | | 10.4100 | 9999888 NO CERT | 0 | | / | 24,228.1100 |
| | 11 – 000 | 011 | 04/01/2011 | 03/31/2011 | INCOME REINVEST | 92.6400 (+) | 956.97 | | 10.3300 | 9999888 NO CERT | 0 | | / | 24,320.7500 |
| | 12 – 000 | 011 | 05/02/2011 | 04/29/2011 | INCOME REINVEST | 91.6640 (+) | 960.64 | | 10.4800 | 9999888 NO CERT | 0 | | / | 24,412.4140 |
| | 13 – 000 | 011 | 06/01/2011 | 05/31/2011 | INCOME REINVEST | 90.6350 (+) | 964.36 | | 10.6400 | 9999888 NO CERT | 0 | | / | 24,503.0490 |
| | 14 – 000 | 011 | 07/01/2011 | 06/30/2011 | INCOME REINVEST | 90.7920 (+) | 967.84 | | 10.6600 | 9999888 NO CERT | 0 | | / | 24,593.8410 |
| | 15 – 000 | 011 | 08/01/2011 | 07/29/2011 | INCOME REINVEST | 90.4550 (+) | 971.49 | | 10.7400 | 9999888 NO CERT | 0 | | / | 24,684.2960 |
| | 16 – 000 | 011 | 09/01/2011 | 08/31/2011 | INCOME REINVEST | 91.1680 (+) | 987.35 | | 10.8300 | 9999888 NO CERT | 0 | | / | 24,775.4640 |
| | 17 – 000 | 011 | 09/02/2011 | 09/02/2011 | INCOME REINVEST | 91.6630 (+) | 990.95 | | 10.9300 | 9999888 NO CERT | 0 | | / | 24,866.1270 |
| | 18 – 000 | 011 | 11/01/2011 | 10/31/2011 | INCOME REINVEST | 91.5120 (+) | 994.74 | | 10.8700 | 9999888 NO CERT | 0 | | / | 24,957.6390 |
| | 19 – 000 | 012 | 11/14/2011 | 11/11/2011 | CAP GAIN REIN 0.0291 | 66.8760 (+) | 726.27 | | 10.8600 | 9999888 NO CERT | 0 | | / | 25,024.5150 |
| | 20 – 100 | 011 | 11/14/2011 | 11/11/2011 | SP TXBL DIV REIN 0.003 | 6.8940 (+) | 74.87 | | 10.8600 | 9999888 NO CERT | 0 | | / | 25,031.4090 |
| | 21 – 000 | 011 | 12/01/2011 | 11/30/2011 | INCOME REINVEST | 92.2560 (+) | 1,000.05 | | 10.8400 | 9999888 NO CERT | 0 | | / | 25,123.6650 |
| | 22 – 000 | 011 | 12/30/2011 | 12/30/2011 | INCOME REINVEST | 91.4450 (+) | 1,004.98 | | 10.9900 | 9999888 NO CERT | 0 | | / | 25,215.1100 |

```
ENDING BALANCE:        ISSUED:                          .0000    UNISSUED:            25,215.1100  TOTAL SHARES:            25,215.1100
```

SOURCE PROGRAM: SSRYR036
JOB NAME/#: DYYMU775/39506

FUND CODE/NAME: 1689/NUVEEN   NEW YORK MUNI BOND 1
ACCOUNT NUMBER: 1012154-2          SSN-TAX ID/TIN:

MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
BIN NUMBER:

SUPER SHEET DATE: 04/18/2012
CURRENT DATE: 04/19/2012
TIME: 08:31:24

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS
ORDINARY INCOME (BOX 1A): 74.87
QUALIFIED DIV (BOX 1B): 72.00
TOTAL CAPITAL GAINS (BOX 2A): 726.27
TOTAL CAP GAINS (BOX 2B): 0.00
28 PERCENT CAP GAIN (BOX 2D): 0.00
NON-TAXABLE DIST (BOX 3): 0.00
FEDERAL WHELD (BOX 4): 0.00
FOREIGN TAX PAID (BOX 6): 0.00
LIQUID DIST CASH (BOX 8): 0.00
LIQUID DIST NONCASH (BOX 9): 0.00
FORM 1099B TOTALS
1099B GROSS REDEMPTIONS: 0.00
1099B GROSS WITHHOLDING: 0.00

FORM 5498/5498-ESA TOTALS
IRA CONTRIB: 0.00
ROLLVR CONTRB: 0.00
IRA RECHAR CNB: 0.00
ROTH CNV CNTRB: 0.00
ACCOUNT VALUE: 277,114.06
TYPE OF IRA : IRA NA
SEP CONTRIB: 0.00
SIMPLE CONTRIB: 0.00
ROTH IRA CNTRB: 0.00
EDUCATIONL CNB: 0.00
RMD REQUIRED : N

FORM 1099R/1099Q-ESA TOTALS
PREMATURE DIS: 0.00
PRE EXMPT DIS: 0.00
DISABILITY DIS: 0.00
DEATH DIS: 0.00
PROHIBITED DIS: 0.00
NORMAL DIS: 0.00
EXCESS DIS: 0.00
ROLLOVERS: 0.00
ROL IRA DEATH: 0.00
415 EXCESS DEF: 0.00
PRE DIS SIMPLE: 0.00
EDUCATIONL DIS: 0.00
LOAN DEFNL DIS: 0.00
IRA RCH PRI : 0.00
EX-CON CURRENT: 0.00
ROTH NORM/EX : 0.00
EX-CON CUR ERN: 0.00
EX-CON PRI ERN: 0.00
EX-CON PRI ERN: 0.00
EX-CON OTP ERN: 0.00
REDEMP WH : 0.00

IRA RCH CURR : 0.00

FORM 1099INT TOTALS
INC DIV (BOX 1): 0.00
TAX WTH (BOX 4): 0.00
FGN TAX (BOX 6): 0.00
EXMPT INT (BOX 8): 11,714.45
AMT INT (BOX 9): 1,042.58

FORM 1042S TOTALS
INCOME DIVIDEND :
LONG TRM CAP GAIN :
SHORT TRM CAP GAIN :
QUIL EXMPT DIVIDENDS :
FOREIGN WITHHOLDING :
CAP GN FLD REDEMPTION :

TAXABLE INCOME DIVIDEND
  5498-ESA UNIQUE IDENTIFIER
STATE 1099Q-ESA UNIQUE IDENTIFIER

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099B UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
   THOSE TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA

SOURCE PROGRAM: SSRYR036
JOB NAME/#: DYYMUJ75/39506

FUND CODE/NAME: 1689/NUVEEN    NEW YORK MUNI BOND I    SHAREOWNER MASTER RECORD    NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER: 1012154-2    SSN-TAX ID/TIN:    MGMT CODE/NAME: 448/000
BIN NUMBER:

SUPER SHEET DATE: 04/18/2012
CURRENT DATE: 04/19/2012
TIME: 08:31:24

SHAREOWNER REGISTRATION    DEALER NUMBER/BRANCH    HOUSE    DATE ESTABLISHED 05/18/1988
SIMON  A GOLDBERG    REP NUMBER/NAME    0000000    FIDUCIAL/PHA CODE GOLDBSIMOA
400 E 54TH ST  APT 19C8B    TRUST    0000000    PENALTY WITHHOLDING NO
NEW YORK NY  10022-5164    TPA    0000000    CAPITAL GAIN OPTION NO
    PLEASE FINANCIAL    CUMULATIVE DISCOUNT REINVEST 0
DEALER REGISTRATION    YOUR  FINANCIAL    MATRIX LEVEL
    ADVISOR INFORMATION    STATE/COUNTRY CODE 0
    CHICAGO IL  60606    FRGN TAX RATE 031
    SSN TAX CODE 005
    B/C NOTICE NO / NO
    TAX RESIDENCE PPA  031

LAST MAINT DATE 02/03/2012    STOP MAIL DATE 00/00/0000    BEG SHARES ISSUED: 24,042.8860
    BEG SHARES UNISSUED:

2011 CUTOFF DATES: INCOME DIV 12/31/2011    LTCG 12/31/2011    STCG 12/31/2011    BEGINNING BALANCE: 24,042.8860
PEND: 781-12/16/2011    781-09/16/2011    762-02/02/2007

SHAREOWNER TRANSACTION HISTORY

| HIST CHG | TRANS # | TC - TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | GROSS AMOUNT | PRICE | COMMISSION AMOUNT | PERCENT | CERT # | BATCH | DC | FROM/TO | SHARE BALANCE | FUND/ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| B QLF | 9 - 000 | 011 | 02/01/2011 | 01/31/2011 | INCOME REINVEST | 93.6390 (+) | | 961.67 10.2700 | | | 9999888 NO CERT | 0 | / | | 24,136.5250 | |
| | 10 - 000 | 011 | 03/01/2011 | 03/31/2011 | INCOME REINVEST | 91.5850 (+) | | 953.40 10.4100 | | | 9999888 NO CERT | 0 | / | | 24,228.1100 | |
| | 11 - 000 | 011 | 04/01/2011 | 03/31/2011 | INCOME REINVEST | 92.6400 (+) | | 956.97 10.3300 | | | 9999888 NO CERT | 0 | / | | 24,320.7500 | |
| | 12 - 000 | 011 | 05/02/2011 | 04/29/2011 | INCOME REINVEST | 91.6640 (+) | | 960.64 10.4800 | | | 9999888 NO CERT | 0 | / | | 24,412.4140 | |
| | 13 - 000 | 011 | 06/01/2011 | 05/31/2011 | INCOME REINVEST | 90.6350 (+) | | 964.36 10.6400 | | | 9999888 NO CERT | 0 | / | | 24,503.0490 | |
| | 14 - 000 | 011 | 07/01/2011 | 06/30/2011 | INCOME REINVEST | 90.7920 (+) | | 967.84 10.6600 | | | 9999888 NO CERT | 0 | / | | 24,593.8410 | |
| | 15 - 000 | 011 | 08/01/2011 | 07/29/2011 | INCOME REINVEST | 90.4550 (+) | | 971.49 10.7400 | | | 9999888 NO CERT | 0 | / | | 24,684.2960 | |
| | 16 - 000 | 011 | 09/01/2011 | 08/31/2011 | INCOME REINVEST | 91.1680 (+) | | 987.35 10.8300 | | | 9999888 NO CERT | 0 | / | | 24,775.4640 | |
| | 17 - 000 | 011 | 10/03/2011 | 09/30/2011 | INCOME REINVEST | 90.6630 (+) | | 990.95 10.9300 | | | 9999888 NO CERT | 0 | / | | 24,866.1270 | |
| | 18 - 000 | 011 | 11/01/2011 | 10/31/2011 | INCOME REINVEST | 91.5120 (+) | | 984.19 10.7500 | | | 9999888 NO CERT | 0 | / | | 24,957.6390 | |
| | 19 - 000 | 012 | 11/14/2011 | 11/11/2011 | CAP GAIN REIN 0.0291 | 66.8760 (+) | | 726.27 10.8600 | | | 9999888 NO CERT | 0 | / | | 25,024.5150 | |
| | 20 - 100 | 011 | 11/14/2011 | 11/11/2011 | SP TXBL DIV REIN 0.003 | 6.8940 (+) | | 74.87 10.8600 | | | 9999888 NO CERT | 0 | / | | 25,031.4090 | |
| | 21 - 000 | 011 | 12/01/2011 | 11/30/2011 | INCOME REINVEST | 92.2560 (+) | | 1,000.05 10.8400 | | | 9999888 NO CERT | 0 | / | | 25,123.6650 | |
| | 22 - 000 | 011 | 12/30/2011 | 12/30/2011 | INCOME REINVEST | 91.4450 (+) | | 1,004.98 10.9900 | | | 9999888 NO CERT | 0 | / | | 25,215.1100 | |

ENDING BALANCE:    ISSUED: 25,215.1100    UNISSUED: .0000    TOTAL SHARES: 25,215.1100

```
SOURCE PROGRAM: SSRY8036                                                      SUPER SHEET DATE: 04/18/2012
JOB NAME/#: DYYMU775/39506                                                        CURRENT DATE: 04/19/2012
                                                                                          TIME: 08:31:24
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I      MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:  1012154-2                                 BIN NUMBER:
                 SSN-TAX ID/TIN:

TAX REPORTING TOTALS

FORM 1099 DIV TOTALS                          FORM 5498/5498-ESA TOTALS           FORM 1099R/1099Q-ESA TOTALS
ORDINARY INCOME        (BOX 1A):    74.87     IRA     CONTRIB:          0.00      PREMATURE DIS:           0.00
QUALIFIED DIV          (BOX 1B):     0.00     ROLLVR CONTRIB:          0.00      EXC/EXMPT DIS:           0.00
TOTAL CAPITAL GAINS    (BOX 2A):   726.29     IRA RECHAR CNB:         0.00      DISABILITY DIS:          0.00
UNRECAP CAP GAINS      (BOX 2B):     0.00     ACTHC/HV CNTRB:         0.00      DEATH DIS:               0.00
28 PERCENT CAP GAIN    (BOX 2D):     0.00     ACCOUNT VALUE:    277,114.06      PROHIBITED DIS:          0.00
NON-TAXABLE DIST       (BOX 3 ):     0.00     TYPE OF IRA:       IRA NA         NORMAL DIS:              0.00
FEDERAL TAX W/HELD     (BOX 4 ):     0.00     SEP CONTRIB:            0.00      EXCESS-DIS:              0.00
FOREIGN TAX PAID       (BOX 6 ):     0.00     SIMPLE CONTRIB:         0.00      ROLLOVERS:               0.00
LIQUID DIST CASH       (BOX 8 ):     0.00     ROTH IRA CNTRB:         0.00      ROLL IRA DEATH:          0.00
LIQUID DIST NONCASH    (BOX 9 ):     0.00     EDUCATION CNB:          0.00      45 EXCESS DEF:           0.00
FORM 1099B TOTALS                             RMD REQUIRED:           N         LOAN DEFLT DIS:          0.00
1099B GROSS REDEMPTIONS              0.00                                        PRE DIS SIMPLE:          0.00
1099B GROSS WITHHOLDING              0.00                                        EDUCATIONL DIS:          0.00
                                                                                 IRA RCH PRI DIS:         0.00
                                                                                 EX/CON CURRENT:          0.00
FORM 1042S TOTALS                             FORM 1099INT TOTALS               RX/CON NON-CUR:          0.00
INCOME DIVIDEND         0.00                  INC DIV (BOX 1):        0.00      EX-CON CUR ERN:          0.00
LONG TRM CAP GAIN       0.00                  TAX WTH (BOX 4):        0.00      EX-CON PRIOR ERN:        0.00
SHORT TRM CAP GAIN      0.00                  FGN TAX (BOX 6):        0.00      EX-CON PRI ERN:          0.00
EXMPT INT DIVIDENDS     0.00                  EXMPT INT(BOX 8):  11,714.44      EX-CON OTP ERN:          0.00
FOREIGN WITHHOLDING     0.00                  AMT INT (BOX 9):    1,042.58      EX-CON FGN ERN:          0.00
CAP SUR-PLUS            0.00                                                     REDEMP WH:               0.00
TAXABLE INCOME DIVIDEND 0.00
TAXABLE LONG CAP GAIN   0.00
STATE:                                                                          IRA RCH CURR :           0.00
QRA:

NO 1099R/1099Q-ESA RECORDS FOR ACCOUNT
1099B UNIQUE IDENTIFIERS ARE LISTED IN TRANSACTION HISTORY DETAIL
1099B NOTE: TRANSACTION MAY HAVE BEEN CANCELLED AFTER IT WAS ORIGINALLY REPORTED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
SOURCE PROGRAM:  B25740
JOB NAME/ID:     DYYMU775/J0064996                         SHAREOWNER MASTER RECORD
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I          MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS     SUPER SHEET DATE: 05/13/2013
ACCOUNT NUMBER:  1012154-2                                 BIN NUMBER:                                    CURRENT DATE:   05/14/2013
                                                                                                                  TIME: 06:49:10
SHAREOWNER REGISTRATION      DEALER NUMBER/BRANCH  448/000                                  DATE ESTABLISHED      05/18/1988
SIMON A GOLDBERG             REP NUMBER/NAME   HOUSE   /HOUSE                               FIDUCIAL/PHA CODE     GOLDBSIMOA
400 E 54TH ST 19C88                         TRUST   0000000                                FIDUCIARY ACCOUNT     NO
NEW YORK NY 10022-5164       TPA      0000000   PLEASE PROVIDE                             PENALTY WITHHOLDING   NO
                             DEALER REGISTRATION   YOUR FINANCIAL                          CAPITAL GAIN OPTION   REINVEST
                                                   ADVISOR INFORMATION                     CUMULATIVE DISCOUNT   0
                                                   CHICAGO IL 60606                        DIVIDEND OPTION       REINVEST
                                                                                           MATRIX LEVEL
LAST MAINT DATE 04/10/2013   STOP MAIL DATE 06/03/2012                                     STATE/COUNTRY CODE    031
                                                                                           FRGN TAX RATE         0
2012 CUTOFF DATES: INCOME DIV 12/31/2012  LTCG 12/31/2012  STCG 12/31/2012                 SOC TAX CODE          005
PEND: 781-12/16/2011  781-09/16/2011  762-02/02/2007                                       B/C NOTICE            NO / NO
                                                                                           TAX RESIDENCE  PPA   N
                                                            BEG SHARES ISSUED:
                                                            BEG SHARES UNISSUED:   25,215.1100
                                                            BEGINNING BALANCE:     25,215.1100
```

SHAREOWNER TRANSACTION HISTORY

| HIST CHG | TRANS # | TC - TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | GROSS AMOUNT | PRICE | COMMISSION AMOUNT | PERCENT | CERT # | BATCH | DC | FROM/TO FUND/ACCOUNT | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 11 | 011 - 000 | 02/01/2012 | 01/31/2012 | INCOME REINVEST 89.9800 (+) |  | 1,008.68 | 11.2100 |  |  | 9999888 NO CERT | 0 |  | / | 25,305.0900 |
|  | 12 | 011 - 032 | 03/29/2012 | 03/30/2012 | INCOME REINVEST 86.9370 (+) |  | 961.63 | 11.1900 |  |  | 9999888 NO CERT | 0 |  | / | 25,391.0270 |
|  | 13 | 011 - 000 | 04/02/2012 | 03/30/2012 | INCOME REINVEST 86.9950 (+) |  | 964.77 | 11.0900 |  |  | 9999888 NO CERT | 0 |  | / | 25,478.0220 |
|  | 14 | 011 - 000 | 05/01/2012 | 04/30/2012 | INCOME REINVEST 86.6730 (+) |  | 968.14 | 11.1700 |  |  | 9999888 NO CERT | 0 |  | / | 25,564.6950 |
|  | 15 | 011 - 000 | 06/01/2012 | 05/31/2012 | INCOME REINVEST 80.8220 (+) |  | 907.63 | 11.2300 |  |  | 9999888 NO CERT | 0 |  | / | 25,645.5170 |
|  | 16 | 011 - 000 | 07/02/2012 | 06/29/2012 | INCOME REINVEST 81.2900 (+) |  | 910.45 | 11.2000 |  |  | 9999888 NO CERT | 0 |  | / | 25,726.8070 |
|  | 17 | 011 - 000 | 08/01/2012 | 07/31/2012 | INCOME REINVEST 80.6770 (+) |  | 913.26 | 11.3200 |  |  | 9999888 NO CERT | 0 |  | / | 25,807.4840 |
|  | 18 | 011 - 000 | 09/04/2012 | 08/31/2012 | INCOME REINVEST 78.7200 (+) |  | 890.32 | 11.3100 |  |  | 9999888 NO CERT | 0 |  | / | 25,886.2040 |
|  | 19 | 011 - 039 | 10/01/2012 | 09/28/2012 | INCOME REINVEST 79.7570 (+) |  | 893.10 | 11.3400 |  |  | 9999888 NO CERT | 0 |  | / | 25,964.9610 |
|  | 20 | 011 - 000 | 11/01/2012 | 10/31/2012 | INCOME REINVEST 79.0000 (+) |  | 895.86 | 11.3400 |  |  | 9999888 NO CERT | 0 |  | / | 26,043.9610 |
|  | 21 | 012 - 000 | 11/16/2012 | 11/15/2012 | CAP GAIN REIN 0.0122 27.7500 (+) |  | 317.74 | 11.4500 |  |  | 9999888 NO CERT | 0 |  | / | 26,071.7110 |
|  | 22 | 012 - 000 | 12/03/2012 | 11/30/2012 | INCOME REINVEST 75.9040 (+) |  | 872.90 | 11.5000 |  |  | 9999888 NO CERT | 0 |  | / | 26,147.6150 |
|  | 23 | 011 - 000 | 12/31/2012 | 12/31/2012 | INCOME REINVEST 77.6600 (+) |  | 876.00 | 11.2800 |  |  | 9999888 NO CERT | 0 |  | / | 26,225.2750 |

```
ENDING BALANCE:   ISSUED:       .0000    UNISSUED:          .0000    TOTAL SHARES:  26,225.2750
TAX REPORTING INFORMATION
```

```
SUPER SHEET DATE: 05/13/2013
CURRENT DATE: 05/14/2013
TIME: 06:49:10

SOURCE PROGRAM: B25740
JOB NAME/ID: DYYMU775/J0064996

MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
BIN NUMBER:

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I
ACCOUNT NUMBER: 1012154-2
SSN-TAX ID/TIN:

FORM 1099 DIV
FORM STATUS: PRODUCED    DATE PRODUCED: 01/16/2013    TAPE STATUS: PRODUCED    DATE PRODUCED: 03/15/2013
(1A) ORDINARY INCOME     (1B) QUALIFIED DIVS 0.00    (2A) TOT CAP GAIN 317.74    (2B) SCT 1250 CAP GAIN 0.00    (2D) 28% CAP GAIN 0.00
(3) NONDIV DIST 0.00     (4) FED INC TAX WH 0.00    (6) FOREIGN TAX PAID 0.00    (8) LQD DIST 0.00    (9) LQD DIST NONCSH 0.00
(10) EXMPT-INT DIV 11,062.74    (11) SPEC PRVT ACT BND 804.26    (12) STATE    (13) STATE ID NO.    (14) STATE TAX W/H

FORM 1099 INT     ****    NO ACTIVITY TO REPORT    ****

FORM 1099 B       ****    NO ACTIVITY TO REPORT    ****

DATA REPORTED REFLECTS ACCOUNT AND TAX INFORMATION AT THE TIME TRANSCRIPTS PRODUCED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
SOURCE PROGRAM:  825740                                    SHAREOWNER MASTER RECORD                      SUPER SHEET DATE: 05/13/2013
JOB NAME/ID:     DYYMUJ775/J00064996                       MGMT CO2/NAME: NV/NUVEEN MUTUAL FUNDS           CURRENT DATE: 05/14/2013
                                                                                                                    TIME: 06:49:10
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I          DEALER NUMBER/BRANCH  448/000
ACCOUNT NUMBER:  10121254-2   SSN-TAX ID/TIN:              REP NUMBER/NAME  TRUST   /HOUSE                 DATE ESTABLISHED    05/18/1988
                                                                            HOUSE   /HOUSE               FIDUCIARY ALPHA CODE  GOLDBS1MOA
SHAREOWNER REGISTRATION                                    TPA  0000000                                    400 ADVISORY ACCOUNT  NO
  SIMON A GOLDBERG                                                                                         PENALTY WITHHOLDING   NO
  400 E 54TH ST APT 19C88          DEALER REGISTRATION     PLEASE PROVIDE                                  CAPITAL GAIN OPTION   REINVEST
  NEW YORK NY 10022-5164                                   YOUR FINANCIAL                                  CUMULATIVE DIVIDEND OPTION  REINVEST 0
                                                           ADVISOR INFORMATION                               MATURITY LEVEL
                                                           CHICAGO IL 60606                               STATE/COUNTRY CODE    031
LAST MAINT DATE 04/10/2013   STOP MAIL DATE 06/03/2012                                                     FRGN TAX RATE         00.0
                                                                                                           SPECIAL CODE          005
2012 CUTOFF DATES: INCOME DIV 12/31/2012  LTCG 12/31/2012  STCG 12/31/2012                                 SVC NOTICE            NO / NO
PEND: 781-12/16/2011  781-09/16/2011  762-02/02/2007                                                       TAX RESIDENCE CODE    031
                                                                                                           PPA  N
                                                          BEG SHARES ISSUED:
                                                          BEG SHARES UNISSUED:                             25,215.1100

                                                          BEGINNING BALANCE:                               25,215.1100
```

SHAREOWNER TRANSACTION HISTORY

| HIST CHG | TRANS # TC-TS | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | PRICE | GROSS AMOUNT | COMMISSION AMOUNT | PERCENT | CERT # | BATCH | DC | FROM/TO FUND/ACCOUNT | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 011-11 000 | 02/01/2012 | 01/31/2012 | INCOME REINVEST | 89.9800 (+) | 11.2100 | 1,008.68 |  |  | 9999888 NO CERT |  | 0 | / | 25,305.0900 |
|  | 011-12 000 | 03/01/2012 | 02/29/2012 | INCOME REINVEST | 85.9370 (+) | 11.1900 | 961.63 |  |  | 9999888 NO CERT |  | 0 | / | 25,391.0270 |
|  | 011-13 000 | 04/02/2012 | 03/30/2012 | INCOME REINVEST | 86.9950 (+) | 11.0900 | 964.77 |  |  | 9999888 NO CERT |  | 0 | / | 25,478.0220 |
|  | 011-14 000 | 05/01/2012 | 04/30/2012 | INCOME REINVEST | 85.6730 (+) | 11.1700 | 968.14 |  |  | 9999888 NO CERT |  | 0 | / | 25,564.6950 |
|  | 011-15 000 | 06/01/2012 | 05/31/2012 | INCOME REINVEST | 80.8220 (+) | 11.2300 | 907.63 |  |  | 9999888 NO CERT |  | 0 | / | 25,645.5170 |
|  | 011-16 000 | 07/02/2012 | 06/29/2012 | INCOME REINVEST | 81.2900 (+) | 11.2000 | 910.45 |  |  | 9999888 NO CERT |  | 0 | / | 25,726.8070 |
|  | 011-17 000 | 09/01/2012 | 07/31/2012 | INCOME REINVEST | 80.6770 (+) | 11.3200 | 913.26 |  |  | 9999888 NO CERT |  | 0 | / | 25,807.4840 |
|  | 011-18 000 | 09/04/2012 | 08/31/2012 | INCOME REINVEST | 78.7200 (+) | 11.3100 | 890.32 |  |  | 9999888 NO CERT |  | 0 | / | 25,886.2040 |
|  | 011-19 000 | 10/01/2012 | 09/28/2012 | INCOME REINVEST | 78.7570 (+) | 11.3400 | 893.10 |  |  | 9999888 NO CERT |  | 0 | / | 25,964.9610 |
|  | 011-20 000 | 11/01/2012 | 10/31/2012 | INCOME REINVEST | 79.0000 (+) | 11.3400 | 895.86 |  |  | 9999888 NO CERT |  | 0 | / | 26,043.9610 |
|  | 012-21 000 | 11/15/2012 | 11/15/2012 | CAP GAIN REINVEST | 27.5022 (+) | 11.4500 | 314.90 |  |  | 9999888 NO CERT |  | 0 | / | 26,071.7110 |
|  | 011-22 000 | 12/03/2012 | 11/30/2012 | INCOME REINVEST | 75.9040 (+) | 11.5000 | 872.90 |  |  | 9999888 NO CERT |  | 0 | / | 26,147.6150 |
|  | 011-23 000 | 12/31/2012 | 12/31/2012 | INCOME REINVEST | 77.6600 (+) | 11.2800 | 876.00 |  |  | 9999888 NO CERT |  | 0 | / | 26,225.2750 |

```
ENDING BALANCE  ISSUED:    .0000     UNISSUED:    26,225.2750     TOTAL SHARES:    26,225.2750
TAX REPORTING INFORMATION
```

```
SOURCE PROGRAM:  B25740                                                              SUPER SHEET DATE:  05/13/2013
JOB NAME/ID:     DYYMU775/J0064996                                                       CURRENT DATE:  05/14/2013
                                                                                                 TIME:  06:49:10

FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I           MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:  1012154-2                   SSN-TAX ID/TIN:                        BIN NUMBER:

FORM 1099 DIV PRODUCED
FORM STATUS: PRODUCED   DATE PRODUCED: 01/16/2013     TAPE STATUS: PRODUCED     DATE PRODUCED: 03/15/2013
(1A) ORDINARY INCOME       (1B) QUALIFIED DIVS          (2A) TOT CAP GAIN         (2B) SCT 1250 CAP GAIN      (2D) 28% CAP GAIN
                  0.00                                                 317.74                        0.00                     0.00

(3) NONDIV DIST            (4) FED INC TAX WTH           (6) FOREIGN TAX PAID      (8) LQD DIST              (9) LQD DIST NONCSH
                  0.00                      0.00                       0.00                        0.00                     0.00

(10) EXMPT-INT DIV 0.00    (11) SPEC PRVT ACT BND        (12) STATE                (13) STATE ID NO.         (14) STATE TAX W/H
       11,062.74                           804.26                                                     ****                     0.00

FORM 1099 INT         ****    NO ACTIVITY TO REPORT    ****

FORM 1099 B           ****    NO ACTIVITY TO REPORT    ****

DATA REPORTED REFLECTS ACCOUNT AND TAX INFORMATION AT THE TIME TRANSCRIPTS PRODUCED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

SOURCE PROGRAM: B25740
JOB NAME/ID: DYYMJ775/JO163025

SUPER SHEET DATE: 04/04/2014
CURRENT DATE: 04/07/2014
TIME: 11:36:31

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I
ACCOUNT NUMBER: 1012154-2
SSN-TAX ID/TIN:
BIN NUMBER:

SHAREOWNER MASTER RECORD
MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS

DEALER NUMBER/BRANCH    448/000
REP NUMBER/NAME    HOUSE        /HOUSE
TRUST    000000
TPA    000000

SHAREOWNER REGISTRATION
SIMON A GOLDBERG
400 E 54TH ST APT 19C8B
NEW YORK NY 10022-5164

DEALER REGISTRATION    PLEASE PROVIDE
YOUR FINANCIAL
ADVISOR INFORMATION
CHICAGO IL 60606

DATE ESTABLISHED 05/18/1998
FIDUCIAL/MA CODE GOLDBSTMOA
PENALTY WITHHOLDING NO
CAPITAL GAIN OPTION REINVEST
DIV/DIVIDEND OPTION REINVEST
CUMULATIVE DISCOUNT 0
MATRIX LEVEL
FRGN TAX CODE 031
SOC TAX RATE 00.0
B/C CODE 005
STATE/COUNTRY CODE 031
B/C NOTICE NO / NO
TAX RESIDENCE CPPA N

LAST MAINT DATE 04/10/2013    STOP MAIL DATE 06/03/2012

2013 CUTOFF DATES: INCOME DIV 12/31/2013   LTCG 12/31/2013   STCG 12/31/2013
PEND: 781-12/16/2012   781-09/16/2011  762-02/02/2007

BEG SHARES ISSUED:
BEG SHARES UNISSUED:    26,225.2750

BEGINNING BALANCE:    26,225.2750

SHAREOWNER TRANSACTION HISTORY

| HIST CHG TC--TS | TRANS # | CONFIRM DATE | TRADE DATE | TRANSACTION DESCRIPTION | SHARES | PRICE | GROSS AMOUNT | COMMISSION AMOUNT PERCENT | CERT # | BATCH DC | FROM/TO FUND/ACCOUNT | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 011 | 10 / 000 | 02/01/2013 | 01/31/2013 | INCOME REINVEST | 77.6780 (+) | 11.3100 | 878.54 | | 9999888 NO CERT | 0 | / | 26,302.9530 |
| 011 | 11 / 000 | 03/29/2013 | 03/28/2013 | INCOME REINVEST | 78.8410 (+) | 11.1200 | 881.15 | | 9999888 NO CERT | 0 | / | 26,380.7940 |
| 011 | 12 / 000 | 04/01/2013 | 03/28/2013 | INCOME REINVEST | 78.7660 (+) | 11.2200 | 883.17 | | 9999888 NO CERT | 0 | / | 26,459.5600 |
| 011 | 13 / 000 | 05/01/2013 | 04/30/2013 | INCOME REINVEST | 78.4480 (+) | 11.3000 | 886.46 | | 9999888 NO CERT | 0 | / | 26,538.0080 |
| 011 | 14 / 000 | 06/03/2013 | 05/31/2013 | INCOME REINVEST | 79.8060 (+) | 11.1400 | 889.04 | | 9999888 NO CERT | 0 | / | 26,617.8140 |
| 011 | 15 / 000 | 07/01/2013 | 06/28/2013 | INCOME REINVEST | 83.2540 (+) | 10.7100 | 891.65 | | 9999888 NO CERT | 0 | / | 26,701.0680 |
| 011 | 16 / 000 | 08/01/2013 | 07/31/2013 | INCOME REINVEST | 84.8580 (+) | 10.5400 | 894.40 | | 9999888 NO CERT | 0 | / | 26,785.9260 |
| 011 | 17 / 000 | 09/03/2013 | 08/30/2013 | INCOME REINVEST | 85.7280 (+) | 10.3100 | 883.86 | | 9999888 NO CERT | 0 | / | 26,871.6540 |
| 011 | 18 / 000 | 10/01/2013 | 09/30/2013 | INCOME REINVEST | 84.3770 (+) | 10.5100 | 886.80 | | 9999888 NO CERT | 0 | / | 26,956.0310 |
| 011 | 19 / 000 | 10/31/2013 | 10/31/2013 | INCOME REINVEST | 84.2480 (+) | 10.5600 | 889.60 | | 9999888 NO CERT | 0 | / | 27,040.2790 |
| 012 | 20 / 000 | 11/18/2013 | 11/15/2013 | CAP GAIN REIN 0.0062 | 21.1170 (+) | 10.5000 | 221.73 | | 9999888 NO CERT | 0 | / | 27,061.3960 |
| 012 | 21 / 100 | 11/18/2013 | 11/15/2013 | SP TXBL DIV REIN 0.0006 | 1.5450 (+) | 10.5000 | 16.22 | | 9999888 NO CERT | 0 | / | 27,062.9410 |
| 069 | 22 / 001 | 11/18/2013 | 11/15/2013 | SHRTTERM CG REIN 0.0001 | .2570 (+) | 10.5000 | 2.70 | | 9999888 NO CERT | 0 | / | 27,063.1980 |
| 011 | 23 / 000 | 12/02/2013 | 11/29/2013 | INCOME REINVEST | 87.7600 (+) | 10.4800 | 919.73 | | 9999888 NO CERT | 0 | / | 27,150.9580 |
| 011 | 24 / 000 | 12/31/2013 | 12/31/2013 | INCOME REINVEST | 88.5970 (+) | 10.4200 | 923.18 | | 9999888 NO CERT | 0 | / | 27,239.5550 |

ENDING BALANCE:    ISSUED: .0000    UNISSUED: .0000    TOTAL SHARES: 27,239.5550    27,239.5550

```
SOURCE PROGRAM: B25740                              MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS      SUPER SHEET DATE:  04/04/2014
JOB NAME/ID:   DYYMUJ775/J0163025                           BIN NUMBER:                        CURRENT DATE:      04/07/2014
                                                                                               TIME:              11:36:31
FUND CODE/NAME:   1689/NUVEEN NEW YORK MUNI BOND  I
ACCOUNT NUMBER:   1012154-2           SSN-TAX ID/TIN:

TAX REPORTING INFORMATION

FORM 1099 DIV
FORM STATUS: PRODUCED            DATE PRODUCED: 01/16/2014    TAPE STATUS: PRODUCED            DATE PRODUCED: 03/21/2014
(1A) ORDINARY INCOME    (1B) QUALIFIED DIVS     (2A) TOT CAP GAIN     (2B) SCT 1250 CAP GAIN    (2D) 28% CAP GAIN
                18.92                   0.00                 221.73                      0.00                   0.00
(3) NONDIV DIST         (4) FED INC TAX WTH      (6) FOREIGN TAX PAID  (8) LQD DIST             (9) LQD DIST NONCSH
                                         0.00                  0.00                                             0.00
(10) EXMPT-INT DIV      (11) SPEC PRVT ACT BND   (12) STATE            (13) STATE ID NO.        (14) STATE TAX W/H
          10,708.24              1,042.98                                                                      0.00

FORM 1099 INT                        ****       NO ACTIVITY TO REPORT  ****

FORM 1099 B                          ****       NO ACTIVITY TO REPORT  ****

DATA REPORTED REFLECTS ACCOUNT AND TAX INFORMATION AT THE TIME TRANSCRIPTS PRODUCED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA UNIQUE IDENTIFIERS
```

```
SOURCE PROGRAM:  B25740                                                                          SUPER SHEET DATE:  04/04/2014
JOB NAME/ID:  DYYMDJ775/JO163025      SHAREOWNER MASTER RECORD                                       CURRENT DATE:  04/07/2014
                                      MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS                                  TIME:  11:36:31
FUND CODE/NAME:  1689/NUVEEN NEW YORK MUNI BOND I     BIN NUMBER:
ACCOUNT NUMBER:  1012154-2       SSN-TAX ID/TIN:
                                                                                        DATE ESTABLISHED     05/18/1988
SHAREOWNER REGISTRATION       DEALER NUMBER/BRANCH  448/000                              FIDUCIARY/ACCOUNT CODE  COLDBSIMOA
SIMON GOLDBERG                REP NUMBER/NAME        /HOUSE                              PENALTY WITHHOLDING  NO
400 E 54TH ST APT 19C88                        TRUST     0000000                        CAPITAL GAIN OPTION  REINVEST
NEW YORK NY 10022-5164                         TPA       0000000                        DIVIDEND OPTION      REINVEST
                                               HOUSE     0000000                        CUMULATIVE DISCOUNT  0
                             DEALER REGISTRATION     PLEASE PROVIDE                      MATRIX LEVEL
                                                     YOUR FINANCIAL                      STATE/COUNTRY CODE   031
                                                     ADVISOR INFORMATION                 FGN TAX RATE         00.10
                                                     CHICAGO IL 60606                    SOCIAL CODE          005
                                                                                        B/C NOTICE           NO / NO
LAST MAINT DATE 04/10/2013  STOP MAIL DATE 06/03/2012                                    TAX RESIDENCE CODE   031
                                                                                                             PPA
2013 CUTOFF DATES: INCOME DIV 12/31/2013  LTCG 12/31/2013  STCG 12/31/2013
PEND: 781-12/16/2011  781-09/16/2011  762-02/02/2007      BEG SHARES ISSUED:
                                                          BEG SHARES UNISSUED:      26,225.2750

                                                             BEGINNING BALANCE:      26,225.2750

                          SHAREOWNER TRANSACTION HISTORY
```

| HIST CHG | TC - TS | TRANS # | CONFIRM DATE / TRADE DATE | TRANSACTION DESCRIPTION | GROSS AMOUNT | SHARES | PRICE | COMMISSION AMOUNT / PERCENT | CERT # / BATCH | DC | FROM/TO FUND/ACCOUNT | SHARE BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
|  | 011 - 10 | 000 | 02/01/2013 / 01/31/2013 | INCOME REINVEST | 878.54 | 75.6780 (+) | 13.1100 |  | 9999888 NO CERT | 0 |  | 26,302.9530 |
|  | 011 - 11 | 000 | 03/01/2013 / 02/28/2013 | INCOME REINVEST | 881.16 | 77.8410 (+) | 11.3200 |  | 9999888 NO CERT | 0 |  | 26,380.7940 |
|  | 011 - 12 | 000 | 04/01/2013 / 03/28/2013 | INCOME REINVEST | 883.76 | 78.7660 (+) | 11.2200 |  | 9999888 NO CERT | 0 |  | 26,459.5600 |
|  | 011 - 13 | 000 | 05/01/2013 / 04/30/2013 | INCOME REINVEST | 886.46 | 78.4480 (+) | 11.3000 |  | 9999888 NO CERT | 0 |  | 26,538.0080 |
|  | 011 - 14 | 000 | 06/03/2013 / 05/31/2013 | INCOME REINVEST | 889.04 | 79.8060 (+) | 11.1400 |  | 9999888 NO CERT | 0 |  | 26,617.8140 |
|  | 011 - 15 | 000 | 07/01/2013 / 06/28/2013 | INCOME REINVEST | 891.65 | 83.2540 (+) | 10.7100 |  | 9999888 NO CERT | 0 |  | 26,701.0680 |
|  | 011 - 16 | 000 | 08/01/2013 / 07/31/2013 | INCOME REINVEST | 894.40 | 84.8580 (+) | 10.5400 |  | 9999888 NO CERT | 0 |  | 26,785.9260 |
|  | 011 - 007 | 000 | 08/30/2013 / 08/30/2013 | INCOME REINVEST | 883.86 | 85.7280 (+) | 10.3100 |  | 9999888 NO CERT | 0 |  | 26,871.6540 |
|  | 011 - 18 | 000 | 10/01/2013 / 09/30/2013 | INCOME REINVEST | 886.80 | 84.3770 (+) | 10.5100 |  | 9999888 NO CERT | 0 |  | 26,956.0310 |
|  | 011 - 19 | 000 | 11/01/2013 / 10/31/2013 | INCOME REINVEST | 889.66 | 84.2480 (+) | 10.5600 |  | 9999888 NO CERT | 0 |  | 27,040.2790 |
|  | 012 - 20 | 000 | 11/18/2013 / 11/15/2013 | CAP GAIN REIN 0.0082 | 221.73 | 21.1170 (+) | 10.5000 |  | 9999888 NO CERT | 0 |  | 27,061.3960 |
|  | 012 - 21 | 100 | 11/18/2013 / 11/15/2013 | SP TXBL DIV REIN 0.0006 | 16.22 | 1.5450 (+) | 10.5000 |  | 9999888 NO CERT | 0 |  | 27,062.9410 |
|  | 069 - 22 | 001 | 11/18/2013 / 11/15/2013 | SHRTTERM CG REIN 0.0001 | 2.70 | .2570 (+) | 10.5000 |  | 9999888 NO CERT | 0 |  | 27,063.1980 |
|  | 011 - 23 | 000 | 12/02/2013 / 11/29/2013 | INCOME REINVEST | 919.73 | 87.7600 (+) | 10.4800 |  | 9999888 NO CERT | 0 |  | 27,150.9580 |
|  | 011 - 24 | 000 | 12/31/2013 / 12/31/2013 | INCOME REINVEST | 923.18 | 88.5970 (+) | 10.4200 |  | 9999888 NO CERT | 0 |  | 27,239.5550 |

```
ENDING BALANCE      ISSUED:                    UNISSUED:  .0000        TOTAL SHARES:   27,239.5550
                                                                                        27,239.5550
```

```
SOURCE PROGRAM: B25740                                                          SUPER SHEET DATE:  04/04/2014
JOB NAME/ID:    DYYMU775/J0163025                                                    CURRENT DATE:  04/07/2014
                                                                                            TIME:  11:36:31
FUND CODE/NAME:   1689/NUVEEN  NEW YORK MUNI BOND I         MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER:   1012154-2         SSN-TAX ID/TIN:                  BIN NUMBER:

TAX REPORTING INFORMATION

FORM 1099 DIV
FORM STATUS: PRODUCED        DATE PRODUCED: 01/16/2014     TAPE STATUS: PRODUCED       DATE PRODUCED: 03/21/2014
(1A) ORDINARY INCOME        (1B) QUALIFIED DIVS.           (2A) TOT CAP GAIN           (2D) 28% CAP GAIN   0.00
            18.92                      0.00                          221.73
(3) NONDIV DIST             (4) FED INC TAX WTH            (6) FOREIGN TAX PAID        (8) LQD DIST         (9) LQD DIST NONCSH  0.00
        0.00                        0.00                          0.00                    0.00
(10) EXMPT-INT DIV 0.00     (11) SPEC PRVT ACT BND         (12) STATE                  (13) STATE ID NO.  0.00   (14) STATE TAX W/H 0.00
        10,708.24                    1,042.98

FORM 1099 INT                        ****               **** NO ACTIVITY TO REPORT ****

FORM 1099 B                          ****               **** NO ACTIVITY TO REPORT ****

DATA REPORTED REFLECTS ACCOUNT AND TAX INFORMATION AT THE TIME TRANSCRIPTS PRODUCED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

SOURCE PROGRAM: B25740
JOB NAME/ID: DYYMU775/J0098991

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND 1
ACCOUNT NUMBER: 10121154-2    SSN-TAX ID/TIN:

SHAREOWNER MASTER RECORD
SHAREOWNER/BRANCH    MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
REP NUMBER/NAME    BIN NUMBER:

SUPER SHEET DATE: 04/14/2015
CURRENT DATE: 04/15/2015
TIME: 08:07:06

SHAREOWNER REGISTRATION
SIMON A GOLDBERG
400 E 54TH ST APT 19CB8
NEW YORK NY 10022-5164

DEALER NUMBER/BRANCH    448/000
REP NUMBER/NAME    HOUSE    /HOUSE
TPA    HOUS00    00
TRUST    0000000    00
PROVIDE    0000000    00
CLAS/FINANCIAL    0000000    00
YOUR/FINANCIAL
ADVISOR INFORMATION
CHICAGO IL 60606

DEALER REGISTRATION

DATE ESTABLISHED    05/18/1988
ALPHA CODE    GOLDBSIMOA
FIDUCIARY ACCOUNT    NO
PENALTY WITHHOLDING    NO
CAPITAL GAIN OPTION    REINVEST
DIVIDEND OPTION    REINVEST
CUMULATIVE DISCOUNT    0
MATRIX LEVEL
STATE/COUNTRY CODE    031
FRONT TAX    031
SOCIAL    005.0
B/C NOTICE    NO
TAX RESIDENCE CODE    031
PPA    N

LAST MAINT DATE 04/10/2013    STOP MAIL DATE 06/03/2012

2014 CUTOFF DATES: INCOME DIV 12/31/2014    LTCG 12/31/2014    STCG 12/31/2014
PEND: 781-12/16/2011    781-09/16/2011

BEG SHARES ISSUED:
BEG SHARES UNISSUED:    27,239.5550
    .0000
    27,239.5550

BEGINNING BALANCE:    27,239.5550

SHAREOWNER TRANSACTION HISTORY

| TC - TS | TRANS # | CONFIRM DATE TRADE DATE | TRANSACTION DESCRIPTION | SHARES | GROSS AMOUNT PRICE | COMMISSION AMOUNT PERCENT | BATCH CERT # | DC | SHARE BALANCE FROM/TO FUND/ACCOUNT |
|---|---|---|---|---|---|---|---|---|---|
| 011 - | 12 202 | 02/03/2014 03/03/2014 | INCOME REINVEST 87.2160 (+) | | 926.23 10.6200 | | 9999888 NO CERT | 0 | 27,326.7710 |
| 011 - | 13 000 | 03/23/2014 03/28/2014 | INCOME REINVEST 90.4160 (+) | | 970.15 10.7300 | | 9999888 NO CERT | 0 | 27,417.1870 |
| 011 - | 14 000 | 04/01/2014 03/31/2014 | INCOME REINVEST 90.5440 (+) | | 973.35 10.7500 | | 9999888 NO CERT | 0 | 27,507.7310 |
| 011 - | 15 000 | 05/01/2014 04/30/2014 | INCOME REINVEST 89.8340 (+) | | 976.50 10.8700 | | 9999888 NO CERT | 0 | 27,597.5650 |
| 011 - | 16 000 | 06/02/2014 05/30/2014 | INCOME REINVEST 90.2410 (+) | | 993.55 11.0100 | | 9999888 NO CERT | 0 | 27,687.8060 |
| 011 - | 17 000 | 07/01/2014 06/30/2014 | INCOME REINVEST 90.7890 (+) | | 996.86 10.9800 | | 9999888 NO CERT | 0 | 27,778.5950 |
| 011 - | 18 000 | 08/01/2014 07/31/2014 | INCOME REINVEST 91.4130 (+) | | 1,000.06 10.9400 | | 9999888 NO CERT | 0 | 27,870.0080 |
| 011 - | 19 000 | 09/02/2014 08/29/2014 | INCOME REINVEST 90.7250 (+) | | 1,003.42 11.0600 | | 9999888 NO CERT | 0 | 27,960.7330 |
| 011 - | 20 000 | 10/01/2014 09/30/2014 | INCOME REINVEST 91.0900 (+) | | 1,006.50 11.0500 | | 9999888 NO CERT | 0 | 28,051.8230 |
| 011 - | 21 000 | 11/03/2014 10/31/2014 | INCOME REINVEST 90.9860 (+) | | 1,009.94 11.1000 | | 9999888 NO CERT | 0 | 28,142.8090 |
| 011 - | 22 100 | 11/14/2014 11/13/2014 | SP TXBL DIV REIN 0.0017 4.3250 (+) | | 47.84 11.0600 | | 9999888 NO CERT | 0 | 28,147.1340 |
| 011 - | 23 000 | 12/01/2014 11/28/2014 | INCOME REINVEST 91.3640 (+) | | 1,013.23 11.0900 | | 9999888 NO CERT | 0 | 28,239.4980 |
| 011 - | 24 000 | 12/31/2014 12/31/2014 | INCOME REINVEST 91.0880 (+) | | 1,016.54 11.1600 | | 9999888 NO CERT | 0 | 28,329.5860 |

ENDING BALANCE    ISSUED:    28,329.5860    UNISSUED:    .0000    TOTAL SHARES:    28,329.5860

TAX REPORTING INFORMATION

HIST CHG

```
SOURCE PROGRAM: B25740
JOB NAME/ID:    DYYMU7T5/J0098991

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I      MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
ACCOUNT NUMBER: 1012154-2                             SSN-TAX ID/TIN:
                                                      BIN NUMBER:

                                                                                   SUPER SHEET DATE: 04/14/2015
                                                                                   CURRENT DATE:     04/15/2015
                                                                                   TIME:             08:07:06

FORM 1099 DIV
FORM STATUS: PRODUCED   DATE PRODUCED: 01/16/2015   TAPE STATUS: PRODUCED   DATE PRODUCED: 03/13/2015
(1A) ORDINARY INCOME       (1B) QUALIFIED DIVS    (2A) TOT CAP GAIN  0.00   (2B) SCT 1250 CAP  0.00   (2D) 28% CAP GAIN  0.00
(3) NONDIV DIST  47.84     (4) FED INC TAX WTH 0.00  (6) FOREIGN TAX PAID  0.00   (8) LQD DIST  0.00   (9) LQD DIST NONCSH  0.00
(10) EXMPT-INT DIV 0.00    (11) SPEC PRVT ACT BND    (12) STATE                (13) STATE ID NO.        (14) STATE TAX W/H  0.00
EXMPT-INT   1,886.38               1,441.81

FORM 1099 INT    ****    NO ACTIVITY TO REPORT    ****

FORM 1099 B      ****    NO ACTIVITY TO REPORT    ****

DATA REPORTED REFLECTS ACCOUNT AND TAX INFORMATION AT THE TIME TRANSCRIPTS PRODUCED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA
```

```
SOURCE PROGRAM: B25740                                    SHAREOWNER MASTER RECORD                          SUPER SHEET DATE: 04/14/2015
JOB NAME/ID: DYXMU775/J0098991                             CODE NAME: NV/NUVEEN MUTUAL FUNDS                 CURRENT DATE: 04/15/2015
                                                           MGMT  BIN NUMBER:                                 TIME: 08:07:06
FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I
ACCOUNT NUMBER: 10121154-2        SSN-TAX ID/TIN:                                                     DATE ESTABLISHED         05/18/1988
                                                                                                     ALPHA CODE               GOLDBS1MOA
SHAREOWNER REGISTRATION           DEALER NUMBER/BRANCH  448/000                                       FIDUCIARY ACCOUNT        NO
SIMON A GOLDBERG                  REP NUMBER/NAME  HOUSE   /HOUSE                                      PENALTY WITHHOLDING      NO
400 E 54TH ST APT 19C08                          TRUST  0000000                                       CAPITAL GAIN OPTION      REINVEST
NEW YORK NY  10022-5164                          TPA    0000000                                       DIVIDEND OPTION          REINVEST
                                 DEALER REGISTRATION     PLEASE PROVIDE                               CUMULATIVE DISCOUNT      0
                                                         YOUR FINANCIAL
                                                         ADVISOR INFORMATION                          STATE/COUNTRY CODE       031
                                                         CHICAGO IL  60606                            MATRIX LEVEL             00.0
                                                                                                     FRGN TAX RATE            005
LAST MAINT DATE 04/10/2013   STOP MAIL DATE 06/03/2012                                                SBCC NOTICE              NO / NO
                                                                                                     B/C NOTICE               NO
2014 CUTOFF DATES: INCOME DIV 12/31/2014  LTCG 12/31/2014  STCG 12/31/2014                            PPA                      N
PEND: 781-12/16/2011  781-09/16/2011
                                                                            BEG SHARES ISSUED:                    27,239.5550
                                                                            BEG SHARES UNISSUED:                        .0000
                                 SHAREOWNER TRANSACTION HISTORY
                                                                            BEGINNING BALANCE:                   27,239.5550
HIST                                                           COMMISSION                    CERT #    BATCH  DC  FROM/TO
CHG                                                            AMOUNT                                             FUND/ACCOUNT
TC - TS  CONFIRM DATE  TRADE DATE  TRANSACTION DESCRIPTION   SHARES    GROSS AMOUNT   PRICE   PERCENT

011 - 12   02/03/2014  INCOME REINVEST      87.2160  (+)                926.23      9999888   0                  27,326.7710
      000   01/31/2014                                                 10.6200      NO CERT            /

011 - 13   03/03/2014  INCOME REINVEST      90.4160  (+)                970.16      9999888   0                  27,417.1870
      000   02/28/2014                                                 10.7300      NO CERT            /

011 - 14   04/01/2014  INCOME REINVEST      90.5440  (+)                973.33500   9999888   0                  27,507.7310
      000   03/31/2014                                                 10.7500      NO CERT            /

011 - 15   05/01/2014  INCOME REINVEST      89.8340  (+)                970.8700    9999888   0                  27,597.5650
      000   05/30/2014                                                 10.8700      NO CERT            /

011 - 16   06/02/2014  INCOME REINVEST      90.2410  (+)                993.55      9999888   0                  27,687.8060
      000   05/30/2014                                                 11.0100      NO CERT            /

011 - 17   07/01/2014  INCOME REINVEST      90.7890  (+)                996.86      9999888   0                  27,778.5950
      000   06/30/2014                                                 10.9800      NO CERT            /

011 - 18   08/01/2014  INCOME REINVEST      91.4130  (+)              1,000.06      9999888   0                  27,870.0080
      000   07/31/2014                                                 10.9400      NO CERT            /

011 - 19   09/02/2014  INCOME REINVEST      90.7250  (+)              1,003.42      9999888   0                  27,960.7330
      000   08/29/2014                                                 11.0600      NO CERT            /

011 - 20   10/01/2014  INCOME REINVEST      91.0900  (+)              1,006.54      9999888   0                  28,051.8230
      000   09/30/2014                                                 11.0500      NO CERT            /

011 - 21   11/03/2014  INCOME REINVEST      90.5860  (+)              1,009.94      9999888   0                  28,142.8090
      000   10/31/2014                                                 11.1000      NO CERT            /

011 - 122  11/14/2014  SP TXBL DIV REIN     4.4160                       41.06      9999888   0                  28,147.1340
      000   11/13/2014      0.0017          5.3250  (+)                11.0900      NO CERT            /

011 - 23   12/01/2014  INCOME REINVEST      91.3640  (+)              1,013.23      9999888   0                  28,238.4980
      000   11/28/2014                                                 11.0900      NO CERT            /

011 - 24   12/31/2014  INCOME REINVEST      91.0880  (+)              1,016.54      9999888   0                  28,329.5860
      000   12/31/2014                                                 11.1600      NO CERT            /

                                                                                                      TOTAL SHARES:           28,329.5860
ENDING BALANCE       ISSUED:            28,329.5860    UNISSUED:       .0000
TAX REPORTING INFORMATION
```

SOURCE PROGRAM: 825740
JOB NAME/ID: DYYMUJ775/J0098991

FUND CODE/NAME: 1689/NUVEEN NEW YORK MUNI BOND I
ACCOUNT NUMBER: 1012154-2
SSN-TAX ID/TIN:

MGMT CODE/NAME: NV/NUVEEN MUTUAL FUNDS
BIN NUMBER:

SUPER SHEET DATE: 04/15/2015
CURRENT DATE: 04/15/2015
TIME: 08:07:06

FORM 1099 DIV
FORM STATUS: PRODUCED    DATE PRODUCED: 01/16/2015    TAPE STATUS: PRODUCED    DATE PRODUCED: 03/13/2015
(1A) ORDINARY INCOME 47.84    (2A) TOT CAP GAIN 0.00    (2B) SCT 1250 CAP GAIN 0.00    (2D) 28% CAP GAIN 0.00
(3) NONDIV DIST 0.00    (4) FED INC TAX WTH 0.00    (6) FOREIGN TAX PAID 0.00    (8) LQD DIST 0.00    (9) LQD DIST NONCSH 0.00
(10) EXMPT-INT DIV 11,886.38    (11) SPEC PRVT ACT BND 1,441.81    (12) STATE 0.00    (13) STATE ID NO. 0.00    (14) STATE TAX W/H 0.00

FORM 1099 INT    ****    NO ACTIVITY TO REPORT    ****

FORM 1099 B    ****    NO ACTIVITY TO REPORT    ****

DATA REPORTED REFLECTS ACCOUNT AND TAX INFORMATION AT THE TIME TRANSCRIPTS PRODUCED
1099DIV AND 5498/5498-ESA UNIQUE IDENTIFIERS ARE ALWAYS AA

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 8 of 29

Simon Goldberg Estate Transcript Depositions of David J. Mandelbaum, Executor
dated August 9, 1988, and August 16, 1988, citing to p 74 and p 159, respectively,
Wolf Popper will not produce accounting records.

Wolf Popper has 100% control over accounting documents.

COPY

1

2

3    SURROGATE'S COURT : COUNTY OF NEW YORK

4    ------------------------------------

5    PROBATE PROCEEDING,

6        WILL OF                    File No. 3169/1985

7    SIMON A. GOLDBERG, Deceased.

8    ------------------------------------

9

10

11                    Deposition of petitioner DAVID

12    MANDELBAUM taken by respondent pursuant to notice,

13    and held at the offices of G. Oliver Koppell,

14    Esq., 28 West 44th Street, New York, N. Y. 10036,

15    on Tuesday, August 9, 1988, at 10:10 a.m., before

16    Brian G. Berkowitz, a Registered Professional

17    Reporter and Notary Public within and for the

18    State of New York.

19

20

21

22

23

24

25

```
 1

 2      APPEARANCES:

 3      WOLF POPPER ROSS WOLF & JONES
        Attorneys for petitioner
 4              845 Third Avenue
                New York, N. Y.  10022
 5      BY:    JOHN C. FISHER, ESQ.

 6

 7      G. OLIVER KOPPELL, ESQ.
        Attorney for respondent
 8              28 West 44th Street
                New York, N. Y.  10036
        BY:    G. OLIVER KOPPELL, ESQ.
 9             JOHN F. DUANE, ESQ.

10

11                       *  *  *  *

12

13                       IT IS HEREBY STIPULATED AND

14      AGREED, by and between the attorneys for the

15      respective parties herein, that all rights

16      provided by the CPLR, including the right to

17      object to any question, except as to form, or to

18      move to strike any testimony at this deposition,

19      are reserved and,  in addition, the failure to

20      object to any question, or to move to strike

21      testimony at this deposition, shall not be a bar

22      or waiver to make such motion at, and is reserved

23      for, the trial of this action.

24                       IT IS FURTHER STIPULATED AND

25      AGREED that this deposition may be sworn to by the
```

1

2      witness being examined before a Notary Public

3      other than the Notary Public before whom this

4      deposition was begun, but the failure to do so, or

5      to return the original of this deposition to

6      counsel, shall not be deemed waiver of the rights

7      provided by Rule 3116, CPLR, and shall be

8      controlled thereby.

9                    IT IS FURTHER STIPULATED AND

10     AGREED that the filing of the original of this

11     deposition is waived.

12

13     D A V I D   M A N D E L B A U M ,

14     having been duly sworn by the Notary Public (Brian

15     G. Berkowitz), and stating his address as 22

16     Dartmouth Terrace, White Plains, N. Y. 10607, was

17     examined and testified as follows:

18     EXAMINATION BY MR. DUANE:

19            Q.      Good morning, Mr. Mandelbaum.  My

20     name is John Duane and I'm with the law offices of

21     G. Oliver Koppell, and we represent respondent

22     Evelyn Goldberg in the matter relating to the

23     estate of Simon A. Goldberg.

24                    I'm going to ask you a series of

25     questions today, and I would ask you to let me

1                    Mandelbaum

2        were copied to other people, I believe I do have a

3        right.

4                    MR. FISHER:  Tell it to the

5        judge.  We're not going to give you copies of

6        them.

7                    MR. DUANE:  Are you claiming a

8        privilege for any other documents?

9                    MR. FISHER:  At this point, any

10       communications we're claiming a privilege for.

11       Anything else, I believe, that Mr. Mandelbaum has

12       in his file, Mrs. Goldberg probably has in her

13       file or the court has in its file and of course

14       I'd have to go through that file.

15                   MR. DUANE:  What is the basis of

16       that belief?

17                   MR. FISHER:  Why don't you just

18       subpoena what you want, and we will answer your

19       subpoena, all right?  If you think it's pertinent,

20       ask for it.  Don't just ask for everything which

21       exists.

22                   MR. DUANE:  I think the files

23       pertaining to the estate matters for Simon A.

24       Goldberg are as pertinent as anything could

25       possibly be, and I think it's as specific as I

1                     Mandelbaum

2        Q.      Do you now feel that signing Mrs.

3   Goldberg's name was improper?

4        A.      I feel I made a mistake in depositing

5   those checks in the estate bank account.

6        Q.      Did you ever tell Mrs. Goldberg

7   that?

8        A.      I told her that when I--when she

9   confronted me with my having deposited those

10  checks in error.  I said, "I made a mistake, but I

11  can't take the money out of the account and return

12  it to you.  I just don't have the power to do it.

13  I can't write any checks on this estate

14  account."

15       Q.      What did Mrs. Goldberg say to you?

16       A.      I think she said nothing.  I think

17  she started writing letters.

18                     MR. DUANE:  Okay.  I think--

19                     MR. FISHER:  Off the record.

20                     (Discussion off the record.)

21                     MR. DUANE:  Back on the record,

22  briefly.

23                     Mr. Fisher has indicated that he

24  has an appointment in Washington, this afternoon,

25  and we will be unable to continue the deposition.

104

C E R T I F I C A T E

STATE OF NEW YORK )
                                    :ss
COUNTY OF NEW YORK)


            I, BRIAN G. BERKOWITZ, a

Registered Professional Reporter and Notary Public

within and for the State of New York, do hereby

certify:

            That DAVID MANDELBAUM, the

witness whose deposition is hereinbefore set

forth, was duly sworn by me and that the within

transcript is a true record of the testimony given

by such witness.

            I further certify that I am not

related to any of the parties to this action by

blood or marriage and  that I am in no way

interested in the outcome of this matter.

            IN WITNESS WHEREOF, I have

hereunto set my hand this    day of August, 1988.




                    BRIAN G. BERKOWITZ

1

2       August 9, 1988

3                          I N D E X

4                                                    PAGE

5       DAVID MANDELBAUM

6              Examination by Mr. Duane              3

7

8                          EXHIBITS

9

10      RESPONDENT'S                              FOR IDENT.

11      1       Original death certificate of
                Simon Goldberg.                    61
12

13      2       Page 2 of Form 1040-X.             67

14

15      3       Memo from Mr. Goldberg to
                Mr. Mandelbaum.                    72

16

17      4       Document dated July 10, 1984.      77

18      5       Copies of three checks,
                consisting of two pages.           89
19

20                          o0o

21

22

23

24

25

106

SURROGATE'S COURT
COUNTY OF NEW YORK

x-----------------------------------x

PROBATE PROCEEDING, WILL OF          :

SIMON A. GOLDBERG,                   : File No.
                                       3169/85
                    Deceased.        :

x-----------------------------------x

                    Continued deposition of

          DAVID J. MANDELBAUM, a witness, taken by

          respondent, Evelyn Goldberg, pursuant to

          order and adjournment, at the offices

          of G. Oliver Koppell, 28 West 44th Street,

          New York, New York, on Tuesday, August

          16, 1988 at 10:25 A.M., before Samuel

          Singer, a Shorthand Reporter and Notary

          Public within and for the State of New York.

Commerce Reporting Company, Inc.
One Thirty Nine East Fifty Seven St.
New York, New York, 10022
CERTIFIED SHORTHAND REPORTERS (212) 750-9696 A COMPLETE REPORTING SERVICE SINCE 1935
1-800-356-4589 Outside N.Y.S.

1    APPEARANCES:                            107

2

3                G. OLIVER KOPPELL, ESQ.
Attorney for respondent Evelyn Goldberg

4                     28 West 44th Street
New York, New York

5                BY:    JOHN F. DUANE, ESQ.

6

7                WOLF POPPER ROSS WOLF & JONES
Attorneys for the witness

8                     845 Third Avenue
New York, New York 10022

9                BY:    JOHN C. FISHER, ESQ.

10

11                       o0o

12

13    D A V I D   J.   M A N D E L B A U M,      was

14        recalled, and testified further as follows:

15    CONTINUED EXAMINATION

16    BY MR. DUANE:

17        Q    Good morning, Mr. Mandelbaum.

18        A    Good morning.

19        Q    As I indicated last time you were here,

20    if you do not understand a question that I ask, please

21    let me know and I will try to rephrase it in a way that

22    you will find understandable.

23        Mr. Mandelbaum, do you know who pays taxes

24    on income generated by a joint account?

25        A    Yes, I do.

Mandelbaum                      159

charges either for professional services or disbursements

incurred by the estate of Simon A. Goldberg, and to

produce those at your earliest convenience.

MR. FISHER:    That is so far

out of context of a will contest, that we will

not voluntarily produce them.

They will be produced in connection

with any accounting proceeding in the future,

either as executor or as preliminary executor.

They are totally irrelevant at this point.

MR. DUANE:    As we discussed

on the record last time, when Mr. Fisher sees

fit to produce documents  we will review what

we have been given and if we need make motion

after that to obtain further documents, we will

do so.

But prior to making any motions,

I would like an opportunity to review the

documents that will be produced.

BY MR. DUANE:

Q    Mr. Mandelbaum, as a general rule,

what happens to pension money when an individual

dies?

MR. FISHER:    That's so broad

224

<u>INDEX</u>

<u>WITNESS</u>

| <u>NAME</u> | <u>EXAMINATION BY</u> | <u>PAGE</u> |
|---|---|---|
| DAVID MANDELBAUM | Mr. Duane | 107 |

<u>EXHIBITS</u>

| <u>RESPONDENT'S</u> | | <u>FOR IDEN.</u> |
|---|---|---|
| 6 | Two letters | 132 |
| 7 | Document dated Nov. 16, 1972 | 133 |
| 8 | Document dated Oct. 15, 1985 | 148 |
| 9 | Form 706 | 193 |
| 10 | Letter dated Dec. 9, 1985 | 205 |
| 11 | Letter dated August 18, 1987 | 208 |
| 12 | Letter dated Dec. 12, 1935 | 213 |

225

STATE OF NEW YORK    )
                     ) SS.
COUNTY OF NEW YORK   )

I, SAMUEL SINGER,

a Shorthand Reporter and Notary Public within

and for the State of New York, do hereby certify:

That DAVID J. MANDELBAUM,

the witness whose deposition is hereinbefore

set forth, was duly sworn by me and that the

within transcript is a true record of the

testimony given by such witness.

I further certify that I am not

related to any of the parties to this action

by blood or marriage, and that I am in no way

interested in the outcome of this matter.

IN WITNESS WHEREOF, I have hereunto

set my hand this 22nd day of August 1988.

_____
SAMUEL SINGER

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 9 of 29

Simon A. Goldberg Death Certificates amended September 7, 1988 and October 19, 1988 for USA Citizenship and Simon A. Goldberg (Middle Initial), respectively.

Note Evelyn does not know about the amendments and the corrections reflect Wolf Popper's collection assets in Canada that require Simon's Middle initial and correct citizenship status.

Wolf Popper bills for Death Certificates in 1995 when the "Canadian" citizenship amended death certificate was in 1988 and filed with Canada in April 13 1993.

June 1, 1985



Note: 1985 Cert has 10/19/88 Information
This is 09/07/88 Post Amended Cert w/
UN Information added from 10/19/88

Should be according to
affidavits & Commissioners



Note: Evelyn Maiden Name not known
Evelyn Could Not have been informant

September 7, 1988



Note: Statistician and United Nations
written in after – words slant- orig n slant

Should be according to
affidavits & Commissioners



Note: USA Crossed Out and Canada
written in – old information always
kept on the death certificate; Sept 7 Cert
Cannot be located, but is on microfiche
requested to be examined at Van Wye's office

October 19, 1988



Should be according to
affidavits & Commissioners



Note: 13 a & b have no cross outs
This is September 7, 1988 Death
Certificate amended  showing the
blank fields in the 10/11/88 affidavit

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 10 of 29

Bernard Madoff Deposition dated April 26, 2017, Judge Bernstein Light Switch 1992 trading moment for "703 accounting" fraud, Treasuries Purchased, P18-20, and Canadian Accounts P75

Page 1

CONFIDENTIAL

1         UNITED STATES BANKRUPTCY COURT

          SOUTHERN DISTRICT OF NEW YORK

2

3

  In re:                         )

4                       )

  SECURITIES INVESTOR            )

5  PROTECTION CORPORATION,        )

                     )

6      Plaintiff-Applicant,     )

                     )

7  vs.                            )   08-01789 (SMB)

                     )

8  BERNARD L. MADOFF              )

  INVESTMENT SECURITIES, LLC,    )

9                     )

      Defendant.               )

10                    )

                     )

11  In re:                        )

                     )

12  BERNARD L. MADOFF,            )

                     )

13      Debtor.                  )

                     )

14

15

16       Videotaped Deposition of BERNARD L.

17  MADOFF, VOLUME I, taken on behalf of the Customers,

18  before K. Denise Neal, Registered Professional

19  Reporter and Notary Public, at the Federal

20  Correctional Institution, 3000 Old Highway 75,

21  Butner, North Carolina, on the 26th day of April,

22  2017, commencing at 9:07 a.m.

23

24               * * * * *

25

Page 2

1    APPEARANCES OF COUNSEL:

2        On Behalf of the Customers:

3                HELEN DAVIS CHAITMAN, Esq.

4                Chaitman, LLP

5                465 Park Avenue

6                New York, New York  10022

7                (908) 303-4568

8                hchaitman@chaitmanllp.com

9

10        On Behalf of the Trustee:

11                DAVID J. SHEEHAN, Esq.

12                AMANDA E. FEIN, Esq.

13                Baker Hostetler

14                45 Rockefeller Plaza

15                New York, New York  10111-0100

16                (212) 589-4621

17                afein@bakerlaw.com

18

19        On Behalf of the Deponent:

20                PETER A. GOLDMAN, Esq.

21                12 Fairlawn Parkway

22                Rye Brook, New York  10573

23                (914) 935-6857

24                pagoldman@gmail.com

25

Page 3

1    APPEARANCES OF COUNSEL:

2        Videographer:

3            Ken Morrison, CLVS

4

5                    * * * * *

6

7                    CONTENTS

8    THE WITNESS:  BERNARD L. MADOFF          EXAMINATION

9            BY MS. CHAITMAN                        6

10           BY MR. SHEEHAN                        132

11

12                   * * * * *

13

14                INDEX OF EXHIBITS

15   FOR THE CUSTOMERS:                          PAGE

16   Exhibit Number 15, Copies of Bloomberg        38

17      trade tickets

18   Exhibit Number 16, JPMorgan Chase             52

19      statement - 2-2001

20   Exhibit Number 17, 703 account statement      58

21      - 6-2001

22   Exhibit Number 18, JPMorgan Chase             60

23      statement - 10-2002

24   Exhibit Number 19, JPMorgan Chase             61

25      statement - 12-2003

CONFIDENTIAL

Page 4

1           INDEX OF EXHIBITS (Continued)

2     FOR THE CUSTOMERS:                            PAGE

3     Exhibit Number 20, JPMorgan Chase            61
4        statement - 12-2004
5     Exhibit Number 21, JPMorgan Chase            62
6        statement
7     Exhibit Number 22, Bear Stearns statement    64
8        - 8-1-05
9     Exhibit Number 23, Documents - composite     67
10    Exhibit Number 24, Morgan Stanley statement  70
11    Exhibit Number 25, JPMorgan Chase position   72
12       summary
13    Exhibit Number 26, Fidelity statement -      73
14       1-31-99
15    Exhibit Number 27, Clothmasters statement    74
16       - 8-31-91
17    Exhibit Number 28, Account Canada document   75
18    Exhibit Number 29, Appendix to Dubinsky      92
19       report
20    Exhibit Number 30, Copies of correspondence  94
21    Exhibit Number 31, Bill Feingold expert      109
22       report

23

24                    * * * * *

25

Page 5

1           THE VIDEOGRAPHER:  My name is Ken Morrison

2     representing Veritext Legal Solutions.  The date

3     today is April 26th, 2017 and the time is 9:07 a.m.

4     This is the deposition being held at Butner Federal

5     Correctional Facility located at 3000 Old 75

6     Highway, Butner, North Carolina 27509 and is taken

7     by counsel for the Plaintiffs in the case of

8     Securities Investor Protection Corporation,

9     Plaintiff-Applicant, versus Bernard L. Madoff

10    Investment Securities, LLC, Defendant.

11           This case is being held in the United

12    States Bankruptcy Court, Southern District of New

13    York, Case Number Adversary Proceeding 08-01789

14    (SMB).  The name of the witness is Bernard L.

15    Madoff.  At this time would the attorneys present in

16    the room identify themselves and the parties you

17    represent and then our court reporter, Denise Neal,

18    representing Veritext Legal Solutions, will swear in

19    the witness and we can proceed.

20           MS. CHAITMAN:  Helen Davis Chaitman on

21    behalf of a great number of claw-back Defendants.

22    And, in fact, I'm taking the deposition.  It's not

23    the Trustee who's taking it.

24           MR. SHEEHAN:  Right.

25           MR. GOLDMAN:  Peter A. Goldman.  I

Page 6

1    represent Bernard Madoff.

2            MR. SHEEHAN:  David J. Sheehan with Baker

3    Hostetler, counsel to the Trustee.

4            MS. FEIN:  Amanda Fein, Baker Hostetler,

5    for the Trustee.

6            (The witness was duly sworn by the court

7    reporter.)

8            MR. GOLDMAN:  Keep your voice up.

9                BERNARD L. MADOFF,

10   having been first duly sworn, was examined and

11   testified as follows:

12                        EXAMINATION

13   BY MS. CHAITMAN:

14       Q.  Good morning, Mr. Madoff.

15       A.  Good morning.

16       Q.  Irving Picard has argued to Judge Bernstein

17   that you're not a credible witness and I want to ask

18   you a few questions about that.  At the time you

19   confessed on December 11th, 2008 had you been

20   indicted?

21       A.  No.

22       Q.  At the time you confessed was there a

23   criminal investigation against you?

24       A.  No.

25       Q.  At the time you confessed was there an SEC

Page 18

1    this strategy?

2         A.   Correct.

3         Q.   And what happened at the end of '93 or

4    early '94 that you could no longer do that?

5         A.   The markets had gone into a -- into a slump

6    because of a number of things, you know, starting

7    with the Mideast Crisis at that time.  So there was

8    a lack of liquidity.  This particular strategy that

9    we used, the split strike strategy, requires certain

10   market conditions to be able to execute it properly.

11   And we didn't have those conditions.

12           So because I had committed when I took in

13   the money from the clients, primarily they were

14   hedge funds, I had made a commitment to keep the

15   money working constantly.  Because I couldn't do

16   that, I started to short the securities, which was

17   as I said, not a violation at the time I was

18   shorting the stock.  It only became a violation when

19   I filed my financial reports.

20           I thought that would just be a temporary

21   situation for the market to, you know, recover and

22   improve and then I would have started doing the

23   strategy.  In the interim the money that the

24   customers came in, I basically kept it located in

25   Treasury bills.

```
                                              Page 19

 1          Q.   Okay.  So you took the money --

 2          A.   Which is part of the strategy as well.

 3          Q.   Right.  So you basically took the money

 4     that went into the 703 account?

 5          A.   Correct.

 6          Q.   Which was the investment advisory

 7     customers' money?

 8          A.   Correct.

 9          Q.   And you purchased Treasury bills with that?

10          A.   Correct.

11          Q.   And in the early '90s the Treasury bills

12     were bearing an interest rate of about six percent;

13     isn't that true?

14          A.   No.  They probably were -- you know, they

15     were short-term T bills, so they were probably, you

16     know, closer to three to four percent.

17          Q.   Okay.  And that three to four percent was

18     money that was earned by the customers --

19          A.   Correct.

20          Q.   -- whose money you were using?

21          A.   Correct.

22          Q.   And, in fact, the statements reflected the

23     ownership of those Treasury securities?

24          A.   Correct.  And they -- well, they also, you

25     know, reflected the ownership of the securities that
```

Page 20

1    I wasn't buying.

2         Q.  Right.  Now, in late 1993 or early 1994 was

3    your business, you were operating at that point as a

4    sole proprietorship; is that right?

5         A.  Yes.

6         Q.  Was your business insolvent?

7         A.  No.

8         Q.  At what point in time did you become

9    insolvent?  And when I say you, I mean your sole

10   proprietorship or the limited liability company.

11        A.  I would say probably in the early 2000s,

12   maybe somewhere between let's say '98 and 2002.

13        Q.  Okay.  And what --

14             MR. SHEEHAN:  Can I just -- before you get

15   an answer, two things.  One is I don't know what

16   insolvency means.

17             MS. CHAITMAN:  Oh, okay.

18             MR. SHEEHAN:  I'm going to ask to define

19   that.

20             MS. CHAITMAN:  Okay.

21             MR. SHEEHAN:  And I'm not going to

22   interrupt you again because I'm just going to have a

23   continuing objection to leading questions, which is

24   you're testifying more than he is, but I don't care

25   about that.  Just objecting.  All right.

Page 21

1          Q.   (By Ms. Chaitman)   Okay, okay.   When you

2     say that your business became insolvent at some

3     point between '98 and what did you say?   2000 --

4          A.   2002.

5          Q.   Okay.   What are the events that you're

6     thinking about that --

7          A.   Well, because I was also returning -- there

8     were client -- part of the strategy was to return

9     profits that were earned to clients.   So in order to

10    do that, I was returning money from the 703 account

11    to clients and, therefore, I wasn't able to buy

12    either the securities or the treasuries.   So there

13    was a deficit.

14             So because that wasn't reflecting the

15    liabilities and I didn't have assets to back them up

16    at some point, I would say that would be -- the firm

17    would be insolvent.

18         Q.   Okay.   So would it be fair to say that the

19    insolvency arose from the differential between what

20    the investment advisory customers' money was earning

21    in Treasury bills versus the return you were paying

22    them?

23         A.   Correct.

24         Q.   Did your formation of the limited liability

25    company in -- it became effective January 2001, did

Page 75

1              (Customers Exhibit Number 28 was marked

2      for identification.)

3              Q.   (By Ms. Chaitman)   I'm marking as

4      Exhibit 28 a document which is called Account

5      Canada.   Can you tell me what this is?

6              A.   Looks like it says Canadian dollars, so

7      this must have been part of our proprietary trading,

8      I think.   I doubt whether this is -- I doubt whether

9      this is a customer.

10              Q.   So this is a record of investments that the

11      firm made in Canadian dollars?

12              A.   Right.

13              Q.   Is this a report that was regularly

14      prepared by your firm?

15              A.   I don't know what this is.   I mean, you

16      know, I'm not familiar with this, so, you know --

17              Q.   Okay.   I don't want you to guess if --

18              A.   No.   I don't know.

19              MS. CHAITMAN:   Okay.

20              MR. GOLDMAN:   Do you need to eat?

21              THE WITNESS:   Yeah.   Whenever you're --

22              MR. GOLDMAN:   They have your food outside.

23              THE WITNESS:   Huh?

24              MR. GOLDMAN:   I checked.   They have your

25      food outside.

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 11 of 29

Wolf Popper's filed Informal Interim Accounting May 24,1985-December 31, 1992 on behalf of Simon's Estate on February 13, 1993 evidencing Canadian and US Treasuries.

Schedule A-1, Increases from Sale or Distribution of Assets,

Schedule A-2 Income Collected with amounts collected which are being included herein, as income for which a complete explanation cannot be found.

Schedule A-2 PLEASE NOTE THE INCOME RECEIVED AND COLLECTED BY WOLF POPPR ROSS WOLF & JONES HAS NO EXPLANATION AND IS THE SUBJECT OF THE BLMIS WOLF POPPER CLIENT INQUIRY WITH TRUSTEE PICARD AND CHIEF COUNSEL DAVID SHEEHAN.

ESTATE OF SIMON A. GOLDBERG
INTERIM ACCOUNTING
FOR THE PERIOD
MAY 24, 1985 TO DECEMBER 31, 1992

## Schedule A
## Principal Received

| Description | Value |
| --- | --- |
| $7,282 Consumer Gas 10.45% Due 4/15/99 | 6,772.26 * |
| Interest accrued from 1/15/85 to 5/24/85 | 268.95 * |
| $82,286.60 Noranda Inc. 10% due 6/20/85 | 82,286.60 * |
| Interest accrued from 12/20/84 to 5/24/85 | 3,494.36 * |
| $3,461 Nova Scotia Bank 10% due 4/01/01 | 4,259.97 * |
| Interest accrued from 4/1/85 to 5/24/85 | 53.87 * |
| $19,661.40 Ontario Hydro 13.25% due 10/21/85 | 19,858.01 * |
| Interest accrued from 4/21/85 to 5/24/85 | 235.53 * |
| $14,564 Ontario Hydro 10.25% due 4/4/09 | 13,471.70 * |
| Interest accrued from 4/4/85 to 5/24/85 | 208.58 * |
| $10,000 Australia, 9.125% due 6/1/96 | 8,800.00 |
| Interest accrued from 12/1/84 to 5/24/85 | 432.50 |
| $20,000 Canadian Railway 14.75% due 9/1/12 | 24,487.80 |
| $10,000 Canadian Railway 14.75% due 9/1/12 | 12,243.90 |
| Interest accrued from 3/1/85 to 5/24/85 | 1,030.48 |
| $10,000 Electricitie De France 8.5% due 6/1/87 | 9,375.00 |
| Interest accrued from 12/1/84 to 5/24/85 | 407.53 |
| $10,000 European Investment Bank, 9% due 5/15/97 | 8,500.00 |
| Interest accrued from 5/15/85 to 5/24/85 | 22.19 |
| $10,000 Ontario Province, 8.4% due 1/15/07 | 7,836.00 |
| Interest accrued from 1/15/85 to 5/24/85 | 296.88 |
| $25,000 Ontario Province, 17% due 11/5/11 | 35,182.00 |
| Interest accrued from 5/5/85 to 5/24/85 | 221.23 |
| $10,000 Kingdom of Sweden, 9.25% due 6/1/98 | 8,300.00 |
| Interest accrued from 12/1/84 to 5/24/85 | 443.49 |
| $25,000 Puerto Rico Hsg. Fin., 7.25% due 7/1/20 | 25,000.00 |
| Interest accrued from 1/1/85 to 5/24/85 | 715.07 |
| $25,000 Franklin County, 9% due 12/15/87 | 25,000.00 |
| Interest accrued from 12/15/84 to 5/24/85 | 986.30 |
| $10,923 Bell Canada, 11% due 10/15/04 | 10,868.39 * |
| Interest accrued from 4/15/85 to 5/24/85 | 128.38 * |
| $10,923 Canadian Utilities, 10.4% due 7/15/99 | 10,540.70 * |
| Interest accrued from 1/15/85 to 5/24/85 | 401.49 * |
| $7,282 Government of Canada, 10.25% due 2/01/04 | 7,063.54 * |
| Interest accrued from 2/1/85 to 5/24/85 | 231.08 * |
| $10,923 Government of Canada, 10% due 5/1/02 | 10,267.62 * |
| Interest accrued from 5/1/85 to 5/24/85 | 71.82 * |
| 3 Units, Mun Inv Trust, Series 5, N.Y. | 3,084.96 |
| 25 Units, Mun Inv Trust, Series 53, N.Y. | 23,690.25 |
| 50 Units, Mun Inv Trust, 1st Municipal Bond Ins. Assoc. | 46,656.50 |
| 30 Units, Insured Mun Income Trust, Series 26, N.Y. | 30,000.00 |
| 25 Units, Mun Inv Trust, Series 9, N.Y. | 25,000.00 |
| Nuveen Series 58, N.Y. | 54,000.00 |
| 100 Shs. Imperial Oil Ltd. common | 3,854.89 |
| 5.78 Shs. Imperial Oil Ltd. common | 222.81 |
| 100 Shs. Nova An Alta, Class A non-voting | 419.00 |
| 150 Shs. Gulf Canada Ltd., common | 2,129.99 |
| 150 Shs. Canadian Pacific Enterprises, common | 3,194.99 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 2

```
Schedule A
Principal Received - continued
-----------------------------
Description                                              Value
-----------                                              ------
Chemical Bank, 015319113 - NOW Account                   5,567.00
Chemical Bank, 015287548 - Money Market Account         69,726.00
Apple Bank for Savings, 5010142155                       2,799.69
Bank of Nova Scotia, 1301925                             5,424.35 *
Royal Trust Co., 756743                                  1,725.08 *
Royal Trust Co., 666254                                  6,378.21 *
$21,117.80 Certificate RP 2791, 9% due 6/8/85           21,117.80
 Interest accrued through 5/24/85                           221.30
$6,917.60 Certificate RP 1446, 5.50% due 5/6/85          6,917.90
 Interest accrued through 5/24/85                            25.37
Wood Gundy Inc., a/c 383683                                317.83 *
Aetna Insurance Co. - Claim reimbursement                  403.20
Government of Canada - May Pension                          360.52
International Bank - fee                                    719.00
U.S.D.A. - fees                                          2,063.75

                                                      -------------
Total - Schedule A                                     $655,783.61
                                                      =============
```

* Denotes Conversion from Canadian $ to U.S. $          PAGE 3

Schedule A-1
Increases from Sale or Distribution of Assets

| Date | Asset | Sales Price | Basis | Gain |
|------|-------|-------|-------|------|
| 05/24/85 | $82,286.60 Noranda Inc. 10% due 6/20/85 | | | |
| 06/20/85 | Sold- Noranda, Inc. | $82,648.20 | $82,286.60 | $361.60 * |
| | | | | |
| 06/20/85 | Bought- Noranda, Inc., 9.5%, due 8/22/85 | | | |
| 08/22/85 | Sold- Noranda, Inc. | 84,732.00 | 84,111.00 | 621.00 * |
| | | | | |
| 05/24/85 | $10,000 Electricitie De France 8.5% due 6/1/87 | | | |
| 08/06/86 | Sold- 10K Elect De France | 10,000.00 | 9,375.00 | 625.00 |
| | | | | |
| 05/24/85 | 150 Shs. Gulf Canada Ltd., common | | | |
| 06/29/87 | Sold- 150 Shares Gulf Canada Corp | 3,256.93 | 2,129.99 | 1,126.94 * |
| | | | | |
| 05/24/85 | 100 Shs. Imperial Oil Ltd. common | | | |
| 12/11/87 | Sold- 100 Shares Imperial Oil | 4,124.06 | 3,854.89 | 269.17 * |
| | | | | |
| 10/18/85 | Bought- 20K Gov't CDA, 9.75%, due 12/15/88 | | | |
| 09/30/87 | Sold- 20000 Shs Gov't CDA, due 12/15/88 | 14,993.11 | 14,599.41 | 393.70 * |
| | | | | |
| 10/18/85 | Bought- 14K Gov't CDA, 9.75%, due 12/15/88 | | | |
| 10/05/87 | Sold- 14000 Gov't CDA, 9.75%, due 12/15/88 | 10,477.97 | 10,219.59 | 258.38 * |
| | | | | |
| 10/18/85 | Bought- 10K Gov't CDA, 9.75%, due 12/15/88 | | | |
| 10/14/87 | Sold- 10000 Gov't CDA,9.75%, due 12/15/88 | 7,484.26 | 7,299.70 | 184.56 * |
| | | | | |
| 10/18/85 | Bought- 101K Gov't CDA, 9.75%, due 12/15/88 | | | |
| 12/15/88 | Sold- 101000 Gov't CDA, 9.75% | 84,446.10 | 73,727.03 | 10,719.07 * |
| | | | | |
| 12/21/88 | Bought- 83000 Shares Federal Business | | | |
| 01/26/89 | Sold- 830000 Shares Federal Business | 69,661.90 | 68,699.56 | 962.34 * |
| | | | | |
| 06/28/88 | Bought- 8000 Royal Bank, 10.4%, due 2/15/89 | | | |
| 02/15/89 | Sold- 8000 Royal Bank, 10.4% | 6,728.00 | 6,636.91 | 91.09 * |

* Denotes Conversion from Canadian $ to U.S. $                    PAGE 4

Schedule A-1 -
Increases from Sale or Distribution of Assets - continued
------------------------------------------------------------

| Date | Asset | Sales Price | Basis | Gain |
|------|-------|-------|-------|------|
| 01/27/89 | Bought- 60000 Shares Export Devel. | | | |
| 03/02/89 | Sold- 60000 Export Devel. | | | |
| | | 50,196.00 | 49,877.08 | 318.92 * |
| 05/26/89 | Bought- 15000 Canadian T-Bill, due 8/18/89 | | | |
| 08/17/89 | Matured- 15000 Canadian T-Bill, due 8/18/89 | | | |
| | | 12,433.00 | 12,251.79 | 181.20 * |
| 03/03/89 | Bought- 64000 Canadian T-Bill, due 9/1/89 | | | |
| 09/01/89 | Matured- 64000 Canadian T-Bill, due 9/1/89 | | | |
| | | 51,116.90 | 50,578.83 | 538.07 * |
| 08/24/89 | Bought- 400 Rights- Nova Corp | | | |
| 09/19/89 | Sold- 400 Rts Nova Corp | | | |
| | | 4.86 | 0.00 | 4.86 * |
| 08/18/89 | Bought- 21000 Canadian T-Bill, due 11/17/89 | | | |
| 11/16/89 | Matured- 21000 Canadain T-Bill, due 11/17/89 | | | |
| | | 17,456.75 | 17,371.00 | 85.75 * |
| 09/01/89 | Bought- 66000 Canadian T-Bill, due 12/1/89 | | | |
| 12/01/89 | Matured- 66000 Canadian T-Bill, due 12/1/89 | | | |
| | | 55,228.38 | 54,221.54 | 1,006.83 * |
| 03/02/90 | Bought- 100000 Canadian T-Bill, due 6/4/90 | | | |
| 04/05/90 | Matured- 100000 Canadian T-Bill, due 4/6/90 | | | |
| | | 84,942.23 | 83,795.43 | 1,146.80 * |
| 02/11/88 | Bought- 3000 Nova An Alta,9.75%, due 6/15/90 | | | |
| 05/05/88 | Bought- 2000 Nova An Alta,9.75%,due 6/15/90 | | | |
| 06/13/90 | Sold- 5000 Nova An Alta | | | |
| | | 4,263.50 | 4,008.78 | 254.72 * |
| 05/11/90 | Bought- 108000 CDN Wheat @ 98.787 | | | |
| 06/14/90 | Sold- 108000 CDN Wheat | | | |
| | | 92,091.60 | 90,835.83 | 1,255.77 * |
| 11/16/87 | Bought- 5000 Lloyds Bk Mtge,11%, due 6/21/90 | | | |
| 06/18/90 | Sold- 5000 Lloyd Bk Mtge. | | | |
| | | 4,263.50 | 3,871.94 | 391.56 * |
| 02/06/90 | Bought- 25000 Canadian T-Bill, due 8/3/90 | | | |
| 08/03/90 | Matured- 25000 Canadian T-Bill, due 8/3/90 | | | |
| | | 20,651.61 | 19,753.51 | 898.10 * |
| 06/22/90 | Bought- 124000 Canadian T-Bill, due 8/24/90 | | | |
| 08/24/90 | Matured- 124000 Canadian T-Bill, due 8/24/90 | | | |
| | | 105,964.22 | 103,405.46 | 2,558.76 * |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 5

Schedule A-1 -
Increases from Sale or Distribution of Assets - continued
----------------------------------------------------------------

| Date | Asset | Sales Price | Basis | Gain | |
| ---- | ----- | ----- | ----- | ----- | |
| 11/02/90 | Bought- 160000 CDN Wheat @ 98.891 | | | | |
| 11/02/90 | Sold- 160000 CDN Wheat | | | | |
| | | 136,042.37 | 136,042.37 | 0.00 | * |
| 09/28/90 | Bought- 156000 CDN Wheat @ 98.876 | | | | |
| 11/02/90 | Sold- 156000 CDN Wheat | | | | |
| | | 134,128.80 | 131,634.01 | 2,494.79 | * |
| 11/02/90 | Bought- 160000 CDN Wheat BD STN @98.886 | | | | |
| 12/07/90 | Sold- 160000 CDN Wheat | | | | |
| | | 137,936.00 | 136,035.49 | 1,900.51 | * |
| 01/12/88 | Bought- 5000 BC Prov., 9.75%, due 12/10/90 | | | | |
| 12/10/90 | Sold- 5000 BC Province, 9.75% | | | | |
| | | 4,310.50 | 3,924.04 | 386.46 | * |
| 09/30/87 | Bought- 5000 Gov't CDA, 10.25%, due 12/15/90 | | | | |
| 12/17/90 | Sold- 5000 Gov't CDA, 10.25% | | | | |
| | | 4,310.50 | 3,763.49 | 547.01 | * |
| 06/22/87 | Bought- Northern & Cent Gas- 2000 Shares | | | | |
| 01/15/91 | Sold- 2000 ICG Utils, 9.625% | | | | |
| | | 1,730.20 | 1,549.29 | 180.91 | * |
| 12/18/90 | Bought- 173000 Canadian T-Bill, due 1/18/91 | | | | |
| 01/18/91 | Matured- 173000 Canadian T-Bill, due 1/18/91 | | | | |
| | | 148,339.29 | 147,824.87 | 514.41 | * |
| 02/02/91 | Bought- 350 Bank of Nova Scotia | | | | |
| 02/08/91 | Sold- 350 Bank of Nova Scotia | | | | |
| | | 4,169.93 | 4,169.93 | 0.00 | * |
| 01/18/91 | Bought- 178000 Export Devel @ 99.045 | | | | |
| 02/22/91 | Sold- 178000 Export Devel. | | | | |
| | | 154,165.80 | 152,517.22 | 1,648.58 | * |
| 01/26/89 | Bought- 25000 Ontario Hydro,10.5%,due 3/4/91 | | | | |
| 03/04/91 | Sold- 25000 Ontario Hydro, 10.5% | | | | |
| | | 21,610.00 | 21,068.53 | 541.47 | * |
| 02/22/91 | Bought- 180000 Export Devel @ 99.201 | | | | |
| 03/28/91 | Sold- 180000 Export Devel. | | | | |
| | | 155,592.00 | 154,652.37 | 939.63 | * |
| 03/28/91 | Bought- 160000 Canadian T-Bill, due 5/3/91 | | | | |
| 05/03/91 | Matured- 160000 Canadian T-Bill, due 5/3/91 | | | | |
| | | 137,990.64 | 137,133.95 | 856.69 | * |

```
Schedule A-1  -
Increases from Sale or Distribution of Assets - continued
-----------------------------------------------------------
                               Sales
                               Price      Basis       Gain
Date      Asset                ------     ------      ------
----      ------               ------     ------      ------
 05/24/85 $10,000 Kingdom of Sweden, 9.25% due 6/1/98
                                         8,300.00
 06/01/87 Sold- 4000 Units- Kingdom Sweden
                               4,000.00
 06/01/88 Sold- 1000 Units- Kingdom Sweden
                               1,000.00
 06/09/88 Sold- 2000 Units- Kingdom Sweden
                               2,000.00
 06/01/90 Sold- 2000 Units- Kingdom Sweden
                               2,000.00
 06/03/91 Sold- 1000 Units- Kingdom Sweden
                               1,000.00                 1,700.00

 05/03/91 Bought- 100000 Export Devel.
 06/07/91 Sold- 100000 Export Devel.
                               87,440.00  86,301.56    1,138.44 *

 11/25/88 Bought- 4000 Int'l Nickel,8.625%, due 6/30/91
 07/02/91 Sold- 4000 Int'l Nickel, 8.625%
                               3,480.80   3,170.60       310.20 *

 07/19/91 Bought- 120000 Canadian T-Bill, due 10/18/91
 10/18/91 Matured- 120000 Canadian T-Bill, due 10/18/91
                               104,310.97 102,381.47   1,929.51 *

 05/24/85 $10,000 Australia, 9.125% due 6/1/96
                                         8,800.00
 06/01/87 Sold- 1000 Units- Australia
                               1,000.00
 06/03/91 Sold- 2000 Units- Australia- due 6-1-96
                               2,000.00
 11/15/91 Redeemed- 7000 Australia Commonwealth
                               7,063.00                 1,263.00

 05/24/85 $10,000 European Investment Bank, 9% due 5/15/97
 11/15/91 Redeemed- 10000 European Invest. Bank
                               10,150.00  8,500.00      1,650.00

 07/24/91 Bought- 200K Treasury Bill, due 1/16/92
 01/16/92 Matured- 200K Treas. Bill, due 1/16/92
                               194,479.50 194,479.50        0.00

 08/08/91 Bought- 110K Treasury Bill, due 2/6/92
 02/06/92 Matured- 110K Treas. Bill, due 2/6/92
                               107,024.81 107,024.81        0.00
```

* Denotes Conversion from Canadian $ to U.S. $        PAGE 7

Schedule A-1  -
Increases from Sale or Distribution of Assets - continued
------------------------------------------------------------

| Date | Asset | Sales Price | Basis | Gain |
|------|-------|-------|-------|------|
| 06/24/87 | Bought- Simpsons Accept- 5000 shares | | | |
| 03/30/92 | Sold- 5000 Simpsons Accept., 8.375% | | | |
| | | 4,192.50 | 3,487.74 | 704.76 * |
| 01/17/92 | Bought- 200K Treasury Bill, due 7/16/92 | | | |
| 07/16/92 | Matured- 200K Treas. Bill, due 7/16/92 | | | |
| | | 196,380.00 | 196,380.00 | 0.00 |
| 02/07/92 | Bought- 110K Treasury Bill, due 8/6/92 | | | |
| 08/06/92 | Matured- 110K Treas. Bill, due 8/6/92 | | | |
| | | 108,036.65 | 108,036.65 | 0.00 |
| 10/05/87 | Bought- 10000 BC Muni, 11.25%, due 11/15/92 | | | |
| 11/16/92 | Sold- 10000 BC Muni Fin, 11.25% | | | |
| | | 7,886.00 | 7,637.00 | 249.00 * |
| 09/30/87 | Bought-15000 Ontario Hy.,10.75%,due 12/15/92 | | | |
| 12/15/92 | Sold- 15000 Ontario Hydro, 10.75% | | | |
| | | 11,808.00 | 11,347.48 | 460.52 * |

```
                                                    --------------
Total - Schedule A-1                                  $43,670.09
                                                    ==============
```

Schedule A-2
Income Collected

| Date of Receipt | Description | Amount |
|---|---|---|
| 05/31/85 | Interest- 50 Units Muni- 1st Muni Bond | $342.00 |
| 05/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.40 |
| 05/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 189.25 |
| 06/03/85 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
| | $10,000 Kingdom of Sweden, 9.25% due 6/1/98 | |
| | Interest accrued from 12/1/84 to 5/24/85 | (443.49) |
| 06/03/85 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
| | $10,000 Australia, 9.125% due 6/1/96 | |
| | Interest accrued from 12/1/84 to 5/24/85 | (432.50) |
| 06/03/85 | Interest-10K Elect De France,8.5%,due 6/1/87 | 425.00 |
| | $10,000 Electricitie De France 8.5% due 6/1/87 | |
| | Interest accrued from 12/1/84 to 5/24/85 | (407.53) |
| 06/20/85 | Interest Income- Noranda, Inc. | 1,426.53 * |
| 07/01/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 189.25 |
| 07/01/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.40 |
| 07/01/85 | Interest- 50 Units Muni- 1st Muni Bond | 339.50 |
| 07/05/85 | Interest- Manufacturers Hanover Trust | 5.35 |
| 07/08/85 | Interest Income- NY Ins Mun Inc Tr- Series 26 | 869.00 |
| 07/15/85 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| | $10,000 Ontario Province, 8.4% due 1/15/07 | |
| | Interest accrued from 1/15/85 to 5/24/85 | (296.88) |
| 07/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 189.25 |
| 07/31/85 | Interest- 50 Units Muni- 1st Muni Bond | 337.50 |
| 07/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.40 |
| 08/06/85 | Interest- Manufacturers Hanover Trust | 44.71 |
| 08/14/85 | Interest Income- NY Ins Mun Inc Tr- Series 26 | 869.00 |
| 08/22/85 | Interest Income- Noranda, Inc. | 1,389.37 * |
| 09/03/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 09/03/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.25 |
| 09/03/85 | Interest- 50 Units Muni- 1st Muni Bond | 336.50 |
| 09/03/85 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
| | $20,000 Canadian Railway 14.75% due 9/1/12 | |
| | Interest accrued from 3/1/85 to 5/24/85 | (1,030.48) |
| 09/06/85 | Interest- Manufacturers Hanover Trust | 63.42 |
| 09/23/85 | Interest Income- NY Ins Mun Inc Tr- Series 26 | 859.00 |
| 09/26/85 | Interest Income- Noranda, Inc. | 741.00 * |
| 09/30/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.25 |
| 09/30/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 09/30/85 | Interest- 50 Units Muni- 1st Muni Bond | 335.50 |
| 10/04/85 | Interest- Manufacturers Hanover Trust | 59.72 |
| 10/31/85 | Interest- 50 Units Muni- 1st Muni Bond | 335.00 |
| 10/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 10/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.25 |
| 11/05/85 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
| | $25,000 Ontario Province, 17% due 11/5/11 | |
| | Interest accrued from 5/5/85 to 5/24/85 | (221.23) |

* Denotes Conversion from Canadian $ to U.S. $           PAGE 9

```
Schedule A-2  -
Schedule of Income Collected - continued
------------------------------------------
```

| Date of Receipt | Description | Amount |
| --- | --- | --- |
| 11/06/85 | Interest- Manufacturers Hanover Trust | 69.01 |
| 11/15/85 | Interest Income- Noranda, Inc. | 927.73 * |
| 11/15/85 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| | $10,000 European Investment Bank, 9% due 5/15/97 | |
| | Interest accrued from 5/15/85 to 5/24/85 | (22.19) |
| 11/29/85 | Interest Income- Wood Gundy | 16.32 * |
| 12/02/85 | Interest- 50 Units Muni- 1st Muni Bond | 334.00 |
| 12/02/85 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
| 12/02/85 | Interest-10K Elect De France,8.5%,due 6/1/87 | 425.00 |
| 12/02/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 12/02/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 12/02/85 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
| 12/05/85 | Interest- Manufacturers Hanover Trust | 64.93 |
| 12/31/85 | Interest Income- Wood Gundy | 7.10 * |
| 12/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 12/31/85 | Interest- 50 Units Muni- 1st Muni Bond | 333.00 |
| 12/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 01/07/86 | Interest- Manufacturers Hanover Trust | 74.51 |
| 01/15/86 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 01/31/86 | Interest Income- Wood Gundy | 7.51 * |
| 01/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 214.25 |
| 01/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 28.80 |
| 01/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 353.50 |
| 02/06/86 | Interest- Manufacturers Hanover Trust | 68.95 |
| 02/28/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 02/28/86 | Interest Income- Wood Gundy | 8.64 * |
| 02/28/86 | Interest- 50 Units Muni- 1st Muni Bond | 329.50 |
| 02/28/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.25 |
| 03/03/86 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
| 03/06/86 | Interest- Manufacturers Hanover Trust | 55.88 |
| 03/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 328.00 |
| 03/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 03/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.25 |
| 04/04/86 | Interest- Manufacturers Hanover Trust | 54.04 |
| 04/30/86 | Interest- 50 Units Muni- 1st Muni Bond | 328.00 |
| 04/30/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.25 |
| 04/30/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 05/05/86 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
| 05/06/86 | Interest- Manufacturers Hanover Trust | 49.72 |
| 05/15/86 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 06/02/86 | Interest-10K Elect De France,8.5%,due 6/1/87 | 425.00 |
| 06/02/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 186.75 |
| 06/02/86 | Interest- 50 Units Muni- 1st Muni Bond | 327.50 |
| 06/02/86 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
| 06/02/86 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
| 06/02/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.13 |
| 06/05/86 | Interest- Manufacturers Hanover Trust | 48.50 |

ESTATE OF SIMON A. GOLDBERG

Schedule A-1 -
Increases from Sale or Distribution of Assets - continued
------------------------------------------------------------

| Date | Asset | Sales Price | Basis | Gain |
|------|-------|-------|-------|------|
| 11/02/90 | Bought- 160000 CDN Wheat @ 98.891 | | | |
| 11/02/90 | Sold- 160000 CDN Wheat | 136,042.37 | 136,042.37 | 0.00 * |
| 09/28/90 | Bought- 156000 CDN Wheat @ 98.876 | | | |
| 11/02/90 | Sold- 156000 CDN Wheat | 134,128.80 | 131,634.01 | 2,494.79 * |
| 11/02/90 | Bought- 160000 CDN Wheat BD STN @98.886 | | | |
| 12/07/90 | Sold- 160000 CDN Wheat | 137,936.00 | 136,035.49 | 1,900.51 * |
| 01/12/88 | Bought- 5000 BC Prov., 9.75%, due 12/10/90 | | | |
| 12/10/90 | Sold- 5000 BC Province, 9.75% | 4,310.50 | 3,924.04 | 386.46 * |
| 09/30/87 | Bought- 5000 Gov't CDA, 10.25%, due 12/15/90 | | | |
| 12/17/90 | Sold- 5000 Gov't CDA, 10.25% | 4,310.50 | 3,763.49 | 547.01 * |
| 06/22/87 | Bought- Northern & Cent Gas- 2000 Shares | | | |
| 01/15/91 | Sold- 2000 ICG Utils, 9.625% | 1,730.20 | 1,549.29 | 180.91 * |
| 12/18/90 | Bought- 173000 Canadian T-Bill, due 1/18/91 | | | |
| 01/18/91 | Matured- 173000 Canadian T-Bill, due 1/18/91 | 148,339.29 | 147,824.87 | 514.41 * |
| 02/02/91 | Bought- 350 Bank of Nova Scotia | | | |
| 02/08/91 | Sold- 350 Bank of Nova Scotia | 4,169.93 | 4,169.93 | 0.00 * |
| 01/18/91 | Bought- 178000 Export Devel @ 99.045 | | | |
| 02/22/91 | Sold- 178000 Export Devel. | 154,165.80 | 152,517.22 | 1,648.58 * |
| 01/26/89 | Bought- 25000 Ontario Hydro,10.5%,due 3/4/91 | | | |
| 03/04/91 | Sold- 25000 Ontario Hydro, 10.5% | 21,610.00 | 21,068.53 | 541.47 * |
| 02/22/91 | Bought- 180000 Export Devel @ 99.201 | | | |
| 03/28/91 | Sold- 180000 Export Devel. | 155,592.00 | 154,652.37 | 939.63 * |
| 03/28/91 | Bought- 160000 Canadian T-Bill, due 5/3/91 | | | |
| 05/03/91 | Matured- 160000 Canadian T-Bill, due 5/3/91 | 137,990.64 | 137,133.95 | 856.69 * |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 6

Schedule A-1  -
Increases from Sale or Distribution of Assets - continued
------------------------------------------------------------

| Date | Asset | Sales Price | Basis | Gain |
|------|-------|-------|-------|------|
| 05/24/85 | $10,000 Kingdom of Sweden, 9.25% due 6/1/98 | | | |
| | | 8,300.00 | | |
| 06/01/87 | Sold- 4000 Units- Kingdom Sweden | | | |
| | | 4,000.00 | | |
| 06/01/88 | Sold- 1000 Units- Kingdom Sweden | | | |
| | | 1,000.00 | | |
| 06/09/88 | Sold- 2000 Units- Kingdom Sweden | | | |
| | | 2,000.00 | | |
| 06/01/90 | Sold- 2000 Units- Kingdom Sweden | | | |
| | | 2,000.00 | | |
| 06/03/91 | Sold- 1000 Units- Kingdom Sweden | | | |
| | | 1,000.00 | | 1,700.00 |
| | | | | |
| 05/03/91 | Bought- 100000 Export Devel. | | | |
| 06/07/91 | Sold- 100000 Export Devel. | | | |
| | | 87,440.00 | 86,301.56 | 1,138.44 * |
| | | | | |
| 11/25/88 | Bought- 4000 Int'l Nickel,8.625%, due 6/30/91 | | | |
| 07/02/91 | Sold- 4000 Int'l Nickel, 8.625% | | | |
| | | 3,480.80 | 3,170.60 | 310.20 * |
| | | | | |
| 07/19/91 | Bought- 120000 Canadian T-Bill, due 10/18/91 | | | |
| 10/18/91 | Matured- 120000 Canadian T-Bill, due 10/18/91 | | | |
| | | 104,310.97 | 102,381.47 | 1,929.51 * |
| | | | | |
| 05/24/85 | $10,000 Australia, 9.125% due 6/1/96 | | | |
| | | 8,800.00 | | |
| 06/01/87 | Sold- 1000 Units- Australia | | | |
| | | 1,000.00 | | |
| 06/03/91 | Sold- 2000 Units- Australia- due 6-1-96 | | | |
| | | 2,000.00 | | |
| 11/15/91 | Redeemed- 7000 Australia Commonwealth | | | |
| | | 7,063.00 | | 1,263.00 |
| | | | | |
| 05/24/85 | $10,000 European Investment Bank, 9% due 5/15/97 | | | |
| 11/15/91 | Redeemed- 10000 European Invest. Bank | | | |
| | | 10,150.00 | 8,500.00 | 1,650.00 |
| | | | | |
| 07/24/91 | Bought- 200K Treasury Bill, due 1/16/92 | | | |
| 01/16/92 | Matured- 200K Treas. Bill, due 1/16/92 | | | |
| | | 194,479.50 | 194,479.50 | 0.00 |
| | | | | |
| 08/08/91 | Bought- 110K Treasury Bill, due 2/6/92 | | | |
| 02/06/92 | Matured- 110K Treas. Bill, due 2/6/92 | | | |
| | | 107,024.81 | 107,024.81 | 0.00 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 7

```
Schedule A-1  -
Increases from Sale or Distribution of Assets - continued
------------------------------------------------------------
                              Sales
Date       Asset              Price       Basis        Gain
----       ------             ------      ------       ------
06/24/87  Bought- Simpsons Accept- 5000 shares
03/30/92  Sold- 5000 Simpsons Accept., 8.375%
                              4,192.50    3,487.74     704.76 *

01/17/92  Bought- 200K Treasury Bill, due 7/16/92
07/16/92  Matured- 200K Treas. Bill, due 7/16/92
                            196,380.00  196,380.00       0.00

02/07/92  Bought- 110K Treasury Bill, due 8/6/92
08/06/92  Matured- 110K Treas. Bill, due 8/6/92
                            108,036.65  108,036.65       0.00

10/05/87  Bought- 10000 BC Muni, 11.25%, due 11/15/92
11/16/92  Sold- 10000 BC Muni Fin, 11.25%
                              7,886.00    7,637.00     249.00 *

09/30/87  Bought-15000 Ontario Hy.,10.75%,due 12/15/92
12/15/92  Sold- 15000 Ontario Hydro, 10.75%
                             11,808.00   11,347.48     460.52 *
                                                    -------------
Total - Schedule A-1                                 $43,670.09
                                                    =============
```

       * Denotes Conversion from Canadian $ to U.S. $       PAGE 8

Schedule A-2
Income Collected

| Date of Receipt | Description | Amount |
|------|------|------|
| 05/31/85 | Interest- 50 Units Muni- 1st Muni Bond | $342.00 |
| 05/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.40 |
| 05/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 189.25 |
| 06/03/85 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
|  | $10,000 Kingdom of Sweden, 9.25% due 6/1/98 |  |
|  | Interest accrued from 12/1/84 to 5/24/85 | (443.49) |
| 06/03/85 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
|  | $10,000 Australia, 9.125% due 6/1/96 |  |
|  | Interest accrued from 12/1/84 to 5/24/85 | (432.50) |
| 06/03/85 | Interest-10K Elect De France,8.5%,due 6/1/87 | 425.00 |
|  | $10,000 Electricitie De France 8.5% due 6/1/87 |  |
|  | Interest accrued from 12/1/84 to 5/24/85 | (407.53) |
| 06/20/85 | Interest Income- Noranda, Inc. | 1,426.53 * |
| 07/01/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 189.25 |
| 07/01/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.40 |
| 07/01/85 | Interest- 50 Units Muni- 1st Muni Bond | 339.50 |
| 07/05/85 | Interest- Manufacturers Hanover Trust | 5.35 |
| 07/08/85 | Interest Income- NY Ins Mun Inc Tr- Series 26 | 869.00 |
| 07/15/85 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
|  | $10,000 Ontario Province, 8.4% due 1/15/07 |  |
|  | Interest accrued from 1/15/85 to 5/24/85 | (296.88) |
| 07/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 189.25 |
| 07/31/85 | Interest- 50 Units Muni- 1st Muni Bond | 337.50 |
| 07/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.40 |
| 08/06/85 | Interest- Manufacturers Hanover Trust | 44.71 |
| 08/14/85 | Interest Income- NY Ins Mun Inc Tr- Series 26 | 869.00 |
| 08/22/85 | Interest Income- Noranda, Inc. | 1,389.37 * |
| 09/03/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 09/03/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.25 |
| 09/03/85 | Interest- 50 Units Muni- 1st Muni Bond | 336.50 |
| 09/03/85 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
|  | $20,000 Canadian Railway 14.75% due 9/1/12 |  |
|  | Interest accrued from 3/1/85 to 5/24/85 | (1,030.48) |
| 09/06/85 | Interest- Manufacturers Hanover Trust | 63.42 |
| 09/23/85 | Interest Income- NY Ins Mun Inc Tr- Series 26 | 859.00 |
| 09/26/85 | Interest Income- Noranda, Inc. | 741.00 * |
| 09/30/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.25 |
| 09/30/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 09/30/85 | Interest- 50 Units Muni- 1st Muni Bond | 335.50 |
| 10/04/85 | Interest- Manufacturers Hanover Trust | 59.72 |
| 10/31/85 | Interest- 50 Units Muni- 1st Muni Bond | 335.00 |
| 10/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 10/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.25 |
| 11/05/85 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
|  | $25,000 Ontario Province, 17% due 11/5/11 |  |
|  | Interest accrued from 5/5/85 to 5/24/85 | (221.23) |

* Denotes Conversion from Canadian $ to U.S. $        PAGE 9

```
Schedule A-2  -
Schedule of Income Collected - continued
-----------------------------------------
```

| Date of Receipt | Description | Amount |
|---------|-------------|--------|
| 11/06/85 | Interest- Manufacturers Hanover Trust | 69.01 |
| 11/15/85 | Interest Income- Noranda, Inc. | 927.73 * |
| 11/15/85 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| | $10,000 European Investment Bank, 9% due 5/15/97 | |
| | Interest accrued from 5/15/85 to 5/24/85 | (22.19) |
| 11/29/85 | Interest Income- Wood Gundy | 16.32 * |
| 12/02/85 | Interest- 50 Units Muni- 1st Muni Bond | 334.00 |
| 12/02/85 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
| 12/02/85 | Interest-10K Elect De France,8.5%,due 6/1/87 | 425.00 |
| 12/02/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 12/02/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 12/02/85 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
| 12/05/85 | Interest- Manufacturers Hanover Trust | 64.93 |
| 12/31/85 | Interest Income- Wood Gundy | 7.10 * |
| 12/31/85 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 12/31/85 | Interest- 50 Units Muni- 1st Muni Bond | 333.00 |
| 12/31/85 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.50 |
| 01/07/86 | Interest- Manufacturers Hanover Trust | 74.51 |
| 01/15/86 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 01/31/86 | Interest Income- Wood Gundy | 7.51 * |
| 01/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 214.25 |
| 01/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 28.80 |
| 01/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 353.50 |
| 02/06/86 | Interest- Manufacturers Hanover Trust | 68.95 |
| 02/28/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 02/28/86 | Interest Income- Wood Gundy | 8.64 * |
| 02/28/86 | Interest- 50 Units Muni- 1st Muni Bond | 329.50 |
| 02/28/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.25 |
| 03/03/86 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
| 03/06/86 | Interest- Manufacturers Hanover Trust | 55.88 |
| 03/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 328.00 |
| 03/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 03/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.25 |
| 04/04/86 | Interest- Manufacturers Hanover Trust | 54.04 |
| 04/30/86 | Interest- 50 Units Muni- 1st Muni Bond | 328.00 |
| 04/30/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 187.25 |
| 04/30/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.19 |
| 05/05/86 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
| 05/06/86 | Interest- Manufacturers Hanover Trust | 49.72 |
| 05/15/86 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 06/02/86 | Interest-10K Elect De France,8.5%,due 6/1/87 | 425.00 |
| 06/02/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 186.75 |
| 06/02/86 | Interest- 50 Units Muni- 1st Muni Bond | 327.50 |
| 06/02/86 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
| 06/02/86 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
| 06/02/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 26.13 |
| 06/05/86 | Interest- Manufacturers Hanover Trust | 48.50 |

```
           * Denotes Conversion from Canadian $ to U.S. $        PAGE 10
```

Schedule A-2  -
Schedule of Income Collected - continued
-------------------------------------------

| Date of Receipt | Description | Amount |
|---------|-------------|--------|
| 06/30/86 | Interest- 50 Units Muni- 1st Muni Bond | 327.50 |
| 06/30/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 186.75 |
| 06/30/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 21.66 |
| 07/07/86 | Interest- Manufacturers Hanover Trust | 50.90 |
| 07/15/86 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 07/25/86 | Interest- Merrill Lynch Ready Asset Trust | 6.66 |
| 07/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 186.75 |
| 07/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 321.00 |
| 07/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 14.37 |
| 08/06/86 | Interest- Manufacturers Hanover Trust | 47.17 |
| 08/06/86 | Interest-10K Elect De France,8.5%,due 6/1/87 | 153.47 |
| 08/21/86 | Interest- Merrill Lynch Ready Asset Trust | 26.88 |
| 08/29/86 | Dividend- Merrill Lynch Ready Asset Trust | 33.06 |
| 09/02/86 | Interest- 50 Units Muni- 1st Muni Bond | 320.00 |
| 09/02/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 184.75 |
| 09/02/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 21.15 |
| 09/02/86 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
| 09/05/86 | Interest- Manufacturers Hanover Trust | 47.59 |
| 09/12/86 | Interest- Merrill Lynch Ready Asset Trust | 2.49 |
| 09/26/86 | Dividend- Merrill Lynch Ready Asset Trust | 66.82 |
| 09/30/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 184.75 |
| 09/30/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 21.15 |
| 09/30/86 | Interest- 50 Units Muni- 1st Muni Bond | 319.50 |
| 10/06/86 | Interest- Manufacturers Hanover Trust | 41.45 |
| 10/08/86 | Interest- Merrill Lynch Ready Asset Trust | 3.15 |
| 10/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 184.50 |
| 10/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 21.15 |
| 10/31/86 | Dividend- Merrill Lynch Ready Asset Trust | 113.29 |
| 10/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 318.50 |
| 11/05/86 | Interest- 20K Ontario Prov 8.4% due 1/15/07 | 2,125.00 |
| 11/06/86 | Interest- Manufacturers Hanover Trust | 42.54 |
| 11/17/86 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 11/20/86 | Interest- Merrill Lynch Ready Asset Trust | 1.26 |
| 11/20/86 | Dividend- Merrill Lynch Ready Asset Trust | 101.93 |
| 12/01/86 | Interest- 10K Australia,9.125%, due 6/1/96 | 456.25 |
| 12/01/86 | Interest- 50 Units Muni- 1st Muni Bond | 317.50 |
| 12/01/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 183.75 |
| 12/01/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 21.03 |
| 12/01/86 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 462.50 |
| 12/03/86 | Interest- Merrill Lynch Ready Asset Trust | 1.74 |
| 12/04/86 | Interest- Manufacturers Hanover Trust | 37.89 |
| 12/09/86 | Interest- Merrill Lynch Ready Asset Trust | 1.03 |
| 12/31/86 | Interest- 50 Units Muni- 1st Muni Bond | 317.50 |
| 12/31/86 | Interest- 25 Units Muni Invest Tr-Series 53 | 183.75 |
| 12/31/86 | Dividend- Merrill Lynch Ready Asset Trust | 142.94 |
| 12/31/86 | Interest- 3 Units Muni Invest Tr- Series 50 | 21.03 |
| 01/05/87 | Interest- Merrill Lynch Ready Asset Trust | 2.46 |

25,000
paying
17%
due
11/5/11

* Denotes Conversion from Canadian $ to U.S. $          PAGE 11

```
Schedule A-2  -
Schedule of Income Collected - continued
----------------------------------------
Date of
Receipt    Description                                      Amount
-------    -----------                                      ------
01/07/87 Interest- Manufacturers Hanover Trust              46.21
01/15/87 Interest- 10K Ontario Prov,8.4%, due 1/15/07      420.00
01/30/87 Dividend- Merrill Lynch Ready Asset Trust         164.18
02/02/87 Interest- 50 Units Muni- 1st Muni Bond            315.00
02/02/87 Interest- 3 Units Muni Invest Tr- Series 50        21.03
02/02/87 Interest- 25 Units Muni Invest Tr-Series 53       183.75
02/05/87 Interest- Manufacturers Hanover Trust              39.58
02/17/87 Interest- Merrill Lynch Ready Asset Trust           1.35
02/27/87 Dividend- Merrill Lynch Ready Asset Trust         143.49
02/27/87 Interest- Merrill Lynch Ready Asset Trust           0.87
03/02/87 Interest- 25 Units Muni Invest Tr-Series 53       183.50
03/02/87 Interest- 3 Units Muni Invest Tr- Series 50        21.03
03/02/87 Interest-30K Canadian Rail,14.75%,due 9/1/92    2,212.50
03/02/87 Interest- 50 Units Muni- 1st Muni Bond            313.00
03/05/87 Interest- Manufacturers Hanover Trust              38.37
03/19/87 Interest- Merrill Lynch Ready Asset Trust           6.97
03/27/87 Dividend- Merrill Lynch Ready Asset Trust         171.10
03/31/87 Interest- 3 Units Muni Invest Tr- Series 50        21.03
03/31/87 Interest- 25 Units Muni Invest Tr-Series 53       183.50
03/31/87 Interest- 50 Units Muni- 1st Muni Bond            312.00
04/04/87 Dividend- Merrill Lynch Ready Asset Trust         184.53
04/06/87 Interest- Manufacturers Hanover Trust              44.80
04/08/87 Interest Income- Bell Canada                      625.52 *
04/30/87 Interest- 25 Units Muni Invest Tr-Series 53       183.50
04/30/87 Interest- 50 Units Muni- 1st Muni Bond            312.00
04/30/87 Interest- 3 Units Muni Invest Tr- Series 50        21.03
05/01/87 Interest- Merrill Lynch Ready Asset Trust           1.12
05/05/87 Interest-25K Ontario Prov,17%, due 11/5/11      2,125.00
05/05/87 Interest Income- Ontario Hydro, due 4/4/09        764.24 *
05/06/87 Interest- Manufacturers Hanover Trust              42.37
05/13/87 Interest- Merrill Lynch Ready Asset Trust           3.60
05/15/87 Interest- 10K Euro Invest Bk,9%, due 5/15/97      450.00
05/29/87 Interest Income- Wood Gundy                         9.33 *
05/29/87 Dividend- Merrill Lynch Ready Asset Trust         274.21
06/01/87 Interest- 10K Australia,9.125%, due 6/1/96        456.25
06/01/87 Interest- 50 Units Muni- 1st Muni Bond            313.00
06/01/87 Interest- 25 Units Muni Invest Tr-Series 53       185.25
06/01/87 Interest- 3 Units Muni Invest Tr- Series 50        21.27
06/01/87 Interest-10K Kingdom Sweden,9.25%,due 6/1/98      462.50
06/03/87 Interest- Merrill Lynch Ready Asset Trust           1.23
06/06/87 Interest- Manufacturers Hanover Trust              42.38
06/30/87 Interest- 50 Units Muni- 1st Muni Bond            308.50
06/30/87 Dividend- Merrill Lynch Ready Asset Trust         282.28
06/30/87 Interest- 25 Units Muni Invest Tr-Series 53       181.75
06/30/87 Interest Income- Wood Gundy                        20.49 *
06/30/87 Interest- 3 Units Muni Invest Tr- Series 50        20.85
07/02/87 Interest- Merrill Lynch Ready Asset Trust           0.22
```

ESTATE OF SIMON A. GOLDBERG

Schedule A-2  -
Schedule of Income Collected - continued
-----------------------------------------

| Date of Receipt | Description | Amount |
| --- | --- | --- |
| 07/06/87 | Interest- Manufacturers Hanover Trust | 48.17 |
| 07/14/87 | Interest Income- Simpsons Accept. | 12.46 * |
| 07/15/87 | Interest Income- Northern & Cent Gas | 61.72 * |
| 07/15/87 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 07/28/87 | Interest Income- Canadian Pac Ltd | 7.69 * |
| 07/29/87 | Interest Income- Bank of Nova Scotia | 49.05 * |
| 07/31/87 | Interest Income- Wood Gundy | (10.21)* |
| 07/31/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 179.25 |
| 07/31/87 | Dividend- Merrill Lynch Ready Asset Trust | 354.13 |
| 07/31/87 | Interest- 50 Units Muni- 1st Muni Bond | 308.50 |
| 07/31/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.70 |
| 08/06/87 | Interest Credit- July, 1987- Wood Gundy Acct | (118.46)* |
| 08/06/87 | Interest- Manufacturers Hanover Trust | 46.89 |
| 08/13/87 | Interest- Merrill Lynch Ready Asset Trust | (2.40) |
| 08/17/87 | Interest- Merrill Lynch Ready Asset Trust | 5.90 |
| 08/17/87 | Interest Income- Nova An Alta | 25.65 * |
| 08/31/87 | Interest Income- Wood Gundy | 14.26 * |
| 08/31/87 | Interest- 50 Units Muni- 1st Muni Bond | 308.50 |
| 08/31/87 | Dividend- Merrill Lynch Ready Asset Trust | 274.59 |
| 08/31/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 179.25 |
| 08/31/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.70 |
| 09/01/87 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
| 09/04/87 | Interest- Merrill Lynch Ready Asset Trust | 0.85 |
| 09/04/87 | Interest- Manufacturers Hanover Trust | 49.22 |
| 09/30/87 | Interest Income- Wood Gundy | 12.06 * |
| 09/30/87 | Interest Income- Gov't CDA | 442.75 * |
| 09/30/87 | Interest- 50 Units Muni- 1st Muni Bond | 307.00 |
| 09/30/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.70 |
| 09/30/87 | Dividend- Merrill Lynch Ready Asset Trust | 284.96 |
| 09/30/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 179.25 |
| 10/01/87 | Interest Income- Imperial Oil Ltd | 25.97 * |
| 10/05/87 | Interest Income- Gov't CDA | 325.59 * |
| 10/06/87 | Interest- Manufacturers Hanover Trust | 45.76 |
| 10/06/87 | Interest Income- Ontario Hydro, due 4/4/09 | 782.79 * |
| 10/13/87 | Interest- Merrill Lynch Ready Asset Trust | 3.45 |
| 10/14/87 | Interest Income- Gov't CDA | 250.92 * |
| 10/19/87 | Interest Income- Bell Canada | 630.05 * |
| 10/28/87 | Interest Income- Bank of Nova Scotia | 49.66 * |
| 10/28/87 | Interest Income- CON PAC LTD. | 9.74 * |
| 10/30/87 | Interest Income- Wood Gundy | 83.21 * |
| 10/30/87 | Dividend- Merrill Lynch Ready Asset Trust | 449.49 |
| 11/02/87 | Interest- 50 Units Muni- 1st Muni Bond | 300.50 |
| 11/02/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 179.25 |
| 11/02/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.70 |
| 11/03/87 | Interest Income- Consumer Gas | 397.00 * |
| 11/05/87 | Interest- Manufacturers Hanover Trust | 49.47 |
| 11/05/87 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 13

```
Schedule A-2  -
Schedule of Income Collected - continued
-------------------------------------------
```

Date of
Receipt    Description                                          Amount
-------    -----------                                          ------

| Date of Receipt | Description | Amount |
|---|---|---|
| 11/06/87 | Interest- Merrill Lynch Ready Asset Trust | 2.17 |
| 11/16/87 | Interest Income- Nova Corp of Alberta | 25.83 * |
| 11/16/87 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 11/24/87 | Interest- Merrill Lynch Ready Asset Trust | 3.22 |
| 11/27/87 | Dividend- Merrill Lynch Ready Asset Trust | 355.20 |
| 11/30/87 | Interest Income- Wood Gundy | 67.14 * |
| 11/30/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.58 |
| 11/30/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 156.25 |
| 11/30/87 | Interest- 50 Units Muni- 1st Muni Bond | 300.50 |
| 12/01/87 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 277.50 |
| 12/01/87 | Interest- 10M Australia,9.125%, due 6/1/96 | 410.63 |
| 12/04/87 | Interest- Manufacturers Hanover Trust | 50.98 |
| 12/15/87 | Interest Income- Gov't CDA | 3,766.18 * |
| 12/15/87 | Interest Income- Ontario Hydro, due 12/15/92 | 229.78 * |
| 12/15/87 | Interest Income- Gov't CDA | 196.01 * |
| 09/30/87 | Accrued Interest Paid on Gov't CDA | (130.24)* |
| 12/15/87 | Interest Income- Simpsons Accept. | 136.13 * |
| 06/23/87 | Accrued Interest Paid on Simpsons Accept. | (20.39)* |
| 12/15/87 | Interest Income- Sears Canada | 149.54 * |
| 12/16/87 | Interest- Merrill Lynch Ready Asset Trust | 2.85 |
| 12/21/87 | Interest Income- Lloyds Bk Mtge | 210.35 * |
| 11/16/87 | Accrued Interest Paid on Lloyds Mtge Bk | (177.46)* |
| 12/28/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 61.75 |
| 12/28/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 7.08 |
| 12/28/87 | Interest- 50 Units Muni- 1st Muni Bond | 63.50 |
| 12/31/87 | Interest Income- Wood Gundy | 18.75 * |
| 12/31/87 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.67 |
| 12/31/87 | Dividend- Merrill Lynch Ready Asset Trust | 458.63 |
| 12/31/87 | Interest- 50 Units Muni- 1st Muni Bond | 298.50 |
| 12/31/87 | Interest- 25 Units Muni Invest Tr-Series 53 | 156.75 |
| 01/04/88 | Interest Income- Imperial Oil | 29.76 * |
| 01/07/88 | Interest- Manufacturers Hanover Trust | 52.74 |
| 01/14/88 | Interest Income- Ontario Hydro, due 1/15/96 | 389.00 * |
| 08/26/87 | Accrued Interest Paid on Ontario Hydro | (103.33)* |
| 01/15/88 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 01/15/88 | Interest Income- Norhtern Cent & Gas | 63.66 * |
| 01/20/88 | Interest- Merrill Lynch Ready Asset Trust | 0.52 |
| 01/27/88 | Interest Income- Bank of Nova Scotia | 50.59 * |
| 01/28/88 | Interest Income- CDN PAC LTD | 9.92 * |
| 01/29/88 | Interest Income- Wood Gundy | 25.24 * |
| 01/29/88 | Dividend- Merrill Lynch Ready Asset Trust | 419.67 |
| 02/01/88 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.67 |
| 02/01/88 | Interest Income- BC Munic, due 7/30/97 | 394.35 * |
| 08/26/87 | Accrued Interest Paid on BC Munic Fin | (70.26)* |
| 02/01/88 | Interest- 50 Units Muni- 1st Muni Bond | 298.50 |
| 02/01/88 | Interest- 25 Units Muni Invest Tr-Series 53 | 156.75 |
| 02/04/88 | Interest- Manufacturers Hanover Trust | 46.27 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 14

Schedule A-2  -
Schedule of Income Collected - continued
-----------------------------------------

```
Date of
Receipt    Description                                     Amount
-------    -----------                                     ------
06/15/88 Interest Income- Ontario Hydro, 10.75%            662.25 *
06/15/88 Interest Income- Sears Canada                     160.58 *
06/21/88 Interest Income- Lloyds Bk Mtge                   225.89 *
06/24/88 Dividend- Merrill Lynch Ready Asset Trust         432.26
06/30/88 Interest- 25 Units Muni Invest Tr-Series 53       155.50
06/30/88 Interest- 50 Units Muni- 1st Muni Bond            442.00
06/30/88 Interest Income- Wood Gundy                        19.66 *
06/30/88 Interest- 3 Units Muni Invest Tr- Series 50        20.43
07/05/88 Interest- Merrill Lynch Ready Asset Trust           2.11
07/07/88 Interest- Manufacturers Hanover Trust              49.63
07/14/88 Interest Income- Ontario Hydro, 10%               414.15 *
07/14/88 Interest Income- Gulf Canada                        3.38 *
07/15/88 Interest Income- Northern & Cent Gas, 9.625%       67.77 *
07/15/88 Interest- 10K Ontario Prov,8.4%, due 1/15/07      420.00
07/27/88 Interest Income- Nova Scotia                       56.85 *
07/28/88 Interest Income- CDN PAC LTD                       10.56 *
07/29/88 Dividend- Merrill Lynch Ready Asset Trust         587.12
07/29/88 Interest Income- Wood Gundy                         7.25 *
08/01/88 Interest- 25 Units Muni Invest Tr-Series 53       156.50
08/01/88 Interest- 50 Units Muni- 1st Muni Bond            295.50
08/01/88 Interest- 3 Units Muni Invest Tr- Series 50        20.64
08/02/88 Interest Income- BC Muni Fin, 10%                 409.40 *
08/04/88 Interest- Manufacturers Hanover Trust              46.32
08/08/88 Interest- Merrill Lynch Ready Asset Trust           1.36
08/15/88 Interest Income- Nova Corp of Alberta, 10.4%       30.62 *
08/15/88 Interest Income- Royal Bank                       340.62 *
06/28/88 Accrued Interest Paid on Royal Bank             (264.00)*
08/26/88 Dividend- Merrill Lynch Ready Asset Trust         509.75
08/31/88 Interest- 50 Units Muni- 1st Muni Bond            288.50
08/31/88 Interest- 3 Units Muni Invest Tr- Series 50        20.28
08/31/88 Interest- 25 Units Muni Invest Tr-Series 53       152.75
09/01/88 Interest-30K Canadian Rail,14.75%,due 9/1/92    2,212.50
09/07/88 Interest- Manufacturers Hanover Trust              57.80
09/08/88 Interest- Merrill Lynch Ready Asset Trust           3.73
09/15/88 Interest Income- Gulf Canada Res                    3.53 *
09/16/88 Interest Income- 15/9 DE. 4581                     15.25 *
09/30/88 Interest- 50 Units Muni- 1st Muni Bond            287.50
09/30/88 Interest- 3 Units Muni Invest Tr- Series 50        20.28
09/30/88 Interest- 25 Units Muni Invest Tr-Series 53       134.00
09/30/88 Interest Income- Wood Gundy                         7.53 *
09/30/88 Dividend- Merrill Lynch Ready Asset Trust         700.36
10/04/88 Interest Income- Ontario Hydro, 10.25%           850.44 *
10/05/88 Interest- Merrill Lynch Ready Asset Trust           1.32
10/06/88 Interest- Manufacturers Hanover Trust              51.01
10/17/88 Interest Income- NB Province, 10.625%            220.38 *
10/17/88 Interest Income- Bell Canada, 11%                684.50 *
10/27/88 Interest Income- Bank of Nova Scotia              59.95 *
```

    * Denotes Conversion from Canadian $ to U.S. $        PAGE 16

Schedule A-2  -
Schedule of Income Collected - continued
-------------------------------------------

| Date of Receipt | Description | Amount |
|-------|-------------|--------|
| 10/28/88 | Dividend- Merrill Lynch Ready Asset Trust | 583.93 |
| 10/28/88 | Interest Income- CDN PAC LTD | 13.40 * |
| 10/31/88 | Interest- 25 Units Muni Invest Tr-Series 53 | 133.25 |
| 10/31/88 | Interest Income- Wood Gundy | 14.87 * |
| 10/31/88 | Interest- 50 Units Muni- 1st Muni Bond | 286.00 |
| 10/31/88 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.16 |
| 11/01/88 | Interest Income- Consumer Gas | 429.18 * |
| 11/04/88 | Interest- Manufacturers Hanover Trust | 56.07 |
| 11/07/88 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
| 11/15/88 | Interest- Merrill Lynch Ready Asset Trust | 3.59 |
| 11/15/88 | Interest Income- Nova Corp of Alberta | 30.72 * |
| 11/15/88 | Interest Income- BC Munic Fin, 11.25% | 462.04 * |
| 11/15/88 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 11/25/88 | Dividend- Merrill Lynch Ready Asset Trust | 583.60 |
| 11/28/88 | Interest Income- PEI Province, 11.375% | 467.17 * |
| 11/30/88 | Interest- 25 Units Muni Invest Tr-Series 53 | 132.50 |
| 11/30/88 | Interest- 50 Units Muni- 1st Muni Bond | 284.50 |
| 11/30/88 | Interest Income- Wood Gundy | 22.69 * |
| 11/30/88 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.01 |
| 12/01/88 | Interest- 10K Australia,9.125%, due 6/1/96 | 410.63 |
| 12/01/88 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 138.75 |
| 12/06/88 | Interest- Manufacturers Hanover Trust | 57.19 |
| 12/12/88 | Interest Income- BC Province, 9.75% | 203.80 * |
| 12/15/88 | Interest Income- Gov't CDA, 9.75% | 4,116.75 * |
| 12/15/88 | Interest Income- Simpsons Accept. | 148.80 * |
| 12/15/88 | Interest Income- Gov't CDA, 10.25% | 214.25 * |
| 12/15/88 | Interest Income- Sears Canada | 163.46 * |
| 12/15/88 | Interest Income- Nova An Alta, 9.75% | 203.80 * |
| 12/15/88 | Interest Income- Ontario Hydro, 10.75% | 674.11 * |
| 12/20/88 | Interest- Merrill Lynch Ready Asset Trust | 5.86 |
| 12/21/88 | Interest Income- Lloyds Bk Mtge | 229.93 * |
| 12/21/88 | Interest Income- Wood Gundy | 167.57 * |
| 12/30/88 | Dividend- Merrill Lynch Ready Asset Trust | 822.24 |
| 01/03/89 | Interest- 25 Units Muni Invest Tr-Series 53 | 132.50 |
| 01/03/89 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.01 |
| 01/03/89 | Interest Income- Intl Nickel | 144.78 * |
| 11/25/88 | Accrued Interest Paid on Int'l Nickel | (120.34)* |
| 01/03/89 | Interest- 50 Units Muni- 1st Muni Bond | 282.50 |
| 01/06/89 | Interest- Manufacturers Hanover Trust | 64.51 |
| 01/09/89 | Interest- Merrill Lynch Ready Asset Trust | 1.69 |
| 01/16/89 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 01/16/89 | Interest Income- Ontario Hydro, 10% | 419.65 * |
| 01/16/89 | Interest Income- Northern Cent & Gas, 9.62% | 68.67 * |
| 01/27/89 | Interest Income- Bank of Nova Scotia | 63.68 * |
| 01/30/89 | Interest Income- BC Munic Fin. 10% | 419.65 * |
| 01/30/89 | Interest Income- CDN PAC LTD | 13.55 * |
| 01/31/89 | Dividend- Merrill Lynch Ready Asset Trust | 698.08 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 17

Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------

| Date of Receipt | Description | Amount |
| --- | --- | --- |
| 06/01/89 | Interest- 10K Australia,9.125%, due 6/1/96 | 410.63 |
| 06/01/89 | Interest- 10K Kingdom Sweden,9.25%,due 6/1/98 | 138.75 |
| 06/06/89 | Interest- Merrill Lynch Ready Asset Trust | 1.84 |
| 06/06/89 | Interest- Manufacturers Hanover Trust | 77.02 |
| 06/12/89 | Interest Income- BC Province, 9.75% | 203.39 * |
| 06/15/89 | Interest Income- Simpsons Accept. | 148.50 * |
| 06/15/89 | Interest Income- Ontario Hydro, 10.75% | 672.74 * |
| 06/15/89 | Interest Income- Gov't CDA, 10.25% | 213.82 * |
| 06/15/89 | Interest Income- Sears Canada | 163.13 * |
| 06/15/89 | Interest Income- Nova An Alta, 9.75% | 203.39 * |
| 06/21/89 | Interest Income- Lloyds Bk Mtge | 229.46 * |
| 06/30/89 | Dividend- Merrill Lynch Ready Asset Trust | 1,053.86 |
| 06/30/89 | Interest Income- Intl Nickel | 122.35 * |
| 06/30/89 | Interest- 25 Units Muni Invest Tr-Series 53 | 133.00 |
| 06/30/89 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.43 |
| 06/30/89 | Interest- 50 Units Muni- 1st Muni Bond | 280.00 |
| 06/30/89 | Interest Income- Wood Gundy | 9.72 * |
| 07/07/89 | Interest- Manufacturers Hanover Trust | 76.24 |
| 07/14/89 | Interest Income- Ontario Hydro, 10% | 420.60 * |
| 07/17/89 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 07/17/89 | Interest Income- Northern Cent & Gas, 9.62% | 68.83 * |
| 07/20/89 | Interest- Merrill Lynch Ready Asset Trust | 0.68 |
| 07/27/89 | Interest Income- Bank of Nova Scotia | 69.90 * |
| 07/28/89 | Interest Income- CDN PAC LTD | 13.59 * |
| 07/28/89 | Dividend- Merrill Lynch Ready Asset Trust | 830.75 |
| 07/31/89 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.25 |
| 07/31/89 | Interest Income- Wood Gundy | 20.31 * |
| 07/31/89 | Interest Income- BC Munic Fin. 10% | 420.60 * |
| 07/31/89 | Interest- 50 Units Muni- 1st Muni Bond | 271.50 |
| 07/31/89 | Dividend- Merrill Lynch Ready Asset Trust | 763.89 |
| 07/31/89 | Interest- 25 Units Muni Invest Tr-Series 53 | 131.75 |
| 08/01/89 | Interest Income- Natl Bank CDA, 10.25% | 1,090.09 * |
| 08/04/89 | Interest- Manufacturers Hanover Trust | 62.65 |
| 08/15/89 | Interest Income- Nova Corp | 37.61 * |
| 08/17/89 | Interest on Matured 15000 Canadian T-Bill | 329.00 * |
| 08/31/89 | Interest- 25 Units Muni Invest Tr-Series 53 | 129.75 |
| 08/31/89 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.16 |
| 08/31/89 | Interest Income- Wood Gundy | 19.84 * |
| 08/31/89 | Interest- 50 Units Muni- 1st Muni Bond | 270.50 |
| 08/31/89 | Interest- Merrill Lynch Ready Asset Trust | 0.81 |
| 09/01/89 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 |
| 09/01/89 | Interest on Matured 64000 Canadian T-Bill | 2,995.10 * |
| 09/05/89 | Interest Income- Ontario Hydro, 10.5% | 1,109.72 * |
| 09/07/89 | Interest- Manufacturers Hanover Trust | 70.18 |
| 09/29/89 | Dividend- Merrill Lynch Ready Asset Trust | 984.62 |
| 10/02/89 | Interest- 25 Units Muni Invest Tr-Series 53 | 129.75 |
| 10/02/89 | Interest- 50 Units Muni- 1st Muni Bond | 266.50 |

Schedule A-2   -
Schedule of Income Collected - continued
------------------------------------------

Date of
Receipt    Description                                          Amount
-------    -----------                                          ------
10/02/89 Interest- 3 Units Muni Invest Tr- Series 50            20.16
10/04/89 Interest Income- Ontario Hydro, 10.25%               872.48 *
10/05/89 Interest- Manufacturers Hanover Trust                 60.45
10/11/89 Interest- Merrill Lynch Ready Asset Trust              4.70
10/16/89 Interest Income- NB Province, 10.625%               226.10 *
10/16/89 Interest Income- Bell Canada, 11%                   702.24 *
10/25/89 Interest- 50 Units Muni- 1st Muni Bond              213.50
10/25/89 Interest- 25 Units Muni Invest Tr-Series 53         108.00
10/25/89 Interest- 3 Units Muni Invest Tr- Series 50          16.80
10/27/89 Interest Income- Bank of Nova Scotia                 70.73 *
10/27/89 Dividend- Merrill Lynch Ready Asset Trust           874.26
10/30/89 Interest Income- CDN PAC LTD                         16.64 *
10/31/89 Interest Income- Wood Gundy                          12.91 *
11/01/89 Interest Income- Consumer Gas, 10.45%              446.74 *
11/06/89 Interest- 25K Ontario Prov,17%, due 11/5/11       2,125.00
11/06/89 Interest- Manufacturers Hanover Trust                67.97
11/10/89 Interest- Merrill Lynch Ready Asset Trust             1.92
11/14/89 Dividend- Gulf Res Ltd                                4.87 *
11/15/89 Interest Income- Nova Corp of Alberta                45.35 *
11/15/89 Interest- 10K Euro Invest Bk,9%, due 5/15/97        450.00
11/15/89 Interest Income- BC Munic Fin, 11.25%              480.94 *
11/16/89 Interest on Matured 21000 Canadain T-Bill          498.25 *
11/24/89 Dividend- Merrill Lynch Ready Asset Trust          850.10
11/27/89 Interest Income- PEI Province, 11.375%             486.28 *
11/27/89 Interest- 50 Units Muni- 1st Muni Bond             255.00
11/27/89 Interest- 3 Units Muni Invest Tr- Series 50         20.13
11/27/89 Interest- 25 Units Muni Invest Tr-Series 53        129.50
11/30/89 Interest Income- Wood Gundy                         78.46 *
12/01/89 Interest- 10K Australia,9.125%, due 6/1/96         410.63
12/01/89 Interest on Matured 66000 Canadian T-Bill        1,610.82 *
12/01/89 Interest- 10K Kingdom Sweden,9.25%,due 6/1/98      138.75
12/01/89 Interest- Merrill Lynch Ready Asset Trust            0.91
12/06/89 Interest- Manufacturers Hanover Trust               62.75
12/11/89 Interest Income- BC Province, 9.75%                209.92 *
12/15/89 Interest Income- Gov't CDA, 10.25%                 220.68 *
12/15/89 Interest Income- Ontario Hydro, 10.75%             694.34 *
12/15/89 Interest Income- Nova An Alta, 9.75%               209.92 *
12/15/89 Interest Income- Sears Canada                      168.36 *
12/15/89 Interest Income- Simpsons Accept.                  153.27 *
12/21/89 Interest Income- Lloyds Bk Mtge                    236.83 *
12/26/89 Dividend- Merrill Lynch Ready Asset Trust        1,025.66
12/26/89 Interest- 3 Units Muni Invest Tr- Series 50         20.13
12/26/89 Interest- 50 Units Muni- 1st Muni Bond             253.50
12/26/89 Interest- 25 Units Muni Invest Tr-Series 53        129.50
12/29/89 Interest Income- Wood Gundy                         13.10 *
01/02/90 Interest Income- Intl Nickel                       125.18 *
01/05/90 Interest- Manufacturers Hanover Trust               66.55

        * Denotes Conversion from Canadian $ to U.S. $        PAGE 20

Schedule A-2  -
Schedule of Income Collected - continued
-----------------------------------------

| Date of Receipt | Description | Amount | |
|------|-------------|--------|---|
| 01/15/90 | Interest Income- Northern Cent & Gas, 9.62% | 69.85 | * |
| 01/15/90 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 | |
| 01/16/90 | Interest Income- Ontario Hydro, 10% | 426.85 | * |
| 01/25/90 | Interest- 50 Units Muni- 1st Muni Bond | 252.00 | |
| 01/25/90 | Dividend- Merrill Lynch Ready Asset Trust | 803.67 | |
| 01/25/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.13 | |
| 01/25/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 129.50 | |
| 01/29/90 | Interest Income- CDN PAC LTD | 16.69 | * |
| 01/29/90 | Interest Income- Bank of Nova Scotia | 77.11 | * |
| 01/30/90 | Interest Income- BC Munic Fin. 10% | 426.85 | * |
| 01/31/90 | Interest Income- Wood Gundy | 19.65 | * |
| 02/02/90 | Interest Income- Natl Bank Canada | 1,070.87 | * |
| 02/06/90 | Interest- Manufacturers Hanover Trust | 61.23 | |
| 02/13/90 | Interest Income- Div Gulf CDA | 4.80 | * |
| 02/16/90 | Interest Income- Nova Corp | 44.33 | * |
| 02/26/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 129.50 | |
| 02/26/90 | Interest- 50 Units Muni- 1st Muni Bond | 251.00 | |
| 02/26/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.13 | |
| 02/28/90 | Interest Income- Wood Gundy | 60.55 | * |
| 03/01/90 | Interest on 94000 Canadain T-Bill | 2,220.53 | * |
| 03/01/90 | Interest-30K Canadian Rail,14.75%,due 9/1/92 | 2,212.50 | |
| 03/05/90 | Interest Income- Ontario Hydro, 10.5% | 1,112.48 | * |
| 03/06/90 | Interest- Manufacturers Hanover Trust | 56.13 | |
| 03/26/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.13 | |
| 03/26/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 129.50 | |
| 03/26/90 | Dividend- Merrill Lynch Ready Asset Trust | 1,858.31 | |
| 03/26/90 | Interest- 50 Units Muni- 1st Muni Bond | 250.00 | |
| 03/30/90 | Interest Income- Wood Gundy | 21.03 | * |
| 04/04/90 | Interest Income- Ontario Hydro, 10.25% | 880.68 | * |
| 04/05/90 | Interest- Manufacturers Hanover Trust | 59.69 | |
| 04/05/90 | Interest on Matured 100000 Canadian T-Bill | 977.77 | * |
| 04/16/90 | Interest Income- Bell Canada, 11% | 708.84 | * |
| 04/16/90 | Interest Income- NB Province, 10.625% | 228.22 | * |
| 04/25/90 | Dividend- Merrill Lynch Ready Asset Trust | 859.47 | |
| 04/25/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 129.00 | |
| 04/25/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 20.01 | |
| 04/25/90 | Interest- 50 Units Muni- 1st Muni Bond | 249.50 | |
| 04/26/90 | Interest Income- Bank of Nova Scotia | 77.60 | * |
| 04/30/90 | Interest Income- CDN PAC LTD | 16.80 | * |
| 04/30/90 | Interest Income- Wood Gundy | 16.36 | * |
| 05/01/90 | Interest Income- Consumer Gas, 10.45% | 444.86 | * |
| 05/04/90 | Interest- Manufacturers Hanover Trust | 61.81 | |
| 05/07/90 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 | |
| 05/10/90 | Interest on Matured 104000 Canadian T-Bill | 1,044.84 | * |
| 05/15/90 | Interest Income- BC Munic Fin, 11.25% | 478.91 | * |
| 05/15/90 | Interest Income- Nova Corp of Alberta | 45.16 | * |
| 05/15/90 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 | |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 21

```
Schedule A-2   -
Schedule of Income Collected - continued
----------------------------------------
Date of
Receipt    Description                                    Amount
-------    -----------                                    ------
05/25/90  Dividend- Merrill Lynch Ready Asset Trust        913.30
05/25/90  Interest- 25 Units Muni Invest Tr-Series 53      128.00
05/25/90  Interest- 50 Units Muni- 1st Muni Bond           249.00
05/25/90  Interest- 3 Units Muni Invest Tr- Series 50       19.80
05/28/90  Interest Income- PEI Province, 11.375%           484.23 *
05/31/90  Interest Income- Wood Gundy                       12.62 *
06/01/90  Interest- 10K Australia,9.125%, due 6/1/96       410.63
06/06/90  Interest- Manufacturers Hanover Trust             62.08
06/07/90  Interest- 10K Kingdom Sweden,9.25%,due 6/1/98     92.50
06/07/90  Interest- 10K Kingdom Sweden,9.25%,due 6/1/98     46.25
06/11/90  Interest Income- BC Province, 9.75%              207.85 *
06/15/90  Interest Income- Ontario Hydro, 10.75%           687.49 *
06/15/90  Interest Income- Simpsons Accept.                151.76 *
06/15/90  Interest Income- Nova An Alta, 9.75%             207.85 *
06/15/90  Interest Income- Sears Canada                    166.70 *
06/18/90  Interest Income- Gov't CDA, 10.25%               218.50 *
06/21/90  Interest Income- Lloyds Bk Mtge                  234.49 *
06/25/90  Dividend- Merrill Lynch Ready Asset Trust      1,183.29
06/25/90  Interest- 3 Units Muni Invest Tr- Series 50       19.80
06/25/90  Interest- 50 Units Muni- 1st Muni Bond           247.00
06/25/90  Interest- 25 Units Muni Invest Tr-Series 53      128.00
06/29/90  Interest Income- Wood Gundy                      194.46 *
06/30/90  Interest Income- Intl Nickel                     125.03 *
07/06/90  Interest- Manufacturers Hanover Trust             63.47
07/13/90  Interest Income- Wood Gundy                        3.80 *
07/16/90  Interest Income- Northern Cent & Gas, 9.62%       70.73 *
07/16/90  Interest Income- Ontario Hydro, 10%              432.25 *
07/16/90  Interest- 10K Ontario Prov,8.4%, due 1/15/07     420.00
07/25/90  Interest- 25 Units Muni Invest Tr-Series 53      126.00
07/25/90  Interest- 3 Units Muni Invest Tr- Series 50       19.62
07/25/90  Interest- 50 Units Muni- 1st Muni Bond           244.50
07/26/90  Dividend- Merrill Lynch Ready Asset Trust        937.37
07/27/90  Interest Income- Bank of Nova Scotia              78.08 *
07/30/90  Interest Income- BC Munic Fin. 10%               432.25 *
07/30/90  Interest Income- CDN PAC LTD                      16.90 *
08/03/90  Interest on Matured 25000 Canadian T-Bill      1,193.39 *
08/06/90  Interest- Manufacturers Hanover Trust             57.59
08/15/90  Interest Income- Wood Gundy                       88.18 *
08/15/90  Interest Income- Wood Gundy                        6.86 *
08/15/90  Interest Income- Nova Corp of Alberta             46.35 *
08/24/90  Interest on Matured 124000 Canadian T-Bill     2,386.98 *
08/27/90  Interest- 3 Units Muni Invest Tr- Series 50       19.26
08/27/90  Interest- 50 Units Muni- 1st Muni Bond           243.50
08/27/90  Dividend- Merrill Lynch Ready Asset Trust      1,167.77
08/27/90  Interest- 25 Units Muni Invest Tr-Series 53      119.50
09/04/90  Interest-30K Canadian Rail,14.75%,due 9/1/92   2,212.50
09/04/90  Interest Income- Ontario Hydro, 10.5%          1,120.09 *
```

9k
2k
1k

* Denotes Conversion from Canadian $ to U.S. $          PAGE 22

Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------

| Date of Receipt | Description | Amount |
|---------|-------------|--------|
| 09/07/90 | Interest- Manufacturers Hanover Trust | 67.60 |
| 09/14/90 | Interest Income- Wood Gundy | 6.67 * |
| 09/14/90 | Interest Income- Wood Gundy | 44.78 * |
| 09/14/90 | Interest Income- Wood Gundy | 9.31 * |
| 09/25/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 117.00 |
| 09/25/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 19.41 |
| 09/25/90 | Interest- 50 Units Muni- 1st Muni Bond | 244.00 |
| 09/26/90 | Interest on Matured 152000 Canadian T-Bill | 1,535.85 * |
| 09/28/90 | Dividend- Merrill Lynch Ready Asset Trust | 947.58 |
| 10/04/90 | Interest- Manufacturers Hanover Trust | 49.95 |
| 10/04/90 | Interest Income- Ontario Hydro, 10.25% | 883.76 * |
| 10/15/90 | Interest Income- NB Province, 10.625% | 229.02 * |
| 10/15/90 | Interest Income- Bell Canada, 11% | 711.31 * |
| 10/15/90 | Interest Income- Wood Gundy | 7.34 * |
| 10/15/90 | Interest Income- Wood Gundy | 2.12 * |
| 10/15/90 | Interest Income- Bank of Nova Scotia | 77.87 * |
| 10/25/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 19.26 |
| 10/25/90 | Interest- 50 Units Muni- 1st Muni Bond | 237.00 |
| 10/25/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 109.50 |
| 10/26/90 | Dividend- Merrill Lynch Ready Asset Trust | 986.81 |
| 10/29/90 | Interest Income- CDN PAC LTD | 16.86 * |
| 11/01/90 | Interest Income- Consumer Gas, 10.45% | 449.25 * |
| 11/05/90 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
| 11/06/90 | Interest- Manufacturers Hanover Trust | 66.13 |
| 11/15/90 | Interest Income- Wood Gundy | 8.37 * |
| 11/15/90 | Interest Income- BC Munic Fin, 11.25% | 483.64 * |
| 11/15/90 | Interest Income- Nova Corp of Alberta | 45.60 * |
| 11/15/90 | Interest Income- Wood Gundy | (765.14)* |
| 11/15/90 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 11/26/90 | Interest- 50 Units Muni- 1st Muni Bond | 232.50 |
| 11/26/90 | Interest Income- PEI Province, 11.375% | 489.01 * |
| 11/26/90 | Interest- 25 Units Muni Invest Tr-Series 53 | 109.25 |
| 11/26/90 | Interest- 3 Units Muni Invest Tr- Series 50 | 19.26 |
| 11/26/90 | Dividend- Merrill Lynch Ready Asset Trust | 1,252.47 |
| 12/03/90 | Interest-10K Kingdom Sweden,9.25%,due 6/1/98 | 46.25 |
| 12/03/90 | Interest-10K Australia,9.125%, due 6/1/96 | 410.63 |
| 12/06/90 | Interest- Manufacturers Hanover Trust | 60.06 |
| 12/10/90 | Interest Income- BC Province, 9.75% | 210.14 * |
| 12/17/90 | Interest Income- Wood Gundy | 0.89 * |
| 12/17/90 | Interest Income- Simpsons Accept. | 153.43 * |
| 12/17/90 | Interest Income- Wood Gundy | 2.84 * |
| 12/17/90 | Interest Income- Sears Canada | 168.54 * |
| 12/17/90 | Interest Income- Wood Gundy | 355.87 * |
| 12/17/90 | Interest Income- Ontario Hydro, 10.75% | 695.07 * |
| 12/17/90 | Interest Income- Gov't CDA, 10.25% | 220.91 * |
| 12/18/90 | Interest Income- Intl Nickel | 126.41 * |
| 12/26/90 | Interest- 50 Units Muni- 1st Muni Bond | 230.00 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 23

```
Schedule A-2  -
Schedule of Income Collected - continued
-----------------------------------------
Date of
Receipt    Description                                          Amount
-------    -----------                                          ------
12/26/90   Interest- 3 Units Muni Invest Tr- Series 50              19.26
12/26/90   Interest- 25 Units Muni Invest Tr-Series 53             109.25
12/28/90   Dividend- Merrill Lynch Ready Asset Trust            1,194.39
01/07/91   Interest- Manufacturers Hanover Trust                   63.27
01/14/91   Interest Income- Ontario Hydro, 10%                     432.55 *
01/15/91   Interest Income- ICG Utils, 9.625%                       70.78 *
01/15/91   Interest- 10K Ontario Prov,8.4%, due 1/15/07           420.00
01/16/91   Interest Income- Wood Gundy                              1.03 *
01/16/91   Interest Income- Wood Gundy                              9.42 *
01/16/91   Interest Income- Wood Gundy                             37.54 *
01/18/91   Interest on Matured 173000 Canadian T-Bill           1,323.01 *
01/25/91   Interest- 25 Units Muni Invest Tr-Series 53            109.25
01/25/91   Interest- 50 Units Muni- 1st Muni Bond                 223.50
01/25/91   Interest- 3 Units Muni Invest Tr- Series 50             19.26
01/25/91   Dividend- Merrill Lynch Ready Asset Trust              886.73
01/29/91   Interest Income- CDN PAC LTD                            16.91 *
01/30/91   Interest Income- BC Munic Fin. 10%                     432.55 *
01/30/91   Interest Income- Bank of Nova Scotia                    78.14 *
02/06/91   Interest- Manufacturers Hanover Trust                   58.69
02/15/91   Interest Income- Nova Corp of Alberta                   45.94 *
02/25/91   Interest- 25 Units Muni Invest Tr-Series 53            109.25
02/25/91   Interest- 3 Units Muni Invest Tr- Series 50             17.94
02/25/91   Interest- 50 Units Muni- 1st Muni Bond                 213.50
03/01/91   Interest-30K Canadian Rail,14.75%,due 9/1/92         2,212.50
03/04/91   Interest Income- Ontario Hydro, 10.5%               1,134.52 *
03/06/91   Interest- Manufacturers Hanover Trust                   53.50
03/18/91   Interest Income- Wood Gundy                             68.50 *
03/18/91   Interest Income- Wood Gundy                              3.03 *
03/18/91   Interest Income- Wood Gundy                              0.32 *
03/25/91   Dividend- Merrill Lynch Ready Asset Trust            1,975.00
03/25/91   Interest- 25 Units Muni Invest Tr-Series 53            109.25
03/25/91   Interest- 3 Units Muni Invest Tr- Series 50             17.70
03/25/91   Interest- 50 Units Muni- 1st Muni Bond                 211.50
04/04/91   Interest- Manufacturers Hanover Trust                   54.64
04/05/91   Interest Income- Ontario Hydro, 10.25%                 888.78 *
04/15/91   Interest Income- Bell Canada, 11%                      715.36 *
04/15/91   Interest Income- NB Province, 10.625%                  230.32 *
04/16/91   Interest Income- Wood Gundy                              7.14 *
04/16/91   Interest Income- Wood Gundy                             14.77 *
04/16/91   Interest Income- Wood Gundy                             22.82 *
04/16/91   Interest Income- Wood Gundy                              1.52 *
04/16/91   Interest Income- Wood Gundy                              4.36 *
04/25/91   Dividend- Merrill Lynch Ready Asset Trust              866.50
04/25/91   Interest- 50 Units Muni- 1st Muni Bond                 211.00
04/25/91   Interest- 3 Units Muni Invest Tr- Series 50             17.70
04/25/91   Interest- 25 Units Muni Invest Tr-Series 53            109.25
04/26/91   Interest Income- Bank of Nova Scotia                    78.32 *
```

* Denotes Conversion from Canadian $ to U.S. $

Schedule A-2  -
Schedule of Income Collected - continued
----------------------------------------

| Date of Receipt | Description | Amount |
|---------|-------------|--------|
| 04/29/91 | Interest Income- CDN PAC LTD | 16.95 * |
| 05/01/91 | Interest Income- Consumer Gas, 10.45% | 454.47 * |
| 05/03/91 | Interest on Matured 160000 Canadian T-Bill | 1,177.36 * |
| 05/06/91 | Interest- Manufacturers Hanover Trust | 57.75 |
| 05/06/91 | Interest- 25K Ontario Prov,17%, due 11/5/11 | 2,125.00 |
| 05/15/91 | Interest- 10K Euro Invest Bk,9%, due 5/15/97 | 450.00 |
| 05/15/91 | Interest Income- BC Munic Fin, 11.25% | 489.26 * |
| 05/15/91 | Interest Income- Nova Corp of Alberta | 46.13 * |
| 05/16/91 | Interest Income- Wood Gundy | 6.23 * |
| 05/16/91 | Interest Income- Wood Gundy | 4.87 * |
| 05/16/91 | Interest Income- Wood Gundy | 71.84 * |
| 05/16/91 | Interest Income- Wood Gundy | 4.24 * |
| 05/22/91 | Interest- Manufacturers Hanover Trust | 26.30 |
| 05/27/91 | Interest Income- PEI Province, 11.375% | 494.70 * |
| 05/28/91 | Interest- 25 Units Muni Invest Tr-Series 53 | 109.25 |
| 05/28/91 | Interest- 3 Units Muni Invest Tr- Series 50 | 17.70 |
| 05/28/91 | Interest- 50 Units Muni- 1st Muni Bond | 210.50 |
| 05/28/91 | Dividend- Merrill Lynch Ready Asset Trust | 1,031.10 |
| 06/03/91 | Interest- 10K Kingdom Sweden,9.25%,due 6/1/98 | 46.25 |
| 06/03/91 | Interest- 10K Australia,9.125%, due 6/1/96 | 410.63 |
| 06/04/91 | Interest Income- Seagram, 10.875% | 1,010.34 * |
| 03/21/91 | Accrued Int. Paid on 25000 Seagram, 10.875% | (708.25)* |
| 06/07/91 | Interest Income- Chemical Bank | 4.66 |
| 06/17/91 | Interest Income- Wood Gundy | 4.35 * |
| 06/17/91 | Interest Income- Simpsons Accept. | 183.07 * |
| 06/17/91 | Interest Income- Sears Canada | 170.95 * |
| 06/17/91 | Interest Income- Wood Gundy | 13.97 * |
| 06/17/91 | Interest Income- Ontario Hydro, 10.75% | 704.99 * |
| 06/17/91 | Interest Income- Maritime Tel, 10.65% | 931.24 * |
| 05/10/91 | Accr. Int. Paid on 20000 Maritime Tel & Tel | (741.07)* |
| 06/17/91 | Interest Income- Wood Gundy | 0.62 * |
| 06/17/91 | Interest Income- Wood Gundy | 6.74 * |
| 06/25/91 | Interest- 25 Units Muni Invest Tr-Series 53 | 201.25 |
| 06/25/91 | Interest- 3 Units Muni Invest Tr- Series 50 | 28.17 |
| 06/25/91 | Dividend- Merrill Lynch Ready Asset Trust | 785.89 |
| 06/25/91 | Interest- 50 Units Muni- 1st Muni Bond | 334.00 |
| 07/02/91 | Interest Income- Intl Nickel | 127.60 * |
| 07/04/91 | Interest Income- Nova Corp, 11.125% | 822.89 * |
| 04/05/91 | Accrued Int. Paid on 20000 Nova Corp,11.125% | (481.01)* |
| 07/08/91 | Interest Income- Chemical Bank | 36.18 |
| 07/12/91 | Dividend- Merrill Lynch Ready Asset Trust | 385.95 |
| 07/15/91 | Interest- 10K Ontario Prov,8.4%, due 1/15/07 | 420.00 |
| 07/15/91 | Interest Income- Ontario Hydro, 10% | 435.10 * |
| 07/16/91 | Interest Income- Wood Gundy | 17.73 * |
| 07/19/91 | Interest on Matured 111000 Candian T-Bill | 843.25 * |
| 07/25/91 | Interest- 3 Units Muni Invest Tr- Series 50 | 17.67 |
| 07/25/91 | Interest- 50 Units Muni- 1st Muni Bond | 205.00 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 25

```
Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------
Date of
Receipt   Description                                    Amount
-------   -----------                                    ------
07/25/91  Interest- 25 Units Muni Invest Tr-Series 53    109.75
07/29/91  Interest Income- Bank of Nova Scotia            78.60 *
07/30/91  Interest Income- CDN PAC LTD                    11.83 *
07/30/91  Interest Income- BC Munic Fin. 10%             435.10 *
08/07/91  Interest Income- Chemical Bank                 299.24
08/16/91  Interest Income- Nova Corp of Alberta           46.34 *
08/16/91  Interest Income- Wood Gundy                     10.06 *
08/26/91  Interest- 50 Units Muni- 1st Muni Bond         201.00
08/26/91  Interest- 25 Units Muni Invest Tr-Series 53    107.25
08/26/91  Interest- 3 Units Muni Invest Tr- Series 50     17.22
09/03/91  Interest- 30K Canadian Railway, 14.34%       2,212.50
09/09/91  Interest Income- Chemical Bank                  48.44
09/16/91  Interest Income- Wood Gundy                      0.84 *
09/16/91  Interest Income- Wood Gundy                      8.20 *
09/25/91  Interest- 25 Units Muni Invest Tr-Series 53    107.25
09/25/91  Interest- 3 Units Muni Invest Tr- Series 50     17.22
09/25/91  Interest- 50 Units Muni- 1st Muni Bond         191.50
09/30/91  Interest Income- Loblaw Co, 10%                747.75 *
05/10/91  Accrued Interest Paid on 20000 Loblaw,10%    (190.64)*
10/04/91  Interest Income- Ontario Hydro, 10.25%         908.77 *
10/07/91  Interest Income- Chemical Bank                  51.06
10/15/91  Interest Income- Bell Canada, 11%              731.45 *
10/15/91  Interest Income- NB Province, 10.625%          235.50 *
10/16/91  Interest Income- Wood Gundy                     11.58 *
10/18/91  Interest on Matured 120000 Canadian T-Bill   2,081.03 *
10/25/91  Interest- 25 Units Muni Invest Tr-Series 53    165.75
10/25/91  Interest- 50 Units Muni- 1st Muni Bond         290.50
10/25/91  Interest- 3 Units Muni Invest Tr- Series 50     24.21
10/28/91  Interest Income- Imasco Ltd., 10.5%            698.20 *
05/10/91  Accrued Interest Paid on 15000 Imasco, 10.5%   (45.04)*
10/28/91  Interest Income- CDN PAC LTD                    12.06 *
10/30/91  Interest Income- Bank of Nova Scotia            80.08 *
11/01/91  Interest Income- Consumer Gas, 10.45%          462.26 *
11/05/91  Interest- 25K Ontario, 17%                   2,125.00
11/07/91  Interest Income- Chemical Bank                  59.07
11/15/91  Interest Income- Nova Corp of Alberta           21.66 *
11/15/91  Interest Income- BC Munic Fin, 11.25%          497.64 *
11/15/91  Interest-7K Unts-Australia,9.125%,due 6/1/96   292.76
11/15/91  Interest- 10K European Invest. Bank, 9%        450.00
11/25/91  Interest- 25 Units Muni Invest Tr-Series 53    107.25
11/25/91  Interest- 50 Units Muni- 1st Muni Bond         183.50
11/25/91  Interest- 3 Units Muni Invest Tr- Series 50     16.44
11/26/91  Interest Income- PEI Province, 11.375%         503.17 *
12/02/91  Interest Income- Seagram, 10.875%            1,008.49 *
12/06/91  Interest Income- Chemical Bank                  53.81
12/16/91  Interest Income- Maritime Tel, 10.65%          929.53 *
12/16/91  Interest Income- Sears Canada                  170.63 *
```

        * Denotes Conversion from Canadian $ to U.S. $            PAGE 26

Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------

| Date of Receipt | Description | Amount |
| ------- | ----------- | ------ |
| 12/16/91 | Interest Income- Simpsons Accept. | 155.33 * |
| 12/16/91 | Interest Income- Ontario Hydro, 10.75% | 703.70 * |
| 12/20/91 | Interest on Matured 127000 Canadian T-Bill | 1,360.08 * |
| 12/26/91 | Interest- 50 Units Muni- 1st Muni Bond | 178.00 |
| 12/26/91 | Interest- 25 Units Muni Invest Tr-Series 53 | 107.25 |
| 12/26/91 | Interest- 3 Units Muni Invest Tr- Series 50 | 14.58 |
| 12/31/91 | Dividend- Merrill Lynch Ready Asset Trust | 69.23 |
| 01/06/92 | Interest Income- Nova Corp, 11.125% | 817.76 * |
| 01/08/92 | Interest Income- Chemical Bank | 58.30 |
| 01/14/92 | Interest Income- Ontario Hydro, 10% | 432.35 * |
| 01/15/92 | Interest- 10K Ontario, 8.4%, due 1/15/07 | 420.00 |
| 01/16/92 | Interest on Matured Treas. Bill, due 1/16/92 | 5,520.50 |
| 01/27/92 | Interest- 25 Units Muni Invest Tr-Series 53 | 107.25 |
| 01/27/92 | Interest- 3 Units Muni Invest Tr- Series 50 | 13.68 |
| 01/27/92 | Interest- 50 Units Muni- 1st Muni Bond | 172.00 |
| 01/28/92 | Interest Income- CDN PAC LTD | 5.88 * |
| 01/29/92 | Interest Income- Bank of Nova Scotia | 81.22 * |
| 01/30/92 | Interest Income- BC Munic Fin. 10% | 432.35 * |
| 01/31/92 | Dividend- Merrill Lynch Ready Asset Trust | 46.87 |
| 02/06/92 | Interest on Matured Treas. Bill, due 2/6/92 | 2,975.19 |
| 02/07/92 | Interest Income- Chemical Bank | 66.61 |
| 02/17/92 | Interest Income- Nova Corp of Alberta | 20.70 * |
| 02/25/92 | Interest- 25 Units Muni Invest Tr-Series 53 | 107.25 |
| 02/25/92 | Interest- 50 Units Muni- 1st Muni Bond | 171.00 |
| 02/25/92 | Interest- 3 Units Muni Invest Tr- Series 50 | 11.19 |
| 02/28/92 | Dividend- Merrill Lynch Ready Asset Trust | 39.32 |
| 03/02/92 | Interest- 30K Canadian Railway, 14.34% | 2,212.50 |
| 03/06/92 | Interest Income- Chemical Bank | 45.86 |
| 03/20/92 | Interest on Matured 135000 Canadian T-Bill | 1,847.38 * |
| 03/25/92 | Interest- 50 Units Muni- 1st Muni Bond | 162.00 |
| 03/25/92 | Interest- 3 Units Muni Invest Tr- Series 50 | 11.10 |
| 03/25/92 | Interest- 25 Units Muni Invest Tr-Series 53 | 107.25 |
| 03/27/92 | Dividend- Merrill Lynch Ready Asset Trust | 40.30 |
| 03/30/92 | Interest Income- Simpsons Accept. | 101.97 * |
| 03/31/92 | Interest Income- Loblaw Co, 10% | 712.73 * |
| 04/06/92 | Interest Income- Ontario Hydro, 10.25% | 863.15 * |
| 04/07/92 | Interest Income- Chemical Bank | 58.06 |
| 04/15/92 | Interest Income- Bell Canada, 11% | 694.73 * |
| 04/15/92 | Interest Income- NB Province, 10.625% | 223.68 * |
| 04/16/92 | Interest Income- Wood Gundy | 46.45 * |
| 04/16/92 | Interest Income- Wood Gundy | 3.60 * |
| 04/16/92 | Interest Income- Wood Gundy | 0.77 * |
| 04/16/92 | Interest Income- Wood Gundy | 6.46 * |
| 04/16/92 | Interest Income- Imasco Ltd., 10.5% | 663.15 * |
| 04/24/92 | Dividend- Merrill Lynch Ready Asset Trust | 40.70 |
| 04/27/92 | Interest- 3 Units Muni Invest Tr- Series 50 | 10.89 |
| 04/27/92 | Interest- 25 Units Muni Invest Tr-Series 53 | 105.75 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 27

Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------

```
Date of
Receipt    Description                                        Amount
-------    -----------                                        ------
04/27/92 Interest- 50 Units Muni- 1st Muni Bond              158.50
04/28/92 Interest Income- CDN PAC LTD                          5.73 *
04/28/92 Interest Income- Bank of Nova Scotia                 79.10 *
05/01/92 Interest Income- Consumer Gas, 10.45%               435.77 *
05/05/92 Interest- 25K Ontario, 17%                        2,125.00
05/07/92 Interest Income- Chemical Bank                       42.72
05/15/92 Interest Income- Nova Corp of Alberta                20.42 *
05/15/92 Interest Income- BC Munic Fin, 11.25%               469.13 *
05/19/92 Interest Income- Wood Gundy                          22.97 *
05/26/92 Interest Income- PEI Province, 11.375%              474.34 *
05/26/92 Interest- 3 Units Muni Invest Tr- Series 50          10.41
05/26/92 Interest- 25 Units Muni Invest Tr-Series 53         102.50
05/26/92 Interest- 50 Units Muni- 1st Muni Bond              158.00
05/29/92 Dividend- Merrill Lynch Ready Asset Trust            50.95
06/01/92 Interest Income- Seagram, 10.875%                   966.12 *
06/05/92 Interest Income- Chemical Bank                       30.53
06/15/92 Interest Income- Ontario Hydro, 10.75%              674.19 *
06/15/92 Interest Income- Sears Canada                       163.48 *
06/15/92 Interest Income- Maritime Tel, 10.65%               890.55 *
06/16/92 Interest Income- Wood Gundy                          10.88 *
06/16/92 Interest Income- Wood Gundy                           2.34 *
06/16/92 Interest Income- Wood Gundy                           8.76 *
06/19/92 Interest on Matured 139000 Canadian T-Bill        1,808.57 *
06/22/92 Interest Income- Seagram, 10.875%                   130.87 *
06/25/92 Interest- 50 Units Muni- 1st Muni Bond              158.50
06/25/92 Interest- 25 Units Muni Invest Tr-Series 53         102.25
06/25/92 Interest- 3 Units Muni Invest Tr- Series 50           9.81
06/26/92 Dividend- Merrill Lynch Ready Asset Trust            39.89
07/06/92 Interest Income- Nova Corp, 11.125%                 793.40 *
07/07/92 Interest Income- Chemical Bank                       47.13
07/14/92 Interest Income- Ontario Hydro, 10%                 419.55 *
07/15/92 Interest- 10K Ontario, 8.4%, due 1/15/07           420.00
07/16/92 Interest Income- Wood Gundy                           2.76 *
07/16/92 Interest Income- Wood Gundy                           0.60 *
07/16/92 Interest Income- Wood Gundy                         (0.10)*
07/16/92 Interest Income- Wood Gundy                          71.94 *
07/16/92 Interest on Matured Treas. Bill, due 7/16/92      3,620.00
07/27/92 Interest- 25 Units Muni Invest Tr-Series 53          84.75
07/27/92 Interest- 50 Units Muni- 1st Muni Bond              156.50
07/27/92 Interest- 3 Units Muni Invest Tr- Series 50           6.42
07/28/92 Interest Income- CDN PAC LTD                          5.71 *
07/29/92 Interest Income- Bank of Nova Scotia                 78.82 *
07/30/92 Interest Income- BC Munic Fin. 10%                  419.55 *
07/31/92 Dividend- Merrill Lynch Ready Asset Trust            52.21
08/06/92 Interest on Matured Treas. Bill, due 8/6/92       1,963.35
08/07/92 Interest Income- Chemical Bank                       55.88
08/17/92 Interest Income- Nova Corp of Alberta                20.56 *
```

* Denotes Conversion from Canadian $ to U.S. $          PAGE 28

Schedule A-2   -
Schedule of Income Collected - continued
------------------------------------------

```
Date of
Receipt    Description                                        Amount
-------    -----------                                        ------
08/25/92 Interest- 25 Units Muni Invest Tr-Series 53          211.00
08/25/92 Interest- 3 Units Muni Invest Tr- Series 50           42.81
08/25/92 Interest- 50 Units Muni- 1st Muni Bond               238.00
08/28/92 Dividend- Merrill Lynch Ready Asset Trust             36.91
09/01/92 Interest- 30K Canadian Railway, 14.34%             2,212.50
09/08/92 Interest Income- Chemical Bank                        70.35
09/09/92 Dividend- Merrill Lynch Ready Asset Trust             14.84
09/14/92 Dividend- Merrill Lynch Ready Asset Trust              9.64
09/25/92 Interest on Matured 181000 Canadian T-Bill        1,772.47 *
09/25/92 Interest- 50 Units Muni- 1st Muni Bond               150.50
09/25/92 Interest- 25 Units Muni Invest Tr-Series 53           43.50
09/25/92 Interest- 3 Units Muni Invest Tr- Series 50            1.29
09/25/92 Dividend- Merrill Lynch Ready Asset Trust             22.90
09/30/92 Interest Income- Loblaw Co, 10%                      695.39 *
10/05/92 Interest Income- Ontario Hydro, 10.25%              823.18 *
10/07/92 Interest Income- Chemical Bank                        68.12
10/15/92 Interest Income- Bell Canada, 11%                   662.56 *
10/15/92 Interest Income- NB Province, 10.625%               213.32 *
10/16/92 Interest Income- Wood Gundy                            0.09 *
10/16/92 Interest Income- Wood Gundy                            0.81 *
10/16/92 Interest Income- Wood Gundy                          118.94 *
10/16/92 Interest Income- Wood Gundy                           77.12 *
10/28/92 Interest Income- Bank of Nova Scotia                  75.44 *
10/26/92 Interest- 25 Units Muni Invest Tr-Series 53           42.50
10/26/92 Interest- 50 Units Muni- 1st Muni Bond               149.00
10/26/92 Interest- 3 Units Muni Invest Tr- Series 50            1.26
10/28/92 Interest Income- CDN PAC LTD                           5.46 *
10/28/92 Interest Income- Imasco Ltd., 10.5%                 632.44 *
10/30/92 Dividend- Merrill Lynch Ready Asset Trust             68.66
11/02/92 Interest Income- Consumer Gas, 10.45%               412.04 *
11/05/92 Interest- 25K Ontario, 17%                         2,125.00
11/06/92 Interest Income- Chemical Bank                        69.40
11/16/92 Interest Income- Nova Corp of Alberta                 19.30 *
11/16/92 Interest Income- BC Munic Fin, 11.25%               443.59 *
11/25/92 Interest- 3 Units Muni Invest Tr- Series 50            1.17
11/25/92 Interest- 25 Units Muni Invest Tr-Series 53           40.00
11/25/92 Interest- 50 Units Muni- 1st Muni Bond               144.50
11/26/92 Interest Income- PEI Province, 11.375%              448.52 *
11/27/92 Dividend- Merrill Lynch Ready Asset Trust             53.15
12/07/92 Interest Income- Chemical Bank                        81.95
12/15/92 Interest Income- Ontario Hydro, 10.75%              634.68 *
12/15/92 Interest Income- Sears Canada                        153.90 *
12/15/92 Interest Income- Maritime Tel, 10.65%               838.37 *
12/16/92 Interest Income- Wood Gundy                            8.04 *
12/16/92 Interest Income- Wood Gundy                           10.21 *
12/16/92 Interest Income- Wood Gundy                            0.86 *
12/16/92 Interest Income- Wood Gundy                            3.13 *
```

* Denotes Conversion from Canadian $ to U.S. $          PAGE 29

```
Schedule A-2  -
Schedule of Income Collected - continued
-------------------------------------------
Date of
Receipt   Description                             Amount
------    -----------                             ------
12/16/92 Interest Income- Wood Gundy                8.49 *
12/16/92 Interest Income- Wood Gundy                6.12 *
12/16/92 Interest Income- Wood Gundy                3.12 *
12/28/92 Interest- 50 Units Muni- 1st Muni Bond   141.00
12/28/92 Interest- 25 Units Muni Invest Tr-Series 53  40.00
12/28/92 Interest- 3 Units Muni Invest Tr- Series 50   0.96
12/31/92 Dividend- Merrill Lynch Ready Asset Trust 67.14

         Interest Income - Bank of Nova Scotia
            Received from 5/25/85 to 5/15/92        7,268.84

         Interest Income - Apple Bank for Savings
            Received from 5/25/85 to 11/23/92       1,532.73

         Interest Income - Chemical Bank
            Received from 5/25/85 to 7/22/91       31,007.12

         Interest Income - Chemical Bank
            Received from 5/25/85 to 7/22/91        2,448.08

         Interest Income - Royal Trust Co.
            Received from 5/25/85 to 7/22/91  29,961.75
            Less: Interest Accrued at 5/24/8     246.67  29,715.08
                                                ------------


         CONTINUED ON NEXT PAGE - - -
```

Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------
AMOUNTS COLLECTED WHICH ARE BEING INCLUDED HEREIN
AS INCOME, FOR WHICH A COMPLETE EXPLANATION CANNOT BE FOUND:
-----------------------------------------------------------

```
Date of
Receipt   Description                              Amount
------    -----------                              ------
 04/28/86 Deposit to Account                         8.65 *
 07/25/86 Cash Received                             61.02 *
 09/10/86 CIL 925 shs CP LTD                         3.18 *
 11/04/86 Cash Received                             63.84 *
 04/28/87 Cash Received                            844.26 *
 06/03/87 Cash Received                            317.48 *
 06/08/87 Cash Received                            412.72 *
 06/09/87 Cash Received                            780.62 *
 06/23/87 Cash Received                              7.14 *
 06/23/87 Adjustment on 6/22/87 Dep.                49.04 *
 06/29/87 Cash Received                             12.38 *
 07/03/87 Cash Received                             14.42 *
 07/03/87 Cash Received                             12.37 *
 08/14/89 Dividends                                  4.87 *
 08/15/89 Dividend                                  18.80 *
 08/18/87 Cash Received                            141.43 *
 08/18/87 Cash Received                            118.46 *
 08/25/87 Cash Received                             12.82 *
 09/08/87 Cash Received                              7.27 *
 11/16/87 Cash Received                             12.92 *
 12/07/87 Cash Received                              7.31 *
 01/20/88 Cash Received                            122.54 *
 02/12/88 Cash Received                             13.41 *
 02/22/88 Cash Received                              7.54 *
 02/23/88 Check Issued                            (10.65)*
 03/07/88 Cash Received                              7.65 *
 04/18/88 Cash Received                              2.79 *
 05/16/88 Cash Received                              2.89 *
 05/16/88 Cash Received                             13.74 *
 07/06/88 Cash Received                              3.16 *
 08/12/88 Check Received                             3.45 *
 09/27/88 Check Issued                           (128.00)*
 10/12/88 Cash Received                              3.92 *
 11/14/88 Cash Received                              3.98 *
 11/15/88 Cash Received                             15.36 *
 12/12/88 Cash Received                              4.16 *
 01/16/89 Cash Received                              4.28 *
 02/10/89 Cash Received                              4.40 *
 02/15/89 Cash Received                             15.73 *
 03/13/89 Cash Received                              4.48 *
 04/12/89 Deposit to Account                         4.62 *
 05/15/89 Deposit                                   18.53 *
 06/02/89 Deposit                                    4.81 *
 06/22/89 Deposit                                    4.73 *
```

                * Denotes Conversion from Canadian $ to U.S. $        PAGE 31

Schedule A-2  -
Schedule of Income Collected - continued
------------------------------------------
AMOUNTS COLLECTED WHICH ARE BEING INCLUDED HEREIN
AS INCOME, FOR WHICH A COMPLETE EXPLANATION CANNOT BE FOUND:
-----------------------------------------------------------------

| Date of Receipt | Description | Amount |
|------|------|------|
| 07/13/89 | Deposit | 4.83 * |
| 10/12/89 | Deposit | 4.87 * |
| 11/16/89 | Deposit | 18.90 * |
| 12/16/89 | Deposit | 4.91 * |
| 01/12/90 | Deposit | 4.92 * |
| 02/16/90 | Deposit | 18.47 * |
| 03/12/90 | Dividend | 4.98 * |
| 04/12/90 | Deposit | 5.22 * |
| 05/14/90 | Deposit | 5.21 * |
| 05/15/90 | Credit Account | 18.82 * |
| 06/12/90 | Deposit | 5.33 * |
| 07/12/90 | Deposit | 5.40 * |
| 08/10/90 | Deposit | 5.46 * |
| 08/15/90 | Deposit | 19.31 * |
| 09/12/90 | Deposit | 5.22 * |
| 10/15/90 | Deposit | 5.17 * |
| 11/13/90 | Deposit | 5.05 * |
| 11/15/90 | Deposit | 19.00 * |
| 12/12/90 | Deposit | 4.95 * |
| 01/14/91 | Deposit | 4.85 * |
| 02/12/91 | Withhold from Acct/Deposit | 4.64 * |
| 02/15/91 | Deposit | 19.14 * |
| 03/12/91 | Deposit | 4.30 * |
| 04/12/91 | Deposit | 4.21 * |
| 05/13/91 | Deposit | 3.99 * |
| 05/15/91 | Deposit | 19.22 * |
| 06/12/91 | Deposit | 3.79 * |
| 07/12/91 | Deposit | 1.84 * |
| 08/12/91 | Deposit | 1.84 * |
| 08/15/91 | Deposit | 19.31 * |
| 09/12/91 | Deposit | 1.86 * |
| 10/15/91 | Deposit | 1.81 * |
| 11/12/91 | Deposit | 1.76 * |
| 11/15/91 | Deposit | 9.02 * |
| 12/12/91 | Deposit | 1.62 * |
| 01/13/92 | Deposit | 1.50 * |
| 02/12/92 | Deposit | 1.40 * |
| 02/17/92 | Deposit | 8.63 * |
| 03/12/92 | Deposit | 1.34 * |
| 04/13/92 | Deposit | 1.46 * |
| 05/12/92 | Deposit | 1.44 * |
| 05/15/92 | Deposit | 8.51 * |
| 06/12/92 | Deposit | 1.39 * |

```
Schedule A-2   -
Schedule of Income Collected - continued
-----------------------------------------
AMOUNTS COLLECTED WHICH ARE BEING INCLUDED HEREIN
AS INCOME, FOR WHICH A COMPLETE EXPLANATION CANNOT BE FOUND:
-----------------------------------------------------------
Date of
Receipt    Description                                Amount
------     -----------                                ------
07/13/92   Deposit                                     1.28 *
08/12/92   Deposit                                     1.24 *
09/14/92   Deposit                                     1.15 *
09/15/92   Deposit                                     8.34 *
10/13/92   Deposit                                     1.08 *
11/12/92   Deposit                                     1.36 *
11/16/92   Deposit                                     8.04 *
12/14/92   Deposit                                     1.36 *


                                                 -------------
Total - Schedule A-2                             $389,097.06
                                                 =============
```

        * Denotes Conversion from Canadian $ to U.S. $          PAGE 33

## Schedule B
### Decreases from Sale or Distributions of Assets

| Date | Asset | Sales Price | Basis | Loss |
|------|-------|-------------|-------|------|
| 08/22/85 | Bought- Noranda, Inc., 9.05%, due 9/26/85 | | | |
| 09/26/85 | Sold- Noranda, Inc. | $85,386.60 | $86,205.60 | $819.00 * |
| 05/24/85 | $19,661.40 Ontario Hydro 13.25% due 10/21/85 | | | |
| 10/18/85 | Sold- 27000 Ontario Hydro | 19,758.60 | 19,858.01 | 99.41 * |
| 09/26/85 | Bought- Noranda, Inc., 8.9%, due 12/20/85 | | | |
| 11/15/85 | Sold- Noranda, Inc. | 85,727.00 | 86,116.40 | 389.40 * |
| 06/24/87 | Bought- Simpsons Accept- 2000 shares | | | |
| 07/14/87 | Sold- 2000 Shares- Simpsons Accept. | 1,372.83 | 1,395.10 | 22.27 * |
| 02/20/89 | Bought- 10000 Canadian T-Bill, due 5/26/89 | | | |
| 05/25/89 | Matured- 10000 Canadian T-Bill, due 5/25/89 | 8,154.78 | 8,180.07 | 25.29 * |
| 12/30/88 | Bought- 25000 Nat Bank CDA,10.25%,due 2/1/90 | | | |
| 02/01/90 | Sold- 25000 National Bank Canada, 10.25% | 20,895.00 | 21,788.85 | 893.85 * |
| 12/01/89 | Bought- 94000 Canadian T-Bill, due 2/3/90 | | | |
| 03/01/90 | Matured- 94000 Canadian T-Bill, due 3/2/90 | 77,453.87 | 78,696.65 | 1,242.77 * |
| 04/06/90 | Bought- 104000 Canadian T-Bill, due 5/11/90 | | | |
| 05/10/90 | Matured-104000 Canadian T-Bill, due 5/11/90 | 87,500.76 | 88,302.39 | 801.63 * |
| 08/24/90 | Bought- 152000 Canadian T-Bill, due 9/28/90 | | | |
| 09/26/90 | Matured- 152000 Canadian T-Bill, due 9/28/90 | 128,180.95 | 131,245.04 | 3,064.09 * |
| 06/07/91 | Bought- 111000 Canadian T-Bill, due 7/19/91 | | | |
| 07/19/91 | Matured- 111000 Canadian T-Bill, due 7/19/91 | 95,748.95 | 96,211.08 | 462.13 * |
| 10/18/91 | Bought- 127000 Canadian T-Bill, due 12/20/91 | | | |
| 12/20/91 | Matured- 127000 Canadian T-Bill,due 12/20/91 | 109,485.52 | 111,216.62 | 1,731.10 * |

ESTATE OF SIMON H. RIFKIND

Schedule B  -
Decreases from Sale or Distribtution of Assets - continued
------------------------------------------------------------

| Date | Asset | Sales Price | Basis | Loss |
|------|-------|-------------|-------|------|
| 12/20/91 | Bought- 135000 Canadian T-Bill, due 3/20/92 | | | |
| 03/20/92 | Matured- 135000 Canadian T-Bill, due 3/20/92 | 111,350.12 | 115,905.05 | 4,554.93 * |
| 03/23/92 | Bought- 139000 Canadian T-Bill, due 6/19/92 | | | |
| 06/19/92 | Matured- 139000 Canadian T-Bill, due 6/19/92 | 114,423.23 | 114,737.96 | 314.73 * |
| 03/21/91 | Bought- 25000 Seagram, 10.875% | | | |
| 06/22/92 | Sold- 25000 Seagram, 10.875% | 21,030.43 | 22,096.23 | 1,065.79 * |
| 08/06/92 | Bought- 110K Treasury Bill, due 2/4/93 | | | |
| 08/10/92 | Redeemed- 110K Treasury Bill, due 2/6/93 | 108,145.34 | 108,215.20 | 69.86 |
| 06/24/92 | Bought- 181000 Canadian T-Bill, due 9/25/92 | | | |
| 09/25/92 | Matured- 181000 Canadian T-Bill, due 9/25/92 | 146,303.63 | 149,540.51 | 3,236.89 * |
| 05/24/85 | $10,000 Canadian Railway 14.75% due 9/1/12 | | 12,243.90 | |
| 09/04/92 | Redeemed- 9000 Canadian Railway National | | 9,000.00 | |
| 09/10/92 | Redeemed- 1000 Canadian Railway National | | 1,000.00 | 2,243.90 |

On December 31, 1992, the estate had Canadian dollars of
31,035.21   which is valued on that date at   $24,430.92
using an exchange rate of          $0.7872 .  The estate
carried this asset at          $26,332.76
There is therefore an exchange rate loss of          1,901.84

                                        --------------
Total - Schedule B                        $22,938.87
                                        ==============

                    * Denotes Conversion from Canadian $ to U.S. $        PAGE 35

Schedule C
Funeral and Administrative Expenses

Funeral Expenses
----------------

| Date of Payment | Description | Amount |
| ------- | ----------- | ------ |

```
                                            -------------
Sub-Total Funeral Expenses                         0.00
                                            -------------
```

Administrative Expenses
-----------------------

| Date of Payment | Description | Amount |
| ------- | ----------- | ------ |
| 07/05/85 | Federal Backup Withholding | $1.07 |
| 08/06/85 | Federal Backup Withholding | 8.94 |
| 10/30/85 | Safekeeping Charge | 36.59 * |
| 02/19/86 | Alleged Forged Checks | 2,597.00 |
| 04/30/86 | Safekeeping Charge | 36.04 * |
| 10/31/86 | Safekeeping Charge | 36.02 * |
| 01/05/87 | Custodial Service Fee | 24.00 |
| 02/16/88 | Bank Charge | 20.98 |
| 03/01/88 | DJ Mandlebaum & Co.- Court Reporter | 548.90 |
| 03/13/89 | Custodial Service Fee | 30.00 |
| 06/28/91 | Elmer S.Hyde, Inc.- Surety Bond | 852.00 |
| 07/29/91 | Bank Charge | 35.00 |
| 08/26/91 | Federal Withholding Tax- Muni Invest Tr | 261.60 |
| 09/06/91 | Bank Error | (0.10) |
| 10/07/91 | Bank Charge | 2.50 |
| 10/25/91 | Federal Withholding Tax- Muni Invest Tr | 217.30 |
| 11/15/91 | Federal Withholding Tax- Australia Comm. | 1,412.60 |
| 11/15/91 | Federal Withholding Tax- Euro. Invest. Bank | 90.00 |
| 11/15/91 | Federal Withholding Tax- Australia Comm. | 58.55 |
| 11/15/91 | Federal Withholding Tax- Euro. Invest. Bank | 2,030.00 |
| 01/20/92 | Custodial Service Fee | 40.00 |
| 04/21/92 | Federal Income Taxes | 1,375.00 |
| 04/24/92 | New York State Income Taxes | 500.00 |
| 04/27/92 | Federal Income Taxes | 1,396.00 |
| 05/01/92 | New York State Income Taxes | 1,926.00 |
| 05/05/92 | WPRWJ- Reimbursed Expenses | 3,528.21 |
| 05/26/92 | David Mandelbaum- Reimbursed Expenses | 283.57 |
| 06/04/92 | Bank Charge | 7.00 |
| 06/10/92 | Solomon Rosenbaum et al.- Reimbursed Expenses | 619.60 |
| 06/18/92 | New York State Income Taxes | 500.00 |
| 06/22/92 | Bank Charge | 12.00 |
| 06/22/92 | Federal Income Taxes | 1,375.00 |
| 07/07/92 | Bank Charge | 8.00 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 36

```
Schedule C
Administrative Expenses - continued
-----------------------------------
Date of
Payment    Description                                          Amount
-------    -----------                                          ------
08/07/92 Bank Charge                                              8.00
09/21/92 Federal Income Taxes                                 1,375.00
09/22/92 New York State Income Taxes                            500.00
10/06/92 Bank Charge                                             72.00
10/09/92 Bank Charge                                             18.00
12/15/92 NYS Income Tax- 1992 IT-2105- Estate Tax               500.00
12/22/92 David Mandelbaum- Adv. Payment on Commissions       10,468.93
                                                            -------------
Sub-Total Administrative Expenses                            32,811.29
                                                            -------------
Total - Schedule C                                          $32,811.29
                                                            =============
```

## Schedule C-1
### Unpaid Administrative Expenses

| Description | Amount |
| --- | --- |
| Wolf Popper Ross Wolf & Jones - | |
|    Attorneys' fees and disbursements | $45,089.35 |
| Goodkind, Wechsler, Labaton & Rudoff - | |
|    Attorneys' fees and disbursements | 37,397.53 |
| A. Uzzo & Company, C.P.A.'s, P.C. - Accountants | |
|    Paid - January, 1993 | 5,516.85 |
|    Estimated Balance to Completion | 10,000.00 |
| | |
| Executor's Commission | 25,744.84 |
| | |
| Total - Schedule C-1 | $123,748.57 |

Schedule D
Creditors Claims

Paid Creditor's Claims
----------------------

Date of
Payment    Description                                              Amount
-------    -----------                                              ------


                                                                 -------------
Total – Schedule D                                                    $0.00
                                                                 =============

* Denotes Conversion from Canadian $ to U.S. $          PAGE 39

Schedule E
Statement of Distributions Made

```
Date of
Payment   Payee                                        Amount
-------   ------                                        ------
 12/15/92 Evelyn Goldberg- Distribution              $40,000.00

                                                     -------------
Total - Schedule E                                   $40,000.00
                                                     =============
```

Schedule F
Assets on Hand

| Asset | Amount |
| --- | --- |
| Chemical Bank Account, A/C#006-099474, Opened May, 1991 | $24,216.47 |
| Chemical Bank Account, A/C#006-099474, Opened June, 1991 | 56,056.24 |
| Merrill Lynch Brokers Account, A/C# 852-17G-39 | 0.26 |
| Merrill Lynch Ready Asset Trust, A/C# 852-17G-39 | 24,902.71 |
| Wood Gundy Limited, A/C# 383683-0 (US $) | 24,430.92 |
| Merrill Lynch Brokers Account, A/C# 852-55023 | 541.13 |
| | |
| $7,282 Consumer Gas 10.45% Due 4/15/99 | 6,772.26 |
| Interest accrued from 1/15/85 to 5/24/85 | 268.95 |
| Delivered on 6/8/87 | |
| $82,286.60 Noranda Inc. 10% due 6/20/85 | |
| Interest accrued from 12/20/84 to 5/24/85 | 3,494.36 |
| $3,461 Nova Scotia Bank 10% due 4/01/01 | 4,259.97 |
| Interest accrued from 4/1/85 to 5/24/85 | 53.87 |
| Delivered on 6/24/86 | |
| $19,661.40 Ontario Hydro 13.25% due 10/21/85 | |
| Interest accrued from 4/21/85 to 5/24/85 | 235.53 |
| $14,564 Ontario Hydro 10.25% due 4/4/09 | 13,471.70 |
| Interest accrued from 4/4/85 to 5/24/85 | 208.58 |
| Delivered on 6/8/87 | |
| $20,000 Canadian Railway 14.75% due 9/1/12 | 24,487.80 |
| $10,000 Ontario Province, 8.4% due 1/15/07 | 7,836.00 |
| $25,000 Ontario Province, 17% due 11/5/11 | 35,182.00 |
| $25,000 Puerto Rico Hsg. Fin., 7.25% due 7/1/20 | 25,000.00 |
| Interest accrued from 1/1/85 to 5/24/85 | 715.07 |
| $25,000 Franklin County, 9% due 12/15/87 | 25,000.00 |
| Interest accrued from 12/15/84 to 5/24/85 | 986.30 |
| $10,923 Bell Canada, 11% due 10/15/04 | 10,868.39 |
| Interest accrued from 4/15/85 to 5/24/85 | 128.38 |
| Delivered on 6/8/87 | |
| $10,923 Canadian Utilities, 10.4% due 7/15/99 | 10,540.70 |
| Interest accrued from 1/15/85 to 5/24/85 | 401.49 |
| Delivered on 3/26/87 | |
| $7,282 Government of Canada, 10.25% due 2/01/04 | 7,063.54 |
| Interest accrued from 2/1/85 to 5/24/85 | 231.08 |
| Delivered on 3/26/87 | |
| $10,923 Government of Canada, 10% due 5/1/02 | 10,267.62 |
| Interest accrued from 5/1/85 to 5/24/85 | 71.82 |
| Delivered on 3/26/87 | |
| 3 Units, Mun Inv Trust, Series 5, N.Y. | 528.66 |
| 25 Units, Mun Inv Trust, Series 53, N.Y. | 6,179.75 |
| 50 Units, Mun Inv Trust, 1st Municipal Bond Ins. Assoc. | 15,557.50 |
| 30 Units, Insured Mun Income Trust, Series 26, N.Y. | 30,000.00 |
| 25 Units, Mun Inv Trust, Series 9, N.Y. | 25,000.00 |
| Nuveen Series 58, N.Y. | 54,000.00 |
| 5.78 Shs. Imperial Oil Ltd. common | 222.81 |
| 100 Shs. Nova An Alta, Class A non-voting | 419.00 |
| 150 Shs. Canadian Pacific Enterprises, common | 3,194.99 |

* Denotes Conversion from Canadian $ to U.S. $          PAGE 41

```
Schedule F
Assets on Hand - continued
--------------------------

           Asset                                    Amount
           -----                                    ------
Bought- 100 CDN PAC LTD                           1,343.73
Bought- Nova An Alta- 300 Shares                  2,017.60
Bought- 15000 BC Munic Fin,10%, due 7/30/97       7,335.57
10,000 Ontario Hydro,10%, due 1/14/96             7,452.48
4,000 Sears Canada,11.5%, due 6/15/95             3,185.57
10,000 PEI Prov.,11.375%,due 11/26/92             7,617.91
5,000 NB Prov.,10.625%, due 4/15/93               3,872.31
20,000 Nova Corp, 11.125%, due 1/4/93            17,775.55
20,000 Loblaw Cos, 10%, due 1/31/06              17,743.92
15,000 Imasco Ltd, 10.50%, due 4/28/98           13,275.32
20,000 Maritime Tel & Tel,10.65%, due 12/15/99   17,830.90
Bought- 200K Treasury Bill, due 1/14/93         196,976.78
188,000 Canadian T-Bill, due 1/7/93             148,582.17
Bought- 110K Treasury Bill, due 2/4/93          108,337.23
Bought- 80 Shares Nova Corp @ 8.75                  591.85

SCHEDULE J - UNRESOLVED                          (14,050.15)


                                                -------------
Total - Schedule F                              $992,800.60
                                                =============
```

* Denotes Conversion from Canadian $ to U.S. $        PAGE 42

## SCHEDULE G

### Statement of Interested Parties

| NAME | NATURE OF INTEREST OR RELATIONSHIP | P.O. ADDRESS |
|---|---|---|
| Evelyn Goldberg | Life Interest in trust of entire estate | 400 E. 54th St. New York, NY 10022 |
| McGill University | 33 1/3% of remainder after trust | 845 Sherbrooke St.W. Montreal, PQ, Canada H3A 2T5 |
| Diana Brooks | 25% of remainder after trust | 4905 Draper St. Montreal, PQ, Canada H3X 3P6 |
| Harry M. Goldberg | 16 2/3rd remainder after trust | 1345 Ridgewood Dr., Chomedey, Laval, PQ, Canada H7W 1L4 |
| Harvard University | 12 1/2% of remainder after trust | 1350 Massachusetts Avenue Room 775 Cambridge, MA 02138 |
| Maimonides Hospital Foundation | 8 1/3% of remainder after trust | 5795 Caldwell Avenue Montreal, PQ, Canada H4W 1W3 |
| Jay Brooks | 2 1/2% of remainder after trust | 4903 Draper Street Montreal, PQ, Canada H3X 3P6 |
| David Yablon | 1 2/3rds% of remainder after trust | 4855A Carleton Avenue Montreal, PQ, Canada H3W 1G7 |
| Attorney General of the State of NY | on behalf of charities | 120 Broadway New York, NY 10271 |

## Schedule I
## Executor's Commissions

Executor's Commissions Calculated on $1,088,550.76 Gross Estate
-----------------------------------------------------------------

|                            | Amount      |
|----------------------------|-------------|
|                            | ------      |
| $100,000.00 @ 5.0% =       | $5,000.00   |
| $200,000.00 @ 4.0% =       | 8,000.00    |
| $700,000.00 @ 3.0% =       | 21,000.00   |
| $ 88,550.76 @ 2.5% =       | 2,213.77    |
|                            | -------------|
| Total Commissions          | 36,213.77   |
| LESS: Amount Paid per Court Order | 10,468.93 |
|                            | -------------|
| Balance of Commissions Due | $25,744.84  |
|                            | =============|

ESTATE OF SIMON A. GOLDBERG

## Schedule J
### Other Pertinent Facts and of Cash Reconciliation

| Asset | Amount |
|-------|--------|
| ----- | ------ |
| 25 Units, Mun Inv Trust, Series 53, N.Y. | $23,690.25 |

Principal Received

| Date | Description | Amount |
|------|-------------|--------|
| 07/31/85 | 25 Units Muni Invest Tr-Series 53 | (190.00) |
| 02/28/86 | 25 Units Muni Invest Tr-Series 53 | (27.00) |
| 04/30/86 | 25 Units Muni Invest Tr-Series 53 | (36.00) |
| 07/31/86 | 25 Units Muni Invest Tr-Series 53 | (191.25) |
| 04/30/87 | 25 Units Muni Invest Tr-Series 53 | (265.25) |
| 07/31/87 | 25 Units Muni Invest Tr-Series 53 | (252.00) |
| 11/02/87 | 25 Units Muni Invest Tr-Series 53 | (2,737.50) |
| 05/02/88 | 25 Units Muni Invest Tr-Series 53 | (159.00) |
| 08/01/88 | 25 Units Muni Invest Tr-Series 53 | (264.25) |
| 09/30/88 | 25 Units Muni Invest Tr-Series 53 | (2,751.00) |
| 10/31/88 | 25 Units Muni Invest Tr-Series 53 | (154.50) |
| 07/31/89 | 25 Units Muni Invest Tr-Series 53 | (130.50) |
| 10/25/89 | 25 Units Muni Invest Tr-Series 53 | (138.25) |
| 04/25/90 | 25 Units Muni Invest Tr-Series 53 | (133.50) |
| 07/25/90 | 25 Units Muni Invest Tr-Series 53 | (1,137.75) |
| 08/27/90 | 25 Units Muni Invest Tr-Series 53 | (183.75) |
| 09/25/90 | 25 Units Muni Invest Tr-Series 53 | (1,449.50) |
| 12/26/90 | 25 Units Muni Invest Tr-Series 53 | (40.25) |
| 07/25/91 | 25 Units Muni Invest Tr-Series 53 | (200.50) |
| 12/26/91 | 25 Units Muni Invest Tr-Series 53 | (20.25) |
| 04/27/92 | 25 Units Muni Invest Tr-Series 53 | (444.00) |
| 07/27/92 | 25 Units Muni Invest Tr-Series 53 | (6,195.25) |
| 10/26/92 | 25 Units Muni Invest Tr-Series 53 | (409.25) |

```
                                           ------------
Total Principal Received                    (17,510.50)
                                           -------------
Balance - 25 Units, Mun Inv Trust, Series 53, N.Y.    $6,179.75
                                           =============
```

* Denotes Conversion from Canadian $ to U.S. $          PAGE 44

ESTATE OF SIMON A. GOLDBERG

Schedule J -
Other Pertinent Facts and of Cash Reconciliation - continued
---------------------------------------------------------------

```
             Asset                                        Amount
             -----                                        ------
3 Units, Mun Inv Trust, Series 5, N.Y.                  $3,084.96


             Principal Received
07/31/85  3 Units Muni Invest Tr- Series 50        (13.71)
10/31/85  3 Units Muni Invest Tr- Series 50         (5.40)
04/30/86  3 Units Muni Invest Tr- Series 50         (5.49)
06/02/86  3 Units Muni Invest Tr- Series 50       (420.87)
07/31/86  3 Units Muni Invest Tr- Series 50        (21.30)
04/30/87  3 Units Muni Invest Tr- Series 50        (26.85)
07/31/87  3 Units Muni Invest Tr- Series 50        (15.42)
05/02/88  3 Units Muni Invest Tr- Series 50        (29.49)
10/31/88  3 Units Muni Invest Tr- Series 50        (39.00)
07/31/89  3 Units Muni Invest Tr- Series 50        (19.23)
12/26/89  3 Units Muni Invest Tr- Series 50         (4.35)
04/25/90  3 Units Muni Invest Tr- Series 50        (30.33)
07/25/90  3 Units Muni Invest Tr- Series 50        (63.90)
12/26/90  3 Units Muni Invest Tr- Series 50         (5.61)
02/25/91  3 Units Muni Invest Tr- Series 50       (174.60)
07/25/91  3 Units Muni Invest Tr- Series 50        (48.21)
11/25/91  3 Units Muni Invest Tr- Series 50       (244.68)
12/26/91  3 Units Muni Invest Tr- Series 50         (0.81)
01/27/92  3 Units Muni Invest Tr- Series 50       (308.34)
02/25/92  3 Units Muni Invest Tr- Series 50        (45.12)
04/27/92  3 Units Muni Invest Tr- Series 50        (70.02)
06/25/92  3 Units Muni Invest Tr- Series 50       (180.99)
07/27/92  3 Units Muni Invest Tr- Series 50       (746.88)
11/30/92  3 Units Muni Invest Tr- Series 50        (35.43)
12/28/92  3 Units Muni Invest Tr- Series 50         (0.27)
                                                ------------
Total Principal Received                         (2,556.30)
                                                --------------
Balance - 3 Units, Mun Inv Trust, Series 5, N.Y.   $528.66
                                                ==============
```

* Denotes Conversion from Canadian $ to U.S. $            PAGE 45

Schedule J -
Other Pertinent Facts and of Cash Reconciliation - continued
-----------------------------------------------------------
            Asset                                            Amount
            -----                                            ------
50 Units, Mun Inv Trust, 1st Municipal Bond Ins. Assoc.    $46,656.50


            Principal Received
05/31/85 50 Units Muni- 1st Muni Bond           (398.00)
07/01/85 50 Units Muni- 1st Muni Bond           (316.50)
07/31/85 50 Units Muni- 1st Muni Bond           (171.50)
09/03/85 50 Units Muni- 1st Muni Bond           (125.50)
10/31/85 50 Units Muni- 1st Muni Bond            (92.00)
12/02/85 50 Units Muni- 1st Muni Bond            (91.00)
12/31/85 50 Units Muni- 1st Muni Bond           (147.50)
01/31/86 50 Units Muni- 1st Muni Bond           (431.00)
02/28/86 50 Units Muni- 1st Muni Bond           (142.50)
06/02/86 50 Units Muni- 1st Muni Bond           (163.50)
06/30/86 50 Units Muni- 1st Muni Bond           (907.50)
07/31/86 50 Units Muni- 1st Muni Bond           (154.50)
10/31/86 50 Units Muni- 1st Muni Bond           (316.50)
12/31/86 50 Units Muni- 1st Muni Bond           (386.50)
03/02/87 50 Units Muni- 1st Muni Bond           (365.00)
06/30/87 50 Units Muni- 1st Muni Bond           (501.00)
09/30/87 50 Units Muni- 1st Muni Bond         (1,246.50)
12/31/87 50 Units Muni- 1st Muni Bond           (357.50)
02/29/88 50 Units Muni- 1st Muni Bond           (296.50)
05/31/88 50 Units Muni- 1st Muni Bond           (560.50)
06/30/88 50 Units Muni- 1st Muni Bond           (292.50)
08/31/88 50 Units Muni- 1st Muni Bond           (323.00)
10/31/88 50 Units Muni- 1st Muni Bond           (396.50)
01/03/89 50 Units Muni- 1st Muni Bond           (752.50)
02/28/89 50 Units Muni- 1st Muni Bond           (368.00)
05/31/89 50 Units Muni- 1st Muni Bond           (365.00)
06/30/89 50 Units Muni- 1st Muni Bond           (306.50)
08/31/89 50 Units Muni- 1st Muni Bond           (421.00)
10/02/89 50 Units Muni- 1st Muni Bond         (1,966.50)
11/27/89 50 Units Muni- 1st Muni Bond           (354.50)
12/26/89 50 Units Muni- 1st Muni Bond           (250.50)
02/26/90 50 Units Muni- 1st Muni Bond           (291.50)
05/25/90 50 Units Muni- 1st Muni Bond           (374.00)
06/25/90 50 Units Muni- 1st Muni Bond           (399.00)
08/27/90 50 Units Muni- 1st Muni Bond           (365.50)
09/25/90 50 Units Muni- 1st Muni Bond           (547.50)
10/25/90 50 Units Muni- 1st Muni Bond           (621.50)
12/26/90 50 Units Muni- 1st Muni Bond           (258.00)
12/26/90 50 Units Muni- 1st Muni Bond           (966.50)
02/25/91 50 Units Muni- 1st Muni Bond         (1,551.50)
05/28/91 50 Units Muni- 1st Muni Bond           (329.00)
06/25/91 50 Units Muni- 1st Muni Bond           (876.50)
08/26/91 50 Units Muni- 1st Muni Bond         (1,308.00)
10/25/91 50 Units Muni- 1st Muni Bond         (1,086.50)


        * Denotes Conversion from Canadian $ to U.S. $        PAGE 46

Schedule J -
Other Pertinent Facts and of Cash Reconciliation - continued
-----------------------------------------------------------------
            Asset                                        Amount
            -----                                        ------
11/25/91 50 Units Muni- 1st Muni Bond           (596.50)
12/26/91 50 Units Muni- 1st Muni Bond         (1,188.00)
12/31/91 50 Units Muni- 1st Muni Bond            (72.50)
02/25/92 50 Units Muni- 1st Muni Bond           (505.00)
03/25/92 50 Units Muni- 1st Muni Bond         (1,589.50)
07/27/92 50 Units Muni- 1st Muni Bond           (887.00)
08/25/92 50 Units Muni- 1st Muni Bond           (303.50)
09/30/85 50 Units Muni- 1st Muni Bond           (121.00)
10/26/92 50 Units Muni- 1st Muni Bond           (502.50)
11/25/92 50 Units Muni- 1st Muni Bond           (685.50)
12/28/92 50 Units Muni- 1st Muni Bond           (910.50)
12/31/92 50 Units Muni- 1st Muni Bond         (1,795.00)


                                              ------------
Total Principal Received                       (31,099.00)
                                              --------------
Balance - 50 Units, Mun Inv Trust, 1st Municipal Bond   $15,557.50
                                              ==============


            * Denotes Conversion from Canadian $ to U.S. $      PAGE 47

```
Schedule J -
Other Pertinent Facts and of Cash Reconciliation - continued
--------------------------------------------------------------
              Asset                                    Amount
              -----                                    ------
Aetna Insurance Co. - Claim reimbursement              $403.20
  07/01/85 Aetna Life- Medical Reimbursement          (403.20)
                                                  -------------
Balance                                                   0.00
                                                  =============


Government of Canada - May Pension                     $360.52
  07/01/85 Government of Canada- Pension              (360.52)
                                                  -------------
Balance                                                   0.00
                                                  =============


International Bank - fee                                $719.00
  07/08/85 Transfer- International Bank               (719.00)
                                                  -------------
Balance                                                   0.00
                                                  =============


U.S.D.A. - fees                                      $2,063.75
  07/01/85 USDA April- Fee                          (1,086.03)
  07/12/85 USDA May- Fee                              (977.72)
                                                  -------------
Balance                                                   0.00
                                                  =============



Securities Bought and Not Sold
------------------------------
  03/07/86 Bought- 100 CDN PAC LTD                   $1,343.73 *
  06/08/87 Bought- Nova An Alta- 300 Shares           2,017.60 *
  08/26/87 Bought- 15000 BC Munic Fin,10%, due 7/30/97    7,335.57 *
  08/26/87 10,000 Ontario Hydro,10%, due 1/14/96     7,452.48 *
  10/05/87 4,000 Sears Canada,11.5%, due 6/15/95     3,185.57 *
  10/14/87 10,000 PEI Prov.,11.375%,due 11/26/92     7,617.91 *
  12/15/87 5,000 NB Prov.,10.625%, due 4/15/93       3,872.31 *
  04/05/91 20,000 Nova Corp, 11.125%, due 1/4/93    17,775.55 *
  05/10/91 20,000 Loblaw Cos, 10%, due 1/31/06      17,743.92 *
  05/10/91 15,000 Imasco Ltd, 10.50%, due 4/28/98   13,275.32 *
  05/10/91 20,000 Maritime Tel & Tel,10.65%, due 12/15/99    17,830.90 *
  07/16/92 Bought- 200K Treasury Bill, due 1/14/93  196,976.78
  10/07/92 188,000 Canadian T-Bill, due 1/7/93     148,582.17 *
  08/06/92 Bought- 110K Treasury Bill, due 2/4/93   108,337.23
  09/14/89 Bought- 80 Shares Nova Corp @ 8.75          591.85 *
```

Schedule J -
Other Pertinent Facts and of Cash Reconciliation - continued
-----------------------------------------------------------
Transactions which must be Classified:
--------------------------------------

```
07/08/85 Transfer- County of Franklin                   (916.66)
10/31/85 Transfer                                          5.40
06/03/86 Bank of Nova Scotia Conversion                   (5.74)*
08/26/87 Cash Received ($21,206.25 Canadian $
         Converted to US $)                          (15,995.87)*
12/28/92 Check Issued- Transfer                        1,092.73
12/31/92 Check Issued- Transfer                        1,795.00

05/13/91 Wolf, Popper, Ross, Wolf & Jones- Advance       (25.00)
                                                      -------------
                                                     ($14,050.15)
                                                      =============
```

    Although certain transactions converted from Canadian $ to
U.S. $ may report a loss, the loss may be attributed to the
fluxuation in the exchange rate from $.7282 at the date of death,
to the exchange rate in effect at the date of the transaction.

       * Denotes Conversion from Canadian $ to U.S. $          PAGE 49

ESTATE OF SIMON A. SCOHEN, SR.

SUMMARY STATEMENT OF ACCOUNT

| | | |
|---|---|---:|
| Schedule A | - Principal Received | $655,783.61 |
| Schedule A-1 | - Increases from Sale or Distribution of Assets | 43,670.09 |
| Schedule A-2 | - Income Collected | 389,097.06 |
| | | ------------- |
| | Total Charges | 1,088,550.76 |
| | | ------------- |
| Schedule B | - Decreases from Sale or Distributions of Assets | 22,938.87 |
| Schedule C | - Funeral and Administrative Expenses | 32,811.29 |
| Schedule C-1 | - Unpaid Administrative Expense*123,748.57 | |
| Schedule D | - Creditors Claims | 0.00 |
| Schedule E | - Statement of Distributions Made | 40,000.00 |
| | | ------------- |
| | Total Credits | 95,750.16 |
| | | ------------- |
| Schedule F | - Assets on Hand | $992,800.60 |
| | | ============= |

The foregoing balance of $992,800.60 consists of $130,263.73 in cash and $862,536.87 in other property on hand as of the 31st day of December, 1992.  It is subject to deduction of estimated principal commissions amounting to $25,528.84 shown in Schedule I and to the proper charge to principal of expenses of this accounting.

The attached schedules are part of this account.

Exhibit D

FINAL ACCOUNT OF THE

ESTATE OF SIMON A. GOLDBERG

JANUARY 1, 1993 – NOVEMBER 11, 2008

Software Developed by
COMP-ACCT FIDUCIARY SOFTWARE, INC.
70-17 173rd Street
Flushing, NY  11365
(718) 591-8111

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 206 of 449

-2-

Table of Contents
-----------------

Summary - Canadian Dollar................................. Page    3

Summary - U.S. Dollar.................................... Page    4

Summary - Combined Accounts............................. Page    4

Schedule A, Canadian Dollar............................. Page    5

Schedule A, U.S. Dollar................................. Page    6

Schedule A-1, Canadian Dollar........................... Page    8

Schedule A-1, U.S. Dollar............................... Page   10

Schedule A-2, Canadian Dollar........................... Page   12

Schedule A-2, U.S. Dollar............................... Page   19

Schedule B, Canadian Dollar............................. Page   33

Schedule B, U.S. Dollar................................. Page   35

Schedule C, Canadian Dollar............................. Page   41

Schedule C, U.S. Dollar................................. Page   42

Schedule D, Combined.................................... Page   47

Schedule E, Canadian Dollar............................. Page   48

Schedule E, U.S. Dollar................................. Page   50

Schedule F, Canadian Dollar............................. Page   51

Schedule F, U.S. Dollar................................. Page   52

Schedule G, Canadian Dollar............................. Page   65

Schedule G, U.S. Dollar................................. Page   66

Schedule J, Canadian Dollar............................. Page   67

Schedule J, U.S. Dollar................................. Page   69

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Summary
-------

CHARGES:
--------

Amount shown by Schedule A
    (Principal Received)......................$    403,000.81

Amount shown by Schedule A-1
    (Realized Increases on Principal).........    27,967.20

Amount shown by Schedule A-2
    (Income Collected).........................    48,546.03
                                                --------------
        Total Charges.........................................$    479,514.04

CREDITS:
--------

Amount shown by Schedule B
    (Realized Decreases on Principal).........$    1,880.75

Amount shown by Schedule C
    (Funeral and Administration Expenses).....    15.00

Amount shown by Schedule D
    (Creditors' Claims Actually Paid).........    0.00

Amount shown by Schedule E
    (Distributions to Beneficiaries, etc.)....    477,618.29
                                                --------------
        Total Credits..........................................    479,514.04
                                                              --------------
        Balance on hand shown by Schedule G....................$    0.00
                                                              ==============

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Summary
-------

CHARGES:
--------

Amount shown by Schedule A
   (Principal Received)......................$    980,412.13

Amount shown by Schedule A-1
   (Realized Increases on Principal).........      5,558.43

Amount shown by Schedule A-2
   (Income Collected)........................    472,660.69
                                --------------
   Total Charges........................................$ 1,458,631.25

CREDITS:
--------

Amount shown by Schedule B
   (Realized Decreases on Principal).........$     65,092.92

Amount shown by Schedule C
   (Funeral and Administration Expenses).....    556,299.18

Amount shown by Schedule D
   (Creditors' Claims Actually Paid).........          0.00

Amount shown by Schedule E
   (Distributions to Beneficiaries, etc.)....    -40,000.00
                                --------------
   Total Credits.........................................    581,392.10
                                --------------
   Balance on hand shown by Schedule G...................$    877,239.15
                                ==============

## COMBINED ACCOUNTS

The foregoing balance of $877,239.15 consists of $5,019.63 in
cash and $872,219.52 in other property on hand as of the 11th day of November, 2008.

The attached schedules are part of this account.

_____

_____

_____

Executor/Administrator

Summary
Page 1

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A
Statement of Principal Received
--------------------------------

The following assets were on hand on 01/01/93 (unless otherwise indicated).

| Description | Inventory Value | |
| --- | --- | --- |
| CASH: | | |
| Wood Gundy, Brokerage Account  475-03096 | $    31,035.21 | $    31,035.21 |

STOCKS & FUNDS:
---------------

| no. of shares | | | |
| --- | --- | --- | --- |
| 425 | Bank of Nova Scotia, common | $    10,040.63 | |
| 100 | CDN Pac Ltd, common | 1,600.00 | |
| 480 | Nova Corp of Alberta, common | 4,140.00 | 15,780.63 |

DEBT INSTRUMENTS:
-----------------

| face value | | | |
| --- | --- | --- | --- |
| $    15,000 | Bell Canada, 11%, due 10/15/04 | $    16,350.00 | |
| 188,000 | Canada T-Bill, due 1/7/93 | 187,753.72 | |
| 10,000 | Consumer Gas SFD, 10.45%, due 5/1/99 | 10,362.50 | |
| 15,000 | Imasco Ltd, 10.5%, due 4/28/98 | 16,181.25 | |
| 20,000 | Loblaw Cos, 10%, due 3/31/06 | 21,025.00 | |
| 20,000 | Maritime Tel & Tel, 10.65%, due 12/15/99 | 21,950.00 | |
| 10,000 | Municipal Finance Authority of British Columbia, 10%, due 7/30/97 | 10,690.00 | |
| 5,000 | N B Province, 10.625%, due 4/15/93 | 5,042.50 | |
| 20,000 | Nova Corp Alta, 11.125%, due 1/4/93 | 20,000.00 | |
| 10,000 | Ontario Hydro, 10%, due 1/14/96 | 10,530.00 | |
| 20,000 | Ontario Hydro, 10.25%, due 4/4/09 | 21,160.00 | |
| 10,000 | Province of Prince Edward Island, 11.375%, due 11/26/97 | 11,140.00 | |
| 4,000 | Sears Canada, 11.5%, due 6/15/95 | 4,000.00 | 356,184.97 |

| | Total Schedule A | | $   403,000.81 |
| --- | --- | --- | --- |

Summary:
--------

| | | |
| --- | --- | --- |
| Securities | | $   371,965.60 |
| Other | | 31,035.21 |
| Total | | $   403,000.81 |

Schedule A
Page 1

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A
Statement of Principal Received
--------------------------------

The following assets were on hand on 01/01/93 (unless otherwise indicated).

| Description | | Inventory Value |
|---|---|---|
| **CASH:** | | |
| | | |
| Chemical Bank, Checking Account  #006-058191 | $    24,216.47 | |
| Chemical Bank, NOW Account  006-099475 | 56,172.24 | |
| December 1992 Transfers From Merrill Lynch Representing Municipal Income Trust Dividends Deposited into Chemical Checking in January 1993 | 2,887.73 | |
| Merrill Lynch, Brokerage Account  852-17G39 | 0.26 | |
| Merrill Lynch, Brokerage Account  852-55023 01/10/95 | 541.13 | |
| Wood Gundy Brokerage Account Transfer, Canadian Account 03/27/96 | $   231,765.28 | |
| Wood Gundy Brokerage Account Transfer, Canadian Account 12/09/96 | 110,031.60 | |
| Wood Gundy Brokerage Account Transfer, Canadian Account | 195.86 | $   425,810.57 |

**STOCKS & FUNDS:**

| no. of shares | | | |
|---|---|---|---|
| | 11/14/98 | | |
| 75 | Gulf Canada Resources Limited, (From Wood Gundy) | $       403.13 | |
| 30 | Insured Municipals - Income Trust Series 26 | 30,000.00 | |
| 25 | Insured Municipals - Income Trust Series 9 | 25,000.00 | |
| 24,902.71 | Merrill Lynch Ready Assets Trust | 24,902.71 | |
| 50 | Municipal Invest Trust Series 1 MBIA Insured | 15,557.50 | |
| 3 | Municipal Invest Trust Series 50 New York | 528.66 | |
| 25 | Municipal Invest Trust Series 53 New York | 6,179.75 | |
| | 11/14/98 | | |
| 20 | NOVA Corp., (From Wood Gundy) | 210.00 | |
| 54 | Nuveen Series 58, N.Y. | 54,000.00 | 156,781.75 |

**DEBT INSTRUMENTS:**

| face value | | | |
|---|---|---|---|
| $   20,000 | Canadian National Railways Co. Debentures, 14.75%  Due 9/1/12 | $    24,487.80 | |
| 25,000 | Franklin County, 9%  Due 12/15/87 | 25,000.00 | |
| 25,000 | Ontario Province Bonds, 17%  Due 11/5/11 | 35,182.00 | |
| 10,000 | Ontario Province Canada Debenture, 8.4%  Due 1/15/07 | 7,836.00 | |
| 200,000 | U.S. Treasury Bills, Due 1/14/93 | 196,976.78 | |
| 110,000 | U.S. Treasury Bills, Due 2/4/93 | 108,337.23 | 397,819.81 |

| | Total Schedule A | | $   980,412.13 |
|---|---|---|---|

```
              ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                              Schedule A
                     Statement of Principal Received
                     -------------------------------
```

| Description | Inventory Value |
| --- | --- |
| ----------- | --------------- |

Summary:
--------

| | |
| --- | --- |
| Securities | $  554,601.56 |
| Cash | 425,810.57 |
| | -------------- |
| Total | $  980,412.13 |
| | ============== |

| | |
| --- | --- |
| Assets on Hand at Opening Date | 637,806.26 |
| Assets Received During Period (on dates mentioned) | 342,605.87 |
| | -------------- |
| Total | $  980,412.13 |
| | ============== |

It has been determined that the following two bonds have never
been part of the estate.

1.    Puerto Rico Hsg. Fin. 7.25%, due 7/2/10
2.    Onondaga County, 5.7%, due 2001

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution
--------------------------------------------------------------

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| ----------- | -------- | --------- | -------- |
| Part 1 - Sales: | | | |
| --------------- | | | |
| 01/10/95   100 shares of CDN Pac Ltd, common, (Sold for $1,430.25 US Dollars) | $    2,018.80 | $    1,600.00 | $     418.80 |
| 01/10/95   425 shares of Bank of Nova Scotia, common, (Sold for $7,836.78 US Dollars) | 11,061.61 | 10,040.63 | 1,020.98 |
| 01/10/95   480 shares of Nova Corp of Alberta, common, (Sold for $4,305.67 US Dollars) | 6,077.45 | 4,140.00 | 1,937.45 |
| 02/19/96  $20,000 face value of Loblaw Cos, 10%, due 3/31/06 | 22,339.50 | 21,025.00 | 1,314.50 |
| 02/19/96  $20,000 face value of Maritime Tel & Tel, 10.65%, due 12/15/99 | 22,449.50 | 21,950.00 | 499.50 |
| 02/19/96  $20,000 face value of Ontario Hydro, 10.25%, due 4/4/09 | 22,125.00 | 21,160.00 | 965.00 |
| | -------------- | -------------- | -------------- |
| Total Schedule A-1, Part 1 | $   86,071.86 | $   79,915.63 | $    6,156.23 |
| | ============== | ============== | ============== |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution
----------------------------------------------------------------

| Description | Proceeds | Inventory Value | Increase |
|-------------|----------|-----------------|----------|
| Part 2 - Redemptions: | | | |
| 01/07/93  $188,000 face value of | | | |
| Canada T-Bill, due 1/7/93 | $    188,000.00 | $    187,753.72 | $    246.28 |
| 02/11/93  $241,000 face value of | | | |
| Canada T-Bill, due 2/11/93 | 241,000.00 | 239,678.60 | 1,321.40 |
| 04/15/93  $244,000 face value of | | | |
| Canada T-Bill, due 4/15/93 | 244,000.00 | 241,904.28 | 2,095.72 |
| 06/24/93  $254,000 face value of | | | |
| Canada T-Bill, due 6/24/93 | 254,000.00 | 252,225.81 | 1,774.19 |
| 09/23/93  $263,000 face value of | | | |
| Canada T-Bill, due 9/23/93 | 263,000.00 | 260,700.85 | 2,299.15 |
| 10/28/93  $264,000 face value of | | | |
| Federal Bus Stn, due 10/28/93 | 264,000.00 | 263,116.92 | 883.08 |
| 01/06/94  $270,000 face value of | | | |
| Canada T-Bill, due 1/6/94 | 270,000.00 | 268,350.30 | 1,649.70 |
| 02/17/94  $273,000 face value of | | | |
| Canada T-Bill, due 2/17/94 | 273,000.00 | 272,172.26 | 827.74 |
| 05/19/94  $277,000 face value of | | | |
| Canada T-Bill, due 5/19/94 | 277,000.00 | 275,011.69 | 1,988.31 |
| 08/18/94  $293,000 face value of | | | |
| Canada T-Bill, due 8/18/94 | 293,000.00 | 289,285.64 | 3,714.36 |
| 10/17/94  $300,000 face value of | | | |
| Canada T-Bill, due 10/20/94 | 300,000.00 | 297,598.80 | 2,401.20 |
| 12/01/94  $305,000 face value of | | | |
| Canada T-Bill, due 12/1/94 | 305,000.00 | 303,669.59 | 1,330.41 |
| 01/05/95  $308,000 face value of | | | |
| Canada T-Bill, due 1/5/95 | 308,000.00 | 306,720.57 | 1,279.43 |
| Total Schedule A-1, Part 2 | $ 3,480,000.00 | $ 3,458,189.03 | $   21,810.97 |

Recapitulation:
----------------

| | Proceeds | Inventory Value | Increase |
|---|----------|-----------------|----------|
| Schedule A-1, Part 1 | $     86,071.86 | $     79,915.63 | $    6,156.23 |
| Schedule A-1, Part 2 | 3,480,000.00 | 3,458,189.03 | 21,810.97 |
| Total Schedule A-1 | $ 3,566,071.86 | $ 3,538,104.66 | $   27,967.20 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 214 of 449

-10-

```
               ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                             Schedule A-1
              Statement of Increases on Sales, Liquidation or Distribution
```

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| **Part 1 - Sales:** | | | |
| 04/22/97  50 shares of | | | |
| Municipal Invest Trust Series 1 MBIA Insured | $    2,764.00 | $       0.00 | $    2,764.00 |
| 04/30/99  75 shares of | | | |
| Gulf Canada Resources Limited Sr Pref Ser 1 | 66.24 | 0.00 | 66.24 |
| Total Schedule A-1, Part 1 | $    2,830.24 | $       0.00 | $    2,830.24 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution
-----------------------------------------------------------------

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| Part 2 - Redemptions: | | | |
| 05/04/93  $10,000 face value of Ontario Province Canada Debenture, 8.4%  Due 1/15/07 | $   10,302.00 | $    7,836.00 | $   2,466.00 |
| 01/31/97  $230,000 face value of U.S. Treasury Notes, 7.5%  Due 1/31/97 | 230,000.00 | 229,755.60 | 244.40 |
| 12/11/97  $772,000 face value of U.S. Treasury Bills, Due 12/11/97 | 758,480.77 | 758,462.98 | 17.79 |
| Total Schedule A-1, Part 2 | $   998,782.77 | $   996,054.58 | $   2,728.19 |

Recapitulation:
---------------

| | | | |
|---|---|---|---|
| Schedule A-1, Part 1 | $    2,830.24 | $      0.00 | $   2,830.24 |
| Schedule A-1, Part 2 | 998,782.77 | 996,054.58 | 2,728.19 |
| Total Schedule A-1 | $ 1,001,613.01 | $  996,054.58 | $   5,558.43 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 216 of 449

-12-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
---------------------------------

| Description | Amount |
|-------------|--------|
| ----------- | ------ |

Part 1 - Dividends Earned:
--------------------------

```
      Bank of Nova Scotia, common:
      ----------------------------
01/27/93 Dividend on 425 shares          $      101.15
04/28/93 Dividend on 425 shares                 101.15
07/28/93 Dividend on 425 shares                 101.15
10/28/93 Dividend on 425 shares                 101.15
01/27/94 Dividend on 425 shares                 104.77
04/27/94 Dividend on 425 shares                 104.77
07/27/94 Dividend on 425 shares                 123.25
10/27/94 Dividend on 425 shares                 123.25
01/27/95 Dividend                               131.75  $      992.39
                                         --------------

      CDN Pac Ltd, common:
      --------------------
01/28/93 Dividend on 100 shares          $        6.80
04/28/93 Dividend on 100 shares                   6.80
07/28/93 Dividend on 100 shares                   6.80
10/28/93 Dividend on 100 shares                   6.80
01/28/94 Dividend on 100 shares                   6.80
04/28/94 Dividend on 100 shares                   6.80
07/28/94 Dividend on 100 shares                   8.00
10/28/94 Dividend on 100 shares                   8.00
01/29/95 Dividend                                 8.00          64.80
                                         --------------

      Consumer Gas SFD, 10.45%, due 5/1/99:
      -------------------------------------
11/01/93 Dividend                        $      418.00         418.00
                                         --------------

      Gulf Canada Resources Limited:
      ------------------------------
11/14/95 Dividend                        $        1.73
12/13/95 Dividend                                 1.66
01/09/96 Dividend                                 1.66
02/12/96 Dividend                                 1.60
03/12/96 Dividend                                 2.11
04/15/96 Dividend                                 2.11
05/13/96 Dividend                                 2.04
06/12/96 Dividend                                 2.04
07/12/96 Dividend                                 2.04
08/12/96 Dividend                                 1.99
09/12/96 Dividend                                 1.92
10/15/96 Dividend                                 1.86
11/12/96 Dividend                                 1.79          24.55
                                         --------------

      Maritime Tel & Tel, 10.65%, due 12/15/99:
      -----------------------------------------
06/15/93 Dividend                        $    1,065.00       1,065.00
                                         --------------
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 217 of 449

-13-

```
               ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
                                 Schedule A-2
                         Statement of All Income Collected
                         ---------------------------------

Description                                                     Amount
-----------                                                     ------


     NOVA Corp.:
     -----------
11/15/95 Dividend                             $      13.60
02/15/96 Dividend                                   13.60
05/15/96 Dividend                                   15.30
08/13/96 Dividend                                   15.30
11/15/96 Dividend                                   18.00  $        75.80
                                              --------------

     Nova Corp of Alberta, common:
     -----------------------------
02/15/93 Dividend on 480 shares               $     24.48
05/17/93 Dividend on 480 shares                     24.48
08/16/93 Dividend on 480 shares                     24.48
11/15/93 Dividend on 480 shares                     24.48
02/15/94 Dividend on 480 shares                     24.48
02/15/94 Dividend on 480 shares                     24.48
08/15/94 Dividend on 480 shares                     28.80
11/15/94 Dividend on 480 shares                     28.80
11/15/94 Withheld Taxes                             -4.32          200.16
                                              -------------- --------------

           Total Schedule A-2, Part 1                      $     2,840.70
                                                             ==============
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 218 of 449

-14-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
---------------------------------

| Description | | Amount |
|---|---|---|

Part 2 - Interest Earned:
-------------------------

Bell Canada, 11%, due 10/15/04:
-------------------------------

| 04/15/93 Interest on $15,000 | $ | 825.00 | |
| 10/15/93 Interest on $15,000 | | 825.00 | |
| 04/15/94 Interest on $15,000 | | 825.00 | |
| 10/17/94 Interest on $15,000 | | 825.00 | |
| 04/17/95 Interest on $15,000 | | 825.00 | |
| 10/16/95 Interest on $15,000 | | 825.00 | |
| 02/19/96 Interest on $15,000 | | 574.11 | $ 5,524.11 |

Consumer Gas SFD, 10.45%, due 5/1/99:
-------------------------------------

| 05/03/93 Interest on $2,000 | $ | 522.50 | |
| 05/02/94 Interest on $8,000 | | 418.00 | |
| 05/02/94 | | 2.29 | 942.79 |

Imasco Ltd, 10.5%, due 4/28/98:
-------------------------------

| 04/28/93 Interest on $15,000 | $ | 787.50 | |
| 10/28/93 Interest on $15,000 | | 787.50 | |
| 04/28/94 Interest on $15,000 | | 787.50 | |
| 10/28/94 Interest on $15,000 | | 787.50 | |
| 04/28/95 Interest on $15,000 | | 787.50 | |
| 10/30/95 Interest on $15,000 | | 787.50 | |
| 02/19/96 Interest on $15,000 | | 491.92 | 5,216.92 |

Loblaw Cos, 10%, due 3/31/06:
-----------------------------

| 03/31/93 Interest on $20,000 | $ | 1,000.00 | |
| 09/30/93 Interest on $20,000 | | 1,000.00 | |
| 03/31/94 Interest on $20,000 | | 1,000.00 | |
| 09/30/94 Interest on $20,000 | | 1,000.00 | |
| 03/31/95 Interest on $20,000 | | 1,000.00 | |
| 10/02/95 Interest on $20,000 | | 1,000.00 | |
| 02/19/96 Interest on $20,000 | | 778.08 | 6,778.08 |

Maritime Tel & Tel, 10.65%, due 12/15/99:
-----------------------------------------

| 12/15/93 Interest on $20,000 | $ | 1,065.00 | |
| 06/15/94 Interest on $20,000 | | 1,065.00 | |
| 12/15/94 Interest on $20,000 | | 1,065.00 | |
| 06/15/95 Interest on $20,000 | | 1,065.00 | |
| 12/15/95 Interest on $20,000 | | 1,065.00 | |
| 02/19/96 Interest on $20,000 | | 385.15 | 5,710.15 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
--------------------------------

| Description | | Amount | |
| ----------- | --- | --- | ------ |

**Municipal Finance Authority of British Columbia, 10%, due 7/30/97:**

| | | | |
| --- | --- | --- | --- |
| 02/01/93 Interest on $10,000 | $ | 500.00 | |
| 07/30/93 Interest on $10,000 | | 500.00 | |
| 01/28/94 Interest on $10,000 | | 500.00 | |
| 08/02/94 Interest on $10,000 | | 500.00 | |
| 01/30/95 Interest on $10,000 | | 500.00 | |
| 07/31/95 Interest on $10,000 | | 500.00 | |
| 01/30/96 Interest on $10,000 | | 500.00 | |
| 02/19/96 Interest on $10,000 | | 54.79 | $   3,554.79 |

**N B Province, 10.625%, due 4/15/93:**

| | | | |
| --- | --- | --- | --- |
| 04/15/93 | $ | 265.62 | 265.62 |

**Nova Corp Alta, 11.125%, due 1/4/93:**

| | | | |
| --- | --- | --- | --- |
| 01/04/93 | $ | 945.63 | 945.63 |

**Ontario Hydro, 10%, due 1/14/96:**

| | | | |
| --- | --- | --- | --- |
| 01/15/93 Interest on $10,000 | $ | 500.00 | |
| 07/16/93 Interest on $10,000 | | 500.00 | |
| 01/14/94 Interest on $10,000 | | 500.00 | |
| 07/14/94 Interest on $10,000 | | 500.00 | |
| 01/16/95 Interest on $10,000 | | 500.00 | |
| 07/14/95 Interest on $10,000 | | 500.00 | |
| 01/15/96 Interest on $10,000 | | 500.00 | 3,500.00 |

**Ontario Hydro, 10.25%, due 4/4/09:**

| | | | |
| --- | --- | --- | --- |
| 04/05/93 Interest on $20,000 | $ | 1,025.00 | |
| 10/04/93 Interest on $20,000 | | 1,025.00 | |
| 04/04/94 Interest on $20,000 | | 1,025.00 | |
| 10/04/94 Interest on $20,000 | | 1,025.00 | |
| 04/04/95 Interest on $20,000 | | 1,025.00 | |
| 10/04/95 Interest on $20,000 | | 1,025.00 | |
| 02/19/96 Interest on $20,000 | | 775.07 | 6,925.07 |

**Province of Prince Edward Island, 11.375%, due 11/26/97:**

| | | | |
| --- | --- | --- | --- |
| 05/26/93 Interest on $10,000 | $ | 568.75 | |
| 11/26/93 Interest on $10,000 | | 568.75 | |
| 05/26/94 Interest on $10,000 | | 568.75 | |
| 11/28/94 Interest on $10,000 | | 568.75 | |
| 05/26/95 Interest on $10,000 | | 568.75 | |
| 11/27/95 Interest on $10,000 | | 568.75 | |
| 02/19/96 Interest on $10,000 | | 264.90 | 3,677.40 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
-----------------------------------

| Description | | Amount | |
| --- | --- | --- | --- |
| **Sears Canada, 11.5%, due 6/15/95:** | | | |
| 06/15/93 Interest on $1,000 | $ | 195.50 | |
| 12/17/93 Interest on $3,000 | | 172.50 | |
| 06/15/94 | | 172.50 | $    540.50 |
| | | --------------- | |
| **Wood Gundy, Brokerage Account  475-03096:** | | | |
| 01/12/93 | $ | 1.73 | |
| 01/18/93 | | 36.86 | |
| 01/18/93 | | 17.25 | |
| 01/18/93 | | 0.11 | |
| 01/18/93 | | 0.07 | |
| 01/18/93 | | 3.98 | |
| 01/18/93 | | 3.79 | |
| 01/18/93 | | 0.15 | |
| 01/18/93 | | 10.84 | |
| 01/18/93 | | 3.43 | |
| 01/18/93 | | 3.26 | |
| 02/12/93 | | 1.48 | |
| 02/16/93 | | 10.20 | |
| 02/16/93 | | 0.15 | |
| 02/16/93 | | 1.78 | |
| 02/16/93 | | 24.00 | |
| 03/12/93 | | 1.41 | |
| 04/16/93 | | 0.20 | |
| 04/16/93 | | 1.90 | |
| 04/16/93 | | 20.60 | |
| 05/17/93 | | 3.14 | |
| 05/17/93 | | 82.42 | |
| 05/17/93 | | 10.20 | |
| 07/16/93 | | 0.08 | |
| 07/16/93 | | 0.15 | |
| 07/16/93 | | 2.58 | |
| 07/16/93 | | 85.07 | |
| 08/16/93 | | 10.20 | |
| 11/16/93 | | 81.46 | |
| 11/16/93 | | 0.28 | |
| 11/16/93 | | 0.37 | |
| 11/16/93 | | 1.72 | |
| 12/06/93 | | 10.20 | |
| 01/17/94 | | 0.25 | |
| 01/17/94 | | 2.25 | |
| 01/17/94 | | 95.40 | |
| 02/15/94 | | 10.20 | |
| 05/16/94 | | 14.05 | |
| 05/16/94 | | 10.20 | |
| 06/30/94 | | 2.26 | |
| 06/30/94 | | 3.71 | |
| 07/18/94 | | 7.11 | |
| 07/18/94 | | 1.64 | |
| 08/15/94 | | 10.20 | |
| 08/16/94 | | 1.69 | |
| 08/16/94 | | 8.04 | |
| 08/16/94 | | 7.10 | |
| 09/16/94 | | 31.42 | |
| 09/16/94 | | 0.26 | |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 221 of 449

-17-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
----------------------------------

| Description | Amount |
|-------------|--------|
| Wood Gundy, Brokerage Account  475-03096: (Continued From Previous Page) | |
| 11/05/94 | $    10.20 |
| 11/05/94 | 29.58 |
| 01/16/95 | 239.21 |
| 01/16/95 | 0.84 |
| 02/16/95 | 0.60 |
| 02/16/95 | 11.78 |
| 02/28/95 | 10.20 |
| 03/10/95 | 1.99 |
| 03/10/95 | 2.66 |
| 03/10/95 | 3.26 |
| 03/10/95 | 3.12 |
| 03/10/95 | 3.91 |
| 04/10/95 | 2.04 |
| 04/17/95 | 19.66 |
| 05/12/95 | 2.11 |
| 05/15/95 | 13.60 |
| 05/16/95 | 21.85 |
| 05/16/95 | 7.80 |
| 06/12/95 | 1.99 |
| 06/16/95 | 20.43 |
| 06/16/95 | 9.11 |
| 06/16/95 | 2.06 |
| 07/12/95 | 1.92 |
| 07/17/95 | 23.19 |
| 07/17/95 | 5.23 |
| 07/17/95 | 4.07 |
| 08/15/95 | 1.79 |
| 08/15/95 | 13.60 |
| 08/15/95 | 33.49 |
| 09/12/95 | 1.73 |
| 09/18/95 | 14.48 |
| 09/18/95 | 18.87 |
| 10/12/95 | 1.73 |
| 10/16/95 | 34.45 |
| 11/16/95 | 22.07 |
| 11/16/95 | 20.46 |
| 12/18/95 | 42.32 |
| 01/16/96 | 6.16 |
| 01/16/96 | 39.88 |
| 02/16/96 | 40.97 |
| 02/16/96 | 9.05 |
| 02/16/96 | 42.84 |
| 03/18/96 | 489.60 |
| 04/16/96 | 166.55 |
| 04/16/96 | 34.98 | $    2,124.27 |
| | -------------- |
| Total Schedule A-2, Part 2 | $   45,705.33 |
| | ============== |

```
              ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
                              Schedule A-2
                     Statement of All Income Collected
                     ---------------------------------
```

Description                                                      Amount
-----------                                                      ------


Recapitulation:
---------------

              Schedule A-2, Part 1                     $     2,840.70
              Schedule A-2, Part 2                          45,705.33
                                                      --------------
              Total Schedule A-2                       $    48,546.03
                                                      ==============

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 223 of 449

-19-

```
                 ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                  Schedule A-2
                         Statement of All Income Collected
                         ---------------------------------

Description                                                      Amount
-----------                                                      ------


Part 1 - Dividends Earned:
--------------------------


    Chase Vista Cash Management Money Market, Class A:
    --------------------------------------------------
07/01/98 Dividend on 754,655.98 shares              $      1,655.98
08/03/98 Dividend on 757,891.19 shares                     3,235.21
09/01/98 Dividend on 3,698.55 shares                       2,725.15
10/01/98 Dividend on 3,713.84 shares                          15.29
11/14/98 Dividend on 3,729.23 shares                          15.39
12/01/98 Dividend on 3,743.88 shares                          14.65
01/04/99 Dividend on 51,077.66 shares                        648.40
02/01/99 Dividend on 36,240.11 shares                        162.45
03/01/99 Dividend on 36,364.52 shares                        124.41
04/01/99 Dividend on 36,502.09 shares                        137.57
05/03/99 Dividend on 36,700.83 shares                        132.50
06/01/99 Dividend on 36,837.49 shares                        136.66
07/01/99 Dividend on 54,254.69 shares                        189.48
08/02/99 Dividend on 54,465.79 shares                        211.10
09/01/99 Dividend on 54,684.82 shares                        219.03
10/01/99 Dividend on 54,901.75 shares                        216.93
11/01/99 Dividend on 55,132.78 shares                        231.03
12/01/99 Dividend on 55,363.90 shares                        231.12
01/03/00 Dividend on 64,560.08 shares                        694.15
02/01/00 Dividend on 64,848.98 shares                        288.90
03/01/00 Dividend on 65,122.64 shares                        273.66
04/03/00 Dividend on 86,231.32 shares                        916.52
05/01/00 Dividend on 66,554.62 shares                        323.30
06/01/00 Dividend on 66,904.68 shares                        350.06
07/03/00 Dividend on 67,238.90 shares                        334.22
08/01/00 Dividend on 47,585.05 shares                        346.15
08/31/00 Dividend on 783,833.33 shares                       248.28
10/02/00 Dividend on 70,719.18 shares                        831.20
10/31/00 Dividend                                            260.87  $   15,169.66
                                                         --------------


    Gulf Canada Resources Limited Sr Pref Ser 1:
    --------------------------------------------
03/29/99 Dividend on 75 shares                      $          0.97
03/29/99 Dividend on 75 shares                                 0.97
07/16/99 Dividend on 75 shares                                 0.97             2.91
                                                         --------------


    JPMorgan (Formerly Chase Vista) Prime Money Market:
    ---------------------------------------------------
10/31/00 Dividend on 70,825.78 shares               $        106.60
11/30/00 Dividend on 71,443.80 shares                        357.15
12/29/00 Dividend on 71,791.74 shares                        347.94
01/31/01 Dividend on 54,151.05 shares                        359.31
02/28/01 Dividend on 54,372.37 shares                        221.32
04/02/01 Dividend on 18,498.23 shares                        832.32
04/30/01 Dividend on 18,567.59 shares                         69.36
05/31/01 Dividend on 18,632.11 shares                         64.52
07/02/01 Dividend on 18,689.84 shares                         57.73
07/31/01 Dividend on 18,746.22 shares                         56.38
08/31/01 Dividend on 38,839.29 shares                         93.07
10/01/01 Dividend on 39,274.45 shares                         97.01
```

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
--------------------------------

| Description | Amount |
| ----------- | ------ |
| JPMorgan (Formerly Chase Vista) Prime Money Market: (Continued From Previous Page) | |
| 10/31/01 Dividend on 39,355.30 shares | $   80.85 |
| 11/30/01 Dividend on 39,420.85 shares | 65.55 |
| 12/31/01 Dividend on 42,682.65 shares | 62.54 |
| 01/31/02 Dividend on 42,739.71 shares | 57.06 |
| 02/28/02 Dividend on 42,786.44 shares | 46.73 |
| 04/01/02 Dividend on 23,071.58 shares | 121.04 |
| 05/08/02 Dividend on 23,098.42 shares | 26.84 |
| 05/31/02 Dividend on 23,125.92 shares | 27.50 |
| 07/01/02 Dividend on 72,019.53 shares | 68.82 |
| 07/31/02 Dividend on 62,095.27 shares | 75.74 |
| 09/03/02 Dividend on 57,162.83 shares | 67.56 |
| 09/30/02 Dividend on 59,910.63 shares | 141.55 |
| 10/31/02 Dividend on 59,976 shares | 65.37 |
| 11/29/02 Dividend on 60,028.49 shares | 52.49 |
| 12/31/02 Dividend on 62,089.02 shares | 50.95 |
| 01/31/03 Dividend on 58,134.82 shares | 45.80 |
| 02/28/03 Dividend on 58,173.30 shares | 38.48 |
| 03/31/03 Dividend on 34,099.07 shares | 29.94 |
| 04/30/03 Dividend on 34,119.85 shares | 20.78 |
| 05/30/03 Dividend on 34,139.64 shares | 19.79 |
| 06/30/03 Dividend on 35,771.56 shares | 20.46 |
| 07/31/03 Dividend on 35,788.82 shares | 17.26 |
| 08/29/03 Dividend on 35,804.23 shares | 15.41 |
| 09/30/03 Dividend on 37,337.95 shares | 17.05 |
| 10/31/03 Dividend on 37,354.58 shares | 16.63 |
| 11/28/03 Dividend on 37,369.76 shares | 15.18 |
| 12/31/03 Dividend on 38,867.58 shares | 19.07 |
| 02/02/04 Dividend on 38,885.91 shares | 18.33 |
| 03/01/04 Dividend on 38,902.64 shares | 16.73 |
| 03/31/04 Dividend on 40,437.50 shares | 18.19 |
| 04/30/04 Dividend on 40,455.17 shares | 17.67 |
| 06/01/04 Dividend on 40,473.79 shares | 18.62 |
| 06/30/04 Dividend on 42,383.47 shares | 53.43 |
| 08/02/04 Dividend on 42,410.41 shares | 26.94 |
| 08/31/04 Dividend on 42,443.37 shares | 32.96 |
| 09/30/04 Dividend on 45,174.72 shares | 39.27 |
| 11/01/04 Dividend on 45,221.86 shares | 47.14 |
| 11/30/04 Dividend on 45,273.41 shares | 51.55 |
| 12/31/04 Dividend on 49,208.40 shares | 67.49 |
| 01/31/05 Dividend on 49,282.93 shares | 74.53 |
| 02/28/05 Dividend on 49,355.45 shares | 72.52 |
| 03/31/05 Dividend on 54,229.32 shares | 99.37 |
| 05/02/05 Dividend on 54,334.85 shares | 105.53 |
| 05/31/05 Dividend on 54,452.17 shares | 117.32 |
| 06/30/05 Dividend on 59,792.64 shares | 129.93 |
| 08/01/05 Dividend on 59,936.89 shares | 144.25 |
| 08/31/05 Dividend on 153.91 shares | 153.91 |
| 09/30/05 Dividend on 66,715.34 shares | 168.37 |
| 10/31/05 Dividend on 66,904.98 shares | 189.64 |
| 11/30/05 Dividend on 67,100.44 shares | 195.46 |
| 01/03/06 Dividend on 74,328.14 shares | 235.08 |
| 01/31/06 Dividend on 74,571.71 shares | 243.57 |
| 02/28/06 Dividend on 74,800.73 shares | 229.02 |
| 03/31/06 Dividend on 77,283.18 shares | 276.49 |
| 05/01/06 Dividend on 167.20 shares | 166.72 |
| 05/31/06 Dividend on 10,187.13 shares | 20.41 |
| 06/30/06 Dividend on 19,687.96 shares | 72.69 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | | Amount |
|---|---|---|
| JPMorgan (Formerly Chase Vista) Prime Money Market: (Continued From Previous Page) | | |
| 07/31/06 Dividend on 19,767.87 shares | $ | 79.91 |
| 08/31/06 Dividend on 839,849.05 shares | | 81.18 |
| 09/29/06 Dividend on 9,891.45 shares | | 587.98 |
| 10/31/06 Dividend on 9,932.27 shares | | 40.82 |
| 11/30/06 Dividend on 20,054.82 shares | | 39.72 |
| 12/29/06 Dividend on 20,137.75 shares | | 82.93 |
| 01/31/07 Dividend on 162.27 shares | | 24.52 |
| 02/28/07 Dividend on 162.87 shares | | 0.60 |
| 03/30/07 Dividend on 10,363.42 shares | | 41.28 |
| 04/30/07 Dividend on 10,404.83 shares | | 41.41 |
| 05/31/07 Dividend on 20,084.66 shares | | 42.90 |
| 06/29/07 Dividend on 20,164.92 shares | | 80.26 |
| 07/31/07 Dividend on 20,248.24 shares | | 83.32 |
| 08/31/07 Dividend on 27,526.39 shares | | 85.17 |
| 09/28/07 Dividend on 27,637.40 shares | | 111.01 |
| 10/31/07 Dividend on 27,748.37 shares | | 110.97 |
| 11/30/07 Dividend on 33,786.27 shares | | 209.20 |
| 12/31/07 Dividend on 34,124.50 shares | | 338.23 |
| 01/31/08 Dividend on 12,231.53 shares | | 107.03 |
| 02/29/08 Dividend on 15,951.73 shares | | 111.20 |
| 03/31/08 Dividend on 16,146.86 shares | | 195.13 |
| 04/30/08 Dividend on 16,181.10 shares | | 34.24 |
| 05/30/08 Dividend on 31,902.76 shares | | 40.67 |
| 06/30/08 Dividend on 31,961.95 shares | | 59.19 |
| 07/31/08 Dividend on 32,022.21 shares | | 60.26 |
| 08/29/08 Dividend on 35,230.67 shares | | 59.93 |
| 09/30/08 Dividend on 35,295.17 shares | | 64.50 |
| 10/31/08 Dividend on 35,368.05 shares | | 72.88 $    9,938.72 |
| | | |
| Merrill Lynch Ready Assets Trust: | | |
| 01/12/93 Dividend on 24,885.37 shares | $ | 22.66 |
| 01/29/93 Dividend on 24,922.34 shares | | 36.97 |
| 02/26/93 Dividend on 24,977.62 shares | | 55.28 |
| 03/26/93 Dividend on 25,034.22 shares | | 56.60 |
| 04/30/93 Dividend on 25,101.24 shares | | 67.02 |
| 05/10/93 Dividend on 35,421.53 shares | | 18.29 |
| 05/28/93 Dividend on 35,467.97 shares | | 46.44 |
| 06/25/93 Dividend on 35,540.86 shares | | 72.89 |
| 07/30/93 Dividend on 35,633.34 shares | | 92.48 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 226 of 449

-22-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
--------------------------------

| Description | Amount |
|---|---|

Merrill Lynch Ready Assets Trust: (Continued From Previous Page)
------------------------------------------------------------------

| | | |
|---|---|---|
| 08/27/93 Dividend on 35,707.75 shares | $ | 74.41 |
| 09/03/93 Dividend on 55,726.32 shares | | 18.57 |
| 09/24/93 Dividend on 55,815.09 shares | | 88.77 |
| 10/29/93 Dividend on 55,959.99 shares | | 144.90 |
| 11/26/93 Dividend on 56,075.89 shares | | 115.90 |
| 12/30/93 Dividend on 6,436.09 shares | | 139.20 |
| 12/31/93 Dividend on 6,437.06 shares | | 0.97 |
| 01/03/94 Dividend on 31,438.51 shares | | 1.45 |
| 01/11/94 Dividend on 31,415.55 shares | | 17.04 |
| 01/28/94 Dividend on 31,458.16 shares | | 42.61 |
| 02/25/94 Dividend on 31,524.47 shares | | 66.31 |
| 03/25/94 Dividend on 31,593 shares | | 68.53 |
| 04/29/94 Dividend on 31,684.75 shares | | 91.75 |
| 05/27/94 Dividend on 31,765.72 shares | | 80.97 |
| 06/27/94 Dividend on 31,853.91 shares | | 88.19 |
| 06/29/94 Dividend on 33,269.91 shares | | 16.00 |
| 07/29/94 Dividend on 33,372.30 shares | | 102.39 |
| 08/06/94 Dividend on 33,470.69 shares | | 98.39 |
| 09/30/94 Dividend on 33,602.17 shares | | 131.48 |
| 10/28/94 Dividend on 33,714.29 shares | | 112.12 |
| 11/25/94 Dividend on 33,833.72 shares | | 119.43 |
| 12/30/94 Dividend on 33,994.23 shares | | 160.51 |
| 01/30/95 Dividend on 34,088.91 shares | | 134.68 |
| 02/24/95 Dividend on 34,227.49 shares | | 138.58 |
| 03/31/95 Dividend on 34,409.50 shares | | 182.01 |
| 04/28/95 Dividend on 34,557.38 shares | | 147.88 |
| 05/26/95 Dividend on 34,705.89 shares | | 148.51 |
| 06/30/95 Dividend on 34,890.92 shares | | 185.03 |
| 07/28/95 Dividend on 35,037.89 shares | | 146.97 |
| 08/25/95 Dividend on 35,182.48 shares | | 144.59 |
| 09/29/95 Dividend on 35,362.85 shares | | 180.37 |
| 10/27/95 Dividend on 35,506.92 shares | | 144.07 |
| 11/24/95 Dividend on 35,651.16 shares | | 144.24 |
| 12/29/95 Dividend on 35,831.54 shares | | 180.38 |
| 01/09/96 Dividend on 35,842.84 shares | | 51.30 |
| 01/26/96 Dividend on 35,933.23 shares | | 90.39 |
| 02/23/96 Dividend on 36,071.40 shares | | 138.17 |
| 03/29/96 Dividend on 36,237.51 shares | | 166.11 |
| 04/26/96 Dividend on 36,370.28 shares | | 132.77 |
| 05/31/96 Dividend on 36,537.38 shares | | 167.10 |
| 06/28/96 Dividend on 36,671.83 shares | | 134.45 |
| 07/26/96 Dividend on 36,808.08 shares | | 136.25 |
| 08/30/96 Dividend on 36,980.13 shares | | 172.05 |
| 09/27/96 Dividend on 37,118.63 shares | | 138.50 |
| 10/25/96 Dividend on 37,258.30 shares | | 139.67 |
| 10/29/96 Dividend on 38,528.27 shares | | 19.97 |
| 11/14/96 Dividend on 65,264.25 shares | | 82.98 |
| 11/29/96 Dividend on 65,396.53 shares | | 132.28 |
| 12/31/96 Dividend on 65,681.61 shares | | 285.08 |
| 01/31/97 Dividend on 65,955.99 shares | | 274.38 |
| 02/28/97 Dividend on 66,203.27 shares | | 247.28 |
| 03/27/97 Dividend on 66,442.13 shares | | 238.86 |
| 04/22/97 Dividend on 63.73 shares | | 225.60 |
| 04/24/97 Dividend | | 0.02 | $ | 7,099.04 |

```
                                                          ---------------
Total Schedule A-2, Part 1                            $    32,210.33
                                                          ===============
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 227 of 449

-23-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
---------------------------------

| Description | | Amount |
|---|---|---|

Part 2 - Interest Earned:
-------------------------

Canadian National Railways Co. Debentures, 14.75%  Due 9/1/12:
--------------------------------------------------------------

| | | |
|---|---|---|
| 03/01/93 Interest on $20,000 | $    1,475.00 | |
| 09/01/93 Interest on $20,000 | 1,475.00 | $    2,950.00 |
| | -------------- | |

Chase Manhattan Bank, NOW Account  006-099475:
----------------------------------------------

| | | |
|---|---|---|
| 09/09/96 | $      339.16 | |
| 10/07/96 | 288.07 | |
| 11/07/96 | 319.26 | |
| 12/06/96 | 298.97 | |
| 01/08/97 | 348.22 | |
| 02/07/97 | 374.95 | |
| 03/07/97 | 55.08 | |
| 04/07/97 | 61.03 | |
| 05/07/97 | 59.11 | |
| 06/06/97 | 11.84 | |
| 07/08/97 | 0.01 | |
| 08/07/97 | 0.01 | |
| 09/08/97 | 0.01 | |
| 10/07/97 | 0.01 | |
| 10/24/97 Interest Adjustment-YTD | -0.01 | 2,155.72 |
| | -------------- | |

Chemical Bank, NOW Account  006-099475:
---------------------------------------

| | | |
|---|---|---|
| 01/08/93 | $       86.07 | |
| 02/05/93 | 110.61 | |
| 03/05/93 | 217.94 | |
| 04/07/93 | 115.62 | |
| 05/07/93 | 92.46 | |
| 06/07/93 | 111.29 | |
| 07/08/93 | 111.39 | |
| 08/06/93 | 183.22 | |
| 09/08/93 | 55.72 | |
| 10/07/93 | 42.13 | |
| 11/05/93 | 42.17 | |
| 12/07/93 | 46.58 | |
| 01/07/94 | 22.16 | |
| 02/07/94 | 6.79 | |
| 03/07/94 | 9.67 | |
| 04/07/94 | 10.72 | |
| 05/06/94 | 30.42 | |
| 06/07/94 | 33.73 | |
| 07/08/94 | 26.73 | |
| 08/05/94 | 24.17 | |
| 09/08/94 | 29.38 | |
| 10/07/94 | 25.09 | |
| 11/07/94 | 26.84 | |
| 12/07/94 | 26.00 | |
| 01/09/95 | 26.37 | |
| 02/07/95 | 92.66 | |
| 03/07/95 | 19.82 | |
| 04/07/95 | 21.97 | |

```
                  ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                              Schedule A-2
                       Statement of All Income Collected
                       --------------------------------

Description                                                          Amount
-----------                                                          ------

    Chemical Bank, NOW Account  006-099475: (Continued From Previous Page)
    --------------------------------------------------------------------
05/05/95                                              $        19.86
06/07/95                                                       23.43
07/10/95                                                       23.46
08/07/95                                                      289.53
09/08/95                                                      361.49
10/06/95                                                      316.63
11/07/95                                                      362.23
12/07/95                                                      339.96
01/08/96                                                      342.24
02/07/96                                                      290.83
03/07/96                                                      287.68
04/05/96                                                      287.97
05/07/96                                                      318.09
06/07/96                                                      308.48
07/08/96                                                      308.81
08/07/96                                                      301.52 $     5,829.93
                                                      --------------

    Insured Municipals - Income Trust Series 26:
    --------------------------------------------
07/19/93 Nov. 1986 - May 1993 Income                  $    16,628.70
02/15/94                                                       40.20
05/15/94                                                      564.90
08/15/94                                                       58.50
11/15/94                                                      295.20
03/08/95                                                      145.50
06/08/95                                                    1,338.60      19,071.60
                                                      --------------

    Insured Municipals - Income Trust Series 9:
    -------------------------------------------
07/19/93 Nov. 1986 - May 1993 Income                  $    14,036.75
05/15/94                                                      436.50
11/15/94                                                      180.50
03/07/95                                                      176.00
06/08/95                                                    1,240.50      16,070.25
                                                      --------------

    Internal Revenue Service:
    -------------------------
02/27/96 1992 Fiduciary Income Tax Refund             $        22.14         22.14
                                                      --------------

    Municipal Invest Trust Series 1 MBIA Insured:
    ---------------------------------------------
01/25/93                                              $       132.00
02/25/93                                                      121.00
03/25/93                                                      117.50
04/26/93                                                      114.00
05/25/93                                                      111.50
06/25/93                                                      106.50
07/26/93                                                      106.00
08/25/93                                                      217.50
09/27/93                                                       96.00
10/25/93                                                       94.50
11/26/93                                                       92.50
12/27/93                                                       91.50
```

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                   Schedule A-2
                            Statement of All Income Collected
                            --------------------------------

Description                                                    Amount
-----------                                                    ------
      Municipal Invest Trust Series 1 MBIA Insured: (Continued From Previous Page)
      ---------------------------------------------------------------------------
01/25/94                                                $      88.00
02/25/94                                                       88.00
03/25/94                                                       84.00
04/25/94                                                       78.00
05/25/94                                                       75.50
06/27/94                                                       68.50
07/25/94                                                       64.00
08/25/94                                                      161.50
09/26/94                                                       61.00
10/25/94                                                       59.50
11/25/94                                                       56.50
12/27/94                                                       51.50
01/25/95                                                       51.00
02/27/95                                                       50.00
03/27/95                                                       49.50
04/25/95                                                       49.50
05/25/95                                                       48.00
06/26/95                                                       48.50
07/25/95                                                       47.50
08/25/95                                                       40.00
09/25/95                                                       36.00
11/01/95                                                       34.50
11/27/95                                                       33.50
12/26/95                                                       32.50
01/25/96                                                       31.50
02/26/96                                                       30.00
03/25/96                                                       30.50
04/25/96                                                       30.00
05/28/96                                                       29.00
06/25/96                                                       28.00
07/25/96                                                       29.50
08/26/96                                                       94.00
09/25/96                                                       23.50
10/25/96                                                       22.50
11/25/96                                                       21.50
12/26/96                                                       21.00
01/27/97                                                       19.50
02/25/97                                                       18.00
03/25/97                                                       18.00
03/25/97 Inventory Value Completely Depleted                  329.50
04/25/97 Interest on 50 Units                                  16.50 $    3,649.50
                                                        --------------

      Municipal Invest Trust Series 50 New York:
      -------------------------------------------
01/25/93                                                $       0.96
02/25/93                                                        0.99
03/25/93                                                        0.99
04/26/93                                                        0.99
05/25/93                                                        0.96
06/25/93                                                        1.02
07/26/93                                                        0.99
08/25/93                                                        0.99
09/27/93 Final Liquidation Interest                            4.53           12.42
                                                        --------------
```

```
              ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                             Schedule A-2
                     Statement of All Income Collected
                     ---------------------------------

Description                                                    Amount
-----------                                                    ------


    Municipal Invest Trust Series 53 New York:
    ------------------------------------------
01/25/93                                          $        39.75
02/25/93                                                   39.25
03/25/93                                                   39.00
04/26/93                                                   39.25
05/25/93                                                   39.00
06/25/93                                                   39.00
07/26/93                                                   38.75
08/25/93                                                   37.50
09/27/93                                                   37.75
10/25/93                                                   38.00
11/26/93                                                   38.25
12/27/93                                                   37.75
01/25/94                                                   38.00
02/25/94                                                   37.50
03/25/94                                                   37.50
04/25/94                                                   37.75
05/25/94                                                    7.00
06/27/94 Final Liquidation Interest                       132.25 $       753.25
                                                   --------------


    Nuveen Series 58, N.Y.:
    -----------------------
11/01/95 Interest Received Upon Redemption        $       325.50         325.50
                                                   --------------


    Ontario Province Bonds, 17%  Due 11/5/11:
    -----------------------------------------
05/05/93 Interest on $25,000                      $     2,125.00
11/05/93 Interest on $25,000                            2,125.00
05/05/94 Interest on $25,000                            2,125.00
11/07/94 Interest on $25,000                            2,125.00
05/05/95 Interest on $25,000                            2,125.00
11/06/95 Interest on $25,000                            2,125.00
05/06/96 Interest on $25,000                            2,125.00
11/05/96 Interest on $25,000                            2,125.00      17,000.00
                                                   --------------


    Ontario Province Canada Debenture, 8.4%  Due 1/15/07:
    -----------------------------------------------------
01/15/93 Interest on $10,000                      $       420.00
05/04/93 Interest on $10,000                              254.33         674.33
                                                   --------------


    U.S. Treasury Bill, Due 3/1/01:
    -------------------------------
03/01/01 Interest on $736,000                     $    22,054.65      22,054.65
                                                   --------------


    U.S. Treasury Bill, Due 9/6/01:
    -------------------------------
09/06/01 Interest on $790,000                     $    17,293.54      17,293.54
                                                   --------------
```

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
---------------------------------

| Description | Amount |
|---|---|

**U.S. Treasury Bill, Due 12/6/01:**
-----------------------------------

| 12/06/01 Interest on $796,000 | $ 6,338.15 $ 6,338.15 |

**U.S. Treasury Bill, Due 9/5/02:**
----------------------------------

| 09/05/02 Interest on $750,000 | $ 2,824.79    2,824.79 |

**U.S. Treasury Bill, Due 12/5/02:**
-----------------------------------

| 12/05/02 Interest on $750,000 | $ 2,606.25    2,606.25 |

**U.S. Treasury Bill, Due 3/6/03:**
----------------------------------

| 03/06/03 Interest on $750,000 | $ 2,009.58    2,009.58 |

**U.S. Treasury Bills, Due 1/14/93:**
------------------------------------

| 01/14/93 Interest on $200,000 | $ 3,023.22    3,023.22 |

**U.S. Treasury Bills, Due 2/4/93:**
-----------------------------------

| 02/04/93 Interest on $110,000 | $ 1,662.77    1,662.77 |

**U.S. Treasury Bills, Due 6/17/93:**
------------------------------------

| 04/13/93 Interest on $150,000 | $ 185.80    185.80 |

**U.S. Treasury Bills, Due 7/15/93:**
------------------------------------

| 07/15/93 Interest on $200,000 | $ 2,922.11    2,922.11 |

**U.S. Treasury Bills, Due 1/20/94:**
------------------------------------

| 01/20/94 Interest on $300,000 | $ 4,509.33    4,509.33 |

**U.S. Treasury Bills, Due 1/12/95:**
------------------------------------

| 01/12/95 Interest on $300,000 | $ 9,520.00    9,520.00 |

**U.S. Treasury Bills, Due 7/13/95:**
------------------------------------

| 07/13/95 Interest on $300,000 | $ 8,974.58    8,974.58 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 232 of 449

-28-

```
                ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                             Schedule A-2
                     Statement of All Income Collected
                     ---------------------------------
```

| Description | Amount |
|---|---|
| | |
| **U.S. Treasury Bills, Due 8/7/97:** | |
| 08/07/97 Interest on $745,000 | $  16,273.51  $   16,273.51 |
| | |
| **U.S. Treasury Bills, Due 12/11/97:** | |
| 12/11/97 Interest on $772,000 | $  13,519.23      13,519.23 |
| | |
| **U.S. Treasury Bills, Due 6/11/98:** | |
| 06/11/98 Interest on $718,000 | $  18,476.13      18,476.13 |
| | |
| **U.S. Treasury Bills, Due 12/3/98:** | |
| 12/03/98 Interest on $767,000 | $  10,082.21      10,082.21 |
| | |
| **U.S. Treasury Bills, Due 6/3/99:** | |
| 06/03/99 Interest on $736,000 | $  15,487.89      15,487.89 |
| | |
| **U.S. Treasury Bills, Due 12/2/99:** | |
| 12/02/99 Interest on $736,000 | $  17,227.72      17,227.72 |
| | |
| **U.S. Treasury Bills, Due 3/2/00:** | |
| 03/02/00 Interest on $736,000 | $   8,502.03       8,502.03 |
| | |
| **U.S. Treasury Bills, Due 8/31/00:** | |
| 08/31/00 Interest on $736,000 | $  20,192.16      20,192.16 |
| | |
| **U.S. Treasury Bills, Due 3/7/02:** | |
| 03/07/02 Interest on $796,000 | $   3,199.26       3,199.26 |
| | |
| **U.S. Treasury Bills, Due 6/6/02:** | |
| 06/06/02 Interest on $796,000 | $   3,164.10       3,164.10 |
| | |
| **U.S. Treasury Bills, Due 6/5/03:** | |
| 06/05/03 Interest on $750,000 | $   1,895.83       1,895.83 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected
---------------------------------

| Description | Amount |
| --- | --- |

U.S. Treasury Bills, Due 9/4/03:
-----------------------------------
| 09/04/03 Interest on $750,000 | $    1,611.46  $    1,611.46 |

U.S. Treasury Bills, Due 12/4/03:
-----------------------------------
| 12/04/03 Interest on $750,000 | $    1,516.67    1,516.67 |

U.S. Treasury Bills, Due 3/4/04:
-----------------------------------
| 03/04/04 Interest on $750,000 | $    1,478.75    1,478.75 |

U.S. Treasury Bills, Due 6/3/04:
-----------------------------------
| 06/03/04 Interest on $750,000 | $    1,516.67    1,516.67 |

U.S. Treasury Bills, Due 9/2/04:
-----------------------------------
| 09/02/04 Interest on $750,000 | $    1,856.25    1,856.25 |

U.S. Treasury Bills, Due 12/2/04:
-----------------------------------
| 12/02/04 Interest on $750,000 | $    2,692.08    2,692.08 |

U.S. Treasury Bills, Due 3/3/05:
-----------------------------------
| 03/03/05 Interest on $750,000 | $    3,867.50    3,867.50 |

U.S. Treasury Bills, Due 6/2/05:
-----------------------------------
| 06/02/05 Interest on $750,000 | $    4,774.50    4,774.50 |

U.S. Treasury Bills, Due 9/1/05:
-----------------------------------
| 09/01/05 Interest on $750,000 | $    5,210.54    5,210.54 |

U.S. Treasury Bills, Due 12/1/05:
-----------------------------------
| 12/01/05 Interest on $750,000 | $    6,456.17    6,456.17 |

U.S. Treasury Bills, Due 3/2/06:
-----------------------------------
| 03/02/06 Interest on $750,000 | $    6,992.62    6,992.62 |

```
              ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                            Schedule A-2
                    Statement of All Income Collected
                    ----------------------------------
```

| Description | Amount |
| --- | --- |
| | |

```
      U.S. Treasury Bills, Due 6/1/06:
      ----------------------------------
06/01/06 Interest on $820,000                    $    8,536.16  $    8,536.16
                                                 --------------

      U.S. Treasury Bills, Due 8/31/06:
      ----------------------------------
08/31/06 Interest on $820,000                    $    9,428.14       9,428.14
                                                 --------------

      U.S. Treasury Bills, Due 11/30/06:
      ----------------------------------
11/30/06 Interest on $840,000                    $    9,454.42       9,454.42
                                                 --------------

      U.S. Treasury Bills, Due 3/1/07:
      ----------------------------------
03/01/07 Interest on $840,000                    $   10,082.83      10,082.83
                                                 --------------

      U.S. Treasury Bills, Due 5/31/07:
      ----------------------------------
05/31/07 Interest on $840,000                    $   10,159.27      10,159.27
                                                 --------------

      U.S. Treasury Bills, Due 8/30/07:
      ----------------------------------
08/30/07 Interest on $840,000                    $    9,636.93       9,636.93
                                                 --------------

      U.S. Treasury Bills, Due 11/29/07:
      ----------------------------------
11/29/07 Interest on $840,000                    $    7,192.98       7,192.98
                                                 --------------

      U.S. Treasury Bills, Due 2/28/08:
      ----------------------------------
02/28/08 Interest on $840,000                    $    5,828.70       5,828.70
                                                 --------------

      U.S. Treasury Bills, Due 5/29/08:
      ----------------------------------
05/29/08 Interest on $840,000                    $    3,609.00       3,609.00
                                                 --------------

      U.S. Treasury Bills, Due 8/28/08:
      ----------------------------------
08/28/08 Interest on $840,000                    $    3,680.99       3,680.99
                                                 --------------
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 235 of 449

-31-

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule A-2
                            Statement of All Income Collected
                            ---------------------------------

Description                                                         Amount
-----------                                                         ------


     U.S. Treasury Notes, 7.5%  Due 1/31/97:
     ---------------------------------------
07/31/95 Interest on $230,000                        $      8,625.00
01/31/96 Interest on $230,000                               8,625.00
07/31/96 Interest on $230,000                               8,625.00
01/31/97 Interest on $230,000                               8,625.00        34,500.00
                                                     --------------

     United States Treasury:
     -----------------------
07/10/01 2000 Fiduciary Inc. Tax Overpayment         $         67.27            67.27
                                                     --------------

     Van Kampen Merritt:
     -------------------
08/17/93 Interest on IMIT                            $      6,575.65
11/16/93 Interest on IMIT                                   1,210.55
04/15/94 Interest on IMIT                                   1,832.70
06/08/95 Interest in IMIT                                     184.75         9,803.65
                                                     --------------  --------------
          Total Schedule A-2, Part 2                                 $     440,413.03
                                                                     ==============
```

```
                  ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule A-2
                          Statement of All Income Collected
                          ---------------------------------

Description                                                        Amount
-----------                                                       ------

Part 3 - Miscellaneous Income:
------------------------------


     Montreal Trust:
     ---------------
03/29/99                                       $       37.33  $         37.33
                                               --------------  --------------

               Total Schedule A-2, Part 3                    $         37.33
                                                             ===============

Recapitulation:
---------------

               Schedule A-2, Part 1                          $     32,210.33
               Schedule A-2, Part 2                               440,413.03
               Schedule A-2, Part 3                                    37.33
                                                             --------------
               Total Schedule A-2                            $    472,660.69
                                                             ===============
```

08-01789-cgm   Doc 17551-1   Filed 05/01/18   Entered 05/01/18 16:09:57   Supplement
Dean Lorens Affidavit of 04.23.2018   Pg 237 of 449

-33-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility
----------------------------------------------------------------

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| ----------- | -------- | --------- | -------- |
| **Part 1 - Sales:** | | | |
| --------------- | | | |
| 05/03/93  $2,000 face value of | | | |
| Consumer Gas SFD, 10.45%, due 5/1/99 | $   2,000.00 | $   2,072.50 | $    72.50 |
| 05/02/94  $8,000 face value of | | | |
| Consumer Gas SFD, 10.45%, due 5/1/99 | 8,104.00 | 8,290.00 | 186.00 |
| 06/15/94  $3,000 face value of | | | |
| Sears Canada, 11.5%, due 6/15/95 | 3,000.00 | 3,000.00 | 0.00 |
| 02/19/96  $15,000 face value of | | | |
| Bell Canada, 11%, due 10/15/04 | 15,997.00 | 16,350.00 | 353.00 |
| 02/19/96  $15,000 face value of | | | |
| Imasco Ltd, 10.5%, due 4/28/98 | 16,064.50 | 16,181.25 | 116.75 |
| 02/19/96  $10,000 face value of | | | |
| Municipal Finance Authority of British Columbia, 10%, due 7/30/97 | 10,430.00 | 10,690.00 | 260.00 |
| 02/19/96  $10,000 face value of | | | |
| Province of Prince Edward Island, 11.375%, due 11/26/97 | 10,820.00 | 11,140.00 | 320.00 |
| | -------------- | -------------- | -------------- |
| Total Schedule B, Part 1 | $   66,415.50 | $   67,723.75 | $    1,308.25 |
| | ============== | ============== | ============== |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 238 of 449

-34-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility
----------------------------------------------------------------

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| Part 2 - Redemptions: | | | |
| 01/04/93  $20,000 face value of | | | |
| Nova Corp Alta, 11.125%, due 1/4/93 | $   20,000.00 | $   20,000.00 | $        0.00 |
| 04/15/93  $5,000 face value of | | | |
| N B Province, 10.625%, due 4/15/93 | 5,000.00 | 5,042.50 | 42.50 |
| 06/15/93  $1,000 face value of | | | |
| Sears Canada, 11.5%, due 6/15/95 | 1,000.00 | 1,000.00 | 0.00 |
| 01/15/96  $10,000 face value of | | | |
| Ontario Hydro, 10%, due 1/14/96 | 10,000.00 | 10,530.00 | 530.00 |
| Total Schedule B, Part 2 | $   36,000.00 | $   36,572.50 | $      572.50 |

Recapitulation:
----------------

| | | | |
|---|---|---|---|
| Schedule B, Part 1 | $   66,415.50 | $   67,723.75 | $    1,308.25 |
| Schedule B, Part 2 | 36,000.00 | 36,572.50 | 572.50 |
| Total Schedule B | $  102,415.50 | $  104,296.25 | $    1,880.75 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 239 of 449

-35-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility
--------------------------------------------------------------

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| Part 1 - Sales: | | | |
| 01/12/93   40 shares of | | | |
| Merrill Lynch Ready Assets Trust | $    40.00 | $    40.00 | $    0.00 |
| 04/13/93   $150,000 face value of | | | |
| U.S. Treasury Bills, Due 6/17/93 | 148,961.08 | 148,961.08 | 0.00 |
| 12/30/93   49,779 shares of | | | |
| Merrill Lynch Ready Assets Trust | 49,779.00 | 49,779.00 | 0.00 |
| 01/11/94   40 shares of | | | |
| Merrill Lynch Ready Assets Trust | 40.00 | 40.00 | 0.00 |
| 01/10/95   40 shares of | | | |
| Merrill Lynch Ready Assets Trust | 40.00 | 40.00 | 0.00 |
| 08/08/97   $25,000 face value of | | | |
| U.S. Treasury Bills, Due 12/11/97 | 24,543.84 | 24,561.63 | 17.79 |
| 08/26/97   756,917.79 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 756,917.79 | 756,917.79 | 0.00 |
| 12/07/98   20 shares of | | | |
| NOVA Corp. | 197.49 | 210.00 | 12.51 |
| 12/08/98   720,512.11 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 720,512.11 | 720,512.11 | 0.00 |
| 01/11/99   15,000 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 15,000.00 | 15,000.00 | 0.00 |
| 04/07/99   75 shares of | | | |
| Gulf Canada Resources Limited | 284.16 | 403.13 | 118.97 |
| 12/06/99   727,497.97 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 727,497.97 | 727,497.97 | 0.00 |
| 03/07/00   715,807.84 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 715,807.84 | 715,807.84 | 0.00 |
| 04/13/00   20,000 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 20,000.00 | 20,000.00 | 0.00 |
| 07/28/00   20,000 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 20,000.00 | 20,000.00 | 0.00 |
| 09/01/00   713,945.35 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 713,945.35 | 713,945.35 | 0.00 |
| 10/20/00   70,719.18 shares of | | | |
| Chase Vista Cash Management Money Market, Class A | 70,719.18 | 70,719.18 | 0.00 |
| 01/23/01   18,000 shares of | | | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 18,000.00 | 18,000.00 | 0.00 |
| 03/08/01   772,706.46 shares of | | | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 772,706.46 | 772,706.46 | 0.00 |
| 03/08/02   815,835.90 shares of | | | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 815,835.90 | 815,835.90 | 0.00 |
| 07/12/02   10,000 shares of | | | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 10,000.00 | 10,000.00 | 0.00 |
| 08/23/02   5,000 shares of | | | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 5,000.00 | 5,000.00 | 0.00 |
| 09/06/02   747,393.75 shares of | | | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 747,393.75 | 747,393.75 | 0.00 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 240 of 449

-36-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| 01/13/03  4,000 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | $    4,000.00 $ | 4,000.00 $ | 0.00 |
| 03/06/03  18,104.17 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 18,104.17 | 18,104.17 | 0.00 |
| 03/28/03  6,000 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 6,000.00 | 6,000.00 | 0.00 |
| 06/04/04  748,143.75 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 748,143.75 | 748,143.75 | 0.00 |
| 08/31/05  59,936.89 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 59,936.89 | 59,936.89 | 0.00 |
| 03/14/06  6,000 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 6,000.00 | 6,000.00 | 0.00 |
| 04/05/06  8,000 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 8,000.00 | 8,000.00 | 0.00 |
| 04/20/06  69,283.18 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 69,283.18 | 69,283.18 | 0.00 |
| 05/23/06  .48 share of JPMorgan (Formerly Chase Vista) Prime Money Market | 0.48 | 0.48 | 0.00 |
| 09/05/06  830,545.58 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 830,545.58 | 830,545.58 | 0.00 |
| 01/09/07  20,000 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 20,000.00 | 20,000.00 | 0.00 |
| 11/30/07  834,171.30 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 834,171.30 | 834,171.30 | 0.00 |
| 01/24/08  22,000 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 22,000.00 | 22,000.00 | 0.00 |
| 02/29/08  836,391 shares of JPMorgan (Formerly Chase Vista) Prime Money Market | 836,391.00 | 836,391.00 | 0.00 |
| Total Schedule B, Part 1 | $ 9,815,798.27 | $ 9,815,947.54 $ | 149.27 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| Part 2 - Liquidations: | | | |
| 09/27/93  3 shares of | | | |
| Municipal Invest Trust Series 50 New York | $    216.96 $ | 274.16 $ | 57.20 |
| 06/27/94  25 shares of | | | |
| Municipal Invest Trust Series 53 New York | 1,267.75 | 1,935.50 | 667.75 |
| 11/01/95  30 shares of | | | |
| Insured Municipals - Income Trust Series 26 | 0.00 | 7,116.00 | 7,116.00 |
| 11/01/95  25 shares of | | | |
| Insured Municipals - Income Trust Series 9 | 0.00 | 2,762.50 | 2,762.50 |
| 01/09/96  40 shares of | | | |
| Merrill Lynch Ready Assets Trust | 40.00 | 40.00 | 0.00 |
| 04/22/97  66,604 shares of | | | |
| Merrill Lynch Ready Assets Trust | 66,604.00 | 66,604.00 | 0.00 |
| 04/24/97  63.75 shares of | | | |
| Merrill Lynch Ready Assets Trust | 63.75 | 63.75 | 0.00 |
| Total Schedule B, Part 2 | $  68,192.46 $ | 78,795.91 $ | 10,603.45 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 242 of 449

-38-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|-------------|----------|-----------------|----------|

Part 3 - Redemptions:

| Description | Proceeds | Inventory Value | Decrease |
|-------------|----------|-----------------|----------|
| 01/14/93  $200,000 face value of U.S. Treasury Bills, Due 1/14/93 | $  196,976.78 | $  196,976.78 | $      0.00 |
| 02/04/93  $110,000 face value of U.S. Treasury Bills, Due 2/4/93 | 108,337.23 | 108,337.23 | 0.00 |
| 07/15/93  $200,000 face value of U.S. Treasury Bills, Due 7/15/93 | 197,077.89 | 197,077.89 | 0.00 |
| 09/01/93  $20,000 face value of Canadian National Railways Co. Debentures, 14.75%  Due 9/1/12 | 20,000.00 | 24,487.80 | 4,487.80 |
| 01/20/94  $300,000 face value of U.S. Treasury Bills, Due 1/20/94 | 295,490.67 | 295,490.67 | 0.00 |
| 01/12/95  $300,000 face value of U.S. Treasury Bills, Due 1/12/95 | 290,480.00 | 290,480.00 | 0.00 |
| 07/13/95  $300,000 face value of U.S. Treasury Bills, Due 7/13/95 | 291,025.42 | 291,025.42 | 0.00 |
| 11/01/95  54 shares of Nuveen Series 58, N.Y. | 12,677.10 | 54,000.00 | 41,322.90 |
| 11/15/95  $25,000 face value of Franklin County, 9%  Due 12/15/87 | 25,000.00 | 25,000.00 | 0.00 |
| 11/05/96  $25,000 face value of Ontario Province Bonds, 17%  Due 11/5/11 | 26,652.50 | 35,182.00 | 8,529.50 |
| 08/07/97  $745,000 face value of U.S. Treasury Bills, Due 8/7/97 | 728,726.49 | 728,726.49 | 0.00 |
| 06/11/98  $718,000 face value of U.S. Treasury Bills, Due 6/11/98 | 699,523.87 | 699,523.87 | 0.00 |
| 12/03/98  $767,000 face value of U.S. Treasury Bills, Due 12/3/98 | 756,917.79 | 756,917.79 | 0.00 |
| 06/03/99  $736,000 face value of U.S. Treasury Bills, Due 6/3/99 | 720,512.11 | 720,512.11 | 0.00 |
| 12/02/99  $736,000 face value of U.S. Treasury Bills, Due 12/2/99 | 718,772.28 | 718,772.28 | 0.00 |
| 03/02/00  $736,000 face value of U.S. Treasury Bills, Due 3/2/00 | 727,497.97 | 727,497.97 | 0.00 |
| 08/31/00  $736,000 face value of U.S. Treasury Bills, Due 8/31/00 | 715,807.84 | 715,807.84 | 0.00 |
| 03/01/01  $736,000 face value of U.S. Treasury Bill, Due 3/1/01 | 713,945.35 | 713,945.35 | 0.00 |
| 09/06/01  $790,000 face value of U.S. Treasury Bill, Due 9/6/01 | 772,706.46 | 772,706.46 | 0.00 |
| 12/06/01  $796,000 face value of U.S. Treasury Bill, Due 12/6/01 | 789,661.85 | 789,661.85 | 0.00 |
| 03/07/02  $796,000 face value of U.S. Treasury Bills, Due 3/7/02 | 792,800.74 | 792,800.74 | 0.00 |
| 06/06/02  $796,000 face value of U.S. Treasury Bills, Due 6/6/02 | 792,835.90 | 792,835.90 | 0.00 |
| 09/05/02  $750,000 face value of U.S. Treasury Bill, Due 9/5/02 | 747,175.21 | 747,175.21 | 0.00 |
| 12/05/02  $750,000 face value of U.S. Treasury Bill, Due 12/5/02 | 747,393.75 | 747,393.75 | 0.00 |
| 03/06/03  $750,000 face value of U.S. Treasury Bill, Due 3/6/03 | 747,990.42 | 747,990.42 | 0.00 |
| 06/05/03  $750,000 face value of U.S. Treasury Bills, Due 6/5/03 | 748,104.17 | 748,104.17 | 0.00 |
| 09/04/03  $750,000 face value of U.S. Treasury Bills, Due 9/4/03 | 748,388.54 | 748,388.54 | 0.00 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 243 of 449

-39-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| 12/04/03  $750,000 face value of U.S. Treasury Bills, Due 12/4/03 | $    748,483.33 | $    748,483.33 | $        0.00 |
| 03/04/04  $750,000 face value of U.S. Treasury Bills, Due 3/4/04 | 748,521.25 | 748,521.25 | 0.00 |
| 06/03/04  $750,000 face value of U.S. Treasury Bills, Due 6/3/04 | 748,483.33 | 748,483.33 | 0.00 |
| 09/02/04  $750,000 face value of U.S. Treasury Bills, Due 9/2/04 | 748,143.75 | 748,143.75 | 0.00 |
| 12/02/04  $750,000 face value of U.S. Treasury Bills, Due 12/2/04 | 747,307.92 | 747,307.92 | 0.00 |
| 03/03/05  $750,000 face value of U.S. Treasury Bills, Due 3/3/05 | 746,132.50 | 746,132.50 | 0.00 |
| 06/02/05  $750,000 face value of U.S. Treasury Bills, Due 6/2/05 | 745,225.50 | 745,225.50 | 0.00 |
| 09/01/05  $750,000 face value of U.S. Treasury Bills, Due 9/1/05 | 744,789.46 | 744,789.46 | 0.00 |
| 12/01/05  $750,000 face value of U.S. Treasury Bills, Due 12/1/05 | 743,543.83 | 743,543.83 | 0.00 |
| 03/02/06  $750,000 face value of U.S. Treasury Bills, Due 3/2/06 | 743,007.38 | 743,007.38 | 0.00 |
| 06/01/06  $820,000 face value of U.S. Treasury Bills, Due 6/1/06 | 811,463.84 | 811,463.84 | 0.00 |
| 08/31/06  $820,000 face value of U.S. Treasury Bills, Due 8/31/06 | 810,571.86 | 810,571.86 | 0.00 |
| 11/30/06  $840,000 face value of U.S. Treasury Bills, Due 11/30/06 | 830,545.58 | 830,545.58 | 0.00 |
| 03/01/07  $840,000 face value of U.S. Treasury Bills, Due 3/1/07 | 829,917.17 | 829,917.17 | 0.00 |
| 05/31/07  $840,000 face value of U.S. Treasury Bills, Due 5/31/07 | 829,840.73 | 829,840.73 | 0.00 |
| 08/30/07  $840,000 face value of U.S. Treasury Bills, Due 8/30/07 | 830,363.07 | 830,363.07 | 0.00 |
| 11/29/07  $840,000 face value of U.S. Treasury Bills, Due 11/29/07 | 832,807.02 | 832,807.02 | 0.00 |
| 02/28/08  $840,000 face value of U.S. Treasury Bills, Due 2/28/08 | 834,171.30 | 834,171.30 | 0.00 |
| 05/29/08  $840,000 face value of U.S. Treasury Bills, Due 5/29/08 | 836,391.00 | 836,391.00 | 0.00 |
| 08/28/08  $840,000 face value of U.S. Treasury Bills, Due 8/28/08 | 836,319.01 | 836,319.01 | 0.00 |
| Total Schedule B, Part 3 | $29,878,507.16 | $29,932,847.36 | $    54,340.20 |

Schedule B, Part 3
Page 2

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 244 of 449

-40-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

----------------------------------------------------------------

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| ----------- | -------- | --------- | -------- |
| Recapitulation: | | | |
| --------------- | | | |
| | | | |
| Schedule B, Part 1 | $ 9,815,798.27 | $ 9,815,947.54 | $    149.27 |
| Schedule B, Part 2 | 68,192.46 | 78,795.91 | 10,603.45 |
| Schedule B, Part 3 | 29,878,507.16 | 29,932,847.36 | 54,340.20 |
| | --------------- | --------------- | --------------- |
| Total Schedule B | $39,762,497.89 | $39,827,590.81 | $   65,092.92 |
| | =============== | =============== | =============== |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 245 of 449

-41-

```
            ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
                               Schedule C
                  Statement of Funeral and Administration Expenses
                  -------------------------------------------------

Description                                                              Amount
-----------                                                             ------

Administration Expenses:
------------------------

    Wood Gundy:
    -----------
03/27/96 Wire Transfer Fee                     $       15.00 $          15.00
                                               -------------- --------------

            Total Schedule C                                 $          15.00
                                                            ==============
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 246 of 449

-42-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C
Statement of Funeral and Administration Expenses
------------------------------------------------

| Description | | Amount |
|---|---|---|

Administration Expenses:
------------------------

A. Uzzo & Company, CPA's:
-------------------------

| | | |
|---|---|---|
| 01/08/93 Accounting Fees | $ 5,516.85 | |
| 03/22/93 Accounting Fees | 9,996.35 | |
| 05/04/93 Accounting Fees | 4,522.75 | |
| 09/10/93 Accounting Fees | 1,519.70 | |
| 12/30/93 Accounting Fees | 2,555.00 | |
| 04/06/94 Accounting Fees | 3,015.00 | |
| 08/03/94 Accounting Fees | 2,845.00 | |
| 10/13/94 Accounting Fees | 835.00 | |
| 03/18/96 Accounting Fees | 2,977.10 | |
| 10/28/96 Accounting Fees | 2,700.00 | |
| 04/03/97 Accounting Fees | 1,482.50 | |
| 04/08/98 Accounting Fees | 1,932.50 | |
| 08/17/99 Accounting Fees | 1,835.00 | $ 41,732.75 |

Amsure Associates, Inc.:
------------------------

| | | |
|---|---|---|
| 07/19/95 Franklin County Industrial Dev. Agency Affidavits of Loss & Indemnity | $ 1,250.00 | 1,250.00 |

COMP-ACCT Fiduciary Software, Inc.:
-----------------------------------

| | | |
|---|---|---|
| 12/11/98 Accounting Fees | $ 3,500.00 | |
| 10/24/00 Accounting Fees | 2,500.00 | |
| 08/15/02 Accounting Fees | 2,500.00 | 14,000.00 |

Chase Investment Services Corp.:
--------------------------------

| | | |
|---|---|---|
| 04/20/06 Margin Interest | $ 0.10 | |
| 05/09/06 Margin Interest | 0.48 | 0.58 |

Chase Manhattan Bank:
---------------------

| | | |
|---|---|---|
| 01/06/97 Charge for Book Transfer Debit | $ 20.00 | |
| 08/07/97 Charge for Overdraft/Uncollected | 15.00 | |
| 02/04/98 Charge for Stop Placed | 15.00 | |
| 06/16/98 Charge for Book Transfer Debit | 20.00 | |
| 01/07/99 Charge for Overdraft/Uncollected | 15.00 | |
| 04/20/01 Bank Charge for Stop Placed | 15.00 | 100.00 |

Chemical Bank:
--------------

| | | |
|---|---|---|
| 03/11/93 Stop Check Charge | $ 15.00 | |
| 03/17/93 Overdraft Charge | 15.00 | |
| 01/25/94 Checkbook Charge | 17.00 | |
| 04/11/94 Stop Check Charge | 15.00 | |
| 12/16/94 Overdraft Charge | 15.00 | |
| 08/15/95 Checkbook Charge | 64.00 | 141.00 |

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule C
                    Statement of Funeral and Administration Expenses
                    ------------------------------------------------
```

| Description | Amount |
|---|---:|

**Counsel Press:**

| | | |
|---|---:|---:|
| 10/13/95 Services Rendered | $         530.97 $ | 530.97 |

**David J. Mandelbaum, Executor:**

| | | |
|---|---:|---:|
| 01/11/96 Executor's Commissions | $      28,204.88 $ | 28,204.88 |

**David J. Mandelbaum, Trustee:**

| | | |
|---|---:|---:|
| 12/11/98 Trustee's Commissions | 5,695.24 | |
| 08/23/02 Trustee's Commissions | 2,551.14 | 8,246.38 |

**Goodkind Labaton:**

| | | |
|---|---:|---:|
| 01/11/96 Legal Fees | $      21,764.00 | 21,764.00 |

**Goodkind Labaton Rudoff & Sucharow:**

| | | |
|---|---:|---:|
| 12/30/93 Legal Fees | $      15,000.00 | 15,000.00 |

**Internal Revenue Service:**

| | | |
|---|---:|---:|
| 01/15/93 1992 Form 1041-ES | $       1,375.00 | |
| 04/09/93 1992 Form 1041 | 7,808.00 | |
| 04/09/93 1991 Form 1041 | 47,284.00 | |
| 04/09/93 1990 Form 1041 | 31.00 | |
| 04/09/93 1989 Form 1041 | 50.00 | |
| 04/09/93 1993 Form 1041-ES | 3,330.00 | |
| 06/29/93 1993 Form 1041-ES | 3,330.00 | |
| 07/13/93 Late Fee & Interest Due on Fiduciary Income Tax | 32.62 | |
| 04/12/94 1993 Form 1041 | 15,810.00 | |
| 04/12/94 1994 Form 1041-ES | 5,570.00 | |
| 06/10/94 1994 Form 1041-ES | 5,570.00 | |
| 09/09/94 1994 Form 1041-ES | 5,570.00 | |
| 01/17/95 1994 Form 1041-ES | 5,570.00 | |
| 02/27/96 Refund of Overpayment of Fiduciary Income Taxes F/Y/E 12/31/91 | -8,044.97 | |
| 02/27/96 Refund of Overpayment of Fiduciary Income Taxes F/Y/E 12/31/92 | -235.88 | |
| 02/27/96 Refund of Overpayment of Fiduciary Income Taxes F/Y/E 12/31/94 | -21,780.00 | |
| 03/30/98 1997 Fiduciary Income Tax | 10,223.00 | |
| 03/30/98 1998 Fiduciary Income Tax | 2,690.00 | |
| 06/03/98 1998 Fiduciary Income Tax | 2,690.00 | |
| 09/04/98 1998 Fiduciary Income Tax | 2,690.00 | |
| 04/20/00 1999 Fiduciary Income Tax (Form 1041) | 2,614.00 | |
| 07/17/00 1999 Fiduciary Income Tax (Form 1041) Previously Underpaid | 2,237.87 | 94,414.64 |

**JPMorganChase:**

| | | |
|---|---:|---:|
| 07/11/02 Charge for Overdraft/Uncollected | $          20.00 | |
| 04/28/06 Charge for Stop Placed | 25.00 | |
| 03/19/07 Charge for Stop Placed | 25.00 | |
| 04/09/08 Stop Payment Fee | 32.00 | 102.00 |

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                      Schedule C
                    Statement of Funeral and Administration Expenses
                    --------------------------------------------------
```

| Description | | Amount |
|---|---|---|
| John C. Fisher, Esq.: | | |
| 12/22/95 Refund of Overpayment of Legal Fees | $    -1,627.93 | |
| 03/25/96 Legal Fees | 3,373.00 | |
| 06/27/96 Legal Fees | 2,586.00 | |
| 10/04/96 Legal Fees | 2,533.00 | |
| 01/02/97 Legal Fees | 1,317.00 | |
| 04/03/97 Legal Fees | 1,023.00 | |
| 12/11/97 Legal Fees | 2,446.40 | |
| 04/08/98 Legal Fees | 2,640.00 | |
| 09/30/98 Legal Fees | 3,234.00 | |
| 01/07/99 Legal Fees | 6,009.50 | |
| 04/08/99 Legal Fees | 1,251.75 | |
| 07/08/99 Legal Fees | 1,161.75 | |
| 10/18/99 Legal Fees | 532.00 | |
| 01/14/00 Legal Fees | 470.00 | |
| 03/16/00 Legal Fees | 393.00 | |
| 05/03/00 Legal Fees | 8,700.00 | |
| 07/24/00 Legal Fees | 8,971.00 | |
| 10/24/00 Legal Fees | 1,159.50 | |
| 02/09/01 Legal Fees | 481.00 | |
| 07/23/01 Legal Fees | 2,238.00 | |
| 10/15/01 Legal Fees | 653.00 | |
| 01/11/02 Legal Fees | 1,373.00 | |
| 07/11/02 Legal Fees | 9,764.70 | |
| 10/23/02 Legal Fees | 2,051.89 | |
| 01/16/03 Legal Fees | 3,701.80 | |
| 04/01/03 Legal Fees | 12,060.30 | |
| 07/09/03 Legal Fees | 4,504.50 | |
| 02/09/04 Legal Fees | 668.00 | |
| 04/16/04 Legal Fees | 1,223.28 | |
| 01/13/05 Legal Fees | 1,218.00 | |
| 04/15/05 Legal Fees | 1,520.00 | |
| 04/18/06 Legal Fees | 2,204.28 | |
| 02/01/07 Legal Fees | 1,315.00 | |
| 02/04/08 Legal Fees | 3,187.28 $ | 94,337.00 |
| | -------------- | |
| Judith E. Siegel-Baum: | | |
| 12/28/95 Guardian ad Litem Fee | $   49,950.00 | 49,950.00 |
| | -------------- | |
| Karin J. Barkhorn, Esq.: | | |
| 01/11/96 Referee's Fee | $   15,250.00 | 15,250.00 |
| | -------------- | |
| Merrill Lynch: | | |
| 01/11/93 1992 Annual Account Fee | $       0.26 | |
| 01/11/93 1992 Annual Account Fee | 39.74 | |
| 01/11/93 1992 Annual Account Fee | 40.00 | |
| 01/10/94 1993 Annual Account Fee | 0.75 | |
| 01/10/94 1993 Annual Account Fee | 39.25 | |
| 01/10/94 1993 Annual Account Fee | 40.00 | |
| 01/09/95 1994 Annual Account Fee | 0.75 | |
| 01/09/95 1994 Annual Account Fee | 39.25 | |
| 01/09/95 1994 Annual Account Fee | 40.00 | |
| 01/24/96 1995 Annual Account Fee | 40.00 | |
| 01/24/96 1995 Annual Account Fee | 40.00 | |
| 01/09/97 1996 Annual Account Fee | 40.00 | |
| 05/29/97 Charge Off | 0.01 | 360.01 |
| | -------------- | |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 249 of 449

-45-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C
Statement of Funeral and Administration Expenses
------------------------------------------------------

| Description | | Amount |
|------------|------:|------:|

New York City Department of Health:
-----------------------------------

| 07/19/95 5 Death Certificates | $        75.00 $ | 75.00 |

New York County Surrogate's Court:
----------------------------------

| 07/19/95 3 Letters Testamentary | $        15.00 | 15.00 |

New York State Income Tax:
--------------------------

| 04/09/93 1992 Form IT-205 | $     3,486.00 | |
| 04/09/93 1990 Form IT-205 | 18.00 | |
| 04/09/93 1989 Form IT-205 | 29.00 | |
| 04/09/93 1993 Form IT-205-ES | 1,375.00 | |
| 04/13/93 1991 Form IT-205 | 18,980.00 | |
| 06/29/93 1993 Form IT-205-ES | 1,375.00 | |
| 04/12/94 1993 Form IT-205 | 7,050.00 | |
| 04/12/94 1994 Form IT-205-ES | 2,435.00 | |
| 06/10/94 1994 Form IT-205-ES | 2,435.00 | |
| 09/09/94 1994 Form IT-205-ES | 2,435.00 | |
| 01/17/95 1994 Form IT-205-ES | 2,435.00 | |
| 06/12/95 Refund of Overpayment of 1994 Form IT-205 | -9,490.00 | |
| 08/02/96 Refund of Overpayment of 1991 Fiduciary Income Tax | -1,893.11 | |
| 07/07/00 1999 Fiduciary Income Tax Refund of Overpayment | -224.60 | |
| 04/16/01 NYS Fiduciary Income Tax | 65.00 | 30,510.29 |

Pat Jackson:
------------

| 03/03/95 Transcription of Audio Cassettes | $        60.00 | |
| 06/06/95 Transcription of Audio Cassettes | 154.00 | 214.00 |

Penny Goldenberg:
-----------------

| 04/14/00 Tax Preparation | $       250.00 | |
| 04/13/01 Tax Preparation | 338.92 | |
| 03/18/02 Tax Preparation | 438.92 | |
| 03/18/03 2002 Tax Preparation | 563.92 | |
| 04/17/08 2007 Tax Preparation | 944.28 | 2,536.04 |

Seaboard Surety:
----------------

| 02/15/95 Bond Premium - Series 9 | $       157.85 | |
| 02/15/95 Bond Premium - Series 26 | 78.84 | |
| 06/22/95 Bond Premium - Nuveen | 124.45 | 361.14 |

Thomas Cook Currency Services:
------------------------------

| 09/29/93 Canadian Attorneys' Legal Fees | $     3,120.00 | |
| 10/25/93 Refund of Canadian Attorneys' Legal Fees Overpayment | -24.75 | 3,095.25 |

U.S. Trust:
-----------

| 06/22/95 Processing Fee - Nuveen | $        20.00 | 20.00 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 250 of 449

-46-

```
                   ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule C
                     Statement of Funeral and Administration Expenses
                     --------------------------------------------------

Description                                                              Amount
-----------                                                             ------


     United States Treasury:
     -----------------------

04/21/00 2000 Estimated Fiduciary Income Tax (Form 1041-ES)    $     1,956.00
06/15/00 2000 Estimated Fiduciary Income Tax (Form 1041-ES)         1,913.00
09/12/00 2000 Estimated Fiduciary Income Tax (Form 1041-ES)         1,934.00
01/18/01 2000 Estimated Fiduciary Income Tax (Form 1041-ES)         1,934.00
07/10/01 Refund of Overpayment of 2000 Fiduciary Income Tax        -4,415.00
03/21/02 2002 Estimated Fiduciary Income Tax (Form 1041-ES)         3,990.00
03/22/02 2001 Fiduciary Income Tax                                 12,636.00
06/14/02 2002 Form 1041-ES                                          3,990.00
07/01/02 2001 Form 1041                                             3,408.46
09/16/02 2002 Form 1041-ES                                          1,485.00
01/13/03 2002 Form 1041-ES                                          1,485.00
04/29/03 2002 Form 1041 Refund of Overpayment                     -10,950.00
04/13/05 2004 Form 1041                                               725.00
04/17/06 2006 Form 1041-ES                                          1,464.00
04/18/06 2005 Form 1041                                             5,887.00
06/19/06 2006 Form 1041-ES                                          1,464.00
09/18/06 2006 Form 1041-ES                                          1,464.00
01/17/07 2006 Form 1041-ES                                          1,464.00
04/10/07 2007 Form 1041-ES                                          2,704.00
04/11/07 2006 Form 1041                                             4,957.00
06/18/07 2007 Form 1041-ES                                          2,704.00
09/05/07 2007 Form 1041-ES                                          2,704.00
01/15/08 2007 Form 1041-ES                                          2,704.00
04/15/08 2008 Form 1041-ES                                          2,940.00
04/17/08 2007 Form 1041                                               942.00
06/13/08 2008 Form 1041-ES                                          2,940.00
09/11/08 2008 Form 1041-ES                                          2,940.00 $    57,094.46
                                                                  --------------

     Williams & Price:
     -----------------

04/13/94 Court Fees to Cover $5,410.00 Canadian                $     4,500.00
03/18/96                                                            1,294.00
11/17/98 Ancillary Letters Probate & Fee                             283.20         6,077.20
                                                                  --------------

     Wolf Popper Ross Wolf & Jones:
     ------------------------------

03/01/93 Legal Fees                                            $    45,089.35
05/06/94 Legal Fees                                                20,000.00
11/30/94 Legal Fees                                                10,922.15
07/12/95 Legal Disbursements                                         130.09        76,141.59
                                                                  -------------- --------------

          Total Schedule C                                                    $   556,299.18
                                                                               ==============
```

08-01789-cgm   Doc 17551-1   Filed 05/01/18   Entered 05/01/18 16:09:57   Supplement
Dean Lorens Affidavit of 04.23.2018   Pg 251 of 449

-47-

```
           ESTATE OF SIMON A. GOLDBERG - COMBINED ACCOUNTS
                             Schedule D
                  Statement of All Creditors' Claims
                  ------------------------------------
```

Description                                                          Amount
-----------                                                          ------

1.  Claims presented, allowed, paid and credited and
    appearing in the Summary Statement, together with
    the date of payment:
    ---------------------------------------------------------
    NONE


2.  Claims presented and allowed but not paid:
    -----------------------------------------------
    NONE


3.  Claims presented but rejected, the date and
    reason for such rejection:
    -----------------------------------------------
    NONE


4.  Contingent and possible claims:
    ----------------------------------
    NONE


5.  Personal claims requiring approval by the Court,
    pursuant to SCPA 1805:
    ---------------------------------------------------------
    NONE

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule E
Statement of Distributions Made
-------------------------------

| Description | Fair Market Value |
| --- | --- |

Transfer to Chase Manhattan Bank ($195.86 US Dollars):
------------------------------------------------------
Cash Distributions:
-------------------

| 12/02/96 | $ | 267.14 | $ | 267.14 | $ | 267.14 |
| --- | --- | --- | --- | --- | --- | --- |

Transfer to Chemical Bank ($110,031.60 US Dollars):
---------------------------------------------------
Cash Distributions:
-------------------

| 03/27/96 | $ | 150,193.29 | $ | 150,193.29 | | 150,193.29 |
| --- | --- | --- | --- | --- | --- | --- |

Transfer to Chemical Checking Account ($231,765.28 US Dollars):
---------------------------------------------------------------
Cash Distributions:
-------------------

| 01/10/95 | $ | 327,157.86 | $ | 327,157.86 | | 327,157.86 |
| --- | --- | --- | --- | --- | --- | --- |

Total Schedule E                    $    477,618.29
                                    ===============

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 253 of 449

-49-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule E
Statement of Distributions Made
-------------------------------

Description                                          Fair Market Value
-----------                                          -----------------

Recapitulation of Cash Distributions:
-------------------------------------

Transfer to Chase Manhattan Bank ($195.86 US Dollars)      $        267.14
Transfer to Chemical Bank ($110,031.60 US Dollars)              150,193.29
Transfer to Chemical Checking Account ($231,765.28 US
Dollars)                                                        327,157.86
                                                           --------------
Total                                                      $   477,618.29
                                                           ==============

```
          ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                          Schedule E
                 Statement of Distributions Made
                 -------------------------------
Description                                  Fair Market Value
-----------                                  -----------------


     Goldberg, Evelyn:
     -----------------
Cash Distributions:
-------------------

03/11/93             $    -40,000.00 $    -40,000.00 $   -40,000.00
                     -------------- -------------- --------------
          Total Schedule E                          $   -40,000.00
                                                    ==============
```

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
-----------------------------------------------------------------

| Description | Purchase Price |
| --- | --- |
| Part 1 - New Investments: | |
| 01/07/93  $241,000 face value of Canada T-Bill, due 2/11/93 | $   239,678.60 |
| 02/12/93  $244,000 face value of Canada T-Bill, due 4/15/93 | 241,904.28 |
| 04/20/93  $254,000 face value of Canada T-Bill, due 6/24/93 | 252,225.81 |
| 06/28/93  $263,000 face value of Canada T-Bill, due 9/23/93 | 260,700.85 |
| 09/23/93  $264,000 face value of Federal Bus Stn, due 10/28/93 | 263,116.92 |
| 11/01/93  $270,000 face value of Canada T-Bill, due 1/6/94 | 268,350.30 |
| 01/11/94  $273,000 face value of Canada T-Bill, due 2/17/94 | 272,172.26 |
| 02/17/94  $277,000 face value of Canada T-Bill, due 5/19/94 | 275,011.69 |
| 05/19/94  $293,000 face value of Canada T-Bill, due 8/18/94 | 289,285.64 |
| 08/19/94  $300,000 face value of Canada T-Bill, due 10/20/94 | 297,598.80 |
| 10/21/94  $305,000 face value of Canada T-Bill, due 12/1/94 | 303,669.59 |
| 12/01/94  $308,000 face value of Canada T-Bill, due 1/5/95 | 306,720.57 |
| Total Schedule F, Part 1 | $ 3,270,435.31 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
-----------------------------------------------------------------

| Description | Purchase Price |
| --- | --- |
| Part 1 - New Investments: | |
| 01/12/93  22.66 shares of Merrill Lynch Ready Assets Trust | $        22.66 |
| 01/14/93  $200,000 face value of U.S. Treasury Bills, Due 7/15/93 | 197,077.89 |
| 01/29/93  36.97 shares of Merrill Lynch Ready Assets Trust | 36.97 |
| 02/26/93  55.28 shares of Merrill Lynch Ready Assets Trust | 55.28 |
| 03/18/93  $150,000 face value of U.S. Treasury Bills, Due 6/17/93 | 148,961.08 |
| 03/26/93  56.60 shares of Merrill Lynch Ready Assets Trust | 56.60 |
| 04/30/93  67.02 shares of Merrill Lynch Ready Assets Trust | 67.02 |
| 05/10/93  18.29 shares of Merrill Lynch Ready Assets Trust | 18.29 |
| 05/10/93  10,302 shares of Merrill Lynch Ready Assets Trust | 10,302.00 |
| 05/28/93  46.44 shares of Merrill Lynch Ready Assets Trust | 46.44 |
| 06/25/93  72.89 shares of Merrill Lynch Ready Assets Trust | 72.89 |
| 07/26/93  $300,000 face value of U.S. Treasury Bills, Due 1/20/94 | 295,490.67 |
| 07/30/93  92.48 shares of Merrill Lynch Ready Assets Trust | 92.48 |
| 08/27/93  74.41 shares of Merrill Lynch Ready Assets Trust | 74.41 |
| 09/03/93  18.57 shares of Merrill Lynch Ready Assets Trust | 18.57 |
| 09/03/93  20,000 shares of Merrill Lynch Ready Assets Trust | 20,000.00 |
| 09/24/93  88.77 shares of Merrill Lynch Ready Assets Trust | 88.77 |
| 10/29/93  144.90 shares of Merrill Lynch Ready Assets Trust | 144.90 |
| 11/26/93  115.90 shares of Merrill Lynch Ready Assets Trust | 115.90 |
| 12/30/93  139.20 shares of Merrill Lynch Ready Assets Trust | 139.20 |
| 12/31/93  .97 share of Merrill Lynch Ready Assets Trust | 0.97 |
| 01/03/94  1.45 shares of Merrill Lynch Ready Assets Trust | 1.45 |
| 01/03/94  25,000 shares of Merrill Lynch Ready Assets Trust | 25,000.00 |
| 01/11/94  17.04 shares of Merrill Lynch Ready Assets Trust | 17.04 |
| 01/20/94  $300,000 face value of U.S. Treasury Bills, Due 1/12/95 | 290,480.00 |
| 01/28/94  42.61 shares of Merrill Lynch Ready Assets Trust | 42.61 |
| 02/25/94  66.31 shares of Merrill Lynch Ready Assets Trust | 66.31 |
| 03/25/94  68.53 shares of Merrill Lynch Ready Assets Trust | 68.53 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 257 of 449

-53-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
----------------------------------------------------------------

| Description | Purchase Price |
|---|---|
| 04/29/94  91.75 shares of | |
| Merrill Lynch Ready Assets Trust | $      91.75 |
| 05/27/94  80.97 shares of | |
| Merrill Lynch Ready Assets Trust | 80.97 |
| 06/27/94  88.19 shares of | |
| Merrill Lynch Ready Assets Trust | 88.19 |
| 06/29/94  16 shares of | |
| Merrill Lynch Ready Assets Trust | 16.00 |
| 06/29/94  1,400 shares of | |
| Merrill Lynch Ready Assets Trust | 1,400.00 |
| 07/29/94  102.39 shares of | |
| Merrill Lynch Ready Assets Trust | 102.39 |
| 08/06/94  98.39 shares of | |
| Merrill Lynch Ready Assets Trust | 98.39 |
| 09/30/94  131.48 shares of | |
| Merrill Lynch Ready Assets Trust | 131.48 |
| 10/28/94  112.12 shares of | |
| Merrill Lynch Ready Assets Trust | 112.12 |
| 11/25/94  119.43 shares of | |
| Merrill Lynch Ready Assets Trust | 119.43 |
| 12/30/94  160.51 shares of | |
| Merrill Lynch Ready Assets Trust | 160.51 |
| 01/13/95  $300,000 face value of | |
| U.S. Treasury Bills, Due 7/13/95 | 291,025.42 |
| 01/30/95  134.68 shares of | |
| Merrill Lynch Ready Assets Trust | 134.68 |
| 01/31/95  $230,000 face value of | |
| U.S. Treasury Notes, 7.5%  Due 1/31/97 | 229,755.60 |
| 02/24/95  138.58 shares of | |
| Merrill Lynch Ready Assets Trust | 138.58 |
| 03/31/95  182.01 shares of | |
| Merrill Lynch Ready Assets Trust | 182.01 |
| 04/28/95  147.88 shares of | |
| Merrill Lynch Ready Assets Trust | 147.88 |
| 05/26/95  148.51 shares of | |
| Merrill Lynch Ready Assets Trust | 148.51 |
| 06/30/95  185.03 shares of | |
| Merrill Lynch Ready Assets Trust | 185.03 |
| 07/28/95  146.97 shares of | |
| Merrill Lynch Ready Assets Trust | 146.97 |
| 08/25/95  144.59 shares of | |
| Merrill Lynch Ready Assets Trust | 144.59 |
| 09/29/95  180.37 shares of | |
| Merrill Lynch Ready Assets Trust | 180.37 |
| 10/27/95  144.07 shares of | |
| Merrill Lynch Ready Assets Trust | 144.07 |
| 11/24/95  144.24 shares of | |
| Merrill Lynch Ready Assets Trust | 144.24 |
| 12/29/95  180.38 shares of | |
| Merrill Lynch Ready Assets Trust | 180.38 |
| 01/09/96  51.30 shares of | |
| Merrill Lynch Ready Assets Trust | 51.30 |
| 01/26/96  90.39 shares of | |
| Merrill Lynch Ready Assets Trust | 90.39 |
| 02/23/96  138.17 shares of | |
| Merrill Lynch Ready Assets Trust | 138.17 |
| 03/29/96  166.11 shares of | |
| Merrill Lynch Ready Assets Trust | 166.11 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 258 of 449

-54-

```
                 ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule F
              Statement of New Investments, Exchanges and Stock Distributions
              ------------------------------------------------------------------

Description                                                          Purchase Price
-----------                                                          --------------
     04/26/96  132.77 shares of
Merrill Lynch Ready Assets Trust                                 $         132.77
     05/31/96  167.10 shares of
Merrill Lynch Ready Assets Trust                                          167.10
     06/28/96  134.45 shares of
Merrill Lynch Ready Assets Trust                                          134.45
     07/26/96  136.25 shares of
Merrill Lynch Ready Assets Trust                                          136.25
     08/30/96  172.05 shares of
Merrill Lynch Ready Assets Trust                                          172.05
     09/27/96  138.50 shares of
Merrill Lynch Ready Assets Trust                                          138.50
     10/25/96  139.67 shares of
Merrill Lynch Ready Assets Trust                                          139.67
     10/29/96  19.97 shares of
Merrill Lynch Ready Assets Trust                                           19.97
     10/29/96  1,250 shares of
Merrill Lynch Ready Assets Trust                                        1,250.00
     11/14/96  82.98 shares of
Merrill Lynch Ready Assets Trust                                           82.98
     11/14/96  26,653 shares of
Merrill Lynch Ready Assets Trust                                       26,653.00
     11/29/96  132.28 shares of
Merrill Lynch Ready Assets Trust                                          132.28
     12/31/96  285.08 shares of
Merrill Lynch Ready Assets Trust                                          285.08
     01/31/97  274.38 shares of
Merrill Lynch Ready Assets Trust                                          274.38
     02/06/97  $615,000 face value of
U.S. Treasury Bills, Due 8/7/97                                       599,578.53
     02/28/97  247.28 shares of
Merrill Lynch Ready Assets Trust                                          247.28
     03/27/97  238.86 shares of
Merrill Lynch Ready Assets Trust                                          238.86
     04/22/97  225.60 shares of
Merrill Lynch Ready Assets Trust                                          225.60
     04/24/97  .02 share of
Merrill Lynch Ready Assets Trust                                            0.02
     06/13/97  $130,000 face value of
U.S. Treasury Bills, Due 8/7/97                                       129,147.96
     08/07/97  $797,000 face value of
U.S. Treasury Bills, Due 12/11/97                                     783,024.61
     12/11/97  $718,000 face value of
U.S. Treasury Bills, Due 6/11/98                                      699,523.87
     06/12/98  718,000 shares of
Chase Vista Cash Management Money Market, Class A                     718,000.00
     06/16/98  35,000 shares of
Chase Vista Cash Management Money Market, Class A                      35,000.00
     07/01/98  1,655.98 shares of
Chase Vista Cash Management Money Market, Class A                       1,655.98
     08/03/98  3,235.21 shares of
Chase Vista Cash Management Money Market, Class A                       3,235.21
     08/26/98  $767,000 face value of
U.S. Treasury Bills, Due 12/3/98                                      756,917.79
     09/01/98  2,725.15 shares of
Chase Vista Cash Management Money Market, Class A                       2,725.15
     10/01/98  15.29 shares of
Chase Vista Cash Management Money Market, Class A                          15.29
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 259 of 449

-55-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
-----------------------------------------------------------------

| Description | Purchase Price |
|---|---|
| 11/14/98  15.39 shares of | |
| Chase Vista Cash Management Money Market, Class A | $       15.39 |
| 12/01/98  14.65 shares of | |
| Chase Vista Cash Management Money Market, Class A | 14.65 |
| 12/03/98  767,000 shares of | |
| Chase Vista Cash Management Money Market, Class A | 767,000.00 |
| 12/07/98  197.49 shares of | |
| Chase Vista Cash Management Money Market, Class A | 197.49 |
| 12/08/98  $736,000 face value of | |
| U.S. Treasury Bills, Due 6/3/99 | 720,512.11 |
| 01/04/99  648.40 shares of | |
| Chase Vista Cash Management Money Market, Class A | 648.40 |
| 02/01/99  162.45 shares of | |
| Chase Vista Cash Management Money Market, Class A | 162.45 |
| 03/01/99  124.41 shares of | |
| Chase Vista Cash Management Money Market, Class A | 124.41 |
| 04/01/99  137.57 shares of | |
| Chase Vista Cash Management Money Market, Class A | 137.57 |
| 04/30/99  66.24 shares of | |
| Chase Vista Cash Management Money Market, Class A | 66.24 |
| 05/03/99  132.50 shares of | |
| Chase Vista Cash Management Money Market, Class A | 132.50 |
| 06/01/99  136.66 shares of | |
| Chase Vista Cash Management Money Market, Class A | 136.66 |
| 06/03/99  17,227.72 shares of | |
| Chase Vista Cash Management Money Market, Class A | 17,227.72 |
| 06/03/99  $736,000 face value of | |
| U.S. Treasury Bills, Due 12/2/99 | 718,772.28 |
| 07/01/99  189.48 shares of | |
| Chase Vista Cash Management Money Market, Class A | 189.48 |
| 08/02/99  211.10 shares of | |
| Chase Vista Cash Management Money Market, Class A | 211.10 |
| 09/01/99  219.03 shares of | |
| Chase Vista Cash Management Money Market, Class A | 219.03 |
| 10/01/99  216.93 shares of | |
| Chase Vista Cash Management Money Market, Class A | 216.93 |
| 11/01/99  231.03 shares of | |
| Chase Vista Cash Management Money Market, Class A | 231.03 |
| 12/01/99  231.12 shares of | |
| Chase Vista Cash Management Money Market, Class A | 231.12 |
| 12/02/99  736,000 shares of | |
| Chase Vista Cash Management Money Market, Class A | 736,000.00 |
| 12/06/99  $736,000 face value of | |
| U.S. Treasury Bills, Due 3/2/00 | 727,497.97 |
| 01/03/00  694.15 shares of | |
| Chase Vista Cash Management Money Market, Class A | 694.15 |
| 02/01/00  288.90 shares of | |
| Chase Vista Cash Management Money Market, Class A | 288.90 |
| 03/01/00  273.66 shares of | |
| Chase Vista Cash Management Money Market, Class A | 273.66 |
| 03/02/00  736,000 shares of | |
| Chase Vista Cash Management Money Market, Class A | 736,000.00 |
| 03/07/00  $736,000 face value of | |
| U.S. Treasury Bills, Due 8/31/00 | 715,807.84 |
| 04/03/00  916.52 shares of | |
| Chase Vista Cash Management Money Market, Class A | 916.52 |
| 05/01/00  323.30 shares of | |
| Chase Vista Cash Management Money Market, Class A | 323.30 |

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                     Schedule F
                    Statement of New Investments, Exchanges and Stock Distributions
                    -----------------------------------------------------------------
```

| Description | Purchase Price |
|---|---|
| 06/01/00  350.06 shares of | |
| Chase Vista Cash Management Money Market, Class A | $      350.06 |
| 07/03/00  334.22 shares of | |
| Chase Vista Cash Management Money Market, Class A | 334.22 |
| 08/01/00  346.15 shares of | |
| Chase Vista Cash Management Money Market, Class A | 346.15 |
| 08/31/00  736,000 shares of | |
| Chase Vista Cash Management Money Market, Class A | 736,000.00 |
| 08/31/00  248.28 shares of | |
| Chase Vista Cash Management Money Market, Class A | 248.28 |
| 09/01/00  $736,000 face value of | |
| U.S. Treasury Bill, Due 3/1/01 | 713,945.35 |
| 10/02/00  831.20 shares of | |
| Chase Vista Cash Management Money Market, Class A | 831.20 |
| 10/20/00  70,719.18 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 70,719.18 |
| 10/31/00  106.60 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 106.60 |
| 11/02/00  260.87 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 260.87 |
| 11/30/00  357.15 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 357.15 |
| 12/29/00  347.94 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 347.94 |
| 01/31/01  359.31 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 359.31 |
| 02/28/01  221.32 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 221.32 |
| 03/01/01  736,000 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 736,000.00 |
| 03/08/01  $790,000 face value of | |
| U.S. Treasury Bill, Due 9/6/01 | 772,706.46 |
| 04/02/01  832.32 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 832.32 |
| 04/30/01  69.36 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 69.36 |
| 05/31/01  64.52 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 64.52 |
| 07/02/01  57.73 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 57.73 |
| 07/31/01  56.38 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 56.38 |
| 08/09/01  20,000 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 20,000.00 |
| 08/31/01  93.07 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 93.07 |
| 09/06/01  338.15 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 338.15 |
| 09/06/01  $796,000 face value of | |
| U.S. Treasury Bill, Due 12/6/01 | 789,661.85 |
| 10/01/01  97.01 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 97.01 |
| 10/31/01  80.85 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 80.85 |
| 11/30/01  65.55 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 65.55 |
| 12/06/01  3,199.26 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 3,199.26 |

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule F
                   Statement of New Investments, Exchanges and Stock Distributions
                    -------------------------------------------------------------
```

| Description | Purchase Price |
|-------------|---------------:|
| 12/06/01  $796,000 face value of |  |
| U.S. Treasury Bills, Due 3/7/02 | $   792,800.74 |
| 12/31/01  62.54 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 62.54 |
| 01/31/02  57.06 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 57.06 |
| 02/28/02  46.73 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 46.73 |
| 03/07/02  796,000 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 796,000.00 |
| 03/08/02  $796,000 face value of |  |
| U.S. Treasury Bills, Due 6/6/02 | 792,835.90 |
| 04/01/02  121.04 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 121.04 |
| 05/08/02  26.84 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 26.84 |
| 05/31/02  27.50 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 27.50 |
| 06/06/02  48,824.79 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 48,824.79 |
| 06/06/02  $750,000 face value of |  |
| U.S. Treasury Bill, Due 9/5/02 | 747,175.21 |
| 07/01/02  68.82 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 68.82 |
| 07/31/02  75.74 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 75.74 |
| 09/03/02  67.56 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 67.56 |
| 09/05/02  750,000 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 750,000.00 |
| 09/06/02  $750,000 face value of |  |
| U.S. Treasury Bill, Due 12/5/02 | 747,393.75 |
| 09/30/02  141.55 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 141.55 |
| 10/31/02  65.37 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 65.37 |
| 11/29/02  52.49 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 52.49 |
| 12/05/02  2,009.58 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 2,009.58 |
| 12/05/02  $750,000 face value of |  |
| U.S. Treasury Bill, Due 3/6/03 | 747,990.42 |
| 12/31/02  50.95 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 50.95 |
| 01/31/03  45.80 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 45.80 |
| 02/28/03  38.48 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 38.48 |
| 03/06/03  $750,000 face value of |  |
| U.S. Treasury Bills, Due 6/5/03 | 748,104.17 |
| 03/31/03  29.94 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 29.94 |
| 04/30/03  20.78 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 20.78 |
| 05/30/03  19.79 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 19.79 |
| 06/05/03  1,611.46 shares of |  |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 1,611.46 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 262 of 449

-58-

ESTATE OF SIMON A. GOLDBERG – U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
-----------------------------------------------------------------

| Description | Purchase Price |
|-------------|---------------:|
| 06/05/03  $750,000 face value of | |
| U.S. Treasury Bills, Due 9/4/03 | $   748,388.54 |
| 06/30/03  20.46 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 20.46 |
| 07/31/03  17.26 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 17.26 |
| 08/29/03  15.41 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 15.41 |
| 09/04/03  1,516.67 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 1,516.67 |
| 09/04/03  $750,000 face value of | |
| U.S. Treasury Bills, Due 12/4/03 | 748,483.33 |
| 09/30/03  17.05 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 17.05 |
| 10/31/03  16.63 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 16.63 |
| 11/28/03  15.18 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 15.18 |
| 12/04/03  1,478.75 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 1,478.75 |
| 12/04/03  $750,000 face value of | |
| U.S. Treasury Bills, Due 3/4/04 | 748,521.25 |
| 12/31/03  19.07 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 19.07 |
| 02/02/04  18.33 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 18.33 |
| 03/01/04  16.73 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 16.73 |
| 03/04/04  1,516.67 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 1,516.67 |
| 03/04/04  $750,000 face value of | |
| U.S. Treasury Bills, Due 6/3/04 | 748,483.33 |
| 03/31/04  18.19 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 18.19 |
| 04/30/04  17.67 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 17.67 |
| 06/01/04  18.62 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 18.62 |
| 06/03/04  750,000 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 750,000.00 |
| 06/04/04  $750,000 face value of | |
| U.S. Treasury Bills, Due 9/2/04 | 748,143.75 |
| 06/30/04  53.43 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 53.43 |
| 08/02/04  26.94 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 26.94 |
| 08/31/04  32.96 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 32.96 |
| 09/02/04  2,692.08 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 2,692.08 |
| 09/02/04  $750,000 face value of | |
| U.S. Treasury Bills, Due 12/2/04 | 747,307.92 |
| 09/30/04  39.27 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 39.27 |
| 11/01/04  47.14 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 47.14 |
| 11/30/04  51.55 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 51.55 |

ESTATE OF SIMON A. GOLDBERG – U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
-----------------------------------------------------------------

| Description | Purchase Price |
| ----------- | -------------- |
| 12/02/04  3,867.50 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | $     3,867.50 |
| 12/02/04  $750,000 face value of | |
| U.S. Treasury Bills, Due 3/3/05 | 746,132.50 |
| 12/31/04  67.49 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 67.49 |
| 01/31/05  74.53 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 74.53 |
| 02/28/05  72.52 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 72.52 |
| 03/03/05  4,774.50 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 4,774.50 |
| 03/03/05  $750,000 face value of | |
| U.S. Treasury Bills, Due 6/2/05 | 745,225.50 |
| 03/31/05  99.37 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 99.37 |
| 05/02/05  105.53 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 105.53 |
| 05/31/05  117.32 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 117.32 |
| 06/02/05  5,210.54 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 5,210.54 |
| 06/02/05  $750,000 face value of | |
| U.S. Treasury Bills, Due 9/1/05 | 744,789.46 |
| 06/30/05  129.93 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 129.93 |
| 08/01/05  144.25 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 144.25 |
| 08/31/05  153.91 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 153.91 |
| 08/31/05  $750,000 face value of | |
| U.S. Treasury Bills, Due 12/1/05 | 743,543.83 |
| 09/01/05  66,393.06 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 66,393.06 |
| 09/30/05  168.37 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 168.37 |
| 10/31/05  189.64 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 189.64 |
| 11/30/05  195.46 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 195.46 |
| 12/01/05  6,992.62 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 6,992.62 |
| 12/01/05  $750,000 face value of | |
| U.S. Treasury Bills, Due 3/2/06 | 743,007.38 |
| 01/03/06  235.08 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 235.08 |
| 01/31/06  243.57 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 243.57 |
| 02/28/06  229.02 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 229.02 |
| 03/02/06  8,205.96 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 8,205.96 |
| 03/02/06  $750,000 face value of | |
| U.S. Treasury Bills, Due 6/1/06 | 741,794.04 |
| 03/31/06  276.49 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 276.49 |
| 04/20/06  $70,000 face value of | |
| U.S. Treasury Bills, Due 6/1/06 | 69,669.80 |

ESTATE OF SIMON A. GOLDBERG – U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
----------------------------------------------------------------

| Description | Purchase Price |
| --- | --- |
| 04/26/06  .48 share of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | $        0.48 |
| 05/01/06  166.72 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 166.72 |
| 05/15/06  10,000 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 10,000.00 |
| 05/31/06  20.41 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 20.41 |
| 06/01/06  9,428.14 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 9,428.14 |
| 06/01/06  $820,000 face value of | |
| U.S. Treasury Bills, Due 8/31/06 | 810,571.86 |
| 06/30/06  72.69 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 72.69 |
| 07/31/06  79.91 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 79.91 |
| 08/31/06  81.18 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 81.18 |
| 08/31/06  820,000 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 820,000.00 |
| 09/05/06  $840,000 face value of | |
| U.S. Treasury Bills, Due 11/30/06 | 830,545.58 |
| 09/29/06  587.98 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 587.98 |
| 10/31/06  40.82 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 40.82 |
| 11/30/06  39.72 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 39.72 |
| 11/30/06  10,082.83 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 10,082.83 |
| 11/30/06  $840,000 face value of | |
| U.S. Treasury Bills, Due 3/1/07 | 829,917.17 |
| 12/29/06  82.93 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 82.93 |
| 01/31/07  24.52 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 24.52 |
| 02/28/07  .60 share of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 0.60 |
| 03/01/07  10,159.27 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 10,159.27 |
| 03/01/07  $840,000 face value of | |
| U.S. Treasury Bills, Due 5/31/07 | 829,840.73 |
| 03/30/07  41.28 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 41.28 |
| 04/30/07  41.41 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 41.41 |
| 05/31/07  42.90 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 42.90 |
| 05/31/07  9,636.93 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 9,636.93 |
| 05/31/07  $840,000 face value of | |
| U.S. Treasury Bills, Due 8/30/07 | 830,363.07 |
| 06/29/07  80.26 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 80.26 |
| 07/31/07  83.32 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 83.32 |
| 08/30/07  7,192.98 shares of | |
| JPMorgan (Formerly Chase Vista) Prime Money Market | 7,192.98 |

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                      Schedule F
                   Statement of New Investments, Exchanges and Stock Distributions
                   ------------------------------------------------------------------

Description                                                              Purchase Price
-----------                                                             --------------
     08/30/07  $840,000 face value of
U.S. Treasury Bills, Due 11/29/07                                    $    832,807.02
     08/31/07  85.17 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            85.17
     09/28/07  111.01 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           111.01
     10/31/07  110.97 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           110.97
     11/29/07  840,000 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                       840,000.00
     11/30/07  209.20 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           209.20
     11/30/07  $840,000 face value of
U.S. Treasury Bills, Due 2/28/08                                         834,171.30
     12/31/07  338.23 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           338.23
     01/31/08  107.03 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           107.03
     02/28/08  840,000 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                       840,000.00
     02/29/08  111.20 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           111.20
     02/29/08  $840,000 face value of
U.S. Treasury Bills, Due 5/29/08                                         836,391.00
     03/31/08  195.13 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                           195.13
     04/30/08  34.24 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            34.24
     05/20/08  12,000 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                        12,000.00
     05/29/08  3,680.99 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                         3,680.99
     05/29/08  $840,000 face value of
U.S. Treasury Bills, Due 8/28/08                                         836,319.01
     05/30/08  40.67 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            40.67
     06/30/08  59.19 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            59.19
     07/31/08  60.26 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            60.26
     08/28/08  3,148.53 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                         3,148.53
     08/28/08  $840,000 face value of
U.S. Treasury Bills, Due 11/28/08                                        836,851.47
     08/29/08  59.93 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            59.93
     09/30/08  64.50 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            64.50
     10/31/08  72.88 shares of
JPMorgan (Formerly Chase Vista) Prime Money Market                            72.88
                                                                        --------------
          Total Schedule F, Part 1                                   $41,206,441.10
                                                                        ==============
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 266 of 449

-62-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
```
--------------------------------------------------------------
```

| Description | Shares/Face Value/Units | Inventory Value |
| --- | --- | --- |
| **Insured Municipals - Income Trust Series 26** | | |
| 07/19/93 | | |
| Cash Distribution on 30 shares of Insured Municipals -<br>Income Trust Series 26 | 0.0000 | 9,076.50 |
| 02/15/94 | | |
| Cash Distribution on 30 shares of Insured Municipals -<br>Income Trust Series 26 | 0.0000 | 3,332.40 |
| 08/15/94 | | |
| Cash Distribution on 30 shares of Insured Municipals -<br>Income Trust Series 26 | 0.0000 | 5,218.80 |
| 03/08/95 | | |
| Cash Distribution on 30 shares of Insured Municipals -<br>Income Trust Series 26 | 0.0000 | 5,256.30 |
| **Insured Municipals - Income Trust Series 9** | | |
| 07/19/93 | | |
| Cash Distribution on 25 shares of Insured Municipals -<br>Income Trust Series 9 | 0.0000 | 13,966.00 |
| 05/15/94 | | |
| Cash Distribution on 25 shares of Insured Municipals -<br>Income Trust Series 9 | 0.0000 | 4,758.50 |
| 03/07/95 | | |
| Cash Distribution on 25 shares of Insured Municipals -<br>Income Trust Series 9 | 0.0000 | 3,513.00 |
| **Municipal Invest Trust Series 1 MBIA Insured** | | |
| 02/25/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 748.50 |
| 03/25/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 724.00 |
| 05/25/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 1,149.00 |
| 07/26/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 364.50 |
| 08/25/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 275.00 |
| 09/27/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 1,174.50 |
| 12/27/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 749.50 |
| 12/30/93 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust<br>Series 1 MBIA Insured | 0.0000 | 180.50 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
----------------------------------------------------------------

| Description | Shares/Face Value/Units | Inventory Value |
| ----------- | ----------------------- | --------------- |

Municipal Invest Trust Series 1 MBIA Insured (Continued From Previous Page)
--------------------------------------------------------------------------

| Description | Shares/Face Value/Units | Inventory Value |
| ----------- | ----------------------- | --------------- |
| 03/25/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 1,538.50 |
| 05/25/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 1,863.50 |
| 07/25/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 641.00 |
| 09/26/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 265.50 |
| 10/25/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 253.50 |
| 11/25/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 978.00 |
| 12/27/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000  $ | 80.00 |
| 12/29/94 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 65.00 |
| 04/25/95 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 391.00 |
| 07/25/95 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 941.50 |
| 08/25/95 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 763.50 |
| 11/01/95 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 351.00 |
| 12/26/95 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 84.00 |
| 12/29/95 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 261.00 |
| 06/25/96 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 413.50 |
| 07/25/96 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 563.50 |
| 10/25/96 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 273.00 |
| 12/26/96 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 267.00 |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 268 of 449

-64-

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of New Investments, Exchanges and Stock Distributions
------------------------------------------------------------------

| Description | Shares/Face Value/Units | Inventory Value |
| --- | --- | --- |

Municipal Invest Trust Series 1 MBIA Insured (Continued From Previous Page)
------------------------------------------------------------------

| 12/31/96 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 179.00 |
| 03/25/97 | | |
| Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | 19.00 |
| 04/22/97 | | |

Municipal Invest Trust Series 50 New York
-------------------------------------------

| 09/26/93 | | |
| Cash Distribution on 3 shares of Municipal Invest Trust Series 50 New York | 0.0000 | 254.50 |

Municipal Invest Trust Series 53 New York
-------------------------------------------

| 05/25/93 | | |
| Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | 140.25 |
| 07/26/93 | | |
| Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | 187.50 |
| 12/27/93 | | |
| Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | 94.50 |
| 05/25/94 | | |
| Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | 3,822.00 |

Summary:
--------

Total Cash Distributions Received                          $    65,177.75
                                                          ===============

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 269 of 449

-65-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule G
Statement of All Personal Property Remaining on Hand
----------------------------------------------------

| Description | Market Value on 11/13/98 | Inventory Value on 11/13/98 |
| ----------- | ------------ | --------------- |

NONE

```
                    ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                    Schedule G
                    Statement of All Personal Property Remaining on Hand
                    ------------------------------------------------------

Description                                    Market Value          Inventory Value
                                                on 11/11/08            on 11/11/08
-----------                                    ------------          ----------------

CASH:
-----

JPMorganChase, Checking Account  #006-058191   $     5,019.63 $    5,019.63 $     5,019.63
                                                              --------------

STOCKS & FUNDS:
---------------

35,368.05 shares of
JPMorgan (Formerly Chase Vista) Prime Money
Market                                            35,368.05 $     35,368.05      35,368.05
                                                              --------------

DEBT INSTRUMENTS:
-----------------

$840,000 face value of
U.S. Treasury Bills, Due
11/28/08                                         839,932.80 $   836,851.47     836,851.47
                                                 -------------- -------------- --------------
        Total Schedule G                       $   880,320.48               $   877,239.15
                                               ==============               ==============

Summary:
--------

    Securities                                 $   875,300.85               $   872,219.52
    Other                                            5,019.63                     5,019.63
                                                   --------------               --------------
    Total                                      $   880,320.48               $   877,239.15
                                               ==============               ==============
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 271 of 449

-67-

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation
-------------------------------------------------------------

Cash Reconciliation as of 11/13/98:
-----------------------------------

    Receipts:
    ---------

| | | |
|---|---|---|
| Amount shown by Schedule A (Less Accrued Interest) | $ | 31,035.21 |
| Amount shown by Schedule A-1 | | 3,566,071.86 |
| Amount shown by Schedule A-2 | | 48,546.03 |
| Amount shown by Schedule B | | 102,415.50 |

    Total Receipts      $ 3,748,068.60

    Disbursements:
    --------------

| | | |
|---|---|---|
| Amount shown by Schedule C | $ | 15.00 |
| Amount shown by Schedule D | | 0.00 |
| Amount shown by Schedule E | | 477,618.29 |
| Amount shown by Schedule F, New Investments | | 3,270,435.31 |

    Total Disbursements      3,748,068.60

    Total Cash on Hand per Schedule G      $      0.00

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 272 of 449

-68-

```
             ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
                                 Schedule J
             Statement of Other Pertinent Facts and of Cash Reconciliation
             ------------------------------------------------------------


Securities Reconciliation as of 11/13/98:
-----------------------------------------

        Receipts:
        ---------

Amount shown by Schedule A                      $    371,965.60

Amount shown by Schedule F, New Investments        3,270,435.31
                                                --------------

        Total Receipts                                           $ 3,642,400.91


        Disbursements:
        --------------

Amount shown by Schedule A-1                     $ 3,538,104.66

Amount shown by Schedule B                           104,296.25

                                                --------------

        Total Disbursements                                        3,642,400.91
                                                                 --------------
        Total Securities on Hand per Schedule G                  $        0.00
                                                                 ==============
```

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 273 of 449

-69-

```
           ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                              Schedule J
           Statement of Other Pertinent Facts and of Cash Reconciliation
           ----------------------------------------------------------------
```

Cash Reconciliation as of 11/11/08:
------------------------------------

     Receipts:
     ---------

| | | |
|---|---|---|
| Amount shown by Schedule A (Less Accrued Interest) | $ 425,810.57 | |
| Amount shown by Schedule A-1 | 1,001,613.01 | |
| Amount shown by Schedule A-2 | 472,660.69 | |
| Amount shown by Schedule B | 39,762,497.89 | |
| Amount shown by Schedule F Cash Received from Corporate Distributions | 65,177.75 | |
| | -------------- | |
| Total Receipts | | $41,727,759.91 |

     Disbursements:
     --------------

| | | |
|---|---|---|
| Amount shown by Schedule C | $ 556,299.18 | |
| Amount shown by Schedule D | 0.00 | |
| Amount shown by Schedule E | -40,000.00 | |
| Amount shown by Schedule F, New Investments | 41,206,441.10 | |
| | -------------- | |
| Total Disbursements | | 41,722,740.28 |
| | | -------------- |
| Total Cash on Hand per Schedule G | | $ 5,019.63 |
| | | =============== |

08-01789-cgm    Doc 17551-1    Filed 05/01/18    Entered 05/01/18 16:09:57    Supplement
Dean Lorens Affidavit of 04.23.2018    Pg 274 of 449

-70-

```
              ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
                                Schedule J
            Statement of Other Pertinent Facts and of Cash Reconciliation
            --------------------------------------------------------------


      Securities Reconciliation as of 11/11/08:
      ------------------------------------------

            Receipts:
            ---------

      Amount shown by Schedule A                  $    554,601.56

      Amount shown by Schedule F, New Investments   41,206,441.10
                                                   --------------

            Total Receipts                                          $41,761,042.66


            Disbursements:
            --------------

      Amount shown by Schedule A-1                 $    996,054.58

      Amount shown by Schedule B                     39,827,590.81

      Amount shown by Schedule F
            Corporate Cash Distributions               65,177.75
                                                   --------------

            Total Disbursements                                      40,888,823.14
                                                                    --------------
            Total Securities on Hand per Schedule G                 $    872,219.52
                                                                    ==============
```

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 12 of 29

Wolf Popper Memo dated January 23, 1993 from John C. Fisher Partner to Emily
Madoff outlining ex parte conversations with Judge Roth as to Surrogate Judge
Roth's intention to deny Evelyn's motion as she had done with all the past
proceedings

## WOLF POPPER ROSS WOLF & JONES

## MEMORANDUM

TO:      Emily Madoff

FROM:    John Fisher

DATE:    January 28, 1993

RE:      E/O GOLDBERG

------------------------------------------------------------------------------------

This is the matter which is on the New York County Surrogate's Court Calendar for Tuesday, February 2, 1993 at 10:00 a.m.

Essentially, we represent David J. Mandelbaum who is the Executor of the Estate. The "opposition" is Evelyn Goldberg who is appearing pro se.

David's nomination as Executor was only confirmed last Spring by the Appellate Division. Mrs. Goldberg, as you can see from the correspondence in the file if you care to review it, is obviously extremely distraught with his appointment. She has filed numerous proceedings in the Surrogate's Court to have David's letters removed and for various other relief. It is one of a string of these proceedings which is returnable on the 2nd.

There is an order requiring David Mandelbaum to account by February 15, 1993. Richard Vaccariello is well on the road to completing the accounting and I expect that date will be met.

Judge Roth is very familiar with this Estate. I have spoken to her about the instant motion and she had informed me that she intends to deny it from the bench and she has done with all of the proceeding motions. All that we need do is appear in court on that date. You will probably not have to say anything. Whatever you do, do not get involved in a colloquy with Mrs. Goldberg.

We have filed a brief affidavit in opposition which the Judge also knows about.

JCF:ekj

19678.1

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 13 of 29

1993 Canadian Ancillary Probate Petition, See P5 Affidavit of Mandelbaum dated
April 14, 1993 just prior to fraudulent GAL proceeding below and done without
knowledge of Evelyn.

Wolf Popper bills for in 1994 to hide the amended death certificate in 1988 that
acknowledges Simon Goldberg as a Canadian Citizen.

Evelyn Goldberg has no knowledge that Death Certificates have been amended falsely
using her name.



PERLEY-ROBERTSON, HILL & McDOUGALL LLP/s.r.l.

*Lawyers / Patent & Trade-Mark Agents*
*Avocats / Agents de brevets et de marques de commerce*

Reply to/Communiquez avec:
**Christopher P. Morris**
613.566.2802  cmorris@perlaw.ca

October 6, 2016                                                                **BY EMAIL**

John Fisher
Hamburger Weinschenk & Fisher
36 W 44th Street, Suite 1215
New York, NY  10036

Robert Gordon Price
Williams & Price
372 Bay Street, Suite 402
Toronto, ON  M5H 3W1

Dear Mr. Fisher and Mr. Price

**Re:    Estate of Simon A. Goldberg**
**Our Reference:**

We are the Canadian lawyers for Dean Loren. Mr. Loren is the executor of the Estate of Evelyn Goldberg.

We understand that Mr. Fisher is the American attorney for the Estate of Simon Goldberg and Mr. Price was the Canadian lawyer for the Estate of Simon Goldberg (the "Estate"). Attached are copies of ancillary letters probate for the Estate of Simon Goldberg which were signed in Ottawa, Ontario on June 11, 1993, together with the balance of the documents which were filed with the Ontario Court (General Division) for the purposes of obtaining the letters probate. These documents include the Last Will and Testament of Simon Goldberg which makes it clear that Evelyn Goldberg was named as the residual beneficiary of the Estate of Simon Goldberg.

Please be advised that Ms. Goldberg was not notified of the Canadian Probate action concerning the deceased assets in Canada at the time that the Will was probated in Ottawa in 1993.

In particular, Ms. Goldberg was never advised in the Canadian Probate that Mr. Goldberg held assets in Ontario totaling the sum of at least $393,119.30 as set out in the attached inventory and valuation of the property of the deceased.



2

**PERLEY-ROBERTSON, HILL & McDOUGALL LLP/s.r.l.**

October 6, 2016

We understand that legal proceedings are underway in New York State whereby our client is seeking an accounting of the Estate's property in New York State, Canada and anywhere else in the world. We hereby request that the Estate immediately provide to our client the following information:

a.    a complete inventory of any assets held by the deceased anywhere including Canada;

b.    copies of all United States and Canadian tax returns filed by the Estate since 1985;

c.    any and all documents which outline the assets held by the Estate anywhere including Canada.

Our client requires this information so that he can reconcile it with the information that has been provided in the context of the accounting of the Estate assets in New York State.

Please provide us with the information by no later than October 31, 2016, failing which we anticipate instructions to obtain an order compelling David Mandelbaum to pass his accounts in accordance with the *Rules of Civil Procedure* without further notice.

Yours very truly,

Christopher P. Morris
234:dem

cc.    Dan Padernacht Esq
       Lalit K. Jain Esq

ANCILLARY

**Letters Probate**

*Lettres d'homologation*

Form / formule 28

8 3690

COURT FILE NO
Nº DU DOSSIER DE LA COUR

PROVINCE OF ONTARIO
*PROVINCE DE L'ONTARIO*

## ONTARIO COURT (GENERAL DIVISION)
*COUR DE L'ONTARIO (DIVISION GÉNÉRALE)*
REGIONAL MUNICIPALITY OF OTTAWA-CARLETON

IN THE ESTATE OF
*DANS LA SUCCESSION DE*          SIMON A. GOLDBERG

,deceased
, *décédé(e)*

late of
*de son vivant de*          City of New York, State of New York, U.S.A.,
occupation
*profession*
who died on
*décédé(e) le*          May 24th, 1985,

Applicant                  Address                    Occupation
*Requérant*                *Adresse*                  *Profession*

DAVID J. MANDELBAUM Of the City of New York, State of New York, U.S.A.,

Since the date of death of the deceased who had no fixed place of abode in Ontario
but left property situate in Ontario to be administered pursuant to his last Will
and Testament dated the 21st day of March 1985, in which he named David J. Mandelbaum,
as the Executor and that the said documents were opened and recorded
by the Court in the City of New York, USA on May 18th, 1993.

ANCILLARY
Pursuant to the order of the judge of the Ontario Court (General Division) LETTERS PROBATE of the last
*En conformité de l'ordonnance du juge de la Cour de l'Ontario (Division générale), DES LETTRES*
will and testament and codicil(s) of the above-named deceased, a true copy of which is hereto annexed,
*D'HOMOLOGATION du dernier testament et du(des) codicille(s) du (de la) défunt(e) susnommé(e), dont*
are hereby issued under the seal of the court to the above named applicant
*une copie conforme est annexée aux présentes, sont délivrées sous le sceau de la cour au requérant*

Dated at          Ottawa, Ontario,
*Fait*          JUN 1 1 1993                                                          à
on
*le*

Registrar of the Ontario Court (General Division)
*Greffier de la Cour de l'Ontario (Division générale)*

RR 0116 (rev. 04/90)

Newsome and Gilbert
Form LF 931 (1990)

Petition for Ancillary Letters of Probate

# In the Ontario Court (General Division)   at Ottawa

The Petition of ·  David J. Mandelbaum

in the City of  New York, State of New York, United States of America

**THAT**   Simon A. Goldberg

late of  City of New York  In the   State of New York     USA              , deceased, died on or about

the      24th        day of    May           , 1985  , at the City of New York

In the   State of New York, United States of America                              and

that the said deceased had at the time of death no fixed place of abode within the Province of Ontario, but died leaving

property situate within the said Province to be administered.

**THAT** the said deceased in h is       lifetime duly made and executed h is        last will and testament dated the

21st        day of        March        , 19 85 , and that probate thereof was granted to

your petitioner, the sole executor therein named, by  the People of the State of New York

on the    15th        day of     April    , 19 92 .

**THAT** the value of the whole property of the said deceased which h e  in any way died possessed of or entitled to, situate

within the Province of Ontario is the sum of  $393,119.30XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXX dollars

full particulars of which are shown in the inventory and appraisement exhibited herewith and verified upon affidavit.

**WHEREFORE** your petitioner prays that Ancillary Letters Probate of the said will may be granted to hIM

by this Honourable Court

Dated   18 MAY       , 19 93 .

by _____
Solicitors

Newsome and Gilbert
Form LF 936 (1990)

Inventory of Real and Personal Estate (In Ontario)

## In the Ontario Court (General Division)   at Ottawa

**In the Estate of**   SIMON A. GOLDBERG                                    deceased.

**Inventory and valuation** of the property of the said deceased.

| GENERAL DESCRIPTION OF PROPERTY | Value or Amount |
|---|---|
| **Real Estate** | |
| NIL | |
| **Personal Estate** | |
| Stocks, bonds and securities on deposit with Wood, Gundy at 200-99 Bank Street, Ottawa, Ontario K1P 6B9 | $393,119.30 |

I, David J. Mandelbaum
of the    City              of    New York
In the    State of New York,    USA    make oath and say:—
That I am the applicant for Ancillary Letters Probate herein and the above is to the best of my knowledge, information and belief, a true inventory and valuation of the whole property of the said deceased situate within the Province of Ontario at the time of h is   death, so far as I can at present ascertain.

SWORN before me at the       City

of       New York

In the       State

of New York, United States of America

this  14th  April

day of  14th. April          19 93

*Annette Dorsky*

A Notary Public in and for the State
of New York.
A Commissioner etc.

*David J. Mandelbaum*
DAVID J. MANDELBAUM

ANNETTE I. DORSKY
NOTARY PUBLIC, State of New York
No. 41-4999285
Qualified in Queens County
Commission Expires July 20, 1994

This affidavit is filed on behalf of the executors

by  _____
                                  Solicitor

Newsome and Gilbert
Form LF 937 (1990)

**Combined Affidavit — Ancillary Probate**

# In the Ontario Court (General Division) AT Ottawa

**In the Estate of**  Simon A. Goldberg                                                    deceased.

I,  David J. Mandelbaum                          of the       City

of  New York            in the State        of    New York                make oath and say:

(1) **THAT** the instrument now produced and shown to me and marked as Exhibit "A" to this my affidavit is to the best of my knowledge and belief an exemplification (or certified copy) of the Probate of the last will and testament of
Simon A. Goldberg

deceased, granted in
the State of New York           on the       8th           day of April       19 92

(2) I am one of the Executors (or the Executor) therein named.

(3) **THAT** the said deceased died on or about            May 24                       19 85
and the said deceased at the time of h is   death resided out of Ontario, but died leaving property situate within the said Province to be administered.

(4) **THAT** the value of the property of the said deceased which      h e     in any way died possessed of or entitled to, situate in the Province of Ontario is the sum of $393,119.30

dollars, consisting of  three hundred and ninety three thousand,
one hundred and nineteen dollars and thirty cents                          dollars personalty

XXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXXdollars realty XX

full particulars of which are shown in the inventories and appraisement exhibited herewith and verified upon affidavit.

(5) **THAT** I will faithfully administer the said property of the said testator    by paying   his
just debts and legacies contained in   his        will,                so far as the same will thereunto extend and the law bind me, and by distributing the residue (if any) of the said estate according to law; And that I will exhibit under oath a true and perfect inventory of all and singular the property of the testa           and render a just and full account of my executorship whenever required by law so to do.

SWORN before me at the    City

of  New York

in the    State of New York, in the country

of  the United States of America

this    14th    day of  April        1993

_David J. Mandelbaum_
DAVID J. MANDELBAUM

_Annette Dorsky_
A Notary Public in and for the State
of New York.
My Commission Expires

ANNETTE I. DORSKY
NOTARY PUBLIC, State of New York
No. 41-4999285
Qualified in Queens County
Commission Expires July 20, 1994

# Ontario Court (General Division)
## of the Regional Municipality of
### Ottawa-Carleton

IN THE ESTATE OF: SIMON A. GOLDBERG                    Deceased.

I, __LYNDA EMERSON__ of the Ontario Court (General Division) of the Regional Municipality of Ottawa Carleton, do hereby certify that:

Search has been made in this office for a Will or Testamentary Paper executed by the above deceased;

No such will or Testamentary Paper is in this office, nor has any such will or Testamentary Paper been deposited with me for safekeeping.

Dated at Ottawa this _____21st_____ day of _____May_____ A.D. 19 _93_.

| TOTAL VALUE OF ESTATE | COURT FEES PAID |
|---|---|
| $393,119.30 | $5,410.00 |

## Upon Reading the Application,

the affidavits and papers filed in support thereof, and the Certificate of the Registrar herein, I DO ORDER that Letters Ancillary Letters of Probate be granted to DAVID J. MANDELBAUM of the City of New York, USA,

issue to the applicant.

DATED AT Chambers

this _____11th_____ day

of _____JUNE_____ A.D. 19 93 .

                                                    JUDGE

**Notice of Application for Grant of Probate
or Administration and the Certificate
of the Estate Registrar for Ontario**
Form 16

PROVINCE OF ONTARIO

83690
COURT FILE NO.

## ONTARIO COURT (GENERAL DIVISION) OF THE REGIONAL MUNICIPALITY OF OTTAWA-CARLETON

IN THE ESTATE OF   SIMON A. GOLDBERG

late of City of New York in the State of New York, U.S.A.,   who died on

or about  the 24th day of May, 1985,

TAKE NOTICE that an application for a grant in respect to the property of the
above named deceased has been made to this court by

Name(s)
and
P.O.
Address(es)

DAVID J. MANDELBAUM in the City of New York, State of New York, U.S.A.,

IT IS HEREBY CERTIFIED THAT search has been made in my office for any will or
testamentary paper executed by the above deceased;

NO SUCH WILL OR TESTAMENTARY PAPER is in said office, nor has any such will or
testamentary paper been deposited with me for safekeeping.

Dated at   OTTAWA, ONTARIO

on   May 21st, 1993,

Registrar

IT IS HEREBY CERTIFIED that in respect to the property of the above deceased
no notice of application for a grant of probate or administration has been received by
me from any registrar of the Ontario Court (General Division), save the above,

AND no caveat or copy of a caveat has been lodged with or received by me within
the six month period immediately preceding the date hereof.

Dated at   TORONTO, ONTARIO

on

Estate Registrar for Ontario

PR 0120 (rev. 04/90)

(Français au verso)

05-27-93 03:05PM   FROM 5262939          TO OTTAWA                    P002

MAY-27-93 THU   8:21 CAROL O'BRIEN CSM                    P.08

*Auxiliary Letters*

*Probate*

**Notice of Application for Grant of Probate
or Administration and the Certificate
of the Estate Registrar for Ontario**
Form 18

PROVINCE OF ONTARIO                                    80690.
                                                      COURT FILE NO.

## ONTARIO COURT (GENERAL DIVISION) OF THE REGIONAL MUNICIPALITY OF OTTAWA-CARLETON

IN THE ESTATE OF   SIMON S. GOLDBERG

late of City of New York, in the State of New York, U.S.A.,          who died on

or about the 24th day of April, 1992.

TAKE NOTICE that an application for a grant in respect to the property of the
above named deceased has been made to this court by

DAVID J. MANDELBAUM, in the City of New York, State of New York, U.S.A.,

IT IS HEREBY CERTIFIED THAT search has been made in my office for any will or
other testamentary paper executed by the above deceased;

NO SUCH WILL OR TESTAMENTARY PAPER is in said office, nor has any such will or
testamentary paper been deposited with me for safekeeping.

DATED at  OTTAWA, ONTARIO

   this 28th day of  1993.

IT IS HEREBY CERTIFIED that in respect to the property of the above deceased,
no other application for a grant of probate or administration has been made to
any other office of the Ontario Court (General Division), save the above;

AND no notice of or caveat has been lodged with or received by me within
thirty days immediately preceding the date hereof.

DATED at Toronto

MAY 27 1993

Form 59- A

All of which we have caused by these presents to be exemplified, and the seal of our said Surrogate's Court to be hereunto affixed.

**Witness, HONORABLE  RENEE R ROTH** , a Surrogate of the County of New York, at the City of New York, the       21st      day of        September          , in the year of our Lord one thousand nine hundred and        ninety two

Chief Clerk of the Surrogate's Court

I,   RENEE R. ROTH   , a Surrogate of said county and Presiding Magistrate of the Surrogate's Court, do hereby certify that **Robert M. Reaves** , whose name is subscribed to the preceding exemplification, is the Chief Clerk of said Surrogate's Court of the County of New York, and that full faith and credit are due to his official acts. I further certify that the seal affixed to the exemplification is the seal of our said Surrogate's Court, and that the attestation thereof is in due form and according to the form of attestation used in this State.

Dated, New York,       September 21     , 19  92

Surrogate

State of New York

County of New York }  ss.:

I, **Robert M. Reaves,** Chief Clerk of the Surrogate's Court of the County of New York, do hereby certify that **Honorable   RENEE R. ROTH**    , whose name is subscribed to the preceding certificate, is the Presiding Magistrate of the Surrogate's Court of the County of New York, duly elected, sworn and qualified, and that the signature of said Magistrate to said certificate is genuine.

**In Testimony Whereof,** I have hereto set my hand and affixed the seal of the court, this     21st     day of      September          , 19  92

Chief Clerk of the Surrogate's Court

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 14 of 29

NY Post Jack Newfield, Court Patronage Favors an Elite Few published June 1, 1993
causing Surrogate Preminger refusal to sign GAL order.

# COURT PATRONAGE FAVORS AN ELITE FEW

By JACK NEWFIELD
and COLIN MINER

Plums from the patronage tree at state Surrogate's Court often go to a small circle of well-connected lawyers, ex-judges and political power brokers, a Post investigation has found.

And in many cases, judges routinely ignore a rule limiting the amount lawyers can make from the cases to $5,000 a year. One lawyer made $115,000 from just two cases in just a month.

A detailed analysis of computerized records revealed a pattern of favoritism, nepotism and cronyism.

In a city of 30,000 lawyers, most patronage awards go to a small circle of former judges, their law secretaries, sons of judges, political power brokers, district leaders and politicians.

Surrogates are elected to 14-year terms and have the power to appoint guardians to protect the estates of widows, orphans and the mentally incompetent.

Without oversight, the system of appointments can be abused — as in the case of Arnold Biegen, Mayor Dinkins' former campaign treasurer.

Biegen was jailed after pleading guilty to stealing nearly $900,000 from an elderly widow whose estate he had been hired to protect.

In addition to appointing lawyers, the judges approve compensation for the lawyers.

Section 36.1 of the Judicial Code says lawyers cannot re-



MACCHIAROLA



PREMINGER



PISCATELLI          FRIEDMAN

ceive appointments that will bring them more than $5,000 compensation in a 12-month period.

The Post found that this rule is often ignored.

Among the former judges who ate from the patronage tree

were: Moses Weinstein, Owen McGivern, Howard Goldfluss, Irving Kirschenbaum, Milton Mollen, Arthur Blyn, George Postel, Alexander Chananu, Nathan Sobel, George Balbach, Louis Laurino, Anthony Jordan and Irving Levine.

The list of elected officials who got appointments reads like roll call in Albany.

Among those state legislators receiving appointments were: Bronx Democratic leader George Friedman, John Marchi, John Dearie, Peter Rivera, Sheldon Silver and Robert Gigante.

Other notables include Bella Abzug, both sons of convicted former Queens Democratic leader Matty Troy, Herman Badillo, former schools chancellor and comptroller candidate Frank Macchiarola, and lobbyist Pete Piscatelli.

Also, Washington Heights power broker Ronald Stringer, Manhattan district leader and judge-maker Andrew Kulak, Harold Fisher, Edward Cost-

See PATRONAGE on Page 26

---

# Patronage from court favors an elite circle



Schwartz

llectors
ncy —

th, and

PATRONAGE from Page 16

ikyan and Paul Gentile.

Some of the well-connected did quite well.

Former Judge Arthur Blyn — a former acting surrogate who ran unsuccessfully, as a reformer, for a permanent position — received three appointments within 30 days that proved to be worth a total of $115,000. The judges who made the assignments were Ira Gammerman and Eve Preminger.

Preminger also gave Blyn another $10,000 in assignments.

Former Judge Jack Turret received one appointment that

fied and competent, and if they are from the political parties, all the better."

Other examples of court cronyism and patronage include:

Seth Rubenstein, the son of a former surrogate, has received appointments worth more than $80,000 from three different surrogates.

He was also cited in a Post exposé of court patronage 25 years ago.

Andrew Kulak, a veteran Democratic district leader from Stuyvesant Town, has received assignments worth $21,000 from four judges, including eight assignments from Manhattan Sur-

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 15 of 29

1993 GAL Judith Siegel Baum Billing Records from June 8, 1993 to October 16, 1995.

The June 8, 1993 entry of call by Fisher to Judith Siegel Baum to manufacture the GAL with Harvey Corn who was Surrogate Marie Lambert's Surrogate GAL Clerk, is omitted from Wolf Popper billing) submitted on November 2, 1995 after the conspiracy hearing and more than two years after GAL order.

The Siegel Baum June 8, 1993 Billing shows Wolf Poppers direct criminal actions in manufacturing guardian ad litem to silence Evelyn over the January 23, 1993 Emily Madoff Memo from Fisher re: Surrogate Roth ex parte conversations.

Evelyn never receives a copy of Siegel Baum's billing.

11/2/95

SURROGATE'S COURT OF THE STATE OF NEW YORK
~~COUNTY~~ OF NEW YORK
----------------------------------------x
                                        :
Accounting of David J. Mandelbaum,          File No. 3169/85
as Executor of the Estate of            :

                                            AFFIDAVIT OF
                                        :   SERVICES RENDERED
Simon A. Goldberg,                          BY GUARDIAN AD LITEM

            Deceased.                   :

----------------------------------------x

STATE OF NEW YORK   )
                    )ss.:
COUNTY OF NEW YORK  )


          JUDITH E. SIEGEL-BAUM, being duly sworn, deposes and
says:

          1.    I am an attorney admitted to practice in the State
of New York and a member of the law firm of Lowenthal, Landau,
Fischer & Bring, P.C. with offices located at 250 Park Avenue, New
York, New York 10177.  In the above-captioned proceeding I have
served as guardian ad litem to protect the interests of Mrs. Evelyn
Goldberg, legatee and beneficiary of a trust created under the Last
Will and Testament of Simon A. Goldberg.  I am familiar with all
the facts recited herein and submit this affidavit in support of
the legal services I rendered on behalf of my ward.

          2.    This estate is extremely complicated, but the
complications were procedural, not substantive.  As a result,
initially I spent an inordinate amount of time, (more than I would
usually spend) reviewing and analyzing documents and transcripts
and engaging in meetings and telephone conferences with the
proponent's counsel, John C. Fisher, Esq. and counsel that Mrs.

```
#-----MATTER DESCRIPTION-----#                    #-----BILLING INSTRUCTIONS-----#
ESTATE LITIGATION                                 TIME RECORDS MUST BE KEPT IN DETAIL BUT WILL BE
                                                  SUBMITTED TO SURROGATES COURT FOR PAYMENT

#-----CLIENT INFORMATION-----#      --CLIENT NUMBER--   --ORIGINATING--   --BILLING--    --SUPERVISING--
SIMON GOLDBERG                          10194              5940  JS        5940  JS         5940  JS
                                                        J SIEGEL-BAUM    J SIEGEL-BAUM    J SIEGEL-BAUM

#-----CLIENT ADDRESS-----#                       #-----MATTER ADDRESS-----#
SIMON GOLDBERG                                    SURROGATE RENE R. ROTH
                                                 NEW YORK COUNTY SURROGATES COURT
#-----MATTER INFORMATION-----#
PHONE:                                           PHONE:
REFERRED BY: OTHER                               CONTACT:

STATUS:     OP         RATE:       1        TEMPLATE:    1        MIN FEE:
DATE OPENED: 06/08/1993  DEPT:    15        TIME FORMAT: 27       MIN COST:
DATE CLOSED:           LOCATION:  01        COST FORMAT: 2        MIN TOTAL:
LAST RATE:  06/18/1993  PRACTICE: 1501      INTRST CODE: 0        FEE MARKUP:
HOLD FEES:             FEE FREQ:   M        INT FREE DAY: 30      COST MARKUP:
HOLD COSTS:           COST FREQ:   M        FIXED COSTS: N        FIXED FEES:
TRUST RET ACCT: 1      TRUST RETAIN:        ARRANGEMENT: H        CURRENCY:     DO
                                                                  MAXIMUM BILLINGS:


ESTATES & TRUST




Last Bill Date:

#-----TIME ENTRIES-----#

 DATE    NAME          DESCRIPTION                              HOURS   DOLLARS STAT   INDEX
06/08/93 J SIEGEL-BAUM TELEPHONE JACK FISHER; OPEN FILE; TELEPHONE  1.25                209118
                       JUDGE ROTH'S LAW SECRETARY
06/10/93 J SIEGEL-BAUM TELEPHONE MR. JETER; ACCOUNTING             .20                 209120
06/14/93 J SIEGEL-BAUM TELEPHONE JACK FISHER                       .10                 209210
06/15/93 J SIEGEL-BAUM TELEPHONE SURROGATE'S COURT                 .10                 209305
06/16/93 J SIEGEL-BAUM TELEPHONE HARVEY CORN, JOHN FISHER AND JIM  .75                 209485
                       GALLAGHER
06/18/93 J SIEGEL-BAUM TELEPHONE PETER MEILKE                      .40                 210036
06/22/93 J SIEGEL-BAUM TELEPHONE JACK FISHER                       .20                 210442
06/23/93 J SIEGEL-BAUM SURROGATE'S COURT-QUALIFY AS GUARDIAN;     2.75                 210486
                       REVIEW/REVISE ACCOUNTING; REVIEW/REVISE
                       MISCELLANEOUS AND ACCOUNTING FILES
06/24/93 J SIEGEL-BAUM REVIEW/REVISE FILES IN JACK FISHER'S OFFICE; 6.00               210581
                       FILE NOTICE OF APPEARANCE; REVIEW/REVISE
                       TRANSCRIPTS; LETTER TO MRS. GOLDBERG
06/25/93 J SIEGEL-BAUM CONTINUE DIGESTING TRANSCRIPTS; TELEPHONE   2.00                210641
                       HARVEY KORN AND ARTHUR FRANK
06/28/93 J SIEGEL-BAUM TELEPHONE MR. MEILKE                        .25                 212234
06/29/93 J SIEGEL-BAUM DIGEST DEPOSITION                          2.00                 212237
06/30/93 J SIEGEL-BAUM COMPLETE REVIEW OF TRANSCRIPTS; LETTER TO MRS. 2.00             212602
```

|          |              |                                                                                          |      |        |
|----------|--------------|------------------------------------------------------------------------------------------|------|--------|
|          |              | GOLDBERG; TELEPHONE JACK FISHER                                                          |      |        |
| 7/01/93  | J SIEGEL-BAUM | TELEPHONE MR. GALLAGHER; LETTER TO MRS. GOLDBERG; REVIEW/REVISE CORRESPONDENCE FROM MRS. GOLDBERG | .75  | 213370 |
| 7/02/93  | J SIEGEL-BAUM | COMPLETE REVIEW OF ACCOUNTING 706, FIDUCIARY TAX RETURNS AND COURT DECISION; DRAFT OF LETTER TO JACK FISHER AND LETTER TO MRS GOLDBERG; TELEPHONE COURT | 3.50 | 213696 |
| 7/06/93  | J SIEGEL-BAUM | TELEPHONE ARLENE HARRIS                                                                  | .10  | 213805 |
| 7/07/93  | J SIEGEL-BAUM | REVIEW/REVISE LETTER TO JACK FISHER                                                      | .25  | 213819 |
| 7/08/93  | J SIEGEL-BAUM | REVIEW/REVISE MEMO FOR REPORT                                                            | .25  | 213928 |
| 7/12/93  | J SIEGEL-BAUM | LETTER TO MRS. GOLDBERG                                                                  | .25  | 214366 |
| 7/13/93  | J SIEGEL-BAUM | TELEPHONE JACK FISHER                                                                    | .10  | 219158 |
| 7/14/93  | J SIEGEL-BAUM | TELEPHONE JACK FISHER                                                                    | .20  | 219275 |
| 7/15/93  | J SIEGEL-BAUM | TELEPHONE CALLS TO MIELKE                                                                | .20  | 219283 |
| 7/19/93  | J SIEGEL-BAUM | PARTIAL DRAFT OF GUARDIAN AD LITEM REPORT                                                | .50  | 219337 |
| 7/22/93  | J SIEGEL-BAUM | RESEARCH; CORRESP/CLIENT; MEETING WITH MR. MANDELBAUM AND MR. FISHER                     | 2.25 | 220045 |
| 7/26/93  | J SIEGEL-BAUM | BEGIN DRAFT OF GUARDIAN AD LITEM REPORT                                                  | .50  | 220752 |
| 7/27/93  | J SIEGEL-BAUM | TELEPHONE SAM FRIEDMAN AT HALL DICKLER; PREPARE PARTIAL DRAFT OF REPORT ON GUARDIAN APPOINTMENT | 1.50 | 220793 |
| 7/28/93  | J SIEGEL-BAUM | WORK ON INTERIM REPORT                                                                   | 1.00 | 220991 |
| 7/29/93  | J SIEGEL-BAUM | CONTINUE WORKING ON REPORT                                                               | 1.00 | 220839 |
| 7/30/93  | J SIEGEL-BAUM | TELEPHONE ISRAEL SOHIELMAN; DRAFT REPORT                                                 | .75  | 221314 |
| 8/02/93  | J SIEGEL-BAUM | WORK ON GUARDIAN AD LITEM REPORT; LEGAL RESEARCH                                         | 3.00 | 223939 |
| 8/02/93  | J SIEGEL-BAUM | LETTER TO MRS. GOLDBERG; REVIEW/REVISE DISCOVERY PETITION                                | .50  | 223940 |
| 8/03/93  | J SIEGEL-BAUM | DRAFT GUARDIAN AD LITEM REPORT; LEGAL RESEARCH ON GUARDIAN APPOINTMENT CONSTITUTIONALITY | 4.50 | 223947 |
| 8/04/93  | J SIEGEL-BAUM | TELEPHONE ATTORNEY GENERAL; LEGAL RESEARCH ON JUDICIARY LAW                              | 2.50 | 223958 |
| 8/05/93  | J SIEGEL-BAUM | DRAFT GUARDIAN AD LITEM REPORT                                                           | 1.00 | 223966 |
| 8/06/93  | J SIEGEL-BAUM | COMPLETE DRAFT OF GUARDIAN AD LITEM REPORT; REVIEW OTHER ATTORNEYS' TIME SHEETS; COLLATED EXHIBITS | 7.00 | 225239 |
| 8/06/93  | P SOMMER     | REVIEW GAL REPORT.                                                                       | .50  | 230900 |
| 8/06/93  | P SOMMER     | REVIEW GAL REPORT.                                                                       | .50  | 226439 |
| 8/09/93  | J SIEGEL-BAUM | COMPLETE GUARDIAN AD LITEM REPORT; TELEPHONE ACLU ATTORNEY                               | 2.50 | 225245 |
| 8/10/93  | J SIEGEL-BAUM | TELEPHONE JACK FISHER AND ERIC KALAUDNER FROM NYC; PREPARE FOR COURT; REVIEW MRS. GOLDBERG'S PAPERS | 1.50 | 225764 |
| 8/11/93  | J SIEGEL-BAUM | COURT APPEARANCE; TELEPHONE PETER MIELKE AND JACK FISHER                                 | 4.00 | 225795 |
| 8/12/93  | J SIEGEL-BAUM | TELEPHONE PUBLIC ADMINISTRATION                                                          | .50  | 225916 |
| 8/02/93  | J SIEGEL-BAUM | TELEPHONE JULES HASKELL AND STEVEN BARNES                                                | .90  | 233078 |
| 9/14/93  | J SIEGEL-BAUM | TELEPHONE STEVE HAND                                                                     | .25  | 234024 |
| 9/15/93  | J SIEGEL-BAUM | TELEPHONE JACK FISHER                                                                    | .25  | 234052 |
| 10/06/93 | J SIEGEL-BAUM | TELEPHONE STEVE HAND; TELEPHONE CALLS TO STEVEN BARNES; TELEPHONE CALLS TO JACK FISHER; LETTER TO BARNES | 1.25 | 244587 |
| 10/07/93 | J SIEGEL-BAUM | CONFER WITH JULES HASKELL                                                                | .25  | 244590 |
| 11/04/93 | J SIEGEL-BAUM | PREPARE FOR CONFERENCE                                                                   | .75  | 246630 |

**TOTAL HOURS    62.75**

```
11/02/95                          Lowenthal, Landau, Fischer & Bring, P.C.                                   Page 0
10:58:49                          Detailed Listing of Time and Expenses
```

| RANGE FIELD | Mod? | Value |
|---|---|---|
| 0001 Client ID | x | 007355 ... 007355 |
| 0002 Matter ID | x | 0001 ... 0001 |
| 0070 Active/Hist | x | a ... h |

| Trans Number | Trans Date | Empl Init | Invoic Number | Actual Hours | Actual Amount | Billing Amount | Full Narrative | Bill Status |
|---|---|---|---|---|---|---|---|---|
| **Client 007355** | | | | | GUARDIAN AD LITEM | | | |
| **Type of Work 04 Trusts and Estates** | | | Matter 0001 | | | | | |
| 655,884 | 11/04/93 | JES | 000000 | .75 | 206.25 | 206.25 | REVIEW FILE FOR CONFERENCE | |
| 655,885 | 11/05/93 | JES | 000000 | 2.50 | 687.50 | 687.50 | CONFERENCE WITH SURROGATE ROTH AND ALL COUNSEL, | |
| 655,886 | 12/20/93 | JES | 000000 | .20 | 55.00 | 55.00 | TELEPHONE CALL TO JACK FISCHER | |
| 655,887 | 12/23/93 | JES | 000000 | .10 | 27.50 | 27.50 | REVIEW LETTER FROM JOHN FISCHER | |
| 666,345 | 02/09/94 | JES | 000000 | .10 | 27.50 | 27.50 | TELEPHONE JACK FISHER | |
| 668,564 | 02/18/94 | JES | 000000 | .10 | 27.50 | 27.50 | TELEPHONE JACK FISHER | |
| 669,194 | 03/01/94 | JES | 000000 | .25 | 68.75 | 68.75 | TELEPHONE JACK FISHER; TELEPHONE STEVE BARNES, DRAFT OBJECTIONS AND AFFIDAVIT | |
| 669,195 | 03/02/94 | JES | 000000 | 1.50 | 412.50 | 412.50 | TELEPHONE JULES HASKELL AND STEVE HAND; | |
| 669,293 | 03/03/94 | JES | 000000 | 1.25 | 343.75 | 343.75 | TELEPHONE JOHN FISHER; COMPLETE REPORT | |
| 672,863 | 03/25/94 | JES | 000000 | .25 | 75.00 | 75.00 | PC Howard Holt | |
| 677,192 | 04/04/94 | JES | 000000 | .10 | 30.00 | 30.00 | TELEPHONE CALL TO JACK FISHER | |
| 679,127 | 04/15/94 | JES | 000000 | .25 | 75.00 | 75.00 | TELEPHONE CALL TO JACK FISHER AND MRS. GOLDBERG | |
| 679,128 | 04/18/94 | JES | 000000 | .40 | 120.00 | 120.00 | TWO TELEPHONE CALLS TO JACK FISHER; TELEPHONE CALL TO HARVARD HOLT | |
| 679,129 | 04/19/94 | JES | 000000 | .25 | 75.00 | 75.00 | TELEPHONE CALL TO JACK FISHER | |
| 679,130 | 04/20/94 | JES | 000000 | 1.50 | 450.00 | 450.00 | TELEPHONE CALL TO JACK FISHER, TELEPHONE CALL TO HOWARD HOLT; REVIEW ARTICLE 78 PAPERS | |
| 679,700 | 04/21/94 | JES | 000000 | 1.00 | 300.00 | 300.00 | REVIEW ARTICLE 78 PETITION | |
| 679,701 | 04/22/94 | JES | 000000 | 1.00 | 300.00 | 300.00 | OUTLINE MOTION TO DISMISS MRS. GOLDBERG'S ARTICLE 78 PROCEEDING AND SUPPORTING AFFIDAVIT | |
| 680,815 | 04/26/94 | JES | 000000 | 2.00 | 600.00 | 600.00 | REVIEW PAPERS; DRAFT | |
| 680,816 | 04/27/94 | JES | 000000 | 1.00 | 300.00 | 300.00 | TELEPHONE CALL TO OTHER COUNSEL, ON STRATEGY; DRAFT | |
| 680,817 | 04/28/94 | JES | 000000 | 2.50 | 750.00 | 750.00 | DRAFT NOTICES OF MOTION AND ORDER TO SHOW CAUSE | |
| 680,818 | 04/29/94 | JES | 000000 | 3.00 | 900.00 | 900.00 | LEGAL RESEARCH; TELEPHONE CALL TO JUDGE'S CHAMBERS | |
| 689,077 | 05/02/94 | JES | 000000 | 3.00 | 900.00 | 900.00 | DRAFT PAPERS; TELEPHONE CALL TO JUDGE LOWE'S CHAMBERS | |
| 683,406 | 05/03/94 | JES | 000000 | 2.50 | 750.00 | 750.00 | COMPLETE PAPERS; LETTER TO JACK FISHER | |
| 683,407 | 05/04/94 | JES | 000000 | 2.00 | 600.00 | 600.00 | ACCEPT SERVICE, AFFIDAVIT AND ORDER TO SHOW CAUSE; REVIEW COMPLETE PAPERS; TELEPHONE | |

11/02/95
10:58:51

Lowenthal, Landau, Fischer & Bring, P.C.
Detailed Listing of Time and Expenses

Page 2

| Trans Number | Trans Date | Empl Init | Invoic Number | Actual Hours | Actual Amount | Billing Amount | Full Narrative | Bill Status |
|---|---|---|---|---|---|---|---|---|
| 683,512 | 05/04/94 | ER | 000000 | .10 | 20.00 | 20.00 | CALLS TO VARIOUS COURTS AND COUNSEL | |
| 682,725 | 05/05/94 | JES | 000000 | .50 | 150.00 | 150.00 | TWO TELEPHONE CALLS TO JUDGE LOWES CHAMBERS | |
| 683,513 | 05/05/94 | ER | 000000 | .90 | 180.00 | 180.00 | TELEPHONE CALL TO ROBIN; CONFERENCE WITH EMILY, CONFERENCE WITH STEVE BARNES CONFERENCES WITH JESB RE: WHEN TO MAKE MOTION TO DISMISS RETURNABLE, PHONE CALL TO MOTION SUPPORT; NUMBER OF PHONE CALLS TO OTHER RESPONDENTS RE: RETURN DATE OF MOTIONS TO DISMISS | |
| 685,869 | 05/06/94 | JES | 000000 | .40 | 110.00 | 110.00 | TWO TELEPHONE CONFERENCES WITH SURROGATE'S COURT | |
| 685,868 | 05/06/94 | JES | 000000 | 1.00 | 275.00 | 275.00 | COMPLETE PAPERS, TELEPHONE CONFERENCE TO VARIOUS COUNSEL, CONFERENCE WITH EMILY | |
| 685,870 | 05/10/94 | JES | 000000 | .40 | 110.00 | 110.00 | TWO TELEPHONE CONFERENCES - SURROGATE'S COURT | |
| 684,105 | 05/13/94 | ER | 000000 | .10 | 20.00 | 20.00 | CONFERENCE WITH JES RE: COURT APPEARANCE NEXT WEEK | |
| 685,928 | 05/16/94 | JES | 000000 | .50 | 137.50 | 137.50 | REVIEW MRS. GOLDBERG'S MOTION PAPERS | |
| 685,929 | 05/17/94 | JES | 000000 | 1.25 | 343.75 | 343.75 | TELEPHONE CONFERENCE; REVIEW AND REVISE PAPERS; DICTATED DRAFT OF REPLY | |
| 685,885 | 05/17/94 | ER | 000000 | 3.30 | 660.00 | 660.00 | CONFERENCE WITH JUDY RE: OPPOSITION; TELEPHONE CALL TO JULES HASKELL; REVIW OF ALL PAPERS; REVISE JUDY'S OPPOSING AFFIDAVIT; CONFERENCE WITH JUDY RE: COURT APPEARANCE | |
| 689,096 | 05/18/94 | ER | 000000 | 2.50 | 500.00 | 500.00 | COURT APPEARANCE ON PETITION, ETC. | |
| 687,916 | 05/18/94 | JES | 000000 | .50 | 137.50 | 137.50 | CONFERENCE WITH EMILY; TELEPHONE CONFERENCE WITH JUDGE ROTH'S CHAMBERS | |
| 687,917 | 05/20/94 | JES | 000000 | .20 | 55.00 | 55.00 | REVIEW JUDGE LAURINO'S PAPERS | |
| 689,151 | 05/24/94 | JES | 000000 | .25 | 68.75 | 68.75 | CONFERENCE WITH EMILY | |
| 688,039 | 05/25/94 | ER | 000000 | 2.00 | 400.00 | 400.00 | REVIEW FILE; COURT APPEARANCE - MOTION | |
| 688,069 | 05/25/94 | JES | 000000 | 1.50 | 450.00 | 450.00 | COURT APPEARANCE - JUDGE LOWE - ORAL ARGUMENT; PREPARE FOR COURT | |
| 699,435 | 07/11/94 | ER | 000000 | .30 | 60.00 | 60.00 | TELEPHONE CALLS TO COURT RE: 9/14 DATE | |
| 699,436 | 07/12/94 | ER | 000000 | .40 | 80.00 | 80.00 | TELEPHONE CALLS TO CLIENT RE: 9/14 DATE; CONFERENCE WITH JUDY | |
| 699,561 | 07/12/94 | JES | 000000 | .50 | 137.50 | 137.50 | CONFERENCE WITH EMILY; TWO TELEPHONE CONFERENCES WITH JACK FISCHER, REVIEW DECISION FROM JUDGE LOWE | |
| 706,865 | 08/17/94 | JES | 000000 | .25 | 68.75 | 68.75 | Review notice of appeal; pc Jack Fischer | |
| 706,213 | 08/19/94 | ER | 000000 | 1.20 | 240.00 | 240.00 | Review latest motion;research onmotion to reargue; conf. with JES | |
| 707,879 | 08/23/94 | ER | 000000 | 1.50 | 300.00 | 300.00 | Draft opposition affidavit & pull service list etc.; oversee serviced papers | |
| 709,581 | 08/24/94 | MS | 000000 | .40 | 38.00 | 38.00 | Submit opposition papers | |
| 709,494 | 08/31/94 | ER | 000000 | .20 | 40.00 | 40.00 | Review Laurino's opposing papers | |
| 711,171 | 09/07/94 | JES | 000000 | .20 | 55.00 | 55.00 | Telephone call to Jack Fischer | |
| 711,172 | 09/08/94 | JES | 000000 | .25 | 68.75 | 68.75 | Telephone call to Jack Fischer | |
| 711,173 | 09/13/94 | JES | 000000 | .20 | 55.00 | 55.00 | Two telephone calls to Jack Fischer | |
| 717,742 | 10/03/94 | JES | 000000 | .20 | 55.00 | 55.00 | Telephone call to Jules Haskell | |

11/02/95
10:58:52

Lowenthal, Landau, Fischer & Bring, P. C.
Detailed Listing of Time and Expenses

Page 3

| Trans Number | Trans Date | Empl Init | Invoic Number | Actual Hours | Actual Amount | Billing Amount | Full Narrative | Bill Status |
|---|---|---|---|---|---|---|---|---|
| 718,974 | 10/10/94 | JES | 000000 | .25 | 68.75 | 68.75 | Telephone call to John Fischer | |
| 718,975 | 10/11/94 | JES | 000000 | .50 | 137.50 | 137.50 | Dictate affidavit in reply to motion | |
| 718,976 | 10/14/94 | JES | 000000 | .50 | 137.50 | 137.50 | Memo to Emily Ruben; revise Surrogate Court pleading | |
| 718,987 | 10/17/94 | ER | 000000 | .30 | 60.00 | 60.00 | Review memos; conference with J. E. Siegel-Baum | |
| 722,241 | 10/27/94 | ER | 000000 | .40 | 80.00 | 80.00 | Two telephone calls to John Fischer; telephone call to App. Div. re: motion to expand and time to appeal | |
| 723,887 | 11/01/94 | JES | 000000 | .25 | 68.75 | 68.75 | Conference with Emily Ruben; review memo | |
| 723,888 | 11/02/94 | JES | 000000 | .10 | 27.50 | 27.50 | File papers in Surrogate's court | |
| 723,889 | 11/03/94 | JES | 000000 | .75 | 206.25 | 206.25 | Review pleadings; telephone call to Jack Fischer | |
| 724,423 | 11/08/94 | JES | 000000 | .50 | 137.50 | 137.50 | Telephone call with Mrs. Goldberg; conference with Emily Ruben; two telephone calls with Jack Fischer | |
| 724,683 | 11/08/94 | ER | 000000 | .30 | 60.00 | 60.00 | Telephone call to J. Fischer re: Appearing at App. Div. on Thursday; conference with J.E. Siegel-Baum re: her conversation with Mrs. Goldberg | |
| 724,684 | 11/09/94 | ER | 000000 | 1.00 | 200.00 | 200.00 | Review file to prepare for Mrs. Goldberg's motion for a stay in App. Div. | |
| 725,695 | 11/10/94 | ER | 000000 | 2.50 | 500.00 | 500.00 | Review file - App. Div. appearance re: stay; conference with J. E. Siegel-Baum | |
| 725,782 | 11/11/94 | JES | 000000 | .25 | 68.75 | 68.75 | Conference with Emily Ruben; review appellate pleadings | |
| 725,696 | 11/14/94 | ER | 000000 | .40 | 80.00 | 80.00 | Telephone call to opposing counsel re: AD caption; revise App. Div. opposing papers | |
| 725,783 | 11/14/94 | JES | 000000 | 1.00 | 275.00 | 275.00 | Prepare affidavit in response to appellate proceeding | |
| 725,760 | 11/15/94 | JES | 000000 | 1.00 | 300.00 | 300.00 | Court appearance | |
| 725,722 | 11/15/94 | ER | 000000 | .50 | 100.00 | 100.00 | Revise J.E. Siegel-Baum's affidavit; conference with J. E. Siegel-Baum re: court appearance | |
| 726,915 | 11/21/94 | JES | 000000 | .20 | 55.00 | 55.00 | Telephone call Mrs. Goldberg; Jack Fischer; conference with Emily Ruben re: App. Div. | |
| 726,799 | 11/22/94 | ER | 000000 | .50 | 100.00 | 100.00 | Telephone call to App. Div., Review App. Div. reply paper; conf. w/J.E. Siegel-Baum | |
| 726,904 | 11/23/94 | JES | 000000 | 2.00 | 600.00 | 600.00 | Court appearance - App. Div. | |
| 726,905 | 11/28/94 | JES | 000000 | 1.00 | 300.00 | 300.00 | Dictate response to Supreme Court motion | |
| 727,825 | 11/29/94 | JES | 000000 | 1.00 | 300.00 | 300.00 | Partial draft of response to New York County Supreme Court - order to show cause | |
| 727,826 | 11/30/94 | JES | 000000 | 2.50 | 750.00 | 750.00 | Telephone call with Steve Barnes; Judge Laurino, Jack Fischer; draft pleading | |
| 730,926 | 12/01/94 | JES | 000000 | .75 | 225.00 | 225.00 | Telephone call with Jack Fischer; draft pleadings | |
| 730,927 | 12/02/94 | JES | 000000 | 1.50 | 450.00 | 450.00 | Review pleadings - Judge Lowe | |
| 730,928 | 12/07/94 | JES | 000000 | 3.50 | 1,050.00 | 1,050.00 | Court appearance - Judge Lowe | |
| | | JES | 000000 | 1.25 | 375.00 | 375.00 | Telephone call with Suzanne; first draft of letter | |

11/02/95
10:58:53

Lowenthal, Landau, Fischer & Bring, P.C.
Detailed Listing of Time and Expenses

Page 4

| Trans Number | Trans Date | Empl Init | Invoic Number | Actual Hours | Actual Amount | Billing Amount | Full Narrative | Bill Status |
|---|---|---|---|---|---|---|---|---|
| 731,720 | 12/12/94 | JES | 000000 | .25 | 68.75 | 68.75 | Telephone call with Jack Fischer; review App. Div. decision | |
| 733,728 | 12/27/94 | ER | 000000 | .50 | 100.00 | 100.00 | Review Mrs. Goldberg's letters to Lowe and motion to App. Div.; conference with J.E. Siegel-Baum | |
| 733,964 | 12/27/94 | JES | 000000 | .25 | 75.00 | 75.00 | Telephone call to Mildred Orange | |
| 736,389 | 01/04/95 | JES | 000000 | .20 | 60.00 | 60.00 | Telephone call with Jack Fischer | |
| 740,320 | 01/13/95 | JES | 000000 | .20 | 60.00 | 60.00 | Telephone call to Jack Fischer | |
| 740,321 | 01/17/95 | JES | 000000 | .75 | 225.00 | 225.00 | Telephone call with Jack Fischer; review pleadings | |
| 740,296 | 01/17/95 | JES | 000000 | .20 | 60.00 | 60.00 | Telephone call to Jack Fischer | |
| 740,322 | 01/18/95 | JES | 000000 | .75 | 225.00 | 225.00 | First draft of reply papers to motion returnable before Judge Lowe on February 8, 1994 | |
| 741,771 | 01/23/95 | JES | 000000 | 2.50 | 750.00 | 750.00 | Pretrial conference on Goldberg; review Supreme Court pleadings for 2/8/95 return date | |
| 741,772 | 01/26/95 | JES | 000000 | 1.50 | 450.00 | 450.00 | Review pleadings; draft response to Supreme Court motion | |
| 741,773 | 01/27/95 | JES | 000000 | .75 | 225.00 | 225.00 | Revise Supreme Court pleadings | |
| 740,970 | 01/27/95 | ER | 000000 | .50 | 100.00 | 100.00 | Review and revise affidavit; prepare exhibits | |
| 741,774 | 01/30/95 | JES | 000000 | 1.25 | 375.00 | 375.00 | Review pleadings from Surrogate's court proceeding; draft response | |
| 741,775 | 01/31/95 | JES | 000000 | 1.00 | 300.00 | 300.00 | Complete revision of pleadings; review | |
| 745,407 | 02/01/95 | JES | 000000 | .10 | 30.00 | 30.00 | File reply in Surrogate's Court | |
| 745,408 | 02/03/95 | JES | 000000 | 1.25 | 375.00 | 375.00 | Court appearance in Surrogate's court | |
| 746,639 | 02/13/95 | JES | 000000 | .50 | 150.00 | 150.00 | Review state of issues for trial; telephone call with Jack Fisher | |
| 748,353 | 02/16/95 | JES | 000000 | .30 | 90.00 | 90.00 | Review issues for trial; telephone call with Jack Fisher | |
| 748,854 | 02/28/95 | JES | 000000 | .25 | 75.00 | 75.00 | Review Jack's order | |
| 750,643 | 03/01/95 | JES | 000000 | 2.00 | 600.00 | 600.00 | Telephone call with Karyn Barkhorn; review John's affidavit; review file in preparation of trial | |
| 752,649 | 03/02/95 | ER | 000000 | .30 | 60.00 | 60.00 | Review decision in NYLJ; conference with J.E. Siegel-Baum | |
| 750,644 | 03/06/95 | JES | 000000 | .25 | 75.00 | 75.00 | Conference call with Karyn Barkhorn and Jack Fisher | |
| 750,645 | 03/09/95 | JES | 000000 | .25 | 75.00 | 75.00 | Telephone call with Karyn Barkhorn | |
| 752,340 | 03/10/95 | JES | 000000 | .25 | 75.00 | 75.00 | Telephone call with Karen Barkhorn | |
| 752,341 | 03/13/95 | JES | 000000 | .50 | 150.00 | 150.00 | Telephone call with Karen Barkhorn; review accountant affidavit | |
| 752,494 | 03/14/95 | JES | 000000 | 1.00 | 300.00 | 300.00 | Prepare for trial | |
| 752,093 | 03/14/95 | ER | 000000 | .20 | 40.00 | 40.00 | Conference with J.E. Siegel-Baum re: hearing | |
| 752,495 | 03/15/95 | JES | 000000 | 2.50 | 750.00 | 750.00 | Court appearance | |
| 754,327 | 03/20/95 | ER | 000000 | .60 | 120.00 | 120.00 | Review documents from Goldberg; conference with J.E. Siegel-Baum | |
| 752,298 | 03/21/95 | JES | 000000 | .50 | 150.00 | 150.00 | Prepare for Goldberg hearing; telephone call with Karen Barkhorn and Jack Fischer | |

Lowenthal, Landau, Fischer & Bring, P.C.
Detailed Listing of Time and Expenses

| Trans Number | Trans Date | Empl Init | Invoic Number | Full Narrative | Billing Amount | Actual Amount | Actual Hours | Bill Status |
|---|---|---|---|---|---|---|---|---|
| 752,299 | 03/22/95 | JES | 000000 | Hearing in Surrogate's Court | 900.00 | 900.00 | 3.00 | |
| 757,180 | 04/04/95 | JES | 000000 | Review correspondence from Mrs. Goldberg | 75.00 | 75.00 | .25 | |
| 760,959 | 04/25/95 | JES | 000000 | Letter to Jack Fischer | 75.00 | 75.00 | .25 | |
| 761,219 | 04/27/95 | JES | 000000 | Telephone call with Jack Fisher | 30.00 | 30.00 | .10 | |
| 763,123 | 05/01/95 | JES | 000000 | Review Judge Lowe's decision; telephone call with Jack Fisher; fax to Jack Fisher | 75.00 | 75.00 | .25 | |
| 765,716 | 05/10/95 | ER | 000000 | Conference with J.E. Siegel-Baum re: Goldberg's latest motion | 40.00 | 40.00 | .20 | |
| 770,784 | 06/05/95 | JES | 000000 | Review referee's report; telephone call with Jack Fisher; review Mrs. Goldberg's notice of motion and supporting affidavit; dictate responsive affidavit | 450.00 | 450.00 | 1.50 | |
| 770,785 | 06/06/95 | JES | 000000 | Revise pleadings; response to Mrs. Goldberg's motion | 90.00 | 90.00 | .30 | |
| 773,390 | 06/14/95 | JES | 000000 | Review Mrs. Goldberg's papers | 120.00 | 120.00 | .40 | |
| 773,391 | 06/22/95 | JES | 000000 | Telephone call with Jack Fischer | 30.00 | 30.00 | .10 | |
| 779,726 | 07/17/95 | JES | 000000 | Review App. Div. decision; telephone call with John Fischer | 60.00 | 60.00 | .20 | |
| 781,892 | 07/28/95 | JES | 000000 | Two telephone calls with Karin Barkhorn; review motion | 300.00 | 300.00 | 1.00 | |
| 781,893 | 07/31/95 | JES | 000000 | Draft reply to Notice of motion | 150.00 | 150.00 | .50 | |
| 784,104 | 08/01/95 | JES | 000000 | Complete reply affidavit and send with affidavit of service | 75.00 | 75.00 | .25 | |
| 784,105 | 08/04/95 | JES | 000000 | Review Mrs. Goldberg's pleadings | 120.00 | 120.00 | .40 | |
| 784,131 | 08/07/95 | JES | 000000 | Telephone call with Jack Fischer and Karin Barkhorn; review Mrs. Goldberg's motion | 150.00 | 150.00 | .50 | |
| 784,132 | 08/09/95 | JES | 000000 | Court appearance - New York County Surrogate's Court | 300.00 | 300.00 | 1.00 | |
| 788,621 | 08/28/95 | JES | 000000 | Prepare affidavit | 75.00 | 75.00 | .25 | |
| 789,317 | 08/31/95 | JES | 000000 | Letter to court; prepare affidavit | 300.00 | 300.00 | 1.00 | |
| 822,137 | 09/05/95 | JES | 000000 | Telephone call with Jack Fisher; brief review of appellate papers | 75.00 | 75.00 | .25 | |
| 822,271 | 09/11/95 | JES | 000000 | Telephone call with Jack Fisher; review brief | 150.00 | 150.00 | .50 | |
| 822,963 | 09/13/95 | JES | 000000 | Review appellate brief | 150.00 | 150.00 | .50 | |
| 822,964 | 09/15/95 | JES | 000000 | Review prior pleadings; outline of brief for Appellate Division | 300.00 | 300.00 | 1.00 | |
| 822,965 | 09/18/95 | JES | 000000 | Meeting with Jack Fisher; draft appellate brief | 600.00 | 600.00 | 2.00 | |
| 824,335 | 09/20/95 | JES | 000000 | Telephone call with Jack Fischer; revise appellate brief | 300.00 | 300.00 | 1.00 | |
| 830,641 | 10/02/95 | JES | 000000 | Phone conversation with Counsel Press and Jack Fischer. | 150.00 | 150.00 | .50 | |
| 830,659 | 10/05/95 | ER | 000000 | Telephone call with John Fisher and Counsel Press. | 60.00 | 60.00 | .30 | |
| 830,754 | 10/16/95 | JES | 000000 | PC Jack Fischer; review Mrs. G's reply brief | 150.00 | 150.00 | .50 | |

Total TOW/TOE 04 | 31,148.00 | 31,148.00 | 112.55

*(handwritten)* − 520.00 / 30,628.00 ; − 1.70 / 110.85

Type of Work 05 Real Estate

11/02/95
10:58:56

Lowenthal, Landau, Fischer & Brinn, P.C.
Detailed Listing of Time and Expenses

Page 6

| Trans Number | Trans Date | Empl Init | Invoic Number | Actual Hours | Actual Amount | Billing Amount | Bill Status | Full Narrative |
|---|---|---|---|---|---|---|---|---|
| 681,719 | 04/28/94 | MS | 000000 | .40 | 38.00 | 38.00 | | TC to motion office and J. Lowell's clerk re petition in Goldberg/Siegel Baum |
| Total TOW/TOE 05 | | | | .40 | 38.00 | 38.00 | | |
| Total TC/EC T | | | | 112.95 | 31,186.00 | 31,186.00 | | |

*(handwritten: -1.70  111.23  30,686.00  -500  30,686.00)*

| Trans Number | Trans Date | | Invoic Number | Actual Hours | Actual Amount | Billing Amount | | Full Narrative |
|---|---|---|---|---|---|---|---|---|
| Type Of Expense 11 Telephone/Fax | | | | | | | | |
| 683,220 | 05/10/94 | | 000000 | .00 | 26.25 | 26.25 | | Telephone |
| 737,100 | 01/15/95 | | 000000 | .00 | 5.00 | 5.00 | | Telephone/Fax |
| 742,280 | 01/31/95 | | 000000 | .00 | 5.00 | 5.00 | | Telephone/Telex |
| 764,258 | 05/15/95 | | 000000 | .00 | 2.50 | 2.50 | | Telephone/Telex |
| 827,902 | 10/10/95 | | 000000 | .00 | 2.50 | 2.50 | | Telephone/Telex |
| Total TOW/TOE 11 | | | | .00 | 41.25 | 41.25 | | |
| Type Of Expense 12 Photocopy | | | | | | | | |
| 669,868 | 03/10/94 | | 000000 | .00 | 23.50 | 23.50 | | Photocopy/Binding |
| 683,221 | 05/10/94 | | 000000 | .00 | 5.50 | 5.50 | | Photocopy |
| 684,894 | 05/22/94 | | 000000 | .00 | 20.00 | 20.00 | | Photocopy |
| 687,766 | 05/31/94 | | 000000 | .00 | 1.50 | 1.50 | | Photocopy |
| 709,905 | 08/31/94 | | 000000 | .00 | 6.50 | 6.50 | | Photocopy |
| 742,281 | 01/31/95 | | 000000 | .00 | 7.50 | 7.50 | | Photocopy |
| 749,242 | 03/07/95 | CR | 000000 | .00 | 21.24 | 21.24 | | From National Reproduction Inc.    014006 AUDIT * AP-0037,970:0014   Date: 03/07/95 |
| 771,394 | 06/15/95 | | 000000 | .00 | 3.75 | 3.75 | | 02-17-95 Photocopy |
| Total TOW/TOE 12 | | | | .00 | 89.49 | 89.49 | | |
| Total TC/EC E | | | | .00 | 130.74 | 130.74 | | |
| Total This Report | | | | 111.45 | 31,316.74 | | | |

*(handwritten: 30816.74  18825.00  30816.74  41,474.74  + 62.76)*

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 16 of 29

June 8, 1993 Fisher Letter to GAL Clerk Joseph Brown, Rm 301, noticed to New York State Assistant Attorney General Howard Holt.

Evelyn has no knowledge that Joseph Brown is the GAL Clerk and not the Miscellaneous Clerk in charge of motions on the 5th floor.

Fisher Letter written same day that Fisher calls Judith Siegel Baum to manufacture the GAL over Evelyn to stop Evelyn from filing with authorities over the Wolf Popper-Emily Madoff Memo re: ex parte conversations with Judge Roth.

LAW OFFICES

## WOLF POPPER ROSS WOLF & JONES

845 THIRD AVENUE

NEW YORK, N. Y. 10022

PLAZA 9-4600

CABLE "WOPOROW" NEWYORK

TELEX NO. 239515I

TELECOPIER NO. (212) 486-2093

June 8, 1993

PLEASE REFER TO OUR

FILE NO.    9325

ESTATE OF:    Simon A. Goldberg
File No. 3169/1985

By Hand

Joseph Brown Esq.
Surrogate's Court
New York County,  Room 301
31 Chambers Street
New York, NY

Dear Mr. Brown:

We understand that this Estate is once again on Judge Roth's calendar June 18, 1993.  I have previous long standing plans to be out of town that day on family business and respectfully request an adjournment to August 11, 1993.  Due to the nature of these proceedings I prefer not to send someone else from my office.

Very truly yours,

John C. Fisher

JCF:ekj
cc.
Mrs Evelyn Goldberg
400 East 54th Street
New York, NY  10022

Judith E. Siegel-Baum Esq
Fink Weinberger
420 Lexington Avenue
New York, NY  10170

24843.1

WOLF POPPER ROSS WOLF & JONES

Joseph Brown Esq.
June 8, 1993
Page 2


Howard Holt Esq.
Assistant Attorney General
120 Broadway
New York NY  10271

24843.1

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 17 of 29

June 16, 1993 Accounting Department Clerk Order for Guardian Ad Litem over
Evelyn Goldberg typed by Clerk James Gallagher.

Accounting Clerk has no authority to issue order.

Evelyn Goldberg has no knowledge of typed order sent to Judith Siegel Baum.

Nor does Evelyn have knowledge of Fisher's June 8, 1993 telephone call that Siegel
Baum bills for but files in November 1995, some 2 years later.

Form NDL 2

# SURROGATE'S COURT

### COUNTY OF NEW YORK

New York,................June 16...., 19..93

Judith Siegel Baum , Esq.

Dear  Ms. Siegel-Baum:                                    File # 3169-85

You have been appointed Guardian Ad Litem by Surrogate  Preminger

in the       Miscellanous               proceeding in the Estate of  SIMON A. GOLDBERG

deceased.  You are accordingly requested to call at this office to qualify within TEN days.

Very truly yours,

James V. Gallagher

*Accounting Dept.*

## INSTRUCTIONS TO GUARDIANS AD LITEM

1.  Guardians Ad Litem are required to file their reports promptly within twenty days from the date of the order of their appointment. Should further time be necessary, written application should be made to the Surrogate for an extension, with the reasons therefor.

2.  Guardians Ad Litem in accounting proceedings in their reports are required to advise the Court as to the precise interest of the infants or incompetents whom they represent, whether as next of kin, legatees, beneficiaries of a trust, or otherwise, and as to the pecuniary or proportionate shares of such wards in the fund accounted for.

3.  When payments have been made in behalf of such wards, the report should disclose whether such payments are in full for their distributive shares or whether a balance remains which should be provided for in the decree.

4.  If any adversity of interest appears to exist between the parties whom the guardian has been appointed to represent, the facts should be reported to the Surrogate at once.

5.  Guardians Ad Litem are also expected to examine the proofs of service for the purpose of ascertaining if the infants have been properly served.

6.  The Guardian Ad Litem is directed to examine each particular security to enforce compliance with §11-1.6 EPTL which requires the representative of the estate to maintain the funds and securities in his name as executor, administrator, trustee or guardian. All certificates of stock, mortgages, registered bonds or bank deposits must be examined in order to see that this statutory duty has been discharged.

7.  The Guardian Ad Litem is required to file a supplemental report showing compliance with the decree. Attention is called to Rule XXIX of the Surrogate's Court Rules.

8.  The court does not require a supplemental account unless the account is over one year old.

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 18 of 29

On June 23, 1993, Judith Siegel Baum signed acceptance of GAL appointment over
Evelyn filed July 1, 1993.

Judith Siegel Baum will deny that she knew of the GAL prior to June 16, 1993.

Judith Siegel Baum telephone records contradict and admit that she spoke with Wolf
Popper John C. Fisher on June 8, 1993.

Judith Siegel Baum opens a file eight days before an unsigned order is issued by
Accounting Clerk Gallagher.

UCS-830. 1
Rev. 3/15/93

## NOTICE OF APPOINTMENT
### FOR GUARDIANS, GUARDIANS AD LITEM, COURT EVALUATORS,
### COUNSEL FOR ALLEGED INCAPACITATED PERSONS, RECEIVERS, PERSONS DESIGNATED TO
### PERFORM SERVICE FOR A RECEIVER.
### PURSUANT TO PART 36 OF THE RULES OF THE CHIEF JUDGE
### 22 NYCRR PART 36

(Please print - see instructions on reverse side)

1. Surrogate's Court _____ Court, New York _____ County.

2. Appointee

   Name  Judith E. Siegel-Baum, Esq. _____    Firm Name, if any Fink Weinberger p.c.

   Address  420 Lexington Avenue _____

   New York, NY  10170 _____    Federal Employment
   Identification No.  132771107

   Soc. Sec. No.  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 _____    Phone No.  (212) 916-9709

   Occupation: ☒ Attorney    ☐ Other (Specify) _____

3. Date of Appointment  6 / 16 / 93
   MONTH   DAY   YEAR

4. Court Docket/File/Index Number  | 3 | 1 | 6 | 9 | – | 8 | 5 |

5. Title of Proceeding
   (Limit to 25 spaces)  | E | S | T | A | T | E | | O | F | | S | I | M | O | N | | A | . | G | O | L | D | B | E | R | G |

6. Name of Appointing Justice/Judge  Surrogate Eve Preminger

7. Person or Interest Appointee Represents (Limit to 15 spaces)

   | E | V | E | L | Y | N | | G | O | L | D | B | E | R | G |

8. Nature of appointment (check one):

   ☐ Guardian (d)                    ☐ Receiver (g)
   ☒ Guardian ad litem (e)           ☐ Service as a _____ for a receiver (z)
   ☐ Court Evaluator (i)
   ☐ Counsel for Alleged Incapacitated Person (m)

   6/23/93                           Judith E Siegel Baum
   Date                              Signature of Appointee

### CERTIFICATION
I HEREBY CERTIFY THAT A COPY OF THIS NOTICE OF APPOINTMENT WAS FILED WITH THE
OFFICE OF COURT ADMINISTRATION.

   ~~6/23/9~~ 7/1/93                  Judith E Siegel Baum
   Date                              Signature of Appointee

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 19 of 29

Surrogate Judge Renee Roth's June 30, 1993 Guardian ad Litem over Evelyn without
a hearing after Surrogate Preminger refuses to sign GAL order.

On June 1, 1993, the New York Post runs an article about Surrogate Preminger
patronage in Manhattan Surrogate Court.

Form H. 1.

...surrogate's Court, held in and for the County
of New York at the Courthouse in said County
on the 30th day of ............ June ......., 19 93

PRESENT:

Honorable................ Renee R. Roth .................

*Surrogate*

IN THE MATTER OF THE Estate of

SIMON A. GOLDBERG,

      Deceased

Motion to resettle an Order

**Order Appointing**

**Guardian Ad Litem**

3169-85

On reading and filing the consent and affidavit of............ Judith Siegel-Baum ................

attached hereto, it is ordered that he be and he is hereby appointed the guardian ad litem of

EVELYN GOLDBERG

XXX Infant ................for the sole purpose of appearing for...... her .......

and taking care of ... her ........interests in the above-entitled proceeding.

.................................................

*Surrogate*

## CONSENT OF GUARDIAN AD LITEM

I hereby consent to serve as guardian ad litem of the above named infant person for the sole pur-
pose of appearing for............. her .....and taking care of............... her ..................interests in
the above-entitled proceeding.

Dated, New York,

...... June 23 ............., 19 93   *Judith E. Siegel Baum*

             *Guardian Ad Litem*

## AFFIDAVIT OF GUARDIAN AD LITEM

COUNTY AND STATE OF NEW YORK, SS.:

............ Judith Siegel-Baum ................, being duly sworn, says that he is an

attorney and counsellor at law, and that he is the individual who signed the foregoing consent.

6/16/93

Deponent further says that he is fully competent to understand and protect the rights of the above-
named infant person ; that he has no interest in this proceeding adverse to that of said infant person
and that he is not connected in business with any party to this proceeding or with the attorney or counsel
of any such party.

Sworn to before me this ................

day of........ June ............., 19 93   *Judith E. Siegel Baum*

................................................    *Guardian Ad Litem*

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 20 of 29

Surrogate Roth Feb 24, 1995  Interim Order denying motion to vacate and
discussion on the conspiracy hearing re: the Guardian ad Litem and Accounting
fraud.

Hearing ordered in response to Evelyn's filing an Article 78 proceeding on the
fraudulent GAL proceeding and accounting fraud before Judge Lowe in January
1995.

SURROGATE'S COURT  :  NEW YORK COUNTY
--------------------------------------------X
In the Matter of the Judicial Settlement of
the Accounting Proceedings of
the Estate of

        SIMON A. GOLDBERG,                    File No.: 3169/85

                     Deceased.
--------------------------------------------X


R O T H ,  S .


    In this contested accounting, the fiduciary of the estate of
Simon A. Goldberg requested the court to appoint a Special Referee to
hear and report on various issues raised by or on behalf of the
income beneficiary, Evelyn Goldberg (the respondent).  The guardian
ad litem appointed by the court to represent respondent's interests
joined in the request.  Respondent opposed the motion to appoint a
referee and cross-moved for sanctions and contempt.  After oral
argument at the call of the calendar, the court granted the motion
and denied the cross motion.  Subsequently, by decision and order
dated December 15, 1994, the court appointed Karin J. Barkhorn, Esq.
as Referee in this matter.  Mrs. Goldberg has moved to vacate the
court's December 15, 1994 order.  A review of the history of this
estate makes it abundantly clear that Mrs. Goldberg's motion to
vacate should be denied.

    A brief review illustrates the irrelevant and extensive
litigation that has plagued this estate.  Mr. Goldberg died on May
24, 1985, survived by his wife Evelyn as his sole distributee.  Under
his will dated March 25, 1985, Mr. Goldberg left his estate in trust

-1-

for her life income benefit with remainder to various relatives and
Harvard and McGill Universities.   The trustee was given broad power
to invade for respondent's benefit.

Respondent filed objections to probate which were eventually
dismissed by this court on a motion for summary judgment.   Mrs.
Goldberg appealed; the Appellate Division, by order entered February
18, 1992, affirmed.   Mrs. Goldberg then sought leave to appeal to the
Court of Appeals but her application was denied as not timely.   Mrs.
Goldberg, during the proceedings, was represented by a succession of
counsel.

The executor filed his accounting in February 1993.   On the
return date of citation (April 16, 1993), respondent appeared and
stated that she intended to file objections.   Instead, acting pro se,
respondent filed several largely incomprehensible documents replete
with general allegations of fraud and misconduct by the petitioner
along with a motion requesting that this court recuse itself.   The
recusal motion was denied.

In the meantime, respondent had still not filed formal
objections to the account.   Accordingly, by order dated June 16,
1993, the court, based upon respondent's papers and presentations in
the courtroom, appointed a guardian ad litem on her behalf.
Subsequently, on August 10, 1993, the guardian filed objections.
Unfortunately, respondent had refused to cooperate or even speak with
her guardian.   Instead, respondent moved to vacate the order
appointing the guardian, repeating the allegations she had made in

-2-

her earlier papers.  This motion was also denied.  Nonetheless, respondent has remained adamant in her refusal to cooperate with the guardian ad litem.  Respondent did, however, in April 1994, file a document containing mainly vague and conclusory objections to petitioner's account.

Thereafter, respondent brought an Article 78 proceeding in Supreme Court seeking to disqualify both Surrogates of this court and transfer the pending Surrogate's Court proceedings to the Supreme Court.  By order entered June 16, 1994, the Supreme Court (Lowe, J.) dismissed the Article 78 proceeding.

Respondent thereafter brought a barrage of motions in this court, the Supreme Court and the Appellate Division.  These motions, almost all of which were denied and caused further unnecessary delay and expense, culminated in a ruling by Justice Lowe from the bench on December 7, 1994, requiring respondent to seek court approval before engaging in further motion practice in the Supreme Court.

Because of the pendency of the various motions and proceedings, the executor has been unable to obtain a final decree on his accounting or fund the trust created for respondent's benefit.  It is noted that she has refused to accept various checks sent to her by the fiduciary.  Furthermore, the executor has been unable to proceed with a discovery proceeding he instituted in August 1993 against respondent to ascertain the whereabouts and ownership of securities valued at $197,500 that may belong to the estate.

Clearly, these proceedings must be brought to a conclusion.

-3-

Based upon all the foregoing, the Special Referee was appointed to
hear and report on the issues raised in the objections filed by the
guardian <u>ad</u> <u>litem</u>, the issues raised in the discovery proceeding, and
the issues raised by respondent including conspiracy and the denial
of respondent's constitutional rights.  Accordingly, the instant
application to vacate the December 15, 1994 order is denied.

 This decision constitutes the order of the court.


        _____

        S U R R O G A T E


Dated:  February 14, 1995


-4-

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 21 of 29

Conspiracy Hearing Transcript for January 23, 1995, P26.

Hearings on Fraud and Transcript Admissions, PP 25-26 before Special Master Karin
J. Barkhorn with John Fisher and Judith Siegel Baum fixing the GAL issue telling
Special Master that Surrogate Roth will decide the GAL fraud.

SURROGATE'S COURT    :    NEW YORK COUNTY

In the Matter of

The Estate of                                )
                                             )
                                             )
          Simon Goldberg,                    )
                                             )        FILE NO.:
                                             )        3169/85
                     Deceased.               )
                                             )
_____)


                              31 Chambers Street
                              New York, NY 10007
                              Monday, January 23, 1995

B E F O R E :
                    KARIN BARKHORN,
                              Special Referee

A P P E A R A N C E S :

     JOHN C. FISHER, ESQ
          Wolf Popper et al
          845 Third Avenue
          New York, New York 10022
          On behalf of Executor

     JUDITH E. SIEGEL-BAUM, ESQ.
          420 Lexington Avenue
          New York, New York 10170
          Guardian ad litem for Mrs. Goldberg

     MRS. SIMON A. GOLDBERG, Pro Se

                         -oOo-

**PAT JACKSON Court Transcription**
**(212)877-1852 FAX (212)873-0112**

a hearing?

REFEREE BARKHORN:  And I, and I would then similarly give Mrs. Goldberg until March 1st to complete any discovery that she wishes.

MS. SIEGEL-BAUM:  Are you going to, are you going to do an affidavit for the accountants, too?  Don't you think that you need an affidavit for the accountants?

MR. FISHER:  Yeah, I guess, I guess I do, although their being brought into this picture was really my idea because of the--

MS. SIEGEL-BAUM:  Yeah, but I still think that it's necessary to have it because then we can avoid the hearing on the issue of accounting fees.  So, you'll have your affidavit and an accounting affidavit.

REFEREE BARKHORN:  Yes.  I think that I agree.  I think we need an affidavit from the accountants or backup or further explanation.  And let's see--

MS. SIEGEL-BAUM:  Now, I have a question to ask you. I think-- and I'm just predicting.  I'm not sure that I'm going to be correct but I just have this sixth sense that what you're going to receive back from Mrs. Goldberg, one of the issues she's going to try to have you try is, is my appointment, which--

MR. FISHER:  That's a matter of law.

REFEREE BARKHORN:  But that's already-- hasn't she

1    already questioned that?

2        MS. SIEGEL-BAUM:  I think that's a matter of

3    law.  Well, what she's done is she questioned it in this

4    court.  She tried to get rid of me in Supreme Court in

5    two proceedings.  She tried to get rid of me in the

6    Appellate Division.  See, she doesn't understand that

7    this isn't a job that I love, either, for that matter.

8    She's not aware of that.  But I don't think it's an

9    issue.  But I do want to raise it to make sure that she's

10   not going to--  I want to address it here to make sure

11   that if March 1st comes around and she starts to raise

12   that again, that that's not what's before you, that

13   that's not what  you've been appointed to hear.

14       REFEREE BARKHORN:  No, I agree.

15       MR. FISHER:  That's an issue between her and Judge

16   Roth, right.

17       MS. SIEGEL-BAUM:  --and Judge Roth.  And she's

18   attempted to go into other courts to stop it.

19       MR. FISHER:  And they won't hear it.

20       MS. SIEGEL-BAUM:  Right.  So, you know, but I, I

21   want to make sure.  I mean, this is going to be limited

22   to that, to the accounting.  And it's going to be limited

23   to the missing assets and to the fiduciary if she chooses

24   to, the removal of the fiduciary, right, if she chooses

25   to do anything about it?

1    REFEREE BARKHORN:  Yes.  Right.

2    MS. SIEGEL-BAUM:  O.K.  O.K., then how soon

3    after that can we set a trial date?  Because I think you

4    should just set it.

5    MR. FISHER:  How soon after March 1st?

6    MS. SIEGEL-BAUM:  Yes.

7    MR. FISHER:  April 1st?

8    MS. SIEGEL-BAUM:  I have news for you.  I think we

9    should make it ten days later because everything will be

10   fresh in your mind.  Why should you let-- if you have to

11   take the stand, ten days is more than sufficient time

12   because the longer you wait, then you have to review it

13   more and, you know.

14   REFEREE BARKHORN:  All right.  Let's see.  How

15   about-- what do you think is realistic in terms of the

16   number of days we should allot for this?

17   MR. FISHER:  Probably a half an hour.

18   REFEREE BARKHORN:  Well, how about--

19   MR. FISHER:  It depends on whether Mrs. Goldberg

20   shows up and participates.  If, if she does, it'll, it'll

21   be a couple of days.  If she doesn't show up and

22   participate, there will be no hearing.

23   MS. SIEGEL-BAUM:  Well, why don't we schedule--

24   REFEREE BARKHORN:  We also need an order framing

25   issues submitted at some point before that, as well.

1     MS. SIEGEL-BAUM:  So, we'll plan to go all day.  And

2 hopefully, we can wrap it up in two days.  If not, then

3 we'll just have to pick an adjourn date then, don't you

4 think, instead of tying all this up?

5     REFEREE BARKHORN:  So, we're going to begin on the

6 10th -- the 13th at 10 AM.

7     Any other-- ?  No?  O.K.

8     We'll-- this conference is at end.  And I'm going to

9 turn the tape recorder off.

10     [Whereupon, the above matter was adjourned.]

11                         -o0o-

12

13

14

15

16

17

18

19

20

21

22

23

24

25

30

## REPORTER'S CERTIFICATE

CASE TITLE          In the Matter of
                    Simon Goldberg, Deceased

FILE NUMBER         3169/85

HEARING DATE:       1/23/95

LOCATION:           31 Chambers Street, NYC, NY 10007

    I hereby certify that the proceedings and evidence
are fully and accurately transcribed in the attached
transcript in the above case from tapes:

        SC287 [01-1037]

BEFORE:             Surrogate's Court: New York County

    A duplicate original is filed with the Court.




    DATE:           2/24/95



    _____
    Pat Jackson

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 22 of 29

June 1, 1995 Special Referee Karin Barkhorn Report on GAL Conspiracy and
Constitutional Rights violations.

Conspiracy Report issued without GAL investigation or Judith Siegel Baum's
November 1995 billing admitting to fraudulent GAL.

STATE OF NEW YORK
SURROGATE'S COURT: COUNTY OF NEW YORK

----------------------------------------------------------------------x

Accounting of David J. Mandelbaum, as Executor            :        REPORT OF KARIN J.
of the Estate of                                           :        BARKHORN, REFEREE
                                                           :
          Simon A. Goldberg,                               :        File No.: 2169/1985
                                                           :
                                         deceased.         :
                                                           :
----------------------------------------------------------------------x

      Karin J. Barkhorn, having been duly appointed Referee "to hear and report with respect to
the issues in this contested accounting (SCPA Section 506)" by order of the Honorable Renee R.
Roth, dated December 20, 1994[1], does hereby render her Report as follows:

      FINDINGS OF FACT

      Simon A. Goldberg ("decedent"), died on May 24, 1985, survived by his wife, Evelyn
Goldberg, as his sole distributee ("Mrs. Goldberg"). Under decedent's Will dated March 21, 1985
("Will"), he bequeathed his residuary estate in trust for Mrs. Goldberg for her lifetime. Upon the
death of Mrs. Goldberg, the trust terminates and the remainder is distributed to various charities
and relatives, after the payment of accumulated income to Mrs. Goldberg's estate or personal
representative. The trustee is given absolute discretion to invade principal for the benefit of Mrs.
Goldberg. The Executor and trustee is David J. Mandelbaum. Objections were filed to the
probate of the Will by Mrs. Goldberg. The Will was admitted to probate on April 8, 1991 and
letters testamentary issued to David J. Mandelbaum on April 12, 1991. The First Department
entered an order on February 18, 1992 affirming the Surrogate's Court decision to dismiss the

---

[1]    Mrs. Goldberg opposed the motion to appoint a Referee and cross-moved for sanctions
and contempt. Her motion was denied by the decision of Judge Roth which appeared in the New
York Law Journal on March 2, 1995. Judge Roth ordered the following:
          "The special Referee was appointed to hear and report on the issues raised
          in the objections filed by the guardian ad litem, the issues raised in the discovery
          proceeding and the issues raised by Respondent [Mrs. Goldberg], including
          conspiracy and denial of respondent's constitutional rights."

objections to probate on a motion for summary judgment. Mrs. Goldberg sought leave to appeal to the Court of Appeals but her application was denied as not timely.

The Executor filed his accounting in February, 1993 covering the period from May 24, 1985 to December 31, 1992. During much of the accounting proceeding, Mrs. Goldberg has appeared, pro se. Based upon Mrs. Goldberg's papers and presentation in the courtroom, the Court appointed a guardian ad litem on her behalf by order dated June 16, 1993. Since Mrs. Goldberg had not filed objections, the guardian ad litem filed objections on or about March 4, 1994. (The guardian ad litem's report dated August 9, 1993 had contained objections.) Mrs. Goldberg has not acknowledged the appointment of the guardian ad litem, has refused to cooperate with her in any way and, in fact, moved to vacate the order appointing her, which was denied.

The objections filed by the guardian ad litem may be summarized as follows[2]:

1.    The objection to Schedule A is a request for an explanation for the property which was not located at the time of the filing of the accounting;

2.    An objection to Schedule C-1 is made on the grounds that the payment of a fee of $5,515.85 to A. Uzzo & Company, is inappropriate and should be absorbed by the attorney's fees and the Executor's commissions;

3.    An objection is made to the legal fees of Wolf, Popper, Ross, Wolf & Jones and Goodkind, Wechsler, Labaton & Rudoff, to the extent that the Court determines whether the fees are reasonable in comparison to the services rendered, the size of the estate and the qualifications of the attorneys;

---

[2]    The guardian ad litem also made the following objections which were withdrawn after the Executor agreed to delete these payments from the accounting.

An objection to the payments shown on Schedule C to Wolf, Popper, Ross, Wolf & Jones for Xeroxing ($217.15), postage ($8.41) and facsimile charges ($4.51); and

An objection to Schedule C for reimbursement to the executor, David J. Mandelbaum for postage ($16.27), Xeroxing ($54.00) and fares ($33.75), as inappropriate for an executor who is receiving commissions.

4.      An objection is made to Schedule D on the ground that Mrs. Goldberg did not accept a $40,000 distribution as shown on Schedule D, and an adjustment must be made;

5.      An objection is made to Schedule F to the extent that the Executor is required to show proof that the items in question (which were the subject matter of the Executor's order to show cause and petition for reverse discovery, returnable August 11, 1993) are in the estate's possession, a third party's possession or whether the Executor has received replacement certificates; and

6.      A corollary objection is made to Schedule I on the grounds that the balance of the commissions of $25,171, should not be paid until the Executor reports on the status of the missing assets.

Mrs. Goldberg filed "verified objections" to the account on or about April 1, 1994 (approximately one year after the return date of the accounting citation), which may be summarized as follows:

1.      The accounting is out of date by over one year;

2.      The asset information is seriously in error;

3.      "There is no supporting documentation of foreign and/or domestic account information, no receipts, bank statements, time sheets, evidence of services performed, nor how both the estate and beneficiary was benefited";

4.      The accounting is not certified and contains errors, defalcations, and/or major misrepresentations of material fact.  There are no allowable expenses because there is no evidence of extraordinary need;

5.      An objection is made to multiple lawyer charges, including the late payment of taxes and late filing of returns resulting in penalties;

6.      The accounting is invalid or in default and Mrs. Goldberg reserves her right to depose "the opposition"; and

7.      There is a demand for jury trial.

The Executor, by Order to Show Cause returnable August 11, 1993, commenced a proceeding against Mrs. Goldberg to deliver certain property to the Executor alleged to be in the possession of or under the control of Mrs. Goldberg.  The property alleged to be under her control are the following securities:

| | | |
|---|---|---:|
| Puerto Rico Hsg. Fin. 7/25%, 7/2/10 | US | $25,000. |
| Onondaga County, 5/7%, 2001 | | 3,500. |
| Mun. Assistance Corp., 9.25%, 8/1/85 | | 10,000. |
| Mun. Assistance Corp., 8.25%, 7/1/86 | | 10,000. |
| Mun. Assistance Corp., 5/80%, 11/1/86 | | 15,000. |
| Franklin County, 9.00%, 12/15/87 | | 25,000. |
| IM-IT SR 26 Ins. N.Y. | | 30,000. |
| IM-IT SR 9 Ins. N.Y. | | 25,000. |
| Nuveen Series 58 N.Y. | | 54,000. |
| | US | $197,000. |

On notice to all parties who had appeared, a hearing was held before the Referee on March 22, 1995.  (The original transcripts of the conference before the Referee on January 23, 1995, and the hearings on March 15, 1995 and March 23, 1995 are on file with the Court. References to a transcript will be denoted as "Tr.", the particular date and page number.)  At the hearing, the Executor testified that he believed that the assets were in a safe deposit box to which Mrs. Goldberg had access. According to the Executor's sworn testimony, he learned about these assets shortly after decedent's death from a list given to him by Mrs. Goldberg [Tr., 3/22/95, p. 22, 23].

The Executor is in the process of replacing the Onondaga County bond.  The Municipal Assistance Corp. bonds, which have matured, do not currently exist in the names of Simon Goldberg, Evelyn Goldberg or under Simon Goldberg's social security number.  [Tr., 3/22/95, p. 21].  The Franklin County Bond has matured and the Executor is in the process of collecting the funds.  The two IM-IT New York Investment Trusts exist at The Bank of New York and the Executor is obtaining lost certificate affidavits to replace them.  Similarly, the Nuveen Series still exists at U.S. Trust Company and is in the process of being replaced.

4

At the conclusion of the hearing on March 22, 1995 (which Mrs. Goldberg did not

attend), the following order was served on all parties:

> "1.      All submissions on any issues raised in the proceedings are to be
> made to me [Referee] by April 7, 1995;
>
> 2.      By April 7, 1995, Evelyn A. Goldberg shall submit written proof to
> me [the Referee] that the following securities were <u>not</u> registered in the name of
> Simon A. Goldberg, as of the date of his death,

| | | |
|---|---|---|
| Puerto Rico Hsg. Fin., 7/25%, 7/2/10 | US | $25,000 |
| Mun. Assistance Corp., 9.25%, 8/1/85 | | 10,000 |
| Mun. Assistance Corp., 8.25%, 7/1/86 | | 10,000 |
| Mun. Assistance Corp., 5/80%, 11/1/86 | | 15,000 |

> Alternatively, by April 7, 1995, Evelyn A. Goldberg is directed to turn over
> the above-listed assets or the proceeds of sale or redemption of such assets plus
> interest since the sale or redemption date to David Mandelbaum, Executor of the
> Estate of Simon Goldberg, at my [the Referee's] office."

Mrs. Goldberg has refused to provide any information in response to the notice served upon her

and has not delivered the assets and/or proceeds of sale.


### CONCLUSIONS OF LAW

The Missing Property

From all the evidence, it can be presumed that Mrs. Goldberg took possession of the

Municipal Assistance Corp. bonds or the redemption proceeds at the maturity dates. Mrs.

Goldberg has refused to cooperate with the efforts of the Executor, Referee and guardian ad litem

in locating this property. It would be a waste of estate assets to take any further steps to locate

this asset. In view of Mrs. Goldberg's substantial interest under the Will and to avoid the expense

and delay of litigation, the Municipal Assistance Corp. bonds (with a face value of $35,000),

should be treated as distributions on account of Mrs. Goldberg's income interest under the Will of

Simon A. Goldberg on the respective maturity dates.

Until satisfactory evidence is provided to the court that the Executor has replaced or collected the Onondaga County bond, the Franklin County bond, the IM-ITS and the Nuveen Series, no commissions should be paid to the Executor and the Executor should not be discharged. Until satisfactory evidence is provided to the court that the Executor has replaced or collected the Puerto Rican Housing bond, or documentation provided that such securities are wrongfully in Mrs. Goldberg's possession and that the value should be treated as a distribution to her, no commissions should be paid to the Executor and the Executor should not be discharged.

Accounting Fees

The payment of accounting fees to A. Uzzo & Company, CPA's totaling $26,282.29 presents a difficult issue.   Under New York law, accounting fees are generally considered together with attorney's fees Matter of Schoonheim, 158 A.D. 2d 183 (1st Dep't 1990).  In the case at hand, the Executor is an accountant and testified that he has served as executor approximately five times prior to his appointment herein [Tr., 3/22/95,  p. 61].  In each of those cases, he had prepared the judicial accounting and did not charge accounting fees because he was receiving an Executor's commission.  The Executor's attorney recommended that the Executor retain an accountant:

> "my recommendation was made knowing that the estate's finances were complex beyond the ordinary, the tax returns had not been filed for many years due to the activities of the respondent (Mrs. Goldberg) and that the accounting would most certainly be objected to by the respondent (Mrs. Goldberg)." (Affidavit of John C. Fisher, sworn to March 8, 1995, p. 1.)

Because of the controversy over the probate of the Will, the accountant commenced work 7-1/2 years after the date of death and had to reconstruct much of the information.  The assets of the estate, mostly liquid securities, are not particularly complicated.  The only issue, and not a complex one, is the United States/Canadian dollar conversion.  The Executor readily admitted that the assets being administered were not complex.  [Tr., 3/22/95, p. 65].

6

There appears to be little reason for the retention of an outside accounting firm other than the fact that the Executor and the attorneys were deluged with litigation and needed the assistance of an accounting firm in order to complete their responsibilities in a timely fashion.  There are no unusual circumstances creating the necessity for assistance in preparing the fiduciary income tax returns (see Schoonheim, supra; Matter of Badenhausen, 38 Misc. 2d 698 (Surr. Ct. (Richmond) 1963).  The Executor testified that he had prepared "hundreds" of fiduciary income tax returns. [Tr., 3/22/95, "preparation of the Federal estate tax return and fiduciary returns 'are the function of the attorney p. 61].  A close review of the affidavit submitted in support of the accounting fees indicates that only a small portion of the fee was attributable to the preparation of the fiduciary income tax returns.  The overwhelming majority of the services performed were for the preparation of the accounting and for record-keeping.  Accordingly, in view of the particular circumstances of this case, one-half of the accounting fees should be paid by the estate and the balance should be absorbed by the Executor's present counsel.

### Attorney's Fees

The services rendered by the attorneys and the time charges incurred, necessitated by the litigation spawned by Mrs. Goldberg, exceed what would be considered a customary attorney's fee for the routine administration of an estate of this size, consisting of the type of assets involved. Much of the time spent by  Goodkind, Labaton, Rudoff & Sucharow (formerly Goodkind, Wechsler, Labaton & Rudoff, hereinafter referred to as "Goodkind Labaton") was devoted to attempts to serve process in connection with the probate proceeding on Mrs. Goldberg who actively avoided service.  Mr. Fisher of Wolf, Popper, Ross, Wolf  & Jones ("Wolf Popper"), in support of his firms' fee application, noted that he had made, at a minimum, nineteen separate court appearances.

The motions made by Mrs. Goldberg, almost all of which were denied, caused unnecessary delay and expense.  Mrs. Goldberg has refused to cooperate with the guardian ad litem and the Referee.  She has discharged several attorneys and has appeared pro se through much of the proceeding.  Moreover, as is demonstrated by the findings herein, although there is

7

some merit to some of Mrs. Goldberg's objections, the adjustments could have been achieved without the volume of litigation.

The Executor is entitled to be represented by counsel and to pay the fees from the estate. (See EPTL 11-1.1(b)(22)). The services of the two law firms must be evaluated against the well developed body of law governing attorneys' fees:

> Long tradition and just about a universal one in American practice is for the fixation of lawyers' fees to be determined on the following factors: time and labor required, the difficulty of the questions involved, and the skill required to handle the problems presented; the lawyer's experience, ability and reputation; the amount involved and benefit resulting to the client from the services; the customary fee charged by the Bar for similar services; the contingency or certainty of compensation; and the responsibility involved." Matter of Freeman, 34 N.Y.2d 1 (1974).

See also Matter of Potts, 123 Misc. 346 (Surr. Ct. Columbia Co. 1924), aff'd 213 A.D. 59, 62 (4th Dept. 1925), aff'd 241 N.Y. 593 (1925). Where there is more than one attorney, the fees awarded should not exceed the fee of one attorney Matter of Mattis, 55 Misc. 2d 511 (Surr. Ct. (N.Y. Co. 1967)).

Goodkind, Labaton.

The fee request by Goodkind, Labaton covers legal services over a time period of approximately two years. The firm represented the Executor in attempting to probate the will and prepared the federal estate tax return. The services are detailed in an affidavit to which are attached contemporaneous time sheets. The firm is also seeking reimbursement for disbursements for photocopying charges, telephone toll calls, messenger services and transportation charges. It is inappropriate to charge the estate for disbursements which are in the nature of office overhead. The Courts have enunciated this rule very clearly (see Estate of Annie Laurie Aitken, N.Y.L.J. 3/18/1994, p. 22, col. 3 (Surr. Ct. N.Y. Co.), Matter of Zalaznick, 84 Misc. 2nd 715, 375 N.Y. 2d 512 (Surr. Ct., Bronx County, 1975). Accordingly, all of the disbursements with the exception of the Court filing fee in the amount of $35. are disallowed. The fees requested, reduced by the amount previously awarded, pursuant to court order, are allowed.

8

Wolf, Popper

The fee request by Wolf, Popper covered a period of seven years for services rendered, generally in connection with the probate, accounting, and discovery proceedings. Wolf Popper also represented the Executor in the Article 78 proceedings and the various motions in the Appellate Division brought by Mrs. Goldberg. The firm demonstrated a concern to minimize the fees in the face of extensive litigation. Time is often the least important factor in evaluating time charges. However, when there is litigation involved, particularly which has been engendered by one of the beneficiaries, the court must consider the time spent very closely and give importance to it.

However, it is inappropriate for the attorneys to receive legal fees for services that are executorial in nature. See, for example, Matter of Jones, 168 A.D.2d 448, (2nd Dep't 1990); Matter of Seidl, NYLJ, 10/31/90, p. 26 col. 6 (Surr. Ct. West. Co.). A careful review of the timesheets submitted to support Wolf, Popper's fee request includes services described as "went to get his signature," "received and deposited checks," "arranged for purchase of T-bill," "walked over to David Mandelbaum to get his signature," "travel to offices of Executor re: signing tax returns," "deposit Merrill Lynch dividends," etc. Moreover, Mr. Fisher was given the opportunity to differentiate between executorial and legal services and never submitted a breakdown between the two. See Matter of Schoonheim, 158 A.D.2d 183 (1st Dep't 1990). Under the circumstances, the fee awarded to Wolf, Popper, Ross, Wolf & Jones should be reduced by the time charges that were clearly executorial in nature which amount to conservatively $6,000. In addition, there were time charges rendered for preparing the petition for payment on account of commissions which should also reduce the fee ($142.50). Thus, the fees requested by Wolf Popper reduced by $6,142.50 and one-half of the accounting fees, are allowed.

It is unfair to the remainder beneficiaries that the unnecessarily large attorneys fees should be paid from principal. See Matter of Walsh, NYLJ 10/4/91, p. 27 col. 4 (Surr. Ct. (West Co.)). The admittedly higher than customary legal fees resulted from Mrs. Goldberg's incessant litigation and some portion should be charged to Mrs. Goldberg's income interest. Accordingly, the

attorneys fees and the accounting fees charged to the Estate should be allocated two-thirds to principal and one-third to income.

### Other Objections

With respect to the other objections made by Mrs. Goldberg which have not been addressed, the following observations are made. While it is true that the accounting is out of date by over one year, it is the practice of the Surrogate's Court that prior to a final decree, the Executor must update the accounting within one year of the date of settlement of the decree. Mrs. Goldberg will have the opportunity to review the supplemental accounting at that time. There has been no proof that the asset information is in error other than with respect to the assets discussed above. It is not customary to file supporting documentation with the accounting. Mrs. Goldberg has had numerous opportunities to review the books and records of the estate. Accountings are not generally certified. There is no requirement that in order for expenses to be paid, there be evidence of "extraordinary need." Mrs. Goldberg has been offered the opportunity to examine the Executor and has not done so. Accordingly, Mrs. Goldberg's objections with respect to the accounting, other than those determined herein, are dismissed.

Mrs. Goldberg has repeatedly made a demand for a jury trial. Judge Roth ruled from the bench that she is not entitled to a jury trial. No evidence as to conspiracy has been offered. Therefore, the objections with respect to conspiracy and denial of Mrs. Goldberg's constitutional rights are dismissed.

Mrs. Goldberg has refused to accept the income distributions which the Executor has attempted to make. The Executor should make a distribution of net income to Mrs. Goldberg. If

Mrs. Goldberg refuses to accept the income distribution within 30 days of delivery to her, it

should be deposited with the Surrogate's Court, New York County pursuant to SCPA Section

2220.

June 1, 1995

Respectfully submitted,

Karin J. Barkhorn, Referee

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 23 of 29

Wolf Popper's "Final" Accounting of the Estate of Simon Goldberg from January 1, 1993 to  October 31, 1995 M, filed October 31, 1995 on behalf of Simon's Estate evidencing massive Canadian and US Treasuries and commercial paper trades.

1993 Canadian Ancillary Probate misdated for 1994 with other gross misrepresentations that took place in 1993 at the time of the fraudulent GAL discussed in Exhibits 15-22.

US and Canada Accountings are now broken down into two components, just as Bernard Madoff describes in his April 26, 2017 deposition:

Schedule A-1, Increases from Sale or Distribution of Assets

Schedule A-2 Income Collected with amounts collected which treasuries and other commercial paper complete listings but no brokerage tickets.

Schedule C - 1994 Canadian Probate and Death Certificates that would have had to be obtained as early as September 1985 to April 13, 1993 for the April 1993 Canada Ancillary Probate to be filed with a Death Certificate for Simon A. Goldberg as a Canadian Citizen.  See also Exhibit 9 for fraudulent Death Certificates amended in 1988 just following the Exhibit 8 August 1988 Depositions of Simon Goldberg's Executor David J. Mandelbaum.  The amended death certificate would have had to be filed in 1993 for the Canada Ancillary Probate for a Canadian Citizen.

Schedule E - reflects a debit of $40,000 that was never paid but asserted in the first accounting.  This $40,000 will constantly appear until 2011 when Loren tells Fisher to stop billing for any distributions paid to Evelyn Goldberg.

The Canada Accounting assets of $327,000 was not carried over to the US Accounting.

FINAL ACCOUNT OF THE

ESTATE OF SIMON A. GOLDBERG

JANUARY 1, 1993 - OCTOBER 31, 1995

Software Developed by
COMP-ACCT FIDUCIARY SOFTWARE, INC.
18-19 SADDLE RIVER ROAD
FAIR LAWN, NJ   07410
(201) 797-0080
FAX (201) 794-9474

## ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
### Summary

CHARGES:

Amount shown by Schedule A
    (Principal Received).....................$   637,806.26

Amount shown by Schedule A-1
    (Realized Increases on Principal).........   2,466.00

Amount shown by Schedule A-2
    (Income Collected).......................  340,388.42

    Total Charges........................................$  980,660.68

CREDITS:

Amount shown by Schedule B
    (Realized Decreases on Principal).........$   5,212.75

Amount shown by Schedule C
    (Funeral and Administration Expenses).....  266,283.22

Amount shown by Schedule D
    (Creditors' Claims Actually Paid).........      0.00

Amount shown by Schedule E
    (Distributions to Beneficiaries, etc.)....  -40,000.00

    Total Credits........................................  231,495.97

    Balance on hand shown by Schedule F..................$  749,164.71

        The foregoing balance of $749,164.71 consists of $357,430.69
in cash and $391,734.02 in other property on hand as of the 31st day of
October, 1995.  It is subject to deduction of estimated principal
commissions amounting to $0 shown in Schedule I and to the proper charge
to principal of expenses of this accounting.
        The attached schedules are part of this account.

_____

_____

                                 Executor/Administrator

## ESTATE OF SIMON A. GOLDBERG - JOINT ACCOUNTS
### Summary

**CHARGES:**

U.S. Dollar Account..........................$   980,660.68

Canadian Dollar Account.....................   339,638.16*

    Total Charges.......................................$ 1,320,298.84

**CREDITS:**

U.S. Dollar Account..........................$   231,495.97

Canadian Dollar Account.....................   236,752.90*

    Total Credits.......................................   468,248.87

Balance on hand shown by Schedule F (U.S.)....$ 749,164.71
Balance on hand shown by Schedule F (Canadian)  102,885.26* $   852,049.97

    The foregoing balance of $852,049.97 consists of $367,029.91 in cash and $485,020.06 in other property on hand as of the 31st day of October, 1995. It is subject to deduction of estimated principal commissions amounting to $28,204.88 shown in Schedule I and to the proper charge to principal of expenses of this accounting.

    The attached schedules are part of this account.

_____

_____

_____
                 Executor/Administrator

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A
Statement of Principal Received

The following assets were on hand on 01/01/93 (unless dated otherwise).

Description                                              Inventory Value

CASH:

Chemical Bank, Checking Account #006-058191 $    24,216.47

Chemical Bank, NOW Account #006-099475            56,172.24

December 1992 Transfers From Merrill Lynch
Representing Municipal Income Trust
Dividends Deposited into Chemical Checking
in January 1993                                    2,887.73

Merrill Lynch, Brokerage Account #852-17G39            0.26

Merrill Lynch, Brokerage Account #852-55023          541.13  $    83,817.83

STOCKS & FUNDS:

no. of
shares

      30      Insured Municipals - Income
              Trust Series 26              $    30,000.00

      25      Insured Municipals - Income
              Trust Series 9                    25,000.00

24,902.71     Merrill Lynch Ready Assets
              Trust                             24,902.71

      50      Municipal Invest Trust Series
              1 MBIA Insured                     15,557.50

       3      Municipal Invest Trust Series
              50 New York                          528.66

      25      Municipal Invest Trust Series
              53 New York                        6,179.75

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A
Statement of Principal Received

| Description | | Inventory Value | |
|---|---|---|---|
| 54 | Nuveen Series 58, N.Y. | $ 54,000.00 | $ 156,168.62 |

DEBT INSTRUMENTS:

face value

| | | | |
|---|---|---|---|
| $ 20,000 | Canadian National Railways Co. Debentures, 14.75% Due 9/1/12 | $ 24,487.80 | |
| 25,000 | Franklin County, 9% Due 12/15/87 | 25,000.00 | |
| 25,000 | Ontario Province Bonds, 17% Due 11/5/11 | 35,182.00 | |
| 10,000 | Ontario Province Canada Debenture, 8.4% Due 1/15/07 | 7,836.00 | |
| 200,000 | U.S. Treasury Bills, Due 1/14/93 | 196,976.78 | |
| 110,000 | U.S. Treasury Bills, Due 2/4/93 | 108,337.23 | 397,819.81 |

Total Schedule A $ 637,806.26

Summary:

| | | |
|---|---|---|
| Securities | $ | 553,988.43 |
| Other | | 83,817.83 |
| Total | $ | 637,806.26 |

It has been determined that the following two bonds have never been part of the estate.

1. Puerto Rico Hsg. Fin. 7.25%, due 7/2/10
2. Onondaga County, 5.7%, due 2001

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| Redemptions: | | | |
| 05/04/93 $10,000 face value of Ontario Province Canada Debenture, 8.4%  Due 1/15/07 | $ 10,302.00 | $ 7,836.00 | $ 2,466.00 |
| Total Schedule A-1 | $ 10,302.00 | $ 7,836.00 | $ 2,466.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                    Amount

Part 1 - Dividends Earned:

Merrill Lynch Ready Assets Trust:

| Date | Description | Amount |
|------|-------------|-------:|
| 01/12/93 | Dividend on 24,902.7100 shares | $ 22.66 |
| 01/29/93 | Dividend on 24,885.3700 shares | 36.97 |
| 02/26/93 | Dividend on 24,922.3400 shares | 55.28 |
| 03/26/93 | Dividend on 24,977.6200 shares | 56.60 |
| 04/30/93 | Dividend on 25,034.2200 shares | 67.02 |
| 05/10/93 | Dividend on 25,101.2400 shares | 18.29 |
| 05/28/93 | Dividend on 35,421.5300 shares | 46.44 |
| 06/25/93 | Dividend on 35,467.9700 shares | 72.89 |
| 07/30/93 | Dividend on 35,540.8600 shares | 92.48 |
| 08/27/93 | Dividend on 35,633.3400 shares | 74.41 |
| 09/03/93 | Dividend on 35,707.7500 shares | 18.57 |
| 09/24/93 | Dividend on 55,726.3200 shares | 88.77 |
| 10/29/93 | Dividend on 55,815.0900 shares | 144.90 |
| 11/26/93 | Dividend on 55,959.9900 shares | 115.90 |
| 12/30/93 | Dividend on 56,075.8900 shares | 139.20 |
| 12/31/93 | Dividend on 6,436.0900 shares | 0.97 |
| 01/03/94 | Dividend on 6,437.0600 shares | 1.45 |
| 01/11/94 | Dividend on 31,438.5100 shares | 17.04 |
| 01/28/94 | Dividend on 31,415.5500 shares | 42.61 |
| 02/25/94 | Dividend on 31,458.1600 shares | 66.31 |
| 03/25/94 | Dividend on 31,524.4700 shares | 68.53 |
| 04/29/94 | Dividend on 31,593 shares | 91.75 |
| 05/27/94 | Dividend on 31,684.7500 shares | 80.97 |
| 06/27/94 | Dividend on 31,765.7200 shares | 88.19 |
| 06/29/94 | Dividend on 31,853.9100 shares | 16.00 |
| 07/29/94 | Dividend on 33,269.9100 shares | 102.39 |
| 08/06/94 | Dividend on 33,372.3000 shares | 98.39 |
| 09/30/94 | Dividend on 33,470.6900 shares | 131.48 |
| 10/28/94 | Dividend on 33,602.1700 shares | 112.12 |
| 11/25/94 | Dividend on 33,714.2900 shares | 119.43 |
| 12/30/94 | Dividend on 33,833.7200 shares | 160.51 |
| 01/30/95 | Dividend on 33,954.2300 shares | 134.68 |
| 02/24/95 | Dividend on 34,088.9100 shares | 138.58 |
| 03/31/95 | Dividend on 34,227.4900 shares | 182.01 |
| 04/28/95 | Dividend on 34,409.5000 shares | 147.88 |
| 05/26/95 | Dividend on 34,557.3800 shares | 148.51 |
| 06/30/95 | Dividend on 34,705.8900 shares | 185.03 |
| 07/28/95 | Dividend on 34,890.9200 shares | 146.97 |
| 08/25/95 | Dividend on 35,037.8900 shares | 144.59 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | Amount |
|---|---|

Merrill Lynch Ready Assets Trust: (Continued From Previous Page)

| | | |
|---|---|---|
| 09/29/95 Dividend on 35,182.4800 shares | $ 180.37 ✓ | |
| 10/27/95 Dividend on 35,362.8500 shares | 144.07 ✓ | $ 3,801.21 |
| Total Schedule A-2, Part 1 | | $ 3,801.21 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                    Amount

Part 2 - Interest Earned:


Canadian National Railways Co. Debentures, 14.75%  Due 9/1/12:

03/01/93 Interest on $20,000            $     1,475.00
09/01/93 Interest on $20,000                  1,475.00   $    2,950.00


Chemical Bank, NOW Account #006-099475:

01/08/93                                $        86.07
02/05/93                                        110.61
03/05/93                                        217.94
04/07/93                                        115.62
05/07/93                                         92.46
06/07/93                                        111.29
07/08/93                                        111.39
08/06/93                                        183.22
09/08/93                                         55.72
10/07/93                                         42.13
11/05/93                                         42.17
12/07/93                                         46.58
01/07/94                                         22.16
02/07/94                                          6.79
03/07/94                                          9.67
04/07/94                                         10.72
05/06/94                                         30.42
06/07/94                                         33.73
07/08/94                                         26.73
08/05/94                                         24.17
09/08/94                                         29.38
10/07/94                                         25.09
11/07/94                                         26.84
12/07/94                                         26.00
01/09/95                                         26.37
02/07/95                                         92.66
03/07/95                                         19.82
04/07/95                                         21.97
05/05/95                                         19.86
06/07/95                                         23.43
07/10/95                                         23.46

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | | Amount |
|---|---|---|

### Chemical Bank, NOW Account #006-099475: (Continued From Previous Page)

| | | |
|---|---|---|
| 08/07/95 | $    289.53 | |
| 09/08/95 | 361.49 | |
| 10/06/95 | 316.63 | $    2,682.12 |

### Insured Municipals - Income Trust Series 26:

| | | |
|---|---|---|
| 07/19/93 Nov. 1986 - May 1993 Income | $  16,628.70 | |
| 02/15/94 | 40.20 | |
| 05/15/94 | 564.90 | |
| 08/15/94 | 58.50 | |
| 11/15/94 | 295.20 | |
| 03/08/95 | 145.50 | |
| 06/08/95 | 1,338.60 | 19,071.60 |

### Insured Municipals - Income Trust Series 9:

| | | |
|---|---|---|
| 07/19/93 Nov. 1986 - May 1993 Income | $  14,036.75 | |
| 05/15/94 | 436.50 | |
| 11/15/94 | 180.50 | |
| 03/07/95 | 176.00 | |
| 06/08/95 | 1,240.50 | 16,070.25 |

### Municipal Invest Trust Series 1 MBIA Insured:

| | | |
|---|---|---|
| 01/25/93 | $    132.00 | |
| 02/25/93 | 121.00 | |
| 03/25/93 | 117.50 | |
| 04/26/93 | 114.00 | |
| 05/25/93 | 111.50 | |
| 06/25/93 | 106.50 | |
| 07/26/93 | 106.00 | |
| 08/25/93 | 217.50 | |
| 09/27/93 | 96.00 | |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                    Amount

Municipal Invest Trust Series 1 MBIA Insured: (Continued From
Previous Page)

| Date | | Amount | |
|---|---|---|---|
| 10/25/93 | $ | 94.50 | |
| 11/26/93 | | 92.50 | |
| 12/27/93 | | 91.50 | |
| 01/25/94 | | 88.00 | |
| 02/25/94 | | 88.00 | |
| 03/25/94 | | 84.00 | |
| 04/25/94 | | 78.00 | |
| 05/25/94 | | 75.50 | |
| 06/27/94 | | 68.50 | |
| 07/25/94 | | 64.00 | |
| 08/25/94 | | 161.50 | |
| 09/26/94 | | 61.00 | |
| 10/25/94 | | 59.50 | |
| 11/25/94 | | 56.50 | |
| 12/27/94 | | 51.50 | |
| 01/25/95 | | 51.00 | |
| 02/27/95 | | 50.00 | |
| 03/27/95 | | 49.50 | |
| 04/25/95 | | 49.50 | |
| 05/25/95 | | 48.00 | |
| 06/26/95 | | 48.50 | |
| 07/25/95 | | 47.50 | |
| 08/25/95 | | 40.00 | |
| 09/25/95 | | 36.00 | $ 2,756.50 |

Municipal Invest Trust Series 50 New York:

| Date | | Amount | |
|---|---|---|---|
| 01/25/93 | $ | 0.96 | |
| 02/25/93 | | 0.99 | |
| 03/25/93 | | 0.99 | |
| 04/26/93 | | 0.99 | |
| 05/25/93 | | 0.96 | |
| 06/25/93 | | 1.02 | |
| 07/26/93 | | 0.99 | |
| 08/25/93 | | 0.99 | |
| 09/27/93 Final Liquidation Interest | | 4.53 | 12.42 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                          Amount

Municipal Invest Trust Series 53 New York:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/25/93 | | $ | 39.75 |
| 02/25/93 | | | 39.25 |
| 03/25/93 | | | 39.00 |
| 04/26/93 | | | 39.25 |
| 05/25/93 | | | 39.00 |
| 06/25/93 | | | 39.00 |
| 07/26/93 | | | 38.75 |
| 08/25/93 | | | 37.50 |
| 09/27/93 | | | 37.75 |
| 10/25/93 | | | 38.00 |
| 11/26/93 | | | 38.25 |
| 12/27/93 | | | 37.75 |
| 01/25/94 | | | 38.00 |
| 02/25/94 | | | 37.50 |
| 03/25/94 | | | 37.50 |
| 04/25/94 | | | 37.75 |
| 05/25/94 | | | 7.00 |
| 06/27/94 | Final Liquidation Interest | | 132.25 $   753.25 |

Ontario Province Bonds, 17%  Due 11/5/11:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 05/05/93 | Interest on $25,000 | $ | 2,125.00 |
| 11/05/93 | Interest on $25,000 | | 2,125.00 |
| 05/05/94 | Interest on $25,000 | | 2,125.00 |
| 11/07/94 | Interest on $25,000 | | 2,125.00 |
| 05/05/95 | Interest on $25,000 | | 2,125.00   10,625.00 |

Ontario Province Canada Debenture, 8.4%  Due 1/15/07:

| Date | Description | | Amount |
|------|-------------|---|--------|
| 01/15/93 | Interest on $10,000 | $ | 420.00 |
| 05/04/93 | Interest on $10,000 | | 254.33   674.33 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                          Amount


U.S. Treasury Bills, Due 1/14/93:

01/14/93 Interest on $200,000              $      3,023.22  $      3,023.22


U.S. Treasury Bills, Due 2/4/93:

02/04/93 Interest on $110,000              $      1,662.77         1,662.77


U.S. Treasury Bills, Due 6/17/93:

04/13/93 Interest on $150,000              $        185.80           185.80


U.S. Treasury Bills, Due 7/15/93:

07/15/93 Interest on $200,000              $      2,922.11         2,922.11


U.S. Treasury Bills, Due 1/20/94:

01/20/94 Interest on $300,000              $      4,509.33         4,509.33

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | Amount | |
| --- | ---: | ---: |
| | | |
| **U.S. Treasury Bills, Due 1/12/95:** | | |
| 01/12/95 Interest on $300,000 | $  9,520.00 ✓ | $  9,520.00 |
| | | |
| **U.S. Treasury Bills, Due 7/13/95:** | | |
| 07/13/95 Interest on $300,000 | $  8,974.58 ✓ | 8,974.58 |
| | | |
| **U.S. Treasury Notes, 7.5%  Due 1/31/97:** | | |
| 07/31/95 Interest on $230,000 | $  8,625.00 | 8,625.00 |
| | | |
| **Van Kampen Merritt:** | | |
| 08/17/93 Interest on IMIT | $  6,575.65 ✓ | |
| 11/16/93 Interest on IMIT | 1,210.55 ✓ | |
| 04/15/94 Interest on IMIT | 1,832.70 ✓ | |
| 06/08/95 Interest in IMIT | 184.75 ✓ | 9,803.65 |
| Total Schedule A-2, Part 2 | | $  104,821.93 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | Amount |
|---|---|

**Part 3 - Miscellaneous Income:**

Transfer From Wood Gundy Canadian Dollar Account:

| | | | |
|---|---|---|---|
| 01/10/95 | $ 231,765.28 | $ | 231,765.28 |
| Total Schedule A-2, Part 3 | | $ | 231,765.28 |

Recapitulation:

| | |
|---|---|
| Schedule A-2, Part 1 | $    3,801.21 |
| Schedule A-2, Part 2 | 104,821.93 |
| Schedule A-2, Part 3 | 231,765.28 |
| Total Schedule A-2 | $  340,388.42 |

Schedule A-2, Part 3
Page 1

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| **Part 1 - Sales:** | | | |
| 01/12/93 40 shares of Merrill Lynch Ready Assets Trust | $ 40.00 | $ 40.00 | $ 0.00 |
| 04/13/93 $150,000 face value of U.S. Treasury Bills, Due 6/17/93 | 148,961.08 | 148,961.08 | 0.00 |
| 12/30/93 49,779 shares of Merrill Lynch Ready Assets Trust | 49,779.00 | 49,779.00 | 0.00 |
| 01/11/94 40 shares of Merrill Lynch Ready Assets Trust | 40.00 | 40.00 | 0.00 |
| 01/10/95 40 shares of Merrill Lynch Ready Assets Trust | 40.00 | 40.00 | 0.00 |
| Total Schedule B, Part 1 | $ 198,860.08 | $ 198,860.08 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| **Part 2 - Liquidations:** | | | |
| 09/27/93<br>3 shares of<br>Municipal Invest Trust<br>Series 50 New York | $    216.96 | $    274.16 | $    57.20 |
| 06/27/94<br>25 shares of<br>Municipal Invest Trust<br>Series 53 New York | 1,267.75 | 1,935.50 | 667.75 |
| Total Schedule B, Part 2 | $  1,484.71 | $  2,209.66 | $   724.95 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| **Part 3 - Redemptions:** | | | |
| 01/14/93 $200,000 face value of U.S. Treasury Bills, Due 1/14/93 | $ 196,976.78 | $ 196,976.78 | $ 0.00 |
| 02/04/93 $110,000 face value of U.S. Treasury Bills, Due 2/4/93 | 108,337.23 | 108,337.23 | 0.00 |
| 07/15/93 $200,000 face value of U.S. Treasury Bills, Due 7/15/93 | 197,077.89 | 197,077.89 | 0.00 |
| 09/01/93 $20,000 face value of Canadian National Railways Co. Debentures, 14.75%  Due 9/1/12 | 20,000.00 | 24,487.80 | 4,487.80 |
| 01/20/94 $300,000 face value of U.S. Treasury Bills, Due 1/20/94 | 295,490.67 | 295,490.67 | 0.00 |
| 01/12/95 $300,000 face value of U.S. Treasury Bills, Due 1/12/95 | 290,480.00 | 290,480.00 | 0.00 |
| 07/13/95 $300,000 face value of U.S. Treasury Bills, Due 7/13/95 | 291,025.42 | 291,025.42 | 0.00 |
| Total Schedule B, Part 3 | $ 1,399,387.99 | $ 1,403,875.79 | $ 4,487.80 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| Recapitulation: | | | |
| Schedule B, Part 1 | $   198,860.08 | $   198,860.08 | $          0.00 |
| Schedule B, Part 2 | 1,484.71 | 2,209.66 | 724.95 |
| Schedule B, Part 3 | 1,399,387.99 | 1,403,875.79 | 4,487.80 |
| Total Schedule B | $ 1,599,732.78 | $ 1,604,945.53 | $      5,212.75 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C
Statement of Funeral and Administration Expenses

| Description | | Amount |
|---|---|---|

**Administration Expenses:**

A. Uzzo & Company, CPA's:

| | | | |
|---|---|---|---|
| 01/08/93 | Accounting Fees | $ 5,516.85 | |
| 03/22/93 | Accounting Fees | 9,996.35 | |
| 05/04/93 | Accounting Fees | 4,522.75 | |
| 09/10/93 | Accounting Fees | 1,519.70 | |
| 12/30/93 | Accounting Fees | 2,555.00 | |
| 04/06/94 | Accounting Fees | 3,015.00 | |
| 08/03/94 | Accounting Fees | 2,845.00 | |
| 10/13/94 | Accounting Fees | 835.00 | $ 30,805.65 |

Amsure Associates, Inc.:

| | | | |
|---|---|---|---|
| 07/19/95 | Franklin County Industrial Dev. Agency Affidavits of Loss & Indemnity | $ 1,250.00 | 1,250.00 |

Chemical Bank:

| | | | |
|---|---|---|---|
| 03/11/93 | Stop Check Charge | $ 15.00 | |
| 03/17/93 | Overdraft Charge | 15.00 | |
| 01/25/94 | Checkbook Charge | 17.00 | |
| 04/11/94 | Stop Check Charge | 15.00 | |
| 12/16/94 | Overdraft Charge | 15.00 | |
| 08/15/95 | Checkbook Charge | 64.00 | 141.00 |

Counsel Press:

| | | | |
|---|---|---|---|
| 10/13/95 | Services Rendered | $ 530.97 | 530.97 |

Goodkind Labaton Rudoff & Sucharow:

| | | | |
|---|---|---|---|
| 12/30/93 | Legal Fees | $ 15,000.00 | 15,000.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C
Statement of Funeral and Administration Expenses

| Description | | Amount |
|---|---|---|

Internal Revenue Service:

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/15/93 | 1992 Form 1041-ES | $ 1,375.00 | |
| 04/09/93 | 1992 Form 1041 | 7,808.00 | |
| 04/09/93 | 1991 Form 1041 | 47,284.00 | |
| 04/09/93 | 1990 Form 1041 | 31.00 | |
| 04/09/93 | 1989 Form 1041 | 50.00 | |
| 04/09/93 | 1993 Form 1041-ES | 3,330.00 | |
| 06/29/93 | 1993 Form 1041-ES | 3,330.00 | |
| 07/13/93 | Late Fee & Interest Due on Fiduciary Income Tax | 32.62 | |
| 04/12/94 | 1993 Form 1041 | 15,810.00 | |
| 04/12/94 | 1994 Form 1041-ES | 5,570.00 | |
| 06/10/94 | 1994 Form 1041-ES | 5,570.00 | |
| 09/09/94 | 1994 Form 1041-ES | 5,570.00 | |
| 01/17/95 | 1994 Form 1041-ES | 5,570.00 | $ 101,330.62 |

Merrill Lynch:

| Date | Description | Amount | Total |
|---|---|---|---|
| 01/11/93 | 1992 Annual Account Fee | $ 0.26 | |
| 01/11/93 | 1992 Annual Account Fee | 39.74 | |
| 01/11/93 | 1992 Annual Account Fee | 40.00 | |
| 01/10/94 | 1993 Annual Account Fee | 0.75 | |
| 01/10/94 | 1993 Annual Account Fee | 39.25 | |
| 01/10/94 | 1993 Annual Account Fee | 40.00 | |
| 01/09/95 | 1994 Annual Account Fee | 0.75 | |
| 01/09/95 | 1994 Annual Account Fee | 39.25 | |
| 01/09/95 | 1994 Annual Account Fee | 40.00 | 240.00 |

New York City Department of Health:

| Date | Description | Amount | Total |
|---|---|---|---|
| 07/19/95 | 5 Death Certificates | $ 75.00 | 75.00 |

New York County Surrogate's Court:

| Date | Description | Amount | Total |
|---|---|---|---|
| 07/19/95 | 3 Letters Testamentary | $ 15.00 | 15.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C
Statement of Funeral and Administration Expenses

| Description | | Amount |
|---|---:|---:|

New York State Income Tax:

| | | | |
|---|---|---:|---:|
| 04/09/93 | 1992 Form IT-205 | $ 3,486.00 | |
| 04/09/93 | 1990 Form IT-205 | 18.00 | |
| 04/09/93 | 1989 Form IT-205 | 29.00 | |
| 04/09/93 | 1993 Form IT-205-ES | 1,375.00 | |
| 04/13/93 | 1991 Form IT-205 | 18,980.00 | |
| 06/29/93 | 1993 Form IT-205-ES | 1,375.00 | |
| 04/12/94 | 1993 Form IT-205 | 7,050.00 | |
| 04/12/94 | 1994 Form IT-205-ES | 2,435.00 | |
| 06/10/94 | 1994 Form IT-205-ES | 2,435.00 | |
| 09/09/94 | 1994 Form IT-205-ES | 2,435.00 | |
| 01/17/95 | 1994 Form IT-205-ES | 2,435.00 | |
| 06/12/95 | Refund of Overpayment of 1994 Form IT-205 | -9,490.00 | $ 32,563.00 |

Pat Jackson:

| | | | |
|---|---|---:|---:|
| 03/03/95 | Transcription of Audio Cassettes | $ 60.00 | |
| 06/06/95 | Transcription of Audio Cassettes | 154.00 | 214.00 |

Seaboard Surety:

| | | | |
|---|---|---:|---:|
| 02/15/95 | Bond Premium - Series 9 | $ 157.85 | |
| 02/15/95 | Bond Premium - Series 26 | 78.84 | |
| 06/22/95 | Bond Premium - Nuveen | 124.45 | 361.14 |

Thomas Cook Currency Services:

| | | | |
|---|---|---:|---:|
| 09/29/93 | Canadian Attorneys' Legal Fees | $ 3,120.00 | |
| 10/25/93 | Refund of Canadian Attorneys' Legal Fees Overpayment | -24.75 | 3,095.25 |

U.S. Trust:

| | | | |
|---|---|---:|---:|
| 06/22/95 | Processing Fee - Nuveen | $ 20.00 | 20.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C
Statement of Funeral and Administration Expenses

| Description | | Amount |
|---|---|---|
| **Williams & Price:** | | |
| 04/13/94 Court Fees to Cover $5,410.00 Canadian | $ 4,500.00 | $ 4,500.00 |
| **Wolf Popper Ross Wolf & Jones:** | | |
| 03/01/93 Legal Fees | $ 45,089.35 | |
| 05/06/94 Legal Fees | 20,000.00 | |
| 11/30/94 Legal Fees | 10,922.15 | |
| 07/12/95 Legal Disbursements | 130.09 | 76,141.59 |
| Total Schedule C | | $ 266,283.22 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule C-1
Statement of Unpaid Administration Expenses

Description                                                             Amoun

Goodkind Wechsler Labaton & Rudolf
    - balance of attorney's fees                              $22,397.5

Schedule C-1
Page 1

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule D
Statement of All Creditors' Claims

Description                                                              Amount

1.   Claims presented, allowed, paid and credited and
     appearing in the Summary Statement, together with
     the date of payment:

     NONE

2.   Claims presented and allowed but not paid:

     NONE

3.   Claims presented but rejected, the date and
     reason for such rejection:

     NONE

4.   Contingent and possible claims:

     NONE

5.   Personal claims requiring approval by the Court,
     pursuant to SCPA 1805:

     NONE

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule E
Statement of Distributions Made

| Description | | | Fair Market Value |
|---|---|---|---|

Goldberg, Evelyn:

Cash Distributions:

| | | | |
|---|---|---|---|
| 03/11/93 | $ -40,000.00 | $ -40,000.00 | $ -40,000.00 |
| Total Schedule E | | | $ -40,000.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of All Personal Property Remaining on Hand

| Description | Market Value on 10/31/95 | Inventory Value on 10/31/95 | |
|---|---|---|---|
| **CASH:** | | | |
| Chemical Bank, Checking Account #006-058191 | $  26,258.24 | $   26,258.24 | |
| Chemical Bank, NOW Account #006-099475 | 330,363.57 | 330,363.57 | |
| Merrill Lynch, Brokerage Account #852-17G39 | 387.75 | 387.75 | |
| Merrill Lynch, Brokerage Account #852-55023 | 421.13 | 421.13 | $  357,430.69 |
| **STOCKS & FUNDS:** | | | |
| 30 shares of Insured Municipals - Income Trust Series 26 | 7,116.00 | $    7,116.00 | |
| 25 shares of Insured Municipals - Income Trust Series 9 | 2,762.50 | 2,762.50 | |
| 35,506.9200 shares of Merrill Lynch Ready Assets Trust | 35,506.92 | 35,506.92 | |
| 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 5,535.00 | 2,411.00 | |
| 54 shares of Nuveen Series 58, N.Y. | 54,000.00 | 54,000.00 | 101,796.42 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule F
Statement of All Personal Property Remaining on Hand

| Description | Market Value on 10/31/95 | | Inventory Value on 10/31/95 | |
|---|---|---|---|---|
| **DEBT INSTRUMENTS:** | | | | |
| $25,000 face value of Franklin County, 9%  Due 12/15/87 | $ | 25,000.00 | $ | 25,000.00 |
| $25,000 face value of Ontario Province Bonds, 17% Due 11/5/11 | | 29,314.00 | | 35,182.00 |
| $230,000 face value of U.S. Treasury Notes, 7.5% Due 1/31/97 | | 229,755.60 | 229,755.60 $ | 289,937.60 |
| Total Schedule F | $ | 746,420.71 | $ | 749,164.71 |
| **Summary:** | | | | |
| Securities | $ | 388,990.02 | $ | 391,734.02 |
| Other | | 357,430.69 | | 357,430.69 |
| Total | $ | 746,420.71 | $ | 749,164.71 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule G
Statement of Interested Parties

Interested Party                                    Approximate Value

 

 

The records of this court have been searched for powers of attorney
and assignments and encumbrances made and executed by any of the persons
interested in or entitled to share in the estate, and none have been found.
The accounting party has no knowledge of the execution of any power of
attorney or assignment not so filed and recorded.

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule H
Statement of Estate Taxes Paid and Allocation Thereof

No Allocation Necessary

ESTATE OF SIMON A. GOLDBERG
Schedule I
Statement of Computation of Commissions

Computation in U.S. Dollars                                    Amount

For Receiving:

Previous Accounting 5/24/85 - 12/31/92              $ 1,065,611.89

U.S. Dollar Account
    Schedule A-1 (Realized Increases)                    2,466.00
    Schedule A-2 (Income Collected)                    340,388.42
    Less Transfer from Canadian Account               (231,765.28)

Canadian Dollar Account
    Schedule A-1 (Realized Increases)                   18,211.08*
    Schedule A-2 (Income Collected)                     30,057.32*
                                                    _____
        Base For Receiving Commissions              $ 1,224,969.43
                                                    ==============

Computation:

    5% on        $    100,000.00          $        5,000.00
    4% on             200,000.00                   8,000.00
    3% on             700,000.00                  21,000.00
    2.5% on           224,969.43                   5,624.24
                 _____           _____
                 $ 1,224,969.43           $       39,624.24
                 ==============           ==============

Receiving Commission: One Half of $39,624.24        $    19,812.12


* Converted to U.S. Dollars at a rate of U.S. $1 = Canadian $1.383125


Schedule I
Page 1

ESTATE OF SIMON A. GOLDBERG
Schedule I
Statement of Computation of Commissions

Computation in U.S. Dollars                                          Amount

For Paying:

Previous Accounting 5/24/85 - 12/31/92
   Schedule C   (Funeral and Administration Expenses)     $    32,811.29
   Schedule E   (Distributions)                                 40,000.00

U.S. Dollar Account
   Schedule C   (Funeral and Administration Expenses)         266,283.22
   Schedule D   (Creditors' Claims)                                  0.00
   Schedule E   (Distributions)                              -40,000.00
   Schedule F   (Personal Property on Hand)                   746,420.71

Canadian Dollar Account
   Schedule F   (Personal Property on Hand)                   103,420.10*

          Base For Paying Commissions             $ 1,148,935.32

Computation:

| | | | |
|---|---|---|---|
| 5% on | $   100,000.00 | $ |  5,000.00 |
| 4% on |     200,000.00 | |  8,000.00 |
| 3% on |     700,000.00 | | 21,000.00 |
| 2.5% on |   148,935.32 | |  3,723.38 |
| | $ 1,148,935.32 | $ | 37,723.38 |

Paying Commission: One Half of $37,723.38                $    18,861.69

          One Full Commission                  $    38,673.81
          Less Commissions on Account               (10,468.93)

          Balance of Commissions Due           $    28,204.88

* Converted to U.S. Dollars at a rate of U.S. $1 = Canadian $1.383125

Schedule I
Page 2

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| **New Investments:** | |
| 01/12/93 22.6600 shares of Merrill Lynch Ready Assets Trust | $ 22.66 |
| 01/14/93 $200,000 face value of U.S. Treasury Bills, Due 7/15/93 | 197,077.89 |
| 01/29/93 36.9700 shares of Merrill Lynch Ready Assets Trust | 36.97 |
| 02/26/93 55.2800 shares of Merrill Lynch Ready Assets Trust | 55.28 |
| 03/18/93 $150,000 face value of U.S. Treasury Bills, Due 6/17/93 | 148,961.08 |
| 03/26/93 56.6000 shares of Merrill Lynch Ready Assets Trust | 56.60 |
| 04/30/93 67.0200 shares of Merrill Lynch Ready Assets Trust | 67.02 |
| 05/10/93 18.2900 shares of Merrill Lynch Ready Assets Trust | 18.29 |
| 05/10/93 10,302 shares of Merrill Lynch Ready Assets Trust | 10,302.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| 05/28/93<br>46.4400 shares of<br>Merrill Lynch Ready Assets Trust | $      46.44 |
| 06/25/93<br>72.8900 shares of<br>Merrill Lynch Ready Assets Trust | 72.89 |
| 07/26/93<br>$300,000 face value of<br>U.S. Treasury Bills, Due 1/20/94 | 295,490.67 |
| 07/30/93<br>92.4800 shares of<br>Merrill Lynch Ready Assets Trust | 92.48 |
| 08/27/93<br>74.4100 shares of<br>Merrill Lynch Ready Assets Trust | 74.41 |
| 09/03/93<br>18.5700 shares of<br>Merrill Lynch Ready Assets Trust | 18.57 |
| 09/03/93<br>20,000 shares of<br>Merrill Lynch Ready Assets Trust | 20,000.00 |
| 09/24/93<br>88.7700 shares of<br>Merrill Lynch Ready Assets Trust | 88.77 |
| 10/29/93<br>144.9000 shares of<br>Merrill Lynch Ready Assets Trust | 144.90 |
| 11/26/93<br>115.9000 shares of<br>Merrill Lynch Ready Assets Trust | 115.90 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| 12/30/93<br>139.2000 shares of<br>Merrill Lynch Ready Assets Trust | $      139.20 |
| 12/31/93<br>.9700 share of<br>Merrill Lynch Ready Assets Trust | 0.97 |
| 01/03/94<br>1.4500 shares of<br>Merrill Lynch Ready Assets Trust | 1.45 |
| 01/03/94<br>25,000 shares of<br>Merrill Lynch Ready Assets Trust | 25,000.00 |
| 01/11/94<br>17.0400 shares of<br>Merrill Lynch Ready Assets Trust | 17.04 |
| 01/20/94<br>$300,000 face value of<br>U.S. Treasury Bills, Due 1/12/95 | 290,480.00 |
| 01/28/94<br>42.6100 shares of<br>Merrill Lynch Ready Assets Trust | 42.61 |
| 02/25/94<br>66.3100 shares of<br>Merrill Lynch Ready Assets Trust | 66.31 |
| 03/25/94<br>68.5300 shares of<br>Merrill Lynch Ready Assets Trust | 68.53 |
| 04/29/94<br>91.7500 shares of<br>Merrill Lynch Ready Assets Trust | 91.75 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| 05/27/94<br>80.9700 shares of<br>Merrill Lynch Ready Assets Trust | $ 80.97 |
| 06/27/94<br>88.1900 shares of<br>Merrill Lynch Ready Assets Trust | 88.19 |
| 06/29/94<br>16 shares of<br>Merrill Lynch Ready Assets Trust | 16.00 |
| 06/29/94<br>1,400 shares of<br>Merrill Lynch Ready Assets Trust | 1,400.00 |
| 07/29/94<br>102.3900 shares of<br>Merrill Lynch Ready Assets Trust | 102.39 |
| 08/06/94<br>98.3900 shares of<br>Merrill Lynch Ready Assets Trust | 98.39 |
| 09/30/94<br>131.4800 shares of<br>Merrill Lynch Ready Assets Trust | 131.48 |
| 10/28/94<br>112.1200 shares of<br>Merrill Lynch Ready Assets Trust | 112.12 |
| 11/25/94<br>119.4300 shares of<br>Merrill Lynch Ready Assets Trust | 119.43 |
| 12/30/94<br>160.5100 shares of<br>Merrill Lynch Ready Assets Trust | 160.51 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---:|
| 01/13/95<br>$300,000 face value of<br>U.S. Treasury Bills, Due 7/13/95 | $    291,025.42 |
| 01/30/95<br>134.6800 shares of<br>Merrill Lynch Ready Assets Trust | 134.68 |
| 01/31/95<br>$230,000 face value of<br>U.S. Treasury Notes, 7.5%  Due 1/31/97 | 229,755.60 |
| 02/24/95<br>138.5800 shares of<br>Merrill Lynch Ready Assets Trust | 138.58 |
| 03/31/95<br>182.0100 shares of<br>Merrill Lynch Ready Assets Trust | 182.01 |
| 04/28/95<br>147.8800 shares of<br>Merrill Lynch Ready Assets Trust | 147.88 |
| 05/26/95<br>148.5100 shares of<br>Merrill Lynch Ready Assets Trust | 148.51 |
| 06/30/95<br>185.0300 shares of<br>Merrill Lynch Ready Assets Trust | 185.03 |
| 07/28/95<br>146.9700 shares of<br>Merrill Lynch Ready Assets Trust | 146.97 |
| 08/25/95<br>144.5900 shares of<br>Merrill Lynch Ready Assets Trust | 144.59 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| 09/29/95<br>180.3700 shares of<br>Merrill Lynch Ready Assets Trust | $      180.37 |
| 10/27/95<br>144.0700 shares of<br>Merrill Lynch Ready Assets Trust | 144.07 |
| Total Schedule J, New Investments | $ 1,513,293.87 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | | Inventory Value | |
|---|---|---|---|---|

Adjustments to Inventory Value:

### Canadian National Railways Co. Debentures, 14.75%  Due 9/1/12

| | | | | |
|---|---|---|---|---|
| On Hand | $ | 20,000.00 | $ | 24,487.80 |
| 09/01/93 Redemption | | -20,000.00 | | -24,487.80 |
| Total on hand at close | $ | 0.00 | $ | 0.00 |

### Franklin County, 9%  Due 12/15/87

| | | | | |
|---|---|---|---|---|
| On Hand | $ | 25,000.00 | $ | 25,000.00 |
| Total on hand at close | $ | 25,000.00 | $ | 25,000.00 |

### Insured Municipals - Income Trust Series 26

| | | | |
|---|---|---|---|
| On Hand | 30.0000 | $ | 30,000.00 |
| 07/19/93 Cash Distribution on 30 shares of Insured Municipals - Income Trust Series 26 | 0.0000 | | -9,076.50 |
| 02/15/94 Cash Distribution on 30 shares of Insured Municipals - Income Trust Series 26 | 0.0000 | | -3,332.40 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| Insured Municipals - Income Trust Series 26 (Continued From Previous Page) | | |
| 08/15/94 Cash Distribution on 30 shares of Insured Municipals - Income Trust Series 26 | 0.0000 | -5,218.80 |
| 03/08/95 Cash Distribution on 30 shares of Insured Municipals - Income Trust Series 26 | 0.0000 | -5,256.30 |
| Total on hand at close | 30.0000 | $  7,116.00 |
| Insured Municipals - Income Trust Series 9 | | |
| On Hand | 25.0000 | $  25,000.00 |
| 07/19/93 Cash Distribution on 25 shares of Insured Municipals - Income Trust Series 9 | 0.0000 | -13,966.00 |
| 05/15/94 Cash Distribution on 25 shares of Insured Municipals - Income Trust Series 9 | 0.0000 | -4,758.50 |
| 03/07/95 Cash Distribution on 25 shares of Insured Municipals - Income Trust Series 9 | 0.0000 | -3,513.00 |
| Total on hand at close | 25.0000 | $  2,762.50 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **Merrill Lynch Ready Assets Trust** | | |
| On Hand | 24,902.7100 | $  24,902.71 |
| 01/12/93 Purchase | 22.6600 | 22.66 |
| 01/12/93 Sale | -40.0000 | -40.00 |
| 01/29/93 Purchase | 36.9700 | 36.97 |
| 02/26/93 Purchase | 55.2800 | 55.28 |
| 03/26/93 Purchase | 56.6000 | 56.60 |
| 04/30/93 Purchase | 67.0200 | 67.02 |
| 05/10/93 Purchase | 18.2900 | 18.29 |
| 05/10/93 Purchase | 10,302.0000 | 10,302.00 |
| 05/28/93 Purchase | 46.4400 | 46.44 |
| 06/25/93 Purchase | 72.8900 | 72.89 |
| 07/30/93 Purchase | 92.4800 | 92.48 |
| 08/27/93 Purchase | 74.4100 | 74.41 |
| 09/03/93 Purchase | 18.5700 | 18.57 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

Merrill Lynch Ready Assets Trust (Continued From Previous Page)

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 09/03/93 Purchase | 20,000.0000 | 20,000.00 |
| 09/24/93 Purchase | 88.7700 | 88.77 |
| 10/29/93 Purchase | 144.9000 | 144.90 |
| 11/26/93 Purchase | 115.9000 | 115.90 |
| 12/30/93 Purchase | 139.2000 | 139.20 |
| 12/30/93 Sale | -49,779.0000 | -49,779.00 |
| 12/31/93 Purchase | 0.9700 | 0.97 |
| 01/03/94 Purchase | 1.4500 | 1.45 |
| 01/03/94 Purchase | 25,000.0000 | 25,000.00 |
| 01/11/94 Purchase | 17.0400 | 17.04 |
| 01/11/94 Sale | -40.0000 | -40.00 |
| 01/28/94 Purchase | 42.6100 | 42.61 |
| 02/25/94 Purchase | 66.3100 | 66.31 |
| 03/25/94 Purchase | 68.5300 | 68.53 |
| 04/29/94 Purchase | 91.7500 | 91.75 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

### Merrill Lynch Ready Assets Trust (Continued From Previous Page)

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 05/27/94 Purchase | 80.9700 | 80.97 |
| 06/27/94 Purchase | 88.1900 | 88.19 |
| 06/29/94 Purchase | 16.0000 | 16.00 |
| 06/29/94 Purchase | 1,400.0000 | 1,400.00 |
| 07/29/94 Purchase | 102.3900 | 102.39 |
| 08/06/94 Purchase | 98.3900 | 98.39 |
| 09/30/94 Purchase | 131.4800 | 131.48 |
| 10/28/94 Purchase | 112.1200 | 112.12 |
| 11/25/94 Purchase | 119.4300 | 119.43 |
| 12/30/94 Purchase | 160.5100 | 160.51 |
| 01/10/95 Sale | -40.0000 | -40.00 |
| 01/30/95 Purchase | 134.6800 | 134.68 |
| 02/24/95 Purchase | 138.5800 | 138.58 |
| 03/31/95 Purchase | 182.0100 | 182.01 |
| 04/28/95 Purchase | 147.8800 | 147.88 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| Merrill Lynch Ready Assets Trust (Continued From Previous Page) | | |
| 05/26/95 Purchase | 148.5100 | 148.51 |
| 06/30/95 Purchase | 185.0300 | 185.03 |
| 07/28/95 Purchase | 146.9700 | 146.97 |
| 08/25/95 Purchase | 144.5900 | 144.59 |
| 09/29/95 Purchase | 180.3700 | 180.37 |
| 10/27/95 Purchase | 144.0700 | 144.07 |
| Total on hand at close | 35,506.9200 | $ 35,506.92 |

| Municipal Invest Trust Series 1 MBIA Insured | | |
|---|---|---|
| On Hand | 50.0000 | $ 15,557.50 |
| 02/25/93 Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | -748.50 |
| 03/25/93 Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | -724.00 |
| 05/25/93 Cash Distribution on 50 shares of Municipal Invest Trust Series 1 MBIA Insured | 0.0000 | -1,149.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

Municipal Invest Trust Series 1 MBIA Insured (Continued From Previous Page)

| | | |
|---|---|---|
| 07/26/93<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -364.50 |
| 08/25/93<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -275.00 |
| 09/27/93<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -1,174.50 |
| 12/27/93<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -749.50 |
| 12/30/93<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -180.50 |
| 03/25/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -1,538.50 |
| 05/25/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -1,863.50 |
| 07/25/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -641.00 |
| 09/26/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -265.50 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| Municipal Invest Trust Series 1 MBIA Insured (Continued From Previous Page) | | |
| 10/25/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -253.50 |
| 11/25/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -978.00 |
| 12/27/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -80.00 |
| 12/29/94<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -65.00 |
| 04/25/95<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -391.00 |
| 07/25/95<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -941.50 |
| 08/25/95<br>Cash Distribution on 50 shares of<br>Municipal Invest Trust Series 1 MBIA<br>Insured | 0.0000 | -763.50 |
| Total on hand at close | 50.0000 | $    2,411.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **Municipal Invest Trust Series 50 New York** | | |
| On Hand | 3.0000 | $ 528.66 |
| 09/26/93 Cash Distribution on 3 shares of Municipal Invest Trust Series 50 New York | 0.0000 | -254.50 |
| 09/27/93 Liquidation | -3.0000 | -274.16 |
| Total on hand at close | 0.0000 | $ 0.00 |
| **Municipal Invest Trust Series 53 New York** | | |
| On Hand | 25.0000 | $ 6,179.75 |
| 05/25/93 Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | -140.25 |
| 07/26/93 Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | -187.50 |
| 12/27/93 Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | -94.50 |
| 05/25/94 Cash Distribution on 25 shares of Municipal Invest Trust Series 53 New York | 0.0000 | -3,822.00 |
| 06/27/94 Liquidation | -25.0000 | -1,935.50 |
| Total on hand at close | 0.0000 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

**Nuveen Series 58, N.Y.**

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| On Hand | 54.0000 | $ 54,000.00 |
| Total on hand at close | 54.0000 | $ 54,000.00 |

**Ontario Province Bonds, 17%  Due 11/5/11**

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| On Hand | $ 25,000.00 | $ 35,182.00 |
| Total on hand at close | $ 25,000.00 | $ 35,182.00 |

**Ontario Province Canada Debenture, 8.4%  Due 1/15/07**

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| On Hand | $ 10,000.00 | $ 7,836.00 |
| 05/04/93 Redemption | -10,000.00 | -7,836.00 |
| Total on hand at close | $ 0.00 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **U.S. Treasury Bills, Due 1/14/93** | | |
| On Hand | $ 200,000.00 | $ 196,976.78 |
| 01/14/93 Redemption | -200,000.00 | -196,976.78 |
| Total on hand at close | $ 0.00 | $ 0.00 |
| **U.S. Treasury Bills, Due 2/4/93** | | |
| On Hand | $ 110,000.00 | $ 108,337.23 |
| 02/04/93 Redemption | -110,000.00 | -108,337.23 |
| Total on hand at close | $ 0.00 | $ 0.00 |
| **U.S. Treasury Bills, Due 6/17/93** | | |
| 03/18/93 Purchase | $ 150,000.00 | $ 148,961.08 |
| 04/13/93 Sale | -150,000.00 | -148,961.08 |
| Total on hand at close | $ 0.00 | $ 0.00 |

## ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
### Schedule J
### Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

**U.S. Treasury Bills, Due 7/15/93**

| | | |
|---|---|---|
| 01/14/93 Purchase | $ 200,000.00 | $ 197,077.89 |
| 07/15/93 Redemption | -200,000.00 | -197,077.89 |
| Total on hand at close | $ 0.00 | $ 0.00 |

**U.S. Treasury Bills, Due 1/20/94**

| | | |
|---|---|---|
| 07/26/93 Purchase | $ 300,000.00 | $ 295,490.67 |
| 01/20/94 Redemption | -300,000.00 | -295,490.67 |
| Total on hand at close | $ 0.00 | $ 0.00 |

**U.S. Treasury Bills, Due 1/12/95**

| | | |
|---|---|---|
| 01/20/94 Purchase | $ 300,000.00 | $ 290,480.00 |
| 01/12/95 Redemption | -300,000.00 | -290,480.00 |
| Total on hand at close | $ 0.00 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

**U.S. Treasury Bills, Due 7/13/95**

| | | |
|---|---|---|
| 01/13/95 Purchase | $ 300,000.00 | $ 291,025.42 |
| 07/13/95 Redemption | -300,000.00 | -291,025.42 |
| Total on hand at close | $ 0.00 | $ 0.00 |

**U.S. Treasury Notes, 7.5%  Due 1/31/97**

| | | |
|---|---|---|
| 01/31/95 Purchase | $ 230,000.00 | $ 229,755.60 |
| Total on hand at close | $ 230,000.00 | $ 229,755.60 |

Summary:

Total Cash Received
(includes only Cash Distributions)                    $    62,766.75

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

Cash Reconciliation as of 10/31/95:

    Receipts:

| | | |
|---|---|---|
| Amount shown by Schedule A (Less Accrued Interest) | $ 83,817.83 | |
| Amount shown by Schedule A-1 | 10,302.00 | |
| Amount shown by Schedule A-2 | 340,388.42 | |
| Amount shown by Schedule B | 1,599,732.78 | |
| Amount shown by Schedule J Cash Received from Corporate Distributions | 62,766.75 | |
| Total Receipts | | $ 2,097,007.78 |

    Disbursements:

| | | |
|---|---|---|
| Amount shown by Schedule C | $ 266,283.22 | |
| Amount shown by Schedule D | 0.00 | |
| Amount shown by Schedule E | -40,000.00 | |
| Amount shown by Schedule J, New Investments | 1,513,293.87 | |
| Total Disbursements | | 1,739,577.09 |
| Total Cash on Hand per Schedule F | | $ 357,430.69 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

Securities Reconciliation as of 10/31/95:

Receipts:

| | | |
|---|---:|---:|
| Amount shown by Schedule A | $   553,988.43 | |
| Amount shown by Schedule J, New Investments | 1,513,293.87 | |
| Total Receipts | | $ 2,067,282.30 |

Disbursements:

| | | |
|---|---:|---:|
| Amount shown by Schedule A-1 | $     7,836.00 | |
| Amount shown by Schedule B | 1,604,945.53 | |
| Amount shown by Schedule J Corporate Cash Distributions | 62,766.75 | |
| Total Disbursements | | 1,675,548.28 |
| Total Securities on Hand per Schedule F | | $   391,734.02 |

ESTATE OF SIMON A. GOLDBERG - U.S. DOLLAR ACCOUNT

### Affidavit of Accounting Party

STATE OF NEW YORK      }
           } ss.:
COUNTY OF          }

being duly sworn, says: That the foregoing account contains according to the best of my knowledge and belief a true statement of all my receipts and disbursements on account of the estate and of all moneys or other property belonging to the estate which have come into my hands or been received by any other person by my order or authority for my use and that I do not know of any error or omission in the account to the prejudice of any creditor of, or person interested in the estate.

Sworn to before me this ___ day of
_____ 19__.

_____
Notary Public

**JANET KYLE-OLIN**
Notary Public, State of New York
No. 01KY5016963
Qualified in Kings County
Commission Expires Aug. 23, 19__

FINAL ACCOUNT OF THE

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT

JANUARY 1, 1993 - OCTOBER 31, 1995

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Summary

CHARGES:

Amount shown by Schedule A
    (Principal Received)......................$   403,000.81

Amount shown by Schedule A-1
    (Realized Increases on Principal)........   25,188.20

Amount shown by Schedule A-2
    (Income Collected).......................   41,573.03

    Total Charges.........................................$   469,762.04

CREDITS:

Amount shown by Schedule B
    (Realized Decreases on Principal).........$   301.00

Amount shown by Schedule C
    (Funeral and Administration Expenses).....   0.00

Amount shown by Schedule D
    (Creditors' Claims Actually Paid)........   0.00

Amount shown by Schedule E
    (Distributions to Beneficiaries, etc.)....   327,157.86

    Total Credits.........................................   327,458.86

    Balance on hand shown by Schedule F...................$   142,303.18

    The foregoing balance of $142,303.18 consists of $13,276.93 in cash and $129,026.25 in other property on hand as of the 31st day of October, 1995. It is subject to deduction of estimated principal commissions amounting to $0 shown in Schedule I and to the proper charge to principal of expenses of this accounting.

    The attached schedules are part of this account.

_____

_____

_____

Executor/Administrator

Summary
Page 1

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A
Statement of Principal Received

The following assets were on hand on 01/01/93 (unless dated otherwise).

| Description | | Inventory Value | | |
|---|---|---|---|---|

**CASH:**

| Wood Gundy, Brokerage Account | $ | 31,035.21 | $ | 31,035.21 |
|---|---|---|---|---|

**STOCKS & FUNDS:**

no. of
shares

| 425 | Bank of Nova Scotia, common | $ | 10,040.63 | |
|---|---|---|---|---|
| 100 | CDN Pac Ltd, common | | 1,600.00 | |
| 480 | Nova Corp of Alberta, common | | 4,140.00 | 15,780.63 |

**DEBT INSTRUMENTS:**

face value

| $ 10,000 | B C Munic Fin, 10%, due 7/30/97 | $ | 10,690.00 |
|---|---|---|---|
| 15,000 | Bell Canada, 11%, due 10/15/04 | | 16,350.00 |
| 188,000 | Canada T-Bill, due 1/7/93 | | 187,753.72 |
| 10,000 | Consumer Gas SFD, 10.45%, due 5/1/99 | | 10,362.50 |
| 15,000 | Imasco Ltd, 10.5%, due 4/28/98 | | 16,181.25 |
| 20,000 | Loblaw Cos, 10%, due 3/31/06 | | 21,025.00 |

## ESTATE OF SIMON A. GOLDBERG – CANADIAN DOLLAR ACCOUNT
### Schedule A
### Statement of Principal Received

| Description | | Inventory Value | |
|---|---|---|---|
| $    20,000 | Maritime Tel & Tel, 10.65%, due 12/15/99 | $    21,950.00 | |
| 5,000 | N B Province, 10.625%, due 4/15/93 | 5,042.50 | |
| 20,000 | Nova Corp Alta, 11.125%, due 1/4/93 | 20,000.00 | |
| 10,000 | Ontario Hydro, 10%, due 1/14/96 | 10,530.00 | |
| 20,000 | Ontario Hydro, 10.25%, due 4/4/09 | 21,160.00 | |
| 10,000 | P E I Prov of, 11.375%, due 11/26/97 | 11,140.00 | |
| 4,000 | Sears Canada, 11.5%, due 6/15/95 | 4,000.00 | $    356,184.97 |
| | Total Schedule A | | $    403,000.81 |

Summary:

| | | |
|---|---|---|
| Securities | $ | 371,965.60 |
| Other | | 31,035.21 |
| Total | $ | 403,000.81 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT

Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| **Part 1 - Sales:** | | | |
| 01/10/95 425 shares of Bank of Nova Scotia, common, (Sold for $7,836.78 US Dollars) | $ 11,061.61 | $ 10,040.63 | $ 1,020.98 |
| 01/10/95 100 shares of CDN Pac Ltd, common, (Sold for $1,430.25 US Dollars) | 2,018.80 | 1,600.00 | 418.80 |
| 01/10/95 480 shares of Nova Corp of Alberta, common, (Sold for $4,305.67 US Dollars) | 6,077.45 | 4,140.00 | 1,937.45 |
| Total Schedule A-1, Part 1 | $ 19,157.86 | $ 15,780.63 | $ 3,377.23 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| **Part 2 - Redemptions:** | | | |
| 01/07/93 $188,000 face value of Canada T-Bill, due 1/7/93 | $  188,000.00 | $  187,753.72 | $      246.28 |
| 02/11/93 $241,000 face value of Canada T-Bill, due 2/11/93 | 241,000.00 | 239,678.60 | 1,321.40 |
| 04/15/93 $244,000 face value of Canada T-Bill, due 4/15/93 | 244,000.00 | 241,904.28 | 2,095.72 |
| 06/24/93 $254,000 face value of Canada T-Bill, due 6/24/93 | 254,000.00 | 252,225.81 | 1,774.19 |
| 09/23/93 $263,000 face value of Canada T-Bill, due 9/23/93 | 263,000.00 | 260,700.85 | 2,299.15 |
| 10/28/93 $264,000 face value of Federal Bus Stn, due 10/28/93 | 264,000.00 | 263,116.92 | 883.08 |
| 01/06/94 $270,000 face value of Canada T-Bill, due 1/6/94 | 270,000.00 | 268,350.30 | 1,649.70 |
| 02/17/94 $273,000 face value of Canada T-Bill, due 2/17/94 | 273,000.00 | 272,172.26 | 827.74 |
| 05/19/94 $277,000 face value of Canada T-Bill, due 5/19/94 | 277,000.00 | 275,011.69 | 1,988.31 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-1
Statement of Increases on Sales, Liquidation or Distribution

| Description | Proceeds | Inventory Value | Increase |
|---|---|---|---|
| 08/18/94<br>$293,000 face value of<br>Canada T-Bill, due 8/18/94 | $ 293,000.00 | $ 289,285.64 | $ 3,714.36 |
| 10/17/94<br>$300,000 face value of<br>Canada T-Bill, due 10/20/94 | 300,000.00 | 297,598.80 | 2,401.20 |
| 12/01/94<br>$305,000 face value of<br>Canada T-Bill, due 12/1/94 | 305,000.00 | 303,669.59 | 1,330.41 |
| 01/05/95<br>$308,000 face value of<br>Canada T-Bill, due 1/5/95 | 308,000.00 | 306,720.57 | 1,279.43 |
| Total Schedule A-1, Part 2 | $ 3,480,000.00 | $ 3,458,189.03 | $ 21,810.97 |

Recapitulation:

| | | | |
|---|---|---|---|
| Schedule A-1, Part 1 | $ 19,157.86 | $ 15,780.63 | $ 3,377.23 |
| Schedule A-1, Part 2 | 3,480,000.00 | 3,458,189.03 | 21,810.97 |
| Total Schedule A-1 | $ 3,499,157.86 | $ 3,473,969.66 | $ 25,188.20 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT

### Schedule A-2
### Statement of All Income Collected

| Description | | Amount |
|---|---|---|

**Part 1 - Dividends Earned:**

**Bank of Nova Scotia, common:**

| | | |
|---|---|---|
| 01/27/93 Dividend on 425 shares | $ | 101.15 |
| 04/28/93 Dividend on 425 shares | | 101.15 |
| 07/28/93 Dividend on 425 shares | | 101.15 |
| 10/28/93 Dividend on 425 shares | | 101.15 |
| 01/27/94 Dividend on 425 shares | | 104.77 |
| 04/27/94 Dividend on 425 shares | | 104.77 |
| 07/27/94 Dividend on 425 shares | | 123.25 |
| 10/27/94 Dividend on 425 shares | | 123.25 |
| 01/27/95 Dividend | | 131.75 | $ | 992.39 |

**CDN Pac Ltd, common:**

| | | |
|---|---|---|
| 01/28/93 Dividend on 100 shares | $ | 6.80 |
| 04/28/93 Dividend on 100 shares | | 6.80 |
| 07/28/93 Dividend on 100 shares | | 6.80 |
| 10/28/93 Dividend on 100 shares | | 6.80 |
| 01/28/94 Dividend on 100 shares | | 6.80 |
| 04/28/94 Dividend on 100 shares | | 6.80 |
| 07/28/94 Dividend on 100 shares | | 8.00 |
| 10/28/94 Dividend on 100 shares | | 8.00 |
| 01/29/95 Dividend | | 8.00 | | 64.80 |

**Consumer Gas SFD, 10.45%, due 5/1/99:**

| | | |
|---|---|---|
| 11/01/93 Dividend | $ | 418.00 | | 418.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | Amount | |
|---|---:|---:|
| **Maritime Tel & Tel, 10.65%, due 12/15/99:** | | |
| 06/15/93 Dividend | $ 1,065.00 | $ 1,065.00 |
| **Nova Corp of Alberta, common:** | | |
| 02/15/93 Dividend on 480 shares | $ 24.48 | |
| 05/17/93 Dividend on 480 shares | 24.48 | |
| 08/16/93 Dividend on 480 shares | 24.48 | |
| 11/15/93 Dividend on 480 shares | 24.48 | |
| 02/15/94 Dividend on 480 shares | 24.48 | |
| 02/15/94 Dividend on 480 shares | 24.48 | |
| 08/15/94 Dividend on 480 shares | 28.80 | |
| 11/15/94 Dividend on 480 shares | 28.80 | |
| 11/15/94 Withheld Taxes | -4.32 | 200.16 |
| Total Schedule A-2, Part 1 | | $ 2,740.35 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                    Amount

Part 2 - Interest Earned:


B C Munic Fin, 10%, due 7/30/97:

| | | |
|---|---:|---:|
| 02/01/93 Interest on $10,000 | $      500.00 | |
| 07/30/93 Interest on $10,000 |        500.00 | |
| 01/28/94 Interest on $10,000 |        500.00 | |
| 08/02/94 Interest on $10,000 |        500.00 | |
| 01/30/95 Interest on $10,000 |        500.00 | |
| 07/31/95 Interest on $10,000 |        500.00 | $    3,000.00 |


Bell Canada, 11%, due 10/15/04:

| | | |
|---|---:|---:|
| 04/15/93 Interest on $15,000 | $      825.00 | |
| 10/15/93 Interest on $15,000 |        825.00 | |
| 04/15/94 Interest on $15,000 |        825.00 | |
| 10/17/94 Interest on $15,000 |        825.00 | |
| 04/17/95 Interest on $15,000 |        825.00 | |
| 10/16/95 Interest on $15,000 |        825.00 |      4,950.00 |


Consumer Gas SFD, 10.45%, due 5/1/99:

| | | |
|---|---:|---:|
| 05/03/93 Interest on $2,000 | $      522.50 | |
| 05/02/94 Interest on $8,000 |        418.00 | |
| 05/02/94 Interest on $8,000 |          2.29 |        942.79 |


Imasco Ltd, 10.5%, due 4/28/98:

| | | |
|---|---:|---:|
| 04/28/93 Interest on $15,000 | $      787.50 | |
| 10/28/93 Interest on $15,000 |        787.50 | |
| 04/28/94 Interest on $15,000 |        787.50 | |
| 10/28/94 Interest on $15,000 |        787.50 | |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | | Amount |
|---|---|---|

### Imasco Ltd, 10.5%, due 4/28/98: (Continued From Previous Page)

| | | |
|---|---|---|
| 04/28/95 Interest on $15,000 | $ 787.50 | |
| 10/30/95 Interest on $15,000 | 787.50 | $ 4,725.00 |

### Loblaw Cos, 10%, due 3/31/06:

| | | |
|---|---|---|
| 03/31/93 Interest on $20,000 | $ 1,000.00 | |
| 09/30/93 Interest on $20,000 | 1,000.00 | |
| 03/31/94 Interest on $20,000 | 1,000.00 | |
| 09/30/94 Interest on $20,000 | 1,000.00 | |
| 03/31/95 Interest on $20,000 | 1,000.00 | |
| 10/02/95 Interest on $20,000 | 1,000.00 | 6,000.00 |

### Maritime Tel & Tel, 10.65%, due 12/15/99:

| | | |
|---|---|---|
| 12/15/93 Interest on $20,000 | $ 1,065.00 | |
| 06/15/94 Interest on $20,000 | 1,065.00 | |
| 12/15/94 Interest on $20,000 | 1,065.00 | |
| 06/15/95 Interest on $20,000 | 1,065.00 | 4,260.00 |

### N B Province, 10.625%, due 4/15/93:

| | | |
|---|---|---|
| 04/15/93 Interest on $5,000 | $ 265.62 | 265.62 |

### Nova Corp Alta, 11.125%, due 1/4/93:

| | | |
|---|---|---|
| 01/04/93 Interest on $20,000 | $ 945.63 | 945.63 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | | Amount |
|---|---|---|

**Ontario Hydro, 10%, due 1/14/96:**

| | | |
|---|---|---|
| 01/15/93 Interest on $10,000 | $      500.00 | |
| 07/16/93 Interest on $10,000 |        500.00 | |
| 01/14/94 Interest on $10,000 |        500.00 | |
| 07/14/94 Interest on $10,000 |        500.00 | |
| 01/16/95 Interest on $10,000 |        500.00 | |
| 07/14/95 Interest on $10,000 |        500.00 | $   3,000.00 |

**Ontario Hydro, 10.25%, due 4/4/09:**

| | | |
|---|---|---|
| 04/05/93 Interest on $20,000 | $    1,025.00 | |
| 10/04/93 Interest on $20,000 |      1,025.00 | |
| 04/04/94 Interest on $20,000 |      1,025.00 | |
| 10/04/94 Interest on $20,000 |      1,025.00 | |
| 04/04/95 Interest on $20,000 |      1,025.00 | |
| 10/04/95 Interest on $20,000 |      1,025.00 |     6,150.00 |

**P E I Prov of, 11.375%, due 11/26/97:**

| | | |
|---|---|---|
| 05/26/93 Interest on $10,000 | $      568.75 | |
| 11/26/93 Interest on $10,000 |        568.75 | |
| 05/26/94 Interest on $10,000 |        568.75 | |
| 11/28/94 Interest on $10,000 |        568.75 | |
| 05/26/95 Interest on $10,000 |        568.75 |     2,843.75 |

**Sears Canada, 11.5%, due 6/15/95:**

| | | |
|---|---|---|
| 06/15/93 Interest on $1,000 | $      195.50 | |
| 12/17/93 Interest on $3,000 |        172.50 | |
| 06/15/94 Interest on $3,000 |        172.50 |       540.50 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | Amount |
|---|---|

Wood Gundy, Brokerage Account:

| Date | Amount |
|---|---|
| 01/12/93 | $ 1.73 |
| 01/18/93 | 36.86 |
| 01/18/93 | 17.25 |
| 01/18/93 | 0.11 |
| 01/18/93 | 0.07 |
| 01/18/93 | 3.98 |
| 01/18/93 | 3.79 |
| 01/18/93 | 0.15 |
| 01/18/93 | 10.84 |
| 01/18/93 | 3.43 |
| 01/18/93 | 3.26 |
| 02/12/93 | 1.48 |
| 02/16/93 | 10.20 |
| 02/16/93 | 0.15 |
| 02/16/93 | 1.78 |
| 02/16/93 | 24.00 |
| 03/12/93 | 1.41 |
| 04/16/93 | 0.20 |
| 04/16/93 | 1.90 |
| 04/16/93 | 20.60 |
| 05/17/93 | 3.14 |
| 05/17/93 | 82.42 |
| 05/17/93 | 10.20 |
| 07/16/93 | 0.08 |
| 07/16/93 | 0.15 |
| 07/16/93 | 2.58 |
| 07/16/93 | 85.07 |
| 08/16/93 | 10.20 |
| 11/16/93 | 81.46 |
| 11/16/93 | 0.28 |
| 11/16/93 | 0.37 |
| 11/16/93 | 1.72 |
| 12/06/93 | 10.20 |
| 01/17/94 | 0.25 |
| 01/17/94 | 2.25 |
| 01/17/94 | 95.40 |
| 02/15/94 | 10.20 |
| 05/16/94 | 14.05 |
| 05/16/94 | 10.20 |
| 06/30/94 | 2.26 |
| 06/30/94 | 3.71 |
| 07/18/94 | 7.11 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

| Description | | Amount |
|---|---|---|

Wood Gundy, Brokerage Account: (Continued From Previous Page)

| | | | |
|---|---|---|---|
| 07/18/94 | $ | 1.64 | |
| 08/15/94 | | 10.20 | |
| 08/16/94 | | 1.69 | |
| 08/16/94 | | 8.04 | |
| 08/16/94 | | 7.10 | |
| 09/16/94 | | 31.42 | |
| 09/16/94 | | 0.26 | |
| 11/05/94 | | 10.20 | |
| 11/05/94 | | 29.58 | |
| 01/16/95 | | 239.21 | |
| 01/16/95 | | 0.84 | |
| 02/16/95 | | 0.60 | |
| 02/16/95 | | 11.78 | |
| 02/28/95 | | 10.20 | |
| 03/10/95 | | 1.99 | |
| 03/10/95 | | 2.66 | |
| 03/10/95 | | 3.26 | |
| 03/10/95 | | 3.12 | |
| 03/10/95 | | 3.91 | |
| 04/10/95 | | 2.04 | |
| 04/17/95 | | 19.66 | |
| 05/12/95 | | 2.11 | |
| 05/15/95 | | 13.60 | |
| 05/16/95 | | 21.85 | |
| 05/16/95 | | 7.80 | |
| 06/12/95 | | 1.99 | |
| 06/16/95 | | 20.43 | |
| 06/16/95 | | 9.11 | |
| 06/16/95 | | 2.06 | |
| 07/12/95 | | 1.92 | |
| 07/17/95 | | 23.19 | |
| 07/17/95 | | 5.23 | |
| 07/17/95 | | 4.07 | |
| 08/15/95 | | 1.79 | |
| 08/15/95 | | 13.60 | |
| 08/15/95 | | 33.49 | |
| 09/12/95 | | 1.73 | |
| 09/18/95 | | 14.48 | |
| 09/18/95 | | 18.87 | |
| 10/12/95 | | 1.73 | |
| 10/16/95 | | 34.45 | $    1,209.39 |
| Total Schedule A-2, Part 2 | | | $   38,832.68 |

Schedule A-2, Part 2
Page 5

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule A-2
Statement of All Income Collected

Description                                                    Amount


Recapitulation:

     Schedule A-2, Part 1                          $        2,740.35
     Schedule A-2, Part 2                                   38,832.68

     Total Schedule A-2                           $       41,573.03

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT

Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| Part 1 - Sales: | | | |
| 05/03/93 $2,000 face value of Consumer Gas SFD, 10.45%, due 5/1/99 | $    2,000.00 | $    2,072.50 | $    72.50 |
| 05/02/94 $8,000 face value of Consumer Gas SFD, 10.45%, due 5/1/99 | 8,104.00 | 8,290.00 | 186.00 |
| 06/15/94 $3,000 face value of Sears Canada, 11.5%, due 6/15/95 | 3,000.00 | 3,000.00 | 0.00 |
| Total Schedule B, Part 1 | $   13,104.00 | $   13,362.50 | $   258.50 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule B
Statement of Decreases Due to Sales, Liquidation, Collection,
Distribution or Uncollectibility

| Description | Proceeds | Inventory Value | Decrease |
|---|---|---|---|
| **Part 2 - Redemptions:** | | | |
| 01/04/93<br>$20,000 face value of<br>Nova Corp Alta, 11.125%, due<br>1/4/93 | $ 20,000.00 | $ 20,000.00 | $ 0.00 |
| 04/15/93<br>$5,000 face value of<br>N B Province, 10.625%, due<br>4/15/93 | 5,000.00 | 5,042.50 | 42.50 |
| 06/15/93<br>$1,000 face value of<br>Sears Canada, 11.5%, due<br>6/15/95 | 1,000.00 | 1,000.00 | 0.00 |
| Total Schedule B, Part 2 | $ 26,000.00 | $ 26,042.50 | $ 42.50 |
| **Recapitulation:** | | | |
| Schedule B, Part 1 | $ 13,104.00 | $ 13,362.50 | $ 258.50 |
| Schedule B, Part 2 | 26,000.00 | 26,042.50 | 42.50 |
| Total Schedule B | $ 39,104.00 | $ 39,405.00 | $ 301.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT

Schedule C
Statement of Funeral and Administration Expenses

NONE

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule D
Statement of All Creditors' Claims

Description                                                          Amount

1.  Claims presented, allowed, paid and credited and
    appearing in the Summary Statement, together with
    the date of payment:

    NONE

2.  Claims presented and allowed but not paid:

    NONE

3.  Claims presented but rejected, the date and
    reason for such rejection:

    NONE

4.  Contingent and possible claims:

    NONE

5.  Personal claims requiring approval by the Court,
    pursuant to SCPA 1805:

    NONE

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT

### Schedule E
### Statement of Distributions Made

Description                                    Fair Market Value

Transfer to Chemical Checking Account ($231,765.28 US Dollars):

Cash Distributions:

| | | | | |
|---|---|---|---|---|
| 01/10/95 | $ 327,157.86 | $ 327,157.86 | $ | 327,157.86 |
| | Total Schedule E | | $ | 327,157.86 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule F
Statement of All Personal Property Remaining on Hand

| Description | Market Value on 10/31/95 | Inventory Value on 10/31/95 | |
|---|---|---|---|
| **CASH:** | | | |
| Wood Gundy, Brokerage Account | $    13,276.93 | $    13,276.93 | $    13,276.93 |
| **DEBT INSTRUMENTS:** | | | |
| $10,000 face value of B C Munic Fin, 10%, due 7/30/97 | 10,545.00 | $    10,690.00 | |
| $15,000 face value of Bell Canada, 11%, due 10/15/04 | 16,162.50 | 16,350.00 | |
| $15,000 face value of Imasco Ltd, 10.5%, due 4/28/98 | 16,087.50 | 16,181.25 | |
| $20,000 face value of Loblaw Cos, 10%, due 3/31/06 | 21,850.00 | 21,025.00 | |
| $20,000 face value of Maritime Tel & Tel, 10.65%, due 12/15/99 | 22,175.00 | 21,950.00 | |
| $10,000 face value of Ontario Hydro, 10%, due 1/14/96 | 10,066.00 | 10,530.00 | |
| $20,000 face value of Ontario Hydro, 10.25%, due 4/4/09 | 22,005.00 | 21,160.00 | |
| $10,000 face value of P E I Prov of, 11.375%, due 11/26/97 | 10,875.00 | 11,140.00 | 129,026.25 |
| Total Schedule F | $    143,042.93 | | $    142,303.18 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule F
Statement of All Personal Property Remaining on Hand

| Description | Market Value on 10/31/95 | Inventory Value on 10/31/95 |
|---|---|---|
| Summary: | | |
| Securities | $  129,766.00 | $  129,026.25 |
| Other | 13,276.93 | 13,276.93 |
| Total | $  143,042.93 | $  142,303.18 |

ESTATE OF SIMON A. GOLDBERG
Schedule I
Statement of Computation of Commissions

| Computation in U.S. Dollars | | Amount |
|---|---|---|

**For Receiving:**

| | | |
|---|---|---|
| Previous Accounting 5/24/85 - 12/31/92 | | $ 1,065,611.89 |
| U.S. Dollar Account | | |
|     Schedule | | |
|     Schedule A-1 (Realized Increases) | | 2,466.00 |
|     Schedule A-2 (Income Collected) | | 340,388.42 |
|     Less Transfer from Canadian Account | | (231,765.28) |
| Canadian Dollar Account | | |
|     Schedule A-1 (Realized Increases) | | 18,211.08* |
|     Schedule A-2 (Income Collected) | | 30,057.32* |
|        Base For Receiving Commissions | | $ 1,224,969.43 |

**Computation:**

| | | | | |
|---|---|---|---|---|
| 5% on | $ | 100,000.00 | $ | 5,000.00 |
| 4% on | | 200,000.00 | | 8,000.00 |
| 3% on | | 700,000.00 | | 21,000.00 |
| 2.5% on | | 224,969.43 | | 5,624.24 |
| | $ | 1,224,969.43 | $ | 39,624.24 |

| | |
|---|---|
| Receiving Commission: One Half of $39,624.24 | $   19,812.12 |

\* Converted to U.S. Dollars at a rate of U.S. $1 = Canadian $1.383125

ESTATE OF SIMON A. GOLDBERG
Schedule I
Statement of Computation of Commissions

| Computation in U.S. Dollars | Amount |
|---|---|

**For Paying:**

| | | | | |
|---|---|---|---|---|
| Previous Accounting 5/24/85 - 12/31/92 | | | | |
| Schedule C | (Funeral and Administration Expenses) | | $ | 32,811.29 |
| Schedule E | (Distributions) | | | 40,000.00 |
| | | | | |
| U.S. Dollar Account | | | | |
| Schedule C | (Funeral and Administration Expenses) | | | 266,283.22 |
| Schedule D | (Creditors' Claims) | | | 0.00 |
| Schedule E | (Distributions) | | | -40,000.00 |
| Schedule F | (Personal Property on Hand) | | | 746,420.71 |
| | | | | |
| Canadian Dollar Account | | | | |
| Schedule F | (Personal Property on Hand) | | | 103,420.10* |
| | Base For Paying Commissions | | $ | 1,148,935.32 |

**Computation:**

| | | | | |
|---|---|---|---|---|
| 5% on | $ | 100,000.00 | $ | 5,000.00 |
| 4% on | | 200,000.00 | | 8,000.00 |
| 3% on | | 700,000.00 | | 21,000.00 |
| 2.5% on | | 148,935.32 | | 3,723.38 |
| | $ | 1,148,935.32 | $ | 37,723.38 |

| | | |
|---|---|---|
| Paying Commission: One Half of $37,723.38 | $ | 18,861.69 |
| One Full Commission | $ | 38,673.81 |
| Less Commissions on Account | | (10,468.93) |
| Balance of Commissions Due | $ | 28,204.88 |

* Converted to U.S. Dollars at a rate of U.S. $1 = Canadian $1.383125

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| **New Investments:** | |
| 01/07/93<br>$241,000 face value of<br>Canada T-Bill, due 2/11/93 | $    239,678.60 |
| 02/12/93<br>$244,000 face value of<br>Canada T-Bill, due 4/15/93 | 241,904.28 |
| 04/20/93<br>$254,000 face value of<br>Canada T-Bill, due 6/24/93 | 252,225.81 |
| 06/28/93<br>$263,000 face value of<br>Canada T-Bill, due 9/23/93 | 260,700.85 |
| 09/23/93<br>$264,000 face value of<br>Federal Bus Stn, due 10/28/93 | 263,116.92 |
| 11/01/93<br>$270,000 face value of<br>Canada T-Bill, due 1/6/94 | 268,350.30 |
| 01/11/94<br>$273,000 face value of<br>Canada T-Bill, due 2/17/94 | 272,172.26 |
| 02/17/94<br>$277,000 face value of<br>Canada T-Bill, due 5/19/94 | 275,011.69 |
| 05/19/94<br>$293,000 face value of<br>Canada T-Bill, due 8/18/94 | 289,285.64 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Inventory Value |
|---|---|
| 08/19/94<br>$300,000 face value of<br>Canada T-Bill, due 10/20/94 | $    297,598.80 |
| 10/21/94<br>$305,000 face value of<br>Canada T-Bill, due 12/1/94 | 303,669.59 |
| 12/01/94<br>$308,000 face value of<br>Canada T-Bill, due 1/5/95 | 306,720.57 |
| Total Schedule J, New Investments | $ 3,270,435.31 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

Adjustments to Inventory Value:

B C Munic Fin, 10%, due 7/30/97

| | | |
|---|---|---|
| On Hand | $    10,000.00 | $    10,690.00 |
| Total on hand at close | $    10,000.00 | $    10,690.00 |

Bank of Nova Scotia, common

| | | |
|---|---|---|
| On Hand | 425.0000 | $    10,040.63 |
| 01/10/95 Sale | -425.0000 | -10,040.63 |
| Total on hand at close | 0.0000 | $    0.00 |

Bell Canada, 11%, due 10/15/04

| | | |
|---|---|---|
| On Hand | $    15,000.00 | $    16,350.00 |
| Total on hand at close | $    15,000.00 | $    16,350.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

### CDN Pac Ltd, common

| | | |
|---|---|---|
| On Hand | 100.0000 | $ 1,600.00 |
| 01/10/95 Sale | -100.0000 | -1,600.00 |
| Total on hand at close | 0.0000 | $ 0.00 |

### Canada T-Bill, due 1/7/93

| | | |
|---|---|---|
| On Hand | $ 188,000.00 | $ 187,753.72 |
| 01/07/93 Redemption | -188,000.00 | -187,753.72 |
| Total on hand at close | $ 0.00 | $ 0.00 |

### Canada T-Bill, due 2/11/93

| | | |
|---|---|---|
| 01/07/93 Purchase | $ 241,000.00 | $ 239,678.60 |
| 02/11/93 Redemption | -241,000.00 | -239,678.60 |
| Total on hand at close | $ 0.00 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

### Canada T-Bill, due 4/15/93

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 02/12/93 Purchase | $     244,000.00 | $     241,904.28 |
| 04/15/93 Redemption | -244,000.00 | -241,904.28 |
| Total on hand at close | $          0.00 | $          0.00 |

### Canada T-Bill, due 6/24/93

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 04/20/93 Purchase | $     254,000.00 | $     252,225.81 |
| 06/24/93 Redemption | -254,000.00 | -252,225.81 |
| Total on hand at close | $          0.00 | $          0.00 |

### Canada T-Bill, due 9/23/93

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 06/28/93 Purchase | $     263,000.00 | $     260,700.85 |
| 09/23/93 Redemption | -263,000.00 | -260,700.85 |
| Total on hand at close | $          0.00 | $          0.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

### Canada T-Bill, due 1/6/94

| | | |
|---|---|---|
| 11/01/93 Purchase | $ 270,000.00 | $ 268,350.30 |
| 01/06/94 Redemption | -270,000.00 | -268,350.30 |
| Total on hand at close | $ 0.00 | $ 0.00 |

### Canada T-Bill, due 2/17/94

| | | |
|---|---|---|
| 01/11/94 Purchase | $ 273,000.00 | $ 272,172.26 |
| 02/17/94 Redemption | -273,000.00 | -272,172.26 |
| Total on hand at close | $ 0.00 | $ 0.00 |

### Canada T-Bill, due 5/19/94

| | | |
|---|---|---|
| 02/17/94 Purchase | $ 277,000.00 | $ 275,011.69 |
| 05/19/94 Redemption | -277,000.00 | -275,011.69 |
| Total on hand at close | $ 0.00 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **Canada T-Bill, due 8/18/94** | | |
| 05/19/94 Purchase | $ 293,000.00 | $ 289,285.64 |
| 08/18/94 Redemption | -293,000.00 | -289,285.64 |
| Total on hand at close | $ 0.00 | $ 0.00 |
| **Canada T-Bill, due 10/20/94** | | |
| 08/19/94 Purchase | $ 300,000.00 | $ 297,598.80 |
| 10/17/94 Redemption | -300,000.00 | -297,598.80 |
| Total on hand at close | $ 0.00 | $ 0.00 |
| **Canada T-Bill, due 12/1/94** | | |
| 10/21/94 Purchase | $ 305,000.00 | $ 303,669.59 |
| 12/01/94 Redemption | -305,000.00 | -303,669.59 |
| Total on hand at close | $ 0.00 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|

### Canada T-Bill, due 1/5/95

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 12/01/94 Purchase | $   308,000.00 | $   306,720.57 |
| 01/05/95 Redemption | -308,000.00 | -306,720.57 |
| Total on hand at close | $        0.00 | $        0.00 |

### Consumer Gas SFD, 10.45%, due 5/1/99

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| On Hand | $    10,000.00 | $    10,362.50 |
| 05/03/93 Sale | -2,000.00 | -2,072.50 |
| 05/02/94 Sale | -8,000.00 | -8,290.00 |
| Total on hand at close | $        0.00 | $        0.00 |

### Federal Bus Stn, due 10/28/93

| | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| 09/23/93 Purchase | $   264,000.00 | $   263,116.92 |
| 10/28/93 Redemption | -264,000.00 | -263,116.92 |
| Total on hand at close | $        0.00 | $        0.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **Imasco Ltd, 10.5%, due 4/28/98** | | |
| On Hand | $ 15,000.00 | $ 16,181.25 |
| Total on hand at close | $ 15,000.00 | $ 16,181.25 |
| **Loblaw Cos, 10%, due 3/31/06** | | |
| On Hand | $ 20,000.00 | $ 21,025.00 |
| Total on hand at close | $ 20,000.00 | $ 21,025.00 |
| **Maritime Tel & Tel, 10.65%, due 12/15/99** | | |
| On Hand | $ 20,000.00 | $ 21,950.00 |
| Total on hand at close | $ 20,000.00 | $ 21,950.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **N B Province, 10.625%, due 4/15/93** | | |
| On Hand | $ 5,000.00 | $ 5,042.50 |
| 04/15/93 Redemption | -5,000.00 | -5,042.50 |
| Total on hand at close | $ 0.00 | $ 0.00 |
| **Nova Corp Alta, 11.125%, due 1/4/93** | | |
| On Hand | $ 20,000.00 | $ 20,000.00 |
| 01/04/93 Redemption | -20,000.00 | -20,000.00 |
| Total on hand at close | $ 0.00 | $ 0.00 |
| **Nova Corp of Alberta, common** | | |
| On Hand | 480.0000 | $ 4,140.00 |
| 01/10/95 Sale | -480.0000 | -4,140.00 |
| Total on hand at close | 0.0000 | $ 0.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| **Ontario Hydro, 10%, due 1/14/96** | | |
| On Hand | $    10,000.00 | $    10,530.00 |
| Total on hand at close | $    10,000.00 | $    10,530.00 |
| **Ontario Hydro, 10.25%, due 4/4/09** | | |
| On Hand | $    20,000.00 | $    21,160.00 |
| Total on hand at close | $    20,000.00 | $    21,160.00 |
| **P E I Prov of, 11.375%, due 11/26/97** | | |
| On Hand | $    10,000.00 | $    11,140.00 |
| Total on hand at close | $    10,000.00 | $    11,140.00 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

| Description | Shares, Face Value, etc. | Inventory Value |
|---|---|---|
| Sears Canada, 11.5%, due 6/15/95 | | |
| On Hand | $    4,000.00 | $    4,000.00 |
| 06/15/93 Redemption | -1,000.00 | -1,000.00 |
| 06/15/94 Sale | -3,000.00 | -3,000.00 |
| Total on hand at close | $    0.00 | $    0.00 |

## ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
### Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

**Cash Reconciliation as of 10/31/95:**

### Receipts:

| | | |
|---|---:|---:|
| Amount shown by Schedule A (Less Accrued Interest) | $ 31,035.21 | |
| Amount shown by Schedule A-1 | 3,499,157.86 | |
| Amount shown by Schedule A-2 | 41,573.03 | |
| Amount shown by Schedule B | 39,104.00 | |
| Total Receipts | | $ 3,610,870.10 |

### Disbursements:

| | | |
|---|---:|---:|
| Amount shown by Schedule C | $ 0.00 | |
| Amount shown by Schedule D | 0.00 | |
| Amount shown by Schedule E | 327,157.86 | |
| Amount shown by Schedule J, New Investments | 3,270,435.31 | |
| Total Disbursements | | 3,597,593.17 |
| Total Cash on Hand per Schedule F | | $ 13,276.93 |

ESTATE OF SIMON A. GOLDBERG - CANADIAN DOLLAR ACCOUNT
Schedule J
Statement of Other Pertinent Facts and of Cash Reconciliation

Securities Reconciliation as of 10/31/95:

    Receipts:

| | | |
|---|---|---|
| Amount shown by Schedule A | $ 371,965.60 | |
| Amount shown by Schedule J, New Investments | 3,270,435.31 | |
| Total Receipts | | $ 3,642,400.91 |

    Disbursements:

| | | |
|---|---|---|
| Amount shown by Schedule A-1 | $ 3,473,969.66 | |
| Amount shown by Schedule B | 39,405.00 | |
| Total Disbursements | | 3,513,374.66 |
| Total Securities on Hand per Schedule F | | $ 129,026.25 |

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 24 of 29

Surrogate Judge Roth's December 28, 1995 Accounting Decree.

Decree fails to catch that the Accounting from January 1, 1993to October 31, 1995 does not include $327,000 Canadian Treasuries that were failed by Wolf Popper to be carried over to the US Asset column from the Canadian Asset Column.

In September 2015, Loren notifies Vatican Attorney Kathleen McCormack of the $327,000 failed carryover from Canadian Treasuries suspected to be from Madoff 703 Accounting.

At a Surrogate's Court of the
County of New York, held at the
courthouse in said county, on
the 28th day of December, 1995.

PRESENT:

      Honorable Renee R. Roth,

                          Surrogate

SURROGATES COURT : COUNTY OF NEW YORK

------------------------------------------x
                              :

In the Matter of the Judicial      :
Settlement of the Account of       :     DECREE ON ACCOUNTING
proceedings of                :

                             :     File No. 3169/85
David J. Mandelbaum, as Executor of :
the Estate of Simon A. Goldberg,    :
Deceased.                      :

------------------------------------------x

      David J. Mandelbaum, as Executor of the Estate of Simon

A. Goldberg, deceased, who at the time of his death was a

resident of 400 E. 54th Street, New York, NY  10022 heretofore

filed a petition verified the 13th day of February 1993, in which

application was made to the Surrogate of the County of New York

for a judicial settlement of his account as supplemented, and a

citation having been thereupon issued, pursuant to statute,

directed to all persons interested in the estate of said

deceased, citing them to show cause before the said Surrogate at

her office in the County of New York on the 16th day of April,

1993 at 9:30 o'clock in the forenoon of that day, why the account

GOLDBERG.DEC

of said executor should not be judicially settled, and the said

citation having been returned with proof of the due service

thereof on Evelyn Goldberg, Diana Brooks, Jay M. Galden, Jay

Brooks, David Yablon, McGill University, Harvard University,

Maimonides Hospital Foundation and the Attorney General of the

State of New York, and a supplemental citation having thereupon

issued as a result of the death of Harry M. Goldberg, a

remainderman, pursuant to statute, upon Rose Goldberg as

Executrix of the Estate of Harry M. Goldberg and Brian Goldberg,

citing them to show cause before the said Surrogate at her office

in the County of New York on the 25th day of May, 1993, why the

account of said Executor should not be judicially settled and the

said supplemental citation having been returned with proof of

service thereof on Rose Goldberg and Brian Goldberg; and the said

Executor having appeared on the return of said supplemental

citation by his attorney John C. Fisher, Esq. and the Attorney

General of the State of New York having appeared and Evelyn

Goldberg having appeared pro se; and the Surrogate having

designated Judith E. Siegel-Baum as Guardian ad Litem on June 16,

1993; and the Guardian ad Litem having qualified on June 23, 1993

and filed a Notice of Appearance on June 24, 1993, a preliminary

Guardian ad Litem reported dated August 9, 1993 and verified

objections to the Account dated March 4, 1994;and a motion having

GOLDBERG.DEC                    - 2 -

been made by the executor for the appointment of a Special

Referee returnable on the 15th day of November, 1994 and the

court having appointed Karin J. Barkhorn, Esq. as Special Referee

with respect to the issues in this contested accounting by an

Order entered on December 15, 1994 and hearings before the

Special Referee held on January 23, 1995, March 15, 1995 and

March 22, 1995 and the Special Referee having filed her report on

June 1, 1995 and the executor having moved to modify in full and

confirm in part the Referee's Report returnable on August 12,

1995 and the court having rendered a decision in writing

~~continuing~~ *Confirming* the referee's report in its entirety dated _October 26_,

1995; and the said Surrogate having examined the said Account as

supplemented now finds the state and condition of the said

Account to be as stated and set forth in the following summary

statement thereof to wit.

A summary statement of the *Joint U.S. and Canadian* Account as supplemented of

David J. Mandelbaum as Executor of the Estate of Simon A.

Goldberg, deceased, made by the Surrogate as judicially settled.

The said Executor is chargeable as follows:

Amount shown by Schedule "A"          $929,176.03*
  (Principal received)               ~~$637,806.26~~
Amount shown by Schedule "A-1"         20,677.08*
  (Realized increases on principal)  ~~27,466.00~~
Amount shown by Schedule "A-2"        370,445.74*
  (Income collected)                 ~~340,388.42~~         $1,320,298.85
                                                           ~~$900,660.68~~

GOLDBERG.DEC                    - 3 -

The said Executor is credited as follows:

Amount shown by Schedule "B"              $5,430.37 *
  (Realized decreases on principal) ~~$5,212.75~~
Amount shown by Schedule "C"               266,283.22
  (Funeral and administration
  expenses)
Amount shown by Schedule "D"
  (Creditors' claims actually paid)          0
Amount shown by Schedule "E"              196,535.28 *
  (Distributions of principal)  ~~[ 40,000.00]~~          468,248.87
     Total principal credits                      ~~231,495.97~~

Principal balance on hand shown by                    $852,049.98
  Schedule "F"                                        ~~$749,164.71~~

                     $367,029.92 *
The foregoing balance consists of ~~$357,430.69~~ in cash and
$485,020.06 *
~~$391,374.02~~ in other property.

     And it appearing that said Executor has fully accounted

for all the monies and property of the estate of the deceased

which have come into his hands as Executor, and the summary

statement having been made as above to be recorded as part of

this decree, it is hereby

     ORDERED, ADJUDGED AND DECREED that the account as

supplemented be and the same is judicially settled, and allowed

as filed, and it is further

     ORDERED ADJUDGED AND DECREED that out of the balance

remaining in the hands of the Executor he pay the sum of

$22,397.53 to Goodkind and Wechsler Labaton and Rudoff as per

Schedule C1 of the accounting, as supplemented, and it is further

---

\* Canadian amounts converted to U.S. Dollars at rate set forth in Schedule I of Canadian Dollar Account

GOLDBERG.DEC                    - 4 -

Sworn to before me on

ORDERED ADJUDGED AND DECREED that the said Executor retain the sum of $28,204.88 as and for the balance of his commissions, and it is further

ORDERED ADJUDGED AND DECREED that the said Executor pay to Karin J. Barkhorn, Esq. the sum of $ _15,250_ as and for her fee as Special Referee, to be apportioned _1/2_ to income and _1/2_ to principal, and it is further

ORDERED ADJUDGED AND DECREED that the said Executor pay to Judith E. Siegel-Baum the sum of $ _49,950_ as and for her fee for services as Guardian ad Litem to be apportioned _1/3_ ⅜ to income and _2/3_ ⅜ to principal and it is further

ORDERED ADJUDGED AND DECREED that all of the assets of the estate having been accounted except for $35,000 in Municipal Assistance Corporation Bonds deemed received by Evelyn Goldberg, the said $35,000 shall be treated as an income distribution on account of Mrs. Goldberg's income interest in the estate, and it is further

ORDERED ADJUDGED AND DECREED that the legal fees of Wolf Popper Ross Wolf & Jones are allowed in the total sum of $96,059.00 reduced by 1/2 of the accounting fee or $15,402.82 and further reduced by the fees adjudged to be executorial or the sum of $6,142.50 for a total reduction of $21,543.32 resulting in a total fee of $74,515.68 of which $76,141.59 has been paid to date

GOLDBERG.DEC                    - 5 -

and $1,625.91 refunded to the estate by John C. Fisher, Esq., and it is further

ORDERED ADJUDGED AND DECREED that the objections to the accounting heretofore filed by Judith E. Siegel-Baum and Evelyn Goldberg are hereby dismissed, with prejudice, and it is further

ORDERED ADJUDGED AND DECREED that the said Executor do distribute the balance remaining in his hands to David J. Mandelbaum as Trustee under the Last Will and Testament of Simon A. Goldberg, deceased, and it is further

ORDERED, ADJUDGED AND DECREED That upon making all of The aforementioned payments the said Executor be discharged and released of and from any and all liability, responsibility or accountability with respect to The acts and transactions of such Executor, whether embraced in or reasonably to be inferred from said account et proceedings hereby judicially approved, settled and allowed by this decree.

Surrogate

GOLDBERG.DEC                              - 6 -

Sworn to before me on

SURROGATES COURT : COUNTY OF NEW YORK
-----------------------------------------x
                                         :
In the Matter of the Judicial            :
Settlement of the Account of             :        AFFIDAVIT OF SERVICE
proceedings of                           :
                                         :
David J. Mandelbaum, as Executor of      :        File No. 3169/85
the Estate of Simon A. Goldberg,         :
Deceased.                                :
                                         :
-----------------------------------------x
STATE OF NEW YORK        )
                         :  ss.:
COUNTY OF NEW YORK       )

        Elizabeth K. Ives, being duly sworn, deposes and says:

        On the 10th day of January, 1996, I served a copy of

the within signed Decree with Notice of Entry upon:

Mrs. Evelyn Goldberg
400 East 54th Street
New York, NY  10022

Karin J. Barkhorn, Esq.
1095 Park Avenue
New York, NY  10128

Howard Holt, Esq.
Office of the Attorney General
   of the State of New York
120 Broadway
New York, NY  10271

Judith Siegel-Baum, Esq.
Lowenthal, Landau, Fischer & Bring
250 Park Avenue
New York, NY  10177

by causing it to be mailed securely enclosed is a postpaid

wrapper and addressed as indicated herein.

GOLD3.AFF
9325

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 25 of 29

NY Post Editor Jack Newfield,  September 1, 1996, re GAL Judith Siegel Baum, Jules
Haskel involved in the Wolf Popper Madoff Fraud and others in the Manhattan
Surrogate Probate Court Patronage Policy.

# DI$H OUT

SEPTEMBER 1, 1996

## SURROGATE COURT

### MANHATTAN





**RENEE ROTH,** 66, Manhattan surrogate judge: She ran and won surrogate's job without the backing of Manhattan Democratic leaders in 1982, but now has full party support.

**LILA GOL...** Civil Cour... Supported Assemblym Genovesi, challenger Norman for the party chairman's post.



**KAREN BURSTEIN,** 53, former Family Court judge and state senator: Has the endorsement of only one Democratic leader in Manhattan, but is counting on name recognition earned during her 1994 run for state attorney general.

## WHO GOT

Surrogate courts hand out millions of d...
guardianships and estate cases. Manha...

### MANHATTAN

Judge Renee Roth's court has referred 390 cases worth a total of $2 million to lawyers since Aug. 1, 1994.

**Who got the most:**
- Jules Haskel, $147,891 for the estate of Sol Goldman
- Seth Rubenstein, $108,350 (includes $88,000 for the estate of tobacco heiress Doris Duke)
- Judith Siegelbaum, $83,110
- Corinne Marcus, $69,775
- Joseph Kartiganer, $68,000
- John M. Crygier Jr. (Doris Duke's estate) $64,400

**Others:**
- Bella Abzug, $20,000
- Geraldine Ferraro, $37,500
- Milton Mollen (former judge who led police corruption hearings), $9,200
- Matthew J. Troy III (son of former Queens Democratic boss), $7,765
- Peter F. Vallone Jr. (son of City Council speaker), $1,600

PATRONAGE at NY County
Sur Court

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 26 of 29

Simon Estate June 27, 2011 Bounced check and Replacement check from
Fisher/Wolf Popper.

HAMBURGER, WEINSCHENK AND FISHER

ATTORNEYS AT LAW
THE BAR BUILDING
36 WEST 44TH STREET
NEW YORK, N.Y. 10036

ADOLF HAMBURGER (1962)
FRITZ WEINSCHENK
JOHN C. FISHER

TEL (212) 719-5930/1/2
FAX (212) 840-0825

COUNSEL:
LAWRENCE MOLNAR (ALSO MEMBER OF THE CZECH BAR)

July 5, 2011

Estate of: Simon Goldberg (Evelyn Goldberg)

Leonard Pack
17 State Street, Suite 1565
New York, NY 10004

Dear Mr. Pack:

Enclosed please find the estate's check for $326,470.75. This represents the amount due the Estate of Evelyn Goldberg pursuant to the previously entered decree on accounting.

In reworking the figures due to Evelyn for the date of the decree to the date of her death I find that I do need another accounting for that. This accounting is being prepared.

Very truly yours,

John C. Fisher

JCF:ec

1181

**ESTATE OF SIMON A. GOLDBERG**
David J. Mandelbaum, Executor

1-12/210 0134

DATE June 27, 2011

PAY TO THE ORDER OF  estate of Evelyn Goldberg          $ 326,470.75

Three Hundred Twenty-Six Thousand Four Hundred Seventy and 75/100********** DOLLARS

**CHEMICAL**
CHEMICAL BANK
401 MADISON AVENUE
NEW YORK, NY 10017

FOR estate distribution

⑈001181⑈ ⑆021000128⑆006 058191⑈

HAMBURGER, WEINSCHENK AND FISHER

ATTORNEYS AT LAW
THE BAR BUILDING
36 WEST 44TH STREET
NEW YORK, N.Y. 10036

ADOLF HAMBURGER (1962)
FRITZ WEINSCHENK
JOHN C. FISHER

TEL (212) 719-5930/1/2
FAX (212) 840-0825

COUNSEL:
LAWRENCE MOLNAR (ALSO MEMBER OF THE CZECH BAR)

August 10, 2011

File No. 9325

**ESTATE OF:**   **Simon A. GOLDBERG**

Debra Pitman
17 State Street, 15th Floor
New York, NY 10004

**Re: Estate of Evelyn Goldberg**

Dear Ms. Pitman:

Please accept our apologies with the previous check. Enclosed please find the replacement check including an additional $34 for the bank charge on your account.

Very truly yours,

Janet Kyle-Olin
Legal Assistant

Enclosure

---

|  |  | 1183 |
|---|---|---|
| **ESTATE OF SIMON A. GOLDBERG** | | |
| David J. Mandelbaum - executor | DATE August 5, 2011 | 1-12/210 0134 |

PAY TO THE ORDER OF   Estate of Evelyn Goldberg                     $326,504.75

Three Hundred Twenty-Six Thousand Five Hundred Four and 75/100*** DOLLARS

**CHEMICAL**
CHEMICAL BANK
401 MADISON AVENUE
NEW YORK, NY 10017

FOR d/s

⑈001183⑈ ⑈021000128⑈006 058191⑈

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 27 of 29

Simon Goldberg Estate Docket from Manhattan Surrogate Court dated August 26, 2010 with twenty-four entries.

Neither the GAL orders nor Motions and actions to expose GAL  are on the docket.

Motions for Accounting fraud and removal of Executor David J. Mandelbaum also not on the docket.



26-Aug-10   Min Book For Index Number                              Page 1

*(handwritten: not in file)*
*(handwritten: order to show cause)*

| # | DEPT | DATE LAST | E | MINUTE BOOK | QUA | FEE | PAID INDEX # |
|---|------|-----------|---|-------------|-----|-----|--------------|
|   | MIS  | 02-09-1990 |  | O S C | 1 | .00 | 1985-3169 |
|   | MIS  | 04-04-1990 |  | MISC ORDER | 1 | .00 | 1985-3169 |
| 13 | PRO | 04-08-1990 |  | O S C | 1 | .00 | 1985-3169 |
|   | MIS  | 04-30-1990 |  | O S C | 1 | .00 | 1985-3169 |
|   | MIS  | 04-08-1991 |  | Decree Admitting Will To Probate | 1 | .00 | 1985-3169 |
|   | MIS  | 04-29-1991 |  | Notice Of Appeal & Pre-argument Stmn | 1 | .00 | 1985-3169 |
|   | MIS  | 07-10-1991 |  | O S C | 1 | .00 | 1985-3169 |
| 15 | MIS | 02-21-1992 |  | Remittitur | 1 | .00 | 1985-3169 |
| 17 | ACC | 11-04-1992 |  | Petition Compel Account | 1 | .00 | 1985-3169 |
|   | MIS  | 12-08-1992 |  | MISC ORDER | 1 | .00 | 1985-3169 |
|   | MIS  | 12-14-1992 |  | Inventory Of Assets Filed | 1 | .00 | 1985-3169 |
|   | MIS  | 12-17-1992 |  | Order For Advance Payment Of Commiss | 1 | .00 | 1985-3169 |
|   | MIS  | 12-24-1992 |  | Bond Filed - Advance Payment Of Comm | 1 | .00 | 1985-3169 |
|   | MIS  | 01-13-1993 |  | MISC ORDER | 1 | .00 | 1985-3169 |
|   | MIS  | 02-02-1993 |  | MISC ORDER | 1 | .00 | 1985-3169 |
| 8 | ACC | 02-18-1993 |  | Petition & Account | 1 | .00 | 1985-3169 |
|   | MIS  | 02-23-1993 |  | Order - Serve Citation By Mail | 2 | .00 | 1985-3169 |
| 12 | MIS | 04-13-1993 |  | Order - Serve Citation By Mail | 1 | .00 | 1985-3169 |
| 16 | MIS | 07-29-1993 |  | O S C | 1 | .00 | 1985-3169 |
| 19 | MIS | 12-08-1993 |  | MISC ORDER | 1 | .00 | 1985-3169 |
| 22 | MIS | 12-15-1994 |  | MISC ORDER | 1 | .00 | 1985-3169 |
| 26 | MIS | 02-27-1995 |  | MISC ORDER | 1 | .00 | 1985-3169 |
|   | ACC | 12-23-1995 |  | Decree On Accounting | 1 | .00 | 1985-3169 |
|   | MIS  | 04-09-1996 |  | Notice Of Appeal & Pre-argument Stmn | 1 | .00 | 1985-3169 |
| 15 | MIS | 11-03-2008 |  | Power Of Atty | 1 | .00 | 1985-3169 |

*(handwritten annotations: "Granted EG change of Attorney"; "First 3 yr's executors instead of trustees"; "who filed"; "copy filed"; "sucked apt")*

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 28 of 29

July 7, 2012 fax from Evelyn Goldberg Estate Executor Loren to Trustee Picard re
Emily Madoff and Wolf Popper.

7/20/12

To: Mr. Picard

From: Dean Loren, Executor
        Estate of Evelyn Goldberg

Re: Emily Madoff + Surrogate Roth
    Estate of Simon Goldberg.


Mr. Picard:

    Would like to speak to you
    re representation and

    Emily Madoff / Wolf Popper Memo

        Thank you

        Dean Lo
                    Executor

DEAN LOREN'S AFFIDAVIT DATED APRIL 23, 2018
IN SUPPORT OF MOTION FOR SIPC CLAIMS AGAINST BERNARD MADOFF
FOR THE BENEFIT OF POPE FRANCIS BEFORE JUDGE STUART BERNSTEIN AND
US HOUSE REPRESENTATIVES GOODLATTE, GOWDY, NUNES & HENSARLING

# EXHIBIT 29 of 29

Simon Goldberg Estate Probate Docket May 11 2017 with additional 190 documents
placed on the record sua sponte by Surrogate Judge Rita Mella after being contacted
by the IRS and Loren files Fraudulent Death Certificate claim.

5/11/2017

## File # 1985-3169 Document and Info Sheet
### Judge: Nora S. Anderson

### Simon A Goldberg,
Domicile: County of New York  Value: Does not Apply

*Kim Sulik*
*Archivist 5th fl*
*believed to the the*
*Dean (she was fatter*
*then or woman who*
*like her)*

1

**Attorneys**                                    **Parties**

Wolf Popper Ross, Attorney For Petitioner            David J Mandelbaum, Executor

| File# | Document | Date Filed | Scanned | Quantity | Impounded |
|-------|----------|-----------|---------|----------|-----------|
| 1985-3169 | Probate Petition- | 07-02-1985 | Y | 1 | N |
| 1985-3169 | Death Certificate- | 07-02-1985 | Y | 1 | N |
| 1985-3169 | Notice Of Probate- | 07-02-1985 | Y | 1 | N |
| 1985-3169 | Waiver And Consent- | 07-02-1985 | Y | 2 | N |
| 1985-3169 | Affidavit Of Comparison With Copy Of Will- | 07-02-1985 | Y | 1 | N |
| 1985-3169 | Affidavit-In Opposition To Prelim Ltrs | 07-23-1985 | Y | 1 | N |
| 1985-3169 | Deposition Of Attesting Witness- | 07-23-1985 | Y | 2 | N |
| 1985-3169 | Affidavit-Evelyn Goldeberg | 09-13-1985 | Y | 1 | N |
| 1985-3169 | Affidavit-Evelyn Goldberg | 09-23-1985 | Y | 1 | N |
| 1985-3169 | Consent To Change Attorney- | 10-07-1985 | Y | 1 | N |
| 1985-3169 | Citation- | 11-19-1985 | Y | 1 | N |
| 1985-3169 | Affidavit-Evelyn Goldberg | 11-25-1985 | Y | 1 | N |
| 1985-3169 | Affidavit-James R. Walsh | 12-17-1985 | Y | 1 | N |
| 1985-3169 | Affidavit-Dana L. Mark | 12-18-1985 | Y | 1 | N |
| 1985-3169 | Supplemental Citation- | 12-18-1985 | Y | 1 | N |
| 1985-3169 | Affidavit-Stephen Michael | 01-17-1986 | Y | 1 | N |
| 1985-3169 | Affidavit-Jeffrey A. Galant | 01-17-1986 | Y | 1 | N |
| 1985-3169 | Affidavit-Lynne S. Brown | 01-17-1986 | Y | 1 | N |
| 1985-3169 | Order For Substituted Service- | 01-28-1986 | Y | 1 | N |
| 1985-3169 | Citation-Second Supplemental | 01-29-1986 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 02-19-1986 | Y | 1 | N |
| 1985-3169 | Notice Of Appearance- | 03-18-1986 | Y | 1 | N |
| 1985-3169 | Transcript-Maria Matera | 04-10-1986 | Y | 1 | N |
| 1985-3169 | Transcript-Michael L. Carlin | 04-10-1986 | Y | 1 | N |
| 1985-3169 | Transcript-Agnes Omelia | 04-10-1986 | Y | 1 | N |
| 1985-3169 | Stipulation- | 04-24-1986 | Y | 1 | N |
| 1985-3169 | Stipulation- | 05-13-1986 | Y | 1 | N |
| 1985-3169 | Stipulation- | 06-06-1986 | Y | 1 | N |
| 1985-3169 | Petition For Preliminary Letters- | 06-25-1986 | Y | 1 | N |
| 1985-3169 | Notice Of Objections Filed- | 06-30-1986 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 06-30-1986 | Y | 1 | N |
| 1985-3169 | Petition-For Order For Notice Of Obj Files | 06-30-1986 | Y | 1 | N |
| 1985-3169 | Order For Notice Of Objections Filed- | 07-03-1986 | Y | 1 | N |
| 1985-3169 | Notice Of Settlement- | 07-03-1986 | Y | 1 | N |
| 1985-3169 | Order For Preliminary Letters Testamentary- | 07-03-1986 | Y | 1 | N |
| 1985-3169 | Bond- | 07-09-1986 | Y | 1 | N |
| 1985-3169 | Objections To Probate- | 07-13-1986 | Y | 1 | N |
| 1985-3169 | Affidavit-P. Michael Puleo | 07-22-1986 | Y | 1 | N |
| 1985-3169 | Affidavit In Reply To Opposition To Issuance Of Prelinary Letters Testament- | 07-25-1986 | Y | 1 | N |
| 1985-3169 | Transcript- | 08-01-1986 | Y | 1 | N |
| 1985-3169 | Stipulation- | 03-27-1987 | Y | 1 | N |
| 1985-3169 | Demand For Bill Of Particulars- | 06-15-1987 | Y | 1 | N |
| 1985-3169 | Consent To Change Attorneys- | 06-16-1987 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 06-19-1987 | Y | 1 | N |
| 1985-3169 | Consent To Change Attorney- | 07-21-1987 | Y | 1 | N |
| 1985-3169 | Affidavit In Opposition To Cross Motion- | 08-11-1987 | Y | 1 | N |
| 1985-3169 | Cross Notice Of Motion- | 08-18-1987 | Y | 1 | N |
| 1985-3169 | Notice Of Change Of Address- | 09-24-1987 | Y | 1 | N |

| 1985-3169 | Affidavit For Adjournment And Postponement- | 06-23-1988 | Y | 1 | N |
|---|---|---|---|---|---|
| 1985-3169 | Notice Of Motion- | 06-28-1988 | Y | 1 | N |
| 1985-3169 | Transcript/Deposition Of Petitioner-David Mandelbaum | 08-09-1988 | Y | 1 | N |
| 1985-3169 | Transcript/Deposition Of Petitioner(Continuation))-David Mandelbaum | 08-16-1988 | Y | 1 | N |
| 1985-3169 | Order Framing Issues- | 09-19-1988 | Y | 1 | N |
| 1985-3169 | Memorandum Of Law In Support Of Motion To Remove Preliminary Executor- | 09-23-1988 | Y | 1 | N |
| 1985-3169 | Note Of Issue- | 09-26-1988 | Y | 1 | N |
| 1985-3169 | Petitioner's Memorandum Of Law In Opposition To Motion- | 09-29-1988 | Y | 1 | N |
| 1985-3169 | Demand For Jury- | 10-04-1988 | Y | 1 | N |
| 1985-3169 | Reply Affidavit- | 10-11-1988 | Y | 1 | N |
| 1985-3169 | Replay Affidavit In Support Of Motion To Remove Preliminary Executor- | 10-20-1988 | Y | 1 | N |
| 1985-3169 | Reply Memorandum Of Law In Support Of Motion To Remove Preliminary Executor- | 10-20-1988 | Y | 1 | N |
| 1985-3169 | Notice Of Motion To Remove Preliminary Executor- | 10-21-1988 | Y | 1 | N |
| ✓ 1985-3169 | Notice Of Appearance-Howard Hilt | 11-01-1988 | Y | 1 | N |
| 1985-3169 | Affidavit-John C. Fisher | 06-21-1989 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 02-09-1990 | Y | 1 | N |
| 1985-3169 | O S C-Withdraw As Counsel | 02-09-1990 | Y | 1 | N |
| 1985-3169 | Affidavit-John C. Fisher | 02-14-1990 | Y | 1 | N |
| 1985-3169 | Affidavit-Evelyn Goldberg | 02-15-1990 | Y | 1 | N |
| 1985-3169 | Petitioner's Memorandum Of Law- | 03-20-1990 | Y | 1 | N |
| 1985-3169 | Osc-For Summary Judgment | 03-20-1990 | Y | 1 | N |
| 1985-3169 | Decision- | 03-30-1990 | Y | 1 | N |
| 1985-3169 | Osc-Suppl For Summ Judgment | 04-02-1990 | Y | 1 | N |
| 1985-3169 | Affidavit- | 04-02-1990 | Y | 1 | N |
| 1985-3169 | Misc Order-Motion To Withdraw | 04-04-1990 | Y | 1 | N |
| 1985-3169 | Affidavit Of Attempted Service- | 04-23-1990 | Y | 1 | N |
| 1985-3169 | O S C-2nd Suppl For Summary Judgment | 04-30-1990 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 04-30-1990 | Y | 1 | N |
| 1985-3169 | Cross-Motion- | 05-25-1990 | Y | 1 | N |
| 1985-3169 | Decision- | 02-13-1991 | Y | 1 | N |
| 1985-3169 | Decision- | 03-29-1991 | Y | 1 | N |
| 1985-3169 | Letters Testamentary- | 04-05-1991 | N | 1 | N |
| 1985-3169 | Decree Admitting Will To Probate- | 04-08-1991 | Y | 1 | N |
| 1985-3169 | Notice Of Appeal & Pre-Argument Stmnt- 12pp /rs pmld | 04-29-1991 decree Y Priority Decree | N | 03/29/91 |
| 1985-3169 | Affidavit In Opposition- | 07-09-1991 | Y | 1 | N |
| 1985-3169 | O S C-For Reargument | 07-10-1991 | Y | 1 | N |
| 1985-3169 | Decision- | 08-02-1991 | Y | 1 | N |
| 1985-3169 | Remittitur- | 02-21-1992 | Y | 1 | N |
| 1985-3169 | Supreme Court Decision And Order Affirming Decree- | 03-03-1992 | Y | 1 | N |
| 1985-3169 | Citation- | 11-04-1992 | Y | 1 | N |
| 1985-3169 | Petition Compel Account- | 11-04-1992 | Y | 1 | N |
| 1985-3169 | Supplemental Citation- | 11-09-1992 | Y | 1 | N |
| 1985-3169 | Petition/Advance Payment-With Exhibits | 12-03-1992 | Y | 1 | N |
| 1985-3169 | Decision- | 12-08-1992 | Y | 1 | N |
| 1985-3169 | Inventory Of Assets Filed- | 12-14-1992 | Y | 1 | N |
| 1985-3169 | Supplemental Affidavit- | 12-14-1992 | Y | 1 | N |
| 1985-3169 | Decision- | 12-15-1992 | Y | 1 | N |
| 1985-3169 | Motion To Produce Records- | 12-17-1992 | Y | 1 | N |
| 1985-3169 | Order For Advance Payment Of Commissions- | 12-17-1992 | Y | 1 | N |
| 1985-3169 | Citation- | 12-18-1992 | Y | 1 | N |
| 1985-3169 | Motion For Stay And Preliminary Injunction- | 12-20-1992 | Y | 1 | N |
| 1985-3169 | Bond Filed - Advance Payment Of Commissions- | 12-24-1992 | Y | 1 | N |
| 1985-3169 | Motion To Reargue- | 12-28-1992 | Y | 1 | N |
| 1985-3169 | Motion To Remove Executor- | 12-28-1992 | Y | 1 | N |
| 1985-3169 | Misc Order- | 01-13-1993 | Y | 1 | N |

| | | | | | |
|---|---|---|---|---|---|
| 1985-3169 | Correspondance- | 01-25-1993 | Y | 1 | N |
| 1985-3169 | Reply Affidavit- | 01-26-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 01-27-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 01-29-1993 | Y | 1 | N |
| 1985-3169 | Memorandum Of Law- | 01-29-1993 | Y | 1 | N |
| 1985-3169 | Decision- | 02-02-1993 | Y | 1 | N |
| 1985-3169 | Account Of Executors- | 02-13-1993 | Y | 1 | N |
| 1985-3169 | Petition & Account- | 02-18-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 02-18-1993 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 02-22-1993 | Y | 1 | N |
| 1985-3169 | Order - Serve Citation By Mail- | 02-23-1993 | Y | 2 | N |
| 1985-3169 | Citation- | 02-24-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 03-25-1993 | Y | 1 | N |
| 1985-3169 | Reply Affidavit- | 03-26-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 03-30-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 03-31-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 03-31-1993 | Y | 1 | N |
| 1985-3169 | Order - Serve Citation By Mail- | 04-13-1993 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 04-28-1993 | Y | 1 | N |
| 1985-3169 | Reply Affidavit- | 05-04-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 05-18-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 05-23-1993 | Y | 1 | N |
| ✓ 1985-3169 | Notice Of Appearance- *Harold Holt.* | 06-02-1993 | Y | 1 | N |
| 1985-3169 | Correspondence- | 06-09-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 06-10-1993 | Y | 1 | N |
| 1985-3169 | Correspondence- | 06-15-1993 | Y | 1 | N |
| 1985-3169 | Certification Of Compliance- | 06-23-1993 | Y | 1 | N |
| 1985-3169 | Gal Order- | 07-01-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Appointment- | 07-01-1993 | Y | 1 | N |
| 1985-3169 | Affidavit/Exhibits- | 07-26-1993 | Y | 1 | N |
| 1985-3169 | Osc/ Petition- | 07-29-1993 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 07-30-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Change Of Address- | 08-03-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Cross Motion- | 08-09-1993 | Y | 1 | N |
| 1985-3169 | Preliminary Guardian As Litem Report- | 08-09-1993 | Y | 1 | N |
| 1985-3169 | Affidavit- | 08-10-1993 | Y | 1 | N |
| 1985-3169 | Affidavit In Response- | 08-10-1993 | Y | 1 | N |
| ✓ 1985-3169 | Notice Of Appearance-        2pp. | 09-14-1993 | Y | 1 | N |
| 1985-3169 | Notice Of Settlement- | 11-08-1993 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 11-09-1993 | Y | 1 | N |
| 1985-3169 | Misc Order- | 12-08-1993 | Y | 1 | N |
| 1985-3169 | Correspondence- | 12-21-1993 | Y | 1 | N |
| 1985-3169 | Correspondence- | 02-09-1994 | Y | 1 | N |
| 1985-3169 | Gal's Verified Objections To Account- | 03-04-1994 | Y | 1 | N |
| 1985-3169 | Correspondence- | 03-07-1994 | Y | 1 | N |
| 1985-3169 | Correspondence- | 03-07-1994 | Y | 1 | N |
| 1985-3169 | Notice Of Cross Motion- | 10-31-1994 | Y | 1 | N |
| 1985-3169 | Affidavit In Response- | 11-15-1994 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 11-15-1994 | Y | 1 | N |
| 1985-3169 | Decision- | 12-15-1994 | Y | 1 | N |
| 1985-3169 | Notice Of Entry- | 01-09-1995 | Y | 1 | N |
| 1985-3169 | Memorandum Of Law- | 01-17-1995 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 01-20-1995 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 01-24-1995 | Y | 1 | N |
| 1985-3169 | Reply Affidavit- | 01-31-1995 | Y | 1 | N |
| 1985-3169 | Reply Affidavit- | 02-01-1995 | Y | 1 | N |
| 1985-3169 | Notice Of Settlement- | 02-22-1995 | Y | 1 | N |
| 1985-3169 | Transcripts- | 02-27-1995 | Y | 1 | N |
| 1985-3169 | Decision- | 02-27-1995 | Y | 1 | N |

| | | | | | |
|---|---|---|---|---|---|
| 1985-3169 | Transcripts- | 04-25-1995 | Y | 1 | N |
| 1985-3169 | Transcripts- | 04-25-1995 | Y | 1 | N |
| 1985-3169 | Affirmation Of Service- | 05-03-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Karen Barkhorn | 06-01-1995 | Y | 1 | N |
| 1985-3169 | Report Of Karin Barkhorn- | 06-01-1995 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 06-02-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Barkhorn | 06-08-1995 | Y | 1 | N |
| 1985-3169 | Affidavit In Response- | 06-08-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Goldberg | 06-10-1995 | Y | 1 | N |
| 1985-3169 | Notice Of Motion- | 07-27-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Fisher | 08-03-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Barkhorn | 08-03-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Fisher | 08-09-1995 | Y | 1 | N |
| 1985-3169 | Amended Notice Of Motion- | 08-09-1995 | Y | 1 | N |
| 1985-3169 | Affidavit In Reply- | 08-09-1995 | Y | 1 | N |
| 1985-3169 | Correspondance-Barkhorn | 08-11-1995 | Y | 1 | N |
| 1985-3169 | Affidavit- | 09-05-1995 | Y | 1 | N |
| 1985-3169 | Decision- | 10-26-1995 | Y | 1 | N |
| 1985-3169 | Final Account- Undated- | 10-31-1995 | Y | 1 | N |
| 1985-3169 | Affidavit- | 11-17-1995 | Y | 1 | N |
| 1985-3169 | Affidavit Of Services Of Karin Barkhorn- | 11-20-1995 | Y | 1 | N |
| 1985-3169 | Supplemental Affidavit Of Services- | 12-21-1995 | Y | 1 | N |
| 1985-3169 | Affidavit Of Service- | 12-21-1995 | Y | 2 | N |
| 1985-3169 | Decree On Accounting- | 12-29-1995 | Y | 1 | N |
| 1985-3169 | Notice Of Entry- | 01-12-1996 | Y | 1 | N |
| 1985-3169 | Notice Of Appeal & Pre-Argument Stmnt- *Evelyn* | 02-09-1996 | Y | 1 | N |
| 1985-3169 | Objections To "Statement In Lieu..."- | 02-21-1996 | Y | 1 | N |
| 1985-3169 | Notice Of Appeal- *only apr Jser not mailed* | 07-16-1996 | Y | 1 | N |
| 1985-3169 | Power Of Atty- *Dean Loren for Evelyn Colton* | 11-03-2008 | Y | 1 | N |
| 1985-3169/A | Compel Fiduciary To Account Petition- | 02-18-2015 | Y | 1 | N |
| 1985-3169/A | Order-Petition Entertained Citation To Issue | 02-19-2015 | N | 1 | N |
| 1985-3169/A | Citation-R/D 03-27-15 *on David Mandelbaum* | 02-27-2015 | Y | 1 | N |
| 1985-3169/A | Citation - Supplemental-C/D 4-17-15 | 03-27-2015 | Y | 1 | N |
| 1985-3169/A | Authorized Notice Of Appearance-David J Mandelbaum Esq | 04-10-2015 | *Printed* | 1 | N |
| 1985-3169/A | Stipulation-Adj To 5-29-15 | 04-17-2015 | Y | 1 | N |
| 1985-3169/A | Notice Of Motion-C/D 10-13-15 *27p by John Fisher* | 09-30-2015 | *Y-ish* | 1 | N |
| 1985-3169/A | Motion-Motion To Restore And Other Related Relief *by Fran* | 09-30-2015 | Y | 1 | N |
| 1985-3169/A | Affidavit In Support Of Motion By Dean Loren- *1-44* | 10-05-2015 | *printed Y p 3* | 1 | N |
| 1985-3169/A | Supplemental Affidavit In Support- *p.9 by Dean* | 10-09-2015 | Y | 1 | N |
| 1985-3169/A | Motion-Motion To Restore Compulsory Accounting And Other Related Relief *9p by Dean* | 11-09-2015 | Y | 1 | N |
| 1985-3169/A | Notice Of Motion-C/D 12-15-15 *3p by Dean* DEAN | 11-09-2015 | Y | 1 | N |
| 1985-3169/A | Reply Affirmation- *17p by Fisher* FISHER | 11-13-2015 | Y | 1 | N |
| 1985-3169/A | Affidavit In Support-*13p by Dean* DEAN | 12-10-2015 | Y | 1 | N |
| 1985-3169/A | Motion-Motion To Grant Leave And Other Related Relief *DA* | 01-15-2016 | *Y by Da* | 1 | N |
| 1985-3169/A | Notice Of Motion-Return Date 2-2-16 *Dean* | 01-15-2016 | Y | 1 | N |
| 1985-3169/A | Reply Affirmation- *Fisher 15p* | 01-22-2016 | Y | 1 | N |
| 1985-3169/A | Order And Written Decision-Decision *1p* | 01-28-2016 | Y | 1 | N |
| 1985-3169/A | Order And Written Decision-Decision *1p* | 02-18-2016 | Y | 1 | N |
| 1985-3169/A | Order And Written Decision-Decision *2p* | 07-07-2016 | Y | 1 | N |
| 1985-3169/A | Clerk To Notify-Regular Mail | 07-11-2016 | Y | 1 | N |
| 1985-3169/A | Affirmation Of Unavailability-Dean Loren | 12-08-2016 | Y | 1 | N |
| 1985-3169/A | Correspondence- *IRS Dean + Step.* | 12-17-2016 | Y | 1 | N |
| 1985-3169/A | Order And Written Decision-Decision- | 04-13-2017 | Y | 1 | N |
| 1985-3169/A | Clerk To Notify-Regular Mail *Bruce* | 04-18-2017 | Y | 1 | N |
| 1985-3169/A | Notice Of Entry-Re Decision 4-13-17 | 05-11-2017 | Y | 1 | N |