**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Gordon Bennett Trust (the "Claimant"), having filed an objection (Docket No. 466) to the

Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#013917;

015287; 015335), hereby gives notice that the Claimant withdraws such Objection.

Dated: May 2, 2018      **LAX & NEVILLE LLP**

By: */s/ Brian J. Neville*
Brian J. Neville
1450 Broadway, 35th Floor
New York, NY 10018
Telephone:  212.696.1999
Facsimile:  202.566.4531
Email: bneville@laxneville.com

*Attorneys for Claimant*