# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

May 7, 2018

Jason I. Blanchard
direct dial: 212.589.4619
jblanchard@bakerlaw.com

**VIA ECF AND E-MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:   Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities,
      Adv. Pro. No. 08-01789 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"). We write to respectfully request the Court's leave to file a supplemental declaration in further support of the *Trustee's Response to the Motion Filed By Dean Loren* (ECF No. 17276).

On April 25, 2018, the Court conducted a hearing on Mr. Loren's motion (ECF No. 17160). Based on certain statements Mr. Loren made at the hearing and in his subsequent supplemental filing (ECF No. 17525), the Trustee would like to supplement the record with additional information regarding the Trustee's notice of the Claims Procedure Order (ECF No. 12) and the Trustee's review of BLMIS's books and records pertaining to Wolf Popper LLP.

The Trustee has consulted with Mr. Loren's counsel, who has no objection to the Trustee's request.

Respectfully submitted,

*/s/ Jason I. Blanchard*

Jason I. Blanchard
Associate


cc:     Lalit K. Jain (via email)