UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------- X

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Debtor.

---------------------------------- X

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

        v.

J. EZRA MERKIN, GABRIEL CAPITAL, L.P.,
ARIEL FUND LTD., ASCOT PARTNERS, L.P.,
ASCOT FUND LTD., GABRIEL CAPITAL
CORPORATION,

        Defendants.

---------------------------------- X

SIPA LIQUIDATION

No. 08-01789 (SMB)

Adv. Proc. No. 09-01182 (SMB)

**NOTICE OF APPEARANCE**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that I, Mariel R. Bronen, of Dechert LLP, an attorney admitted to practice before this Court, hereby enter my appearance as counsel of record on behalf of Defendants J. Ezra Merkin and Gabriel Capital Corporation.

Dated:    New York, New York
        May 9, 2018

        DECHERT LLP
        By: _____
           Mariel R. Bronen
        1095 Avenue of the Americas
        New York, New York 10036
        mariel.bronen@dechert.com
        Tel: (212) 698-3500
        Fax: (212) 698-3599

        *Attorneys for Defendants J. Ezra Merkin*
        *and Gabriel Capital Corporation*