

1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**MARIEL R. BRONEN**

mariel.bronen@dechert.com
+1 212 698 3617 Direct
+1 212 314 0003 Fax

May 9, 2018

**VIA EMAIL AND ELECTRONIC FILING**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *Secs. Investor Prot. Corp. v. Bernard L. Madoff Inv. Secs. LLC*, No. 08-01789 (SMB)
*Picard v. Merkin*, Adv. Proc. No. 09-01182 (SMB)

Dear Judge Bernstein:

On behalf of Defendants J. Ezra Merkin and Gabriel Capital Corporation (collectively "Merkin Defendants") and Ralph C. Dawson, as Receiver for Defendant Ascot Partners, L.P., and Ascot Fund Limited ("Defendants"), we respectfully submit this request for access to a private room in the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, New York, to be used as a breakout and storage room during trial.

Trial is scheduled to commence before Your Honor in the above captioned adversary proceeding on Monday, June 18, 2018. *See* Hearing Transcript at 66:3, *Picard v. Merkin*, Adv. Proc. No. 09-01182 (SMB). We therefore request access to the room from Friday, June 15, 2018, through the conclusion of the trial.

Respectfully submitted,

Mariel R. Bronen

MRB

Cc: All counsel of record