# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Lan Hoang
direct dial: 212.589.4262
lhoang@bakerlaw.com

May 10, 2018

**VIA ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:   *Picard v. Merkin, et al.;* Adv. Pro. No. 09-01182 (SMB)

Dear Judge Bernstein:

    We are counsel to Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff ("Trustee") and plaintiff in the above captioned adversary proceeding.

    On behalf of the Trustee, we respectfully submit this request for access to a private room in the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, New York, to be used as a breakout and storage room during trial scheduled to commence before Your Honor on Monday, June 18, 2018. *See* Hearing Transcript at 66:3, *Picard v. Merkin,* Adv. Proc. No. 09-01182 (SMB) (Mar. 28, 2018). We therefore request access to the room from Friday, June 15, 2018, through the conclusion of the trial.

Sincerely,

*/s/ Lan Hoang*


Lan Hoang
Partner


cc:   All counsel of record