

DAVID GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496-1422

01/08/2014

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
SECURITIES INVESTOR PROTECTION
CORPORSTION
ONE BOWLING GREEN
NEW YORK, NEW YORK 10001

ATTENTION: HONORABLE JUDGE LIFLAND

I DAVID GROSS 7248 BALLANTRAE CT. BOCA RATON FLORIDA  33496  561 483 4543
E MAIL ADDRESS  DAVIDGROSS63@GMAIL.COM.
MAKING A REQUEST THAT THE RULING THE HONORABLE JUDGE BURTON R. LIFLAND
AND THE SECURITIES INVESTERS PROTECTION CORPORATION BE UN ENJOINED FROM
THE PROCEEDINGS REFERRED TO DOCUMENT OF 12/04/13 OF WHICH I AM ENCLOSING
A COPY OF FOR FAMILIARIZING THEIRSELVES WITH MY REQUEST.

I AM ENCLOSING A COPY OF BROKER CHECK REPORT
COHMAD SECURITIES CORPORATION CRD 16307
REPORT #46528-80098 DATA CURRENT AS OF MONDAY  APRIL 22 2013
THIS INFORMATION WILL GIVE SOME HISTORY OF THE DIRECTORS AND
SHAREHOLDERS FROM START OF COHMAD AND THE TIME AND DATE THEY
TERMINATED THEIR POSITION WITH FINRA.
SINCE FINRA IS IN NO POSITION TO ENFORCE  ANY RULING WITH COHMAD, HOW
IS IT POSSIBLE FOR THIS ACCTION TO INTERFEAR WITH THE THE TRUSTEE AND
PICARD. WHAT ASTONISHES DAVID GROSS IS THAT BERNARD MADOFF BEING A DIRECTOR
OF COHMAD, HE INFLUENCED THE FAMILY AFFAIR OF THE  OFFICERS AND  THESE
DIRECTORS, WERE A VERY INFLUENCIAL  AS GUILTY AS BERNARD MADOFF., A PONZI FAMILY
ABEING REWARDED WITH MONIES THAT WAS MISAPROPRIATED.

ENCLOSED IS INFORMATION INDICATING RICHARD SPRING INVITED ME INTO
THE BERNARD MADOFF INVESTMENTS. DID HE PUT MY MONIES IN HIS DIFFERENT
ACCOUNTS. FINRA HAS GIVEN ME THE OPPORTUNITY TO PROVE I WAS AN INVESTER
PRIOR TO 1996 WHICH I AM ENCLOSING ONE OF THE TRUSTEE TERMINATION OF DAVID GROSS
AND IRMA GROSS CLAIM ON ACCOUNT 1-CM404-3-0. I GAVE MONY TO RICHARD SPRING
WHEN HE STARTED AS A REPRESENTATIVE OF COHMAD. AS OF THIS WRITING MR, SPRING
HAS NOT ACKNOWLEDGE KNOWING ME . WE BELONGED TO THE SAME GOLF CLUB
WHERE HE MUST HAVE OTHERS, HE HAD INVESTED WITH COHMAD AND BMIS,
WHERE DID HIS EARNINGS COME FROM AND WHICH ACCOUNTS DID HE REPRESENT.

A LETTER DATED JANUARY 18, 2013 FROM BAKER&HOSTETLER LLP GAVE ME
THE INCENTIVE TO REACH OUT TO THE COHMAD  REPRESENTATIVE.THE MAIN
QUESTION IS WHO OPPENED AN ACCOUNT IN THE NAME OF DAVID GROSS AND

RECEIVED APR 30 2018

IRMA GROSS ACCOUNT NUMBEER 1-CM404-3-0. I WAS LED TO BELIEVE THAT THE CM IN FRONT OF ACCOUNT NUMBER WAS TO REPRESENT THE SOURCE TO COHMAD,

IN NO WAY, COULD I INTERFEAR
WITH ANYTHING TO HINDER THE GOOD
WORK THE TRUSTEE HAS BEEN DOING. THERE IS NOTHING IN WRITING THAT DAVID GROSS OPENED AN ACCOUNT WITH ANY OF BERNARD MADOFF BUSINESS ADVENTURES INCLUDING MADOFF. I DAVID GROSS TRUSTED RICHARD SPRING,

I AM LOOKING FOR ASSISTANCE, FROM ANY AGENCY TO BRING THE TRUTH AND JUSTICE OF A INQUIRY SUCH AS THIS. THANK GOD, FINRA GAVE ME THE OPPORTUNITY TO HAVE AN INVESTER HEARD,

I CAN'T AFFORD TO RETAIN ATTORNEYS OR ACCOUNTANTS BECAUSE TIME IS MONEY AND NO ONE WANTS TO SPEND TIME WITHOUT BEING COMPENSATED. I AM AVAILABLE TO ANSWER MANY QUESTIONS AND HAVE MORE INFORMATION AS TO THE PONZI SCAM AND FRAUD.

SINCE;RELY,

DAVID GROSS

P.S I HAVE MUCH MORE TO SAY GIVEN THE OPPORTUNITYp

——— Forwarded message ———
From: "Network For Investor Action" <admin@investoraction.org>
Date: Dec 17, 2015 1:00 PM
Subject: NIAP: Daily News 12-17-15
To: <davidgross63@gmail.com>
Cc:

# NIAP
## Network for Investor Action and Protection

**Daily News Clips**
**December 17th, 2015**

### ABC News:
*[handwritten: COHMAD]*

**EX-MIT Dean and Son to Serve Prison Time for Hedge Fund Scam**

*[handwritten: WHY DID COHMAD GO FREE]*

A former Massachusetts Institute of Technology associate dean and his son have been sentenced to 3¾ years in prison for a hedge fund scam that cost investors more than $140 million. *[handwritten: WITH ASSOCIATES AND OFFICERS]*

### NY Post:
The federal 'rescue' is failing Bernie Madoff's victims

Seven years ago today, Bernie Madoff was arrested for orchestrating the most devastating Ponzi scheme in US history. Unfortunately, many of Madoff's victims still haven't seen the restitution they were guaranteed under federal law.

### The Telegraph Leader:
Madoff accomplice Daniel Bonventre jailed for 10 years

Image caption Bonventre and four others Madoff associates were found guilty of fraud in March. A ex- associate of Bernie Madoff has been sentenced to 10 years in jail for aiding the disgraced Wall Street financier in his $65bn (£42bn) fraud scheme. Daniel Bonventre, 67, was also ordered to forfeit $155bn (£99bn).

*[handwritten: WHAT ABOUT ACCOMPLICE COHMAD AND ITS OFFICERS COHMAD]*

**Visit Us Online!**
www.investoraction.org

*[handwritten: AND ASSOCIATES]*

This message was sent to davidgross63@gmail.com from: