## *LKJESQ*

| "Good Law" Day 05.10.2018 | LAW OFFICES OF LALIT K JAIN ESQ<br>Laws *correctly applied* instead of *mis*applied as constitutionally mandated™<br>Let all live in truth Knowing Justice always insures nature™ | Fon: 718-255-6576<br>Cell: 718-316-5921<br>Fax: 347-637-5498 |
|---|---|---|
| Practice of Law in NY State, US Tax and District Courts, US Supreme Court, and all Courts in India ||| 
| Scripted a *Free Unbiased Legal Guide* as a *priceless gift* to us local and global We the People in billions. ™ |||

### VIA ECF AND EMAIL

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities*, Adv. Pro. No. 08-01789 (SMB)

Sub:  Objectant Dean Loren's Answer to Trustee's *Defiled* Request Filed on 05.07.2018.

Hon Judge Bernstein:

We are Counsel to Objectant Dean Loren same as BakerHostetler ("BH") are to the Trustee.

Our *legal answer* is to Trustee's *defiled* request filed on May 07, 2018.[1] It *failed to attach* on purpose the *now attached* copy of 05.07.2018 *written consent duly signed* by Mr. Loren's Counsel *limiting the supplemental filing* to help the Court insure Justice by laws *correctly applied*.

"The Trustee *has consulted with Mr. Loren's counsel who has no objection* to the Trustee's Request"[2] *misleads* the Court to *factualize fictions* and/or *fictionalize facts*,[3] continue to act *above* the law for Injustice by laws *misapplied*, not begin to act *under* the law for Justice by laws *correctly applied* and not use this *one-in-lifetime-chance* to become the *world's first* Unbiased Federal Jurist to make the world's oldest hurtful legal system hurting all helping none **upgrade into** the world's newest helpful system helping all hurting none as equal protection of the laws correctly applied, knowing that the Oct 31, 2013 NYS Queens County Criminal Court did become the *world's first* Unbiased State Jurist in the criminal case of *People v Onuorah* (Doc 17525, *Judicious Caveat* by LKJESQ marked A1-A4 at A2 attached here to help all involved save legal time).

*With all due respect to the Court* and *the truth, the whole truth, and nothing but the truth*,[3] the **dispositive issue now** is to **end all threats** to Courts' *transparent integrity* from *factualized fictions* and/or *fictionalized facts* as **self-proving red flags**.[3]

The Court is controlled by *duly proved facts* to please act *under* the law *correctly applied* to protect secured due process of law *from **becoming** defiled into compromised* due process of lie *mis*leading the Court, take *immediate judicial notice of* all **self-proving red flags** and begin to act *under* the law for Justice *with prejudice* as the *unbiased correct and fair final closure* as follows:

| Recipients: | Hon Stuart Bernstein | cc | Jason Blanchard | cc | David J Sheehan |
|---|---|---|---|---|---|
| Fon: | 212 284-4078/ 212 668-2304C | | 212 589-4619 | | 212 589-4616 |
| Fax: | N/A | | 212 589-4201 | | 212 589-4201 |
| EMail: | Bernstein.Chambers@NYSB.USCourts.Gov | | JBlanchard@BakerLaw.Com | | DSheehan@BakerLaw.Com |
| Unauthorized use of this confidential/privileged fax and/or its contents is unlawful.<br>Unintended faxees please fax back top page, destroy the fax and avoid all consequences. **Thanks.** |||| Total Page(s):<br>3 + 4 + 2 = 9 ||

Go www.*TruthIsPrudence*.Com So No Human and/or Nation Lives and Dies in Lies Suffering.
www.*TruthIsPrudence*.Com includes People-Approved *Universal* Solution to the *Universal* Problem.
LKJESQ@LKJESQ.COM / 61-22 Booth Street Rego Park NY 11374-1034.

*LKJESQ*

Honorable Stuart M. Bernstein
Re: *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities,*
   *Adv. Pro. No. 08-01789 (SMB)*
"Good Law" Day 05.10.2018

1  *Per se*, Court *has to find* that Trustee's *defiled* request filed on May 07, 2018 *misleads* the Court since it includes *factualized fictions* and/or *fictionalized facts*;[3]

2  *Per se*, Court *has no authority* to *factualize fictions* and/or *fictionalize facts* on its own motion and/or if and when requested for Obstruction of Justice by laws *misapplied* assassinating Justice by laws *correctly* applied aka Immunized Organized Justicide; and

3  *Per se*, Court *has* to use **this self-proving red flag to revisit all prior** Orders, Settlements, etc. duly archived in the entire record of the case **to vacate as void** those that are ***defiled*** by *fictionalized facts* and/or *factualized fictions* on its own motion and/or as and when requested since enforcers of *all* void Orders, Settlements, etc. are *trespassers-in-law with no immunity*.

As Counsels to our Clients *with common interest in marshaling all the assets*, all our ongoing legal duties and/or fiduciary duties are *intertwined thus inseparable*, no ifs, ands/or buts. They are all **to** Evelyn Goldberg Estate as a beneficiary of the Simon Goldberg Estate, a Madoff victim, **to** Simon Goldberg Estate as a beneficiary of the Madoff Trust, and **to** *now attached written consent*. That is why it was intended to help BH to limit its supplemental filing for an Order to help BH do just that in order to insure ***uncompromised financial restitution*** to every beneficiary of the Trustee including the Evelyn Goldberg Estate and leave no one with *unlawful gains* since day one.

Please let Your Honor's staff contact Lalit K Jain Esq via email to LKJESQ@LKJESQ.COM or via phone at 718 255-6576 in the event the Court and/or its staff has any questions.

As always, a courtesy copy of this letter will be hand-delivered to Chambers.

Respectfully submitted,
*/s/ Lalit K Jain*
Lalit K Jain
LKJESQ/aj
encs The 05.07.2018 written consent duly signed by *Mr. Loren's Counsel*
cc w/encs: Jason Blanchard and David J Sheehan etc. *via email*

---

[1]  **Miscellaneous:**
   08-01789-smb Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et al Case
   **U.S. Bankruptcy Court Southern District of New York**
   Notice of Electronic Filing / The following transaction was received from David J. Sheehan entered on 5/7/2018 at 2:59 PM and filed on 5/7/2018.
   **Case Name:** Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a
   **Case Number:** 08-01789-smb / **Document Number: 17563**
   **Docket Text:** Letter *Request for Permission to File Supplemental Declaration* (related document(s) [17276]) Filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) … …

[2]  Based on certain statements Mr. Loren made at the duly concluded Apr 25, 2018 hearing on Mr. Loren's motion (ECF No. 17160) and in his subsequent supplemental filing (ECF No. 17525), the

*LKJESQ*

Honorable Stuart M. Bernstein
Re: *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities,*
    *Adv. Pro. No. 08-01789 (SMB)*
"Good Law" Day 05.10.2018

---

Trustee served and filed on May 07, 2018 for Court's leave to file a supplemental declaration in further support of the *Trustee's Response to the Motion Filed by Dean Loren* (ECF No. 17276).

In it, the Trustee would like to supplement the record with additional information regarding the Trustee's notice of the Claims Procedure Order (ECF No. 12) and the Trustee's review of BLMIS's books and records pertaining to Wolf Popper LLP....

3

**1 of 3**
On Mon, May 7, 2018 at 9:31 AM, Blanchard, Jason I. <jblanchard@bakerlaw.com> wrote:
Lalit,
I am writing to follow up on our conversation from this past Friday. Please advise whether you have any objection to the Trustee's prospective request to the Court for leave to file a supplemental declaration in further support of the Trustee's response to Mr. Loren's motion. The declaration will address the Trustee's protocol for providing notice of the Claims Procedure Order and the Trustee's examination of the BLMIS books and records with respect to Wolf Popper LLP.
We plan on filing a letter with the court this afternoon. Regards, Jason
**Jason Blanchard**   Associate 45 Rockefeller Plaza New York, NY 10111-0100
T +1.212.589.4619 jblanchard@bakerlaw.com bakerlaw.com
    This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. ...

**2 of 3**
On Mon, May 7, 2018 at 9:59 AM, Lalit K. Jain <lkjesq@gmail.com> wrote:
Hi Jason:
    Sorry for the delay. We await response from Dean *to help finalize our no objection letter to you to be attached to your filing this afternoon.* In the meantime, please confirm our 30-day right to reply to your supplemental declaration. Thanks Lalit
Law Offices of Lalit K Jain Esq
 Laws *correctly applied* instead of *mis*applied as *constitutionally mandated.* (TM)
6122 Booth Street Rego Park  NY 11374-1034
Fon: 718-255-6576 / Fax: 347-637-5498 / Cell: 718-316-5921

**3 of 3**
On Mon, May 7, 2018 at 12:49 PM, Lalit K. Jain <lkjesq@gmail.com> wrote:
Hi Jason:
Finally, *attached is our consent with no objection letter for your use to timely serve and make your timely filing this afternoon to help expedite the processing.*
    As always, thanks for your ongoing help and cooperation. Lalit
Law Offices of Lalit K Jain Esq
 Laws *correctly applied* instead of *mis*applied as *constitutionally mandated.* (TM)
6122 Booth Street Rego Park  NY 11374-1034
Fon: 718-255-6576 / Fax: 347-637-5498 / Cell: 718-316-5921

*LKJESQ*

| 01.16.2018 Updated 04.21.2018 | **LAW OFFICES OF LALIT K JAIN ESQ**<br>Laws *correctly applied* instead of *misapplied* as constitutionally mandated™<br>Let all live in truth Knowing Justice always insures nature™ | Fon: 718-255-6576<br>Cell: 718-316-5921<br>Fax: 347-637-5498 |
|---|---|---|
| **Practice of Law in NY State, US Tax and District Courts, US Supreme Court, and all Courts in India.** ||| 
| **Judicious Caveat:** *Freedom* from *Obstruction* of Justice by Laws *Misapplied* Insures Justice by Laws *Correctly Applied.* ™ |||

The *therapeutic issue* before every Honorable Court is as follows:

*Isn't it human* to make con artists, errorists and terrorists pay their victims *therapeutic restitution* for rehabilitation and prevention of errors because to err is human, to forgive is divine but human never was, never will be, divine to forgive, *no ifs, ands or buts*?

*May it please the Court* to not act wrong with *a closed mind immunizing injurers* as Obstruction of Justice but act right with *an open mind* to make *injurers pay therapeutic restitution* as Justice?

Obstruction of Justice is to "conceal the truth"[1] by laws *misapplied* for *false* sense of security.[2] It *has to be voided* by "arriving at the truth"[3] by laws *correctly applied* as Justice[4] for *true* sense of security.[5] Justice by *clean*[6] *excuse-free* Courts[7] *has to* make *injurers* pay *therapeutic restitution* to their injureds, *pay more* for *excuses misused* by predators[8] *violating* laws against *unlawful gains*[9] from *pleasurable assaults* like sexual assaults,[10] lexual (legal), financial, ethical, moral, spiritual, political, constitutional and other assaults *promoted* by Obstruction of Justice as **unhuman** instead.

The *oldest* BIZZARO Corruptional Cartoon *dishonors* Honorable Courts *making the numbers add up wrong as proof* that IN GOD WE TRUST *but* IN FICTIONS WE BELIEVE to insure Obstruction of Justice causing *negative effects* for **law-breaking news** in *evil* social media.



www.*TruthIsPrudence*.Com includes People-Approved *Universal* Solution to the *Universal* Problem.
LKJESQ@LKJESQ.COM / 61-22 Booth Street Rego Park NY 11374-1034.

**A1 of A4**

*LKJESQ*
*Freedom* from *Obstruction* of Justice by Laws *Misapplied* Means Justice by Laws *Correctly Applied.* ™
01.16.2018 Updated 04.21.2018

The *newest* KEKSIAN Correctional Cartoon *honors the same* Honorable Courts *making the numbers add up right as proof* that IN GOD WE BELIEVE *thus* IN FICTIONS WE DON'T to insure Justice causing *positive effects* for *law-obeying news* in *good* social media.



Every Officer of the Courts' *same old singular* loyalty to the Honorable Court required the attorney at law aka **LKJESQ** to make *true, correct and complete disclosure* of the end of the common law tradition of *judicial bias* as the end of protecting the errorists. It is *irreversibly immortalized* in the Oct 31, 2013 25-page NYS Queens County Criminal Court Transcript of a bench trial in the criminal case of *People* v *Onuorah* aka Docket No. 2012QN040877.

> "[p20]…THE COURT [*initially* **misjudged**]: …I do find the defendant guilty…unless you [**Jain**] want to be heard… [p21] MR JAIN [said]: Yes… [p22]. THE COURT [then ordered]…Parties *step up real quick.* **(Whereupon a bench discussion was held)**…THE COURT [*had to be pleased to insure Justice by laws correctly applied preventing judicial conspiracy*] After *re-examining the statute more closely* and…as I *reread it, many, many more times, my initial reading of it was incorrect…*[p23]. ¶…*I have to* change my verdict [*of guilty insuring Obstruction of Justice as Ruthless Injustice by laws misapplied committing judicial conspiracy*] to not guilty [verdict]."… ¶ COURT OFFICER [*had to honor the framed motorist who was unconstitutionally prosecuted*]: **You are free to go.**"

---

[1] "A petition for a writ of certiorari is *rarely* granted when the *asserted error* consists of *erroneous factual findings* or the *misapplication* of a *properly stated rule of law* [in *thousands of cases filed every year* for an Order to end the common law tradition of *judicial bias* insuring judicial conspiracy]." SCOTUS Rule 10, *Considerations Governing Review of Certiorari.*

[2] "…But if you think that it is terribly important that the case came out wrong, *you miss the point* of the [Evil sold as Royal] common law [tradition of **lie** to make the right to do wrong *end* the duty to do

*LKJESQ*
*Freedom* from *Obstruction* of Justice by Laws *Misapplied* Means Justice by Laws *Correctly Applied.* ™
01.16.2018 Updated 04.21.2018

---

right]. In the [evil] grand scheme of things, *whether the right party won is really secondary.* Famous old cases are famous, you see, not because they came out right, but because the rule of law **[lie]** they announced was the intelligent one **[insuring Obstruction of Justice]**...Common-law courts performed two **[exact opposite good and evil]** functions: One was to apply the law to the facts **[as the good thus less important function to insure therapeutic restitution for rehabilitation as Justice]** ....But the *second function*, and the more important one **[as the evil one to deny such restitution as Obstruction of Justice]** was to make **[the predators' lie]** the law [of the case on a case by case basis (at p.6)] ... and thus the common-law tradition **[of judicial bias]** is passed on...[to prevent evil governments *still dying to upgrade begin to upgrade* into good governments in *all* their forms since day one (at p.9)]...."
*A Matter of Interpretation, Federal Courts and the Law*, p6 and p9, 1997 ed., by Justice Scalia.

3   *Per se*, "**arriving at the truth [insuring Justice]** is a fundamental goal of our legal system" in *US* v *Havens*, 1980, 446 US 620, 626. *Per se*, "we are, after all, always engaged in a search for truth in a criminal case so long as the search is surrounded with the safeguards provided by our Constitution [*against arriving at lies* insuring Obstruction of Justice preventing Justice instead]."
*Oregon* v *Hass*, 1975, 420 US 714, 722.

"Judgments are, *as it were*, the *sayings of the law* [*lie*] ... received as truth [**when they *are the* truth**]."
*Judicia sunt tanquam juris dicta, et pro veritate accipiuntur.* Bl Dict, 6th Ed, p 850.

"...the *intense intellectual and emotional life which has come with the advance of civilization has made it clear* that *only a part of the pain, pleasure, and profit of life lies in physical things.* ¶We conclude that *peace of mind* **[insuring Justice preventing Obstruction of Justice]** is an interest of sufficient importance to receive protection from the law against intentional invasion of the kind here involved ...The alleged conduct of the defendant in intentionally causing the severe emotional disturbance... **it is the outrageous nature of his conduct that forms the basis for the action.**"
*Knierim* v *Izzo*, 1961, 22 Ill 2d 73, 87-88, 174 NE2d 157.

4   **Justice** according to laws *correctly read, interpreted and applied making correct judgments* is right thus constitutional *preventing, or else vacating as void*, **Obstruction of Justice** according to laws *misread, misinterpreted and misapplied making misjudgments* as wrong thus unconstitutional.

5   "...where all the relevant facts are ...shown by the Court's own records **[to make numbers add up right insuring Justice]**, of which it takes notice, there appears no good reason why an answer should be first required **[to make numbers add up wrong insuring Obstruction of Injustice]**...."
*W.E. Hedger Transp. Corp.* v *Ira S. Bushey & Sons*, 2nd Cir.1951, 186 F2d 236, 237.

6   "In so holding, we place power and responsibility where in reason they should be...*for the health and honor of the profession and for the protection of the public*...If the [unclean] house is to be cleaned, it is for those [jurists, lawyers, Officers of the Courts and other licensed and unlicensed forensic experts who occupy and govern it...[imposing *on all law enforcement officers* like Judges, Policemen, etc. the normal duty to never ever enforce Obstruction of Justice]."
*People Ex Rel Karlin* v *Culkin*, 1928, Ct App, CJ Cardozo, 248 NY 465, 479-480.

"We are not final because we are infallible, but we are infallible because we are final [*errorists* who violate the fundamental goal of our legal system to find the truth, *mis*use *emotions* to make mistakes to protect and reward predators and perjurers, and *refuse to use evidence* to make them pay *restitution*]."
*Brown* v *Allen*, **Justice Jackson**, 1953, 344 US 443, 540.

7   ... Where a court has jurisdiction, it has a right to decide every question which occurs in the cause, and whether its decision be correct **[acting *under* the law thus *with jurisdiction* in law]** or otherwise, its judgment **[insuring Justice]** is regarded as binding in every other court. But if it act [*above* the law

**A3 of A4**

*LKJESQ*
*Freedom* from *Obstruction* of Justice by Laws *Misapplied* Means Justice by Laws *Correctly Applied.* ™
01.16.2018 Updated 04.21.2018

---

thus *without jurisdiction* in law], its judgments and orders [**insuring Obstruction of Justice**] are regarded as nullities [(**"Nullities"**)]. They are not voidable [*waiting to be voided*], **but simply void**...*even prior to a reversal.* ...all persons concerned in executing such [**void,** *even voidable waiting to be voided***,**] judgments or sentences are considered in law as trespassers [in law ("**Outlaws**")].
*Elliott v Lessee of Piersol*, 1828, 26 US (1 Pet.) 328, 340-341.
   A void act ... may be attacked in any forum, state or federal, where its validity may be drawn in issue.
*Pennoyer v Neff*, 1878, 95 US 714, 732-733, *World-Wide Volkwagen Corp.* v. *Woodson*, 444 US 286.
   When rule providing for relief from void judgments is applicable, relief [**from Obstruction of Justice**] is *not a discretionary* matter, but is *mandatory* [for Outlaws to return to their prey their prey's property *held in deemed constructive trust* for their prey's benefit since day one ("**Mandatory Relief**")].
*Orner* v *Shalala*, Colo. 1994, 30 F3d 1307.

[8]   A *predator* is a *predatory* traditionalist enjoying *territorial human rights* to injure and/or exploit others for *unlawful* gains and/or profits and *will not let* its untruthful thus illegal, unethical, immoral, unspiritual and unconstitutional ecology or environment insuring Obstruction of Justice *upgrade into* truthful thus legal, ethical, moral, spiritual and constitutional ecology or environment insuring Justice as it <u>eradicates</u> Obstruction of Justice from the face of our Mother Earth with all due thanks to our Father Time.

[9]   "No one shall be permitted to profit by his own fraud, or to take advantage of his own wrong, or to found any claim upon his own iniquity, or to acquire property by his own crime. These [**common lie sold as common law**] maxims are dictated by public policy, have their foundation in **universal law** *misapplied* [**to insure Obstruction of Justice**]. They were applied in the decision of the case of the New *York Mutual Life Insurance Company* v *Armstrong* ([1886, Field, J.], 117 US 591).
*Riggs* v *Palmer*, 1889, 115 NY 506, 511; *Imperator Realty Co* v *Tull*, 1920, **Cardozo**, 228 NY 447, 457.
   The Jun 11, 1963 *denial* of *restitution for rehabilitation* asked by a baby-in-fact who was *mis*judged as a bastard-in-law in the case of *Zepeda* v *Zepeda*, 1963, 41 Ill App2d 240 is **wrong awaiting correction**.
   "... [262]...We [**men**] have decided to affirm the dismissal of the claim. We do this, *despite our designation of the wrong committed herein as a tort*, because of our *evil belief* that lawmaking, while inherent in the judicial process, should not be indulged in where the [**good**] **result could be as sweeping**. The interest of [263] society is so involved, the action needed to redress the tort could be **so far-reaching**, that the [**good**] policy of the State should be declared by [**local, state and federal lawmakers as**] the representatives of the people [who are *far, far more obsessed than us as judges with committing blasphemy failing to handle the truth* and **not end** men's *irresistible evil love with their evil sexual addiction to risk-free illicit sex even with other men's wives to corrupt genetic families with absolute immunity*]."

[10]   "...if two policemen see a rape and watch it just for their own amusement, no violation of the Constitution [*misapplied* to protect *sexual, lexual and other predators' rights* as Obstruction of Justice by laws *misapplied* and so *not make the predators pay their prey therapeutic restitution* for rehabilitation and prevention of *self-proving predation assassinating* Justice by laws *correctly applied*] ... (*laughter*)".
   **May It Please the Court**...Transcripts of 23 Live Recordings of Landmark Cases before the Supreme Court Available to the Public for the First Time, Edited by Peter Irons and Stephanie Guitton 1993, pp 39-60 at pp 46-47; Big Media made this Nov 2, 1988 <u>law-breaking</u> *confession without correction* <u>law breaking news</u>. Please hear (39:00 to 41:00 minutes) at *http://tinyurl.com/pnu9lrj* to *believe* this *predatory argument* by Chief Justice Rehnquist in *physical, not sexual,* abuse case of an infant son by its adult father *blessed* by the County the Journalist making journal entries in its archives.

*Let all Live in Truth Knowing Justice always Insures Nature.* ™

**A4 of A4**

**LKJESQ**

| 05.07.2018 | **LAW OFFICES OF LALIT K JAIN ESQ**<br>Laws *correctly applied* instead of *misapplied* as constitutionally mandated™<br>Let all live in truth Knowing Justice always insures nature™ | Fon: 718-255-6576<br>Cell: 718-316-5921<br>Fax: 347-637-5498 |
|---|---|---|

Practice of Law in NY State, US Tax and District Courts, US Supreme Court, and all Courts in India.
The *Free Unbiased Legal Guide* for Justice by Laws *Correctly Applied* to Vacate as Void *Obstruction* of Justice by Laws *Misapplied*. ™

Attorney Jason Blanchard Esq  
BakerHostetler  
45 Rockefeller Plaza  
New York NY 10111

Adv. Pro. No 08-01789 (SMB)  
Court-Ordered Indispensable Evidence  
Served and Filed as Due by 05.02.2018

Re:   Our Written Consent to BH Request to Serve and File Supplemental Declaration

Hi Jason:

I am sorry I missed your call but not your duly summarized morning message that we understood.[1]

Thanks for your call on Friday, May 4, 2018. We are sorry for the delay in our answer. You asked for our consent to BH filing a Supplemental Declaration to its prior initial Response to Dean Loren's Motion. Our consent will prevent the need for a Court Order. We remember that the Court had reserved its decision on our request for a Court Order *for the Wolf Popper Client Billing Statements* that BH also serve and file dispositive documents. We asked and got our Court Order to serve and file our dispositive documents with us. Our consent will prevent the need for the Court to pass the Decision reserved on Apr 25, 2018 to make it possible to connect the dots.

We are therefore pleased to give you our due consent *with the right to respond*, **if needed**, *to your response, if clarification for you creates confusion for us and/or the Court*, **not otherwise**.

Our written consent is for due inclusion as an attachment with your Supplemental Declaration to insure transparent integrity of the due process of law unless you inform us of your legal objections.

You had also confirmed that BH is still reviewing, but have not yet completed its review of, our dispositive documents served and filed 05.01.2018. It appears that BH, *even before its complete review*, also felt that all dispositive documents together are inevitable to help the Court, and us, to see and verify *the truth, the whole truth, and nothing but the truth* to make Justice by laws *correctly applied using facts* prevent Obstruction of Justice by laws *misapplied using fictions*.

We hope by now your review is 100% complete to agree with us that together they will all help address Wolf Popper Client Statements as the dispositive evidence of *the control of Wolf Popper*. As the sure link between commingled Madoff and Simon Goldberg local and global investments (*Please see Loren's Affidavit dated April 23, 2018 Exhibit 8 pp122-134, Accounting under the Control of Wolf Popper*), they will also help the Trustee to identify and separate all assets that rightly belong to the Trust with the balance to the Simon Goldberg Estate, even other clients of Wolf Popper LLP, as well as client accounts of Wolf Popper LLP that did not rightly belong to Wolf Popper LLP but were still invested with BLMIS to which Dean personally spoke to Irving

| Recipients: | | Jason Blanchard | cc | David J Sheehan | cc | Dean Loren |
|---|---|---|---|---|---|---|
| Fon: | | 212 589-4619 | | 212 589-4616 | | 718 277-1367 |
| Fax: | | 212 589-4201 | | 212 589-4201 | | |
| EMail: | | JBlanchard@BakerLaw.Com | | DSheehan@BakerLaw.Com | | DeanLoren@GMail.Com |
| Unauthorized use of this confidential/privileged fax and/or its contents is unlawful.<br>Unintended faxees please fax back top page, destroy the fax and avoid all consequences. **Thanks.** | | | | | | Total Page(s):<br>2 |

Go www.*TruthIsPrudence*.Com So No Human and/or Nation Lives and Dies in Lies Suffering.  
www.*TruthIsPrudence*.Com includes People-Approved *Universal* Solution to the *Universal* Problem.  
LKJESQ@LKJESQ.COM / 61-22 Booth Street Rego Park NY 11374-1034.

**LKJESQ**

Attorney Jason Blanchard Esq BakerHostetler
Adv. Pro. No 08-01789 (SMB) Court-Ordered
Indispensable Evidence Served and Filed as Due by 05.02.2018
Re: Our Written Consent to BH Request to Serve and File Supplemental Declaration 05.07.2018

Picard in 2012 or so (*Please also see Loren's Affidavit dated April 23, 2018 Exhibit 11 & 23 Wolf Popper's Informal Accountings*). Please inform us in the event you disagree with us.

You also did confirm, did you not, before Hon Bernstein that you accepted Wolf Popper LLP's statements to be all Client Accounts as the Gospel truth but took no steps to verify the veracity *of the fictions* thereof. (Please see *Loren's Affidavit dated April 23, 218 Exhibits 2-5, 7, 9, 13-22 Wolf Popper Bad Acts including creating a guardian ad litem on June 8, 1993 and lying about it until Judith Siegel Baum's billing was found in the files after Evelyn's death*).

Failing to verify the veracity violates fiduciary duties to marshal all assets due to the Trust.

As you have verified, our filings are probative of Wolf Popper LLP's lack of transparent integrity violating the legal, ethical and moral duties of the singular loyalty to the Courts of every lawyer as an Officer of the Court in the interest of Justice to prevent Obstruction of Justice.

Even Affidavit of John Franks with Exh A Client List Page 162 of 162 cites Wolf Popper and Madoff's Depositions addressing the Bloomberg Terminal Records for transactions in Treasuries for Wolf Popper LLP. It is Trustee's fiduciary duties to identify and separate all the accounts as Wolf Popper LLP's own accounts and Clients' Accounts including, but not limited to, Client Simon Goldberg Estate accounts.

Jason, once again, thanks for seeking our consent to help the Court also see and verify *the truth, the whole truth and nothing but the truth* so that Justice prevails and Obstruction to Justice fails.

By: _____
    Attorney Lalit K Jain Esq
LKJESQ/aj
cc David J Sheehan, Dean Loren

---

[1] Hi Lalit. This is Jason Blanchard calling from Baker Hostetler. I just wanted to clarify one item in your email. We would indicate your consent on the letter and I will cc you. There's no need to file an additional pleading with the Court and I just wanted to ask the reply we're just supplementing the record. There's nothing that we would be adding that wasn't already addressed in the hearing and we just wanted to clarify for the record. So we're not clear on why you were needing to file a reply or response but please give me a call back to discuss 212-589-4619. Thank you.