**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Kristin L. Keranen
kkeranen@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>   v.<br><br>PATRICE M. AULD, MERRIT KEVIN AULD, and JAMES P. MARDEN, | Adv. Pro. No. 10-04343 (SMB) |

| Defendants. |
|---|

# SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures have been exchanged.

2. Fact Discovery shall be completed by: August 15, 2018

3. The Disclosure of Case-in-Chief Experts shall be due: October 15, 2018

4. The Disclosure of Rebuttal Experts shall be due: December 17, 2018

5. The Deadline for Completion of Expert Discovery shall be: February 5, 2019

6. The Deadline for Service of a Notice of Mediation Referral shall be: February 19, 2019

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: March 5, 2019

8. The Deadline for Conclusion of Mediation shall be: June 25, 2019

Dated: May 14, 2018
       New York, New York

          By: /s/ Nicholas J. Cremona
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Kristin L. Keranen
Email: kkeranen@bakerlaw.com

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

*/s/ Richard Levy, Jr.*
Consented To:

Richard Levy, Jr.

**Pryor Cashman LLP**
7 Times Square
New York, NY 10036
Telephone: (212) 326-0886
Facsimile: (212) 798-6393

*Attorneys for Defendants*

3