**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BARRENECHE, INC., *et al.*,<br><br>Defendants. | Adv. Pro. No. 12-01702 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW JEFFREY L. ROETHER
AND NICHOLAS S. DAVIS AS ATTORNEYS OF RECORD
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw Jeffrey L. Roether and Nicholas S. Davis as Attorneys of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by Peter E. Kazanoff, Esq. of Simpson Thacher & Bartlett LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Jeffrey L. Roether, Esq. and Nicholas S. Davis, Esq. are withdrawn as attorneys of record on behalf of the following Defendants: Barreneche, Inc., Fairfield Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., and Share Management LLC.

2

IT IS FURTHER ORDERED that Jeffrey L. Roether, Esq. and Nicholas S. Davis, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**It is SO ORDERED.**

Dated: May 15, 2018
New York, New York

  /s/ STUART M. BERNSTEIN
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**