**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-01239 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW**
**NICHOLAS S. DAVIS AS AN ATTORNEY OF RECORD**
**PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw Nicholas S. Davis as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by Peter E. Kazanoff, Esq. of Simpson Thacher & Bartlett LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that Nicholas S. Davis, Esq. is withdrawn as an attorney of record on behalf of the following Defendants: Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon McKenzie,

Richard Landsberger, Philip Toub, Andrew Smith, Harold Greisman, Corina Noel Piedrahita, Lourdes Barreneche, Santiago Reyes, and Jacqueline Harary.

IT IS FURTHER ORDERED that Nicholas S. Davis, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

**It is SO ORDERED.**

Dated:  May 15, 2018
    New York, New York

    /s/ STUART M. BERNSTEIN
    **HONORABLE STUART M. BERNSTEIN**
    **UNITED STATES BANKRUPTCY JUDGE**