# BakerHostetler

Baker&Hostetler LLP

Key Tower
127 Public Square, Suite 2000
Cleveland, OH 44114-1214

T 216.621.0200
F 216.696.0740
www.bakerlaw.com

James H. Rollinson
direct dial: 216.861.7075
jrollinson@bakerlaw.com

May 16, 2018

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:   *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB) — *Picard v. Shapiro, et al.*, Adv. Pro. No. 10-05383 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff. We write respectfully to request the Court's leave to file a reply brief of no more than five (5) pages in response to the Defendants' Opposition to the Trustee's Motion to Compel the Production of Documents.[1]

On April 5, 2018, the Trustee filed a Motion to Compel the Production of Documents (ECF Nos. 94–95). On May 4, 2018, the Defendants filed their Opposition to the Trustee's Motion (ECF No. 99). The Trustee believes a reply brief will clarify the issues in dispute so the hearing on May 22, 2018 can proceed as efficiently as possible.

The Trustee asked Defendants whether they would consent to his seeking leave to file a reply brief, and they responded that they would object to it.

---

[1] The Trustee seeks leave because Local Rule 9006-1 is unclear whether leave is needed to file a reply brief in connection with a discovery motion.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC

Honorable Stuart M. Bernstein
May 16, 2018
Page 2

**BAKER & HOSTETLER LLP**

By: /s/ *James H. Rollinson*
127 Public Square
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

*and*

45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the liquidation of Bernard L.
Madoff Investment Securities LLC and the
consolidated estate of Bernard L. Madoff*