## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## EIGHTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Debbie Lynn Lindenbaum | 003283 | 2879 | Certilman, Balin, Adler & Hyman LLP | Debbie Lynn Lindenbaum | 1C1011 |
| Elisabeth Fishbein | 013314 | 3822 | Pryor Cashman LLP | Elisabeth Fishbein | 1ZA302 |
| George Nierenberg & Rhona Silverbush J/T WROS | 013966 | 3818 | Pryor Cashman LLP | George Nierenberg & Rhona Silverbush J/T WROS | 1N0032 |
| Jan Bernstein and Ken Bernstein JT/WROS | 013294 | 3824 | Pryor Cashman LLP | Jan Bernstein and Kenneth Bernstein J/T WROS | 1ZA804 |
| Ken Macher Settlor; Macher Family Trust | 003211 | 1793 | Pro Se Filing | Ken Macher Settlor Macher Family Trust | 1ZA460 |
| Linda Morse, Trustee for the Linda Morse Revocable Trust, dated 6/18/93 | 009369 | 2110 | Lax & Neville, LLP | Linda Morse Revocable Trust Dated 6/18/93 | 1M0167 |
| Linda Morse, Trustee for the Linda Morse Revocable Trust, dated 6/18/93 | 009715 | 2110 | Lax & Neville, LLP | Linda Morse Revocable Trust Dated 6/18/93 | 1M0167 |
| Murray Gold, Trustee U/A/D 08/08/90 | 001011 | 2865 | Bernfeld, Dematteo & Bernfeld, LLP | Murray Gold as Trustee U/A/D 08/08/90 | 1G0036 |
| NTC & CO FBO Ken Macher | 001831 | 1046 | Pro Se Filing | Millennium Trust Company, LLC FBO Ken Macher (95448) | 1ZR049 |
| Oxford Envelope Corporation | 013402 | 3827 | Pryor Cashman LLP | Oxford Envelope Corporation C/O Hertz Herson & Co LLP | 1ZA865 |
| Ruth Mechaneck | 000838 | 2792 | Lax & Neville, LLP | Ruth Mechaneck | 1ZB506 |
| Ruth Mechaneck | 070176 | 2792 | Lax & Neville, LLP | Ruth Mechaneck | 1ZB506 |
| Sheila Kolodny | 003349 | 2440 | Lax & Neville, LLP | Sheila Kolodny | 1K0132 |
| Sondov Capital Inc | 003249 | 1130 | Pro Se Filing | Sondov Capital Inc | 1S0362 |
| Steven J. Andelman and Susan R. Andelman | 013044 | 2453 | Pro Se Filing | Steven J Andelman & Susan R Andelman J/T WROS | 1A0030 |
| The Estate of Richard A. Luria, David Richman and Jay Rose, Executors | 002859 | 3036 | Jaspan Schlesinger LLP | Estate of Richard A Luria David Richman and Jay Rosen | 1L0108 |
| The Estate of Richard A. Luria, David Richman and Jay Rose, Executors | 002859 | 3035 | Jaspan Schlesinger LLP | Estate of Richard A Luria David Richman and Jay Rosen | 1L0108 |
| The Fishbein Family Interstitial Cystitis Rsch Fnd, c/o Robert Fishbein | 013296 | 3823 | Pryor Cashman LLP | The Fishbein Family Interstitial Cystitis Rsch Fdn | 1ZB334 |
| Verna T Smith Trustee U/A DTD 5/25/95 | 002439 | 826 | Pro Se Filing | Verna T Smith Trustee U/A DTD 5/25/95 | 1S0261 |