IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EIGHTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 000838 | 2792 | Ruth Mechaneck | Ruth Mechaneck | 1ZB506 | Lax & Neville, LLP | 7/21/2010 |
| 001011 | 2865 | Murray Gold, Trustee U/A/D 08/08/90 | Murray Gold as Trustee U/A/D 08/08/90 | 1G0036 | Bernfeld, Dematteo & Bernfeld, LLP | 8/11/2010 |
| 001831 | 1046 | NTC & CO FBO Ken Macher | Millennium Trust Company, LLC FBO Ken Macher (95448) | 1ZR049 | Pro Se Filing | 12/7/2009 |
| 002439 | 826 | Verna T Smith Trustee U/A DTD 5/25/95 | Verna T Smith Trustee U/A DTD 5/25/95 | 1S0261 | Pro Se Filing | 11/13/2009 |
| 002859 | 3036 | The Estate of Richard A. Luria, David Richman and Jay Rose, Executors | Estate of Richard A Luria David Richman and Jay Rosen | 1L0108 | Jaspan Schlesinger LLP | 10/14/2010 |
| 002859 | 3035 | The Estate of Richard A. Luria, David Richman and Jay Rose, Executors | Estate of Richard A Luria David Richman and Jay Rosen | 1L0108 | Jaspan Schlesinger LLP | 10/14/2010 |
| 003211 | 1793 | Ken Macher Settlor; Macher Family Trust | Ken Macher Settlor Macher Family Trust | 1ZA460 | Pro Se Filing | 1/20/2010 |
| 003249 | 1130 | Sondov Capital Inc | Sondov Capital Inc | 1S0362 | Pro Se Filing | 12/28/2009 |
| 003283 | 2879 | Debbie Lynn Lindenbaum | Debbie Lynn Lindenbaum | 1C1011 | Certilman, Balin, Adler & Hyman LLP | 8/19/2010 |
| 003349 | 2440 | Sheila Kolodny | Sheila Kolodny | 1K0132 | Lax & Neville, LLP | 6/16/2010 |
| 009369 | 2110 | Linda Morse, Trustee for the Linda Morse Revocable Trust, dated 6/18/93 | Linda Morse Revocable Trust Dated 6/18/93 | 1M0167 | Lax & Neville, LLP | 3/30/2010 |
| 009715 | 2110 | Linda Morse, Trustee for the Linda Morse Revocable Trust, dated 6/18/93 | Linda Morse Revocable Trust Dated 6/18/93 | 1M0167 | Lax & Neville, LLP | 3/30/2010 |
| 013044 | 2453 | Steven J. Andelman and Susan R. Andelman | Steven J Andelman & Susan R Andelman J/T WROS | 1A0030 | Pro Se Filing | 6/17/2010 |
| 013294 | 3824 | Jan Bernstein and Ken Bernstein JT/WROS | Jan Bernstein and Kenneth Bernstein J/T WROS | 1ZA804 | Pryor Cashman LLP | 2/2/2011 |

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 013296 | 3823 | The Fishbein Family Interstitial Cystitis Rsch Fnd, c/o Robert Fishbein | The Fishbein Family Interstitial Cystitis Rsch Fdn | 1ZB334 | Pryor Cashman LLP | 2/2/2011 |
| 013314 | 3822 | Elisabeth Fishbein | Elisabeth Fishbein | 1ZA302 | Pryor Cashman LLP | 2/2/2011 |
| 013402 | 3827 | Oxford Envelope Corporation | Oxford Envelope Corporation C/O Hertz Herson & Co LLP | 1ZA865 | Pryor Cashman LLP | 2/2/2011 |
| 013966 | 3818 | George Nierenberg & Rhona Silverbush J/T WROS | George Nierenberg & Rhona Silverbush J/T WROS | 1N0032 | Pryor Cashman LLP | 2/1/2011 |
| 070176 | 2792 | Ruth Mechaneck | Ruth Mechaneck | 1ZB506 | Lax & Neville, LLP | 7/21/2010 |

4832-1899-4277.1