**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS      )
            )   ss:
COUNTY OF DALLAS    )

   VANESSA A. POGUE, being duly sworn, deposes and says:

1.  I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On May 17, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

  1. Trustee's Eighteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 17583)

  2. Notice of Hearing on Trustee's Eighteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Proposed Order (Docket Number 17584)

  3. Declaration of Vineet Sehgal in Support of the Trustee's Eighteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits thereto (Docket Number 17585)

Executed on May 17, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _17th_ day of _May_ , 2018

(SEAL)

_____
Notary Public

Exhibit A

Exhibit A
May 17, 2018

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Certilman, Balin, Adler & Hyman LLP | Richard J. McCord | 90 Merrick Ave. | East Meadow | NY | 11554 | Counsel |
| Bernfeld, Dematteo & Bernfeld, LLP | David B. Bernfeld and Jeffrey L. Bernfeld | 600 Third Avenue | New York | NY | 10016 | Counsel |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |
| Jaspan Schlesinger LLP | Steven R. Schlesinger | 300 Garden City Plaza | Garden City | NY | 11530 | Counsel |
| Pryor Cashman LLP | Richard Levy Jr. | 7 TIMES SQUARE | NEW YORK | NY | 10036 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |
| Redacted for Confidentiality Reasons | | | | | | Claimant |