# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Keith R. Murphy
direct dial: 212.589.4686
kmurphy@bakerlaw.com

May 18, 2018

**VIA VCF AND E-MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004

Re:   Picard v. South Ferry Bldg. Co. et al., Adv. Pro. Nos. 10-4387, 10-4488, 10-4350, and 10-5110

Dear Judge Bernstein:

We represent Irving H. Picard, as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, and the substantively consolidated estate of Bernard L. Madoff.

We are preparing our response to the *Rule 9033 Objections to Bankruptcy Court's Report and Recommendation* filed by the defendants in the above-captioned actions.  The Trustee's time to respond currently expires on May 26, 2018, and given the upcoming holiday, we respectfully request a short extension of time until June 1, 2018 to file our response.  The Securities Investor Protection Corporation seeks the same extension.

Counsel for the defendants has advised that they do not object to this request.

Respectfully,

*/s/ Keith R. Murphy*


Keith R. Murphy

cc:  Richard A. Kirby
     Kevin H. Bell
     Nicholas J. Cremona

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC