**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Stacey A. Bell
James H. Rollinson
Melissa L. Kosack

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A[1], <br><br> Defendants. | Adv. Pro. Nos. listed on Exhibit A |

---

[1] *See* Exhibit A, Schedule of Remaining Good Faith Actions, annexed to the Motion as defined below.

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS* (the "Motion") previously scheduled to be held on May 30, 2018 has been rescheduled to **June 27, 2018 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the Trustee's reply to the objections filed on April 11, 2018,  must be in writing, shall conform to the Bankruptcy Rules and other applicable rules and orders of this Court, and shall be filed in accordance with General Order M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov) by no later than **June 20, 2018 at 4:00 p.m.** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon all Defendants listed on **Exhibit A.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, New York 10004.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you did not object to the relief requested in the Motion.

Dated: New York, New York
       May 21, 2018

By: /s/ *Stacey A. Bell*

Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Stacey A. Bell
Email: sbell@bakerlaw.com
Melissa L. Kosack
Email: mkosack@bakerlaw.com

Key Tower, 127 Public Square, Suite 2000
Cleveland, OH 44114-1214
Telephone:  (216) 861-7075
Facsimile:    (216) 696-0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and the Estate of
Bernard L. Madoff*

# EXHIBIT A

**Exhibit A**
**Remaining Good Faith Actions**

|   | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 1. | 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | 151797 Canada, Inc. |
|   |   |   | Judith Pencer |
| 2. | 10-04428 | Allen Meisels | Allen Meisels |
| 3. | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Alvin Gindel Revocable Trust Agreement |
|   |   |   | Alvin Gindel, in his capacity as trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof |
| 4. | 10-04709 | Andrew M. Goodman | Andrew Goodman |
| 5. | 10-04592 | Anthony E. Stefanelli | Estate of Anthony E. Stefanelli |
|   |   |   | Patricia Moretta, solely in her capacity as personal representative of the Estate of Anthony E. Stefanelli |
| 6. | 10-05048 | Armand L. Greenhall, et al. | Deidre Sweeney, as Personal Representative of the Estate of Armand L. Greenhall |
|   |   |   | Estate of Armand L. Greenhall |
|   |   |   | Peng Yan, individually and as Personal Representative of the Estate of Armand L. Greenhall |
| 7. | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Atwood Management Profit Sharing Plan & Trust f/k/a Atwood Regency Money Purchase Plan, in its own right and as successor-in-interest to the Atwood-Regency Defined Benefit Plan & Trust |
|   |   |   | Dino Guiducci, individually, in his capacity as Co-Trustee of the Atwood Regency Profit Sharing Plan & Trust f/k/a the Atwood Regency Money Purchase Plan & Trust, and former Co-Trustee of the Atwood Regency Defined Benefit Plan & Trust, and as the personal representative of the estate of Mary Guiducci |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 8. | 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer | AvCar Group, Ltd. |
| | | | Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg |
| | | | Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg |
| | | | M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account |
| | | | Sidney R. Rabb Trust FBO Carol R. Goldberg |
| 9. | 10-05130 | Barbara Kotlikoff Harman | Barbara Kotlikoff Harman |
| 10. | 10-05037 | Barbara L. Savin | Barbara L. Savin |
| 11. | 10-04332 | Barry Weisfeld | Barry Weisfeld |
| 12. | 10-05294 | Bell Ventures Limited | Nantucket Ventures Limited |
| 13. | 10-04367 | Benjamin T. Heller | Benjamin T. Heller |
| 14. | 10-05168 | Bernard Marden Profit Sharing Plan, et al. | Bernard Marden Profit Sharing Plan |
| | | | James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan |
| | | | Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 15. | 10-05133 | Boyer H. Palmer, individually, et al. | Bruce N. Palmer |
|  |  |  | Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer |
|  |  |  | Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer |
|  |  |  | Estate of Boyer Palmer, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P. |
|  |  |  | Fern C. Palmer |
|  |  |  | Kurt B. Palmer |
| 16. | 10-04826 | Boyer Palmer | Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer |
|  |  |  | Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer |
|  |  |  | Estate of Boyer Palmer |
| 17. | 10-05194 | Bruce D. Pergament, et al. | Bruce D. Pergament Individually, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament |
|  |  |  | Eric B. Woldenberg, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz |
|  |  |  | Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust fbo Linda Horowitz |
|  |  |  | Murray Pergament 1999 Trust FBO Bruce Pergament |
|  |  |  | Richard Horowitz |
| 18. | 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. | Bruce Leventhal |
|  |  |  | Bruce Leventhal 2001 Irrevocable Trust |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 19. | 10-04931 | Cantor, et al. | Estate of Muriel B. Cantor |
|  |  |  | Nancy Atlas, in her capacity as the Personal Representative of the Estate of Muriel B. Cantor |
| 20. | 10-04753 | Carla Ginsburg | Carla Ginsburg |
| 21. | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | Carol L. Kamenstein, individually and in her capacity as joint tenant |
|  |  |  | David R. Kamenstein, individually and in his capacity as joint tenant |
|  |  |  | Sloan G. Kamenstein |
|  |  |  | Tracy D. Kamenstein |
| 22. | 10-04658 | Carol Nelson | Carol Nelson |
| 23. | 10-04377 | Carol Nelson, individually and as joint tenant, et al. | Carol Nelson, individually and as joint tenant |
|  |  |  | Stanley Nelson, individually and as joint tenant |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 24. | 10-05118 | Charlotte M. Marden | Alexandria K. Marden |
|  |  |  | Charlotte M. Marden |
|  |  |  | Elizabeth C. Auld |
|  |  |  | Gabrielle Z. Marden |
|  |  |  | James P. Marden |
|  |  |  | Meghan M. Auld |
|  |  |  | Neal J. Nissel, as trustee |
|  |  |  | Olivia G. Auld |
|  |  |  | Patrice M. Auld |
|  |  |  | The Charlotte M. Marden Irrevocable Insurance Trust |
| 25. | 10-04956 | D. M. Castelli | Denis M. Castelli |
| 26. | 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, et al. | D. Stone Industries, Inc. Profit Sharing Plan |
|  |  |  | Daniel Stone, individually and in his capacity as trustee of D. Stone Industries, Inc. Profit Sharing Plan |
|  |  |  | Susan Stone, individually and in her capacity as trustee of D. Stone Industries, Inc. Profit Sharing Plan |
| 27. | 10-05084 | Daniel Stone | Daniel Stone |
| 28. | 10-04667* | David Gross, et al. | David Gross, Individually and as Joint Tenant |
|  |  |  | Irma Gross, Individually and as Joint Tenant |

* Pro Se Defendant.

Exhibit A
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 29. | 10-04554 | David Ivan Lustig | David Ivan Lustig |
| 30. | 10-04328 | David Shapiro Nominee | David Shapiro Nominee |
| | | | David Shapiro, individually and as president and nominee of David Shapiro Nominee |
| 31. | 10-04325 | David Shapiro Nominee #2 | David Shapiro Nominee 2 |
| | | | David Shapiro, individually and as president and nominee of David Shapiro Nominee 2 |
| 32. | 10-04314 | David Shapiro Nominee #3 | David Shapiro Nominee 3 |
| | | | David Shapiro, individually and as president and nominee of David Shapiro Nominee 3 |
| 33. | 10-04305 | David Shapiro, et al. | David Shapiro Nominee 4 |
| | | | David Shapiro, Individually and as President and Nominee of David Shapiro Nominee 4 |
| 34. | 10-04621 | Donald A. Benjamin | Donald A. Benjamin |
| 35. | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Doron Tavlin Trust U/A 2/4/91 |
| | | | Doron Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91 |
| 36. | 10-04378 | DOS BFS Family Partnership II, L.P., et al. | Barbara Stein Jaffe |
| | | | Donald and Bette Stein Family Trust |
| | | | Donald O. Stein |
| | | | DOS BFS Family Partnership II, L.P. |
| | | | Jamie Stein Walker |
| | | | William Stein |

Exhibit A
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 37. | 10-04396 | Edith A. Schur | Edith A. Schur |
| 38. | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Edward A. Zraick, Jr., individually, as joint tenant and as personal representative of the Estate of Lorraine Zraick |
|  |  |  | Estate of Lorraine Zraick |
|  |  |  | Karen M. Rich, individually and as joint tenant |
|  |  |  | Nancy Zraick, individually and as joint tenant |
|  |  |  | Patricia Zraick DeLuca, individually, as joint tenant and as personal representative of the Estate of Lorraine Zraick |
| 39. | 10-04914 | Edyne Gordon | Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon |
| 40. | 10-04809 | Edyne Gordon NTC | Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon |
| 41. | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. | Elaine Dine |
|  |  |  | Elaine Dine Living Trust Dated 5/12/06 |
| 42. | 10-05144 | Estate of Bernard J. Kessel, et al. | Bernard Kessel Inc. Pension Plan and Trust |
|  |  |  | Estate of Bernard J. Kessel |
|  |  |  | Iris Steel, in her capacity as Trustee of the Bernard Kessel Inc. Pension Plan and Trust and as Executrix of the Bernard J. Kessel Estate |
| 43. | 10-04728 | Estate of Bruno L. Di Giulian, et al. | Estate of Bruno L. Di Giulian |
|  |  |  | Patsy Di Giulian in her capacity as personal representative of the Estate of Bruno L. Di Giulian |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 44. | 10-04978 | Estate of Ira S. Rosenberg, et al. | Delia Gail Rosenberg, Individually and in her Fiduciary Capacity |
|  |  |  | Estate of Ira S. Rosenberg |
| 45. | 10-05079 | Estate of James M. Goodman, et al. | Audrey M Goodman, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman |
|  |  |  | The Estate of James M. Goodman |
| 46. | 10-04889 | Estate of Robert Shervyn Savin, et al. | Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin |
|  |  |  | The Estate of Robert Shervyn Savin |
| 47. | 10-04438 | Estate of Seymour Epstein, et al. | Estate of Seymour Epstein |
|  |  |  | Herbert C. Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein |
|  |  |  | Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein |
|  |  |  | Muriel Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by Last Will and Testament of Seymour Epstein, as executor of the Estate of Seymour Epstein, and as trustee of the Trusts created by Last Will and Testament of Seymour Epstein |
|  |  |  | Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein |
|  |  |  | Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein |
|  |  |  | Shelburne Shirt Company, Inc. |
|  |  |  | Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein |
| 48. | 10-04867 | Estate of Steven I. Harnick, et al. | Barbara June Lang, as personal representative, as trustee, as joint tenant, and as an individual |
|  |  |  | Estate of Steven I. Harnick, et al. |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 49. | 10-05169 | Fairfield Pagma Associates, et al. | Bonnie Joyce Kansler, as executor |
| | | | Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman |
| | | | Fairfield Pagma Associates LP |
| | | | Fairfox LLC |
| | | | Seyfair LLC |
| | | | Seymour Kleinman |
| 50. | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer |
| | | | Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer |
| | | | Estate of Boyer Palmer |
| | | | Fern C. Palmer Revocable Trust DTD 12/31/91, as amended |
| | | | Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust |
| 51. | 10-04823 | Frank DiFazio, et al. | Carol DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account |
| | | | Frank DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 52. | 10-04394** | Frederic Z. Konigsberg, et al. | APO Health Inc. PSP f/b/o H. Peter Steil |
| | | | APO Health, Inc. PSP f/b/o Jan Stahl |
| | | | Bradermak Equities Corp. |
| | | | Bradermak, Ltd. |
| | | | Buyer's Alternatives, Inc. PSP f/b/o Jan Stahl |
| | | | Frederic Z. Konigsberg |
| | | | Geri Stahl |
| | | | H. Peter Steil |
| | | | Jan Stahl |
| | | | Lee Rautenberg |
| | | | PJS Trading, Inc. PSP f/b/o Jan Stahl |
| | | | Susan M. Konigsberg |
| 53. | 10-04429 | Gary J. Korn, et al. | Joan L. Korn |
| | | | Robert Korn Revocable Trust |
| | | | Robert S. Korn |
| | | | The Korn Family Limited Partnership |
| 54. | 10-04582 | Gerald Blumenthal | Gerald Blumenthal |

** At least one Defendant in this adversary proceeding is Pro Se.

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 55. | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | Gertrude E. Alpern Revocable Trust |
| | | | Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust |
| | | | Paul Alpern Residuary Trust |
| | | | Roberta Schwartz Trust |
| | | | Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust |
| 56. | 10-04920 | Glenhaven Limited, et al. | Edythe Gladstein, in her capacity as the personal representative of the Estate of Matthew L. Gladstein |
| | | | Estate of Matthew L. Gladstein |
| | | | Glenhaven Limited |
| 57. | 10-04991 | Guiducci Family Limited Partnership, et al. | Dino Guiducci, individually, in his capacity as a General Partner of the Guiducci Family Limited Partnership, and as the personal representative of the estate of Mary Guiducci |
| | | | Guiducci Family Limited Partnership |
| | | | Sandra Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership |
| 58. | 10-05420 | Gunther K. Unflat, et al. | Gunther K. Unflat, individually and as joint tenant |
| | | | Margaret Unflat, individually and as joint tenant |
| 59. | 10-04861 | Harold J. Hein | Harold J. Hein Revocable Trust |
| | | | Richard Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust |
| | | | Robert Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 60. | 10-04912 | Harry Smith Revocable Living Trust, et al. | Harry Smith Revocable Living Trust |
|  |  |  | Laura Ann Smith, as Trustee of the Harry Smith Revocable Living Trust and individually |
| 61. | 10-04361 | Harvey L. Werner Revocable Trust, et al. | Harvey L. Werner Revocable Trust u/a/d 8/31/82 as Amended |
|  |  |  | Jeffrey R. Werner, in his capacity as Co-Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended |
|  |  |  | Violet M. Werner, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended |
|  |  |  | Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended |
| 62. | 10-04898 | Helene Saren-Lawrence | Helene Saren-Lawrence |
| 63. | 10-04321 | Herbert Barbanel, et al. | Estate of Alice Barbanel |
|  |  |  | Estate of Herbert Barbanel |
|  |  |  | Lewis Barbanel, as Personal Representative of the Estate of Alice Barbanel and the Estate of Herbert Barbanel |
| 64. | 10-04450 | Hinte | Jeffrey Hinte |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 65. | 10-05128 | JABA Associates LP, et al. | Andrew Goodman, in his capacity as a general partner of JABA Associates LP |
|  |  |  | Audrey Goodman, in her capacity as a general and limited partner of JABA Associates LP and as Personal Representative of the Estate of James Goodman |
|  |  |  | Bruce Goodman, in his capacity as a general Partner of JABA Associates LP |
|  |  |  | Estate of James Goodman |
|  |  |  | Goodman Charitable Foundation, in its capacity as a limited partner of JABA Associates LP |
|  |  |  | JABA Associates LP |
| 66. | 10-04570** | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Andrea J. Marks, as trustee and beneficiary of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, as executor and beneficiary of the Estate of Jacob M. Dick, and as trustee of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
|  |  |  | Article 8.1 Trust |
|  |  |  | Douglas J. Sturlingh, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
|  |  |  | Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
|  |  |  | Jacob M. Dick Rev Living Trust dtd 4/6/01 |
|  |  |  | R.D.A., a minor, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
|  |  |  | Rio Jocelyn Breen, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |
|  |  |  | Suzanne Breen, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01 |

** At least one Defendant in this adversary proceeding is Pro Se.

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 67. | 10-04655 | Jaffe Family Investment Partnership, et al. | Bruce Jaffe |
|  |  |  | Jaffe Family Investment Partnership |
| 68. | 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. | James B. Pinto Revocable Trust U/A DTD 12/1/03 |
|  |  |  | James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust |
| 69. | 10-04357 | James Greiff | James Greiff |
| 70. | 10-04762 | James M. Goodman | Audrey Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman |
|  |  |  | Estate of James M Goodman |
| 71. | 10-04979 | James M. New Trust dtd 3/19/01, et al. | James M. New Trust Dated 3/19/01 |
|  |  |  | James M. New, individually and in his capacity as Trustee for the James M. New Trust dtd 3/19/01 |
|  |  |  | Laura W. New, in her capacity as Trustee for the James M. New Trust dtd 3/19/01 |
| 72. | 10-04798 | Janet Jaffe, et al. | Alvin Jaffe Trust dtd 4/20/90 |
|  |  |  | Janet Jaffe Trust UA Dated 4/20/90 |
|  |  |  | Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and the Alvin Jaffe Trust dtd 4/20/90 |
| 73. | 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. | Jeffrey R. Werner |
|  |  |  | Jeffrey R. Werner 11/1/98 Trust |
|  |  |  | Violet M. Werner, in her capacity as Trustee for the Jeffrey R. Werner 11/1/98 Trust |
| 74. | 10-04296* | Jeffrey Shankman | Jeffrey Shankman |

* Pro Se Defendant.

**Exhibit A**
**Remaining Good Faith Actions**

|   | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 75. | 10-04545 | Jerome Goodman, Individually, as trustee for The Jerome Goodman Child | Abbey Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P. |
|   |   |   | Goodman Capital Partners, L.P. |
|   |   |   | Goodman Holdings, Inc., as General Partner of Goodman Capital Partners L.P. |
|   |   |   | Jerome Goodman, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1 |
|   |   |   | Kevin Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P. |
|   |   |   | Peter Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P. |
|   |   |   | Philip Goodman, as Limited Partner of Goodman Capital Partners L.P. |
|   |   |   | The Jerome Goodman Children's GRAT #1 |
| 76. | 10-05285 | Joan L. Fisher, both in her indvdl cap, etc., et al. | Joan L. Fisher |
|   |   |   | Joan L. Fisher Partners |
|   |   |   | Peter B. Madoff, in his Capacity as Trustee of the Trust U/A VI of the Will of Gladys C. Luria f/b/o Joan L. Fisher and Trustee of the Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher |
|   |   |   | The Trust U/A VI of the Will of Gladys C. Luria f/b/o Joan L. Fisher |
|   |   |   | The Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher |
| 77. | 10-04302 | Joan Roman | Joan Roman |

Exhibit A
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 78. | 10-04289 | John Fujiwara, et al. | Estate of Gladys Fujiwara |
|  |  |  | John Fujiwara, in his individual capacity and as Personal Representative of the Estate of Gladys Fujiwara |
| 79. | 10-04503 | Judd Robbins | Judd Robbins |
| 80. | 10-04419 | Katz Group Limited Partnership, a Wyoming limited partnership, et al. | Katz Group Limited Partnership, a Wyoming Limited Partnership |
|  |  |  | KFI Inc., a Wyoming Corporation |
| 81. | 10-05435 | Keith Schaffer, et al. | Donna Schaffer |
|  |  |  | Jeffrey Schaffer |
|  |  |  | Keith Schaffer |
| 82. | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Kenneth M. Kohl, as an individual and as a joint tenant |
|  |  |  | Myrna M. Kohl, as an individual and as a joint tenant |
| 83. | 10-04541 | Kenneth W Perlman, et al. | Felice J. Perlman |
|  |  |  | Kenneth W. Perlman |
|  |  |  | Sanford S. Perlman |
| 84. | 10-04468 | Ken-Wen Family Limited Partnership, et al. | Ken-Wen Family Limited Partnership |
|  |  |  | Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership |
|  |  |  | Wendy Brown, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 85. | 10-04752 | Kuntzman Family LLC, et al. | Irrevocable Trust FBO Ethan Siegel, in its capacity as a member of the Kuntzman Family L.L.C. |
| | | | Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C. |
| | | | Jacqueline D. Green, in her capacity as a managing member of the Kuntzman Family L.L.C. and as Trustee of the irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C. |
| | | | Judith Gattegno, in her capacity as a member of the Kuntzman Family L.L.C. |
| | | | Kuntzman Family LLC |
| | | | Wayne D. Green, in his capacity as a managing member of the Kuntzman Family L.L.C |
| 86. | 10-05371 | L.H. Rich Companies, et al. | L. H. Rich Companies |
| | | | M. R. Investment Associates |
| | | | N. R. Investment Associates |
| 87. | 10-04384 | Lanx BM Investments, LLC, et al. | Edara Partnership |
| | | | Lanx BM Investments, LLC |
| | | | Sarah Trust |
| | | | The Lanx Fund II, LP |
| | | | Wolfson Cousins, LP |
| 88. | 10-05209 | Lapin Children LLC | Lapin Children LLC |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 89. | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust |
|  |  |  | Laura Ann Smith Revocable Living Trust |
| 90. | 10-04882 | Laura E. Guggenheimer Cole | Laura E. Guggenheimer Cole |
| 91. | 10-05286 | Legacy Capital Ltd., et al. | Legacy Capital Ltd. |
| 92. | 10-05116 | Leonard J. Oguss Trust, et al. | Gerald M. Oguss, as Trustee and Individually |
|  |  |  | Jane L. Oguss, as Trustee and Individually |
|  |  |  | Leonard J. Oguss Trust |
|  |  |  | Ronald A. Oguss, as Trustee and Individually |
| 93. | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood, et al. | Leslie Ehrlich f/k/a Leslie Harwood, individually and in her capacity as joint tenant with rights to survivorship |
|  |  |  | Stephen Ehrlich, individually and in his capacity as joint tenant with rights to survivorship |
| 94. | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Lisa Beth Nissenbaum |
|  |  |  | Lisa Beth Nissenbaum Trust |
|  |  |  | Neal Kurn, as Trustee for the Lisa Nissenbaum Trust |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 95. | 10-04348 | Marden Family Limited Partnership, et al. | B&C Marden LLC, a Delaware limited liability company |
| | | | Bernard A. Marden Revocable Trust, a Florida Trust |
| | | | Charlotte  Marden (aka Chris Marden), as trustee and as an individual |
| | | | Estate of Bernard A. Marden |
| | | | James P. Marden, as trustee, as personal representative, and as an individual |
| | | | Marden Family Limited Partnership, a Delaware limited partnership |
| | | | Patrice M. Auld, as trustee, as personal representative, and as an individual |
| 96. | 10-04341 | Marden, et al. | Iris Zurawin Marden |
| | | | James P. Marden |
| | | | Patrice M. Auld |
| 97. | 10-04748 | Mark Horowitz | Mark Horowitz |
| 98. | 10-04489 | Marlene Krauss | Marlene Krauss |
| 99. | 10-04390 | Michael Mann, et al. | BAM L.P. |
| | | | Meryl Mann |
| | | | Michael Mann |
| 100. | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | Neil Reger Profit Sharing Keogh |
| | | | Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing Keogh |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 101. | 10-05151 | Palmer Family Trust, et al. | Blake Palmer |
| | | | Bret Palmer |
| | | | Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer |
| | | | Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer |
| | | | Estate of Boyer Palmer |
| | | | Great Western Bank - Trust Department, in its capacity as Trustee of the Palmer Family Trust |
| | | | Palmer Family Trust |
| 102. | 10-04343 | Patrice Auld, et al. | James P. Marden |
| | | | Merritt Kevin Auld |
| | | | Patrice M. Auld |
| 103. | 10-04648 | Peter D. Kamenstein | Peter D. Kamenstein |
| 104. | 10-04749 | Philip F. Palmedo | Philip F. Palmedo |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 105. | 10-04768 | Placon2, William R. Cohen, et al. | Betty Cohen, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen |
|  |  |  | Estate of Nathan Plafsky |
|  |  |  | Estate of William R. Cohen |
|  |  |  | Placon2 |
|  |  |  | Robert Plafsky, in his capacity as the personal representative of the Estate of Bernice Plafsky and as Personal Representative of the Estate of Nathan Plafsky |
|  |  |  | Ronald Cohen, in his capacity as a Partner of Placon2 |
|  |  |  | The Estate of Bernice Plafsky |
| 106. | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Estate of Edna Kaminski |
|  |  |  | Estate of Nathan Plafsky |
|  |  |  | Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski |
|  |  |  | Plafsky Family LLC Retirement Plan |
|  |  |  | Robert Plafsky, in his capacity as the personal representative of the Estate of Nathan Plafsky |
|  |  |  | Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan |
| 107. | 10-04517 | Radcliff Investments Limited, et al. | Radcliff Investments Limited |
|  |  |  | Rothschild Trust Guernsey Limited |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 108. | 10-04352** | RAR Entrepreneurial Fund LTD, et al. | RAR Entrepreneurial Fund, LTD. |
| | | | Tamiami Tower Corporation |
| 109. | 10-05377 | Richard G. Eaton | Richard G. Eaton |
| 110. | 10-05394 | Richard M Glantz, et al. | Austin Bosarge |
| | | | EJS Associates, L.P. |
| | | | Elaine Ostrin |
| | | | The Estate of Edward R. Glantz |
| | | | The Estate of Thelma Glantz |
| | | | The Glantz Family Foundation, Inc. |
| | | | Grace & Company |
| | | | Jelris & Associates, L.P. |
| | | | Lakeview Investment, LP |
| | | | Law & Mediation Offices of Richard M. Glantz, A Professional Corporation |
| | | | Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz |
| | | | The Glantz-Ostrin Trust II |
| | | | Vista Management Co. |
| 111. | 10-04562 | Robert F. Ferber | Robert F. Ferber |

** At least one Defendant in this adversary proceeding is Pro Se.

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 112. | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. | Lee Hirsch, as joint tenant, and as an individual |
|  |  |  | Robert Hirsch, as joint tenant, and as an individual |
| 113. | 10-04292 | Robert Roman | Robert Roman |
| 114. | 10-04614 | Robert S. Whitman | Robert S. Whitman |
| 115. | 10-04487 | Robert Weintraub, et al. | Estate of Audrey Weintraub |
|  |  |  | Robert Weintraub, individually and in his capacity as personal representative of the Estate of Audrey Weintraub |
| 116. | 10-04401 | Rose Gindel Trust, et al. | Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust |
|  |  |  | Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust |
|  |  |  | Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust |
|  |  |  | Rose Gindel Trust |
|  |  |  | Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust |
| 117. | 10-04644 | Russell L. Dusek | Russell L. Dusek |
| 118. | 10-04954 | Ruth Kahn | Ruth Kahn |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 119. | 10-04702 | S&L Partnership, a New York partnership, et al. | Carla Goldworm |
|  |  |  | Luke Goldworm as trustee and as an individual |
|  |  |  | S&L Partnership, a New York partnership |
|  |  |  | Samuel Goldworm as trustee and as an individual |
|  |  |  | Trust for the Benefit of Luke Goldworm |
|  |  |  | Trust For The Benefit of Samuel Goldworm |
| 120. | 10-04362 | Sage Associates, et al. | Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates |
|  |  |  | Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, and as the Personal Representative of the Estate of Lillian M. Sage |
|  |  |  | Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates |
|  |  |  | Sage Associates |
| 121. | 10-04400 | Sage Realty, et al. | Ann M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty |
|  |  |  | Malcolm H. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as Beneficiary of Sage Realty, and as the Personal Representative of the Estate of Lillian M. Sage |
|  |  |  | Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty |
|  |  |  | Sage Realty |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 122. | 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Diana L. Messing |
|  |  |  | Samdia Family L.P., a Delaware Limited Partnership |
|  |  |  | Samuel L. Messing |
| 123. | 10-04986* | Sharon Knee | Sharon Knee |
| 124. | 10-04672 | Sidney Cole | Sidney Cole |
| 125. | 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | Dancing $ LLC, a Montana limited liability company |
|  |  |  | Eric Waldman |
|  |  |  | Srione, LLC, an Idaho limited liability company |
| 126. | 10-05259** | Stanley I. Lehrer, et al. | Elaine Stein Roberts |
|  |  |  | Stanley I. Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein J/T WROS |

* Pro Se Defendant.
** At least one Defendant in this adversary proceeding is Pro Se.

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 127. | 10-04921 | Stanley T. Miller | Stanley T. Miller |
| 128. | 10-05255 | Stefanelli Investors Group, et al. | Anthony E. Stefanelli, Jr., as general partner of Stefanelli Investors Group and individually |
| | | | Anton Leroy, as general partner of Stefanelli Investors Group and individually |
| | | | Barbara Ann Stefanelli, as general partner of Stefanelli Investors Group and individually |
| | | | Estate Of Anthony E. Stefanelli |
| | | | Lisa M. Stefanelli, as general partner of Stefanelli Investors Group and individually |
| | | | Mark Stefanelli, as general partner of Stefanelli Investors Group and individually |
| | | | Mary Ann Stefanelli, as general partner of Stefanelli Investors Group and individually |
| | | | Minor 1 |
| | | | Minor 2 |
| | | | Minor 3, as general partner of Stefanelli Investors Group and individually |
| | | | Minor 4, as general partner of Stefanelli Investors Group and individually |
| | | | Minor 5, as general partner of Stefanelli Investors Group and individually |
| | | | Minor 6, as general partner of Stefanelli Investors Group and individually |
| | | | Patricia Moretta, as general partner of Stefanelli Investors Group and individually |
| | | | Patricia Moretta, solely in her capacity as personal representative of the Estate of Anthony E. Stefanelli |
| | | | Stefanelli Investors Group |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 129. | 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. | Stuart Leventhal |
|  |  |  | Stuart Leventhal 2001 Irrevocable Trust |
| 130. | 10-04525 | Susan Schemen Fradin Revocable Agreement of Trust, et al. | Susan Schemen Fradin, individually, as beneficiary and as trustee of the Susan Schemen Fradin Revocable Agreement of Trust Dated 5/23/2000 |
|  |  |  | Susan Schemen Fradin Revocable Agreement of Trust Dated 5/23/2000 |
| 131. | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership |
|  |  |  | Emily L. Shapiro |
|  |  |  | Eric N. Shapiro |
|  |  |  | Julie B. Shapiro |
|  |  |  | Lindsay A. Shapiro |
|  |  |  | Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust |
|  |  |  | Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership |
|  |  |  | The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership |
|  |  |  | The Eric Nathan Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership |
|  |  |  | The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership |
|  |  |  | The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 132. | 10-04415 | The Estate of Barbara Berdon, et al. | Allison Berwitz, in her capacity as executor of the Estate of Barbara Berdon |
| | | | Sharon Kristol, in her capacities as executors of the Estate of Barbara Berdon |
| | | | The Estate of Barbara Berdon |
| 133. | 10-05094 | The Estate of Carolyn Miller, et al. | Estate of Carolyn Miller |
| | | | Joanne Gayle Rosen, in her capacities as successor Personal Representative of The Estate of Carolyn Miller and trustee of The Carolyn Rosen Miller Revocable Trust |
| | | | Laurie Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust |
| | | | The Carolyn Rosen Miller Revocable Trust |
| 134. | 10-05424 | The Frederica Ripley French Revocable Trust, et al. | Alexander McFerran, solely in his capacity as successor trustee of the Frederica Ripley French Revocable Trust |
| | | | Seth B. French |
| | | | The Frederica Ripley French Revocable Trust |
| 135. | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Barbara Keller, individually and in her capacity as Trustee of the Gerald and Barbara Keller Family Trust |
| | | | Gerald E. Keller, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust |
| | | | The Gerald and Barbara Keller Family Trust U/A June 2, 1998 |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 136. | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Gloria Albert Sandler, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust |
|  |  |  | Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust |
|  |  |  | The Gloria Albert Sandler And Maurice Sandler Revocable Living Trust |
| 137. | 10-05157 | The Harnick Brothers Partnership, et al. | Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002 |
|  |  |  | Estate of Steven Harnick |
|  |  |  | Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners |
|  |  |  | Martin R. Harnick & Steven P. Norton Partners |
|  |  |  | Michelle Glater |
|  |  |  | Pamela Harnick |
|  |  |  | Steven Harnick Revocable Living Trust Dated April 2, 2002 |
|  |  |  | The Harnick Brothers Partnership |
| 138. | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Carolyn J. Kart, individually and in her capacity as executor of the Estate of Jordan H. Kart |
|  |  |  | Jonathan J. Kart, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust |
|  |  |  | The Estate of Jordan H. Kart |
|  |  |  | The Jordan H. Kart Revocable Trust |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 139. | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust |
|  |  |  | Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991 |
|  |  |  | Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991 |
| 140. | 10-04417 | The Lustig Family 1990 Trust, et al. | David I. Lustig, individually and in his capacity as Trustee for The Lustig Family 1990 Trust |
|  |  |  | The Lustig Family 1990 Trust |
| 141. | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | Martin Rosen, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro |
|  |  |  | Norma Shapiro Declaration of Trust Under Agreement dated 9/16/2008, Revocable Trust |
|  |  |  | Norma Shapiro, individually, and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro |
|  |  |  | Trust Under Will of Phillip Shapiro |
| 142. | 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | Janice G. Coppersmith, individually |
|  |  |  | S. James Coppersmith, individually |
|  |  |  | Seymour W. Zises in his capacity as trustee |
|  |  |  | The S. James Coppersmith Charitable Remainder Unitrust |

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 143. | 10-04610 | The Whitman Partnership, et al. | Bernard Whitman Revocable Living Trust U/A/D 8/5/86 |
|  |  |  | Bernard Whitman, in his capacity as Trustee for the Bernard Whitman Revocable Living Trust u/a/d 8/5/86, a partner in The Whitman Partnership |
|  |  |  | Judith Whitman Revocable Living Trust U/A/D 8/5/86 |
|  |  |  | Judith Whitman, in her capacity as Trustee for The Judith Whitman Revocable Living Trust u/a/d 8/5/86, a partner in the Whitman Partnership |
|  |  |  | The Whitman Partnership |
| 144. | 10-04818 | Toby Harwood | Toby Harwood |
| 145. | 10-05236 | Toby T. Hobish, et al. | LI Ram L.P. |
|  |  |  | Toby T. Hobish as an individual |
| 146. | 10-04905 | Train Klan, a Partnership, et al. | Claudia Helmig, in her capacity as a Partner in Train Klan |
|  |  |  | Felice T. Londa, in her capacity as a Partner in Train Klan |
|  |  |  | Jessica Londa, in her capacity as a Partner in Train Klan |
|  |  |  | Peter Londa, in his capacity as a Partner in Train Klan |
|  |  |  | Timothy Helmig, in his capacity as a Partner in Train Klan |
|  |  |  | Timothy Landres, in his capacity as a Partner in Train Klan |
|  |  |  | Train Klan, a Partnership |
|  |  |  | Wendy Landres, in her capacity as a Partner in Train Klan |

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 147. | 10-04463** | Triangle Diversified Investments, et al. | Triangle Diversified Investments |
| | | | Zin Investments Limited |
| 148. | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Dana M. Kissinger-Matray |
| | | | Eugenie Kissinger |
| | | | John Frans Kissinger |
| | | | Thomas Van Drooge Kissinger |
| | | | Trust Under Agreement dated 12/6/99 for the Benefit of Walter and Eugenie Kissinger |
| | | | Walter B. Kissinger |
| | | | Walter B. Kissinger Revocable Trust |
| | | | William D. Kissinger |
| 149. | 10-04885 | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al. | Nancy Atlas, in her capacity as Trustee and Beneficiary of the Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas |
| | | | Trust Fund B U/W Edward F. Seligman F/B/O/ Nancy Atlas |
| 150. | 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Evelyn Berezin Wilenitz, individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz |
| | | | Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz |
| | | | Trust U/A Fourth U/W/O Israel Wilenitz |

** At least one Defendant in this adversary proceeding is Pro Se.

**Exhibit A**
**Remaining Good Faith Actions**

| | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 151. | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Frieda Freshman Revocable Trust Dated 12/31/92 |
| | | | Frieda Freshman, as trustor, as trustee |
| | | | Walter Freshman Revocable Trust |
| | | | Walter Freshman Trust A |
| 153. | 10-05176** | White Orchard Investments, et al. | Anthony Pugliese |
| | | | Christina Pugliese |
| | | | Jean Caroline |
| | | | Mona Pugliese |
| | | | Phoenix Lake, Ltd. |
| | | | Pierre Caroline |
| | | | White Orchard Investments, Ltd. |
| 153. | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Irene Whitman 1990 Trust U/A DTD 4/13/90 |
| | | | James M. New, in his capacity as Trustee of the Irene Whitman 1990 Trust |
| | | | Laura New, in her capacity as executrix of the Estate of Irene Whitman |

** At least one Defendant in this adversary proceeding is Pro Se.

**Exhibit A**
**Remaining Good Faith Actions**

|  | Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|---|
| 154. | 10-04669 | Zieses Investment Partnership, et al. | Allan Inger |
|  |  |  | Barry Inger |
|  |  |  | Caryn Zieses |
|  |  |  | Debra S. Zieses |
|  |  |  | Marshall Zieses |
|  |  |  | Neil R. Zieses |
|  |  |  | Susan B. Alswager |
|  |  |  | Zieses Investment Partnership |