**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>          Plaintiff,<br>v.<br><br>STANLEY SHAPIRO, et al.,<br><br>          Defendants. | Adv. Pro. No. 10-05383 (SMB) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 22, 2018 AT 10:00 A.M.**

A. Memorandum Of Law in support of Trustee's Motion to Compel the Production of Documents filed by David Sheehan on behalf of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 4/5/2018). [ECF No. 95]

B. Declaration of Torello H. Calvani in support of the Trustee's Motion to Compel the Production of Documents filed by David Sheehan on behalf of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 4/5/2018). [ECF No. 96]

C. Notice of Motion to Compel the Production of Documents and Proposed Order filed by David Sheehan on behalf of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 4/5/2018). [ECF No. 94]

Objections Due:    May 4, 2018

Objections Filed:

D. Defendants' Memorandum of Law in Opposition to the Trustee's Motion to Compel the Production of Documents (Filed: 5/4/2018). [ECF No. 99]

Related Documents:

E. So Ordered Stipulation and Order Adjourning the Hearing and Extending Defendants' Time to Respond to the Trustee's Motion to Compel the Production of Documents filed by David Sheehan on behalf of Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Entered: 4/23/18). [ECF No. 98]

<u>Status</u>:     This matter is going forward.

Dated:  May 21, 2018
        New York, New York

**BAKER & HOSTETLER LLP**
PNC Center
1900 E. 9th Street, Suite 3200
Cleveland, Ohio 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

**BAKER & HOSTETLER LLP**

By:  /s/David J. Sheehan
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com
Nicholas M. Rose
Email: nrose@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*