**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>              Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                  )
                                       )    ss:
COUNTY OF DALLAS         )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On May 21, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.    Certificate of No Objection to Trustee's Sixteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have no Net Equity with Proposed Order (Docket Number 17590)

    2.    Certificate of No Objection to Trustee's Seventeenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Invested More Than They Withdrew with Proposed Order (Docket Number 17591)

Executed on May 21, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _____ day of _____, 2018

(SEAL)

_____
Notary Public

2

Exhibit A

**Exhibit A**
**May 21, 2018**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |