**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789<br><br>(SMB) SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAGNIFY INC., et al.,<br><br>Defendants. | Adv. Pro. No. 10-05279 (SMB) |

**STIPULATION SETTING FORTH BRIEFING SCHEDULE ON POINT V OF DEFENDANTS' MOTION TO DISMISS THE TRUSTEE'S SECOND AMENDED COMPLAINT**

WHEREAS, on December 6, 2010, Irving H. Picard, the trustee (the "Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78*aaa-lll* ("SIPA") and the substantively consolidated chapter 7 estate of Bernard L. Madoff, filed a complaint in the above-referenced action in the United States Bankruptcy Court for the Southern District of New York, Adv. Pro. No. 10-05279 (SMB);

WHEREAS, on September 29, 2017, the Trustee filed a second amended complaint (the

"Second Amended Complaint");

WHEREAS, on October 30, 2017, the Defendants filed a motion to dismiss the Second Amended Complaint (the "Motion to Dismiss"), seeking dismissal of, among other things, claims based on transfers made prior to January 1, 2001 ("Point V of the Motion to Dismiss");

WHEREAS, on December 13, 2017, the Defendants and Trustee filed, and the Court so-ordered, a stipulation to stay briefing and decision on Point V of the Motion to Dismiss pending the Court's adjudication of the balance of the Motion to Dismiss (the "December 13, 2017 Order");

WHEREAS, Paragraph 5 of the December 13, 2017 Order provides that the Trustee and Defendants shall file a stipulation setting forth a briefing schedule for Point V of the Motion to Dismiss within thirty (30) days of entry of an order on the Motion to Dismiss;

WHEREAS, on April 25, 2018, the Court entered an order denying the Motion to Dismiss (the "Order Denying the Motion to Dismiss"); and

WHEREAS, in accordance with the December 13, 2017 Order and the Order Denying the Motion to Dismiss, the Trustee and Defendants have conferred and have agreed to a briefing schedule for Point V of the Motion to Dismiss.

**NOW, IT IS HEREBY STIPULATED AND AGREED,** by the undersigned herein that:

1. The Trustee shall file his opposition to Point V of the Motion to Dismiss, if any, on or before July 27, 2018;

2. Defendants shall file their reply to the Trustee's opposition, if any, on or before September 7, 2018; and

3. Oral argument on Point V of the Motion to Dismiss, if any, shall take place at a date and time to be determined by the Court.

Date: May 22, 2018
     New York, New York

**BAKER & HOSTETLER LLP**

By: /s/ Tracy Cole
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Tracy L. Cole
Fernando Bohorquez
David M. McMillan
Ganesh Krishna

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**DAVIDOFF HUTCHER & CITRON LLP**

By: /s/ Michael Wexelbaum
Michael Wexelbaum
605 Third Avenue, 34th Floor
New York, New York 10158
Telephone: (212) 557-7200
Facsimile: (212) 286-1884
Michael Wexelbaum
Larry Hutcher
Michael Katz

*Attorneys for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green, and Express Enterprises Inc.*

**SO ORDERED:**

**Dated: May 22, 2018**
**New York, New York**

/s/ STUART M. BERNSTEIN
_____
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY**
**JUDGE**