UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# **AFFIDAVIT OF MAILING**

STATE OF TEXAS              )
                                          )   ss:
COUNTY OF DALLAS       )

    VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 21, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000572)

4. On May 21, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000573 - T000576, T000578 – T000580)

5. On May 21, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit C, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000581 – T000589, T000591, T000594 – T000597)

Executed on May 25, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 25 day of May, 2018



(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000572**
5/21/2018

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE | COUNTRY |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | | 520 Madison Avenue | New York | NY | 10022 | |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000573 - T000576, T000578 - T000580**
**5/21/2018**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | | 520 Madison Avenue | New York | NY | 10022 |

# Exhibit C

**SERVICE LIST C**
**TRANSFER NUMBERS T000582 - T000589, T000591, T000594 - T000597**
**5/21/2018**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | | 520 Madison Avenue | New York | NY | 10022 |