KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 953-6000
Facsimile: (212) 953-6899
Steven H. Newman, Esq.
snewman@katskykorins.com
Robert Abrams, Esq.
rabram@katskykorins.com

*Attorneys for Defendants Richard Spring
The Spring Family Trust, and The Jeanne T. Spring Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Debtor.

SIPA LIQUIDATION

Case No. 08-01789 (SMB)

-----------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

        Plaintiff,

Adv. Pro. No. 09-01305 (SMB)

v.

ALVIN J. DELAIRE, *et al.,*

        Defendants.
-----------------------------------------------------------x

## ORDER GRANTING APPLICATION TO WITHDRAW AS SPECIAL COUNSEL AND REQUEST TO REMOVE FROM ELECTRONIC NOTICES AND SERVICES LISTS

Upon the consideration of the declaration of David B. Tatge, Esq. (the "**Application**") for an order, pursuant to Local Bankruptcy Rule 2090-1(e), to withdraw as special counsel of record for Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust (the "**Spring**

502242-1-W

**Defendants**"); and the Application having been filed on the Court's electronic filing system; and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the Application; and based on the record of the case; and the Court having determined that cause has been shown for the granting of the relief requested in the Application; it is hereby

ORDERED, that David B. Tatge, Esq. and Epstein Becker & Green, P.C. are hereby granted leave to withdraw as special counsel for the Spring Defendants and they are hereby deemed removed as counsel of record in this adversary (Adv. Pro. No. 09-01305) and in the related *In re Bernard L. Madoff Investment Securities LLC* proceeding (Adv. Pro. No. 08-01789), and the Clerk is directed to remove David B. Tatge, Esq. and Epstein Becker & Green, P.C. from the ECF electronic notice and service lists in each of the foregoing adversary proceedings.

Dated: New York, New York
       June ___, 2018

 

_____
UNITED STATES BANKRUPTCY JUDGE