**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF
OBJECTION TO DETERMINATION OF CLAIM**

The Alvin Gindel Revocable Trust Agreement, holder of Account No. 1G0396 in Bernard L. Madoff Investment Securities LLC, through his attorney, hereby withdraws his objection to the Trustee's Determination of Claim filed on November 17, 2009 [ECF. No. 863] for Claim No. 010207.

Dated: June 1, 2018
      New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Alvin Gindel*