**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DETERMINATION OF CLAIM**

BAM LP, holder of Account No. 1CM579 in Bernard L. Madoff Investment Securities LLC, through its attorney, hereby withdraws its objection to the Trustee's Determination of Claim filed on November 16, 2009 [ECF. No. 815] for Claim No. 9822.

Dated: June 1, 2018
       New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for BAM LP*