**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>  Plaintiff-Applicant,  <br><br> v.  <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)  <br><br> SIPA LIQUIDATION  <br><br> (Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DETERMINATION OF CLAIM**

Barbara J. Berdon, holder of Account No. 1B0145 in Bernard L. Madoff Investment Securities LLC, through her attorney, hereby withdraws her objection to the Trustee's Determination of Claim filed on June 8, 2010 [ECF. No. 2379] for Claim No. 10279.

Dated: June 1, 2018
New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Barbara J. Berdon*