**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF
### OBJECTION TO DETERMINATION OF CLAIM

Barry Weisfeld, holder of Account No. 1CM584 in Bernard L. Madoff Investment Securities LLC, through his attorney, hereby withdraws his objection to the Trustee's Determination of Claim filed on September 25, 2009 [ECF. No. 462] for Claim No. 009817.

Dated: June 1, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　By: */s/ Carole Neville*
　　　　　　　　　　　　　　　　　　Carole Neville
　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　Tel:  (212) 768-6700
　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　carole.neville@dentons.com

　　　　　　　　　　　　　　　　　　*Attorneys for Barry Weisfeld*