**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO DETERMINATION OF CLAIM

Lapin Children LLC, holder of Account No. 1CM624 in Bernard L. Madoff Investment Securities LLC, through its attorney, hereby withdraws its objection to the Trustee's Determination of Claim filed on April 12, 2010 [ECF. No. 2202] for Claim No. 006964.

Dated: June 1, 2018
New York, New York

    Respectfully submitted,

    DENTONS US LLP

    By: */s/ Carole Neville*
    Carole Neville
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 768-6700
    Fax: (212) 768-6800
    carole.neville@dentons.com

    *Attorneys for Lapin Children LLC*