**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO DETERMINATION OF CLAIM

Laura E. Guggenheimer Cole, holder of Account No. 1C1258 in Bernard L. Madoff

Investment Securities LLC, through her attorney, hereby withdraws her objection to the

Trustee's Determination of Claim filed on July 14, 2010 [ECF. No. 2744] for Claim No. 009721.

Dated: June 1, 2018
        New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel:  (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Laura E. Guggenheimer Cole*