**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DETERMINATION OF CLAIM**

LI RAM L.P., holder of Account No. 1ZB067 in Bernard L. Madoff Investment Securities LLC, through its attorney, hereby withdraws its objection to the Trustee's Determination of Claim filed on November 18, 2009 [ECF. No. 891] for Claim No. 9323.

Dated: June 1, 2018
New York, New York

                                              Respectfully submitted,

                                              DENTONS US LLP

                                              By: */s/ Carole Neville*
                                              Carole Neville
                                              1221 Avenue of the Americas
                                              New York, New York 10020
                                              Tel: (212) 768-6700
                                              Fax: (212) 768-6800
                                              carole.neville@dentons.com

                                              *Attorneys for LI RAM L.P.*