**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO DETERMINATION OF CLAIM

Michael Mann and Meryl Mann, holders of Account No. 1CM363 in Bernard L. Madoff Investment Securities LLC, through their attorney, hereby withdraws their objection to the Trustee's Determination of Claim filed on September 25, 2009 [ECF. No. 461] for Claim No. 009823.

Dated: June 1, 2018
      New York, New York

Respectfully submitted,

DENTONS US LLP

By: */s/ Carole Neville*
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Michael Mann and Meryl Mann*