**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DETERMINATION OF CLAIM**

The Neil Reger Profit Sharing Keogh, holder of Account No. 1CM534 in Bernard L. Madoff Investment Securities LLC, through its attorney, hereby withdraws its objection to the Trustee's Determination of Claim filed on November 16, 2009 [ECF. No. 834] for Claim No. 009791.

Dated: June 1, 2018
      New York, New York

                                    Respectfully submitted,

                                    DENTONS US LLP

                                    By: */s/ Carole Neville*
                                    Carole Neville
                                    1221 Avenue of the Americas
                                    New York, New York 10020
                                    Tel: (212) 768-6700
                                    Fax: (212) 768-6800
                                    carole.neville@dentons.com

                                    *Attorneys for the Neil Reger*
                                    *Profit Sharing Keogh*