**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DETERMINATION OF CLAIM**

Norma Shapiro (IRA), holder of Account No. 1S0467 in Bernard L. Madoff Investment Securities LLC, through its attorney, hereby withdraws its objection to the Trustee's Determination of Claim filed on March 24, 2010 [ECF. No. 2082] for Claim No. 009819.

Dated: June 1, 2018
　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　Respectfully submitted,

　　　　　　　　　　　　　　　　　　　　　DENTONS US LLP

　　　　　　　　　　　　　　　　　　　　　By: */s/ Carole Neville*
　　　　　　　　　　　　　　　　　　　　　Carole Neville
　　　　　　　　　　　　　　　　　　　　　1221 Avenue of the Americas
　　　　　　　　　　　　　　　　　　　　　New York, New York 10020
　　　　　　　　　　　　　　　　　　　　　Tel:  (212) 768-6700
　　　　　　　　　　　　　　　　　　　　　Fax: (212) 768-6800
　　　　　　　　　　　　　　　　　　　　　carole.neville@dentons.com

　　　　　　　　　　　　　　　　　　　　　*Attorneys for Norma Shapiro (IRA)*