**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO DETERMINATION OF CLAIM**

Norma Shapiro Revocable Declaration of Trust, holder of Account No. 1S0337 in Bernard L. Madoff Investment Securities LLC, through her attorney, hereby withdraws her objection to the Trustee's Determination of Claim filed on May 6, 2010 [ECF. No. 2253] for Claim No. 9826.

Dated: June 1, 2018
    New York, New York

    Respectfully submitted,

    DENTONS US LLP

    By: */s/ Carole Neville*
    Carole Neville
    1221 Avenue of the Americas
    New York, New York 10020
    Tel: (212) 768-6700
    Fax: (212) 768-6800
    carole.neville@dentons.com

    *Attorneys for Norma Shapiro Revocable Declaration of Trust*