**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO DETERMINATION OF CLAIM

Stanley T. Miller IRA, holder of Account No. 1ZR284 in Bernard L. Madoff Investment Securities LLC, through his attorney, hereby withdraws his objection to the Trustee's Determination of Claim filed on October 21, 2009 [ECF. No. 538] for Claim No. 000679 and Claim No. 007112 (the latter of which is duplicative of Claim Number 000679) and are combined.

Dated: June 1, 2018
       New York, New York

                                          Respectfully submitted,

                                          DENTONS US LLP

                                          By: */s/ Carole Neville*
                                          Carole Neville
                                          1221 Avenue of the Americas
                                          New York, New York 10020
                                          Tel:  (212) 768-6700
                                          Fax: (212) 768-6800
                                          carole.neville@dentons.com

                                          *Attorneys for Stanley T. Miller IRA*