# RETIREMENT ACCOUNTS, INC.

February 26, 1998

Bernard Madoff
Investment Security
Attn: Frank Di Pascali
885 Third Ave.
New York, NY 10022-4834

RE:  Retirement Accounts, Inc. FBO
     Peter Moskowitz A/C# Re 334-1
     Your A/C# 1-ZR135

Dear Mr. Di Pascali:

Please use this letter as your authorization to **REREGISTER ALL SHARES** of the above named brokerage account as follows:

> Retirement Accounts, Inc.
> FBO Peter Moskowitz
> A/C# Re 151-1
> PO Box 173785
> Denver, CO 80217-3785

Enclosed is our corporate resolution to facilitate this request. **Please notify RAI once this transaction has been completed.** If you have any questions, please contact a Customer Service Representative at 1-800-325-4352. Thank you for your assistance in this matter.

Sincerely,


Retirement Accounts, Inc.


Authorized Signor

---

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ■ Denver, CO ■ 80217-3785
303-294-5959  ■  800-325-4352  ■  Fax 303-294-5899

4/3

# Roth IRA Conversion/Combined IRA Worksheet

ent: Peter Moskowitz
h IRA Account #: Redacted 4151
ditional IRA Account #: Redacted 4334

**w Accounts Representative:**

| | | | |
|---|---|---|---|
| ceived Completed Roth IRA Application | Yes No | Date Called | * |
| ceived Completed Conversion/Rollover Form | Yes No | Date Called | * |
| ceived Completed Distribution Form | Yes No | Date Called | * |

Person called and resolution: _____

ontributory IRA (RT)    Conversion IRA (RV)    Combined IRA (RB)    {Circle One}

dded Participant Note:    "ROTH IRA" _____    {Check once completed}

eceived Establishment and Administration Fees    Yes   No   Assessed   Called

ontribution Posted to Account    Yes   No

**Distributions Representative:**

Completed Distribution on Traditional IRA    (Yes)  No
Whole Plan or Partial Term?    (W)  P
Waive Term Fees:    (Yes)  No
DC money out of Traditional IRA    (Yes)  No
RO money to Roth IRA    (Yes)  No
AD assets from Traditional IRA    (Yes)  No
RO assets into Roth IRA    (Yes)  No

Dist - I told client that only pg 1 & 3 of dist form is okay. Please process.
HA

You may wish to attach a screen print of the assets affected. Also, you must inform the Securities Processing Representative if there are certificates that must be re-registered.

**Transfer-In Representative:**

Add Transfer-In Coversheet    (Yes)  No
Order Aim Letters to re-register assets    Yes  (No)   Mailed _____
Type manual rereg letters    (Yes)  No   Mailed 3/4
Follow Up                                              4/3

Miscellaneous Notes:   5309 1-ZR135   Bernard L. Madoff
                                                     885 Third Av
Redacted                                          N.Y NY
Bernard Madoff                              10022-4834

ROTH

# FIRST TRUST
A *fiserv* Company

First Trust Corporation
717 17th Street, Suite 1700
Denver, Colorado 80202-3323
303-293-2223

Please direct this form to:
Account Service Team E
P.O. Box 173801
Denver, CO 80217-3801

## IRA Distribution Request

### I. Participant Information (please type or print):

First Trust Account # Redacted 6001

Name: Peter Moskowitz

Residence Address (not a P.O. Box): Redacted

City/State/Zip:

☐ Check here if this is a Change of Address

Daytime Phone: Redacted

Date of Birth:

Social Security Number: Redacted 2200

First Trust Corporation, as Trustee of my Individual Retirement Account, is requested to make payment(s) to me, the above-named Participant, as follows. I understand that termination fees may apply as explained in Section VIII.

*(One choice from each applicable Section must be checked. If you have questions about this form, please contact First Trust's Account Service Team E.)*

### II. Reason For Distribution (choose one):

I understand that the IRS may impose a 10% premature distribution penalty tax on this distribution if I am under age 59½ unless I have become disabled as defined below or unless I qualify under Section II.C, F. or G. below.

☐ **A.** I am over age 59½ (and no other reason applies).
  *[If this request is meant to satisfy a required minimum distribution, please complete the Information Concerning Required Minimum Distributions on pg. 3.]*

☑ **B.** I am under age 59½ (and no other reason applies).

☐ **C.** This distribution is intended to qualify as a "substantially equal" payment under Section 72(t) of the Internal Revenue Code. *(It is the Participant's responsibility to determine the annual amount required.)*

☐ **D.** I have become disabled as defined in Section 72(m) of the Internal Revenue Code. I have attached First Trust's "Acknowledgment of Disability" form.

☐ **E.** I wish to have a recent contribution removed or corrected. *(Please complete "Removal/Correction of Contribution" on pg. 2.)*

☐ **F.** I intend to use this distribution to pay for medical expenses that are in excess of 7.5% of my adjusted gross income.

☐ **G.** I intend to use this distribution to pay for health insurance premiums as permitted to unemployed individuals under IRS Code Section 72(t)(2)(D).

### III. Payment Amount(s)
*(choose A or B and complete applicable blanks):*

☐ **A. Single Payment:**
I wish to withdraw **Total Account** from my account. *(Fill in dollar amount or write "total account" or "200 Shares of XYZ Stock," etc.)*

☐ **B. Installment Payments:** *If you are age 70½ or older, please read and complete the Information Concerning Minimum Distributions on pg. 3. Then complete items 2, 3 and 4. Otherwise, complete all information below.*

1. Installment payments are a specified dollar amount or are based on a given payment period. I choose:
   ☐ **a.** an amount of $_____ for each payment period. *(Specify exact amount or enter "all available cash.")*
   ☐ **b.** a fixed period of _____ years.

2. The first payment should be deducted in the month of _____, 19____.

3. Please deduct and send my payments *(choose one):*
   ☐ near the middle of the applicable month.
   ☐ at the end of the applicable month.

4. Subsequent payments are to be paid *(choose one):*
   ☐ annually
   ☐ semiannually
   ☐ quarterly
   ☐ monthly

[Note: You, the Participant, must ensure that enough cash is available to make each payment when due. Payments will continue until you notify First Trust to the contrary.]

### IV. Asset Instructions

I authorize the liquidation or reregistration of the following assets. I have contacted my Financial Representative to liquidate any broker-held assets (such as stocks and bonds) or any limited partnerships or other illiquid assets I choose to have sold. I understand that finding a buyer and arranging the terms of sale for any illiquid asset are my responsibility (with help from my Financial Representative) and that this is often a lengthy process which requires a First Trust "Secondary Market Authorization Form." I understand that there may also be reregistration or transfer fees assessed for this distribution. [Please call First Trust if you have questions about how to liquidate an asset. If no request for liquidation is made, assets will be reregistered into your name.]

(Refer to table on page 2.)

*(Continued on next page.)*

4-6-98

© First Trust Corporation, 1997     1 of 3     AFF-1762 (rev. 1/97)



# RETIREMENT ACCOUNTS, INC.

March 3, 1998

BERNARD MADOFF INV. SEC.
885 THIRD AVENUE
NEW YORK, NY 10022-4834

Re:  Client: PETER MOSKOWITZ
RAI Account # Redact .0001
Fund Name: Brokerage Account
Fund Account #: 1-ZR135
Current Registration: Retirement Accounts, Inc. TTEE FBO PETER MOSKOWITZ

Enclosed is a stock power executed by Retirement Accounts, Inc. which authorizes you to REREGISTER in the title of and to TRANSFER all shares presently held in the above account to:

RETIREMENT ACCOUNTS INC.
TTEE FBO PETER MOSKOWITZ
P.O. BOX 173785
DENVER, CO 80217-3785
New Account # Redac 0001
Tax ID: Redac 4088

Please note that this investment is part of a tax sheltered retirement plan which is exempt from Federal income taxes and back-up withholding.

Sincerely,

_____
Retirement Accounts, Inc.

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
ASPEN INVESTMENT ALLIANCE, INC.
AUTHORIZED SIGNATURE
( 12 )       D9004620
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM

TO: Retirement Accounts, Inc.
The above reregistration and transfer was made on _____, as requested.
                                                        (Date)

By: _____
Title: _____
Date: _____

RAI/TRANSFER.REG                                                               3514

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ■ Denver, CO ■ 80217-3785
303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899

AMF00108516

MWPTAP00934050

# RETIREMENT ACCOUNTS, INC.

## IRREVOCABLE STOCK OR BOND POWER

For value received, the undersigned does (do) hereby sell, assign and transfer to

RETIREMENT ACCOUNTS INC.
TTEE FBO PETER MOSKOWITZ
P.O. BOX 173785
DENVER, CO 80127-3785

(Social Security or Taxpayer Identifying Number) Redacted 4088

| IF STOCK ) | ALL shares of the capital stock HELD IN THE BROKERAGE ACCOUNT fund represented by |
| COMPLETE) | Certificate(s) No(s) _____ inclusive standing in the name of the undersigned |
| THIS ) | on the books of said Company. |
| PORTION ) | |

IF BONDS ) _____ bonds of _____ in the principal amount of $ _____ COMPLETE)
No(s) _____ inclusive standing in the name of the undersigned
THIS ) on the books of said Company.
PORTION )

The undersigned does (do) hereby irrevocably constitute and appoint _____ attorney to transfer the said stock or bond(s), as the case may be, on the books of said Company, with full power of substitution in the premises.

Dated _____      _____
                          Persons Executing This Power Sign Here

**IMPORTANT**

The signature(s) to this power must correspond with the name(s) as written upon the face of the certificate(s) or bond(s) in every particular without alteration.

Retirement Accounts, Inc.
TTEE FBO          PETER MOSKOWITZ
Account #         Redacted 0001

Dated: March 3, 1998

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
ASPEN INVESTMENT ALLIANCE, INC.

AUTHORIZED SIGNATURE
(12)  D9004620
SECURITIES TRANSFER AGENTS MEDALLION PROGRAM SF

Signature Guaranteed
Retirement Accounts, Inc.

RAI/TRANSFER.REG                                   3514

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ▪ Denver, CO ▪ 80217-3785
303-294-5959 ▪ 800-325-4352 ▪ Fax 303-294-5699

AMF00108517

MWPTAP00934051



# RETIREMENT ACCOUNTS, INC.

February 26, 1998

Bernard Madoff
Investment Security
Attn: Frank Di Pascali
885 Third Ave.
New York, NY 10022-4834

RE: Retirement Accounts, Inc. FBO
Peter Moskowitz A/C# Re 334-1   — OLD
Your A/C# 1-ZR135

Dear Mr. Di Pascali:

Please use this letter as your authorization to **REREGISTER ALL SHARES** of the above named brokerage account as follows:

Retirement Accounts, Inc.
FBO Peter Moskowitz
A/C# Red 151-1   — NEW
PO Box 173785
Denver, CO 80217-3785

Enclosed is our corporate resolution to facilitate this request. **Please notify RAI once this transaction has been completed.** If you have any questions, please contact a Customer Service Representative at 1-800-325-4352. Thank you for your assistance in this matter.

Sincerely,

*[signature]*

Retirement Accounts, Inc.

*[signature]*
Authorized Signor

SIGNATURE GUARANTEED
MEDALLION GUARANTEED
ASPEN INVESTMENT ALLIANCE, INC.
*[signature]* AUTHORIZED SIGNATURE
D9004620
(12) SECURITIES TRANSFER AGENTS MEDALLION PROGRAM SR

---

DELIVERING HIGH PERFORMANCE SERVICE TO SELF-DIRECTED INDIVIDUAL RETIREMENT ACCOUNTS SINCE 1976
P.O. Box 173785 ■ Denver, CO ■ 80217-3785
303-294-5959 ■ 800-325-4352 ■ Fax 303-294-5899

AMF00108518

MWPTAP00934052

Retirement Accounts, Inc.
CERTIFICATE OF RESOLUTION

I hereby certify that a meeting of the Board of Directors of The Affinity Group, Inc., a corporation organized and existing under and by virtue of the laws of the State of Colorado was held by consent on the 8th day of January, 1998, at which a quorum was present and acting throughout, the following resolution was adopted and is in full force and effect.

"RESOLVED, That pursuant to a Corporate Services Agreement between Retirement Accounts, Inc. and The Affinity Group, Inc. any of the following: Mark W. Massa, President; Cathy Vidikan, Director; Stephanie Gutierrez, Supervisor; Greg Cimburek, Supervisor; Gary Flander, Director; Victor A. Musielak, Jr., Manager; Lisa L. Lehnus, Managing Director; Colleen Devine, Manager; Dwight Groenevelt, Associate; Robert Nagle, Supervisor; Jane Hanchett, Supervisor; Jeanine R. Burley, Sr. Valuation Specialist; Jan Schmick, Supervisor; M. Duanyelle West, Senior Customer Service Representative; Annette Banes, Supervisor; Cheryl L. Martin, Senior Billing Specialist; Bradley C. Grippin, Cost Accountant; are hereby authorized and empowered to transfer, endorse, sell, assign, set over and deliver any and all shares of stock, bonds, debentures, proxies, deeds of trust, promissory notes, certificates of deposit and any other securities or financial instruments now or hereafter standing in the name of or owned in trust or custodial capacity by Retirement Accounts, Inc.; to make, execute, and deliver any and all written instruments necessary or proper to effectuate the authority hereby conferred."

I further certify that the authority conferred above is not inconsistent with the Charter or By-laws of the Corporation and that the following is a true and correct list of the Officers of this Corporation as of this date:

| | |
|---|---|
| Mark W. Massa | President |
| Lisa L. Lehnus | Secretary |
| Gordon G. Rockafellow | Vice President |
| Martha J. Moe | Vice President |
| Jacqueline K. Freudenstein | Vice President |
| Brad J. Newman | Assistant Secretary / Assistant Treasurer |
| Edward P. Alberts | Assistant Secretary |
| Nancy H. Wedelstaedt | Assistant Secretary |

ATTEST

Secretary - Lisa L. Lehnus

I hereby certify that the above resolution is in full force and effect this _____ day of FEB 18 1998, 1998, and that the signatures below are true and accurate signatures of the persons authorized to sign securities on behalf of The Affinity Group, Inc.

(SEAL)

Asst. Secretary / Asst. Treasurer - Brad J. Newman

Mark W. Massa
Stephanie Gutierrez
Gary Flander
Lisa L. Lehnus
Dwight Groenevelt
Jeanine R. Burley
Jane Hanchett
Jan Schmick
M. Duanyelle West

Cathy Vidikan
Greg Cimburek
Victor A. Musielak, Jr.
Colleen Devine
Bradley C. Grippin
Robert Nagle
Cheryl L. Martin
Annette Banes

AMF00108519

MWPTAP00934053

## APPOINTMENT OF ATTORNEYS

WHEREAS, the undersigned Mark W. Massa, Martha J. Moe, and Lisa L. Lehnus entered into an agreement on September 25, 1996, which formed a partnership designated as "Retirement Accounts & Co.," and

WHEREAS, Paragraph 8 of said partnership agreement reserves to the partners a power to appoint an attorney or attorneys who are authorized by such appointment to sign the firm name,

NOW, THEREFORE, the undersigned partners hereby name, constitute and appoint attorneys, individually or jointly, the following officers or employees of The Affinity Group, Inc., who shall be authorized, unless or until this appointment be revoked or modified, to sign the partnership name in respect of securities and other retirement plan assets transferred in the name of "Retirement Accounts & Co."

Mark W. Massa
_____
Sample of Signature

Stephanie Gutierrez
_____
Sample of Signature

Gary Flander
_____
Sample of Signature

Lisa L. Lehnus
_____
Sample of Signature

Dwight Groeneveld
_____
Sample of Signature

Jeanine R. Burley
_____
Sample of Signature

Jane Hatchett
_____
Sample of Signature

Jan Schmick
_____
Sample of Signature

M. Duanyelle West
_____
Sample of Signature

Cathy Vidikan
_____
Sample of Signature

Greg Cimburek
_____
Sample of Signature

Victor A. Musielak, Jr.
_____
Sample of Signature

Colleen Devine
_____
Sample of Signature

Bradley C. Grippin
_____
Sample of Signature

Robert Nagle
_____
Sample of Signature

Cheryl L. Martin
_____
Sample of Signature

Annette Banes
_____
Sample of Signature

_____          Dated this ___ day of _____, 1998.          _____
Mark W. Massa                      _____                                Lisa L. Lehnus
                                   Martha J. Moe

AMF00108520

MWPTAP00934054