From: dean loren <deanloren@gmail.com>
To: BUF/ExecAssistant@bop.gov, dean loren <deanloren@gmail.com>, judge_bernstein@nysb.uscourts.gov, ipicard@bakerlaw.com, "Sheehan, David J." <dsheehan@bakerlaw.com>, Helen Chaitman <hchaitman@chaitmanllp.com>, "Lalit K. Jain" <lkjesq@gmail.com>
Date: 06/05/2018 11:45 AM
Subject: MADOFF - WARDEN'S NAME FOR BUTNER MEDIUM I COMPLEX REQUEST - BERNARD L MADOFF (Register Number 61727054)

---

Dear Butner Medium I Executive Assistant and Judge Stuart Bernstein

I would like to send a certified letter to Bernie Madoff
and send a complimentary copy to the Warden for the
purpose of visiting Bernard Madoff (Register Number 61727054).

Please email me back the Warden's name at your earliest convenience.

I will also be sending Mr. Madoff funds to correspond.

I will be requesting to be put on Madoff's visitor list with my lawyer Mr. Jain
and requesting an order from Judge Bernstein to visit Madoff
with regard to the Merrill Lynch Treasury Purchases made on
Michael Bloomberg's terminals that involve Wolf Popper and JP Morgan Chase
Canada, NY and Nassau Accounts in possession of Irving Picard.

Mr. Picard is having problems producing the records from Wolf Popper's Lester Levy
and Mariann Popper for the Simon Goldberg Estate which was part of the
Canadian Accounts used by Madoff, as well as processing the proceed records of
the Treasury Records sell-off fed back into Madoff's 703 Accounts by his
big four clients and Fairfield Sentry, to which Mr. Picard and Wolf Popper
sued successfully.

The Justice Dept is now investigating the US Treasury Rigging involved and the
IRS is now investigating the Wolf Popper Madoff Merrill Lynch Treasury Issue.

In the interest of transparency,
Mrs. Goldberg had filed criminal charges against Emily Madoff in 1993 when
Lester Levy and John Fisher manufactured a guardian ad litem to take control

of the Canadian Accounts of her husband, Simon Goldberg, a Canadian Citizen.
The admissions by Wolf Popper were placed on the record in 2016, approximately
30 years after Mr. Goldberg's death, by Surrogate Rita Mella after the IRS began its investigation.

I have filed criminal charges against Irving Picard for failing to produce the treasury records,
sell-off proceeds and other records pertaining to Wolf Popper, as well as, keeping SDNY Judge Stuart Bernstein informed at every step of the process.

Of course, it may turn out that Mr. Picard produces the treasury records and Wolf Popper account information and such a visit may not be necessary
and only Mr. Madoff's written correspondence be deemed sufficient.

I take no position as to why Judge Bernstein restricted questions concerning the
Big Four Clients and thereby the treasury records.

Again, Please send me the Warden's name, at your earliest convenience.

Thank you in advance.

Dean Loren
Executor
Evelyn Goldberg Estate
718 277 1367
deanloren@gmail.com
PO Box 34
NY, NY  10002