**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION FOR ORDER ISSUING LETTER ROGATORY TO SHAZIEH SALAHUDDIN**
**PURSUANT TO HAGUE SERVICE CONVENTION**

Upon the Motion for Order Issuing Letter Rogatory to Shazieh Salahuddin Pursuant to Hague Service Convention, dated June 5, 2018 (the "Motion"), brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry of an order (the "Order") issuing the Letter Rogatory to Shazieh Salahuddin (as defined in the Motion) to be transmitted, via the appropriate channels, to The High Court Justice of Ireland, and it appearing that due and sufficient notice of the Motion has been given under the

circumstances, and it further appearing that the relief sought in the Motion has been given under the circumstances, and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 1334(b) and 157(a); and after due deliberation; and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. the Motion is GRANTED as set forth herein;

2. This Court shall transmit the Letter Rogatory, attached as Exhibit A to the Motion, to The High Court Justice of Ireland in the Republic of Ireland so that valid service of process may be effectuated upon Shazieh Salahuddin;

3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion;

4. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion; and

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated:  New York, New York

_____

HONORABLE STUART M. BERNSTEIN UNITED STATES BANKRUPTCY JUDGE