UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

          Plaintiff,

          v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

          Defendant.
------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

          Debtor.
------------------------------------------------------------X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## ORDER

**WHEREAS**, Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protect Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), has commenced numerous adversary proceedings within the BLMIS SIPA liquidation seeking to avoid and recover fraudulent transfers; and

**WHEREAS**, in certain of the avoidance proceedings, the Trustee has alleged that the transferee-defendants lacked good faith and/or willfully blinded themselves to the BLMIS Ponzi scheme (the "Bad Faith Actions"); it is hereby

**ORDERED**, that the Trustee, within fourteen (14) days of the entry of this Order, shall file a list of Bad Faith Actions, in which discovery is complete, the adversary

proceeding is ready for trial and will not be affected by the outcome of any currently pending appeals.

Dated:  New York, New York
        June 8, 2018

*/s/ Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge