IN RE: BLMIS. CASE NO: 08-01789 (SMB)

NINTEENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alan Roth | 002214 | 2861 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Alan Roth (19583) | 1R0190 |
| Barbara Engel | 000869 | 2353 | Becker & Poliakoff, LLP | Barbara Engel | 1E0143 |
| Gregg Rechler | 011081 | 2697 | Becker & Poliakoff, LLP | Gregg Rechler | 1R0244 |
| Jeannette F. Roth | 009064 | 3001 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Jeannette F Roth (19062) | 1R0191 |
| Lawrence Roth | 004866 | 3040 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Lawrence Roth (19064) | 1R0192 |
| Nancy Dver Cohen | 001415 | 832 | Phillips Nizer LLP | Nancy Dver Cohen | 1ZB581 |
| Robert P. Saltsman as Trustee for Steven P. Heller | 014080 | 2314 | Pro Se Filing | Steven P Heller Trust Robert Saltsman Trustee | 1H0083 |
| Sheldon Seissler | 002425 | 2438 | Becker & Poliakoff, LLP | Sheldon Seissler | 1S0336 |
| The Benjamin Rechler Trust, Mitchell Rechler, Trustee | 004179 | 2838 | Becker & Poliakoff, LLP | The Benjamin Ian Rechler Trust | 1R0081 |
| The Willi Rechler Trust, Mitchel Rechler Trustee | 004180 | 2840 | Becker & Poliakoff, LLP | The Willi Rechler Trust | 1R0082 |
| Trust FBO Sherri Pergament c/o Pergament Realty Management LLC | 011565 | 5178 | Pryor Cashman LLP | Trust F/B/O Sherri Pergament Koeppel Robert Pergament TTEE | 1CM477 |