IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## NINTEENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 011565 | 5178 | Trust FBO Sherri Pergament c/o Pergament Realty Management LLC | Trust F/B/O Sherri Pergament Koeppel Robert Pergament TTEE | 1CM477 | Pryor Cashman LLP | 12/26/2012 |
| 000869 | 2353 | Barbara Engel | Barbara Engel | 1E0143 | Becker & Poliakoff, LLP | 6/2/2010 |
| 014080 | 2314 | Robert P. Saltsman as Trustee for Steven P. Heller | Steven P Heller Trust Robert Saltsman Trustee | 1H0083 | Pro Se Filing | 5/20/2010 |
| 004179 | 2838 | The Benjamin Rechler Trust, Mitchell Rechler, Trustee | The Benjamin Ian Rechler Trust | 1R0081 | Becker & Poliakoff, LLP | 8/3/2010 |
| 004180 | 2840 | The Willi Rechler Trust, Mitchel Rechler Trustee | The Willi Rechler Trust | 1R0082 | Becker & Poliakoff, LLP | 8/3/2010 |
| 002214 | 2861 | Alan Roth | Millennium Trust Company, LLC FBO Alan Roth (19583) | 1R0190 | Becker & Poliakoff, LLP | 8/10/2010 |
| 009064 | 3001 | Jeannette F. Roth | Millennium Trust Company, LLC FBO Jeannette F Roth (19062) | 1R0191 | Becker & Poliakoff, LLP | 9/24/2010 |
| 004866 | 3040 | Lawrence Roth | Millennium Trust Company, LLC FBO Lawrence Roth (19064) | 1R0192 | Becker & Poliakoff, LLP | 10/15/2010 |
| 011081 | 2697 | Gregg Rechler | Gregg Rechler | 1R0244 | Becker & Poliakoff, LLP | 7/14/2010 |
| 002425 | 2438 | Sheldon Seissler | Sheldon Seissler | 1S0336 | Becker & Poliakoff, LLP | 6/16/2010 |
| 001415 | 832 | Nancy Dver Cohen | Nancy Dver Cohen | 1ZB581 | Phillips Nizer LLP | 11/16/2009 |