# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

June 11, 2018

**VIA ECF AND FEDERAL EXPRESS**

Honorable Stuart M. Bernstein
(Bernstein.chambers@nysb.uscourts.gov)
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
United States of America

Re:    *Picard v. Ceretti, et al., Adv. Pro. No. 09-01161 (SMB)*

Dear Judge Bernstein:

I write on behalf of Irving H. Picard, the trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act of 1970, substantively consolidated with the estate of Bernard L. Madoff, regarding the Trustee's Motion for Order Issuing Letter Rogatory to Shazieh Salahuddin Pursuant to Hague Service Convention, filed on June 5, 2018 (ECF No. 346) (the "Motion"). We have consulted with Quinn Emanuel Urquhart & Sullivan LLP, counsel to Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd., and have agreed to minor revisions to the language of the Letter Rogatory attached as Exhibit 1 to the Motion (ECF No. 346-1). Attached is the revised Letter Rogatory for the Court's consideration. No other changes to the Motion or its exhibits have occurred.

Respectfully submitted,

/s/ *Geraldine E. Ponto*

Geraldine E. Ponto

Attachment

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC