**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br> Debtor, | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br> Debtor. | |

# AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                       ) ss:
COUNTY OF DALLAS       )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 11, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Trustee's Nineteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 17647)
   2. Notice of Hearing on Trustee's Nineteenth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Proposed Order (Docket Number 17648)
   3. Declaration of Vineet Sehgal in Support of the Trustee's Nineteenth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits thereto (Docket Number 17649)

Executed on June 11, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 11 day of June, 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022
(SEAL)

_____
Notary Public

# Exhibit A

Exhibit A
June 11, 2018

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Pryor Cashman LLP | Richard Levy, Jr. | 7 Times Square | New York | NY | 10036-6569 | Counsel |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |
| Redacted for Confidentiality Reasons | | | | | | |