| | |
|---|---|
| **CHAITMAN LLP** <br> Helen Davis Chaitman <br> hchaitman@chaitmanllp.com <br> 465 Park Avenue <br> New York, New York 10022 <br> Phone & Fax: 888-759-1114 | **Presentment Date: July 3, 2018 12:00 PM** <br> **Objection Date: June 26, 2016** |

*Attorneys for Defendants Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas and Nancy Atlas, in her Capacity as the Trustee of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> TRUST FUND B U/W EDWARD F. SELIGMAN F/B/O NANCY ATLAS and NANCY ATLAS, in her capacity as the Trustee of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas, <br><br> Defendants. | Adv. Pro. No. 10-04885 (SMB) |

{00036450 1 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that on June 12, 2018 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail and USPS First Class Mail upon:

Nancy Atlas nancy.atlas@gmail.com
169 Plain Road
Wayland, MA 01778

By electronic mail upon:

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   June 12, 2018                                  */s/ Helen Davis Chaitman*
         New York, New York

{00036450 1}                                  2