**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants the Estate of Muriel B. Cantor, Nancy Atlas, as Personal Representative of the Estate of Muriel B. Cantor*

**Presentment Date: July 3, 2018 12:00 PM**
**Objection Date: June 26, 2016**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>THE ESTATE OF MURIEL B. CANTOR, NANCY ATLAS, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF MURIEL B. CANTOR,<br><br>Defendants. | Adv. Pro. No. 10-04931 (SMB) |

{00036458 1 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that on June 12, 2018 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail and USPS First Class Mail upon:

Nancy Atlas nancy.atlas@gmail.com
169 Plain Road
Wayland, MA 01778

By electronic mail upon:

David Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   June 12, 2018                                             */s/ Helen Davis Chaitman*
         New York, New York

{00036458 1 }                                2