**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>SOUTH FERRY BUILDING COMPANY, et al.,<br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-04488 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>SOUTH FERRY # 2 et al.,<br>　　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-04350 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>UNITED CONGREGATIONS MESORA,<br>　　　　　　　　　　　　Defendant. | Adv. Pro. No. 10-05110 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　　　　Plaintiff,<br>　　v.<br>JAMES LOWREY et al.,<br>　　　　　　　　　　　　Defendants. | Adv. Pro No. 10-04387 (SMB) |

**MOTION FOR ADMISSION PRO HAC VICE**

1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

### MOTION FOR ADMISSION PRO HAC VICE

I, Beth-ann Roth, request admission, *pro hac vice*, before the Honorable Stuart M. Bernstein, to represent South Ferry Building Company et al. (Adv. Pro. No. 10-04488), South Ferry 2 et al. (Adv. Pro. No. 10-04350), United Congregations Mesora (Adv. Pro. No. 10-05110) and James Lowrey et al. (Adv. Pro. No. 10-04387), Defendants in the above-referenced adversary proceeding.

*I certify that I am a member in good standing* of the bar in the State of Florida and the District of Columbia.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice* admission.

Dated: June 12, 2018
Washington, DC

1725 Eye Street, NW – Suite 300
Washington, DC 20006-2423
beth-ann.roth@fisherbroyles.com
(202) 664-7171

2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant.<br><br>**Adv. Pro. No. 08-01789 (SMB)** | IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>SOUTH FERRY # 2 et al., Defendants.<br><br>**Adv. Pro. No. 10-04350 (SMB)** |
| In re: BERNARD L. MADOFF, Debtor. | IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>UNITED CONGREGATIONS MESORA, Defendant.<br><br>**Adv. Pro. No. 10-05110 (SMB)** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>SOUTH FERRY BUILDING COMPANY, et al., Defendants.<br><br>**Adv. Pro. No. 10-04488 (SMB)** | IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>JAMES LOWREY et al., Defendants.<br><br>**Adv. Pro. No. 20-04387** |

**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*

Upon the motion of Beth-ann Roth, to be admitted, *pro hac vice*, to represent the above-referenced clients (the "Clients"), Defendants in the above-referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Florida and the District of Columbia, it is hereby

**ORDERED**, that Beth-ann Roth, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

_____, New York          /s/ _____
                                     UNITED STATES BANKRUPTCY JUDGE