# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01182 (SMB) |
| Plaintiff, | |
| v. | |
| J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION, | |
| Defendants. | |

**[*PROPOSED*] ORDER PURSUANT TO SECTION 105(a)**
**OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE**
**FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING SETTLEMENT**
**AGREEMENT BETWEEN THE TRUSTEE AND ASCOT PARTNERS, L.P.,**
**THROUGH ITS RECEIVER, RALPH C. DAWSON, ASCOT FUND LIMITED,**
**J. EZRA MERKIN, AND GABRIEL CAPITAL CORPORATION**

Upon the motion (the "Motion")[1] of Irving H. Picard (the "Trustee"), as trustee for the

substantively consolidated liquidation of Bernard L. Madoff Investment Securities

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

LLC("BLMIS") and the estate of Bernard L. Madoff, seeking entry of an order, pursuant to

section 105(a) of title 11, United States Code, 11 U.S.C. §§ 101 *et seq*. and Rules 2002(a)(3) and

9019(a) of the Federal Rules of Bankruptcy Procedure, approving the Settlement Agreement

dated June 2, 2018, by and between the Trustee, on the one hand, and Ascot Partners, L.P.,

through its Receiver, Ralph C. Dawson, Ascot Fund Limited, J. Ezra Merkin, and Gabriel Capital

Corporation (collectively, "Defendants"), on the other hand; and it appearing that due and

sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of

the Federal Rules of Bankruptcy Procedure; and the Court having considered the Affidavit of

Irving H. Picard in support of the Motion; and a hearing having been held on the Motion on July

10, 2018 at 2:00 p.m. (the "Hearing"); and it further appearing that this Court has jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and

after due deliberation; and sufficient cause appearing therefor; it is **IT IS HEREBY**:

      **ORDERED,** that the Motion is granted to the extent set forth in this Order; and it is

further

      **ORDERED**, that the Trustee and the Defendants shall comply with and carry out the

terms of the Agreement; and it is further

      **ORDERED**, that this Court shall retain exclusive jurisdiction to hear, enforce and

determine all matters arising from or related to this Order.


Dated: July ___, 2018
     New York, New York

                   _____
                   **HONORABLE STUART M. BERNSTEIN**
                   **UNITED STATES BANKRUPTCY JUDGE**