**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>No.  08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>PF TRUSTEES LIMITED in its capacity as trustee of RD TRUST, SAFEHAND INVESTMENTS, STRONGBACK HOLDINGS CORPORATION,<br><br>Defendants. | Adv. Pro. No. 12-01701 (SMB) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding that was previously scheduled for June 27, 2018, has been adjourned to **September 26, 2018 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: June 13, 2018                    By:    */s/ Thomas L. Long*
New York, New York                            **Baker & Hostetler LLP**
                                               45 Rockefeller Plaza
                                               New York, New York 10111
                                               Telephone: 212.589.4200
                                               Facsimile: 212.589.4201
                                               David J. Sheehan
                                               Email: dsheehan@bakerlaw.com
                                               Thomas L. Long
                                               Email: tlong@bakerlaw.com

                                               *Attorneys for Irving H. Picard, Trustee for the*
                                               *Substantively Consolidated SIPA Liquidation*
                                               *of Bernard L. Madoff Investment Securities*
                                               *LLC and the Estate of Bernard L. Madoff*