**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Kristin L. Keranen
kkeranen@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD MARDEN PROFIT SHARING PLAN; PATRICE M. AULD, as trustee of Bernard Marden | Adv. Pro. No. 10-05168 (SMB) |

| | |
|---|---|
| Profit Sharing Plan; and JAMES P. MARDEN, as trustee of Bernard Marden Profit Sharing Plan, | |
| Defendants. | |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 17560), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for June 27, 2018 has been further adjourned until **September 26, 2018 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
       June 14, 2018

                                              BAKER & HOSTETLER LLP

                                              By: /s/ Nicholas J. Cremona
                                              45 Rockefeller Plaza
                                              New York, New York 10111
                                              Telephone: 212.589.4200
                                              Facsimile: 212.589.4201
                                              David J. Sheehan
                                              Email: dsheehan@bakerlaw.com
                                              Nicholas J. Cremona
                                              Email: ncremona@bakerlaw.com
                                              Kristin L. Keranen
                                              Email: kkeranen@bakerlaw.com

                                              *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2