# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant.<br><br>**Adv. Pro. No. 08-01789 (SMB)** | IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>SOUTH FERRY # 2 et al., Defendants.<br><br>**Adv. Pro. No. 10-04350 (SMB)** |
| In re: BERNARD L. MADOFF, Debtor. | IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>UNITED CONGREGATIONS MESORA,<br>                                Defendant.<br>**Adv. Pro. No. 10-05110 (SMB)** |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>SOUTH FERRY BUILDING COMPANY, et al.,<br>                                Defendants.<br>**Adv. Pro. No. 10-04488 (SMB)** | IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff,<br>v.<br>JAMES LOWREY et al., Defendants.<br><br>**Adv. Pro. No. 10-04387** |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Beth-ann Roth, to be admitted, ***pro hac vice***, to represent the above-referenced clients (the "Clients"), Defendants in the above-referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bars in the State of Florida and the District of Columbia, it is hereby

**ORDERED**, that Beth-ann Roth, Esq., is admitted to practice, ***pro hac vice***, in the above-referenced adversary proceeding to represent the Clients, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

**Dated: June 18, 2018**

**New York, New York**                                       **/s/ STUART M. BERNSTEIN**
                                                                                    **UNITED STATES BANKRUPTCY JUDGE**

2