# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

---

**SECURITIES INVESTOR PROTECTION CORPORATION,**

    **Plaintiff,**

    v.

**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**

    **Defendant.**

SIPA Liquidation

No. 08-01789 (SMB)

(Substantively Consolidated)

---

In re

**BERNARD L. MADOFF,**

    **Debtor.**

---

**IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Securities LLC**

    **Plaintiff,**

    v.

**SOCIETE GENERALE PRIVATE BANKING (SUISSE) S.A. (f/k/a SG Private Banking Suisse S.A.), et al.,**

    **Defendants.**

Adv. Pro. No 12-01677 (SMB)

---

## NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST

PLEASE TAKE NOTICE that Elizabeth A. O'Connor[1] hereby withdraws her appearance as counsel for Defendants Societe Generale Private Banking (Suisse) S.A. (f/k/a SG Private

---

[1] Effective as of July 1, 2018, Ms. O'Connor will join Tarter Krinsky & Drogin LLP. John F. Zulack will continue to represent the SG Defendants (as defined herein) in this case.

Banking Suisse S.A.); Societe Generale Private Banking (Lugano-Svizzera) S.A. (f/k/a SG Private Banking (Lugano-Svizzera) S.A.); Socgen Nominees (UK) Limited; Lyxor Asset Management S.A., as Successor in Interest to Barep Asset Management S.A.; Societe Generale Holding De Participations S.A., as Successor in Interest to Barep Asset Management S.A.; SG AM AI Premium Fund L.P. (f/k/a SG AM Alternative Diversified U.S. L.P.); Lyxor Asset Management Inc., as General Partner of SG AM AI Premium Fund L.P. (f/k/a SGAM Asset Management, Inc.); SG Audace Alternatif (f/k/a SGAM AI Audace Alternatif); SGAM AI Equilibrium Fund (f/k/a SGAM Alternative Multi Manager Diversified Fund); Lyxor Premium Fund (f/k/a SGAM Alternative Diversified Premium Fund); Societe Generale, S.A., as Trustee for Lyxor Premium Fund; and Societe Generale Bank & Trust S.A. (collectively, the "SG Defendants") in the above-captioned proceeding.

PLEASE TAKE FURTHER NOTICE that copies of all notices given or required to be given in this case and all papers served or required to be served in this case should continue to be given to and served upon:

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006
Tel. No.: (212) 412-9500
Fax No.: (212) 964-9200
E-mail Address: jzulack@fzwz.com

PLEASE TAKE FURTHER NOTICE that Elizabeth A. O'Connor requests that she be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Withdrawal and Request for Removal from CM/ECF Service List is not and shall not be construed as a waiver of any of the SG Defendants' jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned case, all of which are hereby expressly reserved.

Dated: New York, New York
       June 18, 2018

>FLEMMING ZULACK WILLIAMSON ZAUDERER LLP
>
>     /s/ Elizabeth A. O'Connor
> Elizabeth A. O'Connor
> eoconnor@fzwz.com
> One Liberty Plaza
> New York, New York  10006
> Telephone:  (212) 412-9500
>
> *Withdrawing Attorney for the SG Defendants*

**SO ORDERED:  June 18, 2018**

**/s/ STUART M. BERNSTEIN**

**Hon. Stuart M. Bernstein**
**United States Bankruptcy Judge**