# UNITED STATES BANKRUPTCY COURT
# SOUTHERN DISTRICT OF NEW YORK

```
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
SECURITIES INVESTOR PROTECTION          :
CORPORATION,                            :
                                        :
         Plaintiff,                     :
                                        :   SIPA Liquidation
    v.                                  :   No. 08-01789 (SMB)
                                        :   (Substantively Consolidated)
BERNARD L. MADOFF INVESTMENT            :
SECURITIES LLC,                         :
                                        :
         Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
In re                                   :
                                        :
BERNARD L. MADOFF,                      :
                                        :
         Debtor.                        :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
IRVING H. PICARD, Trustee for the       :
Liquidation of Bernard L. Madoff        :
Securities LLC                          :
                                        :
         Plaintiff,                     :   Adv. Pro. No 12-01694 (SMB)
    v.                                  :
                                        :
BANQUE CANTONALE VAUDOISE,              :
                                        :
         Defendant.                     :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - X
```

### NOTICE OF WITHDRAWAL AND REQUEST FOR REMOVAL FROM CM/ECF SERVICE LIST

PLEASE TAKE NOTICE that Elizabeth A. O'Connor[1] hereby withdraws her appearance as counsel for defendant Banque Cantonale Vaudoise in the above-captioned proceeding.

---

[1] Effective as of July 1, 2018, Ms. O'Connor will join Tarter Krinsky & Drogin LLP. John F. Zulack will continue to represent defendant Banque Cantonale Vaudoise in this case.

PLEASE TAKE FURTHER NOTICE that copies of all notices given or required to be given in this case and all papers served or required to be served in this case should continue to be given to and served upon:

John F. Zulack
Flemming Zulack Williamson Zauderer LLP
One Liberty Plaza
New York, NY 10006
Tel. No.: (212) 412-9500
Fax No.: (212) 964-9200
E-mail Address: jzulack@fzwz.com

PLEASE TAKE FURTHER NOTICE that Elizabeth A. O'Connor requests that she be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Withdrawal and Request for Removal from CM/ECF Service Lists is not and shall not be construed as a waiver of any of the defendant Banque Cantonale Vaudoise's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned case, all of which are hereby expressly reserved.

Dated: New York, New York
June 18, 2018

                                    FLEMMING ZULACK WILLIAMSON
                                    ZAUDERER LLP

                                    /s/ Elizabeth A. O'Connor
                                  Elizabeth A. O'Connor
                                  eoconnor@fzwz.com
                                  One Liberty Plaza
                                  New York, New York  10006
                                  Telephone:  (212) 412-9500

                                  *Withdrawing Attorney for Defendant Banque*
                                  *Cantonale Vaudoise*

**SO ORDERED:  June 18, 2018**

**/s/ STUART M. BERNSTEIN**
**Hon. Stuart M. Bernstein**
**United States Bankruptcy Judge**