UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------ X
:
**SECURITIES INVESTOR PROTECTION** :
**CORPORATION,** :
:
**Plaintiff,** :
:
v. : SIPA Liquidation
: No. 08-01789 (SMB)
: (Substantively Consolidated)
**BERNARD L. MADOFF INVESTMENT** :
**SECURITIES LLC,** :
:
**Defendant.** :
:
------------------------------------ X
**In re** :
:
**BERNARD L. MADOFF,** :
:
**Debtor.** :
------------------------------------ X
**IRVING H. PICARD, Trustee for the** :
**Liquidation of Bernard L. Madoff** :
**Securities LLC** :
:
**Plaintiff,** :
: Adv. Pro. No 12-01695 (SMB)
v. :
:
**BORDIER & CIE,** :
**Defendant.** :
:
------------------------------------ X

**NOTICE OF WITHDRAWAL AND REQUEST FOR**
**REMOVAL FROM CM/ECF SERVICE LIST**

PLEASE TAKE NOTICE that Elizabeth A. O'Connor[1] hereby withdraws her appearance as counsel for defendant Bordier & Cie in the above-captioned proceeding.

---

[1] Effective as of July 1, 2018, Ms. O'Connor will join Tarter Krinsky & Drogin LLP. John F. Zulack will continue to represent defendant Bordier & Cie in this case.

PLEASE TAKE FURTHER NOTICE that copies of all notices given or required to be given in this case and all papers served or required to be served in this case should continue to be given to and served upon:

John F. Zulack<br>
Flemming Zulack Williamson Zauderer LLP<br>
One Liberty Plaza<br>
New York, NY 10006<br>
Tel. No.: (212) 412-9500<br>
Fax No.: (212) 964-9200<br>
E-mail Address: jzulack@fzwz.com

PLEASE TAKE FURTHER NOTICE that Elizabeth A. O'Connor requests that she be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in this proceeding.

PLEASE TAKE FURTHER NOTICE that this Notice of Withdrawal and Request for Removal from CM/ECF Service Lists is not and shall not be construed as a waiver of any of the defendant Bordier & Cie's jurisdictional, substantive or procedural rights and remedies in connection with the above-captioned case, all of which are hereby expressly reserved.

Dated:  New York, New York
        June 18, 2018

                                              FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

                                              /s/ Elizabeth A. O'Connor
                                            Elizabeth A. O'Connor
eoconnor@fzwz.com
One Liberty Plaza
New York, New York 10006
Telephone: (212) 412-9500

*Withdrawing Attorney for Defendant Bordier & Cie*

**SO ORDERED: June 18, 2018**

**/s/ STUART M. BERNSTEIN**
**Hon. Stuart M. Bernstein**
**United States Bankruptcy Judge**

3