**CHAITMAN LLP**　　　　　　　　　　　　　　　　**Presentment Date: July 10, 2018 12:00 PM**
Helen Davis Chaitman　　　　　　　　　　　　　　**Objection Date: July 3, 2018**
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for David Shapiro Nominee 4 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID SHAPIRO NOMINEE 4 and DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 4,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 10-04305 (SMB) |

{00036555 2 }

## DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF APPLICATION TO WITHDRAW AS COUNSEL

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.  I am a partner with Chaitman LLP, counsel of record to Defendants David Shapiro Nominee 4 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 4 (the "Defendants"). I submit this declaration in support of an application for an Order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules of this Court: (1) authorizing Chaitman LLP to withdraw as counsel to the Defendants; and (2) granting such other and further relief as the Court deems just and proper. Unless otherwise stated, the foregoing is based on my personal knowledge.

2.  The Trustee commenced this adversary proceeding against the Defendants on November 29, 2010 (the "Adversary Proceeding").

3.  Thereafter, the Defendants retained Becker & Poliakoff LLP to represent them.

4.  On behalf of the Defendants, while at Becker & Poliakoff, LLP, I filed a Notice of Appearance and Request for Service of Papers on March 11, 2011 (ECF Doc. No. 9).

5.  On behalf of the Defendants as a partner of Chaitman LLP, I filed a Notice of Appearance and Request for Service of Papers on October 21, 2015 (ECF Doc. No. 49).

6.  David Shapiro is deceased.

7.  No probate proceeding has been filed

8.  I have not been retained by any representative of Shapiro and have no one with whom I can communicate on behalf of the client. Thus, it is impossible for me to continue to represent the Defendants.

9. The Trustee is aware that I have no authority to represent the Defendants. He is proceeding with discovery of Shapiro's bank accounts, with notice to Shapiro's daughter, but I have no contact with Shapiro's daughter. Accordingly, cause exists to grant the application authorizing Chaitman LLP to withdraw as counsel for the Defendants.

Dated: June 19, 2018          */s/ Helen Davis Chaitman*
New York, New York

{00036555 2}    3