**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**Presentment Date: July 10, 2018 12:00 PM**
**Objection Date: July 3, 2018**

*Attorneys for David Shapiro Nominee 4 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 4*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>DAVID SHAPIRO NOMINEE 4 and DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 4,<br><br>　　　　　　　　　　　Defendants. | Adv. Pro. No. 10-04305 (SMB) |

**CERTIFICATE OF SERVICE**

{00036556 1 }

I, Helen Davis Chaitman, hereby certify that on June 19, 2018 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

> By electronic mail and USPS First Class Mail upon:
>
> Deborah Shapiro dshapiroprice@verizon.net
> 198-20 Epsom Course
> Hollis, NY 11423
>
> By electronic mail upon:
>
> David J. Sheehan, Esq. dsheehan@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 19, 2018  
New York, New York

*/s/ Helen Davis Chaitman*

{00036556 1}  2