| | |
|---|---|
| **CHAITMAN LLP**<br>Helen Davis Chaitman<br>hchaitman@chaitmanllp.com<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114 | **Presentment Date: July 10, 2018 12:00 PM**<br>**Objection Date: July 3, 2018** |

*Attorneys for David Shapiro Nominee 3 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 3*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DAVID SHAPIRO NOMINEE 3 and DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 3,<br><br>Defendants. | Adv. Pro. No. 10-04314 (SMB) |

**CERTIFICATE OF SERVICE**

{00036598 1 }

I, Helen Davis Chaitman, hereby certify that on June 19, 2018 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail and USPS First Class Mail upon:

Deborah Shapiro dshapiroprice@verizon.net
198-20 Epsom Course
Hollis, NY 11423

By electronic mail upon:

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   June 19, 2018              */s/ Helen Davis Chaitman*
         New York, New York

{00036598 1 }                              2