**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04325 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID SHAPIRO NOMINEE 2 and DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 2, | |
| Defendants. | |

### ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for David Shapiro Nominee 2 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 2, (the "Defendants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted

{00036575 1 }

in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding; and it is further

Dated:　July ___, 2018
　　　　　New York, New York

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE