**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff-Applicant,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                         Plaintiff,<br><br>            v.<br><br>DAVID SHAPIRO NOMINEE 1 and DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 1,<br><br>                         Defendants. | Adv. Pro. No. 10-04328 (SMB) |

## **ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

       Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for David Shapiro Nominee 1 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 1, (the "Defendants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted

{00036576 1 }

in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding; and it is further

Dated: July ___, 2018
       New York, New York

                Hon. Stuart M. Bernstein
                UNITED STATES BANKRUPTCY JUDGE