**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**STIPULATION AND ORDER EXTENDING
DEADLINE FOR INITIAL DISCLOSURES**

  **WHEREAS**, on May 24, 2018, the parties herein entered into, and this Court so ordered, a Case Management Stipulation and Order regarding discovery deadlines and other issues (ECF No. 114); and

**WHEREAS**, the Case Management Stipulation and Order provided that Initial Disclosures were to be due June 22, 2018; and

**WHEREAS**, the parties have agreed to extend the deadline for exchange of Initial Disclosures to July 18, 2018.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the parties, that the date on which Initial Disclosures shall be due is extended up to and including July 18, 2018.

The extension of time granted herein is without prejudice to any future extensions of time. Except as expressly set forth herein, the parties reserve all rights and defenses they may have, and entry into this stipulation shall not impair or otherwise affect such rights and defenses.

This stipulation may be signed by the parties in any number of counterparts, each of which shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York
       June 20, 2018

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By:  /s/Andrew W. Reich | By:  /s/Richard E. Signorelli |
| 45 Rockefeller Plaza | 799 Broadway, Suite 539 |
| New York, New York 10111 | New York, New York 10003 |
| Telephone:  212.589.4200 | Telephone:  212.254.4218 |
| Facsimile:  212.589.4201 | Facsimile:  212.254.1396 |
| David J. Sheehan | Richard E. Signorelli |
| Email:  dsheehan@bakerlaw.com | Email: richardsignorelli@gmail.com |
| Keith R. Murphy | Email: richardsignorelli@nyclitigator.com |
| Email: kmurphy@bakerlaw.com | Bryan Ha |
| Andrew W. Reich | Email:  bhanyc@gmail.com |
| Email: areich@bakerlaw.com | |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated* | *Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of* |

| | |
|---|---|
| *SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Edward R. Glantz and as administrator of the Estate of Thelma Glantz;* EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; GRACE & COMPANY; THE GLANTZ FAMILY FOUNDATION, INC; THE ESTATE OF EDWARD R. GLANTZ; LAKEVIEW INVESTMENT, LP; VISTA MANAGEMENT CO.; LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION; ELAINE OSTRIN; THE ESTATE OF THELMA GLANTZ; THE GLANTZ-OSTRIN TRUST II; *and* AUSTIN BOSARGE |

**SO ORDERED:**

**Dated: June 20, 2018**
**New York, New York**

  /s/ STUART M. BERNSTEIN
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**