**EXHIBIT 6**

```
          **DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
          PETER MOSKOWITZ DDS
                                                                              4/30/98        1
                      Redacted
                                                         1-ZR135-3-0         Redacted


                                     BALANCE FORWARD                              27,674.43
  4/03                               SCHLUMBERGER LTD         DIV                     13.50
                                     DIV 2/23/98 4/03/98
  4/06                               WAL-MART STORES INC      DIV                     22.24
                                     DIV 3/20/98 4/06/98
  4/15                               HEWLETT PACKARD CO       DIV                     18.62
                                     DIV 3/25/98 4/15/98
  4/22         420   2657            GENERAL ELECTRIC CO      87  1/4              36,645.00
  4/22          91   6176            GENERAL MOTORS CORP      69                    6,279.00
  4/22         133   9695            HEWLETT PACKARD CO       63  1/2               8,445.50
  4/22         126  13214            INTERNATIONAL BUSINESS MACHS 107 3/4          13,576.50
  4/22         203  16731            INTEL CORP               75  3/16             15,263.06
  4/22         168  20250            JOHNSON & JOHNSON        72  9/16             12,190.50
  4/22         315  23769            COCA COLA CO             76  7/8              24,215.63
  4/22          84  27288            MCDONALDS CORP           61  3/4               5,187.00
  4/22          42  30799            MERRILL LYNCH & CO INC   95                    3,990.00
  4/22          49  34317            MINNESOTA MNG & MFG CO   97  3/8               4,771.38
  4/22          98  37836            MOBIL CORP               78                    7,644.00
  4/22         154  41355            MERCK & CO              120  1/2              18,557.00
  4/22         301  44874            MICROSOFT CORP           92  1/8              27,729.63
  4/22         119  48393            NATIONS BANK CORP        78  7/8               9,386.13
  4/22          70  51912            NORTHERN TELECOM LIMITED 65  1/16              4,554.38
  4/22          91  56931            AMERICAN INTL GROUP INC 139  5/16             12,677.44
  4/22         119  58960            ORACLE CORPORATION       27  3/8               3,257.63

                                     CONTINUED ON PAGE    2
```

**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS

Redacted

1-ZR135-3-0        4/30/98        2

Redacted

| Date | | | Description | Price | | Amount |
|---|---|---|---|---|---|---|
| 4/22 | | 147 60450 | AMERITECH CORP | 46 3/4 | | 6,872.25 |
| 4/22 | | 189 62479 | PEPSICO INC | 41 7/8 | | 7,914.38 |
| 4/22 | | 63 63969 | AMOCO CORP | 86 7/8 | | 5,473.13 |
| 4/22 | | 210 65998 | AT & T CORP | 67 1/4 | | 14,122.50 |
| 4/22 | | 63 67488 | AMERICAN EXPRESS COMPANY | 107 | | 6,741.00 |
| 4/22 | | 287 69517 | WAL-MART STORES INC | 53 1/8 | | 15,246.88 |
| 4/22 | | 126 71007 | BOEING CO | 53 3/4 | | 6,772.50 |
| 4/22 | | 308 73036 | EXXON CORP | 72 | | 22,176.00 |
| 4/22 | | 91 74526 | BANKAMERICA CORP | 88 | | 8,008.00 |
| 4/22 | | 98 78045 | BELL ATLANTIC CORP | 96 | | 9,408.00 |
| 4/22 | | 126 81564 | BRISTOL MYERS SQUIBB COMPANY | 105 | | 13,230.00 |
| 4/22 | | 84 85062 | CHRYSLER CORP | 43 7/8 | | 3,685.50 |
| 4/22 | | 56 88580 | CITICORP | 160 | | 8,960.00 |
| 4/22 | | 126 92099 | CISCO SYSTEMS INC | 70 7/16 | | 8,875.13 |
| 4/22 | | 147 95618 | DU PONT E I DE NEMOURS & CO | 77 | | 11,319.00 |
| 4/22 | | 84 99137 | THE WALT DISNEY CO | 113 1/4 | | 9,513.00 |
| 4/22 | | | FIDELITY SPARTAN | DIV | | 12.26 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 4/22/98 | | | |
| 4/22 | | 4,103 76660 | FIDELITY SPARTAN | 1 | | 4,103.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 4/22 | | 50,000 77774 | U S TREASURY BILL | 99.220 | | 49,610.00 |
| | | | DUE 06/18/1998 | | | |
| | | | 6/18/1998 | | | |
| 4/22 | 400,000 | 81484 | U S TREASURY BILL | 98.740 | 394,960.00 | |
| | | | DUE 7/23/1998 | | | |
| | | | 7/23/1998 | | | |
| | | | CONTINUED ON PAGE 3 | | | |

MDPTPP07339829

MDPTPP07339830

**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS                       Redacted

                                                              4/30/98    3
                                          1-ZR135-3-0         Redacted

| Date | | | | | MKT PRICE | | |
|---|---|---|---|---|---|---|---|
| 4/27 | | 39,575 | 85671 | CHECK FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | CA | 17,076.64 |
| 4/30 | | | | NEW BALANCE | | 39,575.00 | 36,682.74 |
| | | 39,575 | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | | 400,000 | | U S TREASURY BILL DUE 7/23/1998    7/23/1998 | | 98.880 | |

MARKET VALUE OF SECURITIES
    LONG                    SHORT
    435,095.00

MDPTPP07339831

**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS

Redacted

1-ZR135-3-0        4/30/98        4

Redacted

YEAR-TO-DATE SUMMARY

DIVIDENDS                                1,069.49
GROSS PROCEEDS FROM SALES            1,611,773.30

```
**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS                              1-2R135-3-0        12/31/97    1
Redacted                                         Redacted

                          BALANCE FORWARD                                    31,883.64

12/12                     MCDONALDS CORP                      DIV                  8.25
        236   2963        DIV 12/01/97 12/12/97
12/15                     COCA COLA CO                        DIV                 50.40
        192   6447        DIV 12/01/97 12/15/97
12/16   360   9931        INTEL CORP                 72  1/4                 17,051.00
12/16   100  13414        JOHNSON & JOHNSON          65  3/8                 12,552.00
12/16    48  16895        COCA COLA CO               63  7/8                 22,995.00
12/16    60  20379        MCDONALDS CORP             46  3/8                  4,637.50
12/16   112  23863        MERRILL LYNCH & CO INC     73  5/8                  3,534.00
12/16   176  27347        MINNESOTA MNG & MFG CO     92  7/8                  5,572.50
12/16   172  30831        MOBIL CORP                 73  3/8                  8,218.00
12/16   104  34315        MERCK & CO                105  1/8                 18,502.00
12/16   100  39187        MICROSOFT CORP            139  1/8                 23,929.50
12/16    80  42671        NATIONS BANK CORP          62  3/8                  6,487.00
12/16    72  46155        AMERICAN INTL GROUP INC   102  1/4                 10,225.00
12/16   224  46609        AMERITECH CORP             77  5/8                  6,210.00
12/16    72  50092        AMOCO CORP                 87  1/4                  6,282.00
12/16    68  50711        PEPSICO INC                35  3/8                  7,924.00
12/16   232  53576        SCHLUMBERGER LTD           81  1/8                  5,841.00
12/16   144  54195        AMERICAN EXPRESS COMPANY   86                       5,848.00
12/16   332  57060        AT & T CORP                57  7/16                13,325.50
                          BOEING CO                  48 13/16                 7,029.00
                          WAL-MART STORES INC        39  3/4                 13,197.00

                          CONTINUED ON PAGE      2
```

```
**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS
     Redacted                                          12/31/97          2
                                        1-ZR135-3-0         Redacted

12/16        104  57679    BANKAMERICA CORP              74 13/16        7,780.50
12/16        356  60544    EXXON CORP                    62  3/8        22,205.50
12/16        112  61163    BELL ATLANTIC CORP            89  1/4         9,996.00
12/16        144  64647    BRISTOL MYERS SQUIBB COMPANY  96  5/16       13,869.00
12/16         96  68124    CHRYSLER CORP                 35  1/8         3,372.00
12/16         68  71608    CITICORP                     128  1/2         8,738.00
12/16         96  75092    CISCO SYSTEMS INC             82  3/4         7,944.00
12/16        164  78576    DU PONT E I DE NEMOURS & CO   62  9/16       10,260.25
12/16         96  82060    THE WALT DISNEY CO            92  7/8         8,916.00
12/16        172  85544    FORD MOTOR COMPANY            46  1/2         7,998.00
12/16        476  89028    GENERAL ELECTRIC CO           72  1/2        34,510.00
12/16        104  92512    GENERAL MOTORS CORP           63  3/8         6,591.00
12/16        152  95996    HEWLETT PACKARD CO            62              9,424.00
12/16        144  99480    INTERNATIONAL BUSINESS MACHS 102  3/4        14,796.00
12/16     25,648  64269    FIDELITY SPARTAN               1             25,648.00
                           U S TREASURY MONEY MARKET
12/17                      FIDELITY SPARTAN                    DIV         62.97
                           U S TREASURY MONEY MARKET
                           DIV 12/16/97
12/17    400,000  68005    U S TREASURY BILL             98.790      395,160.00
                           DUE 03/12/1998
                                  3/12/1998
12/19                      AMERICAN INTL GROUP INC             DIV          7.50
                           DIV 12/05/97  12/19/97
12/24                      NATIONS BANK CORP                   DIV         39.52
                           DIV 12/05/97  12/24/97

                           CONTINUED ON PAGE    3
```

```
**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS                                               12/31/97    3
   Redacted                                Redacted
                                          1-ZR135-3-0

12/31    400,000 73050  U S TREASURY BILL            98.990              395,960.00
                        DUE 03/12/1998
                        3/12/1998
12/31                   TRANS TO 40 ACCT              JRNL    27,649.50
12/31    400,000  77312 U S TREASURY BILL            98.380  393,520.00
                        DUE 4/23/1998
                        4/23/1998
12/31      3,091  80960 FIDELITY SPARTAN                 1     3,091.00
                        U S TREASURY MONEY MARKET

                        NEW BALANCE                                              .03

                        SECURITY POSITIONS         MKT PRICE
                        FIDELITY SPARTAN              1
           3,091        U S TREASURY MONEY MARKET
         400,000        U S TREASURY BILL            98.380
                        DUE 4/23/1998
                        4/23/1998

                        MARKET VALUE OF SECURITIES
                             LONG              SHORT
                           396,611.00
```

MDPTPP07339802

**DUPLICATE** FOR ACCOUNT RETIREMENT ACCTS INC CUST IRA
PETER MOSKOWITZ DDS
Redacted

1-ZR135-3-0    12/31/97    4    Redacted

YEAR-TO-DATE SUMMARY

DIVIDENDS                       5,989.76
GROSS PROCEEDS FROM SALES       9,293,173.28

MDPTPP07339803