| Docket Number | Case Caption | Cases in Discovery |
|---|---|---|
| 09-01305 | *Picard v. Delaire, et. al* | x |
| 09-01161 | *Picard v. Ceretti, et al.* | x |
| 09-01239 | *Picard v. Fairfield Sentry Limited* | |
| 09-01364 | *Picard v. HSBC Bank PLC* | x |
| 09-01391 | *Picard v. Ruth Madoff* | |
| 10-04216 | *Picard v. Crupi* | x |
| 10-04285 | *Picard v. UBS AG* | |
| 10-04287 | *Picard v. Cardinal Management Inc.* | |
| 10-04330 | *Picard v. Square One Fund Ltd.* | |
| 10-04457 | *Picard v. Equity Trading Fund* | |
| 10-05120 | *Picard v. Oreadas SICAV* | |
| 10-05279 | *Picard v. Magnify Inc.* | x |
| 10-05311 | *Picard v. UBS AG, UBS (Luxembourg) S.A.* | |
| 10-05345 | *Picard v. Citibank, N.A.* | |
| 10-05353 | *Picard v. Natixis S.A.* | |
| 10-05354 | *Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland)* | |
| 10-05355 | *Picard v. ABN AMRO Bank (Ireland) Ltd.* | |
| 10-05383 | *Picard v. Stanley Shapiro* | x |
| 10-05411 | *Picard v. Kohn* | |
| 10-05421 | *Picard v. Avellino, et al.* | x |
| 11-02149 | *Picard v. Bank Syz & Co., S.A.* | |
| 12-01576 | *Picard v. BNP Paribas S.A.* | |
| 12-01273 | *Picard v. Mistral (SPC)* | |
| 12-01278 | *Picard v. Zyphyros Limited* | |
| 12-01698 | *Picard v. Banque Internationale a Luxembourg S.A.* | |
| 12-01699 | *Picard v. Royal Bank of Canada* | |
| 12-01701 | *Picard v. RD Trust* | |
| 12-01702 | *Picard v. Barreneche, Inc.* | |
| 12-01703 | *Picard v. First Trust Corp.* | |