**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK     )
                           ) ss.:
COUNTY OF NEW YORK  )

      I, **Tanya Kinne**, being duly sworn, depose and say: I am more than eighteen years old and

not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

      On June 22, 2018, I served the ***Letter to Judge Bernstein regarding List of Bad Faith***

***Actions*** by emailing the interested parties true and correct copies via electronic transmission to the

email addresses designated for delivery and/or by placing true and correct copies thereof in sealed

packages designated for regular U.S. Mail to those parties  as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

*/s/ Tanya Kinne*
TANYA KINNE

Sworn to before me this
22nd day of June, 2018

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2021

## SCHEDULE A

### Pro Se Defendants

Andreas Schindler
Austria

Brera Servizi Aziendiale S.r.l.
Luxembourg
and
Italy
and
Italy
and
Italy

Inter Asset Management Inc.
British Virgin Islands

INVERCOUNSEL USA LLC
Miami, FL 33131

INVERCOUNSEL, S.L.
Madrid,
Spain

Jane M. Delaire A/K/A Jane Delaire Hackett
Email: j.delaire@yahoo.com


Oreades SICAV, represented by its Liquidator Inter Investissements S.A.
Luxembourg

Robert Reuss
Austria

### Defendant Counsel

Alexander M. Feldman
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Attorney For: Cardinal Management, Dakota Global

Andreas A. Frischknecht
Erin E. Valentine
Peter R. Chaffetz
Scott Reynolds

Chaffetz Lindsey LLP
Email: Andreas.frischknecht@chaffetzlindsey.com
Email: erin.valentine@chaffetzlindsey.com
Email: peter.chaffetz@chaffetzlindsey.com
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Kingate Management Limited

Andrew D. Beresin
Andrew D. Beresin, Attorney at Law
Email: beresinlaw@optimum.net
Attorney For: Estate of Stanley Merwin Berman a/k/a Stanley M. Berman, Joyce Berman, Joyce
C. Berman, in her capacity as Executor of the Estate of Stanley Merwin Berman a/k/a, S & J
Partnership

Andrew J. Ehrlich
Hallie S. Goldblatt
Martin Flumenbaum
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Email: hgoldblatt@paulweiss.com
Email: mflumenbaum@paulweiss.com
Attorney For: Inter Investissements S.A. (f/k/a Inter Conseil S.A.)

Andrew J. Levander
David S. Hoffner
Dechert LLP
Email: andrew.levander@dechert.com
Email: hoffnerpllc@gmail.com
Attorney For: Andrés Piedrahita

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Attorney For: Jonathan Greenberg

Andrew Lerner
Westerman Ball Ederer Miller & Sharfstein LLP
Email: alewner@westermanllp.com
Attorney For: Jonathan Greenberg

Andrew W. Hammond
Glenn Kurtz
White & Case LLP
Email: ahammond@whitecase.com
Email: gkurtz@whitecase.com
Attorney For: Walter Noel

Anthony L. Paccione
Katten Muchin Rosenman LLP
Email: anthony.paccione@kattenlaw.com
Attorney For: Access International Advisors LLC, ACCESS MANAGEMENT LUXEMBOURG
SA (f/k/a ACCESS INTERNATIONAL ADVISORS (LUXEMBOURG) SA) as represented by
its Liquidator MAITRE FERNAND ENTRINGER, ACCESS PARTNERS SA as represented by
its Liquidator MAITRE FERNAND ENTRINGER, Guernroy Limited, Patrick Littaye, RBC
ALTERNATIVE ASSETS, L.P., RBC DEXIA INVESTOR SERVICES BANK S.A., RBC
DEXIA INVESTOR SERVICES ESPANA S.A, RBC DEXIA INVESTOR SERVICES TRUST,
RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA, ROYAL BANK OF
CANADA (ASIA) LIMITED, Royal Bank of Canada (Channel Islands) Limited, ROYAL
BANK OF CANADA (SUISSE) S.A., ROYAL BANK OF CANADA TRUST COMPANY
(JERSEY) LIMITED

Ari MacKinnon
Cleary Gottlieb Steen & Hamilton LLP
Email: amackinnon@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP
Paribas S.A., BNP Paribas Securities Services S.A.

Barry G Sher
Jodi Aileen Kleinick
Paul Hastings LLP
Email: barrysher@paulhastings.com
Email: jodikleinick@paulhastings.com
Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors LLP, FIM Limited

Barry M. Kazan
Emily J. Mathieu
Tammy P. Bieber
Thompson Hine LLP
Email: Barry.Kazan@ThompsonHine.com
Email: Emily.Mathieu@ThompsonHine.com
Email: Tammy.Bieber@ThompsonHine.com
Attorney For: Square One Fund Ltd.

Barry R. Lax.
Brian J. Neville
Robert R. Miller
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Email: rmiller@laxneville.com
Attorney For: David Shapiro, David Shapiro 1989 Trust, Kenneth Citron, LAD Trust, Leslie
Shapiro 1985 Trust, Leslie Shapiro Citron, S&R Investment Co., Stanley Shapiro, individually,
as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro
1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended, and as

executor of the estate of Renee Shapiro, The Estate of Renee Shapiro

Breon S. Peace
Donna Xu
Cleary Gottlieb Steen & Hamilton LLP
Email: bpeace@cgsh.com
Email: dnxu@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC, BNP Paribas Arbitrage SNC, BNP Paribas Bank &
Trust (Cayman) Limited, BNP Paribas S.A., BNP Paribas Securities Services S.A.

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: LUXALPHA SICAV as represented by its Liquidators MAITRE ALAIN
RUKAVINA and PAUL LAPLUME, Luxembourg Investment Fund, Luxembourg Investment
Fund US Equity Plus, Maitre Alain Rukavina, Maitre Alain Rukavina in their capacity as
liquidator and representative of Luxalpha Sicav, Paul Laplume, Paul Laplume in their capacity as
liquidator and representative of Luxalpha Sicav

Brian Muldrew
Katten Muchin Rosenman LLP
Email: brian.muldrew@kattenlaw.com
Attorney For: Access International Advisors LLC, Access International Advisors Ltd., ACCESS
MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS
(LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER,
ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER,
CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in
her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a
RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET
(a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will
of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA
VILLEHUCHET), Groupement Financier, Patrick Littaye

Bridget Rohde
Bridget Rohde
Email: brohde@mintz.com
Attorney For: Ruth Madoff

Peter Chavkin
Mintz, Levin, Cohn, Ferris, Glovsky and Popeo, P.C.
Email: pchavkin@mintz.com
Attorney For: Ruth Madoff

Bruce A. Baird
Covington & Burling, LLP
Email: bbaird@cov.com
Attorney For: Gregory Bowes

Bruce Ginsberg
H. Seiji Newman
James R. Serritella
Joseph Cioffi
Davis & Gilbert LLP
Email: bginsberg@dglaw.com
Email: hnewman@dglaw.com
Email: jserritella@dglaw.com
Email: jcioffi@dglaw.com
Attorney For: Bloom Asset Holdings Fund, IXIS Corporate & Investment Bank, Natixis, Natixis
Financial Products, Inc. (succeeded in interest by Natixis Financial Products, LLC)

Carl H. Loewenson, Jr.
Gerardo Gomez Galvis
Morrison & Foerster LLP
Email: cloewenson@mofo.com
Email: GGomezGalvis@mofo.com
Attorney For: PF TRUSTEES LIMITED in its capacity as trustee of RD Trust, SafeHand
Investments, Strongback Holdings Corporation

Carmine D. Boccuzzi
Erica Klipper
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Email: eklipper@cgsh.com
Attorney For: Citi Hedge Fund Services Limited, Citibank North America, Inc., Citibank, N.A.,
Citigroup Global Markets Limited

Christopher Harris
Thomas J. Giblin
Latham & Watkins LLP
Email: christopher.harris@lw.com
Email: thomas.giblin@lw.com
Attorney For: ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland)
Ltd.), ABN AMRO Custodial Services (Ireland) Ltd. (f/n/a Fortis Prime Fund Solutions
Custodial Services (Ireland) Ltd.)

Daniel J. Fetterman
Kasowitz Benson Torres LLP
Email: dfetterman@kasowitz.com
Attorney For: Jeffrey Tucker

Shiva Eftekhari
William J. Sushon
O'Melveny & Myers LLP
Email: seftekhari@omm.com
Email: wsushon@omm.com
Attorney For: Mistral (SPC), Zephyros Limited

Daniel S. Shamah
O'Melveny and Myers LLP
Email: dshamah@omm.com
Attorney For: Mistral (SPC), Zephyros Limited

David Tatge
Epstein Becker & Green, P.C.
Email: dtatge@ebglaw.com
Attorney For: Jeanne T. Spring Trust, Richard Spring, The Spring Family Trust

David L. Katsky
Robert A. Abrams
Steven H. Newman
Katsky Korins LLP
Email: dkatsky@katskykorins.com
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: Jeanne T. Spring Trust, Richard Spring, The Spring Family Trust

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Diarra Guthrie
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dguthrie@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank
Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg)
S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC
Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private
Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities
Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.

Douglas A. Amedeo
Todd E. Duffy
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com
Email: tduffy@duffyamedeo.com
Attorney For: Alpha Prime Asset Management Ltd., Carruba Asset Management Limited,
Regulus Asset Management Limited, Tereo Trust Company Limited, Ursula Radel-Leszczynski

Edward M. Spiro
Morvillo, Abramowitz, Grand, Iason, Anello & Bohrer, P.C.
Email: espiro@maglaw.com
Attorney For: Robert Blum

Eric R. Breslin
Melissa S. Geller
Sarah Fehm Stewart
Duane Morris LLP
Email: erbreslin@duanemorris.com
Email: MSGeller@duanemorris.com
Email: sfstewart@duanemorris.com
Attorney For: Jo Ann Crupi, Judith Bowen

Faraj Bader
Michael Feldberg
Rachel Agress
Allen & Overy LLP
Email: faraj.bader@allenovery.com
Email: michael.feldberg@allenovery.com
Email: Rachel.Agress@AllenOvery.com
Attorney For: ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)

Fletcher W. Strong
Frederick R. Kessler
Paul R. DeFilippo
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: fkessler@wmd-law.com
Email: pdefilippo@wmd-law.com
Attorney For: Fairfield Investment Fund Limited, Stable Fund

Franklin B. Velie
Jonathan Kortmansky
Mitchell C. Stein
Sullivan & Worcester LLP
Email: fvelie@sandw.com
Email: jkortmansky@sandw.com
Email: mstein@sandw.com
Attorney For: BA Worldwide Fund Management Ltd.

Gabriel Herrmann
Marshall R. King
Gibson Dunn
Email: gherrmann@gibsondunn.com
Email: mking@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS (Luxembourg) SA, UBS AG, UBS AG, UBS Fund
Services (Luxembourg) SA, UBS Fund Services (Luxembourg) SA, UBS Third Party
Management Company SA, UBS Third Party Management Company SA

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com

Attorney For: 27 Cliff, LLC, A Minor with the Initials S.A., Ascent, Inc., Aster Associates, Avellino & Bienes, Avellino & Bienes Pension Plan and Trust, Avellino Family Trust, Dianne K. Bienes, individually, and as Personal Representative for the Estate of Michael Bienes, Frank J. Avellino, Frank J. Avellino as Trustee for Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement Dated June 24, 1992, Frank J. Avellino as Trustee for Rachel Anne Rosenthal Trust #3, Frank J. Avellino as Trustee for Rachel Anne Rosenthal U/A Dated June 29, 1990, Frank J. Avellino Grantor Retained Annuity Trust Agreement Number 2 Under Agreement dated June 24, 1992, Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992, Frank J. Avellino Revocable Trust Number One as amended and restated January 26, 1990, as Amended, Frank J. Avellino Revocable Trust Number One under the Declaration of Trust Number One dated June 10, 1988, as Amended, Frank J. Avellino, as Trustee for Avellino & Bienes Pension Plan and Trust, Frank J. Avellino, as Trustee for Avellino Family Trust, Frank J. Avellino, as Trustee for Frank J. Avellino Grantor Retained Annuity Trust under Agreement dated June 24, 1992, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One as amended and restated January 26,1990, as amended, Frank J. Avellino, as Trustee for Frank J. Avellino Revocable Trust Number One under Declaration of Trust Number One dated June 10, 1988, as amended, Frank J. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Frank J. Avellino, as Trustee for S.A. Grantor Retained Annuity Trust, Frank J. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Frank J. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Grosvenor Partners, Ltd., Heather C. Lowles, Heather Carroll Lowles Trust U/A dated June 29, 1990, Kenn Jordan Associates, Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Mayfair Bookkeeping Services, Inc., Mayfair Ventures, G.P., Melanie A. Lowles, Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Heather Carroll Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Madison Alyssa McEvoy Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Melanie Ann Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust #3, Nancy C. Avellino, as Trustee for Rachel Anne Rosenthal Trust U/A dated June 29, 1990, Nancy C. Avellino, as Trustee for Taylor Ashley McEvoy Trust U/A dated June 24, 1992, Nancy C. Avellino, as Trustee for Tiffany Joy Lowles Trust U/A dated June 29, 1990, Nancy C. Avellino, individually, and as Trustee for Nancy Carroll Avellino Revocable Trust Under Trust Agreement dated May 18, 1992, Nancy Carroll Avellino Revocable Trust under Trust Agreement dated May 18, 1992, Rachel A. Rosenthal, Rachel Anne Rosenthal Trust #3, Rachel Anne Rosenthal Trust U/A dated June 29, 1990, S.A. Grantor Retained Annuity Trust, St. James Associates, Strattham Partners, Taylor Ashley McEvoy Trust U/A dated June 24, 1992, The Avellino Family Foundation, Inc., The Estate of Michael S. Bienes, Thomas G. Avellino, Tiffany Joy Lowles Trust U/A dated June 29, 1990

Isaac M. Neuberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: imn@nqgrg.com
Attorney For: Infovaleur, Inc., Sonja Kohn, Tecno Development & Research Ltd.

Jeff E. Butler
Clifford Chance U.S. LLP

Email: Jeff.Butler@CliffordChance.com
Attorney For: BANQUE INTERNATIONALE A LUXEMBOURG (SUISSE) S.A. (f/k/a Dexia
Private Bank (Switzerland) Ltd.), BANQUE INTERNATIONALE A LUXEMBOURG S.A.
(f/k/a Dexia Banque Internationale a Luxembourg S.A.), individually and as successor in interest
to Dexia Nordic Private Bank S.A., Cardinal Management, Dakota Global

Jeffrey A. Miller
Richard Gabriele
Westerman Ball Ederer Miller & Sharfstein LLP
Email: jmiller@westermanllp.com
Email: rgabriele@westermanllp.com
Attorney For: Morton Kurzrok

Jeffrey E. Baldwin
Peter E. Kazanoff
Simpson Thacher & Barlett LLP
Email: jbaldwin@stblaw.com
Email: pkazanoff@stblaw.com
Attorney For: Alix Toub, Amit Vijayvergiya, Andrew Smith, Ariane Sodi, BARRENECHE,
INC., Corina Noel Piedrahita, Cornelis Boele, Daniel Lipton, DOVE HILL TRUST, Fairfield
Greenwich (Bermuda), LTD., Fairfield Greenwich Advisors LLC, FAIRFIELD GREENWICH
CAPITAL PARTNERS, Fairfield Greenwich Limited, Fairfield International Managers, Inc.,
First Trust Corporation, TTEE, FBO Walter M. Noel, Jr., FORTUNA ASSET MANAGEMENT
INC., Gordon Mckenzie, Harold Greisman, Jacqueline Harary, Lisina della Schiava, Lourdes
Barreneche, Marisa Brown, Mark Mckeefry, Noel 2001 Trust, Noel 2004 Family Trust, Noel
Family LLC, Philip Toub, Richard Landsberger, Santiago Reyes, SELECTA FINANCIAL
CORPORATION INC., SHARE MANAGEMENT LLC, Walter and Monica Noel Family
Foundation, Walter M. Noel IRA, Walter M. Noel, Jr. Childrens Trust, December 12,
1994/Walter M. Noel, Jr. 1999 Irrevocable Trust

John Behrendt
Mark Kirsch
Gibson Dunn
Email: jbehrendt@gibsondunn.com
Email: mkirsch@gibsondunn.com
Attorney For: UBS (Luxembourg) SA, UBS AG, UBS Fund Services (Luxembourg) SA, UBS
Third Party Management Company SA

Joseph M. Kay
Cleary Gottlieb Steen & Hamilton LLP
Email: jkay@cgsh.com
Attorney For: HSBC Bank Bermuda Limited

Joseph P. Moodhe
Shannon Rose Selden
Debevoise & Plimpton LLP
Email: jpmoodhe@debevoise.com
Email: srselden@debevoise.com

Attorney For: Lagoon Investment Limited

Joshua Krakowsky
Larry Hutcher
Michael D. Katz
Michael Wexelbaum
Davidoff Hutcher & Citron LLP
Email: jsk@dhclegal.com
Email: LKH@dhclegal.com
Email: mdk@dhclegal.com
Email: mw@dhclegal.com
Attorney For: Express Enterprises, Inc., Magnify, Inc., Premero Investment Ltd., Strand International, Yair Green, Yeshaya Horowitz Association

Lawrence B. Friedman
Cleary Gottlieb Steen & Hamilton LLP
Email: lfriedman@cgsh.com
Attorney For: BNP Paribas Arbitrage SNC

Lindsay M. Weber
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund, Ltd., Kingate Global Fund, Ltd.

Mark A. Blount
Law Office of Mark A. Blount, LLC
Email: mblount@blountlawoffice.com
Attorney For: Alvin J. Delaire, Jr., Carole Delaire

Mark G. Cunha
Simpson Thacher & Barlett LLP
Email: mcunha@stblaw.com
Attorney For: Alix Toub, Ariane Sodi, First Trust Corporation, TTEE, FBO Walter M. Noel, Jr., Lisina della Schiava, Marisa Brown, Noel 2001 Trust, Noel 2004 Family Trust, Noel Family LLC, Walter and Monica Noel Family Foundation, Walter M. Noel IRA, Walter M. Noel, Jr. Childrens Trust, December 12, 1994/Walter M. Noel, Jr. 1999 Irrevocable Trust

Mark J. Hyland
Michael B. Weitman
Seward & Kissel
Email: hyland@sewkis.com
Email: weitman@sewkis.com

Attorney For: Reliance International Research, LLC

Mark P. Goodman
Debevoise & Plimpton LLP
Email: mpgoodman@debevoise.com
Attorney For: Amit Vijayvergiya

Mark T. Ciani
Katten Muchin Rosenman LLP
Email: mark.ciani@kattenlaw.com
Attorney For: Access International Advisors LLC, Access International Advisors Ltd., ACCESS
MANAGEMENT LUXEMBOURG SA (f/k/a ACCESS INTERNATIONAL ADVISORS
(LUXEMBOURG) SA) as represented by its Liquidator MAITRE FERNAND ENTRINGER,
ACCESS PARTNERS SA as represented by its Liquidator MAITRE FERNAND ENTRINGER,
CLAUDINE MAGON DE LA VILLEHUCHET (a/k/a CLAUDINE DE LA VILLEHUCHET) in
her capacity as Executrix under the Will of THIERRY MAGON DE LA VILLEHUCHET (a/k/a
RENE THIERRY DE LA VILLEHUCHET), CLAUDINE MAGON DE LA VILLEHUCHET
(a/k/a CLAUDINE DE LA VILLEHUCHET) individually as the sole beneficiary under the Will
of THIERRY MAGON DE LA VILLEHUCHET (a/k/a RENE THIERRY DE LA
VILLEHUCHET), Groupement Financier, Guernroy Limited, Patrick Littaye, RBC
ALTERNATIVE ASSETS, L.P., RBC DEXIA INVESTOR SERVICES BANK S.A., RBC
DEXIA INVESTOR SERVICES ESPANA S.A, RBC DEXIA INVESTOR SERVICES TRUST,
RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA, ROYAL BANK OF
CANADA (ASIA) LIMITED, Royal Bank of Canada (Channel Islands) Limited, ROYAL
BANK OF CANADA (SUISSE) S.A., ROYAL BANK OF CANADA TRUST COMPANY
(JERSEY) LIMITED

Michael W. Gibaldi
Robert Knuts
Sher Tremonte LLP
Email: mgibaldi@shertremonte.com
Email: rknuts@shertremonte.com
Attorney For: Theodore Dumbauld

Nathan D. Adler
Price O. Gielen
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
Email: nda@nqgrg.com
Email: pog@nqgrg.com
Attorney For: 20:20 Medici AG f/k/a Bank Medici AG, Erwin Kohn, Eurovaleur, Inc., Herald
Asset Management Limited, Sonja Kohn

Sheldon Eisenberger
Robinson Brog Leinwand Greene Genovese & Gluck P.C.
Email: seisenberger@robinsonbrog.com
Attorney For: 20:20 Medici AG f/k/a Bank Medici AG, Erwin Kohn, Eurovaleur, Inc., Herald
Asset Management Limited, Sonja Kohn

Neil A. Steiner
Dechert LLP
Email: neil.steiner@dechert.com
Attorney For: Andrés Piedrahita, Equity Trading Fund, Ltd., Equity Trading Portfolio Limited

Pascale Bibi
Cleary Gottlieb Steen & Hamilton LLP
Email: pbibi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Richard Levin
Jenner & Block LLP
Email: RLevin@jenner.com
Attorney For: Banque Syz & Co., SA, M&B Capital Advisers Sociedad de Valores, S.A.

S. Ellie Norton
Cleary Gottlieb Steen & Hamilton LLP
Email: snorton@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc,
HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC
Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd.,
HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC
Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC
Securities Services (Luxembourg) S.A.

Samuel L. Raymond
Cleary Gottlieb Steen & Hamilton LLP
Email: sraymond@cgsh.com
Attorney For: Citi Hedge Fund Services Limited

Sarah Eichenberger
Simpson Thacher & Barlett LLP
Email: Sarah.Eichenberger@stblaw.com
Attorney For: Alix Toub, Ariane Sodi, BARRENECHE, INC., First Trust Corporation, TTEE,
FBO Walter M. Noel, Jr., Lisina della Schiava, Marisa Brown, Noel 2001 Trust, Noel 2004
Family Trust, Noel Family LLC, Walter and Monica Noel Family Foundation, Walter M. Noel
IRA, Walter M. Noel, Jr. Childrens Trust, December 12, 1994/Walter M. Noel, Jr. 1999
Irrevocable Trust

Scott M. Berman
Friedman Kaplan Seiler & Adelman LLP
Email: sberman@fklaw.com
Attorney For: Pierre Delandmeter

Thomas J. Hall
Norton Rose Fulbright US LLP
Email: thomas.hall@nortonrosefulbright.com
Attorney For: Landmark Investment Fund (Ireland)

Timothy Harkness
Freshfields Bruckhaus Deringer US LLP
Email: timothy.harkness@freshfields.com
Attorney For: Alpine Trustees Limited, Individually and as Trustees of the El Prela Trust, Ashby
Holding Services Limited, Ashby Investment Services Limited, Individually and as Trustees of
The Ashby Trust, El Prela Group Holding Services, El Prela Trading Investments Limited, El
Prela Trust, First Peninsula, Individually and as Trustees of the Ashby Trust, Port of Hercules
Ltd., Individually and as Trustee of the El Prela Trust, The Ashby Trust

William A. Maher
Wollmuth Maher & Deutsch LLP
Email: wmaher@wmd-law.com
Attorney For: Stable Fund

## Notices of Appearance

Douglas A. Amedeo
DuffyAmedeo LLP
Email: damedeo@duffyamedeo.com

## Government Parties

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com

Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
New York, NY 10008

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov

Securities and Exchange Commission
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov

Securities and Exchange Commission
Terri Swanson
Email: swansont@sec.gov


Securities Investor Protection Corporation Nate Kelley
Email: nkelley@sipc.org


Securities Investor Protection Corporation
Josephine Wang
Email: jwang@sipc.org


Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org


U.S. Department of Justice, Tax Division
Washington, DC 20044


**BLMIS Customers**

Alan G. Cosner
Email: alan@cosnerlaw.com


Alder Family Foundation
Email: lovormon@aol.com


Amy Cappellazzo
Email: joannerosen@gmail.com


Andy Huang
Email: andy.huang@ipcg.com.sg


Arlene R. Chinitz
Email: arlenerc54@hotmail.com


Aruna Muchhal
Email: muchhal@netvigator.com

Au Yuet Shan
Email: eau203@gmail.com

Bernard W. Braverman
Email: berniebraverman@gmail.com

Birgit Peters
Email: birgit.peters2010@yahoo.com

Capital Bank
Email: berthold.troiss@capitalbank.at

Carole Coyle
Email: bionicdoll@aol.com

Charles Nicholas Doyle
Email: linchasd@netvigator.com

Cheung Lo Lai Wah Nelly
Email: freedomlo@yahoo.com.hk

Chien-Liang Shih
Email: gary.libra@gmail.com

Chi-Hua Liao
Jhubei City, Hsinchu County,
Taiwan

Chris P. Tsukoa
Tampa, FL 33613

Crisbo S.A.
Email: arroyo@rya.es; arroyoignacio@hotmail.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

David Drucker
Email: daved628@aol.com

Donald P. Weber
Email: mdweb27@me.com

Donald Schupak
Email: dschupak@schupakgroup.com

Ethel L. Chambers
Stuart, FL 34997

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

FJ Associates, S.A.
Email: pabst@mantomgmt.com

Fondo General De Inversion Centro America-No, S.A.
Email: pabst@mantomgmt.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Gloria Sandler
Email: mauricesandler@gmail.com

Goore Partnership
Email: hyassky@aol.com

Harriet Rubin
Las Vegas, NV 89117

Harvey Krauss
New York, NY 10022

Heng-Chang Liang
Email: ts.yang@msa.hinet.net

Hilda Drucker
Flushing, NY 11354-5622

Howard Stern
Email: hstern@wzssa.com

Ilse Della-Rowere
Vienna, 1210
Austria

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com

Jane Delaire
Email: j.delaire@yahoo.com

Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com

Jean-Marie Jacques
Email: jacques123@wanadoo.es

Joanne Rosen
Email: joannerosen@gmail.com

John B. Malone
Email: doctor1000@earthlink.net

John H. Petito
Lumberville, PA 18933

John Stirling Gale
Email: galejs@gmail.com

Jose Haidenblit
Email: chore55@yahoo.com

Joseph J. Nicholson
Email: jn-pro-se@pobox.com

Kamal Kishore Muchhal
Email: muchhal@netvigator.com

Kenneth Springer
Wellington, FL 33414

KHI Overseas Ltd
Email: ew@khiholdings.com

KR Erwin Hawle
4865 Nussdorf am Attersee,
Austria

Krates, S.A.
Email: pabst@mantomgmt.com

Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com

Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net

Lee Garrity
Valparaiso, IN 46383

Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw

Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk

Linda Doyle
Email: linchasd@netvigator.com

Lindel Coppell
Email: lindencoppell@gmail.com

Marcia Roses Schachter
Email: marciroses@aol.com

Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com

Marshall W. Krause, Esq.
Email: mrkruze@comcast.net

Martha Alice Gilluly
Email: marny@corsair2.com

Martin Wimick
Email: mwinick@hotmail.com

Matthew F. Carroll
Email: mattfcarroll@msn.com

Maurice Sandler
Email: mauricesandler@gmail.com

MLSMK Investments Co
Email: stanleymkatz@mac.com

Nancy Dver Cohen
Email: ndver@comcast.net

Ng Shok Len
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
Taikoo Shing,,
Hong Kong

Nicholas Kardasis
Email: gdnite@earthlink.net

Panagiotis Moutzouris
Voula GR-16673,
Greece

Partricia M. Hynes
Email: rreardon@stblaw.com

Paul Maddocks
Email: maddockspaul@gmail.com

Peerstate Equity Fund L.P.
c/o Lou Prochilo
Northport, NY 11768

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net

PFC Nominees Limited
Email: info@pfcintl.com

Phyllis Pressman
Email: peplady5@gmail.com

Ralph Schiller
Email: optics58@gmail.com

Rausch Rudolf
Email: rudolf.rausch@gmail.com

Remy Investments Corp
London W1G 9QD,
England,  United Kingdom

Richard G. Corey
Charleston, WV 25302

Richard Hoefer
Email: richard.hoefer@utanet.at

Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com

Robert Douglas Steer
Email: bobjen8@bigpond.com

Robins Family Limited Partnership
Email: charles.robins@weil.com


Roy L. Reardon JTWROS
Email: rreardon@stblaw.com


S. James Chambers
Stuart, FL 34997

Samuel Frederick Rohdie
Email: srohdie@bellsouth.net


Shao-Po Wang
New Taipei City 236,,
Taiwan

Simcha Gutgold
Email: simcha.gutgold@gmail.com


Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com


Stephen Hill
Email: leyla.hill@hos.com


Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com


Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com


The Gottesman Fund
Email: dgottesman@firstmanhattan.com


Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor

## Notices of Appearance

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: attrnylwyr@yahoo.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney For: Counsel for Judie Lifton 1996 Revocable Trust

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Alexander M. Feldman
Jeff E. Butler
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Amy Walker Wagner
Carolyn B. Rendell
David S. Stone

Stone & Magnanini, LLP
Email: awagner@stonemagnalaw.com
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

Andrea J. Robinson
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff,
The Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James
H. Cohen, Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen
Special Trust, The Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Kristi E. Jacques
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: kjacques@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque
Privee and counsel for the Pascucci Family

Barry G Sher
Jodi Aileen Kleinick
Paul Hastings LLP
Email: barrysher@paulhastings.com
Email: jodikleinick@paulhastings.com

Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited

Barry R. Lax.
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brenda R. Sharton
Daniel M. Glosband
David J. Apfel
Goodwin Procter LLP
Email: bsharton@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust,
Jeffrey A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser
11/97 Rev. Trust, Russell deLucia

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Brendan M. Scott

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and
Luxembourg Investment Fund, Paul Laplume

Bryan Ha
Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Email: richardsignorelli@gmail.com
Attorney For: Richard E. Signorelli

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com
Email: rmccord@certilmanbalin.com
Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L.
Certilman and Joyce Certilman

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: SNR Customers

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney For: BSI AG

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: Sterling Equities Associates and Certain Affiliates

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management Limited,
KML Asset Management LLC

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney For: Defendant Oppenheimer Acquisition Corp.

David J. Molton

Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Dr. Michael Schur, Edith A. Schur

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney For: David Bolton

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent
of H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B
Fitzmaurice, Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J.
Rausher, Natasha Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz, Peggy
Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Richard Abramowitz & Pomerantz, Rita S.
Katz (n/k/a Rita Starr Katz Davey), Robin S. Abramowitz, Samuel D. Davis, Theresa A. Wolfe,
Thomas R. Fitzmaurice, Traci D. Davis, Trustees Richard Abramowitz and Howard L.
Pomerantz, Vladimir Rabinovich, Wendy Sager Pomerantz

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Deirdre Norton Hykal

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney For: Douglas R. Hirsch

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney For: Elise Scherr Frejka

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney For: Nephrology Associates P.C. Pension Plan

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers

Erin Joyce Letey
Joseph E. Shickich, Jr.
Riddell Willams P.S.
Email: eletey@riddellwilliams.com
Email: jshickich@riddellwilliams.com
Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Attorney For: Iris Schaum

Fletcher W. Strong
William F. Dahill
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: wdahill@wmd-law.com
Attorney For: Robert F. Weinberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney For: Iron Mountain Information Management, Inc.

Fred H. Perkins
Michael Lago, Esq.
Robert K. Dakis
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: bankruptcy@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Attorney For: Customer Claimant David Silver

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com
Attorney For: Gary S. Lee

Gary Stein
Jennifer Opheim
Schulte, Roth & Zabel LLP
Email: gary.stein@srz.com
Email: Jennifer.opheim@srz.com
Attorney For: The Pati H. Gerber Defendants

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney For: Gary Woodfield

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney For: George R. Hirsch

Glenn P. Warmuth
Paula J. Warmuth
Stim & Warmuth, P.C.
Email: gpw@stim-warmuth.com
Email: pjw@stim-warmuth.com
Attorney For: Creditors, Michael Most and Marjorie Most

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Aaron Blecker

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney For: Harold D. Jones

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Marsha Peshkin et al.

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney For: Rosenman Family LLC

James H. Hulme
Joshua Fowkes
Arent Fox LLP
Email: hulme.james@arentfox.com
Email: fowkes.joshua@arentfox.com

Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S. Gewirz, Carl S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited Partnership, Estate of Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC, Robert H. Smith Revocable Trust, Robert P. Kogod

James M. Ringer, Esq.
Stuart I. Rich, Esq.
Meister Seelig & Fein LLP
Email: jmr@msf-law.com
Email: sir@msf-law.com
Attorney For: Jasper Investors Group LLC ("Jasper")

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney For: Von Rautenkranz Nachfolger Special Investments LLC

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Lavin & Associates, P.C.
Email: jlavin@lavinassociates.com
Attorney For: John J. Lavin

John M. Conlon
Mayer Brown LLP
Email: jconlon@mayerbrown.com
Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena Automovilista Ramo de vida

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: kliberra@winston.com
Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment Securities

LLC Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor Baadarani, Shosharma Remark Victor

Lalit K. Jain
Law Offices of Lalit K. Jain Esq
Email: lkjesq@lkjesq.com
Attorney For: Dean Loren

Laura K. Clinton
Baker & McKenzie LLP
Email: laura.clinton@bakermckenzie.com
Attorney For: Laura K. Clinton

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marianna Udem
ASK, LLP
Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney For: Mark S. Cohen

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis Revocable Trust

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney For: Lawrence Torn

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: Marshall R. King

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com

Attorney For: Linda Polatsch

Matthew A. Kupillas
Milberg Tadler Phillips Grossman LLP
Email: mkupillas@milberg.com
Attorney For: June Pollack

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust, Constance
R. Sisler, individually, and in her capacity as Settlor and Trustee of the CRS Revocable Trust,
CRS Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust, Robert Auerbach
Revocable Trust, Robert Auerbach, individually, Robert S. Bernstein, S. James Coppersmith
Charitable Remainder Unitrust

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A
Johnson, Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D
Johnson, Crescienzo J Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus,
Diane T. Levin, Dominick F. Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr., Everett
L. Dargan, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Gerald A Wilson,
Giuseppa A Boccanfuso, Giuseppe C. Basili, Grace A. Nash, Harold Murtha, Trustee of Murtha
Enterprises, Inc. Profit-Sharing Plan, Jacqueline A Johnson, Jaime R Johnson, Jing W. Davis
(now known as Amy Davis),, Joanne Verses, Joyce C. Auerbach, individually, as Trustee of the
Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust,
Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E Corish Estate, Margaret Pace,
Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T. Nash, Midlands
Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent of N.A.S.,
Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as Trustee of the Sol
Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash, Trustee of
Margherita M. Basili Retirement Plan and individually, William Sklar, William Sklar, Trustee of
Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, WR Johnson Co. Pension
and Profit Sharing Plan

Michael I. Goldberg
Akerman LLP
Email: michael.goldberg@akerman.com
Attorney For: Michael I. Goldberg

Michael S. Pollok
Marvin and Marvin, PLLC
Email: mpollok@marvinandmarvin.com
Attorney For: Alan Hayes, Wendy Wolosoff-Hayes

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney For: Michael V. Blumenthal

Michael V. Ciresi
Ciresi Conlin LLP
Email: MVC@CiresiConlin.com
Attorney For: Michael V. Ciresi

Nancy L. Fineman
Cotchett, Pitre & McCarthy
Email: nfineman@cpmlegal.com; lconcepcion@cpmlegal.com
Attorney For: Daniel Ryan, Donna M. McBride, Doris Greenberg, Jay Wexler, Matthew
Greenberg, The Estate of Leon Greenberg, Theresa Ryan, Walter Greenberg

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney For: New York State Education Department.

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary M.
Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M & B
Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss

Patricia H. Heer
Paul D. Moore
Stephen M. Honig
Duane Morris LLP
Email: pheer@duanemorris.com
Email: PDMoore@duanemorris.com
Email: smhonig@duanemorris.com
Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the
Eleanore C. Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-
trustee of the Eleanore C. Unflat Living Trust, the Eleanore C. Unflat Living Trust

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants

Richard A. Kirby
Baker & McKenzie LLP

Email: Richard.Kirby@bakermckenzie.com
Attorney For: Richard A. Kirby

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Richard G. Haddad

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Richard Galler

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, FGLS Equity LLC, Joan L. Fisher, The Trust U/A VIII of the Will
of Gladys C. Luria F/B/O Carl T. Fisher

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP

Robert A. Abrams
Steven H. Newman
Katsky Korins LLP
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein Revocable
Trust, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer Spring
McPherson, Jonathan Cash, Richard L. Cash Declaration of Trust Dated September 19,1994,
Richard Spring, S. H. & Helen R. Scheuer Family Foundation, The Jeanne T. Spring Trust, The
Spring Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov

Attorney For: Attorney for the United States of America

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney For: Carol Rosen

Sanford P. Dumain, Esq.
Milberg Tadler Phillips Grossman LLP
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal, Judith
Rock Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The Unofficial
Committee of Certain Claim Holders

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack,
Shirley Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Counsel for Brian H. Gerber

Scott Reynolds
Chaffetz Lindsey LLP
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Scott W. Reynolds

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate of
Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees,
Jay Rosen Executors, Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels Family LTD

Partnership

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle")

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney For: Carl J. Shapiro et al.

Steven Paradise
Richards Kibbe & Orbe, LLP
Email: sparadise@rkollp.com
Attorney For: Steven Paradise

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A",
Alyse Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O
Robert E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as trustee of
the Trust Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell Greengrass,
Michael Shrage, Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC, Robert and
Alyse Klufer Family Trust "A", Trust Under Article Fourth U/W/O Robert E. Klufer

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney For: Timothy A. Valliere

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney For: Tony Miodonka

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney For: Vivian R. Drohan

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney For: Will R. Tansey

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@habiblaw.net
Attorney For: Anthony F. Russo