UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 19, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000577)

4. On June 19, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000590, T000592-T000593)

Executed on June 22, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 22 day of June, 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)                                    Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000577**
6/19/2018

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | | 520 Madison Avenue | New York | NY | 10022 |

# Exhibit B

**SERVICE LIST B**
**TRANSFER NUMBERS T000590, T000592-T000593**
**6/19/2018**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | | 520 Madison Avenue | New York | NY | 10022 |