KATSKY KORINS LLP
605 Third Avenue
New York, New York 10158
Telephone: (212) 953-6000
Facsimile: (212) 953-6899
Steven H. Newman, Esq.
snewman@katskykorins.com
Robert Abrams, Esq.
rabram@katskykorins.com

*Attorneys for Defendants Richard Spring*
*The Spring Family Trust, and The Jeanne T. Spring Trust*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT                      SIPA LIQUIDATION
SECURITIES LLC,
                      Debtor.                     Case No. 08-01789 (SMB)


-------------------------------------------------------------x
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

                                                  Adv. Pro. No. 09-01305 (SMB)

                      Plaintiff,

                v.

ALVIN J. DELAIRE, *et al.,*

                      Defendants.
-------------------------------------------------------------x


**ORDER GRANTING APPLICATION TO WITHDRAW AS SPECIAL COUNSEL AND
REQUEST TO REMOVE FROM ELECTRONIC NOTICES AND SERVICES LISTS**

Upon the consideration of the declaration of David B. Tatge, Esq. (the "**Application**") for an

order, pursuant to Local Bankruptcy Rule 2090-1(e), to withdraw as special counsel of record for

Richard Spring, The Spring Family Trust, and The Jeanne T. Spring Trust (the "**Spring**

**Defendants**”); and the Application having been filed on the Court's electronic filing system; and

due and sufficient notice of the Application having been given under the circumstances; and the

Court having reviewed all pleadings and other papers filed and submitted in connection with the

Application; and based on the record of the case; and the Court having determined that cause has

been shown for the granting of the relief requested in the Application; it is hereby

ORDERED, that David B. Tatge, Esq. and Epstein Becker & Green, P.C. are hereby

granted leave to withdraw as special counsel for the Spring Defendants and they are hereby

deemed removed as counsel of record in this adversary (Adv. Pro. No. 09-01305) and in the

related *In re Bernard L. Madoff Investment Securities LLC* proceeding (Adv. Pro. No. 08-01789),

and the Clerk is directed to remove David B. Tatge, Esq. and Epstein Becker & Green, P.C. from

the ECF electronic notice and service lists in each of the foregoing adversary proceedings.

**Dated:** **New York, New York**
       **June 25, 2018**

                           **/s/ STUART M. BERNSTEIN**
                           **UNITED STATES BANKRUPTCY JUDGE**