**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |

## STIPULATION FURTHER EXTENDING THE TOLLING OF THE STATUTE OF LIMITATIONS

IT IS HEREBY STIPULATED AND AGREED, by and between Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff" and, together with BLMIS, the "Debtors") on the one hand, and Citco Global Custody NV and Citco Bank Netherland NV Dublin (the "Citco Companies"), on the other hand, in each case by and through their respective attorneys, as follows:

1. On December 8, 2010, the United States Bankruptcy Court for the Southern District of New York entered a Stipulation and Order Tolling the Statue of Limitations by and between the Debtors and the Citco Companies (the "Stipulation"), ECF No. 334.

2. Paragraph 15 of the Stipulation provided the parties could further extend the tolling period by consensual stipulation without further or additional approval of the Court.

3. On June 8, 2011, the parties further extended the tolling period through and including December 9, 2011.

4. On November 15, 2011, the parties further extended the tolling period through and including June 6, 2012.

5. On June 5, 2012, the parties further extended the tolling period through and including November 30, 2012.

6. On November 26, 2012, the parties further extended the tolling period through and including May 30, 2013.

7. On May 3, 2013, the parties further extended the tolling period through and including November 30, 2013.

8. On November 6, 2013, the parties further extended the tolling period through and including May 30, 2014.

9. On May 6, 2014, the parties further extended the tolling period through and including November 30, 2014.

10. On November 20, 2014, the parties further extended the tolling period through and including May 30, 2015.

11. On May 28, 2015, the parties further extended the tolling period to November 26, 2015.

12. On November 17, 2015, the parties further extended the tolling period to May 24, 2016.

13. On May 12, 2016, the parties further extended the tolling period to August 22, 2016.

14. On August 12, 2016, the parties further extended the tolling period to October 21, 2016.

15. On October 20, 2016, the parties further extended the tolling period to January 19, 2017.

16. On January 18, 2017, the parties further extended the tolling period to July 18, 2017.

17. On July 6, 2017, the parties further extended the tolling period to January 12, 2018.

18. On December 18, 2017, the parties further extended the tolling period to July 11, 2018.

19. The Debtors and the Citco Companies hereby stipulate and agree by and through their respective attorneys to further extend the tolling period provided in Paragraph 9 of the Stipulation for an additional period of approximately 180 days, through and including January 7, 2019.

20. The Debtors and the Citco Companies further stipulate and agree by and through their respective attorneys that all other provisions contained in the Stipulation shall remain in full force and effect as part of this stipulation.

21. This stipulation constitutes the complete expression of the agreement of the parties hereto concerning the subjects covered herein, and no modification of, or amendment

to, this stipulation shall be valid unless in writing and signed by the parties.

22. This stipulation shall be governed by and construed in accordance with the laws of the State of New York.

23. This stipulation may be executed in any number of counterparts and by the parties hereto in separate counterparts, each of which when so executed shall be deemed to be an original and all of which taken together shall constitute one and the same document.

24. The parties irrevocably consent to the exclusive jurisdiction of the Bankruptcy Court with respect to any dispute concerning this stipulation.

Dated: June 27, 2018
       New York, New York

Respectfully submitted,

*/s/ Gregory Laufer*
Paul, Weiss, Rifkind, Wharton & Garrison LLP
1285 Avenue of the Americas
New York, NY 10019-6064
Telephone: (212) 373-3543
Facsimile: (212) 492-0543
Andrew Gordon
Email: agordon@paulweiss.com
Gregory Laufer
glaufer@paulweiss.com

*Attorneys for Citco Global Custody NV and Citco Bank Netherland NV Dublin*

*/s/ Thomas L. Long*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com

*Attorneys for Irving H. Picard, Esq. Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

4