**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ARCHITECTURAL BODY RESEARCH FOUNDATION, INC.,<br><br>Defendant. | Adv. Pro. No. 10-05092 (SMB) |

## STIPULATION FOR ENTRY OF FINAL JUDGMENT ON CONSENT

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff (the "Trustee"), and Architectural Body Research Foundation, Inc. ("Transferee") (Trustee and Transferee are collectively referred to as the "Parties", and individually as a "Party"), as follows:

1. That Transferee, represented in this action by counsel, has read and understands the contents of this Stipulation for Entry of Final Judgment on consent (this "Stipulation").

2. That this Stipulation shall be filed immediately upon execution.

3. That on or about ~~April~~ June 15, 2018, the Parties entered into a Settlement Agreement and Release (the "Settlement Agreement") and pursuant to the terms of the Settlement Agreement, Trustee is entitled to immediate entry of Final Judgment, a copy of which is attached hereto as Exhibit 1, entered against Transferee, in the amount of Three Million Two Hundred Seventy-Four Thousand Five Hundred Twelve United States Dollars ($3,274,512.00).

4. That Transferee confirms the amount set forth in Paragraph 3 above.

5. That the Transferee consents to the jurisdiction of the Bankruptcy Court for all purposes, including entry of Final Judgment.

6. That judgment shall be final for all purposes upon entry of judgment and each Party waives any right to appeal therefrom.

7. That the Final Judgment shall not bear interest.

8. That Transferee hereby expressly waives notice of entry of judgment and notice of and right to any hearing regarding entry of judgment.

9. This Stipulation may be signed in counterparts, all of which when taken together

shall constitute the agreement of the Parties hereto. A photocopy, facsimile or email signature to this Stipulation shall be deemed as an original signature for any and all purposes.

10. This Stipulation is defined and limited as set forth herein and by the terms of the Settlement Agreement.

11. That the Bankruptcy Court shall retain jurisdiction over the Parties to enforce this Stipulation until there is full performance of the terms hereof.

Dated as of: ~~April~~ June 7, 2018

BAKER & HOSTETLER LLP
By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

BAUM LLC
By: _____
270 Lafayette Street, Suite 805
New York, New York 10012
Telephone: 212.226.6601
Facsimile: 212.320.8847
David R. Baum
Email: david@baumllc.com

*Attorneys for Architectural Body Research Foundation, Inc.*

4813-7136-8288.2

ARCHITECTURAL BODY RESEARCH
FOUNDATION, INC.
By: _____
Name:
Title:  ANDREW MACNAIR
       Executive Director
       ABRF Inc.

6/1/18 by B Trattner

HENRY B. TRATTNER
NOTARY PUBLIC, State of New York
No. TR-01-4689385
Qualified in Nassau County
Certificate Filed in New York County
Commission Expires October 31, 20_21

4813-7136-8288.2

**Exhibit 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>ARCHITECTURAL BODY RESEARCH FOUNDATION, INC.,<br><br>Defendant. | Adv. Pro. No. 10-05092 (SMB)<br><br>**FINAL JUDGMENT ON CONSENT** |

**WHEREAS**, Irving H. Picard (the "Trustee") is the trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, substantively consolidated with the liquidation under chapter 7 of the Bankruptcy Code 11 U.S.C. § 101 *et seq.* of the estate of Bernard L. Madoff ("Madoff"), currently pending in the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") as Case No. 08-01789 (SMB);

**WHEREAS**, the Trustee is duly qualified to serve and act on behalf of the estates of BLMIS and Madoff;

4813-7136-8288.2

WHEREAS, on December 2, 2010, the Trustee commenced the above-captioned adversary proceeding in the Bankruptcy Court, alleging, *inter alia*, that Defendant received avoidable transfers (the "Avoidable Transfers") in connection with BLMIS Account Nos. 1C1232, 1C1234, 1C1237, and 1C1246 (the "Accounts");

WHEREAS, on or about ~~April~~ June 15, 2018, the Trustee and Defendant entered into a Settlement Agreement and Release (the "Settlement Agreement") in order to settle the Trustee's Claims against Defendant upon the terms set forth therein;

WHEREAS, pursuant to the terms of the Settlement Agreement, on or about ~~April~~ June 15, 2018, the Trustee and Defendant entered into a Stipulation for Entry of Final Judgment on Consent (the "Stipulation");

WHEREAS, pursuant to the terms of the Settlement Agreement and the Stipulation, Defendant has consented to the entry of final judgment against it with respect to the Trustee's claims and the Avoidable Transfers; and

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. The Avoidable Transfers are avoidable and avoided under section 548 of the Bankruptcy Code, SIPA and other applicable state law and are recoverable under sections 550 and/or 551 of the Bankruptcy Code, SIPA and applicable state law.

2. Subject to the terms of that certain Settlement Agreement and Stipulation, and as set forth in the recitals above, judgement is hereby entered in favor of the Trustee and against Defendant in the amount of $3,274,512.00. The Clerk is instructed to enter judgment for the Plaintiff in such amount.

3. This judgment is defined and limited as set forth herein and by the terms of the Settlement Agreement and Stipulation.

4813-7136-8288.2

4. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

The Clerk shall enter judgment and close the case.

SO ORDERED

Dated: _____, 2018
New York, New York

HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE