**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Tracy Cole

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04450 (SMB) |
| Plaintiff, | |
| v. | |
| JEFFREY HINTE, | |
| Defendant. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendant Jeffrey Hinte ("Defendant"), by

and through his counsel, Law Firm of Martin J. Auerbach, Esq. and Frejka PLLC (collectively,

the "Parties"), hereby stipulate and agree to the following:

1.      On November 30, 2010, the Trustee filed and served the Complaint against

Defendant.

2.      On April 17, 2014, Defendant served an answer on the Trustee, which included

several affirmative defenses and counterclaims.

3.      On July 28, 2014, the Trustee moved to dismiss Defendant's counterclaims and

strike Defendant's affirmative defenses.  On April 22, 2015, after briefing was completed,

Defendant voluntarily filed an amended answer, which did not include any counterclaims.  In

response, the Trustee voluntarily withdrew his motion to dismiss counterclaims and strike

affirmative defenses on April 24, 2015.

4.      On June 14, 2018, the Parties entered into a settlement agreement pursuant to the

Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without

prejudice of the Trustee's claims against Defendants in the above-captioned adversary

proceeding and dismissing the adversary proceeding.  Upon the Trustee's receipt and collection

of the full Settlement Amount as set forth in the Settlement Agreement, this dismissal shall be

deemed with prejudice.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: June 27, 2018

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Tracy Cole
Email: tcole@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**FREJKA PLLC**


By: _/s/ Elise S. Frejka_
420 Lexington Avenue – Suite 310
New York, New York 10170
Telephone:  (212) 641-0848
Fascimile:  (212) 641-0820
Elise S. Frejka
efrejka@frejka.com

and

**LAW FIRM OF MARTIN J. AUERBACH**
47 Cranberry Street
Brooklyn, New York 11201
Telephone: (646) 787-2370
Facsimile: (646) 304-0175
Martin J. Auerbach
auerbach@mjaesq.com

_Attorneys for Defendant Jeffrey Hinte_


**SO ORDERED**

**Dated: June 27, 2018**
**New York, New York**

      **/s/ STUART M. BERNSTEIN**
      _____
      **HONORABLE STUART M. BERNSTEIN**
      **UNITED STATES BANKRUPTCY JUDGE**