**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Geraldine E. Ponto
Marshall J. Mattera

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-01161 (SMB) |

Presentment Date: July 13, 2018
Time:                  12:00 p.m.
Objections Due:   July 10, 2018
Time:                  11:00 a.m.

**NOTICE OF PRESENTMENT OF MOTION**
**FOR ISSUANCE OF LETTER OF REQUEST**

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781, this Court's inherent

authority, and in light of the comity between the United States and the United Kingdom and upon

the accompanying Motion for the Issuance of a Letter of Request (the "Motion"), Irving H. Picard,

Trustee, through his undersigned counsel, will present the proposed Order Issuing a Letter of

Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial

Matters (the "Order"), annexed hereto, to the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge, for signature on July 13, 2018, at 12:00 PM.

**PLEASE TAKE FURTHER NOTICE** that an objection to the Motion ("Objection")

shall: (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local

Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with

specificity the basis of the Objection(s) and specific grounds therefor, (iv) be filed in accordance

with the electronic filing procedures for the United States Bankruptcy Court for the Southern

District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of

the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York, 10004, (v) be

served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York,

New York 10111, Attn: Geraldine E. Ponto, Esq.; and (b) the Securities Investor Protection

Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell,

Esq., so as to be received no later than **11:00 AM on July 10, 2018**.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely served and filed, a

hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge on

a date to be scheduled by the Court, upon such additional notice as the Court may direct. The

2

moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

The Trustee made no prior request to this Court or to any other court for the relief requested by the Motion.

Dated: New York, New York
      July 2, 2018                       Respectfully submitted,

                                  */s/ Geraldine E. Ponto*
                                **Baker & Hostetler LLP**
                                45 Rockefeller Plaza
                                New York, New York 10111
                                Telephone: (212) 589-4200
                                Facsimile: (212) 589-4201
                                David J. Sheehan
                                Email: dsheehan@bakerlaw.com
                                Geraldine E. Ponto
                                Email: gponto@bakerlaw.com
                                Marshall J. Mattera
                                Email: mmattera@bakerlaw.com