**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>            Plaintiff,<br><br>       v.<br><br>Stanley Shapiro, *et al.*,<br><br>            Defendants. | Adv. Pro. No. 10-05383 (SMB) |

**STIPULATED ORDER**
**TO EXTEND DEADLINE FOR DEFENDANTS TO COMPLY WITH THE COURT'S**
**ORDER COMPELLING THE PRODUCTION OF DOCUMENTS**

The plaintiff, Irving H. Picard ("the Trustee"), as trustee for the liquidation of Bernard L.

Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa *et seq*., and the substantively consolidated estate of Bernard L. Madoff under chapter 7

of the United States Bankruptcy Code, 11 U.S.C. §§ 701 *et seq*., and the defendants, Stanley

Shapiro, David Shapiro, Leslie Citron, and Kenneth Citron (collectively, "Defendants," and

together with the Trustee, the "Parties"), by and through their undersigned attorneys, submit this

Stipulated Order and state as follows:

**WHEREAS,** on June 6, 2018, the Court entered an Order on Trustee's Motion to

Compel Production of Documents from Defendants Stanley Shapiro, David Shapiro, Leslie

Citron, and Kenneth Citron.  ECF Doc. No. 105 (the "Order");

**WHEREAS,** in the Order, the Court required Defendants, within thirty (30) days of the

entry of the Order, to provide either or both the Court and the Trustee with certain items and

documents; and

**WHEREAS,** Defendants seek an additional seven (7) days to provide either or both the

Court and the Trustee with said items and documents, and the Trustee has no objection to

providing Defendants with the additional time to comply with their obligations under the Order;

**IT IS HEREBY STIPULATED** by the Parties and **SO ORDERED** by the Court as

follows:

1.      Defendants shall have seven (7) additional days, up to and including July 13,

2018, to comply with their obligations under the Order.


[SIGNATURES OF COUNSEL FOLLOW ON NEXT PAGE]

Respectfully submitted,

*/s/ James H. Rollinson*

**BAKER & HOSTETLER LLP**
127 Public Square
Cleveland, Ohio 44114
James H. Rollinson
Email: jrollinson@bakerlaw.com

and

45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate*
*of Bernard L. Madoff*

**Dated: July 5, 2018**
     **New York, New York**

Respectfully submitted,

*/s/ Barry R. Lax*

**LAX & NEVILLE LLP**
1450 Broadway, 35th Floor
New York, New York 10018
Barry R. Lax
Email: blax@laxneville.com
Brian J. Neville
Email: bneville@laxneville.com

*Attorneys for Stanley Shapiro, S&R*
*Investment Co., and the Estate of Renee*
*Shapiro*

**/s/ STUART M. BERNSTEIN**

**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**