UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L MADOFF INVESTMENT SECURITIES LLC,<br>　　　　Defendant.<br><br>In re:<br>BENARD L MADOFF,<br>　　　　Debtor. | Adv. Pro. No 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated)<br>Dean Loren's June 25, 2018 Supplemental Affidavit Supporting Correct Use of Discretion for Arriving At Madoff Wolf Popper Picard Treasury Trade Truth Revealed On April 25, 2018 With Direct Evidence of Merrill Lynch Street Account Trades over Bloomberg Terminals to JPMorgan Chase for the Benefit of Wolf Popper & Madoff |

**June 25, 2018 Objectant Dean Loren, Executor of the Evelyn Goldberg Estate Affidavit In Support of Merrill Lynch Madoff Treasury Trades & Wolf Popper Discovery Production**

To:　Pope Francis c/o Vatican Apostolic Nunciature in Washington, D.C., United States
　　　Pope Emeritus Benedict XVI c/o Archbishop Christophe Pierre, Apostolic Nuncio
　　　President Donald J. Trump c/o Chairman House Representative Devin Nunes
　　　Steven Terner Mnuchin, *Secretary of the Treasury*, c/o Chairman Rep Devin Nunes
　　　Bankruptcy Judge Stuart M. Bernstein
　　　Bernie Madoff (Register Number 61727054) c/o Warden A. Mansukhani
　　　Jamie Dimon, CEO c/o Stacey Friedman, General Counsel
　　　Brian Moynihan Chairman/CEO c/o David G. Leitch, General Counsel
　　　Michael Bloomberg (President & CEO) c/o David Levine, General Counsel
　　　Helen Chaitman, Esq.
　　　Irving Picard, Trustee c/o David Sheehan, Esq.
　　　Lalit Jain, Esq.

SIPA Objectant Dean Loren, Executor, Evelyn Goldberg Estate deposes, swears and says:

1. Pope Francis and Pope Emeritus Benedict XVI, I wish to give my gravest apologies for Irving Picard's utter failure to produce the Bernie Madoff Treasury Trades made over Michael Bloomberg's Terminals to Merrill Lynch and Deposited in JP Morgan Chase admitted to by Bernie Madoff on April 26, 2017 at the Butner Prison and withheld from me by Judge Bernstein's six month confidentiality order on the Madoff Depositions and Irving Picard's fraudulent assertions.

2. In Catholic tradition, St. Francis of Assisi had a mystical vision of Jesus Christ, who told him to rebuild his church. In light of the Merrill Lynch, JP Morgan Chase scandals that have tarnished the Church with financial troubles to widespread allegations/cover-up of treasury rigging, gives my affidavit's special significance for Jamie Dimon, Brian Moynihan and Mike Bloomberg to confess.

3. In the American tradition, the President Donald J. Trump and Secretary of the Treasury Steven Mnuchin have a duty, obligation and responsibility to order the release of all Treasury Trade Information involved in the Madoff Bloomberg LP Merrill Lynch JP Morgan Chase orders.

4. I humbly request that President Donald J. Trump and Treasury Steven Mnuchin order a Treasury Trade Investigation of Madoff Bloomberg LP Merrill Lynch JP Morgan Chase for the benefit of Evelyn Goldberg Estate that flows directly to the Vatican under the most holy Pope Francis and Pope Emeritus Benedict XVI for the benefit of students.

5. I additionally request that Jamie Dimon, Brian Moynihan, Mike Bloomberg and Bernie Madoff furnish the Treasury Trades admitted by Bernie in his 03 12 2009 plea allocution "I want to emphasize today that while my investment advisory business - the vehicle of my wrongdoing - was part of my firm Bernard L. Madoff Securities, the other business my firm engaged in, proprietary trading and market making, were legitimate, profitable and successful in all respects. Those businesses were managed by my brother and two sons."

6. I further apologize to Pope Francis, that Jesuit legal training illuminates the truth from the half truth - Peter Madoff and Bernie's sons conducted the proprietary treasury trading at issue.

7. The issue should be clear, concrete and succinct to Judge Stuart M. Bernstein J.D., Fordham University School of Law (cum laude), and myself (cum postrema acie).

8. I humbly request Judge Bernstein and support Ms. Chaitman's Request for Sanctions given Trustee Picard's utter failure to produce the Trading Records, under which Defendants are entitled to move, pursuant to Fed. R. Civ. P. 37(b)(2)(A)(i), for an order directing that, in all of Defendants' cases, Madoff, JP Morgan Chase, Merrill Lynch and Bloomberg LP did conduct Treasury Trades be established.

9. I additionally request with humility, Judge Bernstein and support Ms. Chaitman's Request for Sanctions pursuant to Fed. R. Civ. P. 37(b)(2)(A)(ii), prohibiting Trustee Picard from introducing any evidence or arguments to the contrary for his utter failure to produce over the past ten years from Jamie Dimon, Brian Moynihan and Mike Bloomberg the Treasury Trade Billings and Accounts used for the "Masked" Street Purchases.

10. Furthermore, Trustee Picard's utter failure, leaves him with no discretion to the following:
a. Production of Wolf Popper Client files
b. Denying Loren Access to Discovery for Due Diligence
c. Production of Consolidated Accounting of Trading & Brokerage Fees Billing and Agreements
d. Production of Consolidated Accounting of Banking statement
e. Opposing Loren after Picard's attempt to have Loren arrested for a Las Vegas BOA account unlawfully moved from Merrill Lynch and prosecuted by Mike Bloomberg's NYC
f. Opposing Loren deposing Madoff without constraints

11. Picard and Sheehan as early as April 07, 2009 based their entire complaint on erroneous facts. "The security purchases and trades depicted in the account statements never occurred and the profits reported were entirely fictitious. At the Plea Hearing, Madoff admitted that he never in fact purchased any of the securities he claimed to have purchased for customer accounts. Indeed, there is no record of the Madoff Defendants having cleared a single purchase or sale of securities at the Deposit Trust & Clearing Corporation, the clearing house for such transactions, or any other trading platform on which BLMIS could have reasonably traded securities."

2

12. Clearly, Picard and David Sheehan's "gross and egregious" conduct "tantamount to fraud, misrepresentation, overreaching or spoliation" continues to at least, April 18, 2018 and to today as evidenced by their current continued erroneous submissions to the Honorable Stuart M. Bernstein.

13. Pope Francis and Pope Emeritus Benedict XVI additional evidence exists for the Treasury Trades by Madoff Bloomberg LP Merrill Lynch and JPMorgan Chase as follows:

a. Evelyn Goldberg Estate claims for cash. The Second Circuit upheld the District Court's determination that Madoff Fake Securities Claimants had claims for securities, not claims for cash.

b. Evelyn Goldberg Estate has trade dates and bond identification unlike the case of the April 13, 2018 Magnify Decision where the Portfolio Evaluations were produced two times each year, dated "as of" June 30 or December 31 of each year. (¶ 92.) They contained no historical information or any transaction details for any security allegedly bought or sold during the relevant six-month period, such as trade dates, settlement dates or trade prices.

c. Evelyn Goldberg Estate, Doris Sassower and Dean Loren, all individually reported the Madoff Bloomberg LP Merrill Lynch JPMorgan Chase Treasury scheme to the IRS and Legal Authorities
i)   Evelyn Goldberg April 16, 1993 - Manhattan Surrogate Roth (Trust/Estate Thefts)
ii)  Doris Sassower June 14, 1991 - Westchester Surrogate Emmanuelli (Trust/Estate Thefts)
iii) Dean Loren August 1992 - Hughes Hubbard & Reed (Nassau Offshore Accounts)
(The NY Surrogates were in fact robbing Trusts & Estates with the full knowledge of Judge Kaye, whose husband Steven at Proskauer ran the largest Madoff Victim Class with Michael Cardozo.)

14. Pope Francis and Pope Emeritus Benedict XVI further evidence exists for the Treasury Trades by Madoff Bloomberg LP Merrill Lynch and JPMorgan Chase as follows:

(October 30, 2017, 9:15 PM EDT) -- Former banker Jennifer Sharkey's trial over allegations that JPMorgan Chase & Co. fired her in retaliation for flagging suspected fraud on the part of a big-fish client began Monday after Manhattan U.S. District Judge Denise L. Cote blocked her from mentioning Bernie Madoff — another former client of the megabank. (This follows Judge Bernstein's order for Bernie not to be deposed and questioned about the Big Four Clients.)

15. Pope Francis and Pope Emeritus Benedict XVI lastly evidence exists for the Treasury Trades by Madoff Bloomberg LP Merrill Lynch and JPMorgan Chase as follows:

Merrill LynchTreasury Record Billing and Fee Arrangements exist as of June 2017, when Picard admitted 4,700 microfilm reels never produced and never even searched for Trading Records, which can be readily optically scanned for Merrill Lynch Entries.

16. In fact, Irving Picard utilizes Bloomberg LP terminals and remits billing statements for Bloomberg LP Terminal use for reimbursement to Judge Bernstein on a periodical basis that if further questioned would access the Madoff Bloomberg LP Merrill Lynch JPMorgan Chase Treasury Trades placed over Mike Bloomberg's terminals and recorded by Mike Bloomberg.

17. Mike Bloombeg admits to eavesdropping on Goldman Sachs conferencing discussions and the downloading of Merrill Lynch Treasury Trade Requests by Bernie would be of equal interest to the former Mayor of NYC who had his term extended for the trial and aftermath of Madoff exposure.

18. Pope Francis and Pope Emeritus Benedict XVI, jurisdiction exists over Merrill Lynch, as both (i) Irving Picard, Sheehan and Sehgal and (ii) Finkel of Wolf Popper sued Madoff Feeder Fund known as Fairfield and Price Waterhouse, with Wolf Popper's full knowledge that Bernard Madoff ran a Treasury scheme involving Wolf Popper's firm account and government securities.

19. The Evelyn Goldberg Estate can produce another direct witness, Lisa Barbieri, Charities Attorney for NY State Attorney General as Lisa, also a Fordham University Law Graduate, worked at Price Waterhouse on Fairfield's client account, and subsequently became the Legal Clerk for the Manhattan Surrogate Court under Roth for the robbed Trusts & Estates, and has in her personal possession the original NY State Attorney General Correspondence from Wolf Popper that manufactured a bogus Guardian ad Litem over Evelyn Goldberg to stop the exposure of Simon Goldberg's Secret Canadian Probate containing the Treasury Securities/cash that Judge Bernstein withheld from Loren's knowledge by his Madoff Deposition Confidentiality orders.

20. Pope Francis and Pope Emeritus Benedict XVI, to protect your bequests named in Evelyn Goldberg's Estate, I contacted the IRS in the Fall of 2015 that resulted in Surrogate Judge Rita Mella placing on the Simon Goldberg Estate Docket over 200 documents evidencing the fraud perpetrated by Wolf Popper and that Surrogate Roth was ordering to be kept off the record.

X. As an Executor, I have always exercised my duty to marshal the full, complete, correct and accurate assets owed to Evelyn's Estate that flow to the Vatican, unlike Trustee Irving Picard's utter failure to ascertain the Merrill Lynch Trading Records and Consolidated Billing statements.

Wherefore, I would like to request that Judge Stuart M. Bernstein conduct a closed door hearing of Picard, Chaitman, Jain, and Loren and if necessary an open proceeding to the Public to discuss

a. Picard's triple damages owed to the Evelyn Goldberg Estate,
b. Chaitman's motion for sanction
c. Loren's deposition of Madoff without constraints
d. Baker Hosteler damages and settlement to be paid in bank certified checks
e. Wolf Popper Client Records with Madoff delivered to Loren

and any other relief, Judge Stuart M. Bernstein may grant Loren in order to marshal all the assets owed to the Vatican as governed by Pope Francis and Pope Emeritus Benedict XVI, Amen.

Sworn to under penalty of perjury this June 25, 2018

_____
Dean Loren
Executor,
Evelyn Goldberg Estate
SIPA Objectant &
Madoff Bloomberg Merrill Lynch JPMorgan Chase Treasury Victim

_____  06/25/2018
Notary Public

SHAHIN S BHUIYAN
NOTARY PUBLIC, STATE OF NEW YORK
NO.01BH6114597
QUALIFIED IN QUEENS COUNTY
MY COMMISSION EXPIRES AUGUST 23, 20 2̶ 0

4