**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                                Plaintiff,<br><br>        v.<br><br>TRUST FUND B U/W EDWARD F. SELIGMAN F/B/O NANCY ATLAS and NANCY ATLAS, in her capacity as the Trustee of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas,<br><br>                                Defendants. | Adv. Pro. No. 10-04885 (SMB) |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas And Nancy Atlas, in her Capacity as the Trustee of the Trust Fund B U/W Edward Seligman F/B/O Nancy Atlas, (the "Defendants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all

{00036456 1 }

pleadings and other papers filed and submitted in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding;

|  |  |
|---|---|
| **Dated:  July 10, 2018**<br>**New York, New York** | */s/ STUART M. BERNSTEIN*<br>Hon. Stuart M. Bernstein<br>**UNITED STATES BANKRUPTCY JUDGE** |

{00036456 1}                                                          2