# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

July 10, 2018

**VIA ECF, EMAIL AND FEDERAL EXPRESS**

The Honorable Stuart M. Bernstein
(Bernstein.chambers@nysb.uscourts.gov)
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, NY 10004-1408

Re:   *Picard v. Ceretti, et al., Adv. Pro. No. 09-01161 (SMB)*

Dear Judge Bernstein:

On behalf of Irving H. Picard, the trustee ("Trustee") and plaintiff in the above-referenced proceeding, this is to inform the Court that Quinn Emanuel Urquhart & Sullivan LLP, counsel to Kingate Global Fund, Ltd. and Kingate Euro Fund, Ltd., defendants, has requested, and the Trustee has agreed to, minor revisions to the text of the proposed Letter of Request that was attached as Exhibit 1 (ECF No. 355-1) to the Trustee's Motion for the issuance of a Letter of Request to obtain discovery from Mr. Paul Boulton, filed on July 2, 2018 (ECF No. 355). Attached is the revised Letter of Request for the Court's consideration. No other changes to the Motion or its exhibits have occurred.

Respectfully submitted,

*/s/ Geraldine E. Ponto*

Geraldine E. Ponto

Attachment