**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04305 (SMB) |
| Plaintiff, | |
| v. | |
| DAVID SHAPIRO NOMINEE 4 and DAVID SHAPIRO, individually and as president and nominee of David Shapiro Nominee 4, | |
| Defendants. | |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for David Shapiro Nominee 4 and David Shapiro, individually and as president and nominee of David Shapiro Nominee 4, (the "Defendants"); and due and sufficient notice of the Application having been given under the circumstances; and the Court having reviewed all pleadings and other papers filed and submitted

in connection with the Application; and based upon the record of the case; and the Court having

determined that the relief requested in the Application is in the best interests of the Defendants;

and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants

and is hereby removed as counsel for the Defendants in this proceeding; and it is further

Dated:  **July 11, 2018**
        **New York, New York**                     _/s/ STUART M. BERNSTEIN_
                                                    **Honorable Stuart M. Bernstein**
                                                    **UNITED STATES BANKRUPTCY**
                                                    **JUDGE**