**EXHIBIT B**

EXHIBIT B
SUMMARY OF TWENTY-SEVENTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2017 THROUGH MARCH 31, 2018

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 308.50 | 307,883.00 |
| | Sheehan David J. | 1968 | 998.00 | 600.80 | 599,598.40 |
| | Matthias Michael R | 1973 | 722.99 | 89.90 | 64,996.90 |
| | Bash Brian A | 1975 | 784.00 | 2.90 | 2,273.60 |
| | Greene Bruce R | 1976 | 735.87 | 3.90 | 2,869.90 |
| | Long Thomas L | 1976 | 962.50 | 478.10 | 460,172.20 |
| | Ponto Geraldine E. | 1982 | 947.96 | 520.40 | 493,318.30 |
| | Smith Elizabeth A | 1985 | 881.78 | 20.10 | 17,723.70 |
| | McDonald Heather J | 1986 | 703.08 | 22.10 | 15,538.00 |
| | Reich Andrew W | 1987 | 646.77 | 94.90 | 61,378.30 |
| | Burke John J | 1988 | 767.28 | 35.20 | 27,008.40 |
| | Douthett Breaden M | 1991 | 436.78 | 35.50 | 15,505.70 |
| | Goldberg Steven H | 1991 | 971.39 | 115.30 | 112,001.50 |
| | Hunt Dean D | 1991 | 698.24 | 123.70 | 86,371.70 |
| | Resnick Lauren J | 1991 | 982.82 | 3.30 | 3,243.30 |
| | Warren Thomas D | 1992 | 779.00 | 13.50 | 10,516.50 |
| | Griffin Regina L. | 1993 | 961.97 | 499.20 | 480,217.40 |
| | Kornfeld Mark A. | 1993 | 958.71 | 403.70 | 387,029.80 |
| | Renner Deborah H. | 1993 | 962.47 | 302.50 | 291,148.20 |
| | Brennan Terry M | 1995 | 529.00 | 4.90 | 2,592.10 |
| | Thomas, Erika K. | 1995 | 715.86 | 408.40 | 292,359.00 |
| | Cole Tracy L | 1996 | 817.58 | 398.90 | 326,133.60 |
| | Hoang Lan | 1997 | 825.03 | 749.00 | 617,949.80 |
| | Murphy Keith R. | 1997 | 962.83 | 536.80 | 516,848.20 |
| | Scully Elizabeth A | 1997 | 706.00 | 4.30 | 3,035.80 |
| | Fish Eric R. | 1998 | 731.24 | 206.60 | 151,075.00 |
| | New Jonathan B. | 1998 | 954.29 | 20.60 | 19,658.40 |
| | Rollinson James H | 1998 | 477.59 | 215.90 | 103,110.90 |
| | Rose Jorian L. | 1998 | 876.20 | 316.70 | 277,491.00 |
| | Wang Ona T | 1998 | 798.52 | 147.00 | 117,382.20 |
| | Warshavsky Oren J. | 1998 | 973.33 | 559.00 | 544,094.20 |
| | Pergament Benjamin D | 1999 | 701.47 | 542.80 | 380,758.20 |
| | Bohorquez Jr Fernando A | 2000 | 788.88 | 352.80 | 278,315.10 |
| | Cremona Nicholas J. | 2000 | 860.91 | 690.40 | 594,374.30 |
| | Beckerlegge Robertson D | 2001 | 662.01 | 521.40 | 345,170.40 |
| | Bell Stacey A. | 2001 | 713.27 | 625.30 | 446,006.90 |
| | Fokas Jimmy | 2001 | 813.44 | 112.60 | 91,593.80 |
| | Zeballos Gonzalo S. | 2001 | 875.71 | 381.40 | 333,995.20 |
| | North Geoffrey A. | 2002 | 697.59 | 662.90 | 462,431.90 |
| | Song Brian W. | 2002 | 671.83 | 562.90 | 378,175.00 |
| | Gongolevsky, May Tal | 2003 | 664.00 | 76.90 | 51,061.40 |
| | Hochmuth Farrell A | 2003 | 506.34 | 311.90 | 157,926.60 |
| | Jacobs Edward J. | 2003 | 695.71 | 380.40 | 264,648.30 |
| | Malchow Jessica P. | 2003 | 393.00 | 6.00 | 2,358.00 |
| | Oliver Jason S. | 2003 | 669.09 | 588.20 | 393,556.40 |
| | Sherer James A. | 2003 | 671.97 | 214.80 | 144,339.00 |
| | Shields Nkosi D. | 2003 | 517.43 | 627.90 | 324,891.70 |
| | Gabriel Jessie M | 2004 | 695.63 | 237.80 | 165,421.00 |
| | Smith Rachel M | 2004 | 469.49 | 163.50 | 76,760.90 |
| | Allen Brian F. | 2005 | 501.29 | 324.30 | 162,567.50 |
| | Carvalho Melissa M. | 2005 | 613.13 | 92.30 | 56,592.10 |
| | Hartman Ruth E | 2005 | 373.73 | 179.80 | 67,196.80 |
| | Proano David F | 2005 | 373.12 | 23.30 | 8,693.80 |
| | Carlisle Marie L. | 2006 | 439.27 | 472.30 | 207,466.60 |
| | Kosack Melissa L. | 2006 | 672.55 | 721.30 | 485,111.20 |
| | Longstaff Carrie | 2006 | 613.04 | 597.30 | 366,171.10 |
| | McLellan, Melinda L | 2006 | 675.00 | 1.00 | 675.00 |
| | Vanderwal Amy E. | 2006 | 671.48 | 558.90 | 375,291.00 |
| | Brown Seanna R. | 2007 | 695.03 | 680.20 | 472,758.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Calvani Torello H. | 2007 | 672.91 | 623.90 | 419,827.90 |
| | Forman Jonathan A. | 2007 | 613.33 | 337.70 | 207,119.90 |
| | Giuliani, Esterina | 2007 | 752.80 | 709.90 | 534,414.30 |
| | Patel Tayan B. | 2007 | 539.00 | 13.40 | 7,222.60 |
| | Keranen, Kristin L. | 2008 | 665.25 | 166.20 | 110,564.40 |
| | Stanley Trevor M. | 2008 | 543.40 | 114.20 | 62,056.00 |
| | Woltering Catherine E. | 2008 | 672.89 | 797.30 | 536,494.30 |
| | Zunno Kathryn M. | 2008 | 696.98 | 548.30 | 382,156.20 |
| | Blattmachr Jonathan D. | 2009 | 501.48 | 482.20 | 241,814.20 |
| | Campbell Patrick T | 2009 | 673.54 | 118.20 | 79,612.80 |
| | Markel Tatiana | 2009 | 516.39 | 509.20 | 262,943.40 |
| Partners and of Counsel Total | | | 730.76 | 22,372.70 | 16,349,058.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler Philip | 1994 | 474.55 | 436.40 | 207,095.50 |
| | Kates Elyssa S. | 2000 | 642.47 | 175.00 | 112,431.40 |
| | DeSouza, Karen | 2001 | 247.00 | 6.80 | 1,679.60 |
| | Wlodek Heather | 2003 | 523.85 | 482.10 | 252,546.30 |
| | Idzior, Ryan C. | 2004 | 247.00 | 1.80 | 444.60 |
| | Carter, Kermesha L. | 2005 | 247.00 | 18.00 | 4,446.00 |
| | Cowherd, Matthew K | 2005 | 444.89 | 547.00 | 243,357.00 |
| | Hiatt, Eric B. | 2005 | 526.17 | 277.40 | 145,960.40 |
| | Feil Matthew D. | 2006 | 558.07 | 454.20 | 253,474.20 |
| | Munoz, Andres A | 2006 | 535.05 | 360.60 | 192,938.20 |
| | Goldmark Jena B. | 2007 | 461.09 | 540.30 | 249,129.30 |
| | Wasick Joanna F. | 2007 | 663.76 | 670.10 | 444,782.80 |
| | Attard, Lauren T. | 2008 | 559.90 | 226.60 | 126,872.50 |
| | Brooks, Courtney M. | 2008 | 250.00 | 265.70 | 66,425.00 |
| | Choi David | 2008 | 478.62 | 551.90 | 264,150.30 |
| | McCurrach Elizabeth G. | 2008 | 505.00 | 166.40 | 84,032.00 |
| | Monaghan, Rachel C. | 2008 | 254.00 | 278.60 | 70,764.40 |
| | Sabella, Michael A. | 2008 | 498.54 | 569.80 | 284,066.20 |
| | Sea Nexus U. | 2008 | 512.29 | 177.30 | 90,828.80 |
| | Usitalo Michelle R. | 2008 | 524.72 | 391.40 | 205,376.80 |
| | Hilsheimer Lauren M. | 2009 | 553.19 | 197.80 | 109,420.30 |
| | Khan, Ferve E. | 2009 | 528.00 | 361.70 | 190,977.60 |
| | Mattera, Marshall J. | 2009 | 524.21 | 600.70 | 314,893.20 |
| | Molina Marco | 2009 | 524.86 | 654.20 | 343,362.40 |
| | Nickodem Robert G. | 2009 | 252.26 | 518.80 | 130,870.10 |
| | Perkins Austin, Francesca | 2009 | 526.18 | 540.70 | 284,505.40 |
| | Shapiro Peter B. | 2009 | 513.52 | 538.80 | 276,683.80 |
| | Walton, Ryan | 2009 | 252.22 | 123.30 | 31,099.10 |
| | Barnes S. Ben | 2010 | 252.42 | 579.10 | 146,177.90 |
| | Bent, Camille C. | 2010 | 498.92 | 610.70 | 304,690.30 |
| | Biondo, Lindsay J. | 2010 | 252.86 | 780.90 | 197,459.60 |
| | Boga-Lofaro, Csilla | 2010 | 438.89 | 206.90 | 90,805.40 |
| | Chandler Tara R. | 2010 | 252.38 | 624.30 | 157,561.40 |
| | Cohen, Ian R. | 2010 | 475.29 | 166.70 | 79,231.20 |
| | Fein Amanda E. | 2010 | 519.76 | 186.30 | 96,830.60 |
| | Hansford Melissa L. | 2010 | 252.79 | 358.90 | 90,728.00 |
| | Hoff Michelle M. | 2010 | 252.96 | 796.50 | 201,484.30 |
| | Iannuzzi Michael M. | 2010 | 436.00 | 7.10 | 3,095.60 |
| | Maytal Anat | 2010 | 498.12 | 418.50 | 208,463.40 |
| | McGourty Cara | 2010 | 498.17 | 286.70 | 142,825.50 |
| | McMillan David M. | 2010 | 462.04 | 543.00 | 250,887.00 |
| | Noethlich Brian R. | 2010 | 290.52 | 55.30 | 16,065.90 |
| | Rog Joshua B. | 2010 | 446.21 | 516.00 | 230,245.20 |
| | Rollins Jennifer B. | 2010 | 247.00 | 43.30 | 10,695.10 |
| | Rouach Sophie | 2010 | 460.53 | 578.40 | 266,370.00 |
| | Ubaid Maryland H. | 2010 | 252.66 | 607.50 | 153,488.80 |
| | White, A. Mackenna | 2010 | 480.38 | 356.50 | 171,255.80 |
| | Barhorst Damon C. | 2011 | 252.63 | 567.10 | 143,264.30 |
| | Bennett Melonia A. | 2011 | 289.20 | 611.00 | 176,701.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Blanchard, Jason I. | 2011 | 467.49 | 516.90 | 241,645.10 |
| | Crook Darren A. | 2011 | 273.42 | 62.20 | 17,006.70 |
| | Durbin Damon M. | 2011 | 289.72 | 423.60 | 122,726.00 |
| | Fedeles, Emily R. | 2011 | 500.43 | 79.40 | 39,734.00 |
| | Feldstein Robyn M | 2011 | 439.35 | 621.70 | 273,145.00 |
| | Gottesman Joel D. | 2011 | 253.15 | 405.10 | 102,552.40 |
| | Krishna Ganesh | 2011 | 462.86 | 808.00 | 373,992.00 |
| | Oliva Frank M. | 2011 | 440.14 | 502.40 | 221,125.60 |
| | Patrick Stacey M. | 2011 | 248.63 | 185.80 | 46,195.70 |
| | Rose Nicholas M. | 2011 | 417.62 | 503.00 | 210,061.30 |
| | Schechter Jody E. | 2011 | 362.73 | 326.20 | 118,322.00 |
| | Shifrin Maximillian S. | 2011 | 498.23 | 462.10 | 230,234.20 |
| | Sinclair Jordan A. | 2011 | 352.05 | 284.50 | 100,157.70 |
| | Vonderhaar Douglas A. | 2011 | 288.31 | 148.80 | 42,900.80 |
| | Wangsgard Kendall E. | 2011 | 417.45 | 54.90 | 22,918.20 |
| | White Jason T. | 2011 | 253.06 | 581.40 | 147,127.50 |
| | Zuberi Madiha M. | 2011 | 462.45 | 95.20 | 44,025.60 |
| | Ackerman Stephanie | 2012 | 429.21 | 731.50 | 313,968.00 |
| | Engel, Seth E | 2012 | 405.57 | 73.80 | 29,930.90 |
| | Gallagher Christopher B. | 2012 | 438.79 | 419.30 | 183,983.00 |
| | Hough Shawn P. | 2012 | 499.10 | 710.70 | 354,709.60 |
| | Mills, Rachel | 2012 | 247.00 | 28.30 | 6,990.10 |
| | Rice David W. | 2012 | 498.56 | 672.10 | 335,082.80 |
| | Barrow Clark, Erica | 2013 | 423.00 | 108.20 | 45,768.60 |
| | Brumbach, Maxim G. | 2013 | 250.26 | 630.40 | 157,763.20 |
| | Charlemagne, Chardaie C. | 2013 | 505.00 | 168.10 | 84,890.50 |
| | Friedman, Matthew B. | 2013 | 515.66 | 402.30 | 207,450.00 |
| | Gillingham, Ross M. | 2013 | 250.44 | 707.60 | 177,212.70 |
| | Holder Casey E | 2013 | 327.57 | 12.20 | 3,996.40 |
| | Mosher, Sarah E. | 2013 | 250.00 | 451.70 | 112,925.00 |
| | Sterling, Nichole L. | 2013 | 430.19 | 56.90 | 24,477.60 |
| | Tanney, Michelle N. | 2013 | 436.16 | 489.70 | 213,588.70 |
| | Abrams, Jeremy R. | 2014 | 250.88 | 332.30 | 83,368.90 |
| | Dasaro, Stacy A | 2014 | 467.94 | 732.60 | 342,814.70 |
| | Goertemiller, Noah J. | 2014 | 250.37 | 703.20 | 176,059.10 |
| | Horning, Nathan T. | 2014 | 260.00 | 341.10 | 88,686.00 |
| | Miao, Tiffany A. | 2014 | 462.00 | 208.00 | 96,096.00 |
| | Trahanas, Elias D. | 2014 | 396.37 | 94.70 | 37,536.50 |
| | Tranbaugh Mary H. | 2014 | 392.83 | 114.20 | 44,860.80 |
| | Berglin Lauren P. | 2015 | 380.94 | 180.60 | 68,798.60 |
| | Collins, Joseph P. | 2015 | 344.00 | 2.30 | 791.20 |
| | Howley, Thomas F. | 2015 | 443.82 | 394.40 | 175,041.60 |
| | Kennedy, Joyce R. | 2015 | 260.00 | 371.90 | 96,694.00 |
| | Light Samuel M. | 2015 | 377.77 | 394.10 | 148,879.10 |
| | Porembski, Daniel P. | 2015 | 252.15 | 586.70 | 147,938.90 |
| | Serrao, Andrew M. | 2015 | 420.98 | 478.00 | 201,227.10 |
| | Silvey, Clayton T. | 2015 | 475.00 | 40.20 | 19,095.00 |
| | Turner, Tara E. | 2015 | 252.43 | 744.80 | 188,010.20 |
| | Wallace Kevin M. | 2015 | 420.04 | 224.00 | 94,088.70 |
| | Weinberg Lauren R. | 2015 | 378.93 | 460.20 | 174,385.20 |
| | Berry, Joshua L. | 2016 | 250.52 | 594.70 | 148,981.70 |
| | Foisy, Kenneth A. | 2016 | 250.66 | 581.40 | 145,734.40 |
| | Hoover, Marianne E. | 2016 | 250.47 | 730.30 | 182,919.80 |
| | Martin, Lauren E. | 2016 | 250.50 | 642.70 | 160,999.30 |
| | Miguel, Nickoli X. | 2016 | 260.00 | 369.70 | 96,122.00 |
| | Molony, Matthew E. | 2016 | 250.22 | 644.10 | 161,166.60 |
| | Nadworny Bari R. | 2016 | 378.84 | 79.60 | 30,155.60 |
| | Nowak, Margaret A. | 2016 | 260.00 | 333.70 | 86,762.00 |
| | Stewart, Matthew L. | 2016 | 250.00 | 441.00 | 110,250.00 |
| | de Dios, Maria A. | 2017 | 411.97 | 405.80 | 167,177.10 |
| | Mohamed, Ismail A. | 2017 | 250.00 | 256.10 | 64,025.00 |
| | Perez, Jr., Pedro J. | 2017 | 408.58 | 155.80 | 63,656.70 |
| | Pollawit, Panida A. | 2017 | 414.55 | 136.70 | 56,669.20 |
| | Santiago, Anthony R. | 2017 | 260.00 | 360.50 | 93,730.00 |
| | Stork, Victoria L. | 2017 | 413.04 | 408.10 | 168,562.90 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Fischetti, Chloe S. | 2018 | 413.61 | 275.50 | 113,949.10 |
| | Shin, Jean H. | 2018 | 412.96 | 262.80 | 108,526.20 |
| | Cardenas Samantha A. | #N/A | 252.46 | 680.10 | 171,695.40 |
| Associates Total | | | 382.82 | 44,520.00 | 17,043,001.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | | | |
| | Bekier James M. | #N/A | 455.26 | 352.50 | 160,478.10 |
| | Blaber Theresa A | #N/A | 346.02 | 93.70 | 32,422.30 |
| | Bluett, Marie V. | #N/A | 262.87 | 353.60 | 92,949.40 |
| | Bookout, Kimberly M. | #N/A | 240.00 | 5.80 | 1,392.00 |
| | Cabrera Ramon C | #N/A | 277.50 | 38.90 | 10,794.90 |
| | Chan Angeline | #N/A | 267.00 | 61.80 | 16,500.60 |
| | Curbelo Gracemary | #N/A | 340.88 | 437.90 | 149,272.70 |
| | Fishelman Benjamin D. | #N/A | 434.36 | 286.30 | 124,355.90 |
| | Fredle Vicki M | #N/A | 220.77 | 305.90 | 67,533.00 |
| | Gibbons Michael E. | #N/A | 391.03 | 69.40 | 27,137.80 |
| | Glanzman Adam J | #N/A | 357.22 | 123.70 | 44,188.00 |
| | Graham Sonya M. | #N/A | 273.90 | 40.80 | 11,175.20 |
| | Iskhakova Yuliya | #N/A | 368.89 | 769.70 | 283,937.70 |
| | Jean, Joanne | #N/A | 180.00 | 5.00 | 900.00 |
| | Kinne Tanya M | #N/A | 340.34 | 384.70 | 130,927.50 |
| | LaFalce, Stephen P. | #N/A | 183.94 | 13.70 | 2,520.00 |
| | Landrio Nikki M. | #N/A | 385.02 | 768.20 | 295,770.40 |
| | Lasko Seth D. | #N/A | 375.28 | 100.00 | 37,528.00 |
| | Martin Joseph D | #N/A | 250.00 | 9.70 | 2,425.00 |
| | McDonald Michael H. | #N/A | 201.00 | 4.60 | 924.60 |
| | McIntosh Casey | #N/A | 206.96 | 616.20 | 127,526.40 |
| | Monge Tirsa | #N/A | 357.07 | 533.10 | 190,354.90 |
| | Montani Christine A. | #N/A | 356.96 | 454.10 | 162,094.90 |
| | Nunes Silas T | #N/A | 314.65 | 358.60 | 112,832.20 |
| | Nunez Willie | #N/A | 249.72 | 264.10 | 65,951.00 |
| | Oliver-Weeks Marcella J. | #N/A | 411.13 | 485.40 | 199,564.90 |
| | Paremoud Jana | #N/A | 273.18 | 64.70 | 17,674.60 |
| | Pulsipher Eric K. | #N/A | 327.59 | 374.50 | 122,681.40 |
| | Radic, Rudolf | #N/A | 350.48 | 146.10 | 51,205.00 |
| | Reyes Lucinda A. | #N/A | 200.89 | 609.60 | 122,461.70 |
| | Rodriguez, Evelyn | #N/A | 370.00 | 187.20 | 69,264.00 |
| | Simpson, Brian K. | #N/A | 269.81 | 13.50 | 3,642.50 |
| | Stone Adrian | #N/A | 311.85 | 555.10 | 173,108.60 |
| | Sweet Karen R | #N/A | 248.05 | 156.60 | 38,845.30 |
| | Szalay, Sarah M | #N/A | 200.27 | 327.50 | 65,589.50 |
| | Tineo, Nicole L. | #N/A | 446.73 | 396.50 | 177,129.70 |
| | Tushaj Diana M. | #N/A | 282.21 | 151.20 | 42,669.60 |
| | Villamayor Fidentino L. | #N/A | 373.94 | 473.60 | 177,099.60 |
| | von Collande Constance M. | #N/A | 352.17 | 552.90 | 194,712.30 |
| | Weaver Scott | #N/A | 342.23 | 674.80 | 230,939.60 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 330.30 | 11,621.20 | 3,838,480.80 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 730.76 | 22,372.70 | 16,349,058.20 |
| Associates Total | 382.82 | 44,520.00 | 17,043,001.00 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 330.30 | 11,621.20 | 3,838,480.80 |
| Blended Attorney Rate | 499.19 | | |
| | | | |
| Total Fees Incurred | | 78,513.90 | 37,230,540.00 |
| **Less 10% Public Interest Discount** | | | (3,723,054.00) |
| **Grand Total** | | | $ 33,507,486.00 |