**EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-SEVENTH INTERIM
PERIOD OF DECEMBER 1, 2017 THROUGH MARCH 31, 2018

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 11,335.20 | $ 5,661,861.70 |
| 02 | Bankruptcy Court Litigation and Related Matters | 509.40 | 384,942.30 |
| 03 | Feeder Funds | 41.10 | 28,993.10 |
| 04 | Asset Search Recovery and Sale | 0.20 | 199.60 |
| 05 | Internal Office Meetings with Staff | 932.10 | 524,460.10 |
| 07 | Billing | 832.00 | 327,054.80 |
| 08 | Case Administration | 2,532.40 | 1,055,312.00 |
| 11 | Press Inquires and Responses | 111.20 | 80,005.00 |
| 12 | Document Review | 11,108.20 | 3,227,417.90 |
| 13 | Discovery - Depositions and Document Productions | 9,676.40 | 3,537,219.90 |
| 14 | International | 0.80 | 798.40 |
| 18 | Auditors | 3.60 | 3,592.80 |
| 19 | Non-Bankruptcy Litigation | 0.60 | 415.50 |
| 20 | Governmental Agencies | 3.00 | 1,393.00 |
| 21 | Allocation | 70.00 | 44,882.60 |
| 000003 | Stanley Chais | 1.50 | 1,003.60 |
| 000004 | J. Ezra Merkin | 1,756.90 | 1,023,242.40 |
| 000005 | Customer Claims | 4,531.70 | 2,420,750.70 |
| 000007 | Madoff Family | 783.20 | 497,083.00 |
| 000009 | Fairfield Greenwich | 1,909.80 | 1,190,315.80 |
| 000011 | Cohmad Securities Corporation | 4,268.30 | 2,041,978.80 |
| 000012 | Picower | 195.40 | 152,928.90 |
| 000013 | Kingate | 3,809.80 | 1,894,890.30 |
| 000019 | Ruth Madoff | 2.30 | 1,195.90 |
| 000029 | Rye/Tremont | 1,183.90 | 556,037.70 |
| 000030 | HSBC | 2,357.50 | 1,395,890.40 |
| 000032 | LuxAlpha/UBS | 1,603.10 | 983,594.20 |
| 000034 | Citibank | 800.40 | 439,878.30 |
| 000035 | Natixis | 339.10 | 180,946.60 |
| 000037 | ABN AMRO | 328.70 | 191,480.00 |
| 000038 | Banco Bilbao | 16.00 | 4,674.90 |
| 000039 | Fortis | 1,093.90 | 644,757.50 |
| 000040 | Medici Enterprise | 113.00 | 50,054.80 |
| 000042 | Equity Trading | 148.50 | 87,060.00 |
| 000046 | Glantz | 45.70 | 29,424.80 |
| 000051 | Crupi | 81.80 | 41,667.40 |
| 000052 | Donald Friedman | 5.20 | 2,799.00 |
| 000053 | Magnify | 4,739.50 | 2,337,589.60 |
| 000054 | Mendelow | 66.00 | 40,969.40 |
| 000056 | Lipkin | 28.00 | 16,826.90 |
| 000058 | PJ Administrators | 382.00 | 219,343.60 |
| 000059 | Stanley Shapiro | 921.30 | 434,526.50 |
| 000060 | Avellino & Bienes | 1,993.60 | 1,008,348.30 |
| 000062 | Subsequent Transfer | 519.10 | 275,232.70 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 50.20 | 34,502.80 |
| 000065 | Legacy Capital Ltd | 203.40 | 121,553.60 |
| 000071 | Square One | 754.90 | 348,814.10 |
| 000073 | BNP Paribas | 2,149.70 | 1,365,499.20 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 1,904.50 | 1,062,543.00 |
| 000077 | Extraterritoriality Appeal | 2,269.80 | 1,254,586.60 |
| Grand Total | | 78,513.90 | 37,230,540.00 |
| | **Less 10% Public Interest Discount** | | (3,723,054.00) |
| | **Grand Total** | | $ 33,507,486.00 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 33,507,486.00 |
| | Interim Compensation Paid | | (30,156,737.40) |
| | Interim Compensation Deferred | | $ 3,350,748.60 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 992,719,268.49 |
| | Interim Compensation Paid | | $ (969,525,567.51) |
| | Interim Compensation Deferred | | $ 23,193,700.98 |