**<u>EXHIBIT D</u>**

<u>EXHIBIT D</u>

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-SEVENTH
INTERIM PERIOD OF DECEMBER 1, 2017 THROUGH MARCH 31, 2018

| | | |
|---|---|---|
| (E101) | Copying (E101) | 8,173.70 |
| (E102) | Outside Printing (E102) | 85,743.76 |
| (E105) | Telephone (E105) | 530.34 |
| (E106) | Online Research (E106) | 33,109.32 |
| (E107) | Delivery Services/ Messengers (E107) | 7,903.15 |
| (E108) | Postage (E108) | 2,712.44 |
| (E110) | Out-of-Town Travel (E110) | 105,433.30 |
| (E111) | Business Meals, etc. (E111) | 359.00 |
| (E112) | Court Fees (E112) | 16,771.63 |
| (E114) | Witness Fees (E114) | 136.00 |
| (E115) | Deposition Transcripts (E115) | 46,977.93 |
| (E116) | Trial Transcripts (E116) | 2,142.70 |
| (E119) | Experts (E119) | 90.00 |
| (E123) | Other Professionals (E123) | 59,277.98 |
| (E124) | Other (E124) | 30,840.79 |
| Grand Total | | 400,202.04 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 15,799,224.76