**EXHIBIT E**

EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-SEVENTH INTERIM
PERIOD OF DECEMBER 1, 2017 THROUGH MARCH 31, 2018

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 1,021,361,367.99 |
| Interim Compensation Deferred | $ 26,057,910.94 |
| Holdback Amount to be Released | 13,028,955.47 |
| Holdback After Release | $ 13,028,955.47 |