# Exhibit B

SUMMARY OF TWENTY-SIXTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2017 THROUGH MARCH 31, 2018

| Name | Year Admitted | Dec 2017-Mar 2018 Standard Hourly Rate | Dec 2017-Mar 2018 Total Hours Billed | Aug-Nov 2017 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 610.00 | 409.50 | $249,795.00 |
| Kim M. Longo | 2002 | 480.00 | 669.10 | $321,168.00 |
| Antonio J. Casas | 1992 | 480.00 | 252.70 | $121,296.00 |
| **Total Partners** | | | **1,331.30** | **$692,259.00** |
| **Special Counsel** | | | | |
| Brian W. Kreutter | 2003 | 390.00 | 2.90 | $1,131.00 |
| John J. Tepedino | 2005 | 390.00 | 458.00 | $178,620.00 |
| **Total Special Counsel** | | | **460.90** | **$179,751.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 646.00 | $284,240.00 |
| Carol LaFond | 2000 | 410.00 | 503.30 | $206,353.00 |
| Lindsay H. Sklar | 2014 | 370.00 | 430.20 | $159,174.00 |
| Alan D. Lawn | 2009 | 365.00 | 517.30 | $188,814.50 |
| Alex Jonatowski | 2007 | 355.00 | 639.00 | $226,845.00 |
| **Total Associates** | | | **2,735.80** | **$1,065,426.50** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 235.00 | 69.80 | $16,403.00 |
| Julius D. Crockwell | | 195.00 | 1.50 | $292.50 |
| **Total Paraprofessionals** | | | **71.30** | **$16,695.50** |

|  | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,331.30 | $692,259.00 |
| **Special Counsel** | 460.90 | $179,751.00 |
| **Associates** | 2,735.80 | $1,065,426.50 |
| **Paraprofessionals** | 71.30 | $16,695.50 |
| | | |
| **Blended Attorney Rate** | 427.88 | |
| **GRAND TOTAL** | 4,599.30 | $1,954,132.00 |

{11557430:1}