**Exhibit C**

SUMMARY OF TWENTY-SIXTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
DECEMBER 1, 2017 THROUGH AND INCLUDING MARCH 31, 2018

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 169.10 |
| Telephone - Reimbursements | $ | 12.90 |
| Postage | $ | 4.72 |
| Air Courier/Messenger | $ | 509.12 |
| Online Research | $ | 26,003.84 |
| Professional Services | $ | 130.00 |
| Search Fees | $ | 764.30 |
| **TOTAL** | **$** | **27,593.98** |

{11557430:1}