**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-SIXTH INTERIM PERIOD OF DECEMBER 1, 2017 THROUGH AND INCLUDING MARCH 31, 2018

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 23.00 | $ 8,554.50 |
|  |  | 007 | Fee Application | 77.60 | 32,487.00 |
|  |  | 020 | Internal Office Meetings | 28.90 | 11,906.50 |
|  |  | 041 | Discovery, Document Review, Document Production | 143.90 | 73,823.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,236.30 | 540,522.50 |
| 12 | Credit Suisse | 010 | Litigation | 2.50 | 647.50 |
| 13 | Solon Capital | 010 | Litigation | 5.20 | 2,132.00 |
| 14 | Zephyros | 010 | Litigation | 390.70 | 156,241.50 |
| 15 | Mistral | 010 | Litigation | 63.00 | 22,994.00 |
| 16 | Societe Generale | 010 | Litigation | 91.90 | 35,809.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 837.00 | 334,727.00 |
| 20 | Coordinated Cases | 010 | Litigation | 294.40 | 117,497.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,404.90 | 616,790.00 |
|  |  |  | **TOTALS** | **4,599.30** | **$ 1,954,132.00** |

{11557430:1}