**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>HOPE W. LEVENE,<br><br>    Defendant. | Adv. Pro. No. 10-05024 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa – *lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Hope W. Levene (the "Defendant") by and through her counsel, Sullivan & Cromwell LLP, (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint.

2. On May 1, 2014, the Defendant filed an Answer.

3. As of June 28, 2018, the Parties entered into a confidential settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(A)(ii), and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Parties hereby stipulate to a dismissal without prejudice of the Trustee's claims against the Defendant in the above-captioned adversary proceeding, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the settlement agreement.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be

deemed an original.

Dated: New York, New York
       July 16, 2018

| **BAKER & HOSTETLER LLP** | **SULLIVAN & CROMWELL LLP** |
|---|---|
| By: *s/ Elyssa S. Kates* | By: *Andrew J. Finn* |
| 45 Rockefeller Plaza | 125 Broad Street |
| New York, New York 10111 | New York, New York 10004 |
| Telephone: (212) 589-4200 | Telephone: (212) 558-4000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 558-3588 |
| David J. Sheehan | Jeffrey T. Scott |
| Email: dsheehan@bakerlaw.com | Email: scottj@sullcrom.com |
| Keith R. Murphy | Andrew J. Finn |
| Email: kmurphy@bakerlaw.com | Email: finna@sullcrom.com |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | *Attorneys for Defendant Hope W. Levene* |
| Elyssa S. Kates | |
| Email: ekates@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities
LLC and the Estate of Bernard L. Madoff*

          **SO ORDERED**

          /s/ STUART M. BRNSTEIN
**Dated: July 16, 2018**       **HON. STUART M. BERNSTEIN**
**New York, New York**      **UNITED STATES BANKRUPTCY JUDGE**