

**Date:** Tuesday, July 17, 2018 09:37AM
**Subject:** Fw: Madoff Cooperation Letter - Picard & Sheehan to disclose Offshore Banks for Treasury Trades/FBI Agent Keith Kelly

| | |
|---|---|
| **dean loren** <**deanloren@gmail.com**> 07/16/2018 05:42 PM | To: judge_bernstein@nysb.uscourts.gov, enrique.casanueva@jpmorgan.com, dlevine4@bloomberg.net, DAVID.G.LEITCH@bankofamerica.com, ipicard@bakerlaw.com, "Sheehan, David J." <dsheehan@bakerlaw.com>, Jerri Williams <jerriwilliamsauthor@gmail.com>, dean loren <deanloren@gmail.com>, "Blanchard, Jason I." <jblanchard@bakerlaw.com>, "Vanderwal, Amy E." <avanderwal@bakerlaw.com>, "Cremona, Nicholas J." <ncremona@bakerlaw.com>, "Rose, Jorian L." <jrose@bakerlaw.com>, Curbelo" <gcurbelo@bakerlaw.com>, "adberlin@aitkenberlin.com" <adberlin@aitkenberlin.com>, "aehrlich@paulweiss.com" <aehrlich@paulweiss.com>, "ahadjikow@brunellelaw.com" <ahadjikow@brunellelaw.com>, "brunellelaw@gmail.com" <brunellelaw@gmail.com>, "Alexander.Feldman@CliffordChance.com" <Alexander.Feldman@cliffordchance.com>, "amarder@msek.com" <amarder@msek.com>, "amy.swedberg@maslon.com" <amy.swedberg@maslon.com>, "andrea.robinson@wilmerhale.com" <andrea.robinson@wilmerhale.com>, "angelinal@jpfirm.com" <angelinal@jpfirm.com>, |



"anisselson@windelsmarx.com" <anisselson@windelsmarx.com>,
"asteinberg@kslaw.com" <asteinberg@kslaw.com>,
"attrnylwyr@yahoo.com" <attrnylwyr@yahoo.com>,
"awagner@stonemagnalaw.com" <awagner@stonemagnalaw.com>,
"bankruptcy@morrisoncohen.com" <bankruptcy@morrisoncohen.com>,
"barrysher@paulhastings.com" <barrysher@paulhastings.com>,
"bdk@schlamstone.com" <bdk@schlamstone.com>,
"bhanyc@gmail.com" <bhanyc@gmail.com>,
"blax@laxneville.com" <blax@laxneville.com>,
"bneville@laxneville.com" <bneville@laxneville.com>,
"bscott@klestadt.com" <bscott@klestadt.com>,
"bsharton@goodwinprocter.com" <bsharton@goodwinprocter.com>,
"bsmoore@pbnlaw.com" <bsmoore@pbnlaw.com>,
"carole.neville@dentons.com" <carole.neville@dentons.com>,
"cboccuzzi@cgsh.com" <cboccuzzi@cgsh.com>,
"cglick@certilmanbalin.com" <cglick@certilmanbalin.com>,
"charles.platt@wilmerhale.com" <charles.platt@wilmerhale.com>,
"CRendell@stonemagnalaw.com" <CRendell@stonemagnalaw.com>,
"csalomon@beckerglynn.com" <csalomon@beckerglynn.com>,
"dana.seshens@davispolk.com" <dana.seshens@davispolk.com>,
"danielholzman@quinnemanuel.com" <danielholzman@quinnemanuel.com>,
"dapfel@goodwinprocter.com" <dapfel@goodwinprocter.com>,
"david.kotler@dechert.com" <david.kotler@dechert.com>,

"david.livshiz@freshfields.com"
<david.livshiz@freshfields.com>,
"david@dboltonpc.com"
<david@dboltonpc.com>,
"davidbernfeld@bernfeld-dematteo.com"
<davidbernfeld@bernfeld-dematteo.com>,
"dglosband@goodwinprocter.com"
<dglosband@goodwinprocter.com>,
"dgolub@sgtlaw.com"
<dgolub@sgtlaw.com>,
"dhirsch@sglawyers.com"
<dhirsch@sglawyers.com>,
"dhykal@willkie.com"
<dhykal@willkie.com>,
"dmolton@brownrudnick.com"
<dmolton@brownrudnick.com>,
"dstone@stonemagnalaw.com"
<dstone@stonemagnalaw.com>,
"ebadway@foxrothschild.com"
<ebadway@foxrothschild.com>,
"EFrejka@FREJKA.com"
<EFrejka@frejka.com>,
"eletey@riddellwilliams.com"
<eletey@riddellwilliams.com>,
"eric.lewis@baachrobinson.com"
<eric.lewis@baachrobinson.com>,
"ffm@bostonbusinesslaw.com"
<ffm@bostonbusinesslaw.com>,
"fhperkins@morrisoncohen.com"
<fhperkins@morrisoncohen.com>,
"fowkes.joshua@arentfox.com"
<fowkes.joshua@arentfox.com>,
"fstrong@wmd-law.com" <fstrong@wmd-law.com>, "gary.stein@srz.com"
<gary.stein@srz.com>,
"gbrunelle@brunellelaw.com"
<gbrunelle@brunellelaw.com>,
"gdexter@chaitmanllp.com"
<gdexter@chaitmanllp.com>,
"george.shuster@wilmerhale.com"
<george.shuster@wilmerhale.com>,
"ghirsch@sillscummis.com"
<ghirsch@sillscummis.com>,
"glee@mofo.com" <glee@mofo.com>,
"gpw@stim-warmuth.com" <gpw@stim-warmuth.com>,

"gwoodfield@haileshaw.com"
<gwoodfield@haileshaw.com>,
"hchaitman@chaitmanllp.com"
<hchaitman@chaitmanllp.com>,
"hjones@jonesschwartz.com"
<hjones@jonesschwartz.com>,
"hkleinhendler@wmllp.com"
<hkleinhendler@wmllp.com>,
"hsimon@windelsmarx.com"
<hsimon@windelsmarx.com>,
"hulme.james@arentfox.com"
<hulme.james@arentfox.com>,
"jconlon@mayerbrown.com"
<jconlon@mayerbrown.com>,
"jeanites@whiteandwilliams.com"
<jeanites@whiteandwilliams.com>,
"Jeff.Butler@CliffordChance.com"
<Jeff.Butler@cliffordchance.com>,
"jeffreybernfeld@bernfeld-dematteo.com"
<jeffreybernfeld@bernfeld-dematteo.com>,
"Jennifer.opheim@srz.com"
<Jennifer.opheim@srz.com>,
"Jeremy.Mellitz@withers.us.com"
<Jeremy.Mellitz@withers.us.com>,
"jlavin@lavinassociates.com"
<jlavin@lavinassociates.com>,
"jlevine@stblaw.com"
<jlevine@stblaw.com>, "jmr@msf-law.com"
<jmr@msf-law.com>,
"jodikleinick@paulhastings.com"
<jodikleinick@paulhastings.com>,
"joel@joelherz.com" <joel@joelherz.com>,
"jshickich@riddellwilliams.com"
<jshickich@riddellwilliams.com>,
"jspanier@abbeyspanier.com"
<jspanier@abbeyspanier.com>,
"karen.wagner@davispolk.com"
<karen.wagner@davispolk.com>,
"kjacques@kslaw.com"
<kjacques@kslaw.com>,
"klibrera@winston.com"
<klibrera@winston.com>,
"laura.clinton@bakermckenzie.com"
<laura.clinton@bakermckenzie.com>,
"lawkap@aol.com" <lawkap@aol.com>,
"levine@whafh.com" <levine@whafh.com>,

"lindsayweber@quinnemanuel.com" <lindsayweber@quinnemanuel.com>, "lkjesq@lkjesq.com" <lkjesq@lkjesq.com>, "max@fmlaw.net" <max@fmlaw.net>, "mcalabrese@earthlink.net" <mcalabrese@earthlink.net>, "mcohen@cohengresser.com" <mcohen@cohengresser.com>, "mhbodian@gmail.com" <mhbodian@gmail.com>, "Michael.Blumenthal@tklaw.com" <Michael.Blumenthal@tklaw.com>, "michael.goldberg@akerman.com" <michael.goldberg@akerman.com>, "mking@gibsondunn.com" <mking@gibsondunn.com>, "mkupillas@milberg.com" <mkupillas@milberg.com>, "mmulholland@rmfpc.com" <mmulholland@rmfpc.com>, "mpollok@marvinandmarvin.com" <mpollok@marvinandmarvin.com>, "mudem@askllp.com" <mudem@askllp.com>, "MVC@CiresiConlin.com" <MVC@ciresiconlin.com>, "neal.mann@oag.state.ny.us" <neal.mann@oag.state.ny.us>, "nfineman@cpmlegal.com" <nfineman@cpmlegal.com>, "lconcepcion@cpmlegal.com" <lconcepcion@cpmlegal.com>, "paminolroaya@seegerweiss.com" <paminolroaya@seegerweiss.com>, "PDMoore@duanemorris.com" <PDMoore@duanemorris.com>, "pheer@duanemorris.com" <pheer@duanemorris.com>, "pjw@stim-warmuth.com" <pjw@stim-warmuth.com>, "pwang@foley.com" <pwang@foley.com>, "rabrams@katskykorins.com" <rabrams@katskykorins.com>, "rcirillo@kslaw.com" <rcirillo@kslaw.com>, "rdakis@morrisoncohen.com" <rdakis@morrisoncohen.com>, "rexlee@quinnemanuel.com"

&lt;rexlee@quinnemanuel.com&gt;,
"Rhaddad@OSHR.com"
&lt;Rhaddad@oshr.com&gt;,
"rhorwitz@conroysimberg.com"
&lt;rhorwitz@conroysimberg.com&gt;,
"eservicewpb@conroysimberg.com"
&lt;eservicewpb@conroysimberg.com&gt;,
"Richard.Kirby@bakermckenzie.com"
&lt;Richard.Kirby@bakermckenzie.com&gt;,
"richard@kgalaw.com"
&lt;richard@kgalaw.com&gt;,
"richardsignorelli@gmail.com"
&lt;richardsignorelli@gmail.com&gt;,
"rmccord@certilmanbalin.com"
&lt;rmccord@certilmanbalin.com&gt;,
"robert.yalen@usdoj.gov"
&lt;robert.yalen@usdoj.gov&gt;,
"robertloigman@quinnemanuel.com"
&lt;robertloigman@quinnemanuel.com&gt;,
"rosenberg@clayro.com"
&lt;rosenberg@clayro.com&gt;,
"rschwed@shearman.com"
&lt;rschwed@shearman.com&gt;,
"russell@yankwitt.com"
&lt;russell@yankwitt.com&gt;,
"schristianson@buchalter.com"
&lt;schristianson@buchalter.com&gt;,
"scott.reynolds@chaffetzlindsey.com"
&lt;scott.reynolds@chaffetzlindsey.com&gt;,
"sdumain@milberg.com"
&lt;sdumain@milberg.com&gt;,
"sfarber@winston.com"
&lt;sfarber@winston.com&gt;,
"sfishbein@shearman.com"
&lt;sfishbein@shearman.com&gt;,
"sgeller@bellowslaw.com"
&lt;sgeller@bellowslaw.com&gt;, "sir@msf-law.com" &lt;sir@msf-law.com&gt;,
"smhonig@duanemorris.com"
&lt;smhonig@duanemorris.com&gt;,
"snewman@katskykorins.com"
&lt;snewman@katskykorins.com&gt;,
"sparadise@rkollp.com"
&lt;sparadise@rkollp.com&gt;,
"srosen@rosenpc.com"
&lt;srosen@rosenpc.com&gt;,

"sschlesinger@jaspanllp.com" <sschlesinger@jaspanllp.com>, "sscott@jaspanllp.com" <sscott@jaspanllp.com>, "sstorch@samlegal.com" <sstorch@samlegal.com>, "susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>, "sweiss@seegerweiss.com" <sweiss@seegerweiss.com>, "tmiodonka@fdh.com" <tmiodonka@fdh.com>, "ttelesca@rmfpc.com" <ttelesca@rmfpc.com>, "tvalliere@svlaw.com" <tvalliere@svlaw.com>, "vdrohan@dlkny.com" <vdrohan@dlkny.com>, "wahabib@habiblaw.net" <wahabib@habiblaw.net>, "wdahill@wmd-law.com" <wdahill@wmd-law.com>, "wrtansey@ravichmeyer.com" <wrtansey@ravichmeyer.com>, "Yeskoo@yeskoolaw.com" <Yeskoo@yeskoolaw.com>, "alan@cosnerlaw.com" <alan@cosnerlaw.com>, "andy.huang@ipcg.com.sg" <andy.huang@ipcg.com.sg>, "arlenerc54@hotmail.com" <arlenerc54@hotmail.com>, "arroyo@rya.es" <arroyo@rya.es>, "arroyoignacio@hotmail.com" <arroyoignacio@hotmail.com>, "berniebraverman@gmail.com" <berniebraverman@gmail.com>, "berthold.troiss@capitalbank.at" <berthold.troiss@capitalbank.at>, "bionicdoll@aol.com" <bionicdoll@aol.com>, "birgit.peters2010@yahoo.com" <birgit.peters2010@yahoo.com>, "bobjen8@bigpond.com" <bobjen8@bigpond.com>, "charles.robins@weil.com" <charles.robins@weil.com>,

"chore55@yahoo.com" <chore55@yahoo.com>, "daved628@aol.com" <daved628@aol.com>, "david1943@comcast.net" <david1943@comcast.net>, "dgottesman@firstmanhattan.com" <dgottesman@firstmanhattan.com>, "doctor1000@earthlink.net" <doctor1000@earthlink.net>, "dschupak@schupakgroup.com" <dschupak@schupakgroup.com>, "eau203@gmail.com" <eau203@gmail.com>, "ew@khiholdings.com" <ew@khiholdings.com>, "fcohen@duanemorris.com" <fcohen@duanemorris.com>, "freedomlo@yahoo.com.hk" <freedomlo@yahoo.com.hk>, "galejs@gmail.com" <galejs@gmail.com>, "gary.libra@gmail.com" <gary.libra@gmail.com>, "gdnite@earthlink.net" <gdnite@earthlink.net>, "hstern@wzssa.com" <hstern@wzssa.com>, "hyassky@aol.com" <hyassky@aol.com>, "icbcmylee@yahoo.com.tw" <icbcmylee@yahoo.com.tw>, "info@pfcintl.com" <info@pfcintl.com>, "j.delaire@yahoo.com" <j.delaire@yahoo.com>, "jacques123@wanadoo.es" <jacques123@wanadoo.es>, "jakefigi2@aol.com" <jakefigi2@aol.com>, "jaqueslamac@gmail.com" <jaqueslamac@gmail.com>, "jn-pro-se@pobox.com" <jn-pro-se@pobox.com>, "joannerosen@gmail.com" <joannerosen@gmail.com>, "jwang@sipc.org" <jwang@sipc.org>, "kbell@sipc.org" <kbell@sipc.org>, "krishnamurthyp@sec.gov" <krishnamurthyp@sec.gov>, "krizia_ligale@yahoo.com.hk"

&lt;krizia_ligale@yahoo.com.hk&gt;,
"leyla.hill@hos.com" &lt;leyla.hill@hos.com&gt;,
"linchasd@netvigator.com"
&lt;linchasd@netvigator.com&gt;,
"lindencoppell@gmail.com"
&lt;lindencoppell@gmail.com&gt;,
"lovormon@aol.com"
&lt;lovormon@aol.com&gt;,
"maddockspaul@gmail.com"
&lt;maddockspaul@gmail.com&gt;,
"marciroses@aol.com"
&lt;marciroses@aol.com&gt;,
"marny@corsair2.com"
&lt;marny@corsair2.com&gt;,
"mattfcarroll@msn.com"
&lt;mattfcarroll@msn.com&gt;,
"mauricesandler@gmail.com"
&lt;mauricesandler@gmail.com&gt;,
"mdweb27@me.com"
&lt;mdweb27@me.com&gt;,
"mrkruze@comcast.net"
&lt;mrkruze@comcast.net&gt;,
"msoslow@untracht.com"
&lt;msoslow@untracht.com&gt;,
"muchhal@netvigator.com"
&lt;muchhal@netvigator.com&gt;,
"mwinick@hotmail.com"
&lt;mwinick@hotmail.com&gt;,
"ndver@comcast.net"
&lt;ndver@comcast.net&gt;, "nkelley@sipc.org"
&lt;nkelley@sipc.org&gt;, "optics58@gmail.com"
&lt;optics58@gmail.com&gt;,
"pabst@mantomgmt.com"
&lt;pabst@mantomgmt.com&gt;,
"peplady5@gmail.com"
&lt;peplady5@gmail.com&gt;,
"richard.hoefer@utanet.at"
&lt;richard.hoefer@utanet.at&gt;,
"rjch@netvigator.com"
&lt;rjch@netvigator.com&gt;,
"rng67@comcast.net"
&lt;rng67@comcast.net&gt;,
"rreardon@stblaw.com"
&lt;rreardon@stblaw.com&gt;,
"rudolf.rausch@gmail.com"
&lt;rudolf.rausch@gmail.com&gt;,

"simcha.gutgold@gmail.com"
<simcha.gutgold@gmail.com>,
"srohdie@bellsouth.net"
<srohdie@bellsouth.net>,
"stanleymkatz@mac.com"
<stanleymkatz@mac.com>,
"stuart@silverboxsw.com"
<stuart@silverboxsw.com>,
"swansont@sec.gov" <swansont@sec.gov>,
"tim.balbirnie@gmail.com"
<tim.balbirnie@gmail.com>,
"truggiero@resnicknyc.com"
<truggiero@resnicknyc.com>,
"ts.yang@msa.hinet.net"
<ts.yang@msa.hinet.net>,
"vasilescua@sec.gov"
<vasilescua@sec.gov>,
"wc.helsdingen@casema.nl"
<wc.helsdingen@casema.nl>,
"yiuleung@yahoo.com.hk"
<yiuleung@yahoo.com.hk>,
"yiuleunghk@gmail.com"
<yiuleunghk@gmail.com>
: (bcc: Stuart
Bernstein/NYSB/02/USCOURTS)
Subject: Madoff Cooperation Letter - Picard
& Sheehan to disclose Offshore Banks for
Treasury Trades/FBI Agent Keith Kelly

▽ 1 attachment

*(See attached file: Loren Picard Cooperation Ltr 07_16_2018.pdf)*

Dear Judge Bernstein

I have written to Trustee Picard and
Jamie Dimon, Bryan Moynihan, and Mike Bloomberg
to initiate the process of
tracking down the Treasury Trades that
FBI Agent Keith Kelly turned over to Picard.

Attached is my letter.

Many of the Madoff Victims have contacted me
regarding the full satisfaction of their losses
from the real estate assets invested in with
the Madoff Treasury Notes that are now rented

to the Federal Judiciary Committee via the GSA
(500 Pearl Street is one example of some 200 luxury buildings
built between 1991-1994).

Once Jamie Dimon identifies the
Nassau Offshore Accounts used with
Bank of America and Merrill and Mike Bloomberg
(and it may be the Nassau Bank listed in the Madoff Client List)
it should be relatively easy to attach
the rent payments by the US Government to pay
off the Madoff Victims not made whole.

The Evelyn Goldberg Estate awaits your decision on
our discovery requests for Bernie Madoff and Wolf Popper
and hopes that Mike Bloomberg and Irving Picard
will cooperate ahead of time by identifying
the Offshore Treasury Accounts used by Bernie Madoff.

I now understand that without our permission
Bank of America-Merrill moved
the Evelyn Goldberg Estate cash over $72,000 to
Las Vegas, Nevada for off-shore banking and
the routing number for the
Las Vegas Branch which
was served on Picard and hand delivered to you, Judge Bernstein
is the routing number for the
Las Vegas Nevada bank for Offshore Banking for Bank of America.

Thank you again for giving us the opportunity
to secure the monies stolen from the Estate
that were never supposed to be invested
by Wolf Popper in the Madoff Treasuries.

In fact, Wolf Popper should have never
stolen the cash in the first place.

Dean Loren
Executor
Evelyn Goldberg Estate
for the benefit of the Vatican and others
Madoff/Wolf Popper Victim

Attachments:

Loren Picard Cooperation Ltr 07_16_2018.pdf

Date:   July 16, 2018
To:     Trustee Irving Picard, Trustee c/o David Sheehan, Esq. -   By Fax/Email
        Michael Bloomberg c/o David Levine, General Counsel at Bloomberg LP
        Bryan Moynihan Bank of America Merrill c/o David G. Leitch General Counsel
        Jamie Dimon, JPMorgan Chase c/o Stacey Friedman General Counsel
        Bankruptcy Judge Stuart M. Bernstein -                    By Fax & Email
        Pope Francis c/o Vatican Apostolic Nunciature             Cert. 7018 0360 0001 2793 4261
        Pope Emeritus Benedict XVI c/o Archbishop Pierre          Cert. 7018 0360 0001 2793 4261
        President Donald J. Trump c/o Rep. Nunes                  Cert. 7018 0360 0001 2793 4278
        Treas. Sec. Steven Mnuchin c/o Rep Nunes                  Cert. 7018 0360 0001 2793 4278
From:   Dean Loren, Executor, Evelyn Goldberg Estate and Madoff Victim
cc:     Helen Chaitman, Esq., Lalit Jain, Esq. & FBI Agent Keith Kelly   By Fax/Email

Re:     Cooperation Agreement Bloomberg BOA-Merrill JPMorgan Chase Madoff Treasury Trades
        by Irving Picard, David Sheehan, Mike Bloomberg, Bryan Moynihan and Jamie Dimon

Dear Trustee Irving Picard, David Sheehan, Mike Bloomberg, Bryan Moynihan and Jamie Dimon:

I request your full cooperation to reveal the Offshore Bank Routing Transactions admitted by Bernie Madoff that were processed on Bloomberg Terminals for Merrill Lynch Treasury Purchases cleared by JPMorgan Chase to Canadian and Offshore Banks evidenced on the 162 page Madoff Client List and bank records in Picard's possession and have been in Picard's possession since December 2008 when FBI Agent Keith Kelly handed the copied banking records over to Picard and David Sheehan.

From the 162 Page Madoff Client List filed by Picard, we can establish FIVE SUBLISTS:
#1 - Clients who filed Bankruptcy Claims
#2 - Clients like Wolf Popper who did not file Bankruptcy Claims and sued feeder funds with Picard
#3 - Clients who are Offshore Banks or created Offshore Entities (Nassau, Bermuda, BVI etc.)
#4 - Clients with Madoff Losses suing Picard and those not suing Picard
#5 - Clients with Madoff Profits sued by Picard and those not sued by Picard

The Five Sublists cross reference identification of Madoff Accomplices in Offshore Criminal Acts. For the Record, Mike Bloomberg is the initial Nassau/Bermuda Offshore Bank link to Nassau/Bermuda.

First, your cooperation, Irving, David, Mike, Bryan and Jamie will ensure the integrity of Judge Bernstein's reputation from any criminal cover-up of the Bloomberg Treasury Trade/Tax Evasion/ Collusion demonstrated from Fairfield Sentry/Price Waterhouse/Picard/Wolf Popper lawsuits & others.

Second, your cooperation, Irving, David, Mike, Bryan and Jamie will ensure Treasury Secretary Mnuchin can conduct a true, correct, and accurate US Treasury audit for the Madoff Client Treasury Trades for Offshore entities in Nassau, Bermuda involving Mike Bloomberg, BOA-Merrill and Jamie Dimon that benefitted US Senators like Diane Feinstein, Chuck Schumer and Kirsten Gillibrand.

Third, your cooperation, Irving, David, Mike, Bryan and Jamie will ensure the claims of Evelyn Goldberg's Estate - both Evelyn's and mine, regarding NEVADA BOA/Offshore Accounts to press phony 2012 criminal charges and try to have me falsely arrested on Jan 28, 2016, are fully restituted.

Sworn to under penalty of perjury, Monday, July 16, 2018     *[signature]* Dean Loren, Executor

Dean Loren, Executor of Evelyn Goldberg Estate for the benefit of the Vatican and others