**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> FEDERICO CERETTI, *et al.*, <br><br> Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER**
**ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL**
**OR EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

Upon the Motion (ECF No. 355) (the "Motion"), dated July 2, 2018, brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry of an order (the "Order") issuing the Letter of Request to Mr. Paul Boulton (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in the United Kingdom; and counsel for the Trustee and Kingate Global Fund, Ltd. and Kingate

Euro Fund, Ltd. having agreed to certain revisions to the form of the Letter of Request, which revised form was filed with the Court on July 10, 2018 (ECF No. 357-1)("Agreed Letter of Request"); and it appearing that due and sufficient notice of the Motion has been given under the circumstances, and no objections have been filed; and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED that the Motion is granted; and it is further

ORDERED that the Agreed Letter of Request shall be signed and sealed by the Court for transmission to the appropriate judicial authority in the United Kingdom so that valid service of process may be effectuated upon Mr. Paul Boulton.

**Dated:  New York, New York**

**July 18, 2018**

/s/ STUART M. BERNSTEIN
_____
**HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE**