**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
(888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants listed on Exhibit A to the Trustee's Motion (ECF No. 17284-1)*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>          Plaintiff-Applicant, <br><br>     v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>          Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br>          Plaintiff, <br> v. <br> DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A TO THE TRUSTEE'S MOTION, <br><br>          Defendants. | Adv. Pro. Nos. listed on Exhibit A to the Trustee's Motion (ECF No. 17284-1) |

## DECLARATION OF HELEN DAVIS CHAITMAN

{00036986 1}                              1

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a partner with Chaitman LLP, counsel to Defendants represented by Chaitman LLP in the adversary proceedings listed on the Trustee's Exhibit A (the "Defendants") to the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS. (*See* ECF No. 17284-1).

2. I submit this declaration in support of the Defendants' Sur-Reply.

3. Annexed here to as **Exhibit A** is a true and correct copy of May 1, 2018 emails between Maximillian Shifrin and Helen Davis Chaitman.

4. Annexed here to as **Exhibit B** is a true and correct copy of May 6-7, 2018 emails between Maximillian Shifrin and Helen Davis Chaitman.

5. Annexed here to as **Exhibit C** is a true and correct copy of June 19, 2018 email from Helen Davis Chaitman to Maximillian Shifrin.

July 23, 2018

/s/ *Helen Davis Chaitman*
Helen Davis Chaitman

## CERTIFICATE OF SERVICE

I hereby certify that on July 23, 2018, I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com

**SECURITIES INVESTOR PROTECTION CORPORATION**
1667 K Street NW, Suite 1000
Washington, D.C. 20006
Telephone: 202.371.8300
Facsimile: 202.223.1679
Kevin H. Bell, Esq.
Email: kbell@sipc.org

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**CHAITMAN LLP**
By: /s/ Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for the Defendants*

{00036986 1 }