# EXHIBIT A

**From:** Helen Chaitman
**Sent:** Tuesday, May 01, 2018 5:56 PM
**To:** 'Shifrin, Maximillian S.' <mshifrin@bakerlaw.com>
**Subject:** RE: Wilenitz Conference Follow-Up

**When we had our meet and confer and when we exchanged emails thereafter, you never indicated that you would (and I never said that I wanted you to) limit your production to documents you obtained through 2004 subpoenas.  That limitation never was discussed and I would never have agreed to that.**

**There is no reason to repeat the search you have already done.  We had agreed that you would produce from the BLMIS data base all documents from third parties indicating trades done by Madoff and BLMIS without time limitation.  I am entitled to all of those records and you should simply give me access to the BLMIS data base so that I can do my own searches.  Why are you continuing to conceal these documents?**

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
**Sent:** Tuesday, May 01, 2018 1:35 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Subject:** Wilenitz Conference Follow-Up

Helen,

At the hearing this morning, you appeared to object to our recent production on the grounds that it did not include documents from the BLMIS Database.  As we agreed at the November 14, 2017 meet and confer, and as we confirmed in our responses and objections to your discovery requests, the Trustee applied the agreed-upon search terms across the Rule 2004 materials in the Trustee's possession.

However, we have no objection to running the same search terms across the BLMIS Database and producing any documents responsive to the search terms to the extent they have not already been made available to you.  In an effort to proactively resolve this dispute, we will begin this process and provide an update once our review is complete.

If you have any questions, please feel free to reach out to me directly.

Best,
Max

**Maximillian S. Shifrin**
Associate

BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4252

mshifrin@bakerlaw.com
bakerlaw.com

 

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.