# EXHIBIT C

**From:** Helen Chaitman
**Sent:** Tuesday, June 19, 2018 1:08 PM
**To:** 'Shifrin, Maximillian S.' <mshifrin@bakerlaw.com>; Sheehan, David J. <dsheehan@bakerlaw.com>
**Cc:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Subject:** Trading records on the BLMIS Data Base

Max and Dave:  Below is the list of documents that we want produced.  Obviously, if the documents have already been produced, we don't need them again but we need all of the documents that have not been produced.  Please give me a time frame within which this will be done.  Thanks so much.

| Name | Documents with hits | Documents with hits, including group | Unique hits |
|---|---:|---:|---:|
| "Bank of Tokyo" | 5,848 | 9,744 | 1,803 |
| Barclays | 303,996 | 653,284 | 220,156 |
| "Bear Stearns" | 765,598 | 916,630 | 657,292 |
| Chase | 999,707 | 1,121,276 | 348,525 |
| Chemical | 227,599 | 380,135 | 64,627 |
| "Commercial Bank" | 15,510 | 33,597 | 3,584 |
| Continental | 96,782 | 218,548 | 51,089 |
| Fidelity | 1,548,685 | 1,649,488 | 818,822 |
| "Irving Trust" | 336 | 422 | 101 |
| Lehman | 971,112 | 1,111,786 | 812,784 |
| "Loeb Rhoades" | 23 | 32 | 5 |
| "Manufacturers Hanover" | 2,453 | 2,839 | 1,041 |
| "Marine Midland" | 930 | 1,096 | 55 |
| Meadowbrook | 4,489 | 6,796 | 1,538 |
| "Morgan Stanley" | 708,745 | 816,575 | 86,766 |
| "National Bank of North America" | 259 | 320 | 225 |
| NSCC | 60,305 | 66,840 | 38,408 |
| NatWest | 4,848 | 271,293 | 2,004 |
| "National Westminster Bank" | 2,584 | 3,113 | 0 |
| "Westminster Bank" | 2,726 | 3,265 | 78 |