**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAGNIFY INC., et al.,<br><br>Defendants. | Adv. Pr. No. 10-05279 (SMB) |

### NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that the law firm of Emmet, Marvin & Martin, LLP, 120 Broadway, 32nd Floor, New York, New York 10271 shall be substituted in place of the law firm Davidoff Hutcher & Citron LLP as counsel of record for defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green and Express Enterprises Inc. ("Defendants") in this adversary proceeding. All

notices given or required to be given in this adversary proceeding shall be given to and served upon the following:

>Emmet, Marvin & Martin, LLP
>120 Broadway, 32nd Floor
>New York, New York 10271
>Attn:   Paul T. Weinstein
>           Lauren C. Watson
>Telephone: (212) 238-3000
>Email: pweinstein@emmetmarvin.com
>           lwatson@emmetmarvin.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and consent to this substitution of counsel.

| | |
|---|---|
| Dated: New York, New York<br>July 23, 2018<br><br>DAVIDOFF HUTCHER &<br>CITRON LLP | Dated: New York, New York<br>July 23, 2018<br><br>EMMET, MARVIN & MARTIN, LLP |
| By:   /S/ *Michael Wexelbaum*<br>       Michael Wexelbaum<br>       605 Third Avenue<br>       New York, New York 10158<br>       Telephone: (212) 557-7200<br>       Facsimile: (212)286-1884 | By:   /S/ *Paul T. Weinstein*<br>       Paul T. Weinstein<br>       Lauren C. Watson<br>       120 Broadway, 32nd Floor<br>       New York, New York 10271<br>       Telephone: (212) 238-3000<br>       Facsimile: (212) 238-3100 |
| **Dated:  New York, New York**<br>          **July 23rd, 2018** | **SO ORDERED:**<br><br>**/s/ STUART M. BERNSTEIN**<br>**HON. STUART M. BERNSTEIN**<br>**UNITED STATES BANKRUPTCY JUDGE** |