**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 25, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A.  Motion and Supporting Memorandum of Law for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/23/2018) [ECF No. 17284]

   **Objections Due:**      April 11, 2018

**Objections Filed:**

B. Declaration In Opposition to the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS (Filed: 4/11/2018) [ECF No. 17466]

C. Memorandum of Law In Opposition to the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by Andrew J. Goodman on behalf of L.H. Rich Companies (Filed: 4/11/2018) [ECF No. 17467]

D. Good Faith Defendants' Consolidated Opposition to the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS on behalf of certain Good Faith Defendants filed by Richard A. Kirby on behalf of Lanx BM Investments LLC (Filed: 4/11/2018) [ECF No. 17469]

E. Opposition to Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Alleged Ponzi Scheme at BLMIS filed by Andrew B. Kratenstein on behalf of Malcolm H. Sage, Sage Associates, Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates,, Ann M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Sage Realty, Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates; and, Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty (Filed: 4/11/2018) [ECF No. 17470]

F. Limited Objection of Legacy Capital Ltd. To the Trustees Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining The Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by Nicholas F. Kajon on behalf of Legacy Capital, Ltd. (Filed: 4/11/2018) [ECF No. 17471]

G. Zraick Defendants' Objection to Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Alleged Ponzi Scheme (Adv. Pro. 10-05257) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 4/11/2018) [ECF No. 17472]

H. Joinder to Good Faith Defendants' Consolidated Opposition to the Trustee's Motion to Establish an Omnibus Proceeding to Determine the Extent, Duration, and Scope of the Alleged Ponzi Scheme at BLMIS (Filed: 4/11/2018) [ECF No. 17473]

I. Defendants' Memorandum of Law in Opposition to Trustee's Motion for an Order Establishing an Omnibus Proceeding to Determine the Existence, Duration, and Scope of the Alleged Ponzi Scheme at BLMIS filed by Helen Davis Chaitman on behalf of Edythe Gladstein (Filed: 4/11/2018) [ECF No. 17474]

Declaration of Helen Davis Chaitman in Support of Defendants' Memorandum of Law in Opposition to Trustee's Motion for an Order Establishing an Omnibus Proceeding to Determine the Existence, Duration, and Scope of the Alleged Ponzi Scheme at BLMIS (Filed: 4/11/2018) [ECF No. 17474-1]

**Related Filings:**

J. Notice of Adjournment on the Trustee's Motion and Supporting Memorandum of Law for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/28/2018) [ECF No. 17289]

K. Letter to Judge Bernstein regarding the Trustee's Request for Extension and Adjournment of Hearing on Omnibus Ponzi Proceeding filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 4/12/2018) [ECF No. 17477]

L. Notice of Adjournment of Hearing on the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 4/13/2018) [ECF No. 17480]

M. Letter to Judge Bernstein regarding the Trustee's Request for Extension and Adjournment of Hearing on Omnibus Ponzi Proceeding filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 5/18/2018) [ECF No. 17593]

N. Notice of Adjournment of Hearing on Trustee's Motion and Supporting Memorandum of Law for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 5/21/2018) [ECF No. 17596]

O. Letter to Judge Bernstein regarding the Trustee's Request for Extension and Adjournment of Hearing on Omnibus Ponzi Proceeding filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 6/13/2018) [ECF No. 17666]

P. Notice of Withdrawal of Opposition filed by Andrew J. Goodman on behalf of L.H. Rich Companies, M.R. Investment Associates, N.R. Investment Associates (Filed: 5/25/2018) [Adv. Pro. No. 10-05371; ECF No. 36]

**Reply Due:**   July 18, 2018

**Reply Filed:**

Q.   Reply in Support of the Trustee's Motion for an Order Establishing Omnibus Proceeding for the Purpose of Determining the Existence, Duration, and Scope of the Ponzi Scheme at BLMIS filed by Stacy A. Bell on behalf of Irving H. Picard (Filed: 7/18/2018) [ECF No. 17805]

**Request for Sur-Reply Filed:**

R.   Defendants' Request Seeking Leave to File Sur-Reply in Opposition to Trustee's Motion for an Order Establishing an Omnibus Proceeding to Determine the Existence, Duration, and Scope of the Alleged Ponzi Scheme at BLMIS filed by Helen Davis Chaitman on behalf of Edythe Gladstein (Filed: 7/23/2018) [ECF No. 17814]

Declaration of Helen Davis Chaitman in Support of Defendants' Request Seeking Leave to File Sur-Reply in Opposition to Trustee's Motion for an Order Establishing an Omnibus Proceeding to Determine the Existence, Duration, and Scope of the Alleged Ponzi Scheme at BLMIS (Filed: 7/23/2018) [ECF No. 17814-1]

**Status:**   This matter is going forward as a status conference.

Dated:  July 24, 2018
        New York, New York

By:   */s/David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*