

To:
Cc:
Bcc:
Subject: Fw: Sheldon Silver Sentencing - Undisclosed Madoff Assets 15-cr-93
From: Chantel Barrett/NYSB/02/USCOURTS - Wednesday 07/25/2018 09:28 AM



dean loren
<deanloren@gmail.com>

07/24/2018 12:57 PM

To: CaproniNYSDChambers@nysd.uscourts.gov, jcohen@stroock.com,
andrew.goldstein@usdoj.gov, kevindowning@kdowninglaw.com,
AAW@usdoj.gov, GDA@usdoj.gov, dean loren
<deanloren@gmail.com>, judge_bernstein@nysb.uscourts.gov
: David J." <DSheehan@bakerlaw.com>, "Blanchard, Jason I."
<jblanchard@bakerlaw.com>, "Vanderwal, Amy E."
<avanderwal@bakerlaw.com>, "Cremona, Nicholas J."
<ncremona@bakerlaw.com>, "Rose, Jorian L."
<jrose@bakerlaw.com>, Curbelo" <gcurbelo@bakerlaw.com>,
"adberlin@aitkenberlin.com" <adberlin@aitkenberlin.com>,
"aehrlich@paulweiss.com" <aehrlich@paulweiss.com>,
"ahadjikow@brunellelaw.com" <ahadjikow@brunellelaw.com>,
"brunellelaw@gmail.com" <brunellelaw@gmail.com>,
"Alexander.Feldman@CliffordChance.com"
<Alexander.Feldman@cliffordchance.com>, "amarder@msek.com"
<amarder@msek.com>, "amy.swedberg@maslon.com"
<amy.swedberg@maslon.com>, "andrea.robinson@wilmerhale.com"
<andrea.robinson@wilmerhale.com>, "angelinal@jpfirm.com"
<angelinal@jpfirm.com>, "anisselson@windelsmarx.com"
<anisselson@windelsmarx.com>, "asteinberg@kslaw.com"
<asteinberg@kslaw.com>, "attrnylwyr@yahoo.com"
<attrnylwyr@yahoo.com>, "awagner@stonemagnalaw.com"
<awagner@stonemagnalaw.com>, "bankruptcy@morrisoncohen.com"
<bankruptcy@morrisoncohen.com>, "barrysher@paulhastings.com"
<barrysher@paulhastings.com>, "bdk@schlamstone.com"
<bdk@schlamstone.com>, "bhanyc@gmail.com"
<bhanyc@gmail.com>, "blax@laxneville.com" <blax@laxneville.com>,
"bneville@laxneville.com" <bneville@laxneville.com>,
"bscott@klestadt.com" <bscott@klestadt.com>,
"bsharton@goodwinprocter.com" <bsharton@goodwinprocter.com>,
"bsmoore@pbnlaw.com" <bsmoore@pbnlaw.com>,
"carole.neville@dentons.com" <carole.neville@dentons.com>,
"cboccuzzi@cgsh.com" <cboccuzzi@cgsh.com>,
"cglick@certilmanbalin.com" <cglick@certilmanbalin.com>,
"charles.platt@wilmerhale.com" <charles.platt@wilmerhale.com>,
"CRendell@stonemagnalaw.com" <CRendell@stonemagnalaw.com>,
"csalomon@beckerglynn.com" <csalomon@beckerglynn.com>,
"dana.seshens@davispolk.com" <dana.seshens@davispolk.com>,
"danielholzman@quinnemanuel.com"
<danielholzman@quinnemanuel.com>, "dapfel@goodwinprocter.com"
<dapfel@goodwinprocter.com>, "david.kotler@dechert.com"
<david.kotler@dechert.com>, "david.livshiz@freshfields.com"
<david.livshiz@freshfields.com>, "david@dboltonpc.com"
<david@dboltonpc.com>, "davidbernfeld@bernfeld-dematteo.com"
<davidbernfeld@bernfeld-dematteo.com>,
"dglosband@goodwinprocter.com"
<dglosband@goodwinprocter.com>, "dgolub@sgtlaw.com"
<dgolub@sgtlaw.com>, "dhirsch@sglawyers.com"
<dhirsch@sglawyers.com>, "dhykal@willkie.com"
<dhykal@willkie.com>, "dmolton@brownrudnick.com"
<dmolton@brownrudnick.com>, "dstone@stonemagnalaw.com"



<dstone@stonemagnalaw.com>, "ebadway@foxrothschild.com" <ebadway@foxrothschild.com>, "EFrejka@FREJKA.com" <EFrejka@frejka.com>, "eletey@riddellwilliams.com" <eletey@riddellwilliams.com>, "eric.lewis@baachrobinson.com" <eric.lewis@baachrobinson.com>, "ffm@bostonbusinesslaw.com" <ffm@bostonbusinesslaw.com>, "fhperkins@morrisoncohen.com" <fhperkins@morrisoncohen.com>, "fowkes.joshua@arentfox.com" <fowkes.joshua@arentfox.com>, "fstrong@wmd-law.com" <fstrong@wmd-law.com>, "gary.stein@srz.com" <gary.stein@srz.com>, "gbrunelle@brunellelaw.com" <gbrunelle@brunellelaw.com>, "gdexter@chaitmanllp.com" <gdexter@chaitmanllp.com>, "george.shuster@wilmerhale.com" <george.shuster@wilmerhale.com>, "ghirsch@sillscummis.com" <ghirsch@sillscummis.com>, "glee@mofo.com" <glee@mofo.com>, "gpw@stim-warmuth.com" <gpw@stim-warmuth.com>, "gwoodfield@haileshaw.com" <gwoodfield@haileshaw.com>, "hchaitman@chaitmanllp.com" <hchaitman@chaitmanllp.com>, "hjones@jonesschwartz.com" <hjones@jonesschwartz.com>, "hkleinhendler@wmllp.com" <hkleinhendler@wmllp.com>, "hsimon@windelsmarx.com" <hsimon@windelsmarx.com>, "hulme.james@arentfox.com" <hulme.james@arentfox.com>, "jconlon@mayerbrown.com" <jconlon@mayerbrown.com>, "jeanites@whiteandwilliams.com" <jeanites@whiteandwilliams.com>, "Jeff.Butler@CliffordChance.com" <Jeff.Butler@cliffordchance.com>, "jeffreybernfeld@bernfeld-dematteo.com" <jeffreybernfeld@bernfeld-dematteo.com>, "Jennifer.opheim@srz.com" <Jennifer.opheim@srz.com>, "Jeremy.Mellitz@withers.us.com" <Jeremy.Mellitz@withers.us.com>, "jlavin@lavinassociates.com" <jlavin@lavinassociates.com>, "jlevine@stblaw.com" <jlevine@stblaw.com>, "jmr@msf-law.com" <jmr@msf-law.com>, "jodikleinick@paulhastings.com" <jodikleinick@paulhastings.com>, "joel@joelherz.com" <joel@joelherz.com>, "jshickich@riddellwilliams.com" <jshickich@riddellwilliams.com>, "jspanier@abbeyspanier.com" <jspanier@abbeyspanier.com>, "karen.wagner@davispolk.com" <karen.wagner@davispolk.com>, "kjacques@kslaw.com" <kjacques@kslaw.com>, "klibrera@winston.com" <klibrera@winston.com>, "laura.clinton@bakermckenzie.com" <laura.clinton@bakermckenzie.com>, "lawkap@aol.com" <lawkap@aol.com>, "levine@whafh.com" <levine@whafh.com>, "lindsayweber@quinnemanuel.com" <lindsayweber@quinnemanuel.com>, "lkjesq@lkjesq.com" <lkjesq@lkjesq.com>, "max@fmlaw.net" <max@fmlaw.net>, "mcalabrese@earthlink.net" <mcalabrese@earthlink.net>, "mcohen@cohengresser.com" <mcohen@cohengresser.com>, "mhbodian@gmail.com" <mhbodian@gmail.com>, "Michael.Blumenthal@tklaw.com" <Michael.Blumenthal@tklaw.com>, "michael.goldberg@akerman.com" <michael.goldberg@akerman.com>, "mking@gibsondunn.com" <mking@gibsondunn.com>, "mkupillas@milberg.com" <mkupillas@milberg.com>, "mmulholland@rmfpc.com" <mmulholland@rmfpc.com>, "mpollok@marvinandmarvin.com" <mpollok@marvinandmarvin.com>, "mudem@askllp.com" <mudem@askllp.com>, "MVC@CiresiConlin.com" <MVC@ciresiconlin.com>, "neal.mann@oag.state.ny.us" <neal.mann@oag.state.ny.us>, "nfineman@cpmlegal.com" <nfineman@cpmlegal.com>, "lconcepcion@cpmlegal.com" <lconcepcion@cpmlegal.com>, "paminolroaya@seegerweiss.com" <paminolroaya@seegerweiss.com>, "PDMoore@duanemorris.com" <PDMoore@duanemorris.com>, "pheer@duanemorris.com" <pheer@duanemorris.com>, "pjw@stim-warmuth.com" <pjw@stim-warmuth.com>, "pwang@foley.com" <pwang@foley.com>, "rabrams@katskykorins.com" <rabrams@katskykorins.com>,



"rcirillo@kslaw.com" <rcirillo@kslaw.com>, "rdakis@morrisoncohen.com" <rdakis@morrisoncohen.com>, "rexlee@quinnemanuel.com" <rexlee@quinnemanuel.com>, "Rhaddad@OSHR.com" <Rhaddad@oshr.com>, "rhorwitz@conroysimberg.com" <rhorwitz@conroysimberg.com>, "eservicewpb@conroysimberg.com" <eservicewpb@conroysimberg.com>, "Richard.Kirby@bakermckenzie.com" <Richard.Kirby@bakermckenzie.com>, "richard@kgalaw.com" <richard@kgalaw.com>, "richardsignorelli@gmail.com" <richardsignorelli@gmail.com>, "rmccord@certilmanbalin.com" <rmccord@certilmanbalin.com>, "robert.yalen@usdoj.gov" <robert.yalen@usdoj.gov>, "robertloigman@quinnemanuel.com" <robertloigman@quinnemanuel.com>, "rosenberg@clayro.com" <rosenberg@clayro.com>, "rschwed@shearman.com" <rschwed@shearman.com>, "russell@yankwitt.com" <russell@yankwitt.com>, "schristianson@buchalter.com" <schristianson@buchalter.com>, "scott.reynolds@chaffetzlindsey.com" <scott.reynolds@chaffetzlindsey.com>, "sdumain@milberg.com" <sdumain@milberg.com>, "sfarber@winston.com" <sfarber@winston.com>, "sfishbein@shearman.com" <sfishbein@shearman.com>, "sgeller@bellowslaw.com" <sgeller@bellowslaw.com>, "sir@msf-law.com" <sir@msf-law.com>, "smhonig@duanemorris.com" <smhonig@duanemorris.com>, "snewman@katskykorins.com" <snewman@katskykorins.com>, "sparadise@rkollp.com" <sparadise@rkollp.com>, "srosen@rosenpc.com" <srosen@rosenpc.com>, "sschlesinger@jaspanllp.com" <sschlesinger@jaspanllp.com>, "sscott@jaspanllp.com" <sscott@jaspanllp.com>, "sstorch@samlegal.com" <sstorch@samlegal.com>, "susheelkirpalani@quinnemanuel.com" <susheelkirpalani@quinnemanuel.com>, "sweiss@seegerweiss.com" <sweiss@seegerweiss.com>, "tmiodonka@fdh.com" <tmiodonka@fdh.com>, "ttelesca@rmfpc.com" <ttelesca@rmfpc.com>, "tvalliere@svlaw.com" <tvalliere@svlaw.com>, "vdrohan@dlkny.com" <vdrohan@dlkny.com>, "wahabib@habiblaw.net" <wahabib@habiblaw.net>, "wdahill@wmd-law.com" <wdahill@wmd-law.com>, "wrtansey@ravichmeyer.com" <wrtansey@ravichmeyer.com>, "Yeskoo@yeskoolaw.com" <Yeskoo@yeskoolaw.com>, "alan@cosnerlaw.com" <alan@cosnerlaw.com>, "andy.huang@ipcg.com.sg" <andy.huang@ipcg.com.sg>, "arlenerc54@hotmail.com" <arlenerc54@hotmail.com>, "arroyo@rya.es" <arroyo@rya.es>, "arroyoignacio@hotmail.com" <arroyoignacio@hotmail.com>, "berniebraverman@gmail.com" <berniebraverman@gmail.com>, "berthold.troiss@capitalbank.at" <berthold.troiss@capitalbank.at>, "bionicdoll@aol.com" <bionicdoll@aol.com>, "birgit.peters2010@yahoo.com" <birgit.peters2010@yahoo.com>, "bobjen8@bigpond.com" <bobjen8@bigpond.com>, "charles.robins@weil.com" <charles.robins@weil.com>, "chore55@yahoo.com" <chore55@yahoo.com>, "daved628@aol.com" <daved628@aol.com>, "david1943@comcast.net" <david1943@comcast.net>, "dgottesman@firstmanhattan.com" <dgottesman@firstmanhattan.com>, "doctor1000@earthlink.net" <doctor1000@earthlink.net>, "dschupak@schupakgroup.com" <dschupak@schupakgroup.com>, "eau203@gmail.com" <eau203@gmail.com>, "ew@khiholdings.com" <ew@khiholdings.com>, "fcohen@duanemorris.com" <fcohen@duanemorris.com>, "freedomlo@yahoo.com.hk" <freedomlo@yahoo.com.hk>, "galejs@gmail.com" <galejs@gmail.com>, "gary.libra@gmail.com" <gary.libra@gmail.com>, "gdnite@earthlink.net" <gdnite@earthlink.net>, "hstern@wzssa.com" <hstern@wzssa.com>,



"hyassky@aol.com" <hyassky@aol.com>, "icbcmylee@yahoo.com.tw" <icbcmylee@yahoo.com.tw>, "info@pfcintl.com" <info@pfcintl.com>, "j.delaire@yahoo.com" <j.delaire@yahoo.com>, "jacques123@wanadoo.es" <jacques123@wanadoo.es>, "jakefigi2@aol.com" <jakefigi2@aol.com>, "jaqueslamac@gmail.com" <jaqueslamac@gmail.com>, "jn-pro-se@pobox.com" <jn-pro-se@pobox.com>, "joannerosen@gmail.com" <joannerosen@gmail.com>, "jwang@sipc.org" <jwang@sipc.org>, "kbell@sipc.org" <kbell@sipc.org>, "krishnamurthyp@sec.gov" <krishnamurthyp@sec.gov>, "krizia_ligale@yahoo.com.hk" <krizia_ligale@yahoo.com.hk>, "leyla.hill@hos.com" <leyla.hill@hos.com>, "linchasd@netvigator.com" <linchasd@netvigator.com>, "lindencoppell@gmail.com" <lindencoppell@gmail.com>, "lovormon@aol.com" <lovormon@aol.com>, "maddockspaul@gmail.com" <maddockspaul@gmail.com>, "marciroses@aol.com" <marciroses@aol.com>, "marny@corsair2.com" <marny@corsair2.com>, "mattfcarroll@msn.com" <mattfcarroll@msn.com>, "mauricesandler@gmail.com" <mauricesandler@gmail.com>, "mdweb27@me.com" <mdweb27@me.com>, "mrkruze@comcast.net" <mrkruze@comcast.net>, "msoslow@untracht.com" <msoslow@untracht.com>, "muchhal@netvigator.com" <muchhal@netvigator.com>, "mwinick@hotmail.com" <mwinick@hotmail.com>, "ndver@comcast.net" <ndver@comcast.net>, "nkelley@sipc.org" <nkelley@sipc.org>, "optics58@gmail.com" <optics58@gmail.com>, "pabst@mantomgmt.com" <pabst@mantomgmt.com>, "peplady5@gmail.com" <peplady5@gmail.com>, "richard.hoefer@utanet.at" <richard.hoefer@utanet.at>, "rjch@netvigator.com" <rjch@netvigator.com>, "rng67@comcast.net" <rng67@comcast.net>, "rreardon@stblaw.com" <rreardon@stblaw.com>, "rudolf.rausch@gmail.com" <rudolf.rausch@gmail.com>, "simcha.gutgold@gmail.com" <simcha.gutgold@gmail.com>, "srohdie@bellsouth.net" <srohdie@bellsouth.net>, "stanleymkatz@mac.com" <stanleymkatz@mac.com>, "stuart@silverboxsw.com" <stuart@silverboxsw.com>, "swansont@sec.gov" <swansont@sec.gov>, "tim.balbirnie@gmail.com" <tim.balbirnie@gmail.com>, "truggiero@resnicknyc.com" <truggiero@resnicknyc.com>, "ts.yang@msa.hinet.net" <ts.yang@msa.hinet.net>, "vasilescua@sec.gov" <vasilescua@sec.gov>, "wc.helsdingen@casema.nl" <wc.helsdingen@casema.nl>, "yiuleung@yahoo.com.hk" <yiuleung@yahoo.com.hk>, "yiuleunghk@gmail.com" <yiuleunghk@gmail.com>, "Eliot I. Bernstein" <iviewit@gmail.com>, (bcc: Stuart Bernstein/NYSB/02/USCOURTS)

Subject: Sheldon Silver Sentencing - Undisclosed Madoff Assets 15-cr-93

1 attachment



Loren Caproni Silver_07_24_2018.pdf

Pursuant to VA Clerk's instructions
Judge Ellis copy is being transmitted to the Clerk
Attached Judge Caproni and Judge Bernstein
and attorneys

Is my sworn affidavit attesting to undisclosed
assets owned by Sheldon Silver
and request that Sheldon Silver do his full 327 months sentence in jail
pending the disclosure and other disclosures

re: 500 Pearl Street NY NY ownership - private building
leased to Federal Judiciary through GSA
for the SDNY Federal Courthouse lease

built and purchased with Madoff Treasury Bonds in 1994
Rental payments never declared
Ownership in straw offices

sworn under penalty of perjury
Dean Loren, Executor
Evelyn Goldberg Estate
For the Benefit of the Vatican and others

Please see attached Affidavit

Date:   July 24, 2018

To:     SDNY Judge Valerie Caproni   CaproniNYSDChambers@nysd.uscourts.gov
        Certified Mail 7016 0910 0001 1278 2083

From:   Dean Loren, Executor, Evelyn Goldberg Estate and Madoff/Silver Victim

cc:     EDVA Judge T.S. Ellis, III                              By Fax & Email
        SNY Bankruptcy Judge Stuart M. Bernstein -              By Fax & Email
        President Donald J. Trump c/o Rep. Nunes                Cert. 7016 0910 0001 1278 2076
        Treas. Sec. Steven Mnuchin c/o Rep Nunes                Cert. 7016 0910 0001 1278 2076
        Pope Francis c/o Vatican Apostolic Nunciature           Cert. 7016 0910 0000 0147 3276
        Pope Emeritus Benedict XVI c/o Archbishop Pierre        Cert. 7016 0910 0000 0147 3276
        Trustee Irving Picard, Trustee c/o David Sheehan, Esq. - By Fax/Email
        Helen Chaitman, Esq., Lalit Jain, Esq. & FBI Agent Keith Kelly    By Fax/Email
        Joel Cohen, Esq. Stroock                                By FAX/ jcohen@stroock.com
        AUSA Andrew Daniel Goldstein                            By Fax/ andrew.goldstein@usdoj.gov
        Kevin Downey, Esq.              By Fax and Email  kevindowning@kdowninglaw.com
        AUSA Andrew A. Weissman Greg D. Andres By Email AAW@usdoj.gov GDA@usdoj.gov

Re:     Affidavit in Support of Full Jail Time for Sheldon Silver and Federal Treasury Investigation
        Undeclared Madoff Assets, Offshore w/ Madoff in 500 Pearl Street, NY NY Real Estate
        Sheldon Silver Sentencing July 27, 2018 - 327 Months Jail Time/No Release
        USA v. Sheldon Silver 15-cr-93

Dear Judge Valerie Caproni, Judge TS Ellis III, and Judge Bernstein:

I, Dean Loren, Executor, Evelyn Goldberg Estate swears, deposes and says

1. That I ask Judge Valerie Caproni to consider a full jail sentence for Sheldon Silver on July 27, 2018 for Sheldon Silver's failure to disclose hidden assets and ownership through straw entities in the real estate located at 500 Pearl Street, NY NY currently rented as SDNY Courthouse through the GSA that was built with "Smoke & Mirror" Madoff Treasury Bond Profits made by Bernard and Peter Madoff over Bloomberg Terminals to Merrill Lynch Treasury Trade Desk for JPMorgan Chase Accounts that were located offshore in Nassau Bahamas and Canada. - To Be Further Discussed Below.

2. In addition, I personally witnessed Sheldon Silver rigging the NY State Elections in 2006 when I walked into his campaign office and watched him for approximately three minutes receiving cell phone call from Election Workers, giving orders to rig the return numbers to 11-14% for opposition throughout Manhattan and then shredding the calculation numbers which came in over the fax - I then approached Assemblyman Silver and congratulated him on his win to his shock and dismay that I had just witnessed his methods for rigging elections, cell phone calls and shredding.

3. In addition, I was personally involved with exposing 10,000 Unlicensed Teachers in 1998 to which Sheldon Silver had his wife Rosa on a no-show UFT payroll as a special education teacher as having a masters in education and 25 years experience when in fact she was a stay at home wife without a degree.

4. In addition, I was personally involved in exposing Silver's personal attack against Norma Ramirez that resulted in her disability being denied as Gouverneur Hospital Rollback under Roll Back Provisions to protect employees mediated by Basil Paterson that City Attorney Michael Cardozo (Proskauer Rose)

lied that no agreement bargaining contract existed and Judge Denny Chin refused to accept the existence of DC37 Agreement with the City as negotiated by Basil Paterson to form the Health and Hospital Corp with Trustee Jose Cabrenes that was on record and the basis for NYC being bailed out of bankruptcy.

5. That in retaliation for me personally exposing Hughes Hubbard & Reed's offshore Nassau tax evasion activities involving Bernard Madoff in 1993 - Sheldon Silver and Charles Moerdler did personally black list my law license with Charles Moerdler and his son receiving kickbacks in the form of appointments to the MTA and Port Authority Boards so they sell the transit assets in bankruptcy.

6. That I personally exposed in 1997, Sheldon Silver's personal appointed Matrimonial Judge Martin Schoenfeld was rigging the divorce of Judge Kimba Wood when I caught Judge Wood rigging her divorce using the same attorneys as the cuckolded wife Nancy Richardson without Nancy's knowledge and that Nancy's attorneys were giving all her information to Kimba Wood and Frank Richardson.

7. That I was personally involved with exposing Sheldon Silver and Judge Shlomo Hagler's rigging the election lawsuits to before Judge Jocelyn Silberman for the benefit of Alice Cancel in illegally throwing Norma Ramirez off the ballot for District Leader in Sheldon's District.

SHELDON SILVER MADOFF UNDISCLOSED ASSETS - 500 PEARL STREET, NY NY

8. Judges Caproni, Ellis and Bernstein your full cooperation is needed to reveal the Offshore Bank Routing Transactions admitted by Bernie Madoff that were processed on Bloomberg Terminals for Merrill Lynch Treasury Purchases cleared by JPMorgan Chase to Canadian and Offshore Banks evidenced on the 162 page Madoff Client List and bank records in Picard's possession and have been in Picard's possession since December 2008 when FBI Agent Keith Kelly handed the copied banking records over to Picard and David Sheehan that will lead to the secret ownership of 500 Pearl Street involving Sheldon Silver and others in the Madoff Ponzi Scheme and GSA rental payments.

9. Trustee Irving Picard is directly involved in the US Treasury Purchases and has personal information as the attorney for both Hermitage's Bill Browder and Prevezon's Russia money laundering through the Madoff Nassau Off Shore Banks involved in the Manafort case.

10. From 1991-1994, Sheldon Silver and others invested Madoff Treasury Profits in over 200 privately owned buildings that would be leased to the Federal Judiciary via the GSA that were the subject of 1994 congressional hearings chaired by US Senator Ted Stevens of Alaska and attended by US Senator John McCain, that SDNY Judge Brient referred to as smoke and mirror financing.

11. In November 2015, as Evelyn Goldberg Estate Executor, I was negotiating for a settlement with Wolf Popper and John Fisher for undisclosed Madoff Canadian and Nassau Offshore Accounts that Bernard Madoff would admit to in a prison deposition held April 26, 2017, in the bankruptcy case before Judge Bernstein, and at issue for Sheldon Silver's non-disclosed assets.

12. On January 28, 2016, in retaliation SDNY Chief Judge Loretta Preska did try to have me falsely entrapped and arrested at approximately 11:30 AM for touching Security Monitor Pena, a Inter-Con Security Monitor impersonating a Deputy US Marshal outside Judge Pauley's courtroom and then directly followed with an illegal Presentment in Magistrate Peck's Chambers involving SDNY Court Clerk Kyle O. Wood and Deputy Marshal Brasgalla and US Attorneys to which Brasgalla alleged he deleted the tape of Wood, Brasgalla and US Attorneys entering Magistrate Peck's chambers.

13.  To add insult to injury, 2nd Cir Judge John Walker is now denying that Judge Pauley's clerk Kyle O. Wood was not an employee of the court after Judge Engelmayer ruled Kyle O. Clerk was an employee and that I could not receive the 60 day period to file an appeal in Loren v. City of New York, Manhattan Com Access Corp, Dkt No. 18-36 rubber stamped by Clerk Catherine Hagan Wolfe.

14.  To add further insult to injury, current Chief Judge Colleen McMahon has admitted she does not know how her stamp got used on all these Pro Se decisions, including mine which had wrong case facts and involve Pauley and the case involving her husband Soros Employee Frank Sika, and Jet Blu.

15.  Judge Caproni, Sheldon Silver is anything but contrite and is up to his neck in undisclosed off shore investments including 500 Pearl Street, profits from nursing contracts and stolen supplies from Gouverneur Hospital, and other illegal schemes such as the Grand Street Houses run by St. Mary's and Seward Park Condominiums run by the Haglers.

16.  That the AUSAs failed to bring such indictments or press these criminal actions speaks volumes of the degree to which Sheldon Silver's investments in 500 Pearl Street reach.

17.  Sheldon Silver's sister is in London, one of the epicenters for Madoff, is most likely the conduit for the Nassau Offshore Bank transfers involving Madoff Treasury purchases through Merrill Lynch.

18.  For the Record, Bernard and Peter Madoff's Father Ralph used to live on Essex Street, just down the road from Sheldon Silver's father hardware store, which is why Peter Madoff funneled Ponzi money into the Lower Eastside Tenement Museum and Bialystoker Temple was an Madoff epicenter.

19.  Judge Caproni, the list goes on and on with Sheldon Silver's failure to correct his actions.

20.  If Sheldon Silver was an up front man he'd admit to you that DC37 Mayor Lindsay Mediation agreement to bail out Health and Hospital Corp that Basil Paterson negotiated and to which I personally gave Judge Denny Chin a copy, is the basis for Norma Ramirez getting her full pension payout and also the other 80 women kicked out of Gouverneur Hospital by Sheldon Silver.

21.  Judge Caproni, your cooperation, will ensure the integrity of Judge Bernstein's reputation from any criminal cover-up of the Bloomberg Treasury Trade/Tax Evasion/Collusion demonstrated from Fairfield Sentry/Price Waterhouse/Picard/Wolf Popper lawsuits & others if Silver comes clean.

22.  Judge Caproni, Second, your cooperation, will ensure Treasury Secretary Mnuchin conducts a true, correct, and accurate US Treasury audit for Madoff Client Treasury Trades for Offshore entities in Nassau, Bermuda involving Mike Bloomberg, BOA-Merrill and Jamie Dimon that benefitted US Senators like Diane Feinstein, Chuck Schumer and Kirsten Gillibrand, if Silver comes clean.

23.  Judge Caproni, Third, your cooperation, will ensure the claims of Evelyn Goldberg's Estate - both Evelyn's and mine, regarding NEVADA BOA/Offshore Accounts to press phony 2012 criminal charges and try to have me falsely arrested on Jan 28, 2016, are fully restituted.

24.  In closing Judges Caproni, Ellis and Bernstein, the Sentencing of Sheldon Silver is the rare opportunity to have years of ponzi schemes conducted by Silver, Madoff, Stanford and UFT (10,000 unlicensed teachers involving Silver's Wife Rosa) admitted to, and perpetrators brought to justice including exposing the Secret Ownership of 500 Pearl Street that has been rented to the GSA since 1994 but does not have a deed on file, nor with the GSA say to whom they are paying the rental fees.

25. Therefore, Judge Caproni, I believe that until Sheldon Silver comes clean about the 500 Pearl Street Property and other Madoff purchased real estate (including the East River Condominiums by the Exxon Oil spill) and that Sheldon Silver should do the entire 327 months in prison for the crimes committed against hundreds of thousands of students, teachers like Audrey de la Rosa and David Pakter who were given U-letters and accused unjustly and forced out of the NYC Board of Education, the Madoff and Stanford Victims, Norma Ramirez and myself.

26. For your benefit, Judge Caproni, I am attaching my Appellate decision by John Walker and Jacobs (who didn't read the papers or notice that Kyle Wood was Judge Pauley's Clerk) and the Mayor Lindsay Agreement that NYC Corporation Counsel Michael Cardozo swore up and down didn't exist but was signed by Basil Paterson to bail out NYC from Bankruptcy and create the NYC Health & Hospital Corporation to which Sheldon Silver has so very much profited and that Jose Cabrenes was a trustee, and that Judge Denny Chin refuses to acknowledge even though he has a copy of the Lindsay Agreement. You can ask Judge Chin why Judge Chin refused to believe the existences of a document signed by Mayor Lindsay and Paterson, considering it is the biggest municipal bailout in NYC history and on file in the Comptroller's office, but I am sure Sheldon Silver has a good answer if you ask him.

27. When I asked Sonia Sotomayor on September 11, 2006 during an oral argument 05-cv-4846 about the 10,000 unlicensed teachers and hundreds of thousands of nyc students who were failed that in fact passed their reading tests, that I reported to the US Secretary of Education, all Sotomayor could do was recuse herself with Judges Katzmann (in the backroom on tape) and Cardamone, except she forgot to put it on her Supreme Court Application. I'll send a copy to Kavanaugh for his review, as Sotomayor's failure to put her recusal on her application concerning Sheldon Silver, may be a case before him and the Supreme Court.

Sworn to under penalty of perjury, Monday, July 24, 2018

_____
Dean Loren, Executor of Evelyn Goldberg Estate for the benefit of the Vatican and others

Sworn to before me this Tuesday, July 24, 2018

_____
Notary Public

cc: Judge Brett Kavanaugh c/o Chairman Devin Nunes    Cert Mail 7016 0910 0001 1278 2076

4