EMMET, MARVIN & MARTIN, LLP
Lauren C. Watson, Esq.
120 Broadway, 32nd Floor
New York, New York 10271
Telephone:  212-238-3000
Facsimile:  212-238-3100

*Counsel for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green and Express Enterprises Inc.*

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>Bernard L. Madoff Investment Securities LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MAGNIFY INC., et al.,<br><br>Defendants. | Adv. Pr. No. 10-05279 (SMB) |

**NOTICE OF APPEARANCE AND REQUEST FOR
SERVICE OF NOTICES AND OTHER DOCUMENTS**

**PLEASE TAKE NOTICE** that the undersigned hereby appears as counsel for the defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green and Express Enterprises Inc. in the above-captioned adversary proceeding (the "Adversary Proceeding"), and requests that all notices given or required to be given in the Adversary Proceeding and all documents served or required to be served in the Adversary Proceeding be given to and served upon:

>Lauren C. Watson, Esq.
>Emmet, Marvin & Martin, LLP
>120 Broadway, 32nd Floor
>New York, New York 10271
>Telephone: (212) 238-3000
>Facsimile: (212) 238-3100
>E-mail: lwatson@emmetmarvin.com

**PLEASE TAKE FURTHER NOTICE** that, pursuant to Section 1109(b) of the Bankruptcy Code, and Rules 2002 and 9010 of the Federal Rules of Bankruptcy Procedure, the foregoing demand includes not only the notices and papers referred to in the Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral and whether transmitted or conveyed by mail, delivery, telephone, telegraph, telex or otherwise.

Dated: July 26, 2018

>EMMET, MARVIN & MARTIN, LLP
>
>By:     */S/ Lauren C. Watson*
>   Lauren C. Watson
>   120 Broadway, 32nd Floor
>   New York, New York 10271
>   Telephone:   212-238-3000
>   Facsimile:   212-238-3100
>   *Counsel for Defendants Magnify Inc., Premero Investments Ltd., Strand International Investments Ltd., The Yeshaya Horowitz Association, Yair Green and Express Enterprises Inc.*

-2-