**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | SIPA LIQUIDATION <br><br> Adv. Pro. No. 08-01789 (SMB) <br><br> (Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM**

The Walter Freshman Revocable Trust A, holder of Account No. 1F0092, and Frieda Freshman Revocable Trust dated 12/31/92, holder of Account No. 1F0093 in Bernard L. Madoff Investment Securities LLC, through their attorney, hereby withdraw their objections to the Trustee's determination of SIPC claims filed on July 23, 2009 [ECF No. 2809] for Claim No. 000745 and July 23, 2009 [ECF No. 2810] for Claim No. 000767.

Dated: New York, New York
July 27, 2018

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for The Walter Freshman Revocable Trust dated 12/31/92 and Frieda Freshman Revocable Trust dated 12/31/92*

{00036873 2 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

>David J. Sheehan, Esq.
>Baker & Hostetler, LLP
>45 Rockefeller Plaza, 11th Floor
>New York, NY 10111
>212-589-4616
>dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
         July 27, 2018                                          */s/ Helen Davis Chaitman*

{00036873 2 }