**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO THE TRSUTEE'S DETERMINATION OF SIPC CLAIM

Edyne Gordon, in her capacity as the Executrix of the Estate of Allen Gordon, holder of Account Number 1EM331 in Bernard L. Madoff Investment Securities LLC, through her attorney, hereby withdraws her objection to the Trustee's determination of SIPC claim filed on April 20, 2010 [ECF No. 2217] for Claim No. 80.

Dated: New York, New York
    July 27, 2018

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
  Helen Davis Chaitman
  hchaitman@chaitmanllp.com
  465 Park Avenue
  New York, New York 10022
  Phone & Fax: 888-759-1114

  *Attorneys for Edyne Gordon, in her*
  *capacity as the Executrix of the Estate of*
  *Allen Gordon*

{00036875 2 }

# CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
         July 27, 2018                           */s/ Helen Davis Chaitman*

{00036875 2 }