**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF
### OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM

Toby Harwood, holder of Account Number 1ZA716 in Bernard L. Madoff Investment Securities LLC, through her attorney, hereby withdraws her objection to the Trustee's determination of SIPC claim filed on November 11, 2009 [ECF No. 701] for Claim No. 005666.

Dated: New York, New York
　　　　July 27, 2018

**CHAITMAN LLP**

By:　*/s/ Helen Davis Chaitman*
　　　Helen Davis Chaitman
　　　hchaitman@chaitmanllp.com
　　　465 Park Avenue
　　　New York, New York 10022
　　　Phone & Fax: 888-759-1114

　　　*Attorneys for Toby Harwood*

{00036876 2 }

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 27, 2018                              */s/ Helen Davis Chaitman*

{00036876 2 }