**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF
### OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM

Benjamin T. Heller, holder of Account Number 1H0022 in Bernard L. Madoff Investment Securities LLC, through his attorney, hereby withdraws his objection to the Trustee's determination of SIPC claim filed on December 17, 2009 [ECF No. 1082] for Claim No. 013764.

Dated:  New York, New York
        July 27, 2018

                                        **CHAITMAN LLP**

                                        By:  */s/ Helen Davis Chaitman*
                                            Helen Davis Chaitman
                                            hchaitman@chaitmanllp.com
                                            465 Park Avenue
                                            New York, New York 10022
                                            Phone & Fax: 888-759-1114

                                            *Attorneys for Benjamin T. Heller*

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the

foregoing document to be served upon the parties in this action who receive electronic

service through CM/ECF and by email upon:

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
212-589-4616
dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.


Dated:   New York, New York
July 27, 2018                                    */s/ Helen Davis Chaitman*