**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br><br>                     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM**

      Carol L. Kamenstein, Sloan G. Kamenstein, Tracy D. Kamenstein, and David R. Kamenstein, holders of Account Numbers 1CM914, 1CM597, 1CM596, and 1CM913, respectively, in Bernard L. Madoff Investment Securities LLC, through their attorneys, hereby withdraw their objections to the Trustee's determination of SIPC claims filed on October 29, 2009 [ECF No. 550] for Claim No. 000184, [ECF No. 551] for Claim No. 000177, [ECF. No. 552] for Claim No. 000189, and December 15, 2009 [ECF. No. 1065] for Claim No. 000196.

| | |
|---|---|
| Dated: New York, New York<br>            July 27, 2018 | **CHAITMAN LLP**<br><br>By:  */s/ Helen Davis Chaitman*<br>      Helen Davis Chaitman<br>      hchaitman@chaitmanllp.com<br>      465 Park Avenue<br>      New York, New York 10022<br>      Phone & Fax: 888-759-1114<br><br>      *Attorneys for Carol L. Kamenstein, David R. Kamenstein, Sloan G. Kamenstein, and Tracy D. Kamenstein* |

{00036930 1 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

>David J. Sheehan, Esq.
>Baker & Hostetler, LLP
>45 Rockefeller Plaza, 11th Floor
>New York, NY 10111
>212-589-4616
>dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          July 27, 2018                                      */s/ Helen Davis Chaitman*

{00036930 1 }