**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM

  Kenneth M. Kohl and Myrna L. Kohl, holders of Account Number 1ZB286 in Bernard L. Madoff Investment Securities LLC, through their attorney, hereby withdraw their objection to the Trustee's determination of claim filed on November 2, 2009 [ECF No. 575] for Claim No. 000204.

Dated: New York, New York
    July 27, 2018

                **CHAITMAN LLP**

              By: */s/ Helen Davis Chaitman*
                 Helen Davis Chaitman
                 hchaitman@chaitmanllp.com
                 465 Park Avenue
                 New York, New York 10022
                 Phone & Fax: 888-759-1114

                 *Attorneys for Kenneth M. Kohl and*
                 *Myrna L. Kohl*

{00036931 1}

# **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 27, 2018                                    */s/ Helen Davis Chaitman*

{00036931 1 }