**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendants. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 12-01690 (SMB) |
| v. | |
| EFG BANK S.A., f/k/a EFG Private Bank S.A., EFG BANK (MONACO) S.A.M. f/k/a/ EFG Eurofinancière d'Investissements S.A.M., and EFG BANK & TRUST (BAHAMAS) LIMITED, as successor-in-interest to Banco Atlántico (Bahamas) Bank & Trust Limited, | |
| Defendants. | |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Upon the *Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists* filed by T. Carter White, of the law firm Dentons US LLP, and for good cause shown therein, it is hereby,

ORDERED, that Mr. White is withdrawn as attorney of record for the Defendants EFG Bank S.A., EFG Bank (Monaco) S.A.M., and EFG Bank & Trust Ltd. (Bahamas) in the above-captioned adversary proceeding (Adv. Pro. No. 12-01690), and it is further,

ORDERED, that Mr. White be removed from the Court's CM/ECF electronic notice and service lists for the above-captioned adversary proceeding (Adv. Pro. No. 12-01690).

Dated: **July 27, 2018**
New York, New York

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
United States Bankruptcy Judge