**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM

Joan Roman, holder of Account Number 1R0147 in Bernard L. Madoff Investment Securities LLC, through her attorney, hereby withdraws her objection to the Trustee's determination of SIPC claim filed on July 14, 2010 [ECF No. 2700] for Claim No. 001182.

Dated:  New York, New York
        July 27, 2018

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    hchaitman@chaitmanllp.com
    465 Park Avenue
    New York, New York 10022
    Phone & Fax: 888-759-1114

*Attorneys for Joan Roman*

{00036887 2 }

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 27, 2018                                    */s/ Helen Davis Chaitman*

{00036887 2 }