**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE OF WITHDRAWAL OF
### OBJECTION TO DETERMINATION OF CLAIM

Maurice Sandler, holder of Account Number 1S0399 in Bernard L. Madoff Investment Securities LLC, through his attorneys, hereby withdraws his objection to the Trustee's determination of claim filed on May 24, 2010 [ECF No. 2333] for Claim No. 005564.

Dated:  New York, New York
        July 27, 2018

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     hchaitman@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

     *Attorneys for the Gloria Albert Sandler and*
     *Maurice Sandler Revocable Living Trust*

## <u>CERTIFICATE OF SERVICE</u>

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

David J. Sheehan, Esq.
Baker & Hostetler, LLP
45 Rockefeller Plaza, 11th Floor
New York, NY 10111
212-589-4616
dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:    New York, New York
          July 27, 2018                          */s/ Helen Davis Chaitman*

{00036890 2 }