**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM**

Keith Schaffer and Jeffrey Schaffer, holders of Account Number 1ZA339, Jeffrey Schaffer and Donna Schaffer, holders of Account Number 1ZA401, and Keith Schaffer, holder of Account Number 1ZA642, in Bernard L. Madoff Investment Securities LLC, through their attorneys, hereby withdraw their objections to the Trustee's determinations of claims filed on March 23, 2010 [ECF No. 2075] and November 17, 2010 [ECF No. 3189] for Claim No. 10700; November 30, 2009 [ECF No. 1027] April 6, 2010 [ECF No. 2138] and November 17, 2010 [ECF No. 3188] for Claim No. 11600; December 1, 2009 [ECF No. 1032] for Claim No. 011596.

Dated:   New York, New York
         July 27, 2018

**CHAITMAN LLP**

By:   */s/ Helen Davis Chaitman*
      Helen Davis Chaitman
      hchaitman@chaitmanllp.com
      465 Park Avenue
      New York, New York 10022
      Phone & Fax: 888-759-1114

      *Attorneys for Keith Schaffer, Jeffrey Schaffer, and Donna Schaffer*

{00036919 1 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
　　　　　July 27, 2018　　　　　　　　　　　　　　　*/s/ Helen Davis Chaitman*

{00036919 1 }