**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM**

  Roberta Schwartz Trust U/A/D 2/11/08, holder of Account Number 1S0324 in Bernard L. Madoff Investment Securities LLC, through its attorneys, hereby withdraws the objection to the Trustee's determination of SIPC claim filed on August 17, 2010 [ECF No. 2875] for Claim No. 002946.

Dated: New York, New York
    July 27, 2018

              **CHAITMAN LLP**

            By: */s/ Helen Davis Chaitman*
              Helen Davis Chaitman
              hchaitman@chaitmanllp.com
              465 Park Avenue
              New York, New York 10022
              Phone & Fax: 888-759-1114

              *Attorneys for Roberta Schwartz*

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
          July 27, 2018                                          */s/ Helen Davis Chaitman*