**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF**
**OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM**

The Doron Tavlin Trust U/A 2/4/91, holder of Account Number 1T0004 in Bernard L. Madoff Investment Securities LLC, through its attorneys, hereby withdraws the objection to the Trustee's determination of SIPC claim filed on August 27, 2010 [ECF No. 2912] for Claim No. 000307.

Dated:  New York, New York
        July 27, 2018

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     hchaitman@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

     *Attorneys for the Doron Tavlin Turst*
     *U/A 2/4/91*

{00036923 1 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

>David J. Sheehan, Esq.
>Baker & Hostetler, LLP
>45 Rockefeller Plaza, 11th Floor
>New York, NY 10111
>212-589-4616
>dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:   New York, New York
         July 27, 2018                              */s/ Helen Davis Chaitman*

{00036923 1}