**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF
## OBJECTION TO THE TRUSTEE'S DETERMINATION OF SIPC CLAIM

The Harnick Brothers Partnership, holder of Account Number 1H0161 and Martin R. Harnick & Steven P. Norton Partners, holder of Account Number 1H0123 in Bernard L. Madoff Investment Securities LLC, through their attorneys, hereby withdraw their objections to the Trustee's determination of claims filed on February 4, 2010 [ECF No. 1855] for Claim No. 8891; and November 6, 2009 [ECF No. 649] November 5, 2010 [ECF No. 3123] for Claim No. 001925.

Dated: New York, New York
　　　　July 27, 2018

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
　　Helen Davis Chaitman
　　hchaitman@chaitmanllp.com
　　465 Park Avenue
　　New York, New York 10022
　　Phone & Fax: 888-759-1114

　　*Attorneys for The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners*

{00036951 1 }

# **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing document to be served upon the parties in this action who receive electronic service through CM/ECF and by email upon:

> David J. Sheehan, Esq.
> Baker & Hostetler, LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, NY 10111
> 212-589-4616
> dsheehan@bakerlaw.com

I certify under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        July 27, 2018                                        */s/ Helen Davis Chaitman*

{000369511 }