# EXHIBIT A

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### [PROPOSED] ORDER GRANTING TRUSTEE'S MOTION TO STRIKE THE NOTICES OF WITHDRAWAL OF CLAIM AND NOTICES OF WITHDRAWAL OF OBJECTION TO DETERMINATION OF CLAIM FILED BY CHAITMAN LLP AND DENTONS US LLP

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking the entry of an order striking the notices of withdrawal of claim and notices of withdrawal of objection to determination of claim filed by Chaitman LLP and Dentons US LLP (collectively, the "Withdrawals"); and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate,

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Withdrawals identified on the list annexed hereto as Exhibit A are stricken from the Court's docket and have no legal effect; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
       New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# Exhibit A
# Withdrawals

|     | Adv. Pro. No. | Claimants | Withdrawal Docket No. | Counsel |
|-----|---------------|-----------|----------------------|---------|
| 1.  | 10-04377 | Carol Nelson<br>Stanley Nelson | 17682, 17733[1] | Chaitman LLP |
| 2.  | 10-04658 | Carol Nelson | 17683, 17734[2] | Chaitman LLP |
| 3.  | 10-04898 | Helene Saren-Lawrence | 17684, 17732[3] | Chaitman LLP |
| 4.  | 10-04332 | Barry Weisfeld | 17625 | Dentons US LLP |
| 5.  | 10-04390 | Michael Mann and Meryl Mann | 17630 | Dentons US LLP |
| 6.  | 10-04390 | BAM LP | 17623 | Dentons US LLP |
| 7.  | 10-04401 | The Rose Gindel Revocable Trust Agreement | 17634 | Dentons US LLP |
| 8.  | 10-04415 | Barbara J. Berdon | 17624 | Dentons US LLP |
| 9.  | 10-04486 | Norma Shapiro Revocable Declaration of Trust | 17633 | Dentons US LLP |
| 10. | 10-04486 | Trust U/W/O Philip L. Shapiro | 17638 | Dentons US LLP |
| 11. | 10-04486 | Norma Shapiro (IRA) | 17632 | Dentons US LLP |
| 12. | 10-04861 | Harold J. Hein Individual Retirement Account | 17626 | Dentons US LLP |
| 13. | 10-04882 | Laura E. Guggenheimer Cole | 17628 | Dentons US LLP |
| 14. | 10-04921 | Stanley T. Miller IRA | 17635 | Dentons US LLP |
| 15. | 10-04925 | The Alvin Gindel Revocable Trust Agreement | 17622 | Dentons US LLP |
| 16. | 10-05209 | Lapin Children LLC | 17627 | Dentons US LLP |
| 17. | 10-05236 | The Toby T. Hobish IRA | 17637 | Dentons US LLP |
| 18. | 10-05236 | LI RAM L.P. | 17629 | Dentons US LLP |
| 19. | 10-05384 | The Neil Reger Profit Sharing Keogh | 17631 | Dentons US LLP |

1. Carol Nelson and Stanley Nelson filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04377 (SMB), ECF No. 95.

2. Carol Nelson filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04658 (SMB), ECF No. 101.

3. Helene Saren-Lawrence filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04898 (SMB), ECF No. 141.