# EXHIBIT 2

**Exhibit 2**

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Net Equity | | | Time-Based Damages | | | District Court Proceedings | | | | Bankruptcy Court Proceedings | | | |
| Account Number | Claim Number | Objection to Determination Docket | APN | Claimants | Counsel | Bankruptcy Court | Second Circuit Direct Appeal | Supreme Court | Bankruptcy Court | Second Circuit | Supreme Court | Greiff | Antecedent Debt | Section 546e | Stern v. Marshall | Inter-Account Transfers | Omnibus MTD | Madoff Depo Day 1 | Madoff Depo Day 2 |
| 1ZA284 | 001868, 000480 | 647 | 10-04377 | Carol Nelson Stanley Nelson | Chaitman LLP | X | X | X | X | X | X | | X | X | X | | | | |
| 1ZA283 | 001870, 000495 | 648 | 10-04658 | Carol Nelson | Chaitman LLP | X | X | X | X | X | X | | X | X | X | | | | |
| 1ZR265 | 001869, 001098, 000531 | 646 | 10-04658 | Carol Nelson | Chaitman LLP | X | X | X | X | X | X | | X | X | X | | | | |
| 1ZA620 | 000950 | 612 | 10-04898 | Helene Saren-Lawrence | Chaitman LLP | X | X | X | X | X | X | X | X | X | X | | | | |
| 1CM584 | 009817 | 462 | 10-04332 | Barry Weisfeld | Dentons US LLP | X | X | X | X | X | X | X | | X | X | | X | | X |
| 1CM363 | 009823 | 461 | 10-04390 | Michael Mann and Meryl Mann | Dentons US LLP | X | | X | X | X | X | X | | X | X | | | | |
| 1CM579 | 009822 | 815 | 10-04390 | BAM LP | Dentons US LLP | X | | | X | X | X | X | | X | X | | | | |
| 1G0397 | 010208 | 2384 | 10-04401 | The Rose Gindel Revocable Trust Agreement | Dentons US LLP | | | | X | X | X | X | | X | X | | X | | X |
| 1B0145 | 010279 | 2379 | 10-04415 | Barbara J. Berdon | Dentons US LLP | X | | | X | X | X | X | | X | X | X | X | X | X |
| 1S0337 | 009826 | 2253 | 10-04486 | Norma Shapiro Revocable Declaration of Trust | Dentons US LLP | X | | | X | X | X | X | | X | X | X | | X | X |
| 1S0338 | 009825 | 2375 | 10-04486 | Trust U/W/O Philip L. Shapiro | Dentons US LLP | X | | | X | X | X | X | | X | X | | | X | X |
| 1S0467 | 009819 | 2082 | 10-04486 | Norma Shapiro (IRA) | Dentons US LLP | X | | | X | X | X | X | | X | X | X | | X | X |
| 1ZR192 | 009824 | 780 | 10-04861 | Harold J. Hein Individual Retirement Account | Dentons US LLP | X | | | X | X | X | X | | X | X | | X | X | X |
| 1C1258 | 009721 | 2744 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP | | | | X | X | X | X | | X | X | X | | X | X |
| 1ZR284 | 000679, 007112 | 538 | 10-04921 | Stanley T. Miller IRA | Dentons US LLP | X | | | X | X | X | X | | X | X | | X | | X |
| 1G0396 | 010207 | 863 | 10-04925 | The Alvin Gindel Revocable Trust Agreement | Dentons US LLP | X | | | X | X | X | X | | X | X | X | X | | X |
| 1CM624 | 006964 | 2202 | 10-05209 | Lapin Children LLC | Dentons US LLP | X | | | X | X | X | X | | X | X | X | X | X | X |
| 1H0135 | 009322 | 1094 | 10-05236 | The Toby T. Hobish IRA | Dentons US LLP | X | | | X | X | X | X | | X | X | X | | X | X |
| 1ZB067 | 009323 | 891 | 10-05236 | LI RAM L.P. | Dentons US LLP | X | | | X | X | X | X | | X | X | | | X | X |
| 1CM534 | 009791 | 834 | 10-05384 | The Neil Reger Profit Sharing Keogh | Dentons US LLP | X | | | X | X | X | X | | X | X | | X | | X |