**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01364 (SMB) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL OF DEFENDANTS
ALPHA PRIME ASSET MANAGEMENT LIMITED, REGULUS ASSET
MANAGEMENT LIMITED, CARRUBA ASSET MANAGEMENT LIMITED, AND
<u>URSULA RADEL-LESZCZYNSKI WITH PREJUDICE</u>**

PLEASE TAKE NOTICE that Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. § 78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel Baker & Hostetler LLP, and pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (under which Rule 41 of the

Federal Rules of Civil Procedure herein), hereby dismisses all claims against defendants Alpha Prime Asset Management Limited, Regulus Asset Management Limited, Carruba Asset Management Limited, and Ursula Radel-Leszczynski from the above-captioned adversary proceeding with prejudice. Each party shall bear its own costs and fees.

[*The remainder of page intentionally left blank*]

Upon entry of this stipulation and order, the caption of this adversary proceeding is hereby amended to delete Alpha Prime Asset Management Limited, Regulus Asset Management Limited, Carruba Asset Management Limited, and Ursula Radel-Leszczynski. An amended caption is attached hereto as Exhibit A.

Dated: July 30, 2018
     New York, New York

| BAKER & HOSTETLER LLP | DUFFYAMEDEO LLP |
|---|---|
| By: */s/ Oren Warshavsky* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 <br> Oren Warshavsky <br> Email: owarshavsky@bakerlaw.com <br> Gonzalo Zeballos <br> Email: gzeballos@bakerlaw.com <br> Geoffrey A. North <br> Email: gnorth@bakerlaw.com | By: */s/ Todd E. Duffy* <br> 275 Seventh Avenue <br> 7th Floor <br> New York, NY 10001 <br> Telephone: (212) 729-5832 <br> Facsimile: (212) 208-2437 <br> Todd E. Duffy <br> Email: tduffy@duffyamedeo.com <br> Douglas A. Amedeo <br> Email: damedeo@duffyamedeo.com |
| *Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff* | *Attorneys for Alpha Prime Asset Management Limited, Regulus Asset Management Limited, Carruba Asset Management Limited, and Ursula Radel-Leszczynski* |

**SO ORDERED**

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: July **31st** , 2018
     New York, New York

**Exhibit A: Amended Caption**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Bankruptcy Case No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　　　　v.<br><br>HSBC BANK PLC; HSBC HOLDINGS PLC; HSBC SECURITIES SERVICES (LUXEMBOURG) S.A.; HSBC INSTITUTIONAL TRUST SERVICES (IRELAND) LIMITED; HSBC SECURITIES SERVICES (IRELAND) LIMITED; HSBC INSTITUTIONAL TRUST SERVICES (BERMUDA) LIMITED; HSBC BANK USA, N.A.; HSBC SECURITIES SERVICES (BERMUDA) LIMITED; HSBC BANK (CAYMAN) LIMITED; HSBC PRIVATE BANKING HOLDINGS (SUISSE) S.A.; HSBC PRIVATE BANK (SUISSE) S.A.; HSBC FUND SERVICES (LUXEMBOURG) S.A.; HSBC BANK BERMUDA LIMITED; ALPHA PRIME FUND LIMITED; HERALD ASSET MANAGEMENT LIMITED; 20:20 MEDICI AG; BA WORLDWIDE FUND MANAGEMENT LIMITED; EUROVALEUR, | Adv. Pro. No. 09-01364 (SMB) |

4

INC.; SONJA KOHN; ERWIN KOHN; AND INTER ASSET MANAGEMENT, INC.,

                Defendants.