**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                                )    ss:
COUNTY OF DALLAS        )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 31, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim Filed by Chaitman LLP and Dentons US LLP with Proposed Order and Exhibit thereto (Docket Number 17864)
   2. Notice of Hearing on Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim Filed by Chaitman LLP and Dentons US LLP (Docket Number 17865)
   3. Declaration of Vineet Sehgal in Support of the Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim Filed by Chaitman LLP and Dentons US LLP with Exhibits thereto (Docket Number 17866)

Executed on July 31, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _31st_ day of _July_, 2018

(SEAL)

_____
Notary Public

Exhibit A

Exhibit A
Pg 4 of 4
July 31, 2018

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | Counsel |
| Chaitman LLP | Helen Davis Chaitman | 465 Park Ave | New York | NY | 10022 | Counsel |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |