UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|--------|------------------|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| | |
|---|---|
| STATE OF TEXAS | ) |
| | )        ss: |
| COUNTY OF DALLAS | ) |

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 30, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000599)

4. On July 30, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000600-T000614)

Executed on July 31, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this __31st__ day of __July__ , 2018

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

_____
April 4, 2022

(SEAL)                                              Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000599**
**7/30/2018**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE |
|---|---|---|---|---|---|---|---|
| X | | **Redacted for confidentiality reasons** | | | | | |
| | X | Anchorage Illiquid Opportunities Offshore Master V, L.P. | Attn: Melissa Griffiths | c/o Anchorage Capital Group L.L.C. | 610 Broadway, 5th Floor | New York | NY |

# Exhibit B

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE |
|---|---|---|---|---|---|---|---|
| X |  | **Redacted for confidentiality reasons** |  |  |  |  |  |
|  | X | Anchorage Illiquid Opportunities Offshore Master V, L.P. | Attn: Melissa Griffiths | c/o Anchorage Capital Group L.L.C. | 610 Broadway, 5th Floor | New York | NY |