**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 09-01161 (SMB) |
| Plaintiff, | |
| v. | |
| FEDERICO CERETTI, *et al.* | |
| Defendants. | |

**ORDER ISSUING A LETTER OF REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL**
**OR EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

Upon the Motion (the "Motion"), dated July 24, 2018, brought by Irving H. Picard, as

trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of

Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry

of an order (the "Order") issuing the Letter of Request (as defined in the Motion) to be transmitted,

via the appropriate channels, to the applicable court in Bermuda to obtain the testimony of and

documents from Mr. Scott Watson-Brown; and it appearing that due and sufficient notice of the

Motion has been given under the circumstances; and it further appearing that the relief sought in

the Motion is appropriate based upon the information provided in the Motion and in the record;

and it further appearing that this Court has jurisdiction to consider the Motion and the relief

requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation; and

sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be

signed and sealed by the Court for transmission to the appropriate judicial authority in Bermuda

so that valid service of process may be effectuated upon Mr. Scott Watson-Brown.


Dated: **August 7th, 2018**
      New York, New York

                                **/s/ STUART M. BERNSTEIN**
                                HONORABLE STUART M. BERNSTEIN
                                UNITED STATES BANKRUPTCY JUDGE