**CHAITMAN LLP**
Helen Davis Chaitman, Esq.
Gregory M. Dexter, Esq.
465 Park Avenue
New York, New York 10022
Phone: (888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Aaron Blecker and Participating Claimants*
*Highlighted on Exhibit A hereto*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                          Plaintiff,<br><br>          v.<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                          Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                          Debtor. | Appeal No.: _____ |

## JOINT NOTICE OF APPEAL

PLEASE TAKE NOTICE that Aaron Blecker and the Participating Claimants highlighted in yellow on **Exhibit A** hereto, ("Appellants"), by their attorneys Chaitman LLP, hereby appeal under 28 U.S.C. § 158(a)(1) to the United States District Court for the Southern District of New York from the following:

(i) Memorandum Decision and Order Regarding Treatment of Profit Withdrawal Transactions of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein) entered in the above-referenced proceeding on July 27, 2018 (Doc. No. 17869) (annexed hereto as **Exhibit B**).

(ii) Order Affirming the Trustee's Determination Denying Claims and Overruling the Objection of Participating Claimant Aaron Blecker of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein) entered in the above-referenced proceeding on August 3, 2018 (Doc No. 17878) (annexed hereto as **Exhibit C**).

The names of parties to the orders appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

**Baker & Hostetler LLP**
David J. Sheehan, Esq.
Seanna R. Brown, Esq.
Amy E. Vanderwal, Esq.
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4688

**Securities Investor Protection Corporation**
Kevin H. Bell, Esq.
1667 K Street NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300

*Attorneys for Irving H Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**Chaitman LLP**
Helen Davis Chaitman, Esq.
Gregory M. Dexter, Esq.
465 Park Avenue
New York, NY 10022
Telephone: 888-759-1114

*Attorneys for Aaron Blecker and Participating Claimants Highlighted on Exhibit A hereto*

Dated:    August 10, 2018
          New York, New York

CHAITMAN LLP

By:    */s/ Helen Davis Chaitman*
       Helen Davis Chaitman, Esq.
       Gregory M. Dexter, Esq.
       465 Park Ave.
       New York, New York 10022
       Telephone: (888) 759-1114
       Facsimile: (888) 759-1114
       hchaitman@chaitmanllp.com
       gdexter@chaitmanllp.com

       *Attorneys for Aaron Blecker and
       Participating Claimants Highlighted on
       Exhibit A hereto*

## <u>CERTIFICATE OF SERVICE</u>

I, Sarah A. Howell, hereby certify that I caused a true and correct copy of the foregoing

documents(s) to be served upon the parties in this action who receive electronic service through

CM/ECF.  I certify under penalty of perjury that the foregoing is true and correct.


Dated: August 10, 2018                          _/s/ Sarah A. Howell_