# EXHIBIT 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**[AMENDED PROPOSED] ORDER GRANTING TRUSTEE'S MOTION TO STRIKE THE NOTICES OF WITHDRAWAL OF CLAIM AND NOTICES OF WITHDRAWAL OF OBJECTION TO DETERMINATION OF CLAIM FILED BY CHAITMAN LLP AND DENTONS US LLP**

Upon consideration of the motion (the "Motion") [Docket No. __] and the supplement (the "Supplement") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking the entry of an order striking the notices of withdrawal of claim and notices of withdrawal of objection to determination of claim filed by Chaitman LLP and Dentons US LLP (collectively, the "Withdrawals"); and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the

Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion and Supplement are granted to the extent provided herein; and it is further

ORDERED that the Withdrawals identified on the list annexed hereto as Exhibit A are stricken from the Court's docket and have no legal effect; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: _____, 2018
       New York, New York

                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE

## Exhibit A
## Withdrawals

|  | Adv. Pro. No. | Claimants | Withdrawal Docket No. | Counsel |
|---|---|---|---|---|
| 1. | 10-04332 | Barry Weisfeld | 17625 | Dentons US LLP |
| 2. | 10-04390 | Michael Mann and Meryl Mann | 17630 | Dentons US LLP |
| 3. | 10-04390 | BAM LP | 17623 | Dentons US LLP |
| 4. | 10-04401 | The Rose Gindel Revocable Trust Agreement | 17634 | Dentons US LLP |
| 5. | 10-04415 | Barbara J. Berdon | 17624 | Dentons US LLP |
| 6. | 10-04486 | Norma Shapiro Revocable Declaration of Trust | 17633 | Dentons US LLP |
| 7. | 10-04486 | Trust U/W/O Philip L. Shapiro | 17638 | Dentons US LLP |
| 8. | 10-04486 | Norma Shapiro (IRA) | 17632 | Dentons US LLP |
| 9. | 10-04861 | Harold J. Hein Individual Retirement Account | 17626 | Dentons US LLP |
| 10. | 10-04882 | Laura E. Guggenheimer Cole | 17628 | Dentons US LLP |
| 11. | 10-04921 | Stanley T. Miller IRA | 17635 | Dentons US LLP |
| 12. | 10-04925 | The Alvin Gindel Revocable Trust Agreement | 17622 | Dentons US LLP |
| 13. | 10-05209 | Lapin Children LLC | 17627 | Dentons US LLP |
| 14. | 10-05236 | The Toby T. Hobish IRA | 17637 | Dentons US LLP |
| 15. | 10-05236 | LI RAM L.P. | 17629 | Dentons US LLP |
| 16. | 10-05384 | The Neil Reger Profit Sharing Keogh | 17631 | Dentons US LLP |
| 17. | 10-04377 | Carol Nelson<br>Stanley Nelson | 17682, 17733[1] | Chaitman LLP |
| 18. | 10-04658 | Carol Nelson | 17683, 17734[2] | Chaitman LLP |

---

[1] Carol Nelson and Stanley Nelson filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04377 (SMB), ECF No. 95.
[2] Carol Nelson filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04658 (SMB), ECF No. 101.

| | | | | |
|---|---|---|---|---|
| 19. | 10-04898 | Helene Saren-Lawrence | 17684, 17732[3] | Chaitman LLP |
| 20. | 10-04292 | Robert Roman | 17852 | Chaitman LLP |
| 21. | 10-04302 | Joan Roman | 17851 | Chaitman LLP |
| 22. | 10-04321 | Lewis Barbanel as the Personal Representative of the Estate of Herbert Barbanel and the Estate of Alice Barbanel | 17827 | Chaitman LLP |
| 23. | 10-04327 | Roberta Schwartz Trust U/A/D 2/11/08 | 17856 | Chaitman LLP |
| 24. | 10-04367 | Benjamin T. Heller | 17840 | Chaitman LLP |
| 25. | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended | 17848, 17849 | Chaitman LLP |
| 26. | 10-04469 | Carl L. Kamenstein, Sloan G. Kamenstein, Tracy D. Kamenstein, and David R. Kamenstein | 17842 | Chaitman LLP |
| 27. | 10-04503 | Judd Robbins | 17850 | Chaitman LLP |
| 28. | 10-04562 | Robert F. Ferber | 17835 | Chaitman LLP |
| 29. | 10-04610 | Whitman Partnership | 17859 | Chaitman LLP |
| 30. | 10-04621 | Donald A. Benjamin | 17828 | Chaitman LLP |
| 31. | 10-04644 | Russell Laslow Dusek | 17832 | Chaitman LLP |
| 32. | 10-04740 | Robert Hirsch and Lee Hirsch | 17841 | Chaitman LLP |
| 33. | 10-04752 | Judith Gattegno in her capacity as a member of the Kuntzman Family LLC | 17845 | Chaitman LLP |
| 34. | 10-04753 | Carla Ginsburg , M.D. | 17837 | Chaitman LLP |
| 35. | 10-04806 | Kenneth M. Kohl and Myrna L. Kohl | 17843 | Chaitman LLP |
| 36. | 10-04809 | Edyne Gordon, in her capacity as the Executrix of the Estate of Allen Gordon | 17838 | Chaitman LLP |

---

[3] Helene Saren-Lawrence filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04898 (SMB), ECF No. 141.

| | | | | |
|---|---|---|---|---|
| 37. | 10-04818 | Toby Harwood | 17839 | Chaitman LLP |
| 38. | 10-04823 | Frank DiFazio and Carol DiFazio | 17831 | Chaitman LLP |
| 39. | 10-04826 | Diane Homers and Bruce Palmer, Personal Representative of the Estate of Boyer Palmer | 17847 | Chaitman LLP |
| 40. | 10-04837 | Leslie Ehrlich and Stephen Ehrlich | 17834 | Chaitman LLP |
| 41. | 10-04956 | Athena Arvan, as the Personal Representative of the Estate of Denis M. Castelli | 17830 | Chaitman LLP |
| 42. | 10-04995 | Evelyn Berezin Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz, Evelyn Berezin and Sara Seims, Trustee | 17829 | Chaitman LLP |
| 43. | 10-05026 | Walter Freshman Revocable Trust and Frieda Freshman Revocable Trust Dated 12/31/92 | 17836 | Chaitman LLP |
| 44. | 10-05104 | Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust | 17854 | Chaitman LLP |
| 45. | 10-05124 | Theresa R. Ryan, individually and in her capacity as trustee of the Lawrence J. Ryan & Theresa R. Ryan Revocable Living Trust & the Lawrence J. Ryan By-Past Trust Under Declaration of Trust Dated 11/20/1991 | 17853 | Chaitman LLP |
| 46. | 10-05130 | Barbara Kotlikoff Harman | 17844 | Chaitman LLP |
| 47. | 10-05151 | The Palmer Family Trust | 17863 | Chaitman LLP |
| 48. | 10-05157 | Steven P. Norton, Martin R. Harnick, The Harnick Brothers Partnership | 17860 | Chaitman LLP |
| 49. | 10-05312 | Doron Tavlin Trust U/A/ 2/4/91 | 17857 | Chaitman LLP |
| 50. | 10-05377 | Richard G. Eaton | 17833 | Chaitman LLP |
| 51. | 10-05420 | Gunther K. Unflat and Margaret Unflat | 17858 | Chaitman LLP |
| 52. | 10-05435 | Keith Schafer and Jeffrey Schaffer, Jeffrey Schaffer and Donna Schaffer, Keith Schafffer | 17855 | Chaitman LLP |