# EXHIBIT A

| A | B | C | D | E | F | G | H | I | J | K | L | M | N | O | P | Q | R | S | T |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | Net Equity | | | Time-Based Damages | | | \multicolumn{4}{c}{District Court Proceedings} | | | Bankruptcy Court Proceedings | | | |
| Account Number | Claim Number* | Objection to Determination Docket | APN | Claimants | Counsel | Bankruptcy Court | Second Circuit Direct Appeal | Supreme Court | Bankruptcy Court | Second Circuit | Supreme Court | Greiff | Antecedent Debt | Section 546e | Stern v. Marshall | Inter-Account Transfers | Omnibus MTD | Madoff Depo Day 1 | Madoff Depo Day 2 |
| 1R0148 | 001181 | 2703 | 10-04292 | Robert Roman | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1R0147 | 001182 | 2700 | 10-04302 | Joan Roman | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1B0168 | 001393 | 1081 | 10-04321 | Herbert Barbanel & Alice Barbanel J/T WROS | Chaitman LLP | | | X | X | X | | | X | X | X | X | X | X | X |
| 1S0324 | 002946 | 2875 | 10-04327 | The Roberta Schwartz Trust | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1H0022 | 013764 | 1082 | 10-04367 | Ben Heller | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1EM145 | 009582 | 2365, 3502, 3508 | 10-04397 | The Fern C. Palmer Revocable Trust, Fern C. Palmer | Chaitman LLP | | | | X | x | | | X | X | X | X | X | X | X |
| 1CM596 | 000189 | 552 | 10-04469 | Tracy D Kamenstein | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1CM597 | 000177 | 551 | 10-04469 | Sloan G Kamenstein | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1CM913 | 000196 | 1065 | 10-04469 | David R. Kamenstein | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1CM914 | 000184 | 550 | 10-04469 | Carol Kamenstein | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1ZR234 | 006202 | 744 | 10-04503 | Judd Robbins(IRA) | Chaitman LLP | | | | | X | | | X | X | X | | X | X | X |
| 1CM524 | 011327 | 471 | 10-04562 | Robert F. Ferber | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1EM256 | 010449 | 579 | 10-04610 | The Whitman Partnership | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1CM006 | 000141 | 399; 400 | 10-04621 | Donald A. Benjamin | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | | |
| 1ZR131 | 002927 | 2001 | 10-04644 | Russell L. Dusek | Chaitman LLP | X | X | X | X | X | | | X | X | X | | X | X | X |
| 1ZR222 | 002879 | 2000 | 10-04644 | Russell L. Dusek II | Chaitman LLP | X | X | X | X | X | | | X | X | X | | X | X | X |
| 1ZR273 | 002878 | 605 | 10-04644 | FBO Russell Dusek III 44487 | Chaitman LLP | X | X | X | X | X | | | X | X | X | | X | X | X |
| 1ZA828 | 001340 | 908 | 10-04740 | Robert Hirsch and/or Lee Hirsch J/T WROS | Chaitman LLP | | | | X | X | | | X | X | X | | X | X | X |
| 1ZA539 | 002044 | 702 | 10-04752 | Kuntzman Family LLC | Chaitman LLP | | X | X | X | X | | | X | X | X | X | X | X | |
| 1G0220 | 002414 | 642 | 10-04753 | Carla Ginsburg, MD | Chaitman LLP | X | X | X | X | X | | | X | X | X | | X | X | X |
| 1ZB286 | 000204 | 575 | 10-04806 | Kenneth M Kohl and Myrna Kohl JT WROS | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1EM331 | 000080 | 2217 | 10-04809 | Allen Gordon | Chaitman LLP | | | | X | X | | | X | X | X | | X | X | X |
| 1ZA716 | 005666 | 701 | 10-04818 | Toby Harwood | Chaitman LLP | X | X | X | X | X | | | X | X | X | | X | X | X |
| 1D0071 | 012761 | 2284 | 10-04823 | Carol and Frank DiFazio | Chaitman LLP | | | | X | X | | | X | X | X | | X | X | X |
| 1P0098 | 009464 | 2531 | 10-04826 | Boyer Palmer | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1ZA911 | 010630 | 568 | 10-04837 | Stephen Ehrlich & Leslie Ehrlich | Chaitman LLP | X | X | X | X | X | | | X | X | X | | X | X | X |
| 1C1301 | 002488 | 3022 | 10-04956 | Denis Castelli | Chaitman LLP | | | | X | X | | | X | X | X | | X | X | X |
| 1CM806 | 011570 | 2422 | 10-04995 | Evelyn Berezin Wilenitz | Chaitman LLP | | | | | X | | | X | X | X | X | X | X | X |
| 1CM837 | 011587 | 2878 | 10-04995 | Trust U/ART Fourth O/W/O Israel Wilenitz, Evelyn | Chaitman LLP | | | | | X | | | X | X | X | X | X | X | X |
| 1F0092 | 000767 | 2810 | 10-05026 | The Walter Freshman Trust "A", Frieda Freshman | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1F0093 | 000745 | 2809 | 10-05026 | Frieda Freshman Revocable Trust, Frieda Freshman | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1S0399 | 005564 | 2333 | 10-05104 | Maurice Sandler MD | Chaitman LLP | | | | | X | | | X | X | X | | X | X | X |
| 1R0133 | 000852 | 2836 | 10-05124 | The Theresa R. Ryan and Lawrence J. Ryan Trust, | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1R0171 | 000856 | 3084; 3093 | 10-05124 | The Lawrence J. Ryan By-Pass Trust under | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1H0099 | 001418 | 2443 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP | | | | | | | | X | X | X | X | | X | X |
| 1EM144 | 004451 | 2757 | 10-05151 | The Palmer Family Trust | Chaitman LLP | | | | X | X | | | X | X | X | | X | X | X |
| 1H0123 | 001925 | 649; 3123 | 10-05157 | Martin R. Harnick & Steven P. Norton Partners | Chaitman LLP | | X | X | X | X | | X | X | X | X | X | X | X | X |
| 1H0161 | 008891 | 1855 | 10-05157 | Harnick Brothers Partnership | Chaitman LLP | | X | X | X | X | | X | X | X | X | X | X | X | X |
| 1T0004 | 000307 | 2912 | 10-05312 | Trust Dated 2/4/91 F/B/O Doron A. Tavlin, Harvey | Chaitman LLP | | | | | X | | | | | | X | X | X | X |
| 1CM366 | 013916 | 840 | 10-05377 | NTC & Co. FBO Richard G. Eaton | Chaitman LLP | | | | X | X | | | X | X | X | | X | X | X |
| 1U0017 | 000734 | 2113 | 10-05420 | Gunther Unflat & Margaret Unflat | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1U0018 | 000732 | 615; 704 | 10-05420 | NTC & Co. FBO Gunther K. Unflat (40366) | Chaitman LLP | X | X | X | X | X | | | X | X | X | X | X | X | X |
| 1ZA339 | 010700 | 2075; 3189 | 10-05435 | Keith Schaffer, Jeffrey Schaffer, and Carla Hirschhorn, | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1ZA401 | 011600 | 1027 | 10-05435 | Jeffrey Schaffer & Donna Schaffer JT WROS | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1ZA401 | 011600 | 2138; 3188 | 10-05435 | Jeffrey Schaffer and Donna Schaffer | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |
| 1ZA642 | 011596 | 1032 | 10-05435 | Keith Schaffer | Chaitman LLP | | | | X | X | | | X | X | X | X | X | X | X |

*This does not include any duplicative claims filed in the BLMIS customer accounts.