**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |

**NOTICE OF ADJOURNMENT OF HEARING ON THE
MOTION TO STRIKE THE NOTICES OF
WITHDRAWAL OF CLAIM AND NOTICES OF WITHDRAWAL
OF OBJECTION TO DETERMINATION OF CLAIM FILED
BY CHAITMAN LLP AND DENTONS US LLP**

**PLEASE TAKE NOTICE THAT**, Baker & Hostetler LLP is counsel to Irving H.

Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa

("SIPA"), and the estate of Bernard L. Madoff ("Madoff"),

**PLEASE TAKE FURTHER NOTICE THAT**, that the hearing on the Motion To Strike The Notices of Withdrawal Of Claim and Notices Of Withdrawal Of Objection To Determination Of Claim Filed By Chaitman LLP and Dentons US LLP scheduled to be held on August 29, 2018 has been adjourned to **September 26, 2018 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that written objections to the Trustee's Motion To Strike The Notices Of Withdrawal Of Claim And Notices Of Withdrawal Of Objection To Determination Of Claim Filed By Chaitman LLP and Dentons US LLP [ECF 17864], along with the Supplement to Trustee's Motion To Strike The Notices Of Withdrawal OF Claim And Notices OF Withdrawal Of Objection To Determination Of Claim Filed By Chaitman LLP and Dentons US LLP [ECF 17890] (collectively, the "Motion") must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on September 7, 2018** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (c) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 10, Washington, DC 20006Attn: Kevin Bell.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Trustee's reply to the objections filed on or before September 7, 2018, must be in writing, shall conform to the Bankruptcy Rules and other applicable rules and orders of this Court, and shall be filed in accordance with General Rule M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov) by no later than **September 19, 2018 at 4:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that failure to file timely objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, New York 10004.

Dated: New York, New York
August 16, 2018

/s/ *Nicholas J. Cremona*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4811-0648-8944.1