**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  Plaintiff-Applicant,  v.  BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  Defendant. | Adv. Pro. No. 08-01789 (SMB)  SIPA LIQUIDATION  (Substantively Consolidated) |
| In re:  BERNARD L. MADOFF,  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,  Plaintiff,  v.  ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),  Defendant. | Adv. Pro. No. 10-05354 (SMB) |

**SO ORDERED STIPULATION VOLUNTARILY DISMISSING**
**WITHOUT PREJUDICE CERTAIN CLAIMS AGAINST ABN AMRO BANK N.V.**

Irving H. Picard ("Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff, individually, and defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) ("RBS" and together with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on December 8, 2010, the Trustee filed a complaint in the Bankruptcy Court under the caption *Picard v. ABN AMRO Bank N. V.*, Adv. Pro No. 10-05354, against numerous defendants including RBS and Rye Select Broad Market XL Portfolio Limited ("Rye XL Portfolio") seeking to recover avoidable transfers from BLMIS under section 550 of the Bankruptcy Code (the "RBS Action");

**WHEREAS**, on August 8, 2012, the Trustee amended his complaint in the RBS Action ("Amended Complaint") and removed Rye XL Portfolio as a defendant in the RBS Action and seeking, among other things, to recover approximately $74.6 million in subsequent transfers of BLMIS customer property that RBS received from Rye XL Portfolio (the "RBS-Rye XL Portfolio Claim"), set out in Count Five of the Amended Complaint;

**WHEREAS**, on August 14, 2018, the Parties entered into a Tolling Agreement providing for the dismissal without prejudice of the RBS-Rye XL Portfolio Claim against RBS in the above-captioned adversary proceeding, subject to the right of the Trustee to reinstate the RBS-Rye XL Portfolio Claim by filing an amended complaint in accordance with the terms of the Tolling Agreement;

**NOW**, for the reasons stated above, the Parties agree and stipulate and the Bankruptcy Court hereby orders:

1. The RBS-Rye XL Portfolio Claim against RBS in the above-captioned adversary proceeding are dismissed without prejudice, subject to the right of the Trustee to reinstate the RBS-Rye XL Portfolio Claim by filing an amended complaint in accordance with the terms of the Tolling Agreement;

2. Nothing herein shall affect the rights of RBS to move for dismissal of the RBS-Rye XL Portfolio Claim on any and all grounds, including those of extraterritoriality and/or comity, in

the event that the RBS-Rye XL Portfolio Claim is reinstated in accordance with the terms of the Tolling Agreement.

3. In the event that the RBS-Rye XL Portfolio Claim is reinstated in accordance with the terms of the Tolling Agreement, to the extent that the Trustee wishes to add good faith allegations, the Trustee's right to do so shall be governed by any decision of the Court on the Trustee's motion for leave to amend to add allegations regarding lack of good faith in this action.

4. This Court shall retain jurisdiction to, among other things, interpret and enforce the terms and provisions of this Order.

Dated: August 17, 2018
      New York, New York

*/s/ Catherine E. Woltering*_____
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Catherine E. Woltering
Email: cwoltering@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*/s/ Michael S. Feldberg*
**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 610-6300
Facsimile: (212) 610-6399
Michael S. Feldberg
Email: michael.feldberg@allenovery.com

*Attorneys for Defendant ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*

3

SO ORDERED

/s/ STUART M. BERNSTEIN
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

Dated: **August 20th, 2018**
New York, New York