# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

# TWENTIETH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Adele Fox | 002270 | 2354 | Becker & Poliakoff, LLP | NTC & Co. FBO Adele Fox (111257) | 1F0125 |
| Edmund A. Nahas | 006354 | 2476 | Becker & Poliakoff, LLP | Edmund A Nahas | 1N0022 |
| Edwin A. Grant II | 000505 001030 | 2430 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Edwin A Grant II (18073) | 1G0329 |
| Manual O. Jaffe | 002167 | 2219 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Manuel O Jaffe (046272) | 1J0030 |
| Philip E. Miller and Steven A. Miller, as the heirs of Howard Miller | 002891 | 2371 | Becker & Poliakoff, LLP | Howard M Miller | 1M0123 |
| Sharon Lohse and the Sharon Lohse Trust | 000823 | 2245 | Becker & Poliakoff, LLP | GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02 | 1L0309 |
| The Estate of Gabriel Friedman | 011388 | 2871 | Becker & Poliakoff, LLP | Estate of Gabriel Friedman c/o of Richard Friedman | 1F0227 |
| The Friedman Credit Shelter Trust | 011741 | 2870 | Becker & Poliakoff, LLP | Friedman Credit Shelter Trust | 1F0226 |
| TIMOTHY TEUFEL | 001995 | 2037 | Becker & Poliakoff, LLP | Timothy Teufel | 1KW219 |