IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWENTIETH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 002270 | 2354 | Adele Fox | NTC & Co. FBO Adele Fox (111257) | 1F0125 | Becker & Poliakoff, LLP | 6/2/2010 |
| 011741 | 2870 | The Friedman Credit Shelter Trust | Friedman Credit Shelter Trust | 1F0226 | Becker & Poliakoff, LLP | 8/16/2010 |
| 011388 | 2871 | The Estate of Gabriel Friedman | Estate of Gabriel Friedman c/o of Richard Friedman | 1F0227 | Becker & Poliakoff, LLP | 8/16/2010 |
| 000505 001030 | 2430 | Edwin A. Grant II | Millennium Trust Company, LLC FBO Edwin A Grant II (18073) | 1G0329 | Becker & Poliakoff, LLP | 6/15/2010 |
| 002167 | 2219 | Manual O. Jaffe | Millennium Trust Company, LLC FBO Manuel O Jaffe (046272) | 1J0030 | Becker & Poliakoff, LLP | 4/21/2010 |
| 001995 | 2037 | TIMOTHY TEUFEL | Timothy Teufel | 1KW219 | Becker & Poliakoff, LLP | 3/17/2010 |
| 000823 | 2245 | Sharon Lohse and the Sharon Lohse Trust | GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02 | 1L0309 | Becker & Poliakoff, LLP | 5/5/2010 |
| 002891 | 2371 | Philip E. Miller and Steven A. Miller, as the heirs of Howard Miller | Howard M Miller | 1M0123 | Becker & Poliakoff, LLP | 6/7/2010 |
| 006354 | 2476 | Edmund A. Nahas | Edmund A Nahas | 1N0022 | Becker & Poliakoff, LLP | 6/25/2010 |