**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S TWENTIETH OMNIBUS MOTION
TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS
WHO HAVE NO NET EQUITY**

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard,

trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff")

(collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the

Court disallow any and all claims and overrule objections filed by or on behalf of customers that

withdrew more money from BLMIS than they deposited and are thus, in the parlance of this

case, net winners, or by customers that withdrew an equal amount to what was deposited and are

thus, in the parlance of this case, net zeros (collectively, the "Claimants"); and the Claims[1] to be

disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto under the heading "Claims and Objections", are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: _____, 2018
        New York, New York




                                        _____
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**TWENTIETH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Adele Fox | 002270 | 2354 | Becker & Poliakoff, LLP | NTC & Co. FBO Adele Fox (111257) | 1F0125 |
| Edmund A. Nahas | 006354 | 2476 | Becker & Poliakoff, LLP | Edmund A Nahas | 1N0022 |
| Edwin A. Grant II | 000505 001030 | 2430 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Edwin A Grant II (18073) | 1G0329 |
| Manual O. Jaffe | 002167 | 2219 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Manuel O Jaffe (046272) | 1J0030 |
| Philip E. Miller and Steven A. Miller, as the heirs of Howard Miller | 002891 | 2371 | Becker & Poliakoff, LLP | Howard M Miller | 1M0123 |
| Sharon Lohse and the Sharon Lohse Trust | 000823 | 2245 | Becker & Poliakoff, LLP | GST Separate Trust FBO Sharon Lohse U/T/A/D 5/29/02 | 1L0309 |
| The Estate of Gabriel Friedman | 011388 | 2871 | Becker & Poliakoff, LLP | Estate of Gabriel Friedman c/o of Richard Friedman | 1F0227 |
| The Friedman Credit Shelter Trust | 011741 | 2870 | Becker & Poliakoff, LLP | Friedman Credit Shelter Trust | 1F0226 |
| TIMOTHY TEUFEL | 001995 | 2037 | Becker & Poliakoff, LLP | Timothy Teufel | 1KW219 |