IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-FIRST OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Elinor Lifton | 007484 | 2289 | Becker & Poliakoff, LLP | Ellie Lifton c/o Lifton Company LLC | 1KW438 |
| Richard Friedman | 002096 | 2862 | Becker & Poliakoff, LLP | Millennium Trust Company, LLC FBO Richard M Friedman 115385 | 1F0134 |
| Toby Lees | 002918 | 3507 | Becker & Poliakoff, LLP | Toby Lees | 1KW448 |