IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**TWENTY-FIRST OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 002096 | 2862 | Richard Friedman | Millennium Trust Company, LLC FBO Richard M Friedman 115385 | 1F0134 | Becker & Poliakoff, LLP | 8/11/2010 |
| 007484 | 2289 | Elinor Lifton | Ellie Lifton c/o Lifton Company LLC | 1KW438 | Becker & Poliakoff, LLP | 5/19/2010 |
| 002918 | 3507 | Toby Lees | Toby Lees | 1KW448 | Becker & Poliakoff, LLP | 12/16/2010 |