UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>   -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>   -against-<br><br>SRIONE, LLC, an Idaho limited liability company; DANCING $ LLC, a Montana limited liability company; and ERIC WALDMAN,<br><br>        Defendants. | Adv. Pro. No. 10-5380 (SMB) |

**DISCOVERY ARBITRATOR'S THIRD DISCOVERY ORDER**

The Discovery Arbitrator, having reviewed a letter from Dean D. Hunt, Esq., of Baker & Hostetler LLP, counsel for the Trustee, dated August 22, 2018, and a responsive email, also dated August 22, 2018, from Philip H. Stillman, Esq., co-counsel for both defendants, hereby ORDERS that:

1. In connection with any motion practice, hearing, or trial in this matter, Schedule B to the Complaint shall be deemed accurate, the Defendants having conceded its accuracy through their counsel. Nevertheless, the Defendants must serve their amended responses to the Trustee's requests for admission by September 7, 2018.

2. The additional discovery issues raised in Mr. Dean's letter appear to be moot in light of the representations in Mr. Stillman's email.

3. Mr. Stillman is forewarned that any future failures to comply with deadlines in this matter may result in the imposition of substantial fines based on the number of days of delay.

4. The Trustee's request for a fee award is denied.

SO ORDERED.

Dated:   New York, New York
         August 23, 2018

_____
FRANK MAAS
Discovery Arbitrator

Copies to Counsel via ECF

2