**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                    )
                                  )      ss:
COUNTY OF DALLAS                  )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On August 22, 2018, I commenced service of, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1.    Trustee's Twentieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 17905)
2.    Declaration of Vineet Sehgal in Support of the Trustee's Twentieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Exhibits thereto (Docket Number 17906)
3.    Notice of Hearing on Trustee's Twentieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity with Proposed Order with Exhibit thereto (Docket Number 17907)
4.    Trustee's Twenty-First Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 17908)
5.    Declaration of Vineet Sehgal in Support of the Trustee's Twenty-First Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits Thereto (Docket Number 17909)

6.  Notice of Hearing on Trustee's Twenty-First Omnibus Motion to Overrule
    Objections of Claimants Who Invested More Than They Withdrew with
    Proposed Order with Exhibit thereto (Docket Number 17910)

Executed on August 23, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this ___23___ day of __August__ 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

Exhibit A

**August 22, 2018**

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |