**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jonathan Sobin (the "Claimant"), having filed an objection (the "Objection", Docket No. 2469) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#008501), hereby gives notice that he withdraws such Objection.

Dated: August 24, 2018

    /s/ *Lori V. Vaughan*
Lori V. Vaughan
Trenam, Kemker, Scharf, Barkin, Frye, O'Neill & Mullis, P.A.
101 East Kennedy Boulevard, Suite 2700
Tampa, FL
T:  813.223.7474
F:  813.229.6553
lvaughan@trenam.com