**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 29, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.  **10-04468; Picard v. Ken-Wen Family Limited Partnership, et al.**

    A.    Letter to the Honorable Stuart M. Bernstein Regarding Defendant Kenneth W. Brown's Motion to Dismiss (Filed 7/12/2018) [ECF No. 106]

Related <u>Documents</u>:

B.      Motion to Dismiss Adversary Proceeding (Filed 3/25/2018) [ECF No. 95]

<u>Status</u>: This matter is going forward as a telephonic conference.

## **<u>UNCONTESTED MATTERS</u>**

2.      **<u>08-01789; SIPC v. BLMIS</u>**

A.      Twenty-Seventh Application Of Trustee And Baker & Hostetler LLP For
        Allowance Of Interim Compensation For Services Rendered And Reimbursement
        Of Actual And Necessary Expenses Incurred From December 1, 2017 Through
        March 31, 2018 for Baker & Hostetler, L.L.P., Trustee's Attorney, period:
        12/1/2017 to 3/31/2018, fee: $33,507,486.00, expenses: $400,202.04.  (Filed
        7/13/2018) [ECF No. 17763]

B.      Application Of Schiltz & Schiltz As Special Counsel To The Trustee For
        Allowance Of Interim Compensation For Services Rendered And Reimbursement
        Of Expenses Incurred From December 1, 2017 Through March 31, 2018 And For
        Release Of A Portion Of Fees Held Back for Schiltz & Schiltz, Special Counsel,
        period: 12/1/2017 to 3/31/2018, fee: $42,044.21, expenses: $2,732.87.  (Filed
        7/13/2018) [ECF No. 17764]

C.      Application Of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden &
        Co) As Special Counsel To The Trustee For Allowance Of Interim Compensation
        For Services Rendered And Reimbursement Of Expenses Incurred From
        December 1, 2017 Through March 31, 2018 And For Release Of A Portion Of
        Fees Held Back for Higgs & Johnson, Special Counsel, period: 12/1/2017 to
        3/31/2018, fee: $8,958.68, expenses: $235.14.  (Filed 7/13/2018) [ECF No.
        17765]

D.      Twenty-Sixth Application of Windels Marx Lane & Mittendorf, LLP for
        Allowance of Interim Compensation for Services Rendered and Reimbursement
        of Actual and Necessary Expenses Incurred From December 1, 2017 Through
        March 31, 2018 and Request for Partial Release of Holdback for Windels Marx
        Lane & Mittendorf, LLP, Special Counsel, period: 12/1/2017 to 3/31/2018, fee:
        $1,590,899.58, expenses: $27,593.98.  (Filed 7/13/2018) [ECF No. 17766]

E.      Application Of Soroker Agmon Nordman As Special Counsel To The Trustee For
        Allowance Of Interim Compensation For Services Rendered And Reimbursement
        Of Expenses Incurred From December 1, 2017 Through March 31, 2018 And For
        Release Of A Portion Of Fees Held Back for Soroker Agmon Nordman, Special
        Counsel, period: 12/1/2017 to 3/31/2018, fee: $506,729.40, expenses: $5,872.27.
        (Filed 7/13/2018) [ECF No. 17767]

F.      Application Of Graf & Pitkowitz Rechtsnwalte Gmbh As Special Counsel To The
        Trustee For Allowance Of Interim Compensation For Services Rendered And
        Reimbursement Of Expenses Incurred From December 1, 2017 Through March 31,
        2018 And For Release Of A Portion Of Fees Held Back for Graf & Pitkowitz
        Rechtsanwalte GmbH, Special Counsel, period: 12/1/2017 to 3/31/2018, fee:
        $63,063.60, expenses: $1,568.45.  (Filed 7/13/2018) [ECF No. 17768]

G.      Application Of SCA Creque As Special Counsel To The Trustee For Allowance
        Of Interim Compensation For Services Rendered From December 1, 2017
        Through March 31, 2018 And For Release Of A Portion Of Fees Held Back for
        SCA Creque, Special Counsel, period: 12/1/2017 to 3/31/2018, fee: $6,271.38,
        expenses: $0.00.  (Filed 7/13/2018) [ECF No. 17769]

H.      Application Of Young Conaway Stargatt & Taylor, LLP As Special Counsel To
        The Trustee For Allowance Of Interim Compensation For Services Rendered And
        Reimbursement Of Actual And Necessary Expenses Incurred From December 1,
        2017 Through March 31, 2018 And For Release Of A Portion Of Fees Previously
        Held Back for Young Conaway Stargatt & Taylor LLP, Special Counsel, period:
        12/1/2017 to 3/31/2018, fee: $39,315.92, expenses: $1,071.20.  (Filed 7/13/2018)
        [ECF No. 17770]

I.      Application Of Williams, Barristers & Attorneys As Special Counsel To The
        Trustee For Allowance Of Interim Compensation For Services Rendered From
        December 1, 2017 Through March 31, 2018 And For Release Of A Portion Of
        Fees Held Back for Williams, Barristers & Attorneys, Special Counsel, period:
        12/1/2017 to 3/31/2018, fee: $315,336.52, expenses: $0.00.  (Filed 7/13/2018)
        [ECF No. 17771]

J.      Application Of UGGC & Associes As Special Counsel To The Trustee For
        Allowance Of Interim Compensation For Services Rendered From December 1,
        2017 Through March 31, 2018 And For Release Of A Portion Of Fees Held Back
        for UGGC & Associes, Special Counsel, period: 12/1/2017 to 3/31/2018, fee:
        $46,670.97, expenses: $4,120.92.  (Filed 7/13/2018) [ECF No. 17772]

K.      Application Of Browne Jacobson, LLP As Special Counsel To The Trustee For
        Allowance Of Interim Compensation For Services Rendered And Reimbursement
        Of Actual And Necessary Expenses Incurred From December 1, 2017 Through
        March 31, 2018 And For Release Of A Portion Of Fees Held Back for Browne
        Jacobson, LLP, Special Counsel, period: 12/1/2017 to 3/31/2018, fee:
        $879,457.67, expenses: $8,121.33.  (Filed 7/13/2018) [ECF No. 17773]

L.      Application Of Eugene F. Collins As Special Counsel To The Trustee For
        Allowance Of Interim Compensation For Services Rendered From December 1,
        2017 Through March 31, 2018 And For Release Of A Portion Of Fees Held Back

for Eugene F. Collins, Special Counsel, period: 12/1/2017 to 3/31/2018, fee: $2,855.20, expenses: $0.00.  (Filed 7/13/2018) [ECF No. 17774]

M.    Application Of Ritter Schierscher Rechtsanwalte As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From December 1, 2017 Through March 31, 2018 And For Release Of A Portion Of Fees Held Back for Ritter Schierscher Rechtsanwalte, Special Counsel, period: 12/1/2017 to 3/31/2018, fee: $867.45, expenses: $0.00.  (Filed 7/13/2018) [ECF No. 17775]

N.    Application Of Robbins, Russell, Englert, Orseck, Untereiner & Sauber Llp As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From December 1, 2017 Through March 31, 2018 And For Release Of A Portion Of Fees Held Back for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 12/1/2017 to 3/31/2018, fee: $120,415.50, expenses: $2,456.35.  (Filed 7/13/2018) [ECF No. 17776]

O.    Application Of The Scaletta Law Firm, PLLC As Special Counsel To The Trustee For Allowance Of Interim Compensation For Services Rendered From December 1, 2017 Through March 31, 2018 And For Release Of A Portion Of Fees Held Back for Scaletta Law Firm, PLLC, Special Counsel, period: 12/1/2017 to 3/31/2018, fee: $20,867.85, expenses: $0.00.  (Filed 7/13/2018) [ECF No. 17777]

P.    Application Of La Tanzi, Spaulding & Landreth, PC As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods for La Tanzi, Spaulding & Landreth, P.C., Special Counsel, period: 12/1/2017 to 3/31/2018.  (Filed 7/13/2018) [ECF No. 17778]

Q.    Application Of Bedell Cristin Guernsey Partnership As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods for Bedell Cristin Guernsey Partnership, Special Counsel, period: 12/1/2017 to 3/31/2018.  (Filed 7/13/2018) [ECF No. 17779]

R.    Application Of Munari Giudici Maniglio Panfili e Associati As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods for Munari Giudici Maniglio Panfili E Associati, Special Counsel, period: 12/1/2017 to 3/31/2018.  (Filed 7/13/2018) [ECF No. 17780]

S.    Application Of Cochran Allan As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For The Prior Compensation Periods for Cochran Allan, Special Counsel, period: 12/1/2017 to 3/31/2018.  (Filed 7/13/2018) [ECF No. 17781]

T.    Application Of Kelley, Wolter & Scott, Professional Association As Special Counsel To The Trustee For A Release Of A Portion Of Fees Previously Held For

The Prior Compensation Periods for Kelley Wolter & Scott, P.A, Special
Counsel, period: 12/1/2017 to 3/31/2018.  (Filed 7/13/2018) [ECF No. 17782]

U.      Application Of Kugler Kandestin, Llp As Special Counsel To The Trustee For A
Release Of A Portion Of Fees Previously Held For The Prior Compensation
Periods for Kugler Kandestin, L.L.P., Special Counsel, period: 12/1/2017 to
3/31/2018.  (Filed 7/13/2018) [ECF No. 17783]

V.      Application Of Werder Vigano As Special Counsel To The Trustee For A Release
Of A Portion Of Fees Previously Held For The Prior Compensation Periods for
Werder Vigano, Special Counsel, period: 12/1/2017 to 3/31/2018. (Filed
7/13/2018) [ECF No. 17784]

Responses Filed

W.      Recommendation of the Securities Investor Protection Corporation in Support of
Twenty-Seventh Application of Trustee and Counsel for Interim Compensation
and Reimbursement of Expenses.  (Filed 7/18/2018) [ECF No. 17793]

X.      Recommendation of the Securities Investor Protection Corporation in Support of
Applications of International Special Counsel to Irving H. Picard, Trustee, for
Interim Compensation and Reimbursement of Expenses and for Release of a
Portion of Fees Held Back.  (Filed 7/18/2018) [ECF No. 17794]

Y.      Recommendation of the Securities Investor Protection Corporation in Support of
the Twenty-Sixth Application of Windels Marx Lane & Mittendorf, LLP, for
Interim Compensation and Reimbursement of Expenses and Request for Partial
Release of Holdback.  (Filed 7/18/2018) [ECF No. 17795]

Z.      Recommendation of the Securities Investor Protection Corporation in Support of
Twenty-Second Application of Young Conaway Stargatt & Taylor, LLP, for
Interim Compensation and Reimbursement of Expenses and a Request for Portion
of Fees Held Back.  (Filed 7/18/2018) [ECF No. 17796]

AA.     Recommendation of the Securities Investor Protection Corporation in Support of
Second Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber
LLP for Interim Compensation and a Request for Release of a Portion of Fees
Held Back.  (Filed 7/18/2018) [ECF No. 17797]

BB.     Recommendation of the Securities Investor Protection Corporation in Support of
Second Application of The Scaletta Law Firm PLLC for Interim Compensation
and a Request for Release of a Portion of Fees Held Back.  (Filed 7/18/2018)
[ECF No. 17798]

CC.     Recommendation of the Securities Investor Protection Corporation in Support of
Application of Kelley, Wolter & Scott, P.A., for a Request for a Portion of Fees

Previously Held for the Prior Compensation Periods.  (Filed 7/18/2018) [ECF No. 17799]

DD.     Recommendation of the Securities Investor Protection Corporation in Support of Application of Cochran Allan for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods.  (Filed 7/18/2018) [ECF No. 17800]

EE.     Recommendation of the Securities Investor Protection Corporation in Support of Application of La Tanzi Spaulding & Landreth, P.C., for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods.  (Filed 7/18/2018) [ECF No. 17801]

Related Documents

FF.     Notice Of Hearing On Applications For Interim Compensation For Services Rendered And Reimbursement Of Actual And Necessary Expenses Incurred By Applicants From December 1, 2017 Through March 31, 2018.  (Filed: 7/13/2018) [Docket No. 17785].

Objections Due:              August 22, 2018

Objections Filed            None

<u>Status</u>: This matter is going forward.

Dated:  August 28, 2018
        New York, New York

By:    ___/s/ David J. Sheehan_____

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*