**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>            Defendants. | Adv. Pro. No. 10-04468 (SMB) |

**ORDER GRANTING ADMISSION TO PRACTICE,**
*PRO HAC VICE* **OF MICHAEL S. NEIBURG**

Upon the motion of Michael S. Neiburg, to be admitted, *pro hac vice*, to represent Irving H. Picard, trustee ("Trustee") for the liquidation of Bernard L. Madoff Investment Securities ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa et seq. ("SIPA") and the estate of Bernard L. Madoff, in the above referenced adversary, and upon the movant's certification that the movant is a member in good standing of the bar in the State of Delaware and the United States District Court for the District of Delaware, it is hereby

**ORDERED** that Michael S. Neiburg, is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Trustee, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: **August 28th, 2018**
New York, New York

                                            **/s/ STUART M. BERNSTEIN**
                                            UNITED STATES BANKRUPTCY JUDGE