**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------- x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
        Plaintiff-Applicant, :
:
        v. :
: SIPA Liquidation
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, : No. 08-01789 (SMB)
:
        Defendant. : (Substantively Consolidated)
:
------------------------------------- x
In re :
:
BERNARD L. MADOFF, :
:
        Debtor. :
:
------------------------------------- x
IRVING H. PICARD, Trustee for the substantively :
consolidated Liquidation of Bernard L. Madoff :
Investment Securities LLC and Bernard L. Madoff :
:
        Plaintiff, : Adv. Pro. No. 10-05345 (SMB)
:
        v. :
:
CITIBANK, N.A., CITIBANK NORTH :
AMERICA, INC, AND CITIGROUP GLOBAL :
MARKETS LIMITED, :
:
        Defendants. :
x
-------------------------------------

## ORDER

Upon the motion of Erica Klipper for leave to withdraw as counsel for Defendants Citibank, N.A., Citibank North America, Inc., and Citigroup Global Markets Limited., IT IS HEREBY ORDERED:

1. The motion is granted.

Dated: august 29th, 2018

New York, New York

                                       **/s/ STUART M. BERNSTEIN**
                                       THE HONORABLE STUART M. BERNSTEIN
                                       UNITED STATES BANKRUPTCY JUDGE