UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Debtor. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION,<br><br>　　　　　　　　Defendants. | Adv. Pro. No. 09-01182 (SMB)<br><br>Civil Case No. 15-cv-6269 (LTS) |



USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 8/30/18

**NOTICE OF WITHDRAWAL OF TRUSTEE'S MOTION
TO WITHDRAW THE REFERENCE**

Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), hereby withdraws his motion (the "Motion") to withdraw the reference to the Bankruptcy Court under 28 U.S.C. § 157(d), Federal Rule of Bankruptcy Procedure 5011(a), and Local Bankruptcy Rule 5011-1 in the above-captioned proceeding (the "Merkin Action"). ECF Nos. 1, 2.

The parties to the Merkin Action: (a) consented to the entry of final orders and judgments by the Bankruptcy Court on all claims in this adversary proceeding; (b) waived their right to a jury trial; and (c) agreed to a bench trial before the Bankruptcy Court on all claims in this

proceeding. *See* Stipulation and Order, *Picard v. Merkin*, Adv. Pro. No. 09-1182 (SMB) (Bankr. S.D.N.Y. September 2, 2015), ECF No. 278. Accordingly, the Trustee withdraws his Motion.

Dated: New York, New York
       September 3, 2015

Respectfully submitted,

By:   */s/ David J. Sheehan*
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, NY 10111
      Telephone: (212) 589-4200
      Facsimile: (212) 589-4201
      David J. Sheehan
      dsheehan@bakerlaw.com
      Lan Hoang
      lhoang@bakerlaw.com
      Seanna R. Brown
      sbrown@bakerlaw.com
      Brian Song
      bsong@bakerlaw.com

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated*
*SIPA Liquidation of Bernard L. Madoff*
*Investment Securities LLC and the Estate of*
*Bernard L. Madoff*

SO ORDERED:

_____
U.S.D.J.    8/28/18

2