UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

                Plaintiff-Applicant,

     v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

---

## NOTICE OF WITHDRAWAL OF OBJECTION

Stephen R. Goldenberg (the "Claimant"), having filed an objection (the "Objection") to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (# 010950), hereby gives notice that he withdraws such Objection.

Dated: July 30, 2018

                                              Matthew A. Kupillas, Esq. on behalf of Stephen R. Goldenberg
                                              Milberg Tadler Phillips Grossman LLP
                                              One Pennsylvania Plaza, Suite 1920
                                              New York, NY 10119
                                              Telephone: (212) 594-5300