**CHAITMAN LLP**　　　　　　　　　　　　　　**Presentment Date: September 26, 2018 12:00 PM**
Helen Davis Chaitman　　　　　　　　　　　　**Objection Date: September 19, 2018**
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants Leonard J. Oguss Trust, Jane L. Oguss, as Trustee, Ronald A. Oguss, as Trustee and Gerald M. Oguss, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　　Plaintiff-Applicant,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and BERNARD L. MADOFF,<br>　　　　　　　　　Plaintiff,<br>　　v.<br>LEONARD J. OGUSS TRUST, JANE L. OGUSS, as trustee RONALD A. OGUSS, as trustee, and GERALD M. OGUSS, as trustee,<br>　　　　　　　　　Defendants. | Adv. Pro. No. 10-05116 (SMB) |

**NOTICE OF PRESENTMENT OF AN ORDER**
**<u>GRANTING APPLICATION TO WITHDRAW AS COUNSEL</u>**

{00037421 1 }

**PLEASE TAKE NOTICE** that, upon the annexed Declaration of Helen Davis Chaitman in Support of Application to Withdraw as Counsel, dated September 5, 2018 Chaitman LLP, attorney of record for Defendants Leonard J. Oguss Trust, Jane L. Oguss, as trustee Ronald A. Oguss, as trustee, and Gerald M. Oguss, as trustee (the "Defendants"), will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, NY 10004, for signature on September 26, 2018 at 12:00 PM.

**PLEASE TAKE FURTHER NOTICE** that unless a written objection to the proposed order, with proof of service, is filed with the Clerk of the Court and copies of such objection are served so as to be delivered to the undersigned, along with counsel to the Trustee, and a courtesy copy is delivered to the Bankruptcy Judge's chambers at least three days before the date of presentment, there will not be a hearing and the order may be signed.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely filed, the Court will notify the moving and objecting parties of the date and time of the hearing and of the moving party's obligation to notify all other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated:  September 5, 2018
        New York, New York

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     hchaitman@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

{00037421 1}                      2