**TED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and BERNARD L. MADOFF,<br><br>                    Plaintiff,<br>v.<br><br>LEONARD J. OGUSS TRUST, JANE L. OGUSS, as trustee RONALD A. OGUSS, as trustee, and GERALD M. OGUSS, as trustee,<br><br>                    Defendants. | Adv. Pro. No. 10-05116 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Leonard J. Oguss Trust, Jane L. Oguss, as trustee Ronald A. Oguss, as trustee, and Gerald M. Oguss, as trustee, (the "Defendants"); and due and sufficient notice of the Application having been given ; and the Court having reviewed all pleadings and other papers filed in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the

{00037425 2 }

Application is in the best interests of the Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding.

Dated:  September ___, 2018
         New York, New York

                                                     Hon. Stuart M. Bernstein
                                                     UNITED STATES BANKRUPTCY JUDGE