**CHAITMAN LLP**  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114

Presentment Date: September 26, 2018 12:00 PM  
Objection Date: September 19, 2018

*Attorneys for Defendants Leonard J. Oguss Trust, Jane L. Oguss, as Trustee, Ronald A. Oguss, as Trustee and Gerald M. Oguss, as Trustee*

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and BERNARD L. MADOFF,<br><br>       Plaintiff,<br>v.<br><br>LEONARD J. OGUSS TRUST, JANE L. OGUSS, as trustee RONALD A. OGUSS, as trustee, and GERALD M. OGUSS, as trustee,<br><br>       Defendants. | Adv. Pro. No. 10-05116 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT**  
**OF APPLICATION TO WITHDRAW AS COUNSEL**

{00037423 1 }

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.  I am a partner with Chaitman LLP, counsel of record to Defendants Leonard J. Oguss Trust, Jane L. Oguss, as trustee Ronald A. Oguss, as trustee, and Gerald M. Oguss, as trustee, (the "Defendants"). I submit this declaration in support of an application for an Order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules of this Court: (1) authorizing Chaitman LLP to withdraw as counsel to the Defendants; and (2) granting such other and further relief as the Court deems just and proper. Unless otherwise stated, the foregoing is based on my personal knowledge.

2.  The Trustee commenced this adversary proceeding against the Defendants on December 2, 2010 (the "Adversary Proceeding").

3.  Thereafter, the Defendants retained Becker & Poliakoff LLP to represent them.

4.  On behalf of the Defendants, while at Becker & Poliakoff, LLP, I filed a Notice of Appearance and Request for Service of Papers on February 3, 2011 (ECF Doc. No. 3).

5.  On behalf of the Defendants as a partner of Chaitman LLP, I filed a Notice of Appearance and Request for Service of Papers on October 12, 2015 (ECF Doc. No. 41).

6.  I have repeatedly attempted to contact the Defendants but they are unresponsive.

7.  The Adversary Proceeding will not be disrupted or unduly delayed as a result of this firm's withdrawal as Defendants' counsel.

8.  Accordingly, cause exists to grant the application authorizing Chaitman LLP to withdraw as counsel for the Defendants.

Dated: September 5, 2018  　　　　　　　　　　　　　　 */s/ Helen Davis Chaitman*
       New York, New York