**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**Presentment Date: September 26, 2018 12:00 PM**
**Objection Date: September 19, 2018**

*Attorneys for Defendants Leonard J. Oguss Trust, Jane L. Oguss, as Trustee, Ronald A. Oguss, as Trustee and Gerald M. Oguss, as Trustee*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                  Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                  Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and BERNARD L. MADOFF,<br>                  Plaintiff,<br>v.<br>LEONARD J. OGUSS TRUST, JANE L. OGUSS, as trustee RONALD A. OGUSS, as trustee, and GERALD M. OGUSS, as trustee,<br>                  Defendants. | Adv. Pro. No. 10-05116 (SMB) |

**CERTIFICATE OF SERVICE**

{00037424 1 }

I, Helen Davis Chaitman, hereby certify that on September 5, 2018 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

<u>By electronic mail and USPS First Class Mail upon:</u>

Ronald A. Oguss ronoguss@hotmail.com
23805 Terrace View Dr.
Newhall, CA 91321

Gerald Oguss gerry@oguss.com
1685 Wincanton Lane
Highland Park, IL  60035-3336

Jane L. Oguss jloguss@comcast.net
5205 Yellow Pine Lane
Tamarac, FL  33319

<u>By electronic mail upon:</u>

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   September 5, 2018                     */s/ Helen Davis Chaitman*
         New York, New York