**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| -against- | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

In re:

BERNARD L. MADOFF,

        Debtor.

---

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,           Adv. Pro. No. 12-01576 (SMB)

        Plaintiff,

        v.

BNP PARIBAS S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, BNP Paribas Securities Services S.A.

        Defendants.

**ORDER**

        Upon the motion of Dong (Donna) Xu for leave to withdraw as counsel for BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Securities Services S.A., and BNP Paribas Bank & Trust (Cayman) Limited in Adv. Pro. No. 12-01576, IT IS HEREBY ORDERED:

        1. The motion is granted.

**Dated: September 6, 2018**

    **/s/ STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**