# EXHIBIT A

|   | Case Name / Adversary Proceeding No. | Claim Filed | Determination | Objection Filed | Objection Withdrawn | Complaint Filed & Amended |
|---|---|---|---|---|---|---|
| 1. | HAROLD J. HEIN (IRA) 10-04861 (SMB) | 6/17/2009 | 10/19/2009 | 11/13/2009 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 2. | BARBARA J. BERDON 10-04415 (SMB) | 6/19/2009 | 5/10/2010 | 6/8/2010 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 3. | LAURA E. GUGGENHEIMER COLE 10-04882 (SMB) | 6/15/2009 | 6/23/2010 | 7/14/2010 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 4. | ALVIN GINDEL REVOCABLE TRUST, and ALVIN GINDEL, In His Capacity As Trustee Of The Alvin Gindel Revocable Trust 10-04925 (SMB) | 6/18/2009 | 10/19/2009 | 11/17/2009 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 5. | ROSE GINDEL TRUST, ROSE GINDEL, Individually and In Her Capacity As Trustee Of The Rose Gindel Trust, MICHAEL GINDEL, Individually, and ALVIN GINDEL, In His Capacity As Trustee Of The Rose Gindel Trust 10-04401 (SMB) | 6/18/2009 | 5/10/2010 | 6/8/2010 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 6. | TOBY T. HOBISH, (IRA), LI, RAM L.P., A New York Limited Partnership 10-05236 (SMB) | 6/8/2009 | TH: 12/3/2009 LI: 10/19/2009 | TH: 12/18/2009 LI: 11/18/2009 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 7. | LAPIN CHILDREN LLC 10-05209 (SMB) | 3/10/2009 | 3/23/2010 | 4/12/2010 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 8. | BAM L.P., MICHAEL MANN, MERYL MANN, BETSY MANN POLATSCH, AND ADAM MANN 10-04390 (SMB) | 6/17/2009 | MM: 8/28/2009 BAM: 10/19/2009 | MM: 9/25/2009 BAM: 11/16/20009 | expunged | 11/12/2010 1/25/2012 |
| 9. | STANLEY T. MILLER (IRA) 10-04921 (SMB) | 3/16/2009 | 10/7/2009 | 10/21/2009 | 6/1/2018 | 11/12/2010 1/25/2012 |

108497672\V-2

| | Case Name / Adversary Proceeding No. | Claim Filed | Determination | Objection Filed | Objection Withdrawn | Complaint Filed & Amended |
|---|---|---|---|---|---|---|
| 10. | NEIL REGER PROFIT SHARING KEOGH and NEIL REGER, Individually and In His Capacity As Trustee Of The Neil Reger Profit Sharing Keogh 10-05384 (SMB) | 6/16/2009 | 10/19/2009 | 11/16/2009 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 11. | THE NORMA SHAPIRO REVOCABLE DECLARATION OF TRUST UNDER AGREEMENT DATED 9/16/2008; TRUST UNDER WILL OF PHILIP L SHAPIRO; NORMA SHAPIRO, individually, and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro; and MARTIN ROSEN, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro 10-04486 (SMB) | 6/17/2009 | NSI: 3/9/2010 NST: 4/26/2010 PST: 5/12/2010 | NSI: 3/24/2010 NST: 5/6/2010 PST: 6/7/2010 | 6/1/2018 | 11/12/2010 1/25/2012 |
| 12. | BARRY WEISFELD 10-04332 (SMB) | 6/17/2009 | 8/28/2009 | 9/25/2009 | Expunged | 11/12/2010 1/25/2012 |
| 13. | JAMES GREIFF 10-04357 (SMB) | 1/27/2009 | 8/28/2009 | | | 11/30/2010 |