**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Seanna R. Brown
Amy E. Vanderwal

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | Appeal No. 18-cv-07449-PAE |
| BERNARD L. MADOFF, | |
| Debtor. | |

**APPELLEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Under Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Irving H.

Picard ("Trustee"), trustee for the substantively consolidated liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, hereby submits the following designation of additional items to be included in the record on appeal in connection with the notice of appeal filed on August 10, 2018 (ECF No. 17884) from the Memorandum Decision and Order Regarding Treatment of Profit Withdrawal Transactions of July 27, 2018 (ECF No. 17869) and the Order Affirming the Trustee's Determinations Denying Claims and Overruling the Objections of Participating Claimant Aaron Blecker of August 3, 2018 (ECF No. 17878), entered by the United States Bankruptcy Court for the Southern District of New York (Bernstein, J.), and respectfully submits as follows:

## DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Trustee hereby designates the following additional items to be included in the record on appeal:

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 7/3/2014 | 7249 | Transcript regarding Hearing Held on 6/19/2014 10:40AM RE: Inter-Account Transfers -- Trustee's Motion Affirming Application of Net Investment Method to Inter- Account Transfers. Remote electronic access to the transcript is restricted until 9/18/2014. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: VERITEXT REPORTING COMPANY.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/27/2014. Statement of Redaction Request Due By 7/11/2014. Redacted Transcript Submission Due By 7/21/2014. Transcript access will be restricted through 9/18/2014. (Ortiz, Carmen) (Entered: 07/03/2014) |

---

[1] All "ECF No." references are to the docket of the main liquidation proceeding, *Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. No. 08-01789 (SMB) (Bankr. S.D.N.Y.).

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 2/25/2015 | 9357 | Motion to Approve Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 4/29/2015 at 10:00 AM at Courtroom 723 (SMB) Responses due by 3/18/2015. (Attachments: # 1 Proposed Order # 2 Exhibit 1 to Proposed Order # 3 Exhibit 2 to Proposed Order) (Sheehan, David) (Entered: 02/25/2015) |
| 3/18/2015 | 9507 | Objection to Motion Objection to the Trustee's Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (related document(s)9357) filed by Helen Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 03/18/2015) |
| 3/18/2015 | 9508 | Declaration Declaration of Helen Davis Chaitman, Esq. (related document(s)9507) filed by Helen Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Chaitman, Helen) (Entered: 03/18/2015) |
| 5/19/2015 | 10016 | Notice of Withdrawal of Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (related document(s)9357) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 05/19/2015) |
| 5/19/2015 | 10017 | Motion to Approve - Amended Motion for Order Establishing Schedule for Limited Discovery & Briefing on Profit Withdrawal Issue filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 6/24/2015 at 10:00 AM at Courtroom 723 (SMB) Responses due by 6/10/2015,. (Attachments: # 1 Notice of Motion # 2 Proposed Order # 3 Exhibit 1 # 4 Exhibit 2) (Sheehan, David) (Entered: 05/19/2015) |
| 6/18/2015 | 10217 | Certificate of No Objection Pursuant to LR 9075-2 to Trustees Amended Motion for Order Establishing Schedule for Limited Discovery and Briefing on Profit Withdrawal Issue (related document(s)10017) Filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 06/18/2015) |
| 6/25/2015 | 10266 | Order Signed On 6/24/2015 Re: Establishing Schedule For Limited Discovery And Briefing On Profit Withdrawal Issue(Related Doc # 10017). (Greene, Chantel) (Entered: 06/25/2015) |
| 7/14/2015 | 10650 | Memorandum of Law of SIPC in Support of the Trustee's Motion to Affirm his Treatment of Profit Withdrawals filed by Christopher H. LaRosa on behalf of Securities Investor Protection Corporation. (LaRosa, Christopher) (Entered: 07/14/2015) |
| 7/14/2015 | 10660 | Motion to Approve - Notice of Trustee's Motion for an Order Affirming Treatment of Profit Withdrawal Transactions filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A - Profit Withdrawal Scheduling Order) (Sheehan, David) (Entered: 07/14/2015) |
| 7/14/2015 | 10661 | Memorandum of Law - Memorandum of Law in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10660) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 07/14/2015) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 7/14/2015 | 10662 | Declaration of Vineet Sehgal in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10661, 10660) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4) (Sheehan, David) (Entered: 07/14/2015) |
| 7/14/2015 | 10663 | Declaration of Matthew B. Greenblatt (related document(s)10661, 10660) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 - Part 1 # 3 Exhibit 2 - Part 2.1 # 4 Exhibit 2 - Part 2.2 # 5 Exhibit 2 - Part 2.3 # 6 Exhibit 2 - Part 2.4 # 7 Exhibit 2 - Part 2.5 # 8 Exhibit 2 - Part 3 # 9 Exhibit 2 - Part 4 # 10 Exhibit 2 - Part 5 # 11 Exhibit 2 - Part 6) (Sheehan, David) (Entered: 07/14/2015) |
| 7/14/2015 | 10664 | Declaration of Lisa M. Collura (related document(s)10661, 10660) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit 1) (Sheehan, David) (Entered: 07/14/2015) |
| 12/28/2015 | 12319 | Motion to Compel Notice of Motion for an Order Compelling the Trustee to Allow Aaron Blecker's SIPC Claim filed by Helen Davis Chaitman on behalf of Aaron Blecker with hearing to be held on 1/27/2016 (check with court for location) Responses due by 1/13/2016,. (Attachments: # 1 Memorandum of Law # 2 Declaration # 3 Proposed Order) (Chaitman, Helen) (Entered: 12/28/2015) |
| 12/29/2015 | 12323 | Letter to Honorable Stuart M. Bernstein regarding Notice of Motion for an Order Compelling the Trustee to Allow Aaron Blecker's SIPC Claim (related document(s)12319) Filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A)(Sheehan, David) (Entered: 12/29/2015) |
| 12/30/2015 | 12324 | Letter to Honorable Stuart M. Bernstein regarding Aaron Blecker's motion, returnable January 27, 2016, for an order allowing his SIPC claim (related document(s)12323) Filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A)(Chaitman, Helen) (Entered: 12/30/2015) |
| 1/13/2016 | 12432 | Opposition Brief - Trustee's Memorandum of Law in Opposition to Motion of Aaron Blecker to Compel the Trustee to Allow His SIPC Claim (related document(s)12319) filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 01/13/2016) |
| 1/13/2016 | 12433 | Declaration of Vineet Seghal in Support of the Trustee's Objection to Motion of Aaron Blecker to Compel the Trustee to Allow His SIPC Claim (related document(s)12432) filed by David J. Sheehan on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P) (Sheehan, David) (Entered: 01/13/2016) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 1/14/2016 | 12438 | Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Opposition to Motion of Aaron Blecker to Compel the Trustee to Allow SIPC Claim (related document(s)12432) filed by Kevin H. Bell on behalf of Securities Investor Protection Corporation. (Bell, Kevin) (Entered: 01/14/2016) |
| 2/10/2016 | 12628 | Reply to Motion Aaron Blecker's Reply Memorandum of Law in Further Support of Motion to Compel the Trustee to Allow His SIPC Claim (related document(s)12319) filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 02/10/2016) |
| 2/10/2016 | 12629 | Reply Declaration Reply Declaration of Helen Davis Chaitman in Further Support of Motion to Compel the Trustee to Allow Aaron Blecker's SIPC Claim (related document(s)12319) filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6 # 7 Exhibit 7 # 8 Exhibit 8 # 9 Exhibit 9 # 10 Exhibit 10 # 11 Exhibit 11) (Chaitman, Helen) (Entered: 02/10/2016) |
| 2/17/2016 | 12673 | Letter to Honorable Stuart M. Bernstein (related document(s)12319) Filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 02/17/2016) |
| 3/14/2016 | 12865 | Motion to Approve - Motion for Order Amending Schedule of Litigation of Profit Withdrawal Issue filed by David J. Sheehan on behalf of Irving H. Picard with hearing to be held on 4/5/2016 at 10:00 AM at Courtroom 723 (SMB) Responses due by 3/29/2016,. (Attachments: # 1 Notice of Motion # 2 Proposed Order) (Sheehan, David) (Entered: 03/14/2016) |
| 3/14/2016 | 12870 | Transcript regarding Hearing Held on 6/24/2015 10:00AM RE: Madoff Omnibus Day; Trustee's Motion Establishing for Limited Discovery and Briefing Schedule on Profit Withdraw Issue; Trustee's Motion Denying Claims of Claimants Holding Interest in Epic Ventures, LLC;. Remote electronic access to the transcript is restricted until 6/13/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/21/2016. Statement of Redaction Request Due By 4/4/2016. Redacted Transcript Submission Due By 4/14/2016. Transcript access will be restricted through 6/13/2016. (Ortiz, Carmen) (Entered: 03/15/2016) |

5

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 3/3/2016 | 12885 | Transcript regarding Hearing Held on 2/24/2016 10:16AM RE: Motion to Allow Customer Claim of Aaron Blecker; Trustees Motion and Memorandum to Affirm His Determinations Denying Claims of Claimants Holding Interests in Black River Associates LP, MOT Family Investors, LP, Rothschild Family Partnership, and Ostrin Family Partnership. Remote electronic access to the transcript is restricted until 6/1/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/10/2016. Statement of Redaction Request Due By 3/24/2016. Redacted Transcript Submission Due By 4/4/2016. Transcript access will be restricted through 6/1/2016. (Ortiz, Carmen) (Entered: 03/16/2016) |
| 3/18/2016 | 12929 | Reply to Motion CUSTOMERS' REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF MOTION FOR AN ORDER AUTHORIZING THE DEPOSITION OF BERNARD L. MADOFF filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 03/18/2016) |
| 3/24/2016 | 12986 | Transcript regarding Hearing Held on March 23, 2016 at 10:40 AM RE: Defendants' Motion to Quash Subpoena, for Protective Order, and for Dismissal; 08-01789-smb Motion to take Deposition of Bernard L. Madoff; Application of Temporary Restraining Order and Stay of Enforcement of Subpoenas. Remote electronic access to the transcript is restricted until 6/22/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/31/2016. Statement of Redaction Request Due By 4/14/2016. Redacted Transcript Submission Due By 4/25/2016. Transcript access will be restricted through 6/22/2016. (Braithwaite, Kenishia) (Entered: 03/28/2016) |
| 4/1/2016 | 13016 | Response - Reply in Further Support of Motion for Order Amending Schedule of Litigation of Profit Withdrawal Issue (related document(s)12997) filed by Seanna Brown on behalf of Irving H. Picard. with hearing to be held on 4/5/2016 at 10:00 AM at Courtroom 723 (SMB) (Brown, Seanna) (Entered: 04/01/2016) |
| 4/5/2016 | 13038 | Order Signed On 4/5/2016 Re: Amending Schedule Of Litigation Of Profit Withdrawal Issue (Related Doc # 12865). (Greene, Chantel) (Entered: 04/05/2016) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 5/6/2016 | 13289 | Transcript regarding Hearing Held on 05/05/16 at 10:42 am RE: Order to Show Cause re Depositions of Bongiorno and Crupi. Remote electronic access to the transcript is restricted until 8/4/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/13/2016. Statement of Redaction Request Due By 5/27/2016. Redacted Transcript Submission Due By 6/6/2016. Transcript access will be restricted through 8/4/2016. (Brown, Tenille) (Entered: 05/10/2016) |
| 5/20/2016 | 13395 | Transcript regarding Hearing Held on 05/18/16 at 10:06 am RE: 08-01789-smb Trustee's Profit Withdrawal Motion. Remote electronic access to the transcript is restricted until 8/18/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 5/27/2016. Statement of Redaction Request Due By 6/10/2016. Redacted Transcript Submission Due By 6/20/2016. Transcript access will be restricted through 8/18/2016. (Brown, Tenille) (Entered: 05/24/2016) |
| 6/3/2016 | 13450 | Letter Re: Profit Withdrawal Litigation Filed by Amy Vanderwal on behalf of Irving H. Picard. (Attachments: # 1 Exhibit A)(Vanderwal, Amy) (Entered: 06/03/2016) |
| 6/3/2016 | 13451 | Letter to Honorable Stuart M. Bernstein (related document(s)13450) Filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 06/03/2016) |
| 6/21/2016 | 13542 | Transcript regarding Hearing Held on 06/20/16 at 10:00 am RE: HEARING RE Conference re: Annette Bongiorno Deposition. Remote electronic access to the transcript is restricted until 9/19/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 6/28/2016. Statement of Redaction Request Due By 7/12/2016. Redacted Transcript Submission Due By 7/22/2016. Transcript access will be restricted through 9/19/2016. (Brown, Tenille) (Entered: 06/23/2016) |
| 7/12/2016 | 13619 | So Ordered Stipulation Signed On 7/12/2016. Re: Schedule For Litigation Of And Evidentiary Hearing On Profit Withdrawal Issue (Greene, Chantel) (Entered: 07/12/2016) |

7

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 7/8/2016 | 13621 | Transcript regarding Hearing Held on 07/06/16 at 10:15 am RE: Discovery Conference re Deposition of Aaron Blecker for Profit Withdrawal Proceeding. Remote electronic access to the transcript is restricted until 10/6/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/15/2016. Statement of Redaction Request Due By 7/29/2016. Redacted Transcript Submission Due By 8/8/2016. Transcript access will be restricted through 10/6/2016. (Brown, Tenille) (Entered: 07/12/2016) |
| 8/3/2016 | 13818 | Letter to Judge Bernstein Requesting a Conference on Pre-1992 Issue as it Relates to Profit Withdrawal Transactions Filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: # 1 Attachment to Letter - Proposed Stipulation)(Brown, Seanna) (Entered: 08/03/2016) |
| 8/5/2016 | 13847 | Letter to Judge Bernstein in response to Seanna Brown's Letter dated August 3, 2016 Filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 08/05/2016) |
| 8/12/2016 | 13868 | Declaration of Lisa M. Collura in Support of Supplemental Memorandum of Law in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10660) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: # 1 Errata Errata to 08/12/16 Expert Reports of Lisa M. Collura # 2 Supplemental Expert Report of Lisa M. Collura and List of Attachments # 3 Exhibit Attachment A - Collura Supp. Ex. Rpt. # 4 Exhibit Attachment B - Collura Supp. Ex. Rpt. # 5 Exhibit Attachment C - Collura Supp. Ex. Rpt. # 6 Exhibit Attachment D.1 thru D.84 - Collura Supp. Ex. Rpt. # 7 Exhibit Attachment E - Collura Supp. Ex. Rpt.) (Brown, Seanna) (Entered: 08/12/2016) |
| 8/12/2016 | 13869 | Second Declaration of Matthew B. Greenblatt in Support of Supplemental Memorandum of Law in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10660) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: # 1 Exhibit Greenblatt Supp. Expert Rpt. & List of Exhibits # 2 Exhibit Exs. 1 & 2 - Greenblatt Supp. PW Expert Rpt. # 3 Exhibit Ex. 5 - Greenblatt Supp. PW Ex. Rpt. # 4 Exhibit Exs. 7 thru 12 - Greenblatt Supp. PW Ex. Rpt. # 5 Exhibit Ex. 13 - Greenblatt Supp PW Ex. Rpt. # 6 Exhibit Exs. 3,4,6,14 and 15 - Greenblatt Supp PW Ex. Rpt. # 7 Greenblatt Second Supplemental PW Expert Report 06/03/2016 and List of Exhibits # 8 Exhibit Exs. 1 and 2 - Greenblatt 2nd Supp. PW Ex. Rpt. # 9 Exhibit Ex. 3 - Greenblatt 2nd Supp. PW Ex. Rpt. # 10 Exhibit Ex. 5 - Greenblatt 2nd Supp PW Ex. Rpt. # 11 Exhibit Exs. 7 thru 18 - Greenblatt 2nd Supp. PW Ex. Rpt. # 12 Exhibit Exs. 21 and 22 - Greenblatt 2nd Supp. PW Ex. Rpt. # 13 Exhibit Exs. 4,6, 19 and 20 - Greenblatt 2nd Supp PW Ex. Rpt.) (Brown, Seanna) (Entered: 08/12/2016) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 8/12/2016 | 13870 | Declaration of Vineet Sehgal in Support of Supplemental Memorandum of Law in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10660) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: # 1 Exhibit Ex.1 - Vineet Sehgal Declaration # 2 Exhibit Ex. 2 - Vineet Sehgal Declaration # 3 Exhibit Ex. 3 - Vineet Sehgal Declaration # 4 Exhibit Ex. 4 - Vineet Sehgal Declaration # 5 Exhibit Ex. 5 - Vineet Sehgal Declaration # 6 Exhibit Ex. 6 - Vineet Sehgal Declaration) (Brown, Seanna) (Entered: 08/12/2016) |
| 8/12/2016 | 13872 | Supplemental Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion to Affirm His Treatment of Profit Withdrawals (related document(s)10660) filed by Josephine Wang on behalf of Securities Investor Protection Corporation. (Wang, Josephine) (Entered: 08/12/2016) |
| 8/12/2016 | 13874 | Transcript regarding Hearing Held on 08/11/2016 10:23AM RE: Conference re Profit Withdrawal Proceeding. Remote electronic access to the transcript is restricted until 11/10/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/19/2016. Statement of Redaction Request Due By 9/2/2016. Redacted Transcript Submission Due By 9/12/2016. Transcript access will be restricted through 11/10/2016. (Ortiz, Carmen) (Entered: 08/12/2016) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 8/12/2016 | 13875 | Declaration of Seanna R. Brown in support of Supplemental Memorandum of Law in support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10660) filed by Seanna Brown on behalf of Irving H. Picard. (Attachments: # 1 Exhibit PW-1 Blecker Deposition Transcript Excerpts # 2 Exhibit PW-2 Joel Blum Deposition Transcript Excerpt # 3 Exhibit PW-3 Norman Blum Deposition Transcript Excerpts # 4 Exhibit PW-4 Annette Bongiorno Deposition Transcript Excerpts # 5 Exhibit PW-5 Winifer Jackson Deposition Transcript Excerpts # 6 Exhibit PW-6 Dorothy Khan Deposition Transcript Excerpts # 7 Exhibit PW-7 Alethea Mui-Leung Deposition Transcript Excerpts # 8 Exhibit PW-8 Bernard L. Madoff Deposition Transcript Excerpts # 9 Exhibit PW-9 JoAnn Sala Deposition Transcripts May 19, 2016 and June 13, 2016 Excerpts # 10 Exhibit PW-10 Trustee 01 # 11 Exhibit PW-12 Trustee 06 # 12 Exhibit PW-14 Trustee 10 # 13 Exhibit PW-15 Trustee 14 # 14 Exhibit PW-16 Trustee 15 # 15 Exhibit PW-17 Trustee 16 # 16 Exhibit PW-18 Trustee 17 # 17 Exhibit PW-20 Spiral Notebooks Excerpts # 18 Exhibit PW-21 Trustee 23 # 19 Exhibit PW-22 Trustee 24 # 20 Exhibit PW-23 Trustee 25 # 21 Exhibit PW-24 Trustee 26 # 22 Exhibit PW-25 Trustee 27 # 23 Exhibit PW-26 Trustee 28 # 24 Exhibit PW-27 Trustee 29 # 25 Exhibit PW-28 Trustee 30 # 26 Exhibit PW-29 Trustee 31 # 27 Exhibit PW-30 Trustee 34 # 28 Exhibit PW-31 Trustee 35 # 29 Exhibit PW-32 Trustee 36 # 30 Exhibit PW-33 Trustee 37 # 31 Exhibit PW-34 Trustee 38 # 32 Exhibit PW-35 Trustee 39 # 33 Exhibit PW-36 Trustee 40 # 34 Exhibit PW-37 Trustee 41 # 35 Exhibit PW-38 Trustee 42 # 36 Exhibit PW-39 Trustee 43 # 37 Exhibit PW-40 Trustee 44 # 38 Exhibit PW-41 Trustee 45 # 39 Exhibit PW-42 Trustee 46 # 40 Exhibit PW-43 Trustee 47 # 41 Exhibit PW-44 Trustee 48 # 42 Exhibit PW-45 Trustee 49 # 43 Exhibit PW-46 Trustee 53 # 44 Exhibit PW-47 Trustee 54 # 45 Exhibit PW-49 Trustee 56 # 46 Exhibit PW-50 Trustee 57 # 47 Exhibit PW-51 Trustee 59 # 48 Exhibit PW-52 Trustee 60 # 49 Exhibit PW-53 Trustee 61 # 50 Exhibit PW-54 Trustee 62 # 51 Exhibit PW-55 Trustee 63 # 52 Exhibit PW-57 Trustee 66 # 53 Exhibit PW-58 Trustee 69 # 54 Exhibit PW-59 Trustee 70 # 55 Exhibit PW-60 Trustee 71 # 56 Exhibit PW-61 Trustee 72 # 57 Exhibit PW-62 Exhibit 6-1 BLM # 58 Exhibit PW-63 Schwartz Affidavit & Ex. A # 59 Exhibit PW-64 Blecker Statement 08.31.82 # 60 Exhibit PW-65 Roslyn Blum Statement 07.31.91 # 61 Exhibit PW-66 Morris Blum Statement 07.31.91 # 62 Exhibit PW-67 Roslyn Blum Remainder Trust # 63 Exhibit PW-68 Morris Blum Customer File # 64 Exhibit PW-69 Roslyn Blum Remainder Trust Customer File # 65 Exhibit PW-70 Norman Blum Customer File # 66 Exhibit PW-71 Norman Blum Statement 07.31.91 # 67 Exhibit PW-72 CAB Trust Statement 12.31.95 # 68 Exhibit PW-73 Bernard L. Madoff Plea Allocution # 69 Exhibit PW-74 Annette Bongiorno Sentencing # 70 Exhibit PW-75 Exhibit 01 Bongiorno - Forfeiture Order # 71 Exhibit PW-11 Trustee 03 - Part One # 72 Exhibit PW-11 Trustee 03 Part Two # 73 Exhibit PW-13 Trustee 09 Part One # 74 Exhibit PW-13 Trustee 09 Part Two # 75 Exhibit PW-19 Trustee 18 Part One # 76 Exhibit PW-19 Trustee 18 Part Two # 77 Exhibit PW-48 Trustee 55 Part One # 78 Exhibit PW-56 Trustee 64 Part One # 79 Exhibit PW-56 Trustee 64 Part Two # 80 Exhibit PW-48 Trustee 55 Part Two) (Brown, Seanna) (Entered: 08/12/2016) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 8/12/2016 | 13876 | Supplemental Memorandum of Law in Support of Trustee's Motion Affirming Treatment of Profit Withdrawal Transactions (related document(s)10660) filed by Seanna Brown on behalf of Irving H. Picard. (Brown, Seanna) (Entered: 08/12/2016) |
| 8/15/2016 | 13881 | Statement /Ex. PW-1 Blecker Deposition Transcript 07.01.14 replacing defective ECF No. 13875-1 (related document(s)13875) filed by Seanna Brown on behalf of Irving H. Picard. (Brown, Seanna) (Entered: 08/15/2016) |
| 8/25/2016 | 13967 | Transcript regarding Hearing Held on 08/24/2016 10:10AM RE: Motion for Order Authorizing Deposition of Bernard Madoff by Chaitman LLP and Conference Regarding Madoff Deposition. Remote electronic access to the transcript is restricted until 11/23/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 9/1/2016. Statement of Redaction Request Due By 9/15/2016. Redacted Transcript Submission Due By 9/26/2016. Transcript access will be restricted through 11/23/2016. (Ortiz, Carmen) (Entered: 09/01/2016) |
| 9/23/2016 | 14161 | Memorandum of Law Participating Claimants' Memorandum of Law in Opposition to Trustee's Motion Seeking Affirmance of his Treatment of Profit Withdrawals (related document(s)10660) filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 09/23/2016) |
| 9/23/2016 | 14162 | Declaration Declaration of Helen Davis Chaitman (related document(s)14161) filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit 1 # 4 Exhibit 2 # 5 Exhibit 3 # 6 Exhibit 4 # 7 Exhibit 5 # 8 Exhibit 6 # 9 Exhibit 7 # 10 Exhibit 8 # 11 Exhibit 9 # 12 Exhibit 10 # 13 Exhibit 11 # 14 Exhibit 12 # 15 Exhibit 13 # 16 Exhibit 14 # 17 Exhibit 15 # 18 Exhibit 16 # 19 Exhibit 17 # 20 Exhibit 18 # 21 Exhibit 19 # 22 Exhibit 20 # 23 Exhibit 21 # 24 Exhibit 22 # 25 Exhibit 23 # 26 Exhibit 24 # 27 Exhibit 25 # 28 Exhibit 26 # 29 Exhibit 27 # 30 Exhibit 28 # 31 Exhibit 29 # 32 Exhibit 30 # 33 Exhibit 31 # 34 Exhibit 32 # 35 Exhibit 33 # 36 Exhibit 34 # 37 Exhibit 35 # 38 Exhibit 36 # 39 Exhibit 37 # 40 Exhibit 38 # 41 Exhibit 39 # 42 Exhibit 40 # 43 Exhibit 41 # 44 Exhibit 42 # 45 Exhibit 43 # 46 Exhibit 44 # 47 Exhibit 45 # 48 Exhibit 46 # 49 Exhibit 47 # 50 Exhibit 48 # 51 Exhibit 49) (Chaitman, Helen) (Entered: 09/23/2016) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 9/29/2016 | 14229 | Transcript regarding Hearing Held on 9/28/2016 10:02AM RE: Discover conference re motions to compel of defendants represented by Chaitman LLP; Motion to affirm trustee's determination denying claims of claimants holding interests in Chalek Associates LLC, Chaitman/Schwebel LLC, FGLS Equity LLC, Larsco Investments LLC and Kuntzman Family LLC. Remote electronic access to the transcript is restricted until 12/28/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 10/6/2016. Statement of Redaction Request Due By 10/20/2016. Redacted Transcript Submission Due By 10/31/2016. Transcript access will be restricted through 12/28/2016. (Ortiz, Carmen) (Entered: 10/05/2016) |
| 10/6/2016 | 14237 | So Ordered Stipulation Signed On 10/5/2016. Re: Schedule For Litigation Of And Evidentiary Hearing On Profit Withdrawal Issue (related document(s)13038, 10266, 13619) (Barrett, Chantel) (Entered: 10/06/2016) |
| 10/28/2016 | 14356 | Motion to Approve /Memorandum of Law in Support of Trustee's Motion in Limine Number 3 to Exclude Deposition Testimony of Aaron Blecker filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 10/28/2016) |
| 10/28/2016 | 14357 | Motion to Approve /Memorandum of Law in Support of Trustee's Motion in Limine Number 4 to Exclude the Trustee as a Witness filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 10/28/2016) |
| 11/18/2016 | 14475 | Opposition Brief Participating Claimants' Memorandum of Law in Opposition to Trustee's Motion in Limine Number 3 to Exclude Deposition Testimony of Aaron Blecker (related document(s)14356) filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 11/18/2016) |
| 11/18/2016 | 14487 | Declaration of David J. Sheehan in Support of Trustee's Opposition to Participating Claimants' Motions in Limine (related document(s)14485) filed by Amy Vanderwal on behalf of Irving H. Picard. (Attachments: # 1 Exhibit Ex. 1 # 2 Exhibit Ex. 2 # 3 Exhibit Ex. 3 # 4 Exhibit Ex. 4 # 5 Exhibit Ex. 5 # 6 Exhibit Ex. 6 # 7 Exhibit Ex. 7 # 8 Exhibit Ex. 8 # 9 Exhibit Ex. 9 # 10 Exhibit Ex. 10 # 11 Exhibit Ex. 11 # 12 Exhibit Ex. 12 # 13 Exhibit Ex. 13 # 14 Exhibit Ex. 14 # 15 Exhibit Ex. 15) (Vanderwal, Amy) (Entered: 11/18/2016) |
| 12/9/2016 | 14583 | Motion to Approve /Trustee's Reply Memorandum of Law in further support of Trustee's Motion in Limine Number 3 to Exclude Deposition Testimony of Aaron Blecker (related document(s)14356) filed by Amy Vanderwal on behalf of Irving H. Picard. (Vanderwal, Amy) (Entered: 12/09/2016) |

12

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 12/9/2016 | 14584 | Declaration of David J. Sheehan in further support of Trustee's Motion in Limine Number 3 to Exclude Deposition Testimony of Aaron Blecker (related document(s)14583) filed by Amy Vanderwal on behalf of Irving H. Picard. (Attachments: # 1 Exhibit Ex. 1 - Hoffman, Mets Biggest Fan # 2 Exhibit Ex. 2 SRB Ltr re Blecker MIL) (Vanderwal, Amy) (Entered: 12/09/2016) |
| 12/9/2016 | 14585 | Motion to Approve /Trustee's Reply Memorandum of Law in support of Trustee's Motion in Limine Number 4 to Exclude the Trustee as a Witness (related document(s)14357) filed by Amy Vanderwal on behalf of Irving H. Picard. (Vanderwal, Amy) (Entered: 12/09/2016) |
| 6/15/2017 | 16180 | Written Opinion Signed On 6/15/2017. Re: Memorandum Decision Regarding Motions In Limine (related document(s)14357, 14354, 14355, 14356) (Barrett, Chantel) (Entered: 06/15/2017) |
| 6/29/2017 | 16288 | Order signed on 6/29/2017 Granting Trustee's Motion In Limine Number 4 to Exclude the Trustee As Witness and Deferring Ruling on Trustee's Motion In Limine Number 2 to Exclude Certain Testimony of Joel and Norman Blum (related document(s)16180, 14357, 14355, 14361). (Gomez, Jessica) (Entered: 06/29/2017) |
| 7/3/2017 | 16332 | Transcript regarding Hearing Held on 6/29/2017 11:02AM RE: Conference re Form of Order Applying Discovery Arbitrator's Orders to Other Cases; Conference re Madoff Day 2 Deposition Topics; Notice of Agenda for Matters Scheduled for Hearing on June 29, 2017.  Remote electronic access to the transcript is restricted until 10/2/2017.  The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 7/10/2017. Statement of Redaction Request Due By 7/24/2017. Redacted Transcript Submission Due By 8/3/2017. Transcript access will be restricted through 10/2/2017. (Ortiz, Carmen) (Entered: 07/12/2017) |
| 10/17/2017 | 16788 | Letter to Judge Bernstein regarding Profit Withdrawal pending motions Filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Chaitman, Helen) (Entered: 10/17/2017) |
| 11/10/2017 | 16918 | Transcript regarding Hearing Held on 11/09/17 at 2:10 PM RE: Omnibus Profit Withdrawal Proceeding: Pre-Trial Conference; Discovery Conference re Warehouse and Microfilm Indices. Remote electronic access to the transcript is restricted until 2/8/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/17/2017. Statement of Redaction Request Due By 12/1/2017. Redacted Transcript Submission Due By 12/11/2017. Transcript access will be restricted through 2/8/2018. (Cales, Humberto) (Entered: 11/20/2017) |

| Filing Date | ECF No.[1] | Docket Text |
|---|---|---|
| 1/4/2018 | 17092 | Motion to Approve /Trustee's Memorandum of Law in Support of Motion in Limine to Exclude Testimony by Robert Blecker filed by David J. Sheehan on behalf of Irving H. Picard. (Sheehan, David) (Entered: 01/04/2018) |
| 1/4/2018 | 17093 | Statement /Notice of Trustee's Motion in Limine to Exclude Testimony by Robert Blecker (related document(s)17092) filed by David J. Sheehan on behalf of Irving H. Picard. Reply due by 1/12/2018, (Attachments: # 1 Exhibit 1 - Proposed Order) (Sheehan, David) (Entered: 01/04/2018) |
| 1/8/2018 | 17102 | Notice of Hearing /Notice of Evidentiary Hearing on Profit Withdrawal Transactions filed by David J. Sheehan on behalf of Irving H. Picard. with hearing to be held on 1/19/2018 at 10:00 AM at Courtroom 723 (SMB) (Attachments: # 1 Exhibit A # 2 Exhibit B)(Sheehan, David) (Entered: 01/08/2018) |
| 1/12/2018 | 17126 | Memorandum of Law In Opposition to the Trustee's Motion In Limine to Exclude Testimony of Robert Blecker filed by Helen Davis Chaitman on behalf of Aaron Blecker. (Attachments: # 1 Declaration of Helen Davis Chaitman # 2 Exhibit A # 3 Exhibit B # 4 Exhibit C) (Chaitman, Helen) (Entered: 01/12/2018) |
| 1/18/2018 | 17136 | So Ordered Stipulation Signed On 1/17/2018. Re: Designated Deposition Testimony And Admissibility Of Certain Documents (Barrett, Chantel) (Entered: 01/18/2018) |
| 1/23/2018 | 17206 | Transcript regarding Hearing Held on 01/19/18 at 10:01 AM RE: Trial on Profit Withdrawal Issue. Remote electronic access to the transcript is restricted until 4/23/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/30/2018. Statement of Redaction Request Due By 2/13/2018. Redacted Transcript Submission Due By 2/23/2018. Transcript access will be restricted through 4/23/2018. (Cales, Humberto) (Entered: 01/31/2018) |
| 2/13/2018 | 17231 | Order Signed On 2/13/2018 Re: Denying Trustees Motion In Limine To Exclude Testimony Of Robert Blecker (Related Doc # 17092) . (Barrett, Chantel) (Entered: 02/13/2018) |

The Trustee also designates trial exhibits TXDEM005, TXDEM006, and TXDEM007 attached hereto.

Dated: September 7, 2018
       New York, New York

Respectfully submitted,

 /s/ Seanna R. Brown
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589–4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email:  sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Chapter 7 Estate of
Bernard L. Madoff*