# Exhibit 2



TXDEM006