# Exhibit 3

# BLMIS Account 1B0034



Reported Month-End Equity Balance vs. Month-End Equity Balance if PW Transactions Were Reinvested

Sources: Trustee Ex. 99 (Listing Bates Ranges for Customer Statements); Second Supplemental Analysis of the Profit Withdrawal Transaction, Expert Report of Matthew B. Greenblatt dated June 3, 2016, Ex. 16A

