**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Debtor. | |

**ORDER TO SHOW CAUSE WHY OCTOBER 4, 2016 ORDER APPOINTING A DISCOVERY ARBITRATOR PURSUANT TO BANKRUPTCY RULE 9019(c) AND GENERAL ORDER M-390 SHOULD NOT BE AMENDED**

WHEREAS, the Court entered an Order on October 4, 2016 Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390 ("Discovery Order") [ECF Doc. # 14227] appointing Frank Maas, Esq. ("Discovery Arbitrator") as an arbitrator for discovery-related disputes as set forth in greater detail in the Discovery Order;

WHEREAS, paragraph four of the Discovery Order ("Paragraph Four") provides, *inter alia*, that "[t]he Discovery Arbitrator shall preserve, as a record of his activities, all written submissions received from the parties, all written submissions sent to the parties and any transcripts of hearings before the Discovery Arbitrator";

WHEREAS, Paragraph Four does not state the length of time for which the

Discovery Arbitrator must retain the documents referenced therein; it is hereby

ORDERED, that the parties having appeared, or currently appearing, before the Discovery Arbitrator to resolve a dispute as contemplated in the Discovery Order show cause at a hearing to be held before the undersigned in Room 723 of the United States Bankruptcy Court on September 26, 2018 at 10:00 a.m., why Paragraph Four should not be amended to limit the period of time for which the Discovery Arbitrator must retain the documents referenced in Paragraph Four to the date that the ruling of the Discovery Arbitrator becomes final and non-appealable pursuant to the terms of the Discovery Order and any applicable Federal Rules of Bankruptcy Procedure, after which the Discovery Arbitrator may dispose of the documents as he sees fit.

Dated:     New York, New York
           September 7, 2018

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

TO:

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com

Eric R. Breslin, Esq.
Duane Morris LLP
One Riverfront Plaza
1037 Raymond Blvd, Suite 1800
Newark, NJ 07102
ERBreslin@duanemorris.com

Helen Davis Chaitman, Esq.
Chaitman LLP
465 Park Avenue
New York, NY 10022

hchaitman@chaitmanllp.com

Jeffery L. Bernfeld, Esq.
Bernfeld, DeMatteo & Bernfeld LLP
600 Third Avenue, 15th Fl.
New York, NY 10016
jeffreybernfeld@bernfeld-dematteo.com

Carole Neville, Esq.
Dentons US LLP
22 Little West 12th Street
New York, NY 10014
carole.neville@dentons.com

Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019
hsimon@windelsmarx.com

Richard B. Feldman, Esq.
Rosenberg Feldman Smith LLP
551 Fifth Avenue, 24th Fl.
New York, NY 10176
Rfeldman@rfs-law.com

Robert S. Loigman, Esq.
Quinn Emanuel Urquhart & Sullivan, LLP
51 Madison Avenue, 22nd Fl.
New York, NY 10010
robertloigman@quinnemanuel.com

Stephen Goldstein, Esq.
Law Office of Stephen Goldstein
22 West 106th Street, 9G
New York, NY 10025
Sgoldlaw@gmail.com

Stanley I. Lehrer
*Pro se*
7333 Morocca Lake Drive
Delray Beach, FL 33446