# EXHIBIT A

| | |
|---|---|
| 10-04292 | Robert Roman |
| 10-04302 | Joan Roman |
| 10-04321 | Herbert Barbanel & Alice Barbanel WROS |
| 10-04327 | The Roberta Schwartz Trust |
| 10-04367 | Ben Heller |
| 10-04377 | Carol Nelson and Stanley Nelson |
| 10-04397 | The Fern C. Palmer Revocable Trust, Fern C. Palmer |
| 10-04469 | Tracy D Kamenstein, Sloan G David R Kamenstein CarolKamenstein |
| 10-04503 | Judd Robbins(IRA) |
| 10-04562 | Robert F. Ferber |
| 10-04610 | The Whitman Partnership |
| 10-04621 | Donald A.Benjamin |
| 10-04644 | Russell L. Dusek, Russell L. Dusek II, BO Russell Dusek III 44487 |
| 10-04658 | Carol Nelson |
| 10-04740 | Robert Hirsch and/or Lee Hirsch J/T WROS |
| 10-04752 | Kuntzman Family LLC |
| 10-04753 | Carla Ginsburg, MD |
| 10-04806 | Kenneth M Kohland Myrna KohlJT WROS |
| 10-04809 | Allen Gordon |
| 10-04818 | Toby Harwood |
| 10-04823 | Caroland Frank DiFazio |
| 10-04826 | Boyer Palmer |
| 10-04837 | Stephen Ehrlich & Leslie Ehrlich |
| 10-04898 | Helen Saren-Lawrence |
| 10-04956 | Denis Castelli |
| 10-04995 | Evelyn Berezin Wilenitz |
| 10-04995 | Trust UIART Fourth 0/W/0 Israel Wilenitz, Evelyn |
| 10-05026 | The Waller Freshman Trust "A", Frieda Freshman |
| 10-05026 | Frieda Freshman Revocable Trust, Frieda Freshman |
| 10-05104 | Maurice Sandier MD |
| 10-05124 | The Theresa R Ryan and Lawrence J. Ryan Trust, The Lawrence J. Ryan By-Pass Trust under |
| 10-05130 | Barbara Kotlikoff Harman |
| 10-05151 | The Palmer Family Trust |
| 10-05157 | Martin R Harnick & Steven P.Norton Partners, Harnick Brothers Partnership |
| 10-05312 | Trust Dated 214/91 F/B/0 Doron A Tavlin, Harvey |
| 10-05377 | NTC & Co. FBO Richard G. Eaton |
| 10-05420 | Gunther Unflat & Margaret Unflat, NTC & Co. FBO Gunther K. Unflat (40366) |

EXHIBIT A

10-05435    Keith Schaffer, Jeffrey Schaffer, and Carla Hirschhorn, Jeffrey Schaffer & Donna Schaffer JT WROS,   Jeffrey Schaffer and Donna Schaffer, Keith Schaffer