**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
**One Bowling Green**
**New York, NY 10004–1408**

| | |
|---|---|
| IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a | CASE NO.: 08−01789−smb |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

**NOTICE OF TRANSMITTAL OF**
**RECORD OF APPEAL**

All documents regarding the notice of appeal filed in the above referenced proceeding on August 10, 2018, document number 17884, have been transmitted to the United States District Court for the Southern District of New York.

The record of appeal is complete and available electronically under civil case number 18−cv−7449 assigned to the Honorable Paul A. Engelmayer.

Check the District Court Docket Sheet for the Briefing Schedule.

Please note that the United States District Court may request copies of all of the documents listed in the designation.

Dated: September 11, 2018                                          Vito Genna
                                                                                        Clerk of the Court