# Notice Recipients

| | | |
|---|---|---|
| District/Off: 0208−1 | User: arouzeau | Date Created: 9/11/2018 |
| Case: 08−01789−smb | Form ID: tranapl | Total: 2 |

**Recipients of Notice of Electronic Filing:**
aty     Helen Davis Chaitman     hchaitman@chaitmanllp.com

    TOTAL: 1

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**
unk     David J. Sheehan     Baker & Hostetler LLP     45 Rockefeller Plaza     New York, NY 10111

    TOTAL: 1