**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04967 (SMB) |
| Plaintiff | |
| v. | |
| ROBERT LAYTON, as an individual and as a joint tenant, and GERDA LAYTON, as an individual and as a joint tenant, | |
| Defendants. | |

## TRUSTEE'S REQUEST FOR JUDGMENT BY DEFAULT

To:     CLERK OF THE COURT
        UNITED STATES BANKRUPTCY COURT

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§

78aaa, et seq., and Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP,

respectfully requests that the Clerk of the Court issue a Default Judgment against defendants

Robert Layton and Gerda Layton, jointly and severally, pursuant to Rule 55(b)(1) of the Federal

Rules of Civil Procedure, made applicable to this Adversary Proceeding by Rule 7055 of the

Federal Rules of Bankruptcy Procedure and Local Bankruptcy Rule for the Southern District of

New York 7055-2(a), for failure to plead or otherwise defend the above-captioned action as it

fully appears from the Court file and from the attached Affidavit.

**WHEREFORE,** the Trustee respectfully requests that this Court grant the

Trustee's Request for Judgment by Default in its entirety and provide for such other relief as this

Court deems just and proper.

Dated: New York, New York
         September 18, 2018

Of Counsel:

**BAKER & HOSTETLER LLP**
11601 Wilshire Blvd., Suite 1400
Los Angeles, California 90025
Telephone: 310.820.8800
Facsimile: 310.820.8859
Michael R. Matthias
Email: mmatthias@bakerlaw.com

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and the*
*Estate of Bernard L. Madoff*

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff<br><br>       v.<br><br>ROBERT LAYTON, as an individual and as a joint tenant, and GERDA LAYTON, as an individual and as a joint tenant,<br><br>       Defendants. | Adv. Pro. No. 10-04967 (SMB) |

## AFFIDAVIT FOR JUDGMENT BY DEFAULT

STATE OF CALIFORNIA      )
                         ) ss:
COUNTY OF LOS ANGELES )

Michael R. Matthias, being duly sworn, hereby attests as follows:

1.      I am admitted pro hac vice into this Court and am a partner at the firm of Baker & Hostetler LLP, which is counsel for Irving H. Picard ("Trustee"), Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA") and Bernard L. Madoff. I am familiar with all of the facts and circumstances of this action.

2.      I make this affidavit pursuant to Rule 7055-2(a) of the Local Rules of The Bankruptcy Court for the Southern District of New York, in support of the Trustee's application for a default judgment against defendants Robert Layton and Gerda Layton ("Defendants").

3.      This action is an adversary proceeding commenced before the same Court before which the main underlying SIPA proceeding, No. 08-01789 (SMB) (the "SIPA Proceeding"), is pending. The SIPA Proceeding was originally brought in the United States District Court for the Southern District of New York as *Securities and Exchange Commission v. Bernard L. Madoff Investment Securities LLC et al.,* No. 08 CV 10791, and has been referred to this Court. This Court has jurisdiction over this adversary proceeding under 28 U.S.C. § 1334(b) and 15 U.S.C. §§ 78eee(b)(2)(A), (b)(4). This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2)(A), (H), and (O).

4.      On December 2, 2010, the Trustee commenced this adversary proceeding by filing a complaint (the "Complaint") against Defendants. Dkt. No. 1.

4

5.      On February 9, 2011, the Clerk of this Court issued a summons upon Defendants. Dkt. No. 3.

6.      On March 7, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon Defendant Robert Layton. *See* Dkt. No. 4.   A Certificate of Service evidencing proper and timely service was filed with the Court.   *Id.*   A true and correct copy of the Certificate of Service is attached hereto as Exhibit 1.

7.      On March 7, 2011, the Trustee, in accordance with Bankruptcy Rule 7004(b) of the Federal Rules of Bankruptcy Procedure, timely served the Summons and Complaint upon Defendant Gerda Layton. *See* Dkt. No. 5.   A Certificate of Service evidencing proper and timely service was filed with the Court.   *Id.*   A true and correct copy of the Certificate of Service is attached hereto as Exhibit 2.

8.      Defendants have not answered the Complaint, and the time for Defendants to answer the Complaint has expired. The defaults of Defendants have been entered.

9.      A true and correct copy of the Entry of Default of Defendant Robert Layton obtained pursuant to Local Bankruptcy Rule 7055-1 is attached hereto as Exhibit 3. *See also* Dkt. No. 12.

10.     A true and correct copy of the Entry of Default of Defendant Gerda Layton obtained pursuant to Local Bankruptcy Rule 7055-1 is attached hereto as Exhibit 4. *See also* Dkt. No. 11.

11.     The Complaint in this adversary proceeding asserted claims pursuant to sections 78fff(b), 78fff-1(a) and 78fff-2(c)(3) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq., sections 105(a), 544, 548(a), 550(a), and 551 of the United States Bankruptcy Code, 11 U.S.C. §§ 101, et seq., and other applicable law, seeking the

avoidance and recovery of transfers in the sum of $755,910.00 made by BLMIS to Defendants during the two years prior to the filing date of the SIPA Proceeding. *See* Compl. ¶ 37 and Compl. Exhibit B.

12.     This action seeks judgment for the liquidated amount of $755,910.00 pursuant to Count Two of the Complaint, which is justly due and owing, and no part of which has been paid. Count Two of the Complaint is the only claim remaining in this Adversary Proceeding. *See* Dkt. No. 7.

13.     Attached hereto as Exhibit 5 is a true and correct copy of the Affidavit of Service reflecting proper service of the Clerk's Entry of Default on Defendants on October 17, 2017. *See also* Dkt. No. 15.

14.     I declare under penalty of perjury that the foregoing is true and accurate to the best of my knowledge, information and belief.  Executed this 18th day of September, 2018, at Los Angeles, California.

Michael R. Matthias

# ACKNOWLEDGMENT

> A notary public or other officer completing this certificate verifies only the identity of the individual who signed the document to which this certificate is attached, and not the truthfulness, accuracy, or validity of that document.

State of California
County of _____ Los Angeles _____ )

On ___ September 18, 2018 ___ before me, _Laura Hua, Notary Public_
(insert name and title of the officer)

personally appeared ___ Michael R. Matthias _____,
who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature ___ Laura Hua _____         (Seal)

LAURA HUA
Commission # 2136428
Notary Public - California
Los Angeles County
My Comm. Expires Jan 8, 2020

# EXHIBIT "1"

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
                PLAINTIFF/PETITIONER

VS.

ROBERT LAYTON, et al.
                DEFENDANT/RESPONDENT

CAUSE #:   ADV. PRO.NO 10-04967 (BRL)

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965) (Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206-521-9000
TRACKING #: 6350728

**ORIGINAL
PROOF OF SERVICE**

BAKER & HOSTETLER LLP
45 ROCKERFELLER PLAZA
NEW YORK, NY 10111
212 589 4656
Page 1 of 1

**RACCOMANDATA**

**ti** ⬡

Palazzo di giustizia
Via Pretorio 16
6901 Lugano

Repubblica e Cantone
del Ticino

telefono    091/815 54 71
fax    091/814 47 39

Funzionario/a
incaricato/a    Liliana Bernasconi

**Tribunale d'appello
Rogatorie internazionali
6901 Lugano**

Email    di-ta.rogatorie@ti.ch

Avv. Hamilton Rick
633 Yesler Way
USA-WA 98104 Seattle
(Stati Uniti d'America)

Nostro rif.
190/2011

Vostro rif.
causa n. 09/11893
(BRL)

Lugano
9 marzo 2011

**Domanda rogatoriale di notifica atti a Robert Layton, Ascona**
Conferma di notifica - confimation de notification - confirmation of service - Zustellungsbestätigung

Gentili Signore, Egregi Signori,

trasmettiamo l'unito atto debitamente notificato al destinatario in data 07 marzo 2011.

Distinti saluti.

Per il Presidente del Tribunale d'appello
Liliana Bernasconi, segretaria

Allegati: atti di ritorno + dichiarazione di ricevuta

# REQUEST
## FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS
### Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

| Identity and address of the applicant | Address of receiving authority |
|---|---|
| **Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983<br>which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | TRIBUNALE DI APPELLO<br>VIA PRETORIO 16<br>6901 LUGANO |

The undersigned applicant has the honour to transmit-in-duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;
(identity and address)

**ROBERT LAYTON**
**VIA COLLINETTA 67**
**ASCONA, CH 6612 GY1 1LU**
**SWITZERLAND**
DOB:                    Phone:

ROGATORIE
TRIBUNALE DI APPELLO

− 4 MAR. 2011

Esibito No. _190/11_

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:
List of documents:

SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COMPLAINT WITH EXHIBIT A; NOTICE OF APPLICABILITY OF THE ORDER APPROVING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS; LETTER; ORDER (1) ESTABLISHING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS AND (2) AMENDING THE FEBRUARY 26, 2010 PROTECTIVE ORDER WITH EXHIBIT A, 1, 2, AND 3; THIRD AMENDED NOTICE OF OMNIBUS AVOIDANCE ACTION HEARING DATES

Done at Seattle, Washington USA, on Mar  2 2011

Signature and/or stamp



USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:     **Rick Hamilton**
                                                  **633 Yesler Way**
                                                  **Seattle, WA 98104**
                                                  **United States of America**

Particulars of the parties:

**IRVING H. PICARD, TRUSTEE FOR THE**          vs.    **ROBERT LAYTON, et al.**
**LIQUIDATION OF BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to avoid and recover transfers and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has 180 days to make a written appearance, address is noted on the accompanying Summons

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
        Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

6350728

Atto giudiziario da recapitare a:

**R**
6901 Lugano
PP

98.46.100325.00195995
Recommandé Suisse

Robert Layton
Via Collinetta 67
6612 Ascona

**DICHIARAZIONE DI RICEVUTA**
(da esigere oltre a quella rilasciata sul libretto del fattorino)

**Il sottoscritto dichiara di aver ricevuto l'invio qui unito:**

Autorità richiedente:  Avv. Hamilton Rick (per: Tribunale
fallimentare degli Stati Uniti, Distretto
meridionale di New York, USA)

Notifica atto giudiziario (rog. n. 190/2011)

Luogo: 7.03.2011                    data: 6012 ASCOMA

firma del destinatario :

GERDA LAYTON (Moglie)

¹ Se l'atto è consegnato ad una persona diversa dal destinatario, indicarne il nome completo e la relazione con il destinatario (ad
esempio moglie, impiegato, ecc.).

Da retrocedere al Tribunale d'appello, Rogatorie internazionali, casella postale, 6901 Lugano

6600 LOCARNO 1
-7.3.11-18

# EXHIBIT "2"

# UNITED STATES BANKRUPTCY COURT, SOUTHERN DISTRICT OF NEW YORK

IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
　　　　PLAINTIFF/PETITIONER
VS.

ROBERT LAYTON, et al.
　　　　DEFENDANT/RESPONDENT

CAUSE #:  ADV. PRO.NO 10-04967 (BRL)

CERTIFICATE OF SERVICE

This service has been completed in compliance with the Hague Convention on the Service Abroad of Judicial
and Extra-Judicial Documents in Civil and Commercial Matters (Done at The Hague November 15, 1965)
(Entered Into Force for the U.S. on February 10, 1969). The Certificate of Service attached is also in
compliance.

**ABC Legal Services, Inc.**
633 Yesler Way Seattle, WA 98104
206 521-9000
TRACKING #: 6350727

**ORIGINAL
PROOF OF SERVICE**

BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NY 10111
212 589 4656
Page 1 of 1

**RACCOMANDATA**

**ti** | ⊔

Palazzo di giustizia
Via Pretorio 16
6901 Lugano

telefono    091/815 54 71
fax    091/814 47 39

Funzionario/a
incaricato/a    Liliana Bernasconi

Email    di-ta.rogatorie@ti.ch

Repubblica e Cantone
del Ticino

**Tribunale d'appello
Rogatorie internazionali
6901 Lugano**

Avv. Hamilton Rick
633 Yesler Way
USA-WA 98104 Seattle
(Stati Uniti d'America)

Nostro rif.        Vostro rif.        Lugano
191/2011        causa n. 09/11893        9 marzo 2011
             (BRL)

**Domanda rogatoriale di notifica atti a Gerda Layton, Ascona**

Conferma di notifica - confimation de notification - confirmation of service - Zustellungsbestätigung

Gentili Signore, Egregi Signori,

trasmettiamo l'unito atto debitamente notificato al destinatario in data 07 marzo 2011.

Distinti saluti.

Per il Presidente del Tribunale d'appello
Liliana Bernasconi, segretaria



Allegati: atti di ritorno + dichiarazione di ricevuta

# REQUEST
# FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS

### Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.

|  |  |
|---|---|
| **Identity and address of the applicant**<br><br>**Rick Hamilton**<br>**633 Yesler Way**<br>**Seattle, WA 98104**<br>**United States of America**<br><br>Authorized applicant pursuant to public law 97-351 of Feb. 26, 1983<br>which amended rule 4(c) 2(a) Federal Rules of Civil Procedure | **Address of receiving authority**<br><br>TRIBUNALE DI APPELLO<br>VIA PRETORIO 16<br>6901 LUGANO |

The undersigned applicant has the honour to transmit in duplicate the documents listed below and, in conformity with article 5 of the above-mentioned Convention, requests prompt service of one copy thereof on the addressee, i.e.;

*(identity and address)*

ROGATORIE
TRIBUNALE DI APPELLO
– 4 MAR. 2011
Esibito No. 191 11

**GERDA LAYTON INDIVIDUAL AND AS JOINT TENANT, CASA AL BOSCO**
**VIA COLLINETTA 67**
**ASCONA, CH 6612 GY1 1LU**
**SWITZERLAND**

DOB:                    Phone:

☒ (a) in accordance with the provisons of sub-paragraph (a) of the first paragraph of article 5 of the Convention.*

☐ (b) in accordance with the following particular method (sub-paragraph (b) of the first paragraph of article 5):*

☐ (c) by delivery to the addressee, if he accepts it voluntarily (second paragraph of aticle 5).*

The authority is requested to return or to have returned to the applicant a copy of the documents – and of the annexes* – with a certificate as provided on the reverse side.

Hearing Date:

List of documents:

SUMMONS AND NOTICE OF PRETRIAL CONFERENCE IN AN ADVERSARY PROCEEDING; COMPLAINT WITH EXHIBIT A; NOTICE OF APPLICABILITY OF THE ORDER APPROVING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS; LETTER; ORDER (1) ESTABLISHING LITIGATION CASE MANAGEMENT PROCEDURES FOR AVOIDANCE ACTIONS AND (2) AMENDING THE FEBRUARY 26, 2010 PROTECTIVE ORDER WITH EXHIBIT A, 1, 2, AND 3; THIRD AMENDED NOTICE OF OMNIBUS AVOIDANCE ACTION HEARING DATES

Done at Seattle, Washington USA, on Mar 2 2011

Signature and/or stamp



PFI | PROCESS FORWARDING INTERNATIONAL

TRACKING #: 6350727

USM-94 (Est. 11/22/77)
(Formerly OBD-116, which was formally LAA-116, both of which may still be used)
* Delete if inappropriate

# SUMMARY OF THE DOCUMENT TO BE SERVED

**Convention on the service abroad of judicial and extrajudicial documents in civil or commercial matters, signed at The Hague, November 15, 1965.**

### (article 5, fourth paragraph)

Name and address of the requesting authority:     **Rick Hamilton**
**633 Yesler Way**
**Seattle, WA 98104**
**United States of America**

Particulars of the parties:

**IRVING H. PICARD, TRUSTEE FOR THE**          vs.    **ROBERT LAYTON, et al.**
**LIQUIDATION OF BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**

## JUDICIAL DOCUMENT*

Nature of the document:
To give notice to the Defendant of the institution against them of a civil lawsuit.

Nature and purpose of the proceedings and, where appropriate, the amount in dispute:
Plaintiff is seeking to avoid and recover transfers and other relief, amount to be determined in court.

Date and place for entering appearance:*
Defendant has 180 days to make a written appearance, address is noted on the accompanying Summons

Court which has given judgment:*
n/a

Date of judgment:*
n/a

Time limits stated in the document:*
Hearing Date:

## EXTRAJUDICIAL DOCUMENT*

Name and purpose of the document:
n/a

Time limits stated in the document:*
n/a

6350727

Atto giudiziario da recapitare a:

Gerda Layton
Via Collinetta 67
6612 Ascona

6901 Lugano

R
LA POSTE
LA POSTE
LA POSTE
PP
98.46.100325.00195996
Recommandé Suisse

**DICHIARAZIONE DI RICEVUTA**
(da esigere oltre a quella rilasciata sul libretto del fattorino)

**Il sottoscritto dichiara di aver ricevuto l'invio qui unito:**

Autorità richiedente:   Avv. Hamilton Rick (per: Tribunale
                        fallimentare degli Stati Uniti, Distretto
                        meridionale di New York, USA)

Luogo: _6612 ASCONA_   data: _7.03.2011_

firma del destinatario[1]

Notifica atto giudiziario (rog. n. 191/2011)

[1] Se l'atto è consegnato ad una persona diversa dal destinatario, indicarne il nome completo e la relazione con il destinatario (ad esempio moglie, impiegato, ecc.)

**Da retrocedere al Tribunale d'appello, Rogatorie internazionali, casella postale, 6901 Lugano**

6900 LOCARNO 1
17-3-11-18

# EXHIBIT "3"

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Administrative Case Re: 08−1789 (Securities Invest

Bankruptcy Case No.:
08−99000−smb

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff

Plaintiff(s),

−against−

Adversary Proceeding No.
10−04967−smb

Robert Layton, as an individual and as a joint tenant
Gerda Layton, as an individual and as a joint tenant

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Robert Layton |
|-------|---------------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 10/16/17

Vito Genna

*Clerk of the Court*

By: /s/  Dawn McCaffrey

*Deputy Clerk*

# EXHIBIT "4"

# UNITED STATES BANKRUPTCY COURT
## Southern District of New York

In re: Administrative Case Re: 08–1789 (Securities Invest

Bankruptcy Case No.:
08–99000–smb

Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff

Plaintiff(s),

Adversary Proceeding No.
10–04967–smb

–against–

Robert Layton, as an individual and as a joint tenant
Gerda Layton, as an individual and as a joint tenant

Defendant(s)

## ENTRY OF DEFAULT

It appears from the record that the following defendant failed to plead or otherwise defend in this case as required by law.

| Name: | Gerda Layton |
|-------|--------------|

Therefore, default is entered against the defendant as authorized by Bankruptcy Rule 7055.

Dated: 10/16/17

Vito Genna
_____

*Clerk of the Court*

By: /s/  Dawn McCaffrey
_____

*Deputy Clerk*

# EXHIBIT "5"

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Michael R. Matthias

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff <br><br> v. <br><br> ROBERT LAYTON, as an individual and as a joint tenant, and GERDA LAYTON, as an individual and as a joint tenant, <br><br> Defendants. | Adv. Pro. No. 10-04967 (SMB) |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK   )
                       ) ss.:
COUNTY OF NEW YORK  )

I, **Gracemary Curbelo**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On October 17, 2017, I served the following (corrected service):

*1. Trustee's Request to Enter Default and Affidavit – Gerda Layton (ECF No. 16771)*
*2. Trustee's Request to Enter Default and Affidavit – Robert Layton (ECF No. 16772)*
*3. Clerk's Entry of Default – as to Defendant Gerda Layton (ECF No. 16773)*
*4. Clerk's Entry of Default – as to Defendant Robert Layton (ECF No. 16779)*

by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   *See Attached Schedule A*

                                */s/ Gracemary Curbelo*
                                Gracemary Curbelo

Sworn to before me this
17th day of October, 2017

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2021

## SCHEDULE A

**Pro Se Defendants**

Gerda Layton
Email: layton@bluewin.ch

Robert Layton
Email: layton@bluewin.ch