| | |
|---|---|
| **Baker & Hostetler LLP** <br> 45 Rockefeller Plaza <br> New York, NY  10111 <br> Telephone: (212) 589-4200 <br> Facsimile:  (212) 589-4201 | Hearing Date: October 31, 2018 <br><br> Objection Deadline: October 24, 2018 |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>                       Plaintiff, <br>          v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br>                       Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br>                       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br>                       Plaintiff, <br>          v. <br> STANLEY SHAPIRO, *et al.*, <br>                       Defendants. | Adv. Pro. No. 10-05383 (SMB) |

**NOTICE OF MOTION FOR AN ORDER AUTHORIZING**
**THE DEPOSITION OF FEDERAL PRISONER ANNETTE BONGIORNO**

**PLEASE TAKE NOTICE** that upon the Motion for an Order Authorizing the

Deposition of Federal Prisoner Annette Bongiorno (the "Motion") brought by Irving H. Picard

(the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, the undersigned will move for entry of the attached proposed order before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on October 31, 2018.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Motion must: (i) be made in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, the Federal Rules of Civil Procedure, the Local Bankruptcy Rules for the Southern District of New York, and other applicable rules and guidelines; (iii) be filed, in accordance with General Order M-399, electronically with the Bankruptcy Court, with a hard copy marked "Chambers Copy" delivered, pursuant to Local Rule 9070-1, to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004, and served upon the following: (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: Torello Calvani; and (b) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 1000, Washington, D.C. 20006, Attn: Kevin H. Bell, so as to be received no later than October 24, 2018.

**PLEASE TAKE FURTHER NOTICE** that a hearing on the Motion will be held on October 31, 2018, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at One Bowling Green, New York, New York 10004. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

Dated: September 19, 2018
      New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: /s/ Torello H. Calvani
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com

*and*

127 Public Square
Cleveland, OH 44114
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

*Counsel for Plaintiff*