**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>　　　　Plaintiff-Applicant, <br><br>　　v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> Substantively Consolidated |
| In re: <br><br> BERNARD L. MADOFF, <br><br>　　　　Debtor. | Appeal 18-cv-07449-PAE |

**NOTICE OF TRUSTEE'S APPLICATION FOR AN ORDER TO SHOW CAUSE**
**PURSUANT TO LOCAL BANKRUPTCY RULE 9077-1(a)**

PLEASE TAKE NOTICE that upon the accompanying Declaration of Seanna R. Brown, Esq. dated September 19, 2018, Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), and the chapter 7 estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, the Trustee will move under Rule 9077-1(a) of the Local Bankruptcy Rules for the Southern

District of New York for an order, under Federal Rule of Bankruptcy Procedure 8009, authorizing the correction of the record on appeal in the profit withdrawal matter, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, at a hearing to be set by the Court.

Date: September 19, 2018
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Seanna R. Brown*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*