# EXHIBIT B

Exhibit B
Cases Participating in Madoff's Deposition

|  | APN | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04541 | Kenneth W Perlman, et al. | Blank Rome LLP |
|  |  |  | Chaitman LLP |
| 2 | 10-04428 | Estate of Allen Meisels, et al. | Chaitman LLP |
| 3 | 10-04709 | Andrew M. Goodman | Chaitman LLP |
| 4 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Chaitman LLP |
| 5 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 6 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 7 | 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 8 | 10-05133 | Boyer H. Palmer, individually, et al. | Chaitman LLP |
| 9 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 10 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 11 | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | Chaitman LLP |
| 12 | 10-04956 | D. M. Castelli | Chaitman LLP |
| 13 | 10-04621 | Donald A. Benjamin | Chaitman LLP |
| 14 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 15 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 16 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 17 | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. | Chaitman LLP |
| 18 | 10-04728 | Estate of Bruno L. Di Giulian, et al. | Chaitman LLP |
| 19 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 20 | 10-04889 | Estate of Robert Shervyn Savin, et al. | Chaitman LLP |
| 21 | 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 22 | 10-04867 | Estate of Steven I. Harnick, et al. | Chaitman LLP |
| 23 | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Chaitman LLP |
| 24 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 25 | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | Chaitman LLP |
| 26 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 27 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 28 | 10-05420 | Gunther K. Unflat, et al. | Chaitman LLP |
| 29 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 30 | 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 31 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 32 | 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |
| 33 | 10-04762 | James M. Goodman | Chaitman LLP |
| 34 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 35 | 10-04798 | Janet Jaffe, et al. | Chaitman LLP |
| 36 | 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 37 | 10-04302 | Joan Roman | Chaitman LLP |
| 38 | 10-04503 | Judd Robbins | Chaitman LLP |
| 39 | 10-05435 | Keith Schaffer, et al. | Chaitman LLP |
| 40 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Chaitman LLP |
| 41 | 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 42 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 43 | 10-05116 | Leonard J. Oguss Trust, et al. | Chaitman LLP |
| 44 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. | Chaitman LLP |
| 45 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 46 | 10-04748 | Mark Horowitz | Chaitman LLP |
| 47 | 10-04489 | Marlene Krauss | Chaitman LLP |
| 48 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 49 | 10-04648 | Peter D. Kamenstein | Chaitman LLP |
| 50 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 51 | 10-04768 | Placon2, William R. Cohen, et al. | Chaitman LLP |

08-01789-cgm    Doc 18015-2    Filed 09/21/18    Entered 09/21/18 17:50:47    Exhibit B -
Exhibit B            Case Participating in Madoffs Deposition    Pg 3 of 3
Cases Participating in Madoff's Deposition

| | APN | Case Name | Counsel |
|---|---|---|---|
| 52 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Chaitman LLP |
| 53 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 54 | 10-04562 | Robert F. Ferber | Chaitman LLP |
| 55 | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. | Chaitman LLP |
| 56 | 10-04292 | Robert Roman | Chaitman LLP |
| 57 | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 58 | 10-04487 | Robert Weintraub, et al. | Chaitman LLP |
| 59 | 10-04644 | Russell L. Dusek | Chaitman LLP |
| 60 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Chaitman LLP |
| 61 | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Chaitman LLP |
| 62 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Chaitman LLP |
| 63 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 64 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 65 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 66 | 10-04610 | The Whitman Partnership, et al. | Chaitman LLP |
| 67 | 10-04818 | Toby Harwood | Chaitman LLP |
| 68 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 69 | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 70 | 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Chaitman LLP |
| 71 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 72 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 73 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLPPro Se |
| 74 | 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Chaitman LLPPro Se |
| 75 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Dentons US LLP |
| 76 | 10-04332 | Barry Weisfeld | Dentons US LLP |
| 77 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 78 | 10-04357 | James Greiff | Dentons US LLP |
| 79 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 80 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 81 | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | Dentons US LLP |
| 82 | 10-04401 | Rose Gindel Trust, et al. | Dentons US LLP |
| 83 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 84 | 10-04672 | Sidney Cole | Dentons US LLP |
| 85 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 86 | 10-04415 | The Estate of Barbara Berdon, et al. | Dentons US LLP |
| 87 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | Dentons US LLP |
| 88 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 89 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Hunton Andrews Kurth LLP |
| 90 | 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 91 | 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 92 | 10-04931 | Cantor, et al. | Winston & Strawn LLP |