# EXHIBIT C

Exhibit C
Cases Not Participating in Madoff's Deposition

|  | APN | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04384 | Lanx BM Investments, LLC, et al. | Baker & McKenzie LLPFisherBroyles |
| 2 | 10-04419 | Katz Group Limited Partnership, a Wyoming limited partnership, et al | Becker LLC |
| 3 | 10-04396 | Edith A. Schur | Bernfeld, DeMatteo & Bernfeld, LLP |
| 4 | 10-04361 | Harvey L. Werner Revocable Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5 | 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 6 | 10-04468 | Ken-Wen Family Limited Partnership, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 7 | 10-05094 | The Estate of Carolyn Miller, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8 | 10-04394 | Frederic Z. Konigsberg, et al. | Bernfeld, DeMatteo & Bernfeld, LLPJohn E. Lawlor |
| 9 | 10-04554 | David Ivan Lustig | Binder & Schwartz LLP |
| 10 | 10-04417 | The Lustig Family 1990 Trust, et al. | Binder & Schwartz LLP |
| 11 | 10-04658 | Carol Nelson | Chaitman LLP |
| 12 | 10-04377 | Carol Nelson, individually and as joint tenant, et al. | Chaitman LLP |
| 13 | 10-04898 | Helene Saren-Lawrence | Chaitman LLP |
| 14 | 10-04669 | Zieses Investment Partnership, et al. | Chaitman LLP |
| 15 | 10-04517 | Radcliff Investments Limited, et al. | Clifford Chance U.S. LLP |
| 16 | 10-04592 | Anthony E. Stefanelli | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 17 | 10-05255 | Stefanelli Investors Group, et al. | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 18 | 10-04390 | Michael Mann, et al. | Dentons US LLP |
| 19 | 10-05259 | Stanley I. Lehrer, et al. | Dentons US LLPPro Se |
| 20 | 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C. |
| 21 | 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | Folkenflik & McGerity |
| 22 | 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, et al. | Frejka PLLC |
| 23 | 10-05084 | Daniel Stone | Frejka PLLC |
| 24 | 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. | Frejka PLLC |
| 25 | 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. | Gabor & Marotta LLC |
| 26 | 10-04429 | Gary J. Korn, et al. | Golenbock Eiseman Assor Bell & Peskoe, LLP |
| 27 | 10-04328 | David Shapiro Nominee | Klestadt Winters Jureller Southard & Stevens, LLP |
| 28 | 10-04325 | David Shapiro Nominee #2 | Klestadt Winters Jureller Southard & Stevens, LLP |
| 29 | 10-04314 | David Shapiro Nominee #3 | Klestadt Winters Jureller Southard & Stevens, LLP |
| 30 | 10-04305 | David Shapiro, et al. | Klestadt Winters Jureller Southard & Stevens, LLP |
| 31 | 10-05048 | Estate of Armand L. Greenhall, et al. | Law Office of Joseph F. KeenanLax & Neville, LLP |
| 32 | 10-05394 | Richard M. Glantz, et al. | Law Office of Richard E. Signorelli |
| 33 | 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | Law Offices of Stephen Goldstein<br>Stillman & Associates |
| 34 | 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. | Lax & Neville, LLP |
| 35 | 10-05169 | Fairfield Pagma Associates, et al. | Lax & Neville, LLP |
| 36 | 10-04289 | John Fujiwara, et al. | Lax & Neville, LLP |
| 37 | 10-04954 | Ruth Kahn | Lax & Neville, LLP |
| 38 | 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Lax & Neville, LLP |
| 39 | 10-04667 | David Gross, et al. | Pro Se |
| 40 | 10-04296 | Jeffrey Shankman | Pro Se |
| 41 | 10-04986 | Sharon Knee | Pro Se |
| 42 | 10-04463 | Triangle Diversified Investments, et al. | Pro Se |
| 43 | 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer | Pryor Cashman LLP |
| 44 | 10-05168 | Bernard Marden Profit Sharing Plan, et al. | Pryor Cashman LLP |
| 45 | 10-05194 | Bruce D. Pergament, et al. | Pryor Cashman LLP |
| 46 | 10-05118 | Charlotte M. Marden | Pryor Cashman LLP |
| 47 | 10-04348 | Marden Family Limited Partnership, et al. | Pryor Cashman LLP |
| 48 | 10-04341 | Marden, et al. | Pryor Cashman LLP |
| 49 | 10-04343 | Patrice Auld, et al. | Pryor Cashman LLP |
| 50 | 10-05144 | Estate of Bernard J. Kessel, et al. | Rosenberg Feldman Smith LLP |
| 51 | 10-05286 | Legacy Capital Ltd., et al. | Stevens & Lee P.C. |
| 52 | 10-04378 | DOS BFS Family Partnership II, L.P., et al. | Westerman Ball Ederer Miller & Sharfstein LLP |
| 53 | 10-04525 | Susan Schemen Fradin Revocable Agreement of Trust, et al. | Willkie Farr & Gallagher LLP |
| 54 | 10-04885 | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al. | Winston & Strawn LLP |
| 55 | 10-05285 | Joan L. Fisher, both in her indvdl cap, etc., et al. | Yeskoo Hogan & Tamlyn LLP |