# EXHIBIT F

Exhibit F
Cases With Served Expert Reports

|    | APN      | Case Name                                                                                | Counsel                 |
|----|----------|------------------------------------------------------------------------------------------|-------------------------|
| 1  | 10-04428 | Estate of Allen Meisels, et al.                                                          | Chaitman LLP            |
| 2  | 10-05130 | Barbara Kotlikoff Harman                                                                 | Chaitman LLP            |
| 3  | 10-04367 | Benjamin T. Heller                                                                       | Chaitman LLP            |
| 4  | 10-04956 | D. M. Castelli                                                                           | Chaitman LLP            |
| 5  | 10-04867 | Estate of Steven I. Harnick, et al.                                                      | Chaitman LLP            |
| 6  | 10-04503 | Judd Robbins                                                                             | Chaitman LLP            |
| 7  | 10-04878 | Lisa Beth Nissenbaum Trust, et al.                                                       | Chaitman LLP            |
| 8  | 10-04489 | Marlene Krauss                                                                           | Chaitman LLP            |
| 9  | 10-04768 | Placon2, William R. Cohen, et al.                                                        | Chaitman LLP            |
| 10 | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al.                             | Chaitman LLP            |
| 11 | 10-04614 | Robert S. Whitman                                                                        | Chaitman LLP            |
| 12 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al.                                    | Dentons US LLP          |
| 13 | 10-04332 | Barry Weisfeld                                                                           | Dentons US LLP          |
| 14 | 10-04861 | Harold J. Hein                                                                           | Dentons US LLP          |
| 15 | 10-04357 | James Greiff                                                                             | Dentons US LLP          |
| 16 | 10-05209 | Lapin Children LLC                                                                       | Dentons US LLP          |
| 17 | 10-04882 | Laura E. Guggenheimer Cole                                                               | Dentons US LLP          |
| 18 | 10-04401 | Rose Gindel Trust, et al.                                                                | Dentons US LLP          |
| 19 | 10-04702 | S&L Partnership, a New York partnership, et al.                                          | Dentons US LLP          |
| 20 | 10-04672 | Sidney Cole                                                                              | Dentons US LLP          |
| 21 | 10-04921 | Stanley T. Miller                                                                        | Dentons US LLP          |
| 22 | 10-04415 | The Estate of Barbara Berdon, et al.                                                     | Dentons US LLP          |
| 23 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date                    | Dentons US LLP          |
| 24 | 10-05236 | Toby T. Hobish, et al.                                                                   | Dentons US LLP          |
| 25 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al.                          | Hunton Andrews Kurth LLP |