# EXHIBIT J

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. Nos. listed on Appendix 1 Attached Hereto |
| Plaintiff, | |
| v. | |
| DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON APPENDIX 1 ATTACHED HERETO, | |
| Defendants. | |

## [PROPOSED] ORDER APPROVING LIMITED ADDITIONAL DISCOVERY BASED ON PRIOR ORDERS AUTHORIZING DEPOSITION OF BERNARD L. MADOFF

On September 21, 2018, Irving H. Picard, trustee ("Trustee") for the substantively

consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the

Securities Investor Protection Act, 15 U.S.C. § § 78aaa *et seq.* ("SIPA"), and the estate of

Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his counsel, filed a

Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of

Bernard L. Madoff (the "Motion"), ECF No. _____.  The Motion sought certain discovery

under the Order Authorizing the Deposition of Bernard L. Madoff (ECF No. 14213) and the

Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics (ECF No. 16625).

The Court heard argument on the Trustee's Motion on October 31, 2018.

For the reasons stated on the record, it is hereby **ORDERED** that:

1.      The deadline to complete fact discovery is hereby extended for ninety days from the entry of this Order to complete certain limited discovery based on the testimony of Bernard L. Madoff during his deposition ("Limited Fact Discovery Period"), in all cases set forth in **Appendix 1**, notwithstanding any fact discovery deadlines set forth in the applicable case management orders.

2.      During the Limited Fact Discovery Period, the Trustee is permitted to conduct the following discovery as set forth in his Motion:

  a. Depose the three incarcerated witnesses—Annette Bongiorno, Daniel Bonventre, and Joann Crupi—as provided for in separate orders entered under Federal Rule of Civil Procedure 30(a), applicable to this proceeding under Rule 7030 of the Federal Rules of Bankruptcy Procedure;

  b. Depose Enrica Cotellessa-Pitz;

  c. Depose David Kugel;

  d. Depose Joann Sala;

  e. Depose FBI Special Agent Keith Kelly or Theodore Cacioppi; and

  f. Disclose and produce documents to defendants that the Trustee may use during any permitted fact depositions of the former BLMIS employees identified herein, as well as those documents

considered by the Trustee's experts in connection with the supplemental or new reports; and

g.   Serve amended initial disclosures to (i) include the former BLMIS employees identified herein along with the following: Semone Anderson, Angela Celentano, Kevin Fong, Margaret Gavlik, Haresh Hemrajani, Winifer Jackson, Betty Mazzone, Jerry O'Hara, and George Perez and (ii) attach indices detailing documents and information in the Trustee's possession.

3.    Upon the completion of the Limited Fact Discovery Period, discovery is extended an additional ninety days (or remains open, as the case may be) to complete expert discovery ("Limited Expert Discovery Period"), in all cases set forth in **Appendix 1**, notwithstanding any expert discovery deadlines set forth in the applicable case management orders.  During the Limited Expert Discovery Period, the Trustee is permitted to conduct the following discovery as set forth in his Motion:

a.   Serve the supplemental expert reports of Bruce Dubinsky and Lisa Collura in each of the 25 cases in which expert reports were previously served;

b.   Serve the same expert reports of Bruce Dubinsky and Lisa Collura (referenced in 3.a.) in the remaining 67 of the Madoff Deposition Cases in which expert reports have not been served pursuant to case management orders or the Chaitman Discovery Order; and

3

    c.   Serve two additional expert reports, including an expert report on convertible arbitrage trading and an expert report on BLMIS's computer systems in all cases set forth in **Appendix 1**.

4.    The following deadlines shall govern the Limited Expert Discovery Period:

    a.   Within 15 days of the expiration of the Limited Fact Discovery Period, all expert reports (referenced in 3.a., b., or c.) shall be served, and such reports must comply with the disclosure requirements under Federal Rule of Civil Procedure 26(a)(2);

    b.   Within 45 days of service of the reports referenced in 4a., rebuttal reports may be served;

    c.   Prior to the expiration of the Limited Expert Discovery Period, any depositions of disclosed experts must be completed; and

    d.   Expert witnesses shall be deposed only once;

5.    The Court, in its discretion, may impose sanctions on any person or entity that violates any provision of this Order; and

6.    This Court shall retain exclusive jurisdiction over the enforcement, implementation, and interpretation of this Order.

Dated: New York, New York
        _____, 2018

                          _____
                          HONORABLE STUART M. BERNSTEIN
                          UNITED STATES BANKRUPTCY JUDGE

# APPENDIX 1

Appendix 1

Cases Participating in Madoff's Deposition

|  | APN | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04541 | Kenneth W Perlman, et al. | Blank Rome LLP |
|  |  |  | Chaitman LLP |
| 2 | 10-04428 | Estate of Allen Meisels, et al. | Chaitman LLP |
| 3 | 10-04709 | Andrew M. Goodman | Chaitman LLP |
| 4 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Chaitman LLP |
| 5 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 6 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 7 | 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 8 | 10-05133 | Boyer H. Palmer, individually, et al. | Chaitman LLP |
| 9 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 10 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 11 | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | Chaitman LLP |
| 12 | 10-04956 | D. M. Castelli | Chaitman LLP |
| 13 | 10-04621 | Donald A. Benjamin | Chaitman LLP |
| 14 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 15 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 16 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 17 | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. | Chaitman LLP |
| 18 | 10-04728 | Estate of Bruno L. Di Giulian, et al. | Chaitman LLP |
| 19 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 20 | 10-04889 | Estate of Robert Shervyn Savin, et al. | Chaitman LLP |
| 21 | 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 22 | 10-04867 | Estate of Steven I. Harnick, et al. | Chaitman LLP |
| 23 | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Chaitman LLP |
| 24 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 25 | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | Chaitman LLP |
| 26 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 27 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 28 | 10-05420 | Gunther K. Unflat, et al. | Chaitman LLP |
| 29 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 30 | 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 31 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 32 | 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |
| 33 | 10-04762 | James M. Goodman | Chaitman LLP |
| 34 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 35 | 10-04798 | Janet Jaffe, et al. | Chaitman LLP |
| 36 | 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 37 | 10-04302 | Joan Roman | Chaitman LLP |
| 38 | 10-04503 | Judd Robbins | Chaitman LLP |
| 39 | 10-05435 | Keith Schaffer, et al. | Chaitman LLP |
| 40 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Chaitman LLP |
| 41 | 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 42 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 43 | 10-05116 | Leonard J. Oguss Trust, et al. | Chaitman LLP |
| 44 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. | Chaitman LLP |
| 45 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 46 | 10-04748 | Mark Horowitz | Chaitman LLP |
| 47 | 10-04489 | Marlene Krauss | Chaitman LLP |
| 48 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 49 | 10-04648 | Peter D. Kamenstein | Chaitman LLP |
| 50 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 51 | 10-04768 | Placon2, William R. Cohen, et al. | Chaitman LLP |

Appendix 1
Cases Participating in Madoff's Deposition

| | APN | Case Name | Counsel |
|---|---|---|---|
| 52 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Chaitman LLP |
| 53 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 54 | 10-04562 | Robert F. Ferber | Chaitman LLP |
| 55 | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. | Chaitman LLP |
| 56 | 10-04292 | Robert Roman | Chaitman LLP |
| 57 | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 58 | 10-04487 | Robert Weintraub, et al. | Chaitman LLP |
| 59 | 10-04644 | Russell L. Dusek | Chaitman LLP |
| 60 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Chaitman LLP |
| 61 | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Chaitman LLP |
| 62 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Chaitman LLP |
| 63 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 64 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 65 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 66 | 10-04610 | The Whitman Partnership, et al. | Chaitman LLP |
| 67 | 10-04818 | Toby Harwood | Chaitman LLP |
| 68 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 69 | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 70 | 10-04995 | Trust U/Art Four O/W/O Israel Wilenitz, et al. | Chaitman LLP |
| 71 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 72 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 73 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLPPro Se |
| 74 | 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Chaitman LLPPro Se |
| 75 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Dentons US LLP |
| 76 | 10-04332 | Barry Weisfeld | Dentons US LLP |
| 77 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 78 | 10-04357 | James Greiff | Dentons US LLP |
| 79 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 80 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 81 | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | Dentons US LLP |
| 82 | 10-04401 | Rose Gindel Trust, et al. | Dentons US LLP |
| 83 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 84 | 10-04672 | Sidney Cole | Dentons US LLP |
| 85 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 86 | 10-04415 | The Estate of Barbara Berdon, et al. | Dentons US LLP |
| 87 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | Dentons US LLP |
| 88 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 89 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Hunton Andrews Kurth LLP |
| 90 | 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 91 | 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 92 | 10-04931 | Cantor, et al. | Winston & Strawn LLP |