**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Stacey A. Bell
Nicholas J. Cremona

Hearing Date: October 31, 2018
Time: 10:00 a.m.
Objections Due: October 17, 2018
Time: 5:00 p.m.

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A[1],<br><br>    Defendants. | Adv. Pro. Nos. listed on Exhibit A |

**NOTICE OF TRUSTEE'S MOTION
FOR LIMITED ADDITIONAL DISCOVERY BASED ON PRIOR
ORDERS AUTHORIZING DEPOSITION OF BERNARD L. MADOFF**

---

[1] *See* Exhibit A, Schedule of Remaining Good Faith Actions, annexed to the Trustee's Motion.

**PLEASE TAKE NOTICE THAT**, Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa ("SIPA"), and the estate of Bernard L. Madoff ("Madoff"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on October 31, 2018 at 10:00 a.m., or as soon thereafter as counsel may be heard on Trustee's Motion For Limited Additional Discovery Based On Prior Orders Authorizing Deposition Of Bernard L. Madoff (the "Motion"), as more particularly set forth in the Motion and the Declaration of David J. Sheehan in Support of the Motion (the "Sheehan Declaration"), annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on October 17, 2018** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan and Stacey A. Bell; and (b) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 10, Washington, DC 20006 Attn: Kevin Bell. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that the Trustee's reply to the objections filed on or before October 17, 2018, must be in writing, shall conform to the Bankruptcy Rules and other applicable rules and orders of this Court, and shall be filed in accordance with General Rule M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern

-2-

District of New York (available at www.nysb.uscourts.gov) by no later than **October 24, 2018 at 4:00 p.m.**

       **PLEASE TAKE FURTHER NOTICE** that failure to file timely objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

Dated:  New York, New York
         September 21, 2018

    /s/ *Stacey A. Bell*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Stacey A. Bell
Email: sbell@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

# EXHIBIT A

Exhibit A
Remaining Good Faith Actions

| | APN | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04289 | John Fujiwara, et al. | Lax & Neville, LLP |
| 2 | 10-04292 | Robert Roman | Chaitman LLP |
| 3 | 10-04296 | Jeffrey Shankman | Pro Se |
| 4 | 10-04302 | Joan Roman | Chaitman LLP |
| 5 | 10-04305 | David Shapiro, et al. | Klestadt Winters Jureller Southard & Stevens, LLP |
| 6 | 10-04314 | David Shapiro Nominee #3 | Klestadt Winters Jureller Southard & Stevens, LLP |
| 7 | 10-04321 | Herbert Barbanel, et al. | Chaitman LLP |
| 8 | 10-04325 | David Shapiro Nominee #2 | Klestadt Winters Jureller Southard & Stevens, LLP |
| 9 | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | Chaitman LLP |
| 10 | 10-04328 | David Shapiro Nominee | Klestadt Winters Jureller Southard & Stevens, LLP |
| 11 | 10-04332 | Barry Weisfeld | Dentons US LLP |
| 12 | 10-04341 | Marden, et al. | Pryor Cashman LLP |
| 13 | 10-04343 | Patrice Auld, et al. | Pryor Cashman LLP |
| 14 | 10-04348 | Marden Family Limited Partnership, et al. | Pryor Cashman LLP |
| 15 | 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Chaitman LLPPro Se |
| 16 | 10-04357 | James Greiff | Dentons US LLP |
| 17 | 10-04361 | Harvey L. Werner Revocable Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 18 | 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 19 | 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 20 | 10-04377 | Carol Nelson, individually and as joint tenant, et al. | Chaitman LLP |
| 21 | 10-04378 | DOS BFS Family Partnership II, L.P., et al. | Westerman Ball Ederer Miller & Sharfstein LLP |
| 22 | 10-04384 | Lanx BM Investments, LLC, et al. | Baker & McKenzie LLPFisherBroyles |
| 23 | 10-04390 | Michael Mann, et al. | Dentons US LLP |
| 24 | 10-04394 | Frederic Z. Konigsberg, et al. | Bernfeld, DeMatteo & Bernfeld, LLPJohn E. Lawlor |
| 25 | 10-04396 | Edith A. Schur | Bernfeld, DeMatteo & Bernfeld, LLP |
| 26 | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Chaitman LLP |
| 27 | 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 28 | 10-04401 | Rose Gindel Trust, et al. | Dentons US LLP |
| 29 | 10-04415 | The Estate of Barbara Berdon, et al. | Dentons US LLP |
| 30 | 10-04417 | The Lustig Family 1990 Trust, et al. | Binder & Schwartz LLP |
| 31 | 10-04419 | Katz Group Limited Partnership, a Wyoming limited partnership, et al. | Becker LLC |
| 32 | 10-04428 | Estate of Allen Meisels, et al. | Chaitman LLP |
| 33 | 10-04429 | Gary J. Korn, et al. | Golenbock Eiseman Assor Bell & Peskoe, LLP |
| 34 | 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 35 | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 36 | 10-04463 | Triangle Diversified Investments, et al. | Pro Se |
| 37 | 10-04468 | Ken-Wen Family Limited Partnership, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 38 | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | Chaitman LLP |
| 39 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | Dentons US LLP |
| 40 | 10-04487 | Robert Weintraub, et al. | Chaitman LLP |
| 41 | 10-04489 | Marlene Krauss | Chaitman LLP |
| 42 | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. | Chaitman LLP |
| 43 | 10-04492 | Stuart Leventhal 2001 Irrevocable Trust, et al. | Gabor & Marotta LLC |
| 44 | 10-04503 | Judd Robbins | Chaitman LLP |
| 45 | 10-04517 | Radcliff Investments Limited, et al. | Clifford Chance U.S. LLP |
| 46 | 10-04525 | Susan Schemen Fradin Revocable Agreement of Trust, et al. | Willkie Farr & Gallagher LLP |
| 47 | 10-04538 | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al. | Frejka PLLC |
| 48 | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Chaitman LLP |
| 49 | 10-04541 | Kenneth W Perlman, et al. | Blank Rome LLPChaitman LLP |
| 50 | 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 51 | 10-04554 | David Ivan Lustig | Binder & Schwartz LLP |
| 52 | 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 53 | 10-04562 | Robert F. Ferber | Chaitman LLP |
| 54 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLPPro Se |
| 55 | 10-04573 | Bruce Leventhal 2001 Irrevocable Trust, et al. | Lax & Neville, LLP |
| 56 | 10-04592 | Anthony E. Stefanelli | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 57 | 10-04610 | The Whitman Partnership, et al. | Chaitman LLP |
| 58 | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 59 | 10-04621 | Donald A. Benjamin | Chaitman LLP |
| 60 | 10-04631 | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al. | Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C. |
| 61 | 10-04644 | Russell L. Dusek | Chaitman LLP |
| 62 | 10-04648 | Peter D. Kamenstein | Chaitman LLP |
| 63 | 10-04655 | Jaffe Family Investment Partnership, et al. | Chaitman LLP |

|    | APN | Case Name | Counsel |
|----|-----|-----------|---------|
| 64 | 10-04658 | Carol Nelson | Chaitman LLP |
| 65 | 10-04667 | David Gross, et al. | Pro Se |
| 66 | 10-04669 | Zieses Investment Partnership, et al. | Chaitman LLP |
| 67 | 10-04672 | Sidney Cole | Dentons US LLP |
| 68 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 69 | 10-04709 | Andrew M. Goodman | Chaitman LLP |
| 70 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 71 | 10-04728 | Estate of Bruno L. Di Giulian, et al. | Chaitman LLP |
| 72 | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. | Chaitman LLP |
| 73 | 10-04748 | Mark Horowitz | Chaitman LLP |
| 74 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 75 | 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Lax & Neville, LLP |
| 76 | 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 77 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 78 | 10-04762 | James M. Goodman | Chaitman LLP |
| 79 | 10-04768 | Placon2, William R. Cohen, et al. | Chaitman LLP |
| 80 | 10-04798 | Janet Jaffe, et al. | Chaitman LLP |
| 81 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Chaitman LLP |
| 82 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 83 | 10-04818 | Toby Harwood | Chaitman LLP |
| 84 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 85 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 86 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. | Chaitman LLP |
| 87 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 88 | 10-04867 | Estate of Steven I. Harnick, et al. | Chaitman LLP |
| 89 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 90 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 91 | 10-04885 | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al. | Winston & Strawn LLP |
| 92 | 10-04889 | Estate of Robert Shervyn Savin, et al. | Chaitman LLP |
| 93 | 10-04898 | Helene Saren-Lawrence | Chaitman LLP |
| 94 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 95 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 96 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 97 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 98 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 99 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Dentons US LLP |
| 100 | 10-04931 | Cantor, et al. | Winston & Strawn LLP |
| 101 | 10-04954 | Ruth Kahn | Lax & Neville, LLP |
| 102 | 10-04956 | D. M. Castelli | Chaitman LLP |
| 103 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Chaitman LLP |
| 104 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 105 | 10-04986 | Sharon Knee | Pro Se |
| 106 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 107 | 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Chaitman LLP |
| 108 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 109 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 110 | 10-05048 | Estate of Armand L. Greenhall, et al. | Law Office of Joseph F. KeenanLax & Neville, LLP |
| 111 | 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, et al. | Frejka PLLC |
| 112 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 113 | 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | Folkenflik & McGerity |
| 114 | 10-05084 | Daniel Stone | Frejka PLLC |
| 115 | 10-05094 | The Estate of Carolyn Miller, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 116 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Chaitman LLP |
| 117 | 10-05116 | Leonard J. Oguss Trust, et al. | Chaitman LLP |
| 118 | 10-05118 | Charlotte M. Marden | Pryor Cashman LLP |
| 119 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 120 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Chaitman LLP |
| 121 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 122 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 123 | 10-05133 | Boyer H. Palmer, individually, et al. | Chaitman LLP |
| 124 | 10-05144 | Estate of Bernard J. Kessel, et al. | Rosenberg Feldman Smith LLP |
| 125 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Chaitman LLP |
| 126 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |

Exhibit A
Remaining Good Faith Actions

|  | APN | Case Name | Counsel |
|---|---|---|---|
| 127 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 128 | 10-05168 | Bernard Marden Profit Sharing Plan, et al. | Pryor Cashman LLP |
| 129 | 10-05169 | Fairfield Pagma Associates, et al. | Lax & Neville, LLP |
| 130 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 131 | 10-05194 | Bruce D. Pergament, et al. | Pryor Cashman LLP |
| 132 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 133 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 134 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 135 | 10-05255 | Stefanelli Investors Group, et al. | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 136 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Hunton Andrews Kurth LLP |
| 137 | 10-05259 | Stanley I. Lehrer, et al. | Dentons US LLPPro Se |
| 138 | 10-05285 | Joan L. Fisher, both in her indvdl cap, etc., et al. | Yeskoo Hogan & Tamlyn LLP |
| 139 | 10-05286 | Legacy Capital Ltd., et al. | Stevens & Lee P.C. |
| 140 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 141 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 142 | 10-05380 | Srione, LLC, an Idaho limited liability company, et al. | Law Offices of Stephen Goldstein<br>Stillman & Associates |
| 143 | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | Dentons US LLP |
| 144 | 10-05394 | Richard M. Glantz, et al. | Law Office of Richard E. Signorelli |
| 145 | 10-05420 | Gunther K. Unflat, et al. | Chaitman LLP |
| 146 | 10-05435 | Keith Schaffer, et al. | Chaitman LLP |
| 147 | 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer | Pryor Cashman LLP |