**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>       v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A,[1]<br><br>                Defendants. | Adv. Pro. Nos. listed on Exhibit A |

**DECLARATION OF DAVID J. SHEEHAN IN SUPPORT OF THE MEMORANDUM OF LAW IN SUPPORT OF TRUSTEE'S MOTION FOR LIMITED ADDITIONAL DISCOVERY BASED ON PRIOR ORDERS AUTHORIZING DEPOSITION OF BERNARD L. MADOFF**

I, David J. Sheehan, declare the following:

1. I am a Partner with the law firm Baker Hostetler LLP, counsel to Irving Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff"). I submit this declaration in

---

[1] *See* Exhibit A, Schedule of Remaining Good Faith Actions, annexed to the Trustee's Motion.

support of the Memorandum of Law in Support of the Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff.

2. Attached hereto as **Exhibit 1** is the Order Authorizing the Deposition of Bernard L. Madoff dated September 29, 2016 (ECF No. 14213).

3. Attached hereto as **Exhibit 2** is the Order Authorizing the Continued Deposition of Bernard L. Madoff on Day Two Topics dated September 11, 2017 (ECF No. 16625).

4. Attached hereto as **Exhibit 3** is the Stipulation and Order Agreeing to Hold Discovery Deadlines in Abeyance dated August 10, 2017 (ECF No. 16494).

5. Attached hereto as **Exhibit 4** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated December 20, 2016.

6. Attached hereto as **Exhibit 5** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated April 26, 2017.

7. Attached hereto as **Exhibit 6** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated April 27, 2017.

8. Attached hereto as **Exhibit 7** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated November 8, 2017.

9. Attached hereto as **Exhibit 8** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated November 9, 2017.

Dated: September 21, 2018
       New York, New York

Respectfully submitted,

 /s/ David J. Sheehan
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589–4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*