# EXHIBIT 5

Page 1

CONFIDENTIAL

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

In re:                              )
                                    )
SECURITIES INVESTOR                 )
PROTECTION CORPORATION,             )
                                    )
    Plaintiff-Applicant,            )
                                    )
vs.                                 )   08-01789 (SMB)
                                    )
BERNARD L. MADOFF                   )
INVESTMENT SECURITIES, LLC,         )
                                    )
    Defendant.                      )
                                    )
                                    )
In re:                              )
                                    )
BERNARD L. MADOFF,                  )
                                    )
    Debtor.                         )
                                    )

          Videotaped Deposition of BERNARD L.
MADOFF, VOLUME I, taken on behalf of the Customers,
before K. Denise Neal, Registered Professional
Reporter and Notary Public, at the Federal
Correctional Institution, 3000 Old Highway 75,
Butner, North Carolina, on the 26th day of April,
2017, commencing at 9:07 a.m.

                    * * * * *

CONFIDENTIAL

Page 2

1  APPEARANCES OF COUNSEL:
2    On Behalf of the Customers:
3        HELEN DAVIS CHAITMAN, Esq.
4        Chaitman, LLP
5        465 Park Avenue
6        New York, New York  10022
7        (908) 303-4568
8        hchaitman@chaitmanllp.com
9
10   On Behalf of the Trustee:
11       DAVID J. SHEEHAN, Esq.
12       AMANDA E. FEIN, Esq.
13       Baker Hostetler
14       45 Rockefeller Plaza
15       New York, New York  10111-0100
16       (212) 589-4621
17       afein@bakerlaw.com
18
19   On Behalf of the Deponent:
20       PETER A. GOLDMAN, Esq.
21       12 Fairlawn Parkway
22       Rye Brook, New York  10573
23       (914) 935-6857
24       pagoldman@gmail.com
25

CONFIDENTIAL

Page 3

1  APPEARANCES OF COUNSEL:
2       Videographer:
3           Ken Morrison, CLVS
4
5                    * * * * *
6
7                    CONTENTS
8  THE WITNESS:  BERNARD L. MADOFF        EXAMINATION
9       BY MS. CHAITMAN                        6
10      BY MR. SHEEHAN                       132
11
12                   * * * * *
13
14               INDEX OF EXHIBITS
15  FOR THE CUSTOMERS:                       PAGE
16  Exhibit Number 15, Copies of Bloomberg     38
17     trade tickets
18  Exhibit Number 16, JPMorgan Chase          52
19     statement - 2-2001
20  Exhibit Number 17, 703 account statement   58
21     - 6-2001
22  Exhibit Number 18, JPMorgan Chase          60
23     statement - 10-2002
24  Exhibit Number 19, JPMorgan Chase          61
25     statement - 12-2003

Page 10

1   complete truth about what happened?
2       A.  Yes.
3       Q.  Since that time have you ever been
4   dishonest when you testified about what happened?
5       A.  No.
6       Q.  Now, as I just mentioned, you've testified
7   previously about the four families who had been your
8   clients from the 1960s on.  And, again, I don't want
9   you to mention the names of any of those four
10  families, but I just want to ask you a question.
11  Was there a period prior to 1990 when Annette
12  Bongiorno backdated trades from members of the four
13  families?
14      A.  Yes.
15      Q.  Was that done without the knowledge of the
16  members of the four families?
17      A.  No.  They were aware of it.  They had
18  instructed her to do it.
19      Q.  They instructed her to backdate trades?
20      A.  Yes.
21          MS. CHAITMAN:  Okay.
22          MR. SHEEHAN:  Excuse me.  What time period
23  was that?
24          MS. CHAITMAN:  Before the 1990s.
25          MR. SHEEHAN:  Okay.

08-01789-cgm   Doc 18016-6   Filed 09/21/18   Entered 09/21/18 18:02:30   Exhibit 5 -
Madoff Dep Excerpts (4/26/2017)   Pg 6 of 20
CONFIDENTIAL

Page 12

1       A.   Sometime post-'92.  As I started, you know,
2   I was still buying it in '92 and also through most
3   of '93.  After that, that's when I stopped buying
4   securities for split strike.
5       Q.   Okay.  Now, you continued to have some
6   customers who were in convertible arbitrage?
7       A.   Correct.
8       Q.   Did you continue so long as people were in
9   convertible arbitrage, did you actually buy those
10  securities?
11      A.   Yes.
12      Q.   Okay.  So it was only in the split strike
13  that you stopped buying the securities?
14      A.   Correct.
15      Q.   Okay.  Do you derive any kind of benefit
16  from your testimony as to when the fraud started?
17      A.   No.
18      Q.   Does it benefit anyone in your family?
19      A.   No.
20      Q.   If the Trustee claims you're lying as to
21  when the fraud started, is there any conceivable
22  benefit that you enjoy by virtue of that testimony?
23      A.   No.
24      Q.   Does this testimony benefit any of your
25  family members?

Page 13

1      A. No.
2      Q. Now, you testified that at some point in
3 1992 you leased the 17th floor of the Lipstick
4 Building?
5      A. Yes.
6      Q. And you bought a separate computer system
7 for the people you moved to the 17th floor; is that
8 right?
9      A. Correct.
10      Q. And that was called the IBM AS/400?
11      A. Yes.
12      Q. Now, was the IBM AS/400 on the 17th floor
13 linked to outside sources, like other investment
14 firms or DTC?
15      A. No.
16      Q. Now, the computers that were used on the
17 18th and the 19th floors by the traders --
18      A. Right.
19      Q. -- were those Bloomberg terminals?
20      A. Well, we have Bloomberg terminals all over
21 the firm, yes.
22      Q. Okay. Were the Bloomberg terminals linked
23 to outside sources?
24      A. Yes.
25      Q. What outside sources were they linked to?

08-01789-cgm   Doc 18016-6   Filed 09/21/18   Entered 09/21/18 18:02:30   Exhibit 5 - Madoff Dep Excerpts (4/26/2017)   Pg 8 of 20
CONFIDENTIAL

Page 14

1    A.  I can't probably tell you all of them, but
2    they -- Bloomberg generally is linked to --
3    basically, Bloomberg terminal gets information from
4    other information providers.  They're also -- I'm
5    not sure, but they're also linked to probably the
6    depositories as well.  They're not linked to other
7    brokerage firms.
8        Q.  Okay.  Now, when you testified that Annette
9    Bongiorno prior to 1990 had backdated trades for the
10   four families, were those carried out on the AS/400?
11       A.  Yes.
12       Q.  Okay.  But before -- before you bought the
13   AS/400 in 1992, what kind of computer was she using
14   that she would backdate trades?
15       A.  We had other small like, you know,
16   computers, what you would call them, just like, you
17   know, what you would use at home, you know, word
18   processors and, you know, NASDAQ terminals and
19   things of that sort.
20       Q.  They were not linked to outside sources?
21       A.  No.  They were not linked, right.
22       Q.  Now, was it -- you testified last time, and
23   correct me if my recollection is incorrect, but I
24   think what you testified last time is that it was
25   not illegal for you to sell short?

Page 20

1  I wasn't buying.
2       Q.  Right.  Now, in late 1993 or early 1994 was
3  your business, you were operating at that point as a
4  sole proprietorship; is that right?
5       A.  Yes.
6       Q.  Was your business insolvent?
7       A.  No.
8       Q.  At what point in time did you become
9  insolvent?  And when I say you, I mean your sole
10 proprietorship or the limited liability company.
11      A.  I would say probably in the early 2000s,
12 maybe somewhere between let's say '98 and 2002.
13      Q.  Okay.  And what --
14           MR. SHEEHAN:  Can I just -- before you get
15 an answer, two things.  One is I don't know what
16 insolvency means.
17           MS. CHAITMAN:  Oh, okay.
18           MR. SHEEHAN:  I'm going to ask to define
19 that.
20           MS. CHAITMAN:  Okay.
21           MR. SHEEHAN:  And I'm not going to
22 interrupt you again because I'm just going to have a
23 continuing objection to leading questions, which is
24 you're testifying more than he is, but I don't care
25 about that.  Just objecting.  All right.

08-01789-cgm   Doc 18016-6   Filed 09/21/18   Entered 09/21/18 18:02:30   Exhibit 5 - Madoff Dep Excerpts (4/26/2017)   Pg 10 of 20
CONFIDENTIAL

Page 21

1    Q.   (By Ms. Chaitman)  Okay, okay.  When you
2    say that your business became insolvent at some
3    point between '98 and what did you say?  2000 --
4    A.   2002.
5    Q.   Okay.  What are the events that you're
6    thinking about that --
7    A.   Well, because I was also returning -- there
8    were client -- part of the strategy was to return
9    profits that were earned to clients.  So in order to
10   do that, I was returning money from the 703 account
11   to clients and, therefore, I wasn't able to buy
12   either the securities or the treasuries.  So there
13   was a deficit.
14        So because that wasn't reflecting the
15   liabilities and I didn't have assets to back them up
16   at some point, I would say that would be -- the firm
17   would be insolvent.
18   Q.   Okay.  So would it be fair to say that the
19   insolvency arose from the differential between what
20   the investment advisory customers' money was earning
21   in Treasury bills versus the return you were paying
22   them?
23   A.   Correct.
24   Q.   Did your formation of the limited liability
25   company in -- it became effective January 2001, did

08-01789-cgm Doc 18016-6 Filed 09/21/18 Entered 09/21/18 18:02:30 Exhibit 5 - Madoff Dep Excerpts (4/26/2017) Pg 11 of 20
CONFIDENTIAL

Page 26

1  the customer is requesting to be able to purchase
2  securities.  The brokerage firm also has to deliver
3  securities if the firm that he sold it to for the
4  customer who needs delivery.
5         So he has to go out and borrow securities.
6  And to borrow the securities to make the delivery,
7  he has to -- he has to borrow them from another
8  brokerage firm.  He has to pay them for those
9  securities.  So the only -- the only securities that
10 are segregated for a customer are what's called
11 fully paid for securities where there is no
12 liability or debt involved in the firm.
13        Q.  Okay.  Now, you've explained that the fraud
14 was in the split strike, but if you had an
15 investment advisory customer who instructed you to
16 buy a specific position for them and you gave them a
17 margin loan to do that, did you actually execute
18 those sales?
19        A.  We always execute the sales.  Whatever was
20 reflected on the customer statement, we executed.
21 We executed the sales to the customer.  You know, we
22 wouldn't have executed them in the market unless we
23 were doing a strategy, unless we were also buying
24 securities.
25        Q.  Okay.  But where a customer made a specific

08-01789-cgm   Doc 18016-6   Filed 09/21/18   Entered 09/21/18 18:02:30   Exhibit 5 -
Madoff Dep Excerpts (4/26/2017)   Pg 12 of 20
CONFIDENTIAL

Page 27

1  instruction to you to buy a specific stock, are you
2  saying that you always executed those instructions?
3      A.  The customer didn't usually give us
4  instructions.  These accounts are handled basically
5  as sort of discretionary accounts.  So once the
6  customer opened the account to go into this
7  particular strategy, the firm had the -- had the,
8  you know, allowance to be able to execute the
9  strategy whenever he saw fit.
10     Q.  No, but I'm thinking of customers who were
11 not in split strike, investment advisory customers
12 who had you as their investment advisor but they
13 instructed you as to what stocks to buy and sell.
14     A.  We didn't -- we basically did not do that
15 kind of business.
16     Q.  Now, in the government's deferred
17 prosecution agreement with JPMorgan Chase, the
18 government and the bank stipulated that during the
19 period from 2003 to 2008 you maintained on deposit
20 at JPMorgan Chase three to six billion dollars.  Is
21 that correct?
22     A.  Yes.
23     Q.  Did that amount -- was that only between
24 2003 or 2008 or had you done that earlier than 2003?
25     A.  Well, there were certain -- we started

08-01789-cgm   Doc 18016-6   Filed 09/21/18   Entered 09/21/18 18:02:30   Exhibit 5 - Madoff Dep Excerpts (4/26/2017)   Pg 13 of 20
CONFIDENTIAL

Page 47

1   part the monies in those accounts built and became,
2   you know, more and more up to the maximum, which
3   was, I think, $500 million pretty much in each
4   account.
5         Q.   So you maintained 500 million of Treasury
6   securities at each of those five firms?
7         A.   Pretty much, yes.
8         Q.   Okay.  And then in addition you had the
9   portfolio that was purchased directly --
10        A.   Correct.
11        Q.   -- by the 17th floor people?
12        A.   Right.
13        Q.   Now, the market making and proprietary
14  trading people were buying and selling securities;
15  right?
16        A.   Yes.
17        Q.   And what kind of records were kept of the
18  securities that were held by the firm as of say
19  month end of each month?  Was there a record kept of
20  an inventory of securities that were owned by the
21  firm as of the end of each month?
22        A.   That the firm was long you're talking
23  about?
24        Q.   Yes.
25        A.   Yeah.  That was -- you know, you were

Page 48

1  required to -- you had trading ledgers that
2  reflected what was long by the market makers or the
3  proprietary traders in the firm's investment
4  account.  There were trading ledgers and then there
5  were -- there's what's called a securities record,
6  stock record.
7       Q.  Is it called a trade blotter?
8       A.  There's trade blotters, yes.
9       Q.  Is that the same thing?
10      A.  Same thing.
11      Q.  Okay.  So if I -- if I --
12      A.  Trade blotters basically reflect also
13  monies -- monies in and monies out for the payment
14  of the securities.  The trading ledgers just shows
15  the inventory long and short, and same for the stock
16  record.  Stock record would reflect where the
17  securities are held.
18      Q.  Okay.  So I just want to get the terms.
19  There are trade blotters?
20      A.  Trading ledgers.
21      Q.  And it's called a trading ledger?
22      A.  Correct.
23      Q.  Okay.
24      A.  You know, which would -- trading ledgers
25  would be for the market making, proprietary trading

Page 49

1  and the investment account, investment ledger.
2    Q.  Okay.
3    A.  And then there's what's known as a stock
4  record, which breaks down by each security.
5    Q.  So each of those reports was done as of
6  month end?
7    A.  Daily.
8    Q.  They were done daily?
9    A.  The reports were effected daily.
10   Q.  Okay.  And did you -- through
11 December 11th, 2008 did you maintain those records?
12   A.  Yes.
13   Q.  So they should have been there for the
14 Trustee when he took over?
15   A.  They would be, yeah.
16   Q.  Okay.  And were they all electronic records
17 or were they paper records?
18   A.  No.  They were -- well, they were all done
19 through computers.
20   Q.  Okay.  Who was responsible within the firm
21 for generating these reports?
22   A.  Well, depends upon, you know, where they
23 were executed.  Basically, Dan Bonventry was the
24 operations director, so he had the final
25 responsibility.  The records themselves were

Page 50

1  generated by the systems people. And depending upon
2  whether it was generated by the Stratus system,
3  which handled basically all the -- all the market
4  making, proprietary trading side of the firm, or
5  whether it was done by the investment advisory side,
6  that would have been through the AS/400.
7      Q.  Okay. But the investment advisory side
8  would show -- would it show securities that actually
9  hadn't been purchased? In other words, the split
10 strike securities that weren't purchased, would
11 they -- would that be listed on that report?
12     A.  That's correct.
13     Q.  Okay. So that's the trading ledger?
14     A.  Right.
15     Q.  Okay. So --
16     A.  It would be -- it would be the customer
17 ledger. There's a customer ledger.
18     Q.  There's a customer ledger. So if I wanted
19 to get an accurate picture of what securities the
20 firm actually held as of any given day, what would
21 be the best document to look at?
22     A.  You would have to look at the -- the
23 trading ledgers.
24     Q.  The trading ledgers. Okay. Now, at
25 JPMorgan Chase did you have an account or accounts

CONFIDENTIAL

Page 84

1   for the customers in?  All right.  So he would pick
2   out a security that we were trading and he would
3   give him the correct formula.  Once they got that
4   formula, that scrap of paper, the next step would be
5   to go and search our trading records, which would be
6   what the market maker or the firm's investment
7   account bought and sold over a period of let's say
8   for four days.
9         And then they would -- he would by running
10  a run of what we bought and sold, then Annette or
11  Jodi, not David, you know, Annette or Jodi would
12  look through the trading records and pick out a
13  certain number of shares in stock and they would
14  come up with an average price and the appropriate
15  number of shares.
16        All right.  So this David Kugel had no
17  access to any of those records.  He wouldn't be able
18  to do that.  He was just giving them -- he was just
19  giving them what the correct formula would be.
20        So by -- for some reason the Trustee, all
21  right, because he had this piece of paper which they
22  showed me when they first came down here years ago
23  and asked me what it was, I told them it was a
24  formula, exactly what I just said.  They determined
25  from that that David was generating the trade and

Page 132

1  get an outline out, but it will take just a second.
2                        EXAMINATION
3  BY MR. SHEEHAN:
4        Q.  Mr. Madoff, before we get started, I just
5  want to ask you a question that wasn't quite asked
6  the way I wanted it to be.  That is, are you on any
7  medications that would impair your ability to
8  testify here today?
9        A.  No, no.
10       Q.  Okay.  That's not particularized towards
11 you.  It's asked at every deposition.
12       A.  Yeah.  No.  I understand.
13       Q.  Because people do take medications that
14 sometimes doesn't render --
15       A.  No.  I'm on lots of medication, but nothing
16 that would impair my --
17       Q.  Okay.  All right.  Just so you and I agree
18 on that.  Okay.  Let me sort of go back over some of
19 the testimony --
20       A.  Right.
21       Q.  -- this afternoon before we get into some
22 other stuff I want to talk about.  On November 30,
23 2008 your customer statements showed you to be owed
24 your customers $64.6 billion, thereabouts; right?
25       A.  Right.

CONFIDENTIAL

Page 133

1    Q.  And when the Trustee looked at all of your
2  bank accounts and stock they had available at that
3  point, you had a little over 300 million left?
4    A.  Right.
5    Q.  So in the course of -- you're kind of
6  short, yeah, like 64.3 billion dollars; right?
7    A.  Right.
8    Q.  Are you saying that that disappeared over
9  -- that you actually could have covered everybody
10 prior to 2002?
11   A.  No, no.
12   Q.  Okay.  So what you did do, though, is that
13 in 2008 according to our calculations you actually
14 paid redemptions of close to $12 billion?
15   A.  Uh-huh.
16   Q.  About 11.7, I think, is what it was?
17   A.  Right.
18   Q.  Does that sound accurate to you?
19   A.  I guess so, yeah.
20   Q.  So there was a lot of money going out
21 during 2008; right?
22   A.  Right.
23   Q.  But it wasn't anywhere near $64 billion --
24   A.  No.
25   Q.  -- that you said you were long?

Page 134

1      A.   No.
2      Q.   And is it your testimony that that $64
3  billion shortfall occurred from 1992 through 2008?
4      A.   Yeah.
5      Q.   All right.  Do you know what at the end of
6  1992 you showed on your books and records assuming
7  all trading is as you say it was, what was on your
8  books and records then as what you were -- you
9  yourself were long?
10     A.   Well, first of all, you have to understand
11 that the -- there was -- the losses that I incurred
12 from the short positions of the big four accounts,
13 all right, that occurred from the 1987 through 1992
14 when the market had recovered from the crash in
15 1987.  That was -- that was substantial.  That could
16 have been, you know, as I said, I don't know how
17 many billions of dollars it was at the time; but you
18 have to take that into consideration, you know.
19     Q.   Right.
20     A.   So, you know, the $64 billion, don't
21 forget, is -- the reason that number got so large
22 was that I was generating falsely like 12 percent
23 return on all the -- on the principal money that was
24 invested.  Let's say the total of almost
25 $19 billion, you know, at 12 percent return from