# EXHIBIT 7

                                                    Page 386

1                UNITED STATES BANKRUPTCY COURT
                 SOUTHERN DISTRICT OF NEW YORK
2
3
     In re:                           )
4                                     )
     SECURITIES INVESTOR              )
5    PROTECTION CORPORATION,          )
                                      )
6         Plaintiff-Applicant,        )
                                      )
7    vs.                              )   08-01789 (SMB)
                                      )
8    BERNARD L. MADOFF                )
     INVESTMENT SECURITIES, LLC,      )
9                                     )
          Defendant.                  )
10                                    )
                                      )
11   In re:                           )
                                      )
12   BERNARD L. MADOFF,               )
                                      )
13        Debtor.                     )
                                      )
14
15                       CONFIDENTIAL
16           Videotaped Deposition of BERNARD L.
17   MADOFF, VOLUME III, taken on behalf of the
18   Customers, before K. Denise Neal, Registered
19   Professional Reporter and Notary Public, at the
20   Federal Correctional Institution, 3000 Old Highway
21   75, Butner, North Carolina, on the 8th day of
22   November, 2017, commencing at 9:00 a.m.
23
24
25                       * * * * *

CONFIDENTIAL

Page 387

1  APPEARANCES OF COUNSEL:

2

3     On Behalf of the Customers:

4          HELEN DAVIS CHAITMAN, Esq.

5          Chaitman, LLP

6          465 Park Avenue

7          New York, New York  10022

8          (908) 303-4568

9          hchaitman@chaitmanllp.com

10

11    On Behalf of Sage Associates, Sage Realty,

12    Malcolm Sage, Martin Sage and Ann Passer Sage

13         ANDREW B. KRATENSTEIN, Esq.

14         McDermott Will & Emery, LLP

15         340 Madison Avenue

16         New York, New York  10173-1922

17         (212) 547-5695

18         akratenstein@mwe.com

19

20

21

22

23

24

25

CONFIDENTIAL

Page 388

1  APPEARANCES OF COUNSEL:
2
3      On Behalf of the Trustee:
4          AMANDA E. FEIN, Esq.
5          STACY DASARO, Esq.
6          Baker Hostetler
7          45 Rockefeller Plaza
8          New York, New York  10111-0100
9          (212) 589-4621
10         afein@bakerlaw.com
11
12     On Behalf of the Deponent:
13         PETER A. GOLDMAN, Esq.
14         12 Fairlawn Parkway
15         Rye Brook, New York  10573
16         (914) 935-6857
17         pagoldman@gmail.com
18
19     Videographer:
20         Bob Collier, CLVS
21
22                  * * * *
23
24
25

08-01789-cgm   Doc 18016-8   Filed 09/21/18   Entered 09/21/18 18:02:30   Exhibit 7 - Madoff Dep Excerpts (11/8/2017)   Pg 5 of 10
CONFIDENTIAL

Page 400

1    Q.   Do you recall any of the substance of those
2    meetings?
3    A.   They wanted to change their style of
4    trading where they were going to direct the trades.
5    Q.   What do you mean by direct the trades?
6    A.   In other words, they would give
7    instructions to me what they wanted to buy and what
8    they wanted -- and when they wanted to sell it and
9    so on.
10   Q.   Was that atypical?
11   A.   Yes.
12   Q.   How so?
13   A.   That was the general rule was we handled
14   all of the decision making for the clients, limited,
15   limited decision making.  Basically, there's a
16   definition of discretionary accounts in the
17   securities industry where discretion is limited --
18   discretion is limited to time and price of a
19   security.
20        That's not considered discretion.  It's
21   only when you give them -- when you make the
22   decision to what security to buy and sell that it
23   becomes a full discretionary account.  That's an SEC
24   regulation.
25   Q.   And so could you just expand on that and

08-01789-cgm    Doc 18016-8    Filed 09/21/18    Entered 09/21/18 18:02:30    Exhibit 7 - Madoff Dep Excerpts (11/8/2017)    Pg 6 of 10
CONFIDENTIAL

Page 401

1  explain how the Sages were different than your
2  discretionary customers?
3       A.  Well, they basically didn't have a
4  particular strategy that was one of our specialties,
5  which would have been convertible securities trading
6  or split strike conversion, which happened in the
7  later years.
8       Q.  And so they directed you on to whether to
9  buy or sell specific securities?
10      A.  Yes.
11      Q.  That was unusual?
12      A.  Yes.
13      Q.  Most of your customers were by that time in
14 split strike?
15      A.  Yes.
16      Q.  Did the -- do you recall anything else of
17 your meetings with them?
18      A.  What was the question?
19      Q.  Do you recall anything else of your
20 meetings with the Sages?
21      A.  Not particularly, no.
22      Q.  Would you meet with all three Sages, in
23 other words, Malcolm, Martin and Ann?
24      A.  Yes.
25      Q.  And would one of them do talking more than

Page 466

1      A.   Yes.
2      Q.   And, again, do you have any understanding
3 of what this plan was?
4      A.   It's just a tax plan realizing gains when
5 you have a short against the box transaction.
6      Q.   Do you understand what Ms. Bongiorno's
7 notes mean on this left-hand margin?
8      A.   By looking at -- by her saying $3 million
9 gain, it's realizing only part of the transaction.
10     Q.   What do you mean by that?
11     A.   In other words, she must have more shares
12 than she wants to sell.
13     Q.   Okay.  And then it says in a box no
14 long-term.  Do you see that?
15     A.   Yes.
16     Q.   Do you have an understanding --
17     A.   She doesn't want --
18     Q.   Let me finish.  Do you have an
19 understanding of what that means?
20     A.   Not to receive -- doesn't -- do not take a
21 long-term gain.
22     Q.   That would be for a tax reason?
23     A.   Yes.
24     Q.   Under Sage Associates there are four
25 transactions being directed.  Do you see that?

Page 467

1  A. Yes.
2  Q. And under Sage Associates II there's one
3  transaction?
4  A. Yes.
5  Q. Under Maurice S. Sage Foundation there's
6  one transaction; correct?
7  A. Yes.
8  Q. Would these transactions have been
9  executed?
10 A. Yes.
11 Q. And that's because your firm would follow
12 your client's instructions; correct?
13 A. Correct.
14    (Exhibit Number 74 was marked for
15 identification.)
16 Q. (By Mr. Kratenstein) Let's just again go
17 through the quick drill of confirming whether these
18 show up on the statements and in the memos and
19 confirms, so I'm going to put this letter here. I'm
20 going to show you Exhibit 74, which is the
21 December 31, 2013 Sage Associates statement --
22 sorry -- 2003 Sage Associates statement. Do you see
23 that?
24 A. Yes.
25 Q. And do you see the transfer of the Amgen

Page 468

1  and Symantec as directed --
2       A.   Yes.
3       Q.   -- in Exhibit 73?
4       A.   Yes.
5            (Exhibit Number 75 was marked for
6  identification.)
7       Q.   (By Mr. Kratenstein)  And I'm going to show
8  you Exhibit 75.  And in Exhibit 75, do you see that
9  that is a December 31, 2003 Sage Associates
10 statement?
11      A.   Yes.
12      Q.   And do you see there the transactions that
13 had been directed by Mr. Sage with respect to
14 National Semiconductor, RJR, Amgen and Symantec?
15      A.   Yes.
16           MS. FEIN:  We didn't receive that.
17           MR. KRATENSTEIN:  Oh, you didn't get that
18 one?  I'll just make sure I have the right one.
19 Yes.
20           MS. FEIN:  Thank you.  Yes.
21           MS. CHAITMAN:  That's Exhibit 74?
22           MS. FEIN:  This is Exhibit 75; right?
23           MR. KRATENSTEIN:  It's Exhibit 75.
24           MS. CHAITMAN:  I'll ask do you have
25 another one?

CONFIDENTIAL

Page 469

1            MR. KRATENSTEIN:  Yes.
2            MS. CHAITMAN:  Thanks.
3            (Exhibit Numbers 76, 77, 78 and 79 were
4    marked for identification.)
5        Q.  (By Mr. Kratenstein)  And now let's just do
6    the memos and confirms quickly and we're almost
7    done.  Here's Exhibit 76, Exhibit 77 --
8            MS. FEIN:  Thank you.
9        Q.  (By Mr. Kratenstein)  -- and 78 and 79.
10   Mr. Madoff, have you had an opportunity to look at
11   what we've marked as Exhibits 70 -- what is it?  76,
12   77, 78 and 79?
13       A.  Yes.
14       Q.  And can you tell me what those documents
15   are?
16       A.  Confirmations.
17       Q.  Do they reflect the instructions with
18   respect to the -- the execution of the instructions
19   with respect to the Sage Associates account that are
20   contained in the letter that we marked as Exhibit
21   Number 73?
22       A.  Yes.
23           (Exhibit Numbers 80 and 81 were marked for
24   identification.)
25       Q.  (By Mr. Kratenstein)  Thank you.  And there