**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Herbert Barbanel and Alice Barbanel (the "Claimant"), having filed an objection (the "Objection", Docket No. 1081) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#001393), hereby give notice by and through Lewis Barbanel, the Personal Representative of the Estate of Herbert Barbanel and the Estate of Alice Barbanel, that such Objection shall be withdrawn.

Dated: September, 20, 2018

                                            Marc A. Landis, Esq. on behalf of the Estate of
                                            Herbert Barbanel and the Estate of Alice
                                            Barbanel
                                            Phillips Nizer LLP
                                            485 Lexington Avenue
                                            New York, New York 10017
                                            Tel. No. (212) 841-0705