**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 26, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.     **10-04390; Picard v. Michael Mann, et al.**

       A.    Notice of Pretrial Conference filed by Keith R. Murphy on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 9/5/2018) [ECF No. 103]

          Status:     This matter is going forward.

2. **08-01789; SIPC v. BLMIS**

    A.    Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim filed by Chaitman LLP and Dentons US LLP filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/27/2018) [ECF No. 17864]

    B.    Notice of Hearing on Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim filed by Chaitman LLP and Dentons US LLP (Related Document 17864) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/27/2018) [ECF No. 17865]

    C.    Declaration of Vineet Sehgal in Support of the Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim filed by Chaitman LLP and Dentons US LLP (Related Documents 17865, 17864) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/27/2018) [ECF No. 17866]

    D.    Supplement to Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objections to Determination of Claim Filed by Chaitman LLP and Dentons US LLP (Related Document 17864) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/13/2018) [ECF No. 17890]

    E.    Second Declaration of Vineet Sehgal in Support of the Supplement to Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim Filed by Chaitman LLP and Dentons US LLP filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/13/2018) [ECF No. 17891]

Related Document:

    F.    Notice of Adjournment of Hearing on the Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim Filed by Chaitman LLP and Dentons US LLP (Related Documents 17882, 17864) filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 8/16/2018) [ECF No. 17898]

Objections Due:        September 7, 2018

Objections Filed:

    G.    Objection to Motion by Dentons' Customers to Trustee's Motion to Strike Dentons' Withdrawal of Objections to Determinations of Claims (Related Document 17864) filed by Carole Neville on behalf of Dentons' Customers (Filed: 9/7/2018) [ECF No. 17955]

H.      Opposition Brief to Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim (related document 17864) filed by Helen Davis Chaitman on behalf of Donald A. Benjamin, Bernard and Judith Whitman As Partners of the Whitman Partnership, Denis Castelli, Carol DiFazio, Frank DiFazio, Russell L Dusek, Russell Dusek II, Richard G. Eaton, Leslie Ehrlich, Stephen Ehrlich, Robert F. Ferber, Fern C. Palmer, Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended, Fern C. Palmer Revocable Trust dated December 31, 1991 as amended, Frieda Freshman Revocable Trust Dated 12/31/92, a Florida trust, Frieda Freshman, Trustee of the Walter Freshman Trust "A", Carla Ginsburg, Allen Gordon, Barbara Kotlikoff Harman, Martin R Harnick, Toby Harwood, Lee Hirsch, Robert Hirsch, Carla Hirschhorn, Kenneth M. Kohl, Myrna Kohl, Kuntzman Family LLC, Steven P Norton, Boyer Palmer, Palmer Family Trust, Theresa R. Ryan, Theresa R. Ryan, individ. & in her capac. as trustee of The Lawrence J. Ryan & Theresa R. Ryan Revocable Living Trust & The Lawrence J. Ryan By-Pass Trust under declar. of trust dated 11/20/1991, Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Donna Schaffer, Jeffrey Schaffer, Keith Schaffer, Doron A. Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Trust U/ART Fourth O/W/O Israel Wilenitz, Gunther K. Unflat, Margaret Unflat, Evelyn Berezin Wilenitz (Filed: 9/7/2018) [ECF No. 17960]

I.      Opposition Brief to Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim filed by Helen Davis Chaitman on behalf of Alice Barbanel, Herbert Barbanel, Richard G. Eaton, Ben Heller, Carol Kamenstein, David Kamenstein, Sloan G. Kamenstein, Tracy D. Kamenstein, Judd Robbins, Roberta Schwartz Trust, Joan Roman, Robert Roman (Filed: 9/7/2018) [ECF No. 17961]

**Reply Due:**      September 19, 2018

**Replies Filed:**

J.      Reply to Motion Reply Memorandum of Law of The Securities Investor Protection Corporation in Support of Trustee's Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim Filed by Chaitman LLP and Dentons US LLP (Related Document 17864) filed by Nathanael Kelley on behalf of Securities Investor Protection Corporation (Filed: 9/19/2018) [ECF No. 17991]

K.      Trustee's Reply Brief in Further Support of Motion to Strike the Notices of Withdrawal of Claim and Notices of Withdrawal of Objection to Determination of Claim filed by Chaitman LLP and Dentons US LLP (Related Document 17864) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/19/2018) [ECF No. 17995]

    Status: This matter is going forward.

3. **08-01789; SIPC v. BLMIS**

    A.    Order To Show Cause Signed On 9/7/2018 Re: Why October 4, 2016 Order Appointing A Discovery Arbitrator Pursuant To Bankruptcy Rule 9019(c) And General Order M-390 Should Not Be Amended (Related Document 14227) (Filed: 9/7/2018) [ECF No. 17958]

    Objection Filed:

    B.    Letter to Hon. Stuart M. Bernstein (related document 17958) Filed by Helen Davis Chaitman on behalf of Evelyn Berezin Wilenitz (Filed: 9/18/2018) [ECF No. 17987]

    Status:    This matter is going forward.

## SEPTEMBER 26, 2018 AT 2:00 PM

## CONTESTED MATTERS

5. **10-05383; Picard v. Stanley Shapiro**

    A.    Order Signed On 6/6/2018 Granting Re: Trustee's Motion To Compel Production Of Documents From Defendants Stanley Shapiro, David Shapiro, Leslie Citron, And Kenneth Citron (Related Documents 94, 95, 96, 99) (Filed: 6/6/2018) [ECF No. 105]

    B.    So Ordered Stipulation And Order Between The Plaintiff And Defendants Signed On 7/5/2018 Re: To Extend Deadline To And Including 7/13/2018 For Defendants To Comply With The Court's Order Compelling The Production Of Documents (Related Document105) (Filed: 7/5/2018) [ECF No. 107]

    C.    Letter to Judge Bernstein Regarding Discovery Order Filed by Torello H. Calvani on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 8/23/2018) [ECF No. 108]

    D.    Letter Filed by Barry R. Lax on behalf of Kenneth Citron, David Shapiro, Stanley Shapiro, Leslie Shapiro Citron (Filed: 8/29/2018) [ECF No. 110]

**Status:**     This matter is going forward.

Dated: September 25, 2018
       New York, New York

By:     */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*