## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWENTY-SECOND OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Cindy Giammarrusco, Trustee of Trust FBO Lindsay Tsumpes | 010277 | 2145 | Caldwell, Leslie & Proctor, PC | The Olesky Granddaughters TST FBO Lindsay Tsumpes | 1EM462 |
| Dolinsky Investment Fund | 000095 | 2268 | Pro Se Filing | Dolinsky Investment Fund | 1D0020 |
| GARY LOW | 001096 | 1943 | Phillips Nizer LLP | Gary Low | 1L0148 |
| Howard L. Frucht | 001278 009600 014736 | 1802 | Phillips Nizer LLP | NTC & Co. FBO Howard L Frucht (99235) | 1F0071 |
| Madeline Lutsky Revocable Trust | 004574 | 2083 | SNR Denton US LLP | Madeline Lutsky Rev TST U/A/D 2/19/99 | 1CM121 |
| NTC & CO. FBO MARK S FELDMAN (99304) | 002834 002835 003255 003257 | 683 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Mark S Feldman (99304) | 1F0072 |
| Trust U/W of Bernice L Rudnick, Cecil N Rudnick, ET AL Trustees | 004485 | 777 | SNR Denton US LLP | Trust U/W Of Bernice L Rudnick Cecil N Rudnick, et al Tstees | 1EM351 |
| William C. and Carol Fitzpatrick | 002334 | 2492 | Pro Se Filing | William C Fitzpatrick & Carol Fitzpatrick J/T WROS | 1F0121 |
| William Silverman Rev. Trust Adele Silverman Trustee | 004976 | 4078 | Pro Se Filing | William Silverman Rev Trust Adele Silverman Trustee | 1ZB460 |