IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWENTY-SECOND OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 004574 | 2083 | Madeline Lutsky Revocable Trust | Madeline Lutsky Rev TST U/A/D 2/19/99 | 1CM121 | SNR Denton US LLP | 3/25/2010 |
| 000095 | 2268 | Dolinsky Investment Fund | Dolinsky Investment Fund | 1D0020 | Pro Se Filing | 5/11/2010 |
| 004485 | 777 | Trust U/W of Bernice L Rudnick, Cecil N Rudnick, ET AL Trustees | Trust U/W Of Bernice L Rudnick Cecil N Rudnick, et al Tstees | 1EM351 | SNR Denton US LLP | 11/13/2009 |
| 010277 | 2145 | Cindy Giammarrusco, Trustee of Trust FBO Lindsay Tsumpes | The Olesky Granddaughters TST FBO Lindsay Tsumpes | 1EM462 | Caldwell, Leslie & Proctor, PC | 4/7/2010 |
| 001278 009600 014736 | 1802 | Howard L. Frucht | NTC & Co. FBO Howard L Frucht (99235) | 1F0071 | Phillips Nizer LLP | 1/20/2010 |
| 002834 002835 003255 003257 | 683 | NTC & CO. FBO MARK S FELDMAN (99304) | Millennium Trust Company, LLC FBO Mark S Feldman (99304) | 1F0072 | Phillips Nizer LLP | 11/10/2009 |
| 002334 | 2492 | William C. and Carol Fitzpatrick | William C Fitzpatrick & Carol Fitzpatrick J/T WROS | 1F0121 | Pro Se Filing | 6/29/2010 |
| 001096 | 1943 | GARY LOW | Gary Low | 1L0148 | Phillips Nizer LLP | 2/10/2010 |
| 004976 | 4078 | William Silverman Rev. Trust Adele Silverman Trustee | William Silverman Rev Trust Adele Silverman Trustee | 1ZB460 | Pro Se Filing | 5/16/2011 |