**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan, Esq.
Nicholas J. Cremona, Esq.

127 Public Square, Suite 2000
Cleveland, Ohio 44114-1214
Telephone: (216) 621-0200
Facsimile: (216) 696-0740
Brett A. Wall (*admitted pro hac vice*)
David F. Proaño (*admitted pro hac vice*)
Kenneth G. Prabucki (*admitted pro hac vice*)
Darren A. Crook (*admitted pro hac vice*)

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>ESTATE OF ALICE BARBANEL, ESTATE OF HERBERT BARBANEL, AND LEWIS BARBANEL, as Personal Representative of the Estate of Alice Barbanel and the Estate of Herbert Barbanel,<br><br>        Defendants. | Adv. Pro. No. 10-04321 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Defendants the Estate of Alice Barbanel, the Estate of Herbert Barbanel (collectively, the "Barbanel Estates"), and Lewis Barbanel, as Personal Representative of the Barbanel Estates (the "Personal Representative"), by and through their counsel, Helen Davis Chaitman, Chaitman LLP, and Marc A. Landis, Phillips Nizer LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 26, 2010, the Trustee filed and served the Complaint against Herbert Barbanel and Alice Barbanel.

2. On August 13, 2015, the defendants served an answer on the Trustee.

3. Herbert Barbanel and Alice Barbanel died during the pendency of this adversary proceeding. The respective estates of the decedents, the Barbanel Estates, and the Personal Representative were substituted as parties pursuant to stipulations between the Parties.

4. On September 21, 2018, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

**[signatures on following page]**

Dated: September ___, 2018
New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **CHAITMAN LLP** |
| By: */s/ Nicholas J. Cremona* | By: */s/ Helen Davis Chaitman (per email auth.)* |
| David J. Sheehan, Esq. | Helen Davis Chaitman, Esq. |
| Email: dsheehan@bakerlaw.com | Email: hchaitman@chaitmanllp.com |
| Nicholas J. Cremona, Esq. | 465 Park Avenue |
| Email: ncremona@bakerlaw.com | New York, New York 10022 |
| 45 Rockefeller Plaza | Phone and Fax: 888.759.1114 |
| New York, New York 10111 | |
| Telephone: 212.589.4200 | |
| Facsimile: 212.589.4201 | **PHILLIPS NIZER LLP** |
| | |
| Brett A. Wall, Esq. | |
| Email: bwall@bakerlaw.com | By: */s/ Marc A. Landis (per email auth.)* |
| David F. Proaño, Esq. | Marc A. Landis, Esq. |
| Email: dproano@bakerlaw.com | Email: mlandis@phillipsnizer.com |
| Kenneth G. Prabucki, Esq. | 485 Lexington Avenue |
| Email: kprabucki@bakerlaw.com | New York, New York 10017 |
| Darren A. Crook | Telephone: 212.841.0705 |
| Email: dcrook@bakerlaw.com | |
| Key Tower | |
| 127 Public Square, Suite 2000 | *Attorneys for Defendants Estate of Alice* |
| Cleveland, Ohio 44114-1214 | *Barbanel, Estate of Herbert Barbanel, and Lewis* |
| Telephone: 216.621.0200 | *Barbanel, in his capacities as Personal* |
| Facsimile: 216.696.0740 | *Representative of the Estate of Alice Barbanel* |
| | *and of the Estate of Herbert Barbanel* |
| *Attorneys for Plaintiff Irving H. Picard,* | |
| *Trustee for the Liquidation of Bernard L.* | |
| *Madoff Investment Securities LLC and for* | |
| *the Estate of Bernard L. Madoff* | |

SO ORDERED.

Dated: **September 27, 2018**          /s/ STUART M. BERNSTEIN
New York, New York                              HONORABLE STUART M. BERNSTEIN
                                                                UNITED STATES BANKRUPTCY JUDGE

4