IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**TWENTY-THIRD OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 007051 | 2142 | Robert C. Lapin, IRA | NTC & Co. FBO Robert C Lapin (110336) | 1CM559 | SNR Denton US LLP | 4/6/2010 |
| 011505 | 11976 | FGLS Equity LLC | FGLS Equity LLC | 1F0178 | Arkin Solbakken LLP | 11/5/2015 |
| 002087 | 1776 | Alan Wallenstein | Alan Wallenstein | 1ZB426 | Pryor Cashman LLP | 1/19/2010 |
| 002628 | 439 | NTC & Co. FBO Marsha Peshkin (028652) | NTC & Co. FBO Marsha Peshkin (028652) | 1ZR312 | SNR Denton US LLP | 9/17/2009 |