**Baker & Hostetler LLP**

45 Rockefeller Plaza

New York, New York 10111

Telephone: (212) 589-4200

Facsimile: (212) 589-4201

David J. Sheehan

Nicholas J. Cremona

Jorian L. Rose

Amy E. Vanderwal

Jason I. Blanchard

Hearing Date: October 31, 2018

Hearing Time: 10:00 a.m. (EST)

Objections Due: October 23, 2018

Objection Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## NOTICE OF HEARING ON TRUSTEE'S TWENTY-THIRD OMNIBUS MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW

**PLEASE TAKE NOTICE** that on September 27, 2018, Irving H. Picard, trustee

("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff")

(collectively, "Debtor") in the above-captioned SIPA liquidation proceeding, by and through his undersigned counsel, filed the motion (the "Motion") seeking to have the Court overrule objections filed by or on behalf of customers that invested more money with BLMIS than they withdrew and are thus, in the parlance of this case, net losers (collectively, the "Claimants"), and affirm the Trustee's claims determinations.  The Motion will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **October 31, 2018 at 10:00 a.m.** (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m., on October 23, 2018** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq. so as to be received on or before **October 23, 2018** (the "Response Deadline"). Any objection must specifically state the interest that the objecting party has in these proceedings and the basis of the objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that if no responses are timely filed and served with respect to the Motion, the Trustee may, on or after the Response Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed hereto, which order may be entered without further notice or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that you need not appear at the Hearing if you

do not object to the relief requested in the Motion.

Dated: New York, New York                     Respectfully submitted,
            September 27, 2018

                                              /s/ David J. Sheehan
                                              David J. Sheehan
                                              Email: dsheehan@bakerlaw.com
                                              Nicholas J. Cremona
                                              Email: ncremona@bakerlaw.com
                                              Jorian L. Rose
                                              Email: jrose@bakerlaw.com
                                              Amy E. Vanderwal
                                              Email: avanderwal@bakerlaw.com
                                              Jason I. Blanchard
                                              Email: jblanchard@bakerlaw.com
                                              **Baker & Hostetler LLP**
                                              45 Rockefeller Plaza
                                              New York, New York  10111
                                              Tel: (212) 589-4200
                                              Fax: (212) 589-4201

                                              *Attorneys for Irving H. Picard, Trustee for the*
                                              *Substantively Consolidated SIPA Liquidation*
                                              *of Bernard L. Madoff Investment Securities LLC*
                                              *and the chapter 7 estate of Bernard L. Madoff*