**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>BAM L.P.,<br><br>MICHAEL MANN, and<br><br>MERYL MANN,<br><br>    Defendants. | Adv. Pro. No. 10-04390 (SMB) |

## ORDER SETTING TRIAL

THIS MATTER having come before the Court on the request of counsel for the Trustee in the above-captioned adversary proceeding and the Court having held a Pre-Trial Conference (the "Conference") on September 26, 2018 at 10:00 a.m., and the Court having issued a bench ruling at the Conference setting this matter for trial; and the Court having directed the Trustee to submit an order consistent with the bench ruling issued during the Conference, it is hereby:

**ORDERED** that trial is scheduled beginning **December 3, 2018 at 10:00 a.m.** eastern

time before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further

**ORDERED** that the parties are to exchange witness lists and pre-marked exhibits seven days in advance of trial, on or before November 26, 2017; and it is further

**ORDERED** that Defendants shall file any motion to withdraw the reference within thirty days after entry of this Order.

SO ORDERED

Dated: September 28th, 2018
New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE