UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                         Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                         Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                        )   ss:
COUNTY OF DALLAS    )

MARY S. BETIK, being duly sworn, deposes and says:

1. I am a Paraprofessional of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 28, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Trustee's Twenty-Second Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18036)
    2. Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Second Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18037)
    3. Notice of Hearing on Trustee's Twenty-Second Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18038)
    4. Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18040)
    5. Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18041)

6. Notice of Hearing on Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18042)

Executed on September 28, 2018

_____
Mary S. Betik

Sworn to and subscribed before me this 28 day of September, 2018

(SEAL)
THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

_____
Notary Public

# Exhibit A

Exhibit A
September 28, 2018

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Caldwell, Leslie & Proctor, PC | Christopher G. Caldwell | 1000 Wilshire Boulevard, Suite 600 | Los Angeles | CA | 90017-2463 | Counsel |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | Counsel |
| PRYOR CASHMAN LLP | RICHARD LEVY JR. | 7 TIMES SQUARE | NEW YORK | NY | 10036 | Counsel |
| Arkin Solbakken LLP | Stanley S. Arkin | 750 Lexington Avenue | New York | NY | 10022 | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |