**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**ORDER GRANTING TRUSTEE'S MOTION TO STRIKE**
**THE NOTICES OF WITHDRAWAL OF CLAIM AND NOTICES OF WITHDRAWAL**
**OF OBJECTION TO DETERMINATION OF CLAIM FILED BY CHAITMAN LLP**
**AND DENTONS US LLP**

Upon consideration of the motion (the "Motion") [Docket No. 17864], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking the entry of an order striking the notices of withdrawal of claim and notices of withdrawal of objection to determination of claim filed by Chaitman LLP and the notices of withdrawal of objection to determination of claim filed by Dentons US LLP (collectively, the "Withdrawals"); and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion is proper for the

reasons stated in this Court's bench ruling at the hearing held on September 26, 2018, it is

ORDERED that the Withdrawals identified on the list annexed hereto as Exhibit A are stricken and have no legal effect, without prejudice to any claimants' right to file a motion seeking withdrawal of a pending claim or objection to the Trustee's determination of claim; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: October 3, 2018
New York, New York

                                          /s/ *Stuart M. Bernstein*
                                          STUART M. BERNSTEIN
                                          United States Bankruptcy Judge