# Exhibit A
# Withdrawals

|  | Adv. Pro. No. | Claimants | Withdrawal Docket No. | Counsel |
|---|---|---|---|---|
| 1. | 10-04332 | Barry Weisfeld | 17625 | Dentons US LLP |
| 2. | 10-04390 | Michael Mann and Meryl Mann | 17630 | Dentons US LLP |
| 3. | 10-04390 | BAM LP | 17623 | Dentons US LLP |
| 4. | 10-04401 | The Rose Gindel Revocable Trust Agreement | 17634 | Dentons US LLP |
| 5. | 10-04415 | Barbara J. Berdon | 17624 | Dentons US LLP |
| 6. | 10-04486 | Norma Shapiro Revocable Declaration of Trust | 17633 | Dentons US LLP |
| 7. | 10-04486 | Trust U/W/O Philip L. Shapiro | 17638 | Dentons US LLP |
| 8. | 10-04486 | Norma Shapiro (IRA) | 17632 | Dentons US LLP |
| 9. | 10-04861 | Harold J. Hein Individual Retirement Account | 17626 | Dentons US LLP |
| 10. | 10-04882 | Laura E. Guggenheimer Cole | 17628 | Dentons US LLP |
| 11. | 10-04921 | Stanley T. Miller IRA | 17635 | Dentons US LLP |
| 12. | 10-04925 | The Alvin Gindel Revocable Trust Agreement | 17622 | Dentons US LLP |
| 13. | 10-05209 | Lapin Children LLC | 17627 | Dentons US LLP |
| 14. | 10-05236 | The Toby T. Hobish IRA | 17637 | Dentons US LLP |
| 15. | 10-05236 | LI RAM L.P. | 17629 | Dentons US LLP |
| 16. | 10-05384 | The Neil Reger Profit Sharing Keogh | 17631 | Dentons US LLP |
| 17. | 10-04377 | Carol Nelson<br>Stanley Nelson | 17682, 17733[1] | Chaitman LLP |
| 18. | 10-04658 | Carol Nelson | 17683, 17734[2] | Chaitman LLP |

---

[1] Carol Nelson and Stanley Nelson filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04377 (SMB), ECF No. 95.

[2] Carol Nelson filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04658 (SMB), ECF No. 101.

| | | | | |
|---|---|---|---|---|
| 19. | 10-04898 | Helene Saren-Lawrence | 17684, 17732[3] | Chaitman LLP |
| 20. | 10-04292 | Robert Roman | 17852 | Chaitman LLP |
| 21. | 10-04302 | Joan Roman | 17851 | Chaitman LLP |
| 22. | 10-04321 | Lewis Barbanel as the Personal Representative of the Estate of Herbert Barbanel and the Estate of Alice Barbanel | 17827 | Chaitman LLP |
| 23. | 10-04327 | Roberta Schwartz Trust U/A/D 2/11/08 | 17856 | Chaitman LLP |
| 24. | 10-04367 | Benjamin T. Heller | 17840 | Chaitman LLP |
| 25. | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/91, as amended | 17848, 17849 | Chaitman LLP |
| 26. | 10-04469 | Carl L. Kamenstein, Sloan G. Kamenstein, Tracy D. Kamenstein, and David R. Kamenstein | 17842 | Chaitman LLP |
| 27. | 10-04503 | Judd Robbins | 17850 | Chaitman LLP |
| 28. | 10-04562 | Robert F. Ferber | 17835 | Chaitman LLP |
| 29. | 10-04610 | Whitman Partnership | 17859 | Chaitman LLP |
| 30. | 10-04621 | Donald A. Benjamin | 17828 | Chaitman LLP |
| 31. | 10-04644 | Russell Laslow Dusek | 17832 | Chaitman LLP |
| 32. | 10-04740 | Robert Hirsch and Lee Hirsch | 17841 | Chaitman LLP |
| 33. | 10-04752 | Judith Gattegno in her capacity as a member of the Kuntzman Family LLC | 17845 | Chaitman LLP |
| 34. | 10-04753 | Carla Ginsburg , M.D. | 17837 | Chaitman LLP |
| 35. | 10-04806 | Kenneth M. Kohl and Myrna L. Kohl | 17843 | Chaitman LLP |
| 36. | 10-04809 | Edyne Gordon, in her capacity as the Executrix of the Estate of Allen Gordon | 17838 | Chaitman LLP |

---

[3] Helene Saren-Lawrence filed an identical Notice of Withdrawal of SIPC Claim in Adv. Pro. No. 10-04898 (SMB), ECF No. 141.

| | | | | |
|---|---|---|---|---|
| 37. | 10-04818 | Toby Harwood | 17839 | Chaitman LLP |
| 38. | 10-04823 | Frank DiFazio and Carol DiFazio | 17831 | Chaitman LLP |
| 39. | 10-04826 | Diane Homers and Bruce Palmer, Personal Representative of the Estate of Boyer Palmer | 17847 | Chaitman LLP |
| 40. | 10-04837 | Leslie Ehrlich and Stephen Ehrlich | 17834 | Chaitman LLP |
| 41. | 10-04956 | Athena Arvan, as the Personal Representative of the Estate of Denis M. Castelli | 17830 | Chaitman LLP |
| 42. | 10-04995 | Evelyn Berezin Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz, Evelyn Berezin and Sara Seims, Trustee | 17829 | Chaitman LLP |
| 43. | 10-05026 | Walter Freshman Revocable Trust and Frieda Freshman Revocable Trust Dated 12/31/92 | 17836 | Chaitman LLP |
| 44. | 10-05104 | Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust | 17854 | Chaitman LLP |
| 45. | 10-05124 | Theresa R. Ryan, individually and in her capacity as trustee of the Lawrence J. Ryan & Theresa R. Ryan Revocable Living Trust & the Lawrence J. Ryan By-Past Trust Under Declaration of Trust Dated 11/20/1991 | 17853 | Chaitman LLP |
| 46. | 10-05130 | Barbara Kotlikoff Harman | 17844 | Chaitman LLP |
| 47. | 10-05151 | The Palmer Family Trust | 17863 | Chaitman LLP |
| 48. | 10-05157 | Steven P. Norton, Martin R. Harnick, The Harnick Brothers Partnership | 17860 | Chaitman LLP |
| 49. | 10-05312 | Doron Tavlin Trust U/A/ 2/4/91 | 17857 | Chaitman LLP |
| 50. | 10-05377 | Richard G. Eaton | 17833 | Chaitman LLP |
| 51. | 10-05420 | Gunther K. Unflat and Margaret Unflat | 17858 | Chaitman LLP |
| 52. | 10-05435 | Keith Schafer and Jeffrey Schaffer, Jeffrey Schaffer and Donna Schaffer, Keith Schafffer | 17855 | Chaitman LLP |