## EXHIBIT A

**Proposed Order**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |

**ORDER GRANTING SUPPLEMENTAL AUTHORITY**
**TO STIPULATE TO EXTENSIONS OF TIME TO**
**RESPOND AND ADJOURN PRE-TRIAL CONFERENCES**

WHEREAS, Irving H. Picard (the "Trustee"), as trustee in the above-captioned case (the "Case") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff, has commenced numerous adversary proceedings ("Adversary Proceedings") related to the above-captioned Case;

WHEREAS, this Court previously entered an Order Establishing Litigation Case Management Procedures for Avoidance Actions and Amending the February 16, 2010 Protective Order (Dkt. No. 3141) (the "Case Management Order") that applies to certain of the Adversary Proceedings;

WHEREAS, this Court previously entered an Order Regarding Stipulations Extending Time to Respond and Adjourning Pre-Trial Conferences (Dkt. No. 4158) in the Case permitting

parties to Adversary Proceedings (the "Parties") to stipulate to one or more extensions of the date

(the "Response Date") prior to which a defendant in any Adversary Proceeding (a "Defendant")

must respond to the Trustee's complaint (the "Complaint") without further Court order, provided

that such extensions do not cumulatively exceed six months;

WHEREAS, this Court subsequently entered multiple Orders Granting Supplemental

Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences[1]

permitting Parties to stipulate to one or more extensions of the Response Date provided that such

extensions do not cumulatively exceed six months;

WHEREAS, this Court's most recent Order Granting Supplemental Authority To

Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF No.

17560) extended the Response Date up to and including December 19, 2018; and

It is hereby

**ORDERED**, that the Parties may, without further Court order and without regard to

whether the Case Management Order governs the related Complaint, enter into a stipulation (an

"Extension Stipulation"), providing for one or more extensions of the Response Date, up to and

including December 18, 2019; and it is further

**ORDERED**, that the Parties may, without further Court order and without regard to

whether the Case Management Order governs the related Complaint, enter into a stipulation (a

"Pre-Trial Adjournment Stipulation"), providing for one or more extensions of the pre-trial

conference, up to and including December 18, 2019; and it is further

**ORDERED**, that any Extension Stipulation or Pre-Trial Adjournment Stipulation shall

be filed on the related Adversary Proceeding docket via the Court's Electronic Case Filing

---

[1] This Court has entered multiple Orders Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (ECF Nos. 4158, 4483, 4662, 4974, 5158, 5358, 5600, 7037, 8762, 10106, 12312, 13601, 14447, 16169, 16718 and 17560).

("ECF") system; and it is further

**ORDERED**, that any Extension Stipulation or Pre-Trial Adjournment Stipulation filed

pursuant to this order (this "Order") shall be deemed properly served upon ECF filing and that no

additional or further service of the Extension Stipulation or the Pre-Trial Adjournment

Stipulation shall be required; and it is further

**ORDERED**, that entry of this Order is without prejudice or limitation to the right of any

Defendant to request further extensions of time to respond to any Complaint and/or seek other

relief from the Court; and it is further

**ORDERED**, that the entry of this Order is without prejudice or limitation to the right of

the Trustee to object to any request made by any Defendant to extend such Defendant's time to

respond to any Complaint and/or seek other relief from the Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to

the interpretation or implementation of this Order.


Dated: New York, New York
       October ____, 2018

                              _____
                              HONORABLE STUART M. BERNSTEIN
                              UNITED STATES BANKRUPTCY JUDGE

3