**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Appeal 18-cv-07449-PAE |

## AFFIDAVIT OF SERVICE

STATE OF NEW YORK  )
           ) ss.:
COUNTY OF NEW YORK )

  I, **Jacob Goldfinger**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

  On September 20, 2018, I served the *Order to Show Cause* with respect to the Notice of Trustee's Application for an Order to Show Cause Pursuant to Local Bankruptcy Rule 9077-1(a)

## SCHEDULE A

Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org

Helen Davis Chaitman
Jen Allim
Chaitman LLP
Email:  hchaitman@chaitmanllp.com
        jallim@chaitmanllp.com