**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | |
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| vs. | |
| | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant _____/ | |
| BERNARD L. MADOFF, | |
| Debtor. _____/ | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff, Investment Securities, LLC | Adv. Pro. No. 10-04468 (SMB) |
| Plaintiff, | |
| vs. | |
| KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; WENDY BROWN, | |
| Defendants. _____/ | |

**ORDER DENYING DEFENDANT**
**KENNETH W. BROWN'S MOTION TO DISMISS [ECF No. 95]**

THIS MATTER came before the Court at 10:00 a.m. on August 29, 2018 upon the Motion

to Dismiss filed by Defendant, Kenneth W. Brown ("Defendant") [ECF No. 95]. The Court having

reviewed the motion and being otherwise duly advised in the premises and for the reasons stated on the record, it is

ORDERED that the Motion to Dismiss is DENIED without prejudice; and it is further

ORDERED, that Defendant shall either file a renewed motion or answer to the Amended Complaint within 30 days of the entry of this order.

Dated: **October 9, 2018**
New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE