**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>THE ESTATE OF GLADYS FUJIWARA, and JOHN FUJIWARA, in his individual capacity and as Personal Representative of the Estate of Gladys Fujiwara,<br><br>       Defendants. | Adv. Pro. No. 10-04289 (SMB) |

# SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 18, 2015.

2. Fact Discovery shall be completed by: December 15, 2017.

3. The Disclosure of Case-in-Chief Experts shall be due: January 17, 2019.

4. The Disclosure of Rebuttal Experts shall be due: February 18, 2019.

5. The Deadline for Completion of Expert Discovery shall be: March 20, 2019.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before March 27, 2019.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before April 10, 2019.

8. The Deadline for Conclusion of Mediation shall be: On or before August 8, 2019.

Dated: October 10, 2018
New York, New York

BAKER & HOSTETLER LLP

By: /s/ David J. Sheehan
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*