**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Tatiana Markel

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04525 (SMB) |
| v. | |
| SUSAN SCHEMEN FRADIN REVOCABLE AGREEMENT OF TRUST DATED 5/23/2000 and SUSAN SCHEMEN FRADIN, individually, as beneficiary and as trustee of the Susan Schemen Fradin Revocable Agreement of Trust Dated 5/23/2000, Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff, by and through his counsel, Baker & Hostetler LLP, and defendants Susan Schemen Fradin Revocable Agreement of Trust dated 5/23/2000 ("Trust") and Susan Schemen Fradin, individually and as trustee of the Trust (together, the "Defendants"), by and through their counsel, Willkie Farr & Gallagher LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.  On November 30, 2010, the Trustee filed and served the Complaint against Defendants.

2.  On March 21, 2014, Defendants served and filed an answer to the Complaint.

3.  On June 12, 2018, the Parties engaged in mediation.

4.  On September 12, 2018, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

5.  In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding and dismissing the adversary proceeding.

6.  The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.  This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated:  October 11, 2018

                         **BAKER & HOSTETLER LLP**

By: */s/ Tatiana Markel*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com
Tatiana Markel
Email:  tmarkel@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**WILLKIE FARR & GALLAGHER LLP**

By: */s/ Joseph T. Baio*
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019
Telephone:  (212) 728-8203
Facsimile:  (212) 728-9203
Joseph T. Baio
Email:  jbaio@wilkie.com
Andrew Hanrahan
Email: ahanrahan@willkie.com

*Attorney for Susan Schemen Fradin Revocable Agreement of Trust Dated 5/23/2000 and Susan Schemen Fradin*

SO ORDERED

**/s/ STUART M. BERNSTEIN**

Dated:  **October 11th, 2018**    HON. STUART M. BERNSTEIN
New York, New York    UNITED STATES BANKRUPTCY JUDGE

2