UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Deborah Shapiro hereby gives notice that an objection (Docket No. 2711) to the Trustee's Notice of Determination of Claim respecting David Shapiro's customer claim (#003847) shall be withdrawn.

Dated: October, 4, 2018

                         /s/ Brendan M. Scott
                         Brendan M. Scott, Esq. on behalf of Deborah Shapiro
                         Klestadt Winters Jureller Southard & Stevens, LLP
                         200 West 41st Street, 17th Floor
                         New York, New York 10036
                         Tel. No. (212) 97-3000

4840-5294-2449.1