UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Deborah Shapiro hereby gives notice that objections (Docket Nos. 2715 and 2775) to the Trustee's Notice of Determination of Claim respecting David Shapiro Nominee 2's customer claim (#003849) shall be withdrawn.

Dated: October, 4, 2018

                _____
                Brendan M. Scott, Esq. on behalf of Deborah Shapiro
                Klestadt Winters Jureller Southard & Stevens, LLP
                200 West 41st Street, 17th Floor
                New York, New York 10036
                Tel. No. (212) 97-3000

4840-5294-2449.1