UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Deborah Shapiro hereby gives notice that an objection (Docket No. 2718) to the Trustee's Notice of Determination of Claim respecting David Shapiro Nominee 3's customer claim (#003848) shall be withdrawn.

Dated: October, 4, 2018

_____
Brendan M. Scott, Esq. on behalf of Deborah Shapiro
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
Tel. No. (212) 97-3000

4840-5294-2449.1