UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Deborah Shapiro hereby gives notice that an objection (Docket No. 2725) to the Trustee's Notice of Determination of Claim respecting David Shapiro's customer claim (#003855) shall be withdrawn.

Dated: October 4, 2018

_____
Brendan M. Scott, Esq. on behalf of Deborah Shapiro
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
Tel. No. (212) 97-3000