UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Deborah Shapiro, as Trustee for Susan & Michael Shapiro Memorial Foundation, hereby gives notice that an objection (Docket No. 2727) to the Trustee's Notice of Determination of Claim respecting Susan & Michael Shapiro Memorial Foundation's customer claim (#003853) shall be withdrawn.

Dated: October, 4, 2018

                                              */s/ Brendan M. Scott*
                                              Brendan M. Scott, Esq. on behalf of Deborah Shapiro, as Trustee for Susan & Michael Shapiro Memorial Foundation
Klestadt Winters Jureller Southard & Stevens, LLP
200 West 41st Street, 17th Floor
New York, New York 10036
Tel. No. (212) 97-3000