**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>    Defendants. | Adv. Pro. No. 10-04468 (SMB) |

01:23702377.1

**SEVENTH CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE that on October 28, 2015, pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, a Case Management Notice (the "First Case Management Notice") was filed in the above-captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that, on January 13, 2016, an amended Case Management Notice (the "Second Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on May 4, 2017, an amended Case Management Notice (the "Third Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on October 18, 2017, an amended Case Management Notice (the "Fourth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on March 6, 2018, an amended Case Management Notice (the "Fifth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on July 23, 2018, an amended Case Management Notice (the "Sixth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the parties to the Adversary Proceeding, by and through their counsel, have agreed to an amendment to the dates

set forth in the Fifth Case Management Notice and that the following deadlines are hereby made applicable to the Adversary Proceeding:

1. Fact Discovery shall be completed by: February 5, 2019

2. The Disclosure of Case-in-Chief Experts shall be due: April 25, 2019

3. The Disclosure of Rebuttal Experts shall be due: June 25, 2019

4. The Deadline for Completion of Expert Discovery shall be: July 29, 2019

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before August 5, 2019.

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before August 19, 2019.

7. The Deadline for Conclusion of Mediation shall be: On or before December 16, 2019.

If Defendant Kenneth W. Brown files either a motion to dismiss the amended complaint in this matter or a motion for summary judgment (each, a "Motion"), the parties to the Adversary Proceeding agree that all deadlines set forth herein will be stayed pending disposition of the Motion. To the extent necessary, upon the Court's decision on such Motion, the parties will negotiate an amended Case Management Order.

[Remainder of Page Intentionally Left Blank]

Dated: October 15, 2018

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        By: */s/ Matthew B. Lunn*
        Matthew B. Lunn
        Justin P. Duda
        Rockefeller Center
        1270 Avenue of the Americas, Suite 2210
        New York, New York 10020
        Telephone: (212) 332-8840
        Facsimile: (212) 332-8855
        Email: *mlunn@ycst.com*

        *Attorneys for Plaintiff Irving H. Picard,*
        *Trustee for the Liquidation of Bernard L.*
        *Madoff Investment Securities LLC*

01:23702377.1