| | |
|---|---|
| UNITED STATES DISTRICT COURT | |
| SOUTHERN DISTRICT OF NEW YORK | |
| ------------------------------------------------------------X | |
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (BRL) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | |
| Defendant. | |
| ------------------------------------------------------------X | |
| In re: | |
| BERNARD L. MADOFF, | Adv. Pro. No. 10-05383(SMB) |
| Debtor. | |
| ------------------------------------------------------------X | |
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC | |
| Plaintiff, | |
| v. | |
| STANLEY SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended, | |
| RENEE SHAPIRO, individually, as general partner of S&R Investment Co., as trustee for LAD Trust, as trustee for David Shapiro 1989 Trust, as amended, and as trustee for Leslie Shapiro 1985 Trust, as amended, | |
| S&R INVESTMENT CO., | |
| LAD TRUST, | |
| DAVID SHAPIRO, individually and as trustee for Trust F/B/O [W.P.S.] & [J.G.S.], | |

|  |  |
|---|---|
| RACHEL SHAPIRO, | : |
| DAVID SHAPIRO 1989 TRUST, as amended, | : |
| TRUST F/B/O [W.P.S] & [J.G.S.], | : |
| LESLIE SHAPIRO CITRON , | : |
| LESLIE SHAPIRO 1985 TRUST, as amended, | : |
| TRUST F/B/O [A.J.C.], [K.F.C.], & [L.C.C.], as amended, and | : |
| KENNETH CITRON, individually and as trustee For Trust F/B/O [A.J.C.], [K.F.C.], [L.C.C.], as amended, | : |
| Defendants. | : |

-----------------------------------------------------------------X

**DECLARATION OF BARRY R. LAX IN
SUPPORT OF DEFENDANTS' MOTION TO DISMISS
THE TRUSTEE'S SECOND AMENDED COMPLAINT**

I, Barry R. Lax, declare pursuant to 28 U.S.C. § 1746, that the following is true:

1.     I am a member of the Bar of this Court and a Partner at the firm of Lax & Neville LLP, attorneys for Defendant Stanley Shapiro, individually, and as the executor for the estate of Renee Shapiro.

2.     Attached hereto as Exhibit A is a true and complete copy of the Subpoena, dated September 11, 2018, the Trustee served on non-party JPMorgan Chase Bank, N.A..

3.     Attached hereto as Exhibit B is a true and complete copy of the Responses and Objections of Non-Party JPMorgan Chase Bank, N.A. to Plaintiff's Subpoena for Production of Documents dated September 25, 2018.

1

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  New York, New York
        October 15, 2018

                                                **_/s/ Barry R. Lax_**
                                                Barry R. Lax, Esq.