UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Edith A. Schur (the "Claimant"), having filed an objection (the "Objection", Docket No. 933) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#006845), hereby gives notice that she withdraws such Objection.

Dated: October 9, 2018

_____
Edith A. Schur
622 North Flagler Drive, Unit 803
West Palm Beach, FL 33401

EXH. A-1