# EXHIBIT 1

1

```
93CMMADP1
```

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------x
UNITED STATES OF AMERICA,

            v.                           09 CR 213 (DC)

BERNARD L. MADOFF,

            Defendant.

------------------------------x
                                         New York, N.Y.
                                         March 12, 2009
                                         10:00 a.m.

Before:

                    HON. DENNY CHIN,

                                         District Judge


                      APPEARANCES

LEV L. DASSIN
     United States Attorney for the
     Southern District of New York
MARC O. LITT
LISA BARONI
     Assistant United States Attorneys

DICKSTEIN SHAPIRO LLP
     Attorneys for Defendant
BY:  IRA LEE SORKIN
     DANIEL J. HORWITZ
     NICOLE P. DE BELLO
     MAURO M. WOLFE

ALSO PRESENT:   STEVEN GARFINKEL, FBI
                KEITH KELLY, FBI
                JULIA SCHULTE HANISH, USDOJ, FBI
                THEODORE V. CACIOPPI, FBI
```

93CMMADP1

1   financial institutions located outside New York State to the
2   bank account of my investment advisory business, located in
3   Manhattan, New York, and through mailings delivered by the
4   United States Postal Service and private interstate carriers to
5   my firm here in Manhattan.
6       I want to emphasize today that while my investment
7   advisory business, the vehicle of my wrongdoing, was part of my
8   firm, Bernard L. Madoff Securities, the other businesses my
9   firm engaged in, proprietary trading and market making, were
10  legitimate, profitable, and successful in all respects.  Those
11  businesses were managed by my brother and two sons.
12      To the best of my recollection, my fraud began in the
13  early 1990s.  At that time, the country was in a recession and
14  this posed a problem for investments in the securities markets.
15  Nevertheless, I had received investment commitments from
16  certain institutional clients and understood that those
17  clients, like all professional investors, expected to see their
18  investments out-perform the market.  While I never promised a
19  specific rate of return to my client, I felt compelled to
20  satisfy my clients' expectations, at any cost.  I therefore
21  claimed that I employed an investment strategy I had developed,
22  called the split strike conversion strategy, to falsely give
23  the appearance to clients that I had achieved the results I
24  believed they expected.
25      Through the split strike conversion strategy I

93CMMADP1

```
 1   promised to clients and prospective clients that client funds
 2   would be invested in a basket of common stocks within the
 3   Standard & Poors 100 index, a collection of the 100 largest
 4   publicly-traded companies in terms of their market
 5   capitalization.  I promised that I would select a basket of
 6   stocks that would closely mimic the price movements of the
 7   Standard & Poors 100 index.  I promised that I would
 8   opportunistically time those purchases and would be out of the
 9   market intermittently, investing client funds during these
10   periods in United States Government-issued securities, such as
11   United States Treasury bills.  In addition, I promised that as
12   part of the split strike conversion strategy, I would hedge the
13   investments I made in the basket of common stocks by using
14   client funds to buy and sell option contracts related to those
15   stocks, thereby limiting potential client losses caused by
16   unpredictable changes in stock prices.  In fact, I never made
17   those investments I promised clients, who believed they were
18   invested with me in the split strike conversion strategy.
19            To conceal my fraud, I misrepresented to clients,
20   employees, and others that I purchased securities for clients
21   in overseas markets.  Indeed, when the United States Securities
22   and Exchange Commission asked me to testify as part of an
23   investigation they were conducting about my investment advisory
24   business, I knowingly gave false testimony under oath to the
25   staff of the SEC on May 19, 2006 that I executed trades of
```

93CMMADP1

1    common stock on behalf of my investment advisory clients and
2    that I purchased and sold the equities that were part of my
3    investment strategy in European markets.  In that session with
4    the SEC, which took place here in Manhattan, New York, I also
5    knowingly gave false testimony under oath that I had executed
6    options contracts on behalf of my investment advisory clients
7    and that my firm had custody of the assets managed on behalf of
8    my investment advisory clients.
9        To further cover up the fact that I had not executed
10   trades on behalf of my investment advisory clients, I knowingly
11   caused false trading confirmations and client account
12   statements that reflected the bogus transactions and positions
13   to be created and sent to clients purportedly involved in the
14   split strike conversion strategy, as well as other individual
15   clients I defrauded who believed they had invested in
16   securities through me.  The clients receiving trade
17   confirmations and account statements had no way of knowing by
18   reviewing these documents that I had never engaged in
19   transactions represented on the statements and confirmations.
20   I knew those false statements and account statements would be
21   and were sent to clients through the U.S. Mails from my office
22   here in Manhattan.
23       Another way that I concealed my fraud was through the
24   filing of false and misleading certified annual reports and
25   financial statements -- excuse me.  Another way that I

28

93CMMADP1

1  concealed my fraud was through the filing of false and
2  misleading certified audit reports and financial statements
3  with the SEC. I knew that these audit reports and financial
4  statements were false and that they would also be sent to
5  clients. These reports, which were prepared here in the
6  Southern District of New York, among other things, falsely
7  reflected my firm's liabilities as a result of my intentional
8  failure to purchase securities on behalf of my advisory
9  clients.
10          Similarly, when I recently caused my firm in 2006 to
11 register as an investment adviser with the SEC, I subsequently
12 filed with the SEC a document called the form ADV uniform
13 application for investment adviser registration. On this form
14 I intentionally and falsely certified under penalty of perjury
15 that Bernard L. Madoff Investment Securities had custody of my
16 advisory clients' securities. That was not true, and I knew it
17 when I completed and filed the form with the SEC, which I did
18 from my office on the 17th floor of 885 Third Avenue, here in
19 Manhattan.
20          In more recent years, I used yet another method to
21 conceal my fraud. I wired money between the United States and
22 the United Kingdom to make it appear as though there were
23 actual securities transactions executed on behalf of my
24 investment advisory clients. Specifically, I had money
25 transferred from the U.S. bank account of my investment

1   advisory business to the London bank account of Madoff
2   Securities International Limited, a United Kingdom corporation
3   that was an affiliate of my business in New York.  Madoff
4   Securities International Limited was principally engaged in
5   proprietary trading and was a legitimate, honestly run and
6   operated business.  Nevertheless, to support my false statement
7   that I purchased and sold securities for my investment advisory
8   clients in European markets, I caused money from the bank
9   account of my fraudulent advisory business, located here in
10  Manhattan, to be wire transferred to the London bank account of
11  Madoff Securities International Limited.
12         There were also times in recent years when I had
13  money, which had originated in the New York Chase Manhattan
14  bank account of my investment advisory business, transferred
15  from the London bank account of Madoff Securities International
16  Limited to the Bank of New York operating bank account of my
17  firm's legitimate proprietary and market making business.  That
18  Bank of New York account was located in New York.  I did this
19  as a way of ensuring that the expenses associated with the
20  operation of the fraudulent investment advisory business would
21  not be paid from the operations of the legitimate proprietary
22  trading and market making businesses.
23         In connection with the purported trades, I caused the
24  fraudulent investment advisory side of my business to charge
25  the investment advisory clients four cents per share as a

```
93CMMADP1
```

1   commission.  At times in the last few years, these commissions
2   were transferred from Chase Manhattan bank account of the
3   fraudulent investment advisory side of my firm to the account
4   at Bank of New York, which was the operating account for the
5   legitimate side of Bernard L. Madoff Investment Securities, the
6   proprietary trading and market making side of my firm.  I did
7   this to ensure that the expenses associated with the operation
8   of my fraudulent investment advisory business would not be paid
9   from the operations of the legitimate proprietary trading and
10  market making business.  It is my belief that the salaries and
11  bonuses of the personnel involved in the operation of the
12  legitimate side of Bernard L. Madoff Investment Securities were
13  funded by the operations of the firm's successful proprietary
14  trading and market making businesses.
15          Your Honor, I hope I have conveyed with some
16  particularity in my own words the crimes I committed and the
17  means by which I committed them.  Thank you, your Honor.
18          THE COURT:  Thank you, Mr. Madoff.
19          Mr. Sorkin, I don't think there was mention of an
20  employee benefit plan.
21          MR. SORKIN:  The pension fund was mentioned, your
22  Honor.
23          THE COURT:  What page that?
24          MR. SORKIN:  I think it's page 2.  If you look at the
25  top, the victim -- I'm quoting -- the victims of my scheme