# EXHIBIT 6

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>  v.<br><br>SAGE ASSOCIATES;<br><br>LILLIAN M. SAGE, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE | Adv. Pro. No. 10-04362 (SMB) |

ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES;

MALCOLM H. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES;

MARTIN A. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES;
AND

ANN M. SAGE PASSER, IN HER CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES,

Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: December 21, 2015.

2. Fact Discovery shall be completed by: December 20, 2016.

3. The Disclosure of Case-in-Chief Experts shall be due: March 31, 2017.

4. The Disclosure of Rebuttal Experts shall be due: May 31, 2017.

5. The Deadline for Completion of Expert Discovery shall be: June 30, 2017.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 7, 2017.

7.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 21, 2017.

8.    The Deadline for Conclusion of Mediation shall be: On or before November 17, 2017.

Dated: New York, New York  
       October 21, 2015

BAKER & HOSTETLER LLP

By: *s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
Heather J. McDonald  
Kimberly M. Maynard  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　　　　　　Plaintiff,<br>　　v.<br><br>SAGE REALTY;<br><br>LILLIAN M. SAGE, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE | Adv. Pro. No. 10-04400 (SMB) |

> REALTY AND INDIVIDUALLY AS
> BENEFICIARY OF SAGE REALTY;
>
> MALCOLM H. SAGE, IN HIS CAPACITY AS
> PARTNER OR JOINT VENTURER OF SAGE
> REALTY AND INDIVIDUALLY AS
> BENEFICIARY OF SAGE REALTY;
>
> MARTIN A. SAGE, IN HIS CAPACITY AS
> PARTNER OR JOINT VENTURER OF SAGE
> REALTY AND INDIVIDUALLY AS
> BENEFICIARY OF SAGE REALTY;
> AND
>
> ANN M. SAGE PASSER, IN HER CAPACITY AS
> PARTNER OR JOINT VENTURER OF SAGE
> REALTY AND INDIVIDUALLY AS
> BENEFICIARY OF SAGE REALTY,
>
>                             Defendants.

## CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.     The Initial Disclosures shall be due: December 21, 2015.

2.     Fact Discovery shall be completed by: January 5, 2017.

3.     The Disclosure of Case-in-Chief Experts shall be due: April 6, 2017.

4.     The Disclosure of Rebuttal Experts shall be due: June 6, 2017.

5.     The Deadline for Completion of Expert Discovery shall be: July 6, 2017.

6.     The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 13, 2017.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 27, 2017.

8. The Deadline for Conclusion of Mediation shall be: On or before November 24, 2017.

Dated: New York, New York
October 21, 2015

BAKER & HOSTETLER LLP

By: *s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Heather J. McDonald
Kimberly M. Maynard
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*