# EXHIBIT 10

```
                                                        Page 1
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - -x
 4   SECURITIES INVESTOR
 5   PROTECTION CORPORATION,
 6              Plaintiff,
 7   v.                              Adv. Case No. 08-01789(SMB)
 8   BERNARD L. MADOFF
 9   INVESTMENT SECURITIES
10   LLC,
11              Defendant.
12   - - - - - - - - - - - - - - - - - - - - - - - - - -x
13                 U.S. Bankruptcy Court
14                 One Bowling Green
15                 New York, New York
16
17                 August 24, 2016
18                 10:10 AM
19
20
21   B E F O R E :
22   HON STUART M. BERNSTEIN
23   U.S. BANKRUPTCY JUDGE
24
25
```

Page 18

1      THE COURT: Right.

2      MS. CHAITMAN: He had a very, very clear ability
3  to testify as to what the (indiscernible) entries meant.

4      THE COURT: Anything else?

5      MR. KRATENSTEIN: Your Honor, Andrew Kratenstein,
6  I represent the Sage defendants.

7      And Ms. Chaitman may have covered this when she
8  said that one of the topics was the extent to which the
9  Ponzi scheme overcomes the legitimate trading. Just to put
10 a fine --

11     THE COURT: No, I understand. That's why I said
12 it's not an on/off switch.

13     MR. KRATENSTEIN: Right. Just to put a finer
14 point on that, because I want to be clear since you're
15 asking about scope.

16     One of the questions about scope is whether the
17 Ponzi scheme extended beyond the so-called split strike
18 strategy or went to the so-called directed trading and
19 (indiscernible) bond arbitrage that Mr. Madoff did with a
20 number of accounts, including my clients' accounts.

21     THE COURT: These are not investment advisory
22 accounts?

23     MR. KRATENSTEIN: They were investment advisory
24 accounts, but they were different. They were not in split
25 strike for the entirety of the period, which is relevant

Page 19

1   because if he's admitted to a "split strike Ponzi scheme"
2   that's one thing, but if he's saying that that's the scope
3   of the Ponzi scheme, it didn't go beyond "split strike" --
4           THE COURT:  Okay.
5           MR. KRATENSTEIN:  -- then that's relevant.
6           MS. NEVILLE:  Your Honor, Carole Neville.
7           To add to that, in 1997 apparently a large number
8   of these so-called arbitrage accounts were switched over to
9   split strike conversion and it happened in six of my
10  accounts, and I'd like to find out what actually occurred
11  that the point.  That was --
12          THE COURT:  It sounds like this --
13          MS. NEVILLE:  -- the summer of 1997.
14          THE COURT:  It sounds like that's a specific
15  question about specific --
16          MS. NEVILLE:  It covers --
17          THE COURT:  -- accounts, and I thought that the
18  first day was more of a general type of thing, otherwise
19  just do it in one day.
20          MS. NEVILLE:  But this is -- covers a large number
21  of clients, so it may play into this idea that there was
22  some separate activity in the Madoff operations that held
23  those arbitrage accounts and others -- accounts from the
24  same period as split strike conversion.
25          THE COURT:  All right.  Anything else?

```
 1              MS. CHAITMAN:  I think that's it for the first
 2   day, Your Honor.
 3              THE COURT:  Let me hear from the trustee.
 4              MR. MURPHY:  Good morning, Your Honor.  Keith
 5   Murphy, Baker Hostetler, counsel for the trustee.
 6              Your Honor, just to begin, there are 83 adversary
 7   proceedings impacted by these folks --
 8              THE COURT:  Right.
 9              MR. MURPHY:  -- including Ms. Chaitman and the 6
10   people who have filed.  That relates to 136 BLMIS accounts
11   in those 83 adversary proceedings.
12              We raised several issues in our response.  The
13   first is with respect to those cases where fact discovery
14   was already closed --
15              THE COURT:  Right, and I said that I wouldn't
16   extend it for those, and I'm not going to.
17              MR. MURPHY:  Okay, great, then I don't think there
18   was any objection to that.  So that would be fine.
19              The second category, Your Honor, are those cases
20   where fact discovery was still open as of July 7th but is
21   closing, was about to close, or will close during this
22   process.
23              So we would request, Your Honor, that the -- that
24   just because of this process that the case management order
25   deadlines that are previously set in all of these cases not
```

```
                                                           Page 21
 1   be modified.  They shouldn't be extended as a result of this
 2   process.
 3           THE COURT:  Well I said that I would -- if I'm
 4   going to allow the deposition of Madoff I'm obviously going
 5   extend it for that purpose.
 6           MR. MURPHY:  Agreed, and that's what we discussed
 7   at the July 20 hearing.  I did clarify at the time, Your
 8   Honor, that I would just -- we were asking that it just be
 9   extended for purposes of taking Mr. Madoff's deposition and
10   then to allow the trustee to rebut anything that he might
11   say.
12           THE COURT:  Well, I don't know if I would do that,
13   but why don't we just leave it that they can take the
14   deposition and then we'll see what happens after that.
15           MR. MURPHY:  That's fine, Your Honor.
16           I would just add during that July 20 hearing, I
17   don't know that you had a chance to look at the transcript,
18   but the point I made at that time was that this process
19   shouldn't be used to hit restart on all of discovery for the
20   defendants now that it's coming towards the end or near the
21   end of their fact discovery deadline.  I think the Court
22   understood that point and said it agreed.
23           With respect to the start date of the fraud, Your
24   Honor, the 1992 date was not something that we picked, it
25   was something that occurred in the notices and
```