# EXHIBIT 22

# Sage Associates
# Maurice S. Sage Fdn. Inc.
*200 Central Park South*
*New York, N.Y. 10019*

Bernard L. Madoff
Investment Securities
Attn: Annette Bongiorno
885 Third Avenue
New York, N.Y. 10022

Dear Annette,

After discussions with Paul we have come up with the following plan with regards to the Sage Associates (1S-0004) and Maurice S. Sage Foundation, Inc. (1S-0197) Accounts.

1. **Sage Associates (1S-0004)**
   a. **Emulex** - Please deliver the short position in the "7" account to the "3" account to close out this position. The amount to be delivered is the *entire* amount held - 220,000 shares.
   b. **Broadcom** - Please deliver 15,000 shares in the "7" account to the "3" account. This will leave the remaining 40,000 shares in the "3" and "7" accounts.


12/24/02

2. **Maurice S. Sage Foundation Inc. (1S-0197)**
   a. We would like to withdraw the sum of $25,000. This will not require the sale of any stock because this sum is available in money market funds.  Date?

If you have any questions, please call me.

With thanks for your help and best wishes for Christmas and the New Year,
I am,

Very truly yours,
Malcolm Sage