# EXHIBIT 25

M E M O

TO  Year End Notes

DATE

FROM

SUBJECT

Saga Group – Bernie paid leave over fee but ali out next year.

Could have gone SAB – EBAY but cust did not want it.

Check After Prelim Post

Sag   150004
or                              Bernie
Sag 2  150005                OK

[illegible scribbled line]

Do trade only if I can
quit or
unrealized losses to
offset
because already
are OVER !!

Real gains or lg pick
[illegible]

Thing Not To Do Show Act Box Th
MADTBB01170923