# EXHIBIT 29

CONFIDENTIAL

Page 494

1              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK
2
3

     In re:                          )
4                                    )
     SECURITIES INVESTOR             )
5    PROTECTION CORPORATION,         )
                                     )
6         Plaintiff-Applicant,       )
                                     )
7    vs.                             )   08-01789 (SMB)
                                     )
8    BERNARD L. MADOFF               )
     INVESTMENT SECURITIES, LLC,     )
9                                    )
          Defendant.                 )
10                                   )
                                     )
11   In re:                          )
                                     )
12   BERNARD L. MADOFF,              )
                                     )
13        Debtor.                    )
                                     )
14
15                     CONFIDENTIAL
16           Videotaped Deposition of BERNARD L.
17   MADOFF, VOLUME IV, taken on behalf of the Customers,
18   before K. Denise Neal, Registered Professional
19   Reporter and Notary Public, at the Federal
20   Correctional Institution, 3000 Old Highway 75,
21   Butner, North Carolina, on the 9th day of November,
22   2017, commencing at 8:43 a.m.
23
24
25                      * * * * *

08-01789-cgm    Doc 18081-30    Filed 10/17/18    Entered 10/17/18 13:16:40    Exhibit 29
Pg 3 of 3

CONFIDENTIAL

Page 679

1   Q. So Ms. Fein showed you a document, Mr.
2 Madoff, that she marked as Exhibit Number 11, which
3 was a house number five daily stock record activity
4 for July 16th, 1987. And she asked you some
5 questions about a County of Nassau, it's third from
6 the bottom, a County of Nassau bond. Is that a
7 municipal bond, the County of Nassau bond?
8   A. Yes.
9   Q. Okay. And did your firm do -- trade in
10 municipal bonds?
11   A. No.
12   Q. Did you have municipal bonds in your
13 custody, your firm's custody?
14   A. Yes.
15   Q. Okay. So what was your -- what did your
16 firm do with respect to municipal bonds? Can you
17 describe?
18   A. The clients used them as either margin or
19 with instructions to sell them to go into -- rather
20 than sending in cash to a strategy, they sent them
21 bonds to either be liquidated or to use as
22 collateral for a margin account.
23   Q. I'm going to show you Exhibit 38, which we
24 showed you yesterday. And just take a look at that
25 page. I've opened it to page MF 00964437, which you

Page 680

1 might recall yesterday towards the bottom of that
2 page I showed you the RCA Corp convertible
3 debenture. And there are a whole bunch of positions
4 around that. Do you see that?
5   A. Where am I looking? Here?
6   Q. So bottom, if you look -- we talked about
7 this yesterday, but there are -- fourth up from the
8 bottom do you see the RCA Corp bond?
9   A. Yes.
10   Q. And then all around that do you see
11 municipal bonds like for Puerto Rico, Pennsylvania,
12 Oregon?
13   A. Right, uh-huh.
14   Q. Do you see that?
15   A. Yes.
16   Q. And they all have different maturities,
17 different yield dates --
18   A. Right.
19   Q. -- right? So what are these?
20   A. They're municipal bonds.
21   Q. And are these the types of bonds you were
22 just describing?
23   A. Yes.
24   Q. And are these all real securities that were
25 held at the National Bank of North America for your

Page 681

1 firm?
2   A. Yes.
3     MR. KRATENSTEIN: Thank you very much.
4 That's all I have.
5     MS. CHAITMAN: Okay. I'd just like to put
6 on the record the discussion that I had with Amanda
7 that we will be continuing your deposition so long
8 as your health continues once we get further
9 documents from the Trustee. We're negotiating to
10 get additional documents that we now know the
11 Trustee has.
12     MS. FEIN: We just want to put on the
13 record that we would reserve a right to
14 cross-examine on any documents that Ms. Chaitman
15 asks about.
16     MS. CHAITMAN: Of course, of course.
17 Okay. Thank you so much. Andrew and I are going to
18 run.
19     THE VIDEOGRAPHER: We are off the record
20 in the November 9th, 2017 deposition of Bernard L.
21 Madoff, Volume IV. The number of discs used was
22 three. The time is 13:26.
23     (Reading and signing of the deposition by
24 the witness was reserved and the deposition was
25 concluded at 1:26 p.m.)

Page 682

1     C E R T I F I C A T E
2 NORTH CAROLINA:
3 GUILFORD COUNTY:
4     I hereby certify that the foregoing
5 deposition was reported, as stated in the caption,
6 and the questions and answers thereto were reduced
7 to the written page under my direction; that the
8 foregoing pages 493 through 682 represent a true and
9 correct transcript of the evidence given. I further
10 certify that I am not in any way financially
11 interested in the result of said case.
12     I have no written contract to provide
13 reporting services with any party to the case, any
14 counsel in the case, or any reporter or reporting
15 agency from whom a referral might have been made to
16 cover this deposition. I will charge my usual and
17 customary rates to all parties in the case.
18     This, the 21st day of November, 2017.

21     *K. Denise Neal* (signature)
22     K. Denise Neal, RPR
        Registered Professional Reporter
23      Notary Public No. 200517500101

Veritext Legal Solutions
212-267-6868        www.veritext.com        516-608-2400