# EXHIBIT 32

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,   Adv.Pro.No.
                                      08-01789(SMB)
   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
        Defendant.
------------------------------------x
In Re:
BERNARD L. MADOFF,
        Debtor.
------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated
SIPA Liquidation of Bernard L.    Adv.Pro.No.
Madoff Investment Securities      10-04362(SMB)
LLC and Bernard L. Madoff,

        Plaintiff,

   v.

SAGE ASSOCIATES;

LILLIAN M. SAGE, IN HER CAPACITY
AS PARTNER OR JOINT VENTURER OF
SAGE ASSOCIATES AND INDIVIDUALLY
AS BENEFICIARY OF SAGE ASSOCIATES;

                Deposition of:

                ANN SAGE PASSER

                November 21, 2017

Page 18

1  Q.  Can you list those for me, please.
2      MR. KRATENSTEIN:  Hang on.  I
3  object.  What's the relevance of that to this
4  deposition, her other investments?
5      MS. KERANEN:  I want to know if
6  she has any other investment accounts that she's
7  ever compared, for instance, to her holdings at
8  BLMIS.
9      MR. KRATENSTEIN:  All right.  I'll
10 let you ask her if during the period of the
11 BLMIS accounts she held other investments.
12     A.  During the period of BLMIS
13 accounts, I believe I had an IRA for about $250.
14     Q.  Did you ever have any accounts
15 with any other stockbrokers?
16     A.  No.  Not that I recall.
17     Q.  Do you serve as a member of any
18 boards?
19     A.  Yes.
20     Q.  What positions do you have and
21 which boards?
22     A.  I'm on the board of the Cheetah
23 Conservation Fund.
24     Q.  And what are your responsibilities
25 with respect to the Cheetah Conservation Fund?

Page 19

1      A.  To come up with different ideas
2  that would help them.
3      Q.  Have you served on the board of
4  any other organizations?
5      A.  Not that I recall.
6      Q.  Were you ever on the board of the
7  Maurice S. Sage Foundation?
8      A.  I don't remember.
9      Q.  Do you know if the Maurice S. Sage
10 Foundation continues to exist today?
11     A.  I don't know.
12     Q.  Do you know who Bernard L. Madoff
13 is?
14     A.  Yes.
15     Q.  And when did you first hear about
16 him?
17     A.  Many years ago.
18     Q.  Can you give me a decade?
19     A.  I would say the '80s, '70s.
20     Q.  And in what circumstances did you
21 hear about him?
22     A.  He was our stockbroker.
23     Q.  And how did he become your
24 stockbroker?
25     A.  I believe that he was involved

Page 20

1  with my father, and after my father died, we, my
2  brothers and I opened an account with him.
3      Q.  Do you remember why you chose to
4  open an account with him?
5      A.  No.
6      Q.  Do you remember if you received
7  any written materials from Madoff prior to
8  investing with him?
9      A.  I don't remember.
10     Q.  Did you ever communicate with
11 Mr. Madoff?
12     A.  Yes.
13     Q.  How did you communicate with him?
14     A.  We would meet approximately one to
15 two times a year with Mr. Madoff.
16     Q.  And what would prompt those
17 meetings?
18     A.  My brother would decide when we
19 should get together with him.
20     Q.  Did they follow any particular
21 pattern?  For example, did you meet every spring
22 and fall, every six months?
23     A.  Pretty much every six months.
24     Q.  Did you communicate with
25 Mr. Madoff outside of those meetings?

Page 21

1      A.  No.
2      Q.  Did you ever send any letters to
3  Mr. Madoff?
4      A.  No.
5      Q.  Did you ever send any letters to
6  anybody at BLMIS?
7      A.  No.
8      Q.  Did you ever exchange any emails
9  with Mr. Madoff?
10     A.  No.
11     Q.  Did you ever exchange any emails
12 with anyone at BLMIS?
13     A.  No.
14     Q.  You testified that your brother
15 would suggest the meetings with Mr. Madoff.
16 Which brother was that?
17     A.  Malcolm.
18     Q.  Did you ever exchange any phone
19 calls with Mr. Madoff?
20     A.  No.
21     Q.  Did you ever have any phone calls
22 with anyone at BLMIS?
23     A.  No.
24     Q.  Do you recall what you would
25 discuss with Mr. Madoff during these meetings

## Page 22

1  that happened once or twice a year?
2      A.   We would discuss the accounts that
3  we had. We would discuss the news of the day,
4  and Malcolm would discuss what he wanted to do
5  with the accounts.
6      Q.   Do you remember what Malcolm
7  wanted to do with the accounts?
8      A.   He would make the decisions
9  whether to buy or sell stocks.
10     Q.   Do you remember any stocks that he
11 wanted to buy or sell?
12     A.   One of the only stocks that I
13 remember would be Disney.
14     Q.   And why do you remember that one?
15     A.   I had three little kids, and we
16 would go to Disney often. It's one of those
17 things that sticks with you.
18     Q.   Do you remember any other stocks
19 that Malcolm wanted to buy or sell?
20     A.   No.
21     Q.   Do you know when Malcolm first
22 brought up buying Disney?
23     A.   No.
24     Q.   Do you know when Malcolm, if he
25 ever did, sold Disney?

## Page 23

1      A.   I believe we sold maybe in 2008.
2      Q.   When you say that you would
3  discuss the accounts with Madoff, do you recall
4  which accounts you would discuss?
5      A.   I don't.
6      Q.   Did you ever receive monthly
7  account statements?
8      A.   I did not.
9      Q.   Did you ever review any monthly
10 account statements relating to your accounts
11 with Madoff?
12     A.   I did not.
13     Q.   Did you receive any materials from
14 Madoff or BLMIS when your accounts were opened
15 with him? Anything written?
16     A.   I did not receive it.
17     Q.   So you never received any trade
18 confirmations?
19     A.   I did not.
20     Q.   Or reports on your accounts?
21     A.   I did not receive them.
22     Q.   Do you know who did receive any?
23     A.   My brother was in charge of all of
24 that.
25     Q.   And just for clarity, which

## Page 24

1  brother?
2      A.   Malcolm.
3      Q.   Do you recall how many accounts
4  your family had with Madoff from 1979 through
5  2008?
6      A.   Maybe four, maybe five.
7      Q.   Can you list those?
8      A.   Sage Associates, Sage Associates
9  II, Sage Realty, MMRN.
10     Q.   Do you recall if your mother had
11 an account with Madoff?
12     A.   I don't recall.
13     Q.   And do you recall that there was
14 an account in the name of the Maurice Sage
15 Trust?
16     A.   I don't recall.
17     Q.   Do you recall there was an account
18 in the name of the Maurice S. Sage Foundation?
19     A.   I don't really remember these
20 things.
21     Q.   Do you know why any of your
22 accounts were opened?
23     A.   My brothers and I decided that we
24 wanted to pool our money together in order to
25 build a nest egg for our families.

## Page 25

1      Q.   Okay. Let's talk about individual
2  accounts. Do you know why the Sage Associates
3  account was opened?
4      A.   I believe that was the primary
5  account that we had to put everything together.
6      Q.   And do you know why the Sage
7  Associates II account was opened?
8      A.   No.
9      Q.   Do you know why the Sage Realty
10 account was opened?
11     A.   No.
12     Q.   Do you know why your mother had an
13 account with Madoff?
14     A.   I don't --
15         MR. KRATENSTEIN: Objection. I
16 think she testified she didn't know if her
17 mother had an account. I might be
18 misremembering, but...
19     A.   I don't recall these things.
20     Q.   Do you know why the MMRN
21 Associates account was opened?
22     A.   It was for our children.
23     Q.   Do you know when that was opened?
24     A.   No, I don't recall.
25     Q.   I'd like to ask you about any