# EXHIBIT 33

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04362 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE ASSOCIATES; | |
| LILLIAN M. SAGE, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE | |

ASSOCIATES;

MALCOLM H. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES, INDIVIDUALLY AS BENEFICIARY OF
SAGE ASSOCIATES, AND AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF LILLIAN M.
SAGE;

MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER
OR JOINT VENTURER OF SAGE ASSOCIATES AND
INDIVIDUALLY AS BENEFICIARY OF SAGE
ASSOCIATES;
AND

ANN M. SAGE PASSER, IN HER CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE
ASSOCIATES AND INDIVIDUALLY AS
BENEFICIARY OF SAGE ASSOCIATES,

Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective
Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA
liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby
made applicable to this adversary proceeding:

1. The Initial Disclosures were served by: December 21, 2015.

2. Fact Discovery shall be completed by: April 6, 2018

3. The Disclosure of Case-in-Chief Experts shall be due: July 11, 2018

4. The Disclosure of Rebuttal Experts shall be due: September 19, 2018

5. The Deadline for Completion of Expert Discovery shall be: October 31, 2018

6. The Deadline for Service of a Notice of Mediation Referral shall be: November 14, 2018

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 28,
2018.

8.  The Deadline for Conclusion of Mediation shall be: March 20, 2019.


Dated:  January 23, 2018
        New York, New York

                                        By: _____
                                        David J. Sheehan
                                        Email:  dsheehan@bakerlaw.com
                                        Nicholas J. Cremona
                                        Email:  ncremona@bakerlaw.com
                                        Heather J. McDonald
                                        Email:  hmcdonald@bakerlaw.com

                                        **BAKER & HOSTETLER LLP**
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201

                                        *Attorneys for Irving H. Picard, Esq., as Trustee for the*
                                        *Substantively Consolidated SIPA Liquidation of Bernard*
                                        *L. Madoff Investment Securities LLC and Estate of*
                                        *Bernard L. Madoff*


_____

Consented To:

Andrew B. Kratenstein

**McDermott Will & Emery LLP**
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5695
Facsimile: (212) 547-5444

*Attorneys for Defendants*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Heather J. McDonald
Email: hmcdonald@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04400 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE REALTY; | |
| LILLIAN M. SAGE, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE | |

REALTY;

MALCOLM H. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE REALTY,
INDIVIDUALLY AS BENEFICIARY OF SAGE
REALTY, AND AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF LILLIAN M.
SAGE;

MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER
OR JOINT VENTURER OF SAGE REALTY AND
INDIVIDUALLY AS BENEFICIARY OF SAGE
REALTY;
AND

ANN M. SAGE PASSER, IN HER CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE REALTY
AND INDIVIDUALLY AS BENEFICIARY OF SAGE
REALTY,

                        Defendants.

## FOURTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case
Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective
Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA
liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby
made applicable to this adversary proceeding:

1.  The Initial Disclosures were served by: December 21, 2015.

2.  Fact Discovery shall be completed by: April 6, 2018

3.  The Disclosure of Case-in-Chief Experts shall be due: July 11, 2018

4.  The Disclosure of Rebuttal Experts shall be due: September 19, 2018

5.  The Deadline for Completion of Expert Discovery shall be: October 31, 2018

6.  The Deadline for Service of a Notice of Mediation Referral shall be: November 14, 2018

7.  The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: November 28,
    2018.

8. The Deadline for Conclusion of Mediation shall be: March 20, 2019.


Dated:  January 23, 2018
        New York, New York

                                        By:
                                        David J. Sheehan
                                        Email:  dsheehan@bakerlaw.com
                                        Nicholas J. Cremona
                                        Email:  ncremona@bakerlaw.com
                                        Heather J. McDonald
                                        Email:  hmcdonald@bakerlaw.com

                                        **BAKER & HOSTETLER LLP**
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201

                                        *Attorneys for Irving H. Picard, Esq., as Trustee for the
                                        Substantively Consolidated SIPA Liquidation of Bernard
                                        L. Madoff Investment Securities LLC and Estate of
                                        Bernard L. Madoff*


_____

Consented To:

Andrew B. Kratenstein

**McDermott Will & Emery LLP**
340 Madison Avenue
New York, NY 10173-1922
Telephone: (212) 547-5695
Facsimile: (212) 547-5444

*Attorneys for Defendants*