**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
Gregory M. Dexter
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>Adv. Pro. No. 08-1789 (SMB) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT B TO THE TRUSTEE'S MOTION,<br><br>Defendants. | Adv. Pro. Nos. listed on Exhibit B to the Trustee's Motion |

### DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

{00038051 1}                                                      1

1. I am a member of the bars of New York and New Jersey, and of this Court. I am counsel for the Defendants represented by Chaitman LLP against whom the Trustee has filed a Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff (the "Defendants").[1]

2. I submit this Declaration in support of Defendants' opposition to the Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff.

3. Annexed hereto as **Exhibit A** are true and accurate excerpts from the May 17, 2016 transcript of proceedings before the Hon. Stuart M. Bernstein.

4. Annexed hereto as **Exhibit B** is a true and correct copy of Discovery Arbitrator's Order dated January 4, 2017 and filed with the Court on January 5, 2017 (ECF 14807).

5. Annexed hereto as **Exhibit C** are true and accurate excerpts from the June 29, 2017 transcript of proceedings before the Hon. Stuart M. Bernstein.

6. Annexed hereto as **Exhibit D** are true and accurate excerpts from the May 31, 2017 transcript of proceedings before the Hon. Stuart M. Bernstein.

7. Annexed hereto as **Exhibit E** are true and accurate excerpts from the July 25, 2018 transcript of proceedings before the Hon. Stuart M. Bernstein.

8. Annexed hereto as **Exhibit F** is a true and correct copy of *Irving H. Picard v. Mark Horowitz,* Adv. Pro. No. 10-4748 Plaintiff's Initial Disclosures dated November 24, 2015.

9. Annexed hereto as **Exhibit G** are true and accurate excerpts from the September 26, 2018 transcript of proceedings before the Hon. Stuart M. Bernstein

---

[1] This Declaration is filed only on behalf of clients who are currently represented by Chaitman LLP. Defendants in the following cases listed on the Trustee's Exhibit B are no longer represented by Chaitman LLP or their cases have settled: 10-04321, 10-04655, 10-04798, 10-05116.

10. Annexed hereto as **Exhibit H** are true and accurate excerpts from the July 8, 2016 transcript of the deposition of Annette Bongiorno.

11. Annexed hereto as **Exhibit I** are true and accurate excerpts from the June 13, 2016 transcript of the deposition of Joann Sala.

October 17, 2018

                                               */s/ Helen Davis Chaitman*
                                               Helen Davis Chaitman
                                               Chaitman LLP
                                               465 Park Avenue
                                               New York, New York 10022
                                               Phone & Fax: 888-759-1114
                                               hchaitman@chaitmanllp.com

                                               *Attorneys for Defendants*