# EXHIBIT C

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 08-01789-smb

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  SECURITIES INVESTOR PROTECTION CORPORATION,

6              Plaintiff,

7         v.

8  BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,

9              Defendants.

10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11 Adv. Case No. 10-04292-smb

12 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13 IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14 MADOFF INVESTMENT SECURITIES LLC,

15             Plaintiff,

16        v.

17 ROBERT ROMAN,

18             Defendants.

19 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25

**Page 2**

```
 1              U.S. Bankruptcy Court
 2              One Bowling Green
 3              New York, NY  10004
 4
 5              June 29, 2017
 6              11:02 AM
 7
 ...
21   B E F O R E :
22   HON STUART M. BERNSTEIN
23   U.S. BANKRUPTCY JUDGE
24
25   ECRO:  K. SU
```

08-01789-cgm    Doc 18085-3    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 4 of 11

Page 3

| | |
|---|---|
| 1 | Hearing re:  08-01789-smb Conference re Form of Order |
| 2 | Applying Discovery Arbitrator's Orders to Other Cases |
| 3 | |
| 4 | Hearing re:  08-01789-smb Conference re Madoff Day 2 |
| 5 | Deposition Topics |
| 6 | |
| 7 | Hearing re:  08-01789-smb Notice of Agenda for Matters |
| 8 | Scheduled for Hearing on June 29, 2017 |
| 9 | |
| 10 | Hearing re:  10-04292-smb Trustee's Motion to Compel |
| 11 | |
| 12 | |
| 13 | |
| 14 | |
| 15 | |
| 16 | |
| 17 | |
| 18 | |
| 19 | |
| 20 | |
| 21 | |
| 22 | |
| 23 | |
| 24 | |
| 25 | Transcribed by:  Sonya Ledanski Hyde |

08-01789-cgm    Doc 18085-3    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 5 of 11

Page 4

```
 1   A P P E A R A N C E S :

 2

 3   MCDERMOTT WILL & EMERY LLP

 4        Attorneys for

 5        340 Madison Avenue

 6        New York, NY 10173

 7

 8   BY:  MICHAEL R. HUTTENLOCHER

 9

10   CHAITMAN LLP

11        Attorneys for

12        465 Park Avenue

13        New York, NY 10022

14

15   BY:  HELEN DAVIS CHAITMAN, ESQ.

16

17   BAKER HOSTETLER

18        Attorneys for the Trustee

19        45 Rockefeller Plaza

20        New York, NY 10111

21

22   BY:  STACEY A. BELL

23        MAXIMILLIAN S. SHIFRIN

24        EDWARD J. JACOBS

25        DAVID J. SHEEHAN
```

08-01789-cgm    Doc 18085-3    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 6 of 11

Page 5

1  DENTONS US LLP
2       Attorneys for
3       1221 Avenue of the Americas
4       New York, NY 10020
5
6  BY:   CAROLE NEVILLE
7
8  SCHULTE ROTH & ZABEL LLP
9       Attorneys for Picower Parties
10      919 Third Avenue
11      New York, NY 10022
12
13 BY:   MICHAEL KWON
14
15 HUNTON & WILLIAMS LLP
16      Attorneys for
17      200 Park Avenue
18      New York, NY 10166
19
20 BY:   ROBERT A. RICH
21
22
23
24
25

08-01789-cgm    Doc 18085-3    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 7 of 11

Page 6

1  ALSO PRESENT TELEPHONICALLY:

2

3  KEVIN H. BELL

4  JAMES H. BURBAGE

5  NICHOLAS J. CREMONA

6  PATRICK MOHAN

7  DAVID J. SHEEHAN

8  CATHERINE E. WOLTERING

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

08-01789-cgm Doc 18085-3 Filed 10/17/18 Entered 10/17/18 13:53:01 Exhibit HDC Decl EX C -2017-06-29 Transcript of proceedings Pg 8 of 11

Page 24

1   serve that subpoena in connection with all of our cases.

2         THE COURT:  Well, she's concerned -- unless you're

3   agreeing that as long as discovery was still open on July

4   7th, 2016 -- and it's still open in those cases -- any

5   subpoena she serves is timely, whenever it's done.

6         MR. JACOBS:  Your Honor, Edward Jacobs for the

7   Trustee.  I think we agree with that.  There is discovery

8   with regard to the case-wide fraud issue that we would like

9   to take as well that we are holding in abeyance in

10  anticipation of a procedural order that will call for a

11  discovery period for the exchange of expert reports in

12  connection with that specific issue.  So, we're asking that

13  Ms. Chaitman hold off on serving any additional discovery

14  until we've had a chance to vet that procedural order with

15  her in court.

16        THE COURT:  The only question is, she's concerned

17  you're going to turn around and say, ah ha, you didn't serve

18  your subpoenas and discovery has run there.

19        MR. JACOBS:  On issues regarding the case-wide

20  issues of the fraud, that is not our position, and we won't

21  take the position that its untimely.  We expressly are

22  asking the Court to put that discovery on both sides on --

23        THE COURT:  What about other issues?

24        MR. JACOBS:  -- on hold.  Well, that's another

25  issue.  That's another -- what we'd suggested at the pass

08-01789-cgm   Doc 18085-3   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 9 of 11

Page 67

```
 1              THE COURT:  Why not?  I thought you were directed
 2   --
 3              DAVID SHEEHAN:  I'm not talking about money.
 4              THE COURT:  -- by me and Judge Maas to produce
 5   this stuff?
 6              DAVID SHEEHAN:  Pardon?
 7              THE COURT:  I thought you were already directed to
 8   produce these documents.
 9              DAVID SHEEHAN:  Well, I think he found that what
10   we have done to date is more than satisfactory, as a matter
11   of fact.
12              THE COURT:  That's correct.  I saw a decree in a
13   paragraph in one of his orders --
14              MS. CHAITMAN:  He said they had to produce
15   everything, and you said they had to produce everything.
16   He's never made a finding that they -
17              THE COURT:  These documents are not relevant are
18   you telling me?
19              DAVID SHEEHAN:  Your Honor, what we know at this
20   point about those records is that everything and then is
21   duplicative of what we have already know.  If we want to do
22   that again, it's going to -- you know, and I'm not worried
23   about the cost, but they -- until they can make...  Let me
24   put it this way.  I don't think Your Honor has had a good-
25   faith offering by any of them to justify any of the
```

Veritext Legal Solutions
212-267-6868               www.veritext.com               516-608-2400

08-01789-cgm    Doc 18085-3    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 10 of 11

Page 74

1                DAVID SHEEHAN:  It sounds easy.

2                THE COURT:  All right.

3                DAVID SHEEHAN:  But we've been doing that for a

4    year and a half with Ms. Chaitman.

5                MS. CHAITMAN:  That is untrue.

6                THE COURT:  No, no, stop.  I don't know what's in

7    there, you don't know what's in there, and on that basis,

8    you can't say I'm not going to turn it over.

9                DAVID SHEEHAN:  Yeah, but she hasn't shown to you

10   what she's saying is true.

11               THE COURT:  There are two orders directing you --

12               DAVID SHEEHAN:  But why does she get discovery

13   when she can't even prove what she's saying?

14               THE COURT:  There are two orders directing you to

15   turn over the documents.  You haven't told me that they're

16   not relevant.  You --

17               DAVID SHEEHAN:  I'm going to look at it, and if I

18   don't think they are, I'm going to tell Your Honor that.

19               THE COURT:  You haven't made a motion for a

20   protective order, and there are two orders to turn over the

21   documents.

22               DAVID SHEEHAN:  I'd like the protective order.

23   Well, I do.

24               MS. CHAITMAN:  Well, Judge, you know --

25               DAVID SHEEHAN:  It's about time she put up or shut

08-01789-cgm    Doc 18085-3    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX C -2017-06-29 Transcript of proceedings    Pg 11 of 11

Page 82

1                    C E R T I F I C A T I O N

2

3         I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  July 3, 2017