# EXHIBIT D

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 4   In the Matters of:
 5
 6   SECURITIES INVESTOR PROTECTION
 7   CORPORATION,
 8              Plaintiff,
 9         v.                    Adv. Case No. 08-01789-smb
10   BERNARD L. MADOFF INVESTMENT
11   SECURITIES, LLC, ET AL,
12              Defendants.
13   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
14   IRVING H. PICARD, TRUSTEE FOR THE
15   LIQUIDATION OF BERNARD L. MADOFF
16   INVESTMENT SECURITIES, LLC, ET AL,
17              Plaintiff,
18         v.                    Adv. Case No. 10-04898-smb
19   SAREN-LAWRENCE
20              Defendant.
21   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
22
23
24
25
```

08-01789-cgm Doc 18085-4 Filed 10/17/18 Entered 10/17/18 13:53:01 Exhibit HDC Decl EX D -2017-05-31 Transcript of proceedings Pg 3 of 15

Page 2

```
 1   IRVING H. PICARD, TRUSTEE FOR THE

 2   LIQUIDATION OF BERNARD L. MADOFF

 3   INVESTMENT SECURITIES, LLC, ET AL,

 4              Plaintiff,

 5        v.                    Adv. Case No. 10-04946-smb

 6   GOLDENBERG,

 7              Defendant.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9   IRVING H. PICARD, TRUSTEE FOR THE

10   LIQUIDATION OF BERNARD L. MADOFF

11   INVESTMENT SECURITIES, LLC, ET AL,

12              Plaintiff,

13        v.                    Adv. Case No. 11-02760-smb

14   ABN AMRO BANK N.V.,

15              Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   IRVING H. PICARD, TRUSTEE FOR THE

18   LIQUIDATION OF BERNARD L. MADOFF

19   INVESTMENT SECURITIES, LLC, ET AL,

20              Plaintiff,

21        v.                    Adv. Case No. 10-04377-smb

22   NELSON, ET AL,

23              Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - x

25
```

Page 3

1  IRVING H. PICARD, TRUSTEE FOR THE
2  LIQUIDATION OF BERNARD L. MADOFF
3  INVESTMENT SECURITIES, LLC, ET AL,
4           Plaintiff,
5       v.                    Adv. Case No. 10-04658-smb
6  NELSON,
7           Defendant.
8  - - - - - - - - - - - - - - - - - - - - - - - - - -x
9  IRVING H. PICARD, TRUSTEE FOR THE
10 LIQUIDATION OF BERNARD L. MADOFF
11 INVESTMENT SECURITIES, LLC, ET AL,
12          Plaintiff,
13      v.                    Adv. Case No. 10-04728-smb
14 DIGIULIAN,
15          Defendant.
16 - - - - - - - - - - - - - - - - - - - - - - - - - -x
17
18              U.S. Bankruptcy Court
19              One Bowling Green
20              New York, NY
21
22              May 31, 2017
23              10:40 AM
24
25

08-01789-cgm    Doc 18085-4    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings    Pg 5 of 15

Page 4

1  BEFORE:
2  HON STUART M. BERNSTEIN
3  U.S. BANKRUPTCY JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

08-01789-cgm    Doc 18085-4    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings    Pg 6 of 15

Page 5

```
 1   Hearing re:  Discovery Conference re Subpoenas to Depose
 2   BLMIS Employees
 3
 4   Hearing re:  Discovery Conference to Request to Set Single
 5   Rebuttal Expert Report Deadline
 6
 7   Hearing re:  Discovery Conference re Application of
 8   Discovery Arbitrator's Orders
 9
10   Hearing re:  Adversary proceeding: 10-04898-smb Irving H.
11   Picard, Trustee for the Liquidation of B v. Saren-Lawrence.
12   Pre-Trial Conference
13
14   Hearing re:  Adversary proceeding: 10-04946-smb Irving R.
15   Picard, Trustee for the Liquidation of B v. Goldenberg.
16   Pre-Trial Conference
17
18   Hearing re:  Adversary proceeding: 11-02760-smb Irving H.
19   Picard, Trustee for the Liquidation of B v. ABN AMRO BANK
20   N.V.  Conference re Status of Memorandum Decision Denying
21   Certification
22
23   Hearing re:  Adversary proceeding: 10-04377-smb Irving H.
24   Picard, Trustee for the Liquidation of B v. Nelson, et al.
25   Pre-Trial Conference
```

08-01789-cgm    Doc 18085-4    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings    Pg 7 of 15

Page 6

```
 1   Hearing re:  Adversary proceeding: 10-04658-smb Irving H.
 2   Picard, Trustee for the Liquidation of B v. Nelson, et al.
 3   Pre-Trial Conference
 4
 5   Hearing re:  Adversary proceeding: 10-04728-smb Irving H.
 6   Picard, Trustee for the Liquidation of B v. Digiulian.
 7   Cross-Motion to Dismiss
 8
 9   Hearing re:  Adversary proceeding: 10-04728-smb
10   Motion for Substitution of Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Tracey Williams, Nicole Yawn
```

08-01789-cgm  Doc 18085-4  Filed 10/17/18  Entered 10/17/18 13:53:01  Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings  Pg 8 of 15

Page 7

```
 1   A P P E A R A N C E S :
 2   BAKER HOSTETLER
 3         Attorneys for Trustee, Irving H. Picard
 4         45 Rockefeller Plaza
 5         New York, NY 10111-0100
 6
 7   BY:   DAVID SHEEHAN, ESQ.
 8         EDWARD J. JACOBS, ESQ.
 9         STACY DASARO, ESQ.
10
11   BAKER HOSTETLER
12         Attorneys for Trustee, Irving H. Picard
13         811 Main Street
14         Suite 1100
15         Houston, TX 77002-6111
16
17   BY:   DEAN D. HUNT, ESQ.
18         FARRELL A. HOCHMUTH, ESQ.
19
20
21
22
23
24
25
```

08-01789-cgm    Doc 18085-4    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings    Pg 9 of 15

Page 8

| | |
|---|---|
| 1 | A P P E A R A N C E S :  (Contd.) |
| 2 | BAKER HOSTETLER |
| 3 | Attorney for Trustee, Irving H. Picard |
| 4 | Capitol Square, Suite 2100 |
| 5 | 65 East State Street |
| 6 | Columbus, OH  43215 |
| 7 | |
| 8 | BY:  CATHERINE E. WOLTERING, ESQ. |
| 9 | |
| 10 | CHAITMAN LLP |
| 11 | Attorney for Defendants Digiulian, Nelson and |
| 12 | Saren Lawrence |
| 13 | 465 Park Avenue |
| 14 | New York, NY  10022 |
| 15 | |
| 16 | BY:  HELEN DAVIS CHAITMAN, ESQ. |
| 17 | |
| 18 | ALLEN & OVERY |
| 19 | Attorney for Defendant ABN AMRO BANK N.V. |
| 20 | 1221 Avenue of the Americas |
| 21 | New York, NY  10020 |
| 22 | |
| 23 | BY:  MICHAEL S. FELDBERG, ESQ. |
| 24 | |
| 25 | |

08-01789-cgm    Doc 18085-4    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings    Pg 10 of 15

Page 9

1  A P P E A R A N C E S :   (Contd.)
2
3  MILBERG LLP
4       Attorney for Defendant Goldenberg
5       One Pennsylvania Plaza
6       New York, NY   10119
7
8  BY:   J. BIRT REYNOLDS, ESQ.
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

08-01789-cgm Doc 18085-4 Filed 10/17/18 Entered 10/17/18 13:53:01 Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings Pg 11 of 15

Page 12

1      THE COURT: -- I'm familiar with the background.

2      MS. CHAITMAN: Okay. So when I was before you on

3  May 17th, 2016 on my motion to compel the trustee to produce

4  documents to us and other issues, Your Honor said to the

5  trustee and I quote -- well, you said in court, "If the

6  trustee has additional documents, he's got to supplement the

7  disclosure or the production, which he does by adding them

8  to the data room." The trustee completely ignored what you

9  said.

10     THE COURT: What does this have to do with your

11 request for a single date for an expert deadline?

12     MS. CHAITMAN: Because the -- every -- the

13 discovery is ongoing, until we get to the truth, which the

14 trustee has deliberately concealed, we are unable to get --

15     THE COURT: Well, let's stop with the

16 recriminations and all that. You want a single discovery

17 deadline or a single deadline for expert reports, right?

18     MS. CHAITMAN: Right, because those expert reports

19 are going to be based upon the discovery that we're now

20 getting. The trustee -- Magistrate Judge Moss ordered the

21 trustee --

22     THE COURT: What is the deadline that you are

23 proposing?

24     MS. CHAITMAN: There are different deadlines --

25     THE COURT: But you're asking for single one. So

08-01789-cgm   Doc 18085-4   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings   Pg 12 of 15

Page 17

1                THE COURT:  Well --

2                MR. JACOBS:  -- in any event.  I would like --

3                THE COURT:  -- I'll decide that after trial.

4                MR. JACOBS:  Understood.  I would like to correct

5     the record.  There was never a motion to compel the trustee

6     to produce any documents pending in this Court, that's a

7     fiction.

8                THE COURT:  But I thought I directed you to

9     produce the documents.

10               MR. JACOBS:  We said that when the Court allowed

11    the deposition of Mr. Madoff for the specific, narrow

12    purpose of examining as a preliminary matter, as a precursor

13    to an omnibus fraud trial, the start date of the fraud and

14    the Court opened the door to that evidence, we undertook a

15    voluntary effort to search for and identify any material

16    that we may have in BLMIS' possession that would evidence

17    trading --

18               THE COURT:  Did Ms. Chaitman --

19               MR. JACOBS:  -- from that period.

20               THE COURT:  -- did Ms. Chaitman ever ask for

21    trading records in any of her discovery requests?

22               MR. JACOBS:  She did.  She's been asking for

23    trading records for a very long time, for a couple of years

24    now, starting with the subpoena she served on the Depository

25    Trust Clearing Company.  That subpoena was limited in time

08-01789-cgm Doc 18085-4 Filed 10/17/18 Entered 10/17/18 13:53:01 Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings Pg 13 of 15

Page 21

1          THE COURT: So are you proposing that at the
2   conclusion of the Madoff deposition --
3          MR. JACOBS: Yes.
4          THE COURT: -- we schedule omnibus submissions.
5   You've already submitted your expert report, I don't know if
6   you want to submit another one.
7          MR. JACOBS: Well, we anticipate we will have a
8   supplemental report to address the specific testimony from
9   Mr. Madoff as to the earlier period of the fraud.
10         THE COURT: So the proposal is that at the
11  conclusion of the Madoff deposition on this one issue
12  regarding an expert deadline, we'll reset it at the
13  conclusion of the Madoff deposition.
14         MS. CHAITMAN: Two points, Your Honor. Mr. Jacobs
15  is excluding all of my clients who participated in my motion
16  to compel, which Your Honor ruled on on May 17th, 2016 --
17         MR. JACOBS: There was never any such motion, Your
18  Honor. I apologize for interrupting.
19         THE COURT: We are going to -- this is the way
20  this particular issue will be resolved -- we'll conclude the
21  Madoff Department and then we'll reschedule the expert
22  submissions and have a uniform submission date.
23         MS. CHAITMAN: For all of my clients?
24         THE COURT: For everybody.
25         MR. JACOBS: Well, Your Honor --

08-01789-cgm   Doc 18085-4   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings   Pg 14 of 15

Page 26

```
 1              MR. JACOBS:  -- deposition as well.
 2              THE COURT:  All right.  With respect to this
 3    issue, what we'll do is -- and you can embody this in an
 4    order, so we don't forget --
 5              MR. JACOBS:  Okay.
 6              THE COURT:  -- we'll reset the expert deadline
 7    after the Madoff deposition is completed as to those cases
 8    where expert discovery was not closed as of July 7th, 2016.
 9    Okay?
10              MR. JACOBS:  Okay.
11              THE COURT:  And embody that in the order.
12              MR. JACOBS:  Thank you, Your Honor.
13              THE COURT:  Next, this issue with the BLMIS
14    employees.
15              MS. CHAITMAN:  Your Honor --
16              MR. JACOBS:  That's my application, Your Honor, if
17    I may begin?  It was our letter seeking permission to move
18    to quash the subpoenas.
19              THE COURT:  And what's the basis of the motion to
20    quash?
21              MR. JACOBS:  The basis of the motion to quash is
22    twofold.  First, to the extent Ms. Chaitman is seeking
23    follow-up discovery to the Madoff inquiry regarding the
24    start date of the fraud, additional discovery can only be
25    served with leave of Court per Your Honor's order that
```

08-01789-cgm    Doc 18085-4    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX D -2017-05-31 Transcript of proceedings    Pg 15 of 15

Page 79

1    C E R T I F I C A T I O N
2
3    We, Tracey Williams and Nicole Yawn, certify that the
4    foregoing transcript is a true and accurate record of the
5    proceedings.
6
7    _____
8    Tracey Williams
9    AAERT Certified Electronic Transcriber CET-914
10
11
12
13    _____
14    Nicole R. Yawn
15
16
17    Date:   June 2, 2017
18
19
20
21
22    Veritext Legal Solutions
23    330 Old Country Road
24    Suite 300
25    Mineola, NY 11501