# EXHIBIT E

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Lead Case No. 08-99000-smb
 4   Case No. 08-01789-smb
 5   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 6   In the Matter of:
 7   SECURITIES INVESTOR PROTECTION CORPORATION,
 8                 Plaintiff,
 9          v.
10   BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, et al.,
11                 Defendants.
12
13   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
14                  United States Bankruptcy Court
15                  One Bowling Green
16                  New York, NY  10004
17
18                  July 25, 2018
19                  10:10 AM
20
21   B E F O R E :
22   HON STUART M. BERNSTEIN
23   U.S. BANKRUPTCY JUDGE
24
25   ECRO:   UNKNOWN
```

Page 2

1  HEARING re Conference re Motion for an Order Establishing
2  Omnibus Proceeding for the Purpose of Determining the
3  Existence, Duration and Scope of the Ponzi Scheme at BLMIS
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

08-01789-cgm   Doc 18085-5   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings   Pg 4 of 14

Page 3

```
 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER

 4        Attorneys for Trustee BLMIS

 5        45 Rockefeller Plaza

 6        New York, NY 10111

 7

 8   BY:  NICHOLAS J. CREMONA

 9        AMANDA E. FEIN

10        STACEY A. BELL

11        MELISSA L. KOSACK

12        MAXIMILLIAN S. SHIFRIN

13

14   DENTONS US LLP

15        Attorneys for Defendants

16        1221 Avenue of the Americas

17        New York, NY 10020

18

19   BY:  CAROLE NEVILLE

20

21

22

23

24

25
```

08-01789-cgm   Doc 18085-5   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings   Pg 5 of 14

Page 4

```
 1   PRYOR CASHMAN LLP
 2        Attorneys for the Defendants
 3        7 Times Square
 4        New York, NY 10036
 5
 6   BY:  RICHARD LEVY, JR.
 7
 8   MCDERMOTT WILL & EMERY LLP
 9        Attorneys for Sage Associates, Sage Realty, Malcolm
10        Sage, Martin Sage, Ann Sage
11        340 Madison Avenue
12        New York, NY 10173
13
14   BY:  ANDREW B. KRATENSTEIN
15
16   HUNTON ANDREWS KURTH LLP
17        Attorneys for Defendants
18        200 Park Avenue
19        New York, NY 10166
20
21   BY:  RICHARD A. RICH
22
23
24
25
```

08-01789-cgm    Doc 18085-5    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings    Pg 6 of 14

Page 5

```
 1   FISHERBROYLES LLP
 2        Attorneys for Defendants
 3        445 Park Avenue
 4        New York, NY 10022
 5
 6   BY:  RICHARD A. KIRBY
 7
 8   STEVENS & LEE
 9        Attorneys for Legacy Capital
10        485 Madison Avenue, 20th Floor
11        New York, NY 10022
12
13   BY:  NICHOLAS F. KAJON
14
15   CHAITMAN LLP
16        Attorneys for Defendants
17        465 Park Avenue
18        New York, NY 10022
19
20   BY:  HELEN DAVIS CHAITMAN
21
22
23
24
25
```

08-01789-cgm    Doc 18085-5    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings    Pg 7 of 14

Page 6

1  ALSO PRESENT TELEPHONICALLY:
2
3  KEVIN H. BELL
4  PATRICK MOHAN
5  JOSHUA TUCKER
6  DAVID J. SHEEHAN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

08-01789-cgm   Doc 18085-5   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC Decl EX E -2018-07-25 Transcript of proceedings    Pg 8 of 14

Page 10

1  where fact discovery is open under existing CMOs.  The

2  second group, in the Trustee's view, would be the cases that

3  participated in Madoff's deposition.  And then the third

4  group of cases are cases where discovery is closed and they

5  did not participate in Madoff's deposition.  And I'll take

6  those (indiscernible).

7  　　　　　Cases with open fact discovery -- I don't think

8  that there would -- I don't expect there to be disagreement,

9  and I think we've gotten that far with the negotiations

10 where Defendants would agree that those would be part of a

11 consolidated proceeding.  There are seven of those cases.

12 　　　　　With respect to the cases that participated in

13 Madoff's deposition, of the objecting parties there are 92

14 of those cases that participated in Madoff's deposition.

15 And given the deposition, in the Trustee's view, it's

16 reasonable at this juncture to seek to take additional

17 discovery on the Ponzi issue to refute the issues injected

18 into the case by Mr. Madoff's deposition.

19 　　　　　And, Your Honor, just -- if you would indulge me a

20 bit, just to go through how Madoff's deposition --

21 　　　　　THE COURT:  What discovery does the Trustee need?

22 The Trustee's been preparing these cases for ten years or

23 eight years.

24 　　　　　MS. BELL:  Yes, Your Honor, and that is absolutely

25 correct.  And I think as we addressed at the last hearing,

08-01789-cgm   Doc 18085-5   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings   Pg 9 of 14

Page 18

1  he was deposed for three days.  And day two he was deposed
2  for two days.
3           THE COURT:  Okay.
4           MS. BELL:  But, Your Honor, the arguments have
5  advanced beyond the convertible arb and beyond the start
6  date of the Ponzi scheme.  So --
7           THE COURT:  But that's what I'm -- that's what I'm
8  trying to find out, because all your order says is we've got
9  four months of fact discovery and it's not supposed to be a
10 complete do-over.
11          MS. BELL:  Right, and I agree with that, Your
12 Honor.  So, what the Trustee was attempting to do in this
13 order was, in our meet and confer, the Defendants raised the
14 issue of the 27 subpoenas that Ms. Chaitman served.  If you
15 recall in the original order, the Trustee had a limited
16 number of discovery.  We tried to do it based on numbers so
17 the Court would see from the Trustee's perspective we're not
18 trying to have this go for many, many months and to be an
19 open-ended process.
20          In this order we did not do that simply to
21 accommodate the request to have those 27 trader subpoenas.
22 And I think that's worth talking about as well, because not
23 only do we have Madoff's deposition that the Defendants have
24 requested but there are 27 trader subpoenas of former BLMIS
25 employees who worked on the House 5 side.  I think there was

Veritext Legal Solutions
212-267-6868           www.veritext.com           516-608-2400

08-01789-cgm Doc 18085-5 Filed 10/17/18 Entered 10/17/18 13:53:01 Exhibit HDC Decl EX E -2018-07-25 Transcript of proceedings Pg 10 of 14

1        THE COURT:  Let me hear from some of the other
2   parties.
3        MS. CHAITMAN:  I just want to say one thing,
4   Judge.  If I came in and I said, "You know, Judge,
5   discovery's over in my cases but I now think that I really
6   should be able to take certain discovery..." I wouldn't get
7   two feet in this court.  And that's what the Trustee's
8   trying to do.
9        Again, if you look at every one of my answers,
10  you'll see I disputed that there was a Ponzi scheme.  This
11  has been in the case since I filed the answers.  Thank you.
12       THE COURT:  Ms. Neville?
13       MS. NEVILLE:  Good morning.  Carole Neville from
14  Dentons.  Your Honor, I have 14 clients on this -- in this
15  matter now, and the case management order, and all but one
16  of them said that discovery closed.  And I'm finding it kind
17  of staggering that Ms. Davis now says that after ten years
18  and a billion dollars, the Trustee has not taken discovery
19  on the Ponzi issue.
20       We have expert reports in all of our cases.  What
21  was happening then?  What were they doing?  Right now, what
22  I hear, if I'm --
23       THE COURT:  What was the date of the Dubinsky
24  Report?  Because that was -- 2013?
25       MR. KRATENSTEIN:  It was 2013.

08-01789-cgm    Doc 18085-5    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings    Pg 11 of 14

Page 40

1              THE COURT: 2013. So, certainly the issue was up

2      there then.

3              MS. NEVILLE: So, I'm hearing now that of 153 --

4      because it's not 106 cases or 105; it's 153 -- there are

5      seven cases where discovery is open and they want to have a

6      consolidated order that cuts off discovery from everybody

7      else? They were obliged to make a motion to show why they

8      were entitled to discovery.

9              What that order from, I think it was September

10     2017, says is that discovery is closed except for the right

11     for the right for the Picower parties, of all people, the

12     Defendants, and the Trustee and SIPC to take discovery on

13     the Madoff. And the Court reserved the issues from the June

14     29th transcript, which I have with me and I read carefully

15     yesterday. There were two issues that were reserved, and

16     they both were the issues Ms. Chaitman raised. There was

17     the production of trading records and the deposition of

18     traders.

19             So, the discovery obligation is from the Trustee

20     to us. Why they now want to open up 12 depositions of

21     Madoff employees to prove the case -- because I think they

22     realize they haven't proved it after all of these years and

23     after all of this money.

24             Rule 16 sets out a standard and I don't think

25     they've met it. They've been not diligent in pursuing their

08-01789-cgm Doc 18085-5 Filed 10/17/18 Entered 10/17/18 13:53:01 Exhibit HDC Decl EX E -2018-07-25 Transcript of proceedings Pg 12 of 14

Page 70

1  evaluate.

2  THE COURT: All right. Look, I'm not going to

3  grant this motion on the state of this record. The order on

4  which this is all predicated -- there are actually two of

5  them, but the first Madoff deposition order said -- in

6  Paragraph 11 -- it says, "As to the participating customers

7  whose fact discovery is set to close on or after the date,

8  the Court extends fact discovery for the limited and sole

9  purpose of taking Madoff's deposition."

10  It then says, "Other than for that purpose, the

11  deadlines in the applicable case management orders remain

12  unchanged, notwithstanding the dates set forth in the case

13  management orders. Counsel for the Trustee, the

14  participating customers, the Picower parties, and SIPC have

15  the right to move the Court for further discovery based upon

16  Madoff's testimony."

17  If you're going to make that motion, you have to

18  show specifically what it is Madoff said that's new, that

19  you couldn't have anticipated with due diligence of taking

20  that discovery. I'm being told -- and part of the problem

21  of this process is people tell me a lot of stuff, and it's

22  not contained in a pleading. But I'm told that some of

23  these issues were always issues in the case and at some

24  point, somebody got the idea they wanted to take Madoff's

25  deposition. I don't even know how that -- I don't recall

08-01789-cgm   Doc 18085-5   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC Decl EX E -2018-07-25 Transcript of proceedings   Pg 13 of 14

Page 80

1  discovery is after the close of fact discovery typically.

2           THE COURT:  And you oppose her taking those

3  depositions if, for no other reason, you want a consolidated

4  proceeding in which everybody attends those depositions?

5           MS. BELL:  Well, we thought it would make sense,

6  Your Honor.  For example, she had David Kugel on the list of

7  27 traders.  He has a plea allocution and he testified at

8  the criminal trial.  There are a number of issues that will

9  go across cases.  And so we think it's not efficient to

10 proceed with those --

11          THE COURT:  Why don't you make your motion to

12 modify the pretrial orders to reopen discovery?

13          MS. BELL:  Yes, Your Honor.

14          THE COURT:  And do that expeditiously.  Now, with

15 respect -- there's got to be a time limit, though, Ms.

16 Chaitman, with you doing something about this issue.

17          MS. CHAITMAN:  I will make the motion -- Judge, if

18 Baker had not indicated to me that they would produce all

19 the trading records without my going back to Judge Moss, I

20 would have done it already.  But I will go back to Judge

21 Moss, but I'd like to be able to proceed with the subpoenaed

22 depositions.  The traders have both documents and testimony.

23          THE COURT:  I think I want to decide the Trustee's

24 motion first, because everybody's going to want to come to

25 Kugel's deposition, for example, if I reopen discovery.  And

08-01789-cgm    Doc 18085-5    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX E -2018-07-25 Transcript of proceedings    Pg 14 of 14

Page 91

1       C E R T I F I C A T I O N

2

3      I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date: