# EXHIBIT I

**SIPC v BLMIS**  **Sala 6/13/2016**

**CONFIDENTIAL**

Page 174

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                Plaintiff,

                        Adv. Pro. No.
    -against-        08-01789(SMB)

BERNARD L. MADOFF INVESTMENT  SIPA Liquidation
SECURITIES, LLC,             (Substantially
                                 Consolidated)
                Defendant.
-------------------------------------x
In Re:

BERNARD L. MADOFF,

                Defendant.
-------------------------------------x
                June 13, 2016
                9:58 a.m.

           - CONFIDENTIAL -

   Videotaped Continued Deposition of JOANN SALA, taken by attorneys for the Trustee, at the home of JoAnn Sala, 23 Shady Court, Bay Shore, New York, before SUZANNE PASTOR, a Shorthand Reporter and Notary Public within and for the State of New York.

08-01789-cgm    Doc 18085-9    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX I -2016-06-13 Transcript of Sala Deposition    Pg 3 of 10

**CONFIDENTIAL**

Page 175

```
 1   A P P E A R A N C E S:

 2       BAKER & HOSTETLER, LLP
         Attorneys for Irving H. Picard, Trustee for
 3       the Substantively Consolidated SIPA
         Liquidation of BLMIS and the Estate of
 4       Bernard L. Madoff
                 45 Rockefeller Plaza
 5               New York, New York 10111

 6       BY:     SEANNA R. BROWN, ESQ.
                 sbrown@bakerlaw.com
 7               212.589.4200

 8       AND:    AMY E. VANDERWAL, ESQ.
                 avanderwal@bakerlaw.com
 9

10
         CHAITMAN, LLP
11       Attorneys for a number of Madoff Victims
                 465 Park Avenue
12               New York, New York 10022

13       BY:     GREGORY M. DEXTER, ESQ.
                 888.759.1114
14

15

16

17   ALSO PRESENT:

18       JOHN EDMUNDS, Videographer

19

20

21

22

23

24

25
```

**SIPC v BLMIS**                                                    **Sala 6/13/2016**

**CONFIDENTIAL**

Page 176

```
 1                    INDEX
 2   WITNESS         EXAMINATION BY            PAGE
 3
     Joann Sala      Ms. Brown                 178
 4                   Mr. Dexter                227
                     Ms. Brown                 270
 5                   Mr. Dexter                279
 6
 7                    EXHIBITS
 8   TRUSTEE         DESCRIPTION               PAGE
 9   Exhibit 61      HWN 1472 through 1824     179
10   Exhibit 62      MADTBB 1800094 through    196
                     1800109
11
     Exhibit 63      MADTBB 1991239            212
12
     Exhibit 64      AMF 142426 through        212
13                   142480
14   Exhibit 65      MF 177098                 218
15   Exhibit 66      MADTBB 1764427 through    219
                     1764466
16
17
18       (Exhibits accompany the transcript.)
19
20
21
22
23
24
25
```

Page 243

 1   on an assumption that she had received that
 2   check, correct?
 3              MS. BROWN:  Objection.
 4        A.    Yes.
 5        Q.    Are you aware that Annette
 6   Bongiorno had testified at her criminal trial
 7   that she would regularly backdate customers'
 8   statements?
 9              MS. BROWN:  Objection.
10        A.    I didn't know that, no.
11        Q.    Are you aware that at Madoff
12   Securities one of Annette Bongiorno's job
13   functions was to create backdated statements to
14   send to customers?
15              MS. BROWN:  Objection.
16        A.    No, I didn't know that.
17        Q.    If I had told you that these
18   account statements were backdated, would that
19   cast doubts on -- strike that.  Strike all that.
20              Back to these documents.  If Madoff
21   Investments was a Ponzi scheme, then how would
22   you know that any of these statements were
23   accurate?
24              MS. BROWN:  Objection.
25        A.    Well, I don't.  I thought they were

08-01789-cgm    Doc 18085-9    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX I -2016-06-13 Transcript of Sala Deposition    Pg 6 of 10

1   real.
2        Q.    And if there are other things
3   Madoff made up at Madoff Investments, then all
4   of these could be made up as well, right?
5              MS. BROWN:  Objection.
6        A.    Yes.
7        Q.    So it's hard to say really what you
8   do know is accurate and what isn't accurate,
9   correct?
10             MS. BROWN:  Objection.
11       A.    Well, according to the job that I
12  had and what I was told, this was all accurate
13  to me at the time.
14       Q.    But now do you still think that
15  these documents are accurate?
16       A.    I don't know.  I don't know.
17       Q.    Let's look at another exhibit.
18  This is Trustee Exhibit 30.  Ms. Sala, are you
19  familiar with this document?
20       A.    No.
21       Q.    You're not familiar with this
22  document?
23       A.    No, I didn't handle these accounts.
24       Q.    All right, let's look at within
25  this document, even if you're not familiar with

08-01789-cgm    Doc 18085-9    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX I -2016-06-13 Transcript of Sala Deposition    Pg 7 of 10

**SIPC v BLMIS**                                                    **Sala 6/13/2016**

**CONFIDENTIAL**

Page 252

```
 1   look at.  36, 37, 38, 39 and 40.
 2              This is 37.  I'm still looking for
 3   36.
 4        A.    I have 36 here.
 5        Q.    Very good.  36, 37, 38, 39, 40.
 6              Let's turn to Exhibit 37.  You had
 7   testified earlier that Pep Boys was one of the
 8   stocks used in the convertible arbitrage
 9   strategy.
10        A.    Uh-huh.  Yes.
11        Q.    But you have no personal knowledge
12   of that, do you?
13              MS. BROWN:  Objection.
14        A.    No.  I saw -- no.
15        Q.    It's just what you assumed,
16   correct?
17        A.    Yes.
18        Q.    Because you thought that
19   Mr. Madoff's operation was legitimate, correct?
20              MS. BROWN:  Objection.
21        A.    Yes.
22        Q.    But at this point, isn't it true
23   that the only documents that are reliable are
24   the ones that were sent from customers?
25              MS. BROWN:  Objection.
```

08-01789-cgm    Doc 18085-9    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX I -2016-06-13 Transcript of Sala Deposition    Pg 8 of 10

SIPC v BLMIS                                                    Sala 6/13/2016

**CONFIDENTIAL**

Page 253

```
 1         A.    I don't know.  It seems that way
 2    now.  I don't know.  I don't know when it
 3    started.  I have no idea.
 4         Q.    You would agree that the customer
 5    letters that we've seen --
 6         A.    Are legitimate.
 7         Q.    -- are legitimate.
 8         A.    Yes.
 9         Q.    And they were signed by people who
10    were not engaged in fraud.
11               MS. BROWN:  Objection.
12         A.    As far as I know.
13         Q.    As far as you know.  And these
14    documents that were created by Madoff Securities
15    were all created by an entity that turned out to
16    be engaged in fraud.
17         A.    Yes.
18         Q.    So at this point, isn't it true
19    that the only reliable documents are the
20    customers -- are the letters from customers?
21               MS. BROWN:  Objection.
22         A.    It seems like that, but I don't
23    know when this started, so I'm not sure -- I'm
24    not sure if these were real or not real.
25         Q.    Do you have any way of knowing
```

08-01789-cgm   Doc 18085-9   Filed 10/17/18   Entered 10/17/18 13:53:01   Exhibit HDC
Decl EX I -2016-06-13 Transcript of Sala Deposition   Pg 9 of 10

1  which documents were real and which were not
2  real?
3              MS. BROWN:  Objection.
4       A.    No.
5       Q.    For the record --
6       A.    No.
7       Q.    All right, let's look at another
8  set of exhibits, 22, 48 and 26.  I'm putting
9  before you the BLMIS account statement for Joel
10 Blum, CAB Trust account dated July 31st, 1991.
11 And this is Trustee Exhibit 48.
12             Do you recall seeing this document
13 during your May 19th deposition?
14      A.    I may have.  I don't know.  I don't
15 know if that was his or not.
16      Q.    Do you recall seeing a -- strike
17 that.
18             Do you recall seeing any documents
19 relating to the CAB Trust for Joel A. Blum?
20             MS. BROWN:  Objection.
21      A.    I don't know if I did or not.  It's
22 not one that I -- I can't remember the name that
23 was on it, no.
24      Q.    All right, well, I'm trying to
25 refresh your recollection.  Let's look at

08-01789-cgm    Doc 18085-9    Filed 10/17/18    Entered 10/17/18 13:53:01    Exhibit HDC
Decl EX I -2016-06-13 Transcript of Sala Deposition    Pg 10 of 10

**SIPC v BLMIS**                                              **Sala 6/13/2016**

**CONFIDENTIAL**

Page 286

```
 1              C E R T I F I C A T E
 2
 3   STATE OF NEW YORK  )
 4                     : SS.
 5   COUNTY OF NEW YORK )
 6
 7           I, SUZANNE PASTOR, a Shorthand
 8   Reporter and Notary Public within and for the
 9   State of New York, do hereby certify:
10           That the witness whose deposition is
11   hereinbefore set forth, was duly sworn by me and
12   that such deposition is a true record of the
13   testimony given by the witness.
14           I further certify that I am not
15   related to any of the parties to this action by
16   blood or marriage, and that I am in no way
17   interested in the outcome of this matter.
18           IN WITNESS WHEREOF, I have hereunto
19   set my hand this_____, 2016.
20
21                          _____
22                          SUZANNE PASTOR
23
24
25
```