**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
Gregory M. Dexter
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>Adv. Pro. No. 08-1789 (SMB) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT B TO THE TRUSTEE'S MOTION,<br><br>    Defendants. | Adv. Pro. Nos. listed on Exhibit B to the Trustee's Motion |

**CERTIFICATE OF SERVICE**

I hereby certify that on October 17, 2018, I caused a true and correct copy of the following

documents:

- Defendants' Memorandum of Law in Opposition to the Trustee's Motion for

{00038053 1}    1

    Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff; and

- Declaration of Helen Davis Chaitman with Exhibits A through I,

to be served upon all parties in this action who receive electronic service through CM/ECF and by electronic mail and USPS First Class Mail upon the parties listed below:

    David J. Sheehan, Esq.
    dsheehan@bakerlaw.com
    Baker & Hostetler LLP
    45 Rockefeller Plaza, 11th Floor
    New York, New York 10111

    Nathanael S. Kelley, Esq.
    nkelley@sipc.org
    Securities Investor Protection Corporation
    1667 K Street NW, Suite 1000
    Washington, D.C. 20006

I declare under penalty of perjury that the foregoing statements are true and correct

October 17, 2018             */s/ Helen Davis Chaitman*