DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Dentons Customers*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**DECLARATION OF CAROLE NEVILLE IN SUPPORT OF DENTONS CUSTOMERS'
OBJECTION TO THE TRUSTEE'S MOTION FOR LIMITED ADDITIONAL
DISCOVERY BASED ON PRIOR ORDERS AUTHORIZING DEPOSITION OF
BERNARD L. MADOFF**

I, Carole Neville, declare pursuant to 28 U.S.C. Section 1746 that the following is true:

1. I am a Senior Counsel of the law firm, Dentons US LLP, counsel for the Dentons Customers listed on Schedule A to the Trustee's Discovery Motion. I am admitted to practice law in the State of New York and the Southern District of New York.

2. I submit this Declaration in support of the Dentons Customers Objection To The Trustee's Motion For Limited Additional Discovery Based On Prior Orders Authorizing Deposition Of Bernard L. Madoff.

3. Attached hereto are true and correct copies of the following exhibits:

(a) Exhibit A is a true and correct copy of the April 26, 2017 Transcript of the Deposition of Bernard L. Madoff.

(b) Exhibit B is a true and correct copy of November 9, 2017 Madoff Deposition Transcript.

(c) Exhibit C hereto is a true and correct copy of the select pages from the July 8, 2016 Annette Bongiorno Deposition Transcript

Executed this 17th day of October 2018 at New York, New York.

                                         */s/ Carole Neville*
                                         Carole Neville

109389951\V-1