# EXHIBIT C

**SIPC v BLMIS-CONFIDENTIAL**  **Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

Adv. Pro. No. 08-01789(SMB)

SIPA Liquidation
(Substantially consolidated)

SECURITIES INVESTOR PROTECTION
CORPORATION,

    PLAINTIFF,

-vs-

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
    DEFENDANT.
_____/

IN RE:
BERNARD L. MADOFF,

    DEBTOR.
_____/

CONFIDENTIAL

REALTIME DEPOSITION OF
ANNETTE BONGIORNO

Pages 1 through 270

Friday, July 8, 2016
8:34 a.m. to 3:15 p.m.

Federal Correctional Institution Coleman Medium
846 NE 54th Terrace
Sumterville, Florida 33521

Stenographically Reported By:
Elizabeth A. Speer, CRR, RMR, FPR,
Realtime Systems Administrator

**BENDISH REPORTING**
**877.404.2193**

**SIPC v BLMIS-CONFIDENTIAL**　　　　　**Bongiorno 7/8/2016**
**CONFIDENTIAL**

Page 2

```
 1   APPEARANCES:
 2   On behalf of Irving H. Picard, Trustee for the
     Substantively Consolidated SIPA Liquidation of
 3   BLMIS and the Estate of Bernie L. Madoff:
 4        BakerHostetler
          45 Rockefeller Plaza
 5        New York, New York 10111-0100
          (212) 589-4230
 6        BY:  SEANNA R. BROWN, ESQUIRE
               AMY VANDERWAL, ESQUIRE
 7        sbrown@bakerlaw.com
          avanderwal@bakerlaw.com
 8
 9   On behalf of Aaron Blecker and other Madoff customers:
10        Chaitman, LLP
          465 Park Avenue
11        New York, New York 10022
          (888) 759-1114
12        BY:  HELEN DAVIS CHAITMAN, ESQUIRE
               GREGORY M. DEXTER, ESQUIRE
13        hchaitman@chaitmanllp.com
          gdexter@chaitmanllp.com
14
15   On behalf of Annette Bongiorno:
16        Sercarz & Riopelle, LLP
          810 Seventh Avenue, Suite 620
17        New York, New York 10019
          (212) 586-4900
18        BY:  ROLAND G. RIOPELLE, ESQUIRE
          mriopelle@sercarzandriopelle.com
19
20
21
22
23
24
25
```

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
                    CONFIDENTIAL

                                                              Page 3

 1                         I N D E X
 2
      TESTIMONY OF:   ANNETTE BONGIORNO
 3
           Direct Examination by Ms. Brown              5
 4         Cross Examination by Ms. Chaitman          145
           Redirect Examination by Ms. Brown          263
 5
 6
      CERTIFICATE OF OATH                             267
 7
      CERTIFICATE OF REPORTER                         268
 8
      READ & SIGN LETTER                              269
 9
      ERRATA SHEET                                    270
10
                      *   *   *   *   *
11
12
                         E X H I B I T S
13
      Trustee Exhibit No. 67
14        Order authorizing the deposition of federal
          prisoner Annette Bongiorno with certain
15        limitations                                   6
16    Trustee Exhibit No. 68
          Order authorizing second deposition of
17        federal prisoner Annette Bongiorno            6
18    Trustee Exhibit No. 69
          2/28/87 Blecker account 100254-10
19        ledger sheet MF00057516                      97
20    Trustee Exhibit No. 70
          Composite of Blecker account 100254-10
21        December 1986, '87, '88, '89, '90, '91
          statements   MF00067077, MF00063864,
22        MF00529912, MF00052809, MF00024487,
          MF00472955                                  101
23
      Trustee Exhibit No. 71
24        9/30/84 Blecker account 100215-10
          ledger sheet MF00151754                     107
25

SIPC v BLMIS-CONFIDENTIAL                        Bongiorno 7/8/2016
                        CONFIDENTIAL

```
                                                          Page 12
 1       Q.   And do you know what year it moved to 885
 2   third Avenue?
 3       A.   No.
 4       Q.   Do you have a decade?
 5       A.   It was in the -- maybe late '70s, early '80s.
 6       Q.   And when the office of BLMIS moved to 885
 7   Third Avenue, did you work on a particular floor?
 8       A.   I worked on the main floor at that time,
 9   which was the 18th floor.
10       Q.   Okay.  And how many years did you work on the
11   18th floor?
12       A.   I don't remember.  I'm really bad with time.
13   I'm sorry.
14       Q.   Okay.
15       A.   I don't remember.
16       Q.   Did you work on the 18th floor throughout
17   your employment at BLMIS?
18       A.   No.
19       Q.   And what other floors did you work on?
20       A.   The 17th floor.
21       Q.   And do you know about how many years you
22   worked on the 17th floor?
23       A.   No.
24       Q.   In 2008, you worked on the 17th floor?
25       A.   Yes.
```

**BENDISH REPORTING**
**877.404.2193**

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
CONFIDENTIAL

Page 13

1    Q.    Okay. And probably ten years before that, do
2    you think you worked on the 17th floor?
3    A.    Honestly, I don't know.
4    Q.    Okay.
5    A.    I don't remember the years.
6    Q.    When you started working at BLMIS in 1968,
7    what were your job responsibilities?
8    A.    Just about everything. I helped answer
9    phones. I did some posting. I helped balance blotters
10   at the end of the day. I did some mailing. I typed
11   some letters. I did just about everything.
12   Q.    Okay. And in answering the phones, who were
13   you speaking with on the phone, generally?
14   A.    Other brokers, or friends, or family members,
15   and whoever.
16   Q.    At the time when you first began at BLMIS,
17   what was the nature of those telephone calls that you
18   had?
19   A.    Well, I'd help on the trading desk when the
20   lines were busy. I would just answer the phone and
21   tell them to hold on, because I wasn't trading. If
22   they were calling -- if it was a family member calling
23   for someone, I would just take a message. Mainly, I
24   took his messages, too. If somebody called him, I
25   would take a name, number. Pass it on. It was more

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
                    CONFIDENTIAL

Page 201

1      A.   One person all the time?  No.  To my
2  knowledge, I don't know of anybody that did that.
3  Could have been, but I don't know of anybody.
4      Q.   Okay.  Now, if you could take a look at
5  Trustee Exhibit 49.  This is the house manual.  What's
6  easier -- I'm going to change exhibits.  If you go to
7  Exhibit 61.
8           MR. RIOPELLE:  That's the big one; isn't
9      it?
10     Q.   Looking at page 1655, when were you
11  questioned about this --
12          MR. RIOPELLE:  That's 56.
13     Q.   -- by Miss Brown --
14     A.   Yes.
15     Q.   -- you testified that this book is dated
16  about 1991 and that you did not work with arbitrage
17  accounts during this period.
18     A.   That was correct.
19     Q.   Okay.
20     A.   I don't think I testified about the year,
21  because there's no year on here.  Oh, we compared it to
22  a statement.  Yes, you're right.  Yes.
23     Q.   You said that as of about 1991 you were not
24  doing arbitrage accounts.
25     A.   That's right.

SIPC v BLMIS-CONFIDENTIAL                    Bongiorno 7/8/2016
                  CONFIDENTIAL

Page 205

1   That's what I understood.  That's what he told me.
2        Q.   Okay.  So was it your understanding that,
3   with respect to the arbitrage accounts, that those were
4   actual trades that he was doing, that those were real
5   transactions?
6        A.   Yes.
7        Q.   Do you have any reason to believe that when
8   he was doing the arbitrage trading that the
9   transactions reflected on the statements were not
10  accurate transactions?
11       A.   No.  I believe they were accurate
12  transactions.
13       Q.   And what's the basis of your belief?
14       A.   Because he said so.  I just believed him.  I
15  believed him.  I mean, I was working with him since I'm
16  20 years old.  Everything I knew about the business he
17  taught me.  Why would I question him?  I don't even --
18  I don't even -- to this day I don't even understand why
19  I would have questioned him.
20       Q.   Now, Mr. DiPascali pled guilty.
21       A.   Right.
22       Q.   And he pled that the fraud began in the late
23  1980s or early 1990s.
24       A.   Uh-huh.
25       Q.   Is that consistent with your understanding?

SIPC v BLMIS-CONFIDENTIAL                Bongiorno 7/8/2016
CONFIDENTIAL

Page 206

1           MS. BROWN:  Objection.
2      A.   I never knew there was a fraud.  I have no
3  idea what he knew.  He was a very, very smart man.  And
4  if he knew that back then, he never told me anything
5  like that.
6           So he -- he was very well educated, Frank.
7  He was close to a genius in my eyes.  If he picked up
8  on that and he knew that back then, that's on him.  He
9  never told me that.  And I -- I did not know that.
10     Q.   Well, you never knew that he pled that?
11     A.   I did know he pled that.  I -- I was in
12 trial.  I heard the whole thing.  But I didn't know it
13 when -- when he realized that himself, he didn't come
14 tell me, oh, Annette, by the way.  That didn't happen.
15     Q.   Okay.  Now if Mr. Madoff testified that the
16 fraud began in 1992 --
17     A.   Uh-huh.
18     Q.   -- as opposed to in the late 1980s, do you
19 have any information which would indicate to you which
20 was more accurate, that it began in the late 1980s or
21 early 1990s, or that it began in 1990s?
22          MS. BROWN:  Objection.  I think this
23      goes outside of the profit withdrawal
24      statement, Miss Chaitman.  Whether or not the
25      trades were real or fake doesn't go to