DENTONS US LLP
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
carole.neville@dentons.com

*Attorneys for Dentons Customers*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**CERTIFICATE OF SERVICE**

I, Carole Neville, hereby certify that on October 17, 2018, I caused a true and correct copy of the foregoing *Dentons Customers' Objection To The Trustee's Motion For Limited Additional Discovery Based On Prior Orders Authorizing Deposition Of Bernard L. Madoff* to be filed electronically with the Court and served upon counsel for parties to this action who receive electronic service through CM/ECF and as indicated to the parties listed below:

**<u>Via E-Mail</u>**

David J. Sheehan
Nicholas J. Cremona
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
   ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*

Dated: October 17, 2018
   New York, New York

             */s/ Carole Neville*
             Carole Neville