UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A,<br><br>Defendants. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK      )
                                             )  ss.:
COUNTY OF NEW YORK )

EVAN MELLUZZO, being duly sworn, deposes and states:

I am not a party to this proceeding, I am over 18 years of age and I am employed by Schulte Roth & Zabel LLP.

On October 17, 2018, deponent served a copy of the Letter dated October 17, 2018 from Gary Stein to Judge Bernstein in response to the Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff and

DOC ID - 29454649.1

Exhibits A through F, via electronic transmission through CM/ECF and by regular U.S. Mail upon the parties listed below:

David J. Sheehan, Esq.
Stacey A. Bell, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza, 11th Floor
New York, New York 10111

Kevin Bell, Esq.
Securities Investor Protection Corporation
1667 K Street NW, Suite 1000
Washington, D.C. 20006

/s/ Evan Melluzzo
EVAN MELLUZZO

Sworn to before me this
17th day of October, 2018

/s/ Jamille C. Offutt
Notary Public

Jamille C. Offutt
Notary Public, State of New York
No. 01OF6257779
Qualified in New York County
Commission Expires March 19, 2020