**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>          v.<br><br>JEFFREY R. WERNER 11/1/98 TRUST; JEFFREY R. WERNER; and VIOLET M. WERNER, in her capacity as Trustee of the JEFFREY R. WERNER 11/1/98 TRUST,<br><br>                              Defendants. | Adv. Pro. No. 10-04561 (SMB) |

# SIXTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: Passed.

2. Fact Discovery shall be completed by: March 1, 2019.

3. The Disclosure of Case-in-Chief Experts shall be due: May 21, 2019.

4. The Disclosure of Rebuttal Experts shall be due: June 20, 2019.

5. The Deadline for Completion of Expert Discovery shall be: July 22, 2019.

6. The Parties have mediated this case.

Dated: New York, New York
October 18, 2018

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*