**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Trustee-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS, INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br><br>Defendants. | Adv. Pro. No. 10-05353 (SMB) |

**STIPULATION AND ORDER CONCERNING**
**THE TRUSTEE'S MOTION FOR LEAVE TO REPLEAD**

Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff (the "Trustee") and Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.) ("Natixis FP"), by and through their respective undersigned counsel, (collectively, the "Parties"), agree as follows:

WHEREAS, on June 18, 2018, the Court denied the Trustee's Motion for Court Order Authorizing Limited Discovery Pursuant to Fed. R. Civ. P. 26(d)(1) (ECF No. 17640), and acknowledged that the parties thereto agreed that further briefing and proceedings on the Trustee's Motion for Leave to Replead would be deferred until after the Court entered a decision on the Trustee's Motion for Discovery. *See* Order Concerning Further Proceedings on Trustee's Motion for Leave to Replead and for Limited Discovery, ¶ 4, dated July 24, 2017 (ECF No. 16428).

WHEREAS, the Trustee intends to file a motion for leave to file an amended complaint.

WHEREAS, this Court previously granted the Parties a so-ordered stipulation setting dates on which the Trustee must file his motion for leave to replead and other germane filing dates (ECF No. 165).

WHEREAS, the Parties have agreed to extend such filing dates to allow the Trustee to prepare the motion for leave to amend.

IT IS HEREBY STIPULATED AND AGREED that the Trustee shall file his motion for leave to replead on or before December 7, 2018 and Natixis FP shall file its opposition on or before April 5, 2019. The Trustee shall file its reply, if any, on or before May 24, 2019.

IT IS FURTHER STIPULATED AND AGREED, following the Court's decision on the Trustee's motion for leave to replead, Natixis FP shall have the option of relying on its existing motion to dismiss or filing a new motion to dismiss.

The extension of time granted by this stipulation (the "Stipulation") is without prejudice to any future extensions of time.

Except as expressly set forth herein, the Parties reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same

instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: October 18, 2018
      New York, New York

| BAKER & HOSTETLER LLP | DAVIS & GILBERT LLP |
|---|---|
| By: /s/ Catherine E. Woltering | By: /s/ Joseph Cioffi |
| 45 Rockefeller Plaza | 1740 Broadway |
| New York, New York 10111 | New York, New York 10019 |
| Telephone: (212) 589-4200 | Telephone: (212) 468-4800 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 468-4888 |
| David J. Sheehan | Joseph Cioffi |
| Email: dsheehan@bakerlaw.com | Email: jcioffi@dglaw.com |
| Catherine E. Woltering | Bruce M. Ginsberg |
| Email: cwoltering@bakerlaw.com | Email: bginsberg@dglaw.com |
| | James R. Serritella |
| | Email: jserritella@dglaw.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff* | *Attorneys for Defendant Natixis Financial Products LLC (as successor in interest to Natixis Financial Products Inc.)* |

SO ORDERED this **19th** day of October, 2018.

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE