# EXHIBIT A

|    | APN       | Case Nickname                                                        | Counsel                                              |
|----|-----------|----------------------------------------------------------------------|------------------------------------------------------|
| 1  | 10-04289  | John Fujiwara, et al.                                                | Lax & Neville, LLP                                   |
| 2  | 10-04292  | Robert Roman                                                         | Chaitman LLP                                         |
| 3  | 10-04296  | Jeffrey Shankman                                                     | Pro Se                                               |
| 4  | 10-04302  | Joan Roman                                                           | Chaitman LLP                                         |
| 5  | 10-04305  | David Shapiro, et al.                                                | Klestadt Winters Jureller Southard & Stevens, LLP    |
| 6  | 10-04314  | David Shapiro Nominee #3                                             | Klestadt Winters Jureller Southard & Stevens, LLP    |
| 7  | 10-04325  | David Shapiro Nominee #2                                             | Klestadt Winters Jureller Southard & Stevens, LLP    |
| 8  | 10-04327  | Gertrude E. Alpern Revocable Trust, et al.                           | Chaitman LLP                                         |
| 9  | 10-04328  | David Shapiro Nominee                                                | Klestadt Winters Jureller Southard & Stevens, LLP    |
| 10 | 10-04332  | Barry Weisfeld                                                       | Dentons US LLP                                       |
| 11 | 10-04341  | Marden, et al.                                                       | Pryor Cashman LLP                                    |
| 12 | 10-04343  | Patrice Auld, et al.                                                 | Pryor Cashman LLP                                    |
| 13 | 10-04348  | Marden Family Limited Partnership, et al.                            | Pryor Cashman LLP                                    |
| 14 | 10-04352  | RAR Entrepreneurial Fund LTD, et al.                                 | Chaitman LLPPro Se                                   |
| 15 | 10-04357  | James Greiff                                                         | Dentons US LLP                                       |
| 16 | 10-04361  | Harvey L. Werner Revocable Trust, et al                              | Bernfeld, DeMatteo & Bernfeld, LLP                   |
| 17 | 10-04362  | Sage Associates, et al.                                              | McDermott Will & Emery LLF                           |
| 18 | 10-04367  | Benjamin T. Heller                                                   | Chaitman LLP                                         |
| 19 | 10-04377  | Carol Nelson, individually and as joint tenant, et al.               | Chaitman LLP                                         |
| 20 | 10-04378  | DOS BFS Family Partnership II, L.P., et al                           | Westerman Ball Ederer Miller & Sharfstein LLP        |
| 21 | 10-04384  | Lanx BM Investments, LLC, et al                                      | Baker & McKenzie LLPFisherBroyles                    |
| 22 | 10-04390  | Michael Mann, et al.                                                 | Dentons US LLP                                       |
| 23 | 10-04394  | Frederic Z. Konigsberg, et al.                                       | Bernfeld, DeMatteo & Bernfeld, LLPJohn E. Lawlor     |
| 24 | 10-04396  | Edith A. Schur                                                       | Bernfeld, DeMatteo & Bernfeld, LLP                   |
| 25 | 10-04397  | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al.                   | Chaitman LLP                                         |
| 26 | 10-04400  | Sage Realty, et al.                                                  | McDermott Will & Emery LLF                           |
| 27 | 10-04401  | Rose Gindel Trust, et al.                                            | Dentons US LLP                                       |
| 28 | 10-04415  | The Estate of Barbara Berdon, et al.                                 | Dentons US LLP                                       |
| 29 | 10-04417  | The Lustig Family 1990 Trust, et al.                                 | Binder & Schwartz LLP                                |
| 30 | 10-04419  | Katz Group Limited Partnership, a Wyoming limited partnership, et al.| Becker LLC                                           |
| 31 | 10-04428  | Estate of Allen Meisels, et al.                                      | Chaitman LLP                                         |
| 32 | 10-04429  | Gary J. Korn, et al.                                                 | Golenbock Eiseman Assor Bell & Peskoe, LLP           |
| 33 | 10-04438  | Estate of Seymour Epstein, et al.                                    | Chaitman LLP                                         |
| 34 | 10-04446  | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al.             | Chaitman LLP                                         |
| 35 | 10-04468  | Ken-Wen Family Limited Partnership, et al.                           | Bernfeld, DeMatteo & Bernfeld, LLP                   |
| 36 | 10-04469  | Carol L. Kamenstein, individually and in her capacity as joint tenant| Chaitman LLP                                         |
| 37 | 10-04486  | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date| Dentons US LLP                                       |
| 38 | 10-04487  | Robert Weintraub, et al.                                             | Chaitman LLP                                         |
| 39 | 10-04489  | Marlene Krauss                                                       | Chaitman LLP                                         |
| 40 | 10-04491  | Elaine Dine Living Trust dated 5/12/06, et al.                       | Chaitman LLP                                         |
| 41 | 10-04492  | Stuart Leventhal 2001 Irrevocable Trust, et al.                      | Gabor & Marotta LLC                                  |
| 42 | 10-04503  | Judd Robbins                                                         | Chaitman LLP                                         |
| 43 | 10-04517  | Radcliff Investments Limited, et al.                                 | Clifford Chance U.S. LLP                             |
| 44 | 10-04538  | James B. Pinto Revocable Trust U/A dtd 12/1/03, et al.               | Frejka PLLC                                          |
| 45 | 10-04539  | The Gerald and Barbara Keller Family Trust, et al.                   | Chaitman LLP                                         |
| 46 | 10-04541  | Kenneth W Perlman, et al.                                            | Blank Rome LLPChaitman LLP                           |
| 47 | 10-04545  | Jerome Goodman, et al.                                               | Chaitman LLP                                         |
| 48 | 10-04554  | David Ivan Lustig                                                    | Binder & Schwartz LLP                                |
| 49 | 10-04561  | Jeffrey R. Werner 11/1/98 Trust, et al.                              | Bernfeld, DeMatteo & Bernfeld, LLP                   |
| 50 | 10-04562  | Robert F. Ferber                                                     | Chaitman LLP                                         |
| 51 | 10-04570  | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al.                    | Chaitman LLPPro Se                                   |
| 52 | 10-04573  | Bruce Leventhal 2001 Irrevocable Trust, et al.                       | Lax & Neville, LLP                                   |
| 53 | 10-04592  | Anthony E. Stefanelli                                                | DelBello Donnellan Weingarten Wise & Wiederkehr LLP  |
| 54 | 10-04610  | The Whitman Partnership, et al.                                      | Chaitman LLP                                         |
| 55 | 10-04614  | Robert S. Whitman                                                    | Chaitman LLP                                         |
| 56 | 10-04621  | Donald A. Benjamin                                                   | Chaitman LLP                                         |
| 57 | 10-04631  | 151797 Canada Inc., Judith Pencer, Samuel Pencer, et al.             | Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.       |
| 58 | 10-04644  | Russell L. Dusek                                                     | Chaitman LLP                                         |
| 59 | 10-04648  | Peter D. Kamenstein                                                  | Chaitman LLP                                         |
| 60 | 10-04655  | Jaffe Family Investment Partnership, et al.                          | Pro Se                                               |
| 61 | 10-04658  | Carol Nelson                                                         | Chaitman LLP                                         |
| 62 | 10-04667  | David Gross, et al.                                                  | Pro Se                                               |
| 63 | 10-04669  | Zieses Investment Partnership, et al.                                | Chaitman LLP                                         |
| 64 | 10-04672  | Sidney Cole                                                          | Dentons US LLP                                       |
| 65 | 10-04702  | S&L Partnership, a New York partnership, et al.                      | Dentons US LLP                                       |
| 66 | 10-04709  | Andrew M. Goodman                                                    | Chaitman LLP                                         |
| 67 | 10-04718  | The Jordan H. Kart Revocable Trust, et al.                           | Chaitman LLP                                         |
| 68 | 10-04728  | Estate of Bruno L. Di Giulian, et al.                                | Chaitman LLP                                         |
| 69 | 10-04740  | Robert Hirsch, as an individual, and as joint tenant, et al.         | Chaitman LLP                                         |
| 70 | 10-04748  | Mark Horowitz                                                        | Chaitman LLP                                         |

|  | APN | Case Nickname | Counsel |
|---|---|---|---|
| 71 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 72 | 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Lax & Neville, LLP |
| 73 | 10-04752 | Kuntzman Family LLC, et al | Chaitman LLP |
| 74 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 75 | 10-04762 | James M. Goodman | Chaitman LLP |
| 76 | 10-04768 | Placon2, William R. Cohen, et al. | Chaitman LLP |
| 77 | 10-04798 | Janet Jaffe, et al. | Pro Se |
| 78 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Chaitman LLP |
| 79 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 80 | 10-04818 | Toby Harwood | Chaitman LLP |
| 81 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 82 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 83 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. | Chaitman LLP |
| 84 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 85 | 10-04867 | Estate of Steven I. Harnick, et al. | Chaitman LLP |
| 86 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 87 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 88 | 10-04885 | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al | Winston & Strawn LLP |
| 89 | 10-04889 | Estate of Robert Shervyn Savin, et al. | Chaitman LLP |
| 90 | 10-04898 | Helene Saren-Lawrence | Chaitman LLP |
| 91 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 92 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 93 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 94 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 95 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 96 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Dentons US LLP |
| 97 | 10-04931 | Cantor, et al. | Winston & Strawn LLP |
| 98 | 10-04954 | Ruth Kahn | Lax & Neville, LLP |
| 99 | 10-04956 | D. M. Castelli | Chaitman LLP |
| 100 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al | Chaitman LLP |
| 101 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 102 | 10-04986 | Sharon Knee | Pro Se |
| 103 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 104 | 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Chaitman LLP |
| 105 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 106 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 107 | 10-05048 | Estate of Armand L. Greenhall, et al. | Law Office of Joseph F. KeenanLax & Neville, LLP |
| 108 | 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, et al. | Frejka PLLC |
| 109 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 110 | 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | Folkenflik & McGerity |
| 111 | 10-05084 | Daniel Stone | Frejka PLLC |
| 112 | 10-05094 | The Estate of Carolyn Miller, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 113 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Chaitman LLP |
| 114 | 10-05116 | Leonard J. Oguss Trust, et al. | Pro Se |
| 115 | 10-05118 | Charlotte M. Marden | Pryor Cashman LLP |
| 116 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al | Chaitman LLP |
| 117 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Chaitman LLP |
| 118 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 119 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 120 | 10-05133 | Boyer H. Palmer, individually, et al. | Chaitman LLP |
| 121 | 10-05144 | Estate of Bernard J. Kessel, et al. | Rosenberg Feldman Smith LLP |
| 122 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al | Chaitman LLP |
| 123 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 124 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 125 | 10-05168 | Bernard Marden Profit Sharing Plan, et al. | Pryor Cashman LLP |
| 126 | 10-05169 | Fairfield Pagma Associates, et al. | Lax & Neville, LLP |
| 127 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 128 | 10-05194 | Bruce D. Pergament, et al. | Pryor Cashman LLP |
| 129 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 130 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 131 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 132 | 10-05255 | Stefanelli Investors Group, et al. | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 133 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Hunton Andrews Kurth LLP |
| 134 | 10-05259 | Stanley I. Lehrer, et al. | Dentons US LLPPro Se |
| 135 | 10-05285 | Joan L. Fisher, both in her indvdl cap, etc., et al. | Yeskoo Hogan & Tamlyn LLF |
| 136 | 10-05286 | Legacy Capital Ltd., et al. | Stevens & Lee P.C. |
| 137 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 138 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 139 | 10-05380 | Srione, LLC, an Idaho limited liability company, et al | Law Offices of Stephen GoldsteinStillman & Associates |
| 140 | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | Dentons US LLP |

|     | APN      | Case Nickname                                                           | Counsel                              |
|-----|----------|-------------------------------------------------------------------------|--------------------------------------|
| 141 | 10-05394 | Richard M. Glantz, et al.                                               | Law Office of Richard E. Signorelli  |
| 142 | 10-05420 | Gunther K. Unflat, et al.                                               | Chaitman LLP                         |
| 143 | 10-05435 | Keith Schaffer, et al.                                                  | Chaitman LLP                         |
| 144 | 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer    | Pryor Cashman LLP                    |