**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A,[1]<br><br>        Defendants. | Adv. Pro. Nos. listed on Exhibit A annexed to the Trustee's Motion |

**DECLARATION OF DAVID J. SHEEHAN IN SUPPORT OF THE REPLY MEMORANDUM IN FURTHER SUPPORT OF TRUSTEE'S MOTION FOR LIMITED ADDITIONAL DISCOVERY BASED ON PRIOR ORDERS AUTHORIZING DEPOSITION OF BERNARD L. MADOFF**

I, David J. Sheehan, declare the following:

1. I am a Partner with the law firm Baker Hostetler LLP, counsel to Irving Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff"). I submit this declaration in

---

[1] *See* Exhibit A, Schedule of Remaining Good Faith Actions, annexed to the Trustee's Motion.

support of the Reply Memorandum in Further Support of the Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff.

2. Attached hereto as **Exhibit 1** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated November 9, 2017.

3. Attached hereto as **Exhibit 2** is the Trustee's Letter Regarding Chaitman Adversary Proceedings dated October 31, 2017.

4. Attached hereto as **Exhibit 3** is a copy of an email exchange between Chaitman and Trustee's Counsel, dated August 9, 2017.

5. Attached hereto as **Exhibit 4** are excerpts from the deposition transcript of Mr. Bernard L. Madoff dated November 8, 2017.

6. Attached hereto as **Exhibit 5** is a copy of email correspondence from A. Kratenstein to Trustee's Counsel, dated July 5, 2018.

Dated: October 24, 2018
       New York, New York

Respectfully submitted,

 /s/ David J. Sheehan
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589–4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*