# EXHIBIT 2

**Baker&Hostetler LLP**

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

October 31, 2017

Maximillian S. Shifrin
direct dial: 212.589.4252
mshifrin@bakerlaw.com

**VIA EMAIL (HCHAITMAN@CHAITMANLLP.COM)**

Helen Davis Chaitman, Esq.
Chaitman LLP
465 Park Avenue
New York, NY 10022

Re:    *Adversary Proceedings Listed on Attached Exhibit A*

Dear Ms. Chaitman:

      We write to remind you that, pursuant to the Stipulation and Order (the "Stipulation") entered by the Court on August 10, 2017 (ECF No. 16494), all deadlines in the adversary proceedings listed on Exhibit A are being held in abeyance, including the deadlines related to mediation. Pursuant to the terms of the Stipulation, the Court will revisit the deadlines in the applicable case management orders at the appropriate time. The Trustee otherwise reserves all of his rights.

      Please contact me if you have any questions.

Sincerely,

*/s/ Maximillian S. Shifrin*

Maximillian S. Shifrin
Associate

## EXHIBIT A

1. 10-04321     Herbert Barbanel, et al.
2. 10-04305     DAVID SHAPIRO, et al.
3. 10-04328     David Shapiro Nominee
4. 10-04325     David Shapiro Nominee #2
5. 10-04314     David Shapiro Nominee #3
6. 10-05377     Richard G. Eaton
7. 10-04931     Cantor, et al.
8. 10-04545     Jerome Goodman, Individually, as trustee for The Jerome Goodman Child
9. 10-04570     Jacob M. Dick Rev Living Trust DTD 4/6/01, et al.
10. 10-04438    Estate of Seymour Epstein, et al.
11. 10-04562    Robert F. Ferber
12. 10-04491    Elaine Dine Living Trust dated 5/12/06, et al.
13. 10-04920    Glenhaven Limited, et al.
14. 10-04749    Philip F. Palmedo
15. 10-04446    Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al.
16. 10-04885    Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al.
17. 10-04753    Carla Ginsburg
18. 10-04367    Benjamin T. Heller
19. 10-05116    Leonard J. Oguss Trust, et al.
20. 10-05184    Laura Ann Smith Revocable Living Trust, et al
21. 10-04889    Estate of Robert Shervyn Savin, et al.
22. 10-04803    The Estelle Harwood Family Limited Partnership, et al.
23. 10-04503    Judd Robbins
24. 10-04798    Janet Jaffe, et al.

25. 10-04610        The Whitman Partnership, et al.

26. 10-04709        Andrew M. Goodman

27. 10-04809        Edyne Gordon NTC

28. 10-04655        Jaffe Family Investment Partnership, et al.

29. 10-04487        Robert Weintraub, et al.

30. 10-04979        James M. New Trust dtd 3/19/01, et al.

31. 10-05196        Whitman 1990 Trust U/A DTD 4/13/90, etc., et al

32. 10-04614        Robert S. Whitman

33. 10-05128        JABA Associates LP, et al.

34. 10-05133        Boyer H. Palmer, individually, etc, et al.

35. 10-04878        Lisa Beth Nissenbaum Trust, et al.

36. 10-04762        James M. Goodman

37. 10-05079        Estate of James M. Goodman, et al.

38. 10-05151        Palmer Family Trust, etc., et al.

39. 10-04397        Fern C. Palmer Revocable Trust Dtd 12/31/9, et al.

40. 10-04826        Boyer Palmer

41. 10-05130        Barbara Kotlikoff Harman

42. 10-04752        Kuntzman Family LLC, et al.

43. 10-05150        Plafsky Family LLC Retirement Plan, Robert Plafsky, et al.

44. 10-04818        Toby Harwood

45. 10-04905        Train Klan, a Partnership, et al.

46. 10-04768        Placon2, William R. Cohen, et al.

47. 10-04541        Kenneth W Perlman, et al.

48. 10-04961        Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al.

49. 10-04748        Mark Horowitz

50. 10-04428    Allen Meisels

51. 10-04718    The Jordan H. Kart Revocable Trust, et al.

52. 10-04728    Estate of Bruno L. Di Giulian, et al.

53. 10-04914    Edyne Gordon

54. 10-05094    The Estate of Carolyn Miller, et al.

55. 10-04837    Leslie Ehrlich f/k/a Leslie Harwood , et al.

56. 10-04539    The Gerald and Barbara Keller Family Trust, et al.

57. 10-04823    Frank DiFazio, et al.

58. 10-04956    D. M. Castelli

59. 10-05026    Walter Freshman Trust A, a Florida trust, et al.

60. 10-04489    Marlene Krauss

61. 10-04867    Estate of Steven I. Harnick, et al.

62. 10-04712    Joseph S. Popkin Revocable Trust Dated February 9, 2006, a Florida Tr

63. 10-04740    Robert Hirsch, as an individual, and as joint tenant, et al.

64. 10-04644    Russell L. Dusek

65. 10-05157    The Harnick Brothers Partnership, et al.

66. 10-05435    Keith Schaffer, et al.

67. 10-05124    The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al.

68. 10-05127    Atwood Management Profit Sharing Plan & Trust, etc., et al.

69. 10-05104    The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust

70. 10-04991    Guiducci Family Limited Partnership, et al.

71. 10-04806    Kenneth M. Kohl, as an individual and as a joint tenant, et al.

72. 10-04621    Donald A. Benjamin

73. 10-04327    Gertrude E. Alpern Revocable Trust, et al.

74. 10-04302    Joan Roman

75. 10-04292      Robert Roman

76. 10-04912      Harry Smith Revocable Living Trust, et al.

77. 10-05037      Barbara L. Savin

78. 10-05312      Doron Tavlin Trust U/A 2/4/91, et al.

79. 10-04352      RAR Entrepreneurial Fund LTD, et al.

80. 10-05420      Gunther K. Unflat, et al.

81. 10-04669      Zieses Investment Partnership, et al.

82. 10-04648      Peter D. Kamenstein

83. 10-04469      Carol L. Kamenstein, individually and in her capacity as joint tenant

84. 10-04995      Trust U/Art Fourt O/W/O Israel Wilenitz, et al.

85. 15-01293      Marshall v. Capital Growth Company