# EXHIBIT 3

| | |
|---|---|
| From: | Helen Chaitman |
| To: | Shifrin, Maximillian S. |
| Subject: | RE: Proposed Stipulation |
| Date: | Wednesday, August 09, 2017 11:38:25 AM |
| Attachments: | image001.jpg |
| | image002.jpg |
| | image003.jpg |

Okay. It's fine to submit it.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114

**From:** Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
**Sent:** Wednesday, August 09, 2017 11:38 AM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Subject:** RE: Proposed Stipulation

Helen,

That paragraph is only meant to preserve our respective arguments/positions on the case management dates and ensure that the stipulation is not considered a waiver of those positions. It's meant to apply to both sides and not intended to be anything controversial.

Happy to discuss if you'd like.

Max

**From:** Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
**Sent:** Tuesday, August 08, 2017 5:58 AM
**To:** Shifrin, Maximillian S.
**Subject:** RE: Proposed Stipulation

Max: This is fine except I have no idea what the third paragraph is intended to protect. Why do you need that paragraph?

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114

**From:** Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
**Sent:** Monday, August 07, 2017 9:52 AM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Subject:** Proposed Stipulation

Helen,

Given the unique procedural posture we are currently in as a result of the ongoing Madoff deposition and the forthcoming omnibus fraud proceeding, we propose that we enter into the attached stipulation that should provide all parties with adequate protection under the operative case management notices. I think the terms of the stipulation are self-explanatory, but I suggest we have a brief call to discuss any potential issues. Are you free at all today?

Thanks,
Max

**Maximillian S. Shifrin**
Associate



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4252

mshifrin@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.