# EXHIBIT 4

Page 386

```
                UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK


    In re:                              )
                                        )
    SECURITIES INVESTOR                 )
    PROTECTION CORPORATION,             )
                                        )
        Plaintiff-Applicant,            )
                                        )
    vs.                                 )   08-01789 (SMB)
                                        )
    BERNARD L. MADOFF                   )
    INVESTMENT SECURITIES, LLC,         )
                                        )
        Defendant.                      )
                                        )
                                        )
    In re:                              )
                                        )
    BERNARD L. MADOFF,                  )
                                        )
        Debtor.                         )
                                        )
```

                        CONFIDENTIAL

      Videotaped Deposition of BERNARD L. MADOFF, VOLUME III, taken on behalf of the Customers, before K. Denise Neal, Registered Professional Reporter and Notary Public, at the Federal Correctional Institution, 3000 Old Highway 75, Butner, North Carolina, on the 8th day of November, 2017, commencing at 9:00 a.m.

                           * * * * *

Page 387

1  APPEARANCES OF COUNSEL:

2

3      On Behalf of the Customers:

4          HELEN DAVIS CHAITMAN, Esq.

5          Chaitman, LLP

6          465 Park Avenue

7          New York, New York  10022

8          (908) 303-4568

9          hchaitman@chaitmanllp.com

10

11     On Behalf of Sage Associates, Sage Realty,

12     Malcolm Sage, Martin Sage and Ann Passer Sage

13         ANDREW B. KRATENSTEIN, Esq.

14         McDermott Will & Emery, LLP

15         340 Madison Avenue

16         New York, New York  10173-1922

17         (212) 547-5695

18         akratenstein@mwe.com

19

20

21

22

23

24

25

CONFIDENTIAL

Page 388

1  APPEARANCES OF COUNSEL:
2
3      On Behalf of the Trustee:
4          AMANDA E. FEIN, Esq.
5          STACY DASARO, Esq.
6          Baker Hostetler
7          45 Rockefeller Plaza
8          New York, New York  10111-0100
9          (212) 589-4621
10         afein@bakerlaw.com
11
12     On Behalf of the Deponent:
13         PETER A. GOLDMAN, Esq.
14         12 Fairlawn Parkway
15         Rye Brook, New York  10573
16         (914) 935-6857
17         pagoldman@gmail.com
18
19     Videographer:
20         Bob Collier, CLVS
21
22                  * * * *
23
24
25

08-01789-cgm   Doc 18107-4   Filed 10/24/18   Entered 10/24/18 15:42:37   Exhibit 4 - 11-8-2017 Madoff Dep Excerpts   Pg 5 of 6
CONFIDENTIAL

Page 488

1    Q.  And I had showed you as Exhibit 53 memos
2  and/or confirms relating to that and it was pointed
3  out that we had some mispagination.  So I'm showing
4  you Exhibit 53A, which bears production numbers Sage
5  0004290 to 91.  Do you see that?
6    A.  Uh-huh.
7    Q.  And can you tell me what that is?
8    A.  It's a credit memo.
9    Q.  And that shows the transfer of the
10 international paper short position from the seven
11 account to the three account --
12   A.  Right.
13   Q.  -- as reflected --
14   A.  Right.
15   Q.  -- as instructed rather in Exhibit 47?
16   A.  Correct.
17   Q.  And you would have these memos instead of
18 confirms because it's an internal transfer?
19   A.  That's correct.
20   Q.  If you were doing a -- you'd have a confirm
21 when you were actually buying or selling?
22   A.  Right.
23       MR. KRATENSTEIN:  Thank you very much.
24 That concludes my direct examination.  Thank you.
25       MS. FEIN:  I understand from you, Helen,

08-01789-cgm   Doc 18107-4   Filed 10/24/18   Entered 10/24/18 15:42:37   Exhibit 4 -
11-8-2017 Madoff Dep Excerpts   Pg 6 of 6
CONFIDENTIAL

Page 489

1  that you're not planning to do an examination today.
2  We are waiting until the direct examination of Mr.
3  Madoff is finished to start our cross-examination.
4  That's what was contemplated by the order that was
5  entered by this Court September 11th, 2017 regarding
6  Mr. Madoff's second day deposition.
7          To the extent for whatever reason that we
8  don't have time to finish our cross-examination
9  tomorrow, we will object to the use of the testimony
10 and move to strike the direct testimony.  Thanks.
11         MR. KRATENSTEIN:  Before you go off, I
12 want to make sure I understand that.  If you don't
13 have time to finish your cross tomorrow, you reserve
14 the right to strike everything we did today?
15         MS. FEIN:  What I should say is to the
16 extent we're not permitted equal time to finish
17 tomorrow, so if for some reason Mr. Madoff is
18 unavailable tomorrow or there's some reason where we
19 don't have sufficient time in one day; not that we
20 would need -- be seeking future days after that, but
21 as long as we are provided what the order
22 contemplated, which is one day of direct testimony
23 and we shouldn't need more than that and that's what
24 we've agreed to, then that's all that we would need.
25         MR. KRATENSTEIN:  Okay.  Well, I think I