# EXHIBIT 5

| | |
|---|---|
| **From:** | Sabella, Michael A. |
| **To:** | Sabella, Michael A. |
| **Subject:** | FW: Picard v. Sage Associates; Picard v. Sage Realty |
| **Date:** | Thursday, October 18, 2018 5:03:20 PM |

**From:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Sent:** Thursday, July 5, 2018 2:28 PM
**To:** Sabella, Michael A. <msabella@bakerlaw.com>; Keranen, Kristin L. <kkeranen@bakerlaw.com>
**Cc:** Cremona, Nicholas J. <ncremona@bakerlaw.com>; McDonald, Heather J. <hmcdonald@bakerlaw.com>; Tranbaugh, Molly <mtranbaugh@bakerlaw.com>
**Subject:** RE: Picard v. Sage Associates; Picard v. Sage Realty

Kristin/Michael,

At our June 5 meet and confer with your colleagues (including David Sheehan, Nick Cremona, and Stacey Bell) and various counsel for good faith defendants, David stated that the Trustee did not need any more fact discovery of the good faith defendants in the adversary proceedings. As you presumably know, we remain in discussions with your colleagues over an omnibus proceeding that may include certain additional discovery concerning the scope and timing of the Madoff fraud. On July 3, Nick Cremona advised defense counsel by email that the Trustee's counsel would be circulating a revised proposed order in advance of a meeting now expected to occur on July 12. We have not yet taken a position on whether we will agree to the Trustee's proposal regarding discovery (which we have yet to receive). We will review what Nick sends and continue to engage in the meet and confer process in advance on the July 25 status conference. We are unwilling to enter into further extensions of our fact discovery schedule at this time.

Regards,

Andrew

**Andrew B. Kratenstein**
Partner

**McDermott Will & Emery LLP** | 340 Madison Avenue | New York, NY 10173-1922
Tel +1 212 547 5695 | Mobile +1 646 338 4881 | Fax +1 212 547 5444

Biography | Website | vCard | Email | Twitter | LinkedIn | Blog

**From:** Sabella, Michael A. [mailto:msabella@bakerlaw.com]
**Sent:** Thursday, July 05, 2018 1:31 PM
**To:** Kratenstein, Andrew; Keranen, Kristin L.
**Cc:** Cremona, Nicholas J.; McDonald, Heather J.; Tranbaugh, Molly
**Subject:** RE: Picard v. Sage Associates; Picard v. Sage Realty

Good afternoon, Andrew,

Were you able to confer with your clients regarding the proposed case management notices? Pursuant to the present CMOs, today is the last day for fact discovery.

Regards,

Michael

---

**From:** Kratenstein, Andrew <AKratenstein@mwe.com>
**Sent:** Monday, July 2, 2018 12:21 PM
**To:** Keranen, Kristin L. <kkeranen@bakerlaw.com>
**Cc:** Cremona, Nicholas J. <ncremona@bakerlaw.com>; McDonald, Heather J. <hmcdonald@bakerlaw.com>; Sabella, Michael A. <msabella@bakerlaw.com>; Tranbaugh, Molly <mtranbaugh@bakerlaw.com>
**Subject:** RE: Picard v. Sage Associates; Picard v. Sage Realty

Kristin,

I am conferring with my clients about your request. I will get back to you as soon as I have an answer.

Andrew

**Andrew B. Kratenstein**
Partner

**McDermott Will & Emery LLP**  |  340 Madison Avenue  |  New York, NY 10173-1922
Tel +1 212 547 5695  |  Mobile +1 646 338 4881  |  Fax +1 212 547 5444

**Biography** | **Website** | **vCard** | **Email** | **Twitter** | **LinkedIn** | **Blog**

---

**From:** Keranen, Kristin L. [mailto:kkeranen@bakerlaw.com]
**Sent:** Monday, July 02, 2018 11:04 AM
**To:** Kratenstein, Andrew
**Cc:** Cremona, Nicholas J.; McDonald, Heather J.; Sabella, Michael A.; Tranbaugh, Molly
**Subject:** RE: Picard v. Sage Associates; Picard v. Sage Realty

Hi, Andrew,

I hope you had a nice weekend. I'm just following up on the below.

Thanks!
Kristin

---

**From:** Keranen, Kristin L.
**Sent:** Thursday, June 28, 2018 3:12 PM
**To:** 'Kratenstein, Andrew' <AKratenstein@mwe.com>
**Cc:** Cremona, Nicholas J. <ncremona@bakerlaw.com>; McDonald, Heather J.

<hmcdonald@bakerlaw.com>; Sabella, Michael A. <msabella@bakerlaw.com>; Tranbaugh, Molly <mtranbaugh@bakerlaw.com>
**Subject:** Picard v. Sage Associates; Picard v. Sage Realty

Hi, Andrew,

I hope you are well and are enjoying the summer.  In light of yesterday's court hearing and the ongoing omnibus proof of Ponzi proceeding, we propose filing amended case management notices to move the current discovery deadlines.  Please let us know if you are willing to sign the attached, and we will get them on file with the Court.

Thanks much,
Kristin


**Kristin Keranen**
Counsel



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4600

kkeranen@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

************************************************************************************************
This message is a PRIVATE communication. This message and all attachments are a private

communication sent by a law firm and may be confidential or protected by privilege. If you are not the intended recipient, you are hereby notified that any disclosure, copying, distribution or use of the information contained in or attached to this message is strictly prohibited. Please notify the sender of the delivery error by replying to this message, and then delete it from your system. Our [Privacy Policy](#) explains how we may use your personal information or data and any personal information or data provided or made available to us. Thank you.
*******************************************************************************************************

Please visit [http://www.mwe.com/](http://www.mwe.com/) for more information about our Firm.