**MCDERMOTT WILL & EMERY LLP**
Andrew B. Kratenstein
Michael R. Huttenlocher
Darren Azman
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Defendants Sage Associates, Sage*
*Realty, Malcolm H. Sage, Martin A. Sage, and*
*Ann M. Sage Passer*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) ) Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | ) ) SIPA LIQUIDATION |
| v. | ) ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC | ) ) Substantively Consolidated ) |
| Defendant. | ) ) |
| In re: | ) ) |
| BERNARD L. MADOFF, | ) ) |
| Debtor. | ) ) |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) Adv. Pro. No. 10-4362 (SMB) ) ) ) |
| Plaintiff. | ) ) |
| v. | ) ) ) |
| SAGE ASSOCIATES; LILLIAN M. SAGE, in her Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates; MALCOLM | ) ) ) ) ) |

H. SAGE, in his Capacity as Partner or Joint                    )
Venturer of Sage Associates and Individually                   )
as Beneficiary of Sage Associates; MARTIN                      )
A. SAGE, in his Capacity as Partner or Joint                   )
Venturer of Sage Associates and Individually                   )
as Beneficiary of Sage Associates; ANN M.                      )
SAGE PASSER, in her Capacity as Partner or                     )
Joint Venturer of Sage Associates and                          )
Individually as Beneficiary of Sage                            )
Associates,                                                     )
                                                                )
         Defendants.                                )
_____             )
                                                                )
IRVING H. PICARD, TRUSTEE FOR THE              )   Adv. Pro. No. 10-4400 (SMB)
LIQUIDATION OF BERNARD L. MADOFF               )
INVESTMENT SECURITIES LLC,                     )
                                                                )
         Plaintiff.                                 )
                                                                )
         v.                                         )
                                                                )
SAGE REALTY; LILLIAN M. SAGE, in her           )
Capacity as Partner or Joint Venturer of Sage   )
Realty and Individually as Beneficiary of       )
Sage Realty; MALCOLM H. SAGE, in his           )
Capacity as Partner or Joint Venturer of Sage   )
Realty and Individually as Beneficiary of       )
Sage Realty; MARTIN A. SAGE, in his            )
Capacity as Partner or Joint Venturer of Sage   )
Realty and Individually as Beneficiary of       )
Sage Realty; ANN M. SAGE PASSER, in her        )
Capacity as Partner or Joint Venturer of Sage   )
Realty and Individually as Beneficiary of       )
Sage Realty,                                    )
                                                                )
                                                                )
         Defendants.                                )
_____             )

## CERTIFICATE OF SERVICE

I, Andrew B. Kratenstein, hereby certify that on October 17, 2018, I caused true and
correct copies of: (i) *The Sage Defendants' Objection to The Trustee's Motion for Limited*

*Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff, and
(ii) Declaration of Andrew B. Kratenstein in Support of The Sage Defendants Objection and
related Exhibits 1-34,* to be filed electronically with the Court and served upon counsel for
parties to this action via the Court's CM/ECF System or by electronic service as indicated below:

**Via E-Mail**
David J. Sheehan
Nicholas J. Cremona
Baker & Hostetler LLP
*Attorneys for Irving H. Picard, Trustee*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile:  (212) 589-4201
Email:  dsheehan@bakerlaw.com
         ncremona@bakerlaw.com

Dated: October 24, 2018
        New York, New York

*/s/ Andrew B. Kratenstein*
        Andrew B. Kratenstein