**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR**
**REMOVAL FROM ANY APPLICABLE SERVICE LISTS,**
**INCLUDING THE COURT'S CM/ECF ELECTRONIC NOTIFICATION LIST**

**PLEASE TAKE NOTICE** that David M. Banker, formerly of Lowenstein Sandler

LLP, withdraws his appearance as counsel for Pulver Family Foundation, Inc. ("Pulver"). David

M. Banker requests removal from any applicable service lists, including the Court's CM/ECF

electronic notification list, maintained in the above-captioned cases. All other previously

appearing counsel for Pulver from Lowenstein Sandler continue to serve as counsel for Pulver in

this case.

Dated: October 25, 2018

/s/ David M. Banker
David M. Banker, Esq.
CKR Law LLP
1330 Avenue of the Americas 14th Floor
New York, NY 10019
(212) 259-7300
dbanker@ckrlaw.com