**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard Madoff,<br><br>    Plaintiff<br><br>v.<br><br>EDITH A. SCHUR,<br><br>    Defendant. | Adv. Pro. No. 10-04396 (SMB) |

## MEDIATOR'S FINAL REPORT

    Deborah Reperowitz, the court-appointed mediator in the above-captioned adversary proceeding (the "Adversary Proceeding") submits this final report pursuant to Local Rule 9019-1 and section 3.4 of the Procedures Governing Mediation of Matters of the United States Bankruptcy Court for the Southern District of New York, and reports as follows:

    1.  The mediation of the Adversary Proceeding commenced on March 22, 2018 at the offices of Baker & Hostetler LLP in New York, New York. A subsequent in-person meeting and

numerous telephonic conferences between the parties and the mediator recently resulted in an agreement to resolve the captioned adversary proceeding.

2.    The parties negotiated in good faith and complied with all relevant orders governing the mediation including the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order.

3.    The parties have reached a mutually satisfactory resolution of the disputes involved in the Adversary Proceeding, and by agreement of the parties and the mediator, the mediation is concluded.

Dated: October 23, 2018
       New York, New York

/s/ Deborah Reperowitz
Deborah Reperowitz, Mediator
Stradley Ronon Stevens & Young, LLP
100 Park Avenue, Suite 2000
New York, New York  10017
Telephone: (212) 812.4138
Facsimile: (646) 682.7180
Email: dreperowitz@stradley.com