IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-FOURTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alice Schindler | 001146 | 693 | Phillips Nizer LLP | Alice Schindler | 1ZA294 |
| Anthony Fusco | 002338 | 952 | Pro Se Filing | Nicholas Fusco or Anthony Fusco J/T WROS | 1RU015 |
| Benmar Family L.P. | 011557 012976 | 2318 | Stroock & Stroock & Lavan LLP | Benmar Family LP | 1R0045 |
| Diane Wilson | 001219 001220 | 903 | Phillips Nizer LLP | Diane Wilson | 1FR035 |
| Eleanor S. Gold, Trustee U/A/D 08/08/90 | 000342 | 2864 | Bernfeld, Dematteo & Bernfeld, LLP | Eleanor S Gold As Trustee U/A/D 08/08/90 | 1G0035 |
| Estate of Robert S. Gettinger | 010428 | 2747 | Pro Se Filing | Robert Gettinger | 1G0023 |
| Jeffrey Neil Konigsberg | 014955 | 2852 | Norman A. Kaplan, Esq. | Jeffrey Neil Konigsberg | 1K0107 |
| Jonathan Roth | 011154 012729 013337 | 2317 | Stroock & Stroock & Lavan LLP | Jonathan Roth | 1R0050 |
| NTC & Co FBO Carole K Bulman | 004913 | 904 | Lax & Neville, LLP | Millennium Trust Company, LLC FBO Carole K Bulman (21758) | 1ZR006 |
| Sally K. Simonds | 002753 | 2459 | Pro Se Filing | Sally K Simonds Living Trust DTD July 27, 2000 | 1S0351 |
| Shawn Mathias Marison Mathias JT/WROS | 002916 | 1757 | PRO SE FILING | Shawn Mathias Marisol Mathias J/T WROS | 1M0098 |
| Sheila Kolodny | 003348 | 2823 | Lax & Neville, LLP | Sheila Kolodny | 1K0042 |
| Shirley K Stone Rev Trust 8/9/05 | 000553 | 703 | Phillips Nizer LLP | Shirley K Stone Melvin M Stone Trustees | 1ZA208 |
| Stephen Ross Konigsberg | 014958 | 2855 | Norman A. Kaplan, Esq. | Stephen Ross Konigsberg | 1K0110 |