# IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWENTY-FOURTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001219 001220 | 903 | Diane Wilson | Diane Wilson | 1FR035 | Phillips Nizer LLP | 11/18/2009 |
| 010428 | 2747 | Estate of Robert S. Gettinger | Robert Gettinger | 1G0023 | Pro Se Filing | 7/14/2010 |
| 000342 | 2864 | Eleanor S. Gold, Trustee U/A/D 08/08/90 | Eleanor S Gold As Trustee U/A/D 08/08/90 | 1G0035 | Bernfeld, Dematteo & Bernfeld, LLP | 8/11/2010 |
| 003348 | 2823 | Sheila Kolodny | Sheila Kolodny | 1K0042 | Lax & Neville, LLP | 7/30/2010 |
| 014955 | 2852 | Jeffrey Neil Konigsberg | Jeffrey Neil Konigsberg | 1K0107 | Norman A. Kaplan, Esq. | 8/10/2010 |
| 014958 | 2855 | Stephen Ross Konigsberg | Stephen Ross Konigsberg | 1K0110 | Norman A. Kaplan, Esq. | 8/10/2010 |
| 002916 | 1757 | Shawn Mathias Marison Mathias JT/WROS | Shawn Mathias Marisol Mathias J/T WROS | 1M0098 | PRO SE FILING | 1/13/2010 |
| 011557 012976 | 2318 | Benmar Family L.P. | Benmar Family LP | 1R0045 | Stroock & Stroock & Lavan LLP | 5/21/2010 |
| 011154 012729 013337 | 2317 | Jonathan Roth | Jonathan Roth | 1R0050 | Stroock & Stroock & Lavan LLP | 5/21/2010 |
| 002338 | 952 | Anthony Fusco | Nicholas Fusco or Anthony Fusco J/T WROS | 1RU015 | Pro Se Filing | 11/18/2009 |
| 002753 | 2459 | Sally K. Simonds | Sally K Simonds Living Trust DTD July 27, 2000 | 1S0351 | Pro Se Filing | 6/22/2010 |
| 000553 | 703 | Shirley K Stone Rev Trust 8/9/05 | Shirley K Stone Melvin M Stone Trustees | 1ZA208 | Phillips Nizer LLP | 11/11/2009 |
| 001146 | 693 | Alice Schindler | Alice Schindler | 1ZA294 | Phillips Nizer LLP | 11/10/2009 |
| 004913 | 904 | NTC & Co FBO Carole K Bulman | Millennium Trust Company, LLC FBO Carole K Bulman (21758) | 1ZR006 | Lax & Neville, LLP | 11/18/2009 |