UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

### [PROPOSED] ORDER GRANTING TRUSTEE'S TWENTY-FOURTH OMNIBUS MOTION TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court disallow any and all claims and overrule objections filed by or on behalf of customers that withdrew more money from BLMIS than they deposited and are thus, in the parlance of this case, net winners, or by customers that withdrew an equal amount to what was deposited and are thus, in the parlance of this case, net zeros (collectively, the "Claimants"); and the Claims[1] to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto under the heading "Claims and Objections", are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2018
New York, New York

                                              HONORABLE STUART M. BERNSTEIN
                                              UNITED STATES BANKRUPTCY JUDGE

IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-FOURTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alice Schindler | 001146 | 693 | Phillips Nizer LLP | Alice Schindler | 1ZA294 |
| Anthony Fusco | 002338 | 952 | Pro Se Filing | Nicholas Fusco or Anthony Fusco J/T WROS | 1RU015 |
| Benmar Family L.P. | 011557 012976 | 2318 | Stroock & Stroock & Lavan LLP | Benmar Family LP | 1R0045 |
| Diane Wilson | 001219 001220 | 903 | Phillips Nizer LLP | Diane Wilson | 1FR035 |
| Eleanor S. Gold, Trustee U/A/D 08/08/90 | 000342 | 2864 | Bernfeld, Dematteo & Bernfeld, LLP | Eleanor S Gold As Trustee U/A/D 08/08/90 | 1G0035 |
| Estate of Robert S. Gettinger | 010428 | 2747 | Pro Se Filing | Robert Gettinger | 1G0023 |
| Jeffrey Neil Konigsberg | 014955 | 2852 | Norman A. Kaplan, Esq. | Jeffrey Neil Konigsberg | 1K0107 |
| Jonathan Roth | 011154 012729 013337 | 2317 | Stroock & Stroock & Lavan LLP | Jonathan Roth | 1R0050 |
| NTC & Co FBO Carole K Bulman | 004913 | 904 | Lax & Neville, LLP | Millennium Trust Company, LLC FBO Carole K Bulman (21758) | 1ZR006 |
| Sally K. Simonds | 002753 | 2459 | Pro Se Filing | Sally K Simonds Living Trust DTD July 27, 2000 | 1S0351 |
| Shawn Mathias Marison Mathias JT/WROS | 002916 | 1757 | PRO SE FILING | Shawn Mathias Marisol Mathias J/T WROS | 1M0098 |
| Sheila Kolodny | 003348 | 2823 | Lax & Neville, LLP | Sheila Kolodny | 1K0042 |
| Shirley K Stone Rev Trust 8/9/05 | 000553 | 703 | Phillips Nizer LLP | Shirley K Stone Melvin M Stone Trustees | 1ZA208 |
| Stephen Ross Konigsberg | 014958 | 2855 | Norman A. Kaplan, Esq. | Stephen Ross Konigsberg | 1K0110 |