IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-FIFTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Albert J Goldstein U/W FBO Ruth E Goldstein TTEE | 009316 | 398 | Milberg LLP | Albert J Goldstein U/W FBO Ruth E Goldstein TTEE | 1ZA736 |
| NTC & Co. FBO Harold A Thau (45159) | 009523 | 451 | Milberg LLP | NTC & Co. FBO Harold A Thau (45159) | 1ZR261 |
| NTC & Co. FBO Harold A Thau (45159) | 009523 | 1791 | Milberg LLP | NTC & Co. FBO Harold A Thau (45159) | 1ZR261 |
| Richard B. and Deborah Felder | 001513 | 3865 | Pro Se Filing | Richard B Felder And Deborah Felder TIC | 1ZA249 |