IN RE: BLMIS, CASE NO: 08-01789 (SMB)

TWENTY-FIFTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001513 | 3865 | Richard B. and Deborah Felder | Richard B Felder And Deborah Felder  TIC | 1ZA249 | Pro Se Filing | 2/19/2011 |
| 009316 | 398 | Albert J Goldstein U/W FBO Ruth E Goldstein TTEE | Albert J Goldstein U/W FBO Ruth E Goldstein TTEE | 1ZA736 | Milberg LLP | 8/28/2009 |
| 009523 | 451 | NTC & Co. FBO Harold A Thau (45159) | NTC & Co. FBO Harold A Thau (45159) | 1ZR261 | Milberg LLP | 9/24/2009 |
| 009523 | 1791 | NTC & Co. FBO Harold A Thau (45159) | NTC & Co. FBO Harold A Thau (45159) | 1ZR261 | Milberg LLP | 1/20/2010 |