*Liberté · Égalité · Fraternité*
**RÉPUBLIQUE FRANÇAISE**

MINISTÈRE DE LA JUSTICE

Paris, le 22 OCT. 2018

Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court of the Southern
District of New York
One Bowling Green
New York, 10004-1408
USA

DIRECTION
DES AFFAIRES CIVILES ET DU SCEAU

BUREAU DU DROIT DE L'UNION,
DU DROIT INTERNATIONAL PRIVÉ
ET DE L'ENTRAIDE CIVILE

Référence à rappeler :
**224OP2018**
Dossier suivi par :
Camille BLANCO
Tél. : 00331 44 77 61 05
Fax : 00331 44 77 61 22
✉ entraide-civile-internationale@justice.gouv.fr

03229

**OBJET :** Acceptation d'une demande d'obtention de preuves en application de la Convention de La Haye du 18 mars 1970 sur l'obtention de preuves à l'étranger en matière civile ou commerciale

**AFFAIRE :** IRVING H. PICARD c/ LES FONDS KINGATE

**V/REF. :** Picard v. Kingate Funds,
United States Bankruptcy Court, Southern District of New-York
Case number 08-01789 (SMB)

Monsieur le juge,

Le ministère de la justice français a l'honneur de vous confirmer la bonne réception, le 08 octobre 2018, de la demande d'obtention de preuves en matière civile et commerciale, que vous avez émise le 02 octobre 2018 en votre qualité de juge au tribunal de la faillite des Etats-Unis du district sud de New-York, visant à auditionner M. Julian Henry Chapman, dans le cadre de la procédure de liquidation visée ci-dessus.

Je vous informe que cette demande d'obtention de preuves a été autorisée et transmise ce jour pour exécution au procureur de la République près le tribunal de grande instance d'Agen.

Je vous prie de croire, Monsieur le juge, à l'assurance de ma considération distinguée.

Camille BLANCO




