IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**TWENTY-THIRD OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alan Wallenstein | 002087 | 1776 | Pryor Cashman LLP | Alan Wallenstein | 1ZB426 |
| NTC & Co. FBO Marsha Peshkin (028652) | 002628 | 439 | SNR Denton US LLP | NTC & Co. FBO Marsha Peshkin (028652) | 1ZR312 |
| Robert C. Lapin, IRA | 007051 | 2142 | SNR Denton US LLP | NTC & Co. FBO Robert C Lapin (110336) | 1CM559 |