**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>               Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |

<u>**AFFIDAVIT OF MAILING**</u>

STATE OF TEXAS                      )
                                   )    ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.     I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.     I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On October 26, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Trustee's Twenty-Fourth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18114)
    2.  Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Fourth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net with Exhibits thereto (Docket Number 18115)
    3.  Notice of Hearing on Trustee's Twenty-Fourth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net with Proposed Order with Exhibit thereto (Docket Number 18116)
    4.  Trustee's Twenty-Fifth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18117)
    5.  Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Fifth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew with Exhibits Thereto (Docket Number 18118)

6.  Notice of Hearing on Trustee's Twenty-Fifth Omnibus Motion to Overrule
    Objections of Claimants Who Invested More Than They Withdrew with
    Proposed Order with Exhibit thereto (Docket Number 18119)

Executed on October 26, 2018

Vanessa A. Pogue

Sworn to and subscribed before me this _26_ day of _October_, 2018

**THERESA PETRY**
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

Notary Public

Exhibit A

Exhibit 5
October 26, 2018

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Norman A. Kaplan, Esq. | Norman A. Kaplan, Esq. | 111 Great Neck Road | Great Neck | NY | 11021 | USA | Counsel |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | USA | Counsel |
| Stroock & Stroock & Lavan LLP | Joel Cohen | 180 Maiden Lane | New York | NY | 10038 | USA | Counsel |
| Bernfeld, Dematteo & Bernfeld, LLP | David B. Bernfeld and Jeffrey L. Bernfeld | 600 Third Avenue | New York | NY | 10016 | USA | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | USA | Counsel |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | USA | Counsel |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |