UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )  ss:
COUNTY OF DALLAS      )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On October 10, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000621)

4. On October 19, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000615-T000620)

Executed on October 22, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 22 day of October, 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

2

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS T000621
10/10/2018

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE |
|---|---|---|---|---|---|---|---|
| X | | | | | | | |
| | X | VonWin Capital Management, L.P. | Attn: Charmaine Wilsom | 261 Fifth Avenue | 22nd Floor | New York | NY |

# Exhibit B

SERVICE LIST B
TRANSFER NUMBERS T000615 - T000620
10/19/2018

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE |
|---|---|---|---|---|---|---|---|
| X | X | Anchorage Capital Master Offshore, Ltd. | Attn: Melissa Griffiths | c/o Anchorage Capital Group L.L.C. | 610 Broadway, 5th Floor | New York | NY |