**CHAITMAN LLP**  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  

*Attorneys for Defendants*

**Presentment Date: November 19, 2018 12:00 PM**  
**Objection Date: November 12, 2018**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>ESTATE OF AUDREY WEINTRAUB; and ROBERT WEINTRAUB, individually and in his capacity as personal representative of the Estate of Audrey Weintraub,<br><br>    Defendants. | Adv. Pro. No. 10-04487 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT**  
**OF APPLICATION TO WITHDRAW AS COUNSEL**

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

{00038135 2 }

1. I am a partner with Chaitman LLP, counsel of record to Defendants Estate of Audrey Weintraub, and Robert Weintraub, individually and in his capacity as personal representative of the Estate of Audrey Weintraub, (the "Defendants"). I submit this declaration in support of an application for an Order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules of this Court: (1) authorizing Chaitman LLP to withdraw as counsel to the Defendants; and (2) granting such other and further relief as the Court deems just and proper. Unless otherwise stated, the foregoing is based on my personal knowledge.

2. The Trustee commenced this adversary proceeding against the Defendants on November 30, 2010 (the "Adversary Proceeding").

3. Thereafter, the Defendants retained Becker & Poliakoff LLP to represent them.

4. On behalf of the Defendants, while at Becker & Poliakoff, LLP, I filed a Notice of Appearance on June 9, 2011 (ECF Doc. No. 11).

5. On behalf of the Defendants as a partner of Chaitman LLP, I filed a Notice of Appearance and Request for Service of Papers on October 26, 2015 (ECF Doc. No. 47).

6. Differences have arisen which make it impossible for me to continue to represent the Defendants.

7. The Adversary Proceeding will not be disrupted or unduly delayed as a result of this firm's withdrawal as Defendants' counsel.

8. Accordingly, cause exists to grant the application authorizing Chaitman LLP to withdraw as counsel for the Defendants.

Dated:  October 29, 2018         */s/ Helen Davis Chaitman*
        New York, New York

{00038135 2}                                    2