**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**Presentment Date:  November 19, 2018 12:00 PM**
**Objection Date:  November 12, 2018**

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF AUDREY WEINTRAUB; and ROBERT WEINTRAUB, individually and in his capacity as personal representative of the Estate of Audrey Weintraub, <br><br> Defendants. | Adv. Pro. No. 10-04487 (SMB) |

**CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that on October 29, 2018 I caused a true and

correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

{00038136 1 }

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive

electronic service through CM/ECF, and served as indicated below:

By electronic mail and USPS First Class Mail upon:

Robert Weintraub brover88@gmail.com
PO Box S
Waldoboro, ME 04572

By electronic mail upon:

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.


Dated:    October 29, 2018                              */s/ Helen Davis Chaitman*
          New York, New York

{00038136 1 }                                    2