UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>STANLEY SHAPIRO, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 10-05383 (SMB) |

**DECLARATION OF TORELLO H. CALVANI
IN OPPOSITION TO DEFENDANTS' MOTION TO QUASH**

  I, Torello H. Calvani, pursuant to 28 U.S.C. § 1746, declare as follows:

  1.  I am an attorney with Baker & Hostetler LLP, counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa *et seq.*, and the estate of Bernard L. Madoff under Chapter 7 of the United States Bankruptcy Code, 11 U.S.C. §§ 701 *et seq.*

2. I respectfully submit this Declaration in support of the Trustee's opposition to defendant Stanley Shapiro and the estate of the Renee Shapiro's motion filed in the above-captioned adversary proceeding to quash a subpoena that the Trustee has issued to JPMorgan Chase Bank, N.A.

3. Attached as Exhibit 1 to this Declaration is a true and correct copy of a letter dated July 26, 1995, from Ms. Annette Bongiorno of BLMIS to Ms. Sarah K. Fair, a Vice President at Chemical Bank. Exhibit 1 is a BLMIS document, located in the account maintenance file for BLMIS Account 1SH014, bearing bates number AMF00236684.

4. Attached as Exhibit 2 to this Declaration is a true and correct copy of redacted BLMIS account statements for BLMIS Account Number 1-SH014, dated June 30, 1995. Exhibit 2 is a document produced by Mr. Shapiro, bearing bates numbers SSHAPIRO-0000360–61 and SHAPIRO-0000393–94.

5. Attached as Exhibit 3 to this Declaration is a true and correct copy of a redacted collection of publicly filed UCC financing statements and subsequent terminations pertaining to loans obtained by Mr. Stanley Shapiro and the late Mrs. Renee Shapiro from 1993 through 1999.

6. Attached as Exhibit 4 to this Declaration is a true and correct copy of a handwritten note from Mr. Stanley Shapiro and redacted BLMIS account statements for BLMIS Account Number 1-SH014, each dated August 31, 1995. Exhibit 4 is a document produced by Mr. Shapiro, bearing bates numbers SSHAPIRO-0000366–69 and SHAPIRO-0000397–98.

7. Attached as Exhibit 5 to this Declaration is a true and correct copy of redacted BLMIS account statements for BLMIS Account Number 1-SH079 dated June 30, 1995 through

December 31, 1995. Exhibit 5 is a document produced by Mr. Shapiro, bearing bates numbers SSHAPIRO-0000407–21.

8. Attached as Exhibit 6 to this Declaration is a true and correct copy of a redacted "customer ledger" concerning the creation of BLMIS Account Number 1-SH079. Exhibit 6 is a document from BLMIS's books and records, bearing bates number MADTSS00998839.

I declare under penalty of perjury that the foregoing is true and correct. Executed at New York, New York on October 29, 2018.

_____
Torello H. Calvani