**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022

212 230-2424
800 221-2242
Telex 235130
Fax 212 486-8178

July 26, 1995

Ms. Sarah K. Fair
Vice President
Chemical Bank
270 Park Avenue
New York, NY 10017-2070

Dear Ms. Fair,

This letter is to confirm that the net equity in the account of S&R Investment, as of 6/30/95 was in excess of eight million dollars.

If we can be of any further assistance, please feel free to call upon us.

Sincerely,

Annette Bongiorno
Administrative Assistant

AB/ep

Affiliated with:
Madoff Securities International Ltd.
43 London Wall, London England EC2M 5TB.071-374 0891

AMF00236684