

BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 6/30/95 | PAGE: 1 | M

YOUR ACCOUNT NUMBER: 1-SH014-3-0 | YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 8,229,299.93 | |
| 6/01 | | | | MAY MARGIN INTEREST | INT | 55,926.78 | |
| 6/06 | | | | JOHNSON & JOHNSON | DIV | | 990.00 |
| | | | | DIV 5/16/95 6/06/95 | | | |
| 6/09 | | | | ALLIED SIGNAL INC | DIV | | 1,950.00 |
| | | | | DIV 5/19/95 6/09/95 | | | |
| 6/12 | | | | AMOCO CORP | DIV | | 3,000.00 |
| | | | | DIV 5/10/95 6/10/95 | | | |
| 6/12 | | | | GEORGIA PACIFIC CORP | DIV | | 2,500.00 |
| | | | | DIV 5/19/95 6/12/95 | | | |
| 6/14 | | | | BANKAMERICA CORP | DIV | | 3,358.00 |
| | | | | DIV 5/24/95 6/14/95 | | | |
| 6/14 | | | | DIV ADJ 5/24/95 6/14/95 BAC | JRNL | 3,358.00 | |
| | | | | NEW BALANCE | | 8,276,786.71 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,000 | | | ALLIED SIGNAL INC | 44 1/2 | | |
| | 6,800 | | | AMERICAN EXPRESS COMPANY | 35 1/8 | | |
| | 5,000 | | | AMOCO CORP | 66 5/8 | | |
| | 369,000 | | | ATARI CORP | 2 3/4 | | |
| | 7,300 | | | BANKAMERICA CORP | 52 5/8 | | |
| | 8,000 | | | CHRYSLER CORP | 47 7/8 | | |
| | 25,800 | | | GENERAL ELECTRIC CO | 56 3/8 | | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 6/30/95
PAGE: 2
M
YOUR ACCOUNT NUMBER: 1-SH014-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 5,000 | | | GEORGIA PACIFIC CORP | 86 1/2 | | |
| | 8,000 | | | HEINZ H J CO | 44 3/8 | | |
| | 3,000 | | | JOHNSON & JOHNSON | 67 1/2 | | |
| | 1,360 | | | LEHMAN BROS HOLDING INC | 21 7/8 | | |
| | 30,000 | | | LITTON INDS INC | 36 7/8 | | |
| | 9,000 | | | MERCK & CO | 49 1/8 | | |
| | 7,000 | | | MERRILL LYNCH & CO INC | 52 1/2 | | |
| | 4,000 | | | NIKE INC | 84 | | |
| | 41,000 | | | SCHLUMBERGER LTD | 62 1/8 | | |
| | 30,000 | | | WESTERN ATLAS INC | 44 3/8 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 11,403,362.50 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

CONFIDENTIAL

SSHAPIRO-0000361
SSHSAA0000361



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

| PERIOD ENDING | PAGE | |
|---|---|---|
| 6/30/95 | 1 | M |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-SH014-7-0 | REDACTED |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 4,233,625.00 |
| 6/14 | | | | BANKAMERICA CORP | DIV | 3,358.00 | |
| | | | | DIV 5/24/95 6/14/95 | | | |
| 6/14 | | | | DIV ADJ 5/24/95 6/14/95 BAC | JRNL | | 3,358.00 |
| | | | | NEW BALANCE | | | 4,233,625.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 369,000 | | ATARI CORP | 2 3/4 | | |
| | | 7,300 | | BANKAMERICA CORP | 52 5/8 | | |
| | | 8,000 | | CHRYSLER CORP | 47 7/8 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 1,781,912.50- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 6/30/95
PAGE: 2
M

YOUR ACCOUNT NUMBER: 1-SH014-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 61,742.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES