





This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

1. Debtor(s) (Last Name First) and Address(es):
SHAPIRO, STANLEY
SHAPIRO, RENEE
REDACTED

2. Secured Party(ies) Name(s) and Address(es):
CHEMICAL BANK
HOME EQUITY LOAN DEPT.
300 JERICHO QUADRANGLE
JERICHO, NEW YORK 11753

4. For Filing
95 NOV 17 PM 2:48
95TN09771

5. This statement refers to original Financing Statement No. 93PN03777  filed (date) 1/25/93  NY COUNTY

6. ☐ A. Continuation — The original financing Statement bearing the above file number is still effective.
   ☒ B. Termination — The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
   ☐ C. Release — From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following.
   ☐ D. Assignment — The Secured Party of record has assigned the Secured Party's rights in the property described below under the financing Statement bearing the above file number to the Assignee whose name and address are shown below.
   ☐ E. Amendment — The Financing Statement bearing the above file number is amended as set forth below (Signature of Debtor and Secured Party is Required)

☐ This statement is to be indexed in the Real Estate Records.  Section _____  Block REDACTED

By _____
Signature(s) of Debtor(s) (only on amendment)

CHEMICAL BANK
By Carol Joseph
Signature(s) of Secured Party(ies)

(1) Filing Officer Copy-Numerical
(5/82)  STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York





This STATEMENT is presented to a filing officer for filing pursuant to the Uniform Commercial Code.

No. of additional Sheets Presented:

Favata

3. ☐ The debtor is a transmitting utility.

1. Debtor(s) (Last Name First) and Address(es):
SHAPIRO, STANLEY AND
SHAPIRO, RENEE
REDACTED

2. Secured Party(ies) Name(s) and Address(es):
CHASE MANHATTAN BANK F/K/A
CHEMICAL BANK
300 JERICHO QUAD
JERICHO, NY 11753

4. For Filing Officer: Date, Time, No. Filing Office
99 MAR 24
99TN04554

5. This statement refers to original Financing Statement No. 95PN36874  filed (date) 8/25/95  with NY COUNTY

6. ☐ A. Continuation — The original Financing Statement bearing the above file number is still effective.
☒ B. Termination — The Secured Party of record no longer claims a security interest under the Financing Statement bearing the above file number.
☐ C. Release — From the Collateral described in the Financing Statement bearing the above file number, the Secured Party of record releases the following:
☐ D. Assignment — The Secured Party of record has assigned the Secured Party's rights in the property described below under the Financing Statement bearing the above file number to the Assignee whose name and address are shown below:
☐ E. Amendment — The Financing Statement bearing the above file number is amended as set forth below: (Signature of Debtor and Secured Party is Required)

☐ This statement is to be indexed in the Real Estate Records    Section _____   Block REDACTED

By _____
Signature(s) of Debtor(s) (only on amendment)

CHASE MANHATTAN BANK
By _____
(Signature(s) of Secured Party(ies))

(1) FILING OFFICER COPY - NUMERICAL
(5/82)    STANDARD FORM - FORM UCC-3 — Approved by the Secretary of State of New York.