[MADF]  8/31

A+R - Long          Short

Value   11 831        4,233
marg    8427         1,857 cost
NET     3,404        2,376

        5,780 = (220)

should be G.C @ 12/30/95


ADAM  LESLIE  DAVID  Each
       LONG                  Short

Value   3230         734
marg    1956         245 cost
NET     1,274        489

        1,763 (240 x 3 = 720)

should be @ 2.0  12/3/95

CONFIDENTIAL

SSHAPIRO-0000366
SSHSAA0000366



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO

PERIOD ENDING 8/31/95
YOUR TAX PAYER IDENTIFICATION NUMBER REDACTED
PAGE 1
YOUR ACCOUNT NUMBER 1-SH014-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 8,373,694.18 | |
| 8/01 | | | | JUL MARGIN INTEREST | INT | 56,908.61 | |
| 8/10 | | | | AMERICAN EXPRESS COMPANY | DIV | | 1,530.00 |
| | | | | DIV 7/07/95  8/10/95 | | | |
| 8/23 | | | | MERRILL LYNCH & CO INC | DIV | | 1,820.00 |
| | | | | DIV 8/04/95  8/23/95 | | | |
| 8/31 | | | | LEHMAN BROS HOLDING INC | DIV | | 68.00 |
| | | | | DIV 8/15/95  8/31/95 | | | |
| | | | | NEW BALANCE | | 8,427,184.79 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,000 | | | ALLIED SIGNAL INC | 44 3/8 | | |
| | 6,800 | | | AMERICAN EXPRESS COMPANY | 40 3/8 | | |
| | 5,000 | | | AMOCO CORP | 63 3/4 | | |
| | 369,000 | | | ATARI CORP | 2 3/4 | | |
| | 7,300 | | | BANKAMERICA CORP | 56 1/2 | | |
| | 8,000 | | | CHRYSLER CORP | 53 3/4 | | |
| | 25,800 | | | GENERAL ELECTRIC CO | 58 7/8 | | |
| | 5,000 | | | GEORGIA PACIFIC CORP | 90 | | |
| | 9,000 | | | HEINZ H J CO | 42 1/4 | | |
| | 3,000 | | | JOHNSON & JOHNSON | 69 1/4 | | |
| | 1,360 | | | LEHMAN BROS HOLDING INC | 23 5/8 | | |
| | 30,000 | | | LITTON INDS INC | 38 3/4 | | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000367
SSHSAA0000367



**BERNARD L. MADOFF**
Investment Securities
New York □ London
885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO

PAGE: 2
PERIOD ENDING: 8/31/95
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
YOUR ACCOUNT NUMBER: 1-SH014-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 9,000 | | | MERCK & CO | 49 7/8 | | |
| | 7,000 | | | MERRILL LYNCH & CO INC | 57 5/8 | | |
| | 4,000 | | | NIKE INC | 92 5/8 | | |
| | 41,000 | | | SCHLUMBERGER LTD | 64 1/2 | | |
| | 30,000 | | | WESTERN ATLAS INC | 45 3/8 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  SHORT | | | |
| | | | | 11,831,355.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000368
SSHSAA0000368



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO

PERIOD ENDING: 8/31/95
PAGE: 3
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
YOUR ACCOUNT NUMBER: 1-SH014-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 134,869.08 |
| | | | | MARGIN INTEREST | | 374,917.03 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000369
SSHSAA0000369





CONFIDENTIAL

SSHAPIRO-0000398
SSHSAA0000398