

MADF
BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 6/30/95
PAGE: 1
YOUR ACCOUNT NUMBER: 1-SH079-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 6/12 | 40,000 | | 46182 | MICRON TECHNOLOGY INC | 45 | 1,800,000.00 | |
| 6/12 | 35,000 | | 46183 | MICRON TECHNOLOGY INC | 45 | 1,575,000.00 | |
| | | | | NEW BALANCE | | 3,375,000.00 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 75,000 | | | MICRON TECHNOLOGY INC | | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO

PERIOD ENDING: 7/31/95
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
PAGE: 1
YOUR ACCOUNT NUMBER: 1-SH079-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/03 | | | | BALANCE FORWARD | | 3,375,000.00 | |
| | | | | MARGIN INT JUNE | INT | 14,054.79 | |
| | | | | NEW BALANCE | | 3,389,054.79 | |
| | | | | SECURITY POSITIONS | | | |
| | 75,000 | | | MICRON TECHNOLOGY INC | | | |
| | | | | MARKET VALUE OF SECURITIES LONG        SHORT | MKT PRICE | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 8/31/95
PAGE: 1
YOUR ACCOUNT NUMBER: 1-SH079-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 3,389,054.79 | |
| 8/01 | | | | MARGIN INT JULY | INT | 23,027.00 | |
| 8/21 | | | | MICRON TECHNOLOGY INC DIV 8/11/95 8/21/95 | DIV | | 3,750.00 |
| | | | | NEW BALANCE | | 3,408,331.79 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 75,000 | | | MICRON TECHNOLOGY INC | 76 5/8 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 5,746,875.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO

PAGE: 1
PERIOD ENDING: 9/30/95
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
YOUR ACCOUNT NUMBER: 1-SH079-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/01 | | | | BALANCE FORWARD | | 3,408,331.79 | |
| | | | | MARGIN INT AUGUST | INT | 23,157.98 | |
| | | | | NEW BALANCE | | 3,431,489.77 | |
| | | | | SECURITY POSITIONS | | | |
| | 75,000 | | | MICRON TECHNOLOGY INC | MKT PRICE 79 3/8 | | |
| | | | | MARKET VALUE OF SECURITIES LONG  SHORT  5,953,125.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000410
SSHSAA0000410

08-01789-cgm    Doc 18135-5    Filed 10/29/18    Entered 10/29/18 15:30:29    Exhibit 5    Pg 5 of 15



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

PAGE: 2
PERIOD ENDING: 9/30/95
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
YOUR ACCOUNT NUMBER: 1-SH079-3-0

IN ACCOUNT WITH
S & R INVESTMENT CO
STANLEY SHAPIRO

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,750.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000411
SSHSAA0000411

BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 10/31/95
PAGE: 1
YOUR ACCOUNT NUMBER: 1-SH079-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 3,431,489.77 | |
| 10/02 | | | | SEP MARGIN INTEREST | INT | 21,858.12 | |
| | | | | NEW BALANCE | | 3,453,347.89 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 75,000 | | | MICRON TECHNOLOGY INC | 70 1/2 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 5,287,500.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



MADF

**BERNARD L. MADOFF**
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

| PERIOD ENDING | PAGE |
|---|---|
| 10/31/95 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-SH079-3-0 | REDACTED |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,750.00 |
| | | | | MARGIN INTEREST | | 82,097.89 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000413
SSHSAA0000413



**BERNARD L. MADOFF**
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

PAGE: 1
PERIOD ENDING: 11/30/95
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
YOUR ACCOUNT NUMBER: 1-SH079-3-0

IN ACCOUNT WITH
S & R INVESTMENT CO
STANLEY SHAPIRO

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 3,453,347.89 | |
| 11/01 | | | | OCT MARGIN INTEREST | INT | 22,713.16 | |
| 11/03 | 45,000 | 30,000 | 92592 | MICRON TECHNOLOGY INC | 73 1/4 | | 2,197,500.00 |
| | | | | NEW BALANCE | | 1,278,561.05 | |
| | | | | SECURITY POSITIONS | | | |
| | | | | MICRON TECHNOLOGY INC | MKT PRICE 54 1/4 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 2,441,250.00 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000414
SSHSAA0000414



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

| PERIOD ENDING | PAGE | YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|---|---|
| 11/30/95 | 2 | 1-SH079-3-0 | REDACTED |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 3,750.00 |
| | | | | MARGIN INTEREST | | 104,811.05 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,197,500.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000415
SSHSAA0000415



BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 12/31/95
PAGE: 1
YOUR ACCOUNT NUMBER: 1-SH079-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 1,278,561.05 | |
| 12/01 | | | | NOV MARGIN INTEREST | INT | 9,077.44 | |
| 12/01 | | | | MICRON TECHNOLOGY INC | DIV | | 2,250.00 |
| | | | | DIV 11/10/95 12/01/95 | | | |
| 12/01 | | | | DIV ADJ 11/10/95 12/01/95 MU | JRNL | 2,250.00 | |
| 12/29 | | | | DEC MARGIN INTEREST | INT | 8,475.48 | |
| | | | | NEW BALANCE | | 1,296,113.97 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 45,000 | | | MICRON TECHNOLOGY INC | 39 7/8 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 1,794,375.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO

PAGE: 2
PERIOD ENDING: 12/31/95
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED
YOUR ACCOUNT NUMBER: 1-SH079-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 6,000.00 |
| | | | | MARGIN INTEREST | | 122,363.97 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 2,197,500.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL

SSHAPIRO-0000417
SSHSAA0000417



BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/95 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-SH079-7-0 | REDACTED |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 11/03 | | 45,000 | 92593 | MICRON TECHNOLOGY INC | 73 1/4 | | 3,296,250.00 |
| | | | | NEW BALANCE | | | 3,296,250.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 45,000 | | MICRON TECHNOLOGY INC | 54 1/4 | | |
| | | | | MARKET VALUE OF SECURITIES LONG SHORT 2,441,250.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



Pg 13 of 15

IN ACCOUNT WITH

MADF
BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/95 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-SH079-7-0 | REDACTED |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,296,250.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

CONFIDENTIAL
SSHAPIRO-0000419
SSHSAA0000419

BERNARD L. MADOFF
Investment Securities
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

IN ACCOUNT WITH

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 12/31/95
PAGE: 1
YOUR ACCOUNT NUMBER: 1-SH079-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 3,296,250.00 |
| 12/01 | | | | MICRON TECHNOLOGY INC<br>DIV 11/10/95 12/01/95 | DIV | 2,250.00 | |
| 12/01 | | | | DIV ADJ 11/10/95 12/01/95 MU | JRNL | | 2,250.00 |
| | | | | NEW BALANCE | | | 3,296,250.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 45,000 | | MICRON TECHNOLOGY INC | 39 7/8 | | |
| | | | | MARKET VALUE OF SECURITIES<br>LONG SHORT<br>1,794,375.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

S & R INVESTMENT CO
STANLEY SHAPIRO
REDACTED

PERIOD ENDING: 12/31/95
PAGE: 2
YOUR ACCOUNT NUMBER: 1-SH079-7-0
YOUR TAX PAYER IDENTIFICATION NUMBER: REDACTED

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | 2,250.00 | |
| | | | | GROSS PROCEEDS FROM SALES | | | 3,296,250.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES