9/30/95   S & R INVESTMENT CO   1-SH079-3-0   1
STANLEY SHAPIRO

REDACTED

| T/DT | S/DT | LONG | SHORT | | | DEBIT | CREDIT |
|---|---|---|---|---|---|---|---|
| | | | | NO BALANCE FORWARD | | | |
| 6/07 | 6/12 | 40000 | | 46182 MICRON TECHNOLOGY INC | | 1800,000.00 | |
| 6/07 | 6/12 | | 35000 | 46183 MICRON TECHNOLOGY INC | | 1575,000.00 | |
| 9/22 | 9/28 | | | DIV 8/11/95 8/21/95 MICRON TECHNOLOGY INC | 45 DIV | | 2,000.00 |
| 9/22 | 9/28 | | | DIV 8/11/95 8/21/95 MICRON TECHNOLOGY INC | 45 DIV | | 1,750.00 |
| | | | | NEW BALANCE | | 3,371,250.00 | |

SECURITY POSITIONS

| | LONG | SHORT | DIFFERENCE |
|---|---|---|---|
| MICRON TECHNOLOGY INC | 75000 | | 3,375,000.00 | 3,375,000.00 |

END OF POSITIONS   3,375,000.00   3,371,250.00
MF00128925