Thomas J. Moloney
Diarra M. Guthrie
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for HSBC Bank Bermuda Ltd.
and Craig Perry*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, *et al.*<br><br>        Defendants. | Adv. Pro. No. 09-01161 (SMB) |

# DECLARATION OF JESSA DEGROOTE IN SUPPORT OF THE SUPPLEMENTAL MEMORANDUM OF LAW IN FURTHER SUPPORT OF HSBC BANK BERMUDA AND CRAIG PERRY'S OPPOSITION TO TRUSTEE'S MOTION FOR A LETTER OF REQUEST

I, Jessa DeGroote, declare under penalty of perjury as follows:

1. I am an attorney duly admitted to practice law in this Court. I am an associate with the law firm of Cleary Gottlieb Steen & Hamilton LLP, counsel for HSBC Bank Bermuda Ltd. and Mr. Craig Perry (the "Objectors"). I respectfully submit this declaration in support of the Objectors' Supplemental Memorandum of Law in Further Support of their Opposition to the Trustee's Motion for a Letter of Request (the "Supplemental Memorandum").

2. Attached hereto as Exhibits A-D, for the Court's convenience, are true and correct copies of the following documents, which are cited in the Supplemental Memorandum, but which may not be easily accessible:

| Ex. | Document |
|---|---|
| A | Rules of the Supreme Court (Bermuda 1985), Rule 39/8(1)(b) |
| B | Evidence Act of 1905 (Bermuda), Part IIC, 27P |
| C | The Supreme Court Practice 1999: The White Book, Order 39, r.1 |
| D | *NetBank v. Commercial Money Ctr.*, [2004] Bda L.R. 46 |

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

Executed on October 29, 2018 in New York, New York.

                                              */s/ Jessa DeGroote*
                                              JESSA DEGROOTE