**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 31, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A. Memorandum Of Law In Support Of Trustee's Motion For Limited Additional Discovery Based On Prior Orders Authorizing Deposition Of Bernard L. Madoff filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 9/21/2018) [ECF No. 18015]

B.  Declaration Of David J. Sheehan In Support Of The Memorandum Of Law In Support Of Trustee's Motion For Limited Additional Discovery Based On Prior Orders Authorizing Deposition Of Bernard L. Madoff filed by Stacey Ann Bell on behalf of Irving H. Picard (Filed: 9/21/2018) [ECF No. 18016]

**Objections Due:**   October 17, 2018

**Objections Filed:**

C.  The Sage Defendants' Objection to The Trustee's Motion For Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff filed by Andrew B. Kratenstein on behalf of Sage Associates, Sage Realty, Malcolm H. Sage, Martin A. Sage, and Ann M. Sage Passer (Filed: 10/17/2018) [ECF No. 18081]

D.  Zraick Defendants' Objection to Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff (Adv. Pro. 10-05257) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr (Filed: 10/17/2018) [ECF No. 18082]

E.  Declaration of Robert A. Rich in Support of Zraick Defendants' Objection to Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff (Adv. Pro. 10-05257) filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 10/17/2018) [ECF No. 18083]

F.  Defendants' Memorandum of Law in Opposition to the Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing the Deposition of Bernard L. Madoff filed by Helen Davis Chaitman on behalf of Sara Seims, as trustee of the Trust u/art Fourth o/w/o Israel Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz, Evelyn Berezin Wilenitz (Filed: 10/17/2018) [ECF No. 18084]

G.  Declaration of Helen Davis Chaitman in Opposition to Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff filed by Helen Davis Chaitman on behalf of Sara Seims, as trustee of the Trust u/art Fourth o/w/o Israel Wilenitz, Trust U/ART Fourth O/W/O Israel Wilenitz, Evelyn Berezin Wilenitz (Filed: 10/17/2018) [ECF No. 18085]

H.  Dentons Customers' Objection to the Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff filed by Carole Neville on behalf of Dentons' Customers (Filed: 10/17/2018) [ECF No. 18087]

I.     Letter dated October 17, 2018 from Gary Stein to Judge Bernstein in response to the Notice of Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff filed by Jennifer Opheim on behalf of Barbara Picower, individually and as Executor of the Estate of Jeffry M. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Trust F/B/O Gabrielle H. Picower (Filed: 10/17/2018) [ECF No. 18088]

**Reply Due:**    October 24, 2018

**Reply Filed:**

J.     Reply Memorandum in Further Support of Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/24/2018) [ECF No. 18106]

K.     Declaration of David J. Sheehan in Support of the Reply Memorandum in Further Support of Trustee's Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/24/2018) [ECF No. 18107]

**Status:**    This matter is going forward.

2. **09-01161; Picard v. Federico Ceretti, et al.**

A.     Motion for the Issuance of Letter of Request filed by Geraldine E. Ponto on behalf of Irving H. Picard (Filed: 10/3/2018) [ECF No. 372]

**Objections Due:**    October 10, 2018

**Objections Filed:**

B.     Memorandum of Law in Opposition to Trustee's Motion for a Letter of Request Pursuant to Hague Convention filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited (Filed: 10/9/2018) [ECF No. 374]

**Response Due:**    October 23, 2018

**Response Filed:**

C.     Response in Further Support of Plaintiff's Motion for the Issuance of Letter of Request filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/23/2018) [ECF No. 380]

**Reply Due:**        October 29, 2018

**Reply Filed:**

D.     Supplemental Memorandum of Law In Further Support of HSBC Bank Bermuda and Craig Perry's Opposition to Trustee's Motion for a Letter of Request filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited (Filed: 10/29/2018) [ECF No. 384]

E.     Declaration of Jessa DeGroote in Support of the Supplemental Memorandum of Law in Further Support of HSBC Bank Bermuda and Craig Perry's Opposition to Trustee's Motion for a Letter of Request filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited (Filed: 10/29/2018) [ECF No. 383]

**Related Filings:**

F.     So Ordered Stipulation Signed On 10/22/2018. Re: Setting Briefing Schedule (Filed: 10/22/2018) [ECF No. 377]

G.     Notice of Hearing on Trustee's Motion for the Issuance of Letter of Request filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 10/22/2018) [ECF No. 378]

**Status:**    This matter is going forward.

Dated:  October 30, 2018
        New York, New York

By:    */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*