**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, *et al.*<br><br>        Defendants. | Adv. Proc. No. 09-01161 (SMB) |

**CERTIFICATE OF SERVICE**

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that, on the 29th day of October, 2018, true and correct copies of the Supplemental

Memorandum of Law in Further Support of HSBC Bank Bermuda and Craig Perry's Opposition to Trustee's Motion for a Letter of Request and the Declaration of Jessa DeGroote in Support of the Supplemental Memorandum of Law in Further Support of HSBC Bank Bermuda and Craig Perry's Opposition to Trustee's Motion for a Letter of Request, with Exhibits A through D thereto, were served via electronic mail upon:

David J. Sheehan, Esq.
dsheehan@bakerlaw.com

Geraldine E. Ponto, Esq.
gponto@bakerlaw.com

Gonzalo S. Zeballos, Esq.
gzeballos@bakerlaw.com

Andreas A. Frischknecht, Esq.
Andreas.frischknecht@chaffetzlindsey.com

Erin E. Valentine, Esq.
erin.valentine@chaffetzlindsey.com

Peter R. Chaffetz, Esq.
peter.chaffetz@chaffetzlindsey.com

Scott Reynolds, Esq.
scott.reynolds@chaffetzlindsey.com

Barry G Sher, Esq.
barrysher@paulhastings.com

Jodi Aileen Kleinick, Esq.
jodikleinick@paulhastings.com

Carmine D. Boccuzzi, Esq.
cboccuzzi@cgsh.com

Lindsay M. Weber, Esq.
lindsayweber@quinnemanuel.com

Rex Lee, Esq.
rexlee@quinnemanuel.com

Robert S Loigman, Esq.
robertloigman@quinnemanuel.com

Shusheel Kirpalani, Esq.
susheelkirpalani@quinnemanuel.com

Timothy Harkness, Esq.
timothy.harkness@freshfields.com

Kevin Bell, Esq.
kbell@sipc.org

and that on October 30th, 2018, true and correct copies of the aforesaid documents were placed in sealed packages designated for overnight delivery via Federal Express to:

Baker & Hostetler LLP
Attn: Geraldine E. Ponto, Esq.
45 Rockefeller Plaza
New York, NY 10111

Securities Investor Protection Corporation
Attn: Kevin H. Bell, Esq.
1667 K Street, NW, Suite 1000
Washington, DC 20006-1620

Dated:   New York, New York
         October 31, 2018

                                               /s/Brendan Cyr
                                              Brendan Cyr