**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | | |
|---|---|---|
| ------------------------------------------------------------------ X | | |
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | Adv. Proc. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | : | SIPA LIQUIDATION |
| v. | : | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | : | |
| Defendant. | : | |
| ------------------------------------------------------------------ X | | |
| In re | : | |
| BERNARD L. MADOFF, | : | |
| Debtor. | : | |
| ------------------------------------------------------------------ X | | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | : | |
| Plaintiff, | : | |
| v. | : | Adv. Pro. No. 10-04330 (SMB) |
| SQUARE ONE FUND LTD., | : | |
| Defendant. | : | |
| ------------------------------------------------------------------ X | | |

## STIPULATION SUBSTITUTING COUNSEL

IT IS STIPULATED AND AGREED among the undersigned that Jenner & Block LLP is substituted for Thompson Hine LLP as attorneys of record for Defendant Square One Fund Ltd.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile or electronic copy of this Stipulation shall be deemed an original.

Dated:   November 1, 2018

By: */s/ Richard Levin*
JENNER & BLOCK LLP
919 Third Avenue 38th Floor
New York, New York 10022-3908
Telephone:  (212) 891-1600
Facsimile:  (212) 891-1699
Richard Levin
Email: rlevin@jenner.com

*Attorneys for Square One Fund Ltd.*

By: */s/ Emily Mathieu*
THOMPSON HINE LLP
335 Madison Avenue
New York, New York 10017
Telephone: (212) 908-3910
Facsimile: (212) 344-6101
Emily Mathieu
Emily.Mathieu@ThompsonHine.com

By: */s/ Marco Molina*
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marco Molina
Email: mmolina@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

2