# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Stacey A. Bell
direct dial: 212.589.4632
sbell@bakerlaw.com

November 1, 2018

**VIA ECF**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:     *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities
        LLC, Adv. Pro. No. 08-01789 (SMB)*

Dear Judge Bernstein:

We are counsel to Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. We write in response to the Court's November 1, 2018 request to the Trustee for copies of the deposition transcripts of Bernard L. Madoff in connection with the Trustee's *Motion for Limited Additional Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff* filed Sept. 21, 2018. *See* ECF No. 18015.

To that end, we are filing herewith the following transcripts:

- Exhibit A: Transcript of Deposition of Bernard L. Madoff dated April 26, 2017
- Exhibit B: Transcript of Deposition of Bernard L. Madoff dated April 27, 2017
- Exhibit C: Transcript of Deposition of Bernard L. Madoff dated November 8, 2017
- Exhibit D: Transcript of Deposition of Bernard L. Madoff dated November 9, 2017

The deposition transcript of Bernard L. Madoff dated December 20, 2016 was previously filed on June 26, 2017. *See* ECF No. 16237, Ex. I.

The deposition transcripts of Bernard L. Madoff referenced herein are no longer confidential pursuant to the orders authorizing the deposition of Bernard L. Madoff.  *See* ECF Nos. 14213, 14905, 16625.

Respectfully submitted,

*/s/ Stacey A. Bell*

Stacey A. Bell
Partner