# **Exhibit B**

Page 211

1              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK
2
3
   In re:                          )
4                                  )
   SECURITIES INVESTOR             )
5  PROTECTION CORPORATION,         )
                                   )
6       Plaintiff-Applicant,       )
                                   )
7  vs.                             )    08-01789 (SMB)
                                   )
8  BERNARD L. MADOFF               )
   INVESTMENT SECURITIES, LLC,     )
9                                  )
        Defendant.                 )
10                                 )
                                   )
11 In Re:                          )
                                   )
12 BERNARD L. MADOFF,              )
                                   )
13      Debtor.                    )
                                   )
14
15
16          Videotaped Deposition of BERNARD L.
17 MADOFF, VOLUME II, taken on behalf of the Customers,
18 before K. Denise Neal, Registered Professional
19 Reporter and Notary Public, at the Federal
20 Correctional Institution, 3000 Old Highway 75,
21 Butner, North Carolina, on the 27th day of April,
22 2017, commencing at 9:11 a.m.
23
24
25                    * * * * *

1   APPEARANCES OF COUNSEL:

2       On Behalf of the Customers:

3              HELEN DAVIS CHAITMAN, Esq.

4              Chaitman, LLP

5              465 Park Avenue

6              New York, New York  10022

7              (908) 303-4568

8              hchaitman@chaitmanllp.com

9

10      On Behalf of the Trustee:

11             DAVID J. SHEEHAN, Esq.

12             AMANDA E. FEIN, Esq.

13             Baker Hostetler

14             45 Rockefeller Plaza

15             New York, New York  10111-0100

16             (212) 589-4621

17             afein@bakerlaw.com

18

19      On Behalf of the Deponent:

20             PETER A. GOLDMAN, Esq.

21             12 Fairlawn Parkway

22             Rye Brook, New York  10573

23             (914) 935-6857

24             pagoldman@gmail.com

25

Page 213

1    APPEARANCES OF COUNSEL:

2        Videographer:

3            Ken Morrison, CLVS

4

5                        * * * * *

6

7                        CONTENTS

8    THE WITNESS:  BERNARD L. MADOFF        EXAMINATION

9            BY MR. SHEEHAN                    216

10           BY MS. CHAITMAN                   368

11           BY MR. SHEEHAN                    381

12

13                       * * * * *

14

15                   INDEX OF EXHIBITS

16   FOR THE TRUSTEE:                         PAGE

17   Exhibit 1, Customer statements          230

18   Exhibit 2, Customer statements          234

19   Exhibit 3, Copies of Rolodex cards      261

20   Exhibit 4, Customer statement - 8-7-84  299

21   Exhibit 5, Customer statement           305

22   Exhibit 6, Customer statements          310

23   Exhibit 7, Focus reports - 1984         333

24

25

1             INDEX OF EXHIBITS (Continued)

2    FOR THE TRUSTEE:                              PAGE

3    Exhibit 8, MC Disbursements notes              341

4    Exhibit 9, MC Disbursements account            348

5      statements

6

7                        *  *  *  *  *

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 215

1           THE VIDEOGRAPHER:  This is Volume II of

2     the deposition of Bernard L. Madoff.  My name is Ken

3     Morrison representing Veritext Legal Solutions.  The

4     date today is April 27th, 2017 and the time is

5     9:11 a.m.  This deposition is being held at Butner

6     Federal Correctional Facility located at 3000 Old 75

7     Highway, Butner, North Carolina 27509 and is being

8     taken by counsel for the Customers and Trustees.

9           The caption of this case is Securities

10    Investor Protection Corporation, Plaintiff-Applicant

11    versus Bernard L. Madoff Investment Securities, LLC,

12    Defendant.  This case is being held in the United

13    States Bankruptcy Court, Southern District of New

14    York, Number 08-01789 (SMB).

15          At this time would attorneys please

16    identify themselves and whom they represent and the

17    witness is still under oath.

18          MS. CHAITMAN:  Helen Davis Chaitman on

19    behalf of numerous former customers.

20          MR. GOLDMAN:  Peter A. Goldman on behalf

21    of Bernard Madoff.

22          MR. SHEEHAN:  David Sheehan, Baker

23    Hostetler, for the Trustee.

24          MS. FEIN:  Amanda Fein, Baker Hostetler,

25    for the Trustee.

Page 216

1           BERNARD L. MADOFF,

2    having been previously sworn, was further examined

3    and testified as follows:

4                FURTHER EXAMINATION

5    BY MR. SHEEHAN:

6         Q.  Good morning, Mr. Madoff.  How are you

7    today?

8         A.  I'm good.

9         Q.  Good.  I want to just put something on the

10   record because Helen was so strict with it yesterday

11   and I agree with it, that the judge entered an order

12   we're not supposed to mention certain people's

13   names, and we were pretty good about that yesterday.

14   I intend to follow it here today.

15        A.  Uh-huh.

16        Q.  In fact, I may show you some documents that

17   I've redacted, but we're not going to get into the

18   person involved --

19        A.  Okay.

20        Q.  -- because I expect just as you did

21   yesterday, Helen, I want to strictly adhere to that

22   order.  All right.  So just want to put that on the

23   record, and you'll see the documents when we get

24   there.  Just to put things in a little context, I'm

25   about to show you some statements, but before I do

Page 217

1    that -- in fact, some that you've seen before from

2    Mr. Blecker; but before we do that I want to go back

3    to a little bit of where we were yesterday because I

4    had the chance to review yesterday's transcript and

5    just to clarify a few things about the convertible

6    arbitrage strategy.

7            A.   Uh-huh.

8            Q.   All right.  One of the things that would be

9    helpful is this -- is that it may be better with my

10   putting it would have been, when would you receive

11   cash in lieu of fractional shares?

12           A.   Actually, you know, I can't really tell you

13   because I didn't handle the operations side of the

14   business.  So, you know, I don't know when that was

15   -- when that was done.

16           Q.   But would it be fair to say that there is

17   no fractional share until you sell the convertible

18   security?

19           A.   Well, it depends upon -- you know, it

20   depends upon whether it's actually converted,

21   whether -- whether it's just unwound or whether it's

22   swapped.  In other words, the strategies don't

23   necessarily involve physically converting it where

24   you would get a fractional share.  There were times

25   that the strategy is unwound where you're just

Page 218

1   closing out the long and short position for the

2   customer either through the open market or you swap

3   it with another dealer and just swap -- swap the

4   position.  So it's only if you were actually

5   converting it would you get the fractional share.

6       Q.  Okay.  Thank you.  The strategy of a

7   discount convertible --

8       A.  Uh-huh.

9       Q.  -- is that scalable?  And what I mean by

10  scalable is that you can take it from like ten

11  customers and then expand it to a thousand?

12          MS. CHAITMAN:  Objection to form.

13          THE WITNESS:  When you say scale it, you

14  mean -- I'm not sure what I understand what you're

15  talking about.

16      Q.  (By Mr. Sheehan)  Okay.  Well, let's try

17  the reverse and under Helen's objection over there.

18  How would you define scalable?

19      A.  Well, you're not scaling.  If you're -- if

20  you're going to -- whatever you're buying, that's

21  the most that you can actually break up.  So if you

22  bought 100 bonds, you may break that up for

23  argument's sake into five customers.  You're not

24  scaling it.  You're not -- you're not increasing,

25  you know, the trade other than what you actually

Page 219

1   bought.

2        Q.  What I was focusing on was your comment

3   yesterday when you referred to discount convertibles

4   as freaks.  Are there enough of those, I guess, is

5   what I'm asking?  Are there enough of those that you

6   could expand and sell a lot of those?

7            MS. CHAITMAN:  Objection to form.

8            THE WITNESS:  Well, clearly as I said

9   yesterday, the most -- most convertibles should be

10  trading at a premium because in theory you would not

11  -- you would not buy -- if you're a client, you had

12  a choice of buying the -- you know, the convertible

13  bond or buying the stock, if you can buy the

14  convertible bond at a discount, then you would

15  always want to buy the -- even if you weren't going

16  to sell the stock.

17            In other words, if you had a choice, do I

18  want -- I like this company.  Do I want to buy, you

19  know, the stock or do I want to buy -- and it could

20  also had a convertible bond also and you could buy

21  the convertible bond, which would theoretically give

22  you the right to exchange that for stock, it would

23  be foolish, you know, to not buy the bond because

24  the bond gives you the protection of the coupon.  So

25  but there are times like anything else that bonds,

Page 220

1   you know, do trade at discounts, you know.  It

2   depends upon people, you know, you know, they make

3   that decision up; but, I mean, the fact is that

4   convertible bonds sometimes trade at discounts,

5   sometimes trade at premiums, but clearly more of

6   them would trade at premiums than at discounts.  It

7   also, by the way, depends upon whether you leg into

8   a trade.

9            In other words, it's a fallacy to think

10  that you're buying the convertible bond, you know,

11  at 10:00 o'clock in the morning and you're selling

12  the stock at 10:00 o'clock in the morning.  It's not

13  a simultaneous transaction.  Most trading that's

14  done in convertible securities I explained yesterday

15  is legging into it.

16           You're making a decision as to what the

17  market is going to do at the time.  That's why it's

18  imperative that you have volatility.  So and

19  depending upon whether you think the market is going

20  up or the market is going down, that's -- you would

21  start one leg versus the other leg.

22       Q.  Following up on legging in, was it your

23  normal practice to buy the convertible security on

24  one day and not buy the short on the same day?

25       A.  Not sell the short you mean?

Page 221

1        Q.  Not sell the short.  Not sell the short on

2   the same day?

3            MS. CHAITMAN:  Objection to form.

4            THE WITNESS:  Sometimes yes, sometimes no.

5   It depends upon what was available.

6        Q.  (By Mr. Sheehan)  If you bought the -- or

7   sold the short the next day or day after --

8        A.  Uh-huh.

9        Q.  -- would that increase your risk?

10            MS. CHAITMAN:  Objection to form.

11            THE WITNESS:  Would it increase your risk?

12   Yes, of course.

13        Q.  (By Mr. Sheehan)  And why would that be?

14        A.  Because you -- if the market collapsed, you

15   know, and the bond would go down, you wouldn't have

16   anything on the short side of the market to hedge

17   yourself with.

18        Q.  All right.  Okay.  I believe that on

19   December 20th you used this term, but what's the

20   term VWAP stand for?

21        A.  VWAP is volume-weighted average price.

22   That's when a firm puts in a lot -- basically, it

23   would be an institutional order where they decide

24   they want to buy 100,000 shares or sell 100,000

25   shares.

Page 222

1            They give their order to a broker, you

2    know, and say I want a volume-weighted average

3    price.  And the brokers, the fellow on the floor,

4    typically the floor broker would -- would sell that

5    out at his discretion over the course of the day.

6            And they -- they're competing against what

7    the volume-weighted average price, you know, of that

8    security sold during the day.  We didn't do any

9    volume.  We didn't do any VWAP orders basically.

10       Q.   Okay.  I wrote this down so I'd get it

11   right, so here it comes.  Would it be your

12   expectation that prices you were able to get on

13   purchases of the convertible and sales of the common

14   would be more favorable, less favorable or

15   approximately equal to VWAP in those securities?

16           MS. CHAITMAN:  Objection to form.

17           THE WITNESS:  To VWAP?

18       Q.   (By Mr. Sheehan)  Yeah.  To VWAP.

19       A.   We didn't -- our general rule was we never

20   did handle VWAP orders.

21       Q.   All right.  Did you ever apply a VWAP

22   analysis to your trading?

23       A.   No.  Other -- I mean, the funds would --

24   might do that or some of our wholesale customers

25   would do that.  We developed a system called time

Page 223

1  slicing, which was -- had never been done before.

2  We built a system that we would -- someone would

3  give us a -- this was not part of basically an

4  arbitrage strategy.

5          There would be someone like Fidelity would

6  give us an order to sell 100,000 shares of stock.

7  And what we would do is we built a system, my sons

8  built a system where the order would be 100,000

9  shares would go into our technology platform and it

10 would -- they would say to us we want to sell this

11 hundred thousand shares over a period of

12 three-minute intervals.

13          It would go into the system.  We would

14 program the order into the system and every three

15 minutes part of that order would come down into our

16 system and be -- go against our market makers'

17 quotes.  And the average -- and the same strategy as

18 a VWAP, only it turns out that the -- instead of the

19 floor broker controlling the order, when to execute

20 the order, it would be the client who put the order

21 in like Fidelity were doing it.

22          It became very popular to do that because

23 it always for the general rule, you know,

24 outperformed the VWAP on the floor.  And that was

25 the system that we had to get the approval of the

Page 224

1    SEC to build that system.

2          Q.   Uh-huh, thank you.

3          A.   It's called time slicing.

4          MR. SHEEHAN:   Let's get out the first

5    exhibit.

6          MS. FEIN:   This was marked in the last

7    deposition as 14.

8          MS. CHAITMAN:   Thank you.

9          Q.   (By Mr. Sheehan)   Yeah.   Mr. Madoff, you've

10   just been handed an exhibit that was previously

11   marked on December 20th, 2016 as Exhibit Number 14.

12   It purports to be a 6-30-86 statement for an Arthur

13   Blecker?

14         A.   Right.

15         Q.   Okay.   Just take your time and look at that

16   and then we're going to ask you a few questions;

17   okay?   Okay?

18         A.   Okay.

19         Q.   Okay.   Directing your attention to the

20   first entry at 6-30, 610 long 1501, do you see that?

21         A.   Yes.

22         Q.   What do you understand that entry to be?

23         A.   It looks like a purchase of -- on 6-03 of

24   1501 shares of Interco 46.

25         Q.   Okay.   What's right underneath it?   It says

Page 225

1    preferred.  What is that referring to?  Do you see

2    that?

3            A.   Preferred?

4            Q.   Uh-huh.  Preferred, sir.

5            A.   Oh, that's just the -- it says preferred

6    convertible, preferred series D convertible.

7            Q.   Right.  So then go down to --

8            A.   That's the full name of -- of the --

9            Q.   Okay, fine.

10           A.   Uh-huh.

11           Q.   Then there's two further items down that

12   are both 6-5 --

13           A.   Right.

14           Q.   -- to 6-12.  Could you tell us what those

15   two entries are?

16           A.   Those look like sales on the 12th at -- of

17   the common stock.

18           Q.   Okay.  Now, it appears there's several days

19   difference --

20           A.   Uh-huh.

21           Q.   -- between the purchase of the convertible

22   security and the sale of the short?

23           A.   Right.

24           Q.   Is that something that would commonly

25   occur?

Page 226

1        A.   Yes.

2        Q.   And why is that?

3        A.   That's part of the legging transaction.

4    Obviously, you know, we bought the bond and then we

5    anticipated the stock going higher.  So we waited

6    two days to sell the stock.  You're at risk during

7    those two days that it's open --

8        Q.   Okay.

9        A.   -- but that's what we just discussed;

10   right?

11       Q.   Right, okay.  If you go on down, there's

12   another entry on 6-12 to 6-25.  Do you see that,

13   Interco, Inc.?

14       A.   Uh-huh.

15       Q.   And it says fractional shares?

16       A.   Right.

17       Q.   Do you see that?

18       A.   Yes.

19       Q.   And it has a credit for it looks like

20   $14.18?

21       A.   Right.

22       Q.   Do you see that?

23       A.   Uh-huh.

24       Q.   When do fractional shares occur?

25       A.   Well, I would assume it is -- I assume that

Page 227

1   it would come when it was converted.

2          Q.   I see.  But if you go down to the bottom --

3          A.   Uh-huh.

4          Q.   -- and the positions, isn't the preferred

5   still being held by you?

6          A.   It's hard for me to read this thing.

7   It's --

8          Q.   It's the same entry?

9          A.   Yeah, yeah.

10         Q.   All right.

11         A.   Yes.

12         Q.   Okay.  So how could you have an entry for

13  fractional shares if you haven't sold it?

14         A.   If we haven't sold it?

15         Q.   Yeah, or you haven't converted it.  I'm

16  sorry.  You haven't converted the convertible

17  security.  How could you have a fractional share?

18         A.   I can't give you the answer to that because

19  I don't know what the procedure was.  That's an

20  operations department procedure of what -- of how

21  they handled the fractional shares.

22         Q.   One last question or maybe a couple more

23  questions.  See at the beginning of the debit column

24  the price is 277 and change?  See that?

25         A.   Uh-huh.

Page 228

1      Q.  And then down at the bottom it's still

2  showing it at 277 at the end of the --

3      A.  The last positions are mark to market.  At

4  the end, those positions at the bottom are the

5  current market price at that time.  It wouldn't

6  necessarily reflect what the market was at the time

7  this trades.  In other words, they're now -- it's

8  showing that this is a -- that this is a long

9  position and a short position at what the market

10 price was at the end of the -- at the end of the

11 month.

12     Q.  Isn't it unusual that the trade and the --

13     A.  No.

14     Q.  -- mark to market be the same?

15     A.  No.

16     Q.  No?

17     A.  It depends upon what the market is.  If the

18 stock didn't change, you know, I mean, you're

19 talking about, you know, what the price of the stock

20 is at the end of the month as opposed to, you know,

21 when it was purchased, you know, on 6-5.  So you're

22 talking about, you know, the three-week period of

23 time.

24     Q.  Who operationally would have handled this

25 trade?

Page 229

1          A.   The operation department?

2          Q.   Yeah.

3          A.   Well, depends upon when it was done.  If it

4    was done in 1986, it would typically be probably

5    Annette's department.  One of the -- I don't know

6    who would -- physically would have been doing it.

7          Q.   Okay.  Annette or someone working for her?

8          A.   Someone, you know, on that -- you know, in

9    that area.

10              MR. SHEEHAN:  Okay.  Let's go -- I don't

11   know that we've marked the next one.  Have we?  So

12   let's mark it now.  What's that?

13              MS. FEIN:  Should we do it as Trustee 1 or

14   do I --

15              MR. SHEEHAN:  Yeah.  We're going to do

16   Trustee 1.  Okay, Ellen?  We're going to go Trustee

17   1.

18              MS. CHAITMAN:  Yeah.  That's fine.

19   Whatever you want to do.

20              MS. FEIN:  Just two pages.

21              MR. SHEEHAN:  That's fine.  Why don't we

22   do this?  Why don't you mark them all together?

23              MS. FEIN:  Yeah.

24              THE WITNESS:  Is it warm in here now?

25   Much warmer than today -- yesterday.

```
                                              Page 230

 1              MS. FEIN:  Yesterday was freezing.

 2              THE WITNESS:  I put on this shirt

 3     underneath it because I was so cold yesterday.

 4              MR. SHEEHAN:  Mark all of these.  That's

 5     Trustee 1.  This is going to be Trustee 2.

 6              MS. FEIN:  That will be Trustee 1.

 7              MR. SHEEHAN:  How should we mark this?

 8              MS. FEIN:  Trustee 1.

 9              (Trustee Exhibit Number 1 was marked for

10     identification.)

11         Q.  (By Mr. Sheehan)  Okay, yeah.  All right.

12     We're good.  I apologize.  Take a look at Trustee 1.

13     This actually consists of two pages.  Do you see

14     that?

15         A.  Uh-huh.

16         Q.  Okay.  Looking at the first page, could you

17     -- have you had a chance to look at it?

18         A.  Yeah.

19         Q.  Okay.  If you look down at the -- this is

20     now for the following month.  It's July 31, the end

21     of the month '86.  Do you see that?

22         A.  Right.

23         Q.  All right.  It's again Mr. Blecker's

24     account?

25         A.  Uh-huh.
```

Page 231

1        Q.   And what is it showing as the end positions

2    there?

3        A.   Right.

4        Q.   What are they showing?

5        A.   It's showing him long Interco convertible

6    preferred and short the common stock.

7        Q.   So what does that mean to you?

8        A.   What does it mean to me?

9        Q.   Yeah.

10       A.   He's still -- he still owns this -- the

11   bond and he sold short the stock.

12       Q.   And that is -- so he --

13       A.   The position is still open, in other words.

14       Q.   Still open from early June?

15       A.   From when it was -- yes.

16       Q.   All right.  Do you see under the debit

17   column again the amount of 277,309.75?

18       A.   Uh-huh, right.

19       Q.   Is that not supposed to be mark to market

20   there?

21       A.   It would be the market, I'm assuming, you

22   know.

23       Q.   So the market never changed from that

24   price?

25       A.   It's possible.

Page 232

1      Q.  Okay.  Let's go to the second page if we

2  could.  Oh, what's that?  It's a double-sided page

3  on mine.

4           MR. GOLDMAN:  For you.

5           MR. SHEEHAN:  Yeah.  Not for you, though.

6      Q.  (By Mr. Sheehan)  Okay.  So let's take a

7  look at that.  Could you take a look at the top and

8  tell us what you understand this statement to be?

9      A.  It shows the same types of securities,

10  Interco preferred, convertible preferred, and then

11  there's receive and delivery of the positions.

12      Q.  Uh-huh, okay.  Did a conversion take place

13  here?

14      A.  I have no idea.  It was either converted or

15  it was -- it was unwound or swapped.  I can't see

16  whether it was -- if it was unwound, it would have

17  been -- it would have been actual prices that would

18  appear.  I mean, I'm having a hard time reading this

19  thing.

20      Q.  Yes.

21      A.  But it would either be unwound or could

22  have been -- it could have been swapped.  They could

23  have exchanged the positions to close them out

24  without going into the open market.  We can swap

25  them with another dealer or we can swap them with a

Page 233

1    bank and so on.

2        Q.  Can you explain on the first statement that

3    we looked at that was -- it was number 14.  It

4    showed that there was a -- the fractional shares are

5    shown there?

6        A.  Right.

7        Q.  Can you explain why those appeared six

8    weeks before?

9        A.  I told you I'm not sure how they handled

10   the fractional -- the fractional shares.  They

11   might -- for all I know is they might because

12   they're planning to convert it and they know they're

13   going to get a fractional share, they credit the

14   account with the fractional share.

15            I'm not familiar with the operations side

16   of the business, so I don't know how they physically

17   handle that.  And also how they might have handled

18   it in 1986 might be different than how they handled

19   it, you know, at a later date because there were

20   different operations people and we had different

21   systems.

22       Q.  I guess the question I have is how would

23   you get the price and the fractional share six weeks

24   before you converted it?

25       A.  It depends upon whether -- I don't know how

Page 234

1    they handled the fractional shares.  So they might

2    be getting -- they value the fractional share and

3    what the price was at that time or, you know, I

4    don't know how they determined that.

5         Q.  Okay.  The next document, this is a

6    different, TRW?

7              MS. FEIN:  Uh-huh.

8              MR. SHEEHAN:  Okay.  We're going to skip

9    it, try to get Pete out of here early.

10             MS. CHAITMAN:  We're skipping 9-30-86?  Is

11   that what you're doing?

12             MR. SHEEHAN:  Yeah.

13             MS. CHAITMAN:  Okay.

14             MR. SHEEHAN:  All right.  We don't need --

15             MS. CHAITMAN:  There was a reference on

16   the record that this was a two-page document, but

17   it's much longer.

18             MR. SHEEHAN:  Yeah, yeah.  And I

19   apologize.

20             MS. CHAITMAN:  No.  Okay.  I just wanted

21   to --

22             MR. SHEEHAN:  It is indeed five pages.

23             MS. CHAITMAN:  Okay.

24             MR. SHEEHAN:  Okay.  Sorry about that.

25             (Trustee Exhibit Number 2 was marked for

Page 235

1    identification.)

2            MR. SHEEHAN:  Put on the record what we're

3    doing; okay?

4            MS. FEIN:  I'm marking as Exhibit 2 a

5    couple of consecutive customer statements, six

6    pages, the first page MF 00367785.

7        Q.  (By Mr. Sheehan)  I'll let you know for the

8    record that this is actually a six-page document.

9        A.  Uh-huh.

10       Q.  And take your time looking.  You can look

11   at the first page, all the pages now, and just let

12   me know when you're ready; okay?

13       A.  Okay.  All right.

14       Q.  So directing your attention to -- or

15   perhaps we should identify it first.  This purports

16   to be a June 30, 1983 customer statement of Leonard

17   Alpern?

18       A.  Uh-huh.

19       Q.  And I'm directing your attention to the

20   entry 6-7, 6-14, Bancorp Hawaii, Inc.  Do you see

21   that?

22       A.  Yeah.

23       Q.  What do you understand that entry to

24   represent?

25       A.  You're talking about the journal, where it

Page 236

1    says journal?

2          Q.   No.  It's --

3          A.   You're talking about above that, the 6-7?

4          Q.   6-7, 6-14.

5          A.   Okay.  It looks to me like the purchase of

6    a convertible bond.

7          Q.   Well, before that, though --

8          A.   Oh.

9          Q.   -- the 220, the short position?

10         A.   Okay, yeah.

11         Q.   What's that?

12         A.   Looks like a sale of 220 shares of Bancorp

13   common at 27.

14         Q.   And then on that same day just below that,

15   another short.  What's that?

16         A.   Same thing, stock at different price for a

17   larger amount of stock, 4,331 shares at 27.

18         Q.   And then on 6-8 --

19         A.   Uh-huh.

20         Q.   -- there's a purchase there --

21         A.   Right.

22         Q.   -- of a long position.  What's that?

23         A.   That's the purchase of the -- of the

24   convertible.

25         Q.   Is that consistent with the convertible

Page 237

1    arbitrage strategy to sell the short before you buy

2    the convertible security?

3           A.   Yeah.  As I said, it depends upon what

4    direction you think the market is going to go.

5    Sometimes we would sell the stock before we bought

6    the bond, you know, and sometimes we'd buy the bond

7    first.  That's a common practice in convertible

8    bonds, verbal trading.

9           Q.   So when you buy and sell the short first,

10   you're at risk; are you not?

11          A.   Yes.

12               MR. SHEEHAN:  Okay.

13               MS. CHAITMAN:  Objection to form.  I think

14   you meant buy the -- didn't you mean --

15               MR. SHEEHAN:  No.  You sell the short.

16               MS. CHAITMAN:  Oh, okay.

17               THE WITNESS:  These are not ever

18   considered riskless trades, by the way, these types

19   of trading.  The client is well aware of the fact,

20   you know, how the strategy works.  That's legging.

21   That's the reason you can do these trades for the

22   most part successfully.

23               It is not -- you know, it is -- it would

24   be very, very difficult to have a simultaneous

25   transaction in a convertible security and generate

Page 238

1    the kind of returns that we're anticipating, that

2    the strategy is designed for.  So that's where the

3    skill of trading comes in and everybody that -- that

4    was sophisticated enough, theoretically every client

5    should have been, you know, the strategy was aware

6    of the fact.  That's why the strategy made sense.

7         Q.  (By Mr. Sheehan)  Isn't the -- I'll put

8    this the correct way.  If you sell -- buy the

9    convertible security and it's at discount and you

10   sell the stock short the same day, all right?

11        A.  Right.

12        Q.  Isn't that a risk-free transaction?

13        A.  No, because depends upon what time, if you

14   may have bought the bond at 10:00 o'clock in the

15   morning and sold the stock at 2:30 in the afternoon.

16        Q.  What if you did it simultaneously?

17        A.  If you did it simultaneously --

18        Q.  Yes.

19        A.  -- it wouldn't be a risk providing you

20   bought it at a discount.

21        Q.  Right, okay.  Why wouldn't you always do

22   that then?

23        A.  Because it might have -- the market

24   wouldn't allow you to do that.  It wasn't available.

25        Q.  All right.  One thing I noticed is that

Page 239

1  going back again to the sales of the shorts, do you

2  see the two entries?

3        A.   Uh-huh.

4        Q.   There are two different prices.  Do you see

5  that?

6        A.   Yeah.

7        Q.   Why didn't you average them?

8        A.   Because this -- this transaction, you know,

9  again, depending upon whether this order was part of

10 a larger -- of a larger order or not.  I can't tell,

11 in other words.  This might have been a stand-alone

12 order.  In other words, there may have not been

13 other customers involved in this transaction or we

14 may have been -- you know, may have been able to buy

15 it all at the same price.

16       Q.   As I understand, your criticism of Mr.

17 Dubinsky is that he didn't understand you were

18 average pricing; is that correct?

19       A.   It depends upon whether you're talking

20 about the split strike or whether you're talking

21 about the convertibles and it depends upon when you

22 were doing and what individual order.

23       Q.   Let's take that piece at a time.  Why would

24 it be different between split strike and convertible

25 arbitrage?

Page 240

1        A.   Because of the size of the -- the size of

2    the orders, the size of the order that we were

3    executing, the number of clients involved in the

4    transaction.

5        Q.   So the larger the order, what would happen?

6        A.   The more you would spread it out over a

7    period of days and buy it -- or even if you did it

8    in the same day, you're buying it, you know, from

9    different brokers at different prices.  You go into

10   the market to buy a thousand shares.  You may be

11   able to go -- to buy all at the same price or you

12   may have to buy it at different prices from the same

13   broker or from different brokers.

14       Q.   All right.  And if you were doing the

15   convertible arbitrage strategy?

16       A.   Do the same thing.

17       Q.   Same thing.  Okay.  Since we're going to

18   end up going through all these, I'm just going to

19   direct your attention to the bottom of the page

20   again.

21       A.   Uh-huh.

22       Q.   And it shows the end positions.  Do you see

23   that?

24       A.   Right.

25       Q.   Could you tell me what the two end

Page 241

1    positions are?

2         A.  It looks like you're long -- you're talking

3    about the Hawaii?

4         Q.  Right.

5         A.  You're long the Hawaii convertible

6    preferred and you're still showing an open short

7    position of Hawaii common stock.

8         Q.  And look at the price there at the end of

9    the positions.

10        A.  Uh-huh.

11        Q.  Is it your testimony that's mark to market

12   there?

13        A.  I would assume it's mark to market.

14        Q.  Okay.  Now, what -- and you can look at all

15   these, so and I'm just representing for the record I

16   always say the documents speak for themselves, that

17   if we were to go through each of these, as I

18   understand it what we would see is that the -- well,

19   maybe I shouldn't try to do that, try to speed

20   things up and I shouldn't.  Let's go to the next

21   page if I could.  All right?  And this is a

22   statement from 7-29-83.  Do you see that?

23        A.  Yes.

24        Q.  And again, the end positions are what?

25        A.  Hawaii.  You're short Hawaii common stock

Page 242

1    and you're long convertible bonds, uh-huh.

2        Q.  Okay.  So that means that you're still

3    holding them since the 6-30, the 6-7 and 6-8

4    transactions?

5        A.  Correct.

6        Q.  Okay.  And again, the price there under the

7    close-out is a mark to market price?

8        A.  I'm assuming that they're mark to market

9    prices.  You know, I'm not sure going back into '83

10   how they handled the -- whether they actually mark

11   to market at that stage or they just carried it

12   forward at the same price that it was bought at.  I

13   don't know.

14       Q.  Aren't you supposed to tell the customer

15   what their market value is?

16       A.  No.

17       Q.  And their positions?

18       A.  No.  You're not -- you're not obligated to

19   tell them.  You're obligated to tell them -- you

20   know, obviously, what you wouldn't be able to do was

21   put a price on it that was totally unrelated to the

22   market, that would be unrealistic to the market

23   price; but typically our systems, you know, I'm

24   assuming that they were the same in '83 or, you

25   know, as they were, you know, at a later date.  They

Page 243

1   get mark to market by the system.

2        Q.   Okay.

3        A.   So that's why, you know, typically I've had

4   no reason to believe that it wasn't handled that way

5   in '83, but I can't tell you for sure.

6        Q.   Again, would that be Annette or one of her

7   people doing this operational work?

8        A.   It would be the -- it depends upon whether

9   the system did this or they did it manually.

10       Q.   Okay.  But would Annette Bongiorno be

11  responsible for the operational --

12       A.   Someone in the -- well, someone in that

13  department.  Back in '83, you know, there were

14  different people.  It could have been Dan Bonventry,

15  you know.  I don't know.

16       Q.   Right.  Let's go to the next statement.

17  This is August 31, '83 and there are three entries

18  there on August 8th.  Do you see them?

19       A.   And by the way, let me just correct

20  something so you know.  Annette Bongiorno is

21  basically a bookkeeper.  She's not really what we

22  would deem to be a senior operations person,

23  particularly in 1983.  She's more of a bookkeeper

24  clerk.  She's not a systems person or she's not a

25  cashier, an operations person.

Page 244

1      Q.  Let me clarify that then because when I

2  asked you earlier who would be responsible, you told

3  me Annette.  Is there someone else who would have

4  been responsible?

5      A.  She's responsible for the client.  She

6  handles the client business.  She doesn't -- like

7  she's not in the back office type of an operations

8  that receive or deliver or even the mark to the

9  market.  That's not something that she would handle.

10     Q.  In this '83/'84 time frame --

11     A.  At any time.

12     Q.  I understand that, but my question was

13  going to be in that time frame who would have been

14  that back office person?

15     A.  I don't remember.  It could have been Dan

16  Bonventry.  It could have been, you know, Irwin

17  Lipkin.  It could have been, you know, Sylvia

18  Hendel.

19     Q.  All right.  Let's turn as I was just going

20  to to August 31, 1983.  Again, this purports to be a

21  statement for Leonard Alpern of that date.  If you

22  would look at the entries for August 8th and tell me

23  what they represent to you?

24     A.  August 8th?

25     Q.  Yep.

Page 245

1          A.   Oh, it looks like the -- a purchase --

2    well, these are receiving -- this is a transaction

3    of warrants, forum group warrants.  And these are

4    just receive and deliver of positions of forum

5    warrants.

6          Q.   Yeah.  Do you see what the entry there is

7    on 8-8 with regard to the preferred security?

8          A.   On 8-8?

9          Q.   8-8.

10         A.   Yes.

11         Q.   There's an entry where it is you're

12   selling.  Do you see that?

13         A.   Monsanto?

14         Q.   No.  The Bancorp Hawaii preferred?

15         A.   This looks like a receive and deliver.

16         Q.   Right.

17         A.   Uh-huh.  That's not a buying or a sell.

18   That's a receiving.

19         Q.   So you delivered in the convertible

20   securities?

21         A.   That's the accountant was -- right.

22         Q.   Does that mean you converted it?

23         A.   It could have been converted, it could have

24   been swapped.

25         Q.   What's a swap?

Page 246

1         A.   A swap is when you go in and you exchange

2    the position with -- for the customer with another

3    -- with another client or another -- a bank or

4    another dealer.

5              In other words, you had someone on the

6    other side of the transaction that -- if I have --

7    if a client is long on bond and short common stock

8    and you -- the trader is -- I determine that I want

9    to close out that transaction and rather than go out

10   and physically convert it into the other, I just

11   want to go ahead and go into the marketplace or go

12   into another dealer and say look, I'm willing to

13   convert -- I'm willing to exchange my bonds for

14   stock and so on and so forth.  You wouldn't want it

15   that way.

16        Q.   Okay.  Let's go back to the 6-30-83

17   statement here of Mr. Alpern.  So it's two back, I

18   think.  June 30.  And there's an entry there on

19   June 8th that's showing fractional shares being

20   credited to the account.  Do you see that?

21        A.   6-30?  Oh, the statement.  Okay.  Yeah,

22   right, uh-huh.

23        Q.   The statement is 6-30, but the entry is

24   6-8?

25        A.   Right, yeah.

Page 247

1          MR. SHEEHAN:  I'm sorry.

2          MS. CHAITMAN:  Which line are you looking

3     at?

4          MR. SHEEHAN:  I apologize.  It's 6-15.

5          THE WITNESS:  Okay.

6          MR. SHEEHAN:  I'm looking at the wrong

7     line.  I apologize.

8          MS. CHAITMAN:  Okay.  6-15, okay.

9     Q.  (By Mr. Sheehan)  Yeah.  6-15, do you see

10    fractional shares?

11    A.  Uh-huh.

12    Q.  See that?  Would that indicate to you that

13    it had been converted?

14    A.  I'm responding the same way I said before.

15    I don't know whether it was converted or whether --

16    I don't know how they handled the fractional shares.

17    Q.  And do you have an explanation of why you

18    would have fractional shares showing on 6-15 when,

19    in fact, the preferred wasn't delivered until 8-8?

20    A.  I can't respond to that.  I don't know how

21    they handled that.  I'm not an operations person.

22          MR. SHEEHAN:  Okay.  All right.

23          (Discussion off the record.)

24          MR. GOLDMAN:  I can see.

25    Q.  (By Mr. Sheehan)  Yesterday Ms. Chaitman

Page 248

1    asked you about a meeting with the attorney's office

2    shortly after your arrest.  Do you remember that?

3         A.  Yes, yeah.  Oh, yeah.  Okay.

4         Q.  Okay.  Well, let me put it in context.  I'm

5    going to represent to you that that meeting took

6    place on December 16th, 2008.

7         A.  You're talking about down here?

8         Q.  No, no.  I'm talking about --

9         A.  Oh.

10        Q.  -- 2008, December 16th, days after your

11   turning yourself in as --

12        A.  Right.

13        Q.  Did you meet with -- do you recall meeting

14   with the U.S. Attorney and other representatives of

15   the SEC, et cetera?

16        A.  Up in my house, in my apartment?

17        Q.  No.  I'm not sure the location.  I wasn't

18   there.

19        A.  Yes.  It was in my apartment.

20             MR. SHEEHAN:  Okay.

21             MR. GOLDMAN:  Wait.  Don't -- I don't

22   know, but are you confusing the FBI with the U.S.

23   Attorney's office?

24             THE WITNESS:  No.  There was a meeting

25   that was held that had a lot of people.  They had

Page 249

1    the FBI was up there.  Marc Litt was on a conference

2    call, who was the prosecutor.  There was a whole

3    bunch of people.  There must have been 20 people up

4    in my apartment.

5         Q.  (By Mr. Sheehan)  That's the meeting I'm

6    referring to.  I didn't know it was in your

7    apartment.  I forgot you weren't incarcerated.  You

8    were --

9         A.  The only Trustee I remember being there was

10   the Trustee, I think, from London or from -- I don't

11   know if it was -- it wasn't Picard.

12        Q.  No.  He was not there.

13        A.  No.

14        Q.  Do you mean Mr. Akers?

15        A.  I don't remember his name, but I remember

16   he was the Trustee from Price Waterhouse, I think.

17        Q.  Okay.  All right.  And what was the purpose

18   of that meeting?

19        A.  I don't really -- I don't know.

20        Q.  Do you recall before the meeting signing

21   what's called a proffer statement?

22        A.  Yes.  That was at the -- that wasn't -- the

23   proffer meeting was, you know, before that.

24        Q.  Right.  What did you understand the proffer

25   statement to be?

Page 250

1          A.   That basically to just, you know, explain

2     to them what happened, how the fraud began and

3     started and so on.  It was --

4          Q.   Right.  And were you aware that someone --

5     that the FBI was taking notes of that meeting?

6          A.   I was aware that they were there.  I don't

7     remember whether they were taking notes or not.

8          Q.   Are you aware of the fact that they reduced

9     those notes to what they call a 302 statement?

10         A.   No.

11         Q.   Okay.

12         A.   I don't know what that is.

13         Q.   All right.

14         A.   I think the FBI was standing at my piano.

15    They didn't seem to be taking notes because I

16    remember they were looking through the pictures of

17    my family at the piano.  They didn't seem to have

18    much of an interest in what was going on.  I don't

19    know why they were even there, quite frankly.

20         Q.   Okay.  And I think Ms. Chaitman already

21    asked you this, but when you spoke to that group

22    that day did you tell them the truth?

23         A.   Uh-huh, yes.

24         Q.   Okay.  Let's -- I want to go back to

25    operations.  We'll go back to 302 later, but the

Page 251

1    operations of the business.  And just to get some

2    clarity on that, and I want to start with house

3    five.  All right.  We call it house five.  Did you

4    call it house five?

5         A.   It sounds familiar, but yeah.  That's not

6    my area.

7         Q.   Okay.  We understood that you called the

8    market making and proprietary operation house five.

9         A.   That's what the operations department

10   called it, I guess.

11        Q.   Okay, fine.  It's not a term that's

12   unfamiliar to you; is it?

13        A.   Slightly.  I'm not sure.

14        Q.   Okay.  Well, then let's just call it market

15   making.

16        A.   Uh-huh.

17        Q.   When I say that, I mean both market making

18   and proprietary unless you tell me I'm wrong.

19        A.   No.  It sounds about right.

20        Q.   Okay.  And what I need to know is I'm going

21   to ask you some names and if you could just tell me

22   as you understood it, and I'm focusing on the '80s

23   now because we already talked about post-'92,

24   focusing on the '80s, what the work assigned to them

25   was, what they were required to do, et cetera, what

Page 252

1    their jobs were.  All right?  And the first one is

2    Marty Joel.

3           A.   He was a trader.

4           Q.   Okay.  In the market making?

5           A.   Correct.

6           Q.   Okay.  David Kugel, I think we've heard

7    about him?

8           A.   Same.

9           Q.   Okay.  Did he ever provide any assistance

10   in the investment advisory side?

11          A.   Other than -- other than giving Annette's

12   department the correct formula to use when you were

13   handling a trade for a client.

14          Q.   Okay.  Andrew Madoff?

15          A.   I think he started after '87; didn't he?

16          Q.   Yeah.  He was later.

17          A.   He would have been proprietary trading and

18   market making at that time.

19          Q.   What about Mark?

20          A.   The same.

21          Q.   What about Peter?

22          A.   Peter was at one point a market maker,

23   involved in market making.  I'm not sure of the --

24   I'm not sure of the dates.  And then he also was a

25   compliance, handled the compliance for the firm and

Page 253

1   systems.   He did a lot of things, my brother.

2          Q.   Okay.   Now, how were the market make -- the

3   traders in market making, how were they compensated?

4          A.   They get -- typically got a percentage,

5   25 percent of their net trading profit.

6          Q.   And how was that calculated?

7          A.   By whatever, you know, the back office

8   would come up with a figure of what the net profit

9   was based upon after deducting trading expenses.

10          Q.   Okay.   So let's say I did -- I'm going to

11   give you a hypothetical.   You can correct it if I

12   say something wrong, but the trader does a trade for

13   50,000 shares of General Electric and he generates a

14   profit of $25,000.   All right?

15          A.   Uh-huh.

16          Q.   And then you take that 50,000 shares and

17   you move it over to the IA business as taking

18   inventory from market making; right?

19          A.   Uh-huh.

20          Q.   You said that's what you would do.   How

21   does he get compensated at that point?

22          A.   He doesn't -- the market making doesn't --

23   isn't compensated for anything dealing with a

24   client.   The market makers get compensated on

25   basically what their profit was when they bought and

Page 254

1    sold the stock, you know, from other dealers.  The

2    market makers did not handle the customer

3    transaction.  They weren't selling it.  So the

4    market makers typically only dealt with other

5    broker-dealers.

6            Q.  Okay.  Did the traders have limits on the

7    amount of capital they could invest?

8            A.  Yes, uh-huh.

9            Q.  Would they be different for each trader?

10           A.  Yes.

11           Q.  Do you remember what David Kugel's was?

12           A.  You know, I don't remember.  Depends upon

13   the time frame, you know, we've been talking about.

14   They vary.

15           Q.  I want to go back to Marty Joel for one

16   question.

17           A.  Uh-huh.

18           Q.  Did he do convertible arbitrage?

19           A.  Yes.

20           Q.  He did.  Let's go to house 17, right, which

21   is the investment advisories?

22           A.  Right.

23           Q.  Okay.  And if you can give me sort of the

24   employment history background of the following

25   people, what their jobs were, et cetera, which may

Page 255

1    have changed over time.

2            A.   Right.

3            Q.   And if you could tell me that, that would

4    be good, too.

5            A.   Uh-huh.

6            Q.   Frank DiPascali?

7            A.   What time frame are you talking?

8            Q.   Let me start with when Frank started and

9    how his roles changed over time.

10           A.   He started basically as a clerk.

11           Q.   When was that?

12           A.   I don't remember when he started, quite

13   frankly.

14           Q.   Approximately.  In the '70s, '80s?

15           A.   Probably, I guess, in the '80s.

16           Q.   Okay, fine.

17           A.   I don't know.

18           Q.   Okay.  So he started as a clerk and then

19   what?

20           A.   He started as a -- well, he started as an

21   assistant trader or clerk.  He was, quite frankly,

22   never particularly -- he wasn't particularly

23   talented as a trader.  He also had a problem with

24   attendance.  He -- for some reason Frank had a

25   difficult time making the opening.

Page 256

1      Q.   Right.

2      A.   So he -- he worked as a desk assistant,

3  which is basically a clerk for one of the other

4  market makers.  That's how they get experience and

5  they learn.  And depending upon what -- what the

6  trader that they're assisting thinks of his ability,

7  they then move up to being -- get a list of stocks,

8  you know, on their own as a market maker.

9          He never really had that.  He was never --

10  he was never -- we never felt he was capable of

11  being a risk, what we call a risk trader, market

12  maker.

13     Q.   So did he ever become a trader in your

14  market making operation?

15     A.   No.

16     Q.   So what he did do was -- I don't want to

17  put words in your mouth.  He assisted?  Would it be

18  fair to say he assisted the traders?

19     A.   Yeah, yeah.  He did.  He assisted any

20  number of different traders, which was common.  We

21  would move him around from different traders to

22  learn different aspects of the market making

23  business.

24     Q.   Did there come a time where he did more

25  than being an assistant to a trader?

Page 257

1          A.   On the trading desk?

2          Q.   No, outside.  Did he move on?

3          A.   He did move on.  He moved on to handling

4     the clients, handling the actual, you know, breaking

5     up the strategies for the clients.

6          Q.   Okay.  Would he work on the convertible

7     arbitrage strategy?

8          A.   Yes.  At times, yep.

9          Q.   Okay.  And then did he work on the split

10    strike conversion strategy?

11         A.   Yes.

12         Q.   When did he -- as best you can recall, when

13    did he make that move to the customer side?

14         A.   He was doing it in probably the maybe late

15    '80s to early '90s.

16         Q.   Okay.  What role did -- if any, did Frank

17    DiPascali play in turning to a split strike

18    conversion strategy?

19         A.   He would have played a major role at that

20    stage, you know.

21         Q.   What did he do?

22         A.   He supervised all the other people.  He

23    took instructions from me as to when we were going

24    to go into the market.  And he was -- he was very

25    talented when it came to helping to build the system

Page 258

1    that tracked the various baskets of securities and

2    so on.  He did pretty much everything.

3         Q.  Okay.  So let's turn to Annette Bongiorno,

4    sort of the same thing.  When did she start and what

5    was her employment history?

6         A.  She started basically almost as a

7    receptionist when the firm had very few employees.

8    She was a bookkeeper, receptionist.  People did

9    multiple jobs, you know.

10        Q.  And did there come a time when she passed

11   beyond being just a receptionist and did other

12   things?

13        A.  Yeah.  I mean, you know, she learned --

14   because she came to work for us, you know, right out

15   of school.  So she didn't know anything about

16   bookkeeping really or, you know, the stock market

17   and so on.  So it was just a gradual process.

18        Q.  Did she work on the market making side?

19        A.  No.

20        Q.  Did she always work on the customer side?

21        A.  Yes.

22        Q.  What -- when she went past being the

23   receptionist, what have you, what was her next role?

24        A.  She -- I would say she moved from starting

25   to being sort of a combination secretary,

Page 259

1    bookkeeper, you know.  She did a lot of -- you know,

2    we didn't have a lot of people working for us.  And

3    then she -- you know, she handled the customers.

4    She spoke to them on the telephone.  They got

5    instructions.  She answered questions about their

6    accounts and so on and so forth.

7         Q.  Did Annette Bonjourno work on the split

8    strike conversion strategy?

9         A.  For the most part she didn't have a major

10   role in that, no.

11        Q.  What were the customers she was talking to

12   and working with?

13        A.  She handled the big four clients was her

14   particular role.  And also she ran a whole

15   department of other bookkeepers, you know, that

16   handled -- that were involved in doing the

17   processing of the split strike trades.

18        Q.  Okay.  Just a couple more.  Jodi Crupi?

19        A.  Jodi Crupi worked as an assistant to Frank

20   DiPascali and basically in the split strike, in the

21   convertibles.  Primarily it was on the -- she was on

22   the 17th floor and she handled the checkbook, checks

23   in, checks out for clients and so on.

24        Q.  Okay.  And then, lastly, Joanne Sala?

25        A.  Joanne Sala was in Annette's department,

Page 260

1   basically was a bookkeeper.

2         Q.   Okay.   She reported to Annette?

3         A.   Yes.

4         Q.   Okay.   Who -- I think you've already

5   answered this, but I want to just be sure.   The

6   financial reporting --

7         A.   Uh-huh.

8         Q.   -- that was required of you as you ran it

9   individually or later as an LLC, who was responsible

10  for that financial reporting?

11        A.   Financial reporting where?   You're talking

12  about the focus reports?

13        Q.   Like focus reports or any other SEC

14  inquiries or things like that.

15        A.   Basically, that would have been -- well,

16  certainly me always from day one --

17        Q.   Right.

18        A.   -- you know, was the one that signed the

19  focus reports and reviewed the focus reports.   It

20  would have been Irwin Lipkin, who was the --

21  considered to be the cashier originally.   Then there

22  was a girl named Sylvia Hendel, who happened to have

23  been killed by a bus leaving the office one day.

24  That was in the '90s.   She was the -- she had the

25  job that Enriqua Pitz took over.

Page 261

1      Q.  Okay.

2      A.  So she compiled the focus reports at one

3  point.  She worked with Irwin Lipkin.

4          MR. SHEEHAN:  Okay.  Let's take a break

5  right here; okay?

6          MS. CHAITMAN:  Sure.

7          THE VIDEOGRAPHER:  Going off the record.

8  The time is 10:11 a.m.

9          (A recess was taken and Trustee's Exhibit

10  Number 3 was marked for identification.)

11          THE VIDEOGRAPHER:  Back on the record.

12  The time is 10:25 a.m.

13      Q.  (By Mr. Sheehan)  Mr. Madoff, you're about

14  to be handed Exhibit Number -- the Trustee's Exhibit

15  Number 3.

16      A.  Uh-huh.

17      Q.  And for the record, I will identify this as

18  a document that is copies of a Rolodex set of cards.

19  And the reason you have all, but we're not going to

20  ask you about all these pages here, we're going to

21  ask you about the first couple, but is that this is

22  a complete set of what was in that Rolodex.  All

23  right.  So we wanted to give you that.

24      A.  Uh-huh.

25          MS. CHAITMAN:  Whose Rolodex was it?

```
                                              Page 262

 1              MR. SHEEHAN:  It's Mr. Kugel's.

 2              MS. CHAITMAN:  David Kugel's.  All right.

 3         Q.  (By Mr. Sheehan)  So turning to the second

 4    page, and these are double-sided so it's on the

 5    left-hand side.

 6         A.  Uh-huh.

 7         Q.  Take a -- I'm going to actually only ask

 8    you about the left and the right-hand side, those

 9    two cards at this point.  And take your time.  Take

10    a look at it first.  So my first question --

11         A.  Uh-huh.

12         Q.  -- is do you recognize the handwriting?

13         A.  It's certainly not David Kugel's.

14         Q.  Okay.

15         A.  No.

16         Q.  Do you know who it is?

17         A.  No.

18         Q.  Is any of this handwriting yours?

19         A.  No.

20         Q.  Okay.  So it says on this, it starts -- and

21    I'm just going to read it.  Obviously, the card

22    speaks for itself, but it says prices and then one

23    that's circled.  It says look on calendar for work

24    to be done Tuesday through Monday.  Do you see that?

25         A.  Uh-huh.
```

Page 263

1      Q.   And then it says two, go back two Fridays.

2      A.   Uh-huh.

3      Q.   And three, that will give you your date to

4   start to present for instances 6-5 through 6-11?

5      A.   Uh-huh.

6      Q.   Start at 5-25-84 --

7      A.   Uh-huh.

8      Q.   -- through present?

9      A.   Uh-huh.

10     Q.   Now, what, if anything, does that mean to

11   you?

12     A.   I'm assuming that they're giving whoever is

13   setting up the transaction instructions as to when

14   to look through the trading ledgers to see when we

15   -- what stock we bought or bonds we bought.

16          MS. CHAITMAN:  David, if I can just

17   interrupt, whose handwriting is this?  Do you know?

18          MR. SHEEHAN:  Not -- I don't know.

19          MS. CHAITMAN:  But you said it was David

20   Kugel's --

21          MR. SHEEHAN:  It's his Rolodexes.  He's

22   identified them in the past.  I don't know whose

23   handwriting.

24          THE WITNESS:  He would not have this.

25   This is not -- this would have nothing to do with

Page 264

1    David Kugel.  This is something that is -- would be

2    in Annette's department because David Kugel doesn't

3    even have a Rolodex.  This would not be up in his --

4    you know, on his desk.

5              These were instructions to whoever is

6    actually going to put the trades through and it's

7    telling them to search through the firm's trading

8    ledgers and investment ledgers.  It's looking

9    through the inventory to pick out, you know, what

10   prices or what stocks to use.

11        Q.  (By Mr. Sheehan)  Mr. Kugel has testified

12   that he would go back two weeks to find trades that

13   gave a predicted outcome?

14        A.  Yeah.  He could be looking at, you know, at

15   his market making trades in which, you know, what

16   bonds we bought, which then would go into the firm's

17   trading ledger.

18              So if, in fact, Annette would call him or

19   whoever called and say look, David, we have money in

20   that we need a million dollars' worth of

21   transactions for a convertible security, he would

22   look into his -- you know, his market making, you

23   know, trading which he had -- he had sheets as to

24   what he bought and sold and look at what -- what

25   stocks, what strategy was available, you know, for

Page 265

1    that.  So that's what they're asking him to do.

2    They're asking him to pick out a convertible that --

3    that he was able to set up, long the bonds and short

4    the stock at a particular price.  That was his --

5    that was his job.  That's where he made money.

6         Q.  The testimony that he's given is that this

7    was done to give a predetermined profit to somebody?

8         A.  No.  Look, I tried to explain that to you

9    yesterday.  That's not the way the trades are done.

10   Let me explain it to you.  The market maker is

11   making -- that trades convertible bonds or whether

12   he trades stock, it doesn't matter.  He's trading

13   convertible bonds.

14         The convertible bonds trader, whether it be

15   Marty Joel, whether it be David Kugel, whether it be

16   Mark Feldman or any other number of convertible

17   traders, their job is making a market and trading in

18   that convertible security, at which point they are

19   -- they're quoting to the -- out to the immediate

20   world what they want to buy bonds and short stock.

21         And they may turn around and set up the

22   trade.  They'll buy bonds on Monday and sell stock

23   Monday afternoon or maybe they'll sell it Tuesday or

24   Wednesday and they have a -- they have a position, a

25   market making position being long on bonds and short

Page 266

1    of stock.  And they may have a -- as I said, they

2    may be planning to do this eventually to convert or

3    they may want to turn around and just unwind the

4    transaction, having nothing to do with the client.

5    You know, everything that the market makers buy and

6    sell doesn't typically go to a client.

7           It goes to the firm's account, and he

8    doesn't care whether we sell it to a client or not.

9    His profit and loss is based upon what he's able to

10   buy that stock.  Then, you know, then that stock

11   goes into the firm's trading inventory.  All right.

12   And at that stage of the game it's the firm's

13   inventory.

14          If, in fact, we have a customer that we

15   wanted to set up a trade for, what typically we do

16   is Annette or whoever would contact David and say

17   listen, we have money that we want to set up for a

18   client in a convertible bond.  Did you have any

19   trades that you -- that looked like that would be a

20   good trade for a customer, you know?

21          He would -- you know, he would say yes.

22   Okay.  I did trades in Bancorp or whatever it is and

23   he'd say just, you know, if you're going to set up a

24   trade in Bancorp, you have to buy the bonds, you

25   know, X number of bonds, short X number of stock.

Page 267

1    They then would go and turn around, the next step

2    would be the person let's say on the 17th floor or

3    wherever they were located would then search through

4    the firm's ledgers and inventory or blotters, you

5    know, discount, and pick out those securities.  And

6    then we're doing that.

7            All right.  Now, that's -- then it becomes

8    a client trade.  The market maker doesn't get

9    involved in that unless we're taking it out of his

10   inventory.  And you then -- and the reason why the

11   market maker doesn't get any compensation on that,

12   because that's -- the firm is now charging the

13   customer a mark-up, which is a little -- can be

14   considered a commission equivalent.

15           And that's what the investment advisory

16   side is making their profit.  The market maker

17   doesn't participate in that.

18       Q.  Wasn't a mark-up just four cents a share?

19       A.  It varied.  It depends upon -- the

20   convertible bond market was different than the split

21   strike was -- used to be three cents, four cents,

22   three cents, then it went down to two cents; but the

23   convertible bond market could be a maximum of five

24   percent, which was what the NASD was.  This was

25   years ago, but then we typically would be less than

Page 268

1  it would typically be, a couple of percent.

2      Q.  So when the traders trade with -- you know,

3  looking back to find a trade that's going to give a

4  profit to your customer --

5      A.  Uh-huh.

6      Q.  -- and you move that out of inventory, the

7  trader loses his income off of that?

8      A.  No.  He doesn't lose his income.  He loses

9  that position.

10     Q.  And does he get paid for the profit that

11 he's generated?

12     A.  Yeah.  Of course, he gets trade for the --

13     Q.  I thought you said a moment ago he didn't?

14     A.  He gets trade for his profit, what he's

15 buying and selling, you know.  Once -- if the --

16 depends upon whether it remains in the trader's

17 inventory or whether it's moved out of the trader's

18 inventory.

19     Q.  That's my point.  If it goes into the

20 customer account --

21     A.  Right.

22     Q.  -- you give the profit to the customer;

23 right?

24     A.  We give the profit of the trade to the

25 customer, yeah.

Page 269

1        Q.   Right.   So how do you compensate the

2   trader?

3        A.   He doesn't get compensated.   His

4   compensation comes from his trading with our

5   customers.   Most of his market maker's trades, you

6   know, have nothing to do with clients.   It goes in

7   and out, you know, bought and sold and never even

8   appears in the customer transaction.

9        Q.   But if you're using your inventory, if the

10  customer inventory is, in fact, market making

11  positions --

12       A.   Right.

13       Q.   -- are you paying twice on the profit?

14       A.   No.   He's -- once it's in his -- if it's in

15  the inventory and is not in a customer -- it's not

16  been used for a customer, then if the trader gets

17  mark to market, you know, and that profit or loss is

18  the trader's.   Once it goes out of, once it's taken

19  out of our inventory --

20       Q.   Right.

21       A.   -- or out of the trader's inventory, he's

22  finished with it.   That's it.

23       Q.   Does the customer then get the same profit?

24       A.   The customer gets the profit based upon

25  whether the -- you know, what happened with the

Page 270

1    transaction, whether it was unwound, whether it was

2    converted and so on.  They're two separate trades.

3          Q.  Well, you mean you can actually realize

4    profit before the conversion or before the

5    unwinding?

6          A.  No, not until the customer's trade is

7    closed out.  Look, let me give you an example.

8    Let's assume -- let's assume you're forgetting about

9    a convertible trade or bond.  Let's look at common

10   stock.  Bear Stearns or Merrill Lynch, you know, has

11   a market making department.  All right.  The market

12   makers are trading the stock for the firm's account

13   and they're making profit or loss, you know, on

14   their -- whatever they're trading.  All right.

15         Q.  Yeah.

16         A.  They then -- they then, you know, take

17   from -- the market makers shows the position of long

18   a thousand shares of stock at ten.  If that -- if

19   that now goes -- you know, the salesman is looking

20   to buy stock for one of his clients at ten.

21         Q.  Right.

22         A.  He goes in and he's going to buy it from

23   the firm's inventory at ten and charge the customer

24   a commission.  Once the stock is taken out of the

25   firm's inventory for the market maker, he's out of

Page 271

1    the picture anymore depending -- you know, because

2    the stock is now sold to a client.  So the client's

3    -- if the client bought the stock at ten, the market

4    maker may have bought stock at ten and he -- you

5    know, and then turned around, stock went up to

6    eleven.

7              And, you know, that's his profit, from ten

8    to eleven.  Now the customer comes into the

9    transaction to buy the stock at eleven, you know,

10   and the stock may go up to twelve.  That's the

11   customer's, you know, profit or the commission

12   involved, has nothing to do with the trader.

13        Q.   I understand that, but what I was saying,

14   when you're dealing with a convertible arbitrage

15   strategy doesn't a profit always occur when you

16   either unwind it or you convert it?

17        A.   Yes, yeah.

18        Q.   And doesn't that always happen in the

19   customer account if you take it out of inventory and

20   put it in the customer's account to give them that

21   profit?

22        A.   That's right.

23        Q.   Okay.  So then whatever profit was there is

24   lost to the trader because now you've taken it out

25   and given it to the customer?

Page 272

1          A.   Yeah, but he -- it's -- I'm not sure I

2     understand what you're trying to get at.

3          Q.   Well, he can't make a profit in the market

4     making operation until he either unwinds it or he

5     converts it; right?

6          A.   If --

7          Q.   You're saying that you look back and you

8     see that sitting there and you realize I'm going to

9     take that out of there and give it to a customer and

10    give them that profit.

11         A.   Uh-huh.

12         Q.   And you do; right?  That's your market

13    making or your convertible arbitrage strategy?

14         A.   For the customer, right.

15         Q.   Right.  But if you take it out of the

16    inventory of the market maker, he can't get any

17    profit because --

18         A.   No.  He doesn't.  His profit was made on

19    transactions that had nothing to do with the

20    customer, just buying and selling the stock, you

21    know.

22         Q.   All right.  I think we've gone over it

23    enough.  Let me ask you this.  When you were doing

24    the split strike conversion strategy, you know, in

25    the '90s and not buying stock --

Page 273

1          A.   Uh-huh.

2          Q.   -- how would you arrive at the prices that

3     you would put into the basket?

4          A.   Based upon, you know, what the stock was

5     selling at at that price.

6          Q.   Would you not look back and figure out what

7     the stock was so you would always sell -- sell high

8     and buy low?

9          A.   No.   In other words, the -- that was all

10    done by a system that we had dynamic systems.   We

11    had ticker feeds that came into the firm.   And the

12    split strike, there was a program built that would

13    monitor the stocks that were in the basket, you

14    know.   So that was all done automatically.   It

15    wasn't that we went back and, you know --

16         Q.   You didn't do it with hindsight?

17         A.   No.

18         Q.   You didn't use yesterday's newspapers?

19         A.   No.

20         Q.   All right.   If I told you that VWAP for you

21    is at 80 percent, you know, profit --

22         A.   Uh-huh.

23         Q.   -- what would your comment be on that?

24              MS. CHAITMAN:   Objection to form.

25              THE WITNESS:   I'm not sure I understand

Page 274

1    what you're asking me.

2          Q.   Okay.   In other words --

3          A.   VWAP is --

4          Q.   -- if you're doing VWAP, what's good VWAP,

5    a good percentage?

6          A.   VWAP refers to what was bought and sold.

7    It has nothing to do with what a profit is.   VWAP is

8    measured based upon what -- what actually took place

9    on the floor of an exchange if, in fact, you were

10   executing the order.   It's not -- it would have

11   nothing to do with split strike.

12         Q.   Doesn't it have to do with best price?

13         A.   It has to do with what you would have been

14   -- what you would have been able to execute an order

15   at --

16         Q.   Right.

17         A.   -- on the floor.   In other words, what

18   actually took place on the floor.

19         Q.   And price is part of that analysis?

20         A.   Yeah, of course.

21         Q.   Right.   And when you were selling in the

22   split strike, you said you never did a VWAP

23   analysis?

24         A.   No.

25         Q.   All right.   If you did one, would you be

Page 275

1    surprised to know that you always sold -- 80 percent

2    of the time you sold high?

3              MS. CHAITMAN:  You sold what?

4              MR. SHEEHAN:  High.

5              THE WITNESS:  First of all, let me explain

6    something to you.

7              MS. CHAITMAN:  Objection to form.

8              THE WITNESS:  The VWAP, the VWAP is trades

9    that took place on the floor of the exchange, has

10   nothing to do with what took place over the counter.

11             MR. SHEEHAN:  Right.

12             THE WITNESS:  So it wouldn't equate to us

13   because VWAP, a VWAP is measured on floor

14   executions.  Our executions were -- our executions

15   if we were executing would have been over the

16   counter.  It wouldn't matter.

17        Q.  (By Mr. Sheehan)  You mean all the stocks

18   that you had in your split strike baskets were

19   over-the-counter trades?

20        A.  Yes.

21        Q.  The stocks themselves?

22        A.  Yeah.

23        Q.  Not the calls and puts?

24        A.  No.  The stocks themselves.  We were the

25   largest third market maker in the country.

Page 276

1          Q.  So --

2          A.  Madoff was known as the largest third

3   market dealer in the country.  You know, all of our

4   transactions that we did with hundreds of our

5   brokerage firms --

6          Q.  Yeah, but --

7          A.  -- and listed securities was done over the

8   counter.  They weren't stock exchange.  They weren't

9   even reported to the stock exchange.

10         Q.  You never put any of your split strike

11  trades to your market making?

12         A.  No.  We didn't do the trades.  The clients

13  thought we were doing the trades over the counter.

14  They never assumed that we were doing them on the

15  floor of an exchange because our business was

16  over-the-counter dealing.

17         Q.  So when you traded 200 million shares of

18  Microsoft, you did that OTC?

19         A.  Yes.  Well, first of all, Microsoft isn't

20  listed on the exchange anyway.  Let's say -- let's

21  say IBM --

22         Q.  Right.

23         A.  -- which is a listed security.  We were not

24  -- our trades weren't done on the floor of the

25  exchange.  With Merrill Lynch when Merrill Lynch

Page 277

1    bought stock from us, they were buying that -- that

2    was an over-the-counter transaction even though it

3    was a listed security.

4            Q.   When you say listed, you're limiting

5    activity to --

6            A.   Listed on the --

7            Q.   New York Stock Exchange.

8            A.   It's eligible to list on the -- it's a

9    stock that is listed over -- look, today, for

10   example, 70 percent of the New York Stock Exchange's

11   listed securities are transacted over the counter.

12   They're not -- they're transacted through the black

13   -- the dark pools.  They're transferred -- they're

14   executed through dealers like Madoff.

15              Only 30 percent of them actually take place

16   on the floor.  So when you look at a VWAP order,

17   that's a VWAP is reflecting to trades that took

18   place on the floor of the exchange.  They're not

19   taking -- they have nothing to do with an

20   over-the-counter transaction even though it's a

21   listed security.

22           Q.   Okay.  All right.

23           A.   You know, I want to interject something.

24           Q.   You go right ahead.  I love when witnesses

25   volunteer.

Page 278

1              A.   You asked me about David Kugel and how

2       could he have said certain things.

3              Q.   Right.

4              A.   I'm not sure -- if you were asking these

5       questions of David Kugel right now, he would

6       probably be as confused as let's say he would be

7       going through exactly what you're doing by saying,

8       well, did you -- how did you set this transaction

9       up?

10             And David Kugel would say to you, well, I

11      go back and I look at my transactions of what I did,

12      you know, in this particular security, you know,

13      four or five days ago because I know that that

14      security is in the inventory.  All right.  So that

15      was -- there were bonds bought and stocks bought

16      because he bought and sold them.  So now -- and he

17      may have bought them for his market making account.

18             He may have bought it for the firm's

19      investment account.  And he'd say yeah, that's a

20      transaction you should do.  All right.  That -- he

21      gives that information to now the operations

22      department, let's say Annette's department.  They

23      then go and they look through.  If you -- if for

24      some reason you interpreted what David said is that

25      he actually set up the transaction, that he went

Page 279

1    back and looked at prices, it was not what you -- he

2    wasn't selling, going to use the prices that I

3    bought in stock for.  He would be looking -- looking

4    for the firm's -- now that's in the firm's

5    inventory.  It's different.  There's a market making

6    inventory and then there's the firm's inventory.

7         Q.  I understand, but just to stick with that

8    for a minute.  All right?

9         A.  Okay.

10        Q.  So David executes a split -- not a split

11   strike.  A convertible arbitrage strategy?

12        A.  Uh-huh.

13        Q.  Let's say he even does it on the same day.

14   All right.  So he's got profit built in risk-free.

15   It's two weeks later.  That trade actually happened.

16        A.  Right.

17        Q.  Right.  And when he puts into the -- you

18   put into the customer statement is that exact trade,

19   but there's no profit because there was no trade?

20             MS. CHAITMAN:  Objection to form.

21             THE WITNESS:  I don't know what you mean.

22        Q.  (By Mr. Sheehan)  No.  In other words,

23   you're taking history, all right, the trade that

24   David just did and which he made a profit and now

25   you're taking that and putting it into the customer

Page 280

1    account --

2         A.   No.  I'm not.

3         Q.   -- as though there's a real trade when

4    there really wasn't a real trade?

5         A.   I'm not -- I'm not putting it into the

6    customer account, you know.

7         Q.   Well --

8         A.   Putting it into the customer account from

9    the firm's trading account or inventory, not from

10   David's account.

11        Q.   But we were looking this morning at Mr.

12   Blecker --

13        A.   Right.

14        Q.   -- and there is no fractional share until

15   you actually convert, and yet you're showing a

16   fractional share six weeks early.  How could you do

17   that unless you were backdating the trade?

18        A.   It's -- look, I told you that I'm not sure

19   how they -- look, if I am selling stock from the

20   firm's -- if I set up a trade for Blecker, all

21   right, and the firm came -- and it came out of the

22   firm's inventory --

23        Q.   Right.

24        A.   -- it has nothing to do with David Kugel

25   let's assume, the market maker.  It's not in the

Page 281

1    firm's inventory.  All right.  That stock got into

2    the inventory from the market making, but now it's

3    in the firm's inventory.  And the firm -- we decided

4    to keep -- I decided to keep that stock in the

5    inventory.  Now, anything that happens in that stock

6    moving up and down is the profit to the firm.  It

7    has nothing to do with David Kugel.  He sold it, his

8    position that he sold to the firm.

9            Now the firm has that.  It's not David's

10   any longer.  All right.  Now, that inventory is in

11   the firm's account.  Now I'm turning around and

12   selling that, you know, at the time that the prices

13   that I bought it at to the client.  That's an actual

14   transaction from -- you know, from the firm's

15   inventory to the client's inventory.

16           If, in fact, you know, I set it up with the

17   -- with the intention of actually converting the

18   security, all right, but, you know, I don't know how

19   they -- if, in fact, they were going to convert the

20   security, I don't know -- and they decide that if

21   they actually were going to convert it, the client

22   would be entitled to a fractional share.

23           They're going to give the fractional share.

24   When they actually converted it, they would have

25   gotten the equivalent of the fractional share.  If

Page 282

1   for some reason they never converted it, the

2   customer would have gotten the fractional share

3   anyhow or the monies for the fractional share.

4   That's coming out of the firm's profit and loss.

5   It's the firm's responsibility.

6       Q.  But if it's not converted, there is no

7   fractional share; is there?

8       A.  Yeah, but let's say that the firm sold it

9   to the client.  All right.  As far as the client is

10  concerned, he'd be entitled to the fractional share.

11  If I decided to swap it and not convert it, all

12  right, I'm now buying the customer's position back

13  from the customer.  And, you know, the fact that the

14  customer got the -- the customer is -- you know, is

15  getting the profit as if it was actually converted.

16      Q.  Well, I want to go back to something you

17  said earlier.  You were saying that say David does

18  the trade, the convertible arbitrage.

19      A.  Uh-huh.

20      Q.  He then you say sells it to the firm, so

21  the firm owns it; is that correct?

22      A.  That's right.

23      Q.  What does he sell it for?

24      A.  What does he --

25      Q.  Well, it still hasn't been converted or

Page 283

1    unwound, so you don't know what the profit is.  So

2    what are you paying him for that?

3          A.  I'm trying to explain something to you.

4    The firm has positions, you know, in convertible

5    securities in the firm's trading account, investment

6    account.  And then David has his market making

7    account.

8          Q.  Right.

9          A.  It has nothing to do with the client.  He's

10   not buying -- it's not his stock that is going to

11   the client until this -- until the firm takes the

12   stock from David.  Then the firm -- it's like two

13   separate transactions.  It's not -- it's not David.

14   David has a market making account and he buys and

15   sells in that and he may buy on a Monday and sell it

16   out on Tuesday.

17          And while it's in his account, the profit

18   and loss is David's.  All right.  If I now am taking

19   that stock from David into the firm's account, then

20   the profit and loss is mine and it has nothing to do

21   with David.

22          Q.  That's okay, but it's a stock.  I'm not

23   talking about --

24          A.  Or convertible bond.  It doesn't matter.

25          Q.  But you don't know what the profit is until

Page 284

1    you convert or unwind?

2         A.   What profit are you talking about?

3         Q.   The profit on the convertible arbitrage

4    strategy.

5         A.   For the customer?

6         Q.   Yeah.

7         A.   It's whatever -- then it's not the firm's

8    account.  It's the customer's account.  Whatever

9    we've set it up for the customer, that's his.  If we

10   converts it, then he's -- the price has already been

11   -- the profit has already been determined based upon

12   what he bought and sold at.  All right.

13        If, in fact, I now unwind it for the

14   customer, if I swap it out and I take it back, you

15   know, from the customer and it goes back into the

16   firm's account, then the customer -- you know, then

17   it's the firm's position.  In other words, you seem

18   to -- you seem to not be grasping that the -- the

19   fact that, you know, these are separate

20   transactions, you know.  If, in fact, I -- let's

21   assume that I wanted to just short the transaction

22   to a customer.

23        Q.   Right.

24        A.   All right.  And I made a decision that --

25   well, let's look at it this way.  Let's assume the

Page 285

1   customer calls me up and says I want to buy -- I

2   want to buy this convertible bond.  I want to do an

3   arbitrage.  Let's say the customer is making a

4   decision.  He says, you know, you know, I want to --

5   I want to, you know, do arbitrage in Bancorp

6   convertible bonds.

7            You know, I want you to go ahead and buy

8   the Bancorp and sell the common stock and do the

9   arbitrage.  Okay.  And I turn around and I say all

10  right, you know what?  I'll sell you that

11  transaction.  You know, I'm going to short it to you

12  let's assume.

13           I'm going to short you the -- I'm going to

14  short you -- rather than me go out into the open

15  market and buy it, there's nothing to prevent me,

16  you know, from selling it to the customer.  I'm

17  selling the convertible bond and I'm buying the

18  stock from the customer.  The customer is shorting

19  me the stock and I'm buying the bond.

20      Q.   Right.

21      A.   Okay.  Now, as far as the customer is

22  concerned if he gives me instructions to convert it,

23  you know, then we would physically have to -- you

24  know, we would have to physically convert the stock.

25  Now, if, in fact, I'm shorted to him, you know,

Page 286

1    obviously, I can't to convert it because I shorted

2    the position to him; but if the customer says, well,

3    listen, I want to close out the transaction.  So I

4    said okay, I'll buy you -- I'll unwind this

5    transaction for you.  I'll buy your convertible bond

6    and I'll sell you the stock that you were short.

7             And had we converted, I'm giving you a

8    fractional share.  I would owe you a fractional

9    share.  So I'm crediting the account with the

10   transaction.  Now, in that type of transaction the

11   transaction never actually took place on a -- you

12   know, it took place because as a market maker and

13   dealer, I shorted the transaction to the customer.

14            As far as the customer is concerned, he

15   makes the profit.  He's that.  If, in fact, I lost

16   money, that's his -- that's my problem.  He doesn't

17   care about it.

18            So, you know, every transaction if you call

19   up your brokerage firm at Merrill Lynch and you say

20   I want to buy IBM, all right, and Merrill Lynch

21   turns around and, you know, puts that order and puts

22   it on the floor of the -- the floor of the exchange,

23   the floor broker goes down into the specialist and

24   says to the specialist I want to buy IBM.  And IBM

25   is trading -- you know, I look in the machine, it's

Page 287

1    trading at, you know, 95.  And the specialist, he

2    doesn't have an inventory or he thinks that stock is

3    overpriced at 95.  So who shorted to the floor

4    broker at Merrill Lynch?  Merrill Lynch's floor

5    broker reports to you.  You just bought IBM and long

6    it.

7          Q.  Right.

8          A.  Okay.  The transaction never took -- never

9    took place.  It took place because the specialist

10   shorted it to you, you know.  As far as you're

11   concerned, Merrill Lynch treated you as an agency.

12   Merrill Lynch charges you a commission.  All right.

13   And anything that happens that you can sell that

14   stock tomorrow or in two days, the specialist,

15   that's his problem.  He's short the stock to you.

16         Q.  Yeah.  It's his --

17         A.  No different than like if I --

18         Q.  Okay.

19         A.  If you ask the average client that I told

20   you yesterday, you know, when you put an order in

21   that you buy IBM or Microsoft, that customer I

22   guarantee you, you ask him what happens in that

23   transaction.  He will tell you, well, I bought

24   shares in IBM.  And IBM, he thinks that IBM got that

25   money.

Page 288

1         I guarantee you that's -- because I know

2   that because there have been surveys taken.

3   Customer thinks that when he buys IBM, that IBM, he

4   bought the shares from IBM.

5         Q.  Right.

6         A.  That's what he thinks.

7         Q.  I understand.

8         A.  Okay.  He didn't buy it from IBM.

9         Q.  I know that.

10        A.  Okay.  I know you know it, but I'm telling

11  you the -- what I'm trying to tell you, what I think

12  you're having a hard time grasping is whether or

13  not, look, you think that if, in fact, for some

14  reason if I wanted to short all of these

15  transactions to these customers --

16        Q.  Yeah.

17        A.  -- you would think that these transactions

18  never took place.  That's not true.  They took

19  place.  Now, we don't short.  We'd short some stocks

20  to customers clearly, but whether it be convertible

21  bonds or arbitrage.

22        Q.  Right.

23        A.  Sometimes we short them, which is perfectly

24  normal, and sometimes we buy them.  The transaction

25  as far as the customer is concerned, he has a real

Page 289

1    transaction.

2         Q.   Yep.  I understand.

3         A.   Okay.

4         Q.   Let's turn to the Madoff exemption.

5         A.   What?

6         Q.   The Madoff exemption.

7         A.   Okay.

8         Q.   Are you familiar with that term?

9         A.   Yes.

10        Q.   What is the Madoff exemption?

11        A.   The Madoff exemption is that market makers

12   are allowed to short stock.

13        Q.   Can they short stock in market making

14   transactions?

15        A.   Anywhere they want.

16        Q.   So they can also -- does a market maker

17   normally deal with customers?

18        A.   Sure.

19        Q.   All right.  Aren't they -- they're

20   operating then as what, broker-dealer?

21        A.   Uh-huh.

22        Q.   You're not a market maker in that capacity?

23        A.   All market -- the definition of a market

24   maker is someone that -- that puts out a two-sided

25   quote in a security and publishes his bids and

Page 290

1    offers in a vending service.  And he's obligated to

2    honor his quote.  He stands ready to buy or sell.

3              MR. SHEEHAN:  All right.  Okay.

4              MR. GOLDMAN:  We can take a -- what to

5    take a --

6              MR. SHEEHAN:  We'll do it now; all right?

7    Yeah.  Only because I may be able to eliminate some

8    stuff, which would be a good thing because we've

9    covered a lot of territory.

10             THE VIDEOGRAPHER:  Going off the record.

11   The time is 10:58 a.m.

12             (A recess was taken.)

13             THE VIDEOGRAPHER:  Back on the record.

14   This begins disc Number 2.  The time is 11:14 a.m.

15        Q.  (By Mr. Sheehan)  Mr. Madoff, while we were

16   off the record you indicated you wanted to explain

17   something to me?

18        A.  Yeah.

19        Q.  Go right ahead.

20        A.  I just want to explain that when we are

21   doing a transaction for -- an arbitrage transaction

22   for a customer in a convertible and we set the

23   transaction up for the customer as if it was going

24   to be converted, all right, I'm not sure how they --

25   as I say, I don't know how they handled the

Page 291

1    fractional shares during certain times periods; but

2    they may -- they may determine that the customer is

3    going to get that fractional share if, in fact, the

4    transaction was converted.

5         All right.  So they may -- they may credit

6    the customer with a fractional share knowing that

7    they're going to convert it or that's what the plan

8    is to convert.  If for some reason at a later date

9    they decided not to convert it, they swapped out the

10   transaction, the customer really should get the

11   fractional share because the fact that we decided to

12   not convert it but we decided to unwind the

13   transaction or swap the transaction, the customer if

14   we didn't credit the customer with the fractional

15   share, we'd be disadvantaging the customer.  Now, so

16   they may determine to do the fractional share before

17   the transaction is actually converted because it may

18   not be converted, but they would -- they typically

19   would do that or they could wait.

20        If we wanted to we could theoretically if

21   we unwound the transaction and not convert the

22   transaction, we wouldn't have to give the customer

23   the fractional shares.  So but that's the firm's

24   decision to make when they do it.  I don't know how

25   they particularly handle that because that's not my

Page 292

1    area, but it doesn't mean any -- the fact that --

2    the fact that we credited a customer with a

3    fractional share but physically never converted it

4    does not -- does not demonstrate anything other than

5    the fact that the transaction was not converted.  It

6    was -- you know, or that it could have been -- it

7    could have been converted.

8            We could have credited them before the

9    conversion actually took place.  The firm would have

10   gotten -- would have gotten the fractional share

11   that would have been covering the course that he did

12   it.  It doesn't -- you seem to be going down a path

13   with this fractional share as if it has some sort of

14   significance, but it doesn't.

15       Q.  Well, just to follow up on that --

16       A.  Okay.

17       Q.  -- if the fractional share is credited on

18   the day the preferred is purchased --

19       A.  Correct.

20       Q.  It was the preferred in the example.

21       A.  Whatever.

22       Q.  All right.  It's computed on that day;

23   correct?

24       A.  Uh-huh.

25       Q.  So now it's sold six weeks later; right?

Page 293

1          A.   (Witness nods head.)

2          Q.   You're supposed to mark that to market?

3          A.   What?  The fractional share?

4          Q.   Yeah.  Aren't you?

5          A.   No.  It's a cash transaction.

6          Q.   Okay.

7          A.   And he doesn't have to.  He doesn't have --

8          Q.   Wait a second.  I'm sorry.  You're right,

9    you're right.  But you would mark the short sale to

10   market?

11         A.   The short position is marked to market,

12   right.

13         Q.   Okay.  How would you know what the

14   fractional share is six weeks later?

15         A.   The fractional share is determined as if,

16   in fact, it was converted.  It has nothing to do

17   with -- you're not getting -- actually, you're not

18   getting actually shares.  You determine what -- what

19   the fractional share would be entitled to based upon

20   what it was -- what it was sold at the date that it

21   was sold.

22         Q.   I guess my question is why would you give

23   them a fractional share on the day you buy the

24   preferred, right, when you may on one?

25         A.   You're not getting -- you're not actually

Page 294

1    getting shares.  You're getting --

2         Q.   Cash?

3         A.   You're getting cash for it.

4         Q.   Right.

5         A.   Based upon what you would have gotten had

6    you converted it.

7         Q.   I mean, you didn't convert it.  Why would

8    you give it to them?

9         A.   Because if, in fact, we had converted it,

10   the customer would be entitled to it.  So, you know,

11   I don't know how to explain it to you.

12        Q.   Isn't it also possible that you were

13   backdating that trade and you knew what the

14   fractional share was when you put in the entry for

15   the purchase of the convertible arb?

16        A.   No.  It's not -- when you say backdating

17   it, they're establishing the price based upon what

18   the stock was selling for at the time that they did

19   the transaction.  You know, if, in fact -- if

20   they're giving the fractional share before the stock

21   went to conversion, they have to determine what the

22   price that -- what the price the customer would be

23   entitled to.  They're using -- I'm assuming they're

24   using it, the price that they set the transaction up

25   at.

Page 295

1        Q.  Can you tell me why you only had paper

2    customer statements and electronic access?

3        A.  When?

4        Q.  Forever.

5        A.  What do you mean?  Like, well --

6        Q.  Did your customers ever have electronic

7    access to their accounts?

8        A.  No, no.

9        Q.  Isn't that because you were backdating?

10       A.  First of all, you're talking about this

11   period, '83.  There was no electronic access.

12       Q.  Well, in 2008 there wasn't either.  Doesn't

13   mean you weren't backdating in 1984.  What I'm

14   saying is you used paper statements for a reason;

15   didn't you?

16       A.  What do you mean paper statements?

17       Q.  Because you could -- you could create fake

18   trades over a period of days?

19       A.  Wait.  What?  I'm not sure.

20       Q.  It's not that confusing.

21       A.  What?

22       Q.  It's pretty simple.  In other words, you

23   wouldn't give anybody electronic access because you

24   wouldn't control --

25       A.  You couldn't get electronic access until

Page 296

1  certain dates.

2       Q.  I understand that.

3       A.  Right.

4       Q.  But even before that you just continued

5  what you had been doing before, that is, those

6  trades were trades that had already happened and you

7  put them as phony trades into the customer accounts

8  days later, right, and then used other people's

9  money?

10      A.  I'm not sure what --

11           MR. GOLDMAN:  I'm going to object to this.

12  Ask him a question, don't make a statement.  Ask him

13  a question.

14           THE WITNESS:  Right.

15           MR. SHEEHAN:  You can object all you want

16  and I'm going to ask my question.

17           MR. GOLDMAN:  Well, you didn't ask a

18  question.  That was the problem.

19           MR. SHEEHAN:  No.  Peter --

20           MR. GOLDMAN:  Yeah.

21           MR. SHEEHAN:  -- try to relax.  All right.

22  I'm going to ask it the way I want to.  The judge

23  can rule on what he's saying.

24           THE WITNESS:  Okay.

25           MR. SHEEHAN:  All right.  I'm asking you a

Page 297

1   question.

2           THE WITNESS:  Uh-huh.

3       Q.  (By Mr. Sheehan)  All right.  Isn't it true

4   that you backdated these trades?

5           MS. CHAITMAN:  Objection to form.

6           THE WITNESS:  Which trades are you

7   referring to?

8           MR. SHEEHAN:  There's no objection to

9   form.

10          THE WITNESS:  Which trades are you

11  referring to?

12      Q.  (By Mr. Sheehan)  You backdated trades?  In

13  1984 you were backdating those trades?

14      A.  No, no.

15      Q.  Those convertible arbs never happened?

16      A.  That's not true.

17      Q.  All right.  And that's why your statements

18  show transactions that couldn't have happened until

19  six weeks later, you're showing them on the day of

20  the trade; isn't that true?

21      A.  No.

22      Q.  Do you know that there's hundreds of these?

23  This isn't an operational flaw.  Do you know that?

24      A.  I'm not saying it's an operational flaw.

25      Q.  You're saying you did that as a matter of

Page 298

1    course?

2         A.  What I'm telling you is I'm not familiar

3    with what their procedure was with fractional shares

4    of how many --

5         Q.  You ran the company.  You didn't know?

6         A.  I don't know.  I'm not part of the

7    operations department.

8         Q.  Didn't you tell us that nobody dealt with

9    customers those years except you?

10         A.  Nobody did what?

11         Q.  Nobody dealt with the customers except you

12    in those years, '80s?

13         A.  I dealt with the customers when we --

14    when -- I spoke to the customers.  I didn't

15    physically handle the bookkeeping transaction for

16    the customers ever.

17         Q.  You wouldn't look at the customer

18    statements?

19         A.  The customer statements after -- no.  I

20    mean, I looked at customer statements after they

21    were generated.

22         Q.  But would you talk to the customer about

23    them?

24         A.  I first for the most part never spoke to

25    the customers.

Page 299

1          Q.   Uh-huh.

2          A.   I mean, very -- you know, customers would

3     never call me up and ask me to, you know, discuss

4     their statement with them because I -- you know, I

5     never looked at their customer statements.  The

6     statements were generated by the operations

7     department.  It was not something that I would --

8     that I would discuss with the customer, you know,

9     nor did I -- nor did I generate anything.

10         Q.   Right, okay.  Let's move on.

11         A.   Okay.

12         Q.   Let me show you -- what is it?  Four?

13              MS. FEIN:  Four.

14              (Trustee's Exhibit Number 4 was marked for

15     identification.)

16         Q.   (By Mr. Sheehan)  Exhibit 4.  Before I get

17     it wrong, I think it -- how many pages is it?  Four?

18              MS. FEIN:  We'll just do the two, two

19     pages.

20              MR. SHEEHAN:  Okay.  All right.  Fine.

21     But they're front and back.

22              MS. FEIN:  Yeah.  And your copy there, and

23     it's the first two.  I can take the rest out.

24              MR. GOLDMAN:  What do you want us to hold?

25              MR. SHEEHAN:  Just the first two are the

                                                      Page 300

1    ones we're doing.

2              MR. GOLDMAN:  Do you want the others back?

3              MR. SHEEHAN:  No, no.  Keep everything.

4    You can keep everything.  We don't want anything

5    back.  Before we talk about these, you can look at

6    them, Mr. Madoff.  I don't mean to interrupt you.

7              THE WITNESS:  Uh-huh.

8         Q.  (By Mr. Sheehan)  Do you remember you were

9    -- you showed us Mr. Blecker's at your deposition --

10   I'm sorry.  Let me rephrase that.  Back on

11   December 20th you showed us Mr. Blecker's 2005

12   statement.  Do you remember that?

13        A.  Uh-huh.

14        Q.  And on the back of it it had language with

15   regards to average pricing.  Do you remember that

16   testimony?

17        A.  I'm not sure I understand your question

18   again.

19        Q.  Well, in other words, on the back of Mr.

20   Blecker's 9-2005 statement there was language from

21   your company that said that you would -- you could

22   engage in average pricing with regard to the

23   transactions?

24        A.  On the Blecker statement I never saw the --

25   what the language was.

Page 301

1          MR. SHEEHAN:  Okay.  Then let's show it to

2    you.  What's that?  So here we go, Peter.  I'm

3    sorry.

4          MR. GOLDMAN:  That's all right.

5          MR. SHEEHAN:  You've already got those

6    two.

7       Q.  (By Mr. Sheehan)  All right.  So we've now

8    handed you what was marked as Exhibit Number 8 on

9    December 20th, 2016.  Bless you.  And I refer you to

10   the second page.  And it's the second paragraph and

11   I believe it is the second sentence starting with

12   the word unless.  Do you see that?

13      A.  What are we looking at?  The Blecker

14   statement?

15         MR. SHEEHAN:  Yes.

16         MR. GOLDMAN:  I think it's mixed up.

17   Which one is the Blecker statement?

18         MS. CHAITMAN:  It doesn't appear to be the

19   Blecker statement.

20      Q.  (By Mr. Sheehan)  Okay.  If you're

21   looking -- you should be looking at this that's got

22   a redaction on the front of it.

23      A.  Okay.

24      Q.  And it has an exhibit sticker on it.  You

25   see that --

Page 302

1          A.   Uh-huh.

2          Q.   -- over here?  Yeah.

3          A.   Yeah.

4          Q.   Okay.  So if you turn to the second page of

5     that, Mr. Madoff --

6          A.   Uh-huh.

7          Q.   -- you'll see that this was actually on the

8     back of that.

9          A.   Okay.  I got it, yeah.

10         Q.   Okay.  And if you look at that and you go

11    to this second paragraph where it starts off

12    customer equity transaction --

13         A.   Correct.

14         Q.   -- do you see that?  Okay.  It says on the

15    second sentence, and I'll just read it into the

16    record, quote, unless stated otherwise on the front

17    of this confirmation, comma, the trade price of your

18    transaction is an average price and includes a

19    commission equivalent of .4 cents per share, period.

20         A.   Right.

21         Q.   Do you see that?

22         A.   Uh-huh.

23         Q.   Okay.  That's what I was referring to.

24         A.   Oh, okay.

25         Q.   Do you remember testifying to that back on

Page 303

1    December 20th?

2         A.   Right.

3         Q.   Okay.  So with that background I wanted to

4    direct your attention to what has now been marked as

5    Exhibit 4, which I believe is right in front of you.

6         A.   Uh-huh.

7         Q.   Take a look at those statements and tell me

8    if there's any language on those that talks about

9    average pricing; all right?  Not that one, the two

10   in front of you.

11        A.   Oh, oh.

12        Q.   Yeah.  Just go to the --

13        A.   Okay.  I see it.

14        Q.   See that?

15        A.   Uh-huh.

16        Q.   All right.

17        A.   There is no average.  There's no -- there

18   is no language about average price nor is there

19   language of what the commission equivalent is

20   because that language was changed based upon rules

21   that the industry has stated you now had to -- you

22   now had to put that language on the confirmation.

23        Q.   Were you, in fact, doing average pricing in

24   -- in front of you is a good one.  August 7, '84,

25   which is the date on Exhibit 4.

Page 304

1          A.   I'm assuming that it was an average price.

2    Again, it depends upon how many -- how many shares

3    we were buying and selling at that -- it could have

4    been average price.  It could not have been average

5    price.

6          Q.  Did you advise your customers other than --

7    yeah.  Did you -- I mean, did you advise your

8    customers in 1984 that you were using average

9    pricing?

10         A.   If, in fact, we were using an average

11   price, no.  You know, we wouldn't necessarily

12   because it wasn't required to -- they changed the

13   language.  The SEC changed the language that had to

14   be on confirmations regarding, you know, average

15   price or commission equivalent and so on.  In other

16   words, they changed the language that you had to do

17   it.

18              So there are -- if there was no language

19   about average price on there, it wasn't required to

20   put on there.  The same thing that they changed the

21   language about putting whether a commission

22   equivalent.  They never used to have -- use the term

23   commission equivalent for a mark-up.

24              They would just -- in other words, they

25   allowed you to put language on the -- they told you

Page 305

1    to put language on the confirmation that said you

2    were not charging a commission or not charging a

3    mark-up, which you aren't charging a commission

4    equivalent, which was a mark-up.

5           Q.   Okay.

6           A.   They just changed the requirements.  That's

7    why there's no language that -- you know, on the

8    earlier transaction.  Was no requirement I should

9    say.

10          MR. SHEEHAN:  Okay.  Thanks.  Are we --

11   okay.  Whoops.  It's knocking over.  Got too many

12   statements.

13          MS. FEIN:  Yes.

14          MR. GOLDMAN:  Too small a desk.

15          MR. SHEEHAN:  That's for sure.

16          (Trustee's Exhibit Number 5 was marked for

17   identification.)

18          Q.   (By Mr. Sheehan)  Okay.  Now, Ms. Fein is

19   now handing you exhibit -- what's been marked

20   exhibit -- Trustee's Exhibit 5.  Take your time,

21   take a look at that.

22          A.   Uh-huh.

23          MS. FEIN:  I'm sorry.

24          MR. GOLDMAN:  That's all right.  No one is

25   going anywhere.

Page 306

```
 1              THE WITNESS:  Okay.
 2         Q.  (By Mr. Sheehan)  Just starting right on
 3    the first page of that, see in the upper left-hand
 4    it says originator number?  Do you see that?
 5         A.  Right.
 6         Q.  And it says 0646?
 7         A.  Uh-huh.
 8         Q.  What does that represent, if you know?
 9         A.  That's our clearinghouse number.
10         Q.  And you previously answered that's the only
11    number you've had?
12         A.  Yes.
13         Q.  Okay, okay.  Just this is more for
14    informational purposes.  Where is that?  It's here
15    somewhere.  Oh, there it is.
16              MS. FEIN:  Yes.
17         Q.  (By Mr. Sheehan)  Again, recalling your
18    earlier testimony, Mr. Madoff, do you remember at
19    one point suggesting that a convertible security
20    could be flat?
21         A.  Could be flat?
22         Q.  Flat.
23         A.  No.
24         Q.  Meaning that -- well --
25         A.  Oh, trading without interest you're talking
```

Page 307

1   about?

2       Q.   Thank you.

3       A.   Right.

4       Q.   All right.  That's what I meant.

5       A.   Uh-huh.

6       Q.   Take a look at page -- we are trying to --

7            MS. FEIN:  It ends in 651.  It's the

8   second to last page, I think.

9       Q.   (By Mr. Sheehan)  Yeah.  It's the second to

10  last page.  It looks like this right here.  Do you

11  see that?  It's a Trans World Airlines.  What does

12  that entry mean to you?

13      A.   Trans World Airlines subordinated

14  convertible directions.  Is that what you're looking

15  at?

16      Q.   Yes.

17      A.   What's your question?  What does it mean to

18  me?

19      Q.   Yeah.  Well, look below that and it says

20  interest.  Do you see that?

21      A.   Uh-huh.

22      Q.   Just an entry.  Does this mean that this

23  was not a flat trade?

24      A.   I assuming it's accrued interest.  Bonds

25  trade, you know, that's -- you know, that's the

Page 308

1    interest that the bond had paid and you have to

2    credit the customer with that.

3            MR. SHEEHAN:   Okay.   That's all I had.

4            THE WITNESS:   Uh-huh.

5            MR. SHEEHAN:   What?   What more do you

6    want.

7            (Discussion off the record.)

8        Q.   (By Mr. Sheehan)   Not going back there.

9    I've done enough on fractional shares.

10        A.   Fractional shares.

11        Q.   I don't think anybody could handle another

12    fractional share.

13        A.   Right.

14        Q.   Slowly I turn.   Anyhow, all right.   We made

15    progress on that break, eliminated a lot here.   So

16    let's turn to a different topic, margin accounts.

17    We've been talking about those, but could you tell

18    me your understanding of what a margin account

19    means?

20        A.   What is a margin account?

21        Q.   What is a margin account?

22        A.   A margin account is if a customer is

23    buying -- you know, is borrowing money from the

24    brokerage firm to buy stock.   So he has a margin

25    account, you know.   If, in fact, the customer wants

Page 309

1    to buy a thousand dollars worth of stock and only

2    has $500, he'd borrow the other $500 from the

3    brokerage firm.

4         Q.   Okay.

5         A.   That's one type of margin.  Then there's

6    the type of margin if the customer wants to -- wants

7    to -- is pledging with the brokerage firm securities

8    to cover his -- his short exposure on the stock.

9         Q.   Are there government regulations with

10   regard to margin accounts?

11        A.   Based upon how much -- how many -- how much

12   credit you can give the customer based upon let's

13   say 50 percent margin.

14        Q.   Okay.  Does the term regulation T mean

15   anything to you?

16        A.   Regulation T means what -- typically what a

17   customer has to pay for the stock within a certain

18   amount of days after he buys it.

19        Q.   Buys it on margin?

20        A.   Hmm?

21        Q.   Buys it on margin?

22        A.   Whether margin or cash, doesn't matter.

23        Q.   Okay.

24        A.   When a customer has to pay for the stock

25   that he bought, how many days.

1          Q.   The 50 percent margin you talked about a

2     moment ago, does that derive from reg T?

3          A.   Does it what?

4          Q.   Derive from regulation T?

5          A.   I'm not sure.  You know --

6               (Trustee's Exhibit Number 6 was marked for

7     identification.)

8          Q.   (By Mr. Sheehan)  Okay.  That's fine.  I'm

9     going to show you a series of customer statements.

10         A.   Uh-huh.

11         Q.   We've redacted the name of the individual

12    because it's one of the big four.

13         A.   Uh-huh.

14         Q.   Doesn't matter who his name is.  I just

15    want to ask you about the entries on it with regard

16    to the margins; okay?  And it is marked as

17    Exhibit 6.  Is that all of the pages?

18              MS. FEIN:  Uh-huh.

19              MR. SHEEHAN:  Okay.

20              THE WITNESS:  Is this for a '93

21    transaction?

22              MR. SHEEHAN:  It's actually an '83.

23              THE WITNESS:  '83, yeah.  I see.

24         Q.   (By Mr. Sheehan)  If you turn the page, the

25    copies are better, but these are all in 1983; all

Page 311

1    right?

2          A.   Oh, okay.   Uh-huh.

3          Q.   Pardon?

4          A.   Yeah.

5          Q.   And '80 -- it actually ends, I think the

6    last one is --

7          A.   Some are '93, some are '83.

8                MR. GOLDMAN:   Going to have to get halfway

9    before you get to '84.

10               THE WITNESS:   The top page is '83 and then

11   it's '93 and then there's '83.

12         Q.   (By Mr. Sheehan)   I think the '90s are

13   where the account gets closed out, but I think this

14   is the history of the account from the beginning to

15   the end; right?

16         A.   Uh-huh.

17         Q.   So take a moment to look and I'm going to

18   be asking you principally about the margins here --

19         A.   Right.

20         Q.   -- but some other questions as well.

21         A.   Uh-huh.

22         Q.   So just to get us grounded, let's look at

23   the first page of this exhibit.   And just so we all

24   know about what that first page is, it is the Bates

25   number ends in it's MF 248.   And directing your

Page 312

1    attention to the August 23 entry, what do you see

2    that to be?

3            A.   A check you mean?

4            Q.   Yes.

5            A.   Looks like the customer sent in a check for

6    $1,500,000.

7            Q.   Okay.  And then what's the next entry?

8            A.   The purchase of American Telephone.

9            Q.   Yes.

10           A.   Uh-huh.

11           Q.   Just short of a million five; right?

12           A.   Right, uh-huh.

13           Q.   And that's the end position as well?

14           A.   Right.

15           Q.   Okay.  So then turning to the next month,

16   next month is -- we were in August.  Now we're in

17   September of '83?

18           A.   Uh-huh.

19                MS. CHAITMAN:  I just want to say this

20   looks like it's 8-31-93.  You're saying you're sure

21   it's 8-31-83?

22                MR. SHEEHAN:  Yes.  It is.

23                MS. FEIN:  And you can tell based on the

24   statements following it as well, but it's true that

25   the first page is less clear.

1           MS. CHAITMAN:  Because the Bates number

2    isn't consecutive.

3           MS. FEIN:  No.  They're not.  They're not

4    kept that way every time, so --

5           MR. SHEEHAN:  I haven't misrepresented

6    anything in a week, so pretty safe that this is '83.

7    All right?

8           MS. CHAITMAN:  Okay.  I was just --

9       Q.  (By Mr. Sheehan)  All right.  So next page

10   is September 30, '83.  And we see there what's the

11   first entry there on September 29th?

12      A.  Check for $250,000 debit, needs to be sent

13   a check for $250,000.

14      Q.  Did any other transaction take place that

15   month?

16      A.  Doesn't look like it.

17      Q.  And did you charge him interest for that?

18      A.  Seems to be an interest, yeah, $154.

19      Q.  Okay.

20      A.  It says margin interest.

21      Q.  Thank you.  Okay.  Now, let's go to the

22   next one, which is October 31, '83.

23      A.  Uh-huh.

24      Q.  And you're charging interest again on the

25   250; are you not?

Page 314

1          A.   Right.

2          Q.   Okay.  Let's go to the -- actually, we can

3     skip a page or two.  These are all consecutive

4     months.  We're now in December 30th, '83.  Do you

5     see that up in the upper left-hand corner, December

6     '83?

7               MS. FEIN:  Bates ending in 301.

8               MR. SHEEHAN:  Yeah.  It's one, two, three,

9     four, five.  It's the sixth page in.

10              THE WITNESS:  Okay, right.

11         Q.   (By Mr. Sheehan)  And there's several

12    entries there?

13         A.   Uh-huh.

14         Q.   Is there another check issued to this

15    customer?

16         A.   Uh-huh.

17         Q.   How much?

18         A.   Capital -- it says CW, $250,000.

19         Q.   Yes.

20         A.   Right.

21         Q.   What does CW stand for?

22         A.   Capital withdrawal.

23         Q.   Now, with respect to these two borrowings

24    against the margin account, has any stock been

25    purchased with that money?

Page 315

1        A.   I don't know.  I'll have to look at the
2   account.  Are there transactions here?
3        Q.   Yes, because at the very beginning the
4   first one we looked at --
5        A.   Uh-huh.
6        Q.   -- the customer deposited a million five
7   and then you -- and then the next or actually before
8   that, I guess that was the payment for it, but
9   before that on 8-19 you had purchased looks like 645
10  shares of AT&T for an aggregate price of 1,499,840.
11  Do you see that on the first page?
12       A.   Uh-huh, uh-huh.
13       Q.   All right.  And then but then there are two
14  borrowings against the margin account aggregating
15  $500,000 but no apparent stock being purchased.  Do
16  you see that?
17       A.   Okay.  So --
18       Q.   All right.  I'm just saying that you agree
19  that that's what's there?
20       A.   Not -- I can't say I agree with it.  I'm
21  not sure what the question is.
22       Q.   Well, my question was was any of that
23  $500,000 used -- the statement seems to suggest that
24  the million five that was deposited was used to
25  purchase the stock; correct?

Page 316

```
 1        A.  Right.
 2        Q.  And, therefore, and then after that
 3   $500,000 was borrowed but not used to purchase any
 4   stock.  So in effect it was borrowed against the
 5   existing position?
 6        A.  Okay.
 7        Q.  All right?
 8        A.  Uh-huh.
 9        Q.  That's what it appears?
10        A.  Okay.
11        Q.  All right, fine.  So we then go through and
12   we pick up in January of '84, which we can pass
13   over.  Then we have February of '84.  And you're
14   going to see something that you actually referred to
15   yesterday?
16             MS. FEIN:  Yeah, on page eight.
17             MR. SHEEHAN:  Page eight.
18             MS. FEIN:  Ending in 461 for the Bates.
19             MR. SHEEHAN:  It's got a lot of entries.
20             THE WITNESS:  Page eight.  I don't --
21             MS. FEIN:  461 and it's February '84.
22             THE WITNESS:  Okay.
23        Q.  (By Mr. Sheehan)  So do you see all those
24   entries there?
25        A.  Uh-huh.
```

Page 317

1        Q.   Do they mean anything to you?  What I mean
2   by that, what was happening?
3        A.   This is showing what it was long -- what he
4   was long in the account.
5        Q.   Doesn't this reflect the break-up of AT&T?
6        A.   I have no idea.  I don't -- you know.
7        Q.   Because originally you had a large
8   position, about a million five, in AT&T?
9        A.   Uh-huh.
10       Q.   And it appears that now it's been broken up
11   into different entities?
12       A.   Right.  This was when they were -- this was
13   when they broke up the AT&T into the baby Bells, I'm
14   assuming.
15       Q.   Right.
16       A.   Right.
17       Q.   Okay.  And then if you carry it over to the
18   next page --
19       A.   Uh-huh.
20       Q.   All right.  Which is the second page of the
21   2-29 statement, you see the end positions; all
22   right?
23       A.   Uh-huh.
24       Q.   Okay.  Then go to the March 31st, which is
25   the next one.

Page 318

1        A.   Uh-huh.

2        Q.   And what you see there is what on 3-13?

3        A.   Margin interest you're talking about?

4        Q.   It's actually above that, the IBM

5   purchase --

6        A.   Okay.

7        Q.   -- or short, actually.

8        A.   Right.

9        Q.   No, no.  It was a purchase?

10       A.   No.  It's purchase.

11       Q.   It's purchase.

12       A.   Uh-huh.

13       Q.   Yep.

14       A.   Right.

15       Q.   And then below that margin interest again

16   being charged?

17       A.   Uh-huh.

18       Q.   So take a look at the end positions here.

19       A.   Uh-huh.

20       Q.   How much is the debit at that point?

21       A.   You're talking about the 2 million?

22       Q.   Two million one hundred and ten thousand,

23   yeah.

24       A.   Right, uh-huh.

25       Q.   Is that the amount that -- is that the

Page 319

1    amount owed to you?

2         A.   Two million one ten?

3         Q.   Yeah.

4         A.   That looks like it's the value of the -- of

5    the positions that are above it.

6         Q.   Okay.  All right.  What does the million

7    seventy-one thousand represent?

8         A.   It must be the value of the short

9    positions.

10        Q.   Okay, okay.  Let's look at April 30, '84.

11        A.   Uh-huh.

12        Q.   We've got you here charging margin

13   interest?

14        A.   Uh-huh.

15        Q.   And there's another check issue, is there

16   not, for 250?

17        A.   Uh-huh.

18             MR. SHEEHAN:  One second, please.

19             (Discussion off the record.)

20        Q.   (By Mr. Sheehan)  So let's go down to the

21   end positions again --

22        A.   Uh-huh.

23        Q.   -- on this one.  It's April 30.  Let me see

24   this.  So the long positions are two million one

25   ten?

Page 320

1        A.   Right.

2        Q.   And when he said the column isn't short its

3    difference, isn't the one million three thirty-six

4    what is actually owed to you?

5        A.   No.   That would be the value of the short

6    positions, mark to market on the short positions.

7        Q.   Where are you accounting for the margin

8    count here?

9        A.   What do you mean where am I?

10        Q.   Well, in other words, he's continuing to

11    borrow money?

12        A.   Right.

13        Q.   Where do you show that on the statement?

14        A.   You're talking about the margin interest?

15        Q.   No.   I'm talking about the margin, the

16    amount he borrowed, the 250, the other 250s, et

17    cetera.   Where is that on the statement?

18        A.   It's the statement is being debited.

19        Q.   That's what I'm saying.   Isn't the amount

20    he borrowed, the 1,000,000 -- see it here, new

21    balance?

22        A.   Uh-huh.

23        Q.   Let's go back up.   Maybe it's easier this

24    way.   See the check and then the amount?

25        A.   For $250,000?

Page 321

1        Q.   Yeah.

2        A.   Right.

3        Q.   See, let's start at the very, very top.  It

4   says debit; right?

5        A.   Uh-huh.

6        Q.   Balance forward, a million seventy-one.  He

7   borrows another 250, the interest, and that all adds

8   up to 1,336,234?

9        A.   That's his new balance, right.

10       Q.   Right.  And that's the margin count, is it

11   not, that he's borrowed?

12       A.   That's the total debit.

13       Q.   Yep.

14       A.   Uh-huh.

15       Q.   Okay.  So let's just keep moving along

16   and --

17            MR. GOLDMAN:  You sort of lost me.  Can I

18   ask him?

19            MR. SHEEHAN:  Yeah, sure.

20            MR. GOLDMAN:  If you look at the opening

21   balance on the 4-30 statement, it says opening

22   balance of a million seventy-one balance forward.

23            MR. SHEEHAN:  Right.

24            MR. GOLDMAN:  Where does that -- is that

25   reflected in the 3-31 closing?  Oh, I see it.  Okay.

Page 322

1    Now I see it.

2              MR. SHEEHAN:  You got it?

3              THE WITNESS:  Yeah, okay.

4         Q.  (By Mr. Sheehan)  So let's jump forward to

5    July 31, 1984.  It's Bates number 84.  Do you see

6    it, Mr. Madoff?

7              MS. CHAITMAN:  May be that next one.

8         Q.  (By Mr. Sheehan)  7-31-84.  Okay.  Again,

9    let's start with the debit.  And you can see the

10   carry forward of the million three twenty-nine?

11        A.  Uh-huh.

12        Q.  Which has gone up a little bit because of

13   interest.  Now there's another borrowing of 250,

14   interest charged.  Now the total borrowings are one

15   million five ninety-eight.  Do you see that?

16        A.  Right.  That's his debit balance.

17        Q.  Now, at this point that borrowing is more

18   than 50 percent.  Remember you mentioned 50 percent

19   earlier?

20        A.  Uh-huh.

21        Q.  Now it's more than 50 percent of the value

22   of the stock he holds.

23        A.  Uh-huh.

24        Q.  What are you supposed to do?

25        A.  Well, first of all, these accounts are

Page 323

1  probably cross -- if these are the big four

2  accounts, they were cross-margined, so you'd have to

3  look at all of his accounts.  Here they'd

4  cross-margin accounts, which means he's borrowing --

5  you know, you'd have to compile all of his accounts,

6  his family accounts, because they -- they're handled

7  as a joint account.

8      Q.  There were a lot of accounts.  I didn't

9  bring them all here.

10     A.  Yeah.

11     Q.  Just for purposes of our discussion, assume

12 the cross-margin would be more than 50 percent.

13 What should you do at that point?

14         MS. CHAITMAN:  Objection to form.

15         THE WITNESS:  I'm confused as to what the

16 question is.

17     Q.  (By Mr. Sheehan)  Well, let me put it a

18 different way.  If the debit balance exceeds

19 50 percent, isn't a broker at that point supposed to

20 call upon the customer to deposit more cash?

21     A.  Typically you would call them for

22 additional cash, yeah.

23     Q.  Right, okay.

24     A.  And, again, it depends upon -- the

25 50 percent margin depends upon whether or not he

Page 324

1  has -- the account is hedged and he has -- you'd

2  have to look at -- you can't just look at one

3  account.  You have to look at of all the accounts.

4  They'd have to look at the type of positions he has

5  and whether there were -- there were arbitrage

6  positions set up upon it.  You can't just look at

7  one isolated account.

8      Q.  Okay.  So now let's go to October 31, 1984.

9  If we could -- yeah, October.

10         MS. CHAITMAN:  Okay.

11         THE WITNESS:  Uh-huh.

12      Q.  (By Mr. Sheehan)  Do you see starting again

13  with debit, it's now a million five ninety-eight?

14  Customer borrows other 450.  There's an interest

15  charge of $22,000.  The entire debit is now over two

16  million dollars.  Do you see that?

17      A.  Uh-huh.

18      Q.  Which is almost 100 percent of that

19  balance?

20      A.  Uh-huh.

21      Q.  So your testimony is that you would have to

22  look at the cross-margin here?

23      A.  Yeah.  You have to look at, you know -- at

24  -- if, for example, if he has -- you know, you can't

25  just look at this account.  He may be overmargined

Page 325

1    in this account, but if he has other securities in

2    another account, you know, you'd have to, you know,

3    equate that to that as well.

4          Q.   All right.  So let's go to 12-31-84.

5    Again, on the debit side what we see is two million

6    fifty-nine; right?

7          A.   Uh-huh.

8          Q.   Another $750,000 is borrowed, interest is

9    charged, and there's now a new balance of two

10   million eight twenty-five.  Do you see that?

11         A.   Okay.  I'm assuming that you're correct.

12   I'm not following it, but go ahead.

13         Q.   Okay.  It's -- well, why don't we get you

14   to the right page?

15             MS. CHAITMAN:  Hold on, hold on.

16             THE WITNESS:  I'm assuming that the

17   statements are correct.

18         Q.   (By Mr. Sheehan)  All right, fine.  I'm not

19   actually testing that.  I just wanted to ask you a

20   few questions and, unfortunately, sometimes you have

21   to lay a foundation.  So here you go.

22         A.   Okay.

23         Q.   So if you look at the end positions here,

24   now the stock position is two million one ten.  And

25   you've got a margin that far exceeds that at two

Page 326

1    million eight twenty-five.  Do you see that?

2        A.   Uh-huh.

3        Q.   Are you saying that even with a pre --

4    because of cross-margin, you would allow this kind

5    of borrowing to take place against two million

6    dollars?

7        A.   I'm assuming -- again, saying this is not

8    my area, but I'm assuming that if, in fact, you

9    know, that he had enough -- enough equity in the

10   account to cover whatever he was borrowing.

11       Q.   Right.

12       A.   But you'd have to look at, you know, all of

13   the accounts of the family if, in fact -- you know,

14   because that's how they were cross-margined.  So you

15   can't look at one account.  You'd have to -- you

16   know, so for me to look at this would be meaningless

17   to me.  You'd have to take a picture of all of -- of

18   all the accounts that he had.

19           We generally would not -- would not be

20   lending the -- buying more securities than the

21   customer had enough equity to cover his marginal

22   requirements.

23       Q.   Right.

24       A.   But he had other accounts that he just had

25   -- he could have had just long positions in there

Page 327

1    that, you know, there were no borrowing against, but

2    that's the purpose of a cross-margin agreement.

3          Q.   Right.  Let's go to 13185, which I think is

4    the next page if you would.  See it up in the

5    left-hand corner?  I think it's 13185.

6          MS. CHAITMAN:  It's the next page, yes.

7          THE WITNESS:  Okay.

8          Q.  (By Mr. Sheehan)  See the balance carried

9    forward of two million eight twenty-five is a debit?

10         A.   Right.

11         Q.   Again, a January margin interest payment --

12   charge?

13         A.   Uh-huh.

14         Q.   But the new balance is two three

15   forty-nine?

16         A.   Uh-huh.

17         Q.   Could you look down the statement --

18         A.   Uh-huh.

19         Q.   -- and can you see what transpired this

20   month that caused a reduction in the debit?

21         A.   Right.

22         Q.   What is it?

23         A.   You're talking about what the market value

24   of the positions he has, the two million one ten?

25         Q.   Yes.

Page 328

1        A.   Okay.

2        Q.   So how does the debit go from two eight two

3   five to two three four nine; right?

4        A.   Which was that went down because of the --

5   well, first of all, there was a short.  There was a

6   sale and then there was also margin interest.  I'm

7   assuming the -- I'm assuming the debits and credits

8   were correct because that's generated by the

9   computer, so --

10        Q.   But the end position seems to be the same,

11   two million one ten?

12        A.   Yes.

13        Q.   Yet there's been a reduction?

14        A.   There's been a market value of those listed

15   positions.

16        Q.   Right.  But how did we go down to two three

17   four nine?  Do you see an entry that would explain

18   that?

19        A.   That's the value of the short position.

20        Q.   Okay.  Well, I think we've salvaged as to

21   debit.  Let me take you up to the top here.  Do you

22   see where -- we had debit.  Now look at credit.  Do

23   you see that?

24        A.   The what?

25        Q.   There's a credit there of $500,000.  Do you

Page 329

1    see it?

2         A.   Yes.   That means that --

3         Q.   Does that represent payment by the

4    customer?

5         A.   Yes.   It means caption addition.   It means

6    a check --

7         Q.   That would reduce the --

8         A.   A check must have come in, right.

9              MR. SHEEHAN:   All right.   Thanks.

10             MR. GOLDMAN:   That was an easy one.

11             MR. SHEEHAN:   Yeah.   Let's see.   I got it.

12             MR. GOLDMAN:   Wait a minute.   I have a

13   question for you, though.

14             MR. SHEEHAN:   Yeah, sure.

15             MR. GOLDMAN:   The document starts off up

16   where it says redacted --

17             MR. SHEEHAN:   Right.

18             MR. GOLDMAN:   -- and it says right next to

19   it, it might new be an internal control from the

20   Trustee, but it says 9525.

21             MS. FEIN:   Which page are you on?

22             MR. SHEEHAN:   The Social Security number,

23   we always redact part of that.

24             MR. GOLDMAN:   The 9525?

25             MR. SHEEHAN:   Yeah.   I'm pretty sure

Page 330

1    that's what that is.

2           MR. GOLDMAN:  But if you go ahead a couple

3    of pages, it changes.

4           MR. SHEEHAN:  Oh, yeah?

5           MR. GOLDMAN:  Go to --

6           MR. SHEEHAN:  Maybe I'm wrong then.  I

7    don't really know, but --

8           MR. GOLDMAN:  Go to December and it

9    becomes 5965.

10           MR. SHEEHAN:  Yeah.  I see that.  Yeah.  I

11    see that.

12           MR. GOLDMAN:  Yeah.

13           MR. SHEEHAN:  Okay.

14           MR. GOLDMAN:  But is the account number

15    the number at the very top?

16           MR. SHEEHAN:  Yes.  The account number

17    never changes.

18           MR. GOLDMAN:  Yeah.  Well, that was the

19    inconsistency I saw, so I didn't know why.

20           MR. SHEEHAN:  Okay.  Well, that's worth

21    noting and we'll certainly look into it, but these

22    are all from the same account.

23           MR. GOLDMAN:  Okay.

24           MR. SHEEHAN:  So --

25           THE WITNESS:  Cold again.

Page 331

1            MR. GOLDMAN:  Are you cold?

2            MR. SHEEHAN:  No, no.  I want to ask him a

3    couple of questions.

4            MS. FEIN:  Yeah, okay.

5        Q.  (By Mr. Sheehan)  Now, Mr. Madoff, in 1984

6    did you file focus reports?

7        A.  We always filed focus reports, yes.

8        Q.  Okay.  And I believe your testimony was,

9    and correct me if I'm wrong, prior to 1992 your

10   focus reports were always accurate?

11       A.  No.

12       Q.  No.  So correct me.  What was -- what was

13   not accurate prior to 1992?

14       A.  The -- when the --

15       Q.  Let me restate the question.  I may have

16   gone too fast.

17       A.  Yeah.

18       Q.  Okay.  And we can look it up, but I'm

19   pretty sure your testimony was that prior to 1992

20   all of your focus reports were accurate.  Is that

21   true?

22       A.  Okay.

23       Q.  Is that true?

24       A.  No.

25       Q.  And what about your focus reports prior to

Page 332

1    1992 would not have been true?

2          A.   The customer debit -- the customer debit

3    balances and credit balances.

4          Q.   I'm sorry.  Why was that?

5          A.   Because we weren't reflecting the -- the

6    customer margin accounts.

7          Q.   Okay.  Why weren't you reflecting the

8    customer margin accounts?

9          A.   Because we weren't.  It wasn't correct.  I

10   said the fraud started -- when I refer to the fraud

11   starting in '92 --

12         Q.   Right.

13         A.   -- I was referring to the -- to the split

14   strike conversion trades.

15         Q.   Right.

16         A.   Uh-huh.

17         Q.   Okay.  But why were you not accurately

18   reporting the margin account activity prior to 1992?

19         A.   Because I wasn't.

20         Q.   Was there a reason why you didn't do it?

21         A.   We didn't want to show the -- the debit

22   balances.  Well, first of all, I'm not 100 percent

23   sure because you were allowed to net the -- the

24   debit and credit balances from all of the customer

25   accounts.  Depends upon what the short position is,

Page 333

1   so I can't really answer you that, that question.

2       Q.  Okay.  Well, let's take a look at the focus

3   report; okay?

4       A.  Uh-huh.

5       Q.  I think we have them from the year '84?

6   '84.

7           MS. FEIN:  It will be seven?

8           MR. SHEEHAN:  Seven.

9           (Trustee's Exhibit Number 7 was marked for

10  identification.)

11          MR. SHEEHAN:  You marked that up for me.

12  Yeah.  I guess I should.  All right.  Thank you.

13          MS. FEIN:  Always.

14          MR. SHEEHAN:  Yes.

15      Q.  (By Mr. Sheehan)  All right.  You've been

16  handed Exhibit 7?

17          MS. FEIN:  Uh-huh.

18      Q.  (By Mr. Sheehan)  Exhibit 7, which is the

19  focus reports which we compiled that are the four

20  quarterly reports for 1984.

21      A.  Uh-huh.

22      Q.  And I believe the one at the beginning, I

23  think they're in reverse order, this is the one at

24  the beginning.  The dates on it if you look at it

25  says for the period beginning 10-1-84 to 12-31-84.

Page 334

1   Do you see that?  So just sticking with that first

2   quarterly report, if you would, turn to -- see, take

3   a look at the page 2 of 29.  It's actually -- just

4   turn the page.

5          A.  Right.

6          Q.  Down at the very bottom it says number

7   four, receivables from customers?

8          A.  Uh-huh.

9          Q.  What is your understanding of what that

10  would be?

11         A.  It would be what the customers owe us.

12         Q.  Okay.  And then underneath it says

13  securities accounts, one, cash and fully secured

14  accounts.  Do you see that?

15         A.  Uh-huh.

16         Q.  What do you understand that to be?

17         A.  What it says.

18         Q.  Okay.  And do you see what the entry is for

19  that?

20         A.  Uh-huh.

21         Q.  Zero?

22         A.  Uh-huh.

23         Q.  Is that correct?

24         A.  I don't know.  I mean, again, I'd have to

25  see.  I'd have to see what the total debits and

Page 335

1   credits were of all the customer accounts and how

2   they were netted out.

3         Q.  So it's your understanding it's a

4   compilation of all of the margin accounts that you

5   had?

6         A.  Right, based upon what the net and short

7   positions were of the customer.

8         Q.  Okay.  So it could all net out to zero?

9         A.  That I can't tell you because that's not

10  something that I --

11        Q.  All right, all right.  Let's go to page

12  ten.  All right.  And it's page 10 of 29 and it's

13  three up from the bottom.  It's number five.  Do you

14  see that?

15        A.  Uh-huh.

16        Q.  It says margin interest.  Are you there

17  with me?

18        A.  Right.

19        Q.  And what is the entry for that?

20        A.  Zero.

21        Q.  That's not true; is it?

22        A.  Oh, I -- wait a minute.  Which item are you

23  talking about?

24        Q.  Talking under revenue, it says number five,

25  margin interest, and the entry is zero?

Page 336

1          A.   Right.   That's what I just said, right.

2          Q.   And we just looked at one account where the

3     margin interest was substantial?

4          A.   Uh-huh.

5          Q.   So that entry is incorrect; right?

6          A.   Again, I don't know how they calculate

7     that.   It's not something that I did.

8          Q.   All right.   If we go through all of these,

9     I represent to you that they all are zero --

10         A.   Right.

11         Q.   -- for both of those entries that we just

12    reviewed.

13         A.   Uh-huh.

14         Q.   Okay.   And is your answer is you just don't

15    know why it's zero?

16         A.   I don't fill out this report, so I don't

17    know.

18         Q.   Do you ever remember instructing people to

19    not enter the margin interest?

20         A.   That's -- no.   I don't remember that.

21         Q.   Did they ever actually pay you the margin

22    interest?

23         A.   If the money came out of the account, they

24    must have.

25         Q.   So what do you mean by that?   Maybe I'm not

Page 337

1    understanding you.

2         A.   I mean, if the margin interest came out of

3    the account, you know, it would have been deducted

4    from the monies they sent in.

5              So, I mean, if there are entries in the

6    account, you know, margin interest and there were

7    checks coming into the account, obviously, it would

8    have been -- it would have reduced, you know, would

9    have reduced the balance in their account.  If

10   somebody sent me in $500,000 and we charged them

11   interest of $100,000 --

12        Q.   Got it.

13        A.   -- their balance would have gone down by

14   100 -- you know, by the $100,000.

15        Q.   So who would have filled out this report,

16   the focus report, that is?

17        A.   During what year?  Is this in the '80s?

18        Q.   Yeah.

19        A.   It would have been filled out by Sylvia

20   Hendel --

21        Q.   Okay.

22        A.   -- or Irwin Lipkin.  Either one of them.

23        Q.   All right.  Give me a moment.  If we go

24   back to Exhibit 6 --

25             MS. FEIN:  Okay.

```
                                                    Page 338

 1              (Discussion off the record.)

 2              MR. SHEEHAN:  You're going to have to give

 3      me '84.

 4              MS. FEIN:  Okay.

 5              MR. SHEEHAN:  Okay.

 6              MS. CHAITMAN:  You're looking at 12-31-84?

 7              MR. SHEEHAN:  Yeah.

 8              MS. CHAITMAN:  From Exhibit 6?

 9              MR. SHEEHAN:  Yeah.

10          Q.  (By Mr. Sheehan)  So looking back at

11      Exhibit 6, looking at December 31st, 1984 --

12              MS. CHAITMAN:  I'm just getting that.

13              MR. SHEEHAN:  Okay, sure.  Maybe you can

14      help Mr. Madoff.

15              MS. CHAITMAN:  I am.

16              THE WITNESS:  Uh-huh, okay.

17          Q.  (By Mr. Sheehan)  So the ending balance of

18      that end of year was two million eighty twenty-five.

19      Do you see that?

20          A.  Right, uh-huh.

21          Q.  And there does not appear to be any

22      payments made that year in the 12 months preceding

23      it?

24          A.  Right.

25          Q.  So wouldn't there have been interest at the
```

Page 339

1    end of '84 that should have been reported for this

2    account?

3         A.   You'd have -- you'd have to look at all of

4    the accounts.  You know, they're netted, so I

5    can't -- you don't treat just one account.  You'd

6    have to look at the other accounts.  He may have had

7    an offsetting balance in those other accounts and

8    they're netted.

9              (Discussion off the record.)

10             MR. SHEEHAN:  Okay.  That's fine.  Hang on

11   one second.  Just hang onto it.

12             MS. FEIN:  Uh-huh.

13        Q.   (By Mr. Sheehan)  New topic.  Maurice

14   Cohn --

15        A.   Uh-huh.

16        Q.   -- who is he or who was he?

17        A.   He was a friend of mine, also owned Cohmad

18   Securities.

19        Q.   Were you 50/50 owners of Cohmad Securities?

20        A.   No.  We had, I think, 24 percent of Cohmad.

21   My brother had -- I had 15, my brother had nine,

22   something of that sort.

23        Q.   All right.  And what was Cohmad Securities?

24        A.   It was another broker-dealer.

25        Q.   And where did it -- where was it located?

```
                                              Page 340

1          A.  They were located in my office.

2          Q.  Okay.

3          A.  We sublet them space.

4          Q.  Was it a separate independent brokerage?

5          A.  Yes, uh-huh.

6          Q.  Okay.

7          A.  Through Bear Stearns.

8          Q.  Okay.  Did Mr. Maurice Cohn have an account

9    at PLMIS?

10         A.  Yes.

11         Q.  What was the nature of that account?

12         A.  He had a split strike, you know, account

13   and I'm not sure he had a convertible account as

14   well.  I don't think so.  I'm not sure.

15              MR. SHEEHAN:  Okay.  All right.  Why don't

16   we mark this?

17              MS. FEIN:  Okay.

18              MR. SHEEHAN:  And let's do these first;

19   all right?

20              MS. FEIN:  Uh-huh.

21              MR. SHEEHAN:  Okay.

22              MR. GOLDMAN:  Is this 7 or is this 8?

23              MS. FEIN:  This is Trustee's 8.

24              MS. CHAITMAN:  Thank you.

25              MR. SHEEHAN:  Yeah.  Mine is.
```

Page 341

1          MS. FEIN:  It's in there.

2          MR. SHEEHAN:  It's in there.  It's 13A,

3    can't miss it.  All right.  Have to swing this down.

4    Sorry about that.

5              (Discussion off the record and Trustee's

6    Exhibit Number 8 was marked for identification.)

7          Q.  (By Mr. Sheehan)  Mr. Madoff, I've shown

8    you what has been now marked as Exhibit 8.  It's a

9    series of notes that it actually came out of a

10   folder and the folder was called MC disbursements.

11         A.  Uh-huh.

12         Q.  If you look at the first page, they

13   actually made a photocopy of the folder where it

14   says that on it and it's IM 001, MC disbursements.

15   Do you see that?

16         A.  Uh-huh.

17         Q.  And the pages that follow were in that

18   folder; okay?

19         A.  Right.

20         Q.  So take a -- take a look through it because

21   I'm going to ask you about each of these pages.

22         A.  Uh-huh, okay.

23         Q.  Okay.  Let's go to the first page.  And as

24   always, I'm going to read it into the record as best

25   I can.  Bernie said no --

Page 342

1           MR. GOLDMAN:  Forms.

2           MR. SHEEHAN:  What?

3           MS. CHAITMAN:  Forms.

4       Q.  (By Mr. Sheehan)  Forms.  Hey, good.

5   Bernie said no forms for a new account or a trade

6   authorization or tax ID are needed for this account.

7       A.  Uh-huh.

8       Q.  Do you recognize that handwriting?

9       A.  No.

10      Q.  Do you remember telling anyone that with

11  regard to Mr. Cohn's accounts?

12      A.  If it says Bernie said, I must have said

13  something.

14      Q.  Okay.  Let's go to the next page.  It's a

15  form.  Do you recognize the form?

16      A.  This one?

17      Q.  Yeah.

18      A.  No, but I'm assuming that --

19          MS. CHAITMAN:  Don't assume, Bernie.  If

20  you know, you should say.

21          THE WITNESS:  No.

22          MR. SHEEHAN:  If you don't know, don't

23  know.

24          THE WITNESS:  I don't.

25      Q.  (By Mr. Sheehan)  It's entitled, it

Page 343

1    purports to be a document entitled name slash ADDR

2    file maintenance.  Does ADDR mean anything to you?

3           A.   ADDR?

4           Q.   Yeah.

5           A.   I don't know.

6           Q.   Okay.  So you go through this and it speaks

7    for itself, but it indicates that there's this MC

8    disbursements?

9           A.   Uh-huh.

10          Q.   That gives an account number of 1MOO130.

11   Do you see that up top?

12          A.   Uh-huh.

13          Q.   All right.  And it says at the bottom,

14   again, the handwriting, I'd ask you to -- it's no

15   account papers or margin as per BLM.

16          A.   Uh-huh.

17          Q.   Do you see that down at the bottom?

18          A.   Right.

19          Q.   Do you recognize that handwriting?

20          A.   No.

21          Q.   Okay.  Let's go to the next entry here.

22   And this purports to be it looks like note paper

23   from Cohmad Securities and it has underneath that

24   Maurice J. Cohn?

25          A.   Uh-huh.

Page 344

1        Q.   Do you recognize that handwriting?

2        A.   No.

3        Q.   Now, it seems to be -- do you see the word

4   Sonny --

5        A.   Uh-huh.

6        Q.   -- down there?

7        A.   Uh-huh.

8        Q.   Does that --

9        A.   Sonny Cohn.

10       Q.   Was that Maurice's nickname?

11       A.   Yes.

12       Q.   Okay.  So, again, it speaks for itself, but

13   it reads Jodi, dash, revised, underlined twice,

14   please issue a check payable to Maurice Cohn in the

15   amount of $872,730, not $889,000, debit MC

16   disbursements and gives the account number.  And

17   then it's got what looks to be initials to the left.

18   Do you see those to the left of Sonny?

19       A.   Yeah.

20       Q.   Do you recognize those?

21       A.   Is that an initial or is it a number?  It

22   says what looks like --

23       Q.   Are we looking at the same one?

24            MS. FEIN:  It's this one.

25            THE WITNESS:  Oh, this?

Page 345

1        Q.   (By Mr. Sheehan)   Yeah.   Where it says

2   Sonny, it looks like a J.   Could that be Jodi

3   Crupi's initial?

4        A.   I have no idea.

5        Q.   No idea.   And then it says you have my

6   deposit check?

7        A.   Uh-huh.

8        Q.   What, if anything, does this mean to you?

9        A.   I'm not familiar with it, with any of this.

10       Q.   All right.   When there were deposits and

11  withdrawals out of Sonny Cohn's account, would you

12  be involved?

13       A.   No.   I mean, this looks like somebody said

14  disbursements.   It looks to me like it's just a

15  bookkeeping procedure that they have for monies in

16  the account.

17       Q.   Let's go to the next page.

18            MR. GOLDMAN:   I said unless they want to

19  be on the transcript, they should tone it down.

20       Q.   (By Mr. Sheehan)   So the next page, which

21  is actually for Bates stamp purposes, it's AMF 105.

22  Again, it appears to be -- you know, it purports to

23  be a note pad from Cohmad Securities, Maurice Cohn,

24  dated 6-30-98.   And again, it speaks for itself, but

25  I'll read it.   Dear Jodi, dash -- Jodi, by the way,

Page 346

1    is spelled J-o-d-i -- please issue a check in the

2    amount of $500,000 payable to Maurice J. Cohn.  As

3    discussed, debit MC disbursements.  Also, please

4    deposit this check at Chase Bank.  A deposit slip is

5    enclosed.  Thanks, Sonny.  Do you recognize this to

6    be Mr. Cohn's handwriting?

7         A.   Which page are you on now?

8         Q.   It's dated out in the corner 6-30-98.

9         A.   Okay.  What was your question?

10        Q.   I said do you recognize this to be Sonny

11   Cohn's handwriting?

12        A.   You know, not really, but I'm assuming it's

13   on Cohmad Securities' note pad.  So Maurice Cohn,

14   looks like his personal pad.

15        Q.   It says copy to BLM.  That's your initials;

16   right?

17        A.   Okay, yeah.

18        Q.   All right.  Do you ever recall -- do you

19   recall ever seeing these kind of notes coming to

20   you?

21        A.   I assume so.

22        Q.   And then it says this should be done on or

23   about July 2?

24        A.   Yeah.

25        Q.   Does July 2 have any significance to you?

Page 347

1           A.   No.

2           Q.   Okay.   Let's go to the next page.

3    Actually, let me look at these.   Maybe we're just

4    repeating ourselves.   Okay.   The next two are

5    similar notes.   I'm going to pass over those for the

6    record.   They're AMF 106 and AMF 107.   I can ask

7    about them later, but for our purposes they're the

8    same.   Then we get to the last page of this exhibit.

9    Let me just ask you a question about that.

10              And it's again a note purports to be from

11   Maurice Cohn dated 1-9-96.   It says Dear Jodi, as

12   discussed, deposit my check before January 16 so I

13   can share my winnings with Uncle Sam.   Thanks,

14   Sonny.   And then below that it says please mail the

15   deposit slip receipt to me and gives his name and

16   address.   Do you see that?

17          A.   Uh-huh.

18          Q.   Do you recall discussing with -- well, let

19   me rephrase this.   Do you have any understanding why

20   he referred to the deposit as winnings?

21          A.   It says winnings with Uncle Sam.

22          Q.   Yeah.   Share my winnings.   Why would he

23   call winnings --

24          A.   Looks like he's referring to Uncle Sam,

25   what his profits were with the government, with

Page 348

1    Uncle Sam, the taxes on it.

2              MR. SHEEHAN:  Okay.  Let's get out the

3    statements.  This is eight?

4              MS. FEIN:  It's nine.

5              (Trustee's Exhibit Number 9 was marked for

6    identification.)

7         Q.  (By Mr. Sheehan)  Nine.  Let's take a break

8    after this; okay?  All right.  Take a break after we

9    go through this one.

10        A.  Okay.

11        Q.  Or you need one now?  It doesn't matter.

12        A.  No.  I'm fine.

13        Q.  You're okay?  All right.  Oh, it's in my

14   book; right?

15             MS. FEIN:  Yes.  This is another

16   compilation of statements.  Because some of them are

17   harder to read, so we pulled several months.  So

18   they're all for the same account, but the time

19   period varies.

20        Q.  (By Mr. Sheehan)  Yeah.  The first page is

21   very blurry, but I think they gets succeedingly

22   better as we go through them, but this is what the

23   documents purport to be are account statements for

24   MC Disbursements, care of Maurice Cohn and it gives

25   his address as 121 Wall Street.  I'm not going to

Page 349

1   date on the first one.  As a matter of fact, I'm

2   thinking we should just skip it.  It's here for

3   record purposes.  What it shows is three checks.  Do

4   you see that?

5          A.   Uh-huh.

6          Q.   The first page?  I'll ask you about this.

7   And each of them says after the check, it says CW

8   under all three.  What is that?

9          A.   Capital withdrawal.

10          Q.   And can you make out the total?

11          A.   $55,000.

12          Q.   Yes, okay.

13          A.   Uh-huh.

14          Q.   All right.  Now, there's no other entry on

15   here.  No stock?

16          A.   Uh-huh.

17          Q.   No transactions?

18          A.   Right.

19          Q.   Just cash out?

20          A.   Right.

21          Q.   What do you understand this transaction to

22   be?

23          A.   It looks like just like a bookkeeping

24   account.  It doesn't look like it's a transaction

25   account.

Page 350

1          Q.   Okay.

2          A.   Because I don't see any transactions on

3     here.

4          Q.   Were you paying Sonny Cohn for any

5     services --

6          A.   Yes.

7          Q.   -- he was providing?

8          A.   Uh-huh.

9          Q.   What were those services?

10         A.   He was -- well, Cohmad Securities was

11    executing our business on the floor, what's called

12    dot business because they had dot machines through

13    Bear Stearns, which we were not a member of the

14    exchange, you know, so we didn't have those

15    machines.

16              So they executed business for us, you know,

17    for my market makers from the dot business.  Plus,

18    Sonny Cohn also brought business into the firm as

19    well and he also performed other services for the

20    firm.

21         Q.   Just for the record, what's a dot business?

22         A.   Dot business is brokerage business that

23    when we put an order on the floor of the exchange,

24    it goes down to the specialist post on the exchange.

25         Q.   Okay.  Just staying with the first page,

Page 351

1   Mr. Madoff --

2        A.   Uh-huh.

3        Q.   -- could this be a payment to Mr. Cohn for

4   those services?

5        A.   It could be.

6        Q.   All right.  Would it be your practice to

7   use a customer account to make payments like that?

8        A.   I'm not sure.

9        Q.   Well, in other words, rather than write him

10  a -- you know, just a check or something else, you

11  used a customer account and put the money through

12  the customer account?

13            MS. CHAITMAN:  I'm objecting to form.

14            THE WITNESS:  No.

15            MS. CHAITMAN:  I don't see any evidence

16  that this is a customer account.

17            THE WITNESS:  Yeah.  This looks like a

18  journal, a type of journal account.

19        Q.   (By Mr. Sheehan)  Well, I think the number

20  at the top, 1-01329-30, is a customer account

21  number.

22        A.   It's just referring -- yeah, but that's

23  referring to his -- his customer account number; but

24  if there's no transactions on there, this looks like

25  a journal account.

Page 352

1          Q.   What's a journal account?

2          A.   When -- you know, when money is flowing

3     through the account, either we're receiving in

4     checks or sending out checks.  It says MC

5     Disbursements, so that means that we're paying him

6     money.

7          Q.   Right.

8          A.   They're just using -- those books are like

9     a bookkeeping account.  If there's no transactions

10    on it, it's not really an account where we're buying

11    and selling securities for them.

12         Q.   So if you're just disbursing money to them,

13    why would you use a customer account for that?

14              MS. CHAITMAN:  Objection to form.

15              THE WITNESS:  I have no idea.

16              MR. SHEEHAN:  Okay.

17              THE WITNESS:  I mean, that's not something

18    that I'm familiar with.

19         Q.   (By Mr. Sheehan)  Okay.  Because it does

20    say -- you see on this, it also says or when I asked

21    you, look down -- actually, we can stick with the

22    first page.  It's so blurry, but we can read it.

23    See where it says on the left-hand side under the

24    name and address?

25         A.   Uh-huh.

Page 353

1          Q.   You see the words long and short?

2          A.   Right.

3          Q.   Don't those always appear on a customer

4     statement?

5          A.   Yeah.  Well, they're using a format of the

6     customer account it looks like, but it's not --

7          Q.   Right.

8          A.   But there's no transactions on there, so --

9          Q.   All right.  So let's -- let's go in four

10    pages to April 30, 1989.  And what it's showing is

11    the balance forward showing it as a debit of

12    $734,000.  Do you see that?

13         A.   Yes.

14         Q.   And the initial, then there's three checks?

15         A.   Uh-huh.

16         Q.   Which brings the total up to $892,000?

17         A.   Right.

18         Q.   What was the purpose of keeping this debit

19    balance running?

20         A.   Obviously, it looks like from the checks

21    that were issued to him.

22         Q.   Right.  Again, there's no transactions

23    here; are there?

24         A.   No.

25         Q.   Now, we go to the next page if you would,

Page 354

1    which is 6-30-89.  The balance is then brought up to

2    $900,000, two more checks and it's now a million

3    225.  Do you see that?

4         A.  Uh-huh.

5         Q.  And, again, no transactions; right?

6         A.  Right.

7         Q.  So we're not going to keep doing this.  All

8    right.  Let's go to the one -- next one is 4-30-95,

9    the one that looks like this, Mr. Madoff.

10        A.  Uh-huh.

11            MS. FEIN:  I have it over here.

12        Q.  (By Mr. Sheehan)  All right.  So this shows

13    that the new balance as of April 30, '95 is six

14    million -- or 16 million.  I'm sorry.  $16,754,000.

15   Do you see that?

16        A.  Yeah.

17        Q.  What was -- what were you paying Mr. Cohn

18   $16 million for?

19        A.  $16 million for?

20        Q.  Yeah.  It says your cash adds up to new

21   balance of $16,754,393.  There's not a single

22   transaction and the only thing is checks going out

23   to him totaling that amount of money.  So what were

24   you giving him $16 million for?

25        A.  Well, first of all, Maurice Cohn was

Page 355

1   getting a -- a payment for the accounts that he

2   refers -- like all his salesmen, Cohmad was

3   referring clients to us that we were doing -- when

4   was this?  In '95 that we were doing, you know,

5   arbitrage transactions.  They were referring clients

6   to us and he was getting a fee, a percentage.

7           I don't remember exactly what the fee was,

8   whether it was, you know, two percent or whatever it

9   is of all of their customer, you know, balances in

10  their account.  So I don't know.  Sixteen million

11  seems like a large amount, but I don't know; but

12  that could have been, you know, based upon all of --

13  you know, all of their customers for -- he had a

14  whole bunch of salesmen at Cohmad.

15      Q.  I'm not so sure I understood that, so let

16  me ask you a question.

17      A.  In other words, Cohmad referred clients to

18  us and they got a -- he got a fee based upon the

19  balances just like the woman by the name of Sonya

20  Cohn.  He had salesmen that got -- that referred

21  hedge fund business to us and so on and he got a

22  percentage, a referral fee for that.

23      Q.  Based on the balance?

24      A.  The amount of monies that the clients had

25  sent in in their accounts to manage.

Page 356

1          Q.  If the --

2          A.  It was a referral fee.

3          Q.  I understand.

4          A.  Uh-huh.

5          Q.  If the clients took the money out, would

6     the amount that you paid him go down?

7          A.  Would have been -- would have been debited,

8     yeah.  Would have been deducted.

9               MR. SHEEHAN:  Okay.  Take a break here.

10              THE VIDEOGRAPHER:  Going off the record.

11     The time is 12:33 p.m.

12              (A recess was taken.)

13              THE VIDEOGRAPHER:  Back on the record.

14     This begins disc number three.  The time is

15     12:50 p.m.

16          Q.  (By Mr. Sheehan)  Mr. Madoff, do you

17     remember earlier today I was asking you about what I

18     characterized as a 302 statement?  Do you remember

19     that?

20          A.  Yes.

21          Q.  Okay.  These are statements that are

22     prepared by the FBI following the interview such as

23     the one they had with you?

24          A.  Uh-huh.

25          Q.  I'm stating that not for the truth of it

Page 357

1    but just for context.

2           MR. GOLDMAN:  I don't think it's the 302;

3    was it?

4           MR. SHEEHAN:  They call it 302s.

5           MR. GOLDMAN:  It was a 201.

6           MR. SHEEHAN:  No.  It's a 302.  If

7    anything today that I'm pretty sure of.

8           MR. GOLDMAN:  Okay.

9           MR. SHEEHAN:  I'm not arguing with you,

10   Peter.

11        Q.  (By Mr. Sheehan)  So it's December 16th,

12   19 -- 2008?

13        A.  Uh-huh.

14        Q.  It's several days after the arrest, and

15   you're telling them as I understood what you said

16   earlier how the fraud came about; is that correct?

17        A.  Correct.

18        Q.  Right.  Do you remember telling them that

19   it started in the 1960s?

20        A.  No.

21        Q.  Do you know that the 302 statement says

22   that not only once but three different times that

23   you said it started early?

24           MS. CHAITMAN:  Do you have the 302

25   statement?

Page 358

1           MR. SHEEHAN:  I can't get it.

2           THE WITNESS:  I never would have said

3    that.

4           MR. SHEEHAN:  I'm in the process of trying

5    -- let me explain this for the record.  I'm sorry,

6    Mr. Madoff.  I'll give you a chance.  That is, that

7    we went down to look at it, Helen, and they let us

8    review it and then I asked for a copy and they

9    refused.  What we've done is we've prepared what's

10   called a Touhy letter to request it and they have

11   that under consideration.  The U.S. Attorney moves

12   at its own speed, so I don't have it.

13           I am attempting to get it.  In the

14   meantime you can do what I did and that is ask to

15   see it, and they will accommodate you and let you

16   read it; but, unfortunately, they will not give us a

17   copy as yet.  I don't see any reason why they

18   wouldn't because the case is essentially over from a

19   criminal perspective.

20           And 302s are, you know, given out as Brady

21   statements and everything else, so but I don't have

22   it here and I apologize for that, but I wish I did.

23           THE WITNESS:  Let me clear something up.

24   During the proffer agreement, the proffer meeting,

25   they asked me to explain the history of the firm;

Page 359

1    okay?

2            MR. SHEEHAN:  Right.

3            THE WITNESS:  And at that point I said we

4    started in 1960.  That was the only reference that

5    was ever made to 1960 was that their firm started in

6    1960, and that's when I started doing business.  And

7    then I gave a history of the firm from 1960.  And,

8    you know, I said I started, you know, with -- I sold

9    new issues to clients.  And the new issue market

10   collapsed and didn't work out.

11           That's when I got into the fact that I had

12   to borrow $30,000 to make my customers whole, but

13   there was never any discussion of fraud starting in

14   1960 because it didn't.  So I never would have made

15   that statement.  The only referral to 1960 was when

16   the firm started.

17       Q.  (By Mr. Sheehan)  So when the FBI wrote

18   down that you told them the fraud started in the

19   '60s, they were wrong?

20       A.  I said the firm started in the '60s, not

21   the fraud started in the '60s.

22       Q.  Well, the FBI wrote down that the fraud

23   started --

24       A.  Well, I can't help what they wrote down,

25   but --

Page 360

1      Q.  Well, they wrote down that you had borrowed

2    the $30,000 because your business had failed.

3      A.  No.  I didn't say the business had failed.

4    What I said to them was, and I remember this very

5    clearly because this was in the book and I told

6    Diana Henriques, what happened was the firm started

7    in 1960.  Sometime in 1962, I believe it was, I -- I

8    sold two new issues to a handful of customers.  They

9    were actually -- most of them were my relatives.

10          And that was then the new issue -- with

11   the Cuban Missile Crisis happened in '62, the new

12   issue market collapsed.  Remember, the tape ran

13   until like 9:00 o'clock at night, you know, at that

14   time, the ticker tape.  The new issue market

15   collapsed and the underwriters, the two underwriters

16   of the new issues that were supposedly in there

17   making a mark and supporting the issue, you know,

18   walked away.

19          So there was no liquidity in those stocks,

20   so the stocks -- these stocks came out at $2 a

21   share.  They went down to one bid, two offer.  That

22   was the quote.  So the customers theoretically lost,

23   you know, 50 percent of their money.  Then there was

24   -- the total investment that they had made was

25   $30,000.  I felt, you know, guilty because of the

Page 361

1    fact that, you know, they bought the stock because I

2    told them to buy the stock.  It was the first time I

3    ever did retail business with these clients.

4            The capital of the firm -- so I had to

5    come up with $30,000.  I didn't have to.  I chose to

6    give the customers -- buy the customers back their

7    stock at the offering price, $2 a share, which is

8    what it was initially sold to them at.  That market

9    was one-two, which is a very wide spread; but that's

10   the way those stocks traded, you know, during that

11   period of time.

12           So because I decided I wanted to take the

13   customers out, buy their stock back at $2 a share,

14   it cost me $30,000.  And that would have used up all

15   the capital of the firm, so I borrowed $30,000 from

16   my father-in-law to pay them back.  That was the

17   whole issue with that.

18           That's when I said to you that when the

19   SEC came in to do an examination at a much later

20   date and they saw that I did that, that was when

21   they said to me -- as a matter of fact, the

22   examiners said Bernie, you know, you didn't have to

23   buy this stock back from the customers.

24           You never guaranteed them anything.  And I

25   said I know.  I told them exactly what I just said

Page 362

1   now and I felt guilty about it.  And, you know, I

2   made a decision to do that.  They said, well, you

3   know, if you're going to keep on doing this, you're

4   going to run out of money.  You know, they sort of

5   like made a joke out of the whole thing, but there

6   was never -- that was the whole episode with the --

7   with the $30.

8          And then Diana Henriques in her -- when

9   she wrote the book, which I was really annoyed at

10  her about and I spoke to her about that, she said,

11  well, I really mischaracterized it.  You know, they

12  said that -- what did she say?  That I did things

13  that I really didn't have to do or something of

14  that, which was true.  I didn't have to do that, you

15  know.  She thought it was like foolish of me to do

16  that.

17       Q.  You started the retail business, again, in

18  the '60s; didn't you?

19       A.  No.  I mean, you know, after that issue

20  with the new issue business, I basically started

21  just doing arbitrage transactions.  I had a couple

22  of -- a couple of customers that -- one was the name

23  of Steinberg.  They were relatives of my -- clients

24  of my father-in-law.

25       Q.  Didn't you lose the money again?

Page 363

```
 1          A.   No.

 2          Q.   Didn't you then start the Ponzi scheme in

 3     the '60s?

 4          A.   No.

 5          Q.   Do you recall telling the FBI that it began

 6     -- it really started in earnest in the '70s?

 7          A.   No.

 8          Q.   And that it grew much larger in the '80s?

 9          A.   No.

10          Q.   So all those things they wrote down were

11     wrong?

12          A.   I certainly never said that.

13          Q.   So they're lying?

14          A.   I won't say they're lying.  Maybe they

15     misunderstood me.  I don't know.

16          Q.   They wrote it down, declarative statements,

17     started in the '60s, '70s and '80s.

18          A.   No.

19          Q.   So they made that up?

20          A.   I'm not saying they made it up.  I don't

21     know what they -- how they interpreted.  You know, I

22     --

23          Q.   What's to interpret?  You either started

24     the fraud or you didn't.

25          A.   I didn't.  So I don't know why they would
```

Page 364

1   say it.  I may have been referring to what -- what

2   business I did, you know.  They asked me when did I

3   start the arbitrage business and, you know, I told

4   them, you know, what I started doing, when I started

5   doing the market making business and so on.

6           Q.  Mr. Madoff, December 16th you're talking to

7   the FBI and the U.S. Attorney?

8           A.  Uh-huh.

9           Q.  You told us earlier you were telling the

10  truth?

11          A.  Right.

12          Q.  Now is the time to tell us the truth.

13  Again, the fraud started in the '60s and '70s just

14  like you told the FBI?

15          A.  I never told the FBI that.

16          Q.  So they're lying?

17          A.  Characterize it any way you want.  I'm just

18  saying --

19          Q.  Well --

20          A.  -- I never said that to them.

21          Q.  -- let me ask you something else.  You lied

22  to Denny Chin; didn't you?

23          A.  To Denny Chin, no.

24          Q.  Yeah, the judge.  When you allocuted, you

25  lied?

Page 365

1       A.   Hmm?

2       Q.   You lied to Judge Chin during your

3   allocution?

4       A.   No, no.

5       Q.   You told him nothing happened after 1992.

6   That's a lie?

7       A.   I didn't tell him nothing happened after

8   '92.

9       Q.   You said the fraud started at your

10  allocution, you said it started --

11      A.   At '92.

12      Q.   Ms. Chaitman quotes it all the time.  You

13  said it started in 1992?

14      A.   Correct.

15      Q.   You've testified here that it started

16  earlier than that with backdated trading and other

17  activities for the big four?

18      A.   I said the Ponzi scheme, that's when it

19  started, in 1992.  I never -- didn't say that there

20  were backdating of trades prior to that.  I said

21  that.

22      Q.   Didn't you want to give Judge Chin the

23  impression that you were clean as a whistle up until

24  1992?

25      A.   No.

Page 366

1          Q.   So you're swearing here today you never

2     lied to Judge Chin?

3          A.   No.

4          Q.   All right.  Want to think about that?

5          A.   Yeah.  I'm telling you that.

6          Q.   All right.

7          A.   I'm telling you that they asked me when the

8     Ponzi scheme started, you know, and I said the Ponzi

9     scheme started in 1992.

10         Q.   But --

11         A.   The backdating of trades never came up with

12    Denny Chin.

13         Q.   Mr. Madoff, for the last 16 years of your

14    professional life by your own admission you lied for

15    a living; isn't that true?

16         A.   For the last 16 years, yeah.

17         Q.   Yeah.  You lied for a living?

18         A.   Yeah.

19         Q.   Right.  But now we're supposed to believe

20    that you're telling us the truth?

21         A.   You're asking me now, I have nothing to

22    lose now.

23         Q.   Aren't you trying to rehabilitate yourself?

24         A.   No.

25         Q.   You're trying to make everybody think that

Page 367

1  you were a good guy until '92 until the big four put

2  the screws to you?

3       A.   That's correct.

4       Q.   Yeah.  But that wasn't true; was it?

5       A.   No.  It was true.

6       Q.   You were phony in the '80s?

7       A.   No.  It's not true.

8       Q.   So David Kugel, Annette Bongiorno, the FBI,

9  everybody is lying except you?

10       A.   You make your own decision.  I'm telling

11  you --

12       Q.   I have.

13       A.   All right.  So what can I tell you?

14       Q.   All right.

15       A.   We have a right to disagree.

16       Q.   So someone who lies for a living for

17  16 years wants us to believe what he's saying, but

18  other people whose freedom was at risk just like

19  yours told the truth?

20            MS. CHAITMAN:  Objection to form.

21            THE WITNESS:  I can't respond to that.

22            MR. SHEEHAN:  All right.  I'm done.

23            MS. CHAITMAN:  Mr. Madoff --

24            MR. GOLDMAN:  You were lying to us.  You

25  said an hour.

Page 368

1                    FURTHER EXAMINATION

2    BY MS. CHAITMAN:

3         Q.   The U.S. Attorney accepted your plea that

4    the fraud began in 1992; is that right?

5         A.   As far as I know.

6         Q.   And can you tell us the circumstances of

7    the U.S. Attorney stating in your presence that he

8    had no evidence that the fraud began before 1992?

9         A.   My attorneys came in to me and told me that

10   when they were trying to determine my forfeiture

11   over what the forfeiture settlement should be, how

12   much money they should leave my wife, my baby,

13   because it really involved my wife, they originally

14   came in and said they were going to -- they were,

15   you know, going to leaving her with $100,000 or

16   something of that sort.

17            And I said no.  I said that's -- if you're

18   going to leave her $100,000, I'm going to go to

19   trial.  You know, I'm not going to accept that.  So

20   they then came back.  Ike Sorkin came back and Peter

21   Chavkin into the room and said to me that now the

22   U.S. Attorney, you know, in New York interceded and

23   said that they have -- they have no evidence that

24   the fraud started prior to what I said in 1992, so

25   they were going to settle on $2,500,000.  That was

Page 369

1    what the U.S. Attorney said.

2          Q.  And the $2,500,000 represented what?

3          A.  Represented my homes that were bought in

4    1980, 1983, and it was part of the assets of the

5    hundred million dollars worth of assets that Ruth

6    volunteered to turn over to the -- to the U.S.

7    Attorney.

8          Q.  Okay.  So just to be clear, am I correct in

9    saying that Ruth offered to turn over $100 million

10   in assets?

11         A.  Right.

12         Q.  But she wanted to keep two-and-a-half

13   million?

14         A.  Well, she didn't pick the Number

15   2-and-a-half million dollars.  She just said that,

16   you know, she wanted enough money to live on.  And,

17   you know, and they asked me -- you know, they came

18   to tell me what was I willing to accept?  And I said

19   I was certainly not willing to accept $100,000 of

20   $100 million of assets.

21              And they went back and forth and then they

22   came back in and said the U.S. Attorney said he has

23   no evidence that the fraud started earlier than what

24   I had said.  So, therefore, he is -- they leave the

25   two-and-a-half million dollars.

Page 370

1        Q.   Okay.   And, in fact, you're aware that

2    Frank DiPascali pled after he was indicted, he pled

3    to --

4        A.   Right.   From what I read, you know, in the

5    -- in the newspapers and what I was told was that he

6    -- he stated in front of the judge that the fraud

7    started in '92.

8        Q.   Okay.

9        A.   It started in the '90s, he said.   And then

10   at a later date I guess as part of his plea

11   agreement he said, well, it may have started in the

12   late '80s, he wasn't sure, '92, you know, but that

13   was --

14       Q.   But he testified that it was with a split

15   strike?

16       A.   Yes.

17       Q.   Okay.   Now, do you think that you -- do you

18   have any reason to believe that your prison sentence

19   would have been longer if you had told the U.S.

20   Attorney that you started the fraud earlier than

21   1992?

22       A.   What is the question?

23       Q.   Do you have any reason to believe that your

24   criminal sentence would have been longer if you had

25   told the judge, Judge Chin, in your plea that the

Page 371

1    fraud began earlier than 1992?

2         A.   No.

3         Q.   You understand, don't you, that SIPC saves

4    money by saying the fraud began in 1960?  Do you

5    understand that?

6         A.   No.  I'm not really --

7         Q.   Well, do you understand that SIPC is

8    required to insure customer accounts up to $500,000

9    per account?

10        A.   Yeah, uh-huh.

11        Q.   And do you understand that in this case Mr.

12   Picard was successful in persuading the courts that

13   the customers should not be credited with any

14   appreciation because he claimed that from the 1960s

15   on you never purchased any securities?

16        A.   Right.

17        Q.   So SIPC has saved well over $1 billion by

18   virtue of the allegation that the fraud began in

19   1960.

20        A.   Okay.

21        Q.   Did you save any money by virtue of --

22        A.   No.

23        Q.   -- claiming that the fraud began in 1992?

24        A.   No.

25        Q.   Now, Mr. Sheehan made the point that in the

Page 372

1   1980s you refused to give your customers electronic

2   access because you were not doing the trades

3   reflected on the convertible arbitrage customer

4   statements.  Was electronic access available at all

5   in the industry in the 1980s?

6       A.  No.

7       Q.  If electronic assess had been available in

8   the 1980s, would it have been available to allow

9   customers to access the over-the-counter market?

10      A.  No.

11      Q.  In fact, to this day is there to your

12  knowledge any electronic access via retail customer

13  to the over-the-counter market?

14      A.  First of all, let me explain to you what

15  electronic access is.  Electronic access has nothing

16  to do with the market.  Electronic access allows a

17  customer to get his confirmations and his statements

18  electronically through DTC.  DTC put in a system

19  called the DTC ID system, which was basically

20  designed for institutions.

21          ID stands for institutional, you know,

22  something or other system.  So rather than have the

23  customer get confirmations, you know, by sending out

24  a statement or a confirmation, you know, like we

25  would do, the customer could electronically get the

Page 373

1    information directly from DTC.  The only ones that

2    really did that were the smaller hedge funds who

3    really didn't have operations departments and so on.

4    In order for them to save money, they allowed their

5    customers to get electronic access.

6             Quite frankly, you know, most firms would

7    not give anybody electronic access because you were

8    subjecting your computer systems to people to get in

9    there, you know, through fraud, like maybe cyber

10   things like people are having problems today with

11   their banking and so on.  So, quite frankly, I would

12   never allow electronic access into my system because

13   our system has, you know, a huge amount of

14   proprietary information available.

15            And, quite frankly, even within DTC the

16   industry, you know, had problems with it because the

17   DTC, the same reason that an accounting firm that

18   wants to see what the firm has in their DTC

19   inventory, DTC would not give it to that.  They have

20   to give it to a regulator, but they don't have to

21   give it to an accounting firm and they don't give it

22   to an accounting firm.

23        Q.  Now, in the 1980s what was the volume of

24   convertible bond trading that you did through Bear

25   Stearns?

Page 374

1          A.   I couldn't tell you, but it was
2    substantial.  We did convertible -- we were one of
3    the largest market makers in convertible securities
4    in the country.  So we were doing -- and, you know,
5    and again, convertible securities is not only
6    convertible bonds.  You know, it's convertible
7    preferreds, units, warrants, rights.  There's -- you
8    know, and we participated in all of -- all of that.
9             And as a matter of fact, we ran an ad in
10   the Wall Street Journal in 19 -- I guess it was
11   around '83 or '84, whatever the break-up was that we
12   made markets in all the telephone issues.  And we
13   were one of the largest market makers doing the
14   arbitrage in the convertible securities.
15         Q.   Now, Mr. Sheehan was questioning you --
16   excuse me -- about Mr. Blecker's statements where it
17   appeared that fractional shares were credited to his
18   account before you actually purchased the
19   securities?
20         A.   Uh-huh.
21         Q.   Now, first I want to clarify something.
22   Mr. Sheehan was asking you using David Kugel as an
23   example whether David Kugel was deprived of
24   compensation on a convertible arbitrage transaction
25   that he might have done because you then took those

Page 375

1   securities and sold them to your investment advisory

2   customers.

3        Am I correct in saying that they were

4   completely separate transactions?  In other words,

5   David Kugel was a trader.  He would do a transaction

6   and he would generate potentially a profit or a

7   loss?

8        A.   Correct.

9        Q.   But he would acquire securities; is that

10   right?

11        A.   Uh-huh.

12        Q.   And then they became firm securities?

13        A.   It depends.  Sometimes they did.  Well,

14   they were always firm securities because, you know,

15   they were firm securities while he was -- you know,

16   while he was a market maker also; but they may have

17   been in the market making, his market making account

18   as opposed to the firm's investment account or

19   trading inventory account.

20        Q.   And then would you then turn around and

21   take some of those securities and sell them to the

22   investment advisory customers after David Kugel had

23   completed his transaction?

24        A.   That's correct.

25        Q.   So you're selling those securities or

Page 376

1  fractions of those securities to the investment

2  advisory customers.  Was it a completely separate

3  transaction from anything David Kugel could have

4  done beforehand?

5      A.  That's correct.

6      Q.  Okay.  Now, can you explain why a

7  fractional share -- and, of course, we don't have --

8  if you could look at this first, this document?  No.

9  This is not it.  Hold on.  I just want to find

10  the -- this is not -- hold on one second.  I'm

11  showing you Exhibit 1, Trustee's Exhibit 1.  If

12  you'd look on the second page of that?

13      A.  Oh, before -- I want to -- I want to

14  address this FBI issue again.

15      Q.  Go ahead.  You can.

16      A.  And I stated this before today.  During the

17  proffer agreement when I was discussing how we did

18  our business and I was talking to you about what I

19  -- how I did customer business, they asked me did

20  you ever short stock to a customer?  You know, and I

21  said, of course, I shorted stock to a customer at

22  times, you know.  I said that was what market makers

23  did.  You know, they short stock to the customer.

24          And they said you mean you sold stock to a

25  customer that you didn't own?  And I said -- and I

Page 377

1    looked at, you know, the SEC who was sitting there

2    and everyone in the room and I said wait a minute.

3    I said are you asking me -- you know, you're acting

4    as if there's something wrong with me shorting stock

5    to a customer, selling stock to -- and now, of

6    course, the FBI has no clue with what the markets

7    work, you know.

8           So they made a big issue of you sold stock

9    to a customer that you didn't own.  And as a matter

10   of fact, I turned to the SE -- two people from the

11   SEC there and I said listen, guys, help me out here.

12   I said for some reason you're acting surprised that

13   a market maker sold stock short, you know.  And we

14   went through that whole routine.  Now, whether for

15   some reason the SEC determined that by me selling

16   stock to a customer that I didn't own, that that was

17   a fraud.

18          Q.  You mean the SEC or the FBI?

19          A.  The FBI.  But no one answered anything.  I

20   said -- everyone like was -- the SEC was very

21   embarrassed because they were sitting there.  They

22   never opened up their mouth during this whole

23   proffer agreement.  And then I -- you know, I

24   conceded and started saying yes, market makers can

25   sell stock short to a customer and so on.  So if the

Page 378

1    FBI who was not professional sitting in a room and

2    listening to this going back and forth because the

3    U.S. Attorney was the one -- Marc Litt was the one

4    that was saying you mean you sold stock to a

5    customer that you didn't own as if like this was

6    something wrong.

7            And I started to get annoyed at him

8    because they said -- you know, it was almost like

9    what is this?  Like a joke?  You all of a sudden

10   this is -- you have professionals in here, the SEC,

11   and you're acting -- you're acting as if there's

12   something wrong with that?  I said that's what

13   market makers do.

14           Now, if the FBI interpreted that as being

15   a fraud because that's what the SEC -- that's what

16   the U.S. Attorney was sort of like insinuating.  If

17   that's how they -- why they started writing this

18   down, I don't know, but clearly I never, you know,

19   made that statement.

20       Q.   Okay.  Turning to the third page of

21   Trustee's Exhibit 1 --

22       A.   And don't they record this conversation

23   there?  Isn't that -- they don't record that?

24           MR. GOLDMAN:  They take notes.  Hopefully,

25   they take notes.

Page 379

1           Q.   (By Ms. Chaitman)  Turning to page three of

2      Trustee's Exhibit 1 --

3           A.   And by the way, Picard was at that meeting,

4      wasn't he, at the proffer agreement?

5                MR. SHEEHAN:  No.  He was not.

6                THE WITNESS:  I'm pretty sure he was.  No?

7                MR. SHEEHAN:  Well, you would be wrong

8      about that, too, Bernie.

9                THE WITNESS:  Oh, okay.  Somebody was

10     there from the Trustee.

11               MR. SHEEHAN:  George Stamboulidis.

12               THE WITNESS:  Oh, okay.

13          Q.   (By Ms. Chaitman)  Again, my third try at

14     this.

15          A.   Yes, right.

16          Q.   Mr. Sheehan made a great deal about the

17     fact that on September 30th, 1986 on Mr. Blecker's

18     statement you reflected a journal entry of $55.13

19     for TRW, Inc. fractional shares.  Do you see that?

20          A.   Yes.

21          Q.   Okay.  And then Mr. Sheehan pointed out is

22     that it wasn't until the November 30th, '86

23     statement that you show a long position in TRW

24     shares, and it says received.  Is it possible that

25     the fractional shares were actually acquired on

Page 380

1    September 30th but not received until November 7th?

2    That would be a month and seven days.

3          A.   The -- again, I don't know how they handled

4    the fractional shares.  The receive and deliver that

5    appears on a statement is -- is an entry that is

6    either -- that's the position is closed out.  In

7    other words, it means that either the conversion was

8    completed and when it got entered into the customer

9    account.

10          The actual conversion might have been

11   completed, you know, a month after we did the

12   transaction; but, you know, it actually got

13   journaled into the customer account at a later date

14   when it gets moved into from the operations side,

15   you know.  For example, if we -- if we sent it to a

16   bank to be converted, all right, they may -- they

17   may -- the conversion may have come through a month

18   after they put it into conversion.

19          They may have not sent it to us, you know,

20   until two weeks after that.  That's a matter of, you

21   know, of the processing.  So how the journal, you

22   know, gets or if, in fact, my office put through the

23   distribution of the fractional share into the

24   customer's account when the transaction was set up

25   because they did that because they know that that's

Page 381

1    what they're going to get on the date rather than

2    later on.  I don't know what the process is, but it

3    doesn't mean anything.

4              MS. CHAITMAN:  Okay.  I have no other

5    questions.

6              MR. SHEEHAN:  Just one or two more.

7                   FURTHER EXAMINATION

8    BY MR. SHEEHAN:

9         Q.  Ms. Chaitman just now asked you about the

10   U.S. Attorney, and the U.S. Attorney at your plea

11   said that the fraud started from 1992 forward.  Do

12   you remember that question?

13        A.  She asked me what?

14        Q.  That the U.S. Attorney and you were on the

15   same page that the fraud started in '92 and went

16   forward.  Do you remember that?

17        A.  I just --

18        Q.  Well, the record speaks for itself.  Do you

19   have any recollection of it?

20        A.  The only thing I recollect was that Ike

21   Sorkin and Peter Chavkin came in.  This was when I

22   was in the jail in New York and said to me that --

23   they said that the U.S. Attorney said that he had no

24   evidence that the fraud started before I claimed

25   whatever the date was, and that's why he decided to

Page 382

1  make the settlement of two-and-a-half million

2  dollars.  That's my recollection.

3      Q.  Just to complete the record then, this is

4  your allocution that was actually marked as D

5  Exhibit two at your deposition on December 20, '16.

6      A.  Uh-huh.

7      Q.  And on page 31 it reads, this is the Court

8  speaking, does the government believe Mr. Madoff's

9  admission to cover the elements of the crime of each

10  count?  Mr. Litt, who I think you previously

11  identified as the prosecutor, answered yes, your

12  Honor.

13          The government does not entirely agree with

14  all of the Defendant's description of his conduct.

15  However, the government does believe that his

16  allocution does cover each of the elements of the

17  charged defenses.  The Court:  Would you summarize

18  what the government's evidence would be if the

19  Defendant were to go to trial?

20          Mr. Litt:  Yes.  If this case proceeded to

21  trial the government would have proven through

22  testimony and evidence beyond a reasonable doubt all

23  the facts set forth in the criminal information.  In

24  the summary the government would have proven, colon,

25  the Defendant operated a massive Ponzi scheme

Page 383

1   through his company, Bernard L. Madoff Investment

2   Securities, beginning at least as early as the

3   1980s.  Over the decades working from his New York

4   City office Madoff solicited and caused others to

5   solicit prospective clients to open accounts with

6   his companies.

7          His clients included individuals,

8   charitable organizations, trusts, pension funds and

9   hedge funds, among others, and those clients were

10   also his victims.  Let me stop reading there.  I

11   think it speaks for itself.

12       A.  Well, he's saying in the 1980s; right?

13       Q.  Yes.

14       A.  Not saying 1962.

15       Q.  He said at least the 1980s, so --

16       A.  Okay.  Well, that's the 1980s.  Now, you

17   know --

18          MR. GOLDMAN:  Bernie, there's no question.

19          MR. SHEEHAN:  No question.

20          THE WITNESS:  Okay.

21                FURTHER EXAMINATION

22   BY MS. CHAITMAN:

23       Q.  But Mr. Madoff, didn't the fraud, in fact,

24   start in the 1980s?

25       A.  No.

Page 384

1          MS. CHAITMAN:  Okay.  I have no further

2     questions.

3          MR. SHEEHAN:  I'm done.

4          MS. CHAITMAN:  We're done.

5          MR. GOLDMAN:  Okay.  I've only got about

6     two hours worth, so --

7          MR. SHEEHAN:  That's one thing I know is

8     not true.  A lot of things I don't know is true.

9     That I know is not true.

10          THE VIDEOGRAPHER:  This concludes the

11     deposition.  Going off the record at 1:24 p.m.

12          (Reading and signing of the deposition by

13     the witness was waived and the deposition was

14     concluded at 1:24 p.m.)

15

16                    *  *  *  *  *

17

18

19

20

21

22

23

24

25

Page 385

```
 1              C E R T I F I C A T E
 2     NORTH CAROLINA:
 3     GUILFORD COUNTY:
 4              I hereby certify that the foregoing
 5     deposition was reported, as stated in the caption,
 6     and the questions and answers thereto were reduced
 7     to the written page under my direction; that the
 8     foregoing pages 211 through 384 represent a true and
 9     correct transcript of the evidence given.  I further
10     certify that I am not in any way financially
11     interested in the result of said case.
12              I have no written contract to provide
13     reporting services with any party to the case, any
14     counsel in the case, or any reporter or reporting
15     agency from whom a referral might have been made to
16     cover this deposition.  I will charge my usual and
17     customary rates to all parties in the case.
18              This, the 10th day of May, 2017.
19
20
                        K. Denise Neal
21
                        K. Denise Neal, RPR
22                      Registered Professional Reporter
                        Notary Public No. 200517500101
23
24
25
```

**[001 - 302]**                                                                 Page 1

## 0

**001**   341:14
**00367785**   235:6
**0646**   306:6
**08-01789**   211:7
215:14

## 1

**1**   213:17 229:13,16
229:17 230:5,6,8,9
230:12 371:17
376:11,11 378:21
379:2
**1,000,000**   320:20
**1,336,234**   321:8
**1,499,840**   315:10
**1,500,000**   312:6
**1-01329-30**   351:20
**1-9-96**   347:11
**10**   335:12
**10-1-84**   333:25
**100**   218:22 324:18
332:22 337:14
369:9,20
**100,000**   221:24,24
223:6,8 337:11,14
368:15,18 369:19
**10022**   212:6
**10111-0100**
212:15
**105**   345:21
**10573**   212:22
**106**   347:6
**107**   347:6
**10:00**   220:11,12
238:14
**10:11**   261:8
**10:25**   261:12
**10:58**   290:11
**10th**   385:18

**11:14**   290:14
**12**   212:21 338:22
**12-31-84**   325:4
333:25 338:6
**121**   348:25
**12:33**   356:11
**12:50**   356:15
**12th**   225:16
**13185**   327:3,5
**13a**   341:2
**14**   224:7,11 233:3
**14.18**   226:20
**15**   339:21
**1501**   224:20,24
**154**   313:18
**16**   347:12 354:14
354:18,19,24
366:13,16 367:17
382:5
**16,754,000**   354:14
**16,754,393**   354:21
**16th**   248:6,10
357:11 364:6
**17**   254:20
**17th**   259:22 267:2
**19**   357:12 374:10
**1960**   359:4,5,6,7
359:14,15 360:7
371:4,19
**1960s**   357:19
371:14
**1962**   360:7 383:14
**1980**   369:4
**1980s**   372:1,5,8
373:23 383:3,12
383:15,16,24
**1983**   235:16
243:23 244:20
310:25 369:4
**1984**   213:23
295:13 297:13

**304:8 322:5 324:8**
331:5 333:20
338:11
**1986**   229:4 233:18
379:17
**1989**   353:10
**1992**   331:9,13,19
332:1,18 365:5,13
365:19,24 366:9
368:4,8,24 370:21
371:1,23 381:11
**1:24**   384:11,14
**1moo130**   343:10

## 2

**2**   213:18 230:5
234:25 235:4
290:14 318:21
334:3 346:23,25
360:20 361:7,13
369:15
**2,500,000**   368:25
369:2
**2-29**   317:21
**20**   249:3 382:5
**200**   276:17
**2005**   300:11
**200517500101**
385:22
**2008**   248:6,10
295:12 357:12
**201**   357:5
**2016**   224:11 301:9
**2017**   211:22 215:4
385:18
**20th**   221:19
224:11 300:11
301:9 303:1
**211**   385:8
**212**   212:16
**216**   213:9

**22,000**   324:15
**220**   236:9,12
**225**   354:3
**23**   312:1
**230**   213:17
**234**   213:18
**24**   339:20
**248**   311:25
**25**   253:5
**25,000**   253:14
**250**   313:25 319:16
320:16 321:7
322:13
**250,000**   313:12,13
314:18 320:25
**250s**   320:16
**261**   213:19
**27**   236:13,17
**27509**   215:7
**277**   227:24 228:2
**277,309.75**   231:17
**27th**   211:21 215:4
**29**   334:3 335:12
**299**   213:20
**29th**   313:11
**2:30**   238:15

## 3

**3**   213:19 261:10,15
**3-13**   318:2
**3-31**   321:25
**30**   235:16 246:18
277:15 313:10
319:10,23 353:10
354:13 362:7
**30,000**   359:12
360:2,25 361:5,14
361:15
**3000**   211:20 215:6
**301**   314:7
**302**   250:9,25
356:18 357:2,6,21

**[302 - access]**                                      Page 2

357:24
**302s** 357:4 358:20
**303-4568** 212:7
**305** 213:21
**30th** 314:4 379:17
379:22 380:1
**31** 230:20 243:17
244:20 313:22
322:5 324:8 382:7
**310** 213:22
**31st** 317:24 338:11
**333** 213:23
**341** 214:3
**348** 214:4
**368** 213:10
**381** 213:11
**384** 385:8

**4**

**4** 213:20 299:14,16
302:19 303:5,25
**4,331** 236:17
**4-30** 321:21
**4-30-95** 354:8
**45** 212:14
**450** 324:14
**46** 224:24
**461** 316:18,21
**465** 212:5

**5**

**5** 213:21 305:16,20
**5-25-84** 263:6
**50** 309:13 310:1
322:18,18,21
323:12,19,25
360:23
**50,000** 253:13,16
**50/50** 339:19
**500** 309:2,2
**500,000** 315:15,23
316:3 328:25

337:10 346:2
371:8
**55,000** 349:11
**55.13** 379:18
**589-4621** 212:16
**5965** 330:9

**6**

**6** 213:22 310:6,17
337:24 338:8,11
**6-03** 224:23
**6-11** 263:4
**6-12** 225:14
226:12
**6-14** 235:20 236:4
**6-15** 247:4,8,9,18
**6-25** 226:12
**6-30** 224:20 242:3
246:21,23
**6-30-83** 246:16
**6-30-86** 224:12
**6-30-89** 354:1
**6-30-98** 345:24
346:8
**6-5** 225:12 228:21
263:4
**6-7** 235:20 236:3,4
242:3
**6-8** 236:18 242:3
246:24
**60s** 359:19,20,21
362:18 363:3,17
364:13
**610** 224:20
**62** 360:11
**645** 315:9
**651** 307:7

**7**

**7** 213:23 303:24
333:9,16,18
340:22

**7-29-83** 241:22
**7-31-84** 322:8
**70** 277:10
**70s** 255:14 363:6
363:17 364:13
**734,000** 353:12
**75** 211:20 215:6
**750,000** 325:8
**7th** 380:1

**8**

**8** 214:3 301:8
340:22,23 341:6,8
**8-19** 315:9
**8-31-83** 312:21
**8-31-93** 312:20
**8-7-84** 213:20
**8-8** 245:7,8,9
247:19
**80** 273:21 275:1
311:5
**80s** 251:22,24
255:14,15 257:15
298:12 337:17
363:8,17 367:6
370:12
**83** 242:9,24 243:5
243:13,17 244:10
295:11 310:22,23
311:7,10,11
312:17 313:6,10
313:22 314:4,6
374:11
**84** 244:10 303:24
311:9 316:12,13
316:21 319:10
322:5 333:5,6
338:3 339:1
374:11
**86** 230:21 379:22
**87** 252:15

**872,730** 344:15
**889,000** 344:15
**892,000** 353:16
**8th** 243:18 244:22
244:24 246:19

**9**

**9** 214:4 348:5
**9-2005** 300:20
**9-30-86** 234:10
**900,000** 354:2
**908** 212:7
**90s** 257:15 260:24
272:25 311:12
370:9
**914** 212:23
**92** 251:23 332:11
365:8,11 367:1
370:7,12 381:15
**93** 310:20 311:7,11
**935-6857** 212:23
**95** 287:1,3 354:13
355:4
**9525** 329:20,24
**9:00** 360:13
**9:11** 211:22 215:5

**a**

**a.m.** 211:22 215:5
261:8,12 290:11
290:14
**ability** 256:6
**able** 222:12
239:14 240:11
242:20 265:3
266:9 274:14
290:7
**accept** 368:19
369:18,19
**accepted** 368:3
**access** 295:2,7,11
295:23,25 372:2,4

372:9,12,15,16
373:5,7,12
**accommodate**
358:15
**account**  214:4
230:24 233:14
246:20 266:7
268:20 270:12
271:19,20 278:17
278:19 280:1,6,8,9
280:10 281:11
283:5,6,7,14,17,19
284:8,8,16 286:9
308:18,20,21,22
308:25 311:13,14
314:24 315:2,14
317:4 323:7 324:1
324:3,7,25 325:1,2
326:10,15 330:14
330:16,22 332:18
336:2,23 337:3,6,7
337:9 339:2,5
340:8,11,12,13
342:5,6 343:10,15
344:16 345:11,16
348:18,23 349:24
349:25 351:7,11
351:12,16,18,20
351:23,25 352:1,3
352:9,10,13 353:6
355:10 371:9
374:18 375:17,18
375:19 380:9,13
380:24
**accountant**  245:21
**accounting**  320:7
373:17,21,22
**accounts**  259:6
295:7 296:7
308:16 309:10
322:25 323:2,3,4,5

**agency**  287:11
385:15
**aggregate**  315:10
**aggregating**
315:14
**ago**  267:25 268:13
278:13 310:2
**agree**  216:11
315:18,20 382:13
**agreement**  327:2
358:24 370:11
376:17 377:23
379:4
**ahead**  246:11
277:24 285:7
290:19 325:12
330:2 376:15
**airlines**  307:11,13
**akers**  249:14
**allegation**  371:18
**allocuted**  364:24
**allocution**  365:3
365:10 382:4,16
**allow**  238:24
326:4 372:8
373:12
**allowed**  289:12
304:25 332:23
373:4
**allows**  372:16
**alpern**  235:17
244:21 246:17
**amanda**  212:12
215:24
**american**  312:8
**amf**  345:21 347:6
347:6
**amount**  231:17
236:17 254:7
309:18 318:25
319:1 320:16,19

**323:6,8 324:3
326:13,18,24
332:6,8,25 334:13
334:14 335:1,4
339:4,6,7 342:11
355:1,25 371:8
383:5
**accrued**  307:24
**accurate**  331:10
331:13,20
**accurately**  332:17
**acquire**  375:9
**acquired**  379:25
**acting**  377:3,12
378:11,11
**activities**  365:17
**activity**  277:5
332:18
**actual**  232:17
257:4 281:13
380:10
**ad**  374:9
**addition**  329:5
**additional**  323:22
**addr**  343:1,2,3
**address**  347:16
348:25 352:24
376:14
**adds**  321:7 354:20
**adhere**  216:21
**admission**  366:14
382:9
**advise**  304:6,7
**advisories**  254:21
**advisory**  252:10
267:15 375:1,22
376:2
**afein**  212:17
**afternoon**  238:15
265:23

**320:24 344:15
346:2 354:23
355:11,24 356:6
373:13
**analysis**  222:22
274:19,23
**andrew**  252:14
**annette**  229:7
243:6,10,20 244:3
258:3 259:7 260:2
264:18 266:16
367:8
**annette's**  229:5
252:11 259:25
264:2 278:22
**annoyed**  362:9
378:7
**answer**  227:18
333:1 336:14
**answered**  259:5
260:5 306:10
377:19 382:11
**answers**  385:6
**anticipated**  226:5
**anticipating**  238:1
**anybody**  295:23
308:11 373:7
**anymore**  271:1
**anyway**  276:20
**apartment**  248:16
248:19 249:4,7
**apologize**  230:12
234:19 247:4,7
358:22
**apparent**  315:15
**appear**  232:18
301:18 338:21
353:3
**appearances**
212:1 213:1

[appeared - bank]                                                                    Page 4

**appeared** 233:7
374:17
**appears** 225:18
269:8 316:9
317:10 345:22
380:5
**applicant** 211:6
215:10
**apply** 222:21
**appreciation**
371:14
**approval** 223:25
**approximately**
222:15 255:14
**april** 211:21 215:4
319:10,23 353:10
354:13
**arb** 294:15
**arbitrage** 217:6
223:4 237:1
239:25 240:15
254:18 257:7
271:14 272:13
279:11 282:18
284:3 285:3,5,9
288:21 290:21
324:5 355:5
362:21 364:3
372:3 374:14,24
**arbs** 297:15
**area** 229:9 251:6
292:1 326:8
**arguing** 357:9
**argument's**
218:23
**arrest** 248:2
357:14
**arrive** 273:2
**arthur** 224:12
**asked** 244:2 248:1
250:21 278:1

352:20 358:8,25
364:2 366:7
369:17 376:19
381:9,13
**asking** 219:5
265:1,2 274:1
278:4 296:25
311:18 356:17
366:21 374:22
377:3
**aspects** 256:22
**assess** 372:7
**assets** 369:4,5,10
369:20
**assigned** 251:24
**assistance** 252:9
**assistant** 255:21
256:2,25 259:19
**assisted** 256:17,18
256:19
**assisting** 256:6
**assume** 226:25,25
241:13 270:8,8
280:25 284:21,25
285:12 323:11
342:19 346:21
**assumed** 276:14
**assuming** 231:21
242:8,24 263:12
294:23 304:1
307:24 317:14
325:11,16 326:7,8
328:7,7 342:18
346:12
**at&t** 315:10 317:5
317:8,13
**attempting** 358:13
**attendance** 255:24
**attention** 224:19
235:14,19 240:19
303:4 312:1

**attorney** 248:14
358:11 364:7
368:3,7,22 369:1,7
369:22 370:20
378:3,16 381:10
381:10,14,23
**attorney's** 248:1
248:23
**attorneys** 215:15
368:9
**august** 243:17,18
244:20,22,24
303:24 312:1,16
**authorization**
342:6
**automatically**
273:14
**available** 221:5
238:24 264:25
372:4,7,8 373:14
**avenue** 212:5
**average** 221:21
222:2,7 223:17
239:7,18 287:19
300:15,22 302:18
303:9,17,18,23
304:1,4,4,8,10,14
304:19
**aware** 237:19
238:5 250:4,6,8
370:1

**b**

**baby** 317:13
368:12
**back** 217:2 239:1
242:9 243:13
244:7,14 246:16
246:17 250:24,25
253:7 254:15
261:11 263:1
264:12 268:3

272:7 273:6,15
278:11 279:1
282:12,16 284:14
284:15 290:13
299:21 300:2,5,10
300:14,19 302:8
302:25 308:8
320:23 337:24
338:10 356:13
361:6,13,16,23
368:20,20 369:21
369:22 378:2
**backdated** 297:4
297:12 365:16
**backdating** 280:17
294:13,16 295:9
295:13 297:13
365:20 366:11
**background**
254:24 303:3
**baker** 212:13
215:22,24
**bakerlaw.com**
212:17
**balance** 320:21
321:6,9,21,22,22
322:16 323:18
324:19 325:9
327:8,14 337:9,13
338:17 339:7
353:11,19 354:1
354:13,21 355:23
**balances** 332:3,3
332:22,24 355:9
355:19
**bancorp** 235:20
236:12 245:14
266:22,24 285:5,8
**bank** 233:1 246:3
346:4 380:16

[banking - broker]                                                                     Page 5

banking   373:11
bankruptcy   211:1
  215:13
based   253:9 266:9
  269:24 273:4
  274:8 284:11
  293:19 294:5,17
  303:20 309:11,12
  312:23 335:6
  355:12,18,23
basically   221:22
  222:9 223:3
  243:21 250:1
  253:25 255:10
  256:3 258:6
  259:20 260:1,15
  362:20 372:19
basket   273:3,13
baskets   258:1
  275:18
bates   311:24 313:1
  314:7 316:18
  322:5 345:21
bear   270:10 340:7
  350:13 373:24
began   250:2 363:5
  368:4,8 371:1,4,18
  371:23
beginning   227:23
  311:14 315:3
  333:22,24,25
  383:2
begins   290:14
  356:14
behalf   211:17
  212:2,10,19
  215:19,20
believe   221:18
  243:4 301:11
  303:5 331:8
  333:22 360:7

366:19 367:17
  370:18,23 382:8
  382:15
bells   317:13
bernard   211:8,12
  211:16 213:8
  215:2,11,21 216:1
  383:1
bernie   341:25
  342:5,12,19
  361:22 379:8
  383:18
best   257:12 274:12
  341:24
better   217:9
  310:25 348:22
beyond   258:11
  382:22
bid   360:21
bids   289:25
big   259:13 310:12
  323:1 365:17
  367:1 377:8
billion   371:17
bit   217:3 322:12
black   277:12
blecker   217:2
  224:13 280:12,20
  300:24 301:13,17
  301:19
blecker's   230:23
  300:9,11,20
  374:16 379:17
bless   301:9
blm   343:15 346:15
blotters   267:4
blurry   348:21
  352:22
bond   219:13,14,20
  219:21,23,24
  220:10 221:15

226:4 231:11
  236:6 237:6,6
  238:14 246:7
  266:18 267:20,23
  270:9 283:24
  285:2,17,19 286:5
  308:1 373:24
bonds   218:22
  219:25 220:4
  237:8 242:1
  246:13 263:15
  264:16 265:3,11
  265:13,14,20,22
  265:25 266:24,25
  278:15 285:6
  288:21 307:24
  374:6
bongiorno   243:10
  243:20 258:3
  367:8
bonjourno   259:7
bonventry   243:14
  244:16
book   348:14 360:5
  362:9
bookkeeper
  243:21,23 258:8
  259:1 260:1
bookkeepers
  259:15
bookkeeping
  258:16 298:15
  345:15 349:23
  352:9
books   352:8
borrow   309:2
  320:11 359:12
borrowed   316:3,4
  320:16,20 321:11
  325:8 360:1
  361:15

borrowing   308:23
  322:13,17 323:4
  326:5,10 327:1
borrowings
  314:23 315:14
  322:14
borrows   321:7
  324:14
bottom   227:2
  228:1,4 240:19
  334:6 335:13
  343:13,17
bought   218:22
  219:1 221:6 226:4
  237:5 238:14,20
  242:12 253:25
  263:15,15 264:16
  264:24 269:7
  271:3,4 274:6
  277:1 278:15,15
  278:16,17,18
  279:3 281:13
  284:12 287:5,23
  288:4 309:25
  361:1 369:3
brady   358:20
break   218:21,22
  261:4 308:15
  317:5 348:7,8
  356:9 374:11
breaking   257:4
bring   323:9
brings   353:16
broke   317:13
broken   317:10
broker   222:1,4
  223:19 240:13
  254:5 286:23
  287:4,5 289:20
  323:19 339:24

**brokerage** 276:5 286:19 308:24 309:3,7 340:4 350:22

**brokers** 222:3 240:9,13

**brook** 212:22

**brother** 253:1 339:21,21

**brought** 350:18 354:1

**build** 224:1 257:25

**built** 223:2,7,8 273:12 279:14

**bunch** 249:3 355:14

**bus** 260:23

**business** 217:14 233:16 244:6 251:1 253:17 256:23 276:15 350:11,12,16,17 350:18,21,22,22 355:21 359:6 360:2,3 361:3 362:17,20 364:2,3 364:5 376:18,19

**butner** 211:21 215:5,7

**buy** 219:11,13,15 219:18,19,20,23 220:23,24 221:24 237:1,6,9,14 238:8 239:14 240:7,10 240:11,12 265:20 265:22 266:5,10 266:24 270:20,22 271:9 273:8 283:15 285:1,2,7 285:15 286:4,5,20 286:24 287:21

**buying** 288:8,24 290:2 293:23 308:24 309:1 361:2,6,13 361:23

**buying** 218:20 219:12,13 220:10 240:8 245:17 268:15 272:20,25 277:1 282:12 283:10 285:17,19 304:3 308:23 326:20 352:10

**buys** 283:14 288:3 309:18,19,21

**c**

**c** 385:1,1

**calculate** 336:6

**calculated** 253:6

**calendar** 262:23

**call** 249:2 250:9 251:3,4,14 256:11 264:18 286:18 299:3 323:20,21 347:23 357:4

**called** 222:25 224:3 249:21 251:7,10 264:19 341:10 350:11 358:10 372:19

**calls** 275:23 285:1

**capable** 256:10

**capacity** 289:22

**capital** 254:7 314:18,22 349:9 361:4,15

**caption** 215:9 329:5 385:5

**card** 262:21

**cards** 213:19 261:18 262:9

**care** 266:8 286:17 348:24

**carolina** 211:21 215:7 385:2

**carried** 242:11 327:8

**carry** 317:17 322:10

**case** 215:9,12 358:18 371:11 382:20 385:11,13 385:14,17

**cash** 217:11 293:5 294:2,3 309:22 323:20,22 334:13 349:19 354:20

**cashier** 243:25 260:21

**caused** 327:20 383:4

**cents** 267:18,21,21 267:22,22 302:19

**certain** 216:12 278:2 291:1 296:1 309:17

**certainly** 260:16 262:13 330:21 363:12 369:19

**certify** 385:4,10

**cetera** 248:15 251:25 254:25 320:17

**chaitman** 212:3,4 213:10 215:18,18 218:12 219:7 221:3,10 222:16 224:8 229:18 234:10,13,15,20 234:23 237:13,16 247:2,8,25 250:20 261:6,25 262:2

263:16,19 273:24 275:3,7 279:20 297:5 301:18 312:19 313:1,8 322:7 323:14 324:10 325:15 327:6 338:6,8,12 338:15 340:24 342:3,19 351:13 351:15 352:14 357:24 365:12 367:20,23 368:2 379:1,13 381:4,9 383:22 384:1,4

**chaitmanllp.com** 212:8

**chance** 217:4 230:17 358:6

**change** 227:24 228:18

**changed** 231:23 255:1,9 303:20 304:12,13,16,20 305:6

**changes** 330:3,17

**characterize** 364:17

**characterized** 356:18

**charge** 270:23 313:17 324:15 327:12 385:16

**charged** 318:16 322:14 325:9 337:10 382:17

**charges** 287:12

**charging** 267:12 305:2,2,3 313:24 319:12

**charitable** 383:8

[chase - consideration]

chase  346:4
chavkin  368:21
  381:21
check  312:3,5
  313:12,13 314:14
  319:15 320:24
  329:6,8 344:14
  345:6 346:1,4
  347:12 349:7
  351:10
checkbook  259:22
checks  259:22,23
  337:7 349:3 352:4
  352:4 353:14,20
  354:2,22
chin  364:22,23
  365:2,22 366:2,12
  370:25
choice  219:12,17
chose  361:5
circled  262:23
circumstances
  368:6
city  383:4
claimed  371:14
  381:24
claiming  371:23
clarify  217:5
  244:1 374:21
clarity  251:2
clean  365:23
clear  312:25
  358:23 369:8
clearinghouse
  306:9
clearly  219:8
  220:5 288:20
  360:5 378:18
clerk  243:24
  255:10,18,21
  256:3

client  219:11
  223:20 237:19
  238:4 244:5,6
  246:3,7 252:13
  253:24 266:4,6,8
  266:18 267:8
  271:2,3 281:13,21
  282:9,9 283:9,11
  287:19
client's  271:2
  281:15
clients  240:3 257:4
  257:5 259:13,23
  269:6 270:20
  276:12 355:3,5,17
  355:24 356:5
  359:9 361:3
  362:23 383:5,7,9
close  232:23 242:7
  246:9 286:3
closed  270:7
  311:13 380:6
closing  218:1
  321:25
clue  377:6
clvs  213:3
cohmad  339:17,19
  339:20,23 343:23
  345:23 346:13
  350:10 355:2,14
  355:17
cohn  339:14 340:8
  343:24 344:9,14
  345:23 346:2,13
  347:11 348:24
  350:4,18 351:3
  354:17,25 355:20
cohn's  342:11
  345:11 346:6,11
cold  230:3 330:25
  331:1

collapsed  221:14
  359:10 360:12,15
colon  382:24
column  227:23
  231:17 320:2
combination
  258:25
come  223:15 227:1
  253:8 256:24
  258:10 329:8
  361:5 380:17
comes  222:11
  238:3 269:4 271:8
coming  282:4
  337:7 346:19
comma  302:17
commencing
  211:22
comment  219:2
  273:23
commission
  267:14 270:24
  271:11 287:12
  302:19 303:19
  304:15,21,23
  305:2,3
common  222:13
  225:17 231:6
  236:13 237:7
  241:7,25 246:7
  256:20 270:9
  285:8
commonly  225:24
companies  383:6
company  219:18
  298:5 300:21
  383:1
compensate  269:1
compensated
  253:3,21,23,24
  269:3

compensation
  267:11 269:4
  374:24
competing  222:6
compilation  335:4
  348:16
compile  323:5
compiled  261:2
  333:19
complete  261:22
  382:3
completed  375:23
  380:8,11
completely  375:4
  376:2
compliance
  252:25,25
computed  292:22
computer  328:9
  373:8
conceded  377:24
concerned  282:10
  285:22 286:14
  287:11 288:25
concluded  384:14
concludes  384:10
conduct  382:14
conference  249:1
confirmation
  302:17 303:22
  305:1 372:24
confirmations
  304:14 372:17,23
confused  278:6
  323:15
confusing  248:22
  295:20
consecutive  235:5
  313:2 314:3
consideration
  358:11

**considered** 237:18
260:21 267:14
**consistent** 236:25
**consists** 230:13
**contact** 266:16
**contents** 213:7
**context** 216:24
248:4 357:1
**continued** 214:1
296:4
**continuing** 320:10
**contract** 385:12
**control** 295:24
329:19
**controlling** 223:19
**conversation**
378:22
**conversion** 232:12
257:10,18 259:8
270:4 272:24
292:9 294:21
332:14 380:7,10
380:17,18
**convert** 233:12
246:10,13 266:2
271:16 280:15
281:19,21 282:11
284:1 285:22,24
286:1 291:7,8,9,12
291:21 294:7
**converted** 217:20
227:1,15,16
232:14 233:24
245:22,23 247:13
247:15 270:2
281:24 282:1,6,15
282:25 286:7
290:24 291:4,17
291:18 292:3,5,7
293:16 294:6,9
380:16

**convertible** 217:5
217:17 218:7
219:12,14,20,21
220:4,10,14,23
222:13 225:6,6,21
227:16 231:5
232:10 236:6,24
236:25 237:2,7,25
238:9 239:24
240:15 241:5
242:1 245:19
254:18 257:6
264:21 265:2,11
265:13,14,16,18
266:18 267:20,23
270:9 271:14
272:13 279:11
282:18 283:4,24
284:3 285:2,6,17
286:5 288:20
290:22 294:15
297:15 306:19
307:14 340:13
372:3 373:24
374:2,3,5,6,6,14
374:24
**convertibles** 219:3
219:9 239:21
259:21
**converting** 217:23
218:5 281:17
**converts** 272:5
284:10
**copies** 213:19
261:18 310:25
**copy** 299:22
346:15 358:8,17
**corner** 314:5
327:5 346:8
**corporation** 211:5
215:10

**correct** 238:8
239:18 242:5
243:19 252:5,12
253:11 282:21
292:19,23 302:13
315:25 325:11,17
328:8 331:9,12
332:9 334:23
357:16,17 365:14
367:3 369:8 375:3
375:8,24 376:5
385:9
**correctional**
211:20 215:6
**cost** 361:14
**counsel** 212:1
213:1 215:8
385:14
**count** 320:8
321:10 382:10
**counter** 275:10,16
275:19 276:8,13
276:16 277:2,11
277:20 372:9,13
**country** 275:25
276:3 374:4
**county** 385:3
**couple** 227:22
235:5 259:18
261:21 268:1
330:2 331:3
362:21,22
**coupon** 219:24
**course** 221:12
222:5 268:12
274:20 292:11
298:1 376:7,21
377:6
**court** 211:1
215:13 382:7,17

**courts** 371:12
**cover** 309:8
326:10,21 382:9
382:16 385:16
**covered** 290:9
**covering** 292:11
**create** 295:17
**credit** 226:19
233:13 291:5,14
308:2 309:12
328:22,25 332:3
332:24
**credited** 246:20
292:2,8,17 371:13
374:17
**crediting** 286:9
**credits** 328:7
335:1
**crime** 382:9
**criminal** 358:19
370:24 382:23
**crisis** 360:11
**criticism** 239:16
**cross** 323:1,2,4,12
324:22 326:4,14
327:2
**crupi** 259:18,19
**crupi's** 345:3
**cuban** 360:11
**current** 228:5
**customary** 385:17
**customer** 213:17
213:18,20,21,22
218:2 235:5,16
242:14 246:2
254:2 257:13
258:20 266:14,20
267:13 268:4,20
268:22,25 269:8
269:10,15,16,23
269:24 270:23

271:8,19,25 272:9
272:14,20 279:18
279:25 280:6,8
282:2,13,14,14
284:5,9,14,15,16
284:22 285:1,3,16
285:18,18,21
286:2,13,14
287:21 288:3,25
290:22,23 291:2,6
291:10,13,14,15
291:22 292:2
294:10,22 295:2
296:7 298:17,19
298:20,22 299:5,8
302:12 308:2,22
308:25 309:6,12
309:17,24 310:9
312:5 314:15
315:6 323:20
324:14 326:21
329:4 332:2,2,6,8
332:24 335:1,7
351:7,11,12,16,20
351:23 352:13
353:3,6 355:9
371:8 372:3,12,17
372:23,25 376:19
376:20,21,23,25
377:5,9,16,25
378:5 380:8,13
**customer's** 270:6
271:11,20 282:12
284:8 380:24
**customers** 211:17
212:2 215:8,19
218:11,23 222:24
239:13 259:3,11
269:5 288:15,20
289:17 295:6
298:9,11,13,14,16

298:25 299:2
304:6,8 334:7,11
355:13 359:12
360:8,22 361:6,6
361:13,23 362:22
371:13 372:1,9
373:5 375:2,22
376:2
**cw** 314:18,21
349:7
**cyber** 373:9

**d**

**d** 225:6 346:1
382:4
**dan** 243:14 244:15
**dark** 277:13
**dash** 344:13
345:25
**date** 215:4 233:19
242:25 244:21
263:3 291:8
293:20 303:25
349:1 361:20
370:10 380:13
381:1,25
**dated** 345:24
346:8 347:11
**dates** 252:24 296:1
333:24
**david** 212:11
215:22 252:6
254:11 262:2,13
263:16,19 264:1,2
264:19 265:15
266:16 278:1,5,10
278:24 279:10,24
280:24 281:7
282:17 283:6,12
283:13,14,19,21
367:8 374:22,23
375:5,22 376:3

**david's** 280:10
281:9 283:18
**davis** 212:3 215:18
**day** 211:21 220:24
220:24 221:2,7,7
222:5,8 236:14
238:10 240:8
250:22 260:16,23
279:13 292:18,22
293:23 297:19
372:11 385:18
**days** 225:18 226:6
226:7 240:7
248:10 278:13
287:14 295:18
296:8 309:18,25
357:14 380:2
**deal** 289:17
379:16
**dealer** 218:3
232:25 246:4,12
276:3 286:13
289:20 339:24
**dealers** 254:1,5
277:14
**dealing** 253:23
271:14 276:16
**dealt** 254:4 298:8
298:11,13
**dear** 345:25
347:11
**debit** 227:23
231:16 313:12
318:20 321:4,12
322:9,16 323:18
324:13,15 325:5
327:9,20 328:2,21
328:22 332:2,2,21
332:24 344:15
346:3 353:11,18

**debited** 320:18
356:7
**debits** 328:7
334:25
**debtor** 211:13
**decades** 383:3
**december** 221:19
224:11 248:6,10
300:11 301:9
303:1 314:4,5
330:8 338:11
357:11 364:6
382:5
**decide** 221:23
281:20
**decided** 281:3,4
282:11 291:9,11
291:12 361:12
381:25
**decision** 220:3,16
284:24 285:4
291:24 362:2
367:10
**declarative** 363:16
**deducted** 337:3
356:8
**deducting** 253:9
**deem** 243:22
**defendant** 211:9
215:12 382:19,25
**defendant's**
382:14
**defenses** 382:17
**define** 218:18
**definition** 289:23
**deliver** 244:8
245:4,15 380:4
**delivered** 245:19
247:19
**delivery** 232:11

demonstrate
  292:4
denise  211:18
  385:21
denny  364:22,23
  366:12
department
  227:20 229:1,5
  243:13 251:9
  252:12 259:15,25
  264:2 270:11
  278:22,22 298:7
  299:7
departments
  373:3
depending  220:19
  239:9 256:5 271:1
depends  217:19,20
  220:2,7 221:5
  228:17 229:3
  233:25 237:3
  238:13 239:19,21
  243:8 254:12
  267:19 268:16
  304:2 323:24,25
  332:25 375:13
deponent  212:19
deposit  323:20
  345:6 346:4,4
  347:12,15,20
deposited  315:6
  315:24
deposition  211:16
  215:2,5 224:7
  300:9 382:5
  384:11,12,13
  385:5,16
deposits  345:10
deprived  374:23
derive  310:2,4

description  382:14
designed  238:2
  372:20
desk  256:2 257:1
  264:4 305:14
determine  246:8
  291:2,16 293:18
  294:21 368:10
determined  234:4
  284:11 293:15
  377:15
developed  222:25
diana  360:6 362:8
difference  225:19
  320:3
different  233:18
  233:20,20 234:6
  236:16 239:4,24
  240:9,9,12,13
  243:14 254:9
  256:20,21,22
  267:20 279:5
  287:17 308:16
  317:11 323:18
  357:22
difficult  237:24
  255:25
dipascali  255:6
  257:17 259:20
  370:2
direct  240:19
  303:4
directing  224:19
  235:14,19 311:25
direction  237:4
  385:7
directions  307:14
directly  373:1
disadvantaging
  291:15

disagree  367:15
disbursements
  214:3,4 341:10,14
  343:8 344:16
  345:14 346:3
  348:24 352:5
disbursing  352:12
disc  290:14 356:14
discount  218:7
  219:3,14 238:9,20
  267:5
discounts  220:1,4
  220:6
discretion  222:5
discuss  299:3,8
discussed  226:9
  346:3 347:12
discussing  347:18
  376:17
discussion  247:23
  308:7 319:19
  323:11 338:1
  339:9 341:5
  359:13
distribution
  380:23
district  211:1
  215:13
document  234:5
  234:16 235:8
  261:18 329:15
  343:1 376:8
documents  216:16
  216:23 241:16
  348:23
doing  223:21
  229:6 234:11
  235:3 239:22
  240:14 243:7
  257:14 259:16
  267:6 272:23

274:4 276:13,14
  278:7 290:21
  296:5 300:1
  303:23 354:7
  355:3,4 359:6
  362:3,21 364:4,5
  372:2 374:4,13
dollars  264:20
  309:1 324:16
  326:6 369:5,15,25
  382:2
dot  350:12,12,17
  350:21,22
double  232:2
  262:4
doubt  382:22
dtc  372:18,18,19
  373:1,15,17,18,19
dubinsky  239:17
dynamic  273:10

e

e  212:12 385:1,1
earlier  244:2
  282:17 305:8
  306:18 322:19
  356:17 357:16
  364:9 365:16
  369:23 370:20
  371:1
early  231:14 234:9
  257:15 280:16
  357:23 383:2
earnest  363:6
easier  320:23
easy  329:10
effect  316:4
eight  316:16,17,20
  322:15 324:13
  325:10 326:1
  327:9 328:2 348:3

**eighty** 338:18
**either** 218:2
  232:14,21 271:16
  272:4 295:12
  337:22 352:3
  363:23 380:6,7
**electric** 253:13
**electronic** 295:2,6
  295:11,23,25
  372:1,4,7,12,15,15
  372:16 373:5,7,12
**electronically**
  372:18,25
**elements** 382:9,16
**eleven** 271:6,8,9
**eligible** 277:8
**eliminate** 290:7
**eliminated** 308:15
**ellen** 229:16
**embarrassed**
  377:21
**employees** 258:7
**employment**
  254:24 258:5
**enclosed** 346:5
**ends** 307:7 311:5
  311:25
**engage** 300:22
**enriqua** 260:25
**enter** 336:19
**entered** 216:11
  380:8
**entire** 324:15
**entirely** 382:13
**entities** 317:11
**entitled** 281:22
  282:10 293:19
  294:10,23 342:25
  343:1
**entries** 225:15
  239:2 243:17

244:22 310:15
  314:12 316:19,24
  336:11 337:5
**entry** 224:20,22
  226:12 227:8,12
  235:20,23 245:6
  245:11 246:18,23
  294:14 307:12,22
  312:1,7 313:11
  328:17 334:18
  335:19,25 336:5
  343:21 349:14
  379:18 380:5
**episode** 362:6
**equal** 222:15
**equate** 275:12
  325:3
**equity** 302:12
  326:9,21
**equivalent** 267:14
  281:25 302:19
  303:19 304:15,22
  304:23 305:4
**esq** 212:3,11,12,20
**essentially** 358:18
**establishing**
  294:17
**et** 248:15 251:25
  254:25 320:16
**eventually** 266:2
**everybody** 238:3
  366:25 367:9
**evidence** 351:15
  368:8,23 369:23
  381:24 382:18,22
  385:9
**exact** 279:18
**exactly** 278:7
  355:7 361:25
**examination** 213:8
  216:4 361:19

368:1 381:7
  383:21
**examined** 216:2
**examiners** 361:22
**example** 270:7
  277:10 292:20
  324:24 374:23
  380:15
**exceeds** 323:18
  325:25
**exchange** 219:22
  246:1,13 274:9
  275:9 276:8,9,15
  276:20,25 277:7
  277:18 286:22
  350:14,23,24
**exchange's** 277:10
**exchanged** 232:23
**excuse** 374:16
**execute** 223:19
  274:14
**executed** 277:14
  350:16
**executes** 279:10
**executing** 240:3
  274:10 275:15
  350:11
**executions** 275:14
  275:14,14
**exemption** 289:4,6
  289:10,11
**exhibit** 213:17,18
  213:19,20,21,22
  213:23 214:3,4
  224:5,10,11 230:9
  234:25 235:4
  261:9,14,14
  299:14,16 301:8
  301:24 303:5,25
  305:16,19,20,20
  310:6,17 311:23

333:9,16,18
  337:24 338:8,11
  341:6,8 347:8
  348:5 376:11,11
  378:21 379:2
  382:5
**exhibits** 213:15
  214:1
**existing** 316:5
**expand** 218:11
  219:6
**expect** 216:20
**expectation**
  222:12
**expenses** 253:9
**experience** 256:4
**explain** 233:2,7
  250:1 265:8,10
  275:5 283:3
  290:16,20 294:11
  328:17 358:5,25
  372:14 376:6
**explained** 220:14
**explanation**
  247:17
**exposure** 309:8

## f

**f** 385:1
**facility** 215:6
**fact** 216:16 217:1
  220:3 237:19
  238:6 247:19
  250:8 264:18
  266:14 269:10
  274:9 281:16,19
  282:13 284:13,19
  284:20 285:25
  286:15 288:13
  291:3,11 292:1,2,5
  293:16 294:9,19
  303:23 304:10

308:25 326:8,13
349:1 359:11
361:1,21 370:1
372:11 374:9
377:10 379:17
380:22 383:23
**facts** 382:23
**failed** 360:2,3
**fair** 217:16 256:18
**fairlawn** 212:21
**fake** 295:17
**fallacy** 220:9
**familiar** 233:15
251:5 289:8 298:2
345:9 352:18
**family** 250:17
323:6 326:13
**far** 282:9 285:21
286:14 287:10
288:25 325:25
368:5
**fast** 331:16
**father** 361:16
362:24
**favorable** 222:14
222:14
**fbi** 248:22 249:1
250:5,14 356:22
359:17,22 363:5
364:7,14,15 367:8
376:14 377:6,18
377:19 378:1,14
**february** 316:13
316:21
**federal** 211:19
215:6
**fee** 355:6,7,18,22
356:2
**feeds** 273:11
**fein** 212:12 215:24
215:24 224:6

229:13,20,23
230:1,6,8 234:7
235:4 299:13,18
299:22 305:13,18
305:23 306:16
307:7 310:18
312:23 313:3
314:7 316:16,18
316:21 329:21
331:4 333:7,13,17
337:25 338:4
339:12 340:17,20
340:23 341:1
344:24 348:4,15
354:11
**feldman** 265:16
**fellow** 222:3
**felt** 256:10 360:25
362:1
**fidelity** 223:5,21
**fifty** 325:6
**figure** 253:8 273:6
**file** 331:6 343:2
**filed** 331:7
**fill** 336:16
**filled** 337:15,19
**financial** 260:6,10
260:11
**financially** 385:10
**find** 264:12 268:3
376:9
**fine** 225:9 229:18
229:21 251:11
255:16 299:20
310:8 316:11
325:18 339:10
348:12
**finished** 269:22
**firm** 221:22
252:25 258:7
267:12 273:11

280:21 281:3,6,8,9
282:8,20,21 283:4
283:11,12 286:19
292:9 308:24
309:3,7 350:18,20
358:25 359:5,7,16
359:20 360:6
361:4,15 373:17
373:18,21,22
375:12,14,15
**firm's** 264:7,16
266:7,11,12 267:4
270:12,23,25
278:18 279:4,4,6
280:9,20,22 281:1
281:3,11,14 282:4
282:5 283:5,19
284:7,16,17
291:23 375:18
**firms** 276:5 373:6
**first** 224:4,20
230:16 233:2
235:6,11,15 237:7
237:9 252:1
261:21 262:10,10
275:5 276:19
295:10 298:24
299:23,25 306:3
311:23,24 312:25
313:11 315:4,11
322:25 328:5
332:22 334:1
340:18 341:12,23
348:20 349:1,6
350:25 352:22
354:25 361:2
372:14 374:21
376:8
**five** 218:23 234:22
251:3,3,4,8 267:23
278:13 312:11

314:9 315:6,24
317:8 322:15
324:13 325:10
326:1 327:9 328:3
335:13,24 338:18
**flat** 306:20,21,22
307:23
**flaw** 297:23,24
**floor** 222:3,4
223:19,24 259:22
267:2 274:9,17,18
275:9,13 276:15
276:24 277:16,18
286:22,22,23
287:3,4 350:11,23
**flowing** 352:2
**focus** 213:23
260:12,13,19,19
261:2 331:6,7,10
331:20,25 333:2
333:19 337:16
**focusing** 219:2
251:22,24
**folder** 341:10,10
341:13,18
**follow** 216:14
292:15 341:17
**following** 220:22
230:20 254:24
312:24 325:12
356:22
**follows** 216:3
**foolish** 219:23
362:15
**foregoing** 385:4,8
**forever** 295:4
**forfeiture** 368:10
368:11
**forgetting** 270:8
**forgot** 249:7

**form** 218:12 219:7
221:3,10 222:16
237:13 273:24
275:7 279:20
297:5,9 323:14
342:15,15 351:13
352:14 367:20
**format** 353:5
**former** 215:19
**forms** 342:1,3,4,5
**formula** 252:12
**forth** 246:14 259:6
369:21 378:2
382:23
**forty** 327:15
**forum** 245:3,4
**forward** 242:12
321:6,22 322:4,10
327:9 353:11
381:11,16
**foundation** 325:21
**four** 259:13
267:18,21 278:13
299:12,13,17
310:12 314:9
323:1 328:3,17
333:19 334:7
353:9 365:17
367:1
**fractional** 217:11
217:17,24 218:5
226:15,24 227:13
227:17,21 233:4
233:10,10,13,14
233:23 234:1,2
246:19 247:10,16
247:18 280:14,16
281:22,23,25
282:2,3,7,10 286:8
286:8 291:1,3,6,11
291:14,16,23

292:3,10,13,17
293:3,14,15,19,23
294:14,20 298:3
308:9,10,12
374:17 376:7
379:19,25 380:4
380:23
**fractions** 376:1
**frame** 244:10,13
254:13 255:7
**frank** 255:6,8,24
257:16 259:19
370:2
**frankly** 250:19
255:13,21 373:6
373:11,15
**fraud** 250:2
332:10,10 357:16
359:13,18,21,22
363:24 364:13
365:9 368:4,8,24
369:23 370:6,20
371:1,4,18,23
373:9 377:17
378:15 381:11,15
381:24 383:23
**freaks** 219:4
**free** 238:12 279:14
**freedom** 367:18
**freezing** 230:1
**fridays** 263:1
**friend** 339:17
**front** 299:21
301:22 302:16
303:5,10,24 370:6
**full** 225:8
**fully** 334:13
**fund** 355:21
**funds** 222:23
373:2 383:8,9

**further** 216:2,4
225:11 368:1
381:7 383:21
384:1 385:9

## g

**game** 266:12
**general** 222:19
223:23 253:13
**generally** 326:19
**generate** 237:25
299:9 375:6
**generated** 268:11
298:21 299:6
328:8
**generates** 253:13
**george** 379:11
**getting** 234:2
282:15 293:17,18
293:25 294:1,1,3
338:12 355:1,6
**girl** 260:22
**give** 219:21 222:1
223:3,6 227:18
253:11 254:23
261:23 263:3
265:7 268:3,22,24
270:7 271:20
272:9,10 281:23
291:22 293:22
294:8 295:23
309:12 337:23
338:2 358:6,16
361:6 365:22
372:1 373:7,19,20
373:21,21
**given** 265:6
271:25 358:20
385:9
**gives** 219:24
278:21 285:22
343:10 344:16

347:15 348:24
**giving** 252:11
263:12 286:7
294:20 354:24
**gmail.com** 212:24
**go** 217:2 221:15
223:9,13,16 225:7
226:11 227:2
229:10,16 232:1
237:4 240:9,11
241:17,20 243:16
246:1,9,11,11,11
246:16 250:24,25
254:15,20 257:24
263:1 264:12,16
266:6 267:1
271:10 277:24
278:11,23 282:16
285:7,14 290:19
301:2 302:10
303:12 313:21
314:2 316:11
317:24 319:20
320:23 324:8
325:4,12,21 327:3
328:2,16 330:2,5,8
335:11 336:8
337:23 341:23
342:14 343:6,21
345:17 347:2
348:9,22 353:9,25
354:8 356:6
368:18 376:15
382:19
**goes** 266:7,11
268:19 269:6,18
270:19,22 284:15
286:23 350:24
**going** 216:17
218:20 219:15
220:17,19,20

**[going - hold]**

224:16 226:5
229:15,16 230:5
232:24 233:13
234:8 237:4 239:1
240:17,18,18
242:9 244:13,19
248:5 250:18
251:20 253:10
257:23 261:7,19
261:20 262:7,21
264:6 266:23
268:3 270:22
272:8 278:7 279:2
281:19,21,23
283:10 285:11,13
285:13 290:10,23
291:3,7 292:12
296:11,16,22
305:25 308:8
310:9 311:8,17
316:14 338:2
341:21,24 347:5
348:25 354:7,22
356:10 362:3,4
368:14,15,18,18
368:19,25 378:2
381:1 384:11
**goldman**  212:20
215:20,20 232:4
247:24 248:21
290:4 296:11,17
296:20 299:24
300:2 301:4,16
305:14,24 311:8
321:17,20,24
329:10,12,15,18
329:24 330:2,5,8
330:12,14,18,23
331:1 340:22
342:1 345:18
357:2,5,8 367:24

378:24 383:18
384:5
**good**  216:6,8,9,13
230:12 255:4
266:20 274:4,5
290:8 303:24
342:4 367:1
**gotten**  281:25
282:2 292:10,10
294:5
**government**  309:9
347:25 382:8,13
382:15,21,24
**government's**
382:18
**gradual**  258:17
**grasping**  284:18
288:12
**great**  379:16
**grew**  363:8
**grounded**  311:22
**group**  245:3
250:21
**guarantee**  287:22
288:1
**guaranteed**
361:24
**guess**  219:4
233:22 251:10
255:15 293:22
315:8 333:12
370:10 374:10
**guilford**  385:3
**guilty**  360:25
362:1
**guy**  367:1
**guys**  377:11

**h**

**half**  369:12,15,25
382:1

**halfway**  311:8
**hand**  262:5,8
306:3 314:5 327:5
352:23
**handed**  224:10
261:14 301:8
333:16
**handful**  360:8
**handing**  305:19
**handle**  217:13
222:20 233:17
244:9 254:2
291:25 298:15
308:11
**handled**  227:21
228:24 233:9,17
233:18 234:1
242:10 243:4
247:16,21 252:25
259:3,13,16,22
290:25 323:6
380:3
**handles**  244:6
**handling**  252:13
257:3,4
**handwriting**
262:12,18 263:17
263:23 342:8
343:14,19 344:1
346:6,11
**hang**  339:10,11
**happen**  240:5
271:18
**happened**  250:2
260:22 269:25
279:15 296:6
297:15,18 360:6
360:11 365:5,7
**happening**  317:2
**happens**  281:5
287:13,22

**hard**  227:6 232:18
288:12
**harder**  348:17
**hawaii**  235:20
241:3,5,7,25,25
245:14
**hchaitman**  212:8
**head**  293:1
**heard**  252:6
**hedge**  221:16
355:21 373:2
383:9
**hedged**  324:1
**held**  215:5,12
227:5 248:25
**helen**  212:3
215:18 216:10,21
358:7
**helen's**  218:17
**help**  338:14
359:24 377:11
**helpful**  217:9
**helping**  257:25
**hendel**  244:18
260:22 337:20
**henriques**  360:6
362:8
**hey**  342:4
**high**  273:7 275:2,4
**higher**  226:5
**highway**  211:20
215:7
**hindsight**  273:16
**history**  254:24
258:5 279:23
311:14 358:25
359:7
**hmm**  309:20 365:1
**hold**  299:24
325:15,15 376:9
376:10

**holding** 242:3
**holds** 322:22
**homes** 369:3
**honor** 290:2
  382:12
**hopefully** 378:24
**hostetler** 212:13
  215:23,24
**hour** 367:25
**hours** 384:6
**house** 248:16
  251:2,3,4,8 254:20
**huge** 373:13
**huh** 216:15 217:7
  218:8 221:8 224:2
  225:4,10,20
  226:14,23 227:3
  227:25 230:15,25
  231:18 232:12
  234:7 235:9,18
  236:19 239:3
  240:21 241:10
  242:1 245:17
  246:22 247:11
  250:23 251:16
  253:15,19 254:8
  254:17 255:5
  260:7 261:16,24
  262:6,11,25 263:2
  263:5,7,9 268:5
  272:11 273:1,22
  279:12 282:19
  289:21 292:24
  297:2 299:1 300:7
  300:13 302:1,6,22
  303:6,15 305:22
  306:7 307:5,21
  308:4 310:10,13
  310:18 311:2,16
  311:21 312:10,12
  312:18 313:23

314:13,16 315:5
315:12,12 316:8
316:25 317:9,19
317:23 318:1,12
318:17,19,24
319:11,14,17,22
320:22 321:5,14
322:11,20,23
324:11,17,20
325:7 326:2
327:13,16,18
332:16 333:4,17
333:21 334:8,15
334:20,23 335:15
336:4,13 338:16
338:20 339:12,15
340:5,20 341:11
341:16,22 342:7
343:9,12,16,25
344:5,7 345:7
347:17 349:5,13
349:16 350:8
351:2 352:25
353:15 354:4,10
356:4,24 357:13
364:8 371:10
374:20 375:11
382:6
**hundred** 223:11
  318:22 369:5
**hundreds** 276:4
  297:22
**hypothetical**
  253:11

**i**

**ia** 253:17
**ibm** 276:21 286:20
  286:24,24 287:5
  287:21,24,24,24
  288:3,3,4,8 318:4

**idea** 232:14 317:6
  345:4,5 352:15
**identification**
  230:10 235:1
  261:10 299:15
  305:17 310:7
  333:10 341:6
  348:6
**identified** 263:22
  382:11
**identify** 215:16
  235:15 261:17
**ii** 211:17 215:1
**ike** 368:20 381:20
**immediate** 265:19
**imperative** 220:18
**impression** 365:23
**incarcerated**
  249:7
**included** 383:7
**includes** 302:18
**income** 268:7,8
**inconsistency**
  330:19
**incorrect** 336:5
**increase** 221:9,11
**increasing** 218:24
**independent** 340:4
**index** 213:15
  214:1
**indicate** 247:12
**indicated** 290:16
**indicates** 343:7
**indicted** 370:2
**individual** 239:22
  310:11
**individually** 260:9
**individuals** 383:7
**industry** 303:21
  372:5 373:16

**information**
  278:21 373:1,14
  382:23
**informational**
  306:14
**initial** 344:21
  345:3 353:14
**initially** 361:8
**initials** 344:17
  346:15
**inquiries** 260:14
**insinuating** 378:16
**instances** 263:4
**institution** 211:20
**institutional**
  221:23 372:21
**institutions** 372:20
**instructing** 336:18
**instructions**
  257:23 259:5
  263:13 264:5
  285:22
**insure** 371:8
**intend** 216:14
**intention** 281:17
**interceded** 368:22
**interco** 224:24
  226:13 231:5
  232:10
**interest** 250:18
  306:25 307:20,24
  308:1 313:17,18
  313:20,24 318:3
  318:15 319:13
  320:14 321:7
  322:13,14 324:14
  325:8 327:11
  328:6 335:16,25
  336:3,19,22 337:2
  337:6,11 338:25

**interested** 385:11
**interject** 277:23
**internal** 329:19
**interpret** 363:23
**interpreted**
  278:24 363:21
  378:14
**interrupt** 263:17
  300:6
**intervals** 223:12
**interview** 356:22
**inventory** 253:18
  264:9 266:11,13
  267:4,10 268:6,17
  268:18 269:9,10
  269:15,19,21
  270:23,25 271:19
  272:16 278:14
  279:5,6,6 280:9,22
  281:1,2,3,5,10,15
  281:15 287:2
  373:19 375:19
**invest** 254:7
**investment** 211:8
  215:11 252:10
  254:21 264:8
  267:15 278:19
  283:5 360:24
  375:1,18,22 376:1
  383:1
**investor** 211:4
  215:10
**involve** 217:23
**involved** 216:18
  239:13 240:3
  252:23 259:16
  267:9 271:12
  345:12 368:13
**irwin** 244:16
  260:20 261:3
  337:22

**isolated** 324:7
**issue** 319:15
  344:14 346:1
  359:9 360:10,12
  360:14,17 361:17
  362:19,20 376:14
  377:8
**issued** 314:14
  353:21
**issues** 359:9 360:8
  360:16 374:12
**item** 335:22
**items** 225:11

### j

**j** 212:11 343:24
  345:2 346:1,2
**jail** 381:22
**january** 316:12
  327:11 347:12
**joanne** 259:24,25
**job** 260:25 265:5
  265:17
**jobs** 252:1 254:25
  258:9
**jodi** 259:18,19
  344:13 345:2,25
  345:25 347:11
**joel** 252:2 254:15
  265:15
**joint** 323:7
**joke** 362:5 378:9
**journal** 235:25
  236:1 351:18,18
  351:25 352:1
  374:10 379:18
  380:21
**journaled** 380:13
**judge** 216:11
  296:22 364:24
  365:2,22 366:2
  370:6,25,25

**july** 230:20 322:5
  346:23,25
**jump** 322:4
**june** 231:14
  235:16 246:18,19

### k

**k** 211:18 385:21
**keep** 281:4,4 300:3
  300:4 321:15
  354:7 362:3
  369:12
**keeping** 353:18
**ken** 213:3 215:2
**kept** 313:4
**killed** 260:23
**kind** 238:1 326:4
  346:19
**knew** 294:13
**knocking** 305:11
**know** 217:12,14
  217:14,19 218:25
  219:12,19,23
  220:1,1,2,2,10
  221:15 222:2,7
  223:23 226:4
  227:19 228:18,19
  228:20,21,22
  229:5,8,8,11
  231:22 233:11,12
  233:16,19,25
  234:3,4 235:7,12
  237:6,20,23 238:5
  239:8,14 240:8
  242:9,13,20,23,25
  242:25 243:3,13
  243:15,15,20
  244:16,17 247:15
  247:16,20 248:22
  249:6,11,19,23
  250:1,12,19
  251:20 253:7

254:1,12,13
255:17 256:8
257:4,20 258:9,13
258:14,15,16
259:1,1,3,15
260:18 262:16
263:17,18,22
264:4,9,14,15,22
264:23,25 266:5
266:10,20,21,23
266:25 267:5
268:2,15 269:6,7
269:17,25 270:10
270:13,16,19
271:1,5,7,9,11
272:21,24 273:4
273:14,15,21
275:1 276:3
277:23 278:12,12
278:13 279:21
280:6 281:12,14
281:16,18,18,20
282:13,14 283:1,4
283:25 284:15,16
284:19,20 285:4,4
285:5,7,10,11,16
285:23,24,25
286:12,18,21,25
287:1,10,20 288:1
288:9,10,10
290:25 291:24
292:6 293:13
294:10,11,19
297:22,23 298:5,6
299:2,3,4,8 304:11
304:14 305:7
306:8 307:25,25
308:23,25 310:5
311:24 315:1
317:6 323:5
324:23,24 325:2,2

**[know - looking]**                                                    Page 17

326:9,12,13,16
327:1 330:7,19
334:24 336:6,15
336:17 337:3,6,8
337:14 339:4
340:12 342:20,22
342:23 343:5
345:22 346:12
350:14,16 351:10
352:2 355:4,8,9,10
355:11,12,13
357:21 358:20
359:8,8 360:13,17
360:23,25 361:1
361:10,22,25
362:1,3,4,11,15,19
363:15,21,21,25
364:2,3,4 366:8
368:5,15,19,22
369:16,17,17
370:4,12 372:21
372:23,24 373:6,9
373:13,16 374:4,6
374:8 375:14,15
376:20,22,23
377:1,3,7,13,23
378:8,18,18 380:3
380:11,12,15,19
380:21,22,25
381:2 383:17
384:7,8,9
**knowing**  291:6
**knowledge**  372:12
**known**  276:2
**kugel**  252:6 264:1
264:2,11 265:15
278:1,5,10 280:24
281:7 367:8
374:22,23 375:5
375:22 376:3

**kugel's**  254:11
262:1,2,13 263:20

**l**

**l**  211:8,12,16
213:8 215:2,11
216:1 383:1
**language**  300:14
300:20,25 303:8
303:18,19,20,22
304:13,13,16,18
304:21,25 305:1,7
**large**  317:7 355:11
**larger**  236:17
239:10,10 240:5
363:8
**largest**  275:25
276:2 374:3,13
**lastly**  259:24
**late**  257:14 370:12
**law**  361:16 362:24
**lay**  325:21
**learn**  256:5,22
**learned**  258:13
**leave**  368:12,18
369:24
**leaving**  260:23
368:15
**ledger**  264:17
**ledgers**  263:14
264:8,8 267:4
**left**  262:5,8 306:3
314:5 327:5
344:17,18 352:23
**leg**  220:7,21,21
**legal**  215:3
**legging**  220:15,22
226:3 237:20
**lending**  326:20
**leonard**  235:16
244:21

**letter**  358:10
**lie**  365:6
**lied**  364:21,25
365:2 366:2,14,17
**lies**  367:16
**lieu**  217:11
**life**  366:14
**limiting**  277:4
**limits**  254:6
**line**  247:2,7
**lipkin**  244:17
260:20 261:3
337:22
**liquidity**  360:19
**list**  256:7 277:8
**listed**  276:7,20,23
277:3,4,6,9,11,21
328:14
**listen**  266:17
286:3 377:11
**listening**  378:2
**litt**  249:1 378:3
382:10,20
**little**  216:24 217:3
267:13 322:12
**live**  369:16
**living**  366:15,17
367:16
**llc**  211:8 215:11
260:9
**llp**  212:4
**located**  215:6
267:3 339:25
340:1
**location**  248:17
**london**  249:10
**long**  218:1 224:20
228:8 231:5
236:22 241:2,5
242:1 246:7 265:3
265:25 270:17

287:5 317:3,4
319:24 326:25
353:1 379:23
**longer**  234:17
281:10 370:19,24
**look**  224:15
225:16 230:12,17
230:19 232:7,7
235:10 241:8,14
244:22 246:12
262:10,23 263:14
264:19,22,24
265:8 270:7,9
272:7 273:6 277:9
277:16 278:11,23
280:18,19 284:25
286:25 288:13
298:17 300:5
302:10 303:7
305:21 307:6,19
311:17,22 313:16
315:1 318:18
319:10 321:20
323:3 324:2,2,3,4
324:6,22,23,25
325:23 326:12,15
326:16 327:17
328:22 330:21
331:18 333:2,24
334:3 339:3,6
341:12,20 347:3
349:24 352:21
358:7 376:8,12
**looked**  233:3
266:19 279:1
298:20 299:5
315:4 336:2 377:1
**looking**  230:16
235:10 247:2,6
250:16 264:8,14
268:3 270:19

279:3,3 280:11
301:13,21,21
307:14 338:6,10
338:11 344:23
**looks** 224:23
226:19 236:5,12
241:2 245:1,15
307:10 312:5,20
315:9 319:4
343:22 344:17,22
345:2,13,14
346:14 347:24
349:23 351:17,24
353:6,20 354:9
**lose** 268:8 362:25
366:22
**loses** 268:7,8
**loss** 266:9 269:17
270:13 282:4
283:18,20 375:7
**lost** 271:24 286:15
321:17 360:22
**lot** 219:6 221:22
248:25 253:1
259:1,2 290:9
308:15 316:19
323:8 384:8
**love** 277:24
**low** 273:8
**lying** 363:13,14
364:16 367:9,24
**lynch** 270:10
276:25,25 286:19
286:20 287:4,11
287:12
**lynch's** 287:4

**m**

**machine** 286:25
**machines** 350:12
350:15

**madoff** 211:8,12
211:17 213:8
215:2,11,21 216:1
216:6 224:9
252:14 261:13
276:2 277:14
289:4,6,10,11
290:15 300:6
302:5 306:18
322:6 331:5
338:14 341:7
351:1 354:9
356:16 358:6
364:6 366:13
367:23 383:1,4,23
**madoff's** 382:8
**mail** 347:14
**maintenance**
343:2
**major** 257:19
259:9
**maker** 252:22
256:8,12 265:10
267:8,11,16
270:25 271:4
272:16 275:25
280:25 286:12
289:16,22,24
375:16 377:13
**maker's** 269:5
**makers** 223:16
253:24 254:2,4
256:4 266:5
270:12,17 289:11
350:17 374:3,13
376:22 377:24
378:13
**making** 220:16
251:8,15,17 252:4
252:18,23 253:3
253:18,22 255:25

256:14,22 258:18
264:15,22 265:11
265:17,25 267:16
269:10 270:11,13
272:4,13 276:11
278:17 279:5
281:2 283:6,14
285:3 289:13
360:17 364:5
375:17,17
**manage** 355:25
**manually** 243:9
**marc** 249:1 378:3
**march** 317:24
**margin** 308:16,18
308:20,21,22,24
309:5,6,10,13,19
309:21,22 310:1
313:20 314:24
315:14 318:3,15
319:12 320:7,14
320:15 321:10
323:4,12,25
324:22 325:25
326:4 327:2,11
328:6 332:6,8,18
335:4,16,25 336:3
336:19,21 337:2,6
343:15
**marginal** 326:21
**margined** 323:2
326:14
**margins** 310:16
311:18
**mark** 228:3,14
229:12,22 230:4,7
231:19 241:11,13
242:7,8,10 243:1
244:8 252:19
265:16 267:13,18
269:17 293:2,9

304:23 305:3,4
320:6 340:16
360:17
**marked** 224:6,11
229:11 230:9
234:25 261:10
293:11 299:14
301:8 303:4
305:16,19 310:6
310:16 333:9,11
341:6,8 348:5
382:4
**market** 218:2
220:17,19,20
221:14,16 223:16
228:3,5,6,9,14,17
231:19,21,23
232:24 237:4
238:23 240:10
241:11,13 242:7,8
242:11,15,22,22
243:1 244:9 251:8
251:14,17 252:4
252:18,22,23
253:2,3,18,22,24
254:2,4 256:4,8,11
256:14,22 257:24
258:16,18 264:15
264:22 265:10,17
265:25 266:5
267:8,11,16,20,23
269:5,10,17
270:11,11,17,25
271:3 272:3,12,16
275:25 276:3,11
278:17 279:5
280:25 281:2
283:6,14 285:15
286:12 289:11,13
289:16,22,23,23
293:2,10,11 320:6

**[market - names]**

327:23 328:14
350:17 359:9
360:12,14 361:8
364:5 372:9,13,16
374:3,13 375:16
375:17,17 376:22
377:13,24 378:13
**marketplace**
246:11
**markets** 374:12
377:6
**marking** 235:4
**marty** 252:2
254:15 265:15
**massive** 382:25
**matter** 265:12
275:16 283:24
297:25 309:22
310:14 348:11
349:1 361:21
374:9 377:9
380:20
**maurice** 339:13
340:8 343:24
344:14 345:23
346:2,13 347:11
348:24 354:25
**maurice's** 344:10
**maximum** 267:23
**mc** 214:3,4 341:10
341:14 343:7
344:15 346:3
348:24 352:4
**mean** 218:9,14
220:3,25 222:23
228:18 231:7,8
232:18 237:14
245:22 249:14
251:17 258:13
263:10 270:3
275:17 279:21

292:1 294:7 295:5
295:13,16 298:20
299:2 300:6 304:7
307:12,17,22
309:14 312:3
317:1,1 320:9
334:24 336:25
337:2,5 343:2
345:8,13 352:17
362:19 376:24
377:18 378:4
381:3
**meaning** 306:24
**meaningless**
326:16
**means** 242:2
308:19 309:16
323:4 329:2,5,5
352:5 380:7
**meant** 237:14
307:4
**measured** 274:8
275:13
**meet** 248:13
**meeting** 248:1,5
248:13,24 249:5
249:18,20,23
250:5 358:24
379:3
**member** 350:13
**mention** 216:12
**mentioned** 322:18
**merrill** 270:10
276:25,25 286:19
286:20 287:4,4,11
287:12
**mf** 235:6 311:25
**microsoft** 276:18
276:19 287:21
**million** 264:20
276:17 312:11

315:6,24 317:8
318:21,22 319:2,6
319:24 320:3
321:6,22 322:10
322:15 324:13,16
325:5,10,24 326:1
326:5 327:9,24
328:11 338:18
354:2,14,14,18,19
354:24 355:10
369:5,9,13,15,20
369:25 382:1
**mine** 232:3 283:20
339:17 340:25
**minute** 223:12
279:8 329:12
335:22 377:2
**minutes** 223:15
**mischaracterized**
362:11
**misrepresented**
313:5
**missile** 360:11
**misunderstood**
363:15
**mixed** 301:16
**moment** 268:13
310:2 311:17
337:23
**monday** 262:24
265:22,23 283:15
**money** 264:19
265:5 266:17
286:16 287:25
296:9 308:23
314:25 320:11
336:23 351:11
352:2,6,12 354:23
356:5 360:23
362:4,25 368:12
369:16 371:4,21

373:4
**monies** 282:3
337:4 345:15
355:24
**monitor** 273:13
**monsanto** 245:13
**month** 228:11,20
230:20,21 312:15
312:16 313:15
327:20 380:2,11
380:17
**months** 314:4
338:22 348:17
**morning** 216:6
220:11,12 238:15
280:11
**morrison** 213:3
215:3
**mouth** 256:17
377:22
**move** 253:17
256:7,21 257:2,3
257:13 268:6
299:10
**moved** 257:3
258:24 268:17
380:14
**moves** 358:11
**moving** 281:6
321:15
**multiple** 258:9

**n**

**name** 215:2 225:8
249:15 310:11,14
343:1 347:15
352:24 355:19
362:22
**named** 260:22
**names** 216:13
251:21

**[nasd - okay]**

**nasd** 267:24
**nature** 340:11
**neal** 211:18
  385:21
**necessarily** 217:23
  228:6 304:11
**need** 234:14
  251:20 264:20
  348:11
**needed** 342:6
**needs** 313:12
**net** 253:5,8 332:23
  335:6,8
**netted** 335:2 339:4
  339:8
**never** 222:19
  223:1 231:23
  255:22 256:9,9,10
  256:10 269:7
  274:22 276:10,14
  282:1 286:11
  287:8,8 288:18
  292:3 297:15
  298:24 299:3,5
  300:24 304:22
  330:17 358:2
  359:13,14 361:24
  362:6 363:12
  364:15,20 365:19
  366:1,11 371:15
  373:12 377:22
  378:18
**new** 211:1 212:6,6
  212:15,15,22
  215:13 277:7,10
  320:20 321:9
  325:9 327:14
  329:19 339:13
  342:5 354:13,20
  359:9,9 360:8,10
  360:11,14,16

362:20 368:22
  381:22 383:3
**newspapers**
  273:18 370:5
**nickname** 344:10
**night** 360:13
**nine** 322:10 325:6
  327:15 328:3,17
  339:21 348:4,7
**ninety** 322:15
  324:13
**nods** 293:1
**normal** 220:23
  288:24
**normally** 289:17
**north** 211:21
  215:7 385:2
**notary** 211:19
  385:22
**note** 343:22
  345:23 346:13
  347:10
**notes** 214:3 250:5
  250:7,9,15 341:9
  346:19 347:5
  378:24,25
**noticed** 238:25
**noting** 330:21
**november** 379:22
  380:1
**number** 215:14
  224:11 230:9
  233:3 234:25
  240:3 256:20
  261:10,14,15
  265:16 266:25,25
  290:14 299:14
  301:8 305:16
  306:4,9,11 310:6
  311:25 313:1
  322:5 329:22

330:14,15,16
  333:9 334:6
  335:13,24 341:6
  343:10 344:16,21
  348:5 351:19,21
  351:23 356:14
  369:14
**numerous** 215:19

**o**

**o** 346:1
**o'clock** 220:11,12
  238:14 360:13
**oath** 215:17
**object** 296:11,15
**objecting** 351:13
**objection** 218:12
  218:17 219:7
  221:3,10 222:16
  237:13 273:24
  275:7 279:20
  297:5,8 323:14
  352:14 367:20
**obligated** 242:18
  242:19 290:1
**obviously** 226:4
  242:20 262:21
  286:1 337:7
  353:20
**occur** 225:25
  226:24 271:15
**october** 313:22
  324:8,9
**offer** 360:21
**offered** 369:9
**offering** 361:7
**offers** 290:1
**office** 244:7,14
  248:1,23 253:7
  260:23 340:1
  380:22 383:4

**offsetting** 339:7
**oh** 225:5 232:2
  236:8 237:16
  245:1 246:21
  248:3,9 302:24
  303:11,11 306:15
  306:25 311:2
  321:25 330:4
  335:22 344:25
  348:13 376:13
  379:9,12
**okay** 216:19 218:6
  218:16 221:18
  222:10 224:15,17
  224:17,18,19,25
  225:9,18 226:8,11
  227:12 229:7,10
  229:16 230:11,16
  230:19 232:1,6,12
  234:5,8,13,20,23
  234:24 235:3,12
  235:13 236:5,10
  237:12,16 238:21
  240:17 241:14
  242:2,6 243:2,10
  246:16,21 247:5,8
  247:8,22 248:3,4
  248:20 249:17
  250:11,20,24
  251:7,11,14,20
  252:4,6,9,14 253:2
  253:10 254:6,23
  255:16,18 257:6,9
  257:16 258:3
  259:18,24 260:2,4
  261:1,4,5 262:14
  262:20 266:22
  271:23 274:2
  277:22 279:9
  283:22 285:9,21
  286:4 287:8,18

288:8,10 289:3,7
290:3 292:16
293:6,13 296:24
299:10,11,20
301:1,20,23 302:4
302:9,10,14,23,24
303:3,13 305:5,10
305:11,18 306:1
306:13,13 308:3
309:4,14,23 310:8
310:16,19 311:2
312:7,15 313:8,19
313:21 314:2,10
315:17 316:6,10
316:22 317:17,24
318:6 319:6,10,10
321:15,25 322:3,8
323:23 324:8,10
325:11,13,22
327:7 328:1,20
330:13,20,23
331:4,8,18,22
332:7,17 333:2,3
334:12,18 335:8
336:14 337:21,25
338:4,5,13,16
339:10 340:2,6,8
340:15,17,21
341:18,22,23
342:14 343:6,21
344:12 346:9,17
347:2,4 348:2,8,10
348:13 349:12
350:1,25 352:16
352:19 356:9,21
357:8 359:1 369:8
370:1,8,17 371:20
376:6 378:20
379:9,12,21 381:4
383:16,20 384:1,5

**old** 211:20 215:6
**once** 268:15
269:14,18,18
270:24 357:22
**ones** 300:1 373:1
**open** 218:2 226:7
231:13,14 232:24
241:6 285:14
383:5
**opened** 377:22
**opening** 255:25
321:20,21
**operated** 382:25
**operating** 289:20
**operation** 229:1
251:8 256:14
272:4
**operational** 243:7
243:11 297:23,24
**operationally**
228:24
**operations** 217:13
227:20 233:15,20
243:22,25 244:7
247:21 250:25
251:1,9 278:21
298:7 299:6 373:3
380:14
**opposed** 228:20
375:18
**order** 216:11,22
221:23 222:1
223:6,8,14,15,19
223:20,20 239:9
239:10,12,22
240:2,5 274:10,14
277:16 286:21
287:20 333:23
350:23 373:4
**orders** 222:9,20
240:2

**organizations**
383:8
**originally** 260:21
317:7 368:13
**originator** 306:4
**otc** 276:18
**outcome** 264:13
**outperformed**
223:24
**outside** 257:2
**overmargined**
324:25
**overpriced** 287:3
**owe** 286:8 334:11
**owed** 319:1 320:4
**owned** 339:17
**owners** 339:19
**owns** 231:10
282:21

**p**

**p.m.** 356:11,15
384:11,14
**pad** 345:23 346:13
346:14
**page** 213:16 214:2
230:16 232:1,2
234:16 235:6,8,11
240:19 241:21
262:4 301:10
302:4 306:3 307:6
307:8,10 310:24
311:10,23,24
312:25 313:9
314:3,9 315:11
316:16,17,20
317:18,20 325:14
327:4,6 329:21
334:3,4 335:11,12
341:12,23 342:14
345:17,20 346:7
347:2,8 348:20

349:6 350:25
352:22 353:25
376:12 378:20
379:1 381:15
382:7 385:7
**pages** 229:20
230:13 234:22
235:6,11 261:20
299:17,19 310:17
330:3 341:17,21
353:10 385:8
**pagoldman** 212:24
**paid** 268:10 308:1
356:6
**paper** 295:1,14,16
343:22
**papers** 343:15
**paragraph** 301:10
302:11
**pardon** 311:3
**park** 212:5
**parkway** 212:21
**part** 223:3,15
226:3 237:22
239:9 259:9
274:19 298:6,24
329:23 369:4
370:10
**participate** 267:17
**participated** 374:8
**particular** 259:14
265:4 278:12
**particularly**
243:23 255:22,22
291:25
**parties** 385:17
**party** 385:13
**pass** 316:12 347:5
**passed** 258:10
**path** 292:12

**pay** 309:17,24
336:21 361:16
**payable** 344:14
346:2
**paying** 269:13
283:2 350:4 352:5
354:17
**payment** 315:8
327:11 329:3
351:3 355:1
**payments** 338:22
351:7
**pension** 383:8
**people** 220:2
233:20 243:7,14
248:25 249:3,3
254:25 257:22
258:8 259:2
336:18 367:18
373:8,10 377:10
**people's** 216:12
296:8
**percent** 253:5
267:24 268:1
273:21 275:1
277:10,15 309:13
310:1 322:18,18
322:21 323:12,19
323:25 324:18
332:22 339:20
355:8 360:23
**percentage** 253:4
274:5 355:6,22
**perfectly** 288:23
**performed** 350:19
**period** 223:11
228:22 240:7
295:11,18 302:19
333:25 348:19
361:11

**periods** 291:1
**person** 216:18
243:22,24,25
244:14 247:21
267:2
**personal** 346:14
**perspective**
358:19
**persuading** 371:12
**pete** 234:9
**peter** 212:20
215:20 252:21,22
296:19 301:2
357:10 368:20
381:21
**phony** 296:7 367:6
**photocopy** 341:13
**physically** 217:23
229:6 233:16
246:10 285:23,24
292:3 298:15
**piano** 250:14,17
**picard** 249:11
371:12 379:3
**pick** 264:9 265:2
267:5 316:12
369:14
**picture** 271:1
326:17
**pictures** 250:16
**piece** 239:23
**pitz** 260:25
**place** 232:12 248:6
274:8,18 275:9,10
277:15,18 286:11
286:12 287:9,9
288:18,19 292:9
313:14 326:5
**plaintiff** 211:6
215:10

**plan** 291:7
**planning** 233:12
266:2
**platform** 223:9
**play** 257:17
**played** 257:19
**plaza** 212:14
**plea** 368:3 370:10
370:25 381:10
**please** 215:15
319:18 344:14
346:1,3 347:14
**pled** 370:2,2
**pledging** 309:7
**plmis** 340:9
**plus** 350:17
**point** 252:22
253:21 261:3
262:9 265:18
268:19 306:19
318:20 322:17
323:13,19 359:3
371:25
**pointed** 379:21
**ponzi** 363:2
365:18 366:8,8
382:25
**pools** 277:13
**popular** 223:22
**position** 218:1,4
228:9,9 231:13
236:9,22 241:7
246:2 265:24,25
268:9 270:17
281:8 282:12
284:17 286:2
293:11 312:13
316:5 317:8
325:24 328:10,19
332:25 379:23
380:6

**positions** 227:4
228:3,4 231:1
232:11,23 240:22
241:1,9,24 242:17
245:4 269:11
283:4 317:21
318:18 319:5,9,21
319:24 320:6,6
324:4,6 325:23
326:25 327:24
328:15 335:7
**possible** 231:25
294:12 379:24
**post** 251:23
350:24
**potentially** 375:6
**practice** 220:23
237:7 351:6
**pre** 326:3
**preceding** 338:22
**predetermined**
265:7
**predicted** 264:13
**preferred** 225:1,3
225:4,5,6 227:4
231:6 232:10,10
241:6 245:7,14
247:19 292:18,20
293:24
**preferreds** 374:7
**premium** 219:10
**premiums** 220:5,6
**prepared** 356:22
358:9
**presence** 368:7
**present** 263:4,8
**pretty** 216:13
258:2 295:22
313:6 329:25
331:19 357:7
379:6

prevent 285:15
previously 216:2
  224:10 306:10
  382:10
price 221:21 222:3
  222:7 227:24
  228:5,10,19
  231:24 233:23
  234:3 236:16
  239:15 240:11
  241:8 242:6,7,12
  242:21,23 249:16
  265:4 273:5
  274:12,19 284:10
  294:17,22,22,24
  302:17,18 303:18
  304:1,4,5,11,15,19
  315:10 361:7
prices 222:12
  232:17 239:4
  240:9,12 242:9
  262:22 264:10
  273:2 279:1,2
  281:12
pricing 239:18
  300:15,22 303:9
  303:23 304:9
primarily 259:21
principally 311:18
prior 331:9,13,19
  331:25 332:18
  365:20 368:24
prison 370:18
probably 229:4
  255:15 257:14
  278:6 323:1
problem 255:23
  286:16 287:15
  296:18
problems 373:10
  373:16

procedure 227:19
  227:20 298:3
  345:15
proceeded 382:20
process 258:17
  358:4 381:2
processing 259:17
  380:21
professional
  211:18 366:14
  378:1 385:22
professionals
  378:10
proffer 249:21,23
  249:24 358:24,24
  376:17 377:23
  379:4
profit 253:5,8,14
  253:25 265:7
  266:9 267:16
  268:4,10,14,22,24
  269:13,17,23,24
  270:4,13 271:7,11
  271:15,21,23
  272:3,10,17,18
  273:21 274:7
  279:14,19,24
  281:6 282:4,15
  283:1,17,20,25
  284:2,3,11 286:15
  375:6
profits 347:25
program 223:14
  273:12
progress 308:15
proprietary 251:8
  251:18 252:17
  373:14
prosecutor 249:2
  382:11

prospective 383:5
protection 211:5
  215:10 219:24
proven 382:21,24
provide 252:9
  385:12
providing 238:19
  350:7
public 211:19
  385:22
publishes 289:25
pulled 348:17
purchase 224:23
  225:21 236:5,20
  236:23 245:1
  294:15 312:8
  315:25 316:3
  318:5,9,10,11
purchased 228:21
  292:18 314:25
  315:9,15 371:15
  374:18
purchases 222:13
purport 348:23
purports 224:12
  235:15 244:20
  343:1,22 345:22
  347:10
purpose 249:17
  327:2 353:18
purposes 306:14
  323:11 345:21
  347:7 349:3
put 216:9,22,24
  223:20 230:2
  235:2 238:7
  242:21 248:4
  256:17 264:6
  271:20 273:3
  276:10 279:18
  287:20 294:14

296:7 303:22
  304:20,25 305:1
  323:17 350:23
  351:11 367:1
  372:18 380:18,22
puts 221:22
  275:23 279:17
  286:21,21 289:24
putting 217:10
  279:25 280:5,8
  304:21

q

quarterly 333:20
  334:2
question 227:22
  233:22 244:12
  254:16 262:10
  293:22 296:12,13
  296:16,18 297:1
  300:17 307:17
  315:21,22 323:16
  329:13 331:15
  333:1 346:9 347:9
  355:16 370:22
  381:12 383:18,19
questioning
  374:15
questions 224:16
  227:23 259:5
  278:5 311:20
  325:20 331:3
  381:5 384:2 385:6
quite 250:19
  255:12,21 373:6
  373:11,15
quote 289:25
  290:2 302:16
  360:22
quotes 223:17
  365:12

**quoting** 265:19

**r**

**r** 385:1
**ran** 259:14 260:8
302:15 360:12
374:9
**rates** 385:17
**read** 227:6 262:21
302:15 341:24
345:25 348:17
352:22 358:16
370:4
**reading** 232:18
383:10 384:12
**reads** 344:13
382:7
**ready** 235:12
290:2
**real** 280:3,4
288:25
**realize** 270:3
272:8
**really** 217:12
243:21 249:19
256:9 258:16
280:4 291:10
330:7 333:1
346:12 352:10
362:9,11,13 363:6
368:13 371:6
373:2,3
**reason** 237:21
243:4 255:24
261:19 267:10
278:24 282:1
288:14 291:8
295:14 332:20
358:17 370:18,23
373:17 377:12,15
**reasonable** 382:22

**recall** 248:13
249:20 257:12
346:18,19 347:18
363:5
**recalling** 306:17
**receipt** 347:15
**receivables** 334:7
**receive** 217:10
232:11 244:8
245:4,15 380:4
**received** 379:24
380:1
**receiving** 245:2,18
352:3
**receptionist** 258:7
258:8,11,23
**recess** 261:9
290:12 356:12
**recognize** 262:12
342:8,15 343:19
344:1,20 346:5,10
**recollect** 381:20
**recollection**
381:19 382:2
**record** 216:10,23
234:16 235:2,8
241:15 247:23
261:7,11,17
290:10,13,16
302:16 308:7
319:19 338:1
339:9 341:5,24
347:6 349:3
350:21 356:10,13
358:5 378:22,23
381:18 382:3
384:11
**redact** 329:23
**redacted** 216:17
310:11 329:16

**redaction** 301:22
**reduce** 329:7
**reduced** 250:8
337:8,9 385:6
**reduction** 327:20
328:13
**refer** 301:9 332:10
**reference** 234:15
359:4
**referral** 355:22
356:2 359:15
385:15
**referred** 219:3
316:14 347:20
355:17,20
**referring** 225:1
249:6 297:7,11
302:23 332:13
347:24 351:22,23
355:3,5 364:1
**refers** 274:6 355:2
**reflect** 228:6 317:5
**reflected** 321:25
372:3 379:18
**reflecting** 277:17
332:5,7
**refused** 358:9
372:1
**reg** 310:2
**regard** 245:7
300:22 309:10
310:15 342:11
**regarding** 304:14
**regards** 300:15
**registered** 211:18
385:22
**regulation** 309:14
309:16 310:4
**regulations** 309:9
**regulator** 373:20

**rehabilitate**
366:23
**relatives** 360:9
362:23
**relax** 296:21
**remains** 268:16
**remember** 244:15
248:2 249:9,15,15
250:7,16 254:11
254:12 255:12
300:8,12,15
302:25 306:18
322:18 336:18,20
342:10 355:7
356:17,18 357:18
360:4,12 381:12
381:16
**repeating** 347:4
**rephrase** 300:10
347:19
**report** 333:3 334:2
336:16 337:15,16
**reported** 260:2
276:9 339:1 385:5
**reporter** 211:19
385:14,22
**reporting** 260:6
260:10,11 332:18
385:13,14
**reports** 213:23
260:12,13,19,19
261:2 287:5 331:6
331:7,10,20,25
333:19,20
**represent** 215:16
235:24 244:23
248:5 306:8 319:7
329:3 336:9 385:8
**representatives**
248:14

[represented - saw]                                                    Page 25

**represented** 369:2
  369:3
**representing**
  215:3 241:15
**request** 358:10
**required** 251:25
  260:8 304:12,19
  371:8
**requirement**
  305:8
**requirements**
  305:6 326:22
**respect** 314:23
**respond** 247:20
  367:21
**responding** 247:14
**responsibility**
  282:5
**responsible**
  243:11 244:2,4,5
  260:9
**rest** 299:23
**restate** 331:15
**result** 385:11
**retail** 361:3
  362:17 372:12
**returns** 238:1
**revenue** 335:24
**reverse** 218:17
  333:23
**review** 217:4
  358:8
**reviewed** 260:19
  336:12
**revised** 344:13
**right** 216:22 217:8
  219:22 221:18
  222:11,21 224:14
  224:25 225:7,13
  225:23 226:10,11
  226:16,21 227:10

230:11,22,23
231:3,16,18 233:6
234:14 235:13
236:21 238:10,11
238:21,25 240:14
240:24 241:4,21
243:16 244:19
245:16,21 246:22
246:25 247:22
248:12 249:17,24
250:4,13 251:3,19
252:1 253:14,18
254:20,22 255:2
256:1 258:14
260:17 261:5,23
262:2,8 266:11
267:7 268:21,23
269:1,12,20
270:11,14,21
271:22 272:5,12
272:14,15,22
273:20 274:16,21
274:25 275:11
276:22 277:22,24
278:3,5,14,20
279:8,14,16,17,23
280:13,21,23
281:1,10,18 282:9
282:12,22 283:8
283:18 284:12,23
284:24 285:10,20
286:20 287:7,12
288:5,22 289:19
290:3,6,19,24
291:5 292:22,25
293:8,9,12,24
294:4 296:3,8,14
296:21,25 297:3
297:17 299:10,20
301:4,7 302:20
303:2,5,9,16

305:24 306:2,5
307:3,4,10 308:13
308:14 311:1,15
311:19 312:11,12
312:14 313:7,9
314:1,10,20
315:13,18 316:1,7
316:11 317:12,15
317:16,20,22
318:8,14,24 319:6
320:1,12 321:2,4,9
321:10,23 322:16
323:23 325:4,6,14
325:18 326:11,23
327:3,10,21 328:3
328:16 329:8,9,17
329:18 332:12,15
333:12,15 334:5
335:6,11,11,12,18
336:1,1,5,8,10
337:23 338:20,24
339:23 340:15,19
341:3,19 343:13
343:18 345:10
346:16,18 348:8
348:13,14 349:14
349:18,20 351:6
352:7 353:2,7,9,17
353:22 354:5,6,8
354:12 357:18
359:2 364:11
366:4,6,19 367:13
367:14,15,22
368:4 369:11
370:4 371:16
375:10 379:15
380:16 383:12
**rights** 374:7
**risk** 221:9,11
  226:6 237:10
  238:12,19 256:11

256:11 279:14
  367:18
**riskless** 237:18
**rockefeller** 212:14
**role** 257:16,19
  258:23 259:10,14
**roles** 255:9
**rolodex** 213:19
  261:18,22,25
  264:3
**rolodexes** 263:21
**room** 368:21
  377:2 378:1
**routine** 377:14
**rpr** 385:21
**rule** 222:19 223:23
  296:23
**rules** 303:20
**run** 362:4
**running** 353:19
**ruth** 369:5,9
**rye** 212:22

---
**s**
---

**safe** 313:6
**sake** 218:23
**sala** 259:24,25
**sale** 225:22 236:12
  293:9 328:6
**sales** 222:13
  225:16 239:1
**salesman** 270:19
**salesmen** 355:2,14
  355:20
**salvaged** 328:20
**sam** 347:13,21,24
  348:1
**save** 371:21 373:4
**saved** 371:17
**saves** 371:3
**saw** 300:24 330:19
  361:20

**saying** 271:13
272:7 278:7
282:17 295:14
296:23 297:24,25
312:20 315:18
320:19 326:3,7
363:20 364:18
367:17 369:9
371:4 375:3
377:24 378:4
383:12,14
**says** 224:25 225:5
226:15 236:1
262:20,22,23
263:1 285:1,4
286:2,24 302:14
306:4,6 307:19
313:20 314:18
321:4,21 329:16
329:18,20 333:25
334:6,12,17
335:16,24 341:14
342:12 343:13
344:22 345:1,5
346:15,22 347:11
347:14,21 349:7,7
352:4,20,23
354:20 357:21
379:24
**scalable** 218:9,10
218:18
**scale** 218:13
**scaling** 218:19,24
**scheme** 363:2
365:18 366:8,9
382:25
**school** 258:15
**screws** 367:2
**se** 377:10
**search** 264:7
267:3

**sec** 224:1 248:15
260:13 304:13
361:19 377:1,11
377:15,18,20
378:10,15
**second** 232:1
262:3 293:8
301:10,10,11
302:4,11,15 307:8
307:9 317:20
319:18 339:11
376:10,12
**secretary** 258:25
**secured** 334:13
**securities** 211:4,8
215:9,11 220:14
222:15 232:9
245:20 258:1
267:5 276:7
277:11 283:5
309:7 325:1
326:20 334:13
339:18,19,23
343:23 345:23
346:13 350:10
352:11 371:15
374:3,5,14,19
375:1,9,12,14,15
375:21,25 376:1
383:2
**security** 217:18
220:23 222:8
225:22 227:17
237:2,25 238:9
245:7 264:21
265:18 276:23
277:3,21 278:12
278:14 281:18,20
289:25 306:19
329:22

**see** 216:23 224:20
225:1 226:12,17
226:22 227:2,23
227:24 230:13,21
231:16 232:15
235:20 239:2,4
240:22 241:18,22
243:18 245:6,12
246:20 247:9,12
247:24 262:24
263:14 272:8
301:12,25 302:7
302:14,21 303:13
303:14 306:3,4
307:11,20 310:23
312:1 313:10
314:5 315:11,16
316:14,23 317:21
318:2 319:23
320:20,24 321:3
321:25 322:1,5,9
322:15 324:12,16
325:5,10 326:1
327:4,8,19 328:17
328:22,23 329:1
329:11 330:10,11
334:1,2,14,18,25
334:25 335:14
338:19 341:15
343:11,17 344:3
344:18 347:16
349:4 350:2
351:15 352:20,23
353:1,12 354:3,15
358:15,17 373:18
379:19
**seeing** 346:19
**seen** 217:1
**sell** 217:17 219:6
219:16 220:25
221:1,1,24 222:4

223:6,10 226:6
237:1,5,9,15 238:8
238:10 245:17
265:22,23 266:6,8
273:7,7 282:23
283:15 285:8,10
286:6 287:13
290:2 375:21
377:25
**selling** 220:11
245:12 254:3
268:15 272:20
273:5 274:21
279:2 280:19
281:12 285:16,17
294:18 304:3
352:11 375:25
377:5,15
**sells** 282:20
283:15
**sending** 352:4
372:23
**senior** 243:22
**sense** 238:6
**sent** 312:5 313:12
337:4,10 355:25
380:15,19
**sentence** 301:11
302:15 370:18,24
**separate** 270:2
283:13 284:19
340:4 375:4 376:2
**september** 312:17
313:10,11 379:17
380:1
**series** 225:6 310:9
341:9
**service** 290:1
**services** 350:5,9
350:19 351:4
385:13

**set** 261:18,22
265:3,21 266:15
266:17,23 278:8
278:25 280:20
281:16 284:9
290:22 294:24
324:6 380:24
382:23
**setting** 263:13
**settle** 368:25
**settlement** 368:11
382:1
**seven** 333:7,8
380:2
**seventy** 319:7
321:6,22
**share** 217:17,24
218:5 227:17
233:13,14,23
234:2 267:18
280:14,16 281:22
281:23,25 282:2,3
282:7,10 286:8,9
291:3,6,11,15,16
292:3,10,13,17
293:3,14,15,19,23
294:14,20 302:19
308:12 347:13,22
360:21 361:7,13
376:7 380:23
**shares** 217:11
221:24,25 223:6,9
223:11 224:24
226:15,24 227:13
227:21 233:4,10
234:1 236:12,17
240:10 246:19
247:10,16,18
253:13,16 270:18
276:17 287:24
288:4 291:1,23

293:18 294:1
298:3 304:2 308:9
308:10 315:10
374:17 379:19,24
379:25 380:4
**sheehan** 212:11
213:9,11 215:22
215:22 216:5
218:16 221:6,13
222:18 224:4,9
229:10,15,21
230:4,7,11 232:5,6
234:8,12,14,18,22
234:24 235:2,7
237:12,15 238:7
247:1,4,6,9,22,25
248:20 249:5
261:4,13 262:1,3
263:18,21 264:11
275:4,11,17
279:22 290:3,6,15
296:15,19,21,25
297:3,8,12 299:16
299:20,25 300:3,8
301:1,5,7,15,20
305:10,15,18
306:2,17 307:9
308:3,5,8 310:8,19
310:22,24 311:12
312:12 313:5,9
314:8,11 316:17
316:19,23 319:18
319:20 321:19,23
322:2,4,8 323:17
324:12 325:18
327:8 329:9,11,14
329:17,22,25
330:4,6,10,13,16
330:20,24 331:2,5
333:8,11,14,15,18
338:2,5,7,9,10,13

338:17 339:10,13
340:15,18,21,25
341:2,7 342:2,4,22
342:25 345:1,20
348:2,7,20 351:19
352:16,19 354:12
356:9,16 357:4,6,9
357:11 358:1,4
359:2,17 367:22
371:25 374:15,22
379:5,7,11,16,21
381:6,8 383:19
384:3,7
**sheets** 264:23
**shirt** 230:2
**short** 218:1 220:24
220:25 221:1,1,7
221:16 225:22
228:9 231:6,11
236:9,15 237:1,9
237:15 238:10
241:6,25 246:7
265:3,20,25
266:25 284:21
285:11,13,14
286:6 287:15
288:14,19,19,23
289:12,13 293:9
293:11 309:8
312:11 318:7
319:8 320:2,5,6
328:5,19 332:25
335:6 353:1
376:20,23 377:13
377:25
**shorted** 285:25
286:1,13 287:3,10
376:21
**shorting** 285:18
377:4

**shortly** 248:2
**shorts** 239:1
**show** 216:16,25
297:18 299:12
301:1 310:9
320:13 332:21
379:23
**showed** 233:4
300:9,11
**showing** 228:2,8
231:1,4,5 241:6
246:19 247:18
280:15 297:19
317:3 353:10,11
376:11
**shown** 233:5 341:7
**shows** 232:9
240:22 270:17
349:3 354:12
**side** 217:13 221:16
233:15 246:6
252:10 257:13
258:18,20 262:5,8
267:16 325:5
352:23 380:14
**sided** 232:2 262:4
289:24
**signature** 385:20
**signed** 260:18
**significance**
292:14 346:25
**signing** 249:20
384:12
**similar** 347:5
**simple** 295:22
**simultaneous**
220:13 237:24
**simultaneously**
238:16,17
**single** 354:21

**sipc** 371:3,7,17
**sir** 225:4
**sitting** 272:8 377:1
  377:21 378:1
**six** 233:7,23 235:5
  235:8 280:16
  292:25 293:14
  297:19 320:3
  354:13
**sixteen** 355:10
**sixth** 314:9
**size** 240:1,1,2
**skill** 238:3
**skip** 234:8 314:3
  349:2
**skipping** 234:10
**slash** 343:1
**slicing** 223:1 224:3
**slightly** 251:13
**slip** 346:4 347:15
**slowly** 308:14
**small** 305:14
**smaller** 373:2
**smb** 211:7 215:14
**social** 329:22
**sold** 221:7 222:8
  227:13,14 231:11
  238:15 254:1
  264:24 269:7
  271:2 274:6 275:1
  275:2,3 278:16
  281:7,8 282:8
  284:12 292:25
  293:20,21 359:8
  360:8 361:8 375:1
  376:24 377:8,13
  378:4
**solicit** 383:5
**solicited** 383:4
**solutions** 215:3

**somebody** 265:7
  337:10 345:13
  379:9
**sonny** 344:4,9,18
  345:2,11 346:5,10
  347:14 350:4,18
**sons** 223:7
**sonya** 355:19
**sophisticated**
  238:4
**sorkin** 368:20
  381:21
**sorry** 227:16
  234:24 247:1
  293:8 300:10
  301:3 305:23
  332:4 341:4
  354:14 358:5
**sort** 254:23 258:4
  258:25 292:13
  321:17 339:22
  362:4 368:16
  378:16
**sounds** 251:5,19
**southern** 211:1
  215:13
**space** 340:3
**speak** 241:16
**speaking** 382:8
**speaks** 262:22
  343:6 344:12
  345:24 381:18
  383:11
**specialist** 286:23
  286:24 287:1,9,14
  350:24
**speed** 241:19
  358:12
**spelled** 346:1
**split** 239:20,24
  257:9,17 259:7,17

259:20 267:20
  272:24 273:12
  274:11,22 275:18
  276:10 279:10,10
  332:13 340:12
  370:14
**spoke** 250:21
  259:4 298:14,24
  362:10
**spread** 240:6
  361:9
**stage** 242:11
  257:20 266:12
**stamboulidis**
  379:11
**stamp** 345:21
**stand** 221:20
  239:11 314:21
**standing** 250:14
**stands** 290:2
  372:21
**start** 220:21 251:2
  255:8 258:4 263:4
  263:6 321:3 322:9
  363:2 364:3
  383:24
**started** 250:3
  252:15 255:8,10
  255:12,18,20,20
  258:6 332:10
  357:19,23 359:4,5
  359:6,8,16,18,20
  359:21,23 360:6
  362:17,20 363:6
  363:17,23 364:4,4
  364:13 365:9,10
  365:13,15,19
  366:8,9 368:24
  369:23 370:7,9,11
  370:20 377:24
  378:7,17 381:11

381:15,24
**starting** 258:24
  301:11 306:2
  324:12 332:11
  359:13
**starts** 262:20
  302:11 329:15
**stated** 302:16
  303:21 370:6
  376:16 385:5
**statement** 213:20
  213:21 224:12
  232:8 233:2
  235:16 241:22
  243:16 244:21
  246:17,21,23
  249:21,25 250:9
  279:18 296:12
  299:4 300:12,20
  300:24 301:14,17
  301:19 315:23
  317:21 320:13,17
  320:18 321:21
  327:17 353:4
  356:18 357:21,25
  359:15 372:24
  378:19 379:18,23
  380:5
**statements** 213:17
  213:18,22 214:5
  216:25 235:5
  295:2,14,16
  297:17 298:18,19
  298:20 299:5,6
  303:7 305:12
  310:9 312:24
  325:17 348:3,16
  348:23 356:21
  358:21 363:16
  372:4,17 374:16

**states** 211:1
215:13
**stating** 356:25
368:7
**staying** 350:25
**stearns** 270:10
340:7 350:13
373:25
**steinberg** 362:23
**step** 267:1
**stick** 279:7 352:21
**sticker** 301:24
**sticking** 334:1
**stock** 219:13,16,19
219:22 220:12
223:6 225:17
226:5,6 228:18,19
231:6,11 236:16
236:17 237:5
238:10,15 241:7
241:25 246:7,14
254:1 258:16
263:15 265:4,12
265:20,22 266:1
266:10,10,25
270:10,12,18,20
270:24 271:2,3,4,5
271:9,10 272:20
272:25 273:4,7
276:8,9 277:1,7,9
277:10 279:3
280:19 281:1,4,5
283:10,12,19,22
285:8,18,19,24
286:6 287:2,14,15
289:12,13 294:18
294:20 308:24
309:1,8,17,24
314:24 315:15,25
316:4 322:22
325:24 349:15

361:1,2,7,13,23
376:20,21,23,24
377:4,5,8,13,16,25
378:4
**stocks** 256:7
264:10,25 273:13
275:17,21,24
278:15 288:19
360:19,20,20
361:10
**stop** 383:10
**strategies** 217:22
257:5
**strategy** 217:6,25
218:6 223:4,17
237:1,20 238:2,5,6
240:15 257:7,10
257:18 259:8
264:25 271:15
272:13,24 279:11
284:4
**street** 348:25
374:10
**strict** 216:10
**strictly** 216:21
**strike** 239:20,24
257:10,17 259:8
259:17,20 267:21
272:24 273:12
274:11,22 275:18
276:10 279:11
332:14 340:12
370:15
**stuff** 290:8
**subjecting** 373:8
**sublet** 340:3
**subordinated**
307:13
**substantial** 336:3
374:2

**succeedingly**
348:21
**successful** 371:12
**successfully**
237:22
**sudden** 378:9
**suggest** 315:23
**suggesting** 306:19
**summarize** 382:17
**summary** 382:24
**supervised** 257:22
**supporting** 360:17
**supposed** 216:12
231:19 242:14
293:2 322:24
323:19 366:19
**supposedly** 360:16
**sure** 218:14 233:9
242:9 243:5
248:17 251:13
252:23,24 260:5
261:6 272:1
273:25 278:4
280:18 289:18
290:24 295:19
296:10 300:17
305:15 310:5
312:20 315:21
321:19 329:14,25
331:19 332:23
338:13 340:13,14
351:8 355:15
357:7 370:12
379:6
**surprised** 275:1
377:12
**surveys** 288:2
**swap** 218:2,3,3
232:24,25 245:25
246:1 282:11
284:14 291:13

**swapped** 217:22
232:15,22 245:24
291:9
**swearing** 366:1
**swing** 341:3
**sworn** 216:2
**sylvia** 244:17
260:22 337:19
**system** 222:25
223:2,7,8,13,14,16
223:25 224:1
243:1,9 257:25
273:10 372:18,19
372:22 373:12,13
**systems** 233:21
242:23 243:24
253:1 273:10
373:8

**t**

**t** 309:14,16 310:2
310:4 385:1,1
**take** 218:10
224:15 230:12
232:6,7,12 235:10
239:23 253:16
261:4 262:7,9,9
270:16 271:19
272:9,15 277:15
284:14 290:4,5
299:23 303:7
305:20,21 307:6
311:17 313:14
318:18 326:5,17
328:21 333:2
334:2 341:20,20
348:7,8 356:9
361:12 375:21
378:24,25
**taken** 211:17
215:8 261:9
269:18 270:24

271:24 288:2
290:12 356:12
**takes** 283:11
**talented** 255:23
257:25
**talk** 298:22 300:5
**talked** 251:23
310:1
**talking** 218:15
228:19,22 235:25
236:3 239:19,20
241:2 248:7,8
254:13 255:7
259:11 260:11
283:23 284:2
295:10 306:25
308:17 318:3,21
320:14,15 327:23
335:23,24 364:6
376:18
**talks** 303:8
**tape** 360:12,14
**tax** 342:6
**taxes** 348:1
**technology** 223:9
**telephone** 259:4
312:8 374:12
**tell** 217:12 225:14
232:8 239:10
240:25 242:14,19
242:19 243:5
244:22 250:22
251:18,21 255:3
287:23 288:11
295:1 298:8 303:7
308:17 312:23
335:9 364:12
365:7 367:13
368:6 369:18
374:1

**telling** 264:7
288:10 298:2
342:10 357:15,18
363:5 364:9 366:5
366:7,20 367:10
**ten** 218:10 270:18
270:20,23 271:3,4
271:7 318:22
319:2,25 325:24
327:24 328:11
335:12
**term** 221:19,20
251:11 289:8
304:22 309:14
**territory** 290:9
**testified** 216:3
264:11 365:15
370:14
**testifying** 302:25
**testimony** 241:11
265:6 300:16
306:18 324:21
331:8,19 382:22
**testing** 325:19
**thank** 218:6 224:2
224:8 307:2
313:21 333:12
340:24
**thanks** 305:10
329:9 346:5
347:13
**theoretically**
219:21 238:4
291:20 360:22
**theory** 219:10
**thereto** 385:6
**thing** 227:6 232:19
236:16 238:25
240:16,17 258:4
290:8 304:20
354:22 362:5

381:20 384:7
**things** 216:24
217:5,8 241:20
253:1 258:12
260:14 278:2
362:12 363:10
373:10 384:8
**think** 220:9,19
237:4,13 246:18
249:10,16 250:14
250:20 252:6,15
260:4 272:22
288:11,13,17
299:17 301:16
307:8 308:11
311:5,12,13 327:3
327:5 328:20
333:5,23 339:20
340:14 348:21
351:19 357:2
366:4,25 370:17
382:10 383:11
**thinking** 349:2
**thinks** 256:6 287:2
287:24 288:3,6
**third** 275:25 276:2
378:20 379:13
**thirty** 320:3
**thought** 268:13
276:13 362:15
**thousand** 218:11
223:11 240:10
270:18 309:1
318:22 319:7
**three** 223:12,14
228:22 243:17
263:3 267:21,22
314:8 320:3
322:10 327:14
328:3,16 335:13
349:3,8 353:14

356:14 357:22
379:1
**ticker** 273:11
360:14
**time** 215:4,15
220:17 222:25
224:3,15 228:5,6
228:23 232:18
234:3 235:10
238:13 239:23
244:10,11,13
252:18 254:13
255:1,7,9,25
256:24 258:10
261:8,12 262:9
275:2 281:12
288:12 290:11,14
294:18 305:20
313:4 348:18
356:11,14 360:14
361:2,11 364:12
365:12
**times** 217:24
219:25 257:8
291:1 357:22
376:22
**today** 215:4 216:7
216:14 229:25
277:9 356:17
357:7 366:1
373:10 376:16
**told** 233:9 244:2
273:20 280:18
287:19 304:25
359:18 360:5
361:2,25 364:3,9
364:14,15 365:5
367:19 368:9
370:5,19,25
**tomorrow** 287:14

tone 345:19
top 232:7 311:10
    321:3 328:21
    330:15 343:11
    351:20
topic 308:16
    339:13
total 321:12
    322:14 334:25
    349:10 353:16
    360:24
totaling 354:23
totally 242:21
touhy 358:10
tracked 258:1
trade 218:25
    220:1,4,5,6,8
    228:12,25 252:13
    253:12 265:22
    266:15,20,24
    267:8 268:2,3,12
    268:14,24 270:6,9
    279:15,18,19,23
    280:3,4,17,20
    282:18 294:13
    297:20 302:17
    307:23,25 342:5
traded 276:17
    361:10
trader 246:8 252:3
    253:12 254:9
    255:21,23 256:6
    256:11,13,25
    265:14 268:7
    269:2,16 271:12
    271:24 375:5
trader's 268:16,17
    269:18,21
traders 253:3
    254:6 256:18,20
    256:21 265:17

268:2
trades 228:7
    237:18,21 259:17
    264:6,12,15 265:9
    265:11,12 266:19
    266:22 269:5
    270:2 275:8,19
    276:11,12,13,24
    277:17 295:18
    296:6,6,7 297:4,6
    297:10,12,13
    332:14 365:20
    366:11 372:2
trading 219:10
    220:13 222:22
    237:8,19 238:3
    252:17 253:5,9
    257:1 263:14
    264:7,17,23
    265:12,17 266:11
    269:4 270:12,14
    280:9 283:5
    286:25 287:1
    306:25 365:16
    373:24 375:19
trans 307:11,13
transacted 277:11
    277:12
transaction
    220:13 226:3
    237:25 238:12
    239:8,13 240:4
    245:2 246:6,9
    254:3 263:13
    266:4 269:8 270:1
    271:9 277:2,20
    278:8,20,25
    281:14 284:21
    285:11 286:3,5,10
    286:10,11,13,18
    287:8,23 288:24

289:1 290:21,21
    290:23 291:4,10
    291:13,13,17,21
    291:22 292:5
    293:5 294:19,24
    298:15 302:12,18
    305:8 310:21
    313:14 349:21,24
    354:22 374:24
    375:5,23 376:3
    380:12,24
transactions 242:4
    264:21 272:19
    276:4 278:11
    283:13 284:20
    288:15,17 289:14
    297:18 300:23
    315:2 349:17
    350:2 351:24
    352:9 353:8,22
    354:5 355:5
    362:21 375:4
transcript 217:4
    345:19 385:9
transferred
    277:13
transpired 327:19
treat 339:5
treated 287:11
trial 368:19
    382:19,21
tried 265:8
true 288:18 297:3
    297:16,20 312:24
    331:21,23 332:1
    335:21 362:14
    366:15 367:4,5,7
    384:8,8,9 385:8
trustee 212:10
    213:16 214:2
    215:23,25 229:13

229:16,16 230:5,5
    230:6,8,9,12
    234:25 249:9,10
    249:16 329:20
    379:10
trustee's 261:9,14
    299:14 305:16,20
    310:6 333:9
    340:23 341:5
    348:5 376:11
    378:21 379:2
trustees 215:8
trusts 383:8
truth 250:22
    356:25 364:10,12
    366:20 367:19
trw 234:6 379:19
    379:23
try 218:16 234:9
    241:19,19 296:21
    379:13
trying 272:2 283:3
    288:11 307:6
    358:4 366:23,25
    368:10
tuesday 262:24
    265:23 283:16
turn 244:19 258:3
    265:21 266:3
    267:1 285:9 289:4
    302:4 308:14,16
    310:24 334:2,4
    369:6,9 375:20
turned 271:5
    377:10
turning 248:11
    257:17 262:3
    281:11 312:15
    378:20 379:1
turns 223:18
    286:21

**[twelve - vary]**                                                    Page 32

**twelve** 271:10

**twenty** 322:10
  325:10 326:1
  327:9 338:18

**twice** 269:13
  344:13

**two** 225:11,15
  226:6,7 229:20
  230:13 234:16
  239:2,4 240:25
  246:17 262:9
  263:1,1 264:12
  267:22 270:2
  279:15 283:12
  287:14 289:24
  299:18,18,23,25
  301:6 303:9 314:3
  314:8,23 315:13
  318:22 319:2,24
  324:15 325:5,9,24
  325:25 326:5
  327:9,14,24 328:2
  328:2,3,11,16
  338:18 347:4
  354:2 355:8 360:8
  360:15,21 361:9
  369:12,25 377:10
  380:20 381:6
  382:1,5 384:6

**type** 244:7 286:10
  309:5,6 324:4
  351:18

**types** 232:9 237:18

**typically** 222:4
  229:4 242:23
  243:3 253:4 254:4
  266:6,15 267:25
  268:1 291:18
  309:16 323:21

**u**

**u.s.** 248:14,22
  358:11 364:7
  368:3,7,22 369:1,6
  369:22 370:19
  378:3,16 381:10
  381:10,14,23

**uh** 216:15 217:7
  218:8 221:8 224:2
  225:4,10,20
  226:14,23 227:3
  227:25 230:15,25
  231:18 232:12
  234:7 235:9,18
  236:19 239:3
  240:21 241:10
  242:1 245:17
  246:22 247:11
  250:23 251:16
  253:15,19 254:8
  254:17 255:5
  260:7 261:16,24
  262:6,11,25 263:2
  263:5,7,9 268:5
  272:11 273:1,22
  279:12 282:19
  289:21 292:24
  297:2 299:1 300:7
  300:13 302:1,6,22
  303:6,15 305:22
  306:7 307:5,21
  308:4 310:10,13
  310:18 311:2,16
  311:21 312:10,12
  312:18 313:23
  314:13,16 315:5
  315:12,12 316:8
  316:25 317:9,19
  317:23 318:1,12
  318:17,19,24
  319:11,14,17,22

  320:22 321:5,14
  322:11,20,23
  324:11,17,20
  325:7 326:2
  327:13,16,18
  332:16 333:4,17
  333:21 334:8,15
  334:20,22 335:15
  336:4,13 338:16
  338:20 339:12,15
  340:5,20 341:11
  341:16,22 342:7
  343:9,12,16,25
  344:5,7 345:7
  347:17 349:5,13
  349:16 350:8
  351:2 352:25
  353:15 354:4,10
  356:4,24 357:13
  364:8 371:10
  374:20 375:11
  382:6

**uncle** 347:13,21,24
  348:1

**underlined** 344:13

**underneath**
  224:25 230:3
  334:12 343:23

**understand**
  218:14 224:22
  232:8 235:23
  239:16,17 241:18
  244:12 249:24
  271:13 272:2
  273:25 279:7
  288:7 289:2 296:2
  300:17 334:16
  349:21 356:3
  371:3,5,7,11

**understanding**
  308:18 334:9

  335:3 337:1
  347:19

**understood** 251:7
  251:22 355:15
  357:15

**underwriters**
  360:15,15

**unfamiliar** 251:12

**unfortunately**
  325:20 358:16

**united** 211:1
  215:12

**units** 374:7

**unrealistic** 242:22

**unrelated** 242:21

**unusual** 228:12

**unwind** 266:3
  271:16 284:1,13
  286:4 291:12

**unwinding** 270:5

**unwinds** 272:4

**unwound** 217:21
  217:25 232:15,16
  232:21 270:1
  283:1 291:21

**upper** 306:3 314:5

**use** 252:12 264:10
  273:18 279:2
  304:22 351:7
  352:13

**usual** 385:16

**v**

**value** 234:2
  242:15 319:4,8
  320:5 322:21
  327:23 328:14,19

**varied** 267:19

**varies** 348:19

**various** 258:1

**vary** 254:14

**vending** 290:1
**verbal** 237:8
**veritext** 215:3
**versus** 215:11
  220:21
**victims** 383:10
**videographer**
  213:2 215:1 261:7
  261:11 290:10,13
  356:10,13 384:10
**videotaped** 211:16
**virtue** 371:18,21
**volatility** 220:18
**volume** 211:17
  215:1 221:21
  222:2,7,9 373:23
**volunteer** 277:25
**volunteered** 369:6
**vs** 211:7
**vwap** 221:20,21
  222:9,15,17,18,20
  222:21 223:18,24
  273:20 274:3,4,4,6
  274:7,22 275:8,8
  275:13,13 277:16
  277:17

**w**

**wait** 248:21
  291:19 293:8
  295:19 329:12
  335:22 377:2
**waited** 226:5
**waived** 384:13
**walked** 360:18
**wall** 348:25
  374:10
**want** 216:9,21,22
  217:2 219:15,18
  219:18,19 221:24
  222:2 223:10
  229:19 246:8,11

246:14 250:24
251:2 254:15
256:16 260:5
265:20 266:3,17
277:23 282:16
285:1,2,2,4,5,7
286:3,20,24
289:15 290:20
296:15,22 299:24
300:2,4 308:6
310:15 312:19
331:2 332:21
345:18 364:17
365:22 366:4
374:21 376:9,13
376:13
**wanted** 234:20
261:23 266:15
284:21 288:14
290:16 291:20
303:3 325:19
361:12 369:12,16
**wants** 308:25
309:6,6 367:17
373:18
**warm** 229:24
**warmer** 229:25
**warrants** 245:3,3
245:5 374:7
**waterhouse**
249:16
**way** 220:7 237:18
238:8 243:4,19
246:15 247:14
265:9 284:25
296:22 313:4
320:24 323:18
345:25 361:10
364:17 379:3
385:10

**we've** 229:11
252:6 254:13
272:22 284:9
290:8 301:7
308:17 310:11
319:12 328:20
358:9,9
**wednesday** 265:24
**week** 228:22 313:6
**weeks** 233:8,23
264:12 279:15
280:16 292:25
293:14 297:19
380:20
**weighted** 221:21
222:2,7
**went** 258:22
267:22 271:5
273:15 278:25
294:21 328:4
358:7 360:21
369:21 377:14
381:15
**whistle** 365:23
**wholesale** 222:24
**whoops** 305:11
**wide** 361:9
**wife** 368:12,13
**willing** 246:12,13
369:18,19
**winnings** 347:13
347:20,21,22,23
**wish** 358:22
**withdrawal**
314:22 349:9
**withdrawals**
345:11
**witness** 213:8
215:17 218:13
219:8 221:4,11
222:17 229:24

230:2 237:17
247:5 248:24
263:24 273:25
275:5,8,12 279:21
293:1 296:14,24
297:2,6,10 300:7
306:1 308:4
310:20,23 311:10
314:10 316:20,22
322:3 323:15
324:11 325:16
327:7 330:25
338:16 342:21,24
344:25 351:14,17
352:15,17 358:2
358:23 359:3
367:21 379:6,9,12
383:20 384:13
**witnesses** 277:24
**woman** 355:19
**word** 301:12 344:3
**words** 217:22
219:17 220:9
228:7 231:13
239:11,12 246:5
256:17 273:9
274:2,17 279:22
284:17 295:22
300:19 304:16,24
320:10 351:9
353:1 355:17
375:4 380:7
**work** 243:7 251:24
257:6,9 258:14,18
258:20 259:7
262:23 359:10
377:7
**worked** 256:2
259:19 261:3
**working** 229:7
259:2,12 383:3

**[works - zero]**

**works** 237:20
**world** 265:20
  307:11,13
**worth** 264:20
  309:1 330:20
  369:5 384:6
**write** 351:9
**writing** 378:17
**written** 385:7,12
**wrong** 247:6
  251:18 253:12
  299:17 330:6
  331:9 359:19
  363:11 377:4
  378:6,12 379:7
**wrote** 222:10
  359:17,22,24
  360:1 362:9
  363:10,16

**x**

**x** 266:25,25

**y**

**yeah** 222:18 224:9
  227:9,9,15 229:2
  229:15,18,23
  230:11,18 231:9
  232:5 234:12,18
  234:18 235:22
  236:10 237:3
  239:6 245:6
  246:21,25 247:9
  248:3,3 251:5
  252:16 256:19,19
  258:13 264:14
  268:12,25 270:15
  271:17 272:1
  274:20 275:22
  276:6 278:19
  282:8 284:6
  287:16 288:16

290:7,18 293:4
296:20 299:22
302:2,3,9 303:12
304:7 307:9,19
310:23 311:4
313:18 314:8
316:16 318:23
319:3 321:1,19
322:3 323:10,22
324:9,23 329:11
329:14,25 330:4
330:10,10,12,18
331:4,17 333:12
337:18 338:7,9
340:25 342:17
343:4 344:19
345:1 346:17,24
347:22 348:20
351:17,22 353:5
354:16,20 356:8
364:24 366:5,16
366:17,18 367:4
371:10
**year** 333:5 337:17
  338:18,22
**years** 267:25
  298:9,12 366:13
  366:16 367:17
**yep** 244:25 257:8
  289:2 318:13
  321:13
**yesterday** 216:10
  216:13,21 217:3
  219:3,9 220:14
  229:25 230:1,3
  247:25 265:9
  287:20 316:15
**yesterday's** 217:4
  273:18
**york** 211:1 212:6
  212:6,15,15,22

215:14 277:7,10
368:22 381:22
383:3

**z**

**zero** 334:21 335:8
  335:20,25 336:9
  336:15

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

# VERITEXT LEGAL SOLUTIONS
## COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.