UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

# AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )   ss:
COUNTY OF DALLAS         )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 1, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000622 – T000627)

Executed on November 2, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this __2__ day of __November__, 2018



(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000622-T000627**
**11/1/2018**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE |
|---|---|---|---|---|---|---|---|
| X | | | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | | 520 Madison Avenue | | New York | NY |