**YESKOO HOGAN & TAMLYN, LLP**  Hearing Date: November 28, 2018
909 Third Avenue, Suite 2803
New York, New York 10022
(212) 983-0900
Richard C. Yeskoo
yeskoo@yeskoolaw.com

*Attorneys for Claimant*
*FGLS Equity LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**CERTIFICATE OF SERVICE**

I, Thomas T. Tamlyn, an attorney admitted to practice in the State of New York and a member of the firm of Yeskoo Hogan & Tamlyn, LLP, counsel for claimant FGLS Equity LLC ("FGLS"), hereby certify that on November 3, 2018, true and correct copies of (i) FGLS Equity LLC's Partial Objection With Respect To Its Claim No. 011505 To Trustee's Twenty-Third Omnibus Motion To Overrule Objections Of Claimants Who Invested More

Than They Withdrew and (ii) Affirmation of Richard C. Yeskoo, with exhibits, both dated November 3, 2018, were served via electronic mail upon:

> David J. Sheehan
> dsheehan@bakerlaw.com
>
> Nicholas J. Cremona, Esq.
> ncremona@bakerlaw.com
>
> Jorian L. Rose, Esq.
> jrose@bakerlaw.com
>
> Amy E. Vanderwal, Esq.
> avanderwal@bakerlaw.com
>
> Jason I. Blanchard, Esq.
> jblanchard@bakerlaw.com
>
> Kevin Bell, Esq.
> kbell@sipc.org

and by ECF on the remaining parties to this adversary proceeding.

Dated: New York, New York
November 3, 2018

/s/ Thomas T. Tamlyn
Thomas T. Tamlyn