# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
*hchaitman@chaitmanllp.com*

November 6, 2018

**VIA ECF AND FEDERAL EXPRESS**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:    *In re: Bernard L. Madoff,* Adv. Pro. No. 08-01789 (SMB)

Dear Judge Bernstein:

    We write on behalf of various defendants represented by this firm ("Defendants") pursuant to Your Honor's instructions at the September 26, 2018 hearing on the Order to Show Cause and the Order entered by Your Honor on October 23, 2018 requiring this firm to set forth those matters that remain pending before Judge Maas.

    The only matter that is pending before Judge Maas is the ongoing dispute about the Trustee's non-production of trading records.

    Our office has recently reviewed all of the filings before Judge Maas in matters in which this firm is involved. Set forth as Exhibit A to this Letter is an index of all such documents. Those documents on Exhibit A that are highlighted in green should be retained by Judge Maas as they relate to matters that are pending. Documents highlighted in red can be disposed of.

    If there is anything else we can do to help Judge Maas resolve these issues, please let us know.

    Respectfully submitted,

    */s/ Helen Davis Chaitman*

    Helen Davis Chaitman

HDC:leb
Encl.

cc:    *(Via: email:)*
    Hon. Frank Maas (fmaas@jamsadr.com)
    David J. Sheehan (dsheehan@bakerlaw.com)

{00038078 1 }

**EXHIBIT A**

|    | Date         | From                    | Description                                                                                                                                           |
|----|--------------|-------------------------|-------------------------------------------------------------------------------------------------------------------------------------------------------|
| 1. | 08/29/2016[1]| CLLP[2]                 | Re: Wilenitz, Motion to compel, Adv. Pro. No. 10-04955, ECF Nos. # 68, 69, 70                                                                         |
| 2. | 11/01/2016   | BH Edward Jacobs        | Binder of key orders and decisions                                                                                                                    |
| 3. | 11/03/2016   | BH[3] Dean Hunt         | Re: Benjamin, request order compelling production and facts w. Exhibits A-C                                                                           |
| 4. | 11/03/2016   | BH Dean Hunt            | Re: DiGiulian, request order compelling amend responses to interrogatories and produce docs                                                           |
| 5. | 11/03/2016   | BH Dean Hunt            | Re: DiGiulian, request order compelling amend responses to interrogatories and produce docs                                                           |
| 6. | 11/03/2016   | BH Edward Jacobs        | Re: Wilenitz, opposition to Defs.' motion to compel and cross-motion for protective order w. Exhibits A-F                                             |
| 7. | 11/03/2016   | BH Dean Hunt            | Re: Train Klan, request order compelling amended responses to interrogatories and produce docs                                                        |
| 8. | 11/08/2016   | CLLP HDC                | Re: Wilentiz, Harwood, Gordon, Boyer, Dusek, Perlman, Digiulian, Tran Klan, Benjamin, enclosing supplemental authority, brief in PW omnibus proceeding[4] |
| 9. | 12/09/2016   | BH Dean Hunt            | Re: Miller, extended deadline for Defs. to produce docs and status of review docs Defs. produced (refers to 11/3/2016 letter)                         |
| 10.| 12/13/2016   | CLLP HDC                | Re: Miller, response to BH 12/09/2016 letter, advising dismissal of subsequent transferee Defs.                                                       |
| 11.| 12/14/2016   | CLLP                    | Email regarding plea of Frank DiPascali, attaching transcript of plea                                                                                 |

---

[1] Filed in the Bankruptcy Court and then referred to Judge Maas pursuant to the October 4, 2016 Order appointing Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390. ECF No. 14227.

[2] Chaitman LLP

[3] Baker & Hostetler LLP

[4] This letter is 81 pages and includes a 79 page enclosure. It is not necessary for Judge Maas to retain the enclosure, which is a brief filed by the Trustee in the Profit Withdrawal proceeding.

|     | Date       | From                   | Description                                                                                                                                              |
|-----|------------|------------------------|----------------------------------------------------------------------------------------------------------------------------------------------------------|
| 12. | 12/15/2016 | BH Edward Jacobs       | Re: Wilenitz, update of pre-2002 trading records, and DiPascali allocution (refers to CLLP email 12/14/2016)                                              |
| 13. | 12/06/2016 | BH Edward Jacobs       | Re: In re BLMIS, two binders Dubinsky report, correspondence and Kugel plea allocution                                                                   |
| 14. | 12/29/2016 | CLLP HDC               | Re: Wilentiz, Harwood, Gordon, Boyer, Dusek, Perlman, Digiulian, Tran Klan, Benjamin, response to Trustee's proposed order and what Defs. can stipulate   |
| 15. | 01/03/2017 | CLLP HDC               | Re: Miller, facially false assertions by Trustee, subsequent transferees                                                                                 |
| 16. | 01/04/2017 | Judge Maas             | Judge Maas Order re: protective order                                                                                                                     |
| 17. | 01/07/2017 | Judge Maas             | Judge Maas Order re: trading records. ECF No. 14807.                                                                                                      |
| 18. | 01/09/2017 | Judge Maas             | Judge Maas Order re: depositions                                                                                                                          |
| 19. | 02/21/2017 | CLLP HDC               | Re: Wilenitz, submission in further support of motion to compel Trustee comply with discovery demands                                                    |
| 20. | 03/06/2017 | BH Edward Jacobs       | Re: trading records, with exhibits A-C                                                                                                                    |
| 21. | 03/07/2017 | CLLP HDC               | Re: Wilenitz, reply to Trustee's 3/6/2017 letter, trading records                                                                                         |
| 22. | 3/15/2017  | Judge Maas             | Judge Maas Order re: trading records                                                                                                                      |
| 23. | 04/06/2017 | CLLP GMD               | Re: Gordon, HDC out of country                                                                                                                            |
| 24. | 05/02/2017 | BH Dean Hunt           | Re: Defs.' discovery responses, with exhibits A-C                                                                                                         |
| 25. | 05/04/2017 | CLLP HDC               | Re: DiGiulian, reply to Trustee's 5/2/2017 letter, cannot waive affirmative defense                                                                       |
| 26. | 05/12/2017 | CLLP JA                | Re: Gordon, deposition                                                                                                                                    |
| 27. | 08/24/2017 | BH Dean Hunt           | Re: Train Klan, compel Defs. to comply with Order amended 1/4/2017                                                                                        |
| 28. | 08/24/2017 | CLLP JA                | Re: Train Klan, response to Trustee's 8/24/2017 letter, will not stipulate                                                                                |
| 29. | 09/06/2017 | BH Dean Hunt           | Re: Train Klan, response to CLLP 8/24/2017 letter, request hearing                                                                                        |
| 30. | 09/08/2017 | Judge Maas             | Judge Maas Order re: discovery                                                                                                                            |

{00038233 1}                                    2

|     | Date       | From                            | Description                                                                                                                                                                                                          |
| --- | ---------- | ------------------------------- | -------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------------- |
| 31. | 09/20/2018 | CLLP<br>HDC<br>BH Max<br>Shifrin | Re: Wilenitz,<br><br>CLLP: application to compel Trustee share access to BLMIS Database with Defs.;<br><br>Trustee: no regard to relevance or proportionality, and fails to comply with 3/15/2017 Order |