UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Aspen Fine Arts Co. (the "Claimant"), having filed an objection (the "Objection", Docket No. 707) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009406), hereby gives notice that it withdraws such Objection.

Dated: November 6, 2018

             /s/ *Matthew A. Kupillas*
            Matthew A. Kupillas
            Milberg Tadler Phillips Grossman LLP
            One Pennsylvania Plaza, Suite 1920
            New York, NY 10119
            T: 212.594.5300
            F: 212.868.1229
            mkupillas@milberg.com