# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

November 13, 2018

VIA ECF AND ELECTRONIC MAIL
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:    In re: Bernard L. Madoff, Adv. Pro. No. 08-01789 (SMB)

Dear Judge Bernstein:

We write pursuant to this Court's October 23, 2018 Order Regarding the Retention of Documents by the Discovery Arbitrator, and in response to Ms. Chaitman's November 6, 2018 letter addressing pending matters before Judge Maas.

We agree with Ms. Chaitman that the only pending matter before Judge Maas involving Chaitman LLP is the ongoing dispute over Ms. Chaitman's request for "trading records," which has historically proceeded under the *Picard v. Wilenitz*, Adv. Pro. No. 10-04995 case caption. The Trustee has no objection to Judge Maas discarding any records he has retained in connection with any other matters involving defendants represented by Chaitman LLP.

While Ms. Chaitman's list of documents appears to be accurate, in an effort to ensure that no pertinent records are discarded, we respectfully request that Judge Maas retain all documents in his possession that were submitted in connection with the *Wilenitz* "trading records" dispute.

We remain available to the extent we can be of any further assistance to Judge Maas in resolving this matter.

Respectfully submitted,

*/s/ Nicholas J. Cremona*

Nicholas J. Cremona

cc: Helen Davis Chaitman (via email)