# BakerHostetler

November 13, 2018

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

**VIA ECF AND E-MAIL**

Honorable Stuart M. Bernstein
(Bernstein.chambers@nysb.uscourts.gov)
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re: *Picard v. Ceretti, et al.*, Adv. Pro. No. 09-01161 (SMB)

Dear Judge Bernstein:

We write on behalf of Irving H. Picard, the trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), substantively consolidated with the estate of Bernard L. Madoff, regarding the Trustee's Motion for the Issuance of a Letter of Request for the examination under oath of Mr. Craig Perry (the "Motion").[1] Following argument on the Motion before the Court on October 31, 2018, counsel for the Trustee and Mr. Perry attempted to reach an agreement that would have obviated the need for the Court to decide the Motion.[2] Notwithstanding the Trustee's good faith efforts, the parties have been unable resolve the issues.[3] In light of this and the need to conclude fact discovery in this proceeding expeditiously, the Trustee respectfully requests that the Court decide the Motion.

Respectfully submitted,

*/s/ Marshall J. Mattera*

Marshall J. Mattera

Enclosure

cc: Thomas J. Moloney, Esq. (tmoloney@cgsh.com)
    Jessa DeGroote, Esq. (jdegroote@cgsh.com)

---

[1] ECF No. 372.
[2] Enclosed as Attachment A is a copy of the correspondence between counsel for the Trustee and Mr. Perry.
[3] *See* Att. A at 1-6.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC