**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC and*
*the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> 1096-1100 RIVER ROAD ASSOCIATES, LLC; FRED A. DAIBES, LLC; and FRED A. DAIBES, <br><br> Defendants. | Adv. Pro. No. 10-05390 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and defendants 1096-1100 River Road

Associates, LLC, Fred A. Daibes, LLC, and Fred A. Daibes, an individual ("Defendants"), by

and through their counsel, Gibbons P.C. (collectively, the "Parties"), hereby stipulate and agree

to the following:

1.      On December 9, 2010, the Trustee commenced the above-captioned adversary

proceeding (the "Adversary Proceeding") by filing and serving the Complaint against

Defendants.

2.      On August 26, 2014, Defendants served an answer on the Trustee.

3.      On October 3, 2018, the Parties entered into a settlement agreement (the

"Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November

12, 2010 [Dkt. No. 3181].

4.      In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), made

applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to

a dismissal of the Adversary Proceeding without prejudice and without costs to either Trustee or

Defendants.  Such dismissal will be subject to the right to re-open the Adversary Proceeding to

seek entry of Judgment pursuant to the Stipulation for Entry of Judgment, attached as Exhibit 3

to the Agreement.  Upon receipt of the full Secured Settlement Payment, as defined in the

Agreement, and provided there is no default under the Agreement, this dismissal shall be deemed

with prejudice.

5.    The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties in interest.

6.    This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

Dated:  November 14, 2018

**BAKER & HOSTETLER LLP**

By:  */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com
Robertson D. Beckerlegge
Email:  rbeckerlegge@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for
the Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*

**GIBBONS P.C.**


By: */s/ Mark Conlan*_____
One Gateway Center
Newark, NJ 07102-5310
Telephone:  973.596.4545
Facsimile:  973.639.6356
Mark Conlan
Email:  mconlan@gibbons.com
Lawrence S. Lustberg
Email:  llustberg@gibbons.com
Brett S. Theisen
Email:  btheisen@gibbons.com

*Attorneys for Defendants*



**SO ORDERED**

**Dated: November 14th, 2018**
**New York, New York**


**/s/ STUART M. BERNSTEIN**_____
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**