# EXHIBIT A

| | |
|---|---|
| **From:** | Amy Sanchez |
| **Sent:** | Wednesday, November 07, 2018 5:13 PM |
| **To:** | 'dsheehan@bakerlaw.com'; 'ncremona@bakerlaw.com'; Jacobs, Edward J. |
| **Cc:** | Helen Chaitman; Greg Dexter; Jennifer Allim; Sarah Howell; Beatrice Gonzalez |
| **Subject:** | Madoff.Clawback Notice of Subpoena of Walter T. Tiletnick |
| **Attachments:** | Madoff.Clawback- Notice of Subpoena of Walter T. Tiletnick- w. Exhibit (00038261xDEA57).PDF |

Dear Counsel,

Attached, please find for service our Notice of Subpoena of Walter T. Tiletnick.

Thank you,

Amy Watson Sanchez
Paralegal
Chaitman LLP
465 Park Avenue
New York, New York 10022
asanchez@chaitmanllp.com
Office: (888) 759-1114, ext 10
Fax: (888) 759-1114