# EXHIBIT B

| | |
|---|---|
| **From:** | Helen Chaitman |
| **Sent:** | Tuesday, November 13, 2018 6:34 PM |
| **To:** | Cremona, Nicholas J. |
| **Cc:** | Greg Dexter; Bell, Stacey A. |
| **Subject:** | RE: Notice of Subpoena of Walter T. Tiletnick |

We will not agree to the discovery you have proposed for the reasons we have submitted to Judge Bernstein.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

---

**From:** Cremona, Nicholas J. [mailto:ncremona@bakerlaw.com]
**Sent:** Tuesday, November 13, 2018 6:24 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Cc:** Greg Dexter <gdexter@chaitmanllp.com>; Bell, Stacey A. <sbell@bakerlaw.com>
**Subject:** Notice of Subpoena of Walter T. Tiletnick

Helen,

We are in receipt of the subpoena that your firm served on Walter T. Tiletnick for the first time in 69 adversary proceedings, without regard to whether fact discovery is open or closed in those cases. I note that this subpoena is in addition to the 27 other trader subpoenas that you have already served in these proceedings.

Among the cases in which you seek Mr. Tiletnick's testimony are 40 cases where discovery closed prior to entry of the August 10, 2017 stipulation and order staying discovery deadlines. This is a tacit acknowledgment that the relief sought in the Trustee's motion is appropriate and additional discovery of former BLMIS employees is warranted – notwithstanding the contradictory position you took in your objection to the Trustee's motion for limited additional discovery (the "Motion"). Nevertheless, the Trustee is willing to consent Mr. Tiletnick's deposition in all 69 cases listed in Schedule A to the subpoena provided that your clients are willing to agree that the Trustee can take the depositions of the former BLMIS employees set forth in the Motion in those same cases.

Please advise how your clients would like to proceed as soon as possible.

Regards,

Nick

**Nicholas J. Cremona**
Partner

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4682

1

ncremona@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.