**EXHIBIT B**

EXHIBIT B
SUMMARY OF TWENTY-EIGHTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2018 THROUGH JULY 31, 2018

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 289.00 | 288,422.00 |
| | Sheehan David J. | 1968 | 998.00 | 391.30 | 390,517.40 |
| | Matthias Michael R | 1973 | 728.00 | 87.00 | 63,336.00 |
| | Bash Brian A | 1975 | 784.00 | 10.40 | 8,153.60 |
| | Long Thomas L | 1976 | 968.00 | 409.20 | 396,105.60 |
| | Ponto Geraldine E. | 1982 | 952.00 | 647.20 | 616,134.40 |
| | Smith Elizabeth A | 1985 | 885.00 | 18.10 | 16,018.50 |
| | McDonald Heather J | 1986 | 706.00 | 12.90 | 9,107.40 |
| | Reich Andrew W | 1987 | 655.00 | 132.90 | 87,049.50 |
| | Burke John J | 1988 | 768.00 | 128.90 | 98,995.20 |
| | Douthett Breaden M | 1991 | 443.00 | 47.70 | 21,131.10 |
| | Goldberg Steven H | 1991 | 975.00 | 139.80 | 136,305.00 |
| | Hanselman Suzanne K | 1991 | 635.00 | 1.30 | 825.50 |
| | Hunt Dean D | 1991 | 701.00 | 188.40 | 132,068.40 |
| | Resnick Lauren J | 1991 | 991.00 | 1.30 | 1,288.30 |
| | Warren Thomas D | 1992 | 779.00 | 16.50 | 12,853.50 |
| | Griffin Regina L. | 1993 | 968.00 | 547.90 | 530,367.20 |
| | Renner Deborah H. | 1993 | 968.00 | 244.10 | 236,288.80 |
| | Brennan Terry M | 1995 | 533.00 | 62.50 | 33,312.50 |
| | Thomas Erika K. | 1995 | 719.00 | 491.50 | 353,388.50 |
| | Cole Tracy L | 1996 | 822.00 | 334.80 | 275,205.60 |
| | Hoang Lan | 1997 | 830.00 | 549.30 | 455,919.00 |
| | Murphy Keith R. | 1997 | 968.00 | 474.60 | 459,412.80 |
| | Fish Eric R. | 1998 | 735.00 | 265.90 | 195,436.50 |
| | New Jonathan B. | 1998 | 963.00 | 14.50 | 13,963.50 |
| | Rollinson James H | 1998 | 482.00 | 276.40 | 133,224.80 |
| | Rose Jorian L. | 1998 | 882.00 | 325.10 | 286,738.20 |
| | Warshavsky Oren J. | 1998 | 980.00 | 598.80 | 586,824.00 |
| | Pergament Benjamin D | 1999 | 706.00 | 518.10 | 365,778.60 |
| | Bohorquez Jr Fernando A | 2000 | 795.00 | 294.70 | 234,286.50 |
| | Cremona Nicholas J. | 2000 | 866.00 | 700.90 | 606,979.40 |
| | Beckerlegge Robertson D | 2001 | 665.00 | 517.90 | 344,403.50 |
| | Bell Stacey A. | 2001 | 717.00 | 622.70 | 446,475.90 |
| | Fokas Jimmy | 2001 | 817.00 | 95.00 | 77,615.00 |
| | Zeballos Gonzalo S. | 2001 | 880.00 | 509.00 | 447,920.00 |
| | North Geoffrey A. | 2002 | 701.00 | 702.80 | 492,662.80 |
| | Song Brian W. | 2002 | 676.00 | 687.00 | 464,412.00 |
| | Gongolevsky May Tal | 2003 | 668.00 | 44.70 | 29,859.60 |
| | Hochmuth Farrell A | 2003 | 510.00 | 177.80 | 90,678.00 |
| | Jacobs Edward J. | 2003 | 701.00 | 8.40 | 5,888.40 |
| | Malchow Jessica P. | 2003 | 393.00 | 17.10 | 6,720.30 |
| | Oliver Jason S. | 2003 | 673.00 | 611.40 | 411,472.20 |
| | Sherer James A. | 2003 | 676.00 | 164.50 | 111,202.00 |
| | Shields Nkosi D. | 2003 | 521.00 | 542.40 | 282,590.40 |
| | Gabriel Jessie M | 2004 | 701.00 | 513.30 | 359,823.30 |
| | Smith Rachel M | 2004 | 473.00 | 63.20 | 29,893.60 |
| | Allen Brian F. | 2005 | 505.00 | 290.70 | 146,803.50 |
| | Carvalho Melissa M. | 2005 | 617.00 | 70.80 | 43,683.60 |
| | Hartman Ruth E | 2005 | 376.00 | 182.40 | 68,582.40 |
| | Proano David F | 2005 | 376.00 | 55.10 | 20,717.60 |
| | Carlisle Marie L. | 2006 | 442.00 | 437.00 | 193,154.00 |
| | Kosack Melissa L. | 2006 | 676.00 | 772.30 | 522,074.80 |
| | Longstaff Carrie | 2006 | 617.00 | 661.00 | 407,837.00 |
| | McLellan Melinda L | 2006 | 720.00 | 3.80 | 2,736.00 |
| | Vanderwal Amy E. | 2006 | 676.00 | 447.90 | 302,780.40 |
| | Brown Seanna R. | 2007 | 701.00 | 577.10 | 404,547.10 |
| | Calvani Torello H. | 2007 | 677.00 | 640.40 | 433,550.80 |
| | Forman Jonathan A. | 2007 | 617.00 | 309.20 | 190,776.40 |
| | Giuliani Esterina | 2007 | 757.00 | 609.00 | 461,013.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Patel Tayan B. | 2007 | 539.00 | 8.60 | 4,635.40 |
| | Keranen Kristin L. | 2008 | 668.00 | 326.80 | 218,302.40 |
| | Stanley Trevor M. | 2008 | 545.00 | 68.20 | 37,169.00 |
| | Woltering Catherine E. | 2008 | 677.00 | 792.20 | 536,319.40 |
| | Zunno Kathryn M. | 2008 | 701.00 | 468.70 | 328,558.70 |
| | Blattmachr Jonathan D. | 2009 | 505.00 | 633.70 | 320,018.50 |
| | Campbell Patrick T | 2009 | 677.00 | 78.80 | 53,347.60 |
| | Markel Tatiana | 2009 | 519.00 | 514.30 | 266,921.70 |
| Partners and of Counsel Total | | | 727.90 | 21,446.20 | 15,610,583.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler Philip | 1994 | 477.00 | 492.30 | 234,827.10 |
| | Kates Elyssa S. | 2000 | 644.00 | 313.10 | 201,636.40 |
| | Wlodek Heather | 2003 | 527.00 | 517.90 | 272,933.30 |
| | Cowherd, Matthew K | 2005 | 447.00 | 486.80 | 217,599.60 |
| | Hiatt, Eric B. | 2005 | 528.00 | 286.30 | 151,166.40 |
| | Feil Matthew D. | 2006 | 561.00 | 315.00 | 176,715.00 |
| | Munoz, Andres A | 2006 | 539.00 | 615.10 | 331,538.90 |
| | Goldmark Jena B. | 2007 | 463.00 | 557.50 | 258,122.50 |
| | Wasick Joanna F. | 2007 | 668.00 | 694.10 | 463,658.80 |
| | Attard, Lauren T. | 2008 | 565.00 | 310.40 | 175,376.00 |
| | Brooks, Courtney M. | 2008 | 250.00 | 679.00 | 169,750.00 |
| | Choi David | 2008 | 482.00 | 378.20 | 182,292.40 |
| | McCurrach Elizabeth G. | 2008 | 505.00 | 504.20 | 254,621.00 |
| | Monaghan, Rachel C. | 2008 | 254.00 | 60.70 | 15,417.80 |
| | Rovine Jacqlyn | 2008 | 482.00 | 273.70 | 131,923.40 |
| | Sabella, Michael A. | 2008 | 502.00 | 425.00 | 213,350.00 |
| | Sea Nexus U. | 2008 | 516.00 | 160.40 | 82,766.40 |
| | Usitalo Michelle R. | 2008 | 528.00 | 20.40 | 10,771.20 |
| | Hilsheimer Lauren M. | 2009 | 556.00 | 93.30 | 51,874.80 |
| | Khan, Ferve E. | 2009 | 528.00 | 354.70 | 187,281.60 |
| | Mattera, Marshall J. | 2009 | 528.00 | 874.30 | 461,630.40 |
| | Molina Marco | 2009 | 528.00 | 641.80 | 338,870.40 |
| | Nickodem Robert G. | 2009 | 254.00 | 623.10 | 158,267.40 |
| | Perkins Austin, Francesca | 2009 | 528.00 | 460.20 | 242,985.60 |
| | Shapiro Peter B. | 2009 | 516.00 | 616.10 | 317,907.60 |
| | Barnes S. Ben | 2010 | 254.00 | 688.50 | 174,879.00 |
| | Bent, Camille C. | 2010 | 502.00 | 568.40 | 285,336.80 |
| | Biondo, Lindsay J. | 2010 | 254.00 | 766.30 | 194,640.20 |
| | Boga-Lofaro, Csilla | 2010 | 442.00 | 325.10 | 143,694.20 |
| | Chandler Tara R. | 2010 | 254.00 | 832.30 | 211,404.20 |
| | Cohen, Ian R. | 2010 | 477.00 | 172.90 | 82,473.30 |
| | Fein Amanda E. | 2010 | 528.00 | 142.50 | 75,240.00 |
| | Hansford Melissa L. | 2010 | 254.00 | 268.40 | 68,173.60 |
| | Hoff Michelle M. | 2010 | 254.00 | 885.60 | 224,942.40 |
| | Iannuzzi Michael M. | 2010 | 436.00 | 8.70 | 3,793.20 |
| | Maytal Anat | 2010 | 501.00 | 630.00 | 315,630.00 |
| | McCabe, Bridget S. | 2010 | 460.00 | 96.00 | 44,160.00 |
| | McGourty Cara | 2010 | 501.00 | 446.60 | 223,746.60 |
| | McMillan David M. | 2010 | 465.00 | 241.70 | 112,390.50 |
| | Noethlich Brian R. | 2010 | 291.00 | 82.50 | 24,007.50 |
| | Rog Joshua B. | 2010 | 449.00 | 547.60 | 245,872.40 |
| | Rollins Jennifer B. | 2010 | 254.00 | 630.10 | 160,045.40 |
| | Rouach Sophie | 2010 | 463.00 | 611.80 | 283,263.40 |
| | Ubaid Maryland H. | 2010 | 254.00 | 644.70 | 163,753.80 |
| | White, A. Mackenna | 2010 | 482.00 | 578.10 | 278,644.20 |
| | Barhorst Damon C. | 2011 | 254.00 | 594.20 | 150,926.80 |
| | Bennett Melonia A. | 2011 | 291.00 | 654.70 | 190,517.70 |
| | Blanchard, Jason I. | 2011 | 471.00 | 494.60 | 232,956.60 |
| | Crook Darren A. | 2011 | 278.00 | 94.40 | 26,243.20 |
| | Durbin Damon M. | 2011 | 291.00 | 436.70 | 127,079.70 |
| | Fedeles, Emily R. | 2011 | 502.00 | 33.90 | 17,017.80 |
| | Feldstein Robyn M | 2011 | 442.00 | 737.10 | 325,798.20 |
| | Gottesman Joel D. | 2011 | 254.00 | 584.30 | 148,412.20 |
| | Krishna Ganesh | 2011 | 465.00 | 669.20 | 311,178.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Oliva Frank M. | 2011 | 443.00 | 526.00 | 233,018.00 |
| | Patrick Stacey M. | 2011 | 254.00 | 182.40 | 46,329.60 |
| | Rose Nicholas M. | 2011 | 421.00 | 597.30 | 251,463.30 |
| | Schechter Jody E. | 2011 | 365.00 | 205.00 | 74,825.00 |
| | Shifrin Maximillian S. | 2011 | 501.00 | 609.60 | 305,409.60 |
| | Sinclair Jordan A. | 2011 | 354.00 | 102.10 | 36,143.40 |
| | Vonderhaar Douglas A. | 2011 | 291.00 | 171.40 | 49,877.40 |
| | Wangsgard Kendall E. | 2011 | 421.00 | 32.70 | 13,766.70 |
| | White Jason T. | 2011 | 254.00 | 694.90 | 176,504.60 |
| | Zuberi Madiha M. | 2011 | 465.00 | 169.20 | 78,678.00 |
| | Ackerman Stephanie | 2012 | 432.00 | 667.10 | 288,187.20 |
| | Engel, Seth E | 2012 | 406.00 | 76.60 | 31,099.60 |
| | Gallagher Christopher B. | 2012 | 442.00 | 600.10 | 265,244.20 |
| | Hough Shawn P. | 2012 | 502.00 | 567.90 | 285,085.80 |
| | Rice David W. | 2012 | 502.00 | 405.70 | 203,661.40 |
| | Barrow Clark, Erica | 2013 | 423.00 | 182.00 | 76,986.00 |
| | Brumbach, Maxim G. | 2013 | 252.00 | 634.30 | 159,843.60 |
| | Charlemagne, Chardaie C. | 2013 | 505.00 | 325.20 | 164,226.00 |
| | Friedman, Matthew B. | 2013 | 525.00 | 295.20 | 154,980.00 |
| | Gillingham, Ross M. | 2013 | 252.00 | 678.70 | 171,032.40 |
| | Holder Casey E | 2013 | 332.00 | 24.20 | 8,034.40 |
| | Mosher, Sarah E. | 2013 | 250.00 | 670.70 | 167,675.00 |
| | Sterling, Nichole L. | 2013 | 432.00 | 67.20 | 29,030.40 |
| | Tanney, Michelle N. | 2013 | 439.00 | 277.10 | 121,646.90 |
| | Dasaro, Stacy A | 2014 | 471.00 | 739.60 | 348,351.60 |
| | Goertemiller, Noah J. | 2014 | 252.00 | 639.00 | 161,028.00 |
| | Horning, Nathan T. | 2014 | 260.00 | 658.40 | 171,184.00 |
| | Miao, Tiffany A. | 2014 | 462.00 | 253.00 | 116,886.00 |
| | Trahanas, Elias D. | 2014 | 397.00 | 111.90 | 44,424.30 |
| | Tranbaugh Mary H. | 2014 | 393.00 | 88.80 | 34,898.40 |
| | Berglin Lauren P. | 2015 | 381.00 | 250.40 | 95,402.40 |
| | Collins, Joseph P. | 2015 | 344.00 | 2.40 | 825.60 |
| | Howley, Thomas F. | 2015 | 447.00 | 168.80 | 75,453.60 |
| | Kennedy, Joyce R. | 2015 | 260.00 | 762.00 | 198,120.00 |
| | Porembski, Daniel P. | 2015 | 254.00 | 653.30 | 165,938.20 |
| | Serrao, Andrew M. | 2015 | 423.00 | 438.60 | 185,527.80 |
| | Turner, Tara E. | 2015 | 254.00 | 708.30 | 179,908.20 |
| | Wallace Kevin M. | 2015 | 423.00 | 5.60 | 2,368.80 |
| | Weinberg Lauren R. | 2015 | 381.00 | 393.50 | 149,923.50 |
| | Berry, Joshua L. | 2016 | 252.00 | 630.50 | 158,886.00 |
| | Foisy, Kenneth A. | 2016 | 252.00 | 548.00 | 138,096.00 |
| | Hoover, Marianne E. | 2016 | 252.00 | 721.20 | 181,742.40 |
| | Martin, Lauren E. | 2016 | 252.00 | 605.60 | 152,611.20 |
| | Miguel, Nickoli X. | 2016 | 260.00 | 571.60 | 148,616.00 |
| | Molony, Matthew E. | 2016 | 252.00 | 664.50 | 167,454.00 |
| | Nadworny Bari R. | 2016 | 381.00 | 96.60 | 36,804.60 |
| | Nowak, Margaret A. | 2016 | 260.00 | 652.20 | 169,572.00 |
| | Stewart, Matthew L. | 2016 | 250.00 | 599.90 | 149,975.00 |
| | de Dios, Maria A. | 2017 | 416.00 | 417.50 | 173,680.00 |
| | Pollawit, Panida A. | 2017 | 416.00 | 409.20 | 170,227.20 |
| | Santiago, Anthony R. | 2017 | 260.00 | 644.00 | 167,440.00 |
| | Stork, Victoria L. | 2017 | 416.00 | 449.00 | 186,784.00 |
| | Fischetti, Chloe S. | 2018 | | 384.80 | 160,076.80 |
| | Shin, Jean H. | 2018 | 416.00 | 317.50 | 132,080.00 |
| | Cantu, Michael R. | #N/A | 260.00 | 25.80 | 6,708.00 |
| | Cardenas Samantha A. | #N/A | 254.00 | 676.30 | 171,780.20 |
| | Catalusci, Lorraine M. | #N/A | 260.00 | 25.40 | 6,604.00 |
| | Mezibov, Jonathan G. | #N/A | 250.00 | 12.00 | 3,000.00 |
| | Shalodi, Amani | #N/A | 260.00 | 22.80 | 5,928.00 |
| Associates Total | | | 379.47 | 47,331.10 | 17,960,559.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | | | |
| | Bekier James M. | #N/A | 457.00 | 399.90 | 182,754.30 |
| | Belanger Christina I. | #N/A | 333.00 | 2.00 | 666.00 |
| | Bhagat Ashish K. | #N/A | 190.00 | 4.80 | 912.00 |
| | Blaber Theresa A | #N/A | 349.00 | 35.60 | 12,424.40 |
| | Bluett, Marie V. | #N/A | 265.00 | 35.50 | 9,407.50 |
| | Bowman, Chase D. | #N/A | 250.00 | 49.80 | 12,450.00 |
| | Cabrera Ramon C | #N/A | 281.00 | 165.20 | 46,421.20 |
| | Chan Angeline | #N/A | 267.00 | 231.00 | 61,677.00 |
| | Clark Nancy L | #N/A | 251.00 | 1.70 | 426.70 |
| | Curbelo Gracemary | #N/A | 343.00 | 287.20 | 98,509.60 |
| | Dyer Ricky J | #N/A | 222.00 | 61.10 | 13,564.20 |
| | Fishelman Benjamin D. | #N/A | 437.00 | 431.90 | 188,740.30 |
| | Fredle Vicki M | #N/A | 222.00 | 445.50 | 98,901.00 |
| | Gage Carly R. | #N/A | 385.00 | 13.40 | 5,159.00 |
| | Gibbons Michael E. | #N/A | 393.00 | 84.80 | 33,326.40 |
| | Glanzman Adam J | #N/A | 360.00 | 123.90 | 44,604.00 |
| | Goldfinger, Jacob L. | #N/A | 370.00 | 420.30 | 155,511.00 |
| | Graham Sonya M. | #N/A | 275.00 | 22.40 | 6,160.00 |
| | Iskhakova Yuliya | #N/A | 371.00 | 741.80 | 275,207.80 |
| | Kinne Tanya M | #N/A | 342.00 | 575.60 | 196,855.20 |
| | Kluding, Kristin D. | #N/A | 250.00 | 10.10 | 2,525.00 |
| | LaFalce, Stephen P. | #N/A | 185.00 | 4.40 | 814.00 |
| | Landrio Nikki M. | #N/A | 387.00 | 747.10 | 289,127.70 |
| | Lasko Seth D. | #N/A | 376.00 | 147.60 | 55,497.60 |
| | McIntosh Casey | #N/A | 208.00 | 582.80 | 121,222.40 |
| | McKenna, Patrice M. | #N/A | 285.00 | 109.60 | 31,236.00 |
| | Monge Tirsa | #N/A | 359.00 | 515.10 | 184,920.90 |
| | Montani Christine A. | #N/A | 359.00 | 502.10 | 180,253.90 |
| | Nunes Silas T | #N/A | 317.00 | 197.00 | 62,449.00 |
| | Nunez Willie | #N/A | 251.00 | 324.00 | 81,324.00 |
| | Oliver-Weeks Marcella J. | #N/A | 413.00 | 588.00 | 242,844.00 |
| | Paremoud Jana | #N/A | 274.00 | 21.70 | 5,945.80 |
| | Pulsipher Eric K. | #N/A | 330.00 | 313.50 | 103,455.00 |
| | Reyes Lucinda A. | #N/A | 202.00 | 555.80 | 112,271.60 |
| | Rodriguez, Evelyn | #N/A | 370.00 | 464.10 | 171,717.00 |
| | Stone Adrian | #N/A | 314.00 | 589.80 | 185,197.20 |
| | Sullivan, Kayley B. | #N/A | 350.00 | 2.30 | 805.00 |
| | Sweet Karen R | #N/A | 251.00 | 63.40 | 15,913.40 |
| | Szalay, Sarah M | #N/A | 201.00 | 359.70 | 72,299.70 |
| | Tineo, Nicole L. | #N/A | 449.00 | 479.80 | 215,430.20 |
| | Tushaj Diana M. | #N/A | 284.00 | 180.80 | 51,347.20 |
| | Van Duyn, Audrey J. | #N/A | 350.00 | 9.50 | 3,325.00 |
| | Villamayor Fidentino L. | #N/A | 376.00 | 527.00 | 198,152.00 |
| | von Collande Constance M. | #N/A | 354.00 | 558.40 | 197,673.60 |
| | Weaver Scott | #N/A | 344.00 | 761.80 | 262,059.20 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 336.62 | 12,748.80 | 4,291,484.00 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 727.90 | 21,446.20 | 15,610,583.60 |
| Associates Total | 379.47 | 47,331.10 | 17,960,559.20 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 336.62 | 12,748.80 | 4,291,484.00 |
| Blended Attorney Rate | 488.11 | | |
| | | | |
| Total Fees Incurred | | 81,526.10 | 37,862,626.80 |
| **Less 10% Public Interest Discount** | | | (3,786,262.68) |
| **Grand Total** | | | $ 34,076,364.12 |