**EXHIBIT C**

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-EIGHTH INTERIM
PERIOD OF APRIL 1, 2018 THROUGH JULY 31, 2018

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 13,028.90 | $ 6,675,509.10 |
| 02 | Bankruptcy Court Litigation and Related Matters | 321.40 | 178,956.50 |
| 03 | Feeder Funds | 186.00 | 86,642.30 |
| 04 | Asset Search Recovery and Sale | 1.10 | 1,097.80 |
| 05 | Internal Office Meetings with Staff | 767.40 | 400,711.00 |
| 07 | Billing | 912.60 | 358,657.20 |
| 08 | Case Administration | 2,292.50 | 933,112.70 |
| 11 | Press Inquires and Responses | 121.60 | 78,696.20 |
| 12 | Document Review | 19,228.10 | 5,465,791.00 |
| 13 | Discovery - Depositions and Document Productions | 3,764.80 | 1,591,027.10 |
| 14 | International | 37.80 | 19,280.80 |
| 19 | Non-Bankruptcy Litigation | 3.80 | 2,020.50 |
| 20 | Governmental Agencies | 4.50 | 4,491.00 |
| 21 | Allocation | 68.80 | 55,500.50 |
| 000003 | Stanley Chais | 6.90 | 4,285.00 |
| 000004 | J. Ezra Merkin | 2,373.00 | 1,275,405.60 |
| 000005 | Customer Claims | 1,233.00 | 684,378.20 |
| 000007 | Madoff Family | 671.30 | 438,409.60 |
| 000009 | Fairfield Greenwich | 3,403.70 | 1,983,028.50 |
| 000011 | Cohmad Securities Corporation | 2,488.60 | 1,336,448.10 |
| 000012 | Picower | 228.20 | 184,863.90 |
| 000013 | Kingate | 6,299.00 | 3,589,515.00 |
| 000019 | Ruth Madoff | 6.50 | 4,457.40 |
| 000029 | Rye/Tremont | 1,922.70 | 903,034.90 |
| 000030 | HSBC | 2,743.80 | 1,566,357.10 |
| 000032 | LuxAlpha/UBS | 1,615.30 | 947,780.60 |
| 000034 | Citibank | 1,011.40 | 543,202.60 |
| 000035 | Natixis | 510.50 | 259,888.60 |
| 000037 | ABN AMRO | 764.80 | 379,250.30 |
| 000039 | Fortis | 1,758.70 | 949,078.00 |
| 000040 | Medici Enterprise | 255.30 | 140,575.00 |
| 000042 | Equity Trading | 751.10 | 349,802.90 |
| 000051 | Crupi | 146.00 | 73,619.60 |
| 000052 | Donald Friedman | 0.30 | 158.40 |
| 000053 | Magnify | 4,208.90 | 1,987,656.20 |
| 000056 | Lipkin | 23.90 | 15,036.80 |
| 000058 | PJ Administrators | 38.00 | 20,059.40 |
| 000059 | Stanley Shapiro | 1,226.60 | 572,435.10 |
| 000060 | Avellino & Bienes | 1,825.50 | 895,420.90 |
| 000062 | Subsequent Transfer | 320.60 | 139,642.70 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 83.50 | 58,471.00 |
| 000065 | Legacy Capital Ltd | 160.30 | 97,392.20 |
| 000071 | Square One | 383.90 | 185,655.90 |
| 000073 | BNP Paribas | 893.60 | 513,243.00 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 1,661.50 | 913,943.60 |
| 000077 | Extraterritoriality Appeal | 1,770.40 | 998,637.00 |
| Grand Total | | 81,526.10 | 37,862,626.80 |
| **Less 10% Public Interest Discount** | | | (3,786,262.68) |
| **Grand Total** | | | $ 34,076,364.12 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|

**Current Application**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 34,076,364.12 |
| | Interim Compensation Paid | | (30,668,727.72) |
| | Interim Compensation Deferred | | $ 3,407,636.40 |

**Prior Applications**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 1,026,226,754.49 |
| | Interim Compensation Paid | | $ (1,012,711,260.38) |
| | Interim Compensation Deferred | | $ 13,515,494.11 |