## EXHIBIT D

<u>EXHIBIT D</u>

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-EIGHTH
INTERIM PERIOD OF APRIL 1, 2018 THROUGH JULY 31, 2018

| (E101) | Copying (E101) | 19,130.00 |
|---|---|---|
| (E102) | Outside Printing (E102) | 5,718.00 |
| (E105) | Telephone (E105) | 315.65 |
| (E106) | Online Research (E106) | 36,575.70 |
| (E107) | Delivery Services/ Messengers (E107) | 10,571.96 |
| (E108) | Postage (E108) | 2,344.43 |
| (E110) | Out-of-Town Travel (E110) | 168,833.58 |
| (E112) | Court Fees (E112) | 5,527.33 |
| (E114) | Witness Fees (E114) | 191.72 |
| (E115) | Deposition Transcripts (E115) | 147,593.51 |
| (E116) | Trial Transcripts (E116) | 1,825.35 |
| (E119) | Experts (E119) | 231.75 |
| (E123) | Other Professionals (E123) | 48,150.30 |
| (E124) | Other (E124) | 58,022.19 |
| Grand Total | | 505,031.47 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded    $ 16,199,426.80