# **Exhibit B**

SUMMARY OF TWENTY-SEVENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED
FROM APRIL 1, 2018 THROUGH JULY 31, 2018

| Name | Year Admitted | Apr-Jul 2018 Standard Hourly Rate | Apr-Jul 2018 Total Hours Billed | Apr-Jul 2018 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 610.00 | 398.30 | $ 242,963.00 |
| Kim M. Longo | 2002 | 480.00 | 688.00 | $ 330,240.00 |
| Antonio J. Casas | 1992 | 480.00 | 84.10 | $ 40,368.00 |
| **Total Partners** | | | **1,170.40** | **$613,571.00** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 390.00 | 489.60 | $ 190,944.00 |
| **Total Special Counsel** | | | **489.60** | **$190,944.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 606.40 | $ 266,816.00 |
| Carol LaFond | 2000 | 410.00 | 608.90 | $ 249,649.00 |
| Lindsay H. Sklar | 2014 | 370.00 | 340.40 | $ 125,948.00 |
| Alan D. Lawn | 2009 | 365.00 | 647.10 | $ 236,191.50 |
| Alex Jonatowski | 2007 | 355.00 | 658.50 | $ 233,767.50 |
| Ariel Kirshenbaum | | 300.00 | 27.90 | $ 8,370.00 |
| **Total Associates** | | | **2,889.20** | **$1,120,742.00** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 235.00 | 56.60 | $ 13,301.00 |
| **Total Paraprofessionals** | | | **56.60** | **$ 13,301.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,170.40 | $613,571.00 |
| **Special Counsel** | 489.60 | $190,944.00 |
| **Associates** | 2,889.20 | $1,120,742.00 |
| **Paraprofessionals** | 56.60 | $13,301.00 |
| | | |
| **Blended Attorney Rate** | 423.21 | |
| **GRAND TOTAL** | 4,605.80 | $ 1,938,558.00 |

{11620023:1}