# Exhibit C

SUMMARY OF TWENTY-SEVENTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2018 THROUGH AND INCLUDING JULY 31, 2018

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 184.30 |
| Telephone - Reimbursements | $ | 7.78 |
| Air Courier/Messenger | $ | 507.50 |
| Online Research | $ | 19,342.11 |
| Service of Process/Subpoena | $ | 10.00 |
| Search Fees | $ | 694.90 |
| Miscellaneous | $ | 65.00 |
| **TOTAL** | **$** | **20,811.59** |

{11620023:1}