**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-SEVENTH INTERIM PERIOD OF APRIL 1, 2018 THROUGH AND INCLUDING JULY 31, 2018

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 12.20 | $ 4,311.50 |
| | | 007 | Fee Application | 57.70 | 23,488.50 |
| | | 041 | Discovery, Document Review, Document Production | 48.90 | 21,408.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,390.90 | 622,589.00 |
| 14 | Zephyros | 010 | Litigation | 198.20 | 79,845.50 |
| 15 | Mistral | 010 | Litigation | 19.30 | 7,527.00 |
| 16 | Societe Generale | 010 | Litigation | 2.00 | 738.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 847.50 | 323,511.50 |
| 20 | Coordinated Cases | 010 | Litigation | 161.90 | 59,857.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,867.20 | 795,282.00 |
| | | | **TOTALS** | **4,605.80** | **$ 1,938,558.00** |

{11620023:1}