UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,                                           :     SIPA LIQUIDATION
                                                       :
       Plaintiff-Applicant,                            :     No. 08-01789 (BRL)
                                                       :
   v.                                                  :
                                                       :
BERNARD L. MADOFF INVESTMENT                           :
SECURITIES, LLC,                                       :
                                                       :
       Defendant.                                      :
------------------------------------------------------------X
In re:                                                 :
                                                       :     Adv. Pro. No. 10-05383(BRL)
BERNARD L. MADOFF,                                     :
                                                       :
       Debtor.                                         :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation          :
Of Bernard L. Madoff Investment Securities LLC         :
                                                       :
       Plaintiff,                                      :
                                                       :
   v.                                                  :
                                                       :
STANLEY SHAPIRO, et al.                                :
                                                       :
       Defendants.                                     :
------------------------------------------------------------X

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, on December 19, 2018 at 10:00 a.m. a hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Court Judge, at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green,

New York, NY 10004-1408, on the Motion to Quash filed by Stanley Shapiro, the Estate of Renee Shapiro, and S & R Investment Co. on October 15, 2018.

Dated: New York, New York
November 15, 2018

LAX & NEVILLE LLP

By:*/s/ Barry R. Lax*
Barry R. Lax
1450 Broadway, 35th Floor
New York, NY 10018
Telephone: (212) 696 - 1999
Facsimile: (212) 566 - 4531

*Attorneys for Stanley Shapiro, the Estate of Renee Shapiro, and S & R Investment Co.*