**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

<u>**AFFIDAVIT OF SERVICE**</u>

STATE OF NEW YORK    )
                       ) ss.:
COUNTY OF NEW YORK  )

      I, **Tanya Kinne**, being duly sworn, depose and say:  I am more than eighteen years old and

not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza,

New York, NY 10111.

      On November 15, 2018, I served correspondence addressed to the Honorable Stuart M.

Bernstein regarding October 31, 2018 hearing on Trustee's Motion for Limited Additional

Discovery Based on Prior Orders Authorizing Deposition of Bernard L. Madoff by emailing the

interested parties true and correct copies via electronic transmission to the email addresses

designated for delivery and/or by placing true and correct copies thereof in sealed packages

designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**    *See Attached Schedule A*

*/s/Tanya Kinne*
TANYA KINNE

Sworn to before me this
16th day of November, 2018

*/s/Sonya M. Graham*
Notary Public

Sonya M. Graham
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: Sept.12, 2021

## SCHEDULE A

**Government Parties**

Counsel to the JPL
Eric L. Lewis
Email: Eric.Lewis@baachrobinson.com


Internal Revenue Service
Centralized Insolvency Operation
Philadelphia, PA 19101-7346

Internal Revenue Service
District Director
New York, NY 10008

Securities and Exchange Commission
Alexander Mircea Vasilescu
Email: vasilescua@sec.gov


Securities and Exchange Commission
Preethi Krishnamurthy
Email: krishnamurthyp@sec.gov


Securities and Exchange Commission
Terri Swanson
Email: swansont@sec.gov


Securities Investor Protection Corporation Nate Kelley
Email: nkelley@sipc.org


Securities Investor Protection Corporation
Josephine Wang
Email: jwang@sipc.org


Securities Investor Protection Corporation
Kevin Bell
Email: kbell@sipc.org


U.S. Department of Justice, Tax Division
Washington, DC 20044

## BLMIS Customers

Alan G. Cosner
Email: alan@cosnerlaw.com

Alder Family Foundation
Email: lovormon@aol.com

Amy Cappellazzo
Email: joannerosen@gmail.com

Andy Huang
Email: andy.huang@ipcg.com.sg

Arlene R. Chinitz
Email: arlenerc54@hotmail.com

Aruna Muchhal
Email: muchhal@netvigator.com

Au Yuet Shan
Email: eau203@gmail.com

Bernard W. Braverman
Email: berniebraverman@gmail.com

Birgit Peters
Email: birgit.peters2010@yahoo.com

Capital Bank
Email: berthold.troiss@capitalbank.at

Carole Coyle
Email: bionicdoll@aol.com

Charles Nicholas Doyle
Email: linchasd@netvigator.com

Cheung Lo Lai Wah Nelly

Email: freedomlo@yahoo.com.hk

Chien-Liang Shih
Email: gary.libra@gmail.com

Chi-Hua Liao
Jhubei City, Hsinchu County,
Taiwan

Chris P. Tsukoa
Tampa, FL 33613

Crisbo S.A.
Email: arroyo@rya.es; arroyoignacio@hotmail.com

David B. Epstein (IRA Bene)
Email: david1943@comcast.net

David Drucker
Email: daved628@aol.com

Donald P. Weber
Email: mdweb27@me.com

Donald Schupak
Email: dschupak@schupakgroup.com

Ethel L. Chambers
Stuart, FL 34997

Fifty-Ninth Street Investors LLC
Email: truggiero@resnicknyc.com

FJ Associates, S.A.
Email: pabst@mantomgmt.com

Fondo General De Inversion Centro America-No, S.A.
Email: pabst@mantomgmt.com

Frederick Cohen and Jan Cohen JT WROS
Email: fcohen@duanemorris.com

Gloria Sandler
Email: mauricesandler@gmail.com


Goore Partnership
Email: hyassky@aol.com


Harriet Rubin
Las Vegas, NV 89117

Harvey Krauss
New York, NY 10022

Heng-Chang Liang
Email: ts.yang@msa.hinet.net


Howard Stern
Email: hstern@wzssa.com


Ilse Della-Rowere
Vienna, 1210
Austria

J. Todd Figi Revocable Trust
Email: jakefigi2@aol.com


Jane Delaire
Email: j.delaire@yahoo.com


Jeanette Margaret Scott Steer
Email: bobjen8@bigpond.com


Jean-Marie Jacques
Email: jacques123@wanadoo.es


Joanne Rosen
Email: joannerosen@gmail.com


John B. Malone
Email: doctor1000@earthlink.net


John H. Petito
Lumberville, PA 18933

John Stirling Gale
Email: galejs@gmail.com


Jose Haidenblit
Email: chore55@yahoo.com


Joseph J. Nicholson
Email: jn-pro-se@pobox.com


Kamal Kishore Muchhal
Email: muchhal@netvigator.com


Kenneth Springer
Wellington, FL 33414

KHI Overseas Ltd
Central, Hong Kong

KR Erwin Hawle
4865 Nussdorf am Attersee,
Austria

Krates, S.A.
Email: pabst@mantomgmt.com


Kwok Yiu Leung
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com


Lam Shuk Foon Margaret
Email: srohdie@bellsouth.net


Lee Mei-Ying
Email: icbcmylee@yahoo.com.tw


Li Fung Ming Krizia
Email: krizia_ligale@yahoo.com.hk


Linda Doyle
Email: linchasd@netvigator.com

Lindel Coppell
Email: lindencoppell@gmail.com


Marcia Roses Schachter
Email: marciroses@aol.com


Mark A. Soslow, CPA on behalf of
Trust u/w/o Daniel Sargent c/o Elaine Sargent
Email: msoslow@untracht.com


Marshall W. Krause, Esq.
Email: mrkruze@comcast.net


Martha Alice Gilluly
Email: marny@corsair2.com


Martin Wimick
Email: mwinick@hotmail.com


Matthew F. Carroll
Email: mattfcarroll@msn.com


Maurice Sandler
Email: mauricesandler@gmail.com


MLSMK Investments Co
Email: stanleymkatz@mac.com


Nancy Dver Cohen
Email: ndver@comcast.net


Ng Shok Len
Taikoo Shing,,
Hong Kong

Ng Shok Mui Susanna
Taikoo Shing,,
Hong Kong

Nicholas Kardasis
Email: gdnite@earthlink.net

Panagiotis Moutzouris
Voula GR-16673,
Greece

Partricia M. Hynes
Email: rreardon@stblaw.com


Paul Maddocks
Email: maddockspaul@gmail.com


Peerstate Equity Fund L.P.
c/o Lou Prochilo
Northport, NY 11768

Peerstate Equity Fund, L.P.
Email: rng67@comcast.net


PFC Nominees Limited
Email: info@pfcintl.com


Phyllis Pressman
Email: peplady5@gmail.com


Ralph Schiller
Email: optics58@gmail.com


Rausch Rudolf
Email: rudolf.rausch@gmail.com


Remy Investments Corp
London W1G 9QD,
England,  United Kingdom

Richard G. Corey
Charleston, WV 25302

Richard Hoefer
Email: richard.hoefer@utanet.at


Richard Jeffrey Clive Hartley
Email: rjch@netvigator.com


Robert Douglas Steer

Email: bobjen8@bigpond.com


Robins Family Limited Partnership
Email: charles.robins@weil.com


Roy L. Reardon JTWROS
Email: rreardon@stblaw.com


S. James Chambers
Stuart, FL 34997

Samuel Frederick Rohdie
Email: srohdie@bellsouth.net


Shao-Po Wang
New Taipei City 236,,
Taiwan

Simcha Gutgold
Email: simcha.gutgold@gmail.com


Siu Yuen Veronica Nh
Email: yiuleung@yahoo.com.hk

and
Email: yiuleunghk@gmail.com


Stephen Hill
Email: leyla.hill@hos.com


Stuart Nierenberg, Trustee for Ltd Editions Media Inc. Defined Benefit Plan Trust dtd 2/9/99
Email: stuart@silverboxsw.com


Sunyei Ltd. Jaques Lamac
Email: jaqueslamac@gmail.com


The Gottesman Fund
Email: dgottesman@firstmanhattan.com


Timothy Robert Balbirnie
Email: tim.balbirnie@gmail.com

Wim C. Helsdingen
Email: wc.helsdingen@casema.nl


Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com
Email: sfarber@winston.com
Attorney For: Diana P. Victor


## Notices of Appearance

Alan Berlin, Esq.
Bernard V. Kleinman, Esq.
Aitken Berlin LLP
Email: adberlin@aitkenberlin.com
Email: attrnylwyr@yahoo.com
Attorney For: Susan Saltz Charitable Lead Annuity Trust Susan Saltz Descendants Trust

Alan E. Marder
Meyer, Suozzi, English & Klein, P.C.
Email: amarder@msek.com
Attorney For: Counsel for Judie Lifton 1996 Revocable Trust

Alan Nisselson
Howard L. Simon, Esq.
Windels Marx Lane & Mittendorf, LLP
Email: anisselson@windelsmarx.com
Email: hsimon@windelsmarx.com
Attorney For: Alan Nisselson, Interim Chapter 7 Trustee of Bernard L. Madoff

Alexander M. Feldman
Jeff E. Butler
Clifford Chance U.S. LLP
Email: Alexander.Feldman@CliffordChance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Cardinal Management, Inc., Dakota Global Investments, Ltd.

Amy J. Swedberg
Maslon Edelman Borman & Brand LLP,
Email: amy.swedberg@maslon.com
Attorney For: Amy J. Swedberg

Amy Walker Wagner
Carolyn B. Rendell
David S. Stone

Stone & Magnanini, LLP
Email: awagner@stonemagnalaw.com
Email: CRendell@stonemagnalaw.com
Email: dstone@stonemagnalaw.com
Attorney For: Defendants David P. Gerstman, Janet Gerstman

Andrea J. Robinson
George W. Shuster
Wilmer Cutler Pickering Hale and Dorr LLP
Email: andrea.robinson@wilmerhale.com
Email: george.shuster@wilmerhale.com
Attorney For: SNS Bank N.V., SNS Global Custody B.V.

Andrew J. Ehrlich
Paul, Weiss, Rifkind, Wharton & Garrison LLP
Email: aehrlich@paulweiss.com
Attorney For: Andrew H. Madoff, individually and as Executor of the Estate of Mark D. Madoff,
The Estate of Mark D. Madoff

Angelina E. Lim, Esq.
Johnson, Pope, Bokor, Ruppel & Burns, P.A.
Email: angelinal@jpfirm.com
Attorney For: Anchor Holdings, LLC

Anna Hadjikow
George Brunelle, Esq.
Brunelle & Hadjikow, P.C.
Email: ahadjikow@brunellelaw.com; brunellelaw@gmail.com
Email: gbrunelle@brunellelaw.com; brunellelaw@gmail.com
Attorney For: Alan D. Garfield, Barry E. Kaufman, BK Interest, LLC, Erin M. Hellberg, James
H. Cohen, Marion Tallering-Garfield, Morrie Abramson, Robyn Berniker, The James H. Cohen
Special Trust, The Marian Cohen 2001 Residence Trust

Arthur J. Steinberg
Kristi E. Jacques
Richard A. Cirillo
King & Spalding LLP
Email: asteinberg@kslaw.com
Email: kjacques@kslaw.com
Email: rcirillo@kslaw.com
Attorney For: Lemania SICAV-SIF, National Bank of Kuwait, S.A.K. ("NBK"), NBK Banque
Privee and counsel for the Pascucci Family

Barry G Sher
Jodi Aileen Kleinick
Paul Hastings LLP
Email: barrysher@paulhastings.com
Email: jodikleinick@paulhastings.com

Attorney For: Carlo Grosso, Federico Ceretti, FIM Advisors, LLP, FIM Limited

Barry R. Lax.
Brian J. Neville
Lax & Neville, LLP
Email: blax@laxneville.com
Email: bneville@laxneville.com
Attorney For: PJFN Investors LP, Rose Less

Bennette D. Kramer
Schlam Stone & Dolan LLP
Email: bdk@schlamstone.com
Attorney For: Belfer Two Corporation

Brenda R. Sharton
Daniel M. Glosband
David J. Apfel
Goodwin Procter LLP
Email: bsharton@goodwinprocter.com
Email: dglosband@goodwinprocter.com
Email: dapfel@goodwinprocter.com
Attorney For: Ellenjoy Fields, Jane L. O'Connor as Trustee of the Jane O'Connor Living Trust,
Jeffrey A. Berman, Michael C. Lesser, Norman E. Lesser Rev. 11/97 Rev. Trust, Paula E. Lesser
11/97 Rev. Trust, Russell deLucia

Brendan M. Scott
Klestadt Winters Jureller Southard & Stevens, LLP
Email: bscott@klestadt.com
Attorney For: Brendan M. Scott

Brett S. Moore
Porzio, Bromberg & Newman, P.C.,
Email: bsmoore@pbnlaw.com
Attorney For: Alain Rukavina, Court Appointed Liquidators for LuxAlpha Sicav and
Luxembourg Investment Fund, Paul Laplume

Bryan Ha
Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: bhanyc@gmail.com
Email: richardsignorelli@gmail.com
Attorney For: Richard E. Signorelli

Carmine D. Boccuzzi
Cleary Gottlieb Steen & Hamilton LLP
Email: cboccuzzi@cgsh.com
Attorney For: Citibank North America, Inc., Citibank, N.A., Citigroup Global Markets Limited

Carol A. Glick
Richard J. McCord
Certilman, Balin, Adler & Hyman LLP
Email: cglick@certilmanbalin.com
Email: rmccord@certilmanbalin.com
Attorney For: Alyssa Beth Certilman, Bernard Certilman, Clayre Hulsh Haft, Morton L.
Certilman and Joyce Certilman

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: SNR Customers

Charles C. Platt
Wilmer Cutler Pickering Hale and Dorr LLP
Email: charles.platt@wilmerhale.com
Attorney For: BSI AG

Chester Salomon
Becker, Glynn, Muffly, Chassin & Hosinski LLP
Email: csalomon@beckerglynn.com
Attorney For: SBM Investments, LLP, Weithorn/Casper Associated for Selected Holdings LLC

Dana M. Seshens
Karen E. Wagner
Davis Polk & Wardwell LLP
Email: dana.seshens@davispolk.com
Email: karen.wagner@davispolk.com
Attorney For: Sterling Equities Associates and Certain Affiliates

Daniel Holzman
Rex Lee
Robert S Loigman
Shusheel Kirpalani
Quinn Emanuel Urquhart & Sullivan, LLP
Email: danielholzman@quinnemanuel.com
Email: rexlee@quinnemanuel.com
Email: robertloigman@quinnemanuel.com
Email: susheelkirpalani@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd., Kingate Management Limited,
KML Asset Management LLC

David A. Kotler
Dechert LLP
Email: david.kotler@dechert.com
Attorney For: Defendant Oppenheimer Acquisition Corp.

David J. Molton
Brown Rudnick LLP
Email: dmolton@brownrudnick.com
Attorney For: Kenneth M. Krys and Christopher D. Stride as Liquidators of and for Fairfield
Sentry Limited

David B. Bernfeld
Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Dr. Michael Schur, Edith A. Schur

David Bolton
David Bolton, P.C.
Email: david@dboltonpc.com
Attorney For: David Bolton

David S. Golub
Silver Golub & Teitel, LLP
Email: dgolub@sgtlaw.com
Attorney For: Alexander Rabinovich, Arnold Kohn, Daniel L. Davis, Individually and as parent
of H.D.D., Eric Rausher, Frank S. Katz, Howard Pomerantz, Jason M. Rausher, Marcia B
Fitzmaurice, Maria Rabinovich, Maria Shuster, Marsha H. Rausher, Melissa Doron, Mitchell J.
Rausher, Natasha Jane Rabinovich, P.A. Retirement Plan, parent of A.S.D., Paula S. Katz, Peggy
Kohn (Arnold Kohn Executor of Peggy Kohn Estate), Richard Abramowitz & Pomerantz, Rita S.
Katz (n/k/a Rita Starr Katz Davey), Robin S. Abramowitz, Samuel D. Davis, Theresa A. Wolfe,
Thomas R. Fitzmaurice, Traci D. Davis, Trustees Richard Abramowitz and Howard L.
Pomerantz, Vladimir Rabinovich, Wendy Sager Pomerantz

David Y. Livshiz
Freshfields Bruckhaus Deringer US LLP
Email: david.livshiz@freshfields.com
Attorney For: Tensyr Limited

Deirdre Norton Hykal
Willkie Farr & Gallagher LLP
Email: dhykal@willkie.com
Attorney For: Deirdre Norton Hykal

Douglas R. Hirsch
Sadis & Goldberg LLP
Email: dhirsch@sglawyers.com
Attorney For: Douglas R. Hirsch

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com

Attorney For: Elise Scherr Frejka

Eric B. Levine
Wolf Haldenstein Adler Freeman & Herz LLP
Email: levine@whafh.com
Attorney For: Nephrology Associates P.C. Pension Plan

Eric L. Lewis, Esq.
Baach Robinson & Lewis PLLC
Email: eric.lewis@baachrobinson.com
Attorney For: Andrew Laurence Hosking, Mark Richard Byers, Stephen John Akers

Erin Joyce Letey
Joseph E. Shickich, Jr.
Riddell Willams P.S.
Email: eletey@riddellwilliams.com
Email: jshickich@riddellwilliams.com
Attorney For: Microsoft Corporation and Microsoft Licensing, GP (collectively , "Microsoft")

Ernest Edward Badway
Fox Rothschild LLP
Email: ebadway@foxrothschild.com
Attorney For: Iris Schaum

Fletcher W. Strong
William F. Dahill
Wollmuth Maher & Deutsch LLP
Email: fstrong@wmd-law.com
Email: wdahill@wmd-law.com
Attorney For: Robert F. Weinberg

Frank F. McGinn
Bartlett Hackett Feinberg P.C.
Email: ffm@bostonbusinesslaw.com
Attorney For: Iron Mountain Information Management, Inc.

Fred H. Perkins
Michael Lago, Esq.
Robert K. Dakis
Morrison Cohen LLP
Email: fhperkins@morrisoncohen.com
Email: bankruptcy@morrisoncohen.com
Email: rdakis@morrisoncohen.com
Attorney For: Customer Claimant David Silver

Gary S. Lee
Morrison & Foerster LLP
Email: glee@mofo.com

Attorney For: Gary S. Lee

Gary Stein
Jennifer Opheim
Schulte, Roth & Zabel LLP
Email: gary.stein@srz.com
Email: Jennifer.opheim@srz.com
Attorney For: The Pati H. Gerber Defendants

Gary Woodfield
Haile, Shaw & Pfaffenberger, P.A.
Email: gwoodfield@haileshaw.com
Attorney For: Gary Woodfield

George R. Hirsch
Sills Cummis & Gross P.C.
Email: ghirsch@sillscummis.com
Attorney For: George R. Hirsch

Glenn P. Warmuth
Paula J. Warmuth
Stim & Warmuth, P.C.
Email: gpw@stim-warmuth.com
Email: pjw@stim-warmuth.com
Attorney For: Creditors, Michael Most and Marjorie Most

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Aaron Blecker

Harold D. Jones
Jones & Schwartz, P.C.
Email: hjones@jonesschwartz.com
Attorney For: Harold D. Jones

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Marsha Peshkin et al.

Howard Kleinhendler
Wachtel Missry LLP
Email: hkleinhendler@wmllp.com
Attorney For: Rosenman Family LLC

James H. Hulme
Joshua Fowkes
Arent Fox LLP

Email: hulme.james@arentfox.com
Email: fowkes.joshua@arentfox.com
Attorney For: 1776 K Street Associates Limited Partnership, Albert H. Small, Bernard S. Gewirz, Carl S. Gewirz, Clarice R. Smith, Edward H. Kaplan, Eleven Eighteen Limited Partnership, Estate of Robert H. Smith, Irene R. Kaplan, Jerome A. Kaplan, Marjet LLC, Robert H. Smith Revocable Trust, Robert P. Kogod

James M. Ringer, Esq.
Stuart I. Rich, Esq.
Meister Seelig & Fein LLP
Email: jmr@msf-law.com
Email: sir@msf-law.com
Attorney For: Jasper Investors Group LLC ("Jasper")

Jeremy A. Mellitz
Withers Bergman, LLP
Email: Jeremy.Mellitz@withers.us.com
Attorney For: Von Rautenkranz Nachfolger Special Investments LLC

Joel L. Herz
Law Offices of Joel L. Herz
Email: joel@joelherz.com
Attorney For: Samdia Family, LP

John Lavin
Lavin & Associates, P.C.
Email: jlavin@lavinassociates.com
Attorney For: John J. Lavin

John M. Conlon
Mayer Brown LLP
Email: jconlon@mayerbrown.com
Attorney For: AXA Private Management, Fondauto Fondo de Pensiones, SA, Mutua Madrilena Automovilista Ramo de vida

Joshua A. Levine, Esq.
Simpson Thacher & Barlett LLP
Email: jlevine@stblaw.com
Attorney For: Spring Mountain Capital, LP

Judith L. Spanier, Esq.
Abbey Spanier Rodd & Abrams, LLP
Email: jspanier@abbeyspanier.com
Attorney For: ELEM/Youth in Distress Israel Inc. ("ELEM")

Kelly A. Librera
Seth C. Farber
Winston & Strawn LLP
Email: klibrera@winston.com

Email: sfarber@winston.com
Attorney For: Ariana Victor, Ellen G. Victor, holder of Bernard L. Madoff Investment Securities
LLC Accounts 1ZA128-3 and 1ZA128-40, Justin Victor Baadarani, Leila Victor Baadarani,
Shosharma Remark Victor

Lalit K. Jain
Law Offices of Lalit K. Jain Esq
Email: lkjesq@lkjesq.com
Attorney For: Dean Loren

Laura K. Clinton
Baker & McKenzie LLP
Email: laura.clinton@bakermckenzie.com
Attorney For: Laura K. Clinton

Lindsay M. Weber
Quinn Emanuel Urquhart & Sullivan, LLP
Email: lindsayweber@quinnemanuel.com
Attorney For: Kingate Euro Fund Ltd., Kingate Global Fund Ltd.

Marianna Udem
ASK, LLP
Email: mudem@askllp.com
Attorney For: Marianna Udem

Mark S. Cohen
Cohen & Gresser LLP
Email: mcohen@cohengresser.com
Attorney For: Mark S. Cohen

Mark S. Mulholland
Thomas Telesca
Ruskin Moscou Faltischek, P.C.
Email: mmulholland@rmfpc.com
Email: ttelesca@rmfpc.com
Attorney For: DeMatteis FLP Assets, Irwin Kellner ("Kellner"), The 2001 Frederick DeMatteis
Revocable Trust

Marsha Torn, Esq.
Calabrese and Torn, Attorneys at Law
Email: mcalabrese@earthlink.net
Attorney For: Lawrence Torn

Marshall R. King
Gibson Dunn
Email: mking@gibsondunn.com
Attorney For: Marshall R. King

Martin H. Bodian
Bodian & Bodian, LLP
Email: mhbodian@gmail.com
Attorney For: Linda Polatsch

Matthew A. Kupillas
Milberg Tadler Phillips Grossman LLP
Email: mkupillas@milberg.com
Attorney For: June Pollack

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Allan R. Tessler, in his capacity as Trustee of the CRS Revocable Trust, Constance
R. Sisler, individually, and in her capacity as Settlor and Trustee of the CRS Revocable Trust,
CRS Revocable Trust, Edith G. Sisler, Joyce C. Auerbach Revocable Trust, Robert Auerbach
Revocable Trust, Robert Auerbach, individually, Robert S. Bernstein, S. James Coppersmith
Charitable Remainder Unitrust

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Anna Kedersha, as parent of A.K, Antona G Wilson, Betty Tarr, Bonnie A
Johnson, Individually and as parent of D.C.J., Carol P. Dargan, Cindy J Schacht, Cory D
Johnson, Crescienzo J Boccanfuso, Cynthia Schrank Kane, David C Johnson, Diane C. Backus,
Diane T. Levin, Dominick F. Boccanfuso, Douglas H. Johnson, Eugene G. Laychak, Jr., Everett
L. Dargan, Gary S. Davis, individually and as parent of S.W.D. and J.F.D.,, Gerald A Wilson,
Giuseppa A Boccanfuso, Giuseppe C. Basili, Grace A. Nash, Harold Murtha, Trustee of Murtha
Enterprises, Inc. Profit-Sharing Plan, Jacqueline A Johnson, Jaime R Johnson, Jing W. Davis
(now known as Amy Davis),, Joanne Verses, Joyce C. Auerbach, individually, as Trustee of the
Robert Auerbach Revocable Trust, and as Trustee of the Joyce C. Auerbach Revocable Trust,
Jozef Kaczynski, Justin Kane, Linda Laychak, Madeline E Corish Estate, Margaret Pace,
Margherita M. Basili, Mary Zarra, as parent of A.Z. and A.Z., Michael T. Nash, Midlands
Surgical Associates, PA Profit Sharing Plan, parent of J.K.S, parent of K.H.S, parent of N.A.S.,
Patti E Schacht, Robert Levin, Shirley B. Sklar, Sol Davis, individually and as Trustee of the Sol
Davis Retirement Plan, Sophia B Freitag, Steven E. Sklar, Thomas H. Nash, Trustee of
Margherita M. Basili Retirement Plan and individually, William Sklar, William Sklar, Trustee of
Pacific Plumbing and Heating Supply Company Profit-Sharing Plan, WR Johnson Co. Pension
and Profit Sharing Plan

Michael I. Goldberg
Akerman LLP
Email: michael.goldberg@akerman.com
Attorney For: Michael I. Goldberg

Michael S. Pollok
Marvin and Marvin, PLLC
Email: mpollok@marvinandmarvin.com

Attorney For: Alan Hayes, Wendy Wolosoff-Hayes

Michael V. Blumenthal
Thompson & Knight LLP
Email: Michael.Blumenthal@tklaw.com
Attorney For: Michael V. Blumenthal

Michael V. Ciresi
Ciresi Conlin LLP
Email: MVC@CiresiConlin.com
Attorney For: Michael V. Ciresi

Neal S. Mann c/o Eric T. Schneiderman
The New York State Department of Taxation & Finance
Email: neal.mann@oag.state.ny.us
Attorney For: New York State Education Department.

Parvin K. Aminolroaya
Stephen A. Weiss
Seeger Weiss LLP
Email: paminolroaya@seegerweiss.com
Email: sweiss@seegerweiss.com
Attorney For: Barbara J. Weiss, Barbara Schlossberg, Bernard Seldon, Leslie Weiss and Gary M.
Weiss, Lewis Franck, Marilyn Cohn Gross, Melvyn I. Weiss, Stephen A. Weiss, The M & B
Weiss Family Limited Partnership of 1996 c/o Melvyn I. Weiss

Patricia H. Heer
Paul D. Moore
Stephen M. Honig
Duane Morris LLP
Email: pheer@duanemorris.com
Email: PDMoore@duanemorris.com
Email: smhonig@duanemorris.com
Attorney For: Eleanore C. Unflat, Eleanore C. Unflat,in her capacity as co- trustee of the
Eleanore C. Unflat Living Trust, Magnus A. Unflat, Magnus A. Unflat, in his capacity as co-
trustee of the Eleanore C. Unflat Living Trust, the Eleanore C. Unflat Living Trust

Peter N. Wang
Foley & Lardner LLP
Email: pwang@foley.com
Attorney For: Orthopaedic Specialty Group, P.C. Defined Contribution Pension Plan Participants

Richard A. Kirby
Baker & McKenzie LLP
Email: Richard.Kirby@bakermckenzie.com
Attorney For: Richard A. Kirby

Richard F. Schwed
Shearman & Sterling LLP
Email: rschwed@shearman.com
Attorney For: Carl J. Shapiro et al., Harold S. Miller Trust Dated 12/4/64 FBO Elaine Miller,
Lilfam LLC, Lilyan Berkowitz Revocable Trust Dated 11/3/95, Wellesley Capital Management

Richard G. Haddad
Otterbourg P.C.
Email: Rhaddad@OSHR.com
Attorney For: Richard G. Haddad

Richard P. Galler
The Law Office of Richard P. Galler
Email: richard@kgalaw.com
Attorney For: Richard Galler

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Carl T. Fisher, FGLS Equity LLC, Joan L. Fisher, The Trust U/A VIII of the Will
of Gladys C. Luria F/B/O Carl T. Fisher

Robert J. Kaplan
Law Office of Robert J. Kaplan
Email: lawkap@aol.com
Attorney For: Michael W. Sonnenfeldt, MUUS Independence Fund LP

Robert A. Abrams
Steven H. Newman
Katsky Korins LLP
Email: rabrams@katskykorins.com
Email: snewman@katskykorins.com
Attorney For: David Cash, Estate of Richard L. Cash, Freda B. Epstein, Freda Epstein Revocable
Trust, Gladys Cash, Gladys Cash and Cynthia J. Gardstein, James H. Cash, Jennifer Spring
McPherson, Jonathan Cash, Richard L. Cash Declaration of Trust Dated September 19,1994,
Richard Spring, S. H. & Helen R. Scheuer Family Foundation, The Jeanne T. Spring Trust, The
Spring Family Trust

Robert S. Horwitz
Conroy, Simberg, Ganon, Krevans, Abel, Lurvey, Morrow & Schefer, P.A.
Email: rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com
Attorney For: Andrew C. Sankin

Robert William Yalen
Assistant United States Attorney for the Southern District of New York
Email: robert.yalen@usdoj.gov
Attorney For: Attorney for the United States of America

Russell M. Yankwitt
Yankwitt & Associates LLC
Email: russell@yankwitt.com
Attorney For: Carol Rosen

Sanford P. Dumain, Esq.
Milberg Tadler Phillips Grossman LLP
Email: sdumain@milberg.com
Attorney For: Blumenthal & Associates Florida General Partnership, Gerald Blumenthal, Judith
Rock Goldman, June Pollack, Ruth E. Goldstein, The Horowitz Family Trust, The Unofficial
Committee of Certain Claim Holders

Sanford Rosen
Rosen & Associates, P.C.
Email: srosen@rosenpc.com
Attorney For: Amy Beth Smith, David A. Schustack, Judith S. Schustack, Robert J. Schustack,
Shirley Schustack Conrad

Schuyler D. Geller
Bellows & Bellows, P.C.
Email: sgeller@bellowslaw.com
Attorney For: Counsel for Brian H. Gerber

Scott Reynolds
Chaffetz Lindsey LLP
Email: scott.reynolds@chaffetzlindsey.com
Attorney For: Scott W. Reynolds

Sedgwick M. Jeanite, Esq.
White and Williams LLP
Email: jeanites@whiteandwilliams.com
Attorney For: Fabio Conti

Seth L. Rosenberg
Clayman & Rosenberg LLP
Email: rosenberg@clayro.com
Attorney For: Seth L. Rosenberg

Shannon Scott
Steven R. Schlesinger
Jaspan Schlesinger LLP
Email: sscott@jaspanllp.com
Email: sschlesinger@jaspanllp.com
Attorney For: Amy Joel, Amy Luria Partners LLC, Andrew Samuels, David Richman, Estate of
Richard A. Luria, Janet Jaffin Dispositive Trust and Janet Jaffin and Milton Cooper as Trustees,
Jay Rosen Executors, Patricia Samuels, Peter Zutty, Robert Luria Partners, Samuels Family LTD
Partnership

Shawn M. Christianson, Esq.
Buchalter Nemer, A Professional Corporation
Email: schristianson@buchalter.com
Attorney For: Oracle Credit Corporation, Oracle USA, Inc. ("Oracle")

Stephen Fishbein
Shearman & Sterling LLP
Email: sfishbein@shearman.com
Attorney For: Carl J. Shapiro et al.

Steven Paradise
Richards Kibbe & Orbe, LLP
Email: sparadise@rkollp.com
Attorney For: Steven Paradise

Steven Storch
Storch Amini & Munves PC
Email: sstorch@samlegal.com
Attorney For: Alyse Joel Klufer as Trustee of the Robert and Alyse Klufer Family Trust "A",
Alyse Klufer, individually and in her capacity as trustee of the Trust Under Article Fourth U/W/O
Robert E. Klufer, Damien Cave, Elisabeth Klufer, Elisabeth Klufer, in her capacity as trustee of
the Trust Under Article Fourth U/W/O Robert E. Klufer, Jane Shrage, Maxwell Greengrass,
Michael Shrage, Nancy Greengrass, Natalie Greengrass, PJ Administrator LLC, Robert and
Alyse Klufer Family Trust "A", Trust Under Article Fourth U/W/O Robert E. Klufer

Timothy A. Valliere
Smith Valliere PLLC
Email: tvalliere@svlaw.com
Attorney For: Timothy A. Valliere

Tony Miodonka
Finn Dixon & Herling LLP
Email: tmiodonka@fdh.com
Attorney For: Tony Miodonka

Vivian R. Drohan
Drohan Lee LLP
Email: vdrohan@dlkny.com
Attorney For: Vivian R. Drohan

Will R. Tansey
Ravich Meyer
Email: wrtansey@ravichmeyer.com
Attorney For: Will R. Tansey

William A. Habib, Esq.
Habib Law Associates, LLC
Email: wahabib@habiblaw.net
Attorney For: Anthony F. Russo

## Pro Se Defendants

Alvin Jaffe Trust dtd 4/20/90
PALO ALTO, CA 94306

Bruce Jaffe
Palo Alto, CA 94306

David Gross, Individually and as Joint Tenant
Boca Raton, FL 33496

Douglas J. Sturlingh, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living
Trust Dtd 4/6/01
Clearwater, FL 33755

Gerald M. Oguss, as Trustee and Individually
New York, NY 10006

Irma Gross, Individually and as Joint Tenant
Boca Raton, FL 33496

Jaffe Family Investment Partnership
Palo Alto, CA 94306

Jane L. Oguss, as Trustee and Individually
New York, NY 10006

Janet Jaffe Trust UA Dated 4/20/90
PALO ALTO, CA 94306

Janet Jaffe, individually and in her capacity as Trustee for the Janet Jaffe Trust UA dtd 4/20/90 and
the Alvin Jaffe Trust dtd 4/20/90
PALO ALTO, CA 94306

Jeffrey Shankman
New York, NY 10022

Leonard J. Oguss Trust
New York, NY 10006

Ronald A. Oguss, as Trustee and Individually
New York, NY 10006

Sharon Knee
Palm Beach Gardens, FL 33418

Stanley I. Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein J/T
WROS
Delray Beach, FL 33446

Tamiami Tower Corporation
MIAMI, FL 33143

---

**Defendant Counsel**

---

Andrew B. Kratenstein
Darren Azman
Michael R. Huttenlocher
McDermott Will & Emery LLP
Email: akratenstein@mwe.com
Email: dazman@mwe.com
Email: mhuttenlocher@mwe.com
Attorney For: Ann M. Sage Passer, in her Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Ann M. Sage Passer, in her capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Malcolm H. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, and as the Personal Representative of the Estate of Lillian M. Sage, Malcolm H. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as Beneficiary of Sage Realty, and as the Personal Representative of the Estate of Lillian M. Sage, Martin A. Sage, in his Capacity as Partner or Joint Venturer of Sage Associates and individually as Beneficiary of Sage Associates, Martin A. Sage, in his capacity as partner or joint venturer of Sage Realty and individually as beneficiary of Sage Realty, Sage Associates, Sage Realty

Anthony A. Mingione
Blank Rome LLP
Email: AMingione@BlankRome.com
Attorney For: Kenneth W. Perlman

Barry R. Lax.
Robert R. Miller
Lax & Neville, LLP
Email: blax@laxneville.com
Email: rmiller@laxneville.com
Attorney For: Bonnie Joyce Kansler, as executor, Bruce Leventhal, Bruce Leventhal 2001 Irrevocable Trust, Estate of Gladys Fujiwara, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC, John Fujiwara, in his individual capacity and as Personal Representative of the Estate of Gladys Fujiwara, Peng Yan, individually and as Executor of the Estate of Armand L. Greenhall, Ruth Kahn, Seyfair LLC, Seymour Kleinman

Brian J. Neville
Lax & Neville, LLP
Email: bneville@laxneville.com
Attorney For: Bonnie Joyce Kansler, as executor, Bruce Leventhal, Bruce Leventhal 2001 Irrevocable Trust, Diana L. Messing, Estate of Gladys Fujiwara, Estate of Marjorie Kleinman a/k/a Marjorie Helene Kleinman, Fairfield Pagma Associates LP, Fairfox LLC, John Fujiwara, in his individual capacity and as Personal Representative of the Estate of Gladys Fujiwara, Peng Yan, individually and as Executor of the Estate of Armand L. Greenhall, Ruth Kahn, Samdia Family L.P., a Delaware Limited Partnership, Samuel L. Messing, Seyfair LLC, Seymour Kleinman

Bryan Ha
Bryan Ha
Email: bhanyc@gmail.com
Attorney For: Austin Bosarge, EJS Associates, L.P., Elaine Ostrin, Grace & Company, Jelris &

Associates, L.P., Lakeview Investment, LP, Law & Mediation Offices of Richard M. Glantz, A Professional Corporation, Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz, The Estate of Edward R. Glantz, The Estate of Thelma Glantz, The Glantz Family Foundation, Inc., The Glantz-Ostrin Trust II, Vista Management Co.

Richard E. Signorelli
Law Office of Richard E. Signorelli
Email: richardsignorelli@gmail.com
Attorney For: Austin Bosarge, EJS Associates, L.P., Elaine Ostrin, Grace & Company, Jelris & Associates, L.P., Lakeview Investment, LP, Law & Mediation Offices of Richard M. Glantz, A Professional Corporation, Richard M. Glantz, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz, The Estate of Edward R. Glantz, The Estate of Thelma Glantz, The Glantz Family Foundation, Inc., The Glantz-Ostrin Trust II, Vista Management Co.

Carole Neville
Dentons US LLP
Email: carole.neville@dentons.com
Attorney For: Allison Berwitz, in her capacity as executor of the Estate of Barbara Berdon, Alvin Gindel Revocable Trust Agreement, Alvin Gindel, in his capacity as trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof, Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust, BAM L.P., Barry Weisfeld, Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust, Carla Goldworm, Elaine Stein Roberts, Harold J. Hein Revocable Trust, James Greiff, Lapin Children LLC, Laura E. Guggenheimer Cole, LI Ram L.P., Luke Goldworm as trustee and as an individual, Martin Rosen, in his capacity as Trustee of the Trust Under Will of Philip L. Shapiro, Meryl Mann, Michael Gindel, Individually and in his capacity as trustee of the Rose Gindel Trust, Michael Mann, Neil Reger Profit Sharing Keogh, Neil Reger, individually and in his capacity as sole trustee of the Neil Reger Profit Sharing Keogh, Norma Shapiro Declaration of Trust Under Agreement dated 9/16/2008, Revocable Trust, Norma Shapiro, individually, and in her capacity as Trustee for the Norma Shapiro Revocable Declaration of Trust Under Agreement Dated 9/16/2008 and the Trust Under Will of Philip L. Shapiro, Richard Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust, Robert Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust, Rose Gindel Trust, Rose Gindel, Individually and in her capacity as trustee of the Rose Gindel Trust, S&L Partnership, a New York partnership, Samuel Goldworm as trustee and as an individual, Sharon Kristol, in her capacities as executors of the Estate of Barbara Berdon, Sidney Cole, Stanley T. Miller, The Estate of Barbara Berdon, Toby T. Hobish as an individual, Trust for the Benefit of Luke Goldworm, Trust For The Benefit Of Samuel Goldworm, Trust Under Will of Phillip Shapiro

Daniel Marotta
Gabor & Marotta LLC
Email: dan@gabormarottalaw.com
Attorney For: Stuart Leventhal, Stuart Leventhal 2001 Irrevocable Trust

David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: davidbernfeld@bernfeld-dematteo.com; dbblaw@hotmail.com
Attorney For: Estate of Carolyn Miller, Harvey L. Werner Revocable Trust u/a/d 8/31/82 As Amended, Jeffrey R. Werner, Jeffrey R. Werner 11/1/98 Trust, Jeffrey R. Werner, in his capacity as

Co-Trustee for the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Ken-Wen Family Limited Partnership, Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership, Laurie Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn Miller and trustee of the Carolyn Rosen Miller Revocable Trust, The Carolyn Rosen Miller Revocable Trust, Violet M. Werner, in her capacity as Trustee for the Jeffrey R. Werner 11/1/98 Trust, Violet M. Werner, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Wendy Brown, in her capacity as a General Partner of the Ken-Wen Family Limited Partnership, Wendy Werner Brown, in her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended

David C. Rose
Patrick Sibley
Richard Levy, Jr.
Pryor Cashman LLP
Email: drose@pryorcashman.com
Email: psibley@pryorcashman.com
Email: rlevy@pryorcashman.com
Attorney For: Alexandria K. Marden, AvCar Group, Ltd., Avram Goldberg, individually and in his capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, B&C Marden LLC, a Delaware limited liability company, Bernard A. Marden Revocable Trust, a Florida Trust, Bernard Marden Profit Sharing Plan, Bruce D. Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament, Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO Carol Goldberg, Charlotte Marden (aka Chris Marden), as trustee and as an individual, Charlotte M. Marden, Elizabeth C. Auld, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, Estate of Bernard A. Marden, Gabrielle Z. Marden, Iris Zurawin Marden, James P. Marden, James P. Marden, James P. Marden, James P. Marden, as trustee of the Bernard Marden Profit Sharing Plan, James P. Marden, as trustee, as personal representative, and as an individual, Linda Horowitz Spousal Trust fbo Richard Horowitz, f/k/a Murray Pergament 1999 Trust fbo Linda Horowitz, M Gordon Ehrlich, in his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special Account, Marden Family Limited Partnership, a Delaware limited partnership, Meghan M. Auld, Merritt Kevin Auld, Murray Pergament 1999 Trust fbo Bruce Pergament, Neal J. Nissel, as trustee, Olivia G. Auld, Patrice M. Auld, Patrice M. Auld, Patrice M. Auld, Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, Patrice M. Auld, as trustee, as personal representative, and as an individual, Pergament & Pergament Realty, Richard Horowitz, Sidney R. Rabb Trust FBO Carol R. Goldberg, The Charlotte M. Marden Irrevocable Insurance Trust

Elise S. Frejka
Frejka PLLC
Email: EFrejka@FREJKA.com
Attorney For: D. Stone Industries, Inc. Profit Sharing Plan, Daniel Stone, Daniel Stone, individually and in his capacity as trustee of D. Stone Industries, Inc. Profit Sharing Plan, James B. Pinto Revocable Trust U/A DTD 12/1/03, James B. Pinto, individually and in his capacity as Grantor and Trustee for the James B. Pinto Revocable Trust, Susan Stone, individually and in her capacity as

trustee of D. Stone Industries, Inc. Profit Sharing Plan

Eric B. Fisher
Lindsay A. Bush
Binder & Schwartz LLP
Email: efisher@binderschwartz.com
Email: lbush@binderschwartz.com
Attorney For: David I. Lustig, individually and in his capacity as Trustee for The Lustig Family 1990
Trust, David Ivan Lustig, The Lustig Family 1990 Trust

Eric D. Dowell
Pryor Cashman LLP
Email: edowell@pryorcashman.com
Attorney For: AvCar Group, Ltd., Avram Goldberg, individually and in his capacity as trust officer for
The Sidney R. Rabb Trust FBO Carol Goldberg, Bernard Marden Profit Sharing Plan, Bruce D.
Pergament Individually, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Kyle
Koeppel, and in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO Bruce Pergament,
Carol R. Goldberg, individually and in her capacity as trust officer for The Sidney R. Rabb Trust FBO
Carol Goldberg, Eric B. Woldenberg Individually, in his Capacity as Trustee of the Murray Pergament
1999 Trust FBO Kyle Koeppel, in his Capacity as Trustee of the Murray Pergament 1999 Trust FBO
Bruce Pergament and in his Capacity as Trustee of the Linda Horowitz Spousal Trust FBO Richard
Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz, James P. Marden, James P.
Marden, as trustee of the Bernard Marden Profit Sharing Plan, Linda Horowitz Spousal Trust fbo
Richard Horowitz, f/k/a Murray Pergament 1999 Trust fbo Linda Horowitz, M Gordon Ehrlich, in
his capacity as trustee of The Sidney R. Rabb Trust FBO Carol Goldberg, and as attorney-in-fact for
Carol R. Goldberg, Avram J. Goldberg, and the Carol R. Goldberg and Avram J. Goldberg Special
Account, Merritt Kevin Auld, Murray Pergament 1999 Trust fbo Bruce Pergament, Patrice M. Auld,
Patrice M. Auld, as trustee of the Bernard Marden Profit Sharing Plan, Pergament & Pergament
Realty, Richard Horowitz, Sidney R. Rabb Trust FBO Carol R. Goldberg

Ernie Gao
Jeff E. Butler
Clifford Chance U.S. LLP
Email: ernie.gao@cliffordchance.com
Email: Jeff.Butler@CliffordChance.com
Attorney For: Radcliff Investments Limited, Rothschild Trust Guernsey Limited

Gregory M. Dexter
Chaitman LLP
Email: gdexter@chaitmanllp.com
Attorney For: Helene Saren-Lawrence

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Abbey Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as
Limited Partner of Goodman Capital Partners L.P., Allan Inger, Andrea J. Marks, as trustee and
beneficiary of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, as executor and beneficiary of the
Estate of Jacob M. Dick, and as trustee of the Article 8.1 Trust created under the Jacob M. Dick Rev
Living Trust Dtd 4/6/01, Andrew Goodman, Andrew Goodman, in his capacity as a general partner

of JABA Associates LP, Article 8.1 Trust, Atwood Management Profit Sharing Plan & Trust f/k/a Atwood Regency Money Purchase Plan, in its own right and as successor-in-interest to the Atwood-Regency Defined Benefit Plan & Trust, Audrey Goodman, in her capacity as a general and limited partner of JABA Associates LP and as Personal Representative of the Estate of James Goodman, Audrey Goodman, in her capacity as Personal Representative of the Estate of James M. Goodman, Audrey M Goodman, individually, and in her capacity as Personal Representative of the Estate of James M. Goodman, Barbara June Lang, as personal representative, as trustee, as joint tenant, and as an individual, Barbara June Lang, individually and in her capacities as the personal representative of the Estate of Steven Harnick and trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, Barbara Keller, individually and in her capacity as Trustee of the Gerald and Barbara Keller Family Trust, Barbara Kotlikoff Harman, Barbara L. Savin, Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin, Barry Inger, Benjamin T. Heller, Bernard Whitman Revocable Living Trust U/A/D 8/5/86, Bernard Whitman, in his capacity as Trustee for the Bernard Whitman Revocable Living Trust u/a/d 8/5/86, a partner in The Whitman Partnership, Betty Cohen, in her capacity as a Partner of Placon2 and in her capacity as Executor of the Estate of William R. Cohen, Blake Palmer, Bret Palmer, Bruce Goodman, in his capacity as a general Partner of JABA Associates LP, Bruce N. Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Bruce Palmer, in his capacity as Personal Representative of the Estate of Boyer Palmer, Carla Ginsburg, Carol DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account, Carol L. Kamenstein, individually and in her capacity as joint tenant, Carol Nelson, Carol Nelson, individually and as joint tenant, Carolyn J. Kart, individually and in her capacity as executor of the Estate of Jordan H. Kart, Caryn Zieses, Claudia Helmig, in her capacity as a Partner in Train Klan, Dana M. Kissinger-Matray, David R. Kamenstein, individually and in his capacity as joint tenant, David T. Muldberg, in his capacity as Executor of the Estate of Allen Meisels, Debra S. Zieses, Denis M. Castelli, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Diane Holmers, in her capacity as Personal Representative of the Estate of Boyer Palmer, Dino Guiducci, individually, in his capacity as Co-Trustee of the Atwood Regency Profit Sharing Plan & Trust f/k/a the Atwood Regency Money Purchase Plan & Trust, and former Co-Trustee of the Atwood Regency Defined Benefit Plan & Trust, and as the personal representative of the estate of Mary Guiducci, Dino Guiducci,individually, in his capacity as a General Partner of the Guiducci Family Limited Partnership, and as the personal representative of the estate of Mary Guiducci, Donald A. Benjamin, Donald R. Shapiro, in his capacity as a General Partner of Sylvan Associates Limited Partnership, Donna Schaffer, Doron Tavlin Trust U/A 2/4/91, Doron Tavlin, as Trustee and Beneficiary of the Doron Tavlin Trust U/A 2/4/91, Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon, Edyne Gordon, in her capacity as the executrix and primary beneficiary of the estate of Allen Gordon, Edythe Gladstein, in her capacity as the personal representative of the Estate of Matthew L. Gladstein, Elaine Dine, Elaine Dine Living Trust Dated 5/12/06, Emily L. Shapiro, Eric N. Shapiro, Estate of Audrey Weintraub, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Boyer Palmer, in its capacity as the estate of Boyer Palmer individually and as the former general partner of B&F Palmer, L.P., Estate of Bruno L. Di Giulian, Estate of Edna Kaminski, Estate of Jacob M. Dick, as grantor of the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Estate of James Goodman, Estate of James M Goodman, Estate of Matthew L. Gladstein, Estate of Nathan Plafsky, Estate of Nathan Plafsky, Estate of Seymour Epstein, Estate of Steven Harnick, Estate of Steven I. Harnick, Estate of William R. Cohen, Eugenie Kissinger, Evelyn Berezin Wilenitz, individually, and as

Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, Felice J. Perlman, Felice T. Londa, in her capacity as a Partner in Train Klan, Ferm C. Palmer Revocable Trust DTD 12/31/91, as amended, Fern C. Palmer, Fern C. Palmer, individually and in her capacity as trustee for the Fern C. Palmer Revocable Trust, Frank DiFazio individually and as Tenants in Common of a Bernard L. Madoff Investment Securities, LLC account, Frieda Freshman Revocable Trust Dated 12/31/92, Frieda Freshman, as trustor, as trustee, Gerald E. Keller, individually and in his capacity as Trustee of the Gerald and Barbara Keller Family Trust, Gertrude E. Alpern Revocable Trust, Glenhaven Limited, Gloria Albert Sandler, individually as grantor and beneficiary of and in her capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Goodman Capital Partners, L.P., Goodman Charitable Foundation, in its capacity as a limited partner of JABA Associates LP, Goodman Holdings, Inc., as General Partner of Goodman Capital Partners L.P., Great Western Bank - Trust Department, in its capacity as Trustee of the Palmer Family Trust, Guiducci Family Limited Partnership, Gunther K. Unflat, individually and as joint tenant, Harry Smith Revocable Living Trust, Helene Saren-Lawrence, Herbert C. Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, Irene Whitman 1990 Trust U/A DTD 4/13/90, Irrevocable Trust FBO Ethan Siegel, in its capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., JABA Associates LP, Jacob M. Dick Rev Living Trust dtd 4/6/01, Jacqueline D. Green, in her capacity as a managing member of the Kuntzman Family L.L.C. and as Trustee of the irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C., James M. New Trust Dated 3/19/01, James M. New, in his capacity as Trustee of the Irene Whitman 1990 Trust, James M. New, individually and in his capacity as Trustee for the James M. New Trust dtd 3/19/01, Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Jeffrey Schaffer, Jerome Goodman, Individually, as trustee for The Jerome Goodman Children's GRAT #1, as Limited Partner of Goodman Capital Partners L.P., and as Beneficiary of The Jerome Goodman Children's GRAT #1, Jessica Londa, in her capacity as a Partner in Train Klan, Joan Roman, John Frans Kissinger, Jonathan J. Kart, individually and in his capacities as executor of the Estate of Jordan H. Kart and successor trustee of the Jordan H. Kart Revocable Trust, Jonathan Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, Judd Robbins, Judith Gattegno, in her capacity as a member of the Kuntzman Family L.L.C., Judith Whitman Revocable Living Trust U/A/D 8/5/86, Judith Whitman, in her capacity as Trustee for The Judith Whitman Revocable Living Trust u/a/d 8/5/86, a partner in the Whitman Partnership, Julie B. Shapiro, Kathryn L. Hvasta, in her capacity as the personal representative of the Estate of Edna Kaminski, Keith Schaffer, Kenneth M. Kohl, as an individual and as a joint tenant, Kevin Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Kuntzman Family LLC, Kurt B. Palmer, Laura Ann Smith in her capacity as Settlor and Trustee for the Laura Ann Smith Revocable Living Trust, Laura Ann Smith Revocable Living Trust, Laura Ann Smith, as Trustee of the Harry Smith Revocable Living Trust and individually, Laura New, in her capacity as executrix of the Estate of Irene Whitman, Laura W. New, in her capacity as Trustee for the James M. New Trust dtd 3/19/01, Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Lee Hirsch, as joint tenant, and as an individual, Leslie Ehrlich f/k/a Leslie Harwood, individually and in her capacity as joint tenant with rights to survivorship, Lindsay A. Shapiro, Lisa Beth Nissenbaum, Lisa Beth Nissenbaum Trust, Margaret Unflat, individually and as joint tenant, Mark Horowitz, Marlene Krauss, Marshall Zieses, Martin Harnick, individually and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, Martin R. Harnick & Steven P. Norton Partners, Maurice Sandler, individually as grantor and beneficiary of and in his capacity as Trustee of The Gloria Albert Sandler and Maurice Sandler Revocable Trust, Michelle Glater, Muriel Epstein, as beneficiary of the Estate of

Seymour Epstein and/or Trusts created by Last Will and Testament of Seymour Epstein, as executor of the Estate of Seymour Epstein and/or trustee of the Trusts created by Last Will and Testament of Seymour Epstein, Myrna L. Kohl, as an individual and as a joint tenant, Neal Kurn, as Trustee for the Lisa Nissenbaum Trust, Neil R. Zieses, Palmer Family Trust, Pamela Harnick, Patsy Di Giulian in her capacity as personal representative of the Estate of Bruno L. Di Giulian, Paul Alpern Residuary Trust, Peggy A. Meisels, in her capacity as Executrix of the Estate of Allen Meisels, Peter D. Kamenstein, Peter Goodman, as Beneficiary of The Jerome Goodman Children's GRAT #1 and as Limited Partner of Goodman Capital Partners L.P., Peter Londa, in his capacity as a Partner in Train Klan, Philip F. Palmedo, Philip Goodman, as Limited Partner of Goodman Capital Partners L.P., Placon2, Plafsky Family LLC Retirement Plan, Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein, RAR Entrepreneurial Fund, LTD., Reid Doral Ashley, a minor, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick RevLiving Trust Dtd 4/6/01, Richard G. Eaton, Rio Jocelyn Breen, as beneficiary of the Article 8.1 Trust created under the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein, Robert F. Ferber, Robert Hirsch, as joint tenant, and as an individual, Robert Plafsky, in his capacity as the personal representative of the Estate of Bernice Plafsky and as Personal Representative of the Estate of Nathan Plafsky, Robert Plafsky, in his capacity as the personal representative of the Estate of Nathan Plafsky, Robert Plafsky, in his capacity as Trustee for the Plafsky Family LLC Retirement Plan, Robert Roman, Robert S. Whitman, Robert Weintraub, individually and in his capacity as personal representative of the Estate of Audrey Weintraub, Roberta Schwartz Trust, Roberta Schwartz, as beneficiary of the Gertrude E. Alpern Revocable Trust, as settlor and beneficiary of the Roberta Schwartz Trust, and in her capacity as trustee of the Roberta SchwartzTrust, Robin L. Shapiro, in her capacity as Trustee for The Eric Nathan Shapiro 1989 Trust, The Emily Lauren Shapiro 1989 Trust, The Julie Beth Shapiro 1989 Trust and The Lindsay Ariel Shapiro 1989 Trust, Ronald Cohen, in his capacity as a Partner of Placon2, Russell L. Dusek, Sandra Guiducci, individually and in her capacity as a General Partner of the Guiducci Family Limited Partnership, Sanford S. Perlman, Sara Seims, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz, Shelburne Shirt Company, Inc., Sloan G. Kamenstein, Stanley Nelson, individually and as joint tenant, Stephen Ehrlich, individually and in his capacity as joint tenant with rights to survivorship, Steven Harnick Revocable Living Trust Dated April 2, 2002, Susan B. Alswager, Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Suzanne Breen, as beneficiary of the Estate of Jacob M. Dick and the Jacob M. Dick Rev Living Trust Dtd 4/6/01, Sylvan Associates LLC f/k/a Sylvan Associates Limited Partnership, The Emily Lauren Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Eric Nathan Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Estate of Allen Meisels, The Estate of Bernice Plafsky, The Estate of James M. Goodman, The Estate of Jordan H. Kart, The Estate of Robert Shervyn Savin, The Gerald and Barbara Keller Family Trust U/A June 2, 1998, The Gloria Albert Sandler And Maurice Sandler Revocable Living Trust, The Harnick Brothers Partnership, The Jerome Goodman Children's GRAT #1, The Jordan H. Kart Revocable Trust, The Julie Beth Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Lindsay Ariel Shapiro 1989 Trust, in its capacity as a Limited Partner of Sylvan Associates Limited Partnership, The Whitman Partnership, Theresa R. Ryan, individually and in her capacities as trustee of Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and the Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated November 20, 1991, Thomas Van Drooge Kissinger, Timothy Helmig, in his capacity as a Partner in Train Klan, Timothy Landres, in his capacity as a Partner in Train Klan, Toby Harwood, Tracy D. Kamenstein, Train Klan, a Partnership, Trust U/A Fourth U/W/O Israel Wilenitz, Trust Under Agreement dated 12/6/99 for the Benefit of Walter and

Eugenie Kissinger, Walter B. Kissinger, Walter B. Kissinger Revocable Trust, Walter Freshman
Revocable Trust, Walter Freshman Trust A, Wayne D. Green, in his capacity as a managing member
of the Kuntzman Family L.L.C, Wendy Landres, in her capacity as a Partner in Train Klan, William D.
Kissinger, Zieses Investment Partnership

Jeffrey L. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
Email: jeffreybernfeld@bernfeld-dematteo.com
Attorney For: Bradermak Equities Corp., Bradermak, Ltd., Estate of Carolyn Miller, Frederic Z.
Konigsberg, Harvey L. Werner Revocable Trust u/a/d 8/31/82 As Amended, Jeffrey R. Werner,
Jeffrey R. Werner 11/1/98 Trust, Jeffrey R. Werner, in his capacity as Co-Trustee for the Harvey L.
Werner Revocable Trust u/a/d 8/31/82, as amended, Ken-Wen Family Limited Partnership,
Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership,
Laurie Riemer, individually and in her capacities as Personl Representative of The Estate of Carolyn
Miller and trustee of the Carolyn Rosen Miller Revocable Trust, Lee Rautenberg, Susan M.
Konigsberg, The Carolyn Rosen Miller Revocable Trust, Violet M. Werner, in her capacity as Trustee
for the Jeffrey R. Werner 11/1/98 Trust, Violet M. Werner, individually and in her capacity as Co-
Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended, Wendy Brown, in her
capacity as a General Partner of the Ken-Wen Family Limited Partnership, Wendy Werner Brown, in
her capacity as Co-Trustee for The Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended

John E. Lawlor
John E. Lawlor
Email: JLaw672@aol.com
Attorney For: APO Health Inc. PSP f/b/o H. Peter Steil, APO Health, Inc. PSP f/b/o Jan Stahl, Buyer's
Alternatives, Inc. PSP f/b/o Jan Stahl, Geri Stahl, H. Peter Steil, Jan Stahl, PJS Trading, Inc. PSP f/b/o
Jan Stahl

Jonathan L. Flaxer
Michael S. Weinstein
Golenbock Eiseman Assor Bell & Peskoe, LLP
Email: jflaxer@golenbock.com
Email: mweinstein@golenbock.com
Attorney For: Joan L. Korn, Robert Korn Revocable Trust, Robert S. Korn, The Korn Family Limited
Partnership

Jonathan S. Pasternak
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: jsp@ddw-law.com
Attorney For:  Minor 1, Minor 3, as general partner of Stefanelli Investors Group and individually,
Anthony E. Stefanelli, Jr., as general partner of Stefanelli Investors Group and individually, Anton
Leroy, as general partner of Stefanelli Investors Group and individually, Barbara Ann Stefanelli, as
general partner of Stefanelli Investors Group and individually, Minor 4, as general partner of
Stefanelli Investors Group and individually, Lisa M. Stefanelli, as general partner of Stefanelli
Investors Group and individually, Mark Stefanelli, as general partner of Stefanelli Investors Group
and individually, Mary Ann Stefanelli, as general partner of Stefanelli Investors Group and
individually, Minor 2, Minor 5, as general partner of Stefanelli Investors Group and individually,
Patricia Moretta, as general partner of Stefanelli Investors Group and individually, Minor 6, as
general partner of Stefanelli Investors Group and individually, Stefanelli Investors Group

Joseph F. Keenan
Law Office of Joseph F. Keenan
Email: jfkeenan@joekeenanlaw.com
Attorney For: Deidre Sweeney, as Executor of the Estate of Armand L. Greenhall, Estate of Armand L. Greenhall

Laurence May
Eiseman, Levine, Lehrhaupt & Kakoyiannis, P.C.
Email: lmay@eisemanlevine.com
Attorney For: 151797 Canada Inc., Judith Pencer

Luke A. Connelly
Winston & Strawn LLP
Email: lconnelly@winston.com
Attorney For: Estate of Muriel B. Cantor, Nancy Atlas, in her capacity as the Personal Representative of the Estate of Muriel B. Cantor, Nancy Atlas, in her capacity as Trustee and Beneficiary of the Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, Robert D. Salem, Trust Fund B U/W Edward F. Seligman F/B/O/ Nancy Atlas

Mark S. Roher
Law Office of Mark S. Roher, P.A.
Email: mroher@markroherlaw.com
Attorney For: Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership

Mary Grace White
Lax & Neville, LLP
Email: mwhite@laxneville.com
Attorney For: Peng Yan, individually and as Executor of the Estate of Armand L. Greenhall

Max Folkenflik
Folkenflik & McGerity
Email: max@fmlaw.net
Attorney For: Janice G. Coppersmith, individually, S. James Coppersmith, individually, Seymour W. Zises in his capacity as trustee, The S. James Coppersmith Charitable Remainder Unitrust

Michael Holzapfel
Stacey L. Meisel
Becker LLC
Email: meholzapfel@becker.legal
Email: slmeisel@beckermeisel.com
Attorney For: Katz Group Limited Partnership, a Wyoming Limited Partnership, KFI Inc., a Wyoming Corporation

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney For: Legacy Capital Ltd.

Stephen Goldstein
Law Offices of Stephen Goldstein

Email: Sgoldlaw@gmail.com
Attorney For: Dancing $ LLC, a Montana limited liability company, Eric Waldman, Srione, LLC, an
Idaho limited liability company

Philip H. Stillman
Stillman & Associates
Email: pstillman@stillmanassociates.com
Attorney For: Dancing $ LLC, a Montana limited liability company, Eric Waldman, Srione, LLC, an
Idaho limited liability company

Richard A. Kirby
Baker & McKenzie LLP
Email: Richard.Kirby@bakermckenzie.com
Attorney For: Edara Partnership, Lanx BM Investments, LLC, Sarah Trust, The Lanx Fund II, LP,
Wolfson Cousins, LP

Richard A. Kirby
FisherBroyles
Email: richard.kirby@fisherbroyles.com
Attorney For: Edara Partnership, Lanx BM Investments, LLC, Sarah Trust, The Lanx Fund II, LP,
Wolfson Cousins, LP

Richard B. Feldman
Rosenberg Feldman Smith LLP
Email: rfeldman@rfs-law.com
Attorney For: Bernard Kessel Inc. Pension Plan and Trust, Estate Of Bernard J. Kessel, Iris Steel, in
her capacity as Trustee of the Bernard Kessel Inc. Pension Plan and Trust and as Executrix of the
Bernard J. Kessel Estate

Richard Yeskoo
Yeskoo Hogan & Tamlyn LLP
Email: Yeskoo@yeskoolaw.com
Attorney For: Joan L. Fisher, Joan L. Fisher Partners, Peter B. Madoff, in his Capacity as Trustee of
the Trust U/A VI of the Will of Gladys C. Luria f/b/o Joan L. Fisher and Trustee of the Trust U/A VII
of the Will of Gladys C. Luria f/b/o Joan L. Fisher, The Trust U/A VI of the Will of Gladys C. Luria
f/b/o Joan L. Fisher, The Trust U/A VII of the Will of Gladys C. Luria f/b/o Joan L. Fisher

Robert Rich
Hunton Andrews Kurth LLP
Email: rrich2@HuntonAK.com
Attorney For: Edward A. Zraick, Jr., individually, as joint tenant and as personal representative of
the Estate of Lorraine Zraick, Estate of Lorraine Zraick, Karen M. Rich, individually and as joint
tenant, Nancy Zraick, individually and as joint tenant, Patricia Zraick DeLuca, individually, as joint
tenant and as personal representative of the Estate of Lorraine Zraick

Steven R. Schoenfeld
DelBello Donnellan Weingarten Wise & Wiederkehr LLP
Email: SRS@ddw-law.com
Attorney For: Minor 1, Minor 3, as general partner of Stefanelli Investors Group and individually,
Anthony E. Stefanelli, Jr., as general partner of Stefanelli Investors Group and individually, Anton

Leroy, as general partner of Stefanelli Investors Group and individually, Barbara Ann Stefanelli, as general partner of Stefanelli Investors Group and individually, Minor 4, as general partner of Stefanelli Investors Group and individually, Estate Of Anthony E. Stefanelli, Estate of Anthony E. Stefanelli, Lisa M. Stefanelli, as general partner of Stefanelli Investors Group and individually, Mark Stefanelli, as general partner of Stefanelli Investors Group and individually, Mary Ann Stefanelli, as general partner of Stefanelli Investors Group and individually, Minor 2, Minor 5, as general partner of Stefanelli Investors Group and individually, Patricia Moretta, as general partner of Stefanelli Investors Group and individually, Patricia Moretta, solely in her capacity as personal representative of the Estate of Anthony E. Stefanelli, Patricia Moretta, solely in her capacity as personal representative of the Estate of Anthony E. Stefanelli, Minor 6, as general partner of Stefanelli Investors Group and individually, Stefanelli Investors Group

**Notices of Appearance**

Luke A. Connelly
Winston & Strawn LLP
Email: lconnelly@winston.com