大成 **DENTONS**

Carole Neville
Senior Counsel

carole.neville@dentons.com
D  +1 212 768 6889

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

大成 Salans FMC SNR Denton McKenna Long
dentons.com

November 16, 2018

**By Hand**

Honorable Judge Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:   In re Bernard L. Madoff - Case No. 08-01789 (SMB)
      Irving H. Picard v. Michael Mann, et al. - Adv. Pro. No. 10-04390 (SMB)

Dear Judge Bernstein:

As you are aware, Dentons filed a *(A) Notice of Motion and Motion to Withdraw the Reference (B) Defendants' Memorandum of Law in Support of Motion to Withdraw the Reference Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011 and (C) Declaration Of Carole Neville In Support of Defendants' Memorandum of Law in Support of Motion to Withdraw the Reference Pursuant to 28 U.S.C. § 157(d) and Fed. R. Bankr. P. 5011* in connection with the above-referenced adversary proceeding. The matter is now pending before Judge Broderick in the United States District Court as *Irving H. Picard v. BAM L.P.* et al., 18-cv-09916 (VSB) and a briefing schedule has been ordered. The Trustee's response is due on November 30, 2018 and the Defendants' reply is due on December 17, 2018.

In view of the schedule set by the District Court, I respectfully request that the Court continue the trial of the adversary proceeding scheduled for December 3, 2018 pending the outcome of the motion. I apologize for any delay in requesting this continuance.

Sincerely,

*/s/ Carole Neville*

Carole Neville

cc:   Nicholas J. Cremona, Esq.

*[Handwritten note:]* Absent the Trustee's consent, the defendant must move for a stay. See Fed. R. Bankr. P. 5011(c).

SO ORDERED: 11/16/18

SMB
USBJ