**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>STEFANELLI INVESTORS GROUP, et al.,<br><br>       Defendants. | Adv. Pro. No. 10-05255 (SMB) |

**EIGHTH AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: January 25, 2016.

2. Fact Discovery shall be completed by: February 28, 2019.

3. The Disclosure of Case-in-Chief Experts shall be due: April 29, 2019.

4. The Disclosure of Rebuttal Experts shall be due: June 3, 2019.

5. The Deadline for Completion of Expert Discovery shall be: June 28, 2019.

6. The Deadline for Service of a Notice of Mediation Referral shall be: On or before July 5, 2019.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before July 19, 2019.

8. The Deadline for Conclusion of Mediation shall be: On or before November 15, 2019.

[*Remainder of Page Intentionally Left Blank*]

Dated: New York, New York
November 19, 2018

| | |
|---|---|
| BAKER & HOSTETLER LLP | DELBELLO DONNELLAN WEINGARTEN WISE & WIEDERKEHR, LLP |
| /s/ *Keith R.Murphy* | /s/ *Steven R. Schoenfeld* |
| David J. Sheehan | Steven R. Schoenfeld |
| Email: dsheehan@bakerlaw.com | Jonathan S. Pasternak |
| Keith R. Murphy | One North Lexington Avenue |
| Email: kmurphy@bakerlaw.com | White Plains, New York 10601 |
| Maximillian Shifrin | Telephone: (914) 681-0200 |
| Email: mshifrin@bakerlaw.com | Facsimile: (914) 684-0288 |
| 45 Rockefeller Plaza | |
| New York, NY 10111 | *Attorneys for Defendants* |
| Telephone: (212) 589-4200 | |
| Facsimile: (212) 589-4201 | |

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and for the Estate of Bernard L.
Madoff*