# EXHIBIT 1

[*PROPOSED*] ORDER GRANTING TRUSTEE'S MOTION *IN LIMINE*
NUMBER 1 TO ADMIT PLEA ALLOCUTIONS OF
BERNARD L. MADOFF AND BLMIS EMPLOYEES

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                      Plaintiff,<br><br>v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>                      Defendants. | Adv. Pro. No. 10-04390 (SMB) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION
IN LIMINE NUMBER 1 TO ADMIT PRIOR TESTIMONY
OF BERNARD L. MADOFF AND BLMIS EMPLOYEES**

Upon consideration of the Trustee's Motion *in Limine* Number 1 To Admit The Testimony of Bernard L. Madoff and BLMIS Employees (the "Motion") dated November 19, 2018, ECF No. ___, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), the Declaration of Dean D. Hunt in Support of the Motion dated November 19, 2018, ECF No. ___; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given;

and a hearing having been held on the Motion on \_\_\_\_ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel at the Hearing and the record in this case; and for the reason set forth in the transcript of the Hearing on the Motion, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the criminal plea allocution of Bernard L. Madoff in *United States v. Madoff*, No. 09-CR-213 (DC) (S.D.N.Y.), as presented in the Declaration of Dean D. Hunt in Support of the Motion as Exhibit 1, is hereby admissible in the above-referenced adversary proceeding; and it is further

**ORDERED**, that the criminal plea allocution of Frank DiPascali in *United States v. DiPascali*, No. 09-CR-764 (RJS) (S.D.N.Y.), as presented in the Declaration of Dean D. Hunt in Support of the Motion as Exhibit 2, is hereby admissible in the above-referenced adversary proceeding; and it is further

**ORDERED**, that the criminal plea allocution of David Kugel in *United States v. Kugel*, No. 10-CR-228 (LTS) (S.D.N.Y.), as presented in the Declaration of Dean D. Hunt in Support of the Motion as Exhibit 3, is hereby admissible in the above-referenced adversary proceeding; and it is further

**ORDERED**, that the criminal plea allocution of Irwin Lipkin in *United States v. Lipkin*, No. 10-CR-228 (LTS) (S.D.N.Y.), as presented in the Declaration of Dean D. Hunt in Support of the Motion as Exhibit 4, is hereby admissible in the above-referenced adversary proceeding; and it is further

**ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this order

Dated: New York, New York
_____, 2018

_____
**HONORABLE STUART M. BERNSTEIN**
**United States Bankruptcy Judge**

3