# EXHIBIT 2

[*PROPOSED*] ORDER GRANTING TRUSTEE'S
MOTION *IN LIMINE* NUMBER 2 TO CONFIRM ALL
REQUESTS FOR ADMISSION AS DEEMED ADMITTED

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BAM L.P., MICHAEL MANN, MERYL MANN Defendants. | Adv. Pro. No. 10-04390 (SMB) |

**[PROPOSED] ORDER CONFIRMING ALL
REQUESTS FOR ADMISSION AS DEEMED ADMITTED**

Upon consideration of the Trustee's Motion *in Limine* Number 2 To Confirm All Requests For Admission As Deemed Admitted (the "Motion") dated November 19, 2018, ECF No. ___, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa *et seq.*, and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), the Declaration of Dean D. Hunt in Support of the Motion dated November 19, 2018, ECF No. ___; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the Motion on ____ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel at the Hearing and the record in this case; and for the reason set forth in the transcript of the Hearing on the Motion, **IT IS HEREBY**:

**ORDERED** that the Court confirms that the Trustee's Requests for Admission served on Defendants are deemed admitted; and it is further

**ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this order

Dated: November __, 2018
      New York, New York

                                                   /s/_____
                                                   HONORABLE STUART M. BERNSTEIN