# EXHIBIT 7

| | |
|---|---|
| **From:** | Neville, Carole |
| **To:** | Maytal, Anat |
| **Cc:** | Rog, Joshua B.; Hirschfield, Marc E. |
| **Subject:** | RE: Picard v. BAM, L.P. et al., Adv. Pro. No. 10-04390 (SMB) |
| **Date:** | Wednesday, September 16, 2015 2:19:19 PM |
| **Attachments:** | image002.png |
| | image003.gif |

Let me look this over. There was a stipulation dismissing certain of these defendants as subsequent transferees, which would obviate some of your objections. I had asked to push out the discovery and you refused but I am happy to consent.



Carole Neville

D +1 212 768 6889 | M +1 917 583 6272 | US Internal 16889
carole.neville@dentons.com
Bio | Website
Assistant: Janice M. Castillo

Dentons US LLP
1221 Avenue of the Americas, New York, NY 10020-1089

Salans FMC SNR Denton McKenna Long

Dentons is a global legal practice providing client services worldwide through its member firms and affiliates. This email may be confidential and protected by legal privilege. If you are not the intended recipient, disclosure, copying, distribution and use are prohibited; please notify us immediately and delete this copy from your system. Please see dentons.com for Legal Notices.

**From:** Maytal, Anat [mailto:amaytal@bakerlaw.com]
**Sent:** Wednesday, September 16, 2015 2:14 PM
**To:** Neville, Carole
**Cc:** Rog, Joshua B.; Hirschfield, Marc E.
**Subject:** Re: Picard v. BAM, L.P. et al., Adv. Pro. No. 10-04390 (SMB)

Dear Ms. Neville,
We are following up regarding the attached discovery deficiencies letters that we've previously sent to you. Unfortunately, you have not responded to these letters in any way or form. According to the current case management notice on file, the deadline for the completion of expert discovery is within a month, October 9, 2015. We are open to discussing these deficiencies further, and perhaps re-visit our earlier discussions as to the proposed transfers stipulation, which would resolve most if not all of the issues with the deficiencies. To that end, we propose a new case management schedule, pushing out the end of expert discovery and the remaining dates, at least another 60 days. Please let us know what you think. We'd prefer to resolve this without court involvement, but we are prepared to bring this before Judge Bernstein if needed.
Thank you,

Anat Maytal

My Bio | Web site | vCard

| | |
|---|---|
| T 212.847.2813 | **Anat Maytal** |
| F 212.589.4201 | amaytal@bakerlaw.com |
| www.bakerlaw.com | |

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.