08-01789-cgm Doc 18219-4 Filed 11/20/18 Entered 11/20/18 19:30:50 Exhibit 4:
Notice of Trustees Determination of Claim Form Pg 1 of 3

08-01789-smb Doc 8-8 Filed 12/21/08 Entered 12/21/08 29:20:29 Exhibit G
Claim Determination Form (Exhibit G to Motion for Entry of Claims Pro Pg 1 of 3

# EXHIBIT G

08-01789-cgm Doc 828-8 Filed 12/21/08 Entered 12/21/08 29:28:29 Exhibit G
Claim Determination Form (Exhibit G to Motion for Entry of Claims Pro Pg 2 of 3

**EXHIBIT G**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

## DECEMBER 11, 2008

### NOTICE OF TRUSTEE'S DETERMINATION OF CLAIM

(Date)

(Name of Claimant) _____

(Address) _____

Dear Claimant:

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC is being conducted by Irving H. Picard, Esq., Trustee, pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee has made the following determination regarding your claim designated as Claim Number _____:

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge James M. Peck, you **MUST** file your written opposition, setting forth the grounds for your disagreement and attaching copies of any documents in support of your position, with the United States Bankruptcy Court **and** the Trustee within THIRTY DAYS after _____, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a

08-01789-cgm Doc 8-8 Filed 12/21/08 Entered 12/21/08 23:28:29 Exhibit G -
Claim Determination Form (Exhibit G to Motion for Entry of Claims Pro Pg 3 of 3

hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

> Clerk of the United States Bankruptcy Court for
> the Southern District of New York
> One Bowling Green
> New York, New York 10004
>
> and
>
> Irving H. Picard, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, New York 10011

> _____(Signature of Trustee)_____
> Irving H. Picard, Esq.
>
> Trustee for the Liquidation of the Business of
> Bernard L. Madoff Investment Securities LLC