**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

Hearing Date: November 28, 2018
Hearing Time:  10:00 a.m. (EST)
Objections Due: November 20, 2018
Objection Time:  4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## CERTIFICATE OF NO OBJECTION TO
## TWENTY-FIFTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF
## CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. § 78aaa *et seq*., and the chapter 7 estate of Bernard L. Madoff, by and

through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1.      On October 25, 2018, the Trustee filed the Twenty-Fifth Omnibus Motion to Overrule Objections of Claimants Who Invested More than they Withdrew (the "Motion") (ECF No. 18117), together with the Declaration of Vineet Sehgal (ECF No. 18118) in support of the Motion.

2.      The deadline for filing objections to the Motion expired on November 20, 2018 at 4:00 p.m.

3.      Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) claimants listed in Exhibit B annexed to the Motion (the "Claimants"); (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560) (the "Notice Procedures Order"); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New York; and (vii) the Securities Investor Protection Corporation, pursuant to the Notice Procedures Order.

4.      Counsel for the Trustee reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion, and Exhibit A thereto, will be submitted to the Court along with this certificate.

6.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing, but notes that the Claimants subject to the Motion are

both *pro se* and represented by counsel.


Dated: New York, New York                   Respectfully submitted,
       November 26, 2018

                                    */s/ David J. Sheehan*
                                    David J. Sheehan
                                    Email: dsheehan@bakerlaw.com
                                    Nicholas J. Cremona
                                    Email: ncremona@bakerlaw.com
                                    Jorian L. Rose
                                    Email: jrose@bakerlaw.com
                                    Amy E. Vanderwal
                                    Email: avanderwal@bakerlaw.com
                                    Jason I. Blanchard
                                    Email: jblanchard@bakerlaw.com
                                    **Baker & Hostetler LLP**
                                    45 Rockefeller Plaza
                                    New York, New York  10111
                                    Tel: (212) 589-4200
                                    Fax: (212) 589-4201

                                    *Attorneys for Irving H. Picard, Trustee for the*
                                    *Substantively Consolidated SIPA Liquidation*
                                    *of Bernard L. Madoff Investment Securities LLC*
                                    *and the Chapter 7 Estate of Bernard L. Madoff*