# **EXHIBIT A**

Exhibit A: Good Faith Actions with Open Fact Discovery as of November 26, 2018

|    | APN | Case Nickname | Counsel |
|----|-----|---------------|---------|
| 1  | 10-04341 | Marden, et al. | Pryor Cashman LLP |
| 2  | 10-04343 | Patrice Auld, et al. | Pryor Cashman LLP |
| 3  | 10-04348 | Marden Family Limited Partnership, et al. | Pryor Cashman LLP |
| 4  | 10-04361 | Harvey L. Werner Revocable Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 5  | 10-04384 | Lanx BM Investments, LLC, et al. | FisherBroyles |
| 6  | 10-04417 | The Lustig Family 1990 Trust, et al. | Binder & Schwartz LLP |
| 7  | 10-04468 | Ken-Wen Family Limited Partnership, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 8  | 10-04554 | David Ivan Lustig | Binder & Schwartz LLP |
| 9  | 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. | Bernfeld, DeMatteo & Bernfeld, LLP |
| 10 | 10-04592 | Anthony E. Stefanelli | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 11 | 10-05048 | Estate of Armand L. Greenhall, et al. | Law Office of Joseph F. Keenan Lax & Neville, LLP |
| 12 | 10-05118 | Charlotte M. Marden | Pryor Cashman LLP |
| 13 | 10-05168 | Bernard Marden Profit Sharing Plan, et al. | Pryor Cashman LLP |
| 14 | 10-05194 | Bruce D. Pergament, et al. | Pryor Cashman LLP |
| 15 | 10-05255 | Stefanelli Investors Group, et al. | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 16 | 10-05394 | Richard M. Glantz, et al. | Law Office of Richard E. Signorelli |
| 17 | 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer | Pryor Cashman LLP |