# **EXHIBIT 1**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>          Plaintiff,<br><br>v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A ATTACHED HERETO,<br><br>         Defendants. | Adv. Pro. Nos. listed on Exhibit A Attached Hereto |

**[PROPOSED] ORDER AUTHORIZING THE DEPOSITION OF FEDERAL PRISONER ANNETTE BONGIORNO**

On November 26, 2018, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § § 78aaa *et seq.* ("SIPA"), and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his counsel, filed a Motion and Memorandum of Law For Orders Authorizing the Depositions of Federal Prisoners Annette Bongiorno, Daniel Bonventre, and Joann Crupi (the "Motion"), ECF No. _____. The Motion sought, *inter alia*, an order pursuant to Federal Rule of Civil Procedure 30, applicable to

this proceeding under Rule 7030 of the Federal Rules of Bankruptcy Procedure, to depose Ms. Annette Bongiorno.

The Court heard argument on the Trustee's Motion on December 19, 2018.

For the reasons stated on the record, it is hereby **ORDERED** that:

1. Ms. Bongiorno's deposition is authorized;

2. The warden of the Federal Correctional Institution Coleman located in Sumterville, Florida, is hereby directed to produce Annette Bongiorno, a prisoner with Federal Bureau of Prisons Register # 96064-004, at the warden's office or elsewhere within the facility at a date and time to be determined at the discretion of the warden but not later than February 28, 2019. In accordance with Federal Rule of Civil Procedure 30(b), the deposition will be taken before a notary public or other person duly authorized by law to administer oaths and will be recorded by video and/or stenographically;

3. Counsel from the following law firms may attend the deposition of Ms. Bongiorno: (1) Baker Hostetler LLP, as counsel for the Trustee; and (2) Pryor Cashman LLP, Bernfeld, DeMatteo & Bernfeld, LLP, FisherBroyles, Binder & Schwartz LLP, Clifford Chance U.S. LLP, DelBello Donnellan Weingarten Wise & Wiederkehr LLP, Law Office of Joseph F. Keenan, Lax & Neville LLP, and Law Office of Richard E. Signorelli as counsel for certain defendants ("Defendants' Counsel"). No other appearances are authorized;

4. Except for any counsel that may appear on Ms. Bongiorno's behalf, only two attorneys for the Trustee may appear at the deposition; only two attorneys from the Defendants' Counsel may appear; no other appearances are authorized;

5. The Trustee's Counsel shall have the opportunity to commence Ms. Bongiorno's examination at deposition, Defendants' Counsel shall then have the opportunity to examine Ms.

2

Bongiorno, and the parties then will have the opportunity respectively to conduct any additional re-direct or re-cross examinations as they deem necessary; the Trustee's counsel shall be permitted to examine Ms. Bongiorno for a total of seven (7) hours and Defendants' Counsel shall be permitted to examine Ms. Bongiorno for a total of seven (7) hours; no further questioning is authorized without written leave of court;

6. The Court, in its discretion, may impose sanctions on any person or entity that violates any provision of this Order; and

7. This Court shall retain exclusive jurisdiction over the enforcement, implementation, and interpretation of this Order.

Dated: New York, New York
_____, 2018

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

# EXHIBIT A

Exhibit A: Good Faith Actions with Open Fact Discovery as of November 26, 2018

|    | APN      | Case Nickname                                                          | Counsel                                               |
|----|----------|------------------------------------------------------------------------|-------------------------------------------------------|
| 1  | 10-04341 | Marden, et al.                                                         | Pryor Cashman LLP                                     |
| 2  | 10-04343 | Patrice Auld, et al.                                                   | Pryor Cashman LLP                                     |
| 3  | 10-04348 | Marden Family Limited Partnership, et al.                              | Pryor Cashman LLP                                     |
| 4  | 10-04361 | Harvey L. Werner Revocable Trust, et al.                               | Bernfeld, DeMatteo & Bernfeld, LLP                    |
| 5  | 10-04384 | Lanx BM Investments, LLC, et al.                                       | FisherBroyles                                         |
| 6  | 10-04417 | The Lustig Family 1990 Trust, et al.                                   | Binder & Schwartz LLP                                 |
| 7  | 10-04468 | Ken-Wen Family Limited Partnership, et al.                             | Bernfeld, DeMatteo & Bernfeld, LLP                    |
| 8  | 10-04554 | David Ivan Lustig                                                      | Binder & Schwartz LLP                                 |
| 9  | 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al.                                | Bernfeld, DeMatteo & Bernfeld, LLP                    |
| 10 | 10-04592 | Anthony E. Stefanelli                                                  | DelBello Donnellan Weingarten Wise & Wiederkehr LLP   |
| 11 | 10-05048 | Estate of Armand L. Greenhall, et al.                                  | Law Office of Joseph F. Keenan Lax & Neville, LLP     |
| 12 | 10-05118 | Charlotte M. Marden                                                    | Pryor Cashman LLP                                     |
| 13 | 10-05168 | Bernard Marden Profit Sharing Plan, et al.                             | Pryor Cashman LLP                                     |
| 14 | 10-05194 | Bruce D. Pergament, et al.                                             | Pryor Cashman LLP                                     |
| 15 | 10-05255 | Stefanelli Investors Group, et al.                                     | DelBello Donnellan Weingarten Wise & Wiederkehr LLP   |
| 16 | 10-05394 | Richard M. Glantz, et al.                                              | Law Office of Richard E. Signorelli                   |
| 17 | 10-05439 | Avram J. Goldberg, individually and in his capacity as trust officer   | Pryor Cashman LLP                                     |