**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 28, 2018 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04390; Picard v. Mann**

    A.  Defendants' Memorandum of Law in Support of (A) an Expedited Hearing and (B) Motion for Stay of Trial Pursuant to Rule 5011(c) Pending Ruling by the

   District Court on Defendants' Motion to Withdraw the Reference (Filed 11/20/2018) [ECF No. 121-1]

 B. Declaration of Carole Neville Pursuant to Local Rule 9077-1 in Support of Order to Show Cause Scheduling a Hearing on Shortened Notice on the Defendants' Motion Pursuant to Rule 5011(c) Staying the Proceedings in the Bankruptcy Court (Filed 11/20/2018) [ECF No. 122]

**Objections Due:** November 27, 2018

**Objections Filed:**

 C. Trustee's Memorandum of Law in Opposition to Motion for a Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by District Court on Defendants' Motion to Withdraw the Reference (Filed 11/27/2018) [ECF No. 127]

 D. Declaration of Nicholas J. Cremona in Support of Trustee's Memorandum of Law in Opposition to Motion for a Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by District Court on Defendants' Motion to Withdraw the Reference (Filed 11/27/2018) [ECF No. 128]

**Related Documents:**

 E. Order to Show Cause (Filed 11/20/2018) [ECF No. 123]

**Status:** This matter is going forward.

2. **10-04390; Picard v. Mann**

 A. Letter to the Honorable Stuart M. Bernstein Regarding Logistical Trial Matters (Submitted to Chambers 11/21/2018)

**Status:** This matter is going forward.

3. **10-04658, Picard v. Carol Nelson; 10-04377, Picard v. Carol Nelson, et al.**

 A. Letter to the Honorable Stuart M. Bernstein Regarding Scheduling Trial Dates (Filed 11/15/2018) [ECF No. 114], [ECF No. 108]

**Status:** This matter is going forward as a status conference.

4. **08-01789; SIPC v. BLMIS**

 A. Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 9/27/2018) [ECF No. 18040]

4812-9751-0273.1

B.    Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 9/27/2018) [ECF No. 18041]

**Objections Due:**    November 5, 2018

**Objections Filed:**

C.    FGLS Equity LLC's Partial Objection with Respect to its Claim No. 011505 to Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 11/3/2018) [ECF No. 18155]

**Related Documents:**

D.    Stipulation and Order Adjourning the Hearing and Extending the Objection Deadline on the Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew Solely with Respect to FGLS Equity LLC (Filed 10/16/2018) [ECF No. 18072]

E.    Trustee's Reply to the Partial Objection of FGLS Equity LLC to the Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 11/20/2018) [ECF No. 18218]

F.    Declaration of Jason I. Blanchard in Support of the Trustee's Reply to the Partial Objection of FGLS Equity LLC to the Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 11/20/2018) [ECF No. 18219]

G.    Memorandum of Law of the Securities Investor Protection Corporation in Support of Trustee's Reply to the Partial Objection of FGLS Equity LLC to Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 11/21/2018) [ECF No. 18223]

H.    Memorandum Endorsed Order (Filed 11/26/2018) [ECF No. 18227]

I.    FGLS Equity LLC's Sur-Reply in Opposition to Trustee's Twenty-Third Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Filed 11/27/2018) [ECF No. 18237]

**Status:**   This matter is going forward.

Dated:  November 27, 2018
New York, New York

By:   */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4812-9751-0273.1