**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Debtor. | |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Upon the Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists by Deborah H. Renner, of the law firm Baker & Hostetler LLP, and for good cause shown therein, it is hereby,

**ORDERED**, that Ms. Renner is withdrawn as attorney of record for the Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, in the above captioned adversary proceeding (Adv. Pro. No. 08-01789), and it is further,

**ORDERED**, that Ms. Renner be removed from the Court's CM/ECF electronic notice and service lists for the above-captioned adversary proceeding (Adv. Pro. No. 08-01789.

Dated: _____, 2018

                                                               Honorable Stuart M. Bernstein
                                                               United States Bankruptcy Judge