Josephine Wang
General Counsel
SECURITIES INVESTOR PROTECTION
  CORPORATION
1667 K Street, N.W., Suite 1000
Washington, DC  20006
Telephone: 202-371-8300
E-mail: jwang@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, )<br><br>Plaintiff-Applicant, )<br><br>v. )<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, )<br>Defendant. )<br>——————————————— )<br>IN RE: )<br><br>BERNARD L. MADOFF, )<br><br>Debtor. )<br>——————————————— ) | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

<u>**CERTIFICATE OF SERVICE**</u>

I, Kevin H. Bell, hereby certify that on December 3, 2018, I caused true and correct copies of the Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses, to be served upon counsel for those parties who

receive electronic service through ECF and by electronic mail or prepaid regular U.S. Mail, to

those parties as set forth on the attached Schedule A.


_\_\_/s/Kevin H. Bell_____

Kevin H. Bell

<u>Schedule A</u>

**<u>Via U.S. Mail</u>**:

Irving H. Picard, Esq.
David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

Internal Revenue Service
District Director
290 Broadway, 5th Floor
New York, NY 10008

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

**<u>Chapter 7 Trustee</u>**:

Alan Nisselson, Esq.
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, NY 10019

**<u>Securities and Exchange Commission</u>**:

Alistaire Bambach – bambacha@sec.gov
Alexander Mircea Vasilescu - vasilescua@sec.gov
Terri Swanson - swansont@sec.gov
Israel E. Friedman – friedmani@sec.gov
Preethi Krishnamurthy - krishnamurthyp@sec.gov

**<u>United States Attorney for SDNY</u>**:

Marc Litt - marc.litt@usdoj.gov
Lisa Baroni - lisa.baroni@usdoj.gov
Natalie Kuehler - natalie.kuehler@usdoj.gov