UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 29, 2018, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000628)

Executed on December 3, 2018.

_____
Vanessa A. Pogue

Sworn to and subscribed before me this __3__ day of __December__ 2018

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000628**
**11/29/2018**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | BTIG LLC | Attn: Fixed Income Operations | 825 Third Avenue | | New York | NY | 10022 |