**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

National Center For Disability Services (the "Claimant"), having filed an objection (the "Objection," ECF No. 844) to the Trustee's Notice of Determination of Claim respecting the Claimant's customer claim, designated as Claim No. 001183, hereby gives notice that it withdraws such Objection.

Dated:  December 5, 2018                    MEYER, SUOZZI, ENGLISH & KLEIN, P.C.


                                            By: /s/ Jil Mazer-Marino
                                            Jil Mazer-Marino
                                            990 Stewart Avenue, Suite 300
                                            P.O. Box 9194
                                            Garden City, New York 11530-9194
                                            (516) 741-6565

                                            *Counsel for The National Center for Disability*
                                            *Services, Inc.*

4188610