**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>    v.<br><br>MICHAEL MANN, MERYL MANN AND BAM L.P.,<br><br>        Defendants. | Adv. Pro. No. 10-04390 (SMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa–78*lll*, the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the following:

        Nathanael S. Kelley
        Associate General Counsel
        Securities Investor Protection Corporation
        1667 K St., NW, Suite 1000
        Washington, D.C. 20006
        Telephone: (202) 371-8300
        Facsimile: (202) 223-1679
        Email: nkelley@sipc.org

Dated: Washington, D.C.
      December 5, 2017

    /s/ Nathanael S. Kelley
NATHANAEL S. KELLEY
Associate General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Facsimile: (202) 223-1679
Email: nkelley@sipc.org