**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---

IRVING H. PICARD, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and Bernard L. Madoff,

     Plaintiff,

  v.

MICHAEL MANN, MERYL MANN AND BAM
L.P.,

     Defendants.

Adv. Pro. No. 10-04390 (SMB)

---

## NOTICE OF APPEARANCE

   PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor

Protection Act of 1970, 15 U.S.C. §§ 78aaa–78*lll*, the undersigned hereby enters an appearance

for and on behalf of the Securities Investor Protection Corporation and requests that all notices,

pleadings, motions, applications and other documents filed and/or served in this case be sent to

the following:

     Kevin Bell
     Senior Associate General Counsel for Dispute Resolution
     Securities Investor Protection Corporation
     1667 K St., NW, Suite 1000
     Washington, D.C. 20006
     Telephone: (202) 371-8300
     Facsimile: (202) 223-1679
     Email: kbell@sipc.org

Dated: Washington, D.C.
       December 5, 2018

               /s/ Kevin H. Bell
KEVIN H. BELL
Senior Associate General Counsel
 for Dispute Resolution
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Facsimile: (202) 223-1679
Email: kbell@sipc.org