JOSEPHINE WANG
General Counsel
KEVIN H. BELL
Senior Associate General Counsel
 For Dispute Resolution
NATHANAEL S. KELLEY
Associate General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., N.W., Suite 1000
Washington, D.C.  20006
Telephone:  (202) 371-8300
E-mail:    jwang@sipc.org
           kbell@sipc.org
           nkelley@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>   Plaintiff,<br><br>  v.<br><br>MICHAEL MANN, MERYL MANN AND BAM L.P.,<br><br>   Defendants. | Adv. Pro. No. 10-04390 (SMB) |

## CERTIFICATE OF SERVICE

I, Kevin Bell, hereby certify that on December 5, 2018, I caused the Memorandum of Law of the Securities Investor Protection Corporation on the Legal Effect of the Order Withdrawing Claims and Objections with Prejudice and in Support of Motion to Strike the Mann Defendants' Jury Demand, along with a Notice of Appearance for Nathanael S. Kelley and a Notice of Appearance for Kevin H. Bell, to be served, by prepaid United States First Class Mail to the parties listed on the service list attached as Exhibit A.

I further certify that on December 5, 2018, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.

                 _s/ Kevin H. Bell_
                 KEVIN H. BELL

# EXHIBIT A

**Carole Neville**, **Esq.**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089


**Irving H. Picard, Esq.**
BAKER HOSTETLER LLP
45 Rockefeller Plaza
New York, NY  10111