| **CHAITMAN LLP** | Hearing Date: December 19, 2018 |
| Helen Davis Chaitman | Hearing Time: 10:00 a.m. |
| Gregory M. Dexter | |
| hchaitman@chaitmanllp.com | Objection Date: December 12, 2018 |
| gdexter@chaitmanllp.com | |

*Attorneys for Defendants Carol Nelson,*
*Stanley Nelson, and Helen Saren-Lawrence*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant; and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04898 (SMB) |

{00038534 1 }

|  |
|---|
| Plaintiff,<br>v.<br><br>HELENE SAREN-LAWRENCE,<br><br>Defendant. |

### NOTICE OF MOTION TO ADJOURN TRIAL DATES, *SINE DIE*, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16(b)(4)

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the Declaration of Helen Davis Chaitman, Esq. and the exhibits thereto, Defendants Helene Saren-Lawrence, Carol Nelson, and Stanley Nelson, by their undersigned counsel, respectfully move the Court for an entry of an Order adjourning the trial dates in the above captioned adversary proceedings, *sine die,* pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure, before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on December 19, 2018 at 10:00 a.m.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        December 5, 2018

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     Gregory M. Dexter
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114
     hchaitman@chaitmanllp.com
     gdexter@chaitmanllp.com

     *Attorneys for Defendants Carol Nelson,
     Stanley Nelson, and Helen Saren-Lawrence*

{00038534 1 }