**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant; and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04898 (SMB) |
| Plaintiff, | |
| v. | |
| HELENE SAREN-LAWRENCE, | |
| Defendant. | |

{00038537 1 }

# [PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO ADJOURN TRIAL DATES *SINE DIE*, PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 16(b)(4)

Upon consideration of the Motion of Defendants Helene Saren-Lawrence, Carol Nelson and Stanley Nelson for entry of an order adjourning the trial dates in their adversary proceedings *sine die* pursuant to Fed. R. Civ. P. 16(b)(4) (the "Motion) dated December 5, 2018, ECF No. ___, filed by Defendants, the Declaration of Helen Davis Chaitman in Support of the Motion, ECF No.___, and it appearing that good and sufficient notice of the Motion and the relief requested therein having been given, and no other or further notice needing to be given, and a hearing having been held on the Motion on _____ (the "Hearing"), and this Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor it is hereby:

**ORDERED** that the Motion is **GRANTED** and it is further;

**ORDERED** that the trial dates in the above captioned adversary proceedings are adjourned *sine die*.

New York, New York
Dated:

Hon. Stuart M. Bernstein
United States Bankruptcy Judge