**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
Gregory M. Dexter
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants Carol Nelson,*
*Stanley Nelson, and Helen Saren-Lawrence*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant; and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |

{00038538 1 }

| | |
|---|---|
| v.<br><br>CAROL NELSON,<br><br>                    Defendant.<br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br>v.<br><br>HELENE SAREN-LAWRENCE,<br><br>Defendant. | Adv. Pro. No. 10-04898 (SMB) |

# DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am partner with Chaitman LLP, counsel to numerous clawback defendants ("Defendants"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in further support of Defendants', Helen Saren-Lawrence, Carol Nelson and Stanley Nelson, motion to adjourn the trial dates, *sine die*, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the *Amended Initial Disclosures* served by the Trustee from November 21, 2018 through November 28, 2018, in various adversary proceedings.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the *Trustee's Amended Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee*, dated January 13, 2017.

{00038538 1 }

5. Attached hereto as **Exhibit C** is a true and accurate copy of the *Trustee's Initial Disclosures* served on July 15, 2014 in Adversary Proceeding No. 10-04377, *Picard v. Carol and Stanley Nelson;* and Adversary Proceeding No. 10-04658, *Picard v. Carol Nelson.*

6. Attached hereto as **Exhibit D** is a true and accurate copy of the *Trustee's Initial Disclosures* served on July 6, 2015 in Adversary Proceeding No. 10-04898, *Picard v. Helene Saren-Lawrence.*

7. Attached hereto as **Exhibit E** is a true and accurate copy of the *Trustee's Responses and Objections to Defendants' Third Set of Requests for Production of Documents,* dated December 21, 2017.

8. Attached hereto as **Exhibit F** is a true and accurate copy of excerpts of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated November 28, 2018.

9. Attached hereto as **Exhibit G** is a true and accurate copy of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated October 10, 2018.

Dated:  New York, New York
        December 5, 2018

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     Gregory M. Dexter
     hchaitman@chaitmanllp.com
     gdexter@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

     *Attorneys for Defendants Carol Nelson,
     Stanley Nelson, and Helen Saren-Lawrence*

{00038538 1 }