# EXHIBIT G

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-99000-smb

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   In the Matter of:

 6

 7   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

 8

 9            Debtor.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   Adv. Case No. 10-04898-smb

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14   MADOFF INVESTMENT SECURITIES LLC,

15               Plaintiff,

16         v.

17   SAREN-LAWRENCE,

18               Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25
```

```
                                                           Page 2

 1   Adv. Case No.10-04377-smb

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

 4   MADOFF INVESTMENT SECURITIES LLC,

 5                  Plaintiff,

 6           v.

 7   NELSON et al.,

 8                  Defendants.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10   Adv. Case No. 10-04658-smb

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

13   MADOFF INVESTMENT SECURITIES LLC,

14                  Plaintiff,

15           v.

16   NELSON,

17                  Defendants.

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19

20

21

22

23

24

25
```

Page 3

1          United States Bankruptcy Court
2          One Bowling Green
3          New York, NY  10004
4
5          October 10, 2018
6          10:06 AM
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21  B E F O R E :
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:   TL

```
                                                                    Page 4
 1    HEARING re Irving H. Picard, Trustee for the Liquidation of
 2    B v. Saren-Lawrence
 3    Pre-Trial Conference
 4
 5    HEARING re Irving H. Picard, Trustee for the Liquidation of
 6    B v. Nelson et al
 7    Pre-Trial Conference
 8
 9    HEARING re Irving H. Picard, Trustee for the Liquidation of
10    Be v. Nelson
11    Pre-Trial Conference
12
13
14
15
16
17
18
19
20
21
22
23
24
25    Transcribed by:  Sonya Ledanski Hyde
```

Page 5

```
 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER

 4        Attorneys for Trustee

 5        811 Main Street, Suite 1100

 6        Houston, TX 77002

 7

 8   BY:  DEAN D. HUNT

 9        NICHOLAS CREMONA

10

11   CHAITMAN LLP

12        Attorneys for Saren-Lawrence, Nelson, et al, Defendants

13        465 Park Avenue

14        New York, NY 10022

15

16   BY:  HELEN DAVIS CHAITMAN

17

18

19   ALSO PRESENT TELEPHONICALLY:

20

21   DAVID J. SHEEHAN

22

23

24

25
```

Page 6

```
 1                P R O C E E D I N G S
 2            CLERK:  All rise.
 3            THE COURT:  Good morning.  Please be seated.
 4   Madoff.
 5            MR. HUNT:  Good morning, Your Honor.  Dean Hunt,
 6   Nick Cremona for the Trustee.
 7            THE COURT:  Good morning.
 8            MS. DAVIS CHAITMAN:  Helen Davis Chaitman, Your
 9   Honor --
10            THE COURT:  All right.
11            MS. DAVIS CHAITMAN:  -- for the Defendants in the
12   three actions.
13            THE COURT:  I guess we're back to scheduling a
14   trial for these matters, which is what we had done last
15   year, before?
16            MR. HUNT:  Yes, Your Honor.
17            THE COURT:  Okay.
18            MR. HUNT:  We have some file dates to propose, if
19   that's acceptable to the Court.
20            THE COURT:  What dates are you proposing?
21            MR. HUNT:  We believe that these cases can be
22   tried in two to three days.  The days we have available are
23   January 29th through February 1st; February 12th and 13th --
24            THE COURT:  Wait a minute.
25            MR. HUNT:  -- and February 20 through 23rd.
```

```
 1              THE COURT:  Ms. Chaitman?
 2              MS. DAVIS CHAITMAN:  As I have explained to Mr.
 3    Cremona, I can't do those dates.  I've checked with my
 4    clients, and I --
 5              THE COURT:  What dates can you do?
 6              MS. DAVIS CHAITMAN:  The whole month of May is
 7    free, but --
 8              THE COURT:  May is awfully far off.  You can't try
 9    these cases before May?
10              MS. DAVIS CHAITMAN:  Let me explain to you what
11    the issues are, Your Honor.  With respect -- there is three
12    cases.  Two of them involve the Nelsons.  Mrs. Nelson is
13    scheduled to have knee replacement surgery in January, and
14    Mr. Nelson is going to be taking care of her, because --
15              THE COURT:  Okay.
16              MS. DAVIS CHAITMAN:  Okay, so that's -- I don't --
17              THE COURT:  Do they live in New York?
18              MS. DAVIS CHAITMAN:  They live in Manhattan.  But
19    the thing is, Mr. Nelson is 88, Mrs. Nelson is slightly
20    younger.
21              THE COURT:  It's all right.
22              MS. DAVIS CHAITMAN:  I mean, it's -- I can't --
23              THE COURT:  What about Saren-Lawrence?
24              MS. DAVIS CHAITMAN:  Saren-Lawrence is not going
25    to be available in February at all, or January or February
```

1    at all.  The problem that happened of hers is that, for the
2    whole month of April, I have a jury trial in New York
3    Supreme Court, and I have got to prepare for that in March.
4    So, the first block of time that both I and the three
5    clients have free is May.
6              THE COURT:  Why can't we do it at the beginning of
7    March?  It's going to be a two-day trial.
8              MS. DAVIS CHAITMAN:  Well --
9              THE COURT:  I appreciate the issues with the
10   Nelsons, but -- and -- but it sounds like Saren-Lawrence is
11   ready to go, and it's just going to be a two-day trial.
12   When is your trial scheduled for in the Manhattan -- New
13   York Supreme?
14             MS. DAVIS CHAITMAN:  It's in New York Supreme
15   Court in April.  So --
16             THE COURT:  When in April?
17             MS. DAVIS CHAITMAN:  April 15th is the trial, but
18   there's a lot of pre-trial stuff that the Court requires, so
19   it's -- you know, Judge, these cases have been pending for -
20   -
21             THE COURT:  I understand that --
22             MS. DAVIS CHAITMAN:  -- ten years and --
23             THE COURT:  -- and they should have been tried a
24   year ago.  Had I known -- remembered that you filed a Proof
25   of claim, I just would have scheduled it, you know, I would

Page 9

1  have gone ahead with the trials, absent a stay.

2              MS. DAVIS CHAITMAN:  Well --

3              THE COURT:  Look, I'd like to try at least one of

4  these cases.

5              MS. DAVIS CHAITMAN:  Well, it's impossible with

6  the Nelsons, Your Honor.

7              THE COURT:  Okay.

8              MS. DAVIS CHAITMAN:  If you want to do Saren-

9  Lawrence, I'd can --

10             THE COURT:  Yeah, all right, I don't have a

11 problem with the Nelsons.  I appreciate the fact that she's

12 having knee replacement surgery, and they're elderly.

13             MS. DAVIS CHAITMAN:  Yeah, I mean, it's --

14             THE COURT:  But it sounds like Saren-Lawrence can

15 be tried.  How about the January 29th to February 1st date?

16             MS. DAVIS CHAITMAN:  That's really hard for me,

17 Judge.  Can we just do it in March?  Why don't we just pick

18 an early March date?

19             MR. HUNT:  We have to check dates that far out,

20 Your Honor.  That's -- what's that, five months from now?

21             THE COURT:  Well, what do you propose?  She's

22 telling me the Nelsons can't do it.

23             MR. HUNT:  Yeah, that's fine.  Saren-Lawrence in

24 any of those three windows that I mentioned -- I agree it's

25 pretty -- it's going to be pretty short.

Page 10

```
 1                THE COURT:  All right.  What about February 20th
 2    to 23rd?  That's a week later.
 3                MS. DAVIS CHAITMAN:  Okay.
 4                THE COURT:  All right, so let's do Saren-Lawrence
 5    at 10:00.  We'll start on the 20th, we'll see how much time
 6    we need.  You can exchange witness lists and documents a
 7    week before, pre-marked -- the Plaintiff should pre-mark the
 8    documents with numbers, you can pre-mark your documents with
 9    letters, I'd like them in loose leafs, separated by exhibit
10    tabs.  What I'll ask you to do, Mr. Hunt, is get back to
11    your witnesses with available dates in May, starting in May
12    1st.  If you can't agree on dates within the next couple of
13    weeks, let me know and I'll just schedule a conference, all
14    right?  I'll fix dates.
15                MR. HUNT:  Sounds great.  Thank you.
16                MS. DAVIS CHAITMAN:  Okay.
17                THE COURT:  All right?
18                MS. DAVIS CHAITMAN:  Okay.
19                THE COURT:  Thank you.
20                MR. HUNT:  Thank you, Your Honor.
21                MS. DAVIS CHAITMAN:  Just, let me just ask you, in
22    terms of in limine motions, do you have a date by which
23    you'd want us filing?
24                THE COURT:  Well, the rules, you know, the
25    Chamber's rules are 14 days before.
```

Page 11

1          MS. DAVIS CHAITMAN:  Okay.
2          THE COURT:  Sooner is obviously better than later.
3          MS. DAVIS CHAITMAN:  Right.
4          THE COURT:  And later is very bad.
5          MS. DAVIS CHAITMAN:  You mean less than 14 days is
6    very bad?
7          THE COURT:  I think if you'd show up on the day of
8    the trial with an in limine motion, I'll --
9          MS. DAVIS CHAITMAN:  No, no, no, I --
10         THE COURT:  -- I'll hear the evidence.
11         MS. DAVIS CHAITMAN:  Okay.
12         THE COURT:  And don't -- please don't make in
13   limine motions on the basis of relevance or things like
14   that.  You can object in trial.
15         MS. DAVIS CHAITMAN:  Okay.
16         THE COURT:  All right, thank you.
17         MS. DAVIS CHAITMAN:  Thank you so much.
18         (Whereupon these proceedings were concluded at
19   10:12 AM)
20
21
22
23
24
25

```
                                                              Page 12

  1                    C E R T I F I C A T I O N

  2

  3        I, Sonya Ledanski Hyde, certified that the foregoing

  4   transcript is a true and accurate record of the proceedings.

  5

  6

  7

  8   Sonya Ledanski Hyde

  9

 10

 11

 12

 13

 14

 15

 16

 17

 18

 19

 20   Veritext Legal Solutions

 21   330 Old Country Road

 22   Suite 300

 23   Mineola, NY 11501

 24

 25   Date:  October 12, 2018
```

| **0** | **accurate** 12:4 | 10:18,21 11:1,3,5 | **debtor** 1:9 |
|---|---|---|---|
| **08-99000** 1:3 | **actions** 6:12 | 11:9,11,15,17 | **defendants** 1:18 |
| **1** | **adv** 1:11 2:1,10 | **chamber's** 10:25 | 2:8,17 5:12 6:11 |
| **10** 3:5 | **ago** 8:24 | **check** 9:19 | **district** 1:2 |
| **10-04658** 2:10 | **agree** 9:24 10:12 | **checked** 7:3 | **documents** 10:6,8 |
| **10-04898** 1:11 | **ahead** 9:1 | **claim** 8:25 | 10:8 |
| **10004** 3:3 | **al** 2:7 4:6 5:12 | **clerk** 6:2 | **don't** 9:17 11:12 |
| **10022** 5:14 | **appreciate** 8:9 | **clients** 7:4 8:5 | 11:12 |
| **10:00** 10:5 | 9:11 | **concluded** 11:18 | **e** |
| **10:06** 3:6 | **april** 8:2,15,16,17 | **conference** 4:3,7 | **e** 3:21,21 5:1,1 6:1 |
| **10:12** 11:19 | **attorneys** 5:4,12 | 4:11 10:13 | 6:1 12:1 |
| **1100** 5:5 | **available** 6:22 | **country** 12:21 | **early** 9:18 |
| **11501** 12:23 | 7:25 10:11 | **couple** 10:12 | **ecro** 3:25 |
| **12** 12:25 | **avenue** 5:13 | **court** 1:1 3:1 6:3,7 | **elderly** 9:12 |
| **12th** 6:23 | **awfully** 7:8 | 6:10,13,17,19,20 | **et** 2:7 4:6 5:12 |
| **13th** 6:23 | **b** | 6:24 7:1,5,8,15,17 | **evidence** 11:10 |
| **14** 10:25 11:5 | **b** 3:21 4:2,6 | 7:21,23 8:3,6,9,15 | **exchange** 10:6 |
| **15th** 8:17 | **back** 6:13 10:10 | 8:16,18,21,23 9:3 | **exhibit** 10:9 |
| **1st** 6:23 9:15 | **bad** 11:4,6 | 9:7,10,14,21 10:1 | **explain** 7:10 |
| 10:12 | **baker** 5:3 | 10:4,17,19,24 | **explained** 7:2 |
| **2** | **bankruptcy** 1:1 | 11:2,4,7,10,12,16 | **f** |
| **20** 6:25 | 3:1,23 | **cremona** 5:9 6:6 | **f** 3:21 12:1 |
| **2018** 3:5 12:25 | **basis** 11:13 | 7:3 | **fact** 9:11 |
| **20th** 10:1,5 | **beginning** 8:6 | **d** | **far** 7:8 9:19 |
| **23rd** 6:25 10:2 | **believe** 6:21 | **d** 5:8 6:1 | **february** 6:23,23 |
| **29th** 6:23 9:15 | **bernard** 1:7,13 | **date** 9:15,18 | 6:25 7:25,25 9:15 |
| **3** | 2:3,12 | 10:22 12:25 | 10:1 |
| **300** 12:22 | **bernstein** 3:22 | **dates** 6:18,20 7:3 | **file** 6:18 |
| **330** 12:21 | **better** 11:2 | 7:5 9:19 10:11,12 | **filed** 8:24 |
| **4** | **block** 8:4 | 10:14 | **filing** 10:23 |
| **465** 5:13 | **bowling** 3:2 | **david** 5:21 | **fine** 9:23 |
| **7** | **c** | **davis** 5:16 6:8,8 | **first** 8:4 |
| **77002** 5:6 | **c** 5:1 6:1 12:1,1 | 6:11 7:2,6,10,16 | **five** 9:20 |
| **8** | **care** 7:14 | 7:18,22,24 8:8,14 | **fix** 10:14 |
| **811** 5:5 | **case** 1:3,11 2:1,10 | 8:17,22 9:2,5,8,13 | **foregoing** 12:3 |
| **88** 7:19 | **cases** 6:21 7:9,12 | 9:16 10:3,16,18 | **free** 7:7 8:5 |
| **a** | 8:19 9:4 | 10:21 11:1,3,5,9 | **g** |
| **absent** 9:1 | **certified** 12:3 | 11:11,15,17 | **g** 6:1 |
| **acceptable** 6:19 | **chaitman** 5:11,16 | **day** 8:7,11 11:7 | **go** 8:11 |
| | 6:8,8,11 7:1,2,6 | **days** 6:22,22 | **going** 7:14,24 8:7 |
| | 7:10,16,18,22,24 | 10:25 11:5 | 8:11 9:25 |
| | 8:8,14,17,22 9:2,5 | **dean** 5:8 6:5 | |
| | 9:8,13,16 10:3,16 | | |

**good**  6:3,5,7
**great**  10:15
**green**  3:2
**guess**  6:13

**h**

**h**  1:13 2:3,12 4:1 4:5,9
**happened**  8:1
**hard**  9:16
**hear**  11:10
**hearing**  4:1,5,9
**helen**  5:16 6:8
**hon**  3:22
**honor**  6:5,9,16 7:11 9:6,20 10:20
**hostetler**  5:3
**houston**  5:6
**hunt**  5:8 6:5,5,16 6:18,21,25 9:19 9:23 10:10,15,20
**hyde**  4:25 12:3,8

**i**

**impossible**  9:5
**investment**  1:7,14 2:4,13
**involve**  7:12
**irving**  1:13 2:3,12 4:1,5,9
**issues**  7:11 8:9

**j**

**j**  5:21
**january**  6:23 7:13 7:25 9:15
**judge**  3:23 8:19 9:17
**jury**  8:2

**k**

**knee**  7:13 9:12
**know**  8:19,25 10:13,24
**known**  8:24

**l**

**l**  1:7,13 2:3,12
**lawrence**  1:17 4:2 5:12 7:23,24 8:10 9:9,14,23 10:4
**leafs**  10:9
**ledanski**  4:25 12:3 12:8
**legal**  12:20
**letters**  10:9
**limine**  10:22 11:8 11:13
**liquidation**  1:13 2:3,12 4:1,5,9
**lists**  10:6
**live**  7:17,18
**llc**  1:7,14 2:4,13
**llp**  5:11
**look**  9:3
**loose**  10:9
**lot**  8:18

**m**

**m**  3:22
**madoff**  1:7,14 2:4 2:13 6:4
**main**  5:5
**manhattan**  7:18 8:12
**march**  8:3,7 9:17 9:18
**mark**  10:7,8
**marked**  10:7
**matter**  1:5
**matters**  6:14
**mean**  7:22 9:13 11:5
**mentioned**  9:24
**mineola**  12:23
**minute**  6:24
**month**  7:6 8:2
**months**  9:20
**morning**  6:3,5,7

**motion**  11:8
**motions**  10:22 11:13

**n**

**n**  5:1 6:1 12:1
**need**  10:6
**nelson**  2:7,16 4:6 4:10 5:12 7:12,14 7:19,19
**nelsons**  7:12 8:10 9:6,11,22
**new**  1:2 3:3 5:14 7:17 8:2,12,14
**nicholas**  5:9
**nick**  6:6
**no.10-04377**  2:1
**numbers**  10:8
**ny**  3:3 5:14 12:23

**o**

**o**  3:21 6:1 12:1
**object**  11:14
**obviously**  11:2
**october**  3:5 12:25
**okay**  6:17 7:15,16 9:7 10:3,16,18 11:1,11,15
**old**  12:21

**p**

**p**  5:1,1 6:1
**park**  5:13
**pending**  8:19
**picard**  1:13 2:3,12 4:1,5,9
**pick**  9:17
**plaintiff**  1:15 2:5 2:14 10:7
**please**  6:3 11:12
**pre**  4:3,7,11 8:18 10:7,7,8
**prepare**  8:3
**present**  5:19

**pretty**  9:25,25
**problem**  8:1 9:11
**proceedings**  11:18 12:4
**proof**  8:24
**propose**  6:18 9:21
**proposing**  6:20

**r**

**r**  3:21 5:1 6:1 12:1
**ready**  8:11
**really**  9:16
**record**  12:4
**relevance**  11:13
**remembered**  8:24
**replacement**  7:13 9:12
**requires**  8:18
**respect**  7:11
**right**  6:10 7:21 9:10 10:1,4,14,17 11:3,16
**rise**  6:2
**road**  12:21
**rules**  10:24,25

**s**

**s**  5:1 6:1
**saren**  1:17 4:2 5:12 7:23,24 8:10 9:8,14,23 10:4
**schedule**  10:13
**scheduled**  7:13 8:12,25
**scheduling**  6:13
**seated**  6:3
**securities**  1:7,14 2:4,13
**see**  10:5
**separated**  10:9
**sheehan**  5:21
**short**  9:25
**show**  11:7
**slightly**  7:19

| | |
|---|---|
| **smb** 1:3,11 2:1,10<br>**solutions** 12:20<br>**sonya** 4:25 12:3,8<br>**sooner** 11:2<br>**sounds** 8:10 9:14<br>  10:15<br>**southern** 1:2<br>**start** 10:5<br>**starting** 10:11<br>**states** 1:1 3:1<br>**stay** 9:1<br>**street** 5:5<br>**stuart** 3:22<br>**stuff** 8:18<br>**suite** 5:5 12:22<br>**supreme** 8:3,13<br>  8:14<br>**surgery** 7:13 9:12 | **true** 12:4<br>**trustee** 1:13 2:3<br>  2:12 4:1,5,9 5:4<br>  6:6<br>**try** 7:8 9:3<br>**two** 6:22 7:12 8:7<br>  8:11<br>**tx** 5:6 |
| | **u** |
| | **u.s.** 3:23<br>**understand** 8:21<br>**united** 1:1 3:1 |
| | **v** |
| | **v** 1:16 2:6,15 4:2,6<br>  4:10<br>**veritext** 12:20 |
| **t** | **w** |
| **t** 12:1,1<br>**tabs** 10:10<br>**telephonically**<br>  5:19<br>**telling** 9:22<br>**ten** 8:22<br>**terms** 10:22<br>**thank** 10:15,19,20<br>  11:16,17<br>**thing** 7:19<br>**things** 11:13<br>**think** 11:7<br>**three** 6:12,22 7:11<br>  8:4 9:24<br>**time** 8:4 10:5<br>**tl** 3:25<br>**transcribed** 4:25<br>**transcript** 12:4<br>**trial** 4:3,7,11 6:14<br>  8:2,7,11,12,17,18<br>  11:8,14<br>**trials** 9:1<br>**tried** 6:22 8:23<br>  9:15 | **wait** 6:24<br>**want** 9:8 10:23<br>**week** 10:2,7<br>**weeks** 10:13<br>**windows** 9:24<br>**witness** 10:6<br>**witnesses** 10:11 |
| | **x** |
| | **x** 1:4,10,12,19 2:2<br>  2:9,11,18 |
| | **y** |
| | **yeah** 9:10,13,23<br>**year** 6:15 8:24<br>**years** 8:22<br>**york** 1:2 3:3 5:14<br>  7:17 8:2,13,14<br>**younger** 7:20 |

Veritext Legal Solutions
212-267-6868            www.veritext.com            516-608-2400