**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
Gregory M. Dexter
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com
*Attorneys for Defendants Carol Nelson,*
*Stanley Nelson, and Helen Saren-Lawrence*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant; and STANLEY NELSON, individually and as joint tenant, Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, Defendant. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04898 (SMB) |

{00038556 1 }

Plaintiff,

v.

HELENE SAREN-LAWRENCE,
Defendant.

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2018, I caused a true and correct copy of the following

documents:

- Notice of Motion to Adjourn Trial Dates, *Sine Die*, pursuant to Federal Rules of Civil Procedure 16(b)(4);
- Proposed Order;
- Defendants' Memorandum of Law in Support of Motion to Adjourn Trial Dates, *Sine Die*, pursuant to Federal Rule of Civil Procedure 16(b)(4);
- Declaration of Helen Davis Chaitman with Exhibits A – G; and
- Defendants' Memorandum of Law in Response to Order to Show Cause why the two Nelson cases should not be consolidated for trial pursuant to Federal Rule of Civil Procedure 42

to be served upon all parties in this action who receive electronic service through CM/ECF and by

electronic mail and USPS First Class Mail upon the parties listed below:

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan, Esq.
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona, Esq.
Email: ncremona@bakerlaw.com

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, TX 77002
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt, Esq.
Email: dhunt@bakerlaw.com

{00038556 1 }

I declare under penalty of perjury that the foregoing statements are true and correct.


Dated:    December 5, 2018                          _/s/ Helen Davis Chaitman_____
          New York, New York