**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>     Plaintiff,<br><br>     v.<br><br>DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A,<br><br>     Defendants. | **AFFIDAVIT OF SERVICE** |

STATE OF NEW YORK )
          ) ss.:
COUNTY OF NEW YORK )

  EVAN MELLUZZO, being duly sworn, deposes and states:

  I am not a party to this proceeding, I am over 18 years of age and I am employed by Schulte Roth & Zabel LLP.

  On December 10, 2018, deponent served a copy of the Letter dated December 10, 2018

DOC ID - 29678753.1

from Gary Stein to Judge Bernstein in response to the Motion for Orders Authorizing the Depositions of Federal Prisoners Annette Bongiorno, Daniel Bonventre, and Joann Crupi, filed by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff and Exhibits A through G, via electronic transmission through CM/ECF and by regular U.S. Mail upon the parties listed below:

| | |
|---|---|
| David J. Sheehan, Esq. | Kevin Bell, Esq. |
| Stacey A. Bell, Esq. | Securities Investor Protection Corporation |
| Baker & Hostetler LLP | 1667 K Street NW, Suite 1000 |
| 45 Rockefeller Plaza, 11th Floor | Washington, D.C. 20006 |
| New York, New York 10111 | |

/s/ Evan Melluzzo
EVAN MELLUZZO

Sworn to before me this
10th day of December, 2018

/s/ Jamille C. Offutt
Notary Public

Jamille C. Offutt
Notary Public, State of New York
No. 01OF6257779
Qualified in New York County
Commission Expires March 19, 2020