# EXHIBIT B

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x

SECURITIES INVESTOR PROTECTION   :
CORPORATION,                             Adv. Pro. No.
                                 :       08-01789(SMB)
      Plaintiff-Applicant,
                                 :       SIPA LIQUIDATION
      v.
                                 :       (Substantively
BERNARD L. MADOFF INVESTMENT             Consolidated)
SECURITIES, LLC,                 :

      Defendant.                 :
---------------------------------x
In Re:                           :
BERNARD L. MADOFF,               :
      Debtor.                    :
---------------------------------x

IRVING H. PICARD, Trustee        :
for the Liquidation of
Bernard L. Madoff Investment     :
Securities LLC,                          Adv. Pro. No.
                                 :       10-04995(SMB)
      Plaintiff,
                                 :

      v.
                                 :
TRUST U/ART FOURTH O/W/O ISRAEL
WILENITZ, EVELYN BEREZIN         :
WILENITZ, individually, and as
Trustee and Beneficiary of the   :
Trust U/ART FOURTH O/W/O ISRAEL
WILENITZ and SARA SEIMS, as      :
Trustee of the Trust U/Art
Fourth O/W/O Israel Wilenitz,    :

      Defendants.                :
---------------------------------x
                     CONFERENCE
              Monday, November 19, 2018
```

Page 2

```
 1                TRANSCRIPT OF PROCEEDINGS as
 2   reported by NANCY C. BENDISH, Certified Court
 3   Reporter, RMR, CRR and Notary Public of the
 4   States of New York and New Jersey, at JAMS
 5   offices, 620 Eighth Avenue, 34th Floor, New
 6   York, New York on Monday, November 19, 2018,
 7   commencing at 10:23 a.m.
 8
     B E F O R E:
 9
10        HON. FRANK MAAS (RET.), Arbitrator
              fmaas@jamsadr.com
11        JAMS
          620 Eighth Avenue
12        34th Floor
          New York, New York  10018
13
14   A P P E A R A N C E S:
15
          BAKER HOSTETLER LLP
16        45 Rockefeller Plaza
          14th Floor
17        New York, New York  10111-0100
          BY:  MAXIMILLIAN S. SHIFRIN, ESQ.
18               mshifrin@bakerlaw.com
             NICHOLAS J. CREMONA, ESQ.
19               ncremona@bakerlaw.com
          For the Trustee Irving Picard
20
21        CHAITMAN LLP
          465 Park Avenue
22        New York, New York  10022
          BY:  HELEN DAVIS CHAITMAN, ESQ.
23               hchaitman@chaitmanllp.com
             GREGORY M. DEXTER, ESQ.
24               gdexter@chaitmanllp.com
          For the Defendants
25
```

1    that the case management orders permitted.
2                MR. SHIFRIN:  Your Honor, just to
3    respond to that, there are -- the document
4    requests that served as the basis for this
5    dispute years ago was not served timely in every
6    single case.  Specifically there are three cases
7    that are trial ready, the two Nelson cases and
8    the Saren-Lawrence case.  This dispute is not
9    applicable to those cases.
10               MS. CHAITMAN:  Right, except for
11   those three, yeah.  I agree, there are three
12   cases that are trial ready.
13               JUDGE MAAS:  Anything else from
14   either side?
15               MR. SHIFRIN:  I could say more.  I
16   don't want to repeat myself, but just as long as
17   the relief that we're requesting is clear.  Ms.
18   Chaitman's request here is for 30 million
19   documents, that's what she requested in her
20   papers.  I think that should be denied outright,
21   again on the basis of Rule 26 and the March 2017
22   order.
23               We would like something in writing
24   that states the Trustee has complied with all
25   orders given the chronology that we have