# EXHIBIT E

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. Nos. Listed on Exhibit A to Second Set of Requests for Production of Documents served by Chaitman LLP, dated March 22, 2017 |
| v. | |
| DEFENDANTS LIST ON EXHIBIT A TO SECOND SET OF REQUESTS FOR PRODUCTION OF DOCUMENTS SERVED BY CHAITMAN LLP, DATED MARCH 22, 2017, | |
| Defendants. | |

**TRUSTEE IRVING H. PICARD'S RESPONSES AND OBJECTIONS TO**
**DEFENDANTS' SECOND SET OF REQUESTS FOR**
**PRODUCTION OF DOCUMENTS TO THE TRUSTEE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa-78*lll* ("SIPA"), and the estate of Bernard L. Madoff, by and through the Trustee's

counsel, Baker & Hostetler LLP, hereby provides the following Responses and Objections to

Defendants' Second Set of Requests for Production of Documents to the Trustee ("Request" or

"Requests"), served by Defendants ("Defendants") Listed on Exhibit A, in 88 cases[1] ("Adversary

Proceedings"), dated March 22, 2017.

## OBJECTIONS TO DEFINITIONS

1.    The Trustee objects to the term Document in Definition 2 as inconsistent with

Local Rule 26.3(c)(2) of the United States District Court for the Southern District of New York

and this Court insofar as the Definition is far more broad than the definition contained in the

Local Rules.  The Trustee will respond to Requests containing Document as they are defined by

Local Rule 26.3(c)(2).

## OBJECTIONS TO INSTRUCTIONS

2.    The Trustee will respond to these Requests consistent with Rules 26 and 34 of the

Federal Rules of Civil Procedure (as amended on December 1, 2015) (the "Federal Rules"),

Rules 7026 and 7034 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"),

applicable Local Civil Rules of the United States District Court for the Southern District of New

York and this Court (the "Local Rules"), and any applicable orders of the Court, including the

Court's November 10, 2010 Litigation Procedures Order [ECF No. 3141] ("Litigation

Procedures Order") and the Court's June 6, 2011 Litigation Protective Order [ECF No. 4137]

("LPO").

---

[1] The Trustee objects to these Requests as improperly and untimely served in the following 14 cases where fact discovery was closed prior the service date of the Requests on March 22, 2017: *Picard v. Helene Saren-Lawrence*, Adv. Pro. No. 10-04898; *Picard v. Carol Nelson*, Adv. Pro. No. 10-04658; *Picard v. Carol Nelson, et al.*, Adv. Pro. No. 10-04377; *Picard v. Donald A. Benjamin*, Adv. Pro. No. 10-04621; *Picard v. Benjamin T. Heller*, Adv. Pro. No. 10-04367; *Picard v. D. M. Castelli*, Adv. Pro. No. 10-04956; *Picard v. Judd Robbins*, Adv. Pro. No. 10-04503; *Picard v. Robert S. Whitman*, Adv. Pro. No. 10-04614; *Picard v. Allen Meisels*, Adv. Pro. No. 10-04428; *Picard v. Robert Hirsch*, Adv. Pro. No. 10-04740; *Picard v. Zieses Investment Partnership*, Adv. Pro. No. 10-04669; *Picard v. Lisa Beth Nissenbaum*, Adv. Pro. No. 10-04878; *Picard v. Barbara Kotlikoff Harman*, Adv. Pro. No. 10-05130; and *Picard v. Joseph S. Popkin Revocable Trust*, Adv. Pro. No. 10-04712.

## SOURCES OF INFORMATION RELEVANT TO THE CLAIMS AND DEFENSES IN THE TRUSTEE'S POSSESSION, CUSTODY OR CONTROL

1.  Hard-copy documents from the offices of BLMIS, offsite storage used by BLMIS, and other locations ("Hard-Copy BLMIS Documents").

2.  Electronic documents obtained from among approximately 20,000 pieces of media from the offices of BLMIS, offsite storage used by BLMIS, and other locations ("BLMIS Electronic Documents" or "BLMIS ESI").

## I.    BLMIS DOCUMENTS

From the Hard-Copy BLMIS Documents and BLMIS ESI (collectively, "BLMIS Documents"), the Trustee created a searchable electronic database containing approximately 4.7 million Hard-Copy BLMIS Documents and 25 million BLMIS Electronic Documents ("the **BLMIS Searchable Database**"). Defendants do not have direct access to the BLMIS Searchable Database because it contains documents relating to thousands of customers, many of which are not relevant to this proceeding. Instead, the Trustee provides all defendants in these proceedings with documents as described below:

**A.**    **Proof of BLMIS's Fraud and Insolvency:** The Trustee created E-Data Room 1 from documents in the BLMIS Searchable Database as well as some Third-Party Documents. E-Data Room 1 contains documents relevant to the issues of the fraud conducted at BLMIS and its insolvency, and includes documents relating to BLMIS operations, regulatory disclosures, and financial records. *See* **Appendix A** for a description of documents available to Defendants in E-Data Room 1.

**B.**    **BLMIS Core Account Documents:** The Trustee identified and segregated BLMIS core account documents for all customers ("Core Account Documents"). These Core Account Documents include account opening agreements, correspondence to and from BLMIS,

transfer and/or redemption requests, customer statements, Portfolio Management and/or

Portfolio Management Transaction Reports, which contain transaction history, and other

documents that were specific to each account, and/or the Trustee's calculation of net

equity of a particular BLMIS account. Collectively, the Core Account Documents and

the Bank Transfer Documents represent the documents produced to Defendants by the

Trustee with his initial disclosures (the "Initial Disclosure Documents"). *See*

**Appendices** that were produced with the Initial Disclosure Documents for each

Adversary Proceeding.

C.    **Proof of Transfers:** In addition to the Core Account Documents relevant to transfers

described above, the Trustee identified and segregated BLMIS bank account records that

reflect transfers to customers ("Bank Transfer Documents"). Collectively, the Core

Account Documents and the Bank Transfer Documents represent the Trustee's Initial

Disclosure Documents that were produced to Defendants. *See* **Appendices** that were

produced with the Initial Disclosure Documents for each Adversary Proceeding.

D.    **Other Documents:** The Trustee preserved the nearly 20,000 pieces of BLMIS ESI and

millions of pages of BLMIS Hard-Copy Documents in his possession, but did not include

all such documents in the BLMIS Searchable Database. The Trustee did not process or

scan, for example, backup tapes believed to contain redundant data, some floppy disks or

CDs, and broken media. In responding to the Requests, the Trustee does not search for

BLMIS documents outside of the BLMIS Searchable Database. The Trustee will identify

additional BLMIS Documents (meaning other than those described in Paragraphs A and

B) from the BLMIS Searchable Database provided that the parties agree to narrowly

tailored search terms and parameters that target documents relevant to the claims or

4

defenses and proportional to the needs of the case in accordance with Federal Rule 26(b)(1). *See* **Appendix B** for a description of sources of documents in the BLMIS Searchable Database.[2]

## II.    THE SQL DATABASES

Information contained in certain BLMIS Hard-Copy Documents, BLMIS ESI, and certain Third-Party Documents was processed and input into multiple Microsoft Structured Query Language ("SQL") Server tables and databases (the "SQL Databases"). To the extent feasible, the underlying documents used to build the SQL Databases are contained in E-Data Room 1. SQL Databases are used by the Trustee's experts and are available for production to any defendant upon request. Use of the SQL Databases requires some technical expertise. *See* **Appendix C** for the sources of data loaded into the SQL Databases.

### THE TRUSTEE'S OBJECTIONS

1.    **Materials Prepared Post-December 11, 2008:** The Trustee will not produce or log Documents prepared by and/or received by him, his counsel, his professionals and/or other agents from on or after December 11, 2008 that are not relevant and/or are protected by the attorney work product doctrine, the attorney-client privilege, and/or any other applicable privileges or protections ("Materials Prepared Post-December 11, 2008").

2.    **Redundant, Cumulative, and Marginally Relevant Information:** The BLMIS Searchable Database may contain information that is responsive to the Requests but which is redundant, cumulative, or marginally relevant (for example, the defendants' names or account numbers appear on a list of customer names or account numbers and there is no other unique information). The Trustee objects to the identification of this information or Documents to the

---

[2] Certain defendants with proper credentials have direct access to millions of Third-Party Documents in the Trustee's possession. These documents are governed by the Third-Party Data Room Order. Per that Order, the Third-Party Data Rooms are not available to Defendants in these Adversary Proceedings.

extent that such identification is not proportionate to the needs of the case under Federal Rule 26(b)(1) ("Redundant, Cumulative, and Marginally Relevant Information").

    **3.**    **Information Outside the Scope of Relevance:** The Trustee objects to the disclosure of any information or identification of any Documents outside the scope of relevance articulated in Federal Rule 26 and Section 4(G) of the Litigation Procedures Order ("Information Outside the Scope of Relevance").

    **4.**    The Trustee further objects to these Requests to the extent that fact discovery was closed prior to the service of them or is otherwise untimely pursuant to the operative case management order in any of the applicable Adversary Proceedings.[3]

    **5.**    The Trustee objects to the service of these Requests, to the extent they seek Documents relating to the December 20, 2016 deposition testimony of Bernard L. Madoff ("Madoff Deposition"), in any Adversary Proceeding that was not authorized by the Court to participate in the Madoff Deposition.[4]

---

[3] The Trustee objects to these Requests as improperly and untimely served in the following 14 cases where fact discovery was closed prior the service date of the Requests on March 22, 2017: *Picard v. Helene Saren-Lawrence*, Adv. Pro. No. 10-04898; *Picard v. Carol Nelson*, Adv. Pro. No. 10-04658; *Picard v. Carol Nelson, et al.*, Adv. Pro. No. 10-04377; *Picard v. Donald A. Benjamin*, Adv. Pro. No. 10-04621; *Picard v. Benjamin T. Heller*, Adv. Pro. No. 10-04367; *Picard v. D. M. Castelli*, Adv. Pro. No. 10-04956; *Picard v. Judd Robbins*, Adv. Pro. No. 10-04503; *Picard v. Robert S. Whitman*, Adv. Pro. No. 10-04614; *Picard v. Allen Meisels*, Adv. Pro. No. 10-04428; *Picard v. Robert Hirsch*, Adv. Pro. No. 10-04740; *Picard v. Zieses Investment Partnership*, Adv. Pro. No. 10-04669; *Picard v. Lisa Beth Nissenbaum*, Adv. Pro. No. 10-04878; *Picard v. Barbara Kotlikoff Harman*, Adv. Pro. No. 10-05130; and *Picard v. Joseph S. Popkin Revocable Trust*, Adv. Pro. No. 10-04712.

[4] The following cases listed on Exhibit A to the Requests were not included in the Court's Order Authorizing the Deposition of Bernard L. Madoff (ECF. No. 14213) and thus, the Requests were improperly served in these Adversary Proceedings: *Picard v. RAR Entrepreneurial Fund*, Adv. Pro. No. 10-04352; *Picard v. Marlene Krauss*, Adv. Pro. No. 10-04489; *Picard v. Gerald and Barbara Keller Family Trust*, Adv. Pro. No. 10-04539; *Picard v. Felice Perlman*, Adv. Pro. No. 10-04541; *Picard v. Robert F. Ferber*, Adv. Pro. No. 10-04562; *Picard v. The Whitman Partnership*, Adv. Pro. No. 10-04610; *Picard v. Russell Dusek*, Adv. Pro. No. 10-04644; *Picard v. Peter Kamenstein*, Adv. Pro. No. 10-04648; *Picard v. Andrew M. Goodman*, Adv. Pro. No. 10-04709; *Picard v. Carla Ginsburg*, Adv. Pro. No. 10-04753; *Picard v. Betty Cohen*, Adv. Pro. No. 10-04768; *Picard v. Leslie Ehrlich*, Adv. Pro. No. 10-04837; *Picard v. Estate of Steven I. Harnick*, Adv. Pro. No. 10-04867; *Picard v. Edward F. Seligman*, Adv. Pro. No. 10-04885; *Picard v. Savin*, Adv. Pro. No. 10-04889; *Picard v. Train Klan*, Adv. Pro. No. 10-04905; *Picard v. Edyne Gordon*, Adv. Pro. No. 10-04914; *Picard v. The Estate of Leonard Miller*, Adv. Pro. No. 10-05094; *Picard v. Leonard J. Oguss*, Adv. Pro. No. 10-05116; *Picard v. Atwood Management*, Adv. Pro. No. 10-05127; and *Picard v. Plafsky Family*, Adv. Pro. No. 10-05150.

## REQUESTS FOR PRODUCTION

### Request No. 1

All hold harmless and/or indemnification agreements between Bernard L. Madoff and any of the following dating from 1980 on:

    a.    Jeffrey Picower and/or his family members;

    b.    Norman Levy and/or his family members;

    c.    Carl Shapiro and/or his family members;

    d.    Stanley Chais and/or his family members.

### Response to Request No. 1

The Trustee objects to this Request on the grounds that it seeks documents outside the scope of relevance (Objection No. 3). Any purported "hold harmless and/or indemnification agreements" are neither related to any claims or defenses at issue in these Adversary Proceedings nor are they otherwise permitted under Section 4(G) of the Litigation Procedures Order.

The Trustee further objects to this Request to the extent that fact discovery was closed prior to the service of these Requests or is otherwise untimely pursuant to the operative case management order in any of the applicable Adversary Proceedings (Objection No. 4).

Further, the Trustee objects to the service of this Request, which appears to seek Documents that are related to the December 20, 2016 deposition testimony of Bernard L. Madoff, in any adversary proceeding that was not expressly authorized by the Bankruptcy Court to participate in the Madoff Deposition (Objection No. 5).

The Trustee responds that he has conducted a reasonable search that did not yield any agreements responsive to this Request.

**Request No. 2**

All documents relating in any way to the document requested in "1" above.

**Response to Request No. 2**

The Trustee objects to this Request to the extent it calls for Materials Prepared Post-December 11, 2008 (Objection No. 1). The Trustee will not search for, review, or produce such Documents.

In addition, the Trustee objects to this Request to the extent it calls for Redundant, Cumulative, and Marginally Relevant Documents (Objection No. 2). The proportionality standards articulated in Fed. R. Civ. P. 26 do not require the Trustee to produce "all" documents responsive to this Request.

In addition, the Trustee objects to this Request to the extent it seeks documents outside the scope of relevance (Objection No. 3). This Request is not related to any claims or defenses at issue in these Adversary Proceedings, nor is it permitted under Section 4(G) of the Litigation Procedures Order.

The Trustee further objects to this Request to the extent fact discovery was closed prior to the service of these Requests or is otherwise untimely pursuant to the operative case management order in any of the applicable Adversary Proceedings (Objection No. 4).

Further, the Trustee objects to the service of this Request, which appears to seek Documents that are related to the December 20, 2016 deposition testimony of Bernard L. Madoff, in any adversary proceeding that was not expressly authorized by the Bankruptcy Court to participate in the Madoff Deposition (Objection No. 5).

As previously stated, the Trustee conducted a reasonable search that did not yield any

agreements responsive to Request No. 1. As such, there are no Documents responsive to Request

No. 2.

Date: April 25, 2017                        **BAKER & HOSTETLER LLP**
New York, New York


By: */s/ Nicholas J. Cremona*_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
substantively consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the estate of Bernard L. Madoff*

9

## CERTIFICATE OF SERVICE

I hereby certify that a true and accurate copy of the foregoing was served this 25th day of

April, 2017 by certified mail and electronic mail upon the following:

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, NY 10022

*/s/ Cara McGourty*
*An Attorney for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

# Appendix A

# E-Data Room 1

### E-Data Room 1

The following documents are contained in E-Data Room 1:

- Documents related to BLMIS's financial condition;

- Documents related to BLMIS's operations, including the Ponzi scheme;

- BLMIS customer monthly account statements;

- Other BLMIS internal records;

- Transfers of money to, from and within BLMIS; and

- BLMIS's regulatory disclosures.

The documents and data in E-Data Room 1 are organized generally by source, then document type. Some included categories are:

- BLMIS customer monthly account statements and ledgers;

- Data and reports from various electronic sources;

- BLMIS documents and work papers;

- Operational documents;

- FINRA documents;

- Certain documents received from the SEC;

- Some public documents such as plea allocations;  and

- Certain hard-copy documents collected from the three floors in the Lipstick Building and BLMIS's off-site storage locations.

E-Data Room 1 is set up as indicated in the following screenshots (rev. 12/5/2015):











# Appendix B

# BLMIS Searchable Database

## Repositories in the BLMIS Searchable Database

- Active email;
- Active desktops;
- Certain backup data;
- Other hard drives on the 17th floor of the Lipstick Building, including the 17th floor file share; and
- Certain hard-copy account documents from the 17th floor, 18th floor, 19th floor and the basement of the Lipstick Building and off-site storage

## Custodians in BLMIS Searchable Database — Where Identifiable (rev. 12/5/2015)

| EMPLOYER | EMPLOYEE NAME | POSITION |
|---|---|---|
| BLMIS | Abend, Reed | Trader Assistant / OTC Trader |
| BLMIS | Allen, Garrett K. | Trading Asst |
| MSIL | Allen, Peter | Former MSIL Director, Consultant |
| BLMIS | Anderson, Semone G. Blair | Clerk / Annette Dept |
| PRIMEX-1YV, PRIMEX-3HV | Anselmo, Michael J. | Management |
| BLMIS | Arbitrario, Maurice | Network Engineer |
| BLMIS | Arroyo, Richard | Research Assistant, Customer Service (Systems) / A/E |
| BLMIS | Astuto, Toniann | Admin Asst |
| BLMIS | Barutcuoghu, Zafer | |
| BLMIS | Batalion, Sally | |
| BLMIS, MADOFF BROKERAGE & TRADING TECHNOLOGIES | Benetar or Benatar, Michael | Manager |
| BLMIS, PRIMEX-1YV, PRIMEX-3HV | Berkowitz, Herman David | Lawyer, Admin |
| BLMIS | Berkowitz, Peter | Asst Trader / Proprietary Trader |
| COHMAD SECURITIES | Berman, Stanley M. | Broker |
| BLMIS | Birch, Lawrence (Larry) | Sales & Marketing / Client Services |
| BLMIS | Bongiorno, Annette (Argese) | Admin Asst / Secretary / Manager |
| N/a | Bongiorno, Rudy | |
| BLMIS | Bonventre, Daniel | Auditor, Director of Operations |
| BLMIS | Bonventre, John R. | Investment Banking / Clerical / Back Office |
| BLMIS | Bonventre, Peter | Asst Trader |
| BLMIS | Brown, Clive A. | Administration |
| BLMIS | Bruttomesso, Garrett L. | Trader / Proprietary Trader |
| COHMAD SECURITIES | Buccellato, Rosalie | Clerk |
| | Buchanan, Leanne | |
| BLMIS | Buchmueller, Elizabeth | Admin |
| MSIL | Byrom, Matt | Trader |
| BLMIS | Cacas, Eduardo (Ed) Jr. | Business Systems Analyst |
| BLMIS | Camvycis, Thomas | Trader / Proprietary Trader |
| BLMIS | Cancemi, Joann | |
| BLMIS | Caputo, Richard | Network Admin |
| BLMIS | Cardile, Robert | Trader / Systems Analysts |
| BLMIS | Carlson, David | Trader, Admin / Proprietary Trader |
| BLMIS | Carrero, David | Trader, Admin |
| BLMIS, MADOFF BROKERAGE & TRADING TECHNOLOGIES LLC, PRIMEX TRADING | Casanova, Alberto C. (Al) | BLMIS-Management, Primex-Co-Manager |
| BLMIS, PRIMEX-3HV | Chen, Terrence (Xi) | Developer |

| | | |
|---|---|---|
| BLMIS | Clarke, Prunella D. | Admin / Housekeeping |
| BLMIS | Cohn, Leon | Analyst |
| COHMAD SECURITIES | Cohn, Marcia B. | VP-Retail Brokerage |
| BLMIS, COHMAD SECURITIES | Cohn, Maurice Jay (Sonny) | Analyst |
| BLMIS | Colin, Stephani R. | Admin Asst |
| BLMIS | Collado, Ralph | Facilities Mgr |
| BLMIS | Collins, Richard (Rich) | Facilities Mgr |
| BLMIS | Concepcion, Darlene R. Coleman | Secretary, Clerk |
| BLMIS | Connelly, Andrew B. | Comm Tech |
| MSIL | Conway, Simon | |
| BLMIS | Cooper, Jeffrey M. | Asst Trader |
| BLMIS | Copersino, Albert S. | Proprietary Trader |
| BLMIS | Cotellessa-Pitz, Enrica | Controller |
| BLMIS | Coughlin, Edward (Ed) T. | Trader, Management |
| BLMIS | Crupi, JoAnn (Jodi) | Clerical / Manager |
| BLMIS | Curcione, Louis J. III | Trader |
| BLMIS | Cutroneo, Kenneth R. | Asst Trader |
| MSIL | Dale, Christopher (Chris) | Executive Director |
| BLMIS | Damiba, David E. | Proprietary Trader |
| BLMIS | De Lisi or Delisi, Frederick (Fred) | Communications Tech |
| MSIL | Deadman, Peter | Trader |
| BLMIS | Dee, Daniel | Trader |
| BLMIS | Delgado, Iris V. | Administration |
| PRIMEX-3HV | DeMaso, Christopher M. (Chris) | Sales |
| BLMIS | DiPascali, Frank | Manager |
| BLMIS | Distenfeld, Eric Jay | Portfolio Manager |
| BLMIS | Dolinsky, Craig | Trader / A/E |
| BLMIS | Dubler, Scott A. | Proprietary Trader |
| BLMIS | Duffy, Daniel | Listed Trader |
| MSIL | Dupont, Gregoire | |
| BLMIS | Eckhaus, Daniel (Dan) | Systems |
| BLMIS | Eisen, Barry | |
| BLMIS | Esbenshade, Zi Yah | A/E |
| BLMIS | Eversley, Nicholas C. | Programmer |
| BLMIS | Falcone, Robert | Comp Prog |
| BLMIS | Feld, Anthony C. | Proprietary Trader |
| BLMIS | Feng, Charles | Trader |
| BLMIS | Feng, Karl | Assistant Trader |
| MSIL | Fenwick, Julia | Business & Systems Manager |
| BLMIS | Ferraro, Jeffrey (Jeff) | Operations Manager / Back Office |
| BLMIS | Ferraro, Marc | Securities Trader / Back Office / Clerical |
| BLMIS | Flax, Elana Y. | Trader |
| MSIL | Flax, Leon | Executive Director, Director-Finance |
| BLMIS | Fleischman, Barry | Trader / ROBO |
| BLMIS | Fleming, Junior Antonio | Driver, Special |
| BLMIS | Flores, Enrique (Rick) | Senior Order Clerk / Systems Analysts |
| BLMIS | Fong, Kevin | Sr. Software Engineer |
| MSIL | Foster, Adam | |
| MSIL | Frachet, Gilles | Trader |
| BLMIS | Fraga, Carlos | Systems |
| BLMIS | Friedman, Ari | Marketing |

| BLMIS | Friedman, Steven D. (Steve) | Prop Trader |
| BLMIS | Fuller, Tracey L. | Admin |
| BLMIS | Fullerton, Stephanie H. | Lotus Notes Sys. Admin |
| BLMIS | Garcia, Patricio (Pat) | |
| BLMIS, COHMAD SECURITIES | Garcia, Vincent J. | Client Services |
| BLMIS | Gatoff, Danna Beit-Halachmy | |
| BLMIS | Gavlik, Margaret Washburn | Trader, Management |
| MSIL | George, Alastair | Trader |
| BLMIS | Glassman, Brett T. | Asst Trader / Proprietary Trader |
| BLMIS, MADOFF BROKERAGE & TRADING TECHNOLOGIES | Glazer, Michael | Programmer |
| BLMIS | Goldman, Mark S. | Equities Trader |
| BLMIS | Graves, William | Analyst, Trader |
| BLMIS | Green, Ari | Analyst |
| COHMAD SECURITIES | Greenberg, Jonathan B. | Trader |
| MSIL | Grice, Dylan | Trader (still on probation) |
| BLMIS | Gross, Jason M. | Technical Support, Systems |
| BLMIS | Gutman, Robert A. | Proprietary Trader |
| BLMIS | Gutzwiller, Mark G. | Prop Trader |
| MSIL | Hagnesten, Marcus | Trader |
| MADOFF BROKERAGE & TRADING TECHNOLOGIES | Hakker, Martin II | Business analyst |
| BLMIS | Hemrajani, Haresh C. | Computer Tech, Programmer |
| MSIL | Henchey, James | Trader |
| BLMIS | Hendell, Scott | Stock Loan Clerk, Messenger |
| BLMIS | Hoffman or Hoffmann, Brian C. | Trader |
| BLMIS | Hooey, Rolland C. Jr. (Ron) | Traders Assistant / ROBO |
| BLMIS | Horwitz, Daniel A. | Proprietary Trader |
| MSIL | Hughes, Marcus (Marc) | Trader |
| MSIL | Hui, Ying-Ting (William?) | Accountant |
| BLMIS | Hutchinson, Kenneth R. (Kenny) | Programmer |
| BLMIS, PRIMEX TRADING | Ibrahim, Nader | Computer Support |
| BLMIS | Imbruce, Gregg | Proprietary Trader |
| BLMIS | Jackson, Winifier P. (Winnie) | Bookkeeping, Clerk / Annette Dept |
| BLMIS | Jacobson, Jeffrey H. (Jeff) | Assistant Trader / Proprietary Trader |
| COHMAD SECURITIES | Jalon, Cyril D. | Account Executive |
| BLMIS | Jimenez, Anthony | Systems, Technician |
| BLMIS | Joel Burger, Amy | Back Office / Clerical |
| BLMIS | Jones, Belle M. | Admin, Acct Mgr |
| BLMIS | Jones, Richard P. | Trader / A/E |
| BLMIS | Jorgenson, George | Comm. Specialist |
| BLMIS | Kanning, Robert Keith | Assistant Trader / OTC Trader |
| BLMIS | Kay, Stephen | Sales |
| BLMIS | Kelly, Edward M. (Ted) | Customer Service |
| BLMIS | Kelly, John P. | A/E Desk, Customer Service / Client Services |
| BLMIS | Khan, Dorothy | Clerk, Data Entry / Annette Dept |
| BLMIS | King, Seon A. | Storage Clerk |
| BLMIS, MADOFF BROKERAGE & TRADING TECHNOLOGIES LLC | Knapp, Brian | Quality Assurance |
| BLMIS | Koneru, Rajeth | PC Support |
| BLMIS | Koster, Deborah T. | IT Manager, Technician |
| BLMIS | Kramer, Kenneth B. | Trader |

| | | |
|---|---|---|
| PRIME-1YV, PRIMEX-3HV | Kugel, Craig Ian | Management |
| BLMIS | Kugel, David L. | Trader, Manager |
| COHMAD SECURITIES | Kurzrock, Morton D. | Account Executive |
| BLMIS | Lanier, Adam K. | Systems Administrator |
| BLMIS | Larsen, Jean | Receptionist |
| | Lee, Andrew | |
| BLMIS | Lenaghan, Jonathan Thomas | Quant. Analyst, Software Programmer |
| BLMIS | Lipkin, Eric S. | Human Resources, Accounting / Systems Analyst, 401k Administrator, Office & Clerical |
| BLMIS | Lippitt, Matthew | Trader |
| PRIMEX-1YV, PRIMEX-3HV | Loman, Helaine B. | Analyst |
| BLMIS | Lorenzo, Andrew J. | NASDAQ Trader |
| MSIL | Lyons, Stephen (Steve) | Trader |
| BLMIS | Madoff, Andrew H. | Director of Prop Trading |
| BLMIS | Madoff, Bernie | Chairman |
| BLMIS | Madoff, Mark D. | Trader |
| BLMIS | Madoff, Peter B. | Sr. Managing Director |
| N/a | Madoff, Ruth | |
| BLMIS | Madoff, Shana Swanson Skoller | In-house counsel, Management |
| BLMIS | Magnus, Dumarsais | Admin, Filing |
| BLMIS | Marasa, Gaetano (Guy) | Computer technician, network engineer |
| BLMIS?, MSIL? | Marshall, Tony | |
| BLMIS | Mastrangelo, Ralph A. | Computer, Systems |
| BLMIS | Matthews, Jay E. | Asst Trader |
| BLMIS, PRIMEX TRADING | Mayer, Leonard | Admin / Management |
| BLMIS | McGoldrick, John | Trader |
| BLMIS | McGuire, Kevin T. | Proprietary Trader |
| BLMIS | McMahon, Robert | Systems |
| BLMIS | Mehta, Neilay K. | Proprietary Trader |
| BLMIS | Meyer-Mitchell, Merlin | ROBO |
| BLMIS | Michalowski, Richard | Asst Trader |
| BLMIS | Mortenson, Lisa N. | |
| BLMIS | Moses, Michael | Systems |
| BLMIS | Moy, Peter | Engineer, Systems |
| BLMIS | Mui, Alethea | Computer operator, clerical / Annette Dept |
| BLMIS | Nabile, Walid | Technical support, Systems |
| BLMIS | Nano, Glenn A. | Proprietary Trader |
| MSIL | Newing, John | Trader |
| BLMIS | Nunez, Raphael or Rafael | System operator |
| BLMIS | Nunez, William A. (Rodriguez) | Clerk, Systems Operator |
| BLMIS | O'Hara, Jerome T. (Jerry) | Systems analyst |
| BLMIS | Ortiz, Magdalena (Maggie) | Back Office / Clerical |
| BLMIS | O'Toole, Elizabeth (Liz) Tramontano Gocs | A/E |
| BLMIS | Padala, Matthew J. | Client Services |
| BLMIS | Parker, Raymond H. | |
| BLMIS | Peacock, John Pyper, III | Comm. Mgr |
| BLMIS, PRIMEX-1YV, PRIMEX-EHV | Pechatnikov, Yefim | St. Software Developer, Computer programmer |
| MSIL | Pengelly, Charis | Compliance Assist |
| BLMIS | Pennachio, Daniel P. (Dan) | Management / Back Office / Clerical |

| | | |
|---|---|---|
| BLMIS | Perez, George | Programmer analyst / Systems Analysts |
| BLMIS | Perez, Raul G., Jr. | Asst Trader / Client Services |
| BLMIS | Persaud, Sharda Semboo | Clerical |
| BLMIS | Pitt, David A. | Asst Trader |
| BLMIS | Quatrone, Jennifer | Asst Trader |
| BLMIS | Raghunauth, Asha | Clerical |
| COHMAD SECURITIES | Raghunauth, Martha Linda | Secretary |
| MSIL | Raven, Stephen | Executive Director, CEO |
| BLMIS | Reardon, Erin | Asst acct mgr, clerical / Systems Analysts |
| BLMIS | Revels, Matthew | |
| BLMIS | Ringelstein, Daniel August (Danny) | Trader |
| BLMIS | Rosenberger, Jamie Lynn | Proprietary Trader |
| BLMIS | Ross, Richard S. (Rich) | Asst Trader |
| BLMIS | Sanchez, Frankie | Systems technician |
| BLMIS | Sara, B. John Eden | Asst Trader |
| | Savill, Stephen | |
| | Schanker, Herbert | |
| BLMIS | Scharlop, Benjamin H. (Ben) | Programmer technician |
| BLMIS | Schwartz, Robert S. (Bob) | Technician |
| BLMIS | Schwartz, Robin S. | Stock Trader, Listed Trader |
| BLMIS | Shapiro, Stanley | Sales, Analysis, Trader |
| BLMIS | Shaps, Ryan M. | PNS, Back Office / Clerical |
| BLMIS | Sharr, Henry H. | Developer, Oracle DBA, Systems |
| BLMIS | Shaw, Christopher Riley (Chris) | Proprietary Trader |
| BLMIS | Shen, Hong (Sam) | Technician, Systems |
| BLMIS | Sheredos, Robert Y. (Bob) | Computer programmer, Systems |
| BLMIS | Sibbley, Errol C. | Special |
| MSIL | Slater, Annabel | Receptionist |
| BLMIS | Smith, Jeremy Iain | Proprietary Trader |
| BLMIS | Sobel, Richard G. (Rick) | Lawyer |
| BLMIS | Solomon, Elaine R. Covell | Secretary |
| BLMIS | Sondike, Brett A. | Sales / A/E |
| BLMIS | Squillari, Eleanor Plaia | Assistant, Secretary |
| BLMIS | Sroka, Heath B. | Trading Asst / Proprietary Trader, Sales |
| BLMIS | Stampfli, Joshua R. (Josh) | Trader / ROBO |
| MSIL | Stevenson, Malcolm | Executive Director |
| BLMIS | Suazo, Joseph H. (Joe) | Senior Programmer |
| BLMIS | Sullivan, Stefanie A. | Systems |
| BLMIS | Sutton, Kurt E. | Jr. Analyst, Trader |
| BLMIS | Tannenbaum, Michael | Research Assoc. |
| BLMIS | Taratunio, Deborah A. (Debi) | Manager / A/E |
| MSIL | Thomas, Leanne | Settlements Supervisor |
| BLMIS | Tiletnick, Peter G. | Intern A/E, Systems, Trader / Assistant Trader |
| BLMIS | Tiletnick, Walter | Clerk, Management |
| BLMIS, MSIL | Toop, Philip John (Phil) | Securities Trader, Executive Director-MSIL |
| BLMIS | Torres, Elvis R. | Computer Operator |
| BLMIS | Trensky, Michael L. | Trader |
| BLMIS | Tringali, Barbara | Back Office / Clerical |
| BLMIS | Tsinkelis, John E. | Unix Administrator |
| BLMIS | Tsuchida, Kathryn | Researcher/ Proprietary Trader |

| | | |
|---|---|---|
| MSIL | Tunak, Kevin | Computer Consultancy |
| FRANJEAN AT SEA LTD | Tuvyman, Christopher | |
| BLMIS | Vaccaro, Andrew | Asst Trader |
| MSIL | Verde, Francesco | Trader |
| BLMIS | Vicinelli, Paolo A. | Proprietary Trader |
| BLMIS | Viggiano, Paul L. | Market Maker |
| MSIL | Vines, Tim | Operations & Settlements Manager |
| BLMIS | Voigt, Hendrik M. | Asst Trader / Proprietary Trader |
| BLMIS | Vollerston or Vollersten or Vollertsen or Vollertsten, Joshua | Trader Assistant |
| BLMIS | Ward, Laurence Curtis (L. Curtis) | Asst Trader / Proprietary Trader |
| BLMIS | Watkins, Michella L. | Admin / Back Office / Clerical |
| BLMIS | Weber, Robert J. (Bobby) | Clerical / Cage |
| BLMIS | Weintraub, Elizabeth (Liz) | Head of Information Technology |
| BLMIS | Westhuis, Kathryn M. (Kate) | Assistant Trader |
| BLMIS | White, Charlene D. | Data Entry Operator / Back Office / Clerical |
| BLMIS, PRIMEX TRADING | Wiener or Weiner, Charles | Stock Broker / Management, Director of Administration |
| BLMIS | Wong, William W. | Proprietary Trader |
| MSIL | Wood, Amber | Compliance Officer |
| BLMIS | Yeh, Richard Cheng-I | Quantitative Analyst, Software Developer |
| MSIL | Yelsey, Neil D. | Trader |
| BLMIS | Yelsey, Neil D. | Proprietary Trader |
| BLMIS | Zachar, Ned P. | Proprietary Trader |
| BLMIS | Zelenko, Vladimir | Software Developer |
| | Zhang, BaoShan (Johnny) | |
| PRIMEX-1YV | Zhang, Xiaoling (Heather) | Computer Systems Analyst |
| BLMIS | Zheng, Xing | Sales / ROBO |

# Appendix C

# SQL Databases

## Structured Query Language ("SQL") Databases

The sources of data loaded into the SQL Databases include, without limitation:

- StorQM Optical Storage Device: BLMIS used the StorQM application to store historical customer records from December 1995 through November 2008, which include, but are not limited to, Customer Statements and Portfolio Management Reports ("PMRs").

- Microfilm reels: BLMIS used this storage medium for historical customer records, which include, but are not limited to Customer Ledgers and PMRs as well as Portfolio Management Transaction Reports ("PMTs").

- Spiral notebooks: BLMIS personnel recorded cash deposits and withdrawals in handwritten stenographic (spiral-bound) notebooks relating to certain customer accounts. Spiral notebooks were identified for the periods from April 1985 through September 1990, and August 1991 through November 1994.

- BLMIS's bank records, from various banks, including monthly bank statements, check images, wire transfer records, and deposit slips.

- House 17 AS/400 System: This is the computer system that the BLMIS's Investment Advisory Business used to manage customer accounts and generate Customer Statements.

- House 5 AS/400 System: This is the computer system that the BLMIS Market Making and Proprietary Trading businesses used to track and report trading and position information.

- House 17 Backup Tapes: These tapes were created in the normal course of business at BLMIS and contain historical and contemporaneous purported customer activity and customer records from the House 17 AS/400 System.

- House 5 Backup Tapes: These tapes were created in the normal course of business at BLMIS and contain historical and contemporaneous backups of the trading and position records from the House 5 AS/400 System.

- Madoff Securities International Ltd. historical trading and position records.

- Electronic files recovered from BLMIS employee computers and network folders.

- Electronic files recovered from BLMIS's Network Accessed Shares ("NAS").

- Cohmad Cash Database.

- Bloomberg Instant Messaging: Instant messages passed between House 5 traders.

- BLMIS phone logs from Avaya and BlackBerry.

- Security swipe data of employees and visitors from the Lipstick Building.

- Reporting data from the Depository Trust & Clearing Corporation ("DTCC").

- Reporting data from the Options Clearing Corporation ("OCC").

- Bloomberg Market Data.

- Data from the Center for Research in Security Prices ("CRSP").

- Data from the Chicago Board Options Exchange ("CBOE").