# EXHIBIT G

# BakerHostetler

**Baker&Hostetler LLP**

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

May 16, 2016

**VIA EMAIL AND UPS**
Jennifer Allim (jallim@chaitmanllp.com)
Chaitman LLP
85-43 169th Street
Jamaica Estates, NY 11432

**VIA EMAIL WITHOUT ENCLOSURES**
Helen Davis Chaitman (hchaitman@chaitmanllp.com)

Re:   Adv. Pro. No. 10-04658 (SMB); *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Carol Nelson*; In the United States Bankruptcy Court for the Southern District of New York.

Dear Counsel:

Pursuant to Federal Rule 26(a)(2), made applicable to this proceeding by Federal Rule of Bankruptcy Procedure 7026, enclosed please find copies of four (4) CDs, which include the following:

- Expert Report of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, MAFF dated August 20, 2013 (with Exhibits 1-27, Updated Appendix A, Appendix B, and Schedule 1 to Appendix B);

- Expert Report of Lisa M. Collura, CPA, CFE, CFF on the Proof of Transfers to Defendant Carol Nelson dated May 16, 2016 (with Exhibits 1-10);

- Expert Report of Matthew B. Greenblatt, CPA/CFF, CFE on the Methodology for the Principal Balance Calculation dated November 15, 2012 (with Exhibits 1-8); and

- Expert Report of Matthew B. Greenblatt, CPA/CFF, CFE on the Principal Balance Calculation as applied to Defendant Carol Nelson dated May 16, 2016 (with Exhibits 1-4).

We have also uploaded the documents to a FTP site at https://ftp.bakerlaw.com. The credentials to access the site are:

<u>Username</u>:    PMZNTXBLXL
<u>Password</u>:    5bcAQcNZ

The above login will expire on 5/23/2016 12:00:00 AM

By separate correspondence, you will receive the password needed to access the reports on the enclosed CDs and in the zip files on the FTP site described above.

If you have any questions, please feel free to call me, Marie Carlisle or Rachel Smith at (713) 751-1600.

                                      Regards,

                                      Dean D. Hunt
                                      Of Baker & Hostetler, LLP

Enclosures



Expert Report of Bruce G. Dubinsky, MST, CPA, CFE, CVA, CFF, MAFF

Securities Investor Protection Corp.
v.
Bernard L. Madoff Investment Securities, LLC,
Adv. Pro. No. 08-1789 (SMB)

August 20, 2013



Expert Report of Lisa M. Collura, CPA, CFE, CFF – Proof of Transfers to To Defendant Carol Nelson

Picard v. Carol Nelson
Adv. Pro. No. 10-04658 (SMB)

May 16, 2016

Expert Report of
Matthew B. Greenblatt, CPA/CFF, CFE,
Senior Managing Director, FTI Consulting, Inc. –
Principal Balance Calculation As Applied
to Carol Nelson

Picard v. Carol Nelson

Adv. Pro. No. 10-04658 (SMB)

May 16, 2016

Expert Report of
Matthew B. Greenblatt, CPA/CFF, CFE,
Senior Managing Director, FTI Consulting, Inc. –
Methodology For The Principal Balance Calculation

Securities Investor Protection Corp.
v.
Bernard L. Madoff Investment Securities, LLC,
Adv. Pro. No. 08-1789 (SMB)

November 15, 2012