UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------x
In re                                                               :    Adv. Pro. No. 08-01789

SECURITIES INVESTORS PROTECTION                                     :    SIPA Liquidation
CORPORATION,
                                                                    :    (Substantively Consolidated)

           Plaintiff-Applicant,
                                                                    :
   v.
                                                                    :
BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,                                                     :

           Defendant.                                       :
------------------------------------------------------------------x
In re:                                                              :

BERNARD L. MADOFF                                                   :

           Debtor.                                          :
------------------------------------------------------------------x

## NOTICE OF WITHDRAWAL OF NOTICE OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that New York State Attorney General BARBARA

D. UNDERWOOD hereby withdraws the Notice of Appearance filed in the above-

captioned case on August 26, 2011 [Docket #4319] and requests to be removed from the

CM/ECF notice list and any other service list related to the above-referenced case.

Dated: New York, New York
December 13, 2018

                Respectfully submitted,

                BARBARA D. UNDERWOOD
                Attorney General of the State of New York
                By:

                _____
                Enid Nagler Stuart
                Assistant Attorney General
                28 Liberty Street, 17th Floor
                New York, NY 10005
                Telephone: (212) 416-8666
                Email: enid.stuart@ag.ny.gov

## **CERTIFICATE OF SERVICE**

I, Enid Nagler Stuart of the New York State Office of the Attorney General, hereby certify that on December 13, 2018, I electronically filed and served the attached *Withdrawal of Notice of Appearance,* by using the CM/ECF system.

Executed on December 13, 2018

_____
Enid Nagler Stuart