# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 09-01305 (SMB) |
| ALVIN J. DELAIRE, JR., THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, MORTON KURZROK, RICHARD SPRING, JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT, CAROLE DELAIRE, JOYCE BERMAN INDIVIDUALLY AND IN HER CAPACITY AS EXECUTOR OF THE ESTATE OF STANLEY MERWIN BERMAN A/K/A STANLEY M. BERMAN, S & J PARTNERSHIP, THE SPRING FAMILY TRUST, and JEANNE T. SPRING TRUST, | |
| Defendants. | |