**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>      v.<br><br>BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST (CAYMAN) LIMITED, BGL BNP PARIBAS LUXEMBOURG S.A., and BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>               Defendants. | Adv. Pro. No. 12-01576 (SMB)<br><br>**STIPULATION EXTENDING TIME TO RESPOND** |

      IT IS HEREBY STIPULATED AND AGREED, by and between plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities and the estate of Bernard L. Madoff, and defendants BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, and BNP Paribas Securities Services S.A. (collectively, "Defendants"), by and through their undersigned counsel herein, that the time by which Defendants may move, answer, or otherwise respond to the Trustee's amended complaint (Adv. Pro. No. 12-01576, ECF Doc. #100) (the "Amended Complaint") pursuant to the Court's *Order on Plaintiff's Motion for Leave to Serve*

*Amended Complaint and Defendants' Motion to Dismiss Amended Complaint*, entered October 18, 2018 (Adv. Pro. No. 12-01576, ECF Doc. #150) (the "Order") is extended up to and including January 17, 2019. The pre-trial conference will be scheduled for January 23, 2019, at 10:00 a.m.

The purpose of this stipulated extension ("Stipulation") is to provide additional time for Defendants to move, answer, or otherwise respond to the Amended Complaint. This is the first such extension of the deadline set in the Order. Nothing in this Stipulation is a waiver of Defendants' right to request from the Court a further extension of time to move, answer, or otherwise respond to the Amended Complaint and/or the Trustee's right to object to any such request.

The parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation, any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photocopy, or electronic copy of this Stipulation shall be deemed an original. This Stipulation is entered into pursuant to the Court's *Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences* (Adv. Pro. No. 08-01789 (SMB), Dkt. No. 18093).

[*The remainder of this page is intentionally left blank.*]

Dated: December 14, 2018
New York, New York

| **BAKER & HOSTETLER LLP** | **CLEARY GOTTLIEB STEEN & HAMILTON LLP** |
|---|---|
| By: */s/ Joanna F. Wasick*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Torello H. Calvani<br>Email: tcalvani@bakerlaw.com<br>Joanna F. Wasick<br>Email: jwasick@bakerlaw.com | By: */s/ Ari D. MacKinnon*<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: (212) 225-2000<br>Facsimile: (212) 225-3999<br>Breon S. Peace<br>Email: bpeace@cgsh.com<br>Ari MacKinnon<br>Email: amackinnon@cgsh.com<br>Thomas S. Kessler<br>Email: tkessler@cgsh.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants BNP Paribas S.A., BNP Paribas Arbitrage SNC, BNP Paribas Bank & Trust (Cayman) Limited, and BNP Paribas Securities Services S.A.* |