**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
Gregory M. Dexter
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants Carol Nelson,
Stanley Nelson, and Helen Saren-Lawrence*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant; and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |

{00038672 3 }

|  |  |
|---|---|
| v.<br><br>CAROL NELSON,<br><br>               Defendant.<br><br>IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>               Plaintiff,<br><br>v.<br><br>HELENE SAREN-LAWRENCE,<br><br>               Defendant. | Adv. Pro. No. 10-04898 (SMB) |

## DECLARATION OF HELEN DAVIS CHAITMAN

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am partner with Chaitman LLP, counsel to numerous clawback defendants ("Defendants"). I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in further support of Defendants', Helen Saren-Lawrence, Carol Nelson and Stanley Nelson, motion to adjourn the trial dates, *sine die*, pursuant to Rule 16(b)(4) of the Federal Rules of Civil Procedure.

3. Attached hereto as **Exhibit 1** is a true and accurate copy of excerpts of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated June 29, 2017.

4. Attached hereto as **Exhibit 2** is a true and accurate copy of excerpts of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated May 17, 2016.

5. Attached hereto as **Exhibit 3** is a true and accurate copy of this Court's January 7, 2017 Order, ECF No. 14807.

6. Attached hereto as **Exhibit 4** is a true and accurate copy of excerpts of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated December 13, 2016.

7. Attached hereto as **Exhibit 5** is a true and accurate copy of excerpts of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated January 5, 2017.

8. Attached hereto as **Exhibit 6** is a true and accurate copy of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated July 26, 2017.

9. Attached hereto as **Exhibit 7** is a true and accurate copy of Discovery Arbitrator's Order No. 3, dated April 20, 2017 and filed in *Picard v. Trust U/Art Fourth O/W/O Israel Wilenetz, et al.*, Adv. Pro. No. 10-04995 (SMB).

10. Attached hereto as **Exhibit 8** is a true and accurate copy of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated September 28, 2016.

11. Attached hereto as **Exhibit 9** is a true and accurate copy of a letter from Edward J. Jacobs of Baker Hostettler dated May 25, 2017, *In re Bernard L. Madoff,* Adv. Pro. No. 08-01789, ECF No. 16079.

12. Attached hereto as **Exhibit 10** is a true and accurate copy of excerpts of the Transcript of Proceedings held before Hon. Judge Stuart M. Bernstein dated May 31, 2017.

13. Attached hereto as **Exhibit 11** is a true and accurate copy of this Court's Order Implementing the Court's May 31, 2017 and June 29, 2017 Bench Rulings on Multiple Discovery Disputes, filed in In re Bernard L. Madoff, Adv. Pro. No. 08-01789 (SMB), and specifically captioned Picard v. Defendants Represented by Chaitman LLP, ECF. No. 16459.

Dated:   New York, New York  
              December 14, 2018

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*  
      Helen Davis Chaitman  
      Gregory M. Dexter  
      hchaitman@chaitmanllp.com  
      gdexter@chaitmanllp.com  
      465 Park Avenue  
      New York, New York 10022  
      Phone & Fax: 888-759-1114

*Attorneys for Defendants Carol Nelson,*  
*Stanley Nelson, and Helen Saren-Lawrence*

{00038672 3 }