# EXHIBIT 1

Page 1

1  UNITED STATES BANKRUPTCY COURT

2  SOUTHERN DISTRICT OF NEW YORK

3  Case No. 08-01789-smb

4  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

5  SECURITIES INVESTOR PROTECTION CORPORATION,

6            Plaintiff,

7       v.

8  BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,

9            Defendants.

10 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11 Adv. Case No. 10-04292-smb

12 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13 IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14 MADOFF INVESTMENT SECURITIES LLC,

15           Plaintiff,

16      v.

17 ROBERT ROMAN,

18           Defendants.

19 - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25

Page 2

1  U.S. Bankruptcy Court
2  One Bowling Green
3  New York, NY  10004
4
5  June 29, 2017
6  11:02 AM
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21  B E F O R E :
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:  K. SU

1   Hearing re:   08-01789-smb Conference re Form of Order
2   Applying Discovery Arbitrator's Orders to Other Cases
3
4   Hearing re:   08-01789-smb Conference re Madoff Day 2
5   Deposition Topics
6
7   Hearing re:   08-01789-smb Notice of Agenda for Matters
8   Scheduled for Hearing on June 29, 2017
9
10  Hearing re:   10-04292-smb Trustee's Motion to Compel
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:   Sonya Ledanski Hyde

Page 4

1  A P P E A R A N C E S :

2

3  MCDERMOTT WILL & EMERY LLP

4        Attorneys for

5        340 Madison Avenue

6        New York, NY 10173

7

8  BY:   MICHAEL R. HUTTENLOCHER

9

10 CHAITMAN LLP

11       Attorneys for

12       465 Park Avenue

13       New York, NY 10022

14

15 BY:   HELEN DAVIS CHAITMAN, ESQ.

16

17 BAKER HOSTETLER

18       Attorneys for the Trustee

19       45 Rockefeller Plaza

20       New York, NY 10111

21

22 BY:   STACEY A. BELL

23       MAXIMILLIAN S. SHIFRIN

24       EDWARD J. JACOBS

25       DAVID J. SHEEHAN

Page 5

```
 1   DENTONS US LLP
 2        Attorneys for
 3        1221 Avenue of the Americas
 4        New York, NY 10020
 5
 6   BY:  CAROLE NEVILLE
 7
 8   SCHULTE ROTH & ZABEL LLP
 9        Attorneys for Picower Parties
10        919 Third Avenue
11        New York, NY 10022
12
13   BY:  MICHAEL KWON
14
15   HUNTON & WILLIAMS LLP
16        Attorneys for
17        200 Park Avenue
18        New York, NY 10166
19
20   BY:  ROBERT A. RICH
21
22
23
24
25
```

Page 6

1  ALSO PRESENT TELEPHONICALLY:

2

3  KEVIN H. BELL

4  JAMES H. BURBAGE

5  NICHOLAS J. CREMONA

6  PATRICK MOHAN

7  DAVID J. SHEEHAN

8  CATHERINE E. WOLTERING

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1              DAVID SHEEHAN:  It sounds easy.
 2              THE COURT:  All right.
 3              DAVID SHEEHAN:  But we've been doing that for a
 4   year and a half with Ms. Chaitman.
 5              MS. CHAITMAN:  That is untrue.
 6              THE COURT:  No, no, stop.  I don't know what's in
 7   there, you don't know what's in there, and on that basis,
 8   you can't say I'm not going to turn it over.
 9              DAVID SHEEHAN:  Yeah, but she hasn't shown to you
10   what she's saying is true.
11              THE COURT:  There are two orders directing you --
12              DAVID SHEEHAN:  But why does she get discovery
13   when she can't even prove what she's saying?
14              THE COURT:  There are two orders directing you to
15   turn over the documents.  You haven't told me that they're
16   not relevant.  You --
17              DAVID SHEEHAN:  I'm going to look at it, and if I
18   don't think they are, I'm going to tell Your Honor that.
19              THE COURT:  You haven't made a motion for a
20   protective order, and there are two orders to turn over the
21   documents.
22              DAVID SHEEHAN:  I'd like the protective order.
23   Well, I do.
24              MS. CHAITMAN:  Well, Judge, you know --
25              DAVID SHEEHAN:  It's about time she put up or shut
```

```
 1                 C E R T I F I C A T I O N
 2
 3        I, Sonya Ledanski Hyde, certified that the foregoing
 4    transcript is a true and accurate record of the proceedings.
 5
 6
 7
 8    Sonya Ledanski Hyde
 9
10
11
12
13
14
15
16
17
18
19
20    Veritext Legal Solutions
21    330 Old Country Road
22    Suite 300
23    Mineola, NY 11501
24
25    Date:  July 3, 2017
```