# EXHIBIT 4

Page 1

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------)
In re:                         ) SIPA LIQUIDATION
                               )
BERNARD MADOFF INVESTMENT      ) No. 08-01789 (SMB)
SECURITIES LLC,                )
                               )
            Debtor.            )(Substantively
                               ) Consolidated)
-------------------------------)
In re:                         )
                               )
BERNARD L. MADOFF,             )
                               )
            Debtor.            )
-------------------------------)
IRVING H. PICARD, Trustee for  )
the Liquidation of Bernard L.  )
Madoff Investment Securities   )
LLC,                           )
                               ) Adv. Pro. No.
            Plaintiff,         ) 10-04995 (SMB)
                               )
              v.               )
                               )
TRUST U/ART FOURTH O/W/O       )
ISRAEL WILENITZ,               )
                               )
EVELYN BEREZIN WILENITZ,       )
individually, and as Trustee   )
and Beneficiary of the Trust   )
U/ART Fourth O/W/O Israel      )
Wilenitz,                      )
                               )
SARA SEIMS, as Trustee of the  )
Trust U/ART Fourth O/W/O       )
Israel Wilenitz,               )
                               )
            Defendants.        )
-------------------------------)

        (CAPTION CONTINUED ON THE NEXT PAGE)
```

08-01789-cgm    Doc 18308-5    Filed 12/14/18    Entered 12/14/18 16:43:26    Exhibit 4
Pg 3 of 10
Trustees Motion to Compel Discovery                       Arbitration 12/13/2016

Page 2

```
 1   -------------------------------)
     IRVING H. PICARD, Trustee for  )
 2   the Liquidation of Bernard L.  )
     Madoff Investment Securities   )
 3   LLC,                           )
                                    ) Adv. Pro. No.
 4              Plaintiff,          ) 10-04818 (SMB)
                                    )
 5   v.                             )
                                    )
 6   TOBY HARWOOD,                  )
                                    )
 7              Defendant.          )
     -------------------------------)
 8   IRVING H. PICARD, Trustee for  )
     the Liquidation of Bernard L.  )
 9   Madoff Investment Securities   )
     LLC,                           )
10                                  ) Adv. Pro. No.
                Plaintiff,          ) 10-04914 (SMB)
11                                  )
     v.                             )
12                                  )
     EDYNE GORDON, in her capacity  )
13   as the executrix and primary   )
     beneficiary of the estate of   )
14   Allen Gordon,                  )
                                    )
15              Defendant.          )
     -------------------------------)
16   IRVING H. PICARD, Trustee for  )
     the Liquidation of Bernard L.  )
17   Madoff Investment Securities   )
     LLC,                           )
18                                  ) Adv. Pro. No.
                Plaintiff,          ) 10-04826 (SMB)
19                                  )
     v.                             )
20                                  )
     ESTATE OF BOYER PALMER, DIANE  )
21   HOLMERS, in her capacity as    )
     Personal Representative of the )
22   Estate of Palmer, and BRUCE    )
     PALMER, in his capacity as     )
23   Personal Representative of the )
     Estate of Boyer Palmer,        )
24                                  )
                Defendant.          )
25   -------------------------------)
```

Page 3

```
 1   ------------------------------)
     IRVING H. PICARD, Trustee for )
 2   the Liquidation of Bernard L. )
     Madoff Investment Securities  )
 3   LLC,                          )
                                   ) Adv. Pro. No.
 4              Plaintiff,         ) 10-04644 (SMB)
                                   )
 5   v.                            )
                                   )
 6   RUSSELL L. DUSEK,             )
                                   )
 7              Defendant.         )
     ------------------------------)
 8   IRVING H. PICARD, Trustee for )
     the Liquidation of Bernard L. )
 9   Madoff Investment Securities  )
     LLC,                          )
10                                 ) Adv. Pro. No.
                Plaintiff,         ) 10-04541 (SMB)
11                                 )
     v.                            )
12                                 )
     KENNETH W. PERLMAN; FELICE J. )
13   PERLMAN; and SANFORD S.       )
     PERLMAN,                      )
14                                 )
                Defendant.         )
15   ------------------------------)
     IRVING H. PICARD, Trustee for )
16   the Liquidation of Bernard L. )
     Madoff Investment Securities  )
17   LLC,                          )
                                   ) Adv. Pro. No.
18              Plaintiff,         ) 10-04728 (SMB)
                                   )
19   v.                            )
                                   )
20   BRUNO DIGIULIAN,              )
                                   )
21              Defendant.         )
     ------------------------------)
22
23
24
25
```

Page 4

```
 1   -------------------------------)
     IRVING H. PICARD, Trustee for  )
 2   the Substantively Consolidated )
     SIPA Liquidation of Bernard L. )
 3   Madoff Investment Securities   )
     LLC and Bernard L. Madoff,     )
 4                                  ) Adv. Pro. No.
                      Plaintiff,    ) 10-04905 (SMB)
 5                                  )
     v.                             )
 6                                  )
     TRAIN KLAN, a Partnership;     )
 7   FELICE T. LONDA, in her        )
     capacity as a Partner in Train )
 8   Klan; CLAUDIA HELMIG, in her   )
     capacity as a Partner in Train )
 9   Klan; TIMOTHY LANDRES, in his  )
     capacity as a Partner in Train )
10   Klan; PETER LONDA, in his      )
     capacity as a Partner in Train )
11   Klan; TIMOTHY HELMIG, in his   )
     capacity as a Partner in Train )
12   Klan; and WENDY LANDRES, in her)
     capacity as a Partner in Train )
13   Klan,                          )
                                    )
14                    Defendants.   )
     -------------------------------)
15   IRVING H. PICARD, Trustee for  )
     the Substantively Consolidated )
16   SIPA Liquidation of Bernard L. )
     Madoff Investment Securities   )
17   LLC and Bernard L. Madoff,     )
                                    ) Adv. Pro. No.
18                    Plaintiff,    ) 10-004621 (SMB)
                                    )
19   v.                             )
                                    )
20   DONALD A. BENJAMIN,            )
                                    )
21                    Defendant.    )
     -------------------------------)
22
23
24
25
```

Page 5

1   TRUSTEE'S MOTION TO COMPEL DISCOVERY IN THE
2           THREE ADVERSARY PROCEEDINGS:
3
      i) Picard v. Benjamin, Adv. Pro. No. 10-04621
4    ii) Picard v. DiGiulian, Adv. Pro. No. 10-04728
     iii) Picard v. Train Klan, Adv. Pro. No. 10-04905
5
6                       -and-
7   CHAITMAN LLP'S MOTION TO COMPEL DISCOVERY AND THE
    TRUSTEE'S CROSS-MOTION FOR A PROTECTIVE ORDER IN ONE
8   ADVERSARY PROCEEDING, PICARD V. WILENITZ, ADV. PRO.
    NO. 10-04995
9
                        -and-
10
    CHAITMAN LLP'S MOTION FOR PROTECTIVE ORDER AND QUASH
11  TRUSTEE'S DEPOSITIONS IN THE FOLLOWING ADVERSARY SIX
    PROCEEDINGS:
12
       i) Picard v. Perlman, Adv. Pro. No. 10-0454
13    ii) Picard v. Gordon, Adv. Pro. No. 10-04914
     iii) Picard v. Harwood, Adv. Pro. No. 10-04818
14    iv) Picard v. Estate of Palmer, Adv. Pro. No.
    10-04826
15     v) Picard v. DiGiulian, Adv. Pro. No. 10-04728
      vi) Picard v. Dusek, Adv. Pro. No. 10-04644
16
17              TRANSCRIPT OF PROCEEDINGS
18  in the above-titled action, held on Tuesday,
19  December 13, 2016, at JAMS, 680 Eighth Avenue, New
20  York, New York, commencing at approximately 10:00
21  a.m., before Eileen Mulvenna, CSR/RMR/CRR, Certified
22  Shorthand Reporter, Registered Merit Reporter,
23  Certified Realtime Reporter, and Notary Public of
24  the State of New York.
25

Page 6

```
 1   B E F O R E:
 2
              HON. FRANK MAAS (RET.), Arbitrator
 3                620 Eighth Avenue
                  34th Floor
 4                New York, New York 10018
                  fmaas@jamsadr.com
 5
 6
     A P P E A R A N C E S:
 7
 8
         BAKER HOSTETLER LLP
 9       Attorneys for the Trustee
              811 Main Street
10            Suite 1100
              Houston, Texas 77002-6111
11       BY:  DEAN HUNT, ESQ.
              dhunt@bakerlaw.com
12            MARIE L. CARLISLE, ESQ.
              marie.carlisle@bakerlaw.com
13
                   -and-
14
         BAKER HOSTETLER LLP
15            45 Rockefeller Plaza
              14th Floor
16            New York, New York  10111
         BY:  EDWARD J. JACOBS, ESQ.
17            edward.jacobs@bakerlaw.com
18
19
         CHAITMAN LLP
20       Attorneys for Defendants
              465 Park Avenue
21            New York, New York  10022
         BY:  HELEN DAVID CHAITMAN, ESQ.
22            hchaitman@chaitmanllp.com
              GREGORY M. DEXTER, ESQ.
23            gdexter@chaitmanllp.com
24
25
```

Page 145

1    obtained them in part from a Rule 2004
2    subpoena and part from what we restored on
3    the BLMIS DTC terminal, in part from
4    documents we got from the government.
5              We compiled all of that.  It is all
6    available in a specifically labeled folder
7    called DTC.  There are also folders in that
8    exact same section that are labeled "FINRA."
9    All of the categories of documents you're
10   looking for, as we've written you in letters
11   and attempted to explain to you many times in
12   the past, are actually in their own folders
13   in the data room so they can be -- they are
14   accessible that way.
15             Now, with respect to earlier periods
16   of the fraud, that is an allegation and an
17   issue that you recently raised in the PW
18   context pursuant to Mr. Madoff's testimony.
19   Even though it was outside the scope of the
20   order allowing that testimony, the judge has
21   now allowed a second deposition on that
22   subject.
23             We will look for and have been looking
24   for stuff -- any additional stock trading
25   records as to earlier periods of time in

Page 146

1       addition to what is currently in the data
2       room.  To the extent we find them or restore
3       them or can obtain them from DTC or any other
4       source, we will produce them to you and we
5       will put them in the data room.  Absolutely.
6               MS. CHAITMAN:  But see --
7               THE ARBITRATOR:  Let me rephrase that
8       for a second and see whether it's correct.
9               That to date, except to the extent
10      that they may be in DTC records or FINRA
11      records in that data room, you haven't found
12      any other records?
13              MR. JACOBS:  We're currently looking.
14      Because it's an active issue that
15      Ms. Chaitman has raised in the PW context in
16      discovery.  There's a deposition scheduled
17      for December 20th where Mr. Madoff will give
18      additional testimony as to those issues.
19              And clearly we are going to want to
20      respond, if we can to meet with the debtor's
21      books and records that are available.  So we
22      are actively looking for that material.
23              THE ARBITRATOR:  December 20th is --
24              MS. CHAITMAN:  Next Tuesday.
25              THE ARBITRATOR:  When are you going to

```
 1                  C E R T I F I C A T E

 2

 3      STATE OF NEW YORK      )

 4                             ) ss:

 5      COUNTY OF WESTCHESTER  )

 6

 7              I, Eileen Mulvenna, CSR/RMR/CRR and a

 8      notary public within and for the State of New York,

 9      do hereby certify:

10              That I reported the proceedings in the

11      within-entitled matter, and that the within

12      transcript is a true record of such proceedings.

13              I further certify that I am not related by

14      blood or marriage to any of the parties in this

15      matter and that I am in no way interested in the

16      outcome of the matter.

17              IN WITNESS WHEREOF, I have hereunto set my

18      hand this 15th day of December, 2016.

19

20                          --------------------------------
                                Eileen Mulvenna, CSR/RMR/CRR
21

22

23

24

25
```