# EXHIBIT 5

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------x
SECURITIES INVESTOR PROTECTION   :
CORPORATION,                                Adv. Pro. No.
                                 :          08-01789 (SMB)
        Plaintiff-Applicant,
                                 :          SIPA LIQUIDATION
    -against-
                                 :          (Substantively
                                              Consolidated)
BERNARD L. MADOFF INVESTMENT     :
SECURITIES, LLC,
                                 :
        Defendant.
---------------------------------x
In Re:                           :

BERNARD L. MADOFF,               :

        Debtor.                  :
---------------------------------x
IRVING H. PICARD, Trustee        :
for the Liquidation of                      Adv. Pro. No.
Bernard L. Madoff Investment     :          10-04995 (SMB)
Securities, LLC,
                                 :
        Plaintiff,
                                 :
    -against-
                                 :
TRUST U/ART FOURTH O/W/O
ISRAEL WILENITZ, et al.,         :

        Defendants.              :
---------------------------------x

        TRANSCRIPT of telephone conference as
taken by and before MONIQUE VOUTHOURIS, Certified
Court Reporter, RPR, CRR and Notary Public of the
States of New York and New Jersey, on Thursday,
January 5, 2017, commencing at 11:00 a.m.

Page 2

```
 1   B E F O R E:
 2
         HON. FRANK MAAS (RET.), Arbitrator
 3       620 Eighth Avenue
         34th Floor
 4       New York, New York  10018
         fmaas@jamsadr.com
 5
 6
     A P P E A R A N C E S:
 7
 8       BAKER HOSTETLER LLP
         811 Main Street
 9       Suite 1100
         Houston, Texas  77002-6111
10       BY:  DEAN D. HUNT, ESQ.
                  dhunt@bakerlaw.com
11
              MARIE L. CARLISLE, ESQ.
12            mcarlisle@bakerlaw.com
13              -and-
14       BAKER HOSTETLER LLP
         45 Rockefeller Plaza
15       14th Floor
         New York, New York  10111-0100
16       BY:  EDWARD J. JACOBS, ESQ.
                  ejacobs@bakerlaw.com
17       For Irving Picard, Trustee
18
19       CHAITMAN LLP
         465 Park Avenue
20       New York, New York  10022
         BY:   HELEN DAVIS CHAIRMAN, ESQ.
21            hchaitman@chaitmanllp.com
22            GREGORY M. DEXTER, ESQ.
              gdexter@chaitmanllp.com
23       For a number of defendants
24
25
```

```
 1                 MR. JACOBS:  We are -- we are
 2     right now using the search terms that I
 3     disclosed in my letter in December to identify
 4     any records or reports that reflect securities
 5     trades having been conducted historically at
 6     BLMIS for any point in time.
 7                 MS. CHAITMAN:  Okay.  So when you
 8     say relevant, I mean, you're not saying we're
 9     not putting -- we're not putting in any evidence
10     of these trades, you're not distinguishing among
11     trades, right?  I mean, you're putting all the
12     trading records in.
13                 MR. JACOBS:  That's correct, yeah.
14     If it's a trading record, if it's a BLMIS
15     trading record of securities having been traded,
16     we will produce it.
17                 MS. CHAITMAN:  Okay.  Okay.  So,
18     you know, on that I guess the only concern I
19     have, and I'm not sure that it's something that,
20     Judge, you ought to consider right now, but we
21     have scheduling orders in every case for fact
22     discovery.  And, obviously, this is -- this is a
23     major new area of discovery which we will need
24     time to analyze, and the present fact discovery
25     orders do not -- did not contemplate this whole
```

1                    CERTIFICATE

2

3           I, MONIQUE VOUTHOURIS, a Notary

4  Public of the States of New York and New Jersey,

5  and Certified Court Reporter of the State of New

6  Jersey, License No. X100834, do hereby certify

7  that the foregoing is a true and accurate

8  transcript of the telephone conference as taken

9  stenographically by and before me on the date

10  hereinbefore set forth.

11           I DO FURTHER CERTIFY that I am

12  neither a relative nor employee nor attorney nor

13  counsel of any of the parties to this action,

14  and that I am neither a relative nor employee of

15  such attorney or counsel, and that I am not

16  financially interested in the action.

17

18           *Monique Vouthouris* (signature)

19

20      Notary Public of the State of New York

21      My Commission expires December 1, 2019

22

23

24  Dated:   January 6, 2017

25