# EXHIBIT 8

Page 1

```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 4  In the Matter of:
 5
 6  SECURITIES INVESTOR PROTECTION CORP,  Adv. No. 08-01789 (SMB)
 7           Plaintiff,
 8      v.
 9  BERNARD L. MADOFF INVESTMENT SEC.,
10           Defendant.
11  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
12  IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION
13  OF B,                                 Adv. No. 10-04215 (SMB)
14           Plaintiff,
15      v.
16  BONGIORNO, ET AL.,
17           Defendants.
18  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
19  IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION
20  OF B,                                 Adv. No. 10-04538 (SMB)
21           Plaintiff,
22      v.
23  JAMES B. PINTO REVOCABLE TRUST,
24           Defendant.
25  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
```

Page 2

```
 1
 2                U.S. Bankruptcy Court
 3                One Bowling Green
 4                New York, NY 10004
 5
 6                September 28, 2016
 7                10:02 AM
 8
 9   B E F O R E :
10   HON STUART M. BERNSTEIN
11   U.S. BANKRUPTCY JUDGE
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   Hearing re:  Discover conference re motions to compel of
 2   defendants represented by Chaitman LLP
 3
 4   Hearing re:  Motion to affirm trustee's determination
 5   denying claims of claimants holding interests in Chalek
 6   Associates LLC, Chaitman/Schwebel LLC, FGLS Equity LLC,
 7   Larsco Investments LLC and Kuntzman Family LLC
 8
 9   Hearing re:  Motion to approve settlement among trustee,
10   Annette Bongiorno, and Rudy Bongiorno pursuant to Federal
11   Bankruptcy Rule 9019
12
13   Hearing re: conference re discovery
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Jamie Gallagher
```

```
 1   A P P E A R A N C E S :
 2   BAKER HOSTETLER LLP
 3        Attorney for the Trustee
 4        45 Rockefeller Plaza
 5        New York, NY 10111
 6
 7   BY:  EDWARD J. JACOBS, ESQ.
 8        FERNANDO A. BOHORQUEZ, JR., ESQ.
 9        STEPHANIE A. ACKERMAN, ESQ.
10
11   BAKER HOSTETLER LLP
12        Attorney for the Trustee
13        811 Main Street
14        Suite 1100
15        Houston, TX 77002
16
17   BY:  MARIE L. CARLISLE, ESQ.
18        DEAN D. HUNT, ESQ.
19
20   CHAITMAN LLP
21        Attorney for the Moving Parties
22        465 Park Avenue
23        New York, NY 10022
24
25   BY:  HELEN DAVIS CHAITMAN, ESQ.
```

**Page 5**

1  MARVIN C. INGBER, ATTORNEY AT LAW
2       Attorney for Pinto
3       6705 Apache Road
4       Edina, MN 55439
5
6  BY:   MARVIN C. INGBER, ESQ. (TELEPHONIC)
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1    told you where I'd go ahead and come out doesn't affect --

2            MS. CHAITMAN:  Yeah.

3            THE COURT:  -- anything in the motion.  We'll deal

4    with Willenitz.  Whatever is decided in Willenitz, unless

5    there is something I'm missing, will apply in every case

6    anyway, whether or not you agree to it.  Okay?

7            MS. CHAITMAN:  Great.

8            THE COURT:  Great.

9            MS. CHAITMAN:  Thank you, Judge.

10           THE COURT:  So do you have a schedule for dealing

11   with Willenitz if we file the responses?

12           MR. JACOBS:  Thank you, Your Honor, for reminding

13   me of that.  Could we have -- Ms. Chaitman has filed her

14   motion.  It's pending, so could we have two weeks to file

15   our response?

16           THE COURT:  Two weeks from today?

17           MR. JACOBS:  That would be more than sufficient,

18   yes.

19           THE COURT:  So what's two weeks from today?  There

20   are holidays coming up the next couple of weeks.

21           MR. JACOBS:  That's correct.  It probably would be

22   prudent to look at a calendar.

23           THE COURT:  Well, two weeks from Friday is October

24   7th, but that -- I'm sorry, it's October 14th.  There are a

25   lot of Jewish holidays in that --

Page 38

1       C E R T I F I C A T I O N

2

3    I, Jamie Gallagher, certify that the foregoing transcript is

4    a true and accurate record of the proceedings.

5

6    _____

7    Jamie Gallagher

8

9

10   Date:  September 29, 2016

11

12

13

14

15   Veritext Legal Solutions

16   330 Old Country Road

17   Suite 300

18   Mineola, NY 11501

19

20

21

22

23

24

25