# EXHIBIT 10

```
                                                              Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 4   In the Matters of:

 5

 6   SECURITIES INVESTOR PROTECTION

 7   CORPORATION,

 8              Plaintiff,

 9        v.                     Adv. Case No. 08-01789-smb

10   BERNARD L. MADOFF INVESTMENT

11   SECURITIES, LLC, ET AL,

12              Defendants.

13   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

14   IRVING H. PICARD, TRUSTEE FOR THE

15   LIQUIDATION OF BERNARD L. MADOFF

16   INVESTMENT SECURITIES, LLC, ET AL,

17              Plaintiff,

18        v.                     Adv. Case No. 10-04898-smb

19   SAREN-LAWRENCE

20              Defendant.

21   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

22

23

24

25
```

Page 2

```
 1   IRVING H. PICARD, TRUSTEE FOR THE

 2   LIQUIDATION OF BERNARD L. MADOFF

 3   INVESTMENT SECURITIES, LLC, ET AL,

 4             Plaintiff,

 5         v.                    Adv. Case No. 10-04946-smb

 6   GOLDENBERG,

 7             Defendant.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   IRVING H. PICARD, TRUSTEE FOR THE

10   LIQUIDATION OF BERNARD L. MADOFF

11   INVESTMENT SECURITIES, LLC, ET AL,

12             Plaintiff,

13         v.                    Adv. Case No. 11-02760-smb

14   ABN AMRO BANK N.V.,

15             Defendants.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17   IRVING H. PICARD, TRUSTEE FOR THE

18   LIQUIDATION OF BERNARD L. MADOFF

19   INVESTMENT SECURITIES, LLC, ET AL,

20             Plaintiff,

21         v.                    Adv. Case No. 10-04377-smb

22   NELSON, ET AL,

23             Defendants.

24   - - - - - - - - - - - - - - - - - - - - - - - - - - -x

25
```

```
                                                              Page 3

 1   IRVING H. PICARD, TRUSTEE FOR THE

 2   LIQUIDATION OF BERNARD L. MADOFF

 3   INVESTMENT SECURITIES, LLC, ET AL,

 4              Plaintiff,

 5         v.                        Adv. Case No. 10-04658-smb

 6   NELSON,

 7              Defendant.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 9   IRVING H. PICARD, TRUSTEE FOR THE

10   LIQUIDATION OF BERNARD L. MADOFF

11   INVESTMENT SECURITIES, LLC, ET AL,

12              Plaintiff,

13         v.                        Adv. Case No. 10-04728-smb

14   DIGIULIAN,

15              Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

17

18                   U.S. Bankruptcy Court

19                   One Bowling Green

20                   New York, NY

21

22                   May 31, 2017

23                   10:40 AM

24

25
```

Page 4

1  B E F O R E :
2  HON STUART M. BERNSTEIN
3  U.S. BANKRUPTCY JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1   Hearing re:  Discovery Conference re Subpoenas to Depose
2   BLMIS Employees
3
4   Hearing re:  Discovery Conference to Request to Set Single
5   Rebuttal Expert Report Deadline
6
7   Hearing re:  Discovery Conference re Application of
8   Discovery Arbitrator's Orders
9
10  Hearing re:  Adversary proceeding: 10-04898-smb Irving H.
11  Picard, Trustee for the Liquidation of B v. Saren-Lawrence.
12  Pre-Trial Conference
13
14  Hearing re:  Adversary proceeding: 10-04946-smb Irving R.
15  Picard, Trustee for the Liquidation of B v. Goldenberg.
16  Pre-Trial Conference
17
18  Hearing re:  Adversary proceeding: 11-02760-smb Irving H.
19  Picard, Trustee for the Liquidation of B v. ABN AMRO BANK
20  N.V.  Conference re Status of Memorandum Decision Denying
21  Certification
22
23  Hearing re:  Adversary proceeding: 10-04377-smb Irving H.
24  Picard, Trustee for the Liquidation of B v. Nelson, et al.
25  Pre-Trial Conference

```
                                                              Page 6

 1   Hearing re:  Adversary proceeding: 10-04658-smb Irving H.
 2   Picard, Trustee for the Liquidation of B v. Nelson, et al.
 3   Pre-Trial Conference
 4
 5   Hearing re:  Adversary proceeding: 10-04728-smb Irving H.
 6   Picard, Trustee for the Liquidation of B v. Digiulian.
 7   Cross-Motion to Dismiss
 8
 9   Hearing re:  Adversary proceeding: 10-04728-smb
10   Motion for Substitution of Defendant
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25   Transcribed by:  Tracey Williams, Nicole Yawn
```

Page 7

```
 1  A P P E A R A N C E S :
 2  BAKER HOSTETLER
 3       Attorneys for Trustee, Irving H. Picard
 4       45 Rockefeller Plaza
 5       New York, NY 10111-0100
 6
 7  BY:  DAVID SHEEHAN, ESQ.
 8       EDWARD J. JACOBS, ESQ.
 9       STACY DASARO, ESQ.
10
11  BAKER HOSTETLER
12       Attorneys for Trustee, Irving H. Picard
13       811 Main Street
14       Suite 1100
15       Houston, TX 77002-6111
16
17  BY:  DEAN D. HUNT, ESQ.
18       FARRELL A. HOCHMUTH, ESQ.
19
20
21
22
23
24
25
```

**Page 8**

1  A P P E A R A N C E S :   (Contd.)
2  BAKER HOSTETLER
3        Attorney for Trustee, Irving H. Picard
4        Capitol Square, Suite 2100
5        65 East State Street
6        Columbus, OH   43215
7
8  BY:   CATHERINE E. WOLTERING, ESQ.
9
10 CHAITMAN LLP
11       Attorney for Defendants Digiulian, Nelson and
12       Saren Lawrence
13       465 Park Avenue
14       New York, NY   10022
15
16 BY:   HELEN DAVIS CHAITMAN, ESQ.
17
18 ALLEN & OVERY
19       Attorney for Defendant ABN AMRO BANK N.V.
20       1221 Avenue of the Americas
21       New York, NY   10020
22
23 BY:   MICHAEL S. FELDBERG, ESQ.
24
25

1  A P P E A R A N C E S :  (Contd.)

2

3  MILBERG LLP

4      Attorney for Defendant Goldenberg

5      One Pennsylvania Plaza

6      New York, NY  10119

7

8  BY:  J. BIRT REYNOLDS, ESQ.

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    that we -- the Court approve the appointment of Judge Moss.
2    Ms. Chaitman in the first instance agreed to arbitrate less
3    than I think nine cases before him spanning various issues,
4    she moved to compel a production of documents from us, which
5    resulted in an order compelling production, which now we --
6    Judge Moss has found we complied with.  We moved to compel
7    her to fix deficient responses to interrogatories and
8    document requests.  And then also she sought to prohibit our
9    ability to take depositions of her clients.
10              And all of those things were arbitrated.  They
11   resulted in numerous orders, some of which were favorable to
12   us, some of which were favorable to Ms. Chaitman, and all
13   the while both in this court and before Judge Moss Ms.
14   Chaitman demanded that those rulings apply with equal force
15   and effect to all of her cases where the issues were
16   identical and we now agree that they should.  And yet after
17   we obtained some rulings compelling her to comply with
18   discovery, she's now taking the position that Judge Moss
19   only had jurisdiction in those nine cases.
20              THE COURT:  Is the order that you want to apply in
21   all cases the order that says that if you don't admit --
22              MR. JACOBS:  Stipulate, right.
23              THE COURT:  -- stipulate to the exhibits, then
24   it's --
25              MR. JACOBS:  Right.

1 C E R T I F I C A T I O N
2
3 We, Tracey Williams and Nicole Yawn, certify that the
4 foregoing transcript is a true and accurate record of the
5 proceedings.
6
7 _____
8 Tracey Williams
9 AAERT Certified Electronic Transcriber CET-914
10
11
12
13 _____
14 Nicole R. Yawn
15
16
17 Date: June 2, 2017
18
19
20
21
22 Veritext Legal Solutions
23 330 Old Country Road
24 Suite 300
25 Mineola, NY 11501