**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br><br>               Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

STATE OF TEXAS               )
                                 )    ss:
COUNTY OF DALLAS       )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.    I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On December 13, 2018, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.    Motion for an Order Approving Tenth Allocation of Property to the Fund of Customer Property and Authorizing Tenth Interim Distribution to Customers with Exhibit Thereto and Proposed Order (Docket Number 18295)

    2.    Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving Tenth Allocation of Property to the Fund of Customer Property and Authorizing Tenth Interim Distribution to Customers with Exhibit Thereto and Proposed Order (Docket Number 18296)

Executed on December 13, 2018

_____
Vanessa A. Pogue

Sworn to and subscribed before me this _13_ day of December 2018

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

_____
(SEAL)

_____
Notary Public    April 9, 2022

2

Exhibit A

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Akin Gump Strauss Hauer & Feld LLP | Robert A. Johnson | One Bryant Park | | New York | NY | 10036 | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| CAROL NEVILLE, SONNENSCHEIN NATH & ROSENTHAL LLP | | 1221 AVENUE OF THE AMERICAS, 25TH FL. | | NEW YORK | NY | 10020 | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| JOSHUA KELLER, ESQ, MILBERG LLP | | ONE PENNSYLVANIA PLAZA | | NEW YORK | NY | 10119 | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|-----------|---------|----------|----------|------|-------|-----|---------|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway, 11th Floor | | New York | NY | 10006 | |

Page 12 of 13

Exhibit A
December 13, 2018

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| DUANE MORRIS LLP | PATRICIA H. HEER | 1540 Broadway | | NEW YORK | NY | 10036-4086 | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |