**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 19, 2018 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Twenty-Eighth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2018 through July 31, 2018, Trustee's Attorney, period: 4/1/2018 to 7/31/2018, fee: $34,076,364.12, expenses: $505,031.47. (Filed 11/15/2018) [ECF No. 18180]

B. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2018 through July 31, 2018 for Schiltz & Schiltz, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $10,572.76, expenses: $687.23. (Filed 11/15/2018) [ECF No. 18182]

C. Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2018 through July 31, 2018 for Irving H. Picard, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $7,802.83, expenses: $78.78. (Filed 11/15/2018) [ECF No. 18183]

D. Twenty-Seventh Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred From April 1, 2018 through July 31, 2018 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $1,938,558.00, expenses: $20,811.59. (Filed 11/15/2018) [ECF No. 18184]

E. Application for Interim Professional Compensation /Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2018 through July 31, 2018 for Soroker Agmon Nordman, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $434,334.17, expenses: $3,472.78. (Filed 11/15/2018) [ECF No. 18185]

F. Application of Graf & Pitkowitz Rechtsanwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2018 through July 31, 2018 for Graf & Pitkowitz Rechtsnwalte GMBH, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $92,260.67, expenses: $1,130.00. (Filed 11/15/2018) [ECF No. 18186]

G. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2018 through July 31, 2018 for SCA Creque, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $6,288.84, expenses: $0.00. (Filed 11/15/2018) [ECF No. 18187]

H. Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2018 through July 31, 2018 for Young Conaway Stargatt & Taylor, LLP, Special

    Counsel, period: 4/1/2018 to 7/31/2018, fee: $32,907.60, expenses: $276.61. (Filed 11/15/2018) [ECF No. 18188]

I.    Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2018 through July 31, 2018 for Williams, Barristers & Attorneys, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $202,629.32, expenses: $0.00. (Filed 11/15/2018) [ECF No. 18189]

J.    Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2018 through July 31, 2018 for UGGC & Associes, Special Counsel, period: 4/1/2018 to 7/31/2018, fee:$121,672.70, expenses: $2,284.61. (Filed 11/15/2018) [ECF No. 18190]

K.    Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2018 through July 31, 2018 for Browne Jacobson, LLP, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $1,240,066.75, expenses: $245,808.52. (Filed 11/15/2018) [ECF No. 18191]

L.    Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2018 through July 31, 2018 for Eugene F. Collins, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $63,868.75, expenses: $2,641.06. (Filed 11/15/2018) [ECF No. 18192]

M.    Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2018 through July 31, 2018 for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $102,550.50, expenses: $2,144.69. (Filed 11/15/2018) [ECF No. 18193]

N.    Application of The Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2018 through July 31, 2018 for The Scaletta Law Firm, PLLC, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $28,013.40, expenses: $0.00. (Filed 11/15/2018) [ECF No. 18194]

O.    Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2018 through July 31, 2018 for Werder Vigano, Special Counsel, period: 4/1/2018 to 7/31/2018, fee: $128.99, expenses: $0.00.  (Filed 11/15/2018) [ECF No. 18195]

Related Document:

P.  Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses from April 1, 2018 through July 31, 2018 (related documents18183, 18193, 18182, 18184, 18187, 18191, 18188, 18186, 18195, 18189, 18194, 18192, 18190, 18185) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/15/2018) [ECF No. 18196]

Responses Filed:

Q.  Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Eighth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/3/2018) [ECF No. 18259]

R.  Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/3/2018) [ECF No. 18260]

S.  Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Seventh Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/3/2018) [ECF No. 18261]

T.  Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Third Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/3/2018) [ECF No. 18262]

U.  Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Third Application of The Scaletta Firm PLLC for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/3/2018) [ECF No. 18263]

V.  Response to Motion Recommendation of the Securities Investor Protection Corporation in Support of Third Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 12/3/2018) [ECF No. 18264]

    Objections Due:    December 12, 2018

    Objections Filed    None

    Status:    This matter is going forward.

2. **08-01789; SIPC v. BLMIS**

   A. Memorandum of Law in Support of Trustee's Motion for Authorization to Depose Annette Bongiorno, Daniel Bonventre, and Joann Crupi filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/26/2018) [ECF No. 18236]

   Objections Due:    December 10, 2018

   Objections Filed:    None

   Other Responses:

   B. Letter dated December 10, 2018 from Gary Stein to Judge Bernstein in Response to the Trustee's Motion for Orders Authorizing the Depositions of Federal Prisoners Annette Bongiorno, Daniel Bonventre, and Joann Crupi filed by Jennifer Opheim on behalf of Barbara Picower, individually and as Executor of the Estate of Jeffry M. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Trust F/B/O Gabrielle H. Picower (Filed: 12/10/2018) [ECF No. 18293]

   Related Filing:

   C. Certificate of No Objection Pursuant to LR 9075-2 to Trustee's Motion for Orders Authorizing the Depositions of Federal Prisoners Annette Bongiorno, Daniel Bonventre, and Joann Crupi Filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 12/13/2018) [ECF No. 18303]

   Status:    This matter is going forward.

## CONTESTED MATTERS

3. **10-04390; Picard v. Michael Mann, et al.**

   A. Trustee's Memorandum of Law on the Legal Effect of the Ruling Withdrawing Claims and Objections with Prejudice and in Support of Motion to Strike the Mann Defendants' Jury Demand filed by Nicholas Cremona on behalf of Irving H.

5

         Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 12/5/2018) [ECF No. 131]

    B.    Memorandum of Law of the Securities Investor Protection Corporation on the Legal Effect of the Order Withdrawing Claims and Objections With Prejudice and in Support of Motion to Strike the Mann Defendants' Jury Demand filed by Nathanael Kelley on behalf of SIPC (Filed: 12/5/2018) [ECF No. 132]

Objections Due:    December 12, 2018

Objections Filed:

    C.    Defendants' Response to Trustee and Securities Investor Protection Corporation's Memoranda on the Legal Effect of the Order Withdrawing Claims and Objections with Prejudice and in Support of the Motion to Strike the Defendants' Jury Demand filed by Carole Neville on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 12/12/2018) [ECF No. 137]

Status:    This matter is going forward.

4. **10-04377; Picard v. Carol Nelson, individually and as joint tenant, et al.**
**10-04658; Picard v. Carol Nelson**
**10-04898; Picard v. Helene Saren-Lawrence**

    A.    Motion for Adjournment of Trial Dates (10-04377, 10-04658 & 10-04898) filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson, Helene Saren-Lawrence (Filed: 12/5/2018) [ECF No. 18277]

    B.    Memorandum of Law in Support of Motion to Adjourn Trial Dates (10-04377, 10-04658 & 10-04898) filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson, Helene Saren-Lawrence (Filed: 12/5/2018) [ECF No. 18278]

Objections Due:    December 12, 2018

Objections Filed:

    C.    Trustee's Opposition to Defendants' Motion to Adjourn Trial Dates, Sine Die, Pursuant to Federal Rule of Civil Procedure 16(b)(4) [Adv. Pro. Nos. 10-04377, 10-04658, 10-04898] filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 12/12/2018) [ECF No. 18300]

Reply Filed:

    D.    Defendants' Reply Memorandum of Law in Further Support of Motion to Adjourn Trial Dates, Sine Die, Pursuant To Federal Rule Of Civil Procedure 16(B)(4) [Adv. Pro. No. 10-04377, 10-04658, 10-04898] (Filed: 12/14/18) [ECF No. 18308]

Status: This matter is going forward.

5. **10-04377; Picard v. Carol Nelson, individually and as joint tenant, et al.
   10-04658; Picard v. Carol Nelson
   10-04898; Picard v. Helene Saren-Lawrence**

   A. Memorandum of Law in Response to Order to Show Cause why the two Nelson cases should not be consolidated for trial (10-04377, 10-04856 & 10-04898) filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson, Helene Saren-Lawrence (filed: 12/5/2018) [ECF No. 18279]

   Objection Filed:

   B. Trustee's Opposition to Defendants Response to Order to Show Cause Why the Two Nelson Cases Should Not be Consolidated for Trial Pursuant to Rule of Civil Procedure 42 [Adv. Pro. Nos. 10-04377, 10-04658, 10-04898] filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 12/12/2018) [ECF No. 18301]

   Status: This matter is going forward.

6. **10-05383; Picard v. Stanley Shapiro**

   A. Motion to Quash A Subpoena filed by Barry R. Lax on behalf of Stanley Shapiro (Filed: 10/15/2018) [ECF No. 120]

   B. Memorandum of Law (related document120) filed by Barry R. Lax on behalf of Stanley Shapiro (Filed: 10/15/2018) [ECF No. 121]

   C. Declaration (related document120) filed by Barry R. Lax on behalf of Stanley Shapiro (Filed: 10/15/2018) [ECF No. 122]

   Objection Filed:

   D. Trustee's Memorandum of Law in Opposition to Defendants' Motion to Quash filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 10/29/2018) [ECF No. 123]

   E. Declaration of Torello H. Calvani in Opposition to Defendants' Motion to Quash filed by David J. Sheehan on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 10/29/2018) [ECF No. 124]

      <u>Status</u>:      This matter is going forward.

7. **10-03800; Fairfield Sentry Ltd. v. Fairfield Greenwich Group, et al.**

    A.    Status Conference going forward as scheduled.

Dated:  December 17, 2018
       New York, New York

By:    <u>/s/ David J. Sheehan</u>
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*