# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)

*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC In re Bernard L. Madoff*

**Current Compensation Period: April 1, 2018 – July 31, 2018 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 11/15/2018 ECF No. 18180 | 04/01/2018 – 07/31/2018 | $34,076,364.12 | $34,076,364.12 | $30,668,727.72 | $0 | $30,668,727.72 | $505,031.47 | $505,031.47 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 11/15/2018 ECF No. 18182 | 04/01/2018 – 07/31/2018 | $10,572.76 | $10,572.76 | $8,458.21 | $0 | $8,458.21 | $687.23 | $687.23 |
| Higgs & Johnson, Special Counsel to the Trustee | 11/15/2018 ECF No. 18183 | 04/01/2018 – 07/31/2018 | $7,802.83 | $7,802.83 | $6,242.27 | $0 | $6,242.27 | $78.78 | $78.78 |
| Soroker – Agmon, Special Counsel to the Trustee | 11/15/2018 ECF No. 18185 | 04/01/2018 – 07/31/2018 | $434,334.17 | $434,334.17 | $347,467.34 | $0 | $347,467.34 | $3,472.78 | $3,472.78 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 11/15/2018 ECF No. 18186 | 04/01/018 – 07/31/2018 | $92,260.67 | $92,260.67 | $73,808.54 | $0 | $73,808.54 | $1,130.00 | $1,130.00 |

December 20, 2018   SMB

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| SCA Creque, Special Counsel to the Trustee | 11/15/2018 ECF No. 18187 | 04/01/2018 – 07/31/2018 | $6,288.84 | $6,288.84 | $5,031.07 | $0 | $5,031.07 | $0 | $0 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 11/15/2018 ECF No. 18188 | 04/01/2018 – 07/31/2018 | $32,907.60 | $32,907.60 | $26,326.08 | $0 | $26,326.08 | $276.61 | $276.61 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 11/15/2018 ECF No. 18184 | 04/01/2018 – 07/31/2018 | $1,938,558.00 | $1,938,558.00 | $1,550,846.40 | $0 | $1,550,846.40 | $20,811.59 | $20,811.59 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 11/15/2018 ECF No. 18189 | 04/01/2018 – 07/31/2018 | $202,629.32 | $202,629.32 | $162,103.46 | $0 | $162,103.46 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 11/15/2018 ECF No. 18190 | 04/01/2018 – 07/31/2018 | $121,672.70 | $121,672.70 | $97,338.16 | $0 | $97,338.16 | $2,284.61 | $2,284.61 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 11/15/2018 ECF No. 18191 | 04/01/2018 – 07/31/2018 | $1,240,066.75 | $1,240,066.75 | $992,053.40 | $0 | $992,053.40 | $245,808.52 | $245,808.52 |
| Eugene F. Collins, Special Counsel to the Trustee | 11/15/2018 ECF No. 18192 | 04/01/2018 – 07/31/2018 | $63,868.75 | $63,868.75 | $51,095.00 | $0 | $51,095.00 | $2,641.06 | $2,641.06 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 11/15/2018 ECF No. 18194 | 04/01/2018 – 07/31/2018 | $28,013.40 | $28,013.40 | $22,410.72 | $0 | $22,410.72 | $0 | $0 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | 11/15/2018 ECF No. 18193 | 04/01/2018 – 07/31/2018 | $102,550.50 | $102,550.50 | $82,040.40 | $0 | $82,040.40 | $2,144.69 | $2,144.69 |
| Werder Vigano Special Counsel to the Trustee (December 1, 2017 through March 31, 2018) | 11/15/2018 ECF No. 18195 | 04/01/2018 – 07/31/2018 | $128.99 | $128.99 | $103.19 | $0 | $103.19 | $0 | $0 |

Schedule A(1)　　　　　　　　　　　　　DATE: _12/20/2018_　　　　　　INITIALS: _S_MB    USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

A-3

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,060,303,118.61 | $1,060,303,118.61 | $1,043,379,988.10 | $16,704,458.27 | $16,704,458.27 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Eugene F. Collins, Special Counsel to the Trustee | $699,988.65 | $699,988.65 | $669,775.83 | $48,670.26 | $48,670.26 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,776,616.66 | $1,776,616.66 | $1,718,851.86 | $134,224.87 | $134,224.87 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,393,702.49 | $1,393,702.49 | $1,351,038.20 | $127,434.73 | $127,434.73 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,471.82 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $5,864,416.20 | $5,864,416.20 | $5,707,917.50 | $244,257.09 | $244,257.09 |
| SCA Creque, Special Counsel to the Trustee | $1,408,359.03 | $1,408,359.03 | $1,370,311.53 | $11,483.30 | $11,483.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,502,342.48 | $1,502,342.48 | $1,437,758.59 | $48,662.23 | $48,662.23 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $67,510,353.66 | $67,510,353.66 | $60,088,202.48 | $610,671.22 | $610,671.22 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,363,303.32 | $6,363,303.32 | $6,083,244.51 | $96,767.25 | $96,767.25 |
| UGGC & Associés, Special Counsel to the Trustee | $2,053,510.90 | $2,053,510.90 | $1,958,298.34 | $90,779.76 | $90,779.76 |
| Werder Vigano, Special Counsel to the Trustee | $317,136.61 | $317,136.61 | $308,850.20 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $8,137,641.94 | $8,137,641.94 | $7,678,726.93 | $339,273.91 | $339,273.91 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $17,507,349.73 | $17,507,349.73 | $16,558,959.52 | $1,227,149.01 | $1,227,149.01 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,261.32 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter & Ritter Advokatur, Special Counsel to the Trustee | $138,997.12 | $138,997.12 | $135,767.66 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $34,823.41 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $84,925.04 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $92,346.75 | $92,346.75 | $89,415.31 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $36,653.64 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $70,602.30 | $70,602.30 | $60,740.73 | $280.16 | $280.16 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | $285,138.00 | $285,138.00 | $246,369.15 | $5,094.41 | $5,094.41 |

Schedule B(1)                                    DATE: _12_/20_/2018__                    INITIALS: : <u>S</u>MB    USBJ

B-3