**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br><br>     v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>           Defendants. | Adv. Pro. No. 10-04390 (SMB) |

**ORDER WITHDRAWING CLAIMS AND OBJECTIONS WITH PREJUDICE
AND FINALLY DETERMINING NET EQUITY**

WHEREAS, on November 28, 2018, Defendants made an oral motion during a hearing in the above-captioned adversary proceeding to withdraw with prejudice their Customer Claims, Claim Nos. 009823 and 009822, and their Objections to the Trustee's Determinations of those claims, ECF Nos. 461 and 815, for which the Court issued a bench ruling granting the Defendants' oral motion; and

**BASED ON THE FOREGOING, IT IS HEREBY:**

ORDERED, that the Defendants' Customer Claims and Objections are hereby withdrawn with prejudice; and it is further

ORDERED, that nothing in this Order constitutes a determination of this Court's jurisdiction over the adversary proceeding or any other issues in that case.

SO ORDERED

Dated: December **20th**, 2018
New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE