# Exhibit A

**Exhibit A**

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| SQUARE ONE FUND LTD | 1FR048 |

MADC1133_00000029