UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Norman P Rappaport (the "Claimant"), having filed two objections (the "Objection," ECF Nos. 2252 and 2259) to the Trustee's Notice of Determination of Claim respecting the Claimant's customer claim, designated as Claim No. 001927, hereby gives notice that it withdraws such Objection.

Dated: December 17, 2018

Norman P Rappaport

By. _____
Claimant (pro se)