**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

                    Plaintiff-Applicant,

            v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                    Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## NOTICE OF WITHDRAWAL OF OBJECTION

Robert C. Josefsberg, Joan Danto, and B. Pearson TIC (the "Claimant"), having filed an

objection (the "Objection," ECF No. 1087) to the Trustee's Notice of Determination of Claim

respecting the Claimant's customer claims, designated as Claim Nos. 004133 and 005601, hereby

gives notice that it withdraws such Objection.

Dated: December 4th, 2018

Robert C. Josefsberg

By: _____.
Claimant *(pro se)*