**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*And the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Movant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br> v.<br><br>CAROL NELSON, individually and joint tenant; and STANLEY NELSON, individually and as joint tenant,<br><br>   Defendants. | Adv. Pro. No. 10-04377 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>     v.<br><br>CAROL NELSON,<br><br>                Defendants. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br>     v.<br><br>HELENE SAREN-LAWRENCE,<br><br>                Movant. | Adv. Pro. No. 10-04898 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK    )
                                 ) ss.:
COUNTY OF NEW YORK  )

      I, **Evelyn Rodriguez**, being duly sworn, depose and say: I am more than eighteen years old and not a party to this action. My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

      On December 21, 2018, I served the ***Letter to Judge Bernstein regarding Defendants' Motion to Adjourn Trial Dates*** by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

2

08-01789-cgm    Doc 18342    Filed 12/21/18    Entered 12/21/18 17:12:33    Main Document
                                    Pg 3 of 4

**TO:**   *See Attached Schedule A*

/s/ Evelyn Rodriguez
Evelyn Rodriguez

Sworn to before me this
21st day of December, 2018

/s/ Marianne Warnock
Notary Public
Marianne Warnock
Notary Public, State of New York
No. 01WA6067642
Qualified in Westchester County
Commission Expires: December 10, 2021

## Schedule A

**Defendant Counsel**

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney for: Carol Nelson, individually and as joint tenant, Stanley Nelson, individually and as joint tenant

Gregory M. Dexter
Helen Davis Chaitman
Chaitman LLP
Email: gdexter@chaitmanllp.com
Email: hchaitman@chaitmanllp.com
Attorneys for: Helene Saren-Lawrence