**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>         Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**AFFIDAVIT OF SERVICE**

STATE OF NEW YORK  )
           ) ss.:

COUNTY OF NEW YORK   )

I, **Evelyn Rodriguez**, being duly sworn, depose and say:  I am more than eighteen years old and not a party to this action.  My business address is Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111.

On December 21, 2018, I served the *Notice of Motion for Summary Judgment*; *Trustee's Memorandum of Law in Support of Motion for Summary Judgment*; *Trustee's Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1 In Support of Plaintiff's Motion for Summary Judgment*; and *Declaration of Oren J. Warshavsky In Support of Plaintiff's Motion for Summary Judgment* by emailing the interested parties true and correct copies via electronic transmission to the email addresses designated for delivery and/or by placing true and correct copies thereof in  sealed packages designated for regular U.S. Mail to those parties as set forth on the attached Schedule A.

**TO:**   See Attached Schedule A

　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Evelyn Rodriguez*
　　　　　　　　　　　　　　　　　　　　　　　　　Evelyn Rodriguez

Sworn to before me this
21st  day of December, 2018

*/s/ Marianne Warnock*
Notary Public
Marianne Warnock
Notary Public, State of New York
No. 01WA6067642
Qualified in Westchester County
Commission Expires: December 10, 2021

2

**Schedule A**

**Defendant Counsel**

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney For: Legacy Capital Ltd.