**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>       Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities, LLC,<br><br>       Plaintiff,<br>  v.<br>JAFFE FAMILY INVESTMENT PARTNERSHIP and BRUCE JAFFE,<br><br>       Defendants. | Adv. Pro. No. 10-04655 (SMB) |

### ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Wayne A. Silver to be admitted, **pro hac vice**, to represent Jaffe Family Investment Partnership and Bruce Jaffe, (the "Clients") defendants and interested parties in the above referenced adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the bar in the State of California and the bar of the U.S. District Court for the Northern District of California, it is hereby

**ORDERED**, that Wayne A. Silver, Esq., is admitted to practice, *pro hac vice*, on the above referenced adversary proceedings to represent Clients, in the United States Bankruptcy Court for the Southern District of New York, provided the filing fee has been paid.

Dated: __December 26, 2018____
      New York, New York      /s/____*Stuart M. Bernstein*_____
                                        STUART M. BERNSTEIN
                                        United States Bankruptcy Judge