# EXHIBIT 2

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br>v.<br><br>NATIXIS FINANCIAL PRODUCTS, LLC,<br><br>      Defendant. | Adv. Pro. No. 10-05353 (SMB) |

**[PROPOSED] ORDER GRANTING THE TRUSTEE'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

This cause having come before the Court on December 28, 2018 on the motion (the "Motion") of Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities, LLC and the chapter 7 estate of Bernard L. Madoff, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, by and through his counsel, Baker & Hostetler LLP, seeking entry of an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, as incorporated in this proceeding by Rule 7015 of

the Federal Rules of Bankruptcy Procedure, granting leave for the Trustee to file an Amended Complaint; and the Court having considered the Memorandum of Law in Support of the Trustee's Motion for Leave to File an Amended Complaint; and any objections thereto; and due notice of the Motion hearing having been given, and it appearing that no other or further notice need be given; and the Court having determined that the legal and factual bases set forth in the Motion establish just cause for the relief granted herein; and upon the proceedings before the Court and after due deliberation, it is hereby

**ORDERED THAT**:

1. The Motion is GRANTED.

2. The Trustee is granted leave to file his Amended Complaint.

Dated: _____, 2019,
New York, New York.

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE