**LAW OFFICE OF WAYNE A. SILVER**
Wayne A. Silver
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for Interested Parties Jaffe Family Investment Partnership and Bruce Jaffe*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br>     v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>          Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>          Debtor. | |

**NOTICE OF APPEARANCE AND REQUEST FOR ELECTRONIC NOTICE**

The Law Office of Wayne A. Silver, Wayne A. Silver, Esq., hereby appears and requests notice on behalf of JAFFE FAMILY INVESTMENT PARTNERSHIP and BRUCE JAFFE ("Jaffe"), interested parties in the above-captioned Adversary Proceeding No. 08-1789 (SMB). All notices given or required to be given in this Adversary Proceeding may be served to the undersigned as follows:

>LAW OFFICE OF WAYNE A. SILVER
>Wayne A. Silver
>643 Bair Island Road, Suite 403
>Redwood City, CA 94063
>Phone: (650) 282-5970
>Fax:    (650) 282-5980
>Email: ws@waynesilverlaw.com

1

This Notice of Appearance and Request for Notice is not a consent to the jurisdiction of the Bankruptcy Court, nor shall any later appearance, pleading, proof of claim, or suit constitute a waiver of the rights of Jaffe: (i) to have the final orders in non-core matters entered only after de novo review by a District Judge; (ii) to trial by jury in any proceeding related to this case or any case, controversy or proceeding related to this case; (iii) to have the District Court withdraw the reference in an matter subject to mandatory or discretionary withdrawal; or (vi) any other rights, claims, actions, defenses, setoffs, or recoupment's to which Jaffe may be entitled, in law or in equity, all of which rights, claims, actions, defenses, setoffs and recoupment's are expressly reserved.

Dated:  December 31, 2018
        Henderson, Nevada

**LAW OFFICE OF WAYNE A. SILVER**

By: */s/ Wayne A. Silver*

Wayne A. Silver
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:    (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for Jaffe Family
Investment Partnership and Bruce Jaffe*

2

**CERTIFICATE OF SERVICE BY ELECTRONIC MEANS**

    I, Wayne A. Silver, attorney for Jaffe Family Investment Partnership and Bruce Jaffe, hereby certify that on December 31, 2018, service of the foregoing Notice of Appearance and Request for Notice was accomplished pursuant to ECF on registered Filing Users.

Dated:  December 31, 2018
          Henderson, Nevada

**LAW OFFICE OF WAYNE A. SILVER**

By: */s/ Wayne A. Silver*

Wayne A. Silver
643 Bair Island Road,
Suite 403
Redwood City, CA 94063
Phone: (650) 282-5970
Fax:   (650) 282-5980
Email: ws@waynesilverlaw.com

*Attorney for Jaffe Family
Investment Partnership and Bruce Jaffe*