**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan New
Robertson Beckerlegge
Robyn Feldstein

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>              Plaintiff,<br><br>      v.<br><br>FREDERIC Z. KONIGSBERG, SUSAN M. KONIGSBERG, BRADERMAK, LTD., BRADERMAK EQUITIES CORP., LEE | Adv. Pro. No. 10-04394 (SMB) |

RAUTENBERG, JAN STAHL, GERI STAHL, H.
PETER STEIL, APO HEALTH, INC. PSP F/B/O H.
PETER STEIL, APO HEALTH, INC. PSP F/B/O JAN
STAHL, BUYER'S ALTERNATIVES, INC. PSP
F/B/O JAN STAHL, and PJS TRADING, INC. PSP
F/B/O JAN STAHL

                                    Defendant.

## FIFTH AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1.    Fact discovery closed on October 13, 2017.

2.    The Disclosure of Case-in-Chief Experts shall be due: March 27, 2019.

3.    The Disclosure of Rebuttal Experts shall be due: April 29, 2019.

4.    The Deadline for Completion of Expert Discovery shall be: May 29, 2019.

5.    The Deadline for Service of a Notice of Mediation Referral shall be: On or before June 10, 2019.

6.    The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before June 24, 2019.

7.    The Deadline for Conclusion of Mediation shall be: On or before September 23, 2019.

Dated: New York, New York
      January 7, 2019

BAKER & HOSTETLER LLP

By: */s/ Nicholas Cremona*
David J. Sheehan
Nicholas J. Cremona
Jonathan New
Robertson Beckerlegge
Robyn Feldstein
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*