| | |
|---|---|
| From: | "Guglielmo Fanini" <g.fanini@gmail.com> |
| To: | <Bernstein.chambers@nysb.uscourts.gov> |
| Date: | 01/08/2019 01:44 PM |
| Subject: | information request on possible refundability of Madoff asset |

to **Honorable Stuart M. Bernstein**

United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Dear Sir,

Excuse me if I disturb you as ordinary citizen layman (not lawyer or judge) after reading this article :

https://www.irishtimes.com/business/markets/irish-fund-thema-international-to-pay-687m-to-madoff-victims-1.3213099

regarding the liquidation of the Madoff assets, whether this security : **Thema International Funds Plc (isin IE0008869103)**

due to liquidation of my late father's assets Filippo Fanini deceased in Rome, Italy in 2014, (allegedly he worked for a while in Mt. Sinai hospital in New York ?) may be even partially refunded, that the bank is asking me to sign a renunciation, do you have any idea where to ask, what may be the procedure, that the bank is not forthcoming and I discovered this accidentally enquiring through a Italian lawyer.

I am available for clarifications and documentation.

Best Regards.

Ing. Guglielmo Fanini

Via Torricelli 5
20136 Milano
Italy

3664978350

## MEMORANDUM ENDORSEMENT AND ORDER

Unfortunately, the Court cannot render legal or other advice relating to a case before it. You should direct your inquiry to the trustee, Irving Picard, Esq., at ipicard@bakerlaw.com.

So ordered.

Dated: New York, New York
January 9, 2019

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge