UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Carole Delaire (the "Claimant"), having filed an objection (the "Objection", Docket No. 2768) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002885), hereby gives notice that she withdraws such Objection.

Dated: Jan 9    ,    , 2018

_____

Mark A. Blount, Esq. on behalf of Carole Delaire
Law Office of Mark A. Blount, LLC
444 East Main Street
Chester, New Jersey 07930
Tel. No. (908) 879-8225