UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Alvin J. Delaire, Jr. (the "Claimant"), having filed an objection (the "Objection", Docket No. 2767) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002886), hereby gives notice that he withdraws such Objection.

Dated: Jan, 8, 2019

_____
Mark A. Blount, Esq. on behalf of Alvin J. Delaire, Jr.
Law Office of Mark A. Blount, LLC
444 East Main Street
Chester, New Jersey 07930
Tel. No. (908) 879-8225