**WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLP**

FOUNDED 1888
270 MADISON AVENUE
NEW YORK, NY 10016
212-545-4600

750 B STREET - SUITE 2770
SAN DIEGO, CA 92101

WOLF HALDENSTEIN ADLER FREEMAN & HERZ LLC
70 WEST MADISON STREET, SUITE 1400
CHICAGO, IL 60602

PHONE 212-545-4600
FACSIMILE 212-686-0114
LEVINE@WHAFH.COM

January 9, 2019

**Via ECF**

Vito Genna
Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

      Re:    *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB)

Dear Mr. Genna:

    I write to request that you remove my name and email from the electronic service list in the above-captioned adversary proceeding. In January 2010, I had initially filed a Notice of Appearance as counsel for Nephrology Associates P.C. Pension Plan, but that party is no longer involved in this action.

    Please do not hesitate to contact me with questions. Thank you for your attention to this matter.

                           Respectfully,

                            s/ Eric B. Levine

                            Eric B. Levine