**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>         Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON THE**
**TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

    The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and defendant Legacy Capital Ltd. ("Legacy Capital"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on December 21, 2018, the Trustee moved for summary judgment (the "Motion") on Count One of the Trustee's amended complaint in this adversary proceeding (ECF No. 190); and

**WHEREAS**, the Parties have conferred to prepare an agreed-upon briefing schedule relating to the Motion.

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. Legacy Capital shall file and serve its opposition to the Motion on or before **February 22, 2019**.

2. The Trustee shall file and serve his reply papers on or before **March 20, 2019**.

3. The previously scheduled hearing date of **April 3, 2019** at **10:00 a.m.** remains the same.

Dated:    New York, New York
         January 9, 2019

*/s/ Oren J. Warshavsky*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Estate of Bernard L. Madoff*

*/s/ Nicholas F. Kajon*
**STEVENS & LEE, P.C.**
485 Madison Avenue
New York, NY 10022
Telephone:  (212) 537-0403
Facsimile:  (610) 371-1223
Nicholas F. Kajon
Email: nfk@stevenslee.com

*Attorneys for Defendant Legacy Capital Ltd.*

SO ORDERED this **9th** day of **January**, 2019.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE