**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>ALVIN J. DELAIRE, JR., *et al.,*<br><br>   Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS
ALVIN J. DELAIRE, JR. AND CAROLE DELAIRE
FROM ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Alvin J. Delaire, Jr. and Carole Delaire (the "Delaires"), by and through their counsel, Mark A. Blount, Esq. (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On June 22, 2009, the Trustee commenced this adversary proceeding (the "Adversary Proceeding") against, among others, the Delaires by filing his original complaint (ECF No. 1).

2. On October 8, 2009, the Trustee filed his First Amended Complaint (the "FAC") in the Adversary Proceeding against, among others, the Delaires (ECF No. 82).

3. On October 14, 2011, the Delaires filed an answer to the FAC (ECF No. 253).

4. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 (Case No. 08-01789, Dkt. No. 3181), the Parties entered into a Settlement Agreement and Release.

5. In accordance with the Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of all the Trustee's claims against the Delaires in the Adversary Proceeding.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective estates, personal representatives, executors, administrators, heirs, successors and assigns, and upon all creditors and parties in interest.

7. This Stipulation may be signed by the Parties, through their counsel, in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8. Upon the dismissal of the Delaires, the caption of the Adversary Proceeding is hereby amended to delete the Delaires from the caption. The amended caption shall appear as indicated in Exhibit A to this Stipulation.

Dated: January 9, 2019
New York, New York

| | |
|---|---|
| **BAKER HOSTETLER LLP** | **LAW OFFICE OF MARK A. BLOUNT, LLC** |
| BY: */s/ Esterina Giuliani* | BY: */s/ Mark A. Blount* |
| Esterina Giuliani | Mark A. Blount |
| 45 Rockefeller Plaza | 444 East Main Street |
| New York, New York 10111 | Chester, New Jersey 07930 |
| Telephone: 212.589.4200 | Telephone: 908.879.8225 |
| Facsimile: 212.589.4201 | Facsimile: 908.879.8235 |
| Email: egiuliani@bakerlaw.com | Email: mblount@blountlawoffice.com |
| David J. Sheehan | |
| Email: dsheehan@bakerlaw.com | *Attorney for Defendants Alvin J. Delaire Jr. and Carole Delaire* |
| Kathryn M. Zunno | |
| Email: kzunno@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**SO ORDERED** this **10th** day of **January** 2019
**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge

2