# RANDALL S. D. JACOBS, PLLC

| | - ATTORNEY AT LAW- | |
|---|---|---|
| RANDALL S. D. JACOBS, J. D., LL.M. (CORP.) | NEW YORK OFFICE: | NEW JERSEY |
| ADMITTED IN: | 30 WALL STREET, 8TH FLOOR | 5 HAMPTON COURT |
| THE STATE OF NEW YORK | NEW YORK, NEW YORK 10005-3817 | NORTH CALDWELL |
| UNITED STATES DISTRICT COURTS, SDNY & EDNY | TELEPHONE: (212) 709-8116 | NEW JERSEY 07006-4701 |
| THE 2ND CIRCUIT COURT OF APPEALS | FACSIMILE: (973) 226-8897 | TELEPHONE: (973) 226-3301 |
| THE 9TH CIRCUIT COURT OF APPEALS | CONFERENCE LINE: (712) 832-8320 | FACSIMILE: (973) 226-8897 |
| THE SUPREME COURT OF THE UNITED STATES | WWW.CHAPTER11ESQ.COM | |

WRITER'S DIRECT EMAIL:
rsdjacobs@chapter11esq.com

January 10, 2019

**Via ECF**

Vito Genna, Clerk of the Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004

<u>Re: Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC, Adv. Pro. No. 08-01789 (SMB)</u>

Dear Mr. Genna:

    I hereby request that you remove my name and email address from the electronic service list in the above-captioned case. I had filed Notices of Appearance as counsel for adversary proceeding defendants (i) Estelle Harwood, et Al., **Adv. Pro. No. 10-04803 (SMB)** and (ii) the Oguss family **Adv. Pro. No. 10-05116** (SMB), each of which adversary proceedings have been settled with the Trustee. I previously filed a Notice of Withdrawal of counsel in the Harwood case, but continue to receive emails in the Madoff action.

    Please do not hesitate to contact me with questions. Thank you for your attention to this matter.

Very truly yours,

/s/ Randall S. D. Jacobs

Randall S. D. Jacobs

RSDJ/zo
Enclosure