UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------- x

SECURITIES INVESTOR PROTECTION CORPORATION,

            Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

           Defendant.

------------------------------- x

In re:

BERNARD L. MADOFF,

           Debtor.

------------------------------- x

IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,

           Plaintiff,

v.

THE ESTELLE HARWOOD FAMILY LIMITED PARTNERSHIP, HARWOOD HOLDING COMPANY II, INC., ESTELLE HARWOOD REVOCABLE TRUST, and ESTELLE HARWOOD, individually and in her capacity as trustee of the Estelle Harwood Revocable Trust,

           Defendants.

------------------------------- x

**Case No. 08-1789 (SMB)**

SIPA LIQUIDATION

(Substantively Consolidated)

**Adv. Pro. No. 10-04803 (SMB)**

**NOTICE OF WITHDRAWAL OF ATTORNEY**

00041053.1

**PLEASE TAKE NOTICE,** that Randall S. D. Jacobs, PLLC, attorneys for Defendants The Estelle Harwood Family Limited Partnership, Harwood Holding Company II, Inc., Estelle Harwood Revocable Trust, and Estelle Harwood, individually and in her capacity as trustee of the Estelle Harwood Revocable Trust, hereby withdraws his appearance in this case and requests that Randall S. D. Jacobs be removed from the Court's CM/ECF system in reference to the above-captioned bankruptcy case. The matter for which the appearance was made has been resolved.

The email address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is: rsdjacobs@chapter11esq.com.

Dated: New York, New York
        July 19, 2018

                                        RANDALL S. D. JACOBS, PLLC

                                        By: /s/ Randall S. D. Jacobs
                                            Randall S. D. Jacobs
                                            *Office and Post Office Address*
                                            110 Wall Street, 11th Floor
                                            New York, New York 10005
                                            Tel.: (212) 709-8116
                                            Fax: (973) 226-8897
                                            rsdjacobs@chapter11esq.com
                                            *Attorney for the Debtor*

00041053.1