# **<u>EXHIBIT 1</u>**

**DUFFYAMEDEO** LLP

*A NEW KIND OF LAW FIRM.*

<u>**VIA E-Mail Only**</u>

December 14, 2018

The Honorable Frank Maas (Ret.)
c/o Jams, Inc.
620 Eighth Avenue, 34th Floor
New York, NY 10018

>       Re:     Picard v. HSBC Bank PLC, *et al.*, Adv. Pro. No. 09-01364 (SMB)
>               Jams Reference No. 1425025754

Dear Judge Maas:

    This office represents Alpha Prime Fund Ltd ("Alpha Prime").  Further to my prior correspondence, attached please find the letters from Project Partners and Steurer along with certified translations.

    Please feel free to let me know if you have any questions or require any further information.

Respectfully,

Todd E. Duffy

cc:     Oren Warshavsky, Esq. (via e-mail with attachments)
        Kristin Maccubbin (via e-mail with attachments)
        Christian Hausmaninger, Esq. (via e-mail with attachments)

Encl.

Certified Translation from the German Language





Consulting & Managementges.m.b.H.

Josefsplatz 6
1010 Vienna

+43 (0)1 219 8900
project@partners.at
DVR 1054180
ATU 41007405
FN 132615y

Mr. Peter Fischer
Top Consult GmbH
Alserstrasse 23/15
1090 Vienna

By email: Peter.fischer@top-consult-gmbh.at

Vienna, November 30, 2018

Dear Mr. Fischer,

You asked me for my opinion on an apparent server crash at our company in 2007 and on the effects that crash had on a fund called Alpha Prime Fund Ltd. My investigations have produced the following results:

To begin with, I would like to advise that I am a shareholder and managing director of Project Partners Consulting & Managementgesellschaft mbH (PP). PP is engaged in the provision of IT services.

As regards Alpha Prime Fund Ltd, I was able to research that from 2005 until the end of 2008 the company BA Worldwide Fund Management (BWFM), with its registered office in the BVI, instructed us to host the "Alphaprimefund.com" domain and paid us for our services. I was able to find two related invoices which I attach hereto.

Initially, hosting took place via a RAID-5 server which serviced about ten clients in aggregate. From 2007 onwards, there was also email correspondence through the domain. No documents were stored on the server. The BWFM contacts were Messrs. Holzer and Aster and, occasionally, Dr. Radel.

In October 2007, our server crashed because we removed a wrong disk by mistake. We informed Dr. Radel thereof. Initially, we attempted to repair the server with the assistance of the company 3-Ware, the seller of the RAID controller, but our attempt failed. We thereupon contacted Steurer GmbH to recover our data. The details of this recovery are set out in the

APF_00016369

attached statement by the company Steurer whom we asked to reproduce their recollections of this incident.

I can confirm that after the crash we continued to work with a new RAID-1 server to which the company Steurer had loaded the recovered data of the clients. The old server was disposed of.

As far as we remember the events that occurred more than ten years ago, Steurer's statement describes a very plausible data recovery process that correctly reflects such emergency measures; it appears that the webmail platform was actually used in default mode, which explains why attachments were not saved when emails were sent by webmail.

At the end of 2008 Dr. Radel told us that there was no more money to further use our services. All data (emails) available on our server were thereupon burnt to two DVDs and handed over to Dr. Radel. All Alpha Prime data was then deleted from our server for reasons of data protection; this is a standard process we choose when relationships with clients are terminated.

We hope the above information was useful for you and remain

With best regards,


[Signature]
Mag (FH) Stephan Blahut
Managing Director




With reference to my oath I hereby certify that the above is a correct translation of the German text produced to me.

Die genaue Übereinstimmung der vorstehenden Übersetzung mit der angehefteten Ablichtung bestätige ich unter Berufung auf meinen Eid.

Vienna, this 12th day of December 2018

Wien, am 12.12.2018

Mag. Annette Fragner

APF_00016370



Consulting & Managementges.m.b.H.

Josefsplatz 6
1010 Wien

+43 (0)1 219 8900
project@partners.at
DVR 1054180
ATU 41007405
FN 132615y

Herrn Peter Fischer
Top Consult GmbH
Alserstrasse 23/15
1090 Wien

per eMail: Peter.fischer@top-consult-gmbh.at

Wien, 30. November 2018

Sehr geehrter Herr Fischer,

Sie haben mich gebeten, zu einem angeblichen Serverabsturz bei unserer Firma im
Jahr 2007 und dessen Auswirkungen auf einen Fonds namens Alpha Prime Fund Ltd
Stellung zu nehmen. Meine diesbezüglichen Recherchen haben folgendes ergeben:

Vorab teile ich zur Information mit, dass ich geschäftsführender Gesellschafter der
Firma Project Partners Consulting & Managementgesellschaft mbH (PP) bin; die
Firma PP beschäftigt sich mit der Erbringung von EDV-Dienstleistungen.

Zum Thema Alpha Prime Fund Ltd konnte ich recherchieren, dass uns die Firma BA
Worldwide Fund Management (BWFM) mit Sitz auf den BVI in den Jahren 2005 bis
Ende 2008 für das Hosting der Domain „Alphaprimefund.com" beauftragt und bezahlt
hat. 2 diesbezügliche Rechnungen konnte ich noch ausfindig machen und schließe ich
dieser Erklärung an.

Das Hosting lief zunächst über einen RAID-5 Server, der insgesamt rund 10 Kunden
servicierte. Ab dem Jahr 2007 kam es auch zu e-mail Verkehr über die Domain.
Dokumente wurden auf dem Server nicht abgespeichert. Ansprechpartner bei BWFM
waren die Herren Holzer und Aster und gelegentlich auch Frau Dr. Radel.

Im Oktober 2007 kam es zu einem Absturz unseres Servers durch irrtümliche
Entfernung einer falschen Platte. Wir haben Frau Dr. Radel davon informiert. Wir
haben zunächst einen Reparaturversuch mit Unterstützung der Firma 3-Ware, den
Verkäufer des RAID-Controllers, gestartet, der jedoch nicht funktioniert hat. Wir
haben daraufhin die Firma Steurer GmbH kontaktiert, um eine Datenrettung
vorzunehmen. Die Einzelheiten dieser Datenrettung entnehmen Sie bitte der
angeschlossenen Stellungnahme der Firma Steurer, die wir ersucht haben, ihre

APF_00016371

Erinnerungen zu diesem Vorfall wiederzugeben.

Ich kann bestätigen, dass wir nach dem Absturz mit einem neuen Server RAID-1 weitergearbeitet haben, auf den die Firma Steurer die geretteten Daten der Kunden überspielt hat. Der alte Server wurde entsorgt.

Die Stellungnahme der Firma Steurer beschreibt, soweit wir uns selbst an diese über 10 Jahre zurückliegenden Vorgänge erinnern können, eine höchst plausible für solche Notmaßnahmen korrekte Vorgangsweise für die Datenwiederherstellung; die Plattform des Webmails dürfte tatsächlich wie default eingerichtet benutzt worden sein, was das Nichtspeichern der Attachments im Falle eines Versands per Webmail nachvollziehbar macht.

Ende 2008 teilte uns Frau Dr. Radel mit, dass es kein Geld mehr gäbe, unsere Services weiter in Anspruch zu nehmen. Sämtliche auf unserem Server verfügbaren Daten (e-mails) wurden daraufhin auf 2 DVDs gebrannt und Frau Dr. Radel übergeben. Alle Alpha Prime Daten wurden sodann auf unserem Server aus datenschutzrechtlichen Gründen gelöscht, ein von uns gewählter Standardvorgang bei der Beendigung von Kundenverhältnissen.

Wir hoffen, mit dieser Stellungnahme gedient zu haben und verbleiben

Mit freundlichen Grüßen,

Mag. (FH) Stephan Blahut
Geschäftsführer



APF_00016373



Consulting & Managementges.m.b.H.

**BA Worldwide Fund Managemen**

P.O. Box 71, Road Town, Tortola
British Virgin Islands

# <u>Rechnung Nr.: 070201</u>

Wien, am 11. Februar 2007

Wir freuen uns, dass unsere Leistungen zur vollsten Zufriedenheit erbracht werden
konnten und verrechnen, wie vereinbart:

Verlängerung des Nutzung, sowie Hosting der Domain
**„alphaprimeofund .com"** für ein Jahr pauschal
(1.6.2006 bis 31.5.2007)    ...........................................    190,-

zuzüglich 20% USt.    .........................................................    38,-

=======

SUMME    .........................................................................    228,-

Wir bitten den Betrag auf unser Konto Nr. 310031-03009, bei der Erste Bank AG (BLZ
20111) einzuzahlen. Der Betrag ist sofort bei Rechnungserhalt ohne Abzüge fällig.

Mit freundlichen Grüßen,

Ihre Projekt Partners

APF_00016374



**PROJECT PARTNERS**

Consulting & Managementgesellschaft m.b.H.

An
**BA Worldwide Fund Management**

P.O. Box 71, Road Town, Tortola
British Virgin Islands

## Rechnung Nr.: 060318

Wien, am 20. März 2006

Sehr geehrte Frau Dr. Fano!

Wir freuen uns, daß unsere Leistungen zu Ihrer vollsten Zufriedenheit erbracht werden konnten, und verrechnen, wie vereinbart:

Hosting der Domain „**alphaprimefund.com**" für ein Jahr
(1.6.2005 bis 31.5.2006) *) ................................................    198,-

Traffic 1.6.2003 bis 31.5.05 – 0,32 GB à 36,- *)    ..............    11,52

========
Zuzügl. 20% USt.   ...........................................................    41,90
========
SUMME   ...................................................................    € 251,42

*) Der verursachte Traffic wird aliquot den http-logs mit € 36,- pro GB im Nachhinein verrechnet.

Wir bitten den Betrag auf unser Konto, Nr.: 310031-03009, bei der Erste Bank AG (BLZ 20111), einzuzahlen.

Mit freundlichen Grüßen,
Ihre Project Partners

A - 1 0 1 0   W i e n   —   J o s e f s p l a t z   6
Tel.:+43 (0)1 21989 00  Fax:DW19  @:project@partners.at
DVR1054180 | ATU 41007405 | FN 132615y

APF_00016375

Certified Translation from the German Language



# STEURER|"CC"

### Creative Consulting G.m.b.H
Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

Attn.
Project Partners Consulting &
Managementgesellschaft m.b.H. ("PP")

| | |
|---|---|
| Name | Steurer Marius |
| Phone | +43-676 83820820 |
| Fax | +1-2402016478 |
| Email | marius@steurer.cc |

**Subject:**
**Mail server incident**
**Attachment removal**

Dear Sir or Madam:

1.    I, Marius Steurer, born July 30, 1970, am a shareholder and managing director of steurer "CC" GmbH, company number FN 241556f, with its registered office in Vienna and its business address at Kauderstrasse 65, 1220 Vienna.

2.    Since its formation in 2003, steurer "CC" GmbH has been engaged in the provision of IT services and in management consulting in the fields of information technology and accounting.

3.    From 2003 onwards, we repeatedly engaged in business with Project Partners Consulting & Managementgesellschaft m.b.H. ("PP"). We provided the following services to PP: general network maintenance, general firewall maintenance, server installation - all services on request, no maintenance contract. This means our services were only used when internal IT needed help.

Page 1                                        Date: November 29, 2018

APF_00016376

# STEURER|"CC"

## Creative Consulting G.m.b.H
Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

**Mail server incident: October 2007**

In October 2007, on or about October 12, PP informed us by phone of the
incident described below. When contacted now I was able to remember various
details of the incident using additional information.

**Start of the incident – steurer "CC" GmbH was not yet involved.**
During a change of disks on PP's RAID-5 server a wrong (working) disk was
removed by mistake, which caused a server crash. 3Ware, the seller of the
RAID controller, was contacted and sent a repair script, which did not
work, however. The server failure affected about 10 clients of PP, which
made it absolutely necessary to get the server to work again.

Since we were in possession of data recovery equipment, the server was
delivered to us to check it and/or to recover what could be recovered.

Although I do not precisely remember the recovery process, I assume that I
reacted as always: After internal IT had attempted to repair the server, I
did not even try to boot the system because I know that a start of such
systems could have even worse effects.

I am sure that I built the controller and the RAID into our recovery PC and
accessed them in read only mode. Recovery software can then be used to try
to access and recover lost content.

In parallel, a fresh system was installed on new hard disks to have the
system ready once the data was recovered. I am sure the recovery process
took quite some time because the complete regular file system as well as
fragments are scanned and an attempt is made to recover consistent data. It
may have taken up to two or three days – but I am not sure about that.

I am almost 100% sure that a loss of data occurred – this is almost
inevitable with such an incident. Since we destroy our data after seven
years, I cannot search our then communication.

Any other details of the process and of the steps taken are no longer
available because any related documents date eleven years back and were
therefore destroyed.

Page 2                              Date: November 29, 2018

APF_00016377

# S T E U R E R | "CC"

## Creative Consulting G.m.b.H
Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

**Attachments in the Horde webmail:**

We have to try to get to the bottom of this text (test email created on 23 November 2018).

**sent-mail: xxxxxxxxx (3 of 3)**

Mark as:          Move | Copy this message to

Delete | Reply | Reply all | Forward | Redirect | View thread | Blacklist | Whitelist | Message source | Save as | Print

Date: Fri, Nov 23, 2018 11:12:28 +0100 (11:12:28 CET)

From: Networkadmin

To:      @steurer.cc

Subject: xxxxxx

Part(s) Download all attachments (as ZIP files)

Header entries: All

    1  unnamed [text/plain] 0.00 KB

    2  unnamed [text/plain] 0.10 KB

[Attachment stripped: original attachment type: "image/png", name: "vlcsnap-2017-04-26-13h22m50s355.png"]

Delete | Reply | Reply all | Forward | Redirect | View thread | Blacklist | Whitelist | Message source | Save as | Print

Mark as:          Move | Copy this message to

This is conduct by the webmail client (Horde webmail) on PP's server. This is the default option (by Horde) after installation. The purpose of this option certainly was to save memory space on the server at a time when not every mail box had 50GB - but only very limited space was available.

(Screenshot of default option)

**Webmail options**

**New message**

When sending mail or expanding addresses what domain should we append to unqualified addresses (email addresses without "@")?

☑ Compose new messages in a separate window?

☐ Compose messages with a WYSIWYG editor by default (if browser supports the feature)?

**Composing stationery and form responses.**

☐ Check spelling before sending a message?

[ 3 ]  Spelling errors per page when checking spelling

☐ Display confirmation after sending a message?

☑ Include original message in a reply?

☐ Include message header in a reply?

How to attribute quoted lines in a reply?

[ Quote by %f: ]

Draft folder:

[ None ]

☑ Should the compose window be closed after saving a draft?

☐ Save drafts as unseen?

☐ Set priority when composing new messages?

Your default charset for composing new messages:

[ Default ]

You default encryption method for sending messages:

[ No encryption ]

When saving sent-mail, should we save attachment data?

Prompt every time an attachment is sent; default to NO        ⟵

Request a read receipt?

[ Ask ]

Save options        Undo changes        Return to options

As you can see it says "Prompt every time an attachment is sent; default to NO". The question was why nobody paid attention to it. This is explained by

APF_00016378

# STEURER|"CC"

## Creative Consulting G.m.b.H
Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

the following screenshots. Clicking on "new message", you will see this
window...

Webmail :: New message - Mozilla Firefox

https://ssl.steurer.cc/horde/imp/compose.php?thismailbox=INBOX&uniq=1542

**New message**

Send      Save draft            Cancel message

Identity    networkadmin        (standard identity)
To
Cc
Bcc
Subject
Charset    Western European (ISO-8859-1)

Address book              Expand names          Special characters        Attachments

☑ Save a copy in "sent-mail"
☐ Request a read receipt
Switch to HTML composition

Text

Send      Save draft      Cancel message

... but nothing in respect of attachments - except for the paperclip to
insert an attachment.

Page 4                              Date: November 29, 2018

APF_00016379

# S TEURER|"CC"

### Creative Consulting G.m.b.H
Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

When you click on the paperclip, the window moves and you can add an
attachment.

Webmail :: New message - Mozilla Firefox

https://ssl.steurer.cc/horde/imp/compose.php?thismailbox=INBOX&uniq=1542

| | |
|---|---|
| Identity | networkadmin@steurer.cc (standard identity) |
| To | |
| Cc | |
| Bcc | |
| Subject | |
| Charset | Western European (ISO-8859-1) |

Address book        Expand names        Special characters        Attachments

☑ Save a copy in "sent-mail"
☐ Request a read receipt
    Switch to HTML composition

Text

Send        Save draft        Cancel message
Encryption options: No encryption

**Attachments**

**File 1:** Search... No file selected. Attachment        Update

When you are done, you send the email - and you do not see...

Page 5                          Date: November 29, 2018

APF_00016380

# STEURER|"CC"

## Creative Consulting G.m.b.H
### Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

... these lines BELOW the attachment.

Webmail :: New message - Mozilla Firefox

https://ssl.steurer.cc/horde/imp/compose.php?thismailbox=INBOX&uniq=1542

Bcc
Subject
Charset   Western European (ISO-8859-1)

Address book          Expand names          Special characters          Attachments

☑ Save a copy in "sent-mail"
☐ Request a read receipt
   Switch to HTML composition

Text

Send     Save draft     Cancel message
Encryption options: No encryption

## Attachments

File 1: Search... No file selected. Attachment          Update
(Maximum attachment size: 37,748,736 Bytes)
Save attachments with message in sent-mail folder?     No
Link attachments?                                      No

THIS would be the "Prompt every time an attachment is sent; default to NO"
option. When reconstructing it I thought that a POPUP or something similar
would pop up. But the test showed that the line IS the prompt. Would you
change the options to "Always save attachments", this line would be
missing.

Page 6                          Date: November 29, 2018

APF_00016381

# STEURER|"CC"

## Creative Consulting G.m.b.H

Kauderstrasse 65, A-1220 VIENNA
Phone: 0676 83820820 / Email: office@steurer.cc

This image explains why this option was never noticed.

Of course, you could have enlarged the window or switch to full screen, but
we must not forget that we are talking about an incident that happened
eleven years ago. Smaller monitors, less resolution. The "new message"
window had a default size of 730px - and at the time that would have been
plausible with a monitor of, for example, 1024x768 or 1280x960. But this is
all speculation and I cannot reconstruct it because I am not in possession
of necessary information.

Best regards

steurer "CC" GmbH

Signed
Marius Steurer

**Marius Steurer**

Digitally signed by Marius
Steurer
DN:c=AT, st=Vienna, l= Vienna
o=steurer CC GmbH, cn=Marius
Steurer, email=marius@steurer.cc
Date: 11/29/2018 19:45:32
+01'00'

---

With reference to my oath I hereby
certify that the above is a correct
translation of the German text produced
to me.

Vienna, this 12ᵗʰ day of December 2018

Die genaue Übereinstimmung der
vorstehenden Übersetzung mit der
angehefteten Ablichtung bestätige
ich unter Berufung auf meinen Eid.

Wien, am 12.12.2018

Mag. Annette Fragner

# STEURER "CC"
## Creative Consulting G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

z.Hd.
Firma Project Partners Consulting &
Managementgesellschaft m.b.H.(„PP")

| | |
|---|---|
| Name | Steurer Marius |
| Telefon | +43-676 83820820 |
| Fax | +1-2402016478 |
| E-Mail | marius@steurer.cc |

**Betreff :**
**Mailservervorfall**
**Attachment Entfernung**

Sehr geehrte Damen und Herren,

1.    Ich, Marius Steurer, geboren am 30.7.1970, bin geschäftsführender Gesellschafter der Firma steurer „CC" GmbH, FN 241556f, mit dem Sitz in Wien und der Geschäftsanschrift Kaudersstraße 65, 1220 Wien.

2.    Die Firma steurer „CC" GmbH beschäftigt sich seit ihrer Gründung 2003 mit der Erbringung von IT-Dienstleistungen sowie der Unternehmensberatung im IT-Bereich und Buchhaltung.

3.    Mit der Firma Project Partners Consulting & Managementgesellschaft m.b.H. („PP") standen wir ab 2003 immer wieder in Geschäftsverbindung. Wir erbrachten folgende Leistungen für PP: Netzwerkpflege allgemein, Firewallpflege allgemein, Serverinstallation - alle Leistungen auf Zuruf, kein Wartungsvertrag. Wir wurden also nur hinzugezogen, wenn die hauseigene IT Hilfe brauchte.

Seite Nr. 1                    Datum: 2018-11-29

APF_00016383

# STEURER |"CC"
### Creative Consulting | G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

**Mailservervorfall: Oktober 2007**

Im Oktober 2007 - es muss um den 12.10. herum gewesen sein, wurden wir von PP über nachfolgenden Vorfall telefonisch informiert, woran ich mich nur durch die gegenständliche Kontaktaufnahme, mit Hilfe von zusätzlichen Informationen wieder an Details erinnern konnte.

**Start des Vorfalls - steurer „CC'' GmbH war noch nicht involviert.**
Während eines Plattenwechsels auf dem RAID-5 Server der Firma PP sei irrtümlich eine falsche (funktionierende) Platte entfernt worden, was zu einem Serverabsturz führte. Der Verkäufer des RAID Controllers, 3Ware, sei kontaktiert worden und hätte ein Reparatur-Skript geschickt, was aber nicht funktionierte. Der Serverausfall betreffe rund 10 Kunden der Firma PP, es sei daher dringend, den Server wieder zum Laufen zu bringen.

Nachdem wir über Equipment zur Datenrettung verfügt haben, wurde uns der Server gebracht um zu prüfen bzw zu retten, was zu retten ist.

Auch wenn ich mich nicht genau an diesen Rettungsvorgang erinnern kann, gehe ich davon aus, dass ich genauso wie immer reagiert habe: ich habe nach den Reparaturversuchen der hauseigenen IT nicht einmal mehr versucht das System zu booten, da ich weiß, wenn solche Systeme gestartet werden, die Auswirkungen noch schlimmer sein könnten.

In diesem Fall habe ich sicher den Controller und das RAID in unseren Recovery PC eingebaut und im „read only'' - also nur lesen Modus darauf zugegriffen. Mit einer Recoverysoftware kann nun versucht werden auf verlorene Inhalte zuzugreifen und diese zu retten.

Parallel dazu wurde auf neuen Festplatten ein frisches System aufgesetzt um dieses sofort zur Verfügung zu haben, sobald die Daten gerettet wären. Der Wiederherstellungsvorgang hat sicher einiges an Zeit in Anspruch genommen, da hier das komplette reguläre Filesystem sowie Fragmente gescannt werden und so versucht wird, konsistente Daten wieder zu erhalten. Das kann bis zu 2 oder 3 Tage gedauert haben - kann es aber nicht mit Bestimmtheit sagen.

Ich traue mich zu fast 100% Sicherheit zu sagen, dass ein Datenverlust stattgefunden hat - das ist bei so einem Vorfall beinahe unvermeidlich. Da wir unsere Daten nach Ablauf von 7 Jahren vernichten, ist es mir auch nicht möglich, die damalige Kommunikation zu durchsuchen.

Sonstige Details des Ablaufs und der durchgeführten Schritte sind nicht mehr verfügbar, da es sich um Unterlagen handelt die bereits 11 Jahre zurückliegen und somit vernichtet wurden.

Seite Nr. 2                         Datum: 2018-11-29

**APF_00016384**

# STEURER "CC"
### Creative Consulting G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

**Anhänge im Horde Webmail:**

Hier geht es darum, dass dieser Text hinterfragt wird.(Test Mail erstellt
am 23.11.2018

| sent mail: xxxxxxxxx (3 von 3) | | | |
|---|---|---|---|

Markieren als:  [  v ]   Verschiebe | Kopiere  diese Nachricht nach  [        v ]

Löschen | Antworten | Allen Antworten | Weiterleiten | Umleiten | Thema Anzeigen | Ausschlussliste | Positivliste | Quelltext | Speichern unter | Drucken

**Datum:** Fri, 23 Nov 2018 11:12:28 +0100 [11:12:28 CET]
**Von:** Networkadmin
**An:** @steurer.cc
**Betreff:** xxxxxxxx
**Teil(e):** Alle Anhänge (als ZIP-Datei) herunterladen 🗐

**Kopfeinträge:** Alle

🗐 1 unbenannt [text/plain] 0,00 KB 🗐

🗐 2 unbenannt [text/plain] 0,10 KB 🗐

[Anhang entfernt: Ehemaliger Anhangstyp: "image/png", Name: "vlcsnap-2017-04-26-13h22m50s355.png"]

Löschen | Antworten | Allen Antworten | Weiterleiten | Umleiten | Thema Anzeigen | Ausschlussliste | Positivliste | Quelltext | Speichern unter | Drucken

Markieren als:  [  v ]   Verschiebe | Kopiere  diese Nachricht nach  [        v ]

Es handelt es sich hier um ein Verhalten des Webmail Clients (Horde
Webmail) auf dem Server der Firma PP. Dies ist die default Einstellung
(Seitens Horde) nach der Installation die zur damaligen Zeit sicher den
Zweck hatte den Speicherplatz am Server zu sparen als noch nicht jedes
Postfach 50GB Größe hatte - sondern noch sehr eingeschränkter Platz zur
Verfügung stand.

(Screenshot Default Einstellung)

**Einstellungen für Webmail**

**Neue Nachricht**

Welche Domain soll beim Verschicken von Nachrichten oder Suchen von Adressen an unvollständige Adressen (ohne "@"-Zeichen) gehängt werden?
[                    ]

☑ Neue Nachrichten in separatem Fenster verfassen?
☐ Nachrichten standardmäßig mit einem WYSIWYG-Editor erstellen (falls der Browser diesen unterstützt)?
**Erstellen Sie Formatvorlagen und Standardantworten.**
☐ Rechtschreibung vor dem Versenden von Nachrichten überprüfen?
[3]   Rechtschreibfehler pro Seite bei der Rechtschreibprüfung.
☐ Bestätigung nach dem Versenden von Nachrichten anzeigen?
☑ Originalnachricht in die Antwort einfügen?
☐ Nachrichtenkopf in die Antwort einfügen?
Wie sollen Zitatantworten markiert werden? 🔧
[Zitac von %f:]
Entwürfe-Ordner:
[Keine          v]
☑ Soll das Nachrichtenfenster nach dem Speichern eines Entwurfes geschlossen werden?
☐ Entwürfe als ungelesen speichern?
☐ Priorität beim Erstellen von neuen Nachrichten setzen?
Ihr Standardzeichensatz beim Erstellen von neuen Nachrichten:
[Standard          v]
Ihre Standard-Verschlüsselungsmethode beim Verschicken von Nachrichten:
[Keine Verschlüsselung          v]
Sollen Anhänge mitgespeichert werden, wenn gesendete Nachrichten gespeichert werden? 🔧
[Jedesmal nachfragen, standardmäßig NEIN v]  ◄
Lesebestätigungen anfordern? 🔧
[Nachfragen v]

[ Einstellungen speichern ]  [ Änderungen rückgängig machen ]  [ Zurück zu Einstellungen ]

Wie man sieht steht dort „Jedesmal nachfragen, standardmäßig NEIN''. Hier
kam nun die Frage auf, warum das niemand beachtet hat - die nachfolgenden

Seite Nr. 3                           Datum: 2018-11-29

**APF_00016385**

# STEURER|"CC"
### Creative Consulting|G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

Screenshots erklären das. Beim Klicken auf neue Nachricht sieht man dieses Fenster...



...aber nichts bezüglich Anhänge – außer die Büroklammer für das Einfügen eines Attachments.

APF_00016386

# STEURER "CC"
## Creative Consulting G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

Klickt man auf die Büroklammer, verschiebt sich das Fenster und man kann ein Attachment hinzufügen.



Wenn man fertig ist, sendet man das Mail - und dabei übersieht man....

Seite Nr. 5                    Datum: 2018-11-29

# STEURER "CC"

**Creative Consulting** G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

...diese Zeilen UNTER dem Attachment.

---

Webmail :: Neue Nachricht - Mozilla Firefox

ⓘ 🔒 https://ssl.steurer.cc/horde/imp/compose.php?thismailbox=INBOX&uniq=154...

| | |
|---|---|
| **B**cc | |
| **Betreff** | |
| **Z**eichensatz | Westeuropäisch (ISO-8859-1) |

| Adressbuch | Namen suchen | Sonderzeichen | Anhänge |
|---|---|---|---|

☑ Kopie speichern in "sent-mail"
☐ Lesebestätigung anfordern
☑ Zum HTML-Modus wechseln

**T**ext

| Senden | Entwurf speichern | Nachricht verwerfen |
|---|---|---|

Verschlüsselungs-Einstellungen: Keine Verschlüsselung

## Anhänge

Datei 1: Durchsuchen... Keine Datei ausgewählt. Anhang ▾    Aktualisierung
(Maximale Anhanggröße: 37,748,736 Bytes)

Anhänge zusammen mit Nachrichten im Ordner für gesendete Nachrichten speichern?    Nein ▾
Anhänge verlinken?    Nein ▾

---

**DAS** wäre die „Jedesmal nachfragen, standardmäßig NEIN'' Option. Als ich das jetzt nachvollzogen habe, dachte ich, dass ein POPUP oder ähnliches erscheinen würde. Aber der Test hat gezeigt, dass die Zeile die Nachfrage **IST**. Würde man in den Einstellungen auf „Anhänge immer speichern'' stellen, würde diese Zeile fehlen.

Seite Nr. 6                              Datum: 2018-11-29

APF_00016388

# STEURER "CC"
## Creative Consulting G.m.b.H
Kaudersstrasse 65, A-1220 WIEN
Tel: 0676 83820820 / Email: office@steurer.cc

Dieses Erscheinungsbild erklärt mir, warum diese Option nie bemerkt wurde.

Man hätte natürlich das Fester groß machen können oder auf Vollbild gehen.
Aber man darf auch nicht vergessen, dass wir hier von einem 11 Jahre
zurückliegenden Vorfall sprechen. Kleinere Bildschirme, geringere
Auflösung. Das „Neue Nachricht" Fester hat eine default Größe von 730px
Höhe - und das wäre bei einem Bildschirm mit zB 1024x768 oder 1280x960 zur
damaligen Zeit plausibel gewesen. Aber das ist alles Spekulation und von
mir nicht nachvollziehbar, da ich diese Informationen nicht besitze.

Mit freundlichen Grüßen

steurer „CC'' GmbH

gez
Marius Steurer

Marius
Steurer

Digital unterschrieben von Marius
Steurer
DN: c=AT, st=Wien, l=Wien,
o=steurer CC GmbH, cn=Marius
Steurer, email=marius@steurer.cc
Datum: 2018.11.29 19;45:32
+01'00'

Seite Nr. 7                    Datum: 2018-11-29

APF_00016389



APF_00016390