**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Oren J. Warshavsky

*Attorneys for Irving H. Picard,*
*Trustee for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

|  |  |
|---|---|
| Presentment Date: | January 23, 2019 |
| Time: | 12:00 p.m. |
| Objections Due: | January 18, 2019 |
| Time: | 11:00 a.m. |

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, *et al*.,<br><br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

## NOTICE OF PRESENTMENT OF MOTION
## FOR THE ISSUANCE OF LETTERS OF REQUEST

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781, this Court's inherent authority, and in light of the comity between the United States and Austria and upon the accompanying Motion for the Issuance of Letters of Request (the "Motion") for the examination under oath of Stefan Radel, Stephan Blahut, and Marius Steurer, plaintiff Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, substantively consolidated with the bankruptcy estate of Bernard L. Madoff, through his undersigned counsel, will present the proposed Order Issuing Letters of Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters (the "Order"), annexed hereto, to The Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **January 23, 2019, at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion ("Objection") shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the Objection(s) and specific grounds therefor; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of The Honorable Stuart M. Bernstein, One Bowling Green, New York, New York, 10004; (v) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Oren J. Warshavsky, Esq.; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **11:00 a.m. on January 18, 2019**.

**PLEASE TAKE FURTHER NOTICE** that if an Objection is timely served and filed, a hearing may be held before The Honorable Stuart M. Bernstein, United States Bankruptcy Judge

2

on a date to be scheduled by the Court, upon such additional notice as the Court may direct. The

moving and objecting parties are required to attend the hearing, and failure to attend in person or

by counsel may result in relief being granted or denied upon default.

   **PLEASE TAKE FURTHER NOTICE** that unless Objections are timely served and

filed, the proposed Order may be signed without a hearing.

   The Trustee made no prior request to this Court or to any other court for the relief

requested by the Motion.

Dated: New York, New York
    January 11, 2019

            Respectfully submitted,

            */s/  Oren J. Warshavsky*
            Baker & Hostetler LLP
            45 Rockefeller Plaza
            New York, New York 10111
            Telephone:  212.589.4200
            Facsimile:  212.589.4201
            David J. Sheehan
            Oren J. Warshavsky

            *Attorneys for Irving H. Picard,*
            *Trustee for the Substantively Consolidated SIPA*
            *Liquidation of Bernard L. Madoff Investment*
            *Securities LLC and the Estate of Bernard L.*
            *Madoff*