# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

January 11, 2019

**Via ECF and First Class Mail**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

      **Re:**  *Irving H. Picard v. Helene Saren-Lawrence*
             Adv. Pro. No. 10-04898 (SMB)

Dear Judge Bernstein:

      As I previously advised the Court, I would like to make a motion to adjourn the February 20, 2019 trial date in this matter because Ms. Saren-Lawrence suffers from a brain aneurism and the stress of a trial will expose her to an unjustifiable health risk. As explained in the accompanying letter from her treating physician, Dr. Samuel Rapoport, Ms. Saren-Lawrence was previously treated, surgically, for a brain aneurism and that operation was successful. However, she developed a second brain aneurism which her doctor is watching closely. Until the condition is resolved through surgery, however, it would expose Ms. Saren-Lawrence to an unjustifiable risk for her to be forced to go to trial at this time. We feel her testimony is essential to a determination of the issues raised by the complaint and we respectfully ask that the Court adjourn the trial without date. If the Court would like me to make a formal motion, please be kind enough to so advise me.

                      Yours sincerely,

                      */s/ Helen Davis Chaitman*

                      Helen Davis Chaitman

HDC:leb
Encl.

cc:    *(Via Email:)*
       Dean Hunt, Esq. (dhunt@bakerlaw.com)
       Irving H. Picard, Esq. (ipicard@bakerlaw.com)

{00038838 1 }

**SAMUEL RAPOPORT, M.D., PH.D.**
354 EAST 76TH STREET
NEW YORK, NEW YORK 10021

(212) 570-0642

January 10, 2019

Re: Helen Lawrence
    DOB: 11/27/1935

To Whom It May Concern:

My 83 year-old patient, Helen Lawrence has two large cerebral aneurysms. One has been surgically treated and the other is being followed clinically. She suffers from headaches. For management of her condition she should avoid stressful situations.

Sincerely,

Samuel Rapoport, M.D., Ph.D., F.A.A.N.