# EXHIBIT 2

*Picard v. Carol and Stanley Nelson*,
U.S.B.C., Adv. Pro. No. 10-04377 (SMB)

*Picard v. Carol Nelson*,
U.S.B.C., Adv. Pro. No. 10-04658 (SMB)

Transcript regarding Hearing Held on December 19, 2018, access restricted. Transcript may be viewed at the Bankruptcy Court Clerk's Office.