# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

January 11, 2019

**Via ECF and First Class Mail**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    **Re:**  *Irving H. Picard v. Helene Saren-Lawrence*
           Adv. Pro. No. 10-04898 (SMB)

**Dear Judge Bernstein:**

    As I previously advised the Court, I would like to make a motion to adjourn the February 20, 2019 trial date in this matter because Ms. Saren-Lawrence suffers from a brain aneurism and the stress of a trial will expose her to an unjustifiable health risk. As explained in the accompanying letter from her treating physician, Dr. Samuel Rapoport, Ms. Saren-Lawrence was previously treated, surgically, for a brain aneurism and that operation was successful. However, she developed a second brain aneurism which her doctor is watching closely. Until the condition is resolved through surgery, however, it would expose Ms. Saren-Lawrence to an unjustifiable risk for her to be forced to go to trial at this time. We feel her testimony is essential to a determination of the issues raised by the complaint and we respectfully ask that the Court adjourn the trial without date. If the Court would like me to make a formal motion, please be kind enough to so advise me.

    Yours sincerely,

    */s/ Helen Davis Chaitman*

    Helen Davis Chaitman

HDC:leb
Encl.

cc:    *(Via Email:)*
       Dean Hunt, Esq. (dhunt@bakerlaw.com)
       Irving H. Picard, Esq. (ipicard@bakerlaw.com)

## MEMORANDUM ENDORSEMENT AND ORDER

      Following contact from the Defendant's counsel to schedule a formal motion to adjourn the trial, the Court has decided, with the Defendant's consent, to treat this letter as a motion to adjourn the trial.  The motion will be heard at 10:00 a.m. on January 23, 2019.  Any response must be filed by 4:00 p.m. on January 18, 2019.

      So ordered.

Dated: New York, NY
       January 14, 2019

                          /s/ *Stuart M. Bernstein*
                          STUART M. BERNSTEIN
                        United States Bankruptcy Judge