**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                   Debtor. | Adv. Pro. No. 08-01789 (BRL)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                   Plaintiff,<br><br>                 v.<br><br>ALPHA PRIME FUND LIMITED *et al.*,<br><br>                 Defendants. | Adv. Pro. No. 09-01364 (BRL) |

**CERTIFICATE OF SERVICE**

I, Todd E. Duffy, certify that I am over eighteen years of age, am not a party to this action, am a member of DuffyAmedeo LLP, and that on January 14, 2019, I caused a true and correct copy of the Objection of Alpha Prime Fund Limited to the Trustee's Motion for the Issuance of Letters Request to be served by electronic mail Oren Warshavsky, Esq., and Geoffrey North, Esq., Baker & Hostetler, LLP, 45 Rockefeller Plaza, New York, NY 10111, email: owarshavsky@bakerlaw.com, gnorth@bakerlaw.com.

Dated:  New York, New York           By:    /s/ Todd E. Duffy
          January 14, 2019                                  Todd E. Duffy

nydocs1-979401.1