# EXHIBIT C

## North, Geoffrey A

**From:** Todd E. Duffy <tduffy@duffyamedeo.com>
**Sent:** Friday, January 11, 2019 10:38 AM
**To:** North, Geoffrey A
**Cc:** Warshavsky, Oren J.; Beckerlegge, Robertson D.; Longstaff, Carrie; Douglas A. Amedeo
**Subject:** RE: [1] Picard v. HSBC Bank plc, Adv. Pro. No. 09-1364 - Letters of Request
**Attachments:** Motion for Issuance of Letter of Request.pdf

Hi Geoff:

Thanks for this. I will try to have my motion done today. Just to give you a heads up, I will need to file a limited objection to your motion. I won't be objecting to the relief you are seeking, just generally objecting to some of the alleged factual representations.

Best, Todd

**DuffyAmedeo LLP**

A NEW KIND OF LAW FIRM.

**Todd E. Duffy**    TDUFFY@DUFFYAMEDEO.COM
**T** 212.729.5832    **F** 212.208.2437    **M** 718.612.5462
WWW.DUFFYAMEDEO.COM

**From:** North, Geoffrey A [mailto:gnorth@bakerlaw.com]
**Sent:** Thursday, January 10, 2019 6:42 PM
**To:** Todd E. Duffy <tduffy@duffyamedeo.com>
**Cc:** Warshavsky, Oren J. <owarshavsky@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>; Longstaff, Carrie <clongstaff@bakerlaw.com>
**Subject:** Picard v. HSBC Bank plc, Adv. Pro. No. 09-1364 - Letters of Request

Todd,

As discussed, attached are the Motion for the Issuance of Letters of Request and accompanying papers, which we plan to file tomorrow.

Best regards,
Geoff

**Geoffrey A. North**
Partner

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4642

gnorth@bakerlaw.com
bakerlaw.com



1

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

Attachment: Motion for Issuance of Letter of Request.pdf