Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| CARDINAL MANAGEMENT INC | 1FR119 |

MADC1118_00000010