BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 7/5/2005 | CHECK WIRE | 15,000,000 | 15,000,000 | - | - | - | 15,000,000 | - | - | - |
| 7/29/2005 | CHECK WIRE | 2,250,000 | 2,250,000 | - | - | - | 17,250,000 | - | - | - |
| 8/31/2005 | CHECK WIRE | 16,999,979 | 16,999,979 | - | - | - | 34,249,979 | - | - | - |
| 9/8/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (41) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 9/12/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 9/30/2005 | W/H TAX DIV S | (77) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 9/30/2005 | W/H TAX DIV PEP | (462) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/3/2005 | W/H TAX DIV KO | (1,299) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/5/2005 | W/H TAX DIV HPQ | (471) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/11/2005 | W/H TAX DIV MO | (3,351) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/12/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (60) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/13/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/14/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/19/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/25/2005 | W/H TAX DIV GE | (3,485) | - | * [1] | - | - | 34,249,979 | - | - | - |
| 10/31/2005 | CHECK WIRE | 799,970 | 799,970 | - | - | - | 35,049,949 | - | - | - |
| 10/31/2005 | W/H TAX DIV MWD | (410) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/15/2005 | W/H TAX DIV ABT | (627) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/15/2005 | W/H TAX DIV PG | (2,077) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/17/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (43) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/21/2005 | W/H TAX DIV TXN | (107) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/21/2005 | W/H TAX DIV GS | (238) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/23/2005 | W/H TAX DIV C | (4,854) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/23/2005 | W/H TAX DIV MER | (380) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 11/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/1/2005 | W/H TAX DIV WFC | (1,879) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/1/2005 | W/H TAX DIV INTC | (1,040) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/2/2005 | W/H TAX DIV BA | (428) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/6/2005 | W/H TAX DIV PFE | (3,024) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/8/2005 | W/H TAX DIV MSFT | (1,577) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/9/2005 | W/H TAX DIV XOM | (3,930) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/12/2005 | W/H TAX DIV MMM | (719) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/12/2005 | W/H TAX DIV CVX | (2,199) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/12/2005 | W/H TAX DIV IBM | (685) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/12/2005 | W/H TAX DIV UTX | (488) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/13/2005 | W/H TAX DIV JNJ | (2,127) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/15/2005 | W/H TAX DIV KO | (1,231) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/15/2005 | W/H TAX DIV TWX | (501) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/15/2005 | W/H TAX DIV HD | (456) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/16/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/16/2005 | W/H TAX DIV AIG | (827) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/22/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (18) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/23/2005 | W/H TAX DIV BAC | (4,280) | - | * [1] | - | - | 35,049,949 | - | - | - |
| 12/30/2005 | CHECK WIRE | 499,970 | 499,970 | - | - | - | 35,549,919 | - | - | - |
| 12/30/2005 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 12/30/2005 | W/H TAX DIV S | (157) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 1/3/2006 | W/H TAX DIV VIA.B | (240) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 1/3/2006 | W/H TAX DIV MRK | (1,807) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 1/3/2006 | W/H TAX DIV WMT | (527) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 1/3/2006 | W/H TAX DIV PEP | (940) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 1/4/2006 | W/H TAX DIV HPQ | (492) | - | * [1] | - | - | 35,549,919 | - | - | - |
| 1/6/2006 | W/H TAX DIV SLB | (280) | - | (280) | - | - | 35,549,639 | - | - | - |
| 1/6/2006 | W/H TAX DIV DIS | (1,181) | - | * [1] | - | - | 35,549,639 | - | - | - |
| 1/13/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 35,549,639 | - | - | - |

MADC1118_00000011

BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Transaction Amount as Reported in Customer Statement | Column 4<br>Cash Deposits | Column 5<br>Cash Withdrawals | Column 6<br>Transfers of Principal In | Column 7<br>Transfers of Principal Out | Column 8<br>Balance of Principal | Column 9<br>Preference Period Initial Transfers | Column 10<br>Two Year Initial Transfers | Column 11<br>Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (26) | - | * [1] | - | - | 35,549,639 | - | - | - |
| 1/31/2006 | W/H TAX DIV MS | (629) | - | * [1] | - | - | 35,549,639 | - | - | - |
| 2/1/2006 | CHECK WIRE | 999,970 | 999,970 | - | - | - | 36,549,609 | - | - | - |
| 2/1/2006 | W/H TAX DIV VZ | (565) | - | * [1] | - | - | 36,549,609 | - | - | - |
| 2/1/2006 | W/H TAX DIV T | (649) | - | * [1] | - | - | 36,549,609 | - | - | - |
| 2/13/2006 | SCHLUMBERGER LTD CXL W/H TAX SLB | 280 | - | 280 | - | - | 36,549,889 | - | - | - |
| 2/13/2006 | W/H TAX DIV TXN | (103) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 2/15/2006 | W/H TAX DIV ABT | (907) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 2/15/2006 | W/H TAX DIV PG | (2,011) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 2/23/2006 | W/H TAX DIV GS | (243) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 2/24/2006 | W/H TAX DIV C | (5,269) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 2/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (40) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 2/28/2006 | W/H TAX DIV MER | (485) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/1/2006 | W/H TAX DIV WFC | (1,817) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/1/2006 | W/H TAX DIV INTC | (1,277) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/3/2006 | W/H TAX DIV BA | (524) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/7/2006 | W/H TAX DIV PFE | (3,764) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/7/2006 | W/H TAX DIV UPS | (885) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/9/2006 | W/H TAX DIV MSFT | (1,760) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/10/2006 | W/H TAX DIV UTX | (470) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/10/2006 | W/H TAX DIV IBM | (668) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/10/2006 | W/H TAX DIV CVX | (2,152) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/10/2006 | W/H TAX DIV XOM | (4,213) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/10/2006 | W/H TAX DIV TGT | (194) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/13/2006 | W/H TAX DIV MMM | (714) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/14/2006 | W/H TAX DIV JNJ | (2,114) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/15/2006 | W/H TAX DIV TWX | (497) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/16/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/17/2006 | W/H TAX DIV AIG | (821) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/23/2006 | W/H TAX DIV HD | (670) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/24/2006 | W/H TAX DIV BAC | (4,950) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 36,549,889 | - | - | - |
| 3/31/2006 | CHECK WIRE | 24,000,000 | 24,000,000 | - | - | - | 60,549,889 | - | - | - |
| 3/31/2006 | W/H TAX DIV PEP | (951) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 3/31/2006 | W/H TAX DIV S | (166) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 3/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 4/3/2006 | W/H TAX DIV MRK | (1,852) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 4/3/2006 | W/H TAX DIV WMT | (945) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 4/3/2006 | W/H TAX DIV KO | (1,425) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 4/5/2006 | W/H TAX DIV HPQ | (510) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 4/5/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 60,549,889 | - | - | - |
| 4/7/2006 | W/H TAX DIV SLB | (301) | - | (301) | - | - | 60,549,588 | - | - | - |
| 4/7/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 60,549,588 | - | - | - |
| 4/10/2006 | W/H TAX DIV MO | (3,736) | - | * [1] | - | - | 60,549,588 | - | - | - |
| 4/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 60,549,588 | - | - | - |
| 4/25/2006 | W/H TAX DIV GE | (5,621) | - | * [1] | - | - | 60,549,588 | - | - | - |
| 4/28/2006 | CHECK WIRE | 4,499,970 | 4,499,970 | - | - | - | 65,049,558 | - | - | - |
| 4/28/2006 | CXL W/H TAX DIV SLB | 301 | - | 301 | - | - | 65,049,859 | - | - | - |
| 4/28/2006 | W/H TAX DIV MS | (1,043) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 4/28/2006 | W/H TAX DIV MDT | (411) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 4/28/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/1/2006 | W/H TAX DIV T | (4,602) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/1/2006 | W/H TAX DIV VZ | (4,258) | - | * [1] | - | - | 65,049,859 | - | - | - |

MADC1118_00000012

BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 5/1/2006 | W/H TAX DIV JPM | (3,115) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/5/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/10/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/10/2006 | W/H TAX DIV AXP | (541) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/15/2006 | W/H TAX DIV ABT | (1,614) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/15/2006 | W/H TAX DIV PG | (3,692) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/22/2006 | W/H TAX DIV TXN | (174) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/22/2006 | W/H TAX DIV CAT | (616) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/24/2006 | W/H TAX DIV MER | (872) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/25/2006 | W/H TAX DIV GS | (563) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/26/2006 | W/H TAX DIV C | (8,833) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (22) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 5/31/2006 | W/H TAX DIV UPS | (1,591) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/1/2006 | W/H TAX DIV INTC | (2,268) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/1/2006 | W/H TAX DIV WFC | (3,447) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/2/2006 | W/H TAX DIV BA | (942) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/5/2006 | W/H TAX DIV WMT | (1,636) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/6/2006 | W/H TAX DIV PFE | (6,866) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/6/2006 | W/H TAX DIV BMY | (1,983) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/8/2006 | W/H TAX DIV MSFT | (3,109) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/9/2006 | W/H TAX DIV XOM | (7,620) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/12/2006 | W/H TAX DIV MMM | (1,284) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/12/2006 | W/H TAX DIV IBM | (1,825) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/12/2006 | W/H TAX DIV UTX | (509) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/13/2006 | W/H TAX DIV JNJ | (4,318) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/15/2006 | W/H TAX DIV TWX | (874) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/22/2006 | W/H TAX DIV HD | (1,256) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/23/2006 | W/H TAX DIV BAC | (9,071) | - | * [1] | - | - | 65,049,859 | - | - | - |
| 6/30/2006 | CHECK WIRE | 2,499,970 | 2,499,970 | - | - | - | 67,549,829 | - | - | - |
| 6/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (56) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 6/30/2006 | W/H TAX DIV PEP | (1,892) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 6/30/2006 | W/H TAX DIV S | (288) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 7/3/2006 | W/H TAX DIV KO | (1,717) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 7/3/2006 | W/H TAX DIV CVX | (4,536) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 7/3/2006 | W/H TAX DIV AIG | (1,518) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 7/3/2006 | W/H TAX DIV MRK | (3,182) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 7/5/2006 | W/H TAX DIV HPQ | (886) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 7/7/2006 | W/H TAX DIV SLB | (607) | - | (607) | - | - | 67,549,222 | - | - | - |
| 7/10/2006 | W/H TAX DIV MO | (4,430) | - | * [1] | - | - | 67,549,222 | - | - | - |
| 7/14/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (24) | - | * [1] | - | - | 67,549,222 | - | - | - |
| 7/21/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - | - | 67,549,222 | - | - | - |
| 7/31/2006 | W/H TAX DIV MS | (486) | - | * [1] | - | - | 67,549,222 | - | - | - |
| 7/31/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (11) | - | * [1] | - | - | 67,549,222 | - | - | - |
| 8/7/2006 | CXL W/H TAX DIV SLB | 607 | - | 607 | - | - | 67,549,829 | - | - | - |
| 8/15/2006 | W/H TAX DIV PG | (3,045) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/15/2006 | W/H TAX DIV ABT | (752) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/21/2006 | W/H TAX DIV CAT | (315) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/21/2006 | W/H TAX DIV TXN | (139) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/23/2006 | W/H TAX DIV MER | (664) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/24/2006 | W/H TAX DIV GS | (465) | - | * [1] | - | - | 67,549,829 | - | - | - |
| 8/25/2006 | W/H TAX DIV C | (7,229) | - | * [1] | - | - | 67,549,829 | - | - | - |

MADC1118_00000013

BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/31/2006 | CHECK WIRE | 9,200,000 | 9,200,000 | - | - | - | 76,749,829 | - | - | - |
| 9/1/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/1/2006 | W/H TAX DIV INTC | (1,737) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/1/2006 | W/H TAX DIV WFC | (2,825) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/1/2006 | W/H TAX DIV BA | (717) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/5/2006 | W/H TAX DIV PFE | (5,233) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/5/2006 | W/H TAX DIV WMT | (1,245) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/6/2006 | W/H TAX DIV UPS | (1,211) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/11/2006 | W/H TAX DIV UTX | (774) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/11/2006 | W/H TAX DIV XOM | (5,729) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/11/2006 | W/H TAX DIV IBM | (1,354) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/11/2006 | W/H TAX DIV CVX | (3,452) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/12/2006 | W/H TAX DIV MMM | (977) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/12/2006 | W/H TAX DIV JNJ | (3,286) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/14/2006 | W/H TAX DIV MSFT | (2,355) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/15/2006 | W/H TAX DIV AIG | (1,270) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/15/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (22) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/15/2006 | W/H TAX DIV TWX | (709) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/21/2006 | W/H TAX DIV HD | (916) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/22/2006 | W/H TAX DIV BAC | (7,583) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (14) | - | * [1] | - | - | 76,749,829 | - | - | - |
| 9/29/2006 | CHECK WIRE | 13,500,000 | 13,500,000 | - | - | - | 90,249,829 | - | - | - |
| 9/29/2006 | W/H TAX DIV PEP | (1,468) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 9/29/2006 | W/H TAX DIV S | (223) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/2/2006 | W/H TAX DIV KO | (1,893) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/2/2006 | W/H TAX DIV MRK | (2,421) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/4/2006 | W/H TAX DIV HPQ | (658) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/10/2006 | W/H TAX DIV MO | (5,351) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/17/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/25/2006 | W/H TAX DIV GE | (7,737) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/26/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 90,249,829 | - | - | - |
| 10/31/2006 | CHECK WIRE | 5,500,000 | 5,500,000 | - | - | - | 95,749,829 | - | - | - |
| 11/20/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (17) | - | * [1] | - | - | 95,749,829 | - | - | - |
| 11/20/2006 | W/H TAX DIV TXN | (313) | - | * [1] | - | - | 95,749,829 | - | - | - |
| 11/22/2006 | W/H TAX DIV C | (11,967) | - | * [1] | - | - | 95,749,829 | - | - | - |
| 11/22/2006 | W/H TAX DIV MER | (1,152) | - | * [1] | - | - | 95,749,829 | - | - | - |
| 11/27/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 95,749,829 | - | - | - |
| 11/30/2006 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 95,749,829 | - | - | - |
| 12/29/2006 | CHECK WIRE | 20,000,000 | 20,000,000 | - | - | - | 115,749,829 | - | - | - |
| 1/2/2007 | W/H TAX DIV PEP | (2,657) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/2/2007 | W/H TAX DIV MRK | (4,354) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/2/2007 | W/H TAX DIV WMT | (2,197) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV EXC | (1,290) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV CVX | (5,751) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV TGT | (498) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV MCD | (5,990) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV HD | (2,435) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV KO | (3,355) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV BA | (1,244) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV AIG | (2,273) | - | * [1] | - | - | 115,749,829 | - | - | - |

BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 1/3/2007 | W/H TAX DIV UTX | (1,343) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV INTC | (2,871) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV MMM | (1,696) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV WFC | (4,685) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV S | (394) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV MSFT | (4,300) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV HPQ | (1,166) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV TWX | (1,191) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV BAC | (13,483) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV PFE | (8,777) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (57) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV JNJ | (5,530) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV WB | (5,768) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV XOM | (9,483) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/3/2007 | W/H TAX DIV IBM | (2,255) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/4/2007 | W/H TAX DIV UPS | (2,101) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/10/2007 | W/H TAX DIV MO | (2,613) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/12/2007 | W/H TAX DIV DIS | (3,451) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/25/2007 | W/H TAX DIV GE | (8,892) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/29/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (8) | - | * [1] | - | - | 115,749,829 | - | - | - |
| 1/31/2007 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 117,749,829 | - | - | - |
| 1/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/6/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/13/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (14) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/16/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/22/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/23/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 117,749,829 | - | - | - |
| 2/28/2007 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 119,749,829 | - | - | - |
| 2/28/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/1/2007 | W/H TAX DIV COP | (2,325) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/6/2007 | W/H TAX DIV UPS | (1,541) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/9/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/12/2007 | W/H TAX DIV MMM | (1,910) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/12/2007 | W/H TAX DIV UTX | (530) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/12/2007 | W/H TAX DIV TGT | (360) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/12/2007 | W/H TAX DIV CVX | (2,174) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/13/2007 | W/H TAX DIV JNJ | (5,782) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/15/2007 | W/H TAX DIV WB | (5,571) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/15/2007 | W/H TAX DIV TWX | (1,149) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/16/2007 | W/H TAX DIV AIG | (2,216) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (16) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/22/2007 | W/H TAX DIV HD | (2,462) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/23/2007 | W/H TAX DIV BAC | (13,092) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/28/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (21) | - | * [1] | - | - | 119,749,829 | - | - | - |
| 3/30/2007 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 120,749,829 | - | - | - |
| 3/30/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 3/30/2007 | W/H TAX DIV S | (448) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 3/30/2007 | W/H TAX DIV PEP | (3,057) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/2/2007 | W/H TAX DIV KO | (4,387) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/2/2007 | W/H TAX DIV MRK | (5,239) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/2/2007 | W/H TAX DIV WMT | (3,393) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/4/2007 | W/H TAX DIV HPQ | (1,391) | - | * [1] | - | - | 120,749,829 | - | - | - |

MADC1118_00000015

BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 4/10/2007 | W/H TAX DIV MO | (11,341) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/19/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (23) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/20/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 4/25/2007 | W/H TAX DIV GE | (15,181) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/4/2007 | W/H TAX DIV CVS | (408) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/15/2007 | W/H TAX DIV PG | (7,229) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/21/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/23/2007 | W/H TAX DIV MER | (1,914) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/24/2007 | W/H TAX DIV GS | (560) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/25/2007 | W/H TAX DIV C | (17,059) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 5/31/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/1/2007 | W/H TAX DIV INTC | (4,237) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/1/2007 | W/H TAX DIV BA | (1,766) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/1/2007 | W/H TAX DIV WFC | (6,124) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/1/2007 | W/H TAX DIV COP | (4,398) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/4/2007 | W/H TAX DIV WMT | (3,475) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/5/2007 | W/H TAX DIV UPS | (2,807) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/5/2007 | W/H TAX DIV PFE | (13,389) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 6/6/2007 | W/H TAX DIV TYC | (1,294) | - | (1,294) | - | - | 120,748,535 | - | - | - |
| 6/11/2007 | W/H TAX DIV UTX | (1,771) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/11/2007 | W/H TAX DIV XOM | (12,897) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/11/2007 | W/H TAX DIV CVX | (8,104) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/11/2007 | W/H TAX DIV IBM | (3,888) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/12/2007 | W/H TAX DIV JNJ | (7,738) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/12/2007 | W/H TAX DIV MMM | (2,333) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/14/2007 | W/H TAX DIV MSFT | (5,629) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/15/2007 | W/H TAX DIV AIG | (2,807) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/15/2007 | W/H TAX DIV TWX | (1,380) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/15/2007 | W/H TAX DIV WB | (6,804) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/15/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/21/2007 | W/H TAX DIV HD | (3,007) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/22/2007 | W/H TAX DIV BAC | (16,330) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/29/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/29/2007 | W/H TAX DIV S | (471) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 6/29/2007 | W/H TAX DIV PEP | (4,023) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 7/2/2007 | W/H TAX DIV KO | (4,410) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 7/2/2007 | W/H TAX DIV MRK | (5,310) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 7/5/2007 | W/H TAX DIV HPQ | (1,409) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 7/10/2007 | W/H TAX DIV MO | (9,351) | - | * [1] | - | - | 120,748,535 | - | - | - |
| 7/17/2007 | CXL W/H TAX DIV TYC | 1,294 | - | 1,294 | - | - | 120,749,829 | - | - | - |
| 7/17/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (21) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 8/6/2007 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 8/24/2007 | W/H TAX DIV C | (7,058) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/4/2007 | W/H TAX DIV WMT | (1,411) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/4/2007 | W/H TAX DIV WFC | (2,752) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/4/2007 | W/H TAX DIV INTC | (1,748) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/5/2007 | W/H TAX DIV PFE | (5,435) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/7/2007 | W/H TAX DIV BA | (690) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/10/2007 | W/H TAX DIV CVX | (3,290) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/10/2007 | W/H TAX DIV IBM | (1,480) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/10/2007 | W/H TAX DIV UTX | (868) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/10/2007 | W/H TAX DIV XOM | (5,265) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/13/2007 | W/H TAX DIV MSFT | (2,244) | - | * [1] | - | - | 120,749,829 | - | - | - |

MADC1118_00000016

BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC

| Column 1<br><br>Date | Column 2<br><br>Transaction Description | Column 3<br>Transaction Amount as Reported in Customer Statement | Column 4<br><br>Cash Deposits | Column 5<br><br>Cash Withdrawals | Column 6<br>Transfers of Principal In | Column 7<br>Transfers of Principal Out | Column 8<br><br>Balance of Principal | Column 9<br>Preference Period Initial Transfers | Column 10<br>Two Year Initial Transfers | Column 11<br>Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 9/14/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (46) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/18/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 9/26/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 10/1/2007 | W/H TAX DIV KO | (1,675) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 10/10/2007 | W/H TAX DIV MO | (3,871) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 10/25/2007 | W/H TAX DIV GE | (10,222) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 10/31/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (78) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/7/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (18) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/13/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (14) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/15/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/21/2007 | W/H TAX DIV C | (4,642) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/21/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/21/2007 | W/H TAX DIV MER | (547) | - | * [1] | - | - | 120,749,829 | - | - | - |
| 11/30/2007 | CHECK WIRE | 999,970 | 999,970 | - | - | - | 121,749,799 | - | - | - |
| 11/30/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/3/2007 | W/H TAX DIV MCD | (4,528) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/3/2007 | W/H TAX DIV COP | (1,153) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/10/2007 | W/H TAX DIV UTX | (817) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/10/2007 | W/H TAX DIV CVX | (3,098) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/10/2007 | W/H TAX DIV EXC | (715) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/11/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (20) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/11/2007 | W/H TAX DIV JNJ | (5,859) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/12/2007 | W/H TAX DIV MMM | (1,749) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/13/2007 | W/H TAX DIV MSFT | (2,248) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/20/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (9) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 12/31/2007 | CHECK WIRE | 73,000 | 73,000 | - | - | - | 121,822,799 | - | - | - |
| 12/31/2007 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 121,822,799 | - | - | - |
| 1/2/2008 | W/H TAX DIV HPQ | (341) | - | * [1] | - | - | 121,822,799 | - | - | - |
| 1/2/2008 | W/H TAX DIV WMT | (870) | - | * [1] | - | - | 121,822,799 | - | - | - |
| 1/3/2008 | W/H TAX DIV UPS | (1,073) | - | * [1] | - | - | 121,822,799 | - | - | - |
| 1/15/2008 | CHECK WIRE | (73,000) | - | (73,000) | - | - | 121,749,799 | - | (73,000) | (73,000) |
| 1/15/2008 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 1/28/2008 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (4) | - | * [1] | - | - | 121,749,799 | - | - | - |
| 2/1/2008 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 122,249,799 | - | - | - |
| 2/20/2008 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (12) | - | * [1] | - | - | 122,249,799 | - | - | - |
| 2/22/2008 | W/H TAX DIV C | (5,143) | - | * [1] | - | - | 122,249,799 | - | - | - |
| 2/28/2008 | W/H TAX DIV GS | (417) | - | * [1] | - | - | 122,249,799 | - | - | - |
| 2/29/2008 | CHECK WIRE | 999,970 | 999,970 | - | - | - | 123,249,769 | - | - | - |
| 3/3/2008 | W/H TAX DIV COP | (2,378) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/3/2008 | W/H TAX DIV INTC | (2,390) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/3/2008 | W/H TAX DIV WFC | (3,413) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/4/2008 | W/H TAX DIV UPS | (1,473) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/4/2008 | W/H TAX DIV PFE | (6,857) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/5/2008 | W/H TAX DIV MER | (937) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/7/2008 | W/H TAX DIV BA | (952) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/10/2008 | W/H TAX DIV IBM | (1,786) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/10/2008 | W/H TAX DIV EXC | (1,042) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/10/2008 | W/H TAX DIV CVX | (3,970) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/10/2008 | W/H TAX DIV XOM | (6,250) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/10/2008 | W/H TAX DIV UTX | (1,048) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/11/2008 | W/H TAX DIV JNJ | (3,829) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/12/2008 | W/H TAX DIV MMM | (1,190) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/13/2008 | W/H TAX DIV MSFT | (2,848) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/17/2008 | W/H TAX DIV WB | (4,190) | - | * [1] | - | - | 123,249,769 | - | - | - |

MADC1118_00000017

| Column 1 Date | Column 2 Transaction Description | Column 3 Transaction Amount as Reported in Customer Statement | Column 4 Cash Deposits | Column 5 Cash Withdrawals | Column 6 Transfers of Principal In | Column 7 Transfers of Principal Out | Column 8 Balance of Principal | Column 9 Preference Period Initial Transfers | Column 10 Two Year Initial Transfers | Column 11 Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 3/17/2008 | W/H TAX DIV MCD | (1,451) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/17/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (18) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/17/2008 | W/H TAX DIV TWX | (725) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/19/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/24/2008 | W/H TAX DIV AIG | (1,667) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/27/2008 | W/H TAX DIV HD | (1,205) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/28/2008 | W/H TAX DIV BAC | (9,142) | - | * [1] | - | - | 123,249,769 | - | - | - |
| 3/31/2008 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 124,249,769 | - | - | - |
| 3/31/2008 | W/H TAX DIV PEP | (1,897) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/1/2008 | W/H TAX DIV KO | (2,488) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/1/2008 | W/H TAX DIV MRK | (2,714) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/2/2008 | W/H TAX DIV HPQ | (667) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/4/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (6) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/4/2008 | W/H TAX DIV KFT | (1,366) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/7/2008 | W/H TAX DIV WMT | (1,767) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/23/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (7) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/25/2008 | W/H TAX DIV MDT | (401) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/25/2008 | W/H TAX DIV GE | (10,056) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/30/2008 | W/H TAX DIV MS | (795) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 4/30/2008 | W/H TAX DIV JPM | (3,661) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/1/2008 | W/H TAX DIV T | (6,958) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/1/2008 | W/H TAX DIV VZ | (3,567) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/2/2008 | W/H TAX DIV CVS | (257) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/2/2008 | W/H TAX DIV BK | (771) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/9/2008 | W/H TAX DIV AXP | (578) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/15/2008 | W/H TAX DIV PG | (3,639) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/15/2008 | W/H TAX DIV ABT | (1,638) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/20/2008 | W/H TAX DIV CAT | (674) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/23/2008 | W/H TAX DIV C | (4,624) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/28/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (33) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 5/29/2008 | W/H TAX DIV GS | (375) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/2/2008 | W/H TAX DIV INTC | (2,360) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/2/2008 | W/H TAX DIV COP | (1,333) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/2/2008 | W/H TAX DIV WMT | (3,029) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/2/2008 | W/H TAX DIV WFC | (5,391) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/3/2008 | W/H TAX DIV UPS | (2,428) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/3/2008 | W/H TAX DIV PFE | (11,615) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/6/2008 | W/H TAX DIV BA | (1,570) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/10/2008 | W/H TAX DIV EXC | (1,717) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/10/2008 | W/H TAX DIV UTX | (1,727) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/10/2008 | W/H TAX DIV IBM | (3,679) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/10/2008 | W/H TAX DIV XOM | (11,487) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/10/2008 | W/H TAX DIV CVX | (7,333) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/10/2008 | W/H TAX DIV JNJ | (2,378) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/12/2008 | W/H TAX DIV MMM | (1,962) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 6/12/2008 | W/H TAX DIV MSFT | (4,694) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 7/21/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (27) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 7/23/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 8/1/2008 | W/H TAX DIV CVS | (372) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 8/8/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 8/13/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 8/20/2008 | W/H TAX DIV CAT | (991) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 8/22/2008 | W/H TAX DIV C | (6,366) | - | * [1] | - | - | 124,249,769 | - | - | - |

MADC1118_00000018

**BLMIS ACCOUNT NO. 1FR119 - CARDINAL MANAGEMENT INC**

| Column 1<br>Date | Column 2<br>Transaction Description | Column 3<br>Transaction Amount as Reported in Customer Statement | Column 4<br>Cash Deposits | Column 5<br>Cash Withdrawals | Column 6<br>Transfers of Principal In | Column 7<br>Transfers of Principal Out | Column 8<br>Balance of Principal | Column 9<br>Preference Period Initial Transfers | Column 10<br>Two Year Initial Transfers | Column 11<br>Six Year Initial Transfers |
|---|---|---|---|---|---|---|---|---|---|---|
| 8/28/2008 | W/H TAX DIV GS | (472) | - | * [1] | - | - | 124,249,769 | - | - | - |
| 8/29/2008 | CHECK WIRE | (4,000,000) | - | (4,000,000) | - | - | 120,249,769 | - | (4,000,000) | (4,000,000) |
| 8/29/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 120,249,769 | - | - | - |
| 9/30/2008 | CHECK WIRE | (10,000,000) | - | (10,000,000) | - | - | 110,249,769 | (10,000,000) | (10,000,000) | (10,000,000) |
| 10/2/2008 | W/H TAX DIV PFE | (7,985) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV COP | (2,694) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV IBM | (2,529) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV AIG | (3,179) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV BUD | (998) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV MCD | (2,276) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (2) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV EXC | (1,725) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV WMT | (2,927) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV CVX | (7,268) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV UTX | (1,735) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV PEP | (3,561) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV BA | (1,079) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV JNJ | (6,957) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV MMM | (1,972) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV BAC | (15,341) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV WFC | (3,554) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV XOM | (11,373) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV UPS | (2,440) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (5) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV INTC | (2,927) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV HD | (666) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV MSFT | (4,754) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (15) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV QCOM | (448) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 10/2/2008 | W/H TAX DIV TWX | (1,221) | - | * [1] | - | - | 110,249,769 | - | - | - |
| 11/3/2008 | CHECK WIRE | (14,000,000) | - | (14,000,000) | - | - | 96,249,769 | (14,000,000) | (14,000,000) | (14,000,000) |
| 11/4/2008 | W/H TAX DIV KO | (1,319) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 11/4/2008 | W/H TAX DIV MRK | (4,308) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 11/4/2008 | W/H TAX DIV MO | (794) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 11/4/2008 | W/H TAX DIV BAX | (750) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 11/4/2008 | W/H TAX DIV PM | (1,959) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 11/4/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 11/4/2008 | W/H TAX DIV HPQ | (1,052) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (3) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (1) | - | * [1] | - | - | 96,249,769 | - | - | - |
| 12/3/2008 | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | (0) | - | * [1] | - | - | 96,249,769 | - | - | - |
| | Total: | $ 124,322,769 | $ (28,073,000) | $ - | $ - | $ - | $ 96,249,769 | $ (24,000,000) | $ (28,073,000) | $ (28,073,000) |

[1] Amounts withheld from account holders and paid by BLMIS to the IRS on behalf of account holders during the six-year period prior to the filing date have not been deducted from the balance of principal as those amounts have subsequently been refunded by the IRS.

MADC1118_00000019