# EXHIBIT 7

```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------x

SECURITIES INVESTOR PROTECTION  :
CORPORATION,                         Adv. Pro. No.
                                :    08-01789(SMB)
        Plaintiff-Applicant,
                                :    SIPA LIQUIDATION
        v.
                                :    (Substantively
BERNARD L. MADOFF INVESTMENT         Consolidated)
SECURITIES, LLC,                :

        Defendant.              :
-------------------------------x
In Re:                          :
BERNARD L. MADOFF,              :
        Debtor.                 :
-------------------------------x

IRVING H. PICARD, Trustee       :
for the Liquidation of
Bernard L. Madoff Investment    :
Securities LLC,                      Adv. Pro. No.
                                :    10-04995(SMB)
        Plaintiff,
                                :
        v.
                                :
TRUST U/ART FOURTH O/W/O ISRAEL
WILENITZ, EVELYN BEREZIN        :
WILENITZ, individually, and as
Trustee and Beneficiary of the  :
Trust U/ART FOURTH O/W/O ISRAEL
WILENITZ and SARA SEIMS, as     :
Trustee of the Trust U/Art
Fourth O/W/O Israel Wilenitz,   :

        Defendants.             :
-------------------------------x
                    CONFERENCE
              Monday, November 19, 2018
```

## Page 2

1       TRANSCRIPT OF PROCEEDINGS as
2   reported by NANCY C. BENDISH, Certified Court
3   Reporter, RMR, CRR and Notary Public of the
4   States of New York and New Jersey, at JAMS
5   offices, 620 Eighth Avenue, 34th Floor, New
6   York, New York on Monday, November 19, 2018,
7   commencing at 10:23 a.m.
8
    B E F O R E :
9
10      HON. FRANK MAAS (RET.), Arbitrator
            fmaas@jamsadr.com
11      JAMS
        620 Eighth Avenue
12      34th Floor
        New York, New York  10018
13
14  A P P E A R A N C E S :
15
    BAKER HOSTETLER LLP
16  45 Rockefeller Plaza
    14th Floor
17  New York, New York  10111-0100
    BY: MAXIMILLIAN S. SHIFRIN, ESQ.
18          mshifrin@bakerlaw.com
         NICHOLAS J. CREMONA, ESQ.
19          ncremona@bakerlaw.com
    For the Trustee Irving Picard
20
21  CHAITMAN LLP
    465 Park Avenue
22  New York, New York  10022
    BY:  HELEN DAVIS CHAITMAN, ESQ.
23          hchaitman@chaitmanllp.com
         GREGORY M. DEXTER, ESQ.
24          gdexter@chaitmanllp.com
    For the Defendants
25

## Page 3

1           JUDGE MAAS:  Good morning,
2   everyone.  We're here for Ms. Chaitman's motion
3   seeking to compel the Trustee to share access to
4   the entire database that the Trustee has
5   assembled.  So the floor is yours, Ms. Chaitman.
6           MS. CHAITMAN:  Your Honor, as I
7   laid out in our submission, we have been trying
8   for over two years to get access to all the
9   trading records, and we have not been able to do
10  so.  These records are absolutely essential for
11  us to prove the defense that in fact Madoff was
12  purchasing securities.  And we have already
13  established that we can prove it with respect to
14  some, but without a complete set of the trading
15  records it's impossible to do it.
16          So, what we really need is all the
17  trading records going back as far as they have
18  them.  And just to be absolutely clear, we're
19  talking about third-party documents; we're not
20  talking about Madoff-generated documents.  These
21  are documents bearing the letterhead of Bank of
22  New York Mellon, JPMorgan Chase, Fidelity,
23  Lehman Brothers, Bear Stearns et cetera.  So
24  these are documents whose authenticity
25  presumably cannot be questioned.

## Page 4

1           JUDGE MAAS:  I thought one of the
2   problems you faced with third-party documents is
3   that they would only go back six years, and you
4   were looking for records that went back further.
5   My impression was that you were more interested
6   in the opposite, the Madoff Securities records.
7   But I understand that that's not what you're
8   seeking.
9           MS. CHAITMAN:  No.  And even if we
10  can only go back six years, Your Honor, and I
11  think that that's -- the Trustee served
12  subpoenas on all the institutions that did
13  business with Madoff, as I understand it.  And
14  obviously he did that presumably in 2009.  So if
15  it went back six years, it would be to 2002 or
16  '3.  It's possible that Madoff kept records
17  earlier than that.  In other words, he might
18  have had people who just microfilmed records
19  from an earlier period.
20          So, I'm not interested in any
21  records other than third-party trading records.
22  But we haven't been able to get them.  I mean,
23  to take just one example, BNY Mellon, there are
24  certain statements but only for the year 2008, I
25  believe 2007 and '8, in the e-data room and

## Page 5

1   there's no indication that the earliest
2   statement we have was the first statement.
3           So, at one point within the last
4   six months the Trustee had offered all defense
5   counsel access to the BLMIS database, which
6   seemed to me the easiest and least burdensome
7   way for the Trustee to comply with this request.
8   I don't know how anything in that database can
9   be privileged from the Trustee's perspective.
10  But if there's some way to segregate the trading
11  records, that would be fine.  It's just that the
12  Trustee hasn't done that.
13          What the Trustee has done is given
14  me specific limited productions, which don't
15  really resolve the problem.  I need to have
16  access to a database of all of the third-party
17  records.
18          MR. SHIFRIN:  Your Honor, so
19  there's a lot I can say in response to that.  I
20  think the first thing I think is worth
21  emphasizing is that there is a history to this
22  dispute.
23          JUDGE MAAS:  Some of which I'm
24  part of.
25          MR. SHIFRIN:  Yes, exactly.  And

Page 42

1   JUDGE MAAS: He testified, I
2   thought I read someplace, that he bought -- I'm
3   hesitating because I want to say six billion.
4   MS. CHAITMAN: He did. That's
5   what he testified, that he maintained a
6   portfolio of six billion. It was a billion and
7   a half at four institutions. But what I'm
8   saying is since his testimony I have actually
9   found records of T-bills that were purchased at
10  Bank of New York Mellon, which he hadn't
11  mentioned.
12  JUDGE MAAS: Presumably you have
13  those records.
14  MS. CHAITMAN: I just have them
15  for 2008.
16  MR. CREMONA: Your Honor, I think
17  it's important to correct the record.
18  Respectfully, that's speculation and unsupported
19  conjecture. It's our position that no trades
20  were made on behalf of IA customers.
21  JUDGE MAAS: I understand the
22  dispute and I understand that Ms. Chaitman's
23  position either at the omnibus hearing or
24  individual trials will be that any trading that
25  occurred had to be for the benefit of a

Page 43

1   particular Madoff customer or that it should be
2   attributed at a minimum to a Madoff customer,
3   and there is no way that the two sides are going
4   to agree about that.
5   But part of your objection is that
6   these requests are overbroad, and what I was
7   trying to explore is whether we can test the
8   waters and see whether they are overbroad. So,
9   for example, picking Bear Stearns and giving Ms.
10  Chaitman all of the documents that are hits,
11  which is 653,000 documents, and if she can find
12  trading records that haven't been produced, that
13  would inform the discussion. If she can't, that
14  also would inform the discussion.
15  MS. CHAITMAN: I believe that
16  that's a good idea.
17  JUDGE MAAS: Let me hear from
18  counsel first for the Trustee.
19  MR. SHIFRIN: One thing that's
20  worth emphasizing here is that the account
21  numbers that we ran were account numbers for all
22  known BLMIS/Madoff banks. There were about a
23  hundred of them, give or take. So more than
24  just the names of the banks.
25  If we're running account numbers

Page 44

1   across ESI and we're searching for trading
2   records, I think the documents that contain the
3   account numbers are the ones that are actually
4   going to be a third-party record because a
5   third-party record is going to contain the
6   account information, right?
7   JUDGE MAAS: Right.
8   MR. SHIFRIN: If we're searching
9   for the names of the institutions, you're going
10  to get calendar appointments, emails, and I know
11  Your Honor would like to explore what this
12  population looks like, but we've done this
13  already with two of the search terms and Ms.
14  Chaitman is on record for complaining about what
15  was in there.
16  Again, if there are going to be
17  additional -- I can't obviously state this
18  definitively, I could never say this
19  definitively, but if we're dealing with search
20  terms here, the documents that are amenable to
21  problems with search terms are the hard copy
22  documents. And we are prepared to give her all
23  of those, with the subset of that population of
24  documents that we have identified as potentially
25  of interest to Ms. Chaitman, without

Page 45

1   representing that they actually reflect real
2   trading activity, without representing anything
3   about them, simply in an effort to identify
4   documents that are arguably responsive to Ms.
5   Chaitman's request, and she can sort through it.
6   MS. CHAITMAN: May I just ask, are
7   you saying that you're going to give me all the
8   documents with hits including group in this
9   column?
10  MR. SHIFRIN: We will give you --
11  if we produce all of the scanned hard copy
12  documents --
13  MS. CHAITMAN: Is that this
14  column? I don't know the term, scanned hard
15  copy.
16  MR. SHIFRIN: That's the entire
17  BLMIS database. The scanned hard copy are a
18  subset of the entire BLMIS database.
19  MS. CHAITMAN: Right.
20  JUDGE MAAS: A fairly small subset
21  by comparison, right?
22  MR. SHIFRIN: Right, because ESI,
23  just by its nature, is enormous. I mean, we're
24  dealing with an enormous volume of data. One
25  million hard copy pieces of documents, and

Page 46

1  that's not pages, by the way, that's every
2  scanned piece of paper, every piece of paper
3  recovered from an entire company from three
4  floors, 17th, 18th 19th floor, every piece of
5  document, every hard copy document coming from
6  every office, work space, et cetera.
7         So, to the extent there are
8  documents within that population, that one
9  million document population that would hit on
10 those search terms, they would be included,
11 absolutely.
12        MS. CHAITMAN:  Let me just, if I
13 may, Your Honor, may I ask a question?
14        JUDGE MAAS:  Yes.
15        MS. CHAITMAN:  Let's assume that
16 there was someone in Madoff's offices who would
17 annually collect all third-party statements,
18 let's just assume that, and put them in a
19 warehouse in Queens.  That would not be
20 encompassed in this, right?
21        MR. SHIFRIN:  Anything that's
22 unprocessed and not in the BLMIS database, so an
23 unscanned box of documents, no, that wouldn't be
24 encompassed in this.
25        JUDGE MAAS:  But you also have

Page 47

1  indices that the Trustee furnished, I think at
2  my direction, so that you could go through the
3  indices and say there may be something in box
4  63.
5         MR. SHIFRIN:  And they're
6  substantive, too.
7         JUDGE MAAS:  And I gather that
8  hasn't happened.
9         MR. SHIFRIN:  Not once.  And there
10 are descriptors in each line item that tell you
11 what's in the box.
12        JUDGE MAAS:  And the Trustee
13 further went through that exercise -- correct me
14 if I'm wrong -- and found some microfiche that
15 potentially was responsive and restored all of
16 those.
17        MR. SHIFRIN:  We restored all
18 pre-1992 microfilm reels because that's what she
19 was after at the time and we produced all
20 documents restored from those microfilm reels.
21 In fact, Ms. Chaitman now has all documents
22 contained and stored on every single microfilm
23 reel that the Trustee has restored.  So there's
24 no --
25        MS. CHAITMAN:  But that's just the

Page 48

1  pre-1992.
2         MR. SHIFRIN:  Well, no, that
3  includes some post-'92 as well.  Every microfilm
4  reel that we restored and processed, you have
5  all those documents.  The only documents you
6  don't have are the reels that we did not restore
7  and did not process, but that dispute you raised
8  with Judge Bernstein and he gave you
9  instructions.
10        MS. CHAITMAN:  Right.  That's
11 about a thousand reels that haven't been
12 restored and processed.
13        MR. SHIFRIN:  I don't have the
14 numbers before me, but something along those
15 lines.  But there's no microfilm document that
16 Ms. Chaitman doesn't have.
17        JUDGE MAAS:  When you say it was
18 raised with Judge Bernstein and he ruled, what
19 specifically did he rule?
20        MR. SHIFRIN:  Again, this is a
21 part of how this dispute has been kind of
22 muddied.  Ms. Chaitman, in our view, improperly
23 raised the microfilm issue before Judge
24 Bernstein in connection with some briefing
25 relating to the Madoff deposition.  This was

Page 49

1  approximately three months after Your Honor
2  entered the March 2017 order.
3         In that briefing she reiterated
4  her usual accusations that we're hiding trading
5  records.  In our view she was improperly
6  circumventing Your Honor's March 2017 order.
7  That's what she did.
8         Now, for a variety of reasons, at
9  that first hearing it took -- Judge Bernstein
10 wasn't aware of the March 2017 order.  We had a
11 subsequent hearing and one of the first things
12 that Judge Bernstein said at the subsequent
13 hearing was that part of the problem, and I'm
14 paraphrasing what he said, is that I learn
15 something new each time you guys come here.
16 What he was referring to was Your Honor's March
17 2017 order.
18        And on the basis of that order, he
19 didn't order anything but he suggested that Ms.
20 Chaitman identify a small number of reels.  The
21 Trustee restored those reels, produced those
22 documents, and if Ms. Chaitman can identify
23 something in there that gives reason to suspect
24 there are additional documents of interest on
25 these other reels, she can make that showing.