# EXHIBIT 9

Page 1

1  **UNITED STATES BANKRUPTCY COURT**

2  **SOUTHERN DISTRICT OF NEW YORK**

3  - - - - - - - - - - - - - - - - - - - x

4  **SECURITIES INVESTOR PROTECTION**

5  **CORPORATION**

6  v.                                    CASE NO. 08-01789-smb

7  **BERNARD L. MADOFF INVESTMENT**

8  **SECURITIES, LLC, et al,**

9      Debtors.

10 - - - - - - - - - - - - - - - - - - - x

11 **IRVING H. PICARD, TRUSTEE,**

12     Plaintiff,

13 v.                                    CASE NO. 09-01161-smb

14 **KINGATE GLOBAL FUND,**

15 **LTD., et al.,**

16     Defendants.

17 - - - - - - - - - - - - - - - - - - - x

18 **IRVING H. PICARD, TRUSTEE,**

19     Plaintiff,

20 v.                                    CASE NO. 10-04946-smb

21 **GOLDENBERG,**

22     Defendants.

23 - - - - - - - - - - - - - - - - - - - x

24

25

Page 2

```
 1           U.S. Bankruptcy Court
 2           One Bowling Green
 3           New York, New York
 4
 5           July 26, 2017
 6           10:09 AM
 7
 8
 9  B E F O R E :
10  HON. STUART M. BERNSTEIN
11  U.S. BANKRUPTCY JUDGE
12
13  ECRO:  Unidentified
14
15
16
17
18
19
20
21
22
23
24
25
```

Page 3

```
 1  Conference re: Madoff Day 2 Deposition Topics
 2
 3  Discovery Conference Pursuant to Local Bankruptcy Rule
 4  7007-1
 5
 6  Conference regarding status of factual stipulation in
 7  advance of motions for summary judgment
 8
 9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sherri L. Breach, CERT*D-397
```

Page 4

```
 1  A P P E A R A N C E S :
 2  BAKER & HOSTETLER, LLP
 3      Attorneys for BLMIS, Trustee
 4      45 Rockefeller Plaza
 5      New York, NY  10111
 6
 7  BY:  GERALDINE E. PONTO, ESQ.
 8       MARSHALL J. MATTERA, ESQ.
 9       DAVID J. SHEEHAN, ESQ.
10       STACEY A. BELL, ESQ.
11       AMANDA E. FEIN, ESQ.
12
13  CHAITMAN, LLP
14      Attorneys for large group of defendants
15      465 Park Avenue
16      New York, New York 10022
17
18  BY:  HELEN DAVIS CHAITMAN, ESQ.
19
20  MCDERMOTT, WILL & EMERY, LLP
21      Attorneys for Sage defendants
22      340 Madison Avenue
23      New York, New York 10173
24
25  BY:  ANDREW B. KRATENSTEIN, ESQ.
```

Page 5

```
 1  SKADDEN ARPS SLATE MEAGHER & FLOM, LLP
 2      Attorneys for Tremont
 3      Four Times Square
 4      New York, New York 10036
 5
 6  BY:  SETH M. SCHWARTZ, ESQ.
 7
 8  SCHULTE ROTH & ZABEL, LLP
 9      Attorneys for Picower Parties
10      919 Third Avenue
11      New York, New York 10022
12
13  BY:  MICHAEL KWON, ESQ.
14
15
16
17
18
19
20
21
22
23
24
25
```

2 (Pages 2 - 5)

|  | Page 34 |
|---|---|
| 1 | So what we did is we broke it down into those |
| 2 | categories that would appear to us to be the ones that are |
| 3 | most interesting to her, and they add up to 1,281.  And you |
| 4 | say, well, what does that represent.  If you look on the |
| 5 | next page you'll see that we have a pie chart and it says, |
| 6 | position stock record trading unprocessed microfilm reels. |
| 7 | What this represents is if you took all of the pages that we |
| 8 | gave Ms. Chaitman, the 168 pages, and broke it down into |
| 9 | what Mr. Madoff said were on these tapes, this is how it |
| 10 | would break down.  They had open long positions, stock |
| 11 | records, et cetera.  And these are all the ones and how they |
| 12 | broke down into percentages. |
| 13 | And then the next page we took the ones that we |
| 14 | processed and broke that down.  And this shows you that we |
| 15 | gave her a very good representative sample of all the |
| 16 | documents that are in there including what we believe to be |
| 17 | the ones that she would be most interested in looking at. |
| 18 | So in other words this wasn't just a random |
| 19 | exercise by us.  An effort was made by the trustee taking |
| 20 | the records that were available to him to respond very |
| 21 | directly to her statement that she did not get trading |
| 22 | records. |
| 23 | Now when we had done all this, this goes back to |
| 24 | Judge Moss and your reference taken earlier, and that is, is |
| 25 | that Ms. Chaitman got the -- you know, we did some -- what's |

|  | Page 35 |
|---|---|
| 1 | in the data room at this point by April, okay, and what's |
| 2 | available to Ms. Chaitman directly.  So in the data room is |
| 3 | the 400 tapes that we've put in there back in the early |
| 4 | 2000s, or 2011 and '12.  It's been there since at least |
| 5 | 2012. |
| 6 | We ran 147 search terms on that and produced the |
| 7 | documents.  And at the time there was no objection.  Later |
| 8 | Ms. Chaitman objected to our search terms, added 17 more. |
| 9 | We ran those and gave her those documents.  All right.  So |
| 10 | those have been from our perspective thoroughly searched by |
| 11 | our search terms and hers. |
| 12 | Then what we did is we found the -- those tapes I |
| 13 | was telling you about earlier from '92 back and we processed |
| 14 | those so she could digitally look at them and do her own |
| 15 | search terms, et cetera, and we gave those to her in its |
| 16 | entirety.  So now she has that 600 tapes that are shown on |
| 17 | that last pie chart showing a representative sample. |
| 18 | So what we're saying here today, this is a long- |
| 19 | winded answer to Your Honor's question.  We're not saying |
| 20 | that proportionality means the trustee ahs a lot of money, |
| 21 | she has none, and therefore, you know, we should pay for it |
| 22 | or they should.  What we're saying is, is that |
| 23 | proportionality takes place in the context of the discovery |
| 24 | at hand.  All right.  What are we going to gain by |
| 25 | continuing to look and research and spend money when I think |

|  | Page 36 |
|---|---|
| 1 | we've given Ms. Chaitman with the 600 that she has more than |
| 2 | adequate data to come to Your Honor and then say, I've |
| 3 | looked at this, look at what I've found.  Your Honor, you |
| 4 | should allow me to look, if not at all 4,700, at least the |
| 5 | 1,281 that the trustee admits has stock record and other |
| 6 | information on it, and I should be able to look at it. |
| 7 | I respectfully submit she has not done that.  All |
| 8 | right. |
| 9 | Now the two things that we've heard about from Ms. |
| 10 | Chaitman, and in her last submission she gave them to us, |
| 11 | was treasuries.  It was exclusive information according to |
| 12 | Ms. Chaitman.  The treasuries have been known about since |
| 13 | the very beginning.  Very early in the case there was a |
| 14 | letter written by Mr. Hardvac (ph), I think it's been |
| 15 | referred to in this room, in which we disclosed to |
| 16 | (indiscernible) that, in fact, over $16 billion worth of |
| 17 | treasuries were purchased. |
| 18 | It's a money business.  It's a Ponzi scheme. |
| 19 | Deals in cash.  The question is did he buy any of those |
| 20 | treasuries for customers (indiscernible).  If you take any |
| 21 | number of Ms. Chaitman's exhibits and compare those to the |
| 22 | 703 account at the same time, no treasuries were purchased. |
| 23 | None.  Just what we (indiscernible).  She can't find those. |
| 24 | All right. |
| 25 | Same thing is true with regard to the banks |

|  | Page 37 |
|---|---|
| 1 | themselves because she doesn't actually know what's |
| 2 | (indiscernible) bank and a few other banks where she's said |
| 3 | that's actually happened.  We have no correlation there |
| 4 | either.  She's not making that correlation.  All right. |
| 5 | The mere fact that we have treasuries being |
| 6 | purchased is unremarkable.  It doesn't mean anything, not |
| 7 | unless she can actually show that they're purchased for a |
| 8 | particular account.  And that's going to require a little |
| 9 | more legwork than what Your Honor has before you. |
| 10 | Mr. Kratenstein, I don't disagree and that's why |
| 11 | he should be entitled to question Mr. Madoff about it.  I |
| 12 | don't object to that at all.  But he shows Your Honor |
| 13 | certain stocks that he found in there that were delivered in |
| 14 | by his family using that term broadly.  We don't dispute |
| 15 | that either.  All right.  We found that happened.  Everyone |
| 16 | who opened an account with Madoff didn't give him cash. |
| 17 | They gave him stock.  And when he got it he liquidated it. |
| 18 | All right.  He turned it into cash and then started this -- |
| 19 | his efforts. |
| 20 | There's no trading that.  He's cashing it in.  And |
| 21 | we can show that.  All right.  We can show that that's what |
| 22 | actually happened to those stocks. |
| 23 | Now it's going to show up, all right, in DTCC |
| 24 | records and so it looks like there's something actually -- |
| 25 | because there was only one DTCC account.  That was the one |