**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>        Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**STIPULATION AND ORDER MODIFYING BRIEFING SCHEDULE ON THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

    The plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and defendant Legacy Capital Ltd. ("Legacy Capital"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, on December 21, 2018, the Trustee moved for summary judgment (the "Motion") on Count One of the Trustee's amended complaint in this adversary proceeding (ECF No. 190); and

**WHEREAS**, the Parties previously conferred to prepare an agreed-upon briefing schedule relating to the Motion, which was approved by this Court on January 9, 2019; and

**WHEREAS**, due to a scheduling conflict that arose after approval of the original agreed-upon briefing schedule, the Parties wish to modify the briefing schedule relating to the Motion.

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. Legacy Capital shall file and serve its opposition to the Motion on or before **March 1, 2019**.

2. The Trustee shall file and serve his reply papers on or before **March 22, 2019**.

3. The previously scheduled hearing date of **April 3, 2019** at **10:00 a.m.** remains the same.

Dated:      New York, New York
            January 16, 2019

| | |
|---|---|
| */s/ Oren J. Warshavsky* | */s/ Nicholas F. Kajon* |
| **BAKER & HOSTETLER LLP** | **STEVENS & LEE, P.C.** |
| 45 Rockefeller Plaza | 485 Madison Avenue |
| New York, NY  10111 | New York, NY 10022 |
| Telephone:  (212) 589-4200 | Telephone:  (212) 537-0403 |
| Facsimile:  (212) 589-4201 | Facsimile:  (610) 371-1223 |
| David J. Sheehan | Nicholas F. Kajon |
| Email: dsheehan@bakerlaw.com | Email: nfk@stevenslee.com |
| Oren J. Warshavsky | |
| Email: owarshavsky@bakerlaw.com | *Attorneys for Defendant Legacy Capital Ltd.* |
| Jason S. Oliver | |
| Email: joliver@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff
Investment Securities LLC and
Estate of Bernard L. Madoff*

SO ORDERED this **16th** day of **January**, 2019.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE