UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>            Plaintiff,<br>    v.<br><br>CAROL NELSON,<br><br>            Defendant. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>            Plaintiff,<br>    v.<br><br>CAROL NELSON, individually and joint tenant; and STANLEY NELSON, individually and as joint tenant,<br><br>            Defendants. | Adv. Pro. No. 10-04377 (SMB) |

**ORDER SETTING TRIAL**

THIS MATTER having come before the Court on the request of counsel for the Trustee in the above-captioned adversary proceeding and the Court having held a Pre-Trial Conference on October 10, 2018 at 10:00 a.m., and another conference on November 28, 2018 at 10:00 a.m., wherein Defendants were ordered to show cause why these cases should not be consolidated for trial, and Defendants having filed a Motion to Adjourn Trial Dates, *Sine Die* on December 5, 2018; and the Court having heard arguments regarding the order to show cause and Defendants' Motion to Adjourn Trial Dates on December 19, 2018; and the Court having issued a bench ruling at the December 19, 2018 Conference for these cases be consolidated and scheduled for trial beginning May 8, 2019; and the Court having issued a Memorandum Decision and Order Denying Motion to Adjourn Trials *Sine Die* on January 2, 2019, it is hereby:

**ORDERED** that **a consolidated** trial **will begin** ~~is scheduled beginning~~ **May 8, 2019** at **10:00 a.m.** eastern time before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further**[SMB: 1/17/19]**

**ORDERED** that the parties are to exchange witness lists and pre-marked exhibits seven days in advance of trial, on or before May 1, 2019; and it is further

**ORDERED** that Plaintiffs exhibits are to be pre-marked with numbers and Defendant's with letters, in loose leaf, separated by exhibit tabs; and it is further

**ORDERED** that the parties are to file any motions in limine at least fourteen days in advance of trial, on or before April 24, 2019; and it is further

~~**ORDERED** that the parties are to file a joint pretrial order at least seven days in advance of~~

~~trial, on or before May 1, 2019.~~**[SMB: 1/17/19]**
SO ORDERED


**Dated: January 17th, 2019**
**New York, New York**                    **/s/ STUART M. BERNSTEIN**
                                          **HON. STUART M. BERNSTEIN**
                                          **UNITED STATES BANKRUPTCY JUDGE**