**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 23, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04898; Picard v. Helene Saren-Lawrence**

    A.   Letter to the Honorable Stuart M. Bernstein filed by Helen Davis Chaitman on behalf of Helene-Saren-Lawrence (Filed: 1/11/2019) [ECF No. 168]

Related Documents:

B.  So Ordered Memorandum Endorsed Order Signed on 1/14/2019 re: Following Contact From The Defendants Counsel To Schedule A Formal Motion To Adjourn The Trial (Filed: 1/15/19) [ECF No. 169]

Response Filed:

C.  Letter to Judge Bernstein in Response to Memorandum Endorsed Order, signed on 1/14/2019 filed by Nicholas J. Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 1/18/2019) [ECF No. 170]

Status: This matter is going forward.

2.  **10-05383; Picard v. Stanley Shapiro**

A.  Joint Motion to Allow Scheduling Conference filed by Barry R. Lax on behalf of Stanley Shapiro (Filed: 1/7/2019) [ECF No. 129]

Status: This matter is going forward.

Dated: January 22, 2019
New York, New York

By:    /s/ David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*