Todd E. Duffy                              **Hearing Date: February 14, 2019 at 10:00 a.m.**
Douglas A. Amedeo                          **Objection Deadline: February 7, 2019**
DUFFYAMEDEO LLP
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
          damedeo@duffyamedeo.com

*Attorneys for Alpha Prime Fund Ltd.*
UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

                Plaintiff-Applicant,

                v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
                Defendant.

---

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities LLC,

                Plaintiff,

                v.

HSBC BANK PLC, *et al.,*

                Defendants.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Pro. No. 09-1364 (SMB)

---

### NOTICE OF HEARING ON MOTION OF ALPHA PRIME FUND LTD FOR THE ISSUANCE OF LETTERS OF REQUEST

PLEASE TAKE NOTICE that a hearing on the annexed motion, dated January 22, 2019 (the

"Motion"), of Alpha Prime Fund Ltd. ("Alpha Prime") will be held before the Honorable Stuart M.

Bernstein, United States Bankruptcy Judge, in Room 723 of the United States Bankruptcy Court for the

Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on February 14, 2019, at 10:00 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion (the "Objections") must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court (a) by registered users of the Bankruptcy Court's case filing system, electronically in accordance with General Order M-399 (which can be found at http://nysb.uscourts.gov) and (b) by all other parties in interest, on a 3.5 inch disk, in text searchable portable document format (PDF) (with a hard copy delivered directly to Chambers), in accordance with the customary practices of the Bankruptcy Court and General Order M-399, to the extent applicable, and serviced in accordance with General Order M-399 and on (i) the attorneys for the Alpha Prime, DuffyAmedeo LLP, 275 Seventh Avenue, 7th Floor, New York, NY 10001 so as to be received no later than February 7, 2019 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the Motion Alpha Prime may, on or after the Objection Deadline, submit to the Bankruptcy Court an order substantially in the form of the proposed order annexed to the Motion, which order may be entered with no further notice or opportunity to be heard.

Dated: New York, New York
      January 22, 2019

### DUFFYAMEDEO LLP

By: */s/ Todd E. Duffy*
      Todd E. Duffy
      Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
      damedeo@duffyamedeo.com
*Attorneys for Alpha Prime Fund Ltd*
*and Senator Fund Ltd.*