**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | ) |
| | ) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | ) Adv. Pro. No. 08-01789 (BRL) |
| | ) |
| Debtor. | ) SIPA LIQUIDATION |
| | ) |
| | ) (Substantively Consolidated) |
| | |
| | ) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | ) |
| | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) Adv. Pro. No. 09-01364 (BRL) |
| | ) |
| ALPHA PRIME FUND LIMITED *et al.*, | ) |
| | ) |
| Defendants. | ) |

---

**CERTIFICATE OF SERVICE**

I, Todd E. Duffy, certify that I am over eighteen years of age, am not a party to this action, am a

member of DuffyAmedeo LLP, and that on January 22, 2019, I caused a true and correct copy of the

Motion of Alpha Prime Fund Ltd. for the Issuance of Letters of Request to be served upon those

recipients listed on Exhibit A hereto via electronic mail.


Dated:  New York, New York                    By:      /s/ Todd E. Duffy
              January 14, 2019                                          Todd E. Duffy

**Exhibit A**

**Service List**

Jonathan Kortmansky
Franklin B.Velie
Mitchell C. Stein
Sullivan & Worcester LLP
1633 Broadway
32nd Floor
New York, NY 10019
jkortmansky@sandw.com
fvelie@sandw.com
mstein@sandw.com

Sheldon Eisenberger
Robinson Brog Leinwand Greene Genovese &
Gluck PC
875 Third Avenue
New York, NY 10022
seisenberger@robinsonbrog.com

Nicholas F. Kajon
Stevens & Lee, P.C.
485 Madison Avenue
20th Floor
New York, NY 10022
nfk@stevenslee.com

Thomas J. Moloney
Diana Guthrie
Cleary, Gottlieb, Steen & Hamilton LLP
One Liberty Plaza
New York, NY 10006
tmoloney@cgsh.com
dguthrie@cgsh.com

Oren Warshavsky
Geoffrey North
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
owarshavsky@bakerlaw.com
gnorth@bakerlaw.com

Nathan D. Adler
Price O. Gielen
Neuberger, Quinn, Gielen, Rubin & Gibber,
P.A.,
One South Street, 27th Floor
Baltimore, Maryland 21202
nda@nqgrg.com
pog@nqgrg.com