IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-SIXTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Aspen Fine Arts Co Defined Contribution Plan | 009020<br>011427 | 708 | Milberg LLP | Aspen Fine Arts Co Defined Contribution Plan | 1EM320 |
| Aspen Fine Arts Co Defined Contribution Plan | 009020<br>011427 | 898 | Milberg LLP | Aspen Fine Arts Co Defined Contribution Plan | 1EM320 |
| Aspen Fine Arts Co. Defined Contribution Plan | 009020<br>011427 | 2029 | Milberg LLP | Aspen Fine Arts Co Defined Contribution Plan | 1EM320 |
| Barbara Schlossberg | 000328<br>014258 | 706 | Milberg LLP | Barbara Schlossberg | 1ZG022 |
| Lynn Ott / Robert Rosenberg (Deceased) | 003490<br>003491<br>003492<br>003493<br>100051<br>100052<br>100053<br>100054 | 1788 | Kohrman Jackson & Krantz PLL | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1EM302 |
| Lynn Ott / Robert Rosenberg (Deceased) | 003490<br>003491<br>003492<br>003493<br>100051<br>100052<br>100053<br>100054 | 2833 | Kohrman Jackson & Krantz PLL | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1EM302 |
| Phyllis A. Poland | 008560 | 2180 | McLaughlin & Stern, LLP | Phyllis A Poland | 1P0038 |
| The Adina Michaeli Revocable Trust | 007983<br>009009 | 2214 | Milberg LLP | NTC & Co. FBO Ursula Michaeli (Dec'D) | 1ZR305 |