IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-SIXTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 003490<br>003491<br>003492<br>003493<br>100051<br>100052<br>100053<br>100054 | 1788 | Lynn Ott / Robert Rosenberg (Deceased) | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1EM302 | Kohrman Jackson & Krantz PLL | 1/20/2010 |
| 003490<br>003491<br>003492<br>003493<br>100051<br>100052<br>100053<br>100054 | 2833 | Lynn Ott / Robert Rosenberg (Deceased) | Millennium Trust Company, LLC FBO Robert Rosenberg (36885) | 1EM302 | Kohrman Jackson & Krantz PLL | 7/30/2010 |
| 009020<br>011427 | 708 | Aspen Fine Arts Co Defined Contribution Plan | Aspen Fine Arts Co Defined Contribution Plan | 1EM320 | Milberg LLP | 11/11/2009 |
| 009020<br>011427 | 898 | Aspen Fine Arts Co Defined Contribution Plan | Aspen Fine Arts Co Defined Contribution Plan | 1EM320 | Milberg LLP | 11/18/2009 |
| 009020<br>011427 | 2029 | Aspen Fine Arts Co. Defined Contribution Plan | Aspen Fine Arts Co Defined Contribution Plan | 1EM320 | Milberg LLP | 3/11/2010 |
| 008560 | 2180 | Phyllis A. Poland | Phyllis A Poland | 1P0038 | McLaughlin & Stern, LLP | 4/8/2010 |
| 000328<br>014258 | 706 | Barbara Schlossberg | Barbara Schlossberg | 1ZG022 | Milberg LLP | 11/11/2009 |
| 007983<br>009009 | 2214 | The Adina Michaeli Revocable Trust | NTC & Co. FBO Ursula Michaeli (Dec'D) | 1ZR305 | Milberg LLP | 4/16/2010 |