IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**TWENTY-SEVENTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 011426 | 898 2029 | Aspen Fine Arts Co. Defined Contribution Plan | Aspen Fine Arts Co Defined Contribution Plan | 1EM414 | Milberg LLP | 11/18/2009 3/11/2010 |
| 006571 | 2221 | Jack Kaufman and Phyllis Kaufman JT WROS | Jack Kaufman & Phyllis Kaufman J/T WROS | 1KW142 | Milberg LLP | 4/22/2010 |
| 001841 015096 | 2013 | Deborah G. Katz and Deborah Katz as Custodian for Alexander & Jason Katz T/I/C | Deborah G Katz and Deborah Katz as Cust For Alexander & Jason Katz T/I/C | 1KW202 | Milberg LLP | 3/4/2010 |
| 008319 | 2178 | Matthew Liebman | Matthew Liebman | 1L0218 | McLaughlin & Stern, LLP | 4/8/2010 |
| 005115 | 1998 | Linda Berger & Howard Berger J/T WROS | Linda Berger Howard Berger J/T WROS | 1ZB547 | Milberg LLP | 2/26/2010 |
| 007984 | 2277 | Jonathan Michaeli | Millennium Trust Company, LLC FBO Ursula Michaeli (Dec'D) | 1ZR304 | Milberg LLP | 5/12/2010 |