**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

[PROPOSED] ORDER GRANTING TRUSTEE'S TWENTY-SEVENTH OMNIBUS
MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED
MORE THAN THEY WITHDREW

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard,

trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff")

(collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the

Court overrule objections filed by or on behalf of customers that invested more money with

BLMIS than they withdrew and are thus, in the parlance of this case, net losers (collectively, the

"Claimants"), and affirm the Trustee's Claims determinations; and the Claims[1] determinations to

be affirmed and Objections to be overruled are identified in Exhibit A to the Declaration of

Vineet Sehgal (the "Sehgal Declaration"), attached to the Motion as Exhibit A; and due and

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

proper notice of the Motion having been given and it appearing that no other or further notice

need be provided; and the Court having found and determined that the relief sought in the

Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties

in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided

herein; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on

Exhibit A hereto under the heading "Claims and Objections", are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and

Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: _____, 2019
       New York, New York


       _____
       HONORABLE STUART M. BERNSTEIN
       UNITED STATES BANKRUPTCY JUDGE

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**TWENTY-SEVENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Aspen Fine Arts Co. Defined Contribution Plan | 011426 | 898 2029 | Milberg LLP | Aspen Fine Arts Co Defined Contribution Plan | 1EM414 |
| Deborah G. Katz and Deborah Katz as Custodian for Alexander & Jason Katz T/I/C | 001841 015096 | 2013 | Milberg LLP | Deborah G Katz and Deborah Katz as Cust For Alexander & Jason Katz T/I/C | 1KW202 |
| Jack Kaufman and Phyllis Kaufman JT WROS | 006571 | 2221 | Milberg LLP | Jack Kaufman & Phyllis Kaufman J/T WROS | 1KW142 |
| Jonathan Michaeli | 007984 | 2277 | Milberg LLP | Millennium Trust Company, LLC FBO Ursula Michaeli (Dec'D) | 1ZR304 |
| Linda Berger & Howard Berger J/T WROS | 005115 | 1998 | Milberg LLP | Linda Berger Howard Berger J/T WROS | 1ZB547 |
| Matthew Liebman | 008319 | 2178 | McLaughlin & Stern, LLP | Matthew Liebman | 1L0218 |