**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      )   ss:
COUNTY OF DALLAS      )

VANESSA A. POGUE, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 23, 2019 I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Trustee's Twenty-Sixth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18405)
   2. Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Sixth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18406)
   3. Notice of Hearing on Trustee's Twenty-Sixth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18407)
   4. Trustee's Twenty-Seventh Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18408)
   5. Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Seventh Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18409)

6. Notice of Hearing on Trustee's Twenty-Seventh Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18410)

Executed on January 23, 2019

_____
Vanessa A. Pogue

Sworn to and subscribed before me this 23 day of January 2019

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

3

# Exhibit A

EXHIBIT 4

January 23, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | USA | Counsel |
| Kohrman Jackson & Krantz PLL | Ari H. Jaffe | ONE CLEVELAND CENTER, 20TH FL., 1375 E. NINTH ST | CLEVELAND | OH | 44114-1793 | USA | Counsel |
| McLaughlin & Stern, LLP | Marc G. Rosenberg | 260 Madison Avenue, 18th Floor | New York | NY | 10016 | USA | Counsel |