# Exhibit 1

| | |
|---|---|
| **From:** | Blattmachr, Jonathan <jblattmachr@bakerlaw.com> |
| **Sent:** | Tuesday, January 22, 2019 5:54 PM |
| **To:** | Ginsberg, Bruce |
| **Cc:** | Woltering, Catherine E.; Cioffi, Joseph; Serritella, James R.; Newman, H. Seiji |
| **Subject:** | RE: Motion for Leave to File Amended Complaint |

Yes, that's what we're saying.

Jonathan D. Blattmachr
212.589.4607 | jblattmachr@bakerlaw.com

**From:** Ginsberg, Bruce <BGinsberg@dglaw.com>
**Sent:** Tuesday, January 22, 2019 3:45 PM
**To:** Blattmachr, Jonathan <jblattmachr@bakerlaw.com>
**Cc:** Woltering, Catherine E. <cwoltering@bakerlaw.com>; Cioffi, Joseph <JCioffi@dglaw.com>; Serritella, James R. <jserritella@dglaw.com>; Newman, H. Seiji <hsnewman@dglaw.com>
**Subject:** RE: Motion for Leave to File Amended Complaint

Jon - When you ask us "to agree that the as-filed proposed amended complaint meets the futility standard," are you referring to the following as the "futility standard": "An amendment to a pleading is futile if the proposed claim could not withstand a motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6)"? If yes, are you saying that you're demanding that Natixis stipulate that the proposed amended complaint could withstand a 12(b)(6) motion to dismiss?

**BRUCE M. GINSBERG**

bginsberg@dglaw.com
T: 212.468.4820
F: 212.468.4888
**DAVIS & GILBERT LLP**
1740 Broadway, New York NY 10019
www.dglaw.com

Check out Credit ChronometerTM
for insightful commentary on events and legal developments shaping the credit markets

**From:** Blattmachr, Jonathan [mailto:jblattmachr@bakerlaw.com]
**Sent:** Tuesday, January 22, 2019 2:09 PM
**To:** Ginsberg, Bruce
**Cc:** Woltering, Catherine E.; Cioffi, Joseph; Serritella, James R.; Newman, H. Seiji
**Subject:** RE: Motion for Leave to File Amended Complaint

Bruce,

1

After discussing internally, we would be prepared to agree to your idea to allow the Trustee to file his complaint and then have you file a motion to dismiss, but only if you were to agree that the as-filed proposed amended complaint meets the futility standard. Please advise if you would be amenable.

Regards,
Jon


Jonathan D. Blattmachr
212.589.4607 | jblattmachr@bakerlaw.com

---

**From:** Ginsberg, Bruce <BGinsberg@dglaw.com>
**Sent:** Thursday, January 17, 2019 4:23 PM
**To:** Blattmachr, Jonathan <jblattmachr@bakerlaw.com>
**Cc:** Woltering, Catherine E. <cwoltering@bakerlaw.com>; Cioffi, Joseph <JCioffi@dglaw.com>; Serritella, James R. <jserritella@dglaw.com>; Newman, H. Seiji <hsnewman@dglaw.com>
**Subject:** Motion for Leave to File Amended Complaint

Jon,

Please let us know if you are available for a call tomorrow to discuss Natixis's response to the Trustee's motion for leave to amend and a potential solution to streamline the process.

We are generally available tomorrow from 11:00 am on.

Regards,

**BRUCE M. GINSBERG**

bginsberg@dglaw.com
T: 212.468.4820
F: 212.468.4888
**DAVIS & GILBERT LLP**
1740 Broadway, New York NY 10019
www.dglaw.com


Check out Credit ChronometerTM
for insightful commentary on events and legal developments shaping the credit markets

---

This message contains confidential information and is intended only for jblattmachr@bakerlaw.com . If you are not jblattmachr@bakerlaw.com you should not disseminate, distribute or copy this e-mail. Please notify bginsberg@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This message contains confidential information and is intended only for jblattmachr@bakerlaw.com . If you are not jblattmachr@bakerlaw.com you should not disseminate, distribute or copy this e-mail. Please notify bginsberg@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.