# Exhibit 2

| | |
|---|---|
| **From:** | Blattmachr, Jonathan <jblattmachr@bakerlaw.com> |
| **Sent:** | Monday, January 07, 2019 12:59 PM |
| **To:** | Ginsberg, Bruce; Woltering, Catherine E. |
| **Cc:** | Levy, Adam |
| **Subject:** | RE: Motion for Leave to File Amended Complaint |

Bruce,

We do not consent to combining the Trustee's Motion for Leave to Amend and a motion to dismiss. We offered you in August the opportunity to deal with this on a motion to dismiss instead of the leave to amend, but you turned it down. Our team spent a lot of time and effort on the motion for leave and it should be dealt with now. Further to that, the Court was adamant about moving things along with respect to this motion, so we want to expeditiously move forward on it.

Regards,
Jon


Jonathan D. Blattmachr
212.589.4607 | jblattmachr@bakerlaw.com

---

**From:** Ginsberg, Bruce <BGinsberg@dglaw.com>
**Sent:** Friday, January 04, 2019 4:14 PM
**To:** Blattmachr, Jonathan <jblattmachr@bakerlaw.com>; Woltering, Catherine E. <cwoltering@bakerlaw.com>
**Cc:** Levy, Adam <alevy@dglaw.com>
**Subject:** RE: Motion for Leave to File Amended Complaint

Jon and Cat,

Regardless of how the court decides the Trustee's motion for leave to amend, the next step in the litigation, as contemplated by the parties' stipulation, will be for defendants to move to dismiss. Although each motion obviously seeks different relief, the motions likely will raise overlapping substantive arguments. As such, bringing both motions now will be more efficient, conserve resources, and expedite resolution of issues that the court will have to address no matter what. It is precisely for these reasons that courts will direct a defendant to make its motion to dismiss an amended complaint as a cross-motion to a plaintiff's motion to amend.

**BRUCE M. GINSBERG**

bginsberg@dglaw.com
T: 212.468.4820
F: 212.468.4888
**DAVIS & GILBERT LLP**
1740 Broadway, New York NY 10019
www.dglaw.com


Check out Credit ChronometerTM

1

for insightful commentary on events
and legal developments shaping the
credit markets

---

**From:** Blattmachr, Jonathan [mailto:jblattmachr@bakerlaw.com]
**Sent:** Friday, January 04, 2019 10:55 AM
**To:** Ginsberg, Bruce; Woltering, Catherine E.
**Cc:** Levy, Adam
**Subject:** RE: Motion for Leave to File Amended Complaint

Bruce,

Regarding our call yesterday, we would like to understand the purpose of your proposed combination of a motion to dismiss and the Trustee's Motion for Leave to Amend.  Specifically, could you please articulate what issues you would need to address in a motion to dismiss that could not be addressed in connection with the Trustee's motion?

Thanks,
Jon


Jonathan D. Blattmachr
212.589.4607 | jblattmachr@bakerlaw.com

---

**From:** Ginsberg, Bruce <BGinsberg@dglaw.com>
**Sent:** Thursday, January 03, 2019 11:44 AM
**To:** Blattmachr, Jonathan <jblattmachr@bakerlaw.com>; Woltering, Catherine E. <cwoltering@bakerlaw.com>
**Cc:** Levy, Adam <alevy@dglaw.com>
**Subject:** RE: Motion for Leave to File Amended Complaint

Will do.


**BRUCE M. GINSBERG**

bginsberg@dglaw.com
T: 212.468.4820
F: 212.468.4888
**DAVIS & GILBERT LLP**
1740 Broadway, New York NY 10019
www.dglaw.com


Check out Credit ChronometerTM
for insightful commentary on events
and legal developments shaping the
credit markets

---

**From:** Blattmachr, Jonathan [mailto:jblattmachr@bakerlaw.com]
**Sent:** Thursday, January 03, 2019 11:43 AM
**To:** Ginsberg, Bruce; Woltering, Catherine E.
**Cc:** Levy, Adam
**Subject:** RE: Motion for Leave to File Amended Complaint

2

Bruce:

4pm today works. Please use the following for the call:

866-468-2930
Code: 212 589 4607

Thanks,
Jon


Jonathan D. Blattmachr
212.589.4607 | jblattmachr@bakerlaw.com

---

**From:** Ginsberg, Bruce <BGinsberg@dglaw.com>
**Sent:** Thursday, January 03, 2019 11:35 AM
**To:** Woltering, Catherine E. <cwoltering@bakerlaw.com>; Blattmachr, Jonathan <jblattmachr@bakerlaw.com>
**Cc:** Levy, Adam <alevy@dglaw.com>
**Subject:** Motion for Leave to File Amended Complaint

Cat and Jon,

We'd like to run something by you. Is it possible to schedule a call for 2 or 4pm today? If not, how about 11am tomorrow?

Regards,


**BRUCE M. GINSBERG**

bginsberg@dglaw.com
T: 212.468.4820
F: 212.468.4888
**DAVIS & GILBERT LLP**
1740 Broadway, New York NY 10019
www.dglaw.com


Check out Credit ChronometerTM
for insightful commentary on events
and legal developments shaping the
credit markets

---

This message contains confidential information and is intended only for jblattmachr@bakerlaw.com . If you are not jblattmachr@bakerlaw.com you should not disseminate, distribute or copy this e-mail. Please notify bginsberg@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

3

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

This message contains confidential information and is intended only for jblattmachr@bakerlaw.com . If you are not jblattmachr@bakerlaw.com you should not disseminate, distribute or copy this e-mail. Please notify bginsberg@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.

This message contains confidential information and is intended only for jblattmachr@bakerlaw.com . If you are not jblattmachr@bakerlaw.com you should not disseminate, distribute or copy this e-mail. Please notify bginsberg@dglaw.com immediately by e-mail if you have received this e-mail by mistake and delete this e-mail from your system. E-mail transmission cannot be guaranteed to be secure or error-free as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. The sender therefore does not accept liability for any errors or omissions in the contents of this message, which arise as a result of e-mail transmission. If verification is required please request a hard-copy version.