**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jonathan B. New
Robertson D. Beckerlegge
Christopher B. Gallagher

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>   v.<br><br>FRANCES LEVEY REVOCABLE LIVING TRUST; WENDY KAPNER REVOCABLE TRUST; WEDNDY KAPNER as trustee of Frances Levey Revocable Living Trust, grantor and trustee of Wendy Kapner Revocable Trust and individually; and JAMES KAPNER,<br><br>   Defendants. | Adv. Pro. No. 10-05430 (SMB) |

## NOTICE OF MEDIATION REFERRAL

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010, Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on November 12, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, the Trustee and Defendants may agree to enter mediation prior to or upon completion of discovery without further court order. Avoidance Procedures, ¶ 5A. The Trustee and the Defendants (the "Parties") have been unable to execute a Settlement Agreement and instead agree to be referred to mandatory mediation through this Notice of Mediation Referral.

Pursuant to the Avoidance Procedures, within 14 calendar days after the filing of this Notice of Mediation Referral, the Parties shall choose a mediator in accordance with the Mediation Order. If the Parties are unable to agree on a mediator, the Court shall appoint one in accordance with the Mediation Order. Avoidance Procedures, ¶ 5C.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Dated: New York, New York
January 25, 2019

| **BAKER & HOSTETLER LLP** | **WACHTELL MISSRY LLP** |
|---|---|
| By: *s/ Nicholas J. Cremona* | By: *s/ Howard Kleinhendler* |
| 45 Rockefeller Plaza | One Dag Hammarskjold Plaza |
| New York, New York 10111 | 885 Second Avenue |
| Telephone: (212) 589-4200 | New York, New York 10017 |
| Facsimile: (212)589-4201 | Telephone: (212) 909-9522 |
| David J. Sheehan | Facsimile: (212) 909-9417 |
| Email: dsheehan@bakerlaw.com | Howard Kleinhendler |
| Nicholas J. Cremona | Email: hkleinhendler@wmllp.com |
| Email: ncremona@bakerlaw.com | |
| Jonathan B. New | *Attorney for Defendants* |
| Email: jnew@bakerlaw.com | |
| Robertson D. Beckerlegge | |
| Email: rbeckerlegge@bakerlaw.com | |
| Christopher B. Gallagher | |
| Email: cgallagher@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*