**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05026 (SMB) |
| Plaintiff, | |
| v. | |
| WALTER FRESHMAN TRUST A, a Florida trust, WALTER FRESHMAN REVOCABLE TRUST DATED 12/31/92, a Florida trust, FRIEDA FRESHMAN REVOCABLE TRSUT DATED 12/31/92, A Florida trust, FRIEDA FRESHMAN as trustor, as trustee and as an individual, AMANDA LEFKOWITZ, and IAN LEFKOWITZ, | |
| Defendants. | |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Walter Freshman Trust A, a Florida trust, Walter Freshman Revocable Trust Dated 12/31/92, a Florida trust, Frieda Freshman Revocable Trsut Dated 12/31/92, A Florida trust, Frieda Freshman as trustor, as trustee and as an individual, Amanda Lefkowitz, and Ian Lefkowitz, (the "Defendants"); and due and sufficient notice of the Application having been given; and the Court having reviewed all pleadings and other

{00038976 1 }

papers filed in connection with the Application; and based upon the record of the case; and the

Court having determined that the relief requested in the Application is in the best interests of the

Defendants; and good and sufficient appearing therefor; it is hereby

ORDERED that Chaitman LLP is granted leave to withdraw as counsel for the Defendants

and is hereby removed as counsel for the Defendants in this proceeding.

Dated:    February ___, 2019
          New York, New York

          _____
          Hon. Stuart M. Bernstein
          UNITED STATES BANKRUPTCY JUDGE