**CHAITMAN LLP**  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  

*Attorneys for Defendants*

**Presentment Date: February 20, 2019 12:00 PM**  
**Objection Date: February 13, 2019**

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>WALTER FRESHMAN TRUST A, a Florida trust, WALTER FRESHMAN REVOCABLE TRUST DATED 12/31/92, a Florida trust, FRIEDA FRESHMAN REVOCABLE TRSUT DATED 12/31/92, A Florida trust, FRIEDA FRESHMAN as trustor, as trustee and as an individual, AMANDA LEFKOWITZ, and IAN LEFKOWITZ,<br><br>    Defendants. | Adv. Pro. No. 10-05026 (SMB) |

**CERTIFICATE OF SERVICE**

{00038978 1 }

I, Helen Davis Chaitman, hereby certify that on January 30, 2019 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support; and
- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

<u>By electronic mail and USPS First Class Mail upon:</u>

Frieda Freshman <u>Frieda4052@gmail.com</u> & <u>Afresh314@gmail.com</u>
4052 Bocaire Boulevard
Boca Raton, FL 33487-1146

<u>By electronic mail upon:</u>

David J. Sheehan, Esq. <u>dsheehan@bakerlaw.com</u>
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   January 30, 2019                                        */s/ Helen Davis Chaitman*
         New York, New York