**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> NATIXIS FINANCIAL PRODUCTS, LLC, <br><br> Defendant. | Adv. Pro. No. 10-05353 (SMB) |

**NOTICE OF CORRECTED EXHIBIT TO**
**DECLARATION OF CATHERINE E. WOLTERING**

**PLEASE TAKE NOTICE** that Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, by and through his counsel, submits the accompanying **Exhibit 1** to this Court as a correction of Exhibit 1 (the "Proposed Amended Complaint"), to the Declaration of Catherine E. Woltering in Support of the Trustee's Motion for Leave to File an Amended Complaint, originally filed with this Court on December 28, 2018 (ECF No. 170).

**PLEASE TAKE FURTHER NOTICE** that **Exhibit 1** serves to correct a graphic associated with paragraph 153 of the Proposed Amended Complaint.

**PLEASE TAKE FURTHER NOTICE** that the Trustee also submits **Exhibit 2**, a redline comparing **Exhibit 1** and the Proposed Amended Complaint, to further identify the correction and confirm that no other changes were made to the Proposed Amended Complaint.

| | |
|---|---|
| Dated: New York, New York<br>January 30, 2019 | */s/  Catherine E. Woltering*<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Catherine E. Woltering<br>Email:  cwoltering@bakerlaw.com<br>Jonathan D. Blattmachr<br>Email:  jblattmachr@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |