**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

As successor to all right, title, and interest in the allowed customer claim designated as Claim No. 4154, and originally filed by James H. Cohen Special Trust, which original claimant filed the pending objections (the "Objections," ECF Nos. 390, 391, 392, 384, 385, 386, and 3677) to the Trustee's Notice of Determination of Claim, the current record owner of Claim No. 4154 is empowered to give, and hereby gives, notice that it withdraws such Objections.

Dated: January 30 2019

**Counsel to SPCP Group, LLC, Claimant of Record for Claim 4154**

 /s/ Brian Kinney
Brian Kinney
Milbank, Tweed, Hadley & M<sup>c</sup>Cloy LLP
28 Liberty Street
New York, New York 10005
T: (212) 530-5392
F: (212) 822-5392