# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>FRANK J. AVELLINO, individually, and as Trustee for FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990, AS AMENDED; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST AGREEMENT NUMBER 2 UNDER AGREEMENT DATED JUNE 24, 1992; FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER THE DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988, AS AMENDED; RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990; RACHEL ANNE ROSENTHAL TRUST #3; HEATHER CARROLL LOWLES TRUST U/A | Adv. Pro. No. 10-05421 (SMB) |

DATED JUNE 29, 1990; TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990; MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990; TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992; MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990; S.A. GRANTOR RETAINED ANNUITY TRUST; AVELLINO FAMILY TRUST; AVELLINO & BIENES PENSION PLAN & TRUST;

THE ESTATE OF MICHAEL S. BIENES;

NANCY C. AVELLINO, individually, and as Trustee for NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER THE TRUST AGREEMENT DATED MAY 18, 1992; RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990; RACHEL ANNE ROSENTHAL TRUST #3; HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990; TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990; MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990; TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992; MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990;

DIANNE K. BIENES, individually, and as Personal Representative for the ESTATE OF MICHAEL S. BIENES;

THOMAS G. AVELLINO;

AVELLINO & BIENES; AVELLINO FAMILY TRUST; AVELLINO & BIENES PENSION PLAN & TRUST; GROSVENOR PARTNERS, LTD.; MAYFAIR VENTURES, G.P.; ASTER ASSOCIATES; ST. JAMES ASSOCIATES; STRATTHAM PARTNERS; KENN JORDAN ASSOCIATES; ASCENT, INC.; MAYFAIR BOOKKEEPING SERVICES, INC.; 27 CLIFF, LLC; THE AVELLINO FAMILY FOUNDATION, INC.;

RACHEL A. ROSENTHAL; HEATHER C. LOWLES; MELANIE A. LOWLES; FRANK J.

4812-9215-0150.1

AVELLINO REVOCABLE TRUST NUMBER ONE AS AMENDED AND RESTATED JANUARY 26, 1990, AS AMENDED; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST UNDER AGREEMENT DATED JUNE 24, 1992; FRANK J. AVELLINO GRANTOR RETAINED ANNUITY TRUST AGREEMENT NUMBER 2 UNDER AGREEMENT DATED JUNE 24, 1992, AS AMENDED; FRANK J. AVELLINO REVOCABLE TRUST NUMBER ONE UNDER THE DECLARATION OF TRUST NUMBER ONE DATED JUNE 10, 1988, AS AMENDED; NANCY CARROLL AVELLINO REVOCABLE TRUST UNDER THE TRUST AGREEMENT DATED MAY 18, 1992; RACHEL ANNE ROSENTHAL TRUST U/A DATED JUNE 29, 1990; RACHEL ANNE ROSENTHAL TRUST #3; HEATHER CARROLL LOWLES TRUST U/A DATED JUNE 29, 1990; TIFFANY JOY LOWLES TRUST U/A DATED JUNE 29, 1990; MELANIE ANN LOWLES TRUST U/A DATED JUNE 29, 1990; TAYLOR ASHLEY MCEVOY TRUST U/A DATED JUNE 24, 1992; MADISON ALYSSA MCEVOY TRUST U/A DATED JUNE 29, 1990; S.A. GRANTOR RETAINED ANNUITY TRUST,

      Defendants.

4812-9215-0150.1