**大成 DENTONS**

Arthur H. Ruegger
Senior Counsel

arthur.ruegger@dentons.com
D    +1 212 768 6881

Dentons US LLP
1221 Avenue of the Americas
New York, NY  10020-1089
United States

dentons.com

February 5, 2019

**FILED VIA ECF**

Chambers of the
  Honorable Stuart M. Bernstein
United States Court House
One Bowling Green
New York, New York  10004-1408

Re:    **Picard v. Mann,** *et al.*
       **Adv. Proc. No. 10-04390 (SMB)**

Dear Judge Bernstein:

This firm is counsel to all defendants in the above-titled action.  I have recently replaced Carole Neville as the attorney responsible for this case.  On December 21, 2018, the Trustee filed a motion for summary judgment to which our opposition papers are due to be filed and served this Friday, February 8, 2019.  In preparation of defendants' opposition papers, it has become clear that the most appropriate process for presenting the defendants' arguments is through a cross-motion for summary judgment.

Consequently, pursuant to Local Bankruptcy Rule 7056-1 and your Honor's Chambers Rules, we respectfully ask the Court to order; a) no further pre-motion conference is needed; b) defendants may file and serve their cross-motion for summary judgment together with the defendants' opposition to the Trustee's motion; and c) the briefing/hearing schedule is extended, essentially two-weeks, to the following dates:

| | |
|---|---|
| February 22, 2019 | Defendants' opposition and cross-motion |
| March 27, 2019 | The Trustee's reply and opposition papers |
| April 10, 2019 | Defendants' reply |
| April 24, 2019, or thereafter | Oral argument |

We contacted the Trustee's counsel to inquire, as a courtesy to Defendants' new counsel, whether the Trustee's counsel would agree to the above, but we have not heard back from counsel.

Respectfully,

Arthur H. Ruegger
Senior Counsel

**大成 DENTONS**

dentons.com

February 5, 2019
Page 2

cc:     Nicholas J. Cremona, Esq.
        Baker Hostetler LLP
        Email:  ncremona@bakerlaw.com