# EXHIBIT 1

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------x
SECURITIES INVESTOR PROTECTION      Adv. Pro. No.
CORPORATION,                        08-01789(SMB)
            Plaintiff,              SIPA Liquidation
      v.
                                    (Substantively
BERNARD L. MADOFF INVESTMENT         Consolidated)
SECURITIES LLC,
            Defendant.
---------------------------------x
In Re:
BERNARD L. MADOFF,
            Debtor.
---------------------------------x
IRVING H. PICARD, Trustee for       Adv. Pro. No.
the Substantively Consolidated      09-01364(SMB)
SIPA Liquidation of Bernard L.
Madoff Investment Securities
LLC and Bernard L. Madoff,
            Plaintiff,
      v.

HSBC BANK PLC, et al.,

            Defendants.
---------------------------------x

       Videotaped 30(b)(6) Deposition

        of Alpha Prime Fund Limited

   by and through its corporate designee

              PETER FISCHER

         Wednesday, February 6, 2019

                9:42 a.m.

Page 2

1
2
3            TRANSCRIPT of testimony as taken by
4    and before MONIQUE VOUTHOURIS, Certified Court
5    Reporter, RPR, CRR and Notary Public of the
6    States of New York and New Jersey, at the
7    offices of Baker & Hostetler, 45 Rockefeller
8    Plaza, New York, New York, on Wednesday,
9    February 6, 2019, commencing at 9:42 a.m.
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Picard v HSBC Bank                          Peter Fischer 2/6/2019

Page 3

```
 1   A P P E A R A N C E S:
 2          BAKER & HOSTETLER, LLP
            45 Rockefeller Plaza
 3          New York, New York  10111
            212.589.4200
 4          BY:  OREN J. WARSHAVSKY, ESQ.
                  owarshavsky@bakerlaw.com
 5
                 GEOFFREY A. NORTH, ESQ.
 6                 gnorth@bakerlaw.com

 7               CARA McGOURTY, ESQ.
                   cmcgourty@bakerlaw.com
 8
            For Irving Picard, Trustee
 9
10          DUFFY AMEDEO LLP
            275 Seventh Avenue
11          7th Floor
            New York, New York  10001
12          212.729.5832
            BY:  TODD E. DUFFY, ESQ.
13                tduffy@duffyamedeo.com

14
15   ALSO PRESENT:
16          CHRISTIAN HAUSMANINGER, ESQ.
17          ANDREW RONA, German Interpreter
18          ERIK DAVIDSON, Videographer
19
20
21
22
23
24
25
```

```
 1              (Recess 1:14 p.m. - 1:58 p.m.)
 2              THE VIDEOGRAPHER:  We are back on
 3   the record.  The time is approximately 1:58 p.m.
 4   BY MR. WARSHAVSKY:
 5       Q.    Mr. Fischer, I just have one other
 6   question.  I want to go back to Exhibit 15 which
 7   we had discussed briefly before the break.  If I
 8   wanted to understand this analysis better, who
 9   would I speak to, if you know?
10       A.    To Mr. Steurer most probably.
11       Q.    Thank you.  Okay.
12             Did Alpha Prime either create or
13   receive a litigation hold or legal hold notice
14   after Madoff's arrest?
15       A.    What is a legal hold office?
16       Q.    Did anyone circulate instructions
17   about preserving documents for Alpha Prime?
18       A.    For Alpha Prime?  I was only -- I
19   remember only one issue and this was from Latham
20   in 2012, I guess.
21       Q.    From --
22       A.    This is Primeo -- Bank Austria
23   Primeo case, yeah.
24       Q.    And who is Lessan?  I'm sorry, who
25   is --
```

1        Q.      Do you know whether any Alpha
2    Prime data that was hosted by Project Partners
3    was not included on these DVDs?
4        A.      I don't know.
5        Q.      Who would know?
6        A.      Project Partner most probably.
7        Q.      Thank you.
8                Do you know if Alpha Prime used
9    any other email servers other than the email
10   server hosted by Project Partners?
11       A.      When you're saying Alpha Prime,
12   then meaning, of course, also the directors,
13   right?
14       Q.      I don't mean the emails that we
15   spoke -- I'm not talking about the domains that
16   we discussed earlier.
17       A.      Okay.  Okay.  Good.  No.  Sorry.
18       Q.      Maybe I should ask the question
19   differently because you might have answered a
20   different question.  So I'll start what I was
21   asking do you know if they know -- do you know
22   whether Alpha Prime used any other email servers?
23       A.      No.
24       Q.      You don't know, okay.
25               MR. DUFFY:  I'm not sure -- does

1   Dr. Hausmaninger to find it out in getting in
2   contact with them.
3        Q.    Did you have any contact directly
4   with Project Partners?
5        A.    No.
6        Q.    And you think Project Partners is
7   the one that understands this issue the best,
8   the issues in this letter?
9        A.    I guess so, yes.
10       Q.    Can you think of anybody who
11  understands these issues better than Project
12  Partners?
13       A.    They were the service provider, so
14  I guess they have to understand best.
15       Q.    The -- if you turn to the second
16  page of the letter.
17       A.    Yes.
18       Q.    -- the -- I think you said earlier
19  to your knowledge no data was lost.  But I want
20  you to look at the first full paragraph on page
21  2.  It says, "I can confirm that after the crash
22  we continued to work with the new RAID-1 server
23  to which the company of Steurer had loaded the
24  recovered data of the clients.  The old server
25  was disposed of."

```
 1   restored."
 2              Do you know what this was
 3   referring to?
 4        A.    I can only refer to that what we
 5   were talking about.  But I in October -- in
 6   October 2007 I was not aware of any -- any data
 7   loss also.
 8        Q.    But when we spoke a few minutes
 9   ago you said there was no data loss.  Here this
10   says "a loss of an unknown number of emails
11   which could not be restored."  Can you explain
12   why that's -- why this is different than your
13   recollection?
14        A.    No.
15        Q.    If not, that's okay.
16        A.    I can't remember.
17        Q.    If we turn to Exhibit 15, if we
18   look at the bottom of the first page, it says,
19   the second-to-last paragraph -- I'm sorry.  The
20   bottom of the second page --
21        A.    Second page.
22        Q.    Second page.  The second-to-last
23   paragraph, it says, "I am almost 100 percent
24   sure that a loss of data occurred.  This is
25   almost inevitable with such an incident.  Since
```