UNITED STATES BANKRUPTCY COURT   Settlement Date: February 12, 2019 at 12:00 p.m.
SOUTHERN DISTRICT OF NEW YORK   Objection Deadline: February 11, 2019 at 5:00 p.m.

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br>  v.<br><br>HELENE SAREN-LAWRENCE,<br><br>        Defendant. | Adv. Pro. No. 10-04898 (SMB) |

## NOTICE OF SETTLEMENT OF ORDER SETTING TRIAL

**PLEASE TAKE NOTICE** that pursuant to Judge Bernstein's bench ruling at the January 23, 2019, hearing on Defendant's Motion to Adjourn Trial, and in accordance with Local Bankruptcy Rule 9074-1(a), the undersigned will present the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in

his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **February 12, 2019 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the Trustee has consulted with counsel for defendants Carol Nelson and Stanley Nelson (collectively, "Defendants"), but the Trustee has not received consent from Defendants for the filing of the attached proposed order.

**PLEASE TAKE FURTHER NOTICE** that to the extent there is a counter-proposed order or objection to the proposed order, it must be in writing and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than **February 11, 2019 at 5:00 p.m.** (the "Objection Deadline"), with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein; and served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) Securities Investor Protection Corporation, 1667 K St. N.W., Suite 1000, Washington, D.C. 20006-1620, Attn: Kevin H. Bell, Esq. Any objection to the proposed order must specifically state the interest the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed order or written objection to the proposed order is received before the objection deadline, the proposed order may be signed and entered by the Court without further notice.

...

New York, New York
February 7, 2019

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile:  713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: /s/ *Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

To:

Helen Davis Chaitman
**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Telephone: 888-759-1114
Email: hchaitman@chaitmanllp.com

*Attorney for Defendants*