UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>        Plaintiff,<br>    v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>        Defendants. | Adv. Pro. No. 10-04390 (SMB)<br><br>No. 19 Civ. 00812 (UA) |

**DECLARATION OF NICHOLAS J. CREMONA IN SUPPORT OF MEMORANDUM OF LAW IN OPPOSITION TO THE MOTION FOR LEAVE TO APPEAL PURSUANT TO 28 U.S.C. §158(a) AND FEDERAL RULE OF BANKRUPTCY PROCEDURE 8004**

Pursuant to 28 U.S.C. § 1746, NICHOLAS J. CREMONA hereby declares as follows:

1.    I am a partner at Baker & Hostetler LLP, counsel for Irving H. Picard, Plaintiff in the above-captioned avoidance actions, and I submit this declaration in support of the Trustee's

Memorandum Of Law In Opposition To The Motion For Leave To Appeal Pursuant To 28 U.S.C. §158(a) and Federal Rule Of Bankruptcy Procedure 8004, filed by defendants (the "Defendants").

2. Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the Hearing re 10-04390-SMB Pre-Trial Conference, *Picard v. BAM L.P.,* Adv. Pro. No. 10-04390 (SMB) (Bankr. S.D.N.Y. Sept. 26, 2018), ECF No. 110.

3. Attached hereto as Exhibit 2 is a true and correct copy of the transcript of the first Hearing re 10-04390-SMB Motion for (A) Expedited Determination Of Motion For A Stay Of Trial Pursuant To Rule 5011(C) Pending Ruling By The District Court On Defendants' Motion To Withdraw The Reference And (B) Granting A Stay, *Picard v. BAM L.P.,* Adv. Pro. No. 10-04390 (SMB) (Bankr. S.D.N.Y. Nov. 28, 2018), ECF No. 130.

4. Attached hereto as Exhibit 3 is a true and correct copy of the transcript of the second Hearing re 10-04390-SMB Motion for (A) Expedited Determination Of Motion For A Stay Of Trial Pursuant To Rule 5011(C) Pending Ruling By The District Court On Defendants' Motion To Withdraw The Reference And (B) Granting A Stay, *Picard v. BAM L.P.,* Adv. Pro. No. 10-04390 (SMB) (Bankr. S.D.N.Y. Dec. 19, 2018), ECF No. 147.

I declare under penalty of perjury that the foregoing is true and correct.

Dated: February 8, 2019
    New York, New York                                /s/ *Nicholas J. Cremona*
                                                                    Nicholas J. Cremona