**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>      Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br>v.<br><br>JAMES LOWREY, et al.,<br><br>      Defendants. | No. 18 Civ. 05381 (PAE)<br><br>Adv. Pro. No. 10-04387 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br>v.<br><br>SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL | No. 18 Civ. 05430 (PAE)<br><br>Adv. Pro. No. 10-04488 (SMB) |

502039773 v1

| | |
|---|---|
| GETTINGER, ABRAHAM WOLFSON, and ZEV WOLFSON,<br><br>                Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br>v.<br><br>SOUTH FERRY #2, EMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON,<br><br>                Defendants. | No. 18 Civ. 05452 (PAE)<br><br>Adv. Pro. No. 10-04350 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br>v.<br><br>UNITED CONGREGATIONS MESORA,<br><br>                Defendants. | No. 18 Civ. 05453 (PAE)<br><br>Adv. Pro. No. 10-05110 (SMB) |

## **MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4**

TO THE CLERK OF THIS COURT AND ALL PARTIES OF RECORD:

**PLEASE TAKE NOTICE** that Philip M. Guess, of K&L Gates, LLP, hereby respectfully requests withdrawal of his appearance as counsel of record for Defendants South Ferry #2 LP, Emmanuel Gettinger, Aaron Wolfson, Abraham Wolfson, Zev Wolfson, South

- 2 -

Ferry Building Company, Turtle Cay Partners, Coldbrook Associates Partnership, James Lowrey, Marianne Lowrey, and United Congregations Mesora.

**PLEASE TAKE FURTHER NOTICE** that Richard A. Kirby, formerly of K&L Gates, LLP and now of FisherBroyles, will remain as counsel of record for these defendants herein.

Dated: February 8, 2019  
Seattle, Washington

Respectfully submitted,

K&L Gates LLP

By: */s/ Philip M. Guess*  
Philip M. Guess (*Pro Hac Vice*)  
philip.guess@klgates.com  
Attorney for Defendants South Ferry #2 LP, Emmanuel Gettinger, Aaron Wolfson, Abraham Wolfson, Zev Wolfson, South Ferry Building Company, Turtle Cay Partners, Coldbrook Associates Partnership, James Lowrey, Marianne Lowrey, and United Congregations Mesora

- 3 -

502039773 v1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> JAMES LOWREY, et al., <br><br> Defendants. | No. 18 Civ. 05381 (PAE) <br><br> Adv. Pro. No. 10-04387 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> SOUTH FERRY BUILDING COMPANY, a New York limited partnership, EMANUEL GETTINGER, ABRAHAM WOLFSON, and | No. 18 Civ. 05430 (PAE) <br><br> Adv. Pro. No. 10-04488 (SMB) |

- 4 -

502039773 v1

| | |
|---|---|
| ZEV WOLFSON, <br><br>                    Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br>                    Plaintiff, <br>v. <br><br>SOUTH FERRY #2, EMANUEL GETTINGER, AARON WOLFSON, and ABRAHAM WOLFSON, <br><br>                    Defendants. | No. 18 Civ. 05452 (PAE) <br><br><br> Adv. Pro. No. 10-04350 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br>                    Plaintiff, <br>v. <br><br>UNITED CONGREGATIONS MESORA, <br><br>                    Defendants. | No. 18 Civ. 05453 (PAE) <br><br><br> Adv. Pro. No. 10-05110 (SMB) |

## ORDER REGARDING MOTION TO WITHDRAW AS COUNSEL PURSUANT TO LOCAL RULE 1.4

The Court, having considered the motion seeking leave, pursuant to Local Rule 1.4, for Philip M. Guess to withdraw as counsel for Defendants South Ferry #2 LP, Emmanuel Gettinger, Aaron Wolfson, Abraham Wolfson, Zev Wolfson, South Ferry Building Company, Turtle Cay Partners, Coldbrook Associates Partnership, James Lowrey, Marianne Lowrey,

- 5 -

502039773 v1

and United Congregations Mesora in the above-captioned action, and it appearing to the Court that the relief requested is appropriate,

**IT IS HEREBY ORDERED** that Philip M. Guess is granted leave to withdraw from his representation of Defendants South Ferry #2 LP, Emmanuel Gettinger, Aaron Wolfson, Abraham Wolfson, Zev Wolfson, South Ferry Building Company, Turtle Cay Partners, Coldbrook Associates Partnership, James Lowrey, Marianne Lowrey, and United Congregations Mesora in this action and that such withdrawal is effective immediately.

**IT IS SO ORDERED.**

Dated: _____, 2019         _____
                                        Honorable PAUL A. ENGELMEYER

502039773 v1