**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                          Plaintiff,<br><br>        v.<br><br>BRUCE D. PERGAMENT, *et al.*,<br><br>                          Defendants. | Adv. Pro. No. 10-05194 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: December 18, 2015.

2. Fact Discovery shall be completed by: May 24, 2019.

3. The Disclosure of Case-in-Chief Experts shall be due: July 31, 2019.

4. The Disclosure of Rebuttal Experts shall be due: September 4, 2019.

5. The Deadline for Completion of Expert Discovery shall be: September 30, 2019.

6. The Deadline for Service of a Notice of Mediation Referral shall be: October 7, 2019.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: October 21, 2019.

8. The Deadline for Conclusion of Mediation shall be: February 17, 2020.

| | |
|---|---|
| Dated: New York, New York<br>February 11, 2019 | BAKER & HOSTETLER LLP<br><br>By: */s/ Elyssa Kates*<br>David J. Sheehan<br>Keith R. Murphy<br>Robertson Beckerlegge<br>Elyssa S. Kates<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

4837-5790-1447.2