**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>  Plaintiff,<br><br>  v.<br><br>NATIXIS FINANCIAL PRODUCTS, LLC,<br><br>  Defendant. | Adv. Pro. No. 10-05353 (SMB) |

**NOTICE OF CORRECTION TO LINK ORIGINAL PROPOSED AMENDED
COMPLAINT EXHIBITS TO CORRECTED PROPOSED AMENDED COMPLAINT**

**PLEASE TAKE NOTICE** that Irving H. Picard, trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, by and through his counsel, filed the Motion for Leave to File an Amended Complaint (ECF No. 169) and the Declaration of Catherine E. Woltering in Support of the Trustee's Motion for Leave to File An Amended Complaint (the "Declaration") (ECF No. 170) on December 28, 2018.

**PLEASE TAKE FURTHER NOTICE** that the Trustee included the original proposed amended complaint (the "Original PAC") (ECF No. 170-1), including Exhibits A through E, as Exhibit 1 attached to the Declaration (ECF No. 170).

**PLEASE TAKE FURTHER NOTICE** that the Trustee submitted a Notice of Corrected Exhibit to Declaration of Catherine E. Woltering (the "Notice") (ECF No. 174) on January 30, 2019. Attached as Exhibit 1 to that Notice, the Trustee submitted a corrected proposed amended complaint (the "Corrected PAC") (ECF No. 174-1), correcting a graphic associated with paragraph 153 of the Original PAC filed on December 28, 2018 (ECF No. 170-1). In connection with the Notice filed on January 30, 2019, the Trustee requested removal of the Original PAC (ECF No. 170-1) from the docket.

**PLEASE TAKE FURTHER NOTICE** that the Notice filed on January 30, 2019 (ECF No. 174) failed to reattach Exhibits A through E to the Original PAC filed on December 28, 2018 (ECF No. 170-1), and such exhibits were subsequently removed from the docket when the Original PAC was removed from the docket.

**PLEASE TAKE FURTHER NOTICE** that the Trustee now resubmits Exhibits A through E to the Original PAC filed on December 28, 2018 (ECF No. 170-1) in the accompanying

2

**Exhibit 1**, to be treated as an addendum and linked to the Corrected PAC (ECF No. 174-1) filed on January 30, 2019.

**PLEASE TAKE FURTHER NOTICE** that the Trustee attests that Exhibits A through E to the Original PAC filed on December 28, 2018 (ECF No. 170-1), and requested herein to be treated as an addendum and linked to the Corrected PAC (ECF No. 174-1), are identical in form and substance to those attached as **Exhibit 1**.

| | |
|---|---|
| Dated: New York, New York<br>February 11, 2019 | */s/   Catherine E. Woltering*<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Catherine E. Woltering<br>Email:  cwoltering@bakerlaw.com<br>Jonathan D. Blattmachr<br>Email:  jblattmachr@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |