**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>HARVEY L. WERNER REVOCABLE TRUST U/A/D 8/31/82, AS AMENDED; VIOLET M. WERNER, individually and in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended; JEFFREY R. WERNER, in his capacity as Co-Trustee of the Harvey L. Werner | Adv. Pro. No. 10-04361 (SMB) |

Revocable Trust u/a/d 8/31/82, as amended; WENDY WERNER BROWN, in her capacity as Co-Trustee of the Harvey L. Werner Revocable Trust u/a/d 8/31/82, as amended,

Defendants.

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures shall be due: Passed.

2. Fact Discovery shall be completed by: May 24, 2019.

3. The Disclosure of Case-in-Chief Experts shall be due: August 13, 2019.

4. The Disclosure of Rebuttal Experts shall be due: September 10, 2019.

5. The Deadline for Completion of Expert Discovery shall be: October 8, 2019.

6. The Parties have mediated this case.

Dated: New York, New York  
February 12, 2019

Of Counsel:

**BAKER & HOSTETLER LLP**  
Dean D. Hunt  
811 Main Street, Suite 1100  
Houston, Texas 77002-5018  
Telephone: (713) 751-1600  
Facsimile: (713) 751-1717

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*  
David J. Sheehan  
Nicholas J. Cremona  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA*  
*Liquidation of Bernard L. Madoff Investment*  
*Securities LLC and for the Estate of Bernard*  
*L. Madoff*