**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Benjamin W. Roth Irrevocable Trust (the "Claimant"), having filed an objection (the "Objection," ECF No. 2441) to the Trustee's Notice of Determination of Claim respecting the Claimant's customer claims, designated as Claim Nos. 011537, 012953, hereby gives notice that it withdraws such Objection.

Dated: November __, 2018

2/7/2019

**Richard G. Roth**

_Richard G. Roth_ TRUSTEE

*Trustee, The Benjamin W. Roth Irrevocable Trust*
*(pro se)*