**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Oren J. Warshavsky

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED**
**FOR HEARING ON FEBRUARY 14, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **09-01364; Picard v. HSBC Bank PLC, et al.**

    A.  Motion for the Issuance of Letters of Request filed by Oren Warshavsky on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 1/11/2019) [ECF No. 507]

    Objections Due:     January 18, 2019

Objections Filed:

B.  Objection of Alpha Prime Fund Ltd. to the Trustee's Motion for the Issuance of Letters of Request filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed: 1/14/2019) [ECF No. 509]

Related Documents:

C.  Letter to Judge Bernstein regarding Objection of Alpha Prime Fund Ltd. to the Trustee's Motion for the Issuance of Letters of Request and Letter to Judge Bernstein from Todd E. Duffy dated January 14, 2019 filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 1/15/2019) [ECF No. 511]

D.  Notice of Hearing on Motion for the Issuance of Letters of Request filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 1/23/2019) [ECF No. 515]

Status: This matter is going forward.

2. **09-01364; Picard v. HSBC Bank PLC, et al.**

A.  Motion of Alpha Prime Fund Ltd. for the Issuance of Letters of Request filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed: 1/22/2019) [ECF No. 513]

Objections Due:    February 7, 2019

Objections Filed:

B.  Letter in opposition to Motion of Alpha Prime Fund Ltd. for the Issuance of Letters of Request filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 2/7/2019) [ECF No. 517]

Replies Filed:

C.  Reply in Further Support of Motion of Alpha Prime Fund Ltd. for the Issuance of Letters Request filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed 2/8/2019) [ECF No. 518]

Status: This matter is going forward.

3. **10-04390; Picard v. Michael Mann, et al.**

   A. Letter to Judge Stuart M. Bernstein dated February 5, 2019 Requesting Extension of Dates Regarding Motion for Summary Judgment Filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed 2/5/2019) [ECF No. 152]

   B. Trustee's Response to Mann Letter Requesting Extension of Dates Regarding Motion for Summary Judgment filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 2/6/2019) [ECF No. 153]

   Status:  This matter is going forward as a status conference.

Dated: February 13, 2019
       New York, New York

Respectfully submitted,

/s/ David J. Sheehan
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*