IN RE: BLMIS. CASE NO: 08-01789 (SMB)

**TWENTY-EIGHTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Elizabeth Harris Brown | 001691 015095 | 2146 | Milberg LLP | Elizabeth Harris Brown | 1B0140 |
| Judith Rock Goldman | 009795 011678 | 867 | Milberg LLP | Judith Rock Goldman | 1ZA490 |
| Katharine Brown Trust; Stacy Mathias and Michael Mathias Trustees | 004020 | 1136 | Milberg LLP / Seeger Weiss LLP | Katharine Brown Trust Stacy Mathias and Michael Mathias Trustees | 1B0141 |
| Lawrence I. Brown and Barbara Brown JT WROS | 002892 014259 | 2845 | Milberg LLP | Lawrence I Brown and Barbara Brown J/T WROS | 1B0154 |
| Leila F. Sobin | 008499 | 2408 | Milberg LLP / Seeger Weiss LLP | Leila F Sobin c/o Jon Sobin | 1EM210 |
| Lester Kolodny (IRA) | 001066 | 672 | Milberg LLP | Millennium Trust Company, LLC FBO Lester Kolodny (111303) | 1K0138 |
| Martin Gelman & Michale Dancer JT/WROS | 008502 | 705 | Milberg LLP | Martin Gelman & Michale Dancer JT/WROS | 1ZB516 |
| Onesco International, Ltd | 009658 | 668 | Milberg LLP | Onesco International LTD Trident Chambers | 1FR121 |