IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWENTY-EIGHTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001691 015095 | 2146 | Elizabeth Harris Brown | Elizabeth Harris Brown | 1B0140 | Milberg LLP | 4/7/2010 |
| 004020 | 1136 | Katharine Brown Trust; Stacy Mathias and Michael Mathias Trustees | Katharine Brown Trust Stacy Mathias and Michael Mathias Trustees | 1B0141 | Milberg LLP / Seeger Weiss LLP | 12/29/2009 |
| 002892 014259 | 2845 | Lawrence I. Brown and Barbara Brown JT WROS | Lawrence I Brown and Barbara Brown J/T WROS | 1B0154 | Milberg LLP | 8/6/2010 |
| 008499 | 2408 | Leila F. Sobin | Leila F Sobin c/o Jon Sobin | 1EM210 | Milberg LLP / Seeger Weiss LLP | 6/11/2010 |
| 009658 | 668 | Onesco International, Ltd | Onesco International LTD Trident Chambers | 1FR121 | Milberg LLP | 11/10/2009 |
| 001066 | 672 | Lester Kolodny (IRA) | Millennium Trust Company, LLC FBO Lester Kolodny (111303) | 1K0138 | Milberg LLP | 11/10/2009 |
| 009795 011678 | 867 | Judith Rock Goldman | Judith Rock Goldman | 1ZA490 | Milberg LLP | 11/17/2009 |
| 008502 | 705 | Martin Gelman & Michale Dancer JT/WROS | Martin Gelman & Michale Dancer JT/WROS | 1ZB516 | Milberg LLP | 11/11/2009 |

4834-4972-4808.1