IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-NINTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Barbara Harris | 002704<br>009602 | 2753 | Milberg LLP | Barbara Harris | 1H0092 |
| Douglas G. Brown, Trustee of the Douglas G. Brown Revocable Trust | 001690<br>015094 | 2439 | Milberg LLP | The Douglas G Brown Revocable Trust | 1B0139 |
| Joseph Sloves | 007959 | 1949 | Milberg LLP | Millennium Trust Company, LLC FBO Joseph Sloves (111268) | 1S0403 |