IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## TWENTY-NINTH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 001690 015094 | 2439 | Douglas G. Brown, Trustee of the Douglas G. Brown Revocable Trust | The Douglas G Brown Revocable Trust | 1B0139 | Milberg LLP | 6/16/2010 |
| 002704 009602 | 2753 | Barbara Harris | Barbara Harris | 1H0092 | Milberg LLP | 7/15/2010 |
| 007959 | 1949 | Joseph Sloves | Millennium Trust Company, LLC FBO Joseph Sloves (111268) | 1S0403 | Milberg LLP | 2/16/2010 |