UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## MOTION TO WITHDRAW DEBORAH H. RENNER AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

This motion (the "Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing Deborah H. Renner, Esq. formerly of Baker & Hostetler LLP and counsel of record for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities ("Irving H. Picard"), in the above-referenced adverse proceedings.

This Motion further seeks that Deborah H. Renner's name be removed from any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases. Baker & Hostetler will continue to serve as attorneys for the Plaintiff Trustee Irving H. Picard in this case and the Court's approval of this Motion will not impact Baker & Hostetler's representation of the Plaintiff Trustee Irving H. Picard and will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this Motion and order that Deborah H. Renner be withdrawn as an attorney of record and, thus,

1

no longer receive service or electronic notifications in the above-captioned cases. A proposed form of order granting the relief requested herein is annexed hereto as Exhibit A.

Dated: February 12, 2019
     New York, New York     Respectfully submitted,

By: /s/Deborah H. Renner
Deborah H. Renner
Pierce Bainbridge Beck Price & Hecht LLP
20 West 23rd Street, 5th Floor
New York, NY 10010
(212) 484-9866
Telephone: (212) 455-2000
Facsimile: (212) 455-2502

**PROPOSED ORDER**

**EXHIBIT A**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789 (SMB)
SIPA LIQUIDATION

(Substantively Consolidated)

ORDER GRANTING MOTION TO WITHDRAW DEBORAH H. RENNER AS AN
ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)

Upon the Motion to Withdraw Deborah H. Renner as an Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e), and for good cause shown therein, IT IS HEREBY ORDERED that Deborah H. Renner, formerly of Baker & Hostetler LLP, is withdrawn as a attorney of record on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities.

IT IS FURTHER ORDERED that Deborah H. Renner. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated: February __, 2019
       New York, New York

                                    HONORABLE STUART M. BERNSTEIN
                                    UNITED STATES BANKRUPTCY JUDGE