# EXHIBIT A

| | |
|---|---|
| **From:** | Markel, Tatiana |
| **To:** | REDACTED |
| **Cc:** | Murphy, Keith R. |
| **Subject:** | Submission to Court |
| **Date:** | Tuesday, February 12, 2019 6:03:41 PM |
| **Attachments:** | dk018447-0000.pdf |

Dear Mr. Gross:

Per our discussion, attached is your submission to the Court.

Please let us know by tomorrow whether you are available for a conference with the Court on February 27, 2019 or March 27, 2019.

Best regards,
Tatiana


**Tatiana Markel**
Partner



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4615

tmarkel@bakerlaw.com
bakerlaw.com