# EXHIBIT B

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Tatiana Markel
direct dial: 212.589.4615
tmarkel@bakerlaw.com

February 6, 2019

Mr. David Gross
7248 Ballantrae Court
Boca Raton, FL 33496

*Re:    Picard v. David Gross and Irma Gross, individually and as joint tenants, Adv. Pro. No. 10-04467 (Bankr. S.D.N.Y.) (SMB)*

Dear Mr. Gross:

We hope this letter finds you well.

It has come to our attention that, in the last several weeks, you have been sending a significant amount of correspondence, by fax and first-class mail, addressed to Mr. Oren Warshavsky. While we do not wish to discourage you from corresponding with us—just the opposite—we have several concerns regarding the documents you have been sending.

First, as we've advised you several times in the past, Mr. Warshavsky is not the responsible attorney for your case. Currently, there are two attorneys handling your case, Shawn Hough and me. Shawn Hough is responsible for the Cohmad case; therefore, if you wish to discuss your FINRA arbitration against Cohmad, please contract Shawn Hough. I am responsible for the Trustee's case against you to recover avoidable transfers; if you have any questions about that case, please contact me. Shawn Hough and I are the two BakerHostetler attorneys that can assist you.

Second, it is difficult to ascertain the purpose of the mail we receive from you, which prevents us from meaningfully responding to it. For example, at times you send us copies of documents we sent to you. At other times, you send us BakerHostetler attorneys' website bios. The mail you send is never accompanied by a cover letter, and therefore we don't know what message you are trying to convey by sending these letters.

Again, please feel free to reach out to Shawn or me anytime. However, it would help if your communications would clearly state your questions and/or concerns so that they may be properly addressed.

Sincerely,

Tatiana Markel

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*