UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

         Plaintiff,

         -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

         Defendant.
---------------------------------------------------------X

In re:

BERNARD L. MADOFF,

         Debtor.
---------------------------------------------------------X

IRVING H. PICARD, trustee for the liquidation
of Bernard L. Madoff Investment Securities
LLC

         Plaintiff,

         -against-

TRUST U/ART FOURTH O/W/O/ ISRAEL
WILENITZ, *et al.*

         Defendants.
---------------------------------------------------------X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 10-04995 (SMB)

### ORDER GRANTING LEAVE TO APPEAL DISCOVERY ARBITRATOR'S JANUARY 2, 2019 ORDER

      WHEREAS, the Court entered an *Order Appointing a Discovery Arbitrator Pursuant to Bankruptcy Rule 9019(c) and General Order M-390*, dated October 4, 2016 (as amended, the "Order Appointing Arbitrator") (ECF Adv. Proc. No. 08-1789 Doc. # 14227) appointing Frank Maas, Esq. (the "Discovery Arbitrator") as arbitrator to resolve discovery disputes that are referred to him by the Court with the consent of the parties to the dispute;

WHEREAS, the parties to the above-referenced adversary proceeding stipulated to submit various discovery disputes to the Discovery Arbitrator, and the Court so-ordered the stipulation.  (*See Stipulated Order Approving the Special Discovery Arbitrator*, dated Oct. 17, 2016 (ECF Adv. Proc. No. 10-04995 Doc. # 75).)

WHEREAS, the Discovery Arbitrator issued the *Discovery Arbitrator's Order*, docketed Jan. 2, 2019 ("January 2019 Order") (ECF Adv. Proc. No. 10-04995 Doc. # 125), which denied the Defendants' application to compel discovery.

WHEREAS, the Defendants submitted the *Letter of Helen Davis Chaitman, Esq.*, dated Jan. 16, 2019 (ECF Adv. Proc. No. 10-04995 Doc. # 126) seeking permission to appeal the January 2019 Order to this Court.

IT IS ORDERED, that the Defendants are granted leave to appeal the January 2019 Order as set forth herein; it is further

ORDERED, that the Defendants shall file a designation of items to be included in the record on appeal and a statement of issues to be presented ("Appellants' Designation and Statement") within thirty days of the date of entry of this Order; it is further

ORDERED, that the Defendants shall file a brief ("Appellants' Brief"), not to exceed forty pages, within thirty days of the date of entry of this Order; it is further

ORDERED, that the Plaintiff shall file a designation of additional items to be included in the record within fourteen days of the filing of the Appellants' Designation and Statement; it is further

ORDERED, that the Plaintiff shall file a brief ("Appellee's Brief"), not to exceed forty pages, within fourteen days of the filing of the Appellants' Brief; it is further

ORDERED, that the Defendants may file a reply brief, not to exceed twenty pages, within seven days of the filing of the Appellee's Brief; it is further

ORDERED, that, in accordance with ¶ 10 of the Order Appointing Arbitrator, legal conclusions will be reviewed *de novo* and other matters will be reviewed in accordance with standards deemed appropriate in the Court's discretion; it is further

ORDERED, that the Court may schedule oral argument to the extent necessary after the conclusion of briefing.

Dated:  New York, New York
        February 15th, 2019

                                                    /s/ STUART M. BERNSTEIN
                                                    STUART M. BERNSTEIN
                                                    United States Bankruptcy Judge