UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Debtor, | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
|---|---|
| In re: BERNARD L. MADOFF, Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS           )
                         )  ss:
COUNTY OF DALLAS         )

MARY S. BETIK, being duly sworn, deposes and says:

1. I am a PARAPROFESSIONAL of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On February 14, 2019, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   4. Trustee's Twenty-Eighth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18468)
   5. Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Eighth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18469)
   6. Notice of Hearing on Trustee's Twenty-Eighth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18470)
   7. Trustee's Twenty-Ninth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18471)
   8. Declaration of Vineet Sehgal in Support of the Trustee's Twenty-Ninth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18472)

9. Notice of Hearing on Trustee's Twenty-Ninth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew (Docket Number 18473)

Executed on February 14, 2019

*MARY S. BETIK*
MARY S. BETIK

Sworn to and subscribed before me this 14 day of February 2019

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022
(SEAL)

Notary Public

# Exhibit A

EXHIBIT A

February 14, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | USA | Counsel |
| Seeger Weiss LLP | Stephen A Weiss | One William Street | New York | NY | 10004 | USA | Counsel |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Estate of Leila F. Sobin | c/o Kenneth S. Federman | Kerstein, Coren & Lichtenstein LLP; 60 W | Wellesley | MA | 02481 | | Counsel |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |