**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

Adv. Pro. No. 08-1789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

In re:

BERNARD L. MADOFF,

Debtor.

## [PROPOSED] ORDER GRANTING TRUSTEE'S TWENTY-SEVENTH OMNIBUS MOTION TO OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW

Upon the motion (the "Motion") (ECF No. 18408), by Irving H. Picard, trustee

("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff")

(collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the

Court overrule objections filed by or on behalf of customers that invested more money with

BLMIS than they withdrew and are thus, in the parlance of this case, net losers (collectively, the

"Claimants"), and affirm the Trustee's Claims[1] determinations; and the Claims determinations to

be affirmed and Objections to be overruled are identified in Exhibit A to the Declaration of

Vineet Sehgal (the "Sehgal Declaration") (ECF No. 18409), attached to the Motion as Exhibit A;

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

and due and proper notice of the Motion having been given and it appearing that no other or

further notice need be provided; and the Trustee having filed a certificate of no objection

representing that no objection has been received and that no party has indicated to the Trustee

that it intends to oppose the relief requested in the Motion; and the Court having found and

determined that the relief sought in the Motion as set forth herein is in the best interests of the

Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient

cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided

herein; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on

Exhibit A hereto under the heading "Claims and Objections", are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and

Objections", are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.


Dated: _____, 2019
      New York, New York




                _____
                HONORABLE STUART M. BERNSTEIN
                UNITED STATES BANKRUPTCY JUDGE