IN RE: BLMIS. CASE NO: 08-01789 (SMB)

TWENTY-SEVENTH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Aspen Fine Arts Co. Defined Contribution Plan | 011426 | 898<br>2029 | Milberg LLP | Aspen Fine Arts Co Defined Contribution Plan | 1EM414 |
| Deborah G. Katz and Deborah Katz as Custodian for Alexander & Jason Katz T/I/C | 001841<br>015096 | 2013 | Milberg LLP | Deborah G Katz and Deborah Katz as Cust For Alexander & Jason Katz T/I/C | 1KW202 |
| Jack Kaufman and Phyllis Kaufman JT WROS | 006571 | 2221 | Milberg LLP | Jack Kaufman & Phyllis Kaufman J/T WROS | 1KW142 |
| Jonathan Michaeli | 007984 | 2277 | Milberg LLP | Millennium Trust Company, LLC FBO Ursula Michaeli (Dec'D) | 1ZR304 |
| Linda Berger & Howard Berger J/T WROS | 005115 | 1998 | Milberg LLP | Linda Berger Howard Berger J/T WROS | 1ZB547 |
| Matthew Liebman | 008319 | 2178 | McLaughlin & Stern, LLP | Matthew Liebman | 1L0218 |