# EXHIBIT A

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

| | APN | Case Nickname | Counsel |
|---|---|---|---|
| 71 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 72 | 10-04750 | Samdia Family L.P., a Delaware Limited Partnership, et al. | Lax & Neville, LLP |
| 73 | 10-04752 | Kuntzman Family LLC, et al | Chaitman LLP |
| 74 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 75 | 10-04762 | James M. Goodman | Chaitman LLP |
| 76 | 10-04768 | Placon2, William R. Cohen, et al. | Pro Se |
| 77 | 10-04798 | Janet Jaffe, et al. | Chaitman LLP |
| 78 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Chaitman LLP |
| 79 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 80 | 10-04818 | Toby Harwood | Chaitman LLP |
| 81 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 82 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 83 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood, et al. | Dentons US LLP |
| 84 | 10-04861 | Harold J. Hein | Chaitman LLP |
| 85 | 10-04867 | Estate of Steven I. Harnick, et al. | Chaitman LLP |
| 86 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Dentons US LLP |
| 87 | 10-04882 | Laura E. Guggenheimer Cole | Winston & Strawn LLP |
| 88 | 10-04885 | Trust Fund B U/W Edward F. Seligman F/B/O Nancy Atlas, et al | Chaitman LLP |
| 89 | 10-04889 | Estate of Robert Shervyn Savin, et al. | Chaitman LLP |
| 90 | 10-04898 | Helene Saren-Lawrence | Chaitman LLP |
| 91 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 92 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 93 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 94 | 10-04920 | Glenhaven Limited, et al. | Dentons US LLP |
| 95 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 96 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Winston & Strawn LLP |
| 97 | 10-04931 | Cantor, et al. | Lax & Neville, LLP |
| 98 | 10-04954 | Ruth Kahn | Chaitman LLP |
| 99 | 10-04956 | D. M. Castelli | Chaitman LLP |
| 100 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al | Chaitman LLP |
| 101 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Pro Se |
| 102 | 10-04986 | Sharon Knee | Chaitman LLP |
| 103 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 104 | 10-04995 | Trust U/Art Fourt O/W/O Israel Wilenitz, et al. | Chaitman LLP |
| 105 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 106 | 10-05037 | Barbara L. Savin | Law Office of Joseph F. Keenan Lax & Neville, LLP |
| 107 | 10-05048 | Estate of Armand L. Greenhall, et al. | Frejka PLLC |
| 108 | 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, et al. | Chaitman LLP |
| 109 | 10-05079 | Estate of James M. Goodman, et al. | Folkenflik & McGerity |
| 110 | 10-05083 | The S. James Coppersmith Charitable Remainder Unitrust, et al. | Frejka PLLC |
| 111 | 10-05084 | Daniel Stone | Bernfeld, DeMatteo & Bernfeld, LLP |
| 112 | 10-05094 | The Estate of Carolyn Miller, et al. | Chaitman LLP |
| 113 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Pro Se |
| 114 | 10-05116 | Leonard J. Oguss Trust, et al. | Pryor Cashman LLP |
| 115 | 10-05118 | Charlotte M. Marden | Chaitman LLP |
| 116 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al | Chaitman LLP |
| 117 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Chaitman LLP |
| 118 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 119 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |
| 120 | 10-05133 | Boyer H. Palmer, individually, et al. | Rosenberg Feldman Smith LLP |
| 121 | 10-05144 | Estate of Bernard J. Kessel, et al. | Chaitman LLP |
| 122 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al | Chaitman LLP |
| 123 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 124 | 10-05157 | The Harnick Brothers Partnership, et al. | Pryor Cashman LLP |
| 125 | 10-05168 | Bernard Marden Profit Sharing Plan, et al. | Lax & Neville, LLP |
| 126 | 10-05169 | Fairfield Pagma Associates, et al. | Chaitman LLP |
| 127 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Pryor Cashman LLP |
| 128 | 10-05194 | Bruce D. Pergament, et al. | Chaitman LLP |
| 129 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Dentons US LLP |
| 130 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 131 | 10-05236 | Toby T. Hobish, et al. | DelBello Donnellan Weingarten Wise & Wiederkehr LLP |
| 132 | 10-05255 | Stefanelli Investors Group, et al. | Hunton Andrews Kurth LLP |
| 133 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Dentons US LLP Pro Se |
| 134 | 10-05259 | Stanley I. Lehrer, et al. | Yeskoo Hogan & Tamlyn LLP |
| 135 | 10-05285 | Joan L. Fisher, both in her indvdl cap, etc., et al. | Stevens & Lee P.C. |
| 136 | 10-05286 | Legacy Capital Ltd., et al. | Chaitman LLP |
| 137 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 138 | 10-05377 | Richard G. Eaton | Law Offices of Stephen Goldstein Stillman & Associates |
| 139 | 10-05380 | Srione, LLC, an Idaho limited liability company, et al | Dentons US LLP |
| 140 | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | |

**DAVID GROSS**
**7248 BALLANTRAE CT.**
**BOCA RATON, FL 33496**

**Exhibit A**
**Remaining Good Faith Actions**

| Adv. Pro. No. | Case Nickname | Defendants |
|---|---|---|
| 24. 10-05118 | Charlotte M. Marden | Alexandria K. Marden |
| | | Charlotte M. Marden |
| | | Elizabeth C. Auld |
| | | Gabrielle Z. Marden |
| | | James P. Marden |
| | | Meghan M. Auld |
| | | Neal J. Nissel, as trustee |
| | | Olivia G. Auld |
| | | Patrice M. Auld |
| | | The Charlotte M. Marden Irrevocable Insurance Trust |
| 25. 10-04956 | D. M. Castelli | Denis M. Castelli |
| 26. 10-05068 | D. Stone Industries, Inc. Profit Sharing Plan, et al. | D. Stone Industries, Inc. Profit Sharing Plan |
| | | Daniel Stone, individually and in his capacity as trustee of D. Stone Industries, Inc. Profit Sharing Plan |
| | | Susan Stone, individually and in her capacity as trustee of D. Stone Industries, Inc. Profit Sharing Plan |
| 27. 10-05084 | Daniel Stone | Daniel Stone |
| 28. 10-04667[1] | David Gross, et al. | David Gross, Individually and as Joint Tenant |
| | | Irma Gross, Individually and as Joint Tenant |

---

[1] At least one Defendant in this adversary proceeding is Pro Se.

2. Pursuant to section 105(a) of the Bankruptcy Code, Defendant David Gross is hereby preliminarily enjoined from proceeding with the FINRA Action against Cohmad Securities Corp., Maurice J. Cohn and Richard G. Spring (collectively, the "Cohmad Defendants"), until the completion of the Trustee's action in Picard v. Cohmad Securities Corp., et al., Adv. Pro. No. 09-1305 (BRL), including the satisfaction by the Cohmad Defendants of any settlement or judgment obtained by the Trustee.

3. This Court shall retain exclusive jurisdiction over the implementation and interpretation of this Order.



David and Irma B. Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

Please advise disposition on underlying lines

**DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496**

Dated: December 4, 2013
New York, New York
at 10:28AM



/s/ Burton R. Lifland
_____
Burton R. Lifland
United States Bankruptcy Judge

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

     Plaintiff,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

     Defendant.

In re:

BERNARD L. MADOFF,

     Debtor.

IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,

     Plaintiff,

v.

NTC & Co. LLP, as former custodian of an
Individual Retirement Account for the benefit of
DAVID GROSS; DAVID GROSS and IRMA
GROSS Individually and as Joint Tenants,

     Defendants.

Adv. Pro. No. 08-01789 (BRL)

SIPA LIQUIDATION

(Substantively Consolidated)

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

Adv. Pro. No. 10-4667 (BRL)

ORDER ENFORCING AUTOMATIC STAY AND ISSUING PRELIMINARY
INJUNCTION

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

Upon consideration of the Motion for Enforcement of the Automatic Stay and Issuance of a Preliminary Injunction (the "Motion")[1] in the above-captioned adversary proceeding by Irving H. Picard, trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll and the estate of Bernard L. Madoff, individually; and upon the accompanying the Notice of the Motion; Memorandum of Law; the Declaration of Jessie A. Kuhn; the Declaration of Maurice J. Cohn; the Declaration of Richard G. Spring; and all of the pleadings and prior proceedings in this and related actions; and upon the hearing held on December 4, 2013; and after due deliberation of the foregoing;

THE COURT HEREBY FINDS AND DETERMINES THAT:

1. This Court has jurisdiction to grant the relief effected by this order.
2. The FINRA Action is violative of the automatic stay provisions of Bankruptcy Code § 362(a), SIPA § 78eee(b)(2)(B)(i) and at least one of the related orders entered by the United States District Court for the Southern District of New York dated December 15, 2008, December 18, 2008, and February 9, 2009.
3. The Trustee will suffer irreparable harm if the FINRA Action continues.
4. The Trustee has shown a strong probability of success on the merits.
5. The FINRA Action threatens the Court's jurisdiction and the administration of the estate, and an injunction is necessary to preserve and protect the estate.

ACCORDINGLY, IT IS HEREBY ORDERED:

1. The Motion is granted.

---

[1] All terms not otherwise defined herein will be given the meaning ascribed to them in the Motion.

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496