**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>v.<br><br>TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ, EVELYN BEREZIN WILENITZ, individually, and as Trustee and Beneficiary of the Trust U/ART Fourth O/W/O Israel Wilenitz, and SARA SEIMS, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz,<br><br>         Defendants. | Adv. Pro. No. 10-04995 (SMB) |

## STIPULATION AND ORDER FOR SUBSTITUTION OF DEFENDANT

**WHEREAS**, on December 2, 2010, Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et. seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, filed the above-captioned avoidance action against defendants Trust U/Art Fourth O/W/O Israel Wilenitz, Evelyn Berezin Wilenitz ("Wilenitz"), and Sara Seims; and

**WHEREAS**, Wilenitz died on or about December 8, 2018.[1]

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee, Kathleen P. Mullinix, Executrix of the Estate of Evelyn Berezin Wilenitz ("Estate of Wilenitz"):

1. The Estate of Wilenitz and Kathleen P. Mullinix, in her capacity as Executrix of the Estate of Wilenitz (together the "Defendants"), are hereby substituted into this action in place of Wilenitz, deceased, and the Complaint shall be deemed so amended.

2. The Clerk of the Court is hereby directed to amend the caption to remove Wilenitz and substitute the Estate of Wilenitz and Kathleen P. Mullinix, in her capacity as Executrix of the Estate of Wilenitz, as reflected on Exhibit A to this Stipulation.

3. Undersigned counsel for Defendants: (i) expressly represents that she has the authority to accept service of the Complaint on behalf of Defendants, (ii) waives service of the summons and the Complaint on behalf of Defendants, and (iii) hereby waives any defenses based on insufficiency of process or insufficiency of service of process of the summons and Complaint on behalf of Defendants.

---

[1] Probate Proceeding, Will of Evelyn Berezin a/k/a Evelyn Berezin Wilenitz, File No. 2018-4748, in the Surrogate's Court of the State of New York, County of New York.

4. Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

Dated: February 20, 2019
New York, New York

| **BAKER & HOSTETLER LLP** | **CHAITMAN LLP** |
|---|---|
| By: s/ *Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: 212.589.4200<br>Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com | By: /s/ *Helen Davis Chaitman*<br>Helen Davis Chaitman<br>Email: hchaitman@chaitmanllp.com<br>465 Park Avenue<br>New York, New York 10022<br>Telephone: 212.541.2115<br>Fax: 212.541.1462<br><br>*Attorney for Defendants* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | |

SO ORDERED:

Dated: **February 20th, 2019**         /s/ **STUART M. BERNSTEIN**
New York, New York                            HONORABLE STUART M. BERNSTEIN
                                              UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>         v.<br><br>TRUST U/ART FOURTH O/W/O ISRAEL WILENITZ, ESTATE OF EVELYN BEREZIN WILENITZ, KATHLEEN P. MULLINIX, as Executrix of the Estate of Evelyn Berezin Wilenitz, and SARA SEIMS, as Trustee of the Trust U/ART Fourth O/W/O Israel Wilenitz,<br><br>                              Defendants. | Adv. Pro. No. 10-04995 (SMB) |