**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br>      v.<br><br>HELENE SAREN-LAWRENCE,<br>      Defendant. | Adv. Pro. No. 10-04898 (SMB) |

### ORDER ON HARDSHIP SUBMISSION SCHEDULE AND
### SETTING NEXT PRETRIAL CONFERENCE

THIS MATTER having come before the Court on the request of counsel for the Defendant in the above-captioned adversary proceeding and the Court having held a Conference (the "Conference") on January 23, 2019 at 10:00 a.m., and the Court having issued a bench ruling at the Conference adjourning the previously scheduled trial in this matter, and the Parties having agreed that Defendant may submit a hardship application with supporting documentation by March

1, 2019, and the Court having directed the Trustee to submit an order consistent with the bench ruling issued during the Conference, it is hereby:

**ORDERED** that trial is adjourned; and it is further

**ORDERED** that Defendant may submit a hardship application, with supporting documentation, to the Trustee by March 1, 2019; and it is further

**ORDERED** that another Pre-Trial conference will be held in this matter on March 27, 2019.

|  |  |
|---|---|
| | **/s/ STUART M. BERNSTEIN** |
| **Dated:  February 21st , 2019** | **HON. STUART M. BERNSTEIN** |
| **New York, New York** | **UNITED STATES BANKRUPTCY JUDGE** |