UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                           )
                                         )        ss:
COUNTY OF DALLAS                         )

VANESSA A. POGUE, being duly sworn, deposes and says:

1.  I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On February 21, 2019, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A.  Notice of Transfer of Allowed Claim (Transfer Numbers T000631-T000636)

Executed on February 22, 2019.

_____

Vanessa A. Pogue

Sworn to and subscribed before me this ___ day of ___ , 2019

(SEAL)

_____

Notary Public

# Exhibit A

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | SPCP Group, LLC | Attention: Brian Jarmain | Two Greenwich Plaza | | Greenwich | CT | 06830 |