**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; and ELAINE STEIN ROBERTS,<br><br>   Defendants. | Adv. Pro. No. 10-05259 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including April 16, 2019.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

**[THIS PORTION IS INTENTIONALLY LEFT BLANK]**

| | |
|---|---|
| Dated: New York, New York<br>February 22, 2019 | By: /s/ Howard L. Simon<br>Howard L. Simon (hsimon@windelsmarx.com)<br>Kim M. Longo (klongo@windelsmarx.com)<br>John J. Tepedino (jtepedino@windelsmarx.com)<br>Windels Marx Lane & Mittendorf LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000<br>Fax: (212) 262-1215<br><br>*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |
| Dated: New York, New York<br>February 21, 2019 | By: /s/ Arthur H. Ruegger<br>Arthur H. Ruegger (arthur.ruegger@dentons.com)<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6881<br>Facsimile: (212) 768-6800<br><br>*Attorneys for Defendant Elaine Stein Roberts* |
| Dated: Delray Beach, Florida<br>February 16, 2019 | By: /s/ Stanley Lehrer<br>Stanley Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS<br>Delray Beach, Florida 33446<br><br>*Defendant* |
| Dated: New York, New York<br>February 21, 2019 | By: /s/ Deborah A. Reperowitz<br>Deborah A. Reperowitz (dreperowitz@stradley.com)<br>Stradley Ronon Stevens & Young, LLP<br>100 Park Avenue, Suite 2000<br>New York, NY 10017<br>Telephone: (212) 812-4138<br>Facsimile: (646) 682-7180<br><br>*Mediator* |

3