# EXHIBIT C

BERNARD L. MADOFF

281

62-26 / 311

182930

3/07 20 07

PAY TO THE ORDER OF  MICHAEL MANN AND MERYL MANN J/T WROS

$ ***250000.00

******TWO HUNDRED FIFTY THOUSAND 00/100 DOLLARS

BERNARD L. MADOFF

By [signature]

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-CM363-3

⑈00182930⑈ ⑆031100267⑆ 6301428151 509⑈

MADWAA00203642



MADWAA00266152

| | |
|---|---|
| BERNARD L. MADOFF | 2815-09 |
| | 62-26 / 311 |
| | 144070 |
| | 13003452   060399979  404  01  3209  3209 |
| | 4/16 2003 |
| PAY TO THE ORDER OF  MICHAEL MANN AND MERYL MANN J/T WROS | $ ****400000.00 |
| EXACTLY ****400,000DOLLARS00CENTS | DOLLARS |
| | BERNARD L. MADOFF |
| Chase Manhattan Bank Delaware | By [signature] |
| 1201 Market Street | |
| Wilmington, DE 19801 | |
| FOR  1-CM363-3 | |

⑁"001440?0⑁"  ⑁:031100267⑁:  6301428151  509⑁"

MADWAA00306470

BERNARD L. MADOFF

2815-09

62-26
311

159652

12/16 2004

PAY TO THE ORDER OF  MICHAEL MANN AND MERYL MANN J/T WROS

$ **200000.00

EXACTLY **2,000,000DOLLARS00CENTS

DOLLARS

BERNARD L. MADOFF

By

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE, 19801

FOR  1-CM363-3

⑈000159652⑈  ⑆031100125⑆  63014281511509⑈

"0200000000"

MADWAA00333863

