# EXHIBIT D

```
MICHAEL MANN
AND MERYL MANN J/T WROS                              1-CM363-3-0    ******2007    11/30/06    1
526 EAST SHORE ROAD
GREAT NECK    NY  11024


                    BALANCE FORWARD                                                   205,149.77

11/20                              FIDELITY SPARTAN                    DIV                58.09
                                   U S TREASURY MONEY MARKET
                                   DIV 11/20/06
11/20          25,000       774    U S TREASURY BILL                 99.006          24,751.50
                                   DUE 02/01/2007
                                   2/01/2007
11/20          25,000      3915    U S TREASURY BILL                 98.710          24,677.50
                                   DUE 2/22/2007
                                   2/22/2007
11/20          17,797      6731    FIDELITY SPARTAN                       1          17,797.00
                                   U S TREASURY MONEY MARKET
11/20                    96361     FIDELITY SPARTAN                       1
                          22,903   U S TREASURY MONEY MARKET
11/20                     11050    VERIZON COMMUNICATIONS              35.950
                           3,492   DIV 11/06/06 11/22/06
11/21         125,000     15349    U S TREASURY BILL                 98.726         123,407.50
                                   DUE 2/22/2007
                                   2/22/2007
11/21          1,991      17890    FIDELITY SPARTAN                       1           1,991.00
                                   U S TREASURY MONEY MARKET
11/22                              CITI GROUP INC                      DIV                         2,899.33
                                   DIV 11/06/06 11/22/06
11/22                              MERRILL LYNCH & CO INC              DIV                           266.75
                                   DIV 11/03/06 11/22/06

                    CONTINUED ON PAGE    2
```

MDPTPP01251488

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0     ******2007     11/30/06     2

| Date | | | | Description | | Price | Amount |
|---|---|---|---|---|---|---|---|
| 11/27 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV | | DIV | 17.41 |
| 11/27 | 19,788 | 22452 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/27/06 | | 1 | 19,788.00 |
| 11/27 | 150,000 | 26900 | | U S TREASURY BILL DUE 2/22/2007 | | 98.813 | 148,219.50 |
| 11/27 | 150,000 | 30619 | | U S TREASURY BILL DUE 3/01/2007 | | 98.718 | 148,077.00 |
| 11/27 | 19,948 | 34617 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | 1 | 19,948.00 |
| 11/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV | | DIV | 7.69 |
| 11/30 | 19,948 | 51851 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/30/06 | | 1 | 19,948.00 |
| 11/30 | 23,121 | 56481 | | U S TREASURY MONEY MARKET | | 1 | 23,121.00 |

NEW BALANCE                                    199,911.10

SECURITY POSITIONS
                                    MKT PRICE
AT&T INC                            33.910

CONTINUED ON PAGE   3

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK                NY 11024

1-CM363-3-0        11/30/06        3

*******2007

| Shares | Security | Price |
|---|---|---|
| 1,843 | ABBOTT LABORATORIES | 46.660 |
| 2,522 | ALTRIA GROUP INC | 84.210 |
| 1,455 | AMERICAN EXPRESS COMPANY | 58.720 |
| 3,104 | AMERICAN INTL GROUP INC | 70.320 |
| 1,358 | AMGEN INC | 71 |
| 5,432 | BANK OF AMERICA | 53.850 |
| 2,619 | CHEVRON CORP | 72.320 |
| 7,372 | CISCO SYSTEMS INC | 26.880 |
| 5,917 | CITI GROUP INC | 49.590 |
| 2,425 | COCA COLA CO | 46.830 |
| 2,425 | COMCAST CORP CL A | 40.460 |
| 7,081 | EXXON MOBIL CORP | 76.810 |
| 12,319 | GENERAL ELECTRIC CO | 35.280 |
| 485 | GOLDMAN SACHS GROUP INC | 194.800 |
| 3,298 | HEWLETT PACKARD CO | 39.460 |
| 2,425 | HOME DEPOT INC | 37.970 |
| 6,887 | INTEL CORP | 21.350 |
| 1,843 | INTERNATIONAL BUSINESS MACHS | 91.920 |
| 4,074 | J.P. MORGAN CHASE & CO | 46.280 |
| 3,492 | JOHNSON & JOHNSON | 65.910 |
| 2,619 | MERCK & CO | 44.510 |
| 1,067 | MERRILL LYNCH & CO INC | 87.430 |
| 10,282 | MICROSOFT CORP | 29.330 |
| 1,261 | MORGAN STANLEY | 76.160 |

CONTINUED ON PAGE 4

MDPTPP01251490

```
MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK                    NY 11024                         1-CM363-3-0      11/30/06        4
                                                                                *******2007

   4,850   ORACLE CORPORATION                          19.030
   1,940   PEPSICO INC                                 61.970
   8,730   PFIZER INC                                  27.490
   3,783   PROCTER & GAMBLE CO                         62.790
   1,358   SCHLUMBERGER LTD                            68.480
  23,121   FIDELITY SPARTAN                                 1
           U S TREASURY MONEY MARKET
   4,850   TIME WARNER INC                             20.140
   1,261   UNITED PARCEL SVC INC                       77.920
           CLASS B
 150,000   U S TREASURY BILL                           98.764
           DUE 3/01/2007
                              3/01/2007
   1,164   UNITED TECHNOLOGIES CORP                    64.530
   2,328   WACHOVIA CORP NEW                           54.190
   2,910   WAL-MART STORES INC                         46.100
   3,977   WELLS FARGO & CO NEW                        35.240

                 MARKET VALUE OF SECURITIES
                         LONG              SHORT
                    6,305,190.04
```

MDPTPP01251491

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK        NY  11024

1-CM363-3-0    ******2007    11/30/06    5

YEAR-TO-DATE SUMMARY

DIVIDENDS                              97,301.95
GROSS PROCEEDS FROM SALES          42,805,437.00

MDPTPP01251492