# EXHIBIT E

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0          2/28/07          1          *******2007

| Date | Quantity | | Security | Price | Amount |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | .24 |
| 2/16 | 4,320 | 354 | JOHNSON & JOHNSON | 65.380 | 282,613.60 |
| 2/16 | 5,160 | 4645 | J.P. MORGAN CHASE & CO | 50.360 | 260,063.60 |
| 2/16 | 3,000 | 8935 | COCA COLA CO | 48.120 | 144,480.00 |
| 2/16 | 1,320 | 13226 | MERRILL LYNCH & CO INC | 91.160 | 120,383.20 |
| 2/16 | 3,120 | 17517 | ALTRIA GROUP INC | 85.660 | 267,383.20 |
| 2/16 | 3,240 | 21808 | MERCK & CO | 43.920 | 142,429.80 |
| 2/16 | 1,560 | 26099 | MORGAN STANLEY | 80.330 | 125,376.80 |
| 2/16 | 12,840 | 30390 | MICROSOFT CORP | 29 | 372,873.00 |
| 2/16 | 2,280 | 31698 | ABBOTT LABORATORIES | 52.580 | 119,973.40 |
| 2/16 | 3,840 | 35989 | AMERICAN INTL GROUP INC | 68.700 | 263,961.00 |
| 2/16 | 1,680 | 40279 | AMGEN INC | 68.540 | 115,214.20 |
| 2/16 | 2,400 | 43263 | PEPSICO INC | 63.690 | 152,952.00 |
| 2/16 | 6,720 | 44570 | BANK OF AMERICA | 53.160 | 357,503.20 |
| 2/16 | 10,680 | 47554 | PFIZER INC | 26.250 | 280,777.00 |
| 2/16 | 7,320 | 48861 | CITI GROUP INC | 53.530 | 392,131.60 |
| 2/16 | 4,680 | 51845 | PROCTER & GAMBLE CO | 64.100 | 300,175.00 |
| 2/16 | 3,120 | 53152 | COMCAST CORP CL A | 39.940 | 124,736.80 |
| 2/16 | 9,360 | 56136 | AT&T INC | 36.890 | 345,664.40 |
| 2/16 | 2,400 | 57443 | CONOCOPHILLIPS | 66.240 | 159,072.00 |
| 2/16 | 6,000 | 60427 | TIME WARNER INC | 21.190 | 127,380.00 |
| 2/16 | 9,000 | 61734 | CISCO SYSTEMS INC | 27.510 | 247,950.00 |
| 2/16 | 1,560 | 64718 | UNITED PARCEL SVC INC CLASS B | 73.910 | 115,361.60 |

CONTINUED ON PAGE    2

MDPTPP01251503

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0          2/28/07          *******2007          2

| Date | Quantity | No. | Description | Price | Amount |
|------|----------|-----|-------------|-------|--------|
| 2/16 | 3,240 | 66025 | CHEVRON CORP | 72.590 | 235,320.60 |
| 2/16 | 4,320 | 69009 | VERIZON COMMUNICATIONS | 37.540 | 162,344.80 |
| 2/16 | 15,360 | 7031G | GENERAL ELECTRIC CO | 35.700 | 548,966.00 |
| 2/16 | 2,880 | 73300 | WACHOVIA CORP NEW | 57.530 | 165,801.40 |
| | 360 | 74607 | GOOGLE | 458.580 | 165,102.80 |
| | 5,040 | 77591 | WELLS FARGO & CO NEW | 35.610 | 179,675.40 |
| | 600 | 78898 | GOLDMAN SACHS GROUP INC | 211.430 | 126,882.00 |
| | 3,600 | 81882 | HOME DEPOT INC | 47.790 | 172,188.00 |
| | 3,000 | 83189 | WAL-MART STORES INC | 41.220 | 123,780.00 |
| | 8,640 | 86173 | EXXON MOBIL CORP | 74.660 | 645,407.40 |
| | 4,080 | 87480 | HEWLETT PACKARD CO | 42.110 | 171,971.80 |
| | 2,280 | 91771 | INTERNATIONAL BUSINESS MACHS | 98.520 | 224,716.60 |
| | 8,640 | 96062 | INTEL CORP | 20.770 | 179,797.80 |
| 2/16 | 4,725,000 | 14844 | U S TREASURY BILL DUE 3/29/2007 3/29/2007 | 99.421 | 4,697,642.25 |
| 2/16 | 3,225,000 | 18560 | U S TREASURY BILL DUE 4/5/2007 4/5/2007 | 99.325 | 3,203,231.25 |
| 2/16 | 50,000 | 22641 | U S TREASURY BILL DUE 4/12/2007 4/12/2007 | 99.232 | 49,616.00 |
| 2/16 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/16/07 | DIV | .76 |

CONTINUED ON PAGE 3

MDPTPP01251504

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0          2/28/07          3          *******2007

| Date | Amount | Description | | |
|---|---|---|---|---|
| 2/16 | 374 | 10447 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 374.00 |
| 2/16 | 13,654 | 2909S | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,654.00 |
| 2/22 | 1,560 | 70213 | UNITED PARCEL SVC INC CLASS B | 74.120 | 115,565.20 |
| 2/22 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/22/07 | DIV | 10.38 |
| 2/22 | 13,654 | 63197 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,654.00 |
| 2/22 | 100,000 | 70529 | U S TREASURY BILL DUE 4/26/2007 4/26/2007 | 99,115 | 99,115.00 |
| 2/22 | 16,435 | 7202S | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,435.00 |
| 2/27 | 1,560 | | COMCAST CORP CL A DIV 2/26/07 2/27/07 | RECD | |
| 2/28 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 02/28/07 | DIV | 12.59 |
| 2/28 | 16,435 | 80263 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,435.00 |
| 2/28 | 16,447 | 84975 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,447.00 |

CONTINUED ON PAGE 4

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0    2/28/07    *******2007    4

NEW BALANCE                               30,480.67

| SECURITY POSITIONS | MKT PRICE | |
|---|---|---|
| AT&T INC | 36.800 | 9,360 |
| ABBOTT LABORATORIES | 54.620 | 2,280 |
| ALTRIA GROUP INC | 84.280 | 3,120 |
| AMERICAN INTL GROUP INC | 67.100 | 3,840 |
| AMGEN INC | 64.260 | 1,680 |
| BANK OF AMERICA | 50.870 | 6,720 |
| CHEVRON CORP | 68.610 | 3,240 |
| CISCO SYSTEMS INC | 25.940 | 9,000 |
| CITI GROUP INC | 50.400 | 7,320 |
| COCA COLA CO | 46.680 | 3,000 |
| COMCAST CORP CL A | 25.720 | 4,680 |
| CONOCOPHILLIPS | 65.420 | 2,400 |
| EXXON MOBIL CORP | 71.680 | 8,640 |
| GENERAL ELECTRIC CO | 34.920 | 15,360 |
| GOLDMAN SACHS GROUP INC | 201.600 | 600 |
| GOOGLE | 449.450 | 360 |
| HEWLETT PACKARD CO | 39.380 | 4,080 |
| HOME DEPOT INC | 39.600 | 3,000 |
| INTEL CORP | 19.850 | 8,640 |
| INTERNATIONAL BUSINESS MACHS | 93.010 | 2,280 |

CONTINUED ON PAGE    5

MDPTPP01251506

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0          2/28/07          *******2007          5

| Quantity | Security | Price |
|---|---|---|
| 5,160 | J.P. MORGAN CHASE & CO | 49.400 |
| 4,320 | JOHNSON & JOHNSON | 63.050 |
| 3,240 | MERCK & CO | 44.160 |
| 1,320 | MERRILL LYNCH & CO INC | 83.680 |
| 12,840 | MICROSOFT CORP | 28.170 |
| 1,560 | MORGAN STANLEY | 74.920 |
| 2,400 | PEPSICO INC | 63.150 |
| 10,680 | PFIZER INC | 24.960 |
| 4,680 | PROCTER & GAMBLE CO | 63.490 |
| 16,447 | FIDELITY SPARTAN | 1 |
|  | U S TREASURY MONEY MARKET |  |
| 6,000 | TIME WARNER INC | 20.350 |
| 100,000 | U S TREASURY BILL | 99.199 |
|  | DUE 4/26/2007 |  |
|  | 4/26/2007 |  |
| 4,320 | VERIZON COMMUNICATIONS | 37.430 |
| 2,880 | WACHOVIA CORP NEW | 55.370 |
| 3,600 | WAL-MART STORES INC | 48.300 |
| 5,040 | WELLS FARGO & CO NEW | 34.700 |

MARKET VALUE OF SECURITIES
LONG          7,665,327.20
SHORT

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK                    NY 11024

YEAR-TO-DATE SUMMARY

| | 1-CM363-3-0 | 2/28/07 | 6 |
| --- | --- | --- | --- |
| | | *******2007 | |
| DIVIDENDS | | | 3,183.01 |
| GROSS PROCEEDS FROM SALES | | | 8,066,054.70 |

MDPTPP01251508

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD    GREAT NECK    NY 11024

1-CM363-3-0    9/30/07    1    *******2007

| Date | Quantity | No. | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 92,570.74 |
| 9/18 | 1,309 | 5734 | APPLE INC | 136.900 | 179,254.10 |
| 9/18 | 5,950 | 9269 | ORACLE CORPORATION | 20.400 | 121,618.00 |
| 9/18 | 2,261 | 10048 | ABBOTT LABORATORIES | 52.160 | 118,023.76 |
| 9/18 | 2,380 | 13583 | PEPSICO INC | 69.700 | 165,981.00 |
| 9/18 | 3,808 | 14362 | AMERICAN INTL GROUP INC | 64.710 | 246,567.68 |
| 9/18 | 10,472 | 17897 | PFIZER INC | 24.170 | 253,126.24 |
| 9/18 | 1,190 | 18675 | BOEING CO | 98.410 | 117,154.90 |
| 9/18 | 4,641 | 22221 | PROCTER & GAMBLE CO | 67.200 | 312,060.20 |
| 9/18 | 6,545 | 22999 | BANK OF AMERICA | 49.700 | 325,547.50 |
| 9/18 | 1,785 | 26525 | SCHLUMBERGER LTD | 99.580 | 177,821.30 |
| 9/18 | 7,378 | 27303 | CITI GROUP INC | 45.980 | 339,535.44 |
| 9/18 | 9,163 | 30839 | AT&T INC | 40.070 | 367,527.41 |
| 9/18 | 4,641 | 31617 | COMCAST CORP CL A | 25.210 | 117,184.61 |
| 9/18 | 1,547 | 35153 | UNITED PARCEL SVC INC CLASS B | 74.190 | 114,832.93 |
| 9/18 | 2,380 | 35931 | CONOCOPHILLIPS | 85. | 202,395.00 |
| 9/18 | 1,428 | 39467 | UNITED TECHNOLOGIES CORP | 74.810 | 106,885.68 |
| 9/18 | 9,163 | 40245 | CISCO SYSTEMS INC | 31.640 | 290,283.32 |
| 9/18 | 4,284 | 43781 | VERIZON COMMUNICATIONS | 42.130 | 180,535.92 |
| 9/18 | 3,213 | 44559 | CHEVRON CORP | 89.650 | 288,173.45 |
| 9/18 | 2,856 | 48099 | WACHOVIA CORP NEW | 49.300 | 140,914.80 |
| 9/18 | 15,113 | 48873 | GENERAL ELECTRIC CO | 40.010 | 605,275.13 |

CONTINUED ON PAGE 2

MDPTPP01251544

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK                NY 11024                                1-CM363-3-0      9/30/07    2      *******2007

| Date | Quantity | No. | Description | Price | Amount Debited | Amount Credited |
|---|---|---|---|---|---|---|
| 9/18 | 4,998 | 52409 | WELLS FARGO & CO NEW | 35.700 | 178,627.60 | |
| 9/18 | 357 | 53187 | GOOGLE | 523.600 | 186,939.20 | |
| 9/18 | 3,570 | 56723 | WAL-MART STORES INC | 42.840 | 153,080.80 | |
| 9/18 | 595 | 57501 | GOLDMAN SACHS GROUP INC | 183.820 | 109,395.90 | |
| 9/18 | 8,330 | 61037 | EXXON MOBIL CORP | 87.770 | 731,457.10 | |
| 9/18 | 4,046 | 61815 | HEWLETT PACKARD CO | 48.470 | 196,270.62 | |
| 9/18 | 2,023 | 66129 | INTERNATIONAL BUSINESS MACHS | 116 | 234,748.00 | |
| 9/18 | 8,806 | 70443 | INTEL CORP | 25.310 | 223,231.86 | |
| 9/18 | 4,284 | 74757 | JOHNSON & JOHNSON | 62.640 | 268,520.76 | |
| 9/18 | 5,117 | 79071 | J.P. MORGAN CHASE & CO | 44.420 | 227,501.14 | |
| 9/18 | 2,975 | 83384 | COCA COLA CO | 55.710 | 165,856.25 | |
| 9/18 | 3,213 | 87698 | ALTRIA GROUP INC | 67.090 | 215,688.17 | |
| 9/18 | 3,213 | 92012 | MERCK & CO | 49.820 | 160,199.66 | |
| 9/18 | 12,495 | 96326 | MICROSOFT CORP | 29.010 | 362,978.95 | |
| | 8,250,000 | 65354 | U S TREASURY BILL | 99.070 | | 8,173,275.00 |
| | | | DUE 12/13/2007 | | | |
| | | | 12/13/2007 | | | |
| 9/18 | | | FIDELITY SPARTAN | DIV | | 51.81 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 09/18/07 | | | |
| 9/18 | 9,202 | 70993 | FIDELITY SPARTAN | 1 | | 9,202.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 9/18 | | 75610 | FIDELITY SPARTAN | 1 | | |
| | | | U S TREASURY MONEY MARKET | | | |
| 9/26 | 12,495 | 3521 | MICROSOFT CORP | 28.670 | 38,226.00 | 357,732.65 |

CONTINUED ON PAGE    3

MDPTPP01251545

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM363-3-0          9/30/07          *******2007          3

| Date | Shares | Number | Name | Price | Value |
|---|---|---|---|---|---|
| 9/26 | 5,950 | 12149 | ORACLE CORPORATION | 21.650 | 128,579.50 |
| 9/26 | 1,309 | 12928 | APPLE INC | 141.530 | 185,210.77 |
| 9/26 | 2,380 | 16463 | PEPSICO INC | 71.680 | 170,503.40 |
| 9/26 | 2,261 | 17242 | ABBOTT LABORATORIES | 54.220 | 122,501.42 |
| 9/26 | 10,472 | 20777 | PFIZER INC | 24.770 | 258,973.44 |
| 9/26 | 3,808 | 21556 | AMERICAN INTL GROUP INC | 67.830 | 258,144.64 |
| 9/26 | 4,641 | 25091 | PROCTER & GAMBLE CO | 69.740 | 323,478.34 |
| 9/26 | 1,190 | 25869 | BOEING CO | 102.350 | 121,749.50 |
| 9/26 | 1,785 | 29005 | SCHLUMBERGER LTD | 108.400 | 193,423.00 |
| 9/26 | 6,545 | 30183 | BANK OF AMERICA | 51.260 | 335,235.70 |
| 9/26 | 9,163 | 33719 | AT&T INC | 42.620 | 390,161.06 |
| 9/26 | 7,378 | 34497 | CITI GROUP INC | 47.630 | 351,119.14 |
| 9/26 | 1,547 | 38033 | UNITED PARCEL SVC INC CLASS B | 76.100 | 117,665.70 |
| 9/26 | 4,641 | 38811 | COMCAST CORP CL A | 23.880 | 110,642.08 |
| | | | CLASS B | | |
| 9/26 | 1,428 | 42347 | UNITED TECHNOLOGIES CORP | 79.510 | 113,483.28 |
| 9/26 | 2,380 | 43125 | CONOCOPHILLIPS | 89.530 | 212,986.40 |
| 9/26 | 4,284 | 46661 | VERIZON COMMUNICATIONS | 44.390 | 189,995.76 |
| 9/26 | 9,163 | 47439 | CISCO SYSTEMS INC | 32.470 | 297,156.61 |
| 9/26 | 2,856 | 50975 | WACHOVIA CORP NEW | 51.600 | 147,255.60 |
| 9/26 | 3,213 | 51753 | CHEVRON CORP NEW | 95.080 | 305,364.04 |
| 9/26 | 4,998 | 52891 | WELLS FARGO & CO NEW | 36.820 | 183,827.36 |
| 9/26 | 15,113 | 55067 | GENERAL ELECTRIC CO | 41.670 | 629,154.71 |
| 9/26 | 3,570 | 55603 | WAL-MART STORES INC | 44.710 | 159,672.70 |

CONTINUED ON PAGE          4

MDPTPP01251546

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK        NY 11024

1-CM363-3-0        9/30/07        *******2007        4

| Date | Quantity | Security | MKT PRICE | Amount |
|---|---|---|---|---|
| 9/26 | 357 60381 | GOOGLE | 557.200 | 198,906.40 |
| 9/26 | 8,330 63917 | EXXON MOBIL CORP | 93.270 | 776,606.10 |
| 9/26 | 595 64695 | GOLDMAN SACHS GROUP INC | 206.560 | 122,880.20 |
| 9/26 | 4,046 69009 | HEWLETT PACKARD CO | 50.580 | 204,485.68 |
| 9/26 | 2,023 73323 | INTERNATIONAL BUSINESS MACHS | 117.900 | 238,431.70 |
| 9/26 | 8,806 77637 | INTEL CORP | 26 | 228,604.00 |
| 9/26 | 4,284 81951 | JOHNSON & JOHNSON | 65.340 | 279,745.56 |
| 9/26 | 5,117 86265 | J.P. MORGAN CHASE & CO | 47.430 | 242,495.31 |
| 9/26 | 2,975 90578 | COCA COLA CO | 56.700 | 168,563.50 |
| 9/26 | 3,213 94892 | ALTRIA GROUP INC | 69.410 | 222,886.33 |
| 9/26 | 3,213 99206 | MERCK & CO | 51.880 | 166,562.44 |
| | | FIDELITY SPARTAN | | |
| | | U S TREASURY MONEY MARKET | DIV | |
| | | DIV 09/26/07 | | 33.39 |
| 9/26 | 38,226 70250 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 38,226.00 |
| 9/26 | 8,400,000 74978 | U S TREASURY BILL DUE 1/17/2008 1/17/2008 | 98.823 | 8,301,132.00 |
| 9/26 | 24,893 79947 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,893.00 |

NEW BALANCE        24,893        92,236.10

SECURITY POSITIONS
FIDELITY SPARTAN
U S TREASURY MONEY MARKET        MKT PRICE        1        1

CONTINUED ON PAGE        5

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK          NY 11024

9/30/07    5

1-CM363-3-0    *******2007

8,400,000

U S TREASURY BILL    98.844
DUE 1/17/2008
        1/17/2008

MARKET VALUE OF SECURITIES
        LONG
8,327,789.00
        SHORT

MDPTPP01251548

MICHAEL MANN
AND MERYL MANN J/T WROS
526 EAST SHORE ROAD
GREAT NECK        NY 11024

1-CM363-3-0        9/30/07        6

*******2007

YEAR-TO-DATE SUMMARY

DIVIDENDS                                    65,524.03
GROSS PROCEEDS FROM SALES            56,755,764.71

MDPTPP01251549