# EXHIBIT F

```
BAM LP                                                              11/30/06    1
526 EAST SHORE ROAD
GREAT NECK           NY 11024                        1-CM579-3-0    ******2634

                              BALANCE FORWARD                                 33,093.78

11/20                                     FIDELITY SPARTAN                DIV           25.70
                                          U S TREASURY MONEY MARKET
11/20           50,000        879         U S TREASURY BILL         99.006         49,503.00
                                          DUE 02/01/2007
11/20           50,000       4013         U S TREASURY BILL         98.710         49,355.00
                                          DUE 2/22/2007
11/20            9,441       6881         FIDELITY SPARTAN              1           9,441.00
                                          U S TREASURY MONEY MARKET
11/20           10,132      96518         FIDELITY SPARTAN              1          10,132.00
                                          U S TREASURY MONEY MARKET
11/21              576      11208         VERIZON COMMUNICATIONS    35.950
11/21           20,685      18045         FIDELITY SPARTAN              1          20,684.20
                                          U S TREASURY MONEY MARKET
11/22                                     CITI GROUP INC                  DIV          478.24
                                          DIV 11/06/06 11/22/06
11/22                                     MERRILL LYNCH & CO INC          DIV           44.00
                                          DIV 11/03/06 11/22/06
11/27                                     FIDELITY SPARTAN                DIV           24.26
                                          U S TREASURY MONEY MARKET
                                          DIV 11/27/06

                              CONTINUED ON PAGE    2
```

```
BAM LP                                                              1-CM579-3-0        11/30/06    2
526 EAST SHORE ROAD                                                 ******2634
GREAT NECK           NY 11024


11/27   30,126        22608  FIDELITY SPARTAN                    1                       30,126.00
                             U S TREASURY MONEY MARKET
11/27          50,000 27048  U S TREASURY BILL                   98.813                  49,406.50
                             DUE 2/22/2007
                                    2/22/2007
11/27   75,000        30768  U S TREASURY BILL                   98.718                  74,038.50
                             DUE 3/01/2007
                                    3/01/2007
11/27   5,518         34770  FIDELITY SPARTAN                    1                        5,518.00
                             U S TREASURY MONEY MARKET
11/27                        FIDELITY SPARTAN                    DIV                          2.13
                             U S TREASURY MONEY MARKET
                             DIV 11/30/06
11/30          5,518  51998  FIDELITY SPARTAN                    1
                             U S TREASURY MONEY MARKET
11/30   6,042         56640  FIDELITY SPARTAN                    1                        6,042.00
                             U S TREASURY MONEY MARKET

                             NEW BALANCE                                                 32,229.25

                             SECURITY POSITIONS                       MKT PRICE
                             AT&T INC                                 33.910
                             ABBOTT LABORATORIES                      46.660
                             ALTRIA GROUP INC                         84.210
                             AMERICAN EXPRESS COMPANY                 58.720

                                768
                                304
                                416
                                240

                             CONTINUED ON PAGE     3
```

```
BAM LP                                                                    11/30/06        3
526 EAST SHORE ROAD
GREAT NECK              NY 11024                  1-CM579-3-0       ******2634


       512   AMERICAN INTL GROUP INC               70.320
       224   AMGEN INC                             71
       896   BANK OF AMERICA                       53.850
       432   CHEVRON CORP                          72.320
     1,216   CISCO SYSTEMS INC                     26.880
       976   CITI GROUP INC                        49.590
       400   COCA COLA CO                          46.830
       400   COMCAST CORP                          40.460
             CL A
     1,168   EXXON MOBIL CORP                      76.810
     2,032   GENERAL ELECTRIC CO                   35.280
        80   GOLDMAN SACHS GROUP INC              194.800
       544   HEWLETT PACKARD CO                    39.460
       400   HOME DEPOT INC                        37.970
     1,136   INTEL CORP                            21.350
       304   INTERNATIONAL BUSINESS MACHS          91.920
       672   J.P. MORGAN CHASE & CO                46.280
       576   JOHNSON & JOHNSON                     65.910
       432   MERCK & CO                            44.510
       176   MERRILL LYNCH & CO INC                87.430
     1,696   MICROSOFT CORP                        29.330
       208   MORGAN STANLEY                        76.160
       800   ORACLE CORPORATION                    19.030
       320   PEPSICO INC                           61.970
     1,440   PFIZER INC                            27.490

                       CONTINUED ON PAGE       4
```

MDPTPP01665739

```
BAM LP                                                    1-CM579-3-0    11/30/06    4
526 EAST SHORE ROAD                                                      ******2634
GREAT NECK                  NY 11024

    624        PROCTER & GAMBLE CO                              62.790
    224        SCHLUMBERGER LTD                                 68.480
  6,042        FIDELITY SPARTAN                                      1
               U S TREASURY MONEY MARKET
    800        TIME WARNER INC                                  20.140
    208        UNITED PARCEL SVC INC                            77.920
               CLASS B
 75,000        U S TREASURY BILL                                98.764
               DUE 3/01/2007
                           3/01/2007
    192        UNITED TECHNOLOGIES CORP                         64.530
    384        WACHOVIA CORP NEW                                54.190
    480        WAL-MART STORES INC                              46.100
    656        WELLS FARGO & CO NEW                             35.240

               MARKET VALUE OF SECURITIES
                                     LONG       1,091,896.12
                                     SHORT
```

MDPTPP01665740

BAM LP
526 EAST SHORE ROAD
GREAT NECK     NY 11024

1-CM579-3-0     11/30/06     5
******2634

YEAR-TO-DATE SUMMARY

DIVIDENDS                              16,911.65
GROSS PROCEEDS FROM SALES           7,769,953.45

MDPTPP01665741