# EXHIBIT G

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM579-3-0          3/31/07          *****2634          1

| Date | | | Description | | Amount |
|------|------|------|------|------|------|
| | | | BALANCE FORWARD | | 4,064.72 |
| 3/01 | | | CONOCOPHILLIPS DIV 2/20/07 3/01/07 | DIV | 131.20 |
| 3/06 | | | UNITED PARCEL SVC INC CLASS B DIV 2/20/07 3/06/07 | DIV | 87.36 |
| 3/09 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 03/09/07 | DIV | 6.40 |
| 3/09 | 5,490 | 17756 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 5,490.00 |
| 3/09 | 50,000 | 22023 | U S TREASURY BILL DUE 4/26/2007 | | 49,664.00 |
| 3/09 | 50,000 | 23916 | U S TREASURY BILL DUE 4/26/2007 | | 49,334.50 |
| 3/09 | 45,314 | 27548 | U S TREASURY BILL DUE 6/14/2007 | 98,669 | |
| 3/09 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 49,334.50 |
| 3/12 | 9,504 | 32942 | CHEVRON CORP DIV 2/16/07 3/12/07 | 1 | 45,314.00 |
| 3/12 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,504.00 |
| 3/13 | | | JOHNSON & JOHNSON DIV 2/27/07 3/13/07 | DIV | 216.00 |

CONTINUED ON PAGE   2

MDPTPP01665759

BAM LP
526 EAST SHORE ROAD
GREAT NECK                     NY 11024

1-CM579-3-0          3/31/07      2          ******2634

| Date | | | Description | Price | Amount |
|------|------|------|-------------|------|--------|
| 3/15 | | | TIME WARNER INC DIV 2/28/07 3/15/07 | DIV | 44.00 |
| 3/15 | | | WACHOVIA CORP NEW DIV 2/28/07 3/15/07 | DIV | 215.04 |
| 3/16 | | | AMERICAN INTL GROUP INC DIV 3/02/07 3/16/07 | DIV | 84.48 |
| 3/19 | 6,336 | 73747 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,336.00 |
| 3/20 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | 75.00 |
| 3/20 | | | U S TREASURY MONEY MARKET DIV 03/20/07 | | |
| 3/20 | 61,154 | 78441 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 61,154.00 |
| 3/20 | 50,000 | 83085 | U S TREASURY BILL DUE 6/14/2007 | 98.834 | 49,417.00 |
| 3/20 | 7,428 | 85137 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 7,428.00 |
| 3/22 | | | HOME DEPOT INC DIV 3/08/07 3/22/07 | DIV | 90.00 |
| 3/23 | | | BANK OF AMERICA DIV 3/02/07 3/23/07 | DIV | 501.76 |
| 3/29 | 176 | 16 | MERRILL LYNCH & CO INC | 85.910 | 15,113.16 |
| 3/29 | 416 | 4261 | ALTRIA GROUP INC | 85.570 | 35,581.12 |
| 3/29 | 432 | 8550 | MERCK & CO | 44.380 | 19,155.16 |

CONTINUED ON PAGE   3

MDPTPP01665760

BAM LP

526 EAST SHORE ROAD
GREAT NECK          NY 11024                                    1-CM579-3-0          3/31/07      ******2634          3

| Date | Qty | | Security | Price | Value |
|------|-----|-----|----------|-------|-------|
| 3/29 | 208 | 12839 | MORGAN STANLEY | 81.420 | 16,927.36 |
| 3/29 | 1,712 | 17128 | MICROSOFT CORP | 27.920 | 47,731.04 |
| 3/29 | 304 | 18638 | ABBOTT LABORATORIES | 56.120 | 17,048.48 |
| 3/29 | 512 | 22883 | AMERICAN INTL GROUP INC | 68.260 | 34,929.12 |
| 3/29 | 224 | 27159 | AMGEN INC | 58.210 | 13,031.04 |
| 3/29 | 320 | 29995 | PEPSICO INC | 63.930 | 20,445.60 |
| 3/29 | 896 | 31404 | BANK OF AMERICA | 51.630 | 46,225.48 |
| 3/29 | 1,424 | 34284 | PFIZER INC | 25.670 | 36,498.08 |
| 3/29 | 976 | 35693 | CITI GROUP INC | 51.930 | 50,684.68 |
| 3/29 | 624 | 38573 | PROCTER & GAMBLE CO | 63.620 | 39,674.88 |
| 3/29 | 624 | 39982 | COMCAST CORP CL A | 26.440 | 16,474.56 |
| 3/29 | 1,248 | 42862 | AT&T INC | 39.100 | 48,747.80 |
| 3/29 | 320 | 44271 | CONOCOPHILLIPS | 69.770 | 22,314.40 |
| 3/29 | 800 | 47151 | TIME WARNER INC | 19.960 | 15,936.00 |
| 3/29 | 1,200 | 48560 | CISCO SYSTEMS INC | 26.230 | 31,428.00 |
| 3/29 | 208 | 51403 | UNITED PARCEL SVC INC CLASS B | 71.200 | 14,801.60 |
| 3/29 | 432 | 52849 | CHEVRON CORP | 74.200 | 32,037.40 |
| 3/29 | 576 | 55506 | VERIZON COMMUNICATIONS | 37.970 | 21,847.72 |
| 3/29 | 2,048 | 57138 | GENERAL ELECTRIC CO | 35.780 | 73,196.44 |
| 3/29 | 384 | 59795 | WACHOVIA CORP NEW | 56.720 | 21,765.48 |
| 3/29 | 48 | 61427 | GOOGLE | 460.800 | 22,117.40 |
| 3/29 | 672 | 64084 | WELLS FARGO & CO NEW | 34.970 | 23,473.84 |
| 3/29 | 80 | 65716 | GOLDMAN SACHS GROUP INC | 212 | 16,957.00 |

CONTINUED ON PAGE    4

MDPTPP01665761

BAM LP
526 EAST SHORE ROAD
GREAT NECK      NY 11024

1-CM579-3-0      *****2634      3/31/07      4

| 3/29 | 480 | 68373 | WAL-MART STORES INC | 47.860 | 22,953.80 |
| 3/29 | 402 | 70005 | HOME DEPOT INC | 38.200 | 15,264.00 |
| 3/29 | 1,152 | 72662 | EXXON MOBIL CORP | 75.600 | 87,045.20 |
| 3/29 | 544 | 74294 | HEWLETT PACKARD CO | 40.400 | 21,956.60 |
| 3/29 | 304 | 78583 | INTERNATIONAL BUSINESS MACHS | 95.160 | 28,916.64 |
| 3/29 | 1,152 | 82872 | INTEL CORP | 19.260 | 22,141.52 |
| 3/29 | 576 | 87161 | JOHNSON & JOHNSON | 60.360 | 34,744.36 |
| 3/29 | 688 | 91450 | J.P. MORGAN CHASE & CO | 48.630 | 33,430.44 |
| 3/29 | 400 | 95738 | COCA COLA CO | 47.980 | 19,176.00 |
| 3/29 | 1,025,000 | 80382 | U S TREASURY BILL | 98.952 | 1,014,258.00 |
|  |  |  | DUE 6/14/2007 |  |  |
| 3/29 | 9,922 | 84677 | FIDELITY SPARTAN | 1 | 9,922.00 |
|  |  |  | U S TREASURY MONEY MARKET |  |  |
| 3/30 |  |  | PEPSICO INC | DIV | 96.00 |
|  |  |  | DIV 3/09/07 3/30/07 |  |  |
| 3/30 | 1,690 | 90323 | FIDELITY SPARTAN | 1 | 1,690.00 |
|  |  |  | U S TREASURY MONEY MARKET |  |  |

NEW BALANCE      31,327.50

SECURITY POSITIONS      MKT PRICE

| 1,125,000 | FIDELITY SPARTAN | 1 |
| 19,040 | U S TREASURY MONEY MARKET |  |
|  | FIDELITY SPARTAN | 98.970 |
|  | U S TREASURY MONEY MARKET |  |
|  | U S TREASURY BILL |  |
|  | DUE 6/14/2007 |  |

MARKET VALUE OF SECURITIES

1,132,452.50      LONG

SHORT

MDPTPP01665762

BAM LP
526 EAST SHORE ROAD
GREAT NECK    NY 11024

3/31/07    5

1-CM579-3-0    *****2634

YEAR-TO-DATE SUMMARY

| | |
|---|---|
| DIVIDENDS | 2,407.38 |
| GROSS PROCEEDS FROM SALES | 2,232,103.90 |

MDPTPP01665763

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM579-3-0    *****2634

6/30/07    1

|  |  |  |  |  |  |  |
|---|---|---|---|---|---|---|
|  | BALANCE FORWARD |  |  |  |  | 17,362.77 |
| 6/01 | CONOCOPHILLIPS DIV 5/21/07 6/01/07 |  |  |  | DIV | 129.15 |
| 6/01 | INTEL CORP DIV 5/07/07 6/01/07 |  |  |  | DIV | 123.19 |
| 6/01 | WELLS FARGO & CO NEW DIV 5/04/07 6/01/07 |  |  |  | DIV | 180.60 |
| 6/04 | WAL-MART STORES INC DIV 5/18/07 6/04/07 |  |  |  | DIV | 102.30 |
| 6/05 | PFIZER INC DIV 5/11/07 6/05/07 |  |  |  | DIV | 391.50 |
| 6/11 | CHEVRON CORP DIV 5/18/07 6/11/07 |  |  |  | DIV | 234.90 |
| 6/11 | EXXON MOBIL CORP DIV 5/14/07 6/11/07 |  |  |  | DIV | 378.00 |
| 6/11 | INTERNATIONAL BUSINESS MACHS DIV 5/10/07 6/09/07 |  |  |  | DIV | 114.00 |
| 6/12 | JOHNSON & JOHNSON DIV 5/29/07 6/12/07 |  |  |  | DIV | 224.10 |
| 6/14 | MICROSOFT CORP DIV 5/17/07 6/14/07 |  |  |  | DIV | 165.00 |
| 6/15 | U S TREASURY BILL DUE 8/9/2007 8/9/2007 | 50,000 | 88560 | 99.305 |  | 49,652.50 |

CONTINUED ON PAGE    2

MDPTPP01665778

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM579-3-0          6/30/07          2          *****2634

| Date | Quantity | Ref | Description | | Price | Amount | Amount |
|---|---|---|---|---|---|---|---|
| 6/15 | 50,000 | 97234 | U S TREASURY BILL DUE 9/13/2007 9/13/2007 | | 98.865 | 49,432.50 | |
| 6/15 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | | 19.72 |
| 6/15 | | | AMERICAN INTL GROUP INC DIV 06/15/07 | DIV | | | 81.68 |
| 6/15 | | | WACHOVIA CORP NEW DIV 6/01/07 6/15/07 | DIV | | | 201.60 |
| 6/15 | | 1121 | FIDELITY SPARTAN DIV 5/31/07 6/15/07 | 1 | | | |
| 6/15 | 9,150 | 10,471 92685 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 9,150.00 | 10,471.00 |
| 6/21 | | | HOME DEPOT INC DIV 6/07/07 6/21/07 | DIV | | | 87.75 |
| 6/22 | | | BANK OF AMERICA DIV 6/01/07 6/22/07 | DIV | | | 478.80 |
| 6/26 | 660 | 3341 | J.P. MORGAN CHASE & CO | | 49.700 | | 32,776.00 |
| 6/26 | 375 | 7617 | COCA COLA CO | | 52.090 | | 19,518.75 |
| 6/26 | 165 | 11887 | MERRILL LYNCH & CO INC | | 87.600 | | 14,448.00 |
| 6/26 | 390 | 16137 | ALTRIA GROUP INC | | 68.700 | | 26,778.00 |
| 6/26 | 405 | 20414 | MERCK & CO | | 49.430 | | 20,003.15 |
| 6/26 | 210 | 24691 | MORGAN STANLEY | | 87.640 | | 18,396.40 |
| 6/26 | 1,650 | 28968 | MICROSOFT CORP | | 30.200 | | 49,764.00 |

CONTINUED ON PAGE    3

MDPTPP01665779

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM579-3-0          6/30/07          3          ******2634

| Date | Shares | | Security | Price | Value |
|---|---|---|---|---|---|
| 6/26 | 300 | 34987 | ABBOTT LABORATORIES | 54.160 | 16,236.00 |
| 6/26 | 495 | 39264 | AMERICAN INTL GROUP INC | 71.930 | 35,586.35 |
| 6/26 | 315 | 41799 | PEPSICO INC | 65.920 | 20,752.80 |
| 6/26 | 855 | 43540 | BANK OF AMERICA | 50.050 | 42,758.75 |
| 6/26 | 1,350 | 46076 | PFIZER INC | 25.800 | 34,776.00 |
| 6/26 | 930 | 47817 | CITI GROUP INC | 53.490 | 49,708.70 |
| 6/26 | 600 | 50353 | PROCTER & GAMBLE CO | 62.200 | 37,296.00 |
| 6/26 | 600 | 52091 | COMCAST CORP CL A | 28.380 | 17,004.00 |
| 6/26 | 225 | 54630 | SCHLUMBERGER LTD | 85.630 | 19,257.75 |
| 6/26 | 315 | 56362 | CONOCOPHILIPS | 79.720 | 25,099.80 |
| 6/26 | 1,185 | 58907 | AT&T INC | 39.770 | 47,080.45 |
| 6/26 | 1,155 | 60639 | CISCO SYSTEMS INC | 27.240 | 31,416.20 |
| 6/26 | 555 | 63184 | VERIZON COMMUNICATIONS | 42.570 | 23,604.35 |
| 6/26 | 405 | 64916 | CHEVRON CORP | 82.660 | 33,461.30 |
| 6/26 | 360 | 67461 | WACHOVIA CORP NEW | 53.300 | 19,174.00 |
| 6/26 | 1,950 | 69193 | GENERAL ELECTRIC CO | 38.890 | 75,757.50 |
| 6/26 | 645 | 71738 | WELLS FARGO & CO NEW | 35.680 | 22,988.60 |
| 6/26 | 45 | 73470 | GOOGLE | 513.770 | 23,118.65 |
| 6/26 | 465 | 76015 | WAL-MART STORES INC | 48.660 | 22,626.90 |
| 6/26 | 75 | 77747 | GOLDMAN SACHS GROUP INC | 225.860 | 16,936.50 |
| 6/26 | 1,080 | 80292 | EXXON MOBIL CORP | 84.400 | 91,109.00 |
| 6/26 | 390 | 82014 | HOME DEPOT INC | 40.060 | 15,608.40 |
| 6/26 | 510 | 86232 | HEWLETT PACKARD CO | 45.430 | 23,149.30 |
| 6/26 | 285 | 90509 | INTERNATIONAL BUSINESS MACHS | 106.630 | 30,378.55 |

CONTINUED ON PAGE    4

MDPTPP01665780

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM579-3-0          *****2634          6/30/07          4

| Date | Quantity | | MKT PRICE | |
|---|---|---|---|---|
| 6/26 | 1,095 | 94786 INTEL CORP | 24.210 | 26,466.95 |
| 6/26 | 540 | 99063 JOHNSON & JOHNSON | 62.100 | 33,513.00 |
| 6/26 | 1,000,000 | 86402 U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 99.461 | 994,610.00 |
| 6/26 | 19,193 | 90679 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,193.00 |
| 6/29 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 06/29/07 | DIV | 23.02 |
| 6/29 | | PEPSICO INC DIV 06/29/07 | DIV | 118.13 |
| 6/29 | 31,376 | 4701 FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 6/08/07 6/29/07 | 1 | 31,376.00 |
| 6/29 | 31,376 | 9998 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,376.00 |
| 6/29 | 28,343 | 95245 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 28,343.00 |
| 6/29 | 31,376 | 99965 FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,376.00 |

NEW BALANCE          13,072.23

SECURITY POSITIONS
FIDELITY SPARTAN U S TREASURY MONEY MARKET
U S TREASURY MONEY MARKET

CONTINUED ON PAGE 5

MDPTPP01665781

BAM LP
526 EAST SHORE ROAD
GREAT NECK     NY 11024

1-CM579-3-0     6/30/07     ******2634     5

1,000,000     U S TREASURY BILL
DUE 8/9/2007
8/09/2007                99.486

50,000     U S TREASURY BILL
DUE 9/13/2007
9/13/2007                99.044

MARKET VALUE OF SECURITIES
LONG     1,075,758.00
SHORT

MDPTPP01665782

BAM LP
526 EAST SHORE ROAD
GREAT NECK    NY 11024

1-CM579-3-0    6/30/07    6

*******2634

YEAR-TO-DATE SUMMARY

| | |
|---|---|
| DIVIDENDS | 7,854.00 |
| GROSS PROCEEDS FROM SALES | 5,487,585.70 |

MDPTPP01665783

BAM LP
526 EAST SHORE ROAD
GREAT NECK    NY 11024

9/30/07    1

1-CM579-3-0    *****2634

| Date | Shares | | Description | Price | Amount |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 13,072.68 |
| 9/18 | 121 | 5886 | APPLE INC | 136.900 | 16,568.90 |
| 9/18 | 550 | 9421 | ORACLE CORPORATION | 20.400 | 11,242.00 |
| 9/18 | 209 | 10200 | ABBOTT LABORATORIES | 52.160 | 10,909.44 |
| 9/18 | 220 | 13735 | PEPSICO INC | 69.700 | 15,342.00 |
| 9/18 | 352 | 14514 | AMERICAN INTL GROUP INC | 64.710 | 22,791.92 |
| 9/18 | 968 | 18049 | PFIZER INC | 24.170 | 23,434.56 |
| 9/18 | 110 | 18827 | BOEING CO | 98.410 | 10,829.10 |
| 9/18 | 429 | 22363 | PROCTER & GAMBLE CO | 67.200 | 28,845.80 |
| 9/18 | 605 | 23141 | BANK OF AMERICA | 49.700 | 30,092.50 |
| 9/18 | 165 | 26677 | SCHLUMBERGER LTD | 99.580 | 16,436.70 |
| 9/18 | 682 | 27455 | CITI GROUP INC | 45.980 | 31,385.36 |
| 9/18 | 847 | 30991 | AT&T INC | 40.070 | 33,972.29 |
| 9/18 | 429 | 31769 | COMCAST CORP CL A | 25.210 | 10,832.09 |
| 9/18 | 143 | 35305 | UNITED PARCEL SVC INC CLASS B | 74.190 | 10,614.17 |
| 9/18 | 220 | 36083 | CONOCOPHILLIPS | 85. | 18,708.00 |
| 9/18 | 132 | 39619 | UNITED TECHNOLOGIES CORP | 74.810 | 9,879.92 |
| 9/18 | 847 | 40397 | CISCO SYSTEMS INC | 31.640 | 26,832.08 |
| 9/18 | 396 | 43933 | VERIZON COMMUNICATIONS | 42.130 | 16,698.48 |
| 9/18 | 297 | 44711 | CHEVRON CORP | 89.650 | 26,637.05 |
| 9/18 | 264 | 48247 | WACHOVIA CORP NEW | 49.300 | 13,025.20 |
| 9/18 | 1,397 | 49025 | GENERAL ELECTRIC CO | 40.010 | 55,948.97 |

CONTINUED ON PAGE    2

MDPTPP01665792

BAM LP
526 EAST SHORE ROAD
GREAT NECK                        NY 11024

1-CM579-3-0   *****2634        9/30/07   2

| Date | Quantity | Ref | Description | Price | Amount |
|---|---|---|---|---|---|
| 9/18 | 462 | 52561 | WELLS FARGO & CO NEW | 35.700 | 16,511.40 |
| 9/18 | 33 | 53339 | GOOGLE | 523.600 | 17,279.80 |
| 9/18 | 330 | 56875 | WAL-MART STORES INC | 42.840 | 14,150.20 |
| 9/18 | 55 | 57653 | GOLDMAN SACHS GROUP INC | 183.820 | 10,112.10 |
| 9/18 | 770 | 61189 | EXXON MOBIL CORP | 87.770 | 67,612.90 |
| 9/18 | 374 | 61967 | HEWLETT PACKARD CO | 48.470 | 18,141.78 |
| 9/18 | 187 | 66281 | INTERNATIONAL BUSINESS MACHS | 116 | 21,699.00 |
| 9/18 | 814 | 70595 | INTEL CORP | 25.310 | 20,634.34 |
| 9/18 | 396 | 74909 | JOHNSON & JOHNSON | 62.640 | 24,820.44 |
| 9/18 | 473 | 79223 | J.P. MORGAN CHASE & CO | 44.420 | 21,028.66 |
| 9/18 | 275 | 83536 | COCA COLA CO | 55.710 | 15,331.25 |
| 9/18 | 297 | 87850 | ALTRIA GROUP INC | 67.090 | 19,936.73 |
| 9/18 | 297 | 92164 | MERCK & CO | 49.820 | 14,807.54 |
| 9/18 | 1,155 | 96478 | MICROSOFT CORP | 29.010 | 33,552.55 |
| 9/18 | 775,000 | 65506 | U S TREASURY BILL DUE 12/13/2007  12/13/2007 | 99.070 | 767,792.50 |
| 9/18 | | | U S TREASURY SPARTAN FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/18/07 | DIV | 111.45 |
| 9/18 | 19,795 | 71150 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 19,795.00 |
| 9/18 | 34,882 | 75763 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 34,882.00 |
| 9/26 | 1,155 | 3673 | MICROSOFT CORP | 28.670 | 33,067.85 |

CONTINUED ON PAGE 3

MDPTPP01665793

BAM LP

526 EAST SHORE ROAD
GREAT NECK          NY 11024

1-CM579-3-0          9/30/07          ******2634          3

| Date | Shares | | Security | Price | Value |
|---|---|---|---|---|---|
| 9/26 | 550 | 12301 | ORACLE CORPORATION | 21.650 | 11,885.50 |
| 9/26 | 121 | 13080 | APPLE INC | 141.530 | 17,121.13 |
| 9/26 | 220 | 16615 | PEPSICO INC | 71.680 | 15,761.60 |
| 9/26 | 209 | 17394 | ABBOTT LABORATORIES | 54.220 | 11,323.98 |
| 9/26 | 968 | 20929 | PFIZER INC | 24.770 | 23,939.36 |
| 9/26 | 352 | 21708 | AMERICAN INTL GROUP INC | 67.830 | 23,862.16 |
| 9/26 | 429 | 25243 | PROCTER & GAMBLE CO | 69.740 | 29,901.46 |
| 9/26 | 110 | 26021 | BOEING CO | 102.350 | 11,254.50 |
| 9/26 | 165 | 29557 | SCHLUMBERGER LTD | 108.400 | 17,880.00 |
| 9/26 | 605 | 30335 | BANK OF AMERICA | 51.260 | 30,988.30 |
| 9/26 | 847 | 33871 | AT&T INC | 42.620 | 36,066.14 |
| 9/26 | 682 | 34649 | CITI GROUP INC | 47.630 | 32,456.66 |
| 9/26 | 143 | 38185 | UNITED PARCEL SVC INC CLASS B | 76.100 | 10,877.30 |
| 9/26 | 429 | 38963 | COMCAST CORP CL A | 23.880 | 10,227.52 |
| 9/26 | 132 | 42499 | UNITED TECHNOLOGIES CORP | 79.510 | 10,490.32 |
| 9/26 | 220 | 43277 | CONOCOPHILLIPS | 89.530 | 19,688.60 |
| 9/26 | 396 | 46813 | VERIZON COMMUNICATIONS | 44.390 | 17,563.44 |
| 9/26 | 847 | 47591 | CISCO SYSTEMS INC | 32.470 | 27,469.09 |
| 9/26 | 264 | 51127 | WACHOVIA CORP NEW | 51.600 | 13,612.40 |
| 9/26 | 297 | 51905 | CHEVRON CORP | 95.080 | 28,227.76 |
| 9/26 | 462 | 55441 | WELLS FARGO & CO NEW | 36.820 | 16,992.84 |
| 9/26 | 1,397 | 56219 | GENERAL ELECTRIC CO | 41.670 | 58,157.99 |
| 9/26 | 330 | 59755 | WAL-MART STORES INC | 44.710 | 14,741.30 |

CONTINUED ON PAGE    4

MDPTPP01665794

BAM LP
526 EAST SHORE ROAD
GREAT NECK            NY 11024              1-CM579-3-0          9/30/07      4      *****2634

| Date | Quantity | | Description | Price / DIV | Amount |
|---|---|---|---|---|---|
| 9/26 | 33 | 60533 | GOOGLE | 557.200 | 18,386.60 |
| 9/26 | 770 | 64069 | EXXON MOBIL CORP | 93.270 | 71,787.90 |
| 9/26 | 55 | 64847 | GOLDMAN SACHS GROUP INC | 206.560 | 11,358.80 |
| 9/26 | 374 | 69161 | HEWLETT PACKARD CO | 50.580 | 18,902.92 |
| 9/26 | 187 | 73475 | INTERNATIONAL BUSINESS MACHS | 117.900 | 22,040.30 |
| 9/26 | 814 | 77789 | INTEL CORP | 26 | 21,132.00 |
| 9/26 | 396 | 82103 | JOHNSON & JOHNSON | 65.340 | 25,859.64 |
| 9/26 | 473 | 86417 | J.P. MORGAN CHASE & CO | 47.430 | 22,416.39 |
| 9/26 | 275 | 90730 | COCA COLA CO | 56.700 | 15,581.50 |
| 9/26 | 297 | 95044 | ALTRIA GROUP INC | 69.410 | 20,603.77 |
| 9/26 | 297 | 99358 | MERCK & CO | 51.880 | 15,397.36 |
| | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/26/07 | DIV | 30.47 |
| 9/26 | 34,882 | 70403 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 34,882.00 |
| 9/26 | 800,000 | 75129 | U S TREASURY BILL DUE 1/17/2008 1/17/2008 | 98.823 | 790,584.00 |
| 9/26 | 10,441 | 80104 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,441.00 |
| | 10,441 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | |

NEW BALANCE                                        4,010.90

SECURITY POSITIONS                        MKT PRICE
FIDELITY SPARTAN                              1
U S TREASURY MONEY MARKET

CONTINUED ON PAGE        5

MDPTPP01665795

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

9/30/07          *****2634          5

1-CM579-3-0

| 800,000 | U S TREASURY BILL DUE 1/17/2008 1/17/2008 | 98.844 |

MARKET VALUE OF SECURITIES
LONG          801,193.00
SHORT

MDPTPP01665796

BAM LP

526 EAST SHORE ROAD
GREAT NECK                NY  11024

1-CM579-3-0        9/30/07      6

YEAR-TO-DATE SUMMARY        ******2634

DIVIDENDS                                    9,277.72
GROSS PROCEEDS FROM SALES                 8,090,674.58

BAM LP
526 EAST SHORE ROAD
GREAT NECK        NY 11024

1-CM579-3-0        12/31/07        1
*****2634

| Date | Description | | Qty | Ref | Type | Price | Amount |
|---|---|---|---|---|---|---|---|
| | BALANCE FORWARD | | | | | | 4,296.27 |
| 12/10 | CHEVRON CORP | DIV 11/16/07 12/10/07 | | | DIV | | 178.64 |
| 12/10 | UNITED TECHNOLOGIES CORP | DIV 11/16/07 12/10/07 | | | DIV | | 45.76 |
| 12/11 | JOHNSON & JOHNSON | DIV 11/27/07 12/11/07 | | | DIV | | 168.91 |
| 12/13 | MICROSOFT CORP | DIV 11/15/07 12/13/07 | | | DIV | | 125.84 |
| 12/17 | COCA COLA CO | DIV 12/01/07 12/15/07 | | | DIV | | 93.50 |
| 12/17 | WACHOVIA CORP NEW | DIV 11/30/07 12/17/07 | | | DIV | | 168.96 |
| 12/21 | AMERICAN INTL GROUP INC | | 363 | 1157 | DIV | 55.900 | 20,277.70 |
| 12/21 | PROCTER & GAMBLE CO | | 440 | 4105 | DIV | 73.300 | 32,233.00 |
| 12/21 | BOEING CO | | 110 | 5445 | DIV | 87.310 | 9,600.10 |
| 12/21 | SCHLUMBERGER LTD | | 176 | 8338 | DIV | 91.270 | 16,056.52 |
| 12/21 | BANK OF AMERICA | | 627 | 9682 | DIV | 42. | 26,309.00 |
| 12/21 | AT&T INC | | 858 | 12691 | DIV | 40.920 | 35,075.36 |
| 12/21 | CITI GROUP INC | | 682 | 13975 | DIV | 31.250 | 21,285.50 |
| 12/21 | UNITED PARCEL SVC INC CLASS B | | 143 | 16982 | DIV | 72.250 | 10,326.75 |
| 12/21 | CONOCOPHILLIPS | | 231 | 18268 | DIV | 83.280 | 19,228.68 |
| 12/21 | UNITED TECHNOLOGIES CORP | | 143 | 21229 | DIV | 75.830 | 10,838.69 |

CONTINUED ON PAGE    2

MDPTPP01665808

BAM LP
526 EAST SHORE ROAD
GREAT NECK                    NY 11024                    1-CM579-3-0         12/31/07    2
                                                                             ******2634

| Date | Shares | | Security | Price | Value |
|---|---|---|---|---|---|
| 12/21 | 847 | 22561 | CISCO SYSTEMS INC | 27.800 | 23,513.60 |
| 12/21 | 407 | 25440 | VERIZON COMMUNICATIONS | 43.450 | 17,668.15 |
| 12/21 | 308 | 26854 | CHEVRON CORP | 90.600 | 27,892.80 |
| 12/21 | 264 | 29733 | WACHOVIA CORP NEW | 39.740 | 10,481.36 |
| 12/21 | 1,441 | 31147 | GENERAL ELECTRIC CO | 36.490 | 52,525.09 |
| 12/21 | 462 | 34015 | WELLS FARGO & CO NEW | 30.060 | 13,869.72 |
| 12/21 | 33 | 35440 | GOOGLE | 670.400 | 22,122.20 |
| 12/21 | 341 | 38308 | WAL-MART STORES INC | 48.220 | 16,430.02 |
| 12/21 | 55 | 39733 | GOLDMAN SACHS GROUP INC | 209.200 | 11,504.00 |
| 12/21 | 781 | 42601 | EXXON MOBIL CORP | 89.900 | 70,100.90 |
| 12/21 | 363 | 44026 | HEWLETT PACKARD CO | 51.250 | 18,585.75 |
| 12/21 | 187 | 48319 | INTERNATIONAL BUSINESS MACHS | 104.540 | 19,541.98 |
| 12/21 | 814 | 52612 | INTEL CORP | 25.900 | 21,050.60 |
| 12/21 | 407 | 56905 | JOHNSON & JOHNSON | 67.600 | 27,497.20 |
| 12/21 | 473 | 61198 | J.P. MORGAN CHASE & CO | 44.570 | 21,063.61 |
| 12/21 | 275 | 65490 | COCA COLA CO | 62.580 | 17,198.50 |
| 12/21 | 297 | 69783 | ALTRIA GROUP INC | 76.070 | 22,581.79 |
| 12/21 | 308 | 74076 | MERCK & CO | 59.930 | 18,446.44 |
| 12/21 | 1,114 | 78369 | MICROSOFT CORP | 34.460 | 39,377.24 |
| 12/21 | 550 | 91246 | ORACLE CORPORATION | 21.040 | 11,550.00 |
| 12/21 | 121 | 92570 | APPLE INC | 186 | 22,502.00 |
| 12/21 | 231 | 95518 | PEPSICO INC | 77.530 | 17,900.43 |
| 12/21 | 220 | 96863 | ABBOTT LABORATORIES | 57.100 | 12,555.00 |
| 12/21 | 968 | 99811 | PFIZER INC | 23.040 | 22,264.72 |
| 12/21 | 750,000 | 48008 | U S TREASURY BILL DUE 4/10/2008 | 99.124 | 743,430.00 |
| | | | 4/10/2008 | | |

CONTINUED ON PAGE    3

MDPTPP01665809

BAM LP
526 EAST SHORE ROAD
GREAT NECK                    NY 11024

1-CM579-3-0                  12/31/07      3
                             ******2634

| Date | Amount | Ref | Description | | Price | Amount |
|---|---|---|---|---|---|---|
| 12/21 | | | AMERICAN INTL GROUP INC | DIV | | 72.60 |
| | | | DIV 12/07/07 12/21/07 | | | |
| 12/21 | 14,107 | 52291 | FIDELITY SPARTAN | DIV | 1 | 14,107.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/28 | | | BANK OF AMERICA | DIV | | 401.28 |
| | | | DIV 12/07/07 12/28/07 | | | |
| 12/31 | | | FIDELITY SPARTAN | DIV | | 64.28 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 12/31/07 | | | |
| 12/31 | 26,310 | 57391 | FIDELITY SPARTAN | JRNL | 1 | 26,310.00 |
| | | | TRANS TO 40 ACCT | | | |
| 12/31 | | | FIDELITY SPARTAN | JRNL | 1 | 6,298.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | 750,000 | 64270 | U S TREASURY BILL | | 99.133 | 743,497.50 |
| | | | DUE 4/10/2008 | | | |
| | | | 4/10/2008 | | | |
| 12/31 | 775,000 | 71621 | U S TREASURY BILL | | 99.149 | 768,404.75 |
| | | | DUE 04/03/2008 | | | |
| | | | 4/03/2008 | | | |
| 12/31 | 2,723 | 76167 | FIDELITY SPARTAN | | 1 | 2,723.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | 2,723 | | NEW BALANCE | | | |

| | | MKT PRICE | |
|---|---|---|---|
| 2,723 | SECURITY POSITIONS | | |
| | FIDELITY SPARTAN | 1 | .19 |
| | U S TREASURY MONEY MARKET | | |

CONTINUED ON PAGE   4

MDPTPP01665810

BAM LP
526 EAST SHORE ROAD
GREAT NECK                NY  11024

12/31/07          4

1-CM579-3-0      *******2634

775,000

U S TREASURY BILL
DUE 04/03/2008
4/03/2008                                    99.149

MARKET VALUE OF SECURITIES
LONG
771,127.75                SHORT

MDPTPP01665811

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY  11024

1-CM579-3-0          12/31/07          5
                     *******2634

YEAR-TO-DATE SUMMARY

DIVIDENDS                                        11,045.11
GROSS PROCEEDS FROM SALES                     10,389,121.48

MDPTPP01665812

BAM LP
526 EAST SHORE ROAD     GREAT NECK     NY 11024

1-CM579-3-0     *****2634     3/31/08     1

| DATE | QUANTITY | | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | DIV | .59 |
| 3/19 | 13,034 | 24988 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,034.00 |
| | | | DIV 03/19/08 | DIV | 52.01 |
| 3/19 | 750,000 | 29311 | U S TREASURY BILL DUE 04/03/2008 | 99.954 | 749,655.00 |
| 3/19 | 750,000 | 33780 | U S TREASURY BILL DUE 7/31/2008 | 99.576 | 746,820.00 |
| 3/19 | 15,921 | 38126 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 15,921.00 |
| | | | NEW BALANCE | | .60 |

SECURITY POSITIONS

| QUANTITY | DESCRIPTION | MKT PRICE | |
|---|---|---|---|
| 15,921 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | |
| 750,000 | U S TREASURY BILL DUE 7/31/2008 | 99.546 | |

MARKET VALUE OF SECURITIES
LONG     762,516.00
SHORT

MDPTPP01665819

BAM LP
526 EAST SHORE ROAD
GREAT NECK          NY 11024

3/31/08      2

1-CM579-3-0      ******2634

YEAR-TO-DATE SUMMARY

| | |
|---|---|
| DIVIDENDS | 456.16 |
| GROSS PROCEEDS FROM SALES | 774,562.25 |

MDPTPP01665820