# EXHIBIT H



BERNARD L. MADOFF

2815-09

62-26
311

4/17 20 07

184969

PAY TO THE ORDER OF   BAM L P

$ ***88000.00

*****EIGHTY EIGHT THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-CM579-3

FOR

BERNARD L. MADOFF

BY

4602988083⁴

⑇00184969⑇ ⑇031100267⑇ 630142815 509⑇

⑇000880000000⑇



BERNARD L. MADOFF

187816

62-26
311

7/25  2007

PAY TO THE ORDER OF BAM LP

******THREE HUNDRED THOUSAND 00/100 DOLLARS

$ ***300000.00

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-CM579-3

BERNARD L. MADOFF

By

⑆0̸018̸7816⑆ ⑆0̸3̸1̸100 26 7⑆: 63016̸281̸51̸509⑆

*031000040*
08/01/2007
6612074438

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

750012681010
07/31/2007    [021001033]



BERNARD L. MADOFF

190497

10/24       20 07

02-28
311

PAY TO THE
ORDER OF    BAM LP

$ *****50000*00

******FIFTY THOUSAND 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR   1-CM5779-3

BERNARD L. MADOFF

2815-88

*031000040*
10/30/2007
6316621044

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

⑆750011100029⑆
⑈031001033⑈  10/29/2007





BERNARD L. MADOFF

82-26
311

196128

4/23 20 08

PAY TO THE
ORDER OF ___ BAM LP

$ ***110000.00

******ONE HUNDRED TEN THOUSAND 00/100 _____ DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR ___ 1-CM579-3

BERNARD L. MADOFF

By _____

⑈0196128⑈ ⑊031100267⑊ 630142815150 9⑊

*031000040*
04/30/2008
6116521163

This is a LEGAL COPY of
your check. You can use it
the same way you would
use the original check.

⑈0196128⑈    4⑊0311002679⑊    63014281515094⑈

0227000052⑇
9002/62/40    [EE0100120J]

⑈00110000000⑈



BERNARD L. MADOFF

2815-09

108009

62-28
311

4/25    20 00

PAY TO THE
ORDER OF ___ BAM  LP

EXACTLY *****52,000DOLLARS00CENTS

$ ****52000•00

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR ___ 1-CM579-3

030047414

0502ь1451 454 01 0000 3037
BERNARD L. MADOFF

By _____

⑈00 108009⑈  ⑈03ь100 ь87⑈  630ьь 28 151 509⑈    ⑈000 5 200000•⑈



MADWAA00242399



MADWAA00064596

2815-09

BERNARD L. MADOFF

135564

62-26
311

PAY TO THE ORDER OF        BAM LP
1-CM579-3

EXACTLY *****15,000DOLLARS00CENTS

6/25 20 02

$ ****15000.00

****15000.00 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR _____

04028741 3 405 18 604 7 BERNARD L. MADOFF

By _____

⑈00135564⑈ ⑆03110026 7⑆ 6301281 51 509⑈

MADWAA00110010

BERNARD L. MADOFF

140058677

2815-00

62-26
311

144073

4/16 20 03

PAY TO THE ORDER OF __ BAM LP

EXACTLY *****70,000DOLLARS00CENTS

$ |*****70000.00

DOLLARS

BERNARD L. MADOFF

BY

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR ___ 1-CM579-3

⑆00144073⑆ ⑉031100267⑈ 6304428151 509⑈

⑉000 7000000⑉

MADWAA00306476



2815-09

BERNARD L. MADOFF

62-26
311

150740

1/06 2004

PAY TO THE
ORDER OF BAM LP

EXACTLY ****100,000DOLLARS00CENTS

$ ***100000.00 DOLLARS

BERNARD L. MADOFF

By

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR

1—CM579—3

⑆00150740⑆ ⑆0311002671⑆ 630142851 509⑆

MADWAA00235780



MADOWVAA00165503
Pg 14 of 15



BERNARD L. MADOFF

2815-09

62-26
311

163614

PAY TO THE
ORDER OF _____ BAM LP

4/08    20 05

$ ***153000.00

******ONE HUNDRED FIFTY THREE THOUSAND 00/100 _____ DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR _____ 1-CM579-3

BERNARD L. MADOFF

By

⑈⑈00 ⑈63614⑈⑈  ⑈:031⑈100 26 7⑈:  6 30 ⑈4 2815 ⑈  509⑈⑈  ⑈00 ⑈5 300000⑈⑈

**BERNARD L. MADOFF**

2815-09

62-26
311

170834

7/05 2006

PAY TO THE ORDER OF BAM LP

********SIXTY THOUSAND 00/100                                        DOLLARS

$ ****60000.00

BERNARD L. MADOFF

By

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR 1-CM579-3

⑈00⑈70834⑈ ⑆03⑈100267⑈ 630⑈⑈28⑈5⑈ 509⑈          ⑈000600000000⑈

MADWAA00361956