# EXHIBIT J

```
ACCOUNT #   1-CM363-3   MICHAEL MANN              REPORT FOR THE PERIOD FROM 1/01/02 TO 12/31/02
                        INITIAL INVESTMENT                                        10,568,206.57CR
                        PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR    1,090,968.10-
                        ADJUSTMENTS
                        CAPITAL ADDITIONS
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                       10,568,206.57CR
                        BENCHMARK RATE OF RETURN                    15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                              1,585,230.99CR
                        CAPITAL GAINS AND LOSSES                                   1,337,196.25CR
                        DIVIDENDS AND INTEREST                                        81,157.47CR
                        REALIZED P/L                                               1,418,353.72CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                 166,877.27-
                        CURRENT CASH BALANCE                                              .14CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS             13,077,528.25
                        TOTAL EQUITY                                              13,077,528.39CR
                        PRIOR YEAR END EQUITY                       11,659,174.67CR
                        ANNUALIZED RETURN FOR CURRENT YEAR               12.16 %
                        PROJECTED ANNUALIZED RATE OF RETURN              12.09 %
                        BUYING POWER            13,078       OVER/UNDER       924
```

MDPTQQ00131056

```
ACCOUNT #   1-CM363-3   MICHAEL MANN           REPORT FOR THE PERIOD FROM 1/01/03 TO 12/31/03
                        INITIAL INVESTMENT                                  12,153,437.56CR
                        PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   924,090.83-
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                      400,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                 11,753,437.56CR
                        BENCHMARK RATE OF RETURN                 15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                        1,780,275.90CR
                        CAPITAL GAINS AND LOSSES                             1,221,553.06CR
                        DIVIDENDS AND INTEREST                                 137,724.01CR
                        REALIZED P/L                                         1,359,277.07CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR           420,998.83-
                        CURRENT CASH BALANCE                                         .96CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS       14,036,804.50
                        TOTAL EQUITY                                        14,036,805.46CR
                        PRIOR YEAR END EQUITY              13,077,528.39CR
                        ANNUALIZED RETURN FOR CURRENT YEAR        10.62 %
                        PROJECTED ANNUALIZED RATE OF RETURN       10.56 %
                        BUYING POWER         14,037                    503 OVER/UNDER
```

MDPTQQ00131068

```
ACCOUNT #   1-CM363-3   MICHAEL MANN                REPORT FOR THE PERIOD FROM 1/01/04 TO 12/31/04
                        INITIAL INVESTMENT                                        13,533,713.46CR
                        PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR      503,092.00-
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                          6,000,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                        7,533,713.46CR
                        BENCHMARK RATE OF RETURN                       15.00 %
                        BENCHMARK RETURN FOR 366 DAYS                              1,507,947.59CR
                        CAPITAL GAINS AND LOSSES                                     974,659.35CR
                        DIVIDENDS AND INTEREST                                       184,490.02CR
                        REALIZED P/L                                               1,159,149.37CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                 348,798.22-
                        CURRENT CASH BALANCE                                               .83CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS              9,195,954.00
                        TOTAL EQUITY                                               9,195,954.83CR
                        PRIOR YEAR END EQUITY                         14,036,805.46CR
                        ANNUALIZED RETURN FOR CURRENT YEAR                 10.97 %
                        PROJECTED ANNUALIZED RATE OF RETURN                10.94 %
                        BUYING POWER          9,196      OVER/UNDER     154
```

MDPTQQ00131080

```
ACCOUNT #   1-CM363-3   MICHAEL MANN                    REPORT FOR THE PERIOD FROM 1/01/05 TO 12/31/05
                        INITIAL INVESTMENT                                                9,041,661.05CR
                        PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR             154,293.78-
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                                 4,000,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                               5,041,661.05CR
                        BENCHMARK RATE OF RETURN                              15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                                     1,328,303.95CR
                        CAPITAL GAINS AND LOSSES                                            819,979.19CR
                        DIVIDENDS AND INTEREST                                              101,732.34CR
                        REALIZED P/L                                                        921,711.53CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                        406,592.42-
                        CURRENT CASH BALANCE                                                      .36CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS                     6,117,666.00
                        TOTAL EQUITY                                                      6,117,666.36CR
                        PRIOR YEAR END EQUITY                             9,195,954.83CR
                        ANNUALIZED RETURN FOR CURRENT YEAR                    10.23 %
                        PROJECTED ANNUALIZED RATE OF RETURN                   10.20 %
                        BUYING POWER                   6,118            OVER/UNDER              252-
```

MDPTQQ00131092

```
ACCOUNT #    1-CM363-3    MICHAEL MANN                REPORT FOR THE PERIOD FROM 1/01/06 TO 12/31/06
                         INITIAL INVESTMENT                                         6,369,965.00CR
                         PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR             252,298.64
                         ADJUSTMENTS
                         CAPITAL ADDITIONS                                            500,000.00
                         CAPITAL WITHDRAWALS
                         NET WORKING CAPITAL                                        5,869,965.00CR
                         BENCHMARK RATE OF RETURN                       15.00 %
                         BENCHMARK RETURN FOR 365 DAYS                                896,522.15CR
                         CAPITAL GAINS AND LOSSES                                     665,713.08CR
                         DIVIDENDS AND INTEREST                                       114,545.02CR
                         REALIZED P/L                                                 780,258.10CR
                         UNREALIZED P/L
                         PROFITS WITHDRAWN
                         OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                 116,264.05-
                         CURRENT CASH BALANCE                                               .96CR
                         NET MARKET VALUE OF OPEN SECURITIES POSITIONS              6,397,923.50
                         TOTAL EQUITY                                               6,397,924.46CR
                         PRIOR YEAR END EQUITY                        6,117,666.36CR
                         ANNUALIZED RETURN FOR CURRENT YEAR                 13.62 %
                         PROJECTED ANNUALIZED RATE OF RETURN                13.58 %
                         BUYING POWER           6,398                OVER/UNDER          369-
```

MDPTQQ00131104

```
ACCOUNT #    1-CM363-3    MICHAEL MANN              REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                          INITIAL INVESTMENT                                              6,766,487.15CR
                          PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR                  368,562.69
                          ADJUSTMENTS
                          CAPITAL ADDITIONS                                              1,500,000.00CR
                          CAPITAL WITHDRAWALS                                             2,250,000.00
                          NET WORKING CAPITAL                                             6,016,487.15CR
                          BENCHMARK RATE OF RETURN                    15.00 %
                          BENCHMARK RETURN FOR 365 DAYS                                   1,149,973.07CR
                          CAPITAL GAINS AND LOSSES                                          772,331.56CR
                          DIVIDENDS AND INTEREST                                             80,837.77CR
                          REALIZED P/L                                                      853,169.33CR
                          UNREALIZED P/L
                          PROFITS WITHDRAWN
                          OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                      296,803.74-
                          CURRENT CASH BALANCE                                                     .29CR
                          NET MARKET VALUE OF OPEN SECURITIES POSITIONS                   6,501,093.50
                          TOTAL EQUITY                                                    6,501,093.79CR
                          PRIOR YEAR END EQUITY                       6,397,924.46CR
                          ANNUALIZED RETURN FOR CURRENT YEAR                 11.69 %
                          PROJECTED ANNUALIZED RATE OF RETURN                11.66 %
                          BUYING POWER           6,501      OVER/UNDER         665-
```

MDPTQQ00131116

```
ACCOUNT #   1-CM363-3    MICHAEL MANN                REPORT FOR THE PERIOD FROM  1/01/08 TO 12/16/08
                         INITIAL INVESTMENT                                      7,166,460.22CR
                         PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR          665,366.43
                         ADJUSTMENTS
                         CAPITAL ADDITIONS
                         CAPITAL WITHDRAWALS
                         NET WORKING CAPITAL                                     7,166,460.22
                         BENCHMARK RATE OF RETURN                    15.00 %
                         BENCHMARK RETURN FOR 335 DAYS                             986,615.41CR
                         CAPITAL GAINS AND LOSSES                                1,001,503.28CR
                         DIVIDENDS AND INTEREST                                      48,072.01CR
                         REALIZED P/L                                            1,049,575.29CR
                         UNREALIZED P/L                                             358,200.70
                         PROFITS WITHDRAWN
                         OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              295,240.82-
                                                                                        .93CR
                         CURRENT CASH BALANCE
                         NET MARKET VALUE OF OPEN SECURITIES POSITIONS           7,192,467.45
                         TOTAL EQUITY                                            7,192,468.38CR
                         PRIOR YEAR END EQUITY                       6,501,093.79CR
                         ANNUALIZED RETURN FOR CURRENT YEAR              11.58 %
                         PROJECTED ANNUALIZED RATE OF RETURN            10.57 %
                         BUYING POWER         7,192   OVER/UNDER           961-
```