# EXHIBIT K

```
ACCOUNT #   1-CM579-3   BAM LP                    REPORT FOR THE PERIOD FROM 1/01/02 TO 12/31/02
            INITIAL INVESTMENT                                                1,987,414.68CR
            PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR              37,778.17-
            ADJUSTMENTS
            CAPITAL ADDITIONS                                                   100,000.00CR
            CAPITAL WITHDRAWALS                                                  85,000.00
            NET WORKING CAPITAL                                                2,002,414.68CR
            BENCHMARK RATE OF RETURN              15.00 %
            BENCHMARK RETURN FOR 365 DAYS                                         290,484.79CR
            CAPITAL GAINS AND LOSSES                                              261,235.67CR
            DIVIDENDS AND INTEREST                                                 14,517.71CR
            REALIZED P/L                                                          275,753.38CR
            UNREALIZED P/L
            PROFITS WITHDRAWN
            OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                           14,731.41-
            CURRENT CASH BALANCE                                                        .73CR
            NET MARKET VALUE OF OPEN SECURITIES POSITIONS                       2,315,945.50
            TOTAL EQUITY                                                        2,315,946.23CR
            PRIOR YEAR END EQUITY                         2,025,192.85CR
            ANNUALIZED RETURN FOR CURRENT YEAR                  13.96 %
            PROJECTED ANNUALIZED RATE OF RETURN                 13.88 %
            BUYING POWER             2,316             OVER/UNDER      23
```

MDPTQQ00159759

```
ACCOUNT #   1-CM579-3   BAM LP            REPORT FOR THE PERIOD FROM 1/01/03 TO 12/31/03
                       INITIAL INVESTMENT                                    2,292,899.47CR
                       PROFITS IN EXCESS OF BENCHMARK RETURN FOR PREVIOUS YEAR   23,046.76-
                       ADJUSTMENTS
                       CAPITAL ADDITIONS                                         70,000.00
                       CAPITAL WITHDRAWALS
                       NET WORKING CAPITAL                                    2,222,899.47CR
                       BENCHMARK RATE OF RETURN                    15.00 %
                       BENCHMARK RETURN FOR 365 DAYS                              336,455.47CR
                       CAPITAL GAINS AND LOSSES                                   212,662.06CR
                       DIVIDENDS AND INTEREST                                      23,778.03CR
                       REALIZED P/L                                                236,440.09CR
                       UNREALIZED P/L
                       PROFITS WITHDRAWN
                       OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              100,015.38-
                       CURRENT CASH BALANCE                                              .82CR
                       NET MARKET VALUE OF OPEN SECURITIES POSITIONS          2,482,385.50
                       TOTAL EQUITY                                           2,482,386.32CR
                       PRIOR YEAR END EQUITY                      2,315,946.23CR
                       ANNUALIZED RETURN FOR CURRENT YEAR                  10.43 %
                       PROJECTED ANNUALIZED RATE OF RETURN                 10.37 %
                       BUYING POWER        2,482            OVER/UNDER         77-
```

MDPTQQ00159771

```
ACCOUNT #   1-CM579-3   BAM LP              REPORT FOR THE PERIOD FROM 1/01/04 TO 12/31/04
                        INITIAL INVESTMENT                                    2,559,354.94CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR         76,968.62
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                       100,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                   2,459,354.94CR
                        BENCHMARK RATE OF RETURN              15.00 %
                        BENCHMARK RETURN FOR 366 DAYS                           370,119.41CR
                        CAPITAL GAINS AND LOSSES                                212,646.61CR
                        DIVIDENDS AND INTEREST                                   41,450.48CR
                        REALIZED P/L                                            254,097.09CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR            116,022.32-
                        CURRENT CASH BALANCE                                           .41CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS         2,636,483.00
                        TOTAL EQUITY                                          2,636,483.41CR
                        PRIOR YEAR END EQUITY                 2,482,386.32CR
                        ANNUALIZED RETURN FOR CURRENT YEAR          10.63 %
                        PROJECTED ANNUALIZED RATE OF RETURN         10.60 %
                        BUYING POWER              2,636        OVER/UNDER           193-
```

MDPTQQ00159783

MDPTQQ00159795

```
ACCOUNT #   1-CM579-3   BAM LP            REPORT FOR THE PERIOD FROM 1/01/05 TO 12/31/05
                        INITIAL INVESTMENT                                    2,829,474.35CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR        192,990.94
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                     1,828,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                   1,001,474.35CR
                        BENCHMARK RATE OF RETURN                  15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                           359,292.79CR
                        CAPITAL GAINS AND LOSSES                                202,572.58CR
                        DIVIDENDS AND INTEREST                                   26,574.24CR
                        REALIZED P/L                                            229,146.82CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR            130,145.97-
                        CURRENT CASH BALANCE                                           .73CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS         1,037,629.50
                        TOTAL EQUITY                                          1,037,630.23CR
                        PRIOR YEAR END EQUITY                  2,636,483.41CR
                        ANNUALIZED RETURN FOR CURRENT YEAR         10.40 %
                        PROJECTED ANNUALIZED RATE OF RETURN        10.37 %
                        BUYING POWER               1,038  OVER/UNDER              323-
```

```
ACCOUNT #   1-CM579-3   BAM LP                REPORT FOR THE PERIOD FROM 1/01/06 TO 12/31/06
                        INITIAL INVESTMENT                                       1,360,767.14CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR           323,136.91
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                             60,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                      1,300,767.14CR
                        BENCHMARK RATE OF RETURN                    15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                              195,213.70CR
                        CAPITAL GAINS AND LOSSES                                   109,990.09CR
                        DIVIDENDS AND INTEREST                                      19,795.30CR
                        REALIZED P/L                                               129,785.39CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR               65,428.31-
                        CURRENT CASH BALANCE                                              .62CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS            1,107,415.00
                        TOTAL EQUITY                                             1,107,415.62CR
                        PRIOR YEAR END EQUITY                     1,037,630.23CR
                        ANNUALIZED RETURN FOR CURRENT YEAR             13.26 %
                        PROJECTED ANNUALIZED RATE OF RETURN            13.22 %
                        BUYING POWER            1,107    OVER/UNDER     389-
```

MDPTQQ00159807

```
ACCOUNT #   1-CM579-3   BAM LP          REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                        INITIAL INVESTMENT                                    1,495,980.84CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR         388,565.22
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                        438,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                    1,057,980.84CR
                        BENCHMARK RATE OF RETURN              15.00 %
                        BENCHMARK RETURN FOR 365 DAYS                            193,886.72CR
                        CAPITAL GAINS AND LOSSES                                  90,667.21CR
                        DIVIDENDS AND INTEREST                                    11,045.11CR
                        REALIZED P/L                                             101,712.32CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              92,174.40-
                        CURRENT CASH BALANCE                                            .19CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS            771,127.75
                        TOTAL EQUITY                                             771,127.94CR
                        PRIOR YEAR END EQUITY                          1,107,415.62CR
                        ANNUALIZED RETURN FOR CURRENT YEAR                 11.25 %
                        PROJECTED ANNUALIZED RATE OF RETURN                11.22 %
                        BUYING POWER               771    OVER/UNDER               481-
```

MDPTQQ00159819

```
ACCOUNT #   1-CM579-3    BAM LP                              REPORT FOR THE PERIOD FROM  1/01/08 TO 12/16/08
                        INITIAL INVESTMENT                                                   1,251,867.56CR
                        PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR                       480,739.62
                        ADJUSTMENTS
                        CAPITAL ADDITIONS                                                      125,000.00
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                                  1,126,867.56CR
                        BENCHMARK RATE OF RETURN                              15.00 %
                        BENCHMARK RETURN FOR 335 DAYS                                          160,381.08CR
                        CAPITAL GAINS AND LOSSES                                                98,025.84CR
                        DIVIDENDS AND INTEREST                                                   4,829.48CR
                        REALIZED P/L                                                           102,855.32CR
                        UNREALIZED P/L                                                          34,649.10
                        PROFITS WITHDRAWN
                        OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                            92,174.86-
                        CURRENT CASH BALANCE                                                         .31CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS                          714,333.85
                        TOTAL EQUITY                                                           714,334.16CR
                        PRIOR YEAR END EQUITY                          771,127.94CR
                        ANNUALIZED RETURN FOR CURRENT YEAR                    10.86 %
                        PROJECTED ANNUALIZED RATE OF RETURN                    9.91 %
                        BUYING POWER               714       OVER/UNDER          573-
```

MDPTQQ00159830