# EXHIBIT L

# J.P.Morgan

**All Trade Activity**
Summary by Trade Date
From: 01-May-2007  To: 31-May-2007

**Custody**

**All Trade Activity**

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*Trade Date: 09-May-2007  CCY: USD*

*Transaction Category: PURCHASE  Transaction Status: SETTLED*

| Security ID<br>ISIN<br>Coupon Rate / Fail Description | Security Name<br>Maturity Date | Pool Number | Transaction Category<br>Transaction Type<br>Transaction Status<br>Broker | Age (Days) | Transaction Number | Trade Date<br>Contractual S/D<br>Actual S/D<br>Autosettle Date | Units<br>Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 912795ZU8<br>US912795ZU83<br>09/AUG/2007 USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB<br>09-Aug-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307129BT44 | 09-May-2007<br>09-May-2007<br>09-May-2007 | 50,000,000,000.000 | USD  (49,395,611.11) |
| 912795ZU8<br>US912795ZU83<br>09/AUG/2007 USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB<br>09-Aug-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307129BT5P | 09-May-2007<br>09-May-2007<br>09-May-2007 | 50,000,000,000.000 | USD  (49,395,611.11) |
| 912795ZU8<br>US912795ZU83<br>09/AUG/2007 USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB<br>09-Aug-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307129BT6R | 09-May-2007<br>09-May-2007<br>09-May-2007 | 50,000,000,000.000 | USD  (49,395,611.11) |
| 912795ZU8<br>US912795ZU83<br>09/AUG/2007 USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB<br>09-Aug-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307129BT7S | 09-May-2007<br>09-May-2007<br>09-May-2007 | 50,000,000,000.000 | USD  (49,395,611.11) |
| 912795ZU8<br>US912795ZU83<br>09/AUG/2007 USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB<br>09-Aug-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307129BT8N | 09-May-2007<br>09-May-2007<br>09-May-2007 | 50,000,000,000.000 | USD  (49,395,611.11) |
| 912795ZU8<br>US912795ZU83<br>09/AUG/2007 USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB<br>09-Aug-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307129BT9B | 09-May-2007<br>09-May-2007<br>09-May-2007 | 50,000,000,000.000 | USD  (49,395,611.11) |

19-Dec-2008 13:18:36

JPMSAA0019996

# J.P.Morgan

## Positions - Bernard L Madoff G13414 - Wizard Report
### Summary
### As of: 31-Mar-2007

**Custody** | **Positions**

**Account:  G 13414   BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN Cash Account Number Cash Account Name Cash Account CCY Code | Security Name Coupon Rate Maturity Date Pool Number | Location/Nominee Code Reg./Sub Acct Code Country Code | Awaiting Receipt Awaiting Delivery Opening Units (Cash) Collateral Units Borrowed Units | Settled Units Current Face (Settled) | Total Units Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000.000 | 100,000,000.000 |
| 3133XCBY9 US3133XCBY83 | FEDERAL HOME LN BKS CONS BD 4.05% 11/JUL/2007 4.050000 11-Jul-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 45,000,000.000 | 45,000,000.000 |
| 3133XC6E8 US3133XC6E81 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP/2007 4.000000 28-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 9,000,000.000 | 9,000,000.000 |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000 0.000000 14-Jun-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795ZM6 US912795ZM67 | UNITED STATES OF AMER TREAS BILLS 0% TB 21/JUN/2007 USD1000. 0.000000 21-Jun-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD 0140081703 US DOLLAR DDA USD | US DOLLAR 0.000000 | | 2,000,000.190 0.000 0.000 | 2,000,000.190 | 2,000,000.190 |

# J.P.Morgan

## All Trade Activity
### Summary by Trade Date
### From: 01-Mar-2007  To: 31-Mar-2007

All Trade Activity

### Custody

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name Coupon Rate  Maturity Date | Pool Number | Transaction Category Transaction Type Transaction Status Broker | Age (Days) | Transaction Number | Trade Date Contractual S/D Actual S/D Autosettle Date | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|
| **Trade Date: 13-Mar-2007  CCY: USD** | | | | | | | | |
| **Transaction Category: PURCHASE    Transaction Status: SETTLED** | | | | | | | | |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307072A9P7 | 13-Mar-2007 13-Mar-2007 13-Mar-2007 | 25,000,000,000.000   USD | (24,682,250.00) |
| **Trade Date: 14-Mar-2007  CCY: USD** | | | | | | | | |
| **Transaction Category: PURCHASE    Transaction Status: SETTLED** | | | | | | | | |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307073BU5A | 14-Mar-2007 14-Mar-2007 15-Mar-2007 | 50,000,000,000.000   USD | (49,373,250.00) |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307073BUWJ | 14-Mar-2007 14-Mar-2007 14-Mar-2007 | 50,000,000,000.000   USD | (49,373,250.00) |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307073BUWQ | 14-Mar-2007 14-Mar-2007 14-Mar-2007 | 50,000,000,000.000   USD | (49,373,250.00) |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307073BUY0 | 14-Mar-2007 14-Mar-2007 14-Mar-2007 | 50,000,000,000.000   USD | (49,373,250.00) |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307073BUYM | 14-Mar-2007 14-Mar-2007 14-Mar-2007 | 50,000,000,000.000   USD | (49,373,250.00) |
| 912795ZL8 US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000      14-Jun-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307073BUZW | 14-Mar-2007 14-Mar-2007 14-Mar-2007 | 25,000,000,000.000   USD | (24,686,625.00) |

J.P.Morgan

**Positions - Bernard L Madoff G13414 - Wizard Report**
As of: 31-Mar-2007

Positions

Custody

**End of Report**

06-Feb-2009 12:59:56

JPMSAA0019895

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Apr-2007

Custody

Positions

### Account:  G 13414   BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID<br>ISIN<br>Cash Account Number<br>Cash Account Name<br>Cash Account CCY Code | Security Name<br>Coupon Rate<br>Maturity Date<br>Pool Number | Location/Nominee Code<br>Reg/Sub Acct Code<br>Country Code | Awaiting Receipt<br>Awaiting Delivery<br>Opening Units (Cash)<br>Collateral Units<br>Borrowed Units | Settled Units<br>Current Face (Settled) | Total Units<br>Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8<br>US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009<br>3.000000<br>08-Apr-2009 | FRB<br><br>FBE<br>US | 0.000<br>0.000<br><br>0.000<br>0.000 | 100,000,000.000 | 100,000,000.000 |
| 3133XCBY9<br>US3133XCBY83 | FEDERAL HOME LN BKS CONS BD 4.05% 11/JUL/2007<br>4.050000<br>11-Jul-2007 | FRB<br><br>FBE<br>US | 0.000<br>0.000<br><br>0.000<br>0.000 | 45,000,000.000 | 45,000,000.000 |
| 3133XC6E8<br>US3133XC6E81 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP/2007<br>4.000000<br>28-Sep-2007 | FRB<br><br>FBE<br>US | 0.000<br>0.000<br><br>0.000<br>0.000 | 9,000,000.000 | 9,000,000.000 |
| 912795ZL8<br>US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000<br>0.000000<br>14-Jun-2007 | FRB<br><br>FBE<br>US | 0.000<br>0.000<br><br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795ZM6<br>US912795ZM67 | UNITED STATES OF AMER TREAS BILLS 0% TB 21/JUN/2007 USD1000<br>0.000000<br>21-Jun-2007 | FRB<br><br>FBE<br>US | 0.000<br>0.000<br><br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD<br>0140081703<br>US DOLLAR DDA<br>USD | US DOLLAR<br>0.000000 | | 932,475.640<br>0.000<br>0.000 | 1,014,710.230 | 1,014,710.230 |

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### As of: 30-Apr-2007

Custody

Positions

# End of Report

# J.P.Morgan

Page 1 of 3

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-May-2007

**Custody**

**Positions**

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8<br>US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009<br>3.000000<br>08-Apr-2009 | FRB<br>FBE<br>US | 0.000<br>0.000 | 100,000,000.000 | 100,000,000.000 |
| 3133XCBY8<br>US3133XCBY83 | FEDERAL HOME LN BKS CONS BD 4.05% 11/JUL/2007<br>4.050000<br>11-Jul-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 45,000,000.000 | 45,000,000.000 |
| 3133XC6E8<br>US3133XC6EB1 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP/2007<br>4.000000<br>28-Sep-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 9,000,000.000 | 9,000,000.000 |
| 912795ZU8<br>US912795ZU83 | UNITED STATES OF AMER TREAS BILLS 0% TB 09/AUG/2007 USD1000<br>0.000000<br>09-Aug-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795ZL8<br>US912795ZL84 | UNITED STATES OF AMER TREAS BILLS 0% TB 14/JUN/2007 USD1000<br>0.000000<br>14-Jun-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795ZM6<br>US912795ZM67 | UNITED STATES OF AMER TREAS BILLS 0% TB 21/JUN/2007 USD1000.<br>0.000000<br>21-Jun-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD | US DOLLAR<br>0.000000 | | | 1,252,340.560 | 1,252,340.560 |

J.P.Morgan

## Positions - Bernard L Madoff G13414
Summary
As of: 31-May-2007

Custody

Positions

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN Cash Account Number Cash Account Name Cash Account CCY Code | Security Name Coupon Rate Maturity Date Pool Number | Location/Nominee Code Reg./Sub Acct Code Country Code | Awaiting Receipt Awaiting Delivery Opening Units (Cash) Collateral Units Borrowed Units | Settled Units Current Face (Settled) | Total Units Current Face (Total) |
|---|---|---|---|---|---|
| 0140081703 US DOLLAR DDA | | | 39,570.810 0.000 0.000 | | |
| USD | | | | | |

06-Feb-2009 13:21:25

JPMSAA00119899

Positions

J.P.Morgan

**Positions - Bernard L. Madoff G13414**
As of: 31-May-2007

**End of Report**

Custody

06-Feb-2009 13:21:25

JPMSAA0019900

D-011-743-164

# J.P.Morgan

**All Trade Activity**
Summary by Trade Date
From: 01-Jun-2007 To: 30-Jun-2007

All Trade Activity

## Custody

### Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC

*Trade Date: 21-Jun-2007   CCY: USD*

*Transaction Category: PURCHASE   Transaction Status: SETTLED*

| Security ID ISIN | Security Name Coupon Rate / Maturity Date / Fail Description | Pool Number | Age (Days) | Transaction Number | Transaction Category Transaction Type Transaction Status Broker | Trade Date Contractual S/D Actual S/D Autosettle Date | Units Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20SEP2007 USD1000 20-Sep-2007 | | | T3071172A97K | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | 21-Jun-2007 21-Jun-2007 21-Jun-2007 | 50,000,000.000 | USD | (49,422,402.78) |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20SEP2007 USD1000 20-Sep-2007 | | | T3071172A97V | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | 21-Jun-2007 21-Jun-2007 21-Jun-2007 | 50,000,000.000 | USD | (49,422,402.78) |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20SEP2007 USD1000 20-Sep-2007 | | | T3071172A98G | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | 21-Jun-2007 21-Jun-2007 21-Jun-2007 | 50,000,000.000 | USD | (49,422,402.78) |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20SEP2007 USD1000 20-Sep-2007 | | | T3071172BA76 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | 21-Jun-2007 21-Jun-2007 21-Jun-2007 | 50,000,000.000 | USD | (49,422,402.78) |

19-Dec-2008 13:19:31

JPMSAA0019999

# J.P.Morgan

**All Trade Activity**
Summary by Trade Date
From: 01-Jun-2007 To: 30-Jun-2007

**Custody**

All Trade Activity

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN | Security Name / Coupon Rate / Fall Description / Maturity Date / Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units / Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|
| **Trade Date: 14-Jun-2007   CCY: USD** | | | | | | | | |
| **Transaction Category: PURCHASE   Transaction Status: SETTLED** | | | | | | | | |
| 912795ZZ70 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 13-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071658W40 | 14-Jun-2007 14-Jun-2007 14-Jun-2007 | 50,000,000.000 | USD | (49,428,722.22) |
| 912795ZZ70 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 13-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071658W72 | 14-Jun-2007 14-Jun-2007 14-Jun-2007 | 50,000,000.000 | USD | (49,428,722.22) |
| 912795ZZ70 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 13-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071658W8T | 14-Jun-2007 14-Jun-2007 14-Jun-2007 | 50,000,000.000 | USD | (49,428,722.22) |
| 912795ZZ70 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 13-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071658W9T | 14-Jun-2007 14-Jun-2007 14-Jun-2007 | 50,000,000.000 | USD | (49,428,722.22) |
| 912795ZZ70 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 13-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071658XAE | 14-Jun-2007 14-Jun-2007 14-Jun-2007 | 50,000,000.000 | USD | (49,428,722.22) |
| 912795ZZ70 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 13-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071658XBQ | 14-Jun-2007 14-Jun-2007 14-Jun-2007 | 50,000,000.000 | USD | (49,428,722.22) |
| **Trade Date: 21-Jun-2007   CCY: USD** | | | | | | | | |
| **Transaction Category: PURCHASE   Transaction Status: SETTLED** | | | | | | | | |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20/SEP/2007 USD1000 20-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071722974 | 21-Jun-2007 21-Jun-2007 21-Jun-2007 | 50,000,000.000 | USD | (49,422,402.78) |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20/SEP/2007 USD1000 20-Sep-2007 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T3071722A97A | 21-Jun-2007 21-Jun-2007 21-Jun-2007 | 50,000,000.000 | USD | (49,422,402.78) |

19-Dec-2008 13:19:31

JPMSAA0019998

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Oct-2007

Custody

Positions

**Account: G 13414   BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 | 100,000,000.000 | 100,000,000.000 |
| 912795826 US912795B262 | UNITED STATES OF AMER TREAS BILLS 0% BDS 15/NOV/2007 USD1000 0.000000 15-Nov-2007 | FRB FBE US | 0.000 0.000. 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795867 US912795B676 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/DEC/2007 USD1000 0.000000 13-Dec-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795A92 US912795A926 | UNITED STATES OF AMER TREAS BILLS TB 08/NOV/2007 USD1000 0.000000 08-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| 912795C33 US912795C336 | UNITED STATES OF AMER TREAS BILLS TB 17/JAN/2008 US$1000 0.000000 17-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C41 US912795C419 | UNITED STATES OF AMER TREAS STRIP 0% TB 24/JAN/2008 USD1000 0.000000 24-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795859 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 0.000000 | FRB FBE | 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

06-Feb-2009 13:24:08

JPMSAA0019913

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Oct-2007

**Custody**

**Positions**

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID<br>ISIN<br>Cash Account Number<br>Cash Account Name<br>Cash Account CCY Code | Security Name<br>Coupon Rate<br>Maturity Date<br>Pool Number | Location/Nominee Code<br>Reg./Sub Acct Code<br>Country Code | Awaiting Receipt<br>Awaiting Delivery<br>Opening Units (Cash)<br>Collateral Units<br>Borrowed Units | Settled Units<br>Current Face (Settled) | Total Units<br>Current Face (Total) |
|---|---|---|---|---|---|
| | 05-Dec-2007 | US | 0.000<br>0.000 | | |
| 912795875<br>US912795B759 | UNITED STATES TREAS BILLS DT 21/JUN/2007-20/DEC/2007<br>0.000000<br>20-Dec-2007 | FRB<br><br>FBE<br>US | 0.000<br>0.000<br><br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD<br>0140081703<br>US DOLLAR DDA<br>USD | US DOLLAR<br>0.000000 | | 2,172,007.920<br>0.000<br>0.000 | 1,062,731.790 | 1,062,731.790 |

JPMSAA0019914

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Jun-2007

**Custody**

**Positions**

**Account:  G 13414   BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000,000 | 100,000,000,000 |
| 3133XCBY8 US3133XCBY83 | FEDERAL HOME LN BKS CONS BD 4.05% 11/JUL/2007 4.050000 11-Jul-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 45,000,000,000 | 45,000,000,000 |
| 3133XC6E8 US3133XC6E81 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP/2007 4.000000 28-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 9,000,000,000 | 9,000,000,000 |
| 912795ZU8 US912795ZU83 | UNITED STATES OF AMER TREAS BILLS 0% TB 09/AUG/2007 USD1000 0.000000 09-Aug-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |
| 912795ZZ7 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 0.000000 13-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20/SEP/2007 USD1000 0.000000 20-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |
| CASHUSD | US DOLLAR 0.000000 | | | 292,099.580 | 292,099.580 |

06-Feb-2009 13:22:14

JPMSAA00119901

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Jun-2007

**Custody**

**Positions**

**Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID | Security Name | Location/Nominee Code | Awaiting Receipt | Settled Units | Total Units |
|---|---|---|---|---|---|
| ISIN | Coupon Rate | Reg./Sub Acct Code | Awaiting Delivery | Current Face (Settled) | Current Face (Total) |
| Cash Account Number | Maturity Date | Country Code | Opening Units (Cash) | | |
| Cash Account Name | Pool Number | | Collateral Units | | |
| Cash Account CCY Code | | | Borrowed Units | | |
| 0140081703 | | | 292,099.580 | | |
| US DOLLAR DDA | | | 0.000 | | |
| | | | 0.000 | | |
| USD | | | | | |

06-Feb-2009 13:22:14

JPMSAA0019902

D-0T1-743-173

## J.P.Morgan

**Positions - Bernard L Madoff G13414**
As of: 30-Jun-2007

Positions

Custody

**End of Report**

JPMSAA0019903

# J.P.Morgan

**All Trade Activity**
Summary by Trade Date
From: 01-Jul-2007 To: 31-Jul-2007

Page 1 of 2

All Trade Activity

## Custody

### Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC

**Trade Date: 24-Jul-2007  CCY: USD**

**Transaction Category: PURCHASE    Transaction Status: SETTLED**

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units / Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| 912795A68 US912795A686 | US GOVERNMENT NATIONAL TB 18/OCT/2007 USD1000 | 18-Oct-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307205A9IU | 24-Jul-2007 24-Jul-2007 24-Jul-2007 | 50,000,000.000 | USD | (49,421,291.67) |
| 912795A68 US912795A686 | US GOVERNMENT NATIONAL TB 18/OCT/2007 USD1000 | 18-Oct-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307205A9N3 | 24-Jul-2007 24-Jul-2007 24-Jul-2007 | 50,000,000.000 | USD | (49,421,291.67) |
| 912795A68 US912795A686 | US GOVERNMENT NATIONAL TB 18/OCT/2007 USD1000 | 18-Oct-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307205A9SN | 24-Jul-2007 24-Jul-2007 24-Jul-2007 | 50,000,000.000 | USD | (49,421,291.67) |
| 912795A76 US912795A769 | US TREASURY NOTES (CBT) 0% TB 25/OCT/2007 USD1000 | 25-Oct-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307205BSAR | 24-Jul-2007 24-Jul-2007 24-Jul-2007 | 50,000,000.000 | USD | (49,373,218.75) |
| 912795A76 US912795A769 | US TREASURY NOTES (CBT) 0% TB 25/OCT/2007 USD1000 | 25-Oct-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307205BSC7 | 24-Jul-2007 24-Jul-2007 24-Jul-2007 | 50,000,000.000 | USD | (49,373,218.75) |
| 912795A76 US912795A769 | US TREASURY NOTES (CBT) 0% TB 25/OCT/2007 USD1000 | 25-Oct-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307205BSCP | 24-Jul-2007 24-Jul-2007 24-Jul-2007 | 50,000,000.000 | USD | (49,373,218.75) |

19-Dec-2008 13:20:29

JPMSAA0020001

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Jul-2007

**Custody**

**Positions**

**Account: G 13414   BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 06-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000.000 | 100,000,000.000 |
| 3133XC6E8 US3133XC6E81 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP/2007 4.000000 28-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 9,000,000.000 | 9,000,000.000 |
| 912795ZU8 US912795ZU83 | UNITED STATES OF AMER TREAS BILLS 0% TB 09/AUG/2007 USD1000 0.000000 09-Aug-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795ZZ7 US912795ZZ70 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/SEP/2007 USD1000 0.000000 13-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20/SEP/2007 USD1000 0.000000 20-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795A68 US912795A686 | US GOVERNMENT NATIONAL TB 18/OCT/2007 USD1000 0.000000 18-Oct-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 150,000,000.000 | 150,000,000.000 |
| 912795A76 US912795A769 | US TREASURY NOTES (CBT) 0% TB 25/OCT/2007 USD1000 0.000000 | FRB FBE | 0.000 0.000 | 150,000,000.000 | 150,000,000.000 |

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Jul-2007

## Custody

### Positions

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN Cash Account Number Cash Account Name Cash Account CCY Code | Security Name Coupon Rate Maturity Date Pool Number | Location/Nominee Code Reg./Sub Acct Code Country Code | Awaiting Receipt Awaiting Delivery (Cash) Opening Units (Cash) Collateral Units Borrowed Units | Settled Units Current Face (Settled) | Total Units Current Face (Total) |
|---|---|---|---|---|---|
| | 25-Oct-2007 | US | 0.000 0.000 | | |
| CASHUSD | US DOLLAR | | | 153,250.680 | 153,250.680 |
| 0140081703 US DOLLAR DDA | 0.000000 | | 63,000.180 0.000 0.000 | | |
| USD | | | | | |

JPMSAA0019905

Positions

# J.P.Morgan

Custody

## Positions - Bernard L Madoff G13414
### As of: 31-Jul-2007

**End of Report**

08-Feb-2009 13:22:43

JPMSAA0019906

D-011-743-176

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Aug-2007

**Custody**                                                                                       **Positions**

**Account: G 13414    BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000,000 | 100,000,000,000 |
| 3133XC6E8 US3133XC6E81 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP/2007 4.000000 28-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 9,000,000,000 | 9,000,000,000 |
| 91279B26 US91279B5B262 | UNITED STATES OF AMER TREAS BILLS 0% BDS 15/NOV/2007 USD1000 0.000000 15-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |
| 912795A27 US912795A272 | UNITED STATES OF AMER TREAS BILLS 0% TB 20/SEP/2007 USD1000 0.000000 20-Sep-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |
| 912795A92 US912795A926 | UNITED STATES OF AMER TREAS BILLS TB 08/NOV/2007 USD1000 0.000000 08-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000,000 | 200,000,000,000 |
| 912795A68 US912795A686 | UNITED STATES OF AMER TREAS BILLS TB 18/OCT/2007 USD1000 0.000000 18-Oct-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |
| 912795ZZ7 US912795ZZ70 | US TREASURY BILL 0% T-BILL 13/SEP/2007 USD1000 0.000000 | FRB FBE | 0.000 0.000 | 300,000,000,000 | 300,000,000,000 |

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Aug-2007

Page 2 of 3

Custody                                                                                           Positions

**Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID<br>ISIN<br>Cash Account Number<br>Cash Account Name<br>Cash Account CCY Code | Security Name<br>Coupon Rate<br>Maturity Date<br>Pool Number | Location/Nominee Code<br>Reg./Sub Acct Code<br>Country Code | Awaiting Receipt<br>Awaiting Delivery<br>Opening Units (Cash)<br>Collateral Units<br>Borrowed Units | Settled Units<br>Current Face (Settled) | Total Units<br>Current Face (Total) |
|---|---|---|---|---|---|
| | 13-Sep-2007 | US | 0.000<br>0.000 | | |
| 912795B75<br>US912795B759 | US TREASURY BILL 0% T-BILL 20/DEC/2007 USD1000<br>0.000000<br>20-Dec-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795A76<br>US912795A769 | US TREASURY NOTES (CBT) 0% TB 25/OCT/2007 USD1000<br>0.000000<br>25-Oct-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD | US DOLLAR | | 362,000.680<br>0.000<br>0.000 | 156,000.550 | 156,000.550 |
| 0140081703<br>US DOLLAR DDA<br>USD | 0.000000 | | | | |

D-0111-743-202                                                                06-Feb-2009 13:23:11

JPMSAA0019908

# J.P.Morgan

**Positions - Bernard L. Madoff G13414**
As of: 31-Aug-2007

Positions

Custody

**End of Report**

JPMSAA0019909

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Sep-2007

Page 1 of 3

Custody

Positions

**Account: G 13414    BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000.000 | 100,000,000.000 |
| 912795B26 US912795B262 | UNITED STATES OF AMER TREAS BILLS 0% BDS 15/NOV/2007 USD1000 0.000000 15-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795A92 US912795A926 | UNITED STATES OF AMER TREAS BILLS TB 08/NOV/2007 USD1000 0.000000 08-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| 912795A68 US912795A686 | UNITED STATES OF AMER TREAS BILLS TB 18/OCT/2007 USD1000 0.000000 18-Oct-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795B59 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 0.000000 06-Dec-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795B67 US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007 USD1000 0.000000 13-Dec-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795B75 US912795B759 | US TREASURY BILL 0% T-BILL 20/DEC/2007 USD1000 0.000000 | FRB FBE | 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

D-0111-743-208

06-Feb-2009 13:23:37

JPMSAA00199910

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Sep-2007

Page 2 of 3

Custody

Positions

### Account:  G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| | 20-Dec-2007 | US | 0.000 / 0.000 | | |
| 912795A76 / US912795A769 | US TREASURY NOTES (CBT) 0% TB 25/OCT/2007 USD1000 / 0.000000 / 25-Oct-2007 | FRB / FBE / US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| CASH/USD / 0140081703 / US DOLLAR DDA / USD | US DOLLAR / 0.000000 | | 376,500.120 / 0.000 / 0.000 | 376,500.120 | 376,500.120 |

J.P.Morgan

Positions - Bernard L Madoff G13414
As of: 30-Sep-2007

Positions

Custody

**End of Report**

08-Feb-2009 13:23:37

D-011-743-208

JPMSAA0019912

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Oct-2007

**Custody**

**Positions**

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000.000 | 100,000,000.000 |
| 912795B26 US912795B262 | UNITED STATES OF AMER TREAS BILLS 0% BDS 15/NOV/2007 USD1000 0.000000 15-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795B67 US912795B676 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/DEC/2007 USD1000 0.000000 13-Dec-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795A92 US912795A926 | UNITED STATES OF AMER TREAS BILLS TB 08/NOV/2007 USD1000 0.000000 08-Nov-2007 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| 912795C33 US912795C336 | UNITED STATES OF AMER TREAS BILLS TB 17/JAN/2008 US$1000 0.000000 17-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C41 US912795C419 | UNITED STATES OF AMER TREAS STRIP 0% TB 24/JAN/2008 USD1000 0.000000 24-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795B59 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 0.000000 | FRB FBE | 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

# J.P.Morgan

## Positions - Bernard L Madoff G13414
Summary
As of: 31-Oct-2007

Custody

Positions

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units Current Face (Settled) | Total Units Current Face (Total) |
|---|---|---|---|---|---|
| 06-Dec-2007 | | US | 0.000 / 0.000 | | |
| 912795B75 US912795B759 | UNITED STATES TREAS BILLS DT 21/JUN/2007-20/DEC/2007 0.000000 20-Dec-2007 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD 0140081703 US DOLLAR DDA USD | US DOLLAR 0.000000 | | 2,172,007.920 / 0.000 / 0.000 | 1,062,731.790 | 1,062,731.790 |

# J.P.Morgan

**Custody**

**Positions - Bernard L Madoff G13414**
As of: 31-Oct-2007

**Positions**

**End of Report**

JPMSAA0019915

D-011-743-213

# J.P.Morgan

**All Trade Activity**
Summary by Trade Date
From: 01-Nov-2007 To: 30-Nov-2007

**Custody**

**All Trade Activity**

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*Trade Date: 08-Nov-2007  CCY: USD*
*Transaction Category: PURCHASE  Transaction Status: SETTLED*

| Security ID / ISIN | Security Name / Coupon Rate / Maturity Date / Fail Description | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 912795C66 US912795C866 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 07/FE 07-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307312BUUD | 08-Nov-2007 08-Nov-2007 08-Nov-2007 | 50,000,000,000.000 | USD | (49,539,944.44) |
| 912795C66 US912795C866 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 07/FE 07-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307312BUXJ | 08-Nov-2007 08-Nov-2007 08-Nov-2007 | 50,000,000,000.000 | USD | (49,539,944.44) |

*Trade Date: 15-Nov-2007  CCY: USD*
*Transaction Category: PURCHASE  Transaction Status: SETTLED*

| Security ID / ISIN | Security Name | Pool Number | Transaction | Age | Transaction Number | Trade Date | Units | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 13/MA 13-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307319B6G5 | 15-Nov-2007 15-Nov-2007 15-Nov-2007 | 50,000,000,000.000 | USD | (49,454,170.14) |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 13/MA 13-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307319B6HU | 15-Nov-2007 15-Nov-2007 15-Nov-2007 | 50,000,000,000.000 | USD | (49,454,170.14) |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 13/MA 13-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307319B6JO | 15-Nov-2007 15-Nov-2007 15-Nov-2007 | 50,000,000,000.000 | USD | (49,454,170.14) |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 13/MA 13-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307319B6LY | 15-Nov-2007 15-Nov-2007 15-Nov-2007 | 50,000,000,000.000 | USD | (49,454,170.14) |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 13/MA 13-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307319B6NQ | 15-Nov-2007 15-Nov-2007 15-Nov-2007 | 50,000,000,000.000 | USD | (49,454,170.14) |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 13/MA 13-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307319CIBO | 15-Nov-2007 15-Nov-2007 15-Nov-2007 | 50,000,000,000.000 | USD | (49,454,170.14) |

19-Dec-2008 13:24:48

JPMSAA0020014

# J.P.Morgan

**All Trade Activity**
Summary by Trade Date
From: 01-Sep-2007 To: 30-Sep-2007

**Custody**

**All Trade Activity**

### Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID<br>ISIN | Security Name<br>Coupon Rate<br>Fail Description | Maturity Date | Pool Number | Transaction Category<br>Transaction Type<br>Transaction Status<br>Broker | Age (Days) | Transaction Number | Trade Date<br>Contractual S/D<br>Actual S/D<br>Autosettle Date | Units<br>Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| **Trade Date: 13-Sep-2007** | | | | | | | | | | |
| *Transaction Category: PURCHASE    Transaction Status: SETTLED* | | | | | | | | | | |
| 912795B67<br>US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007<br>USD1000 | 13-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307256A6C3 | 13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007 | 50,000,000.000 | USD | (49,504,555.56) |
| 912795B67<br>US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007<br>USD1000 | 13-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307256A6E1 | 13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007 | 50,000,000.000 | USD | (49,504,555.56) |
| 912795B67<br>US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007<br>USD1000 | 13-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307256A6F4 | 13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007 | 50,000,000.000 | USD | (49,504,555.56) |
| 912795B67<br>US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007<br>USD1000 | 13-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307256A6HI | 13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007 | 50,000,000.000 | USD | (49,504,555.56) |
| 912795B67<br>US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007<br>USD1000 | 13-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307256A6K7 | 13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007 | 50,000,000.000 | USD | (49,504,555.56) |
| 912795B67<br>US912795B676 | US TREASURY BILL 0% T-BILL 13/DEC/2007<br>USD1000 | 13-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307256A6OY | 13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007<br>13-Sep-2007 | 50,000,000.000 | USD | (49,504,555.56) |
| **Trade Date: 20-Sep-2007** | | | | | | | | | | |
| *Transaction Category: PURCHASE    Transaction Status: SETTLED* | | | | | | | | | | |
| 912795B59<br>US912795B593 | UNITED STATES TREAS BILLS DT<br>07/JUN/2007-06/DEC/2007 | 06-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307263BZX1 | 20-Sep-2007<br>20-Sep-2007<br>20-Sep-2007 | 50,000,000.000 | USD | (49,590,402.78) |
| 912795B59<br>US912795B593 | UNITED STATES TREAS BILLS DT<br>07/JUN/2007-06/DEC/2007 | 06-Dec-2007 | | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307263BZXC | 20-Sep-2007<br>20-Sep-2007<br>20-Sep-2007 | 50,000,000.000 | USD | (49,590,402.78) |

# J.P.Morgan

## All Trade Activity
Summary by Trade Date
From: 01-Sep-2007 To: 30-Sep-2007

**All Trade Activity**

### Custody

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*Trade Date: 20-Sep-2007    Transaction Category: PURCHASE    Transaction Status: SETTLED*

| Security ID ISIN | Security Name Coupon Rate / Maturity Date Fail Description | Pool Number | Transaction Category Transaction Type Transaction Status Broker | Age (Days) | Transaction Number | Trade Date Contractual S/D Actual S/D Autosettle Date | Units Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 912795B59 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 06-Dec-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307263BZXH | 20-Sep-2007 20-Sep-2007 20-Sep-2007 | 50,000,000.000 | USD | (49,590,402.78) |
| 912795B59 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 06-Dec-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307263BZXK | 20-Sep-2007 20-Sep-2007 20-Sep-2007 | 50,000,000.000 | USD | (49,590,402.78) |
| 912795B59 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 06-Dec-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307263BZXU | 20-Sep-2007 20-Sep-2007 20-Sep-2007 | 50,000,000.000 | USD | (49,590,402.78) |
| 912795B59 US912795B593 | UNITED STATES TREAS BILLS DT 07/JUN/2007-06/DEC/2007 06-Dec-2007 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307263BZY1 | 20-Sep-2007 20-Sep-2007 20-Sep-2007 | 50,000,000.000 | USD | (49,590,402.78) |

*CCY: USD*

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Nov-2007

Custody

Positions

**Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3133X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009<br>3.000000<br>08-Apr-2009 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 100,000,000.000 | 100,000,000.000 |
| 912795B59 US912795B593 | UNITED STATES OF AMER TREAS BILLS 0% TB 06/DEC/2007 USD1000<br>0.000000<br>06-Dec-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795B67 US912795B676 | UNITED STATES OF AMER TREAS BILLS 0% TB 13/DEC/2007 USD1000<br>0.000000<br>13-Dec-2007 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C58 US912795C583 | UNITED STATES OF AMER TREAS BILLS 0% TB 31/JAN/2008 USD1000<br>0.000000<br>31-Jan-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C33 US912795C336 | UNITED STATES OF AMER TREAS BILLS TB 17/JAN/2008 US$1000<br>0.000000<br>17-Jan-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C41 US912795C419 | UNITED STATES OF AMER TREAS STRIP 0% TB 24/JAN/2008 USD1000<br>0.000000<br>24-Jan-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C66 US912795C666 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 07/FE<br>0.000000<br>07-Feb-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 200,000,000.000 | 200,000,000.000 |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 13/MA<br>0.000000 | FRB | 0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |

JPMSAA0019916

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 30-Nov-2007

**Custody**

**Positions**

**Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| | 0.000000 / 13-Mar-2008 | FBE / US | 0.000 / 0.000 | | |
| 912795B75 / US912795B759 | US TREASURY BILLS 0% T-BILL 20/DEC/2007 USD1000 / 0.000000 / 20-Dec-2007 | FRB / FBE / US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| CASHUSD / 0140081703 / US DOLLAR DDA / USD | US DOLLAR / 0.000000 | | 68,000.790 / 0.000 / 0.000 | 188,333.030 | 188,333.030 |

Positions

J.P.Morgan

Custody

## Positions - Bernard L Madoff G13414
As of: 30-Nov-2007

**End of Report**

D-011-743-216

# J.P.Morgan

## Positions - Bernard L Madoff G13414
Summary
As of: 31-Dec-2007

Custody

Positions

**Account:  G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 3I3I3X5AW8 US3133X5AW83 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | FRB FBE US | 0.000 0.000 0.000 0.000 | 100,000,000.000 | 100,000,000.000 |
| 912795C58 US912795C583 | UNITED STATES OF AMER TREAS BILLS 0% TB 31/JAN/2008 USD1000 0.000000 31-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C33 US912795C336 | UNITED STATES OF AMER TREAS BILLS TB 17/JAN/2008 US$1000 0.000000 17-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C41 US912795C419 | UNITED STATES OF AMER TREAS STRIP 0% TB 24/JAN/2008 USD1000 0.000000 24-Jan-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C90 US912795C905 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 0.000000 28-Feb-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795C66 US912795C666 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 07/FE 0.000000 07-Feb-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 0.000000 10-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795D32 US912795D326 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 13/MA | FRB | 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

# J.P.Morgan

## Positions - Bernard L Madoff G13414
### Summary
### As of: 31-Dec-2007

**Custody**

**Positions**

### Account: G 13414  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Cash Account Number / Cash Account Name / Cash Account CCY Code | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Code / Reg./Sub.Acct Code / Country Code | Awaiting Receipt / Awaiting Delivery / Opening Units (Cash) / Collateral Units / Borrowed Units | Settled Units / Current Face (Settled) | Total Units / Current Face (Total) |
|---|---|---|---|---|---|
| 0.000000<br>13-Mar-2008 | | FBE<br><br>US | | | |
| 912795D065<br>US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008<br>0.000000<br>03-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795D040<br>US912795D409 | UNITED STATES TREASURY BILLS US TREAS URY BILLS 0% TB 20/MAR/2008 USD1000<br>0.000000<br>20-Mar-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795D057<br>US912795D573 | US TREASURY BILLS 0% TB 27/MAR/2008 USD1000<br>0.000000<br>27-Mar-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 200,000,000.000 | 200,000,000.000 |
| CASHUSD<br>014008I703<br>US DOLLAR DDA<br>USD | US DOLLAR<br>0.000000 | | 635,809.980<br>0.000<br>0.000 | 742,309.050 | 742,309.050 |

# J.P.Morgan

## Positions - Bernard L Madoff G13414
As of: 31-Dec-2007

Custody

Positions

## End of Report

JPMSAA0019921

D-011-743-227

# J.P.Morgan

**All Trade Activity**
Summary by Contractual Settlement Date
From: 01-Dec-2007  To: 31-Dec-2007

Page 1 of 5

All Trade Activity

## Custody

### Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC

*Contractual Settlement Date: 06-Dec-2007  CCY: USD*
*Transaction Category: PURCHASE  Transaction Status: SETTLED*

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 912795C90 US912795C906 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 | 28-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307340BT46 | 06-Dec-2007 06-Dec-2007 06-Dec-2007 | 50,000,000.000 | USD (49,653,500.00) |
| 912795C90 US912795C906 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 | 28-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307340BT5J | 06-Dec-2007 06-Dec-2007 06-Dec-2007 | 50,000,000.000 | USD (49,653,500.00) |
| 912795C90 US912795C906 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 | 28-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307340BT6N | 06-Dec-2007 06-Dec-2007 06-Dec-2007 | 50,000,000.000 | USD (49,653,500.00) |
| 912795C90 US912795C906 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 | 28-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307340BT79 | 06-Dec-2007 06-Dec-2007 06-Dec-2007 | 50,000,000.000 | USD (49,653,500.00) |
| 912795C90 US912795C906 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 | 28-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307340BT7S | 06-Dec-2007 06-Dec-2007 06-Dec-2007 | 50,000,000.000 | USD (49,653,500.00) |
| 912795C90 US912795C906 | UNITED STATES TREAS BILLS ZCP 28/FEB/2008 | 28-Feb-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307340BT7W | 06-Dec-2007 06-Dec-2007 06-Dec-2007 | 50,000,000.000 | USD (49,653,500.00) |

*Contractual Settlement Date: 11-Dec-2007  CCY: USD*
*Transaction Category: PURCHASE  Transaction Status: SETTLED*

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| 912795D40 US912795D409 | UNITED STATES TREASURY BILLS US TREAS URY BILLS 0% TB 20/MAR/2008 USD1000 | 20-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307345CIP6 | 11-Dec-2007 11-Dec-2007 11-Dec-2007 | 50,000,000.000 | USD (49,601,388.89) |
| 912795D40 US912795D409 | UNITED STATES TREASURY BILLS US TREAS URY BILLS 0% TB 20/MAR/2008 USD1000 | 20-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307345CISD | 11-Dec-2007 11-Dec-2007 11-Dec-2007 | 50,000,000.000 | USD (49,601,388.89) |

# J.P.Morgan

## All Trade Activity
### Summary by Contractual Settlement Date
### From: 01-Dec-2007  To: 31-Dec-2007

All Trade Activity

**Custody**

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name<br>Coupon Rate  Maturity Date  Pool Number | Transaction Category<br>Transaction Type<br>Transaction Status<br>Broker | Age (Days) | Transaction Number | Trade Date<br>Contractual S/D<br>Actual S/D<br>Autosettle Date | Units<br>Current Face | Net Amount |
|---|---|---|---|---|---|---|---|

**Contractual Settlement Date: 11-Dec-2007   CCY: USD**

**Transaction Category: PURCHASE   Transaction Status: SETTLED**

| 912795D40<br>US912795D409 | UNITED STATES TREASURY BILLS US TREAS<br>URY BILLS 0% TB 20/MAR/2008 USD1000<br>20-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307345CITS | 11-Dec-2007<br>11-Dec-2007<br>11-Dec-2007 | 50,000,000,000.000 | USD  (49,601,388.89) |
| 912795D40<br>US912795D409 | UNITED STATES TREASURY BILLS US TREAS<br>URY BILLS 0% TB 20/MAR/2008 USD1000<br>20-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307345CIU8 | 11-Dec-2007<br>11-Dec-2007<br>11-Dec-2007 | 50,000,000,000.000 | USD  (49,601,388.89) |
| 912795D40<br>US912795D409 | UNITED STATES TREASURY BILLS US TREAS<br>URY BILLS 0% TB 20/MAR/2008 USD1000<br>20-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307345CIWE | 11-Dec-2007<br>11-Dec-2007<br>11-Dec-2007 | 50,000,000,000.000 | USD  (49,601,388.89) |
| 912795D40<br>US912795D409 | UNITED STATES TREASURY BILLS US TREAS<br>URY BILLS 0% TB 20/MAR/2008 USD1000<br>20-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307345CIWL | 11-Dec-2007<br>11-Dec-2007<br>11-Dec-2007 | 50,000,000,000.000 | USD  (49,601,388.89) |

**Contractual Settlement Date: 12-Dec-2007   CCY: USD**

**Transaction Category: PURCHASE   Transaction Status: SETTLED**

| 912795D57<br>US912795D573 | US TREASURY BILLS 0% TB 27/MAR/2008<br>USD1000<br>27-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307346B5QA | 12-Dec-2007<br>12-Dec-2007<br>12-Dec-2007 | 50,000,000,000.000 | USD  (49,586,305.56) |
| 912795D57<br>US912795D573 | US TREASURY BILLS 0% TB 27/MAR/2008<br>USD1000<br>27-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307346B5QV | 12-Dec-2007<br>12-Dec-2007<br>12-Dec-2007 | 50,000,000,000.000 | USD  (49,586,305.56) |
| 912795D57<br>US912795D573 | US TREASURY BILLS 0% TB 27/MAR/2008<br>USD1000<br>27-Mar-2008 | PURCHASE<br>RECEIVE VS PAYMENT<br>SETTLED<br>NATIONAL FINL SVCS CORP | | T307346B5RK | 12-Dec-2007<br>12-Dec-2007<br>12-Dec-2007 | 50,000,000,000.000 | USD  (49,586,305.56) |

19-Dec-2008 13:26:27

JPMSAA0020017

# J.P.Morgan

**All Trade Activity**
Summary by Contractual Settlement Date
From: 01-Dec-2007 To: 31-Dec-2007

All Trade Activity

## Custody

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name / Coupon Rate Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| *Contractual Settlement Date: 12-Dec-2007   CCY: USD* | | | | | | | | | |
| *Transaction Category: PURCHASE   Transaction Status: SETTLED* | | | | | | | | | |
| 912795G57 US912795D573 | US TREASURY BILLS 0% TB 27/MAR/2008 USD1000 | 27-Mar-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734B5RS | 12-Dec-2007 12-Dec-2007 12-Dec-2007 | 50,000,000,000.000 | USD (49,586,305.56) |
| *Contractual Settlement Date: 13-Dec-2007   CCY: USD* | | | | | | | | | |
| *Transaction Category: PURCHASE   Transaction Status: SETTLED* | | | | | | | | | |
| 912795D65 US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734 7BY9E | 13-Dec-2007 13-Dec-2007 13-Dec-2007 | 50,000,000,000.000 | USD (49,552,000.00) |
| 912795D65 US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734 7BZAC | 13-Dec-2007 13-Dec-2007 13-Dec-2007 | 50,000,000,000.000 | USD (49,552,000.00) |
| 912795D65 US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734 7BZAM | 13-Dec-2007 13-Dec-2007 13-Dec-2007 | 50,000,000,000.000 | USD (49,552,000.00) |
| 912795D65 US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734 7BZB5 | 13-Dec-2007 13-Dec-2007 13-Dec-2007 | 50,000,000,000.000 | USD (49,552,000.00) |
| 912795D65 US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734 7BZB7 | 13-Dec-2007 13-Dec-2007 13-Dec-2007 | 50,000,000,000.000 | USD (49,552,000.00) |
| 912795D65 US912795D656 | UNITED STATES TREASURY BILLS UNITED S TATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T30734 7BZBV | 13-Dec-2007 13-Dec-2007 13-Dec-2007 | 50,000,000,000.000 | USD (49,552,000.00) |

19-Dec-2008 13:26:27

JPMSAA0020018

# J.P.Morgan

## All Trade Activity
### Summary by Contractual Settlement Date
From: 01-Dec-2007  To: 31-Dec-2007

**Custody**

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*All Trade Activity*

*Contractual Settlement Date: 20-Dec-2007   CCY: USD*

*Transaction Category: PURCHASE   Transaction Status: SETTLED*

| Security ID ISIN | Security Name Coupon Rate  Maturity Date  Pool Number Fall Description | Transaction Category Transaction Type Transaction Status Broker | Age (Days) | Transaction Number | Trade Date Contractual S/D Actual S/D Autosettle Date | Units Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 10-Apr-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307354B00V | 20-Dec-2007 20-Dec-2007 20-Dec-2007 | 50,000,000.000 | USD (49,552,000.00) |
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 10-Apr-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307354B02C | 20-Dec-2007 20-Dec-2007 20-Dec-2007 | 50,000,000.000 | USD (49,552,000.00) |
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 10-Apr-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307354B038 | 20-Dec-2007 20-Dec-2007 20-Dec-2007 | 50,000,000.000 | USD (49,552,000.00) |
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 10-Apr-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307354B03A | 20-Dec-2007 20-Dec-2007 20-Dec-2007 | 50,000,000.000 | USD (49,552,000.00) |
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 10-Apr-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307354B03J | 20-Dec-2007 20-Dec-2007 20-Dec-2007 | 50,000,000.000 | USD (49,552,000.00) |
| 912795D73 US912795D730 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 10/AP 10-Apr-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T307354B03N | 20-Dec-2007 20-Dec-2007 20-Dec-2007 | 50,000,000.000 | USD (49,552,000.00) |

19-Dec-2008 13:26:27

JPMSAA0020019

MADTSS01330453

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 23-Apr-2008

Page 1 of 3

Priced Positions with Equivalent Currency

Custody
Account ID: 1DA    BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| UNITED STATES OF AMER TREAS BILLS<br>0% TB 01/MAY/2008 USD1000<br>01-May-2008 | 300,000,000.000<br>300,000,000.000 | 299,967,000.00<br>299,967,000.00<br>99.989000<br>23-Apr-2008 | USD<br>USD | 299,967,000.00<br>299,967,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,967,000.00<br>299,967,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES OF AMER TREAS BILLS<br>0% TB 03/JUL/2008 USD1000<br>03-Jul-2008 | 300,000,000.000<br>300,000,000.000 | 299,388,000.00<br>299,388,000.00<br>99.796000<br>23-Apr-2008 | USD<br>USD | 299,388,000.00<br>299,388,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,388,000.00<br>299,388,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES OF AMER TREAS BILLS<br>0% TB 12/JUN/2008 USD1000<br>12-Jun-2008 | 300,000,000.000<br>300,000,000.000 | 299,616,000.00<br>299,616,000.00<br>99.872000<br>23-Apr-2008 | USD<br>USD | 299,616,000.00<br>299,616,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,616,000.00<br>299,616,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES OF AMER TREAS BILLS<br>0% TB 19/JUN/2008 USD1000<br>19-Jun-2008 | 300,000,000.000<br>300,000,000.000 | 299,565,000.00<br>299,565,000.00<br>99.855000<br>23-Apr-2008 | USD<br>USD | 299,565,000.00<br>299,565,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,565,000.00<br>299,565,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES OF AMER TREAS BILLS<br>0% TB 24/APR/2008 USD1000<br>24-Apr-2008 | 300,000,000.000<br>300,000,000.000 | 300,000,000.00<br>300,000,000.00<br>100.000000<br>24-Apr-2008 | USD<br>USD | 300,000,000.00<br>300,000,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 300,000,000.00<br>300,000,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES OF AMER TREAS BILLS<br>0% TB 29/MAY/2008 USD1000<br>29-May-2008 | 300,000,000.000<br>300,000,000.000 | 299,772,000.00<br>299,772,000.00<br>99.924000<br>23-Apr-2008 | USD<br>USD | 299,772,000.00<br>299,772,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,772,000.00<br>299,772,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES OF AMER TREAS BILLS<br>TB 26/JUN/2008 USD1000<br>26-Jun-2008 | 200,000,000.000<br>200,000,000.000 | 199,658,000.00<br>199,658,000.00<br>99.829000<br>23-Apr-2008 | USD<br>USD | 199,658,000.00<br>199,658,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 199,658,000.00<br>199,658,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES TREAS BILLS ZCP<br>10/JUL/2008<br>10-Jul-2008 | 300,000,000.000<br>300,000,000.000 | 299,253,000.00<br>299,253,000.00<br>99.751000<br>23-Apr-2008 | USD<br>USD | 299,253,000.00<br>299,253,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,253,000.00<br>299,253,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |
| UNITED STATES TREAS BILLS ZCP<br>17/JUL/2008<br>17-Jul-2008 | 300,000,000.000<br>300,000,000.000 | 299,166,000.00<br>299,166,000.00<br>99.722000<br>23-Apr-2008 | USD<br>USD | 299,166,000.00<br>299,166,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD | 299,166,000.00<br>299,166,000.00<br>1.000000<br>23-Apr-2008 | USD<br>USD |

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

24-Apr-2008 09:26:17

MADTSS01330454

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 23-Apr-2008

**Custody**

**Account:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

Priced Positions with Equivalent Currency

| Security ID ISIN | Security Name Coupon Rate Maturity Date Pool Number | Settled Units Total Units | Settled Market Value (Local) Total Market Value (Local) Market Price Price Date | | Settled Market Value (Base) Total Market Value (Base) Exchange Rate (Base) Exchange Rate Date (Base) | | Settled Market Value (Equivalent) Total Market Value (Equivalent) Exchange Rate (Equivalent) Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| RED ACT ED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD 08-May-2008 | 200,000,000.000 200,000,000.000 | 199,960,000.00 199,960,000.00 99.980000 23-Apr-2008 | USD USD | 199,960,000.00 199,960,000.00 1.000000 23-Apr-2008 | USD USD | 199,960,000.00 199,960,000.00 1.000000 23-Apr-2008 | USD USD |

|  | Settled Units Market Value: | 2,796,345,000.00 | USD | 2,796,345,000.00 | USD |
|---|---|---|---|---|---|
|  | Total Units Market Value: | 2,796,345,000.00 | USD | 2,796,345,000.00 | USD |

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base) Exchange Rate (Base) Exchange Rate Date (Base) | | Cash Balance (Equivalent) Exchange Rate (Equivalent) Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| 0140081703 | US DOLLAR DDA | 330,000.02 | USD | 330,000.02 1.000000 23-Apr-2008 | USD | 330,000.02 1.000000 23-Apr-2008 | USD |

|  | Cash Balance Totals: | 330,000.02 | USD | 330,000.02 | USD |
|---|---|---|---|---|---|

|  | Settled Units Market Value (Assets And Cash): | 2,796,675,000.02 | USD | 2,796,675,000.02 | USD |
|---|---|---|---|---|---|
|  | Total Units Market Value (Assets And Cash): | 2,796,675,000.02 | USD | 2,796,675,000.02 | USD |

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

24-Apr-2008 09:26:17

REDACTED

MADTSS01330455

**JPMorgan**

## Priced Positions with Equivalent Currency
### As Of: 23-Apr-2008

Custody

Priced Positions with Equivalent Currency

**End of Report**

24-Apr-2008 09:25:17

REDACTED

MADTSS01330456

# JPMorgan

## Positions
### Summary
### As Of: 23-Apr-2008

**Custody**

**Positions**

**Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee / Reg./Sub Acct. / Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units / Current Face-Settled | Total Units / Current Face-Total |
|---|---|---|---|---|---|
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008<br>USD1000    01-May-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008<br>USD1000    03-Jul-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008<br>USD1000    12-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008<br>USD1000    19-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008<br>USD1000    24-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008<br>USD1000    29-May-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008<br>USD1000    26-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 200,000,000,000 | 200,000,000,000 |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008<br>10-Jul-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008<br>17-Jul-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |

(*) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

24-Apr-2008 09:25:09

MADTSS01330457

JPMorgan

# Positions

**Summary**
**As Of: 23-Apr-2008**



**Custody** **Positions**

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN | Security Name / Coupon Rate | Maturity Date | Pool Number | Location/Nominee / Reg./Sub Acct. / Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units / Current Face-Settled | Total Units / Current Face-Total |
|---|---|---|---|---|---|---|---|
| REDACTED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | 08-May-2008 | | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 200,000,000,000.000 | 200,000,000,000.000 |
| | | | | **Totals:** | **0.000**<br>**0.000** | **2,800,000,000,000.000** | **2,800,000,000,000.000** |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| REDACTED | US DOLLAR DDA | USD | 551,830.12 | 330,000.02 |

(*) Settled Units Includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

REDACTED

24-Apr-2008 09:25:09

REDACTED



**JPMorgan**

Custody

**Positions**
As Of: 23-Apr-2008

Page 3 of 3

Positions

**End of report**

24-Apr-2008 09:25:09

REDACTED

**JPMorgan**

**Settled Trades**
Statement
From: 24-Apr-2008 To: 24-Apr-2008

Custody

**Account:** REDACTED **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*24-Apr-2008*
*USD*
*PURCHASES*

| | Count | | Net Amount |
|---|---|---|---|
| PURCHASE | 6 | USD | (299,105,166.66) |
| Total PURCHASES : | 6 | | (299,105,166.66) |
| Total USD : | 6 | | (299,105,166.66) |

25-Apr-2008 09:50:41

D-005-285-496

REDACTED

**JPMorgan**

## Settled Trades
### Summary
### From: 24-Apr-2008 To: 24-Apr-2008

**Custody**

**Settled Trades**

**Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*Actual Settlement Date: 24-Apr-2008 CCY: USD*

*Transaction Category: PURCHASE Transaction Status: SETTLED*

| Security ID ISIN | Security Name Coupon Rate  Maturity Date  Pool Number | Transaction Category Transaction Type Transaction Status | Transaction Number | Trade Date Contractual S/D Actual S/D | Units Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|
| RED ACT CI ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | PURCHASE RECIEVE VS PAYMENT SETTLED | T308115BOIV | 24-Apr-2008 24-Apr-2008 24-Apr-2008 | 50,000,000.000 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | PURCHASE RECIEVE VS PAYMENT SETTLED | T308115BOLO | 24-Apr-2008 24-Apr-2008 24-Apr-2008 | 50,000,000.000 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | PURCHASE RECIEVE VS PAYMENT SETTLED | T308115BON7 | 24-Apr-2008 24-Apr-2008 24-Apr-2008 | 50,000,000.000 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | PURCHASE RECIEVE VS PAYMENT SETTLED | T308115BONP | 24-Apr-2008 24-Apr-2008 24-Apr-2008 | 50,000,000.000 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | PURCHASE RECIEVE VS PAYMENT SETTLED | T308115BONW | 24-Apr-2008 24-Apr-2008 24-Apr-2008 | 50,000,000.000 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | PURCHASE RECIEVE VS PAYMENT SETTLED | T308115BOOS | 24-Apr-2008 24-Apr-2008 24-Apr-2008 | 50,000,000.000 | USD | (49,850,861.11) |

Total PURCHASE (6): (299,105,166.66)

Total USD for 24-Apr-2008 (6): (299,105,166.66)

25-Apr-2008 09:50:41

REDACTED



Page 3 of 3

Settled Trades

JPMorgan

Custody

**Settled Trades**
From: 24-Apr-2008 To: 24-Apr-2008

**End of report**

25-Apr-2008 09:50:41

REDACTED

# JPMorgan

## All Transaction Activity
### Statement by Value Date
### From: 24-Apr-2008 To: 24-Apr-2008

**All Transaction Activity**

**Custody**

**Account:** REDACTED  **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| | | Count | | Net Amount |
|---|---|---|---|---|
| **24-Apr-2008** | | | | |
| **USD** | | | | |
| *CORPORATE ACTIONS* | | | | |
| REDEMPTION | | 2 | USD | 600,000,000.00 |
| | Total CORPORATE ACTIONS: | 2 | | 600,000,000.00 |
| *PURCHASES* | | | | |
| PURCHASE | | 6 | USD | (299,105,166.66) |
| | Total PURCHASES: | 6 | | (299,105,166.66) |
| | Total USD: | 8 | | 300,894,833.34 |

REDACTED

# JPMorgan

**All Transaction Activity**
Summary by Value Date
From: 24-Apr-2008  To: 24-Apr-2008

Page 2 of 3

## Custody

**Account:** [REDACTED] BERNARD L MADOFF INVESTMENT SECURITIES LLC

All Transaction Activity

*Value Date: 24-Apr-2008 CCY: USD*

### Transaction Category: REDEMPTION

| Security ID / ISIN | Security Name / Coupon Rate / Full Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D Payable Date / Posted Date | Units Current Face | Principal Amount Income Amount Net Amount |
|---|---|---|---|---|---|---|---|---|
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB | | | REDEMPTION | | | 300,000,000.000 | 300,000,000.00 |
| | 24/APR/2008 USD1000 | 24-Apr-2008 | | REDEMPTION | R108107PV55 | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | CANCELLED | | | | 300,000,000.00 |
| RED ACT ED RE | UNITED STATES OF AMER TREAS BILLS 0% TB | | | REDEMPTION | | | 300,000,000.000 | 300,000,000.00 |
| | 24/APR/2008 USD1000 | | | REDEMPTION | T308115ABG3 | 24-Apr-2008 | 0.000 | 0.00 |
| | | 24-Apr-2008 | | SETTLED | | 24-Apr-2008 | USD | 300,000,000.00 |

### Transaction Category: PURCHASE

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB | | | PURCHASE | | | 50,000,000.000 | (49,850,861.11) |
| | 24/JUL/2008 USD1000 | 24-Jul-2008 | | RECEIVE VS PAYMENT | T308115BOIV | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | SETTLED | | 24-Apr-2008 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB | | | PURCHASE | | | 50,000,000.000 | (49,850,861.11) |
| | 24/JUL/2008 USD1000 | 24-Jul-2008 | | RECEIVE VS PAYMENT | T308115BOLO | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | SETTLED | | 24-Apr-2008 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB | | | PURCHASE | | | 50,000,000.000 | (49,850,861.11) |
| | 24/JUL/2008 USD1000 | 24-Jul-2008 | | RECEIVE VS PAYMENT | T308115BON7 | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | SETTLED | | 24-Apr-2008 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB | | | PURCHASE | | | 50,000,000.000 | (49,850,861.11) |
| | 24/JUL/2008 USD1000 | 24-Jul-2008 | | RECEIVE VS PAYMENT | T308115BONP | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | SETTLED | | 24-Apr-2008 | USD | (49,850,861.11) |
| RE DA CTE D | UNITED STATES OF AMER TREAS BILLS 0% TB | | | PURCHASE | | | 50,000,000.000 | (49,850,861.11) |
| | 24/JUL/2008 USD1000 | 24-Jul-2008 | | RECEIVE VS PAYMENT | T308115BONW | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | SETTLED | | 24-Apr-2008 | USD | (49,850,861.11) |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB | | | PURCHASE | | | 50,000,000.000 | (49,850,861.11) |
| | 24/JUL/2008 USD1000 | 24-Jul-2008 | | RECEIVE VS PAYMENT | T308115BOOS | 24-Apr-2008 | 0.000 | 0.00 |
| | | | | SETTLED | | 24-Apr-2008 | USD | (49,850,861.11) |



25-Apr-2008 09:50:00

REDACTED



JPMorgan

All Transaction Activity
By Value Date
From: 24-Apr-2008 To: 24-Apr-2008

All Transaction Activity

End of Report

Custody

25-Apr-2008 09:56:00

REDACTED

[REDACTED]

**JPMorgan**

## Priced Positions with Equivalent Currency
### Summary
### As Of: 24-Apr-2008

Priced Positions with Equivalent Currency

**Custody**
**Account:** [REDACTED] BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 01-May-2008 | 300,000,000.000 300,000,000.000 | 299,970,000.00 299,970,000.00 99.990000 24-Apr-2008 | USD USD | 299,970,000.00 299,970,000.00 1.000000 24-Apr-2008 | USD USD | 299,970,000.00 299,970,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 03-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,364,000.00 299,364,000.00 99.788000 24-Apr-2008 | USD USD | 299,364,000.00 299,364,000.00 1.000000 24-Apr-2008 | USD USD | 299,364,000.00 299,364,000.00 1.000000 24-Apr-2008 | USD USD |
| REDA CTED | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 12-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,610,000.00 299,610,000.00 99.870000 24-Apr-2008 | USD USD | 299,610,000.00 299,610,000.00 1.000000 24-Apr-2008 | USD USD | 299,610,000.00 299,610,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 19-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,544,000.00 299,544,000.00 99.848000 24-Apr-2008 | USD USD | 299,544,000.00 299,544,000.00 1.000000 24-Apr-2008 | USD USD | 299,544,000.00 299,544,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 24-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,073,000.00 299,073,000.00 99.691000 24-Apr-2008 | USD USD | 299,073,000.00 299,073,000.00 1.000000 24-Apr-2008 | USD USD | 299,073,000.00 299,073,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 29-May-2008 | 300,000,000.000 300,000,000.000 | 299,775,000.00 299,775,000.00 99.925000 24-Apr-2008 | USD USD | 299,775,000.00 299,775,000.00 1.000000 24-Apr-2008 | USD USD | 299,775,000.00 299,775,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACT ED | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 26-Jun-2008 | 200,000,000.000 200,000,000.000 | 199,654,000.00 199,654,000.00 99.827000 24-Apr-2008 | USD USD | 199,654,000.00 199,654,000.00 1.000000 24-Apr-2008 | USD USD | 199,654,000.00 199,654,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACTE D | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,226,000.00 299,226,000.00 99.742000 24-Apr-2008 | USD USD | 299,226,000.00 299,226,000.00 1.000000 24-Apr-2008 | USD USD | 299,226,000.00 299,226,000.00 1.000000 24-Apr-2008 | USD USD |
| REDA CTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 17-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,157,000.00 299,157,000.00 99.719000 24-Apr-2008 | USD USD | 299,157,000.00 299,157,000.00 1.000000 24-Apr-2008 | USD USD | 299,157,000.00 299,157,000.00 1.000000 24-Apr-2008 | USD USD |
| RED ACT ED | | | | | | | | |

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

25-Apr-2008 09:49:47

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 24-Apr-2008

Priced Positions with Equivalent Currency

**Custody**

**Account:** REDACTED BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name | Settled Units Total Units | Settled Market Value (Local) Total Market Value (Local) Market Price Price Date | | Settled Market Value (Base) Total Market Value (Base) Exchange Rate (Base) Exchange Rate Date (Base) | | Settled Market Value (Equivalent) Total Market Value (Equivalent) Exchange Rate (Equivalent) Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| | Coupon Rate Maturity Date Pool Number | | | | | | | |
| REDACTED ACT ED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD  08-May-2008 | 200,000,000.000 200,000,000.000 | 199,954,000.00 199,954,000.00 99.977000 24-Apr-2008 | USD USD | 199,954,000.00 199,954,000.00 1.000000 24-Apr-2008 | USD USD | 199,954,000.00 199,954,000.00 1.000000 24-Apr-2008 | USD USD |

**Settled Units Market Value:** 2,795,327,000.00 USD / 2,795,327,000.00 USD / 2,795,327,000.00 USD

**Total Units Market Value:** 2,795,327,000.00 USD / 2,795,327,000.00 USD / 2,795,327,000.00 USD

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base) Exchange Rate (Base) Exchange Rate Date (Base) | | Cash Balance (Equivalent) Exchange Rate (Equivalent) Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| REDACTED ACT ED | US DOLLAR DDA | 301,200.86 | USD | 301,200.86 1.000000 24-Apr-2008 | USD | 301,200.86 1.000000 24-Apr-2008 | USD |

**Cash Balance Totals:** 301,200.86 USD / 301,200.86 USD / 301,200.86 USD

**Settled Units Market Value (Assets And Cash):** 2,795,628,200.86 USD / 2,795,628,200.86 USD / 2,795,628,200.86 USD

**Total Units Market Value (Assets And Cash):** 2,795,628,200.86 USD / 2,795,628,200.86 USD / 2,795,628,200.86 USD

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

25-Apr-2008 09:49:47

REDACTED ACT ED

REDACTED

# JPMorgan

Custody

Page 3 of 3

## Priced Positions with Equivalent Currency
### As Of: 24-Apr-2008

Priced Positions with Equivalent Currency

## End of Report

25-Apr-2008 09:49:47

REDACTED

REDACTED

# JPMorgan

**Custody**

## Positions
### Summary
### As Of: 24-Apr-2008

Page 1 of 3

Positions

**Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID / ISIN | Security Name / Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|---|
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 | 01-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | 03-Jul-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 | 12-Jun-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 | 19-Jun-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 24/JUL/2008 USD1000 | 24-Jul-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 | 29-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 | 26-Jun-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | 17-Jul-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

[†] Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

25-Apr-2008 09:49:42

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 24-Apr-2008

Page 2 of 3

Positions

Custody

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|---|
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | 08-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | | | **Totals:** | **0.000 0.000** | **2,800,000,000.000** | **2,800,000,000.000** |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| | US DOLLAR DDA | USD | 330,000.02 | 301,200.86 |

[ ] Settled Units includes positions that are in Transit, At Register, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

25-Apr-2008 09:49:42

REDACTED

Positions

25-Apr-2008 09:49:42

**Positions**
As Of: 24-Apr-2008

**End of report**

**JPMorgan**

Custody

REDACTED

REDACTED

**JPMorgan**

# Priced Positions with Equivalent Currency
### Summary
### As Of: 16-Apr-2008

Page 1 of 3

Custody
Account: [REDACTED] BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate / Maturity Date / Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| REDACTED | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 01-May-2008 | 300,000,000.000 300,000,000.000 | 299,874,000.00 USD 299,874,000.00 USD 99.958000 16-Apr-2008 | 299,874,000.00 USD 299,874,000.00 USD 1.000000 16-Apr-2008 | 299,874,000.00 USD 299,874,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS 1% TB 03/JUL/2008 USD1000 03-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,307,000.00 USD 299,307,000.00 USD 99.769000 16-Apr-2008 | 299,307,000.00 USD 299,307,000.00 USD 1.000000 16-Apr-2008 | 299,307,000.00 USD 299,307,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS % TB 12/JUN/2008 USD1000 12-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,532,000.00 USD 299,532,000.00 USD 99.844000 16-Apr-2008 | 299,532,000.00 USD 299,532,000.00 USD 1.000000 16-Apr-2008 | 299,532,000.00 USD 299,532,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 19-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,481,000.00 USD 299,481,000.00 USD 99.827000 16-Apr-2008 | 299,481,000.00 USD 299,481,000.00 USD 1.000000 16-Apr-2008 | 299,481,000.00 USD 299,481,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 24-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,934,000.00 USD 299,934,000.00 USD 99.978000 16-Apr-2008 | 299,934,000.00 USD 299,934,000.00 USD 1.000000 16-Apr-2008 | 299,934,000.00 USD 299,934,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS % TB 29/MAY/2008 USD1000 29-May-2008 | 300,000,000.000 300,000,000.000 | 299,691,000.00 USD 299,691,000.00 USD 99.897000 16-Apr-2008 | 299,691,000.00 USD 299,691,000.00 USD 1.000000 16-Apr-2008 | 299,691,000.00 USD 299,691,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 26-Jun-2008 | 200,000,000.000 200,000,000.000 | 199,590,000.00 USD 199,590,000.00 USD 99.795000 16-Apr-2008 | 199,590,000.00 USD 199,590,000.00 USD 1.000000 16-Apr-2008 | 199,590,000.00 USD 199,590,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 300,000,000.000 300,000,000.000 | 299,214,000.00 USD 299,214,000.00 USD 99.738000 16-Apr-2008 | 299,214,000.00 USD 299,214,000.00 USD 1.000000 16-Apr-2008 | 299,214,000.00 USD 299,214,000.00 USD 1.000000 16-Apr-2008 |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/APR/2008 | 300,000,000.000 300,000,000.000 | 300,000,000.00 USD 300,000,000.00 USD 100.000000 16-Apr-2008 | 300,000,000.00 USD 300,000,000.00 USD 1.000000 16-Apr-2008 | 300,000,000.00 USD 300,000,000.00 USD 1.000000 16-Apr-2008 |

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

17-Apr-2008 11:14:19

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 16-Apr-2008

Page 2 of 3

Priced Positions with Equivalent Currency

**Custody**

**Account:** REDACTED <BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| REDACTED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD 08-May-2008 | 200,000,000.000 200,000,000.000 | 199,904,000.00 USD 199,904,000.00 USD 99.952000 16-Apr-2008 | 199,904,000.00 USD 199,904,000.00 USD 1.000000 16-Apr-2008 | 199,904,000.00 USD 199,904,000.00 USD 1.000000 16-Apr-2008 |

**Settled Units Market Value:** 2,796,527,000.00 USD  2,796,527,000.00 USD
**Total Units Market Value:** 2,796,527,000.00 USD  2,796,527,000.00 USD

| Cash Account | Cash Account Name | Cash Balance (Local) | Cash Balance (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Cash Balance (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|
| REDACTED | US DOLLAR DDA | 704,349.14 USD | 704,349.14 USD 1.000000 16-Apr-2008 | 704,349.14 USD 1.000000 16-Apr-2008 |

**Cash Balance Totals:** 704,349.14 USD  704,349.14 USD

**Settled Units Market Value (Assets And Cash):** 2,797,231,349.14 USD  2,797,231,349.14 USD
**Total Units Market Value (Assets And Cash):** 2,797,231,349.14 USD  2,797,231,349.14 USD

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

17-Apr-2008 11:14:19

REDACTED

REDACTED

# JPMorgan

Page 3 of 3

**Priced Positions with Equivalent Currency**
As Of: 16-Apr-2008

Custody

Priced Positions with Equivalent Currency

**End of Report**

17-Apr-2008 11:14:19

REDACTED

# JPMorgan

## Positions
### Summary
### As Of: 16-Apr-2008

Positions

**Custody**

**Account ID:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008<br>01-May-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008<br>03-Jul-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008<br>12-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008<br>19-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008<br>24-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008<br>29-May-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008<br>26-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 200,000,000,000 | 200,000,000,000 |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008<br>10-Jul-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008<br>17-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000,000 | 300,000,000,000 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

17-Apr-2008 11:14:16

REDACTED

# JPMorgan

## Positions
### Summary
### As Of: 16-Apr-2008

Positions

## Custody

### Account: R E D [BERNARD L MADOFF INVESTMENT SECURITIES LLC]

| Security ID ISIN | Security Name | | | Location/Nominee Reg./Sub Acct. | Awaiting Receipt Awaiting Delivery | Settled Units | Total Units |
|---|---|---|---|---|---|---|---|
| E D A C T R E D | Coupon Rate | Maturity Date | Pool Number | Country | Collateral Units Borrowed Units | Current Face-Settled | Current Face-Total |
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | | | FRB | 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | 08-May-2008 | | FBE | 0.000 | | |
| | | | | US | 0.000 | 2,800,000,000.000 | 2,800,000,000.000 |
| | | | | | 0.000 | | |
| | | | | Totals: | 0.000 | 2,800,000,000.000 | 2,800,000,000.000 |
| | | | | | 0.000 | | |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| E D A C T R E D | US DOLLAR DDA | USD | 103,461.75 | 704,349.14 |

(*) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

E D A C T R E D

17-Apr-2008 11:14:16

REDACTED

Positions

17-Apr-2008 11:14:16

# JPMorgan

Custody

**Positions**
As Of: 16-Apr-2008

**End of report**

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 17-Apr-2008

Page 1 of 3

Priced Positions with Equivalent Currency

Custody
Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>0% TB 01/MAY/2008 USD1000<br>01-May-2008 | 300,000,000.000<br>300,000,000.000 | 299,889,000.00 USD<br>299,889,000.00 USD<br>99.963000<br>17-Apr-2008 | 299,889,000.00 USD<br>299,889,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,889,000.00 USD<br>299,889,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>0% TB 03/JUL/2008 USD1000<br>03-Jul-2008 | 300,000,000.000<br>300,000,000.000 | 299,268,000.00 USD<br>299,268,000.00 USD<br>99.756000<br>17-Apr-2008 | 299,268,000.00 USD<br>299,268,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,268,000.00 USD<br>299,268,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>0% TB 12/JUN/2008 USD1000<br>12-Jun-2008 | 300,000,000.000<br>300,000,000.000 | 299,523,000.00 USD<br>299,523,000.00 USD<br>99.841000<br>17-Apr-2008 | 299,523,000.00 USD<br>299,523,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,523,000.00 USD<br>299,523,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>0% TB 19/JUN/2008 USD1000<br>19-Jun-2008 | 300,000,000.000<br>300,000,000.000 | 299,448,000.00 USD<br>299,448,000.00 USD<br>99.816000<br>17-Apr-2008 | 299,448,000.00 USD<br>299,448,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,448,000.00 USD<br>299,448,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>0% TB 24/APR/2008 USD1000<br>24-Apr-2008 | 300,000,000.000<br>300,000,000.000 | 299,949,000.00 USD<br>299,949,000.00 USD<br>99.983000<br>17-Apr-2008 | 299,949,000.00 USD<br>299,949,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,949,000.00 USD<br>299,949,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>0% TB 29/MAY/2008 USD1000<br>29-May-2008 | 300,000,000.000<br>300,000,000.000 | 299,676,000.00 USD<br>299,676,000.00 USD<br>99.892000<br>17-Apr-2008 | 299,676,000.00 USD<br>299,676,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,676,000.00 USD<br>299,676,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES OF AMER TREAS BILLS<br>TB 26/JUN/2008 USD1000<br>26-Jun-2008 | 200,000,000.000<br>200,000,000.000 | 199,568,000.00 USD<br>199,568,000.00 USD<br>99.784000<br>17-Apr-2008 | 199,568,000.00 USD<br>199,568,000.00 USD<br>1.000000<br>17-Apr-2008 | 199,568,000.00 USD<br>199,568,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES TREAS BILLS ZCP<br>10/JUL/2008<br>10-Jul-2008 | 300,000,000.000<br>300,000,000.000 | 299,154,000.00 USD<br>299,154,000.00 USD<br>99.718000<br>17-Apr-2008 | 299,154,000.00 USD<br>299,154,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,154,000.00 USD<br>299,154,000.00 USD<br>1.000000<br>17-Apr-2008 |
| REDACTED | UNITED STATES TREAS BILLS ZCP<br>17/JUL/2008<br>17-Jul-2008 | 300,000,000.000<br>300,000,000.000 | 299,079,000.00 USD<br>299,079,000.00 USD<br>99.693000<br>17-Apr-2008 | 299,079,000.00 USD<br>299,079,000.00 USD<br>1.000000<br>17-Apr-2008 | 299,079,000.00 USD<br>299,079,000.00 USD<br>1.000000<br>17-Apr-2008 |

Market Values are based on price and exchange rate information provided by vendors.    This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

18-Apr-2008 09:20:28

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 17-Apr-2008

Page 2 of 3

Priced Positions with Equivalent Currency

**Custody**

**Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name Coupon Rate Maturity Date Pool Number | Settled Units Total Units | Settled Market Value (Local) Total Market Value (Local) Market Price Price Date | | Settled Market Value (Base) Total Market Value (Base) Exchange Rate (Base) Exchange Rate Date (Base) | | Settled Market Value (Equivalent) Total Market Value (Equivalent) Exchange Rate (Equivalent) Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| RED ACT ED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 06/MAY/2008 TREASURY BILL USD  08-May-2008 | 200,000,000.000 200,000,000.000 | 199,908,000.00 199,908,000.00 99.954000 17-Apr-2008 | USD USD | 199,908,000.00 199,908,000.00 1.000000 17-Apr-2008 | USD USD | 199,908,000.00 199,908,000.00 1.000000 17-Apr-2008 | USD USD |

| | | | Settled Units Market Value: | 2,795,462,000.00 | USD | 2,795,462,000.00 | USD |
|---|---|---|---|---|---|---|---|
| | | | Total Units Market Value: | 2,795,462,000.00 | USD | 2,795,462,000.00 | USD |

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base) Exchange Rate (Base) Exchange Rate Date (Base) | | Cash Balance (Equivalent) Exchange Rate (Equivalent) Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| RED ACT ED | US DOLLAR DDA | 407,585.29 USD | | 407,585.29 1.000000 17-Apr-2008 | USD | 407,585.29 1.000000 17-Apr-2008 | USD |

| | | Cash Balance Totals: | 407,585.29 | USD | 407,585.29 | USD |
|---|---|---|---|---|---|---|

| | Settled Units Market Value (Assets And Cash): | 2,795,869,585.29 | USD | 2,795,869,585.29 | USD |
|---|---|---|---|---|---|
| | Total Units Market Value (Assets And Cash): | 2,795,869,585.29 | USD | 2,795,869,585.29 | USD |

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

18-Apr-2008 09:20:28

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### As Of: 17-Apr-2008

Priced Positions with Equivalent Currency

Custody

**End of Report**

REDACTED

# JPMorgan

## Settled Trades
### Statement
### From: 17-Apr-2008 To: 17-Apr-2008

Settled Trades

Custody

Account: R E D BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| 17-Apr-2008 | | | |
| USD | | | |
| PURCHASES | | | |
| PURCHASE | 6 | USD | (299,207,541.66) |
| Total PURCHASES : | 6 | | (299,207,541.66) |
| Total USD : | 6 | | (299,207,541.66) |

18-Apr-2008 09:20:56

REDACTED

REDACTED

# JPMorgan

**Settled Trades**
Summary
From: 17-Apr-2008 To: 17-Apr-2008

Custody

Account: REDACTED BERNARD L MADOFF INVESTMENT SECURITIES LLC

Settled Trades

*Actual Settlement Date: 17-Apr-2008 CCY: USD*
*Transaction Category: PURCHASE Transaction Status: SETTLED*

| Security ID ISIN | Security Name | | | Transaction Category Transaction Type Transaction Status | Transaction Number | Trade Date Contractual S/D Actual S/D | Units Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|
| | Coupon Rate | Maturity Date | Pool Number | | | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BK1Z | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKO4 | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKPR | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKRQ | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKTI | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKZE | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | |

Total PURCHASE (6): (299,207,541.66)

Total USD for 17-Apr-2008 (6): (299,207,541.66)

18-Apr-2008 09:20:56

REDACTED

Page 3 of 3

Settled Trades

18-Apr-2008 09:20:56

**JPMorgan**

Custody

**Settled Trades**
From: 17-Apr-2008 To: 17-Apr-2008

End of report

REDACTED

REDACTED

# JPMorgan

## All Trade Activity
### Statement by Contractual Settlement Date
### From: 17-Apr-2008  To: 17-Apr-2008

Custody

All Trade Activity

**Account:** R E D A C T E D BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| 17-Apr-2008 | | | |
| USD | | | |
| PURCHASES | | | |
| PURCHASE | 6 | USD | (299,207,541.66) |
| Total PURCHASES : | 6 | | (299,207,541.66) |
| Total USD : | 6 | | (299,207,541.66) |

18-Apr-2008 09:20:48

REDACTED

REDACTED

# JPMorgan

**Custody**

## All Trade Activity
### Summary by Contractual Settlement Date
### From: 17-Apr-2008  To: 17-Apr-2008

All Trade Activity

**Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*Transaction Category: PURCHASE    Transaction Status: SETTLED*

*Contractual Settlement Date: 17-Apr-2008    Transaction Category: PURCHASE    Transaction Status: SETTLED    CCY: USD*

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units / Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308108BKIZ | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | | |
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308108BKO4 | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | | |
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308108BKPR | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | | |
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308108BKRQ | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | | |
| | NITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308108BKTI | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | | |
| | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308108BKZE | 17-Apr-2008 17-Apr-2008 17-Apr-2008 | 50,000,000.000 | USD | (49,867,923.61) |
| | | 17-Jul-2008 | | | | | | | | |



REDACTED

Page 3 of 3

**JPMorgan**

**All Trade Activity**
By Contractual Settlement Date
From: 17-Apr-2008  To: 17-Apr-2008

All Trade Activity

Custody

**End of Report**

18-Apr-2008 09:20:48

REDACTED

# JPMorgan

## All Transaction Activity
### Statement by Value Date
### From: 17-Apr-2008  To: 17-Apr-2008

**Custody**

**Account:** R R E D A C BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| 17-Apr-2008 | | | |
| USD | | | |
| CORPORATE ACTIONS | | | |
| REDEMPTION | 2 | USD | 600,000,000.00 |
| Total CORPORATE ACTIONS: | 2 | | 600,000,000.00 |
| PURCHASES | | | |
| PURCHASE | 6 | USD | (299,207,541.66) |
| Total PURCHASES: | 6 | | (299,207,541.66) |
| Total USD: | 8 | | 300,792,458.34 |

R C D E R

REDACTED

# JPMorgan

## All Transaction Activity
### Summary by Value Date
### From: 17-Apr-2008 To: 17-Apr-2008

**Custody**

**Account:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

**All Transaction Activity**

**Value Date:** 17-Apr-2008  **CCY:** USD

### Transaction Category: REDEMPTION

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|
| ED ACT RED | UNITED STATES TREAS BILLS ZCP 17/APR/2008 | | | REDEMPTION REDEMPTION CANCELLED | R108100PQX4 | 17-Apr-2008 | 300,000,000.000 0.000 | 300,000,000.00 0.00 300,000,000.00 |
| | | 17-Apr-2008 | | | | | USD | |
| D DA RE | UNITED STATES TREAS BILLS ZCP 17/APR/2008 | | | REDEMPTION REDEMPTION SETTLED | T308108ABFR | 17-Apr-2008 17-Apr-2008 | 300,000,000.000 0.000 | 300,000,000.00 0.00 300,000,000.00 |
| | | 17-Apr-2008 | | | | | USD | |

### Transaction Category: PURCHASE

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|
| ED ACT RED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BK1Z | 17-Apr-2008 17-Apr-2008 | 50,000,000.000 0.000 | (49,867,923.61) 0.00 (49,867,923.61) |
| | | 17-Jul-2008 | | | | | USD | |
| ED ACT RE | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKO4 | 17-Apr-2008 17-Apr-2008 | 50,000,000.000 0.000 | (49,867,923.61) 0.00 (49,867,923.61) |
| | | 17-Jul-2008 | | | | | USD | |
| ED CTF RE | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKPR | 17-Apr-2008 17-Apr-2008 | 50,000,000.000 0.000 | (49,867,923.61) 0.00 (49,867,923.61) |
| | | 17-Jul-2008 | | | | | USD | |
| ED ACT RED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKRQ | 17-Apr-2008 17-Apr-2008 | 50,000,000.000 0.000 | (49,867,923.61) 0.00 (49,867,923.61) |
| | | 17-Jul-2008 | | | | | USD | |
| D CTF RE | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKTI | 17-Apr-2008 17-Apr-2008 | 50,000,000.000 0.000 | (49,867,923.61) 0.00 (49,867,923.61) |
| | | 17-Jul-2008 | | | | | USD | |
| ED ACT RED | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | | | PURCHASE RECEIVE VS PAYMENT SETTLED | T308108BKZE | 17-Apr-2008 17-Apr-2008 | 50,000,000.000 0.000 | (49,867,923.61) 0.00 (49,867,923.61) |
| | | 17-Jul-2008 | | | | | USD | |

REDACTED



Page 3 of 3

All Transaction Activity

**JPMorgan**

**All Transaction Activity**
By Value Date
From: 17-Apr-2008 To: 17-Apr-2008

Custody

**End of Report**

18-Apr-2008 09:20:41

REDACTED

# JPMorgan

## Positions
### Summary
### As Of: 17-Apr-2008

**Custody**

**Account:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name Coupon Rate Pool Number | Maturity Date | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|
| 912795E23 US912795E233 | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 | 01-May-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795F30 US912795F305 | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | 03-Jul-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795E80 US912795E803 | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 | 12-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795E98 US912795E985 | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 | 19-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795D99 US912795D995 | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 | 24-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795E64 US912795E647 | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 | 29-May-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795F22 US912795F222 | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 | 26-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| 912795F48 US912795F487 | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| 912795F55 US912795F552 | UNITED STATES TREAS BILLS ZCP 17/JUL/2008 | 17-Jul-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

(*) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 17-Apr-2008

Page 2 of 3

Positions

## Custody

### Account: ᴿᴱᴰ BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|---|
| ᴿᴱᴰ | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | 08-May-2008 | | FRB | 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | | | FBE | 0.000 | | |
| | | | | US | 0.000 | | |
| | | | | | 0.000 | | |
| | | | Totals: | | 0.000 | 2,600,000,000.000 | 2,600,000,000.000 |
| | | | | | 0.000 | | |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| ᴿᴱᴰ | US DOLLAR DDA | USD | 704,349.14 | 407,565.29 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

REDACTED

Page 3 of 3

Positions

# JPMorgan

## Custody

**Positions**
As Of: 17-Apr-2008

**End of report**

18-Apr-2008 09:20:18

REDACTED

# JPMorgan

## All Transaction Activity
### Statement by Value Date
### From: 09-Apr-2008  To: 09-Apr-2008

All Transaction Activity

**Custody**

**Account:** R E D C BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| 09-Apr-2008 | | | |
| USD | | | |
| FREE TRANSACTIONS | | | |
| FREE DELIVER | 1 | USD | 0.00 |
| Total FREE TRANSACTIONS: | 1 | | 0.00 |
| Total USD: | 1 | | 0.00 |

10-Apr-2008 11:04:40

REDACTED

REDACTED

# JPMorgan

## All Transaction Activity
### Summary by Value Date
### From: 09-Apr-2008 To: 09-Apr-2008

**All Transaction Activity**

Custody

**Account: REDACTED BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name Coupon Rate Fall Description | Maturity Date | Pool Number | Transaction Category Transaction Type Transaction Status | Transaction Number Age (Days) | Contractual S/D Payable Date Posted Date | Units Current Face | Principal Amount Income Amount Net Amount |
|---|---|---|---|---|---|---|---|---|

*Value Date: 09-Apr-2008  CCY: USD*

*Transaction Category: FREE DELIVER*

| 3133XLM59 US3133XLM591 | FEDERAL HOME LOAN BANKS 5.125% BDS 29/DEC/2008 USD10000 5.125000 | 29-Dec-2008 | | FREE DELIVER DELIVER FREE OUTSTANDING | T308100BQIL 1 | 09-Apr-2008 | 45,000,000.000 0.000 | 0.00 0.00 0.00 |

REDACTED



All Transaction Activity

# JPMorgan

## All Transaction Activity
### By Value Date
### From: 09-Apr-2008   To: 09-Apr-2008

## End of Report

Custody

10-Apr-2008 11:04:40

REDACTED

# JPMorgan 🦅

## Priced Positions with Equivalent Currency
### Summary
### As Of: 09-Apr-2008

Priced Positions with Equivalent Currency

**Custody**
Account: REDACTED BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate  Maturity Date  Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| REDACTED ED ACT RED | FEDERAL HOME LOAN BANKS 5.125% BDS 29/DEC/2008 USD10000 5.125000    29-Dec-2008 | 45,000,000.000 0.000 | 45,900,000.00 0.00 102.000000 09-Apr-2008 | USD USD | 45,900,000.00 0.00 1.000000 09-Apr-2008 | USD USD | 45,900,000.00 0.00 1.000000 09-Apr-2008 | USD USD |
| ED ACT RED | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 01-May-2008 | 300,000,000.000 300,000,000.000 | 299,817,000.00 298,817,000.00 99.930000 09-Apr-2008 | USD USD | 299,817,000.00 299,817,000.00 1.000000 09-Apr-2008 | USD USD | 299,817,000.00 299,817,000.00 1.000000 09-Apr-2008 | USD USD |
| ED ACT RED | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 03-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,133,000.00 299,133,000.00 99.711000 09-Apr-2008 | USD USD | 299,133,000.00 299,133,000.00 1.000000 09-Apr-2008 | USD USD | 299,133,000.00 299,133,000.00 1.000000 09-Apr-2008 | USD USD |
| ED ACT RED | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR/2008 USD1000 10-Apr-2008 | 300,000,000.000 300,000,000.000 | 300,000,000.00 300,000,000.00 100.000000 09-Apr-2008 | USD USD | 300,000,000.00 300,000,000.00 1.000000 09-Apr-2008 | USD USD | 300,000,000.00 300,000,000.00 1.000000 09-Apr-2008 | USD USD |
| ED ACT RED | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 12-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,382,000.00 299,382,000.00 99.794000 09-Apr-2008 | USD USD | 299,382,000.00 299,382,000.00 1.000000 09-Apr-2008 | USD USD | 299,382,000.00 299,382,000.00 1.000000 09-Apr-2008 | USD USD |
| TED REDAC | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 19-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,298,000.00 299,298,000.00 99.766000 09-Apr-2008 | USD USD | 299,298,000.00 299,298,000.00 1.000000 09-Apr-2008 | USD USD | 299,298,000.00 299,298,000.00 1.000000 09-Apr-2008 | USD USD |
| ED ACT RED | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 24-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,841,000.00 299,841,000.00 99.947000 09-Apr-2008 | USD USD | 299,841,000.00 299,841,000.00 1.000000 09-Apr-2008 | USD USD | 299,841,000.00 299,841,000.00 1.000000 09-Apr-2008 | USD USD |
| ED ACT RED | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 29-May-2008 | 300,000,000.000 300,000,000.000 | 299,529,000.00 299,529,000.00 99.843000 09-Apr-2008 | USD USD | 299,529,000.00 299,529,000.00 1.000000 09-Apr-2008 | USD USD | 299,529,000.00 299,529,000.00 1.000000 09-Apr-2008 | USD USD |
| D ACTE RED | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 26-Jun-2008 | 200,000,000.000 200,000,000.000 | 199,466,000.00 199,466,000.00 99.733000 09-Apr-2008 | USD USD | 199,466,000.00 199,466,000.00 1.000000 09-Apr-2008 | USD USD | 199,466,000.00 199,466,000.00 1.000000 09-Apr-2008 | USD USD |

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

10-Apr-2008 11:03:48

MADTSS01330504

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 09-Apr-2008

Page 2 of 3

Priced Positions with Equivalent Currency

**Custody**
**Account** BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008    17-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,901,000.00 USD 299,901,000.00 USD 99.967000 09-Apr-2008 | 299,901,000.00 USD 299,901,000.00 USD 1.000000 09-Apr-2008 | 299,901,000.00 USD 299,901,000.00 USD 1.000000 09-Apr-2008 |
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD    08-May-2008 | 200,000,000.000 200,000,000.000 | 199,836,000.00 USD 199,836,000.00 USD 99.918000 09-Apr-2008 | 199,836,000.00 USD 199,836,000.00 USD 1.000000 09-Apr-2008 | 199,836,000.00 USD 199,836,000.00 USD 1.000000 09-Apr-2008 |

**Settled Units Market Value:**    2,842,103,000.00 USD    2,842,103,000.00 USD    2,842,103,000.00 USD
**Total Units Market Value:**    2,796,203,000.00 USD    2,796,203,000.00 USD    2,796,203,000.00 USD

| Cash Account | Cash Account Name | Cash Balance (Local) | Cash Balance (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Cash Balance (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|
| | US DOLLAR DDA | 414,299.09 USD | 414,299.09 USD 1.000000 09-Apr-2008 | 414,299.09 USD 1.000000 09-Apr-2008 |

**Cash Balance Totals:**    414,299.09 USD    414,299.09 USD

**Settled Units Market Value (Assets And Cash):**    2,842,517,299.09 USD    2,842,517,299.09 USD    2,842,517,299.09 USD
**Total Units Market Value (Assets And Cash):**    2,796,617,299.09 USD    2,796,617,299.09 USD    2,796,617,299.09 USD

10-Apr-2008 11:03:48

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

REDACTED

# JPMorgan ⬡

Custody

## Priced Positions with Equivalent Currency
### As Of: 09-Apr-2008

Page 3 of 3

Priced Positions with Equivalent Currency

**End of Report**

10-Apr-2008 11:03:48

REDACTED

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 09-Apr-2008

Positions

Custody

Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN — Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units Current Face~Settled | Total Units Current Face~Total |
|---|---|---|---|---|
| EDERAL HOME LOAN BANKS 5.125% BDS 29/DEC/2008<br>SD10000 .125000 — 29-Dec-2008 | FRB FBE US | 0.000 / 45,000,000.000 / 0.000 / 0.000 | 45,000,000.000 | 0.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008<br>USD1000 — 01-May-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008<br>USD1000 — 03-Jul-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR/2008<br>USD1000 — 10-Apr-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008<br>USD1000 — 12-Jun-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008<br>USD1000 — 19-Jun-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008<br>USD1000 — 24-Apr-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008<br>USD1000 — 29-May-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |
| UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008<br>USD1000 — 26-Jun-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 200,000,000.000 | 200,000,000.000 |
| UNITED STATES TREAS BILLS ZCP 17/APR/2008<br>17-Apr-2008 | FRB FBE US | 0.000 / 0.000 / 0.000 / 0.000 | 300,000,000.000 | 300,000,000.000 |

(*) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

10-Apr-2008 11:03:43

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 09-Apr-2008

Custody

Positions

Account ᴿᴱᴰᴬᶜᵀᴱᴰ BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|---|
| ᴿᴱᴰᴬᶜᵀᴱᴰ | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08MAY2008 TREASURY BILL USD | 08-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | | Totals: | | 0.000 45,000,000,000 | 2,845,000,000.000 | 2,800,000,000.000 |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| ᴿᴱᴰᴬᶜᵀᴱᴰ | US DOLLAR DDA | USD | 161,500.13 | 414,299.09 |

10-Apr-2008 11:03:43

(*) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

ᴿᴱᴰᴬᶜᵀᴱᴰ

REDACTED

Page 3 of 3

Positions

**JPMorgan**

Custody

**Positions**
As Of: 09-Apr-2008

**End of report**

10-Apr-2008 11:03:43

RE
DA
CT
ED

REDACTED

# JPMorgan

## Settled Trades
Statement
From: 10-Apr-2008 To: 10-Apr-2008

Settled Trades

**Custody**

**Account:** R E D BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| 10-Apr-2008 | | | |
| *USD* | | | |
| *FREE TRANSACTIONS* | | | |
| FREE DELIVER | 1 | USD | 0.00 |
| Total FREE TRANSACTIONS : | 1 | | 0.00 |
| *PURCHASES* | | | |
| PURCHASE | 6 | USD | (299,021,749.98) |
| Total PURCHASES : | 6 | | (299,021,749.98) |
| Total USD : | 7 | | (299,021,749.98) |

11-Apr-2008 09:28:28

REDACTED

REDACTED

# JPMorgan

**Settled Trades**
Summary
From: 10-Apr-2008 To: 10-Apr-2008

Page 2 of 3

Settled Trades

**Custody**

**Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| Security ID ISIN | Security Name Coupon Rate Maturity Date Pool Number | Transaction Category Transaction Type Transaction Status | Transaction Number | Trade Date Contractual S/D Actual S/D | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|

*Actual Settlement Date: 10-Apr-2008 CCY: USD*
*Transaction Category: FREE DELIVER Transaction Status: SETTLED*

| | FEDERAL HOME LOAN BANKS 5.125% BDS 29/DEC/2008 USD10000 5.125000 29-Dec-2008 | FREE DELIVER DELIVER FREE SETTLED | T308101BYYY | 09-Apr-2008 09-Apr-2008 10-Apr-2008 | 45,000,000.000 | 0.00 |

Total FREE DELIVER (1): 0.00

*Transaction Category: PURCHASE Transaction Status: SETTLED*

| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWI2 | 10-Apr-2008 10-Apr-2008 10-Apr-2008 | 50,000,000.000 USD | (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWI6 | 10-Apr-2008 10-Apr-2008 10-Apr-2008 | 50,000,000.000 USD | (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWIF | 10-Apr-2008 10-Apr-2008 10-Apr-2008 | 50,000,000.000 USD | (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWIJ | 10-Apr-2008 10-Apr-2008 10-Apr-2008 | 50,000,000.000 USD | (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWIQ | 10-Apr-2008 10-Apr-2008 10-Apr-2008 | 50,000,000.000 USD | (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWK2 | 10-Apr-2008 10-Apr-2008 10-Apr-2008 | 50,000,000.000 USD | (49,836,958.33) |

Total PURCHASE (6): (299,021,749.98)

Total USD for 10-Apr-2008 (7): (299,021,749.98)

11-Apr-2008 09:26:28

REDACTED

Settled Trades

**JPMorgan**

Custody

**Settled Trades**
From: 10-Apr-2008 To: 10-Apr-2008

**End of report**

11-Apr-2008 09:28:28

REDACTED

REDACTED

# JPMorgan

## All Trade Activity
### Summary by Contractual Settlement Date
From: 10-Apr-2008  To: 10-Apr-2008

All Trade Activity

**Custody**

**Account:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

*Contractual Settlement Date: 10-Apr-2008   CCY: USD*
*Transaction Category: PURCHASE   Transaction Status: SETTLED*

| Security Name / Coupon Rate Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units Current Face | Net Amount |
|---|---|---|---|---|---|---|---|---|
| UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | PURCHASE / RECEIVE VS PAYMENT / SETTLED / NATIONAL FINL SVCS CORP | | T308101BWI2 | 10-Apr-2008 / 10-Apr-2008 / 10-Apr-2008 | 50,000,000.000 | USD (49,836,958.33) |
| UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | PURCHASE / RECEIVE VS PAYMENT / SETTLED / NATIONAL FINL SVCS CORP | | T308101BWI6 | 10-Apr-2008 / 10-Apr-2008 / 10-Apr-2008 | 50,000,000.000 | USD (49,836,958.33) |
| UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | PURCHASE / RECEIVE VS PAYMENT / SETTLED / NATIONAL FINL SVCS CORP | | T308101BWIF | 10-Apr-2008 / 10-Apr-2008 / 10-Apr-2008 | 50,000,000.000 | USD (49,836,958.33) |
| UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | PURCHASE / RECEIVE VS PAYMENT / SETTLED / NATIONAL FINL SVCS CORP | | T308101BWJI | 10-Apr-2008 / 10-Apr-2008 / 10-Apr-2008 | 50,000,000.000 | USD (49,836,958.33) |
| UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | PURCHASE / RECEIVE VS PAYMENT / SETTLED / NATIONAL FINL SVCS CORP | | T308101BWJQ | 10-Apr-2008 / 10-Apr-2008 / 10-Apr-2008 | 50,000,000.000 | USD (49,836,958.33) |
| UNITED STATES TREAS BILLS ZCP 10/JUL/2008 | 10-Jul-2008 | | PURCHASE / RECEIVE VS PAYMENT / SETTLED / NATIONAL FINL SVCS CORP | | T308101BWK2 | 10-Apr-2008 / 10-Apr-2008 / 10-Apr-2008 | 50,000,000.000 | USD (49,836,958.33) |

REDACTED

JPMorgan ◑

**All Trade Activity**
Statement by Contractual Settlement Date
From: 10-Apr-2008 To: 10-Apr-2008

All Trade Activity

Custody

**Account:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| 10-Apr-2008 | | | |
| USD | | | |
| *PURCHASES* | | | |
| PURCHASE | 6 | USD | (299,021,749.98) |
| Total PURCHASES : | 6 | | (299,021,749.98) |
| Total USD : | 6 | | (299,021,749.98) |

REDACTED

REDACTED

Page 3 of 3

All Trade Activity

11-Apr-2008 09:28:10

**JPMorgan**

**All Trade Activity**
By Contractual Settlement Date
From: 10-Apr-2008 To: 10-Apr-2008

**End of Report**

Custody

TOA∈mR

REDACTED

# JPMorgan

## All Transaction Activity
### Statement by Value Date
### From: 10-Apr-2008  To: 10-Apr-2008

**Custody**

**All Transaction Activity**

**Account:** ▣ ▣ ▣ ▣ **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

10-Apr-2008

USD

| | Count | | Net Amount |
|---|---|---|---|
| **CORPORATE ACTIONS** | | | |
| REDEMPTION | 2 | USD | 600,000,000.00 |
| Total CORPORATE ACTIONS: | 2 | | 600,000,000.00 |
| **FREE TRANSACTIONS** | | | |
| FREE DELIVER | 2 | USD | 0.00 |
| Total FREE TRANSACTIONS: | 2 | | 0.00 |
| **PURCHASES** | | | |
| PURCHASE | 6 | USD | (299,021,749.98) |
| Total PURCHASES: | 6 | | (299,021,749.98) |
| Total USD: | 10 | | 300,978,250.02 |

11-Apr-2008 09:28:04

REDACTED

REDACTED

# JPMorgan

## All Transaction Activity
### Summary by Value Date
### From: 10-Apr-2008  To: 10-Apr-2008

**Custody**

**All Transaction Activity**

**Account:** REDACTED **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

**Value Date: 10-Apr-2008  CCY: USD**

| Security ID / ISIN | Security Name / Coupon Rate / Maturity Date / Pool Number / Fall Description | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|
| | | **Transaction Category: REDEMPTION** | | | | |
| REDACTED | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR2008 USD1000 10/APR/2008 | REDEMPTION REDEMPTION CANCELLED | R108033PLDB | 10-Apr-2008 | 300,000,000.000 0.000 | 300,000,000.00 0.00 300,000,000.00 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR2008 USD1000 10-Apr-2008 | REDEMPTION REDEMPTION SETTLED | T308101ABEY | 10-Apr-2008 10-Apr-2008 USD | 300,000,000.000 0.000 | 300,000,000.00 0.00 300,000,000.00 |
| | | **Transaction Category: FREE DELIVER** | | | | |
| REDACTED | FEDERAL HOME LOAN BANKS 5.125% BDS 29/DEC/2008 USD10000 5.125000   29-Dec-2008 | FREE DELIVER DELIVER FREE CANCELLED | T308100SQIL | 09-Apr-2008 | 45,000,000.000 0.000 | 0.00 0.00 0.00 |
| | FEDERAL HOME LOAN BANKS 5.125% BDS 29/DEC/2008 USD10000 5.125000   29-Dec-2008 | FREE DELIVER DELIVER FREE SETTLED | T308101BYYY | 09-Apr-2008 10-Apr-2008 | 45,000,000.000 0.000 | 0.00 0.00 0.00 |
| | | **Transaction Category: PURCHASE** | | | | |
| REDACTED | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWI2 | 10-Apr-2008 10-Apr-2008 USD | 50,000,000.000 0.000 | (49,836,958.33) 0.00 (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWI6 | 10-Apr-2008 10-Apr-2008 USD | 50,000,000.000 0.000 | (49,836,958.33) 0.00 (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWIF | 10-Apr-2008 10-Apr-2008 USD | 50,000,000.000 0.000 | (49,836,958.33) 0.00 (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWJI | 10-Apr-2008 10-Apr-2008 USD | 50,000,000.000 0.000 | (49,836,958.33) 0.00 (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWJQ | 10-Apr-2008 10-Apr-2008 USD | 50,000,000.000 0.000 | (49,836,958.33) 0.00 (49,836,958.33) |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | PURCHASE RECEIVE VS PAYMENT SETTLED | T308101BWK2 | 10-Apr-2008 10-Apr-2008 USD | 50,000,000.000 0.000 | (49,836,958.33) 0.00 (49,836,958.33) |

REDACTED

REDACTED

All Transaction Activity



JPMorgan

**All Transaction Activity**
By Value Date
From: 10-Apr-2008 To: 10-Apr-2008

**End of Report**

Custody

11-Apr-2008 09:28:04

RED
ACT
ED

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 10-Apr-2008

Page 1 of 3

Custody

**Priced Positions with Equivalent Currency**

Account: BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 01-May-2008 | 300,000,000.000 300,000,000.000 | 299,832,000.00 USD 299,832,000.00 99.944000 USD 10-Apr-2008 | 299,832,000.00 USD 299,832,000.00 1.000000 USD 10-Apr-2008 | 299,832,000.00 USD 299,832,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000.00 03-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,163,000.00 USD 299,163,000.00 99.721000 USD 10-Apr-2008 | 299,163,000.00 USD 299,163,000.00 1.000000 USD 10-Apr-2008 | 299,163,000.00 USD 299,163,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 12-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,412,000.00 USD 299,412,000.00 99.804000 USD 10-Apr-2008 | 299,412,000.00 USD 299,412,000.00 1.000000 USD 10-Apr-2008 | 299,412,000.00 USD 299,412,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 19-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,343,000.00 USD 299,343,000.00 99.781000 USD 10-Apr-2008 | 299,343,000.00 USD 299,343,000.00 1.000000 USD 10-Apr-2008 | 299,343,000.00 USD 299,343,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 3% TB 24/APR/2008 USD1000 24-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,856,000.00 USD 299,856,000.00 99.952000 USD 10-Apr-2008 | 299,856,000.00 USD 299,856,000.00 1.000000 USD 10-Apr-2008 | 299,856,000.00 USD 299,856,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 3% TB 29/MAY/2008 USD1000 29-May-2008 | 300,000,000.000 300,000,000.000 | 299,595,000.00 USD 299,595,000.00 99.865000 USD 10-Apr-2008 | 299,595,000.00 USD 299,595,000.00 1.000000 USD 10-Apr-2008 | 299,595,000.00 USD 299,595,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 26-Jun-2008 | 200,000,000.000 200,000,000.000 | 199,492,000.00 USD 199,492,000.00 99.746000 USD 10-Apr-2008 | 199,492,000.00 USD 199,492,000.00 1.000000 USD 10-Apr-2008 | 199,492,000.00 USD 199,492,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES TREAS BILLS ZCP 100/JUL/2008 10-Jul-2008 | 300,000,000.000 300,000,000.000 | 299,058,000.00 USD 299,058,000.00 99.686000 USD 10-Apr-2008 | 299,058,000.00 USD 299,058,000.00 1.000000 USD 10-Apr-2008 | 299,058,000.00 USD 299,058,000.00 1.000000 USD 10-Apr-2008 |
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008 17-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,922,000.00 USD 299,922,000.00 99.974000 USD 10-Apr-2008 | 299,922,000.00 USD 299,922,000.00 1.000000 USD 10-Apr-2008 | 299,922,000.00 USD 299,922,000.00 1.000000 USD 10-Apr-2008 |

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

11-Apr-2008 09:28:43

REDACTED

MADTSS01330525

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 10-Apr-2008

**Custody**
**Account** CT L BERNARD L MADOFF INVESTMENT SECURITIES LLC

Priced Positions with Equivalent Currency

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD  08-May-2008 | 200,000,000.000 200,000,000.000 | 199,858,000.00 199,858,000.00 99.929000 10-Apr-2008 | USD USD | 199,858,000.00 199,858,000.00 1.000000 10-Apr-2008 | USD USD | 199,858,000.00 199,858,000.00 1.000000 10-Apr-2008 | USD USD |

Settled Units Market Value: 2,795,531,000.00 USD — 2,795,531,000.00 USD — 2,795,531,000.00 USD
Total Units Market Value: 2,795,531,000.00 USD — 2,795,531,000.00 USD — 2,795,531,000.00 USD

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Cash Balance (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| | US DOLLAR DDA | 562,187.13 | USD | 562,187.13 1.000000 10-Apr-2008 | USD | 562,187.13 1.000000 10-Apr-2008 | USD |

Cash Balance Totals: 562,187.13 USD — 562,187.13 USD — 562,187.13 USD

Settled Units Market Value (Assets And Cash): 2,796,093,187.13 USD — 2,796,093,187.13 USD
Total Units Market Value (Assets And Cash): 2,796,093,187.13 USD — 2,796,093,187.13 USD

Market Values are based on price and exchange rate information provided by vendors. This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

11-Apr-2008 09:28:43

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### As Of: 10-Apr-2008

Custody

Priced Positions with Equivalent Currency

## End of Report

11-Apr-2008 09:28:43

REDACTED

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 10-Apr-2008

Page 1 of 3

Positions

Custody

**Account:** [REDACTED] BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate / Maturity Date / Pool Number | Location/Nominee / Reg./Sub Acct. / Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units Current Face→Settled | Total Units Current Face→Total |
|---|---|---|---|---|---|
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 01-May-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 03-Jul-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 12-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 19-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 24-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 29-May-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 26-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 10/JUL/2008 10-Jul-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008 17-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

11-Apr-2008 09:26:38

(*) Settled Units include positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

REDACTED

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 10-Apr-2008

Page 2 of 3

Positions

## Custody

### Account: REDACTED :BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name | | Location/Nominee Reg./Sub Acct. | Awaiting Receipt Awaiting Delivery | Settled Units | Total Units |
|---|---|---|---|---|---|---|
| | Coupon Rate | Maturity Date | Pool Number | Country | Collateral Units Borrowed Units | Current Face-Settled | Current Face-Total |
| REDACTED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | | | FRB | 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | 08-May-2008 | | FBE | 0.000 | | |
| | | | | US | 0.000 | | |
| | | | Totals: | | 0.000 | 2,800,000,000.000 | 2,800,000,000.000 |
| | | | | | 0.000 | | |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| REDACTED | US DOLLAR DDA | USD | 414,299.09 | 562,187.13 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

11-Apr-2008 09:28:38

REDACTED

REDACTED

Positions

11-Apr-2008 09:28:38

**JPMorgan**

**Positions**
As Of: 10-Apr-2008

**End of report**

Custody

R E D A C

REDACTED

# JPMorgan

**Custody**

Account ___ BERNARD L MADOFF INVESTMENT SECURITIES LLC

**Positions Summary As Of: 02-Apr-2008**

Page 1 of 3

**Positions**

| Security ID / ISIN | Security Name / Coupon Rate | Maturity Date / Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|
| | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 | 08-Apr-2009 | FRB FBE US | 100,000,000.000 0.000 0.000 0.000 | 100,000,000.000 | 0.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 | 01-May-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR/2008 USD1000 | 10-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 | 12-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 | 19-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 | 24-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 | 29-May-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 | 26-Jun-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 03/APR/2008 | 03-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008 | 17-Apr-2008 | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

REDACTED

(1) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

03-Apr-2008 09:17:20

REDACTED

# JPMorgan

## Positions
### Summary
### As Of: 02-Apr-2008

Page 2 of 3

Positions

**Custody**

**Account:** R E D A C T E D - BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name Coupon Rate | Pool Number Maturity Date | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|
| REDACTED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD    08-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | Totals: | | | 0.000 100,000,000,000 | 2,900,000,000,000 | 2,800,000,000,000 |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| R E D A C T E D | US DOLLAR DDA | USD | 156,320.69 | 1,237,701.35 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

03-Apr-2008 09:17:20

REDACTED

REDACTED

Page 3 of 3

Positions

03-Apr-2008 09:17:20

**Positions**
As Of: 02-Apr-2008

**End of report**

**JPMorgan**

Custody

RE
DA
CT
ED

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 02-Apr-2008

**Custody**

**Account:** R E D [ BERNARD L MADOFF INVESTMENT SECURITIES LLC ]

**Priced Positions with Equivalent Currency**

| Security ID / ISIN / Coupon Rate Maturity Date Pool Number | Security Name | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| 08/APR/2009 3.000000  08-Apr-2009 | FEDERAL HOME LN BKS CALL STEP | 100,000,000.000 / 0.000 | 100,031,000.00 USD / 0.00 USD / 100.031000 / 02-Apr-2008 | 100,031,000.00 USD / 0.00 USD / 1.000000 / 02-Apr-2008 | 100,031,000.00 USD / 0.00 USD / 1.000000 / 02-Apr-2008 |
| 0% TB 01/MAY/2008 USD1000  01-May-2008 | UNITED STATES OF AMER TREAS BILLS | 300,000,000.000 / 300,000,000.000 | 299,640,000.00 USD / 299,640,000.00 USD / 99.880000 / 02-Apr-2008 | 299,640,000.00 USD / 299,640,000.00 USD / 1.000000 / 02-Apr-2008 | 299,640,000.00 USD / 299,640,000.00 USD / 1.000000 / 02-Apr-2008 |
| 0% TB 10/APR/2008 USD1000  10-Apr-2008 | UNITED STATES OF AMER TREAS BILLS | 300,000,000.000 / 300,000,000.000 | 299,916,000.00 USD / 299,916,000.00 USD / 99.972000 / 02-Apr-2008 | 299,916,000.00 USD / 299,916,000.00 USD / 1.000000 / 02-Apr-2008 | 299,916,000.00 USD / 299,916,000.00 USD / 1.000000 / 02-Apr-2008 |
| 0% TB 12/JUN/2008 USD1000  12-Jun-2008 | UNITED STATES OF AMER TREAS BILLS | 300,000,000.000 / 300,000,000.000 | 299,187,000.00 USD / 299,187,000.00 USD / 99.729000 / 02-Apr-2008 | 299,187,000.00 USD / 299,187,000.00 USD / 1.000000 / 02-Apr-2008 | 299,187,000.00 USD / 299,187,000.00 USD / 1.000000 / 02-Apr-2008 |
| 0% TB 19/JUN/2008 USD1000  19-Jun-2008 | UNITED STATES OF AMER TREAS BILLS | 300,000,000.000 / 300,000,000.000 | 299,133,000.00 USD / 299,133,000.00 USD / 99.711000 / 02-Apr-2008 | 299,133,000.00 USD / 299,133,000.00 USD / 1.000000 / 02-Apr-2008 | 299,133,000.00 USD / 299,133,000.00 USD / 1.000000 / 02-Apr-2008 |
| 0% TB 24/APR/2008 USD1000  24-Apr-2008 | UNITED STATES OF AMER TREAS BILLS | 300,000,000.000 / 300,000,000.000 | 299,727,000.00 USD / 299,727,000.00 USD / 99.909000 / 02-Apr-2008 | 299,727,000.00 USD / 299,727,000.00 USD / 1.000000 / 02-Apr-2008 | 299,727,000.00 USD / 299,727,000.00 USD / 1.000000 / 02-Apr-2008 |
| 0% TB 29/MAY/2008 USD1000  29-May-2008 | UNITED STATES OF AMER TREAS BILLS | 300,000,000.000 / 300,000,000.000 | 299,334,000.00 USD / 299,334,000.00 USD / 99.778000 / 02-Apr-2008 | 299,334,000.00 USD / 299,334,000.00 USD / 1.000000 / 02-Apr-2008 | 299,334,000.00 USD / 299,334,000.00 USD / 1.000000 / 02-Apr-2008 |
| TB 26/JUN/2008 USD1000  26-Jun-2008 | UNITED STATES OF AMER TREAS BILLS | 200,000,000.000 / 200,000,000.000 | 199,360,000.00 USD / 199,360,000.00 USD / 99.680000 / 02-Apr-2008 | 199,360,000.00 USD / 199,360,000.00 USD / 1.000000 / 02-Apr-2008 | 199,360,000.00 USD / 199,360,000.00 USD / 1.000000 / 02-Apr-2008 |
| 03/APR/2008  03-Apr-2008 | UNITED STATES TREAS BILLS ZCP | 300,000,000.000 / 300,000,000.000 | 300,000,000.00 USD / 300,000,000.00 USD / 100.000000 / 02-Apr-2008 | 300,000,000.00 USD / 300,000,000.00 USD / 1.000000 / 02-Apr-2008 | 300,000,000.00 USD / 300,000,000.00 USD / 1.000000 / 02-Apr-2008 |

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

03-Apr-2008 09:17:24

REDACTED

REDACTED

**JPMorgan**

## Priced Positions with Equivalent Currency
### Summary
### As Of: 02-Apr-2008

Page 2 of 3

Priced Positions with Equivalent Currency

**Custody**
Account: REDACTED — BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|---|
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008  17-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,856,000.00 299,856,000.00 99.952000 02-Apr-2008 | USD USD | 299,856,000.00 299,856,000.00 1.000000 02-Apr-2008 | USD USD | 299,856,000.00 299,856,000.00 1.000000 02-Apr-2008 | USD USD |
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 09/MAY/2008 TREASURY BILL USD  08-May-2008 | 200,000,000.000 200,000,000.000 | 199,704,000.00 199,704,000.00 99.852000 02-Apr-2008 | USD USD | 199,704,000.00 199,704,000.00 1.000000 02-Apr-2008 | USD USD | 199,704,000.00 199,704,000.00 1.000000 02-Apr-2008 | USD USD |
| | **Settled Units Market Value:** **Total Units Market Value:** | | | | **2,895,888,000.00** **2,795,857,000.00** | **USD USD** | **2,895,888,000.00** **2,795,857,000.00** | **USD USD** |

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Cash Balance (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| | US DOLLAR DDA | 1,237,701.35 | USD | 1,237,701.35 1.000000 02-Apr-2008 | USD | 1,237,701.35 1.000000 02-Apr-2008 | USD |
| | **Cash Balance Totals:** | | | **1,237,701.35** | **USD** | **1,237,701.35** | **USD** |
| | **Settled Units Market Value (Assets And Cash):** **Total Units Market Value (Assets And Cash):** | | | **2,897,125,701.35** **2,797,094,701.35** | **USD USD** | **2,897,125,701.35** **2,797,094,701.35** | **USD USD** |

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

03-Apr-2008 09:17:24

REDACTED

REDACTED

# JPMorgan

Custody

## Priced Positions with Equivalent Currency
### As Of: 02-Apr-2008

Page 3 of 3

Priced Positions with Equivalent Currency

## End of Report

03-Apr-2008 09:17:24

REDACTED

300,000,000.00 REDEMPTION OR CALL SEC 0000067122ST SAME 10:56 04/03/2008
GIS REF: 발성1日
CUSIP NO: 912795D65
SAFEKEEP ACC: G 13414
TRANS: REDM
SEC TYPE: UNITED STATES TREASURY BILLS UNITED S
UNITS: 300,000,000.00
TRADE DATE: 04/03/08
SETTLE DATE: 04/03/08
BROKER: REDEMPTIONS

REDACTED

49,829,375.00 PURCHASE OF SEC SEC 0000077229ST SAME 11:31 04/03/2008
GIS REF: 발송당월
CUSIP NO: 912795F30
SAFEKEEP ACC: G 13414
TRANS: PURC
SEC TYPE: UNITED STATES TREASURY BILLS UNITED S
UNITS: 50,000,000.00
TRADE DATE: 04/03/08
SETTLE DATE: 04/03/08
BROKER: NATIONAL FINL SVCS CORP

49,829,375.00 PURCHASE OF SEC SEC 0000077236ST SAME 11:31 04/03/2008
GIS REF: 발송당월
CUSIP NO: 912795F30
SAFEKEEP ACC: G 13414
TRANS: PURC
SEC TYPE: UNITED STATES TREASURY BILLS UNITED S
UNITS: 50,000,000.00
TRADE DATE: 04/03/08
SETTLE DATE: 04/03/08
BROKER: NATIONAL FINL SVCS CORP

REDACTED

# JPMorgan

**All Trade Activity**

Statement by Contractual Settlement Date
From: 03-Apr-2008 To: 03-Apr-2008

All Trade Activity

**Custody**

**Account:** ☐ E A T C ☐ BERNARD L MADOFF INVESTMENT SECURITIES LLC

| | Count | | Net Amount |
|---|---|---|---|
| *03-Apr-2008* | | | |
| *USD* | | | |
| *PURCHASES* | | | |
| PURCHASE | 6 | USD | (298,976,250.00) |
| Total PURCHASES : | 6 | | (298,976,250.00) |
| Total USD : | 6 | | (298,976,250.00) |

04-Apr-2008 10:13:18

REDACTED

REDACTED

# JPMorgan

## All Trade Activity
### Summary by Contractual Settlement Date
### From: 03-Apr-2008 To: 03-Apr-2008

Page 2 of 3

**Custody**

**All Trade Activity**

**Account:** REDACTED **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

*Contractual Settlement Date: 03-Apr-2008   CCY: USD*

*Transaction Category: PURCHASE   Transaction Status: SETTLED*

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status / Broker | Age (Days) | Transaction Number | Trade Date / Contractual S/D / Actual S/D / Autosettle Date | Units / Current Face | | Net Amount |
|---|---|---|---|---|---|---|---|---|---|---|
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308094BNL2 | 03-Apr-2008 03-Apr-2008 03-Apr-2008 | 50,000,000.000 | USD | (49,829,375.00) |
| | 03/JUL/2008 USD1000 | 03-Jul-2008 | | | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308094BNLT | 03-Apr-2008 03-Apr-2008 03-Apr-2008 | 50,000,000.000 | USD | (49,829,375.00) |
| | 03/JUL/2008 USD1000 | 03-Jul-2008 | | | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308094BNMX | 03-Apr-2008 03-Apr-2008 03-Apr-2008 | 50,000,000.000 | USD | (49,829,375.00) |
| | 03/JUL/2008 USD1000 | 03-Jul-2008 | | | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308094BNNB | 03-Apr-2008 03-Apr-2008 03-Apr-2008 | 50,000,000.000 | USD | (49,829,375.00) |
| | 03/JUL/2008 USD1000 | 03-Jul-2008 | | | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308094BNNI | 03-Apr-2008 03-Apr-2008 03-Apr-2008 | 50,000,000.000 | USD | (49,829,375.00) |
| | 03/JUL/2008 USD1000 | 03-Jul-2008 | | | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE RECEIVE VS PAYMENT SETTLED NATIONAL FINL SVCS CORP | | T308094BNNP | 03-Apr-2008 03-Apr-2008 03-Apr-2008 | 50,000,000.000 | USD | (49,829,375.00) |
| | 03/JUL/2008 USD1000 | 03-Jul-2008 | | | | | | | | |

04-Apr-2008 10:13:18

REDACTED

REDACTED



Page 3 of 3

All Trade Activity

# JPMorgan

**All Trade Activity**
By Contractual Settlement Date
From: 03-Apr-2008 To: 03-Apr-2008

## End of Report

Custody

04-Apr-2008 10:13:18

REDACTED

# JPMorgan

## All Transaction Activity
### Statement by Value Date
### From: 03-Apr-2008 To: 03-Apr-2008

All Transaction Activity

**Custody**

**Account:** R E D **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

| | Count | | Net Amount |
|---|---|---|---|
| **03-Apr-2008** | | | |
| **USD** | | | |
| **CORPORATE ACTIONS** | | | |
| REDEMPTION | 2 | USD | 600,000,000.00 |
| Total CORPORATE ACTIONS: | 2 | | 600,000,000.00 |
| **PURCHASES** | | | |
| PURCHASE | 6 | USD | (298,976,250.00) |
| Total PURCHASES: | 6 | | (298,976,250.00) |
| **Total USD:** | 8 | | 301,023,750.00 |

REDACTED

# JPMorgan

## All Transaction Activity
### Summary by Value Date
### From: 03-Apr-2008  To: 03-Apr-2008

**Custody**

**Account:** [REDACTED] **BERNARD L MADOFF INVESTMENT SECURITIES LLC**

**All Transaction Activity**

*Value Date: 03-Apr-2008  CCY: USD*

*Transaction Category: REDEMPTION*

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|
| | UNITED STATES TREAS BILLS ZCP 03/APR/2008 | | | REDEMPTION / REDEMPTION / CANCELLED | R108086PFP7 | 03-Apr-2008 | 300,000,000.000 / 0.000 | 300,000,000.00 / 0.00 / 300,000,000.00 |
| | | 03-Apr-2008 | | | | | | |
| | UNITED STATES TREAS BILLS ZCP 03/APR/2008 | | | REDEMPTION / REDEMPTION / SETTLED | T308094ABEC | 03-Apr-2008 / 03-Apr-2008 | 300,000,000.000 / 0.000 USD | 300,000,000.00 / 0.00 / 300,000,000.00 USD |
| | | 03-Apr-2008 | | | | | | |

*Transaction Category: PURCHASE*

| Security ID / ISIN | Security Name / Coupon Rate / Fail Description | Maturity Date | Pool Number | Transaction Category / Transaction Type / Transaction Status | Transaction Number / Age (Days) | Contractual S/D / Payable Date / Posted Date | Units / Current Face | Principal Amount / Income Amount / Net Amount |
|---|---|---|---|---|---|---|---|---|
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE / RECEIVE VS PAYMENT / SETTLED | T308094BNL2 | 03-Apr-2008 / 03-Apr-2008 | 50,000,000.000 / 0.000 | (49,829,375.00) / 0.00 / (49,829,375.00) |
| | | 03-Jul-2008 | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE / RECEIVE VS PAYMENT / SETTLED | T308094BNLT | 03-Apr-2008 / 03-Apr-2008 | 50,000,000.000 / 0.000 USD | (49,829,375.00) / 0.00 / (49,829,375.00) USD |
| | | 03-Jul-2008 | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE / RECEIVE VS PAYMENT / SETTLED | T308094BNMX | 03-Apr-2008 / 03-Apr-2008 | 50,000,000.000 / 0.000 USD | (49,829,375.00) / 0.00 / (49,829,375.00) USD |
| | | 03-Jul-2008 | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE / RECEIVE VS PAYMENT / SETTLED | T308094BNNB | 03-Apr-2008 / 03-Apr-2008 | 50,000,000.000 / 0.000 USD | (49,829,375.00) / 0.00 / (49,829,375.00) USD |
| | | 03-Jul-2008 | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE / RECEIVE VS PAYMENT / SETTLED | T308094BNNI | 03-Apr-2008 / 03-Apr-2008 | 50,000,000.000 / 0.000 USD | (49,829,375.00) / 0.00 / (49,829,375.00) USD |
| | | 03-Jul-2008 | | | | | | |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | | | PURCHASE / RECEIVE VS PAYMENT / SETTLED | T308094BNNP | 03-Apr-2008 / 03-Apr-2008 | 50,000,000.000 / 0.000 USD | (49,829,375.00) / 0.00 / (49,829,375.00) USD |
| | | 03-Jul-2008 | | | | | | |

REDACTED

REDACTED

JPMorgan

# All Transaction Activity
By Value Date
From: 03-Apr-2008 To: 03-Apr-2008

All Transaction Activity

Custody

## End of Report

04-Apr-2008 10:13:08

REDACTED

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 03-Apr-2008

Priced Positions with Equivalent Currency

Custody
Account: [REDACTED]  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN | Security Name / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) |
|---|---|---|---|---|---|
| | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 08-Apr-2009 | 100,000,000.000 0.000 | 100,031,000.00 0.00 100.031000 03-Apr-2008 | 100,031,000.00 USD 0.00 USD 1.000000 03-Apr-2008 | 100,031,000.00 USD 0.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 01-May-2008 | 300,000,000.000 300,000,000.000 | 299,649,000.00 299,649,000.00 99.883000 03-Apr-2008 | 299,649,000.00 USD 299,649,000.00 USD 1.000000 03-Apr-2008 | 299,649,000.00 USD 299,649,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 03-Jul-2008 | 300,000,000.000 300,000,000.000 | 298,962,000.00 298,962,000.00 99.654000 03-Apr-2008 | 298,962,000.00 USD 298,962,000.00 USD 1.000000 03-Apr-2008 | 298,962,000.00 USD 298,962,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR/2008 USD1000 10-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,916,000.00 299,916,000.00 99.972000 03-Apr-2008 | 299,916,000.00 USD 299,916,000.00 USD 1.000000 03-Apr-2008 | 299,916,000.00 USD 299,916,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 12-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,214,000.00 299,214,000.00 99.738000 03-Apr-2008 | 299,214,000.00 USD 299,214,000.00 USD 1.000000 03-Apr-2008 | 299,214,000.00 USD 299,214,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 19-Jun-2008 | 300,000,000.000 300,000,000.000 | 299,154,000.00 299,154,000.00 99.718000 03-Apr-2008 | 299,154,000.00 USD 299,154,000.00 USD 1.000000 03-Apr-2008 | 299,154,000.00 USD 299,154,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 24-Apr-2008 | 300,000,000.000 300,000,000.000 | 299,727,000.00 299,727,000.00 99.909000 03-Apr-2008 | 299,727,000.00 USD 299,727,000.00 USD 1.000000 03-Apr-2008 | 299,727,000.00 USD 299,727,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 29-May-2008 | 300,000,000.000 300,000,000.000 | 299,355,000.00 299,355,000.00 99.785000 03-Apr-2008 | 299,355,000.00 USD 299,355,000.00 USD 1.000000 03-Apr-2008 | 299,355,000.00 USD 299,355,000.00 USD 1.000000 03-Apr-2008 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 26-Jun-2009 | 200,000,000.000 200,000,000.000 | 199,362,000.00 199,362,000.00 99.681000 03-Apr-2008 | 199,362,000.00 USD 199,362,000.00 USD 1.000000 03-Apr-2008 | 199,362,000.00 USD 199,362,000.00 USD 1.000000 03-Apr-2008 |

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

04-Apr-2008 10:12:44

REDACTED

REDACTED

# JPMorgan

## Priced Positions with Equivalent Currency
### Summary
### As Of: 03-Apr-2008

Page 2 of 3

**Priced Positions with Equivalent Currency**

**Custody**

**Account:** R E D  BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Coupon Rate Maturity Date Pool Number | Settled Units / Total Units | Settled Market Value (Local) / Total Market Value (Local) / Market Price / Price Date | | Settled Market Value (Base) / Total Market Value (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Settled Market Value (Equivalent) / Total Market Value (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| UNITED STATES TREAS BILLS ZCP | 300,000,000.000 | 299,856,000.00 | USD | 299,856,000.00 | USD | 299,856,000.00 | USD |
| 17/APR/2008 | 300,000,000.000 | 299,856,000.00 | USD | 299,856,000.00 | USD | 299,856,000.00 | USD |
| 17-Apr-2008 | | 99.952000 | | 1.000000 | | 1.000000 | |
| | | 03-Apr-2008 | | 03-Apr-2008 | | 03-Apr-2008 | |
| UNITED STATES TREAS NT STRIPPED | 200,000,000.000 | 199,710,000.00 | USD | 199,710,000.00 | USD | 199,710,000.00 | USD |
| PRI 0% TB 09/MAY/2008 TREASURY BILL | 200,000,000.000 | 199,710,000.00 | USD | 199,710,000.00 | USD | 199,710,000.00 | USD |
| USD | | 99.855000 | | 1.000000 | | 1.000000 | |
| 08-May-2008 | | 03-Apr-2008 | | 03-Apr-2008 | | 03-Apr-2008 | |

**Settled Units Market Value:**  2,894,936,000.00 USD   2,894,936,000.00 USD
**Total Units Market Value:**  2,794,905,000.00 USD   2,794,905,000.00 USD

| Cash Account | Cash Account Name | Cash Balance (Local) | | Cash Balance (Base) / Exchange Rate (Base) / Exchange Rate Date (Base) | | Cash Balance (Equivalent) / Exchange Rate (Equivalent) / Exchange Rate Date (Equivalent) | |
|---|---|---|---|---|---|---|---|
| R E D | US DOLLAR DDA | 32,614,162.66 | USD | 32,614,162.66 | USD | 32,614,162.66 | USD |
| | | | | 1.000000 | | 1.000000 | |
| | | | | 03-Apr-2008 | | 03-Apr-2008 | |

**Cash Balance Totals:**  32,614,162.66 USD   32,614,162.66 USD

**Settled Units Market Value (Assets And Cash):**  2,927,550,162.66 USD   2,927,550,162.66 USD
**Total Units Market Value (Assets And Cash):**  2,827,519,162.66 USD   2,827,519,162.66 USD

REDACTED

R E D A C T E D

Market Values are based on price and exchange rate information provided by vendors.  This information is provided on a best efforts basis and is not certified and/or verified by JPMorgan Chase & Co.

REDACTED

JPMorgan

Custody

**Priced Positions with Equivalent Currency**
As Of: 03-Apr-2008

**End of Report**

04-Apr-2008 10:12:44

REDACTED

REDACTED

# JPMorgan

**Positions**
Summary
As Of: 03-Apr-2008

Positions

**Custody**

**Account:** BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID / ISIN / Coupon Rate | Security Name / Maturity Date / Pool Number | Location/Nominee Reg/Sub Acct. Country | Awaiting Receipt / Awaiting Delivery / Collateral Units / Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|
| 3.000000 | FEDERAL HOME LN BKS CALL STEP 08/APR/2009<br>08-Apr-2009 | FRB<br>FBE<br>US | 0.000<br>100,000,000.000<br>0.000<br>0.000 | 100,000,000.000 | 0.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008<br>01-May-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008<br>03-Jul-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR/2008<br>10-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008<br>12-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008<br>19-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008<br>24-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008<br>29-May-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |
| USD1000 | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008<br>26-Jun-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 200,000,000.000 | 200,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008<br>17-Apr-2008 | FRB<br>FBE<br>US | 0.000<br>0.000<br>0.000<br>0.000 | 300,000,000.000 | 300,000,000.000 |

(*) Settled Units includes positions that are in Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

REDACTED

04-Apr-2008 10:12:36

REDACTED

# JPMorgan

## Positions
### Summary
### As Of: 03-Apr-2008

Positions

Custody

Account: REDACTED BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|---|
| REDACTED | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | 08-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | | | Totals: | 0.000 100,000,000.000 | 2,900,000,000.000 | 2,800,000,000.000 |

| Cash Account | Cash Account Name | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|---|
| REDACTED | US DOLLAR DDA | USD | 1,237,701.35 | 32,614,162.66 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

04-Apr-2008 10:12:36

REDACTED

Page 3 of 3

Positions

**JPMorgan**

**Positions**
As Of: 03-Apr-2008

Custody

**End of report**

04-Apr-2008 10:12:36

RED
ACT
ED

REDACTED

# JPMorgan

## Positions
### Summary
### As Of: 03-Apr-2008

Page 1 of 3

Positions

04-Apr-2008 10:12:36

### Custody

### Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name Coupon Rate | Maturity Date | Pool Number | Location/Nominee Reg/Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face>Settled | Total Units Current Face>Total |
|---|---|---|---|---|---|---|---|
| | FEDERAL HOME LN BKS CALL STEP 08/APR/2009 3.000000 | 08-Apr-2009 | | FRB FBE US | 0.000 100,000,000.000 0.000 0.000 | 100,000,000.000 | 0.000 0.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 01/MAY/2008 USD1000 | 01-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 03/JUL/2008 USD1000 | 03-Jul-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 10/APR/2008 USD1000 | 10-Apr-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 12/JUN/2008 USD1000 | 12-Jun-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 19/JUN/2008 USD1000 | 19-Jun-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 24/APR/2008 USD1000 | 24-Apr-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS 0% TB 29/MAY/2008 USD1000 | 29-May-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |
| | UNITED STATES OF AMER TREAS BILLS TB 26/JUN/2008 USD1000 | 26-Jun-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 200,000,000.000 | 200,000,000.000 |
| | UNITED STATES TREAS BILLS ZCP 17/APR/2008 | 17-Apr-2008 | | FRB FBE US | 0.000 0.000 0.000 0.000 | 300,000,000.000 | 300,000,000.000 |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

REDACTED

REDACTED

# JPMorgan 🌀

## Positions
### Summary
### As Of: 03-Apr-2008

Positions

### Custody
### Account: G 13414 BERNARD L MADOFF INVESTMENT SECURITIES LLC

| Security ID ISIN | Security Name | | Location/Nominee Reg./Sub Acct. Country | Awaiting Receipt Awaiting Delivery Collateral Units Borrowed Units | Settled Units Current Face-Settled | Total Units Current Face-Total |
|---|---|---|---|---|---|---|
| | Coupon Rate | Maturity Date | Pool Number | | | |
| | UNITED STATES TREAS NT STRIPPED PRI 0% TB 08/MAY/2008 TREASURY BILL USD | | FRB | 0.000 | 200,000,000.000 | 200,000,000.000 |
| | | | FBE | 0.000 | | |
| | | 08-May-2008 | US | 0.000 | | |
| | | | | 0.000 | 2,900,000,000.000 | 2,800,000,000,000 |
| | | | Totals: | 100,000,000,000.000 | | |

| | Local CCY | Opening Cash Balance | Closing Cash Balance |
|---|---|---|---|
| | USD | 1,237,701.36 | 32,514,162.66 |

| Cash Account | Cash Account Name |
|---|---|
| | US DOLLAR DDA |

(*) Settled Units includes positions that are In Transit, At Registrar, Pledged and/or On Loan.
(b) There are shares Blocked for Proxy for this security.

04-Apr-2008 10:12:36

REDACTED



Positions

**JPMorgan**

Custody

**Positions**
As Of: 03-Apr-2008

**End of report**

04-Apr-2008 10:12:36

MS 0000100

MSYSAB00000100

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 1999

Your Financial Advisor
REDACTED

PAGE 1 OF

Account Number
REDACTED                FA

BERNARD L MADOFF
ATTENTION: REDACTED
885 3RD AVE
NEW YORK NY 10022

ASSET DETAILS

| Your Investments | | Current Price | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|
| US TSY NOTE | 5625 01MY15 | 99 1/4 | 99,250,000.00 | 5625,000.00 | 5.66% |
| Total Value of Priced Investments | | | $99,250,000.00 | $625,000.00 | 5.66% |

Asset Summary

| | Value | Est Yrly Income |
|---|---|---|
| Cash | 5.89 | |
| Total Account Valuation | $99,250,005.89 | $5,625,000.00 |

DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 11/30 | | | .00 |
| 12/27 | Deposit | | WIRED FUNDS RECEIVED | | +.00 | |
| 12/27 | Deposit | | WIRED FUNDS RECEIVED | | +16,000.00 | +16,000.00 |
| 12/28 | Bought | 100000000 | US TSY NOTE 5625 01MY15 | 99.351 | -15,994.11 | +5.89 |
| | | | CLOSING BALANCE AS OF 12/31 | | | +5.89 |

MS 0000101

MSYSAB0000101

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 1999

BERNARD L MADOFF

PAGE 2 OF
Account Number        FA
REDACTED

Income Summary

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends | .00 | .00 | Interest | .00 | .00 |
| Accrued Bond Interest | .00 | .00 | Margin Interest | .00 | .00 |

Messages

For tax year 1999, clients invested in networked external mutual funds will receive two tax reports. One will come from the fund company and will reflect income and distributions for the period from January 1, 1999 up until the conversion date. The second report will be supplied from Morgan Stanley Dean Witter and will cover the period starting at the time of the conversion until December 31, 1999. Clients should retain both of these reports for their tax records. Beginning with tax year 2000, clients will receive one income and distribution report from Morgan Stanley Dean Witter.

If you wish to borrow, Morgan Stanley Dean Witter's Margin loan rate as of 12/31 is  8.87% to 10.62%.

MS 0000174

MSYSAB0000174

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2002

PAGE 1 OF

Your Financial Advisor
LIEBERMANN/SHINN
SENIOR VICE PRESIDENT
MORGAN STANLEY
240 S. PINEAPPLE AVE. 5TH FLOOR
SARASOTA, FL    34236
(941) 957-5500

Account Number
REDACTED

(10022483469B)

BERNARD L MADOFF
ATTENTION: REDACTED
REDACTED

ASSET DETAILS

| Your Investments | | | | Current Price | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|---|---|
| US TSY BILL | 00000 | 03FD06 | | 99.883 | 99,883,000.00 | | |
| US TSY BILL | 00000 | 03FB13 | | 99.859 | 99,859,000.00 | | |
| US TSY BILL | 00000 | 03FB20 | | 99.838 | 99,838,000.00 | | |
| US TSY BILL | 00000 | 03MH06 | | 99.792 | 99,792,000.00 | | |
| US TSY BILL | 00000 | 03MH13 | | 99.768 | 99,768,000.00 | | |

Total Value of Priced Investments                                   $499,140,000.00                        $.00

| Custodial Holdings | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option | Fund Plan Number |
|---|---|---|---|---|---|---|---|
| 886904.04  LIQUID ASSET FUND | ILAF | 1.00 | 12/31/02 | 886,904.04 | MSDWT | Reinv/ N/A | REDACT |

Total Custodial Holdings                                             $886,904.04

Asset Summary                                                                              Est Yrly Income

                                                            Value
Cash                                                        0.16

Total Account Valuation                        $500,026,904.20                                    $.00

MS 0000175

MSYSAB0000175

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2002

BERNARD L MADOFF

PAGE 2 OF
Account Number
REDACTED

DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 11/30 | | | 329,295.16 |
| 12/03 | Bought | 329295 | LIQUID ASSET FUND | 1.00 | -329,295.00 | +.16 |
| 12/31 | Dividend | | LIQUID ASSET FUND | | +725.30 | +.16 |
| | Direct Purchase | 725.300 | LIQUID ASSET FUND | 1.00 | -725.30 | +.16 |
| | | | REINVESTMENT | | | +.16 |
| | | | CLOSING BALANCE AS OF 12/31 | | | +.16 |

Morgan Stanley Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| LIQUID ASSET FUND | 74,657.10 | 0.00 | 0.00 | Reinvest Dividends |
| Totals | $74,657.10 | $0.00 | $0.00 | |

LIQUID ASSET FUND    Following are the Fund's 30-day average annualized yields during the past quarter: October 1.23%, November 1.15%, and December 0.99%.

REDACTE
D

MS 0000176

MSYSAB0000176

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2002

BERNARD L MADOFF

PAGE 3 OF
Account Number
REDACTED

## Income Summary

|  | This Month | Year-to-Date | This Month | Year-to-Date |
|---|---|---|---|---|
| Dividends | 725.30 | 74,657.10 | .00 | .00 |
| Accrued Bond Interest | .00 | .00 | .00 | .00 |

Interest   November 11, 2002
Margin Interest   September 1, 2002

EFFECTIVE DATE:   November 11, 2002
PREVIOUS CHANGE:   September 1, 2002

## Margin Loan Rates

| Loan Amount | Rate |
|---|---|
| $0 - 9,999 ........... | 7 3/8% |
| $10,000 - 24,999 ...... | 7 1/4% |
| $25,000 - 49,999 ...... | 6 7/8% |
| $50,000 - 99,000 ...... | 6 1/8% |
| $100,000 - 499,999 .... | 5 5/8% |
| $500,000 - 999,999 .... | 5 1/8% |
| $1,000,000 & over ..... | 4 3/4% |

## Messages

Consolidated Statement of Financial Condition (in thousands of dollars): As of 11/30/02, Morgan Stanley DW Inc. had net capital of $1,319,673 which exceeded the SECs minimum requirement of $100,768. A copy of the Morgan Stanley DW Inc. Consolidated Statement of Financial Condition as of 11/30/02 will be available after 02/15/03 and can be either mailed to you at no cost by calling toll free (866) 279-4498 or can be accessed online at http://www.morganstanley.com/about/ir/shareholder/MorganStanleyDWInc.pdf.

We have enclosed our 2002 U.S. Privacy Policy with this statement. If you have questions about the Policy, contact your Financial Advisor or call the toll-free number provided in the Policy.

MS 0000228

MSYSAB0000228

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003

PAGE 1 OF

Account Number
REDACTED

Your Financial Advisor
LIEBERBAUM/SHINN
SENIOR VICE PRESIDENT
MORGAN STANLEY
240 S. PINEAPPLE AVE.  5TH FLOOR
SARASOTA, FL  34236
(941) 957-5500

Householding Anniv. Date:
03/08/2003
Access your account at:
www.morganstanley.com/online

REDACTED

BERNARD L MADOFF
ATTENTION: REDACTED
REDACTED

ASSET DETAILS

Your Investments

| | | | Current Price | | Value | | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|---|---|---|
| 75000000 | US TSY BILL | 04FB05 | 99.917 | | 74,937,750.00 | | | |
| 00000 | US TSY BILL | 04AP22 | 99.714 | | 99,714,000.00 | | | |
| 00000 | US TSY BILL | 04JN03 | 99.595 | | 99,595,000.00 | | | 1.98% |
| 75000000 | US TSY NOTE | 05AU31 | 100.656 | | 75,492,000.00 | | 1500,000.00 | .42% |
| | Total Value of Priced Investments | | | | $349,738,750.00 | | $1,500,000.00 | |

| | | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option | |
|---|---|---|---|---|---|---|---|---|
| Custodial Holdings | | | | | | | | |
| 9567475.91 | LIQUID ASSET FUND | ILAF | 1.00 | 12/31/03 | 9,567,475.91 | MSDWT | Reinv/ N/A | |
| | Total Custodial Holdings | | | | $9,567,475.91 | | | |

| Asset Summary | Value | Est Yrly Income |
|---|---|---|
| Cash | 0.00 | |
| Total Account Valuation | $359,306,225.91 | $1,500,000.00 |

Fund Plan Number
REDACTED

MS 0000229

MSYSAB0000229

REDACTED

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003

BERNARD L MADOFF

PAGE 2 OF
Account Number
REDACTED

DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 11/30 | | | +80,000,000.00 |
| 12/04 | Sold | 80000000 | US TSY BILL      00000  03DE04 | 100.00 | +80,000,000.00 | +80,000,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +4,370,011.48 |
| | Bought | 75000000 | US TSY NOTE      2000  05AU31 | 100.318 | -75,529,988.52 | +104,370,011.48 |
| 12/11 | Sold | 100000000 | US TSY BILL      00000  03DE11 | 100.00 | +100,000,000.00 | +104,370,011.48 |
| | | | U.S. TREASURY REDEMPTION | | | +4,691,406.48 |
| | Bought | 100000000 | US TSY BILL      00000  04AP22 | 99.6786 | -99,678,605.00 | +4,691,406.48 |
| | | | DISCOUNT YIELD .6700 | | | +.48 |
| 12/12 | Bought | 4691406 | LIQUID ASSET FUND | 1.00 | -4,691,406.00 | .00 |
| 12/15 | Bought | .48 | LIQUID ASSET FUND | 1.00 | .48 | .00 |
| 12/18 | Sold | 100000000 | US TSY BILL      00000  03DE18 | 100.00 | +100,000,000.00 | +100,000,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +410,695.00 |
| | Bought | 100000000 | US TSY BILL      00000  04JN03 | 99.5893 | -99,589,305.00 | +410,695.00 |
| | | | DISCOUNT YIELD .9800 | | | .00 |
| 12/19 | Bought | 410695 | LIQUID ASSET FUND | 1.00 | -410,695.00 | .00 |
| 12/31 | Dividend | | LIQUID ASSET FUND | | +3,551.44 | .00 |
| | Direct Purchase | 3551.440 | LIQUID ASSET FUND | 1.00 | -3,551.44 | .00 |
| | | | REINVESTMENT | | | |

CLOSING BALANCE AS OF 12/31                                                        +.00

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| Morgan Stanley Fund Summary | | | | |
| LIQUID ASSET FUND | 18,754.39 | 0.00 | 0.00 | Reinvest Dividends |
| Totals | $18,754.39 | $0.00 | $0.00 | |

MS 0000230

MSYSAB0000230

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003
BERNARD L MADOFF

PAGE 3 OF
Account Number
REDACTED

Morgan Stanley Fund Summary

LIQUID ASSET FUND   Following are the Fund's 30-day average annualized yields during the past quarter: October 0.52%, November 0.52%, and December 0.54%.

Income Summary

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends | 3,551.44 | 18,754.39 | Interest | .00 | .00 |
| Accrued Bond Interest | .00 | .00 | Margin Interest | .00 | .00 |

EFFECTIVE DATE:    July 8, 2003
PREVIOUS CHANGE:   May 15, 2003

Margin Loan Rates

| Loan Amount | Rate |
|---|---|
| $0 - 9,999 ............. | 7.875% |
| $10,000 - 24,999 ...... | 7.750% |
| $25,000 - 49,999 ...... | 6.750% |
| $50,000 - 99,000 ...... | 6.625% |
| $100,000 - 499,999 .... | 5.375% |
| $500,000 - 999,999 .... | 4.875% |
| $1,000,000 & over ..... | 4.500% |

MS 0000231

MSYSAB0000231

STATEMENT OF YOUR ACCOUNT

FOR MONTH ENDING DECEMBER 31, 2003

BERNARD L MADOFF

PAGE 4 OF

Account Number

REDACTED

Messages

Consolidated Statement of Financial Condition (in thousands of dollars) As of 11/30/03, Morgan Stanley DW Inc. had net capital of $1,056,302, which exceeded the SEC's minimum requirement of $101,154. A copy of the Morgan Stanley DW Inc. Consolidated Statement of Financial Condition as of 11/30/03 will be available after Feb 17, 2004 and can be either mailed to you at no cost by calling toll free 1(866)279-4499 or accessed online at http://www.morganstanley.com/about/ir/shareholder/MorganStanleyDWInc.pdf.

See accompanying Perspective newsletter for annual disclosure statement for all account with margin privileges.

For information about how the Jobs and Growth Tax Relief Reconciliation Act of 2003 may affect your assets and be reported for you by Morgan Stanley, please visit www.morganstanley.com/online or contact your Financial Advisor.

MS 0000232

MSYSAB0000232

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003

Your Financial Advisor
LIEBERBAUM/SHINN
SENIOR VICE PRESIDENT
MORGAN STANLEY
240 S. PINEAPPLE AVE. 5TH FLOOR
SARASOTA, FL  34236
(941) 957-5500

PAGE 5 OF

Account Number
REDACT₀        RE₀

Householding Anniv. Date:
03/06/2003
Access your account at:
www.morganstanley.com/online

REDACTED

BERNARD L MADOFF
ATTENTION: REDACTED
REDACTED

GAIN AND LOSS SUMMARY

    The Gain and Loss information is provided for informational purposes only. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Gain and Loss Summary is not a substitute 1099 form (or any other appropriate tax form) and should not be filed with your taxes.
    For most securities purchased after 1985 through Morgan Stanley DW Inc., the necessary data, including cost basis (purchase price), is provided to estimate gain or loss. Please note that although Morgan Stanley DW Inc. makes every effort to adjust the cost basis for such securities' capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums; exercise of stock options; securities deemed to have been sold and simultaneously repurchased; receipt of cash in lieu of fractional shares; or the net effect of wash sales and/or short sales against the box.
    For securities not purchased through Morgan Stanley DW Inc. for example, securities purchased elsewhere and later transferred to it, you will need to supply the relevant information either to your Financial Advisor or directly onto Clientserv, independently of Morgan Stanley DW Inc. In either case, it is your responsibility to ensure the accuracy of this information, since Morgan Stanley DW Inc. has no knowledge of such assets' cost basis. To correct any information supplied by Morgan Stanley DW Inc., please inform your Financial Advisor to correct any information supplied by you, you may either inform your Financial Advisor or input the data directly yourself through Clientserv.
    For Managed Futures funds, these funds may typically be redeemed only once monthly, at the fund's final net asset value ("NAV") as of each month's end. The fund's final NAV for each month - and therefore the exact amount of any investor's gain or loss realized that month- becomes available, however, only midway into the following month. Separately, all unrealized gain and loss figures are only estimates. Morgan Stanley DW Inc. does not guarantee nor will it independently verify the accuracy of the information in the Gain and Loss Summary.

| | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| Unrealized Gain/(Loss) | | | | | | | |
| Government Securities | | | | | | | |
| Treasury Securities | | | | | | | |
| US TSY BILL | .000 | 2-05-04 | 99.8161 | 49,908,050.00 | 49,958,500.00 | 50,450.00 | Short Term |
| | .000 | 11-13-03 | | | | | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

MS 0000233

MSYSAB0000233

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003

BERNARD L MADOFF

PAGE 6 OF
Account Number
REDACTED

| Unrealized Gain/(Loss) | Quantity | Date Acquired | Unit Cost | Adjusted Total Cost | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| US TSY BILL | .000 | 2-05-045,000,000 | 11-19-03 | 99.8161 | 24,954,030.00 | 24,979,250.00 | 25,220.00 | Short Term |
| | | 5,000,000 | | 99.8161 | 74,862,080.00 | 74,937,750.00 | 75,670.00 | |
| US TSY BILL | .000 | 4-22-04 | 12-10-03 | 99.6786 | 49,839,300.00 | 49,857,000.00 | 17,700.00 | Short Term |
| | | | 12-10-03 | 99.6786 | 49,839,305.00 | 49,857,000.00 | 17,695.00 | Short Term |
| | | | | 99.6786 | 99,678,605.00 | 99,714,000.00 | 35,395.00 | |
| US TSY BILL | .000 | 6-03-04 | 12-17-03 | 99.5893 | 49,794,650.00 | 49,797,500.00 | 2,850.00 | Short Term |
| | | | 12-17-03 | 99.5893 | 49,794,655.00 | 49,797,500.00 | 2,845.00 | Short Term |
| | | | | 99.5893 | 99,589,305.00 | 99,595,000.00 | 5,695.00 | |
| US TSY NOTE | 2.000 | 8-31-05 | 12-03-03 | 100.3180 | 50,159,000.00 | 50,328,000.00 | 169,000.00 | Short Term |
| | | 5,000,000 | 12-03-03 | 100.3180 | 25,079,505.00 | 25,164,000.00 | 84,495.00 | Short Term |
| | | 5,000,000 | | 100.3180 | 75,238,505.00 | 75,492,000.00 | 253,495.00 | |

Totals for positions with cost data available    $349,368,495.00    $349,738,750.00    $370,255.00

Total Market Value for all positions    $349,738,750.00

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accreted interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

| Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Adjusted Total Cost | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| Short Term | | | | | | | |
| US TSY BILL | .000 | 2-06-0310000,000 | 09-11-02 | 01-29-03 | 9,900,348.00 | 9,997,755.00 | 97,407.00 | Short Term |
| US TSY BILL | .000 | 2-06-0340000,000 | 09-11-02 | 02-04-03 | 39,601,392.00 | 39,999,999.96 | 398,607.96 | Short Term |
| US TSY BILL | .000 | 2-06-0350000,000 | 09-11-02 | 02-04-03 | 49,674,355.00 | 50,000,000.04 | 325,645.04 | Short Term |
| US TSY BILL | .000 | 2-20-0350000,000 | 10-30-02 | 02-18-03 | 49,783,800.00 | 50,000,000.04 | 216,200.04 | Short Term |
| US TSY BILL | .000 | 2-20-0310000,000 | 10-30-02 | 02-18-03 | 9,900,567.00 | 10,000,000.00 | 99,433.00 | Short Term |
| US TSY BILL | .000 | 2-20-0340000,000 | 10-30-02 | 02-18-03 | 39,602,268.00 | 39,999,999.96 | 397,731.96 | Short Term |
| US TSY BILL | .000 | 3-06-0340000,000 | 11-13-02 | 03-04-03 | 39,602,592.00 | 39,999,999.96 | 397,407.96 | Short Term |
| US TSY BILL | .000 | 3-06-0350000,000 | 11-13-02 | 03-04-03 | 49,824,200.00 | 50,000,000.04 | 175,800.04 | Short Term |
| US TSY BILL | .000 | 3-06-0310000,000 | 11-13-02 | 03-04-03 | 9,900,648.00 | 10,000,000.00 | 99,352.00 | Short Term |
| US TSY BILL | .000 | 3-13-0350000,000 | 11-27-02 | 03-11-03 | 49,835,350.00 | 50,000,000.04 | 164,650.04 | Short Term |
| US TSY BILL | .000 | 3-13-0310000,000 | 11-27-02 | 03-11-03 | 9,900,670.00 | 10,000,000.00 | 99,330.00 | Short Term |
| US TSY BILL | .000 | 3-13-0340000,000 | 11-27-02 | 03-11-03 | 39,602,680.00 | 39,999,999.96 | 397,319.96 | Short Term |
| US TSY BILL | .000 | 3-20-0340000,000 | 02-05-03 | 03-18-03 | 39,950,525.00 | 39,999,999.96 | 49,474.96 | Short Term |
| US TSY BILL | .000 | 3-20-0350000,000 | 02-05-03 | 03-18-03 | 49,938,150.00 | 50,000,000.04 | 61,850.04 | Short Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

MS 0000234

MSYSAB0000234

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003

BERNARD L MADOFF

PAGE 7 OF
Account Number
REDACTED

| | Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Adjusted Total Cost | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|
| US TSY BILL | .000 | 3-27-0340000.000 | 02-12-03 | 03-25-03 | 39,603,504.00 | 39,999,999.96 | 396,495.96 | Short Term |
| US TSY BILL | .000 | 3-27-0350000.000 | 02-12-03 | 03-25-03 | 49,938,150.00 | 50,000,000.04 | 61,850.04 | Short Term |
| US TSY BILL | .000 | 3-27-0310000.000 | 02-12-03 | 03-25-03 | 9,900,876.00 | 10,000,000.00 | 99,124.00 | Short Term |
| US TSY BILL | .000 | 4-03-0350000.000 | 02-19-03 | 04-01-03 | 49,937,000.00 | 50,000,000.04 | 63,000.04 | Short Term |
| US TSY BILL | .000 | 4-03-0310000.000 | 02-19-03 | 04-01-03 | 9,900,874.00 | 10,000,000.00 | 99,126.00 | Short Term |
| US TSY BILL | .000 | 4-03-0340000.000 | 02-19-03 | 04-01-03 | 39,603,496.00 | 39,999,999.96 | 396,503.96 | Short Term |
| US TSY BILL | .000 | 4-10-0310000.000 | 03-05-03 | 04-08-03 | 9,900,894.00 | 10,000,000.00 | 99,106.00 | Short Term |
| US TSY BILL | .000 | 4-10-0340000.000 | 03-05-03 | 04-08-03 | 39,603,576.00 | 39,999,999.96 | 396,423.96 | Short Term |
| US TSY BILL | .000 | 4-10-0350000.000 | 03-05-03 | 04-08-03 | 49,947,000.00 | 50,000,000.04 | 53,000.04 | Short Term |
| US TSY BILL | .000 | 4-17-0350000.000 | 03-12-03 | 04-15-03 | 49,951,150.00 | 50,000,000.04 | 48,850.04 | Short Term |
| US TSY BILL | .000 | 4-17-0310000.000 | 03-12-03 | 04-15-03 | 9,900,902.00 | 10,000,000.00 | 99,098.00 | Short Term |
| US TSY BILL | .000 | 4-17-0340000.000 | 03-12-03 | 04-15-03 | 39,603,608.00 | 39,999,999.96 | 396,391.96 | Short Term |
| US TSY BILL | .000 | 5-08-0340000.000 | 03-19-03 | 05-06-03 | 39,943,120.00 | 39,999,999.96 | 56,879.96 | Short Term |
| US TSY BILL | .000 | 5-08-0350000.000 | 03-19-03 | 05-06-03 | 49,928,905.00 | 50,000,000.04 | 71,095.04 | Short Term |
| US TSY BILL | .000 | 5-15-0335000.000 | 03-26-03 | 05-13-03 | 34,948,555.00 | 35,000,000.01 | 51,445.01 | Short Term |
| US TSY BILL | .000 | 5-15-0350000.000 | 03-26-03 | 05-13-03 | 49,926,500.00 | 49,999,999.99 | 73,499.99 | Short Term |
| US TSY BILL | .000 | 5-22-0340000.000 | 04-02-03 | 05-20-03 | 39,603,436.00 | 39,999,999.96 | 396,563.96 | Short Term |
| US TSY BILL | .000 | 5-22-0350000.000 | 04-02-03 | 05-20-03 | 49,929,900.00 | 50,000,000.04 | 70,100.04 | Short Term |
| US TSY BILL | .000 | 5-22-0310000.000 | 04-02-03 | 05-20-03 | 9,900,859.00 | 10,000,000.00 | 99,141.00 | Short Term |
| US TSY BILL | .000 | 5-29-0350000.000 | 04-09-03 | 05-27-03 | 49,928,550.00 | 50,000,000.04 | 71,450.04 | Short Term |
| US TSY BILL | .000 | 5-29-0310000.000 | 04-09-03 | 05-27-03 | 9,900,857.00 | 10,000,000.00 | 99,143.00 | Short Term |
| US TSY BILL | .000 | 5-29-0340000.000 | 04-09-03 | 05-27-03 | 39,603,428.00 | 39,999,999.96 | 396,571.96 | Short Term |
| US TSY BILL | .000 | 6-05-0310000.000 | 04-16-03 | 06-03-03 | 9,900,855.00 | 10,000,000.00 | 99,145.00 | Short Term |
| US TSY BILL | .000 | 6-05-0340000.000 | 04-16-03 | 06-03-03 | 39,603,420.00 | 39,999,999.96 | 396,579.96 | Short Term |
| US TSY BILL | .000 | 6-05-0350000.000 | 04-16-03 | 06-03-03 | 49,927,850.00 | 50,000,000.04 | 72,150.04 | Short Term |
| US TSY BILL | .000 | 8-14-0310000.000 | 05-14-03 | 08-05-03 | 9,900,749.00 | 9,989,245.00 | 88,496.00 | Short Term |
| US TSY BILL | .000 | 8-07-0350000.000 | 05-07-03 | 08-05-03 | 50,000,000.04 | 50,000,000.04 | | Short Term |
| US TSY BILL | .000 | 8-07-0340000.000 | 05-07-03 | 08-05-03 | 39,999,999.96 | 39,999,999.96 | | Short Term |
| US TSY BILL | .000 | 8-14-0335000.000 | 05-14-03 | 08-12-03 | 35,000,000.03 | 35,000,000.03 | | Short Term |
| US TSY BILL | .000 | 8-14-0340000.000 | 05-14-03 | 08-12-03 | 39,999,999.98 | 39,999,999.98 | | Short Term |
| US TSY BILL | .000 | 8-21-0310000.000 | 05-21-03 | 08-19-03 | 10,000,000.00 | 10,000,000.00 | | Short Term |
| US TSY BILL | .000 | 8-21-0340000.000 | 05-21-03 | 08-19-03 | 39,999,999.96 | 39,999,999.96 | | Short Term |
| US TSY BILL | .000 | 8-21-0350000.000 | 05-21-03 | 08-19-03 | 50,000,000.04 | 50,000,000.04 | | Short Term |
| US TSY BILL | .000 | 8-28-0350000.000 | 05-28-03 | 08-26-03 | 50,000,000.04 | 50,000,000.04 | | Short Term |
| US TSY BILL | .000 | 8-28-0310000.000 | 05-28-03 | 08-26-03 | 10,000,000.00 | 10,000,000.00 | | Short Term |
| US TSY BILL | .000 | 8-28-0340000.000 | 05-28-03 | 08-26-03 | 39,999,999.96 | 39,999,999.96 | | Short Term |
| US TSY BILL | .000 | 9-04-0340000.000 | 06-04-03 | 09-02-03 | 39,999,999.96 | 39,999,999.96 | | Short Term |
| US TSY BILL | .000 | 9-04-0350000.000 | 06-04-03 | 09-02-03 | 50,000,000.04 | 50,000,000.04 | | Short Term |
| US TSY BILL | .000 | 9-04-0310000.000 | 06-04-03 | 09-02-03 | 10,000,000.00 | 10,000,000.00 | | Short Term |
| US TSY BILL | .000 | 10-16-0350000.000 | 08-06-03 | 09-25-03 | 49,917,350.00 | 49,975,850.00 | 58,500.00 | Short Term |
| US TSY BILL | .000 | 10-16-0340000.000 | 08-06-03 | 09-25-03 | 39,933,885.00 | 39,980,675.00 | 46,790.00 | Short Term |
| US TSY BILL | .000 | 10-23-0350000.000 | 08-13-03 | 10-21-03 | 50,000,000.03 | 50,000,000.03 | | Short Term |
| US TSY BILL | .000 | 10-23-0325000.000 | 08-13-03 | 10-21-03 | 24,999,999.98 | 24,999,999.98 | | Short Term |
| US TSY BILL | .000 | 10-30-0350000.000 | 08-20-03 | 10-28-03 | 50,000,000.04 | 50,000,000.04 | | Short Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

MS 0000235

MSYSAB0000235

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2003

BERNARD L MADOFF

PAGE 8 OF
Account Number
REDACTED

| Realized Gain/(Loss) | | Quantity | Date Acquired | Date Sold | Adjusted Total Cost | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|
| US TSY BILL | .000 | 10-30-0310000,000 | 08-20-03 | 10-28-03 | 10,000,000.00 | 10,000,000.00 | | |
| US TSY BILL | .000 | 10-30-0340000,000 | 08-20-03 | 10-28-03 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 11-06-0310000,000 | 08-27-03 | 11-04-03 | 10,000,000.00 | 10,000,000.00 | | |
| US TSY BILL | .000 | 11-06-0340000,000 | 08-27-03 | 11-04-03 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 11-06-0350000,000 | 08-27-03 | 11-04-03 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 11-13-0350000,000 | 09-03-03 | 11-10-03 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 11-13-0310000,000 | 09-03-03 | 11-10-03 | 10,000,000.00 | 10,000,000.00 | | |
| US TSY BILL | .000 | 11-13-0340000,000 | 09-03-03 | 11-10-03 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 11-20-0325000,000 | 10-22-03 | 11-18-03 | 24,999,999.98 | 24,999,999.98 | | |
| US TSY BILL | .000 | 11-20-0350000,000 | 10-22-03 | 11-18-03 | 50,000,000.03 | 50,000,000.03 | | |
| US TSY BILL | .000 | 12-04-0330000,000 | 10-29-03 | 12-02-03 | 30,000,000.00 | 30,000,000.00 | | |
| US TSY BILL | .000 | 12-04-0350000,000 | 10-29-03 | 12-02-03 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 12-11-0340000,000 | 11-05-03 | 12-09-03 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 12-11-0350000,000 | 11-05-03 | 12-09-03 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 12-11-0310000,000 | 11-05-03 | 12-09-03 | 10,000,000.00 | 10,000,000.00 | | |
| US TSY BILL | .000 | 12-18-0350000,000 | 11-12-03 | 12-16-03 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 12-18-0310000,000 | 11-12-03 | 12-16-03 | 10,000,000.00 | 10,000,000.00 | | |
| US TSY BILL | .000 | 12-18-0340000,000 | 11-12-03 | 12-16-03 | 39,999,999.96 | 39,999,999.96 | | |
| | | Sub Total Short Term | | | $2,652,606,794.03 | $2,659,943,525.03 | $7,336,731.00 | |
| | | Totals for closing transactions with cost data available | | | $2,652,606,794.03 | $2,659,943,525.03 | $7,336,731.00 | |
| | | Total Proceeds | | | | $2,659,943,525.03 | | |

Summary

| | Short Term | Long Term | Total |
|---|---|---|---|
| Unrealized gain | $370,255.00 | $0.00 | $370,255.00 |
| Unrealized (loss) | $0.00 | $0.00 | $0.00 |
| Realized gain YTD | $7,336,731.00 | $0.00 | $7,336,731.00 |
| Realized (loss) YTD | $0.00 | $0.00 | $0.00 |

MS 0000354

MSYSAB0000354

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

PAGE 1 OF

Your Financial Advisor
REDACTED

Account Number
REDACTED

Householding Anniv. Date:
03/08/2003

Access your account at:
www.morganstanley.com/online

REDACTED
BERNARD L MADOFF
ATTENTION: REDACTED
885 3RD AVE
NEW YORK NY 10022-4834

ASSET DETAILS

Your Investments

| | | | Current Price | Value | Est Yrly Income | Current Yield |
|---|---|---|---|---|---|---|
| 50000000 | US TSY BILL | 00000  06FB23 | 99.460 | 49,730,000.00 | | |
| | US TSY BILL | 00000  06ME02 | 99.377 | 99,377,000.00 | | |
| **Total Value of Priced Investments** | | | | **$149,107,000.00** | **$.00** | |

Custodial Holdings

| | | Symbol | Current Price | Date | Value | Custodian | Dividend Cap Gains Option |
|---|---|---|---|---|---|---|---|
| 332443.51 | LIQUID ASSET FUND | ILAF | 1.00 | 12/30/05 | 332,443.51 | MSDWT | Reinv/ N/A |
| **Total Custodial Holdings** | | | | | **$332,443.51** | | |

Asset Summary

| | Value | Est Yrly Income |
|---|---|---|
| Cash | 0.00 | |
| **Total Account Valuation** | **$149,439,443.51** | **$.00** |

Fund Plan Number
REDACTED

MS 0000355

MSYSAB0000355

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

BERNARD L MADOFF

PAGE 2 OF
Account Number
REDACTED

REDACTED

DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|------|----------|----------|-------------|-------|--------|--------------|
| | | | CLOSING BALANCE AS OF 11/30 | | | 2,345.16 |
| 12/14 | Sold | 25000000 | US TSY BILL    00000    06FB16 | 99.3333 | +24,833,319.75 | +24,835,664.91 |
| 12/15 | Withdrawal | | WIRED FUNDS SENT | | -49,835,664.91 | -25,000,000.00 |
| | | | SERE: BERNARD L MADOFF | | | -25,000,000.00 |
| | | | ACCT: 14001703 | | | -25,000,000.00 |
| | Sold | 25000000 | LIQUID ASSET FUND | 1.00 | +25,000,000.00 | .00 |
| 12/30 | Dividend | | LIQUID ASSET FUND | | +35,368.54 | .00 |
| | Direct Purchase | 35368.540 | LIQUID ASSET FUND | 1.00 | -35,368.54 | .00 |
| | | | REINVESTMENT | | | .00 |
| | | | CLOSING BALANCE AS OF 12/31 | | | +.00 |

| | | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|---|
| Morgan Stanley Fund Summary | | | | | |
| | LIQUID ASSET FUND | 469,460.21 | 0.00 | 0.00 | Reinvest Dividends |
| | Totals | $469,460.21 | $0.00 | $0.00 | |

LIQUID ASSET FUND    Following are the Fund's 30-day average annualized yields during the past quarter:  October 3.23%, November 3.44%, and December 3.65%.

MS 0000356

MSYSAB0000356

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

BERNARD L MADOFF

PAGE 3 OF
Account Number
REDACTED

## Income Summary

| | This Month | Year-to-Date | | This Month | Year-to-Date |
|---|---|---|---|---|---|
| Dividends | 35,368.54 | 469,460.21 | Interest | .00 | 1,500,701.66 |
| Accrued Bond Interest | .00 | .00 | Margin Interest | .00 | .00 |

## Tax Information

| | This Month | Year-to-Date |
|---|---|---|
| U.S. Treasury Coupon Interest | .00 | 1,500,000.00 |

EFFECTIVE DATE:    December 14, 2005
PREVIOUS CHANGE:   November 2, 2005

## Margin Loan Rates

| Loan Amount | Rate |
|---|---|
| $0 - 9,999 | 11.125% |
| $10,000 - 24,999 | 11.000% |
| $25,000 - 49,999 | 10.000% |
| $50,000 - 99,999 | 9.875% |
| $100,000 - 499,999 | 8.625% |
| $500,000 - 999,999 | 8.375% |
| $1,000,000 - 4,999,999 | 7.750% |
| $5,000,000 - 9,999,999 | 7.250% |
| $10,000,000 & over | 7.000% |

## Messages

Enclosed with your December Statement is FYI 2006, our annual resource with information about account and service fees, compensation you pay us and we pay our Financial Advisors, a summary of amendments to the Active Assets Account Client Agreement and Margin Agreement, and more. You can also access FYI 2006 online, at www.morganstanley.com/online.

If your investment objectives or financial situation have changed, or if you wish to impose any reasonable restrictions on the management of your account or reasonably modify existing restrictions, please call your Financial Advisor. For a copy of our Disclosure Document for Morgan Stanley DW Inc., please send a written request to Morgan Stanley, Consulting Services Group, 2000 Westchester Blvd., 2nd Floor, Purchase, NY 10577.

Consolidated Statement of Financial Condition (in thousands of dollars):
At November 30, 2005,Morgan Stanley DW Inc. had net capital of $1,106,300, which exceeded the SEC's minimum requirement by $1,025,002. A copy of the Morgan Stanley DW Inc. Consolidated Statement of Financial Condition at November 30, 2005 can be viewed online at the Morgan Stanley Web site http://www.morganstanley.com/about/ir/shareholder/morganstanley_dw_inc.pdf, or may be mailed to you at no cost by calling toll free 1 (866) 279-4498, after Feb. 14, 2006.

Disclosure information of our execution and routing practices is also available to you. Quarterly reports that identify the top venues, as defined in the applicable SEC rule, where orders were routed and additional order-routing details are available on morganstanley.com and by request. You may request specific order-routing and execution information, including the identity of the marketplace where your orders were routed for execution, whether your orders were directed or non-directed and the time of the execution, if any. This information can be obtained by calling your Financial Advisor.

MS 000357

MSYSAB0000357

STATEMENT OF YOUR ACCOUNT

FOR MONTH ENDING DECEMBER 31, 2005

BERNARD L MADOFF

PAGE 4 OF

Account Number
REDACTED

Messages

If you have a Margin Account, securities purchased on margin are the firm's collateral for the loan to you. If the securities in your account decline in value, so does the value of the collateral supporting your loan. As a result, the firm can take action - such as issue a margin call and/or sell securities or other assets in any of your accounts held with the firm - in order to maintain the required level of equity in the account.

Margin involves a high degree of risk and market conditions can magnify any potential loss. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following: You can lose more funds than you deposit in the margin account. The firm can force the sale of securities or other assets in your account(s). The firm can sell your securities or other assets without contacting you. You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call. The firm can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice. You are not entitled to an extension of time on a margin call.

If you have any questions or require more information, please contact your Financial Advisor.

MS 0000358

MSYSAB00000358

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

Your Financial Advisor
REDACTED

PAGE 5 OF

Account Number
REDACTED

Householding Anniv. Date:
03/06/2003

Access your account at:
www.morganstanley.com/online

REDACTED
BERNARD L MADOFF
ATTENTION: REDACTED
885 3RD AVE
NEW YORK NY 10022-4834

## GAIN AND LOSS SUMMARY

The Estimated Gain and Loss information is provided for informational purposes only and may not be relied upon in making any tax, accounting or regulatory filing or report. We recommend that you contact your tax advisor to determine the appropriate information to be used in the preparation of your tax return. This Estimated Gain and Loss summary is not a substitute for the 1099 form (and any other appropriate tax form) and should not be filed with your taxes. The figures should be independently verified.

Estimated Gain and Loss information does not take into account a taxpayer's particular circumstances such as securities held at year-end, price paid to purchase securities or marked-to-market pricing adjustments on certain options held at year-end. Although Morgan Stanley makes every effort to adjust the cost basis for such securities' capital changes, it does not adjust the cost basis for all events, including amortization of non-municipal bond premiums; exercise of fractional hedging transactions, constructive sales or Many DW Inc. receipt of cash in lieu of fractional

Please note that although Morgan Stanley securities deemed to have been sold and/or simultaneously repurchased; receipt of cash in lieu of fractional unlisted stock options; securities purchased elsewhere and later transferred shares; or the net effect of wash sales and/or short sales against the box.

For securities not purchased through Morgan Stanley DW Inc., securities purchased either by you or another financial institution, to it, any data included in the Estimated Gain and Loss information has been provided either by you or another financial institution. Whether provided by you, another financial institution of Morgan Stanley DW Inc., it is your responsibility to assure the accuracy of all of the Estimated Gain and Loss information. Please contact your financial advisor with any questions or to correct any information.

For Managed Futures and alternative investments, there are likely to be restrictions on redemptions, please see applicable offering document.

For listed equity options, Morgan Stanley has taken into account option premium With respect to estimated gains and losses paid or sold, calculated cost using an average unit price for all the paid or zero Morgan Stanley has made calculation using what appear to be off-set other securities positions, is which case the positions, Morgan Stanley has made calculation using what appear to multiple purchases and/or sales, no assurance can be given that these positions are intended to off-set each other or that they are not intended to off-set other securities positions, in which case the analysis may be different. Morgan Stanley has obtained pricing information from independent sources it believes to be reliable. No assurances can be given that the values given are accurate. Values are subject to change and are as of a given point in time only. Past performance does not guarantee future returns.

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

MS 0000359

MSYSAB0000359

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

BERNARD L. MADOFF

PAGE 6 OF
Account Number
REDACTED

## Unrealized Gain/(Loss)

| | Quantity | Date Acquired | Unit Cost Original/Adjusted* | Total Cost Original/Adjusted* | Market Value | Unrealized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| **Government Securities**\*\* | | | | | | | |
| Treasury Securities | | | | | | | |
| US TSY BILL | 000 | 2-23-06 | 98.18001 | 49,090,005.25 | | | Short Term |
| | | | 98.18001 | 49,090,005.25 | 49,730,000.00 | 639,994.75 | |
| US TSY BILL | 000 | 3-02-06 | 98.17490 | 49,087,450.00 | | | Short Term |
| | | | 98.17490 | 49,087,450.00 | | | |
| | | | 98.17491 | 49,087,455.25 | 49,688,500.00 | 601,050.00 | Short Term |
| | | | 98.17491 | 49,087,455.25 | 49,688,500.00 | 601,044.75 | |
| | | | 98.17490 | 98,174,905.25 | | | |
| | | | 98.17490 | 98,174,905.25 | 99,377,000.00 | 1,202,094.75 | |
| | | | | $147,264,910.50 | $149,107,000.00 | $1,842,089.50 | |

Totals for positions with cost data available

Total Market Value for all positions                    $149,107,000.00

The "Total Cost" and "Unit Cost" for Fixed Income Unit Trusts, Mortgage-Backed Securities, and Zero Coupon Bonds has been adjusted to reflect any partial return of principal or capital that may have been paid to you, or accrued interest earned, since your purchase date. In the event that the accumulated total return of principal or capital is greater than the provided original cost, the adjusted cost will be "0.00".

## Realized Gain/(Loss)

| | Quantity | Date Acquired | Date Sold | Total Cost Original/Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| **Short Term** | | | | | | | |
| US TSY BILL | .000 | 1-06-0550000,000 | 09-15-04 | 01-04-05 | 50,000,000.00 | 50,000,005.00 | |
| US TSY BILL | .000 | 1-13-0550000,000 | 09-22-04 | 01-11-05 | 50,000,000.00 | 50,000,000.00 | |
| US TSY BILL | .000 | 2-03-0540000,000 | 12-08-04 | 02-01-05 | 39,999,999.96 | 39,999,999.96 | |
| US TSY BILL | .000 | 2-03-0550000,000 | 12-08-04 | 02-01-05 | 50,000,000.00 | 50,000,000.04 | |
| US TSY BILL | .000 | 2-03-0510000,000 | 12-06-04 | 02-15-05 | 10,000,000.00 | 10,000,000.00 | |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

**The "Market Value" and "Unrealized Gain/(Loss)" figures shown for Fixed Income securities are representative values, which may not reflect the value that could actually be obtained in the market. See "Pricing of Securities" at the end of this statement.

MS 0000360

MSYSAB0000360

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

BERNARD L MADOFF

PAGE 7 OF
Account Number
REDACTED

| | Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Total Cost Original / Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|---|
| US TSY BILL | .000 | 2-16-0550000,000 | 12-15-04 | 02-08-05 | 50,000,000.03 | 50,000,000.03 | | |
| US TSY BILL | .000 | 2-10-0525000,000 | 12-15-04 | 02-08-05 | 24,999,999.98 | 24,999,999.98 | | |
| US TSY BILL | .000 | 3-17-0550000,000 | 01-05-05 | 03-15-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 3-24-0550000,000 | 01-12-05 | 03-23-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 4-21-0550000,000 | 02-02-05 | 04-19-05 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 4-21-0510000,000 | 02-02-05 | 04-19-05 | 10,000,000.02 | 10,000,000.02 | | |
| US TSY BILL | .000 | 4-21-0540000,000 | 02-09-05 | 04-19-05 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 4-21-0525000,000 | 02-09-05 | 04-19-05 | 25,000,000.00 | 25,000,000.00 | | |
| US TSY BILL | .000 | 4-21-0550000,000 | 02-09-05 | 04-19-05 | 49,999,999.99 | 49,999,999.99 | | |
| US TSY BILL | .000 | 5-02-0350000,000 | 04-20-05 | 05-31-05 | 50,000,000.03 | 50,000,000.03 | | |
| US TSY BILL | .000 | 6-02-0525000,000 | 04-20-05 | 05-31-05 | 24,999,999.98 | 24,999,999.98 | | |
| US TSY BILL | .000 | 6-09-0510000,000 | 04-20-05 | 05-07-05 | 10,000,000.03 | 10,000,000.03 | | |
| US TSY BILL | .000 | 5-09-0540000,000 | 04-20-05 | 06-07-05 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 5-09-0550000,000 | 05-09-05 | 06-07-05 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 6-16-0550000,000 | 05-15-05 | 06-14-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 6-23-0550000,000 | 03-23-05 | 06-21-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 8-25-0550000,000 | 03-18-05 | 08-23-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 9-01-0520000,000 | 03-28-05 | 08-30-05 | 10,000,000.02 | 10,000,000.02 | | |
| US TSY BILL | .000 | 3-01-0540000,000 | 03-01-05 | 08-30-05 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 9-01-0500000,000 | 03-28-05 | 08-30-05 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 9-01-0525000,000 | 03-30-05 | 08-30-05 | 25,000,000.00 | 25,000,000.00 | | |
| US TSY BILL | .000 | 6-01-0525000,000 | 06-01-05 | 08-30-05 | 25,000,000.00 | 25,000,000.00 | | |
| US TSY BILL | .000 | 9-01-0540000,000 | 06-08-05 | 08-30-05 | 49,999,999.99 | 49,999,999.99 | | |
| US TSY BILL | .000 | 9-08-0510000,000 | 06-08-05 | 09-06-05 | 50,000,000.04 | 50,000,000.04 | | |
| US TSY BILL | .000 | 9-08-0540000,000 | 06-08-05 | 09-06-05 | 10,000,000.00 | 10,000,000.00 | | |
| US TSY BILL | .000 | 9-08-0550000,000 | 06-08-05 | 09-06-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 9-15-0550000,000 | 06-28-05 | 09-13-05 | 39,999,999.96 | 39,999,999.96 | | |
| US TSY BILL | .000 | 9-22-0550000,000 | 06-22-05 | 09-20-05 | 50,000,000.00 | 50,000,000.00 | | |
| US TSY BILL | .000 | 2-02-0550000,000 | 09-07-05 | 09-29-05 | 49,293,600.00 | 49,368,894.75 | 75,294.75 | Short Term |
| US TSY BILL | .000 | 2-02-0650000,000 | 09-07-05 | 09-29-05 | 49,293,605.25 | 49,368,900.00 | 75,294.75 | Short Term |
| US TSY BILL | .000 | 2-09-0650000,000 | 09-07-05 | 10-11-05 | 24,596,125.00 | 24,686,672.39 | 90,547.38 | Short Term |
| US TSY BILL | .000 | 2-09-0625000,000 | 08-30-05 | 10-27-05 | 24,596,130.25 | 24,686,672.38 | 90,542.13 | Short Term |
| US TSY BILL | .000 | 2-16-0625000,000 | 08-30-05 | 10-27-05 | 24,583,500.00 | 24,699,372.38 | 115,872.38 | Short Term |
| US TSY BILL | .000 | 2-16-0625000,000 | 08-31-05 | 10-27-05 | 24,583,505.25 | 24,699,372.38 | 115,867.13 | Short Term |
| US TSY BILL | .000 | 1-09-0625000,000 | 08-30-05 | 11-01-05 | 24,596,145.00 | 24,731,519.75 | 135,534.78 | Short Term |
| US TSY BILL | .000 | 3-09-0650000,000 | 09-14-05 | 11-01-05 | 24,133,505.20 | 24,299,750.00 | 166,544.75 | Short Term |
| US TSY BILL | .000 | 3-09-0650000,000 | 09-23-05 | 11-01-05 | 49,149,505.28 | 43,233,744.75 | 150,236.90 | Short Term |
| US TSY BILL | .000 | 2-16-0625000,000 | 08-31-05 | 12-13-05 | 24,583,500.00 | 24,931,319.75 | 249,819.75 | Short Term |

This summary is not part of your account statement. It is for information purposes only and should not be used for tax preparation.

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

MS 0000361

MSYSAB0000000361

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING DECEMBER 31, 2005

BERNARD L MADOFF

PAGE 8 OF
Account Number REDACTED

| Realized Gain/(Loss) | Quantity | Date Acquired | Date Sold | Total Cost Original / Adjusted* | Proceeds | Realized Gain/(Loss) | Additional Information |
|---|---|---|---|---|---|---|---|
| Sub Total Short Term | | | | $1,594,409,101.29 | $1,595,674,218.56 | $1,265,117.27 | |
| Long Term | | | | | | | |
| US TSY NOTE | 2.000 | 8-31-05 12-03-03 | 08-29-05 | 25,079,505.00 | 24,999,999.98 | (2.36) | Long Term |
| | 25000,000 | | | 25,000,002.34 | | | |
| US TSY NOTE | 2.000 | 8-31-05 12-03-03 | 08-29-05 | 50,159,000.00 | 50,000,000.03 | (.52) | Long Term |
| | 50000,000 | | | 50,000,000.55 | | | |
| Sub Total Long Term | | | | 75,000,002.89 | 75,000,000.01 | ($2.88) | ($2.88) |
| Totals for closing transactions with cost data available | | | | $1,669,409,104.18 | $1,670,674,218.57 | $1,265,114.39 | |
| Total Proceeds | | | | | $1,670,674,218.57 | | |

| Summary | Short Term | Long Term | Total |
|---|---|---|---|
| Unrealized gain | $1,842,089.50 | $0.00 | $1,842,089.50 |
| Unrealized (loss) | $0.00 | $0.00 | $0.00 |
| Realized gain YTD | $1,265,117.27 | $0.00 | $1,265,117.27 |
| Realized (loss) YTD | $0.00 | ($2.88) | ($2.88) |

*Adjusted Cost, Unit and Total, does not apply to all securities; it only applies to those securities whose terms can cause them to increase or reduce in value until maturity. Please contact your Financial Advisor for more information.

FMR_SIPC_001529
FMRSAA0001529

Confidential Treatment Requested

$\mathscr{P}$remium $\mathscr{S}$ervices

#BWNFRKS

EIN# 135062109

BERNARD L MADOFF
ATTN ELINOR RM 885
780 3RD AVE RM 885
NEW YORK NY 10017-2024

## Investment Report

January 1, 2000 - January 31, 2000

**Customer Service**
Premium Services Team 8      800-544-4442
8:00 am to 8:00 pm, Monday through Friday
Visit us online at www.fidelity.com

**Messages:**

*Free to all Fidelity brokerage customers. Lehman Brothers' independent research, 10
Uncommon EuroValues(R), the 10 best European stocks to own in the year 2000
according to their analysts. Visit fidelity.com for details.*

## Ultra Service Account    X08-289043    BERNARD L MADOFF - INDIVIDUAL

### Account Summary
| | |
|---|---|
| Beginning value as of Jan 1 | $411,010,357.87 |
| Change in investment value | 3,273,098.02 |
| **Ending value as of Jan 31** | **$414,283,455.89** |

Your commission schedule    **Gold Circle**
Minimal annual trade requirement    72
Eligible trades from Feb 1999 - Jan 2000    1

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| U.S. Gov't interest | $3,937,500.00 | $3,937,500.00 |
| **Tax-exempt** | | |
| Dividends | 27,573.02 | 27,573.02 |
| **Total** | **$3,965,073.02** | **$3,965,073.02** |

### Holdings   (Symbol) as of January 31, 2000

| | Performance January 31, 2000 | Quantity January 31, 2000 | Price per Unit January 31, 2000 | Total Cost Basis | Total Value January 1, 2000 | Total Value January 31, 2000 |
|---|---|---|---|---|---|---|
| **Bonds 96% of holdings** | | | | | | |
| U S TREAS NTS DTD 02/28/98 5.50% 02/29/2000 | | 100,000,000.0000 | $100.00000 | $100,601,563.00 | $100,031,000.00 | $100,000,000.00 |
| U S TREAS NTS DTD 01/31/96 5.25% 01/31/2001 | | 150,000,000.0000 | 98.93800 | 150,062,500.00 | 148,734,000.00 | 148,407,000.00 |
| U S TREAS NTS DTD 02/15/1998 5.375% 02/15/2001 | | 152,500,000.0000 | 98.96900 | 152,892,187.50 | 151,261,700.00 | 150,927,725.00 |
| **Core Account 4% of holdings** | | | | | | |
| FIDELITY NY MUNIMONEY MARKET (FNYXX) | 7-day yield: 2.81% | 14,948,730.8800 | 1.00000 | not applicable | 10,983,657.87 | 14,948,730.89 |

Page 1 of 2

0001        000131 0001 135062109        04 18  000

FMR_SIPC_001530
FMRSAA0001530

Confidential Treatment Requested

*Premium Services*

## Investment Report

January 1, 2000 - January 31, 2000

### Ultra Service Account    X08-289043    BERNARD L MADOFF - INDIVIDUAL

**Holdings** (Symbol) as of January 31, 2000

*All positions held in cash account unless indicated otherwise.*

| | Price per Unit January 31, 2000 | Quantity January 31, 2000 | Total Cost Basis | Total Value January 1, 2000 | Total Value January 31, 2000 |
|---|---|---|---|---|---|

**Total Market Value**                                                                                      **$414,283,455.89**

## Transaction Details    (for holdings with activity this period)

### Core Account    - Fidelity NY Muni Money Mkt

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | $10,983,657.87 | | | |
| *Investment Activity* | | | Income | 3,937,500.00 | |
| Core account income | $27,573.02 | | Subtotal of Investment Activity | $3,965,073.02 | $14,948,730.89 |
| | | | **Ending** | | **$14,948,730.89** |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per unit | Transaction amount |
|---|---|---|---|---|---|
| 1/31 | FIDELITY NY MUNI MONEY MARKET | Dividend received | | | $27,573.02 |
| 1/31 | U S TREAS NTS DTD 01/31/96 5.25% 01/31/2001 | Interest | | | 3,937,500.00 |

**Daily Additions and Subtractions** *Fidelity NY Muni Money Mkt @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 1/31 | $3,965,073.02 | $14,948,730.89 | | | |

## Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:
BERNARD L MADOFF INVESTMNT SEC

04 18  000

0001                              000131 0001 135062109

Page 2 of 2

Confidential Treatment Requested

FMR_SIPC_001615
FMRSAA0001615

*Premium Services*

REDACTED

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

**Investment Report**

January 1, 2002 - January 31, 2002

Online                                Fidelity.com
FAST(sm) Automated Telephone          REDACTED
Premium Services Team 8
8am - 8pm ET, Mon - Fri

## Ultra Service Account    REDACTED 9043    BERNARD L MADOFF - INDIVIDUAL

### Account Summary

| | |
|---|---|
| Beginning value as of Jan 1 | $342,929,789.18 |
| Transaction costs, loads and fees | -250.00 |
| Change in investment value | 289,966.83 |
| **Ending value as of Jan 31** | **$343,219,506.01** |

Your commission schedule          Gold
Account eligible trades from Feb 2001 -          29
Jan 2002

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $2,195.28 | $2,195.28 |
| **Tax-exempt** | | |
| Dividends | 39,354.55 | 39,354.55 |
| **Total** | **$41,549.83** | **$41,549.83** |

### Holdings    (Symbol) as of January 31, 2002

| | Performance January 31, 2002 | Quantity January 31, 2002 | Price per Unit January 31, 2002 | Total Cost Basis | Total Value January 1, 2002 | Total Value January 31, 2002 |
|---|---|---|---|---|---|---|
| **Bonds 76% of holdings** | | | | | | |
| FEDL FARM CREDIT BKBONDS | | 100,000,000.0000 | $100.00000 | $100,000,000.00 | $99,969,000.00 | $100,000,000.00 |
| 2.000% 03/01/2002 | | | | | | |
| FEDL HOME LOAN BK CONS DISC NT | | 60,000,000.0000 | 99.87000 | 59,041,248.00 | 59,838,000.00 | 59,922,000.00 |
| 0.000% 03/01/2002 MATURES | | | | | | |
| FEDL FARM CR BKS CONS | | 100,000,000.0000 | 100.03100 | 100,000,000.00 | 99,969,000.00 | 100,031,000.00 |
| 2.03% 06/03/2002 | | | | | | |
| **Mutual Funds 13% of holdings** | | | | | | |
| AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,523,760.9060 | 9.84000 | 15,003,053.00 | 9,986,344.09 | 14,993,807.31 |

REDACTED

0001                                                                                        Page 1 of 3

Confidential Treatment Requested

FMR_SIPC_001616
FMRSAA0001616

*Premium Services*

## Investment Report

January 1, 2002 - January 31, 2002

### Ultra Service Account — REDACTED 0043   BERNARD L MADOFF - INDIVIDUAL

**Holdings** (Symbol) as of January 31, 2002

| Holdings | Quantity January 31, 2002 | Price per Unit January 31, 2002 | Total Cost Basis | Total Value January 1, 2002 | Total Value January 31, 2002 |
|---|---|---|---|---|---|
| VANGUARD INFLATION PROTECTED SECS (VIPSX) | 2,811,089.5410 | 10.68000 | 30,232,892.49 | 19,956,287.23 | 30,022,436.29 |

**Core Account 11% of holdings**
FIDELITY NY MUNI MONEY MARKET (FNYXX)      7-day yield: 1.00% 38,250,262.4100   1.00000   not applicable   53,211,157.86   38,250,262.41

**Total Market Value**      **$343,219,506.01**
*All positions held in cash account unless indicated otherwise.*

### Transaction Details      (for holdings with activity this period)

**Core Account** - *Fidelity NY Muni Money Market*

| Description: | Amount | Balance |
|---|---|---|
| Beginning | | $53,211,157.86 |
| Investment Activity | | |
| Securities bought | -$15,002,445.28 | |
| Core account income | 39,354.55 | |
| Income | | |
| Subtotal of Investment Activity | -$14,960,895.45 | 2,195.28 |
| Ending | | $38,250,262.41 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Dividend received | | | $2,195.28 |
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS | Reinvestment | 223.7800 | $9.81000 | -2,195.28 |
| 1/14 | AMERICAN CENTURY INFLATION ADJ TREAS + | You bought | 505,561.1730 | 9.89000 | -5,000,000.00 |
| 1/14 | VANGUARD INFLATION PROTECTED SECS + | You bought | 931,966.4490 | 10.73000 | -10,000,250.00 |
| | | Transaction cost: -$250.00 | | | |
| 1/31 | FIDELITY NY MUNI MONEY MARKET | Dividend received | | | 39,354.55 |

+ *Prospectus sent under separate cover.*

REDACTED

FMR SIPC_001617
FMRSAA0001617

Confidential Treatment Requested



*Premium Services*

### Investment Report

January 1, 2002 – January 31, 2002

## Ultra Service Account   REDACTED **9043**   BERNARD L MADOFF - INDIVIDUAL

**Daily Additions and Subtractions**  *Fidelity NY Muni Money Market (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Date | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|
| 1/14 | -$15,000,250.00 | 1/31 | $38,210,907.86 | | 39,354.55 | 38,250,262.41 |

## Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:
BERNARD L MADOFF INVESTMNT SEC

REDACTED

FMR_SIPC_001672
FMRSAA0001672

Confidential Treatment Requested

*Premium Services*

BERNARD L MADOFF
ATTN ELINOR PLAIA
885 3RD AVE
NEW YORK NY 10022-4834

REDACTED

**Investment Report**

January 1, 2003 - January 31, 2003

Online        Fidelity.com
FAST(sm)-Automated Telephone
Premium Services
8am - 8pm ET, Mon - Fri

REDACTED

## Fidelity Account    REDACTED **9043**    BERNARD L MADOFF - INDIVIDUAL

### Account Summary

| | | This Period | Year to Date |
|---|---|---|---|
| Beginning value as of Jan 1 | $229,658,251.03 | | |
| Change in investment value | 1,402,082.29 | | |
| **Ending value as of Jan 31** | **$231,060,333.32** | | |
| Your commission schedule | Gold | | |
| Account eligible trades from Feb 2002 - Jan 2003 | 23 | | |

### Income Summary

| | This Period | Year to Date |
|---|---|---|
| **Taxable** | | |
| Dividends | $129,052.93 | $129,052.93 |
| Interest | 562,500.00 | 562,500.00 |
| **Tax-exempt** | | |
| Dividends | 49,433.05 | 49,433.05 |
| **Total** | **$740,985.98** | **$740,985.98** |

### Holdings   (Symbol) as of January 31, 2003

| | Performance January 31, 2003 | Quantity January 31, 2003 | Price per Unit January 31, 2003 | Total Cost Basis | Total Value January 1, 2003 | Total Value January 31, 2003 |
|---|---|---|---|---|---|---|
| **Bonds 32% of holdings** | | | | | | |
| FEDL HOME LOAN BK CONS DISC NT 0.000% 02/14/2003 MATURES | | 75,000,000.000 | $99.960 | $74,928,104.25 | | $74,970,000.00 |
| **Mutual Funds 67% of holdings** | | | | | | |
| FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.74% | 2,307,890.397 | 10.690 | 24,280,196.15 | $24,495,730.33 | 24,671,348.34 |
| SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 3.41% | 969,167.521 | 13.240 | 12,630,029.15 | 12,872,166.98 | 12,831,777.98 |
| AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 2,879,405.656 | 10.730 | 28,564,700.40 | 30,689,147.78 | 30,896,022.68 |
| VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,141,706.245 | 11.910 | 79,319,587.58 | 84,557,801.94 | 85,057,721.37 |

REDACTED

0001

FMRSAA0001673
FMR SIPC 001673

Confidential Treatment Requested

*Premium Services*

## Investment Report

January 1, 2003 - January 31, 2003

### Fidelity Account    REDACTED 9043    BERNARD L MADOFF - INDIVIDUAL

**Holdings**  (Symbol) as of January 31, 2003

| | Performance January 31, 2003 | Quantity January 31, 2003 | Price per Unit January 31, 2003 | Total Cost Basis | Total Value January 1, 2003 | Total Value January 31, 2003 |
|---|---|---|---|---|---|---|
| **Core Account 1% of holdings** | | | | | | |
| FIDELITY NY MUNIMONEY MARKET (FNYXX) | 7-day yield: 0.78% | 2,633,462.950 | 1.000 | not applicable | 1,996,154.00 | 2,633,462.95 |

**Total Market Value**    $231,060,333.32

*All positions held in cash account unless indicated otherwise.*

### Transaction Details    (for holdings with activity this period)

**Core Account**  - Fidelity NY Muni Money Market

| Description | Amount | Balance |
|---|---|---|
| **Beginning** | | $1,996,154.00 |
| *Investment Activity* | | |
| Securities bought | -$75,103,677.03 | |
| Securities sold | 75,000,000.00 | |

| Description | Amount | Balance |
|---|---|---|
| Core account income | 2,913.20 | |
| Income | 738,072.78 | |
| Subtotal of Investment Activity | $637,308.95 | |
| **Ending** | | $2,633,462.95 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 12/ 31 | AMERICAN CENTURY INFLATION ADJ TREAS  b | Dividend received | | | | $91,698.68 |
| 12/ 31 | AMERICAN CENTURY INFLATION ADJ TREAS  b | Reinvestment | 8,577.9870 | $10.69000 | | -91,698.68 |
| 1/15 | FEDERAL HOME LN BKS CONS BD 3.000% 04/15/2005 FULL CALL PAYOUT | Redeemed | -75,000,000.0000 | | $75,000,000.00f | 75,000,000.00 |
| 1/15 | FEDERAL HOME LN BKS CONS BD 3.000% 04/15/2005 FULL CALL PAYOUT | Interest | | | | 562,500.00 |
| 1/16 | FEDL HOME LOAN BK CONS DISC NT 0.000% 02/14/2003 MATURES REF/A1U/B108 | You bought | 25,000,000.0000 | 99.90413 | | -24,976,034.75 |
| 1/16 | FEDL HOME LOAN BK CONS DISC NT 0.000% 02/14/2003 MATURES | You bought | 50,000,000.0000 | 99.90413 | | -49,952,069.50 |



0001

FMR_SIPC_001674
FMRSAA0001674

Confidential Treatment Requested

*Premium Services*

## Investment Report

January 1, 2003 – January 31, 2003

### Fidelity Account    REDACTED 9043    BERNARD L MADOFF - INDIVIDUAL

#### Transaction Details

**Investment Activity**

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 1/31 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | | 37,354.25 |
| 1/31 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 3,494.3170 | 10.69000 | | -37,354.25 |
| 1/31 | FIDELITY NY MUNI MONEY MARKET | Dividend received | | | | 2,913.20 |
| 1/31 | SPARTAN NY MUNI INCOME | Dividend received | | | | 46,519.85 |
| 1/31 | SPARTAN NY MUNI INCOME | Reinvestment | 3,513.5840 | 13.24000 | | -46,519.85 |

*f- FIFO (First In First Out)*
*b This trade was placed in 2002.*

**Trades Pending Settlement on January 31, 2003**

| Trade Date | Settlement Date | Security | Description | Quantity | Price per Unit | Settlement Amount |
|---|---|---|---|---|---|---|
| 1/16 | 2/14 | FEDL HOME LN BANK BONDS 3.030% 02/14/2006 REF/A1/B1 08 | Bought | 25,000,000.0000 | $100.00000 | -$25,000,000.00 |
| 1/16 | 2/14 | FEDL HOME LN BANK BONDS 3.030% 02/14/2006 | Bought | 50,000,000.0000 | 100.00000 | -50,000,000.00 |

**Daily Additions and Subtractions**  *Fidelity NY Muni Money Market (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|
| 1/15 | $75,562,500.00 | $77,558,654.00 | | | |
| 1/16 | -74,928,104.25 | 2,630,549.75 | | | |
| | | | 1/31 | 2,913.20 | 2,633,462.95 |

### Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:
BERNARD L MADOFF INVESTMNT SEC



REDACTED

0001

Confidential Treatment Requested

FMR_SIPC_001675
FMRSAA0001675

**Investment Report**

January 1, 2003 - January 31, 2003

*Premium Services*

▲

*Fidelity has recently updated our policy regarding types of deposits.*

*FIDELITY WILL ACCEPT: Personal or business checks; Cashier's, treasurer's or official bank checks with a face value greater than $10,000; US Treasury checks; and electronic deposits including wires.*

*FIDELITY DOES NOT ACCEPT: Money orders; Postal money orders; International postal money orders; Traveler's express international money orders; Cash; Checks made payable to cash; Traveler's checks or gift checks; Third party checks; Checks drawn on foreign banks; or Checks that are more than 180 days old. In addition, Fidelity will not accept cashier's checks, treasurer's checks or official bank checks with a face value of $10,000 or less except in limited instances with approval pursuant to US anti-money laundering laws.*

*Please call* REDACTED *with questions or visit your local branch for assistance*



REDACTED

0001

FMRSAA0001676
FMR_SIPC_001676
Confidential Treatment Requested

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call REDACTED 8 a.m. – 9 p.m. ET, 7 days a week.

REDACTED Cards For 24-Hour worldwide customer service, call REDACTED for American Express or visit a USA Gold Check Card.

Investment investments with Fidelity Life insurance payable to Fidelity Investments, REDACTED your contribution is for the current or prior year. Mail to: Fidelity Investments, REDACTED

**Income Summary** Shows income by tax status for the statement and year-to-date periods. Except for interest income earned on, or distributed by, tax-exempt securities, Fidelity reports dividends and capital gains held in taxable accounts as taxable income. A portion of income reported as tax-exempt income may be subject to alternative minimum tax. In Traditional IRAs, Rollover IRAs, SEP-IRAs, SIMPLE IRAs and Keoghs, earnings are reported as tax-deferred income. In Roth IRAs and HSAs, earnings are reported as tax-exempt income to the extent they may be federally tax-exempt if certain conditions are met.

**Change in Investment Value** The appreciation or depreciation of your holdings due to price changes, plus any distributions and income earned during the statement period, less any transaction costs, sales charges, or fees.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting. Taxpayers should verify such information when calculating reportable gain/loss from a sale, redemption, or exchange. Fidelity does not report such information to taxing authorities and is not responsible for the accuracy of such information. Information taxpayers may be required to report. Fidelity makes no warranties with respect to, and specifically disclaims any liability arising out of a customer's use of, or any tax position taken in reliance upon, such information.

**Cost** Fidelity provides purchase cost information for securities held in retirement and HSA accounts. Such information may be adjusted for certain transactions and does not reflect dividends or capital gains reinvested. Fidelity reports transaction proceeds and on each transaction in certain non-retirement or retirement or HSA account. Transaction profit or loss is calculated by subtracting purchase cost from sales proceeds using the FIFO method if shares were purchased at different times in places.

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account, subject to open commitments of your cash accounts. Free credit balances are not segregated and may be used in NFS's business. In a margin account, credit balances represent in a margin account.

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirements. Assets that may be reported on your account held directly with the Fidelity Investments Life Insurance Company and mutual fund only accounts held directly with the fund (Fidelity Retail Funds) are also covered by the Securities Investor Protection Corporation (SIPC) and do not count toward your margin and maintenance requirements. Assets held by Portfolio Advisory Services are earned by and covered by SIPC but do not contribute to your margin and maintenance requirements.

**Information About Your Option Transactions** Each transaction confirmation previously delivered to you contains full information about your option commissions and other charges. Assignments of American and European-style options are allocated among customer short positions pursuant to a random allocation procedure, a description is available upon request. Short positions in American-style options are liable for assignment anytime. The exercise assignment notice for equity options is generally not cancelable. Any current assignment only during the expiration period. For more information, please call Fidelity at 800-544-6666.

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by Fidelity and the Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value is calculated and will to 9 decimal places. The Total Market Value may represent prices obtained from various sources, may be impacted by the frequency with which such prices are reported and may not reflect the prices for such security as generally based on current market quotes, bid prices and/or available the pricing vendors use a variety of techniques to estimate value. These estimates, particularly for fixed income securities, may be based on certain minimum principal amounts (e.g. $1 million) and may not reflect all of the factors that affect the value of the security, including those priced at par value, may differ from its purchase price and may not closely reflect the liquidity risk. The prices provided in this statement are based on various methods tailored, the sale or redemption of a particular security is generally only available at a price based on the prevailing market conditions at the point of time at which such transaction occurs. In the secondary market subject to market conditions. You should always request a current valuation for your securities prior to making a financial decision or placing an order. In exercising options on the Floor, the Floor

FMR_SIPC_001729
FMRSAA0001729

Confidential Treatment Requested

*Premium Services*

## Investment Report

January 1, 2004 - January 31, 2004

### Fidelity Account    REDACTED 9043    BERNARD L MADOFF - INDIVIDUAL

**Holdings** (Symbol) as of January 31, 2004

| | Performance January 31, 2004 | Quantity January 31, 2004 | Price per Unit January 31, 2004 | Total Cost Basis | Total Value January 1, 2004 | Total Value January 31, 2004 |
|---|---|---|---|---|---|---|
| **Mutual Funds 72% of holdings** | | | | | | |
| M FIDELITY INFLATION PROTECTED BOND (FINPX) | 30-day yield: 1.30% | 2,400,272.903 | 11.120 | 25,300,655.57 | 26,395,096.82 | 26,691,034.68 |
| M SPARTAN NY MUNI INCOME (FTFMX) | 30-day yield: 2.99% | 1,031,522.658 | 13.250 | 13,459,781.01 | 13,579,897.24 | 13,667,875.22 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 8.923 | 11.110 | 138.36 | 97.91 | 99.13 |
| M AMERICAN CENTURY INFLATION ADJ TREAS (ACITX) | | 1,038.495 | 11.110 | 16,102.94 | 11,396.95 | 11,537.67 |
| M VANGUARD INFLATION PROTECTED SECS (VIPSX) | | 7,058,381.296 | 12.360 | 78,754,409.24 | 86,182,835.62 | 87,241,592.81 |

**Total Market Value**    177,643,439.51

Debit balance    -104,871,271.44    -104,950,798.82

**Total Net Value**    $72,692,640.69

*M - Position held in margin account.*
*All remaining positions held in cash account.*

### Transaction Details    (for holdings with activity this period)

**Core Account** - Fidelity NY Muni Money Market

| Description | Amount | Balance |
|---|---|---|
| **Beginning** | | -$104,871,271.44 |
| **Investment Activity** | | |
| Securities bought | -$78,890.33 | |
| Income | 78,890.33 | |

| Description | Amount |
|---|---|
| Margin interest | -79,527.38 |
| **Subtotal of Investment Activity** | -$79,527.38 |
| **Ending** | -$104,950,798.82 |

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount | Balance |
|---|---|---|---|---|---|---|
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS b | Dividend received | | | $5.72 | |
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS b | Dividend received | | | 0.05 | |
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS b | Reinvestment | 0.0050 | $10.98000 | -0.05 | |
| 12/31 | AMERICAN CENTURY INFLATION ADJ TREAS b | Reinvestment | 0.5210 | 10.98000 | -5.72 | |

REDACTED

0001

Page 2 of 4



FMR_SIPC_001730
FMRSAA0001730

Confidential Treatment Requested

*Premium Services*

## Investment Report

January 1, 2004 - January 31, 2004

**Fidelity Account** REDACTED 9043    BERNARD L MADOFF - INDIVIDUAL

### Transaction Details

#### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Transaction Amount |
|---|---|---|---|---|---|
| 1/30 | FIDELITY INFLATION PROTECTED BOND | Dividend received | | | 32,226.63 |
| 1/30 | FIDELITY INFLATION PROTECTED BOND | Reinvestment | 2,898.0780 | 11.12000 | -32,226.63 |
| 1/30 | SPARTAN NY MUNI INCOME | Dividend received | | | 46,657.93 |
| 1/30 | SPARTAN NY MUNI INCOME | Reinvestment | 3,521.3530 | 13.25000 | -46,657.93 |

b This trade was placed in 2003.

#### Margin Activity as of January 31, 2004

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|
| Total this period | | 1.300% | 104,871,27 | -$79,527.38 |
| | | | | -$79,527.38 |

| Period | | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|
| Total year to date | | | | | -$79,527.38 |
| | | | | | -$79,527.38 |

### Additional Information About Your Investment Report

An additional copy of your Investment Report has been sent to:
BERNARD L MADOFF INVESTMNT SEC



REDACTED

FMRSAA0001731
FMR_SIPC_001731
Confidential Treatment Requested

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call [REDACTED] 9 am - 9 pm ET, 7 days a week. For Retirement and all Individual Customer Service, call [REDACTED] For American Express or [REDACTED] for VISA or Gold Check Card.

**Additional Investments** with Fidelity Mdii: checks payable to Fidelity Investments. Include your account number on the check. For retirement and health savings accounts (HSA), designate the [REDACTED] as the "for the current or prior year" Mail to Fidelity Investments, [REDACTED]

**Income Summary** Shows income by tax status for the statement and year-to-date periods.

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity provides purchase cost information for securities held in retirement and HSA accounts.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance**

**Assets Separate from Your Brokerage Account**

**Short Account Balances**

**Information About Your Option Transactions**

**Equity Dividend Reinvestment**

**Price Information/Total Market Value**

**Fidelity comprehensive** for most recent month-end performance.

**Investment Report**

January 1, 2006 - January 31, 2006

*Private Access*

---

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive: John Becker, Team 223

---

## Transaction Details    (for holdings with activity this period)

**Core Account**    *- Fidelity NY Muni Money Market*

| Description | Amount | Balance | Description | Amount | Balance |
|---|---|---|---|---|---|
| **Beginning** | | -$49,752,511.83 | Subtotal of Investment Activity | $94,584,794.90 | |
| *Investment Activity* | | | *Cash Management Activity* | | |
| Securities sold | $94,643,258.50 | | Other withdrawals | -42,000,000.00 | |
| Core account income | 4,381.93 | | Subtotal of Cash Management Activity | -$42,000,000.00 | |
| Income | 36.09 | | **Ending** | | $2,832,283.07 |
| Margin interest | -62,881.62 | | | | |

---

### Investment Activity

| Settlement Date | Security | Description | Quantity | Price per Unit | Cost Basis of Close | Transaction Amount |
|---|---|---|---|---|---|---|
| 12/30 | AMERICAN CENTURY INFLATION ADJ TREAS  b | Dividend received | | | | $36.09 |
| 1/09 | VANGUARD INFLATION PROTECTED SECS CONF:08006DSDBH 0 | You sold | -7,789,568.601 | $12.15000 | $87,892,628.93a | 94,643,258.50 |
| | | *Short-term gain: $386,838.66* | | | | |
| | | *Long-term gain: $6,363,790.91* | | | | |
| 1/31 | FIDELITY NY MUNI MONEY MARKET | Dividend received | | | | 4,381.93 |

a - Average Cost Single Category
b - Activity first occurred in 2005
Cost basis and gain/loss information is provided as a service to our customers and is based on standards for filing US Federal Tax Returns as determined by Fidelity. This information is not intended to address tax law or reporting requirements applicable in your country of tax residence.

---

**Margin Activity as of January 31, 2006**

| Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid | Period | Period Balance | Interest Rate | Average Daily Balance | Interest Paid |
|---|---|---|---|---|---|---|---|---|---|
| 12/30-01/22 | 0 | 4.550% | 49,752,490 | -$62,881.62 | Total year to date | | | | -$62,881.62 |
| **Total this period** | | | | **-$62,881.62** | | | | | |

---

*Cash Management Activity*

0001    REDACTED    Page 2 of 4

**Investment Report**

January 1, 2006 - January 31, 2006

*Private Access*

**Fidelity Account**    X08-289043    BERNARD L MADOFF - INDIVIDUAL
Private Access Account Executive:  John Becker, Team 223

**Other Withdrawals**

| Date | Reference | Description | Amount | Date | Reference | Description | Amount |
|---|---|---|---|---|---|---|---|
| 1/9 | | WIRE TFR TO BANK | -$42,000,000.00 | Total | | | -$42,000,000.00 |

**Daily Additions and Subtractions**  *Fidelity NY Muni Money Market @ $1 per share (the following is provided to you in accordance with industry regulations)*

| Date | Amount | Balance | Date | Amount | Balance | Date | Amount | Balance |
|---|---|---|---|---|---|---|---|---|
| 1/09 | $2,890,782.76 | $2,890,782.76 | 1/24 | -63,881.52 | 2,827,901.14 | 1/31 | 4,381.93 | 2,832,283.07 |

**Additional Information About Your Investment Report**
A copy of your Investment Report is available to:
BERNARD L MADOFF INVESTMNT SEC

▶ *As part of the National Association of Securities Dealer's (NASD) Public Disclosure Program, you have access to the NASD public hotline at 800-289-9999 and website at www.nasdr.com. You can call or email your inquiries and request a brochure that includes information detailing the Public Disclosure Program.*

0001    REDACTED    Page 3 of 4

**FMR_SIPC_114715**
**CONFIDENTIAL TREATMENT REQUESTED**
FMRSAA0114715

## Information About Your Fidelity Statement

For TDD Service for the Hearing-Impaired, call 800-544-0118 9 am - 9 pm ET, 7 days a week.

Lost or Stolen Cards For 24 hour worldwide customer service, call 800-FID-CARD for VISA or Gold Check Card.

**Additional Investment with Fidelity Funds** credits posted to your Fidelity Investments, indicate your account number on the check. For retirement and health savings accounts (HSA), designate in the memo field whether your contribution is for the current or prior year. Mail to: Fidelity Investments, P.O. Box 770001 Cincinnati, OH 45277-0003.

**Income Summary** Shows incomplete tax status for the statement and year-to-date periods...

**Cost Basis, Gain/Loss, and Holding Period Information** Fidelity-provided estimated cost basis, realized gain/loss, and holding period information may not reflect all adjustments necessary for tax reporting...

**Cost Fidelity** provides purchase cost information for securities held in retirement and HSA accounts...

**Wash Sales** If a wash sale occurs, the loss from the transaction is disallowed for federal income tax purposes.

## Additional Information About Your Brokerage Account, If Applicable

**Customer Free Credit Balance** You are entitled to free credit balances in your brokerage account...

**Assets Separate from Your Brokerage Account** Only securities in the margin portion of your brokerage account contribute to margin and maintenance requirement...

**Short Account Balances** Securities sold short are held in a segregated short account...

**Information About Your Option Transactions** Each transaction commission previously delivered to you contains full information about commissions and other charges...

**Equity Dividend Reinvestment** Shares credited to your account resulted from transactions effected as agent by either FBS or The Depository Trust Company (DTC) as agent for your account.

**Price Information/Total Market Value** The Total Market Value has been calculated out to 8 decimal places...

**Information About Fidelity Mutual Funds and Trust Performance** An investment in a money market fund is not insured or guaranteed by the Federal Deposit Insurance Corporation (FDIC) or any other government agency...

**Fidelity Distributors Corporation** (FDC) is the distributor for Fidelity Funds and FBS acts as agent for FDC with respect to Fidelity Mutual Fund Accounts...

0001

REDACTED

Page 4 of 4

**FMR_SIPC_114716**
**CONFIDENTIAL TREATMENT REQUESTED**

FMRSAA0114716