**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>WALTER FRESHMAN TRUST A, a Florida trust, WALTER FRESHMAN REVOCABLE TRUST DATED 12/31/92, a Florida trust, FRIEDA FRESHMAN REVOCABLE TRSUT DATED 12/31/92, A Florida trust, FRIEDA FRESHMAN as trustor, as trustee and as an individual, AMANDA LEFKOWITZ, and IAN LEFKOWITZ,<br><br>        Defendants. | Adv. Pro. No. 10-05026 (SMB) |

**<u>ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL</u>**

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Walter Freshman Trust A, a Florida trust, Walter Freshman Revocable Trust Dated 12/31/92, a Florida trust, Frieda Freshman Revocable Trsut Dated 12/31/92, A Florida trust, Frieda Freshman as trustor, as trustee and as an individual, Amanda Lefkowitz, and Ian Lefkowitz, (the "Defendants"); and due and sufficient notice of the Application having been given; and the Court having reviewed all pleadings and other

{00038976 1 }

papers filed in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding.

Dated:   February **22nd**, 2019                                  **/s/ STUART M. BERNSTEIN**
        New York, New York                                    Hon. Stuart M. Bernstein
                                                UNITED STATES BANKRUPTCY JUDGE