**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>Edward A. Zraick, Jr., individually and as joint tenant; Nancy Zraick, individually and as joint tenant; Patricia Zraick DeLuca, individually and as joint tenant; Karen M. Rich, individually and as joint tenant; Estate of Lorraine Zraick; Edward A. Zraick, Jr., as personal representative of the Estate of Lorraine Zraick; and Patricia Zraick DeLuca, as personal representative of the Estate of Lorraine Zraick,<br><br>    Defendants. | Adv. Pro. No. 10-05257 (SMB) |

## ZRAICK DEFENDANTS' NOTICE OF DEPOSITION OF MATTHEW B. GREENBLATT

PLEASE TAKE NOTICE that, pursuant to Rule 30(b)(1) of the Federal Rules of Civil Procedure, as made applicable to this adversary proceeding through Rule 7030 of the Federal Rules of Bankruptcy Procedure, defendants Edward A. Zraick, Jr., Nancy Zraick, Patrician DeLuca and Karen Rich (collectively, the "Zraick Defendants") will take the deposition by oral examination of Matthew B. Greenblatt on January 16, 2017 at 9:00 a.m (Eastern Time) at the offices of Hunton & Williams LLP,

200 Park Avenue, 52nd Floor, New York, NY 10016, or such other date and time as mutually agreed in writing by the parties.

This deposition will be taken upon oral examination before a person authorized to administer oaths, will be recorded by stenographic means, and will continue from day to day until completed. Said deposition is to be used for any reason and in any fashion acceptable under the Federal Rules of Bankruptcy Procedure and all applicable local rules. The deposition will continue from day-to-day, or upon such adjourned dates as may be agreed upon by the parties, until completed.

PLEASE TAKE FURTHER NOTICE that the Zraick Defendants reserve the right to identify additional witnesses to depose.

Dated: December 31, 2016
New York, New York                HUNTON & WILLIAMS LLP


*/s/ Robert A. Rich*
Peter S. Partee, Sr.
Robert A. Rich
200 Park Avenue
New York, New York 10166
(212) 309-1000
Email:  rrich2@hunton.com

*Counsel for Defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca and Karen M. Rich*

2

## CERTIFICATE OF SERVICE

I hereby certify that on December 31, 2016 I served a true and complete copy of *Zraick Defendants' Notice of Deposition of Matthew B. Greenblatt* via email and first class mail on counsel listed below:

/s/ Robert A. Rich

Keith R. Murphy, Esq.
Maximillian S. Shifrin, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Email: mshifrin@bakerlaw.com

*Counsel for Plaintiff Irving H. Picard,
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC*