# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

February 26, 2019

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re:    *Picard v. Zraick et al.*, Adv. Pro No. 10-05257

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively
consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the
Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the estate of Bernard L.
Madoff. We write in response to Defendants' February 26, 2019 letter requesting a conference
pursuant to Local Bankruptcy Rule 7007-1(b) addressing the deposition of Matthew B.
Greenblatt.

The Trustee does not object to Mr. Greenblatt's deposition and was in the process of
obtaining available dates from Mr. Greenblatt when defendants filed their letter. As the Court is
aware, this adversary proceeding was party to two successive motions filed by the Trustee
addressing the threshold question of whether any additional fact discovery was warranted. The
Court only recently resolved this issue by authorizing the deposition of an FBI agent concerning
his recollection of Madoff's proffer, and the Trustee is currently in the process of settling
appropriate orders in all applicable adversary proceedings, including this one. As part of that
effort, the Trustee proposed to defense counsel that the order entered in this case reflect all
outstanding discovery: the additional deposition authorized by the Court and the outstanding
deposition of Mr. Greenblatt. Upon objection by defense counsel, the Trustee removed from the
proposed order any reference to Mr. Greenblatt and intended to provide deposition dates to
defense counsel as soon as possible.

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

The Trustee has since informed defense counsel that Mr. Greenblatt is available to be deposed on March 13, 26, 27, or 28.  Accordingly, there is no dispute requiring the Court's intervention and defendants' request should be withdrawn.


Respectfully submitted,

*/s/ Nicholas J. Cremona*

  Nicholas J. Cremona
  Partner


cc:   Robert A. Rich