

**DAVIS & GILBERT LLP**
ATTORNEYS AT LAW

1740 Broadway  T: 212.468.4800  www.dglaw.com
New York, NY 10019  F: 212.468.4888

Direct Dial: 212.468.4945
Personal Fax: 212.468.4888
Email: jserritella@dglaw.com

February 26, 2019

**BY EMAIL**
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re: *SIPC v. Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (SMB);
*Picard v. Natixis Financial Products LLC*, No. 10-05353 (SMB)

Dear Judge Bernstein:

As directed by Your Honor during today's teleconference, we write on behalf of defendant Natixis Financial Products LLC, successor-in-interest to Natixis Financial Products Inc. ("Natixis FP"), and plaintiff Irving H. Picard, Esq. (the "Trustee"), to respectfully request that the Court extend Natixis FP's time to file its opposition to the Trustee's pending motion for leave to amend (the "Motion," ECF No. 169), by thirty days to March 28, 2019, and the Trustee's time to file his reply in support of the Motion, by thirty days to April 11, 2019. *See* Stipulation & Order, entered December 11, 2018 (ECF No. 168). The Trustee consents to this request, which will allow the parties to determine the appropriate next steps in this action in light of yesterday's decision from the U.S. Court of Appeals for the Second Circuit in *In re Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Secs. LLC* (Case No. 17-2992, Document No. 1311-1).

Respectfully submitted,

*/s/ James R. Serritella*

James R. Serritella

cc: Counsel for Trustee (via email)

*Granted*
*SMB*
*2/26/19*