**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br>　　v.<br><br>Edward A. Zraick, Jr., *et al.*<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**NOTICE OF WITHDRAWAL OF PRE-MOTION REQUEST PURSUANT TO**
**L.B.R. 7007-1(b) REGARDING EXPERT DEPOSITION [DOCKET NO. 108]**

**PLEASE TAKE NOTICE** that Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca, and Karen M. Rich, Defendants in the above-referenced adversary proceeding, by and through their undersigned attorneys, hereby withdraw the *Pre-Motion Request Pursuant to L.B.R. 7007-1(b) Regarding Expert Deposition* [Docket No. 108] filed on February 26, 2019.

Dated: February 27, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　　**HUNTON ANDREWS KURTH LLP**

　　　　　　　　　　　　　　　　　　By:　　*/s/ Robert A. Rich*
　　　　　　　　　　　　　　　　　　　　Peter S. Partee, Sr.
　　　　　　　　　　　　　　　　　　　　Robert A. Rich
　　　　　　　　　　　　　　　　　　　　200 Park Avenue
　　　　　　　　　　　　　　　　　　　　New York, New York 10166
　　　　　　　　　　　　　　　　　　　　Telephone: (212) 309-1000

　　　　　　　　　　　　　　　　　　*Attorneys for Defendants*