# **EXHIBIT A**

Exhibit A: List of Adversary Proceedings

| | Adv. Pro. No. | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | Chaitman LLP |
| 2 | 10-04438 | Estate of Seymour Epstein, et al. | Chaitman LLP |
| 3 | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | Chaitman LLP |
| 4 | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | Chaitman LLP |
| 5 | 10-04545 | Jerome Goodman, et al. | Chaitman LLP |
| 6 | 10-04610 | The Whitman Partnership, et al. | Chaitman LLP |
| 7 | 10-04655 | Jaffe Family Investment Partnership, et al. | Law Office of Wayne A. Silver |
| 8 | 10-04709 | Andrew M. Goodman | Chaitman LLP |
| 9 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | Chaitman LLP |
| 10 | 10-04752 | Kuntzman Family LLC, et al. | Chaitman LLP |
| 11 | 10-04762 | James M. Goodman | Chaitman LLP |
| 12 | 10-04809 | Edyne Gordon NTC | Chaitman LLP |
| 13 | 10-04823 | Frank DiFazio, et al. | Chaitman LLP |
| 14 | 10-04826 | Boyer Palmer | Chaitman LLP |
| 15 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood, et al. | Chaitman LLP |
| 16 | 10-04905 | Train Klan, a Partnership, et al. | Chaitman LLP |
| 17 | 10-04914 | Edyne Gordon | Chaitman LLP |
| 18 | 10-04931 | Cantor, et al. | Winston & Strawn LLP |
| 19 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | Chaitman LLP |
| 20 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | Chaitman LLP |
| 21 | 10-04991 | Guiducci Family Limited Partnership, et al. | Chaitman LLP |
| 22 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | Chaitman LLP |
| 23 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | Chaitman LLP |
| 24 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | Chaitman LLP |
| 25 | 10-05128 | JABA Associates LP, et al. | Chaitman LLP |
| 26 | 10-05133 | Boyer H. Palmer, individually, et al. | Chaitman LLP |
| 27 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | Chaitman LLP |
| 28 | 10-05151 | Palmer Family Trust, et al. | Chaitman LLP |
| 29 | 10-05157 | The Harnick Brothers Partnership, et al. | Chaitman LLP |
| 30 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | Chaitman LLP |
| 31 | 10-05384 | Neil Reger Profit Sharing Keogh, et al. | Dentons US LLP |
| 32 | 10-05435 | Keith Schaffer, et al. | Chaitman LLP |