# **EXHIBIT A**

Exhibit A: List of Adversary Proceedings

|   | Adv. Pro. No. | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04292 | Robert Roman | Chaitman LLP |
| 2 | 10-04302 | Joan Roman | Chaitman LLP |
| 3 | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | Chaitman LLP |
| 4 | 10-04352 | RAR Entrepreneurial Fund LTD, et al. | Chaitman LLP Pro Se |
| 5 | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | Chaitman LLP |
| 6 | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. | Chaitman LLP |
| 7 | 10-04541 | Kenneth W Perlman, et al. | Blank Rome LLP Chaitman LLP |
| 8 | 10-04562 | Robert F. Ferber | Chaitman LLP |
| 9 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | Chaitman LLP Pro Se |
| 10 | 10-04621 | Donald A. Benjamin | Chaitman LLP |
| 11 | 10-04644 | Russell L. Dusek | Chaitman LLP |
| 12 | 10-04648 | Peter D. Kamenstein | Chaitman LLP |
| 13 | 10-04728 | Estate of Bruno L. Di Giulian, et al. | Chaitman LLP |
| 14 | 10-04748 | Mark Horowitz | Chaitman LLP |
| 15 | 10-04749 | Philip F. Palmedo | Chaitman LLP |
| 16 | 10-04753 | Carla Ginsburg | Chaitman LLP |
| 17 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | Chaitman LLP |
| 18 | 10-04818 | Toby Harwood | Chaitman LLP |
| 19 | 10-04889 | Estate of Robert Shervyn Savin, et al. | Chaitman LLP |
| 20 | 10-04912 | Harry Smith Revocable Living Trust, et al. | Chaitman LLP |
| 21 | 10-04920 | Glenhaven Limited, et al. | Chaitman LLP |
| 22 | 10-04995 | Trust U/Art Fourth O/W/O Israel Wilenitz, et al. | Chaitman LLP |
| 23 | 10-05026 | Walter Freshman Trust A, a Florida trust, et al. | Chaitman LLP |
| 24 | 10-05037 | Barbara L. Savin | Chaitman LLP |
| 25 | 10-05079 | Estate of James M. Goodman, et al. | Chaitman LLP |
| 26 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | Chaitman LLP |
| 27 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | Chaitman LLP |
| 28 | 10-05377 | Richard G. Eaton | Chaitman LLP |
| 29 | 10-05420 | Gunther K. Unflat, et al. | Chaitman LLP |
| 30 | 10-04367 | Benjamin T. Heller | Chaitman LLP |
| 31 | 10-04428 | Estate of Allen Meisels, et al. | Chaitman LLP |
| 32 | 10-04489 | Marlene Krauss | Chaitman LLP |
| 33 | 10-04503 | Judd Robbins | Chaitman LLP |

Exhibit A: List of Adversary Proceedings

|    | **Adv. Pro. No.** | **Case Name** | **Counsel** |
|----|---------|--------------------------------------------------------------|--------------|
| 34 | 10-04614 | Robert S. Whitman | Chaitman LLP |
| 35 | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. | Chaitman LLP |
| 36 | 10-04768 | Placon2, William R. Cohen, et al. | Chaitman LLP |
| 37 | 10-04867 | Estate of Steven I. Harnick, et al. | Chaitman LLP |
| 38 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | Chaitman LLP |
| 39 | 10-04956 | D. M. Castelli | Chaitman LLP |
| 40 | 10-05130 | Barbara Kotlikoff Harman | Chaitman LLP |