# **EXHIBIT A**

Exhibit A: List of Adversary Proceedings

|   | Adv. Pro. No. | Case Name | Counsel |
|---|---|---|---|
| 1 | 10-04332 | Barry Weisfeld | Dentons US LLP |
| 2 | 10-04357 | James Greiff | Dentons US LLP |
| 3 | 10-04362 | Sage Associates, et al. | McDermott Will & Emery LLP |
| 4 | 10-04400 | Sage Realty, et al. | McDermott Will & Emery LLP |
| 5 | 10-04401 | Rose Gindel Trust, et al. | Dentons US LLP |
| 6 | 10-04415 | The Estate of Barbara Berdon, et al. | Dentons US LLP |
| 7 | 10-04486 | The Norma Shapiro Revocable Declaration of Trust Under Agreement Date | Dentons US LLP |
| 8 | 10-04672 | Sidney Cole | Dentons US LLP |
| 9 | 10-04702 | S&L Partnership, a New York partnership, et al. | Dentons US LLP |
| 10 | 10-04861 | Harold J. Hein | Dentons US LLP |
| 11 | 10-04882 | Laura E. Guggenheimer Cole | Dentons US LLP |
| 12 | 10-04921 | Stanley T. Miller | Dentons US LLP |
| 13 | 10-04925 | Alvin Gindel Revocable Trust, a Florida trust, et al. | Dentons US LLP |
| 14 | 10-05209 | Lapin Children LLC | Dentons US LLP |
| 15 | 10-05236 | Toby T. Hobish, et al. | Dentons US LLP |
| 16 | 10-05257 | Edward A. Zraick, Jr., individually and as joint tenant, et al. | Hunton Andrews Kurth LLP |