UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br>v.<br>LEGACY CAPITAL LTD. and KHRONOS LLC,<br><br>                Defendants. | Adv. Pro. No. 10-05286 (SMB) |

**DECLARATION OF NICHOLAS F. KAJON IN OPPOSITION TO
THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

I, NICHOLAS F. KAJON, hereby certify:

1. I am a Shareholder at Stevens & Lee, P.C., counsel for Defendant Legacy Capital, LTD ("Legacy").

2. Annexed hereto as **Exhibit A** is a true and correct copy of Transcript of the November 9, 2017 deposition of Bernard L. Madoff.

3. Annexed hereto as **Exhibit B** is a true and correct copy of Transcript of the May 26, 2017 deposition of Bernard L. Madoff.

4. Annexed hereto as **Exhibit C** is a true and correct copy of *Picard v. Lowrey, et al.*, 18 civ. 5381 (PAE) decided February 7, 2019.

5. Annexed hereto as **Exhibit D** is a true and correct copy of *Gowan v. Amaranth Advisors L.L.C. (In re Dreier LLP)* Case No. 08-15051 (SMB), 2014 WL 47774 (Bankr. S.D.N.Y. 2014).

6. Annexed hereto as **Exhibit E** is a true and correct copy of *Ritchie Cap. Mgmt., LLC v. Stoebner*, Civ. No. 12–3038 (SRN), 2013 WL 2455981 (D. Minn. June 6, 2013)

7. Annexed hereto as **Exhibit F** is a true and correct copy of *In re Tribune Co. Fraudulent Conveyance Litig.*, No. 11-MD-2296 (RJS), 2018 WL 6329139 (S.D.N.Y. Nov. 30, 2018), *reconsideration denied*, No. 11MD2296 (DLC), 2019 WL 549380 (S.D.N.Y. Feb. 12, 2019).

8. Annexed hereto as **Exhibit G** is a true and correct copy of *In re Tribune Co. Fraudulent Conveyance Litig.*, No. 11MD2296 (DLC), 2019 WL 294807 (S.D.N.Y. Jan. 23, 2019).

9. Annexed hereto as **Exhibit H** is a true and correct copy of *Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Proc. No. 10-04946 (SMB), 2018 WL 3078149 (Bank. S.D.N.Y. June 19, 2018).

10. Annexed hereto as **Exhibit I** is a true and correct copy of *Sec. Inv. Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC*, Adv. Proc. No. 08–01789 (SMB), 2018 WL 1442312 (Bank. S.D.N.Y. March 22, 2018).

I hereby certify that the foregoing statements are true and correct to the best of my knowledge and belief. I am aware that if any of the foregoing is willfully false, I am subject to punishment.

Dated: March 1, 2019

By: */s/ Nicholas F. Kajon*
Nicholas F. Kajon, Esq.