# Exhibit 1

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LTD
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK                NY  10017

PAGE: 1
PERIOD ENDING: 11/30/06
YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 6,521,773.62 | |
| 11/20 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/20/06 | DIV | | 2.93 |
| 11/20 | | | | FIDELITY SPARTAN U S TREASURY MONEY FDLXX W/H TAX DIV FDLXX | CW | .77 | |
| 11/20 | | | | TEXAS INSTRUMENTS INC DIV 10/31/06 11/20/06 | DIV | | 2,093.00 |
| 11/20 | | 125,000 | 1518 | W/H TAX DIV TXN U S TREASURY BILL DUE 02/01/2007 2/01/2007 | CW 99.006 | 627.91 | 123,757.59 |
| 11/20 | | 75,000 | 3567 | U S TREASURY BILL DUE 3/15/2007 3/15/2007 | 98.428 | | 73,821.00 |
| 11/20 | | 1,009 | 97467 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 1,009.00 |
| 11/21 | 2,500,000 | 95,418 | 12146 | VERIZON COMMUNICATIONS U S TREASURY BILL DUE 2/22/2007 2/22/2007 | 35.950 98.726 | 2,468,150.00 | 3,426,461.17 |
| 11/21 | 21,118 | | 16144 18961 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,118.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

# BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK       NY 10017

PAGE: 2
PERIOD ENDING: 11/30/06
YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/22 | | | | CITI GROUP INC | DIV | | 79,935.65 |
| 11/22 | | | | DIV 11/06/06 11/22/06 | | | |
| 11/22 | | | | W/H TAX DIV C | CW | 23,980.70 | |
| 11/22 | | | | MERRILL LYNCH & CO INC | DIV | | 7,695.00 |
| 11/22 | | | | DIV 11/03/06 11/22/06 | | | |
| 11/27 | | | | W/H TAX DIV MER | CW | 2,308.50 | |
| 11/27 | | | | FIDELITY SPARTAN | DIV | | 16.15 |
| 11/27 | | | | U S TREASURY MONEY MARKET | | | |
| 11/27 | | | | DIV 11/27/06 | | | |
| 11/27 | | 21,118 | 23545 | FIDELITY SPARTAN | 1 | 4.85 | 21,118.00 |
| 11/27 | | | | U S TREASURY MONEY MARKET | | | |
| 11/27 | | | | W/H TAX DIV FDLXX | CW | | |
| 11/27 | | 2,500,000 | 27866 | FIDELITY SPARTAN | 98.813 | | 2,470,325.00 |
| 11/27 | | | | U S TREASURY BILL | | | |
| 11/27 | | | | DUE 2/22/2007 | | | |
| 11/27 | 2,500,000 | | 31636 | U S TREASURY BILL | 98.718 | 2,467,950.00 | |
| | | | | 2/22/2007 | | | |
| 11/27 | | | | DUE 3/01/2007 | | | |
| 11/27 | 23,505 | | 35703 | FIDELITY SPARTAN | 1 | 23,505.00 | |
| | | | | 3/01/2007 | | | |
| 11/30 | 608 | | 38814 | U S TREASURY MONEY MARKET | | | |
| 11/30 | 1,064 | | 38994 | ABBOTT LABORATORIES | 46.600 | 28,356.80 | |
| 11/30 | 494 | | 39174 | AMERICAN INTL GROUP INC | 70.700 | 75,266.80 | |
| | | | | AMGEN INC | 72.120 | 35,646.28 | |

CONTINUED ON PAGE 3

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PAGE** 3
**PERIOD ENDING** 11/30/06
**YOUR ACCOUNT NUMBER** 1-FR071-3-0

**\*\*DUPLICATE\*\*  FOR ACCOUNT   LEGACY CAPITAL LIMITED**

KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK       NY   10017

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/30 | 494 |  | 39354 | AMERICAN EXPRESS COMPANY | 59.510 | 29,416.94 |  |
| 11/30 | 304 |  | 39534 | BOEING CO | 89.830 | 27,320.32 |  |
| 11/30 | 1,824 |  | 39714 | BANK OF AMERICA | 54.460 | 99,407.04 |  |
| 11/30 | 798 |  | 39894 | BRISTOL MYERS SQUIBB COMPANY | 24.480 | 19,566.04 |  |
| 11/30 | 2,014 |  | 40074 | CITI GROUP INC | 50.160 | 101,102.24 |  |
| 11/30 | 836 |  | 40254 | COMCAST CORP | 39.430 | 32,996.48 |  |
| 11/30 |  |  |  | CL A |  |  |  |
| 11/30 | 2,470 |  | 40434 | CISCO SYSTEMS INC | 26.770 | 66,219.90 |  |
| 11/30 | 874 |  | 40614 | CHEVRON CORP | 69 | 60,340.00 |  |
| 11/30 | 912 |  | 40794 | DELL INC | 27.150 | 24,796.80 |  |
| 11/30 | 836 |  | 40974 | THE WALT DISNEY CO | 32.800 | 27,453.80 |  |
| 11/30 | 4,218 |  | 41154 | GENERAL ELECTRIC CO | 35.400 | 149,485.20 |  |
| 11/30 | 76 |  | 41334 | GOOGLE | 501.050 | 38,082.80 |  |
| 11/30 | 190 |  | 41514 | GOLDMAN SACHS GROUP INC | 201.050 | 38,206.50 |  |
| 11/30 | 836 |  | 41694 | HOME DEPOT INC | 38.020 | 31,817.72 |  |
| 11/30 | 1,102 |  | 41874 | HEWLETT PACKARD CO | 39.170 | 43,209.34 |  |
| 11/30 | 608 |  | 42054 | INTERNATIONAL BUSINESS MACHS | 92.600 | 56,324.80 |  |
| 11/30 | 2,356 |  | 42234 | INTEL CORP | 21.310 | 50,300.36 |  |
| 11/30 | 1,178 |  | 42414 | JOHNSON & JOHNSON | 65.430 | 77,123.54 |  |
| 11/30 | 1,406 |  | 42594 | J.P. MORGAN CHASE & CO | 47.060 | 66,222.36 |  |
| 11/30 | 836 |  | 42774 | COCA COLA CO | 46.800 | 39,157.80 |  |
| 11/30 | 494 |  | 42954 | MCDONALDS CORP | 41.910 | 20,722.54 |  |
| 11/30 | 456 |  | 43134 | MEDTRONIC INC | 53 | 24,186.00 |  |
| 11/30 | 380 |  | 43314 | MERRILL LYNCH & CO INC | 91.800 | 34,899.00 |  |
| 11/30 | 304 |  | 43494 | 3M COMPANY | 81.010 | 24,639.04 |  |

CONTINUED ON PAGE    4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4
PERIOD ENDING 11/30/06
YOUR ACCOUNT NUMBER 1-FR071-3-0

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK          NY   10017

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/30 | 836 | | 43674 | ALTRIA GROUP INC | 83.810 | 70,098.16 | |
| 11/30 | 874 | | 43854 | MERCK & CO | 44 | 38,490.00 | |
| 11/30 | 418 | | 44034 | MORGAN STANLEY | 78.510 | 32,833.18 | |
| 11/30 | 3,534 | | 44214 | MICROSOFT CORP | 29.520 | 104,464.68 | |
| 11/30 | 1,634 | | 44754 | ORACLE CORPORATION | 19.500 | 31,928.00 | |
| 11/30 | 684 | | 44934 | PEPSICO INC | 61.900 | 42,366.60 | |
| 11/30 | 2,964 | | 45114 | PFIZER INC | 26.840 | 79,671.76 | |
| 11/30 | 1,292 | | 45294 | PROCTER & GAMBLE CO | 63.020 | 81,472.84 | |
| 11/30 | 1,216 | | 45474 | SPRINT NEXTEL CORP | 19.830 | 24,161.28 | |
| 11/30 | 494 | | 45654 | SCHLUMBERGER LTD | 65.430 | 32,341.42 | |
| 11/30 | 1,558 | | 45834 | AT&T INC | 32.540 | 50,759.32 | |
| 11/30 | 342 | | 46010 | TARGET CORP | 57.770 | 19,770.34 | |
| 11/30 | 1,672 | | 46190 | TIME WARNER INC | 20.340 | 34,074.48 | |
| 11/30 | 608 | | 46370 | TEXAS INSTRUMENTS INC | 29.930 | 18,221.44 | |
| 11/30 | 836 | | 46550 | TYCO INTERNATIONAL LTD | 30.020 | 25,129.72 | |
| 11/30 | 456 | | 46730 | UNITED PARCEL SVC INC CLASS B | 78.600 | 35,859.60 | |
| 11/30 | 722 | | 46910 | U S BANCORP | 33.530 | 24,236.66 | |
| 11/30 | 418 | | 47090 | UNITED TECHNOLOGIES CORP | 65.750 | 27,499.50 | |
| 11/30 | 1,178 | | 47270 | VERIZON COMMUNICATIONS | 34.680 | 40,900.04 | |
| 11/30 | 760 | | 47450 | WACHOVIA CORP NEW | 54.120 | 41,161.20 | |
| 11/30 | 1,368 | | 47630 | WELLS FARGO & CO NEW | 35.310 | 48,358.08 | |
| 11/30 | 1,026 | | 47810 | WAL-MART STORES INC | 47.070 | 48,334.82 | |
| 11/30 | 2,394 | | 47990 | EXXON MOBIL CORP | 72.200 | 172,941.80 | |
| 11/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/30/06 | DIV | | |

CONTINUED ON PAGE 5

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK    NY    10017

PAGE    5
PERIOD ENDING    11/30/06
YOUR TAX PAYER IDENTIFICATION NUMBER
YOUR ACCOUNT NUMBER    1-FR071-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 2.72 | |
| 11/30 | | 23,505 | 50684 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 23,505.00 |
| 11/30 | | 2,500,000 | 50899 | U S TREASURY BILL DUE 3/01/2007 | 98.764 | | 2,469,100.00 |
| 11/30 | 100,000 | | 55875 | U S TREASURY BILL DUE 3/01/2007 | 98.764 | 98,764.00 | |
| 11/30 | 9,616 | | 57618 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,616.00 | |
| | | | | NEW BALANCE | | 5,386,295.34 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 130,834 | | | AT&T INC | 33.910 | | |
| | 52,934 | | | ABBOTT LABORATORIES | 46.660 | | |
| | 70,704 | | | ALTRIA GROUP INC | 84.210 | | |
| | 40,508 | | | AMERICAN EXPRESS COMPANY | 58.720 | | |
| | 87,248 | | | AMERICAN INTL GROUP INC | 70.320 | | |
| | 39,427 | | | AMGEN INC | 71 | | |
| | 152,646 | | | BANK OF AMERICA | 53.850 | | |
| | 28,006 | | | BOEING CO | 88.530 | | |

CONTINUED ON PAGE    6

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE: 6
PERIOD ENDING: 11/30/06
YOUR ACCOUNT NUMBER: 1-FR071-3-0

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK          NY   10017

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 65,436 |  |  | BRISTOL MYERS SQUIBB COMPANY | 24.830 |  |  |
|  | 74,746 |  |  | CHEVRON CORP | 72.320 |  |  |
|  | 206,544 |  |  | CISCO SYSTEMS INC | 26.880 |  |  |
|  | 165,148 |  |  | CITI GROUP INC | 49.590 |  |  |
|  | 68,552 |  |  | COCA COLA CO | 46.830 |  |  |
|  | 71,630 |  |  | COMCAST CORP | 40.460 |  |  |
|  |  |  |  | CL A |  |  |  |
|  | 77,862 |  |  | DELL INC | 27.240 |  |  |
|  | 70,559 |  |  | THE WALT DISNEY CO | 33.050 |  |  |
|  | 21,546 |  |  | EXELON CORP | 60.730 |  |  |
|  | 200,312 |  |  | EXXON MOBIL CORP | 76.810 |  |  |
|  | 346,802 |  |  | GENERAL ELECTRIC CO | 35.280 |  |  |
|  | 15,580 |  |  | GOLDMAN SACHS GROUP INC | 194.800 |  |  |
|  | 76 |  |  | GOOGLE | 484.920 |  |  |
|  | 92,371 |  |  | HEWLETT PACKARD CO | 39.460 |  |  |
|  | 68,552 |  |  | HOME DEPOT INC | 37.970 |  |  |
|  | 194,118 |  |  | INTEL CORP | 21.350 |  |  |
|  | 50,782 |  |  | INTERNATIONAL BUSINESS MACHS | 91.920 |  |  |
|  | 117,299 |  |  | J.P. MORGAN CHASE & CO | 46.280 |  |  |
|  | 99,674 |  |  | JOHNSON & JOHNSON | 65.910 |  |  |
|  | 40,508 |  |  | MCDONALDS CORP | 41.970 |  |  |
|  | 37,392 |  |  | MEDTRONIC INC | 52.130 |  |  |
|  | 72,594 |  |  | MERCK & CO | 44.510 |  |  |
|  | 31,160 |  |  | MERRILL LYNCH & CO INC | 87.430 |  |  |
|  | 290,714 |  |  | MICROSOFT CORP | 29.330 |  |  |

CONTINUED ON PAGE   7

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT    Tel 020 7493 6222

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

PAGE **7**
PERIOD ENDING **11/30/06**
YOUR ACCOUNT NUMBER **1-FR071-3-0**

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK         NY   10017

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 37,354 | | | MORGAN STANLEY | 76.160 | | |
| | 134,914 | | | ORACLE CORPORATION | 19.030 | | |
| | 56,088 | | | PEPSICO INC | 61.970 | | |
| | 247,207 | | | PFIZER INC | 27.490 | | |
| | 106,870 | | | PROCTER & GAMBLE CO | 62.790 | | |
| | 40,508 | | | SCHLUMBERGER LTD | 68.480 | | |
| | 9,616 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 99,712 | | | SPRINT NEXTEL CORP | 19.510 | | |
| | 28,044 | | | TARGET CORP | 58.090 | | |
| | 52,934 | | | TEXAS INSTRUMENTS INC | 29.550 | | |
| | 24,928 | | | 3M COMPANY | 81.460 | | |
| | 137,104 | | | TIME WARNER INC | 20.140 | | |
| | 68,552 | | | TYCO INTERNATIONAL LTD | 30.290 | | |
| | 59,204 | | | U S BANCORP | 33.640 | | |
| | 37,392 | | | UNITED PARCEL SVC INC CLASS B | 77.920 | | |
| | 100,000 | | | U S TREASURY BILL DUE 3/01/2007     3/01/2007 | 98.764 | | |
| | 34,276 | | | UNITED TECHNOLOGIES CORP | 64.530 | | |
| | 1,178 | | | VERIZON COMMUNICATIONS | 34.940 | | |
| | 65,398 | | | WACHOVIA CORP NEW | 54.190 | | |
| | 83,051 | | | WAL-MART STORES INC | 46.100 | | |
| | 113,102 | | | WELLS FARGO & CO NEW | 35.240 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                        SHORT | | | |
| | | | | 199,197,675.10 | | | |

08-01789-cgm    Doc 18521-12    Filed 03/01/19    Entered 03/01/19 13:02:42    Mayer
Decl.    Exhibit 1    Pg 9 of 10

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**PAGE** 8
**PERIOD ENDING** 11/30/06
**YOUR ACCOUNT NUMBER** 1-FR071-3-0

**\*\*DUPLICATE\*\*  FOR ACCOUNT  LEGACY CAPITAL LIMITED**
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK        NY  10017

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 2,519,635.13 |
| | | | | GROSS PROCEEDS FROM SALES | | | 1,477,402,274.93 |

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK        NY 10017

PAGE: 1
PERIOD ENDING: 11/30/06
YOUR ACCOUNT NUMBER: 1-FR071-4-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 6,521,774.00 |
| 11/20 | | 3,078 | 79641 | S & P 100 INDEX DECEMBER 655 CALL | 5.100 | | 1,566,702.00 |
| 11/20 | 3,078 | | 84086 | S & P 100 INDEX DECEMBER 645 PUT | 4.400 | 1,357,398.00 | |
| 11/20 | 3,078 | | 87080 | S & P 100 INDEX NOVEMBER 645 CALL | 4.500 | 1,388,178.00 | |
| 11/20 | | 3,078 | 91526 | S & P 100 INDEX NOVEMBER 635 PUT | .150 | | 43,092.00 |
| 11/30 | | 38 | 44394 | S & P 100 INDEX DECEMBER 655 CALL | 3.400 | | 12,882.00 |
| 11/30 | 38 | | 44574 | S & P 100 INDEX DECEMBER 645 PUT | 3.300 | 12,578.00 | |
| | | | | NEW BALANCE | | | 5,386,296.00 |
| | | | | SECURITY POSITIONS | | | |
| | 3,116 | | | S & P 100 INDEX DECEMBER 655 CALL | MKT PRICE 2.850 | | |
| | | 3,116 | | S & P 100 INDEX DECEMBER 645 PUT | 2.550 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 794,580.00 | SHORT 888,060.00- | | |