# Exhibit 2

```
STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING MAY 31, 2002
                                                                                PAGE 2 OF
     BERNARD L MADOFF                                                           Account Number
                                                                                REDACTED


     DAILY ACTIVITY DETAILS

                                                                                        Cash
     Date      Activity       Quantity       Description          Price    Amount       Balance

                                             CLOSING BALANCE AS OF  4/30                        .16
     5/09    Sold           100000000    US TSY BILL       00000  02MY09   100.00    +100,000,000.00    +100,000,000.16
                                         U.S. TREASURY REDEMPTION                                       +100,000,000.16
             Bought         100000000    US TSY BILL       00000  02JL25    99.6439   -99,643,905.00        +356,095.16
                                         DISCOUNT YIELD  1.6650                                             +356,095.16
     5/10    Bought            356095    LIQUID ASSET FUND          1.00      -356,095.00                          +.16
     5/16    Sold           100000000    US TSY BILL       00000  02MY16   100.00    +100,000,000.00    +100,000,000.16
                                         U.S. TREASURY REDEMPTION                                       +100,000,000.16
             Bought         100000000    US TSY BILL       00000  02AU01    99.6428   -99,642,805.00        +357,195.16
                                         DISCOUNT YIELD  1.6700                                             +357,195.16
     5/17    Bought            357195    LIQUID ASSET FUND          1.00      -357,195.00                          +.16
     5/31    Dividend                    LIQUID ASSET FUND                      +5,895.80                          +.16
             Direct Purchase  5895.800    LIQUID ASSET FUND          1.00       -5,895.80                          +.16
                                         REINVESTMENT                                                              +.16

                                             CLOSING BALANCE AS OF  5/31                                           +.16


                                         YTD              YTD              YTD
     Morgan Stanley Fund Summary      Dividends       Cap Gains         Taxes          Features

             LIQUID ASSET FUND         35,511.55           0.00           0.00       Reinvest Dividends

             Totals                   $35,511.55          $0.00          $0.00


     For Morgan Stanley Mutual Fund Account Information, call 1-800-869-NEWS(6397).
```

MS 0000154

msysab0000154