# Exhibit 3

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | D | 16586 | 5 | 2 | | 5/20/02 | 5/20/02 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | MONTPELLIER INTL LDC<br>C/O KHRONOS CAPITAL RESEARCH<br>DANIEL JOHNSON<br>800 THIRD AVE  33RD FL<br>NEW YORK           NY 10022 | ACCT OF/ | **** DUPLICATE ****<br>LEGACY CAPITAL LIMITED |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 12,400,000 | 912795KT7 | U S TREASURY BILL<br>DUE 7/25/2002   Y.T.M. 1.72%<br>7/25/2002 | 12361560.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.690 | 12361560.00 | | | | | |

CONFIRMATION

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222