# Exhibit 4

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**LEGACY CAPITAL LIMITED**
THE TROPIC ISLE BUILDING
WICKHAMS CAY ROAD TOWN
TORTOLA
BRITISH VIRGIN ISLD

PERIOD ENDING 5/31/02    PAGE 11 AM

YOUR ACCOUNT NUMBER: 1-FR071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/20 | | 9,718 | 80962 | PROCTER & GAMBLE CO | 92.100 | | 895,027.80 |
| 5/20 | | 9,730 | 81217 | PHARMACIA CORP | 41.210 | | 400,973.30 |
| 5/20 | | 25,655 | 81472 | SBC COMMUNICATIONS INC | 33.280 | | 853,798.40 |
| 5/20 | | 27,412 | 81727 | AT & T CORP | 13.580 | | 372,254.96 |
| 5/20 | | 13,084 | 81982 | TEXAS INSTRUMENTS INC | 32.290 | | 422,482.36 |
| 5/20 | | 10,832 | 82237 | U S BANCORP | 24.140 | | 261,484.48 |
| 5/20 | | 13,388 | 82492 | VIACOM INC CLASS B NON VOTING SHS | 50.500 | | 676,094.00 |
| 5/20 | | 20,880 | 82747 | VERIZON COMMUNICATIONS | 42.430 | | 885,938.40 |
| 5/20 | | 12,751 | 83002 | WELLS FARGO & CO NEW | 52.470 | | 669,044.97 |
| 5/20 | | 33,800 | 83257 | WAL-MART STORES INC | 57.510 | | 1,943,838.00 |
| 5/20 | | 51,642 | 83512 | EXXON MOBIL CORP | 40 | | 2,065,680.00 |
| 5/20 | 12,400,000 | | 16331 | U S TREASURY BILL DUE 7/18/2002 7/18/2002 | 99.720 | 12,365,280.00 | |
| 5/20 | 12,400,000 | | 16586 | U S TREASURY BILL DUE 7/25/2002 7/25/2002 | 99.690 | 12,361,560.00 | |
| 5/20 | 6,200,000 | | 16841 | U S TREASURY BILL DUE 8/1/2002 8/01/2002 | 99.660 | 6,178,920.00 | |
| 5/21 | | 25,411 | 83800 | AMERICAN INTL GROUP INC | 67.800 | | 1,722,865.80 |
| 5/21 | | 10,051 | 84055 | AMGEN INC | 49.600 | | 498,529.60 |
| 5/21 | | 43,260 | 84310 | AOL TIME WARNER INC | 18.810 | | 813,720.60 |
| 5/21 | | 13,116 | 84565 | AMERICAN EXPRESS COMPANY | 44.180 | | 579,464.88 |

CONTINUED ON PAGE 12

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES