# Exhibit 6

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**LEGACY CAPITAL LIMITED**
C/O LEED MANAGEMENT LTD
129 FRONT STREET
HAMILTON   HM12
BERMUDA

PERIOD ENDING: 7/31/02
PAGE: 3   AM
YOUR ACCOUNT NUMBER: 1-FR071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 7/19 | | 5,535 | 20098 | PROCTER & GAMBLE CO | 81.250 | | 449,718.75 |
| 7/19 | | 5,535 | 20356 | PHARMACIA CORP | 39.400 | | 218,079.00 |
| 7/19 | | 14,391 | 20614 | SBC COMMUNICATIONS INC | 29.570 | | 425,541.87 |
| 7/19 | | 16,605 | 20872 | AT & T CORP | 10.190 | | 169,204.95 |
| 7/19 | | 7,749 | 21130 | TEXAS INSTRUMENTS INC | 25.120 | | 194,654.88 |
| 7/19 | | 8,487 | 21388 | U S BANCORP | 20.290 | | 172,201.23 |
| 7/19 | | 7,749 | 21646 | VIACOM INC CLASS B NON VOTING SHS | 37.200 | | 288,262.80 |
| 7/19 | | 11,808 | 21904 | VERIZON COMMUNICATIONS | 35 | | 413,280.00 |
| 7/19 | | 7,380 | 22162 | WELLS FARGO & CO NEW | 47.200 | | 348,336.00 |
| 7/19 | | 19,188 | 22420 | WAL-MART STORES INC | 50.760 | | 973,982.88 |
| 7/19 | | 29,520 | 22678 | EXXON MOBIL CORP | 35.200 | | 1,039,104.00 |
| 7/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 07/19/02 | DIV | | 18.83 |
| 7/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 5.65 | |
| 7/19 | | 60,245 | 24694 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 60,245.00 |
| 7/19 | | 12,400,000 | 27633 | U S TREASURY BILL DUE 7/25/2002 7/25/2002 | 99.973 | | 12,396,652.00 |
| 7/19 | | 15,225,000 | 27884 | U S TREASURY BILL DUE 8/1/2002 8/01/2002 | 99.940 | | 15,213,865.00 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES