# Exhibit 7

```
STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING JULY 31, 2002
                                                                                                    PAGE 2 OF
         BERNARD L MADOFF                                                                         Account Number
                                                                                                    REDACTED

         DAILY ACTIVITY DETAILS

                                                                                                   Cash
  Date      Activity           Quantity       Description                Price       Amount      Balance

                                              CLOSING BALANCE AS OF  6/30                        344,395.16
  7/01   Bought                 344395        LIQUID ASSET FUND           1.00    -344,395.00         +.16
  7/11   Sold                100000000        US TSY BILL       00000  02JL11   100.00  +100,000,000.00  +100,000,000.16
                                              U.S. TREASURY REDEMPTION                          +100,000,000.16
         Bought               100000000       US TSY BILL       00000  02OC03    99.6197   -99,619,705.00    +380,295.16
                                              DISCOUNT YIELD 1.6300                                 +380,295.16
  7/12   Bought                 380295        LIQUID ASSET FUND           1.00    -380,295.00         +.16
  7/18   Sold                100000000        US TSY BILL       00000  02JL18   100.00  +100,000,000.00  +100,000,000.16
                                              U.S. TREASURY REDEMPTION                          +100,000,000.16
         Bought               100000000       US TSY BILL       00000  02OC31    99.5304   -99,530,405.00    +469,595.16
                                              DISCOUNT YIELD 1.6100                                 +469,595.16
  7/19   Bought                 469595        LIQUID ASSET FUND           1.00    -469,595.00         +.16
  7/25   Sold                100000000        US TSY BILL       00000  02JL25   100.00  +100,000,000.00  +100,000,000.16
                                              U.S. TREASURY REDEMPTION                          +100,000,000.16
         Bought               100000000       US TSY BILL       00000  02NV14    99.5333   -99,533,305.00    +466,695.16
                                              DISCOUNT YIELD 1.5000                                 +466,695.16
  7/26   Bought                 466695        LIQUID ASSET FUND           1.00    -466,695.00         +.16
  7/31   Dividend                             LIQUID ASSET FUND                     +7,374.86         +.16
         Direct Purchase       7374.860       LIQUID ASSET FUND           1.00      -7,374.86         +.16
                                              REINVESTMENT                                            +.16

                                              CLOSING BALANCE AS OF  7/31                             +.16

                                              YTD              YTD           YTD
  Morgan Stanley Fund Summary             Dividends        Cap Gains        Taxes         Features

           LIQUID ASSET FUND               48,488.81            0.00          0.00    Reinvest Dividends

                           Totals         $48,488.81           $0.00         $0.00
```

MS 0000160

MSYSAB0000160