# Exhibit 8

```
STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING MARCH 31, 2005
                                                                                              PAGE 2 OF
      BERNARD L MADOFF                                                                        Account Number
                                                                                              REDACTED

   DAILY ACTIVITY DETAILS

                                                                                           Cash
   Date      Activity         Quantity         Description                Price    Amount            Balance

                                               CLOSING BALANCE AS OF 2/28                            750,000.00
   3/07    Bought             750000           LIQUID ASSET FUND          1.00    -750,000.00              .00
   3/17    Sold               50000000         US TSY BILL    00000  05MH17  100.00  +50,000,000.00  +50,000,000.00
                                               U.S. TREASURY REDEMPTION                              +50,000,000.00
           Bought             50000000         US TSY BILL    00000  05JN16  99.3226  -49,661,305.25  +338,694.75
                                               DISCOUNT YIELD 2.6800                                 +338,694.75
   3/18    Deposit                             WIRED FUNDS RECEIVED                +150,000,000.00  +150,338,694.75
           Bought             50000000         US TSY BILL    00000  05AU25  98.7089  -49,354,455.25 +100,984,239.50
                                               DISCOUNT YIELD 2.9050                                +100,984,239.50
           Bought             100000000        US TSY BILL    00000  05SP01  98.6408  -98,640,805.25  +2,343,434.25
                                               DISCOUNT YIELD 2.9300                                 +2,343,434.25
           Bought             338694           LIQUID ASSET FUND          1.00     -338,694.00       +2,004,740.25
   3/24    Sold               50000000         US TSY BILL    00000  05MH24  100.00  +50,000,000.00  +52,004,740.25
                                               U.S. TREASURY REDEMPTION                              +52,004,740.25
           Bought             50000000         US TSY BILL    00000  05JN23  99.3074  -49,653,705.25  +2,351,035.00
                                               DISCOUNT YIELD 2.7400                                 +2,351,035.00
   3/28    Bought             2351035          LIQUID ASSET FUND          1.00    -2,351,035.00            .00
   3/31    Dividend                            LIQUID ASSET FUND                    +21,345.48             .00
           Direct Purchase    21345.480        LIQUID ASSET FUND          1.00      -21,345.48             .00
                                               REINVESTMENT                                                .00

                                               CLOSING BALANCE AS OF 3/31                                 +.00


                                            YTD              YTD            YTD
   Morgan Stanley Fund Summary             Dividends      Cap Gains        Taxes        Features

           LIQUID ASSET FUND               52,773.56         0.00           0.00      Reinvest Dividends

                              Totals       $52,773.56       $0.00          $0.00
```

MS 0000305

msysab0000305