# Exhibit 11

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

888 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

LEGACY CAPITAL LIMITED
C/O LEED MANAGEMENT LTD
129 FRONT STREET
HAMILTON   HM12
BERMUDA

PERIOD ENDING
3/31/05

PAGE
11   AM

YOUR ACCOUNT NUMBER
1-FR071-3-0

YOUR TAXPAYER IDENTIFICATION NUMBER

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------------------------|------------------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| 3/18 | | 4,693 | 20622 | 3M COMPANY | 86.470 | | 405,803.71 |
| 3/18 | | 11,992 | 20772 | ALTRIA GROUP INC | 65.380 | | 784,036.96 |
| 3/18 | | 12,513 | 20922 | MERCK & CO | 32.410 | | 405,546.33 |
| 3/18 | | 62,303 | 21072 | MICROSOFT CORP | 25.190 | | 1,569,412.57 |
| 3/18 | | 6,257 | 21222 | MORGAN STANLEY | 59.720 | | 373,668.04 |
| 3/18 | | 29,244 | 21671 | ORACLE CORPORATION | 13.230 | | 366,898.12 |
| 3/18 | | 9,907 | 21821 | PEPSICO INC | 52.830 | | 523,386.81 |
| 3/18 | | 43,274 | 21971 | PFIZER INC | 26.730 | | 1,156,714.02 |
| 3/18 | | 14,599 | 22121 | PROCTER & GAMBLE CO | 53.360 | | 779,002.64 |
| 3/18 | | 19,031 | 22271 | SBC COMMUNICATIONS INC | 24.110 | | 458,837.41 |
| 3/18 | | 26,282 | 22421 | TIME WARNER INC | 18 | | 473,076.00 |
| 3/18 | | 11,471 | 22571 | TYCO INTERNATIONAL LTD | 35.580 | | 408,138.18 |
| 3/18 | | 10,950 | 22721 | U S BANCORP | 30 | | 328,500.00 |
| 3/18 | | 3,129 | 22874 | UNITED TECHNOLOGIES CORP | 103.060 | | 322,474.74 |
| 3/18 | | 9,907 | 23021 | VIACOM INC CLASS B NON VOTING SHS | 34.500 | | 341,791.50 |
| 3/18 | | 15,902 | 23171 | VERIZON COMMUNICATIONS | 36.080 | | 573,744.16 |
| 3/18 | | 9,907 | 23321 | WELLS FARGO & CO NEW | 60.490 | | 599,274.43 |
| 3/18 | | 24,505 | 23471 | WAL-MART STORES INC | 51.510 | | 1,262,252.55 |
| 3/18 | | 37,018 | 23621 | EXXON MOBIL CORP | 61.780 | | 2,286,972.04 |
| 3/18 | 9,875,000 | | 24671 | U S TREASURY BILL DUE 8/18/2005 8/18/2005 | 98.751 | 9,751,661.25 | |
| 3/18 | 9,875,000 | | 24821 | U S TREASURY BILL DUE 8/25/2005 8/25/2005 | 98.684 | 9,745,045.00 | |
| | | | | CONTINUED ON PAGE   12 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

2128384061

12

PAGE

BERNARD L. MADOFF

04/03/2005   07:14

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ▫ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
**Madoff Securities International Limited**
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

LEGACY CAPITAL LIMITED
C/O LEED MANAGEMENT LTD
129 FRONT STREET
HAMILTON HM12
BERMUDA

PERIOD ENDING: 3/31/05
PAGE: 12 AM

YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/18 | 9,875,000 | | 24971 | U S TREASURY BILL DUE 9/01/2005 9/01/2005 | 98.622 | 9,738,922.50 | |
| 3/18 | | | | AMERICAN INTL GROUP INC DIV 3/04/05 3/18/05 | DIV | | 9,464.88 |
| 3/18 | 53,821 | | 25121 | W/H TAX DIV AIG FIDELITY SPARTAN U S TREASURY MONEY MARKET | CW | 2,839.46 53,821.00 | |
| 3/24 | | | | HOME DEPOT INC DIV 3/10/05 3/24/05 | DIV | | 6,266.40 |
| 3/24 | | | | W/H TAX DIV HD | CW | 1,879.92 | |
| 3/28 | | | | BANK OF AMERICA DIV 3/04/05 3/25/05 | DIV | | 52,283.25 |
| 3/28 | | | | W/H TAX DIV BAC | CW | 15,684.98 | |
| 3/31 | 200,000 | | 93112 | U S TREASURY BILL DUE 06/09/2005 6/09/2005 | 99.471 | 198,942.00 | |
| 3/31 | | | | PEPSICO INC DIV 3/11/05 3/31/05 | DIV | | 11,410.07 |
| 3/31 | | | | W/H TAX DIV PEP | CW | 3,423.02 | |
| 3/31 | 18,014 | | 94776 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,014.00 | |
| | | | | NEW BALANCE | | | 2,289,672.91 |
| | 105,760 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | | | | CONTINUED ON PAGE 13 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES