# Exhibit 12



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  CSE  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | R | 46249 | 5 | 2 | | 5/24/05 | 5/24/05 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| . | | | **** DUPLICATE **** |

MONTPELLIER INTL LDC
C/O KHRONOS LLC
DANIEL JOHNSON
800 THIRD AVE  33RD FL
NEW YORK         NY 10022

ACCT OF/ LEGACY CAPITAL LIMITED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 9,875,000 | 912795VN8 | U S TREASURY BILL DUE 8/25/2005    8/25/2005 | 9801036.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.251 | 9801036.25 | | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe