# Exhibit 13

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
NASD CSE SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | R | 46399 | 5 | 2 | | 5/24/05 | 5/24/05 | |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

**** DUPLICATE ****

MONTPELLIER INTL LDC
C/O KHRONOS LLC
DANIEL JOHNSON
800 THIRD AVE 33RD FL
NEW YORK NY 10022

ACCT OF/ LEGACY CAPITAL LIMITED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 9,875,000 | 912795VP3 | U S TREASURY BILL DUE 9/01/2005 9/01/2005 | 9795210.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | REG. FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.192 | 9795210.00 | | | | | |

CONFIRMATION *(Please see reverse for further details.)*

Affiliated with:
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange and NASDAQ Europe

