# Exhibit 14

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

**LEGACY CAPITAL LIMITED**
C/O LEED MANAGEMENT LTD
129 FRONT STREET
HAMILTON   HM12
BERMUDA

PERIOD ENDING 5/31/05    PAGE 9    AM

YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 5/24 | | 56,625,000 | 46094 | U S TREASURY BILL DUE 8/18/2005 | 99.322 | | 56,241,082.50 |
| 5/24 | | 9,875,000 | 46249 | U S TREASURY BILL DUE 8/25/2005 | 99.251 | | 9,801,036.25 |
| 5/24 | | 9,875,000 | 46399 | U S TREASURY BILL DUE 9/01/2005 | 99.192 | | 9,795,210.00 |
| 5/24 | 13,150,000 | | 46552 | U S TREASURY BILL DUE 8/04/2005 | 99.448 | 13,077,412.00 | |
| 5/24 | 13,150,000 | | 46707 | U S TREASURY BILL DUE 8/11/2005 | 99.388 | 13,069,522.00 | |
| 5/24 | 13,150,000 | | 46862 | U S TREASURY BILL DUE 9/8/2005 | 99.126 | 13,035,069.00 | |
| 5/24 | 27,916 | | 47017 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 27,916.00 | |
| | | | | NEW BALANCE | | | 2,865,307.17 |
| | 15,468 | | | SECURITY POSITIONS ALLSTATE | MKT PRICE 58.200 | | |

CONTINUED ON PAGE 10

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES