# Exhibit 15

STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING AUGUST 31, 2005

BERNARD L MADOFF

PAGE 2 OF
Account Number
REDACTED

DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance | |
|---|---|---|---|---|---|---|---|
| | | | CLOSING BALANCE AS OF 7/31 | | | 1.16 | |
| 7/29 | Dividend | | LIQUID ASSET FUND | | +37,839.58 | +1.16 | |
| | Direct Purchase | 37839.580 | LIQUID ASSET FUND REINVESTMENT | 1.00 | -37,839.58 | +1.16 +1.16 | |
| 8/25 | Sold | 50000000 | US TSY BILL       00000   05AU25 U.S. TREASURY REDEMPTION | 100.00 | +50,000,000.00 | +50,000,001.16 +50,000,001.16 | REDACTED |
| | Bought | 50000000 | US TSY BILL       00000   06FB23 DISCOUNT YIELD 3.6000 | 98.18 | -49,090,005.25 | +909,995.91 +909,995.91 | |
| 8/31 | Sold | 75000000 | US TSY NOTE       2000   05AU31 U.S. TREASURY REDEMPTION | 100.00 | +75,000,000.00 | +75,909,995.91 +75,909,995.91 | |
| | Taxable Interest | | US TSY NOTE       2000   05AU31 | | +750,000.00 | +76,659,995.91 | |
| | Bought | 75000000 | US TSY BILL       00000   06FB09 DISCOUNT YIELD 3.5900 CORRECTED CONFIRM | 98.3845 | -73,788,380.25 | +2,871,615.66 +2,871,615.66 +2,871,615.66 | |
| | Dividend | | LIQUID ASSET FUND | | +45,628.01 | +2,871,615.66 | |
| | Direct Purchase | 45628.010 | LIQUID ASSET FUND REINVESTMENT | 1.00 | -45,628.01 | +2,871,615.66 +2,871,615.66 | |
| | Bought | 909995 | LIQUID ASSET FUND | 1.00 | -909,995.00 | +1,961,620.66 | |
| | | | CLOSING BALANCE AS OF 8/31 | | | +1,961,620.66 | |

| Morgan Stanley Fund Summary | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| LIQUID ASSET FUND | 231,381.41 | 0.00 | 0.00 | Reinvest Dividends |
| Totals | $231,381.41 | $0.00 | $0.00 | |

MS 0000326

MSYSAB0000326