# Exhibit 16

```
STATEMENT OF YOUR ACCOUNT
FOR MONTH ENDING SEPTEMBER 30, 2005
                                                                                        PAGE 2 OF
                                                                                   Account Number
BERNARD L MADOFF                                                                        REDACTED


DAILY ACTIVITY DETAILS

                                                                                         Cash
Date    Activity        Quantity         Description                Price    Amount     Balance
                                         CLOSING BALANCE AS OF 8/31                   1,961,620.66
9/01    Sold            175000000        US TSY BILL    00000 05SP01  100.00  +175,000,000.00  +176,961,620.66
                                         U.S. TREASURY REDEMPTION                      +176,961,620.66
        Bought          75000000         US TSY BILL    00000 06FB16   98.334   -73,750,505.25  +103,211,115.41
                                         DISCOUNT YIELD 3.5700                         +103,211,115.41
        Bought          100000000        US TSY BILL    00000 06MH02   98.1749  -98,174,905.25    +5,036,210.16
                                         DISCOUNT YIELD 3.6100                           +5,036,210.16
        Bought          4286220          LIQUID ASSET FUND             1.00     -4,286,220.00      +749,990.16
9/02    Bought          749990           LIQUID ASSET FUND             1.00       -749,990.00            +.16
9/08    Sold            100000000        US TSY BILL    00000 05SP08  100.00   +100,000,000.00  +100,000,000.16
                                         U.S. TREASURY REDEMPTION                      +100,000,000.16
        Bought          100000000        US TSY BILL    00000 06FB02   98.5872  -98,587,205.25    +1,412,794.91
                                         DISCOUNT YIELD 3.4600                           +1,412,794.91
9/09    Bought          1412794          LIQUID ASSET FUND             1.00     -1,412,794.00            +.91
9/15    Sold            50000000         US TSY BILL    00000 05SP15  100.00    +50,000,000.00   +50,000,000.91
                                         U.S. TREASURY REDEMPTION                       +50,000,000.91
        Bought          50000000         US TSY BILL    00000 06MH09   98.267   -49,133,505.25      +866,495.66
                                         DISCOUNT YIELD 3.5650                             +866,495.66
        Bought          866495           LIQUID ASSET FUND             1.00       -866,495.00            +.66
9/22    Sold            50000000         US TSY BILL    00000 05SP22  100.00    +50,000,000.00   +50,000,000.66
                                         U.S. TREASURY REDEMPTION                       +50,000,000.66
        Bought          50000000         US TSY BILL    00000 06MH09   98.299   -49,149,505.25      +850,495.41
                                         DISCOUNT YIELD 3.6450                             +850,495.41
        Bought          850495           LIQUID ASSET FUND             1.00       -850,495.00            +.41
9/30    Withdrawal                       WIRED FUNDS SENT                      -100,000,000.00   -99,999,999.59
                                         BENE: BERNARD L MADOFF                         -99,999,999.59
                                         ACCT: 140081703                                -99,999,999.59
        Sold            100000000        US TSY BILL    00000 06FB02   98.7378  +98,737,794.75   -1,262,204.84
                                         DISCOUNT YIELD 3.6350                          -1,262,204.84
        Dividend                         LIQUID ASSET FUND                        +62,410.96    -1,262,204.84
        Direct Purchase 62410.960        LIQUID ASSET FUND             1.00       -62,410.96    -1,262,204.84
                                         REINVESTMENT                                   -1,262,204.84
        Sold            1263000          LIQUID ASSET FUND             1.00     +1,263,000.00       +795.16
                                         CLOSING BALANCE AS OF 9/30                        +795.16

                                         YTD           YTD          YTD
        Morgan Stanley Fund Summary      Dividends     Cap Gains    Taxes              Features

                 LIQUID ASSET FUND       293,792.37    0.00         0.00         Reinvest Dividends
```