# Exhibit 17

JPMorgan Chase Bank, N.A.
1 Chase Manhattan Plaza
New York, NY 10005-1489

08-01789-cgm   Doc 18525-28   Filed 03/01/19   Entered 03/01/19 17:40:44   Master
                                  Decl.   Exhibit 17   Pg 2 of 4

JPMorgan

Page 2

REPORT OF TRANSACTIONS

001118 ISSB-ZA-03-02/05

TO: BERNARD L MADOFF INVESTMENT SEC LLC
885 3RD AVENUE

NEW YORK, NY 10022

00066365

Account Number: G 13414
Close Of Business: 03/31/07

Account Title:
BERNARD L MADOFF
INVESTMENT SECURITIES LLC

| TRAN DATE / FUND CODE / TRAN TYPE | AMOUNT/SHARES | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT PRINCIPAL | INCOME |
|---|---|---|---|---|
| | | TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID: T307073BUYM<br>JPMCHASE/CUST/ /PAIR OFF PO / G13<br>414 CHASE NY DTC 902 P:03140446 R:<br>03140814 X 10022 X 98A:CNTR/200703<br>14& P | | |
| 03/14/07<br>SD PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED S<br>TATES OF AMER TREAS BILLS 0% TB 14/JU<br>N/2007 USD1000<br>CUSIP NUMBER: 912795ZL8   2<br>RATE:     MAT DATE: 06/14/2007<br>TRADE DT: 03/14/07 SETL DT: 03/14/07<br>TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID: T307073BUY0<br>JPMCHASE/CUST/ /PAIR OFF PO / G13<br>414 CHASE NY DTC 902 P:03140446 R:<br>03140814 X 10022 X 98A:CNTR/200703<br>14& P | 49,373,250.00- | |
| 03/14/07<br>SD PURC | 25,000,000.00 | UNITED STATES TREASURY BILLS UNITED S<br>TATES OF AMER TREAS BILLS 0% TB 14/JU<br>N/2007 USD1000<br>CUSIP NUMBER: 912795ZL8   2<br>RATE:     MAT DATE: 06/14/2007<br>TRADE DT: 03/14/07 SETL DT: 03/14/07<br>TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID: T307073BUZW<br>JPMCHASE/CUST/ /PAIR OFF PO / G13<br>414 CHASE NY DTC 902 P:03140446 R:<br>03140814 X 10022 X 98A:CNTR/200703<br>14& P | 24,686,625.00- | |
| 03/15/07<br>SD PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED S<br>TATES OF AMER TREAS BILLS 0% TB 14/JU<br>N/2007 USD1000<br>CUSIP NUMBER: 912795ZL8   2<br>RATE:     MAT DATE: 06/14/2007<br>TRADE DT: 03/14/07 SETL DT: 03/14/07<br>TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID: T307073BU5A | 49,373,250.00- | |
| 03/15/07<br>SD PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED S<br>TATES OF AMER TREAS BILLS 0% TB 21/JU<br>N/2007 USD1000 | 49,339,180.56- | |

NSPIS1   REV. 05-05

JPMorgan Chase Bank, N.A.
1 Chase Manhattan Plaza
New York, NY 10005-1489

08-01789-cgm   Doc 18525-28   Filed 03/01/19   Entered 03/01/19 ...Master
Decl.   Exhibit 17   Pg 3 of 4

JPMorgan
Page 3

REPORT OF TRANSACTIONS

001118 ISSB-ZA-03-03/05

TO: BERNARD L MADOFF INVESTMENT SEC LLC
885 3RD AVENUE

NEW YORK, NY 10022

00066365

Account Number: G 13414
Close Of Business: 03/31/07
Account Title: BERNARD L MADOFF INVESTMENT SECURITIES LLC

| TRAN DATE / FUND CODE / TRAN TYPE | AMOUNT/SHARES | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT PRINCIPAL | INCOME |
|---|---|---|---|---|
| | | CUSIP NUMBER: 912795ZM6   2<br>RATE:        MAT DATE: 06/21/2007<br>TRADE DT: 03/15/07  SETL DT:  03/15/07<br>    TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>    CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID:  T307074BSU9<br>JPMCHASE/CUST/  /PAIR OFF  PO  / G13<br>414  CHASE NY  DTC 902  P:03150406 R:<br>03150821  X 10022  X  98A:CNTR/200703<br>15&  P | | |
| 03/15/07<br>SD PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 21/JUN/2007 USD1000<br>CUSIP NUMBER: 912795ZM6   2<br>RATE:        MAT DATE: 06/21/2007<br>TRADE DT: 03/15/07  SETL DT:  03/15/07<br>    TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>    CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID:  T307074BSW2<br>JPMCHASE/CUST/  /PAIR OFF  PO  / G13<br>414  CHASE NY  DTC 902  P:03150406 R:<br>03150821  X 10022  X  98A:CNTR/200703<br>15&  P | 49,339,180.56- | |
| 03/15/07<br>SD PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 21/JUN/2007 USD1000<br>CUSIP NUMBER: 912795ZM6   2<br>RATE:        MAT DATE: 06/21/2007<br>TRADE DT: 03/15/07  SETL DT:  03/15/07<br>    TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>    CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID:  T307074BSXU<br>JPMCHASE/CUST/  /PAIR OFF  PO  / G13<br>414  CHASE NY  DTC 902  P:03150406 R:<br>03150821  X 10022  X  98A:CNTR/200703<br>15&  P | 49,339,180.56- | |
| 03/15/07<br>SD PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED STATES OF AMER TREAS BILLS 0% TB 21/JUN/2007 USD1000<br>CUSIP NUMBER: 912795ZM6   2<br>RATE:        MAT DATE: 06/21/2007<br>TRADE DT: 03/15/07  SETL DT:  03/15/07<br>    TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>    CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID:  T307074BSYP<br>JPMCHASE/CUST/  /PAIR OFF  PO  / G13 | 49,339,180.56- | |

JPMorgan Chase Bank, N.A.
1 Chase Manhattan Plaza
New York, NY 10005-1489

08-01789-cgm    Doc 18525-28    Filed 03/01/19    Entered 03/01/19 Master
Decl.    Exhibit 17    Pg 4 of 4

JPMorgan

Page 4

REPORT OF TRANSACTIONS

```
001118 ISSB-ZA-03-04/05
```

TO: BERNARD L MADOFF INVESTMENT SEC LLC
    885 3RD AVENUE

    NEW YORK, NY 10022

    00066365

| Account Number | Close Of Business |
|---|---|
| G    13414 | 03/31/07 |

Account Title
BERNARD L MADOFF
INVESTMENT SECURITIES LLC

| TRAN DATE FUND CODE TRAN TYPE | AMOUNT/SHARES | TRANSACTION DESCRIPTION | TRANSACTION AMOUNT PRINCIPAL | INCOME |
|---|---|---|---|---|
| | | 414   CHASE NY   DTC 902   P:03150406 R: 03150821   X 10022   X   98A:CNTR/200703 15&   P | | |
| 3/15/07 D PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 21/JU N/2007 USD1000<br>CUSIP NUMBER: 912795ZM6    2<br>RATE:         MAT DATE: 06/21/2007<br>TRADE DT: 03/15/07  SETL DT:   03/15/07<br>      TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>      CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID:   T307074BSY0<br>JPMCHASE/CUST/  /PAIR OFF   PO  /  G13<br>414   CHASE NY   DTC 902   P:03150406 R: 03150821   X 10022   X   98A:CNTR/200703 15&   P | 49,339,180.56- | |
| 3/15/07 D PURC | 50,000,000.00 | UNITED STATES TREASURY BILLS UNITED S TATES OF AMER TREAS BILLS 0% TB 21/JU N/2007 USD1000<br>CUSIP NUMBER: 912795ZM6    2<br>RATE:         MAT DATE: 06/21/2007<br>TRADE DT: 03/15/07  SETL DT:   03/15/07<br>      TRADING BROKER DESCRIPTION<br>NATIONAL FINL SVCS CORP<br>      CLEARING BROKER DESCRIPTION<br>JPMORGAN CHASE BK<br>TRANSACTION ID:   T307074BS1U<br>JPMCHASE/CUST/  /PAIR OFF   PO  /  G13<br>414   CHASE NY   DTC 902   P:03150406 R: 03150821   X 10022   X   98A:CNTR/200703 15&   P | 49,339,180.56- | |
| 03/28/07 SD INTR | 9,000,000.00 | FEDERAL HOME LN BKS CONS BD 4% 28/SEP /2007<br>CUSIP NUMBER: 3133XC6E8    2<br>RATE:  4.0000     MAT DATE: 09/28/2007<br>  03/28/07           MOF:   1.00<br>TRANSACTION ID:   A207087ADLX<br>CUSTOMER REFERENCE NO:   MP6872524 | | 90,000.00 |
| | | TOTAL DDA CASH TRANSACTIONS | 592,270,208.36- | 90,000.00 |
| | | OPENING BALANCES         AS OF 03/01/07 | | |
| | | CLOSING BALANCES         AS OF 03/31/07 | | |
| | | NET AMOUNT:                    0.00 | | |