# Exhibit 20

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ==LEGACY CAPITAL== LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK           NY   10017

PERIOD ENDING: 3/31/07
PAGE: 8
YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|----------------|----------------|-------|----------------------------------------|---------|---------------|---------------|
| 3/26 |                | 83,740         | 96416 | AT&T INC                               | 37.930  |               | 3,172,909.20  |
| 3/26 |                | 11,419         | 96601 | TARGET CORP                            | 61.100  |               | 697,244.90    |
| 3/26 |                | 53,289         | 96790 | TIME WARNER INC                        | 20.080  |               | 1,067,912.12  |
| 3/26 |                | 26,644         | 96979 | TYCO INTERNATIONAL LTD                 | 31.300  |               | 832,892.20    |
| 3/26 |                | 13,956         | 97168 | UNITED PARCEL SVC INC CLASS B          | 69.810  |               | 973,710.36    |
| 3/26 |                | 23,764         | 97357 | U S BANCORP                            | 35.570  |               | 844,335.48    |
| 3/26 |                | 13,613         | 97546 | UNITED TECHNOLOGIES CORP               | 65.530  |               | 891,515.89    |
| 3/26 |                | 38,989         | 97735 | VERIZON COMMUNICATIONS                 | 36.930  |               | 1,438,304.77  |
| 3/26 |                | 25,376         | 97924 | WACHOVIA CORP NEW                      | 55.960  |               | 1,419,025.96  |
| 3/26 |                | 45,451         | 98113 | WELLS FARGO & CO NEW                   | 34.700  |               | 1,575,331.70  |
| 3/26 |                | 32,645         | 98302 | WAL-MART STORES INC                    | 47.200  |               | 1,539,539.00  |
| 3/26 |                | 78,121         | 98491 | EXXON MOBIL CORP                       | 72.310  |               | 5,645,805.51  |
| 3/26 | 15,950,000     |                | 76476 | U S TREASURY BILL DUE 6/21/2007 6/21/2007 | 98.806 | 15,759,557.00 |               |
| 3/26 | 15,950,000     |                | 76665 | U S TREASURY BILL DUE 6/28/2007 6/28/2007 | 98.718 | 15,745,521.00 |               |
| 3/26 | 15,950,000     |                | 76854 | U S TREASURY BILL DUE 7/5/2007 7/05/2007 | 98.625 | 15,730,687.50 |               |
| 3/26 | 15,950,000     |                | 77043 | U S TREASURY BILL DUE 7/12/2007 7/12/2007 | 98.533 | 15,716,013.50 |               |
|      |                |                |       | CONTINUED ON PAGE     9                |         |               |               |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK         NY 10017

PERIOD ENDING: 3/31/07
PAGE: 15
YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 3/30 | | | | PEPSICO INC DIV 3/09/07 3/30/07 | DIV | | 16,177.20 |
| 3/30 | | | | W/H TAX DIV PEP | CW | 4,853.16 | |
| 3/30 | | | | SPRINT NEXTEL CORP DIV 3/09/07 3/30/07 | DIV | | 2,371.65 |
| 3/30 | | | | W/H TAX DIV S | CW | 711.50 | |
| 3/30 | | 16,337 | 88480 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 16,337.00 |
| 3/30 | | 8,600,000 | 88664 | U S TREASURY BILL DUE 6/14/2007 6/14/2007 | 98.970 | | 8,511,420.00 |
| 3/30 | 8,700,000 | | 88849 | U S TREASURY BILL DUE 9/13/2007 9/13/2007 | 97.741 | 8,503,467.00 | |
| 3/30 | 24,293 | | 89033 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,293.00 | |
| 3/30 | 150,000 | | 89646 | U S TREASURY BILL DUE 6/21/2007 6/21/2007 | 98.868 | 148,302.00 | |
| 3/30 | 8,253 | | 91284 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 8,253.00 | |
| | | | | NEW BALANCE | | 6,180,755.97 | |
| | 32,546 | | | SECURITY POSITIONS FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |

CONTINUED ON PAGE 16