# Exhibit 21

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | R | 05919 | 5 | 1 | | 4/25/07 | 4/25/07 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | KHRONOS LLC<br>DANIEL JOHNSON<br>2 GRAND CENTRAL TOWER<br>140 E 45TH STREET 28TH FLR<br>NEW YORK       NY 10017 | | **** DUPLICATE ****<br>ACCT OF/ ==LEGACY CAPITAL LIMITED== |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 16,100,000 | ==912795ZM6== | U S TREASURY BILL<br>DUE ==6/21/2007==       6/21/2007 | 15977157.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.237 | 15977157.00 | | | | | |

CONFIRMATION (Please see reverse for further details.)

**Affiliated with:**
Madoff Securities International Limited
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange