# Exhibit 22

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT ==LEGACY CAPITAL== LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK          NY    10017

PERIOD ENDING: 4/30/07
PAGE: 10
YOUR ACCOUNT NUMBER: 1-FR071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 4/25 | 20,710 | | 99749 | U S BANCORP | 34.390 | 713,044.90 | |
| 4/25 | 11,990 | | 99937 | UNITED TECHNOLOGIES CORP | 67.260 | 806,926.40 | |
| 4/25 | | | | GENERAL ELECTRIC CO DIV 2/26/07 4/25/07 | DIV | | 79,596.16 |
| 4/25 | | | | W/H TAX DIV GE | CW | 23,878.85 | |
| 4/25 | | 12,575,000 | 5550 | U S TREASURY BILL DUE 9/20/2007 9/20/2007 | 98.010 | | 12,324,757.50 |
| 4/25 | | 12,700,000 | 5737 | U S TREASURY BILL DUE 9/27/2007 9/27/2007 | 97.916 | | 12,435,332.00 |
| 4/25 | | 16,100,000 | 5919 | U S TREASURY BILL DUE 6/21/2007 6/21/2007 | 99.237 | | 15,977,157.00 |
| 4/25 | | 15,950,000 | 6102 | U S TREASURY BILL DUE 6/28/2007 6/28/2007 | 99.141 | | 15,812,989.50 |
| 4/25 | | 15,950,000 | 6288 | U S TREASURY BILL DUE 7/5/2007 7/05/2007 | 99.045 | | 15,797,677.50 |
| 4/25 | 425,000 | | 6507 | U S TREASURY BILL DUE 6/21/2007 6/21/2007 | 99.237 | 421,757.25 | |
| 4/25 | 18,511 | | 6695 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 18,511.00 | |

CONTINUED ON PAGE 11