# Exhibit 23

18Dec08-344



| | JPMorgan Chase Bank, N.A. | | | | | Statement of Account |
|---|---|---|---|---|---|---|
| | BERNARD L MADOFF INVESTMENT SECURITIES<br>ATTN TONY TILETNICK<br>885 THIRD AVENUE 18TH FLOOR<br>NEW YORK  NY  10022-4833 | TS | | | | In US Dollars<br>Account No: 140-081703<br>Statement Start Date: 01 JUN 2007<br>Statement End Date: 29 JUN 2007<br>Statement Code: 000-USA-11<br>Statement No: 006<br>Page 45 of 66 |

| Ledger Date | Adj. Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 21JUN | | | USD | YOUR: NC0922393106210701<br>OUR:  0717200233AN | | 125,017,849.76 | REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0000<br>00001400 REDACTED<br>IMAD: 0621B1Q8022C006103<br>JPMORGAN CHASE & CO DEP TAKEN<br>B/O: BERNARD L MADOFF<br>10022<br>REF: TO REPAY YOUR DEPOSIT FR 07062 |
| 21JUN | | | USD | OUR:  0000065600ST | | 300,000,000.00 | 0 TO 070621 RATE 5.1407<br>REDEMPTION OR CALL<br>GIS REF: T307172ABNI<br>CUSTODY ACT: G 13414   REDM<br>TD: 06/21/07  SETTLE DATE: 06/21/07<br>BKR:  REDEMPTIONS<br>UNITS: 300,000,000.00<br>CUSIP NO: 912795ZM6<br>UNITED STATES TREASURY BILLS UNITED |
| 21JUN | 21JUN | | USD | YOUR: 08924180<br>OUR:  3428000172JK | | 650,657,222.22 | BOOK TRANSFER CREDIT<br>B/O: CHASE BANK USA, NA- TREASURY<br>NEWARK DE 19711-<br>ORG: JPMORGAN CHASE BANK<br>NEW YORK NY 10004<br>OGB: SHORT TERM DERIVATIVES (TUFFS)<br>NEW YORK NY 10004 |
| 21JUN | 21JUN | | USD | YOUR: DIPASCALI<br>OUR:  1946800172J0 | 25,000.00 | | CHIPS DEBIT<br>VIA: BANK OF AMERICA N.A.<br>/0959<br>A/C: BANK OF AMERICA N.A NJ<br>NEW YORK NY 10036-6710<br>BEN: REDACTED<br>REF: BNF-FFC-ACC , 9501919163 RED<br>REDACTED<br>SSN: REDA |
| 21JUN | 21JUN | | USD | YOUR: JODI<br>OUR:  1600500172J0 | 150,000.00 | | CHIPS DEBIT<br>VIA: CITIBANK<br>/0008<br>A/C: REDACTED<br>REDACTED<br>REF: TELEBEN<br>SSN: REDA |
| 21JUN | 21JUN | | USD | YOUR: JODI<br>OUR:  1600300172J0 | 500,000.00 | | BOOK TRANSFER DEBIT<br>A/C: REDACTED<br>REDACTED<br>ORG: BERNARD L MADOFF 88<br>5 THIRD AVENUE NE |

THIS PAGE IS PART OF A STATEMENT REQUEST<br>GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0003683