# Exhibit 24

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

# JPMorganChase

JPMorgan Chase Bank, N.A.

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

In US Dollars
Account No: **140-081703**
Statement Start Date: 01 JUN 2007
Statement End Date: 29 JUN 2007
Statement Code: 000-USA-11
Statement No: 006
Page 47 of 66

| Ledger Date | Adj Ledger Date | Value Date | References | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|
| 21JUN | 21JUN | USD | YOUR: PALMA<br>OUR: 1599600172JO | 5,000,000.00 | | IMAD: 0621B1QGC02C002735<br>BOOK TRANSFER DEBIT<br>A/C: REDACTED<br>BEN: REDACTED |
| 21JUN | 21JUN | USD | YOUR: CAP OF 07/06/21<br>OUR: 1599500172JO | 10,000,000.00 | | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: REDACTED<br>IMAD: 0621B1QGC08C003455 |
| 21JUN | 21JUN | USD | YOUR: CAP OF 07/06/21<br>OUR: 1599400172JO | 12,000,000.00 | | FEDWIRE DEBIT<br>VIA: CITIBANK NYC<br>/021000089<br>A/C: REDACTED<br>IMAD: 0621B1QGC04C002886 |
| 21JUN | | USD | YOUR: 31Y9998696172<br>OUR: 1724005144ZE | 35,905,775.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 21JUN | | USD | OUR: 0000050010ST | 49,422,402.78 | | PURCHASE OF SECURITIES<br>GIS REF: T307172A97A<br>CUSTODY ACT: G 13414    PURC<br>TD: 06/21/07  SETTLE DATE: 06/21/07<br>BKR:  NATIONAL FINL SVCS CORP<br>UNITS:  50,000,000.00<br>CUSIP NO: 912795A27<br>UNITED STATES TREASURY BILLS UNITED |
| 21JUN | | USD | OUR: 0000050172ST | 49,422,402.78 | | PURCHASE OF SECURITIES<br>GIS REF: T307172A97K<br>CUSTODY ACT: G 13414    PURC<br>TD: 06/21/07  SETTLE DATE: 06/21/07<br>BKR:  NATIONAL FINL SVCS CORP<br>UNITS:  50,000,000.00<br>CUSIP NO: 912795A27<br>UNITED STATES TREASURY BILLS UNITED |
| 21JUN | | USD | OUR: 0000050173ST | 49,422,402.78 | | PURCHASE OF SECURITIES<br>GIS REF: T307172A97V<br>CUSTODY ACT: G 13414    PURC<br>TD: 06/21/07  SETTLE DATE: 06/21/07<br>BKR:  NATIONAL FINL SVCS CORP<br>UNITS:  50,000,000.00<br>CUSIP NO: 912795A27<br>UNITED STATES TREASURY BILLS UNITED |

JPMSAB0003685

## JPMorganChase

JPMorgan Chase Bank, N.A.

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

In US Dollars
**Account No:** 140-081703
Statement Start Date: 01 JUN 2007
Statement End Date: 29 JUN 2007
Statement Code: 000-USA-11
Statement No: 006
Page 48 of 66

| Ledger Date | Adj Ledger Date | Value Date | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|
| 21JUN | | | USD   OUR: 0000050176ST | 49,422,402.78 | | PURCHASE OF SECURITIES
GIS REF: T307172A974
CUSTODY ACT: G 13414    PURC
TD: 06/21/07  SETTLE DATE: 06/21/07
BKR:  NATIONAL FINL SVCS CORP
UNITS:  50,000,000.00
CUSIP NO: 912795A27
UNITED STATES TREASURY BILLS UNITED |
| 21JUN | | | USD   OUR: 0000050178ST | 49,422,402.78 | | PURCHASE OF SECURITIES
GIS REF: T307172A98G
CUSTODY ACT: G 13414    PURC
TD: 06/21/07  SETTLE DATE: 06/21/07
BKR:  NATIONAL FINL SVCS CORP
UNITS:  50,000,000.00
CUSIP NO: 912795A27
UNITED STATES TREASURY BILLS UNITED |
| 21JUN | | | USD   OUR: 0000051964ST | 49,422,402.78 | | PURCHASE OF SECURITIES
GIS REF: T307172BA76
CUSTODY ACT: G 13414    PURC
TD: 06/21/07  SETTLE DATE: 06/21/07
BKR:  NATIONAL FINL SVCS CORP
UNITS:  50,000,000.00
CUSIP NO: 912795A27
UNITED STATES TREASURY BILLS UNITED |
| 21JUN | | | USD   YOUR: ND0928822306210701
OUR: 0717200541AN | | 120,000,000.00 | JPMORGAN CHASE & CO DEP TAKEN
A/C: BERNARD L MADOFF
10022
REF: TO ESTABLISH YOUR DEPOSIT FR 0
70621 TO 070622 RATE 5.1407 |
| 21JUN | 21JUN | | USD   YOUR: M092827122170032
OUR: 3431400172JK | 625,000,000.00 | | BOOK TRANSFER DEBIT
A/C: D323522645
REDACTED
ORG: JPMORGAN CHASE BANK
NEW YORK NY 10004
OGB: SHORT TERM DERIVATIVES (TUFFS)
NEW YORK NY 10004 |
| 21JUN
21JUN | | | **** Balance ****
**** Balance **** | | 629,255.03
.03 | CLOSING LEDGER BALANCE
CLOSING COLLECTED BALANCE |
| 22JUN | | | USD   YOUR: 31Y9973153173
OUR: 1731003153XP | | 4,657.78 | AIP INTEREST PAYMENT
INTEREST ON PRINCIPAL OF
$35,905,775.00 AT AIP RATE=04.67%
FOR AIP INVESTMENT DATED 06/21/07
AIP REFERENCE=CPSWP062107
EFFECTIVE YIELD=04.78%. EFFECTIVE
YIELD REFLECTS COMPOUNDING OF
INTEREST |

18Dec08-344
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344
18-Dec-08
JPMSAB0003686