# Exhibit 25



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MADF

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

CONFIRMATION (Please see reverse for further details.)

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | D | 33408 | 5 | 1 | | 6/21/07 | 6/21/07 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

KHRONOS LLC
    DANIEL JOHNSON
    2 GRAND CENTRAL TOWER
    140 E 45TH STREET 28TH FLR
    NEW YORK          NY 10017

ACCT OF/  LEGACY CAPITAL LIMITED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 20,725,000 | 912795A27 | U S TREASURY BILL<br>DUE 9/20/2007  Y.T.M. 4.70%<br>9/20/2007 | 20485626.25 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 98.845 | 20485626.25 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange