# Exhibit 26

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK      NY    10017

PERIOD ENDING: 6/30/07
PAGE: 6
YOUR ACCOUNT NUMBER: 1-FR071-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 6/21 | | | | HOME DEPOT INC DIV 6/07/07 6/21/07 | DIV | | 15,790.50 |
| 6/21 | | | | W/H TAX DIV HD | CW | 4,737.15 | |
| 6/21 | 20,725,000 | | 33408 | U S TREASURY BILL DUE 9/20/2007 9/20/2007 | 98.845 | 20,485,626.25 | |
| 6/21 | 20,725,000 | | 33595 | U S TREASURY BILL DUE 9/27/2007 9/27/2007 | 98.761 | 20,468,217.25 | |
| 6/21 | 20,725,000 | | 33782 | U S TREASURY BILL DUE 10/11/2007 10/11/2007 | 98.664 | 20,448,114.00 | |
| 6/21 | 20,725,000 | | 33969 | U S TREASURY BILL DUE 10/18/2007 10/18/2007 | 98.566 | 20,427,803.50 | |
| 6/21 | 25,000 | | 34141 | U S TREASURY BILL DUE 8/9/2007 8/09/2007 | 99.413 | 24,853.25 | |
| 6/21 | 21,311 | | 34304 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,311.00 | |
| 6/22 | | 15,159 | 14473 | ABBOTT LABORATORIES | 54.520 | | 825,862.68 |
| 6/22 | | 26,028 | 14660 | AMERICAN INTL GROUP INC | 72.530 | | 1,886,769.84 |
| 6/22 | | 11,154 | 14847 | AMGEN INC | 58.600 | | 653,178.40 |
| 6/22 | | 12,084 | 15034 | AMERICAN EXPRESS COMPANY | 63.090 | | 761,896.56 |
| 6/22 | | 7,723 | 15221 | BOEING CO | 97.410 | | 751,989.43 |

CONTINUED ON PAGE    7