# Exhibit 27

MADF
**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
**New York □ London**

MEMBER:
NASD NSX SIPC NSCC DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | CODES TR | CODES CAP | CODES SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | R | 04072 | 5 | 1 | | 9/14/07 | 9/14/07 | |

17

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | |

**** DUPLICATE ****

ACCT OF/ LEGACY CAPITAL LIMITED

KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK NY 10017

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 20,725,000 | 912795A27 | U S TREASURY BILL<br>DUE 9/20/2007<br>9/20/2007 | 20711528.75 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.935 | 20711528.75 | | | | | |

CONFIRMATION (Please see reverse for further details.)

