# Exhibit 28

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

\*\*DUPLICATE\*\* FOR ACCOUNT **LEGACY CAPITAL** LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK           NY   10017

PERIOD ENDING: 9/30/07
PAGE: 5
YOUR ACCOUNT NUMBER: 1-FR071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/14 | 44,352 | | 80871 | AT&T INC | 39.100 | 1,735,937.20 | |
| 9/14 | 6,048 | | 81065 | TARGET CORP | 60.700 | 367,354.60 | |
| 9/14 | 27,552 | | 81263 | TIME WARNER INC | 18.180 | 501,997.36 | |
| 9/14 | 7,392 | | 81461 | UNITED PARCEL SVC INC CLASS B | 73.470 | 543,385.24 | |
| 9/14 | 12,768 | | 81659 | U S BANCORP | 31.410 | 401,552.88 | |
| 9/14 | 7,392 | | 81857 | UNITED TECHNOLOGIES CORP | 74.350 | 549,890.20 | |
| 9/14 | 20,832 | | 82055 | VERIZON COMMUNICATIONS | 41.510 | 865,569.32 | |
| 9/14 | 14,112 | | 82253 | WACHOVIA CORP   NEW | 47.590 | 672,154.08 | |
| 9/14 | 23,520 | | 82451 | WELLS FARGO & CO NEW | 35.380 | 833,077.60 | |
| 9/14 | 17,472 | | 82649 | WAL-MART STORES INC | 42.380 | 741,161.36 | |
| 9/14 | 40,992 | | 82847 | EXXON MOBIL CORP | 84.870 | 3,480,630.04 | |
| 9/14 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/14/07 | DIV | | 10.45 |
| 9/14 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | | 3.14 |
| 9/14 | | 20,725,000 | 4072 | U S TREASURY BILL DUE 9/20/2007               9/20/2007 | 99.935 | | 20,711,528.75 |
| 9/14 | | 20,725,000 | 4249 | U S TREASURY BILL DUE 9/27/2007               9/27/2007 | 99.862 | | 20,696,399.50 |
| 9/14 | | 20,725,000 | 4427 | U S TREASURY BILL DUE 10/11/2007             10/11/2007 | 99.714 | | 20,665,726.50 |
| | | | | CONTINUED ON PAGE    6 | | | |