# Exhibit 29

**JPMorganChase**

September 01, 2007 -
September 28, 2007

Page 22 of 35

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 09/19 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK/122016066 B/O: ONONDAGA INC. ENCINO CA 91436 HOLD 671/J.CHAMPION REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CY NATL BK L OBI=ONONDAGA,INC MONEY PURCHASE PLAN ACCIMAD: 0919L2LFCK1C001050 TRN: 0539208262FF YOUR REF: O/B CY NATL BK L | | $107,269.00 |
| 09/19 | | DEPOSIT    2368 | | $2,071,500.00 |
| | | 1 DAY FLOAT    09/20    $1,451,500.00 | | |
| | | 2 DAY FLOAT    09/21    $564,000.00 | | |
| | | 3 DAY FLOAT    09/24    $36,000.00 | | |
| 09/19 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $5,175,696.00 RATE=04.71% FOR INVESTMENT DATED 09/18/07. REF=CPSWP091807 TRN: 2621000860XP YOUR REF: 31Y9970860262 | | $677.15 |
| 09/19 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 070918 TO 070919 RATE 4.8306 TRN: 0726200203AN YOUR REF: NC0567668709190701 | | $44,005,904.12 |
| 09/19 | | DEPOSITED ITEM RETURNED    871592 # OF ITEMS 00001 | $1,200,000.00 | |
| 09/19 | | BOOK TRANSFER DEBIT A/C: D323522645 REDACT ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS) NEW YORK NY 10004 TRN: 3309100262JK YOUR REF: M058103651970296 | $220,000,000.00 | |
| 09/19 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: REDACTED REF: TELE TELEBEN BNF IMAD: 0919B1QGC07C002080 TRN: 0742500262JO YOUR REF: JODI | $5,200,000.00 | |
| 09/19 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 070919 TO 070920 RATE 4.6506 TRN: 0726200479AN YOUR REF: ND0581786209190701 | $95,000,000.00 | |
| 09/19 | | FUNDING XFER TO 006301428151509 TRN: 0190000269RF | $1,705,604.00 | |
| 09/19 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP091907. YOUR REF: 31Y9996703262 | $8,583,451.00 | |
| 09/19 | | CLOSING LEDGER BALANCE | *** Balance *** | $2,451,500.70 |
| 09/19 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.70 |
| 09/20 | | REDEMPTION OR CALL GIS REF: T307263ABLQ CUSTODY ACT: G 13414 REDM TD: 09/20/07 SETTLE DATE: 09/20/07 BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795A27 UNITED STATES TREASURY BILLS UNITED TRN: 0000058151ST | | $300,000,000.00 |

JPMSAB0003936