# Exhibit 30

08-01789-cgm    Doc 18525-41    Filed 03/01/19    Entered 03/01/19 13:02:42    Mayer
Decl.    Exhibit 30    Pg 2 of 2

Page 3 of 3

**LEHMAN BROTHERS**

**Client Statement**

November 1, 2007 - November 30, 2007
**Lehman Brothers Inc.**

Account number REDACT

## Transaction Details

This section shows trade and clearance activity that has settled on or before    11/30/07 .

| Trade Date | Settlement Date | Activity | Description | Quantity | Price | Net Amount ($) |
|---|---|---|---|---|---|---|
| 11/07/07 | 11/08/07 | BUY | U S TREASURY BILL<br>MAT DT 02/07/08<br>DOLLAR PRICE = 3.500000000<br>TRADE REF# REDAC CUSIP 912795C66<br>CLEARANCE DATE 11/08/07 | 50,000,000 .00 | 3.500000000 | -49,557,638 .89 |
| 11/07/07 | 11/08/07 | BUY | U S TREASURY BILL<br>MAT DT 02/07/08<br>DOLLAR PRICE = 3.500000000<br>TRADE REF# REDA CUSIP 912795C66<br>CLEARANCE DATE 11/08/07 | 50,000,000 .00 | 3.500000000 | -49,557,638 .89 |