# Exhibit 31

# JPMorganChase

November 01, 2007 -
November 30, 2007

Page 13 of 39

**Account Number**
**000000140081703**

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 11/08 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADDOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071107 TO 071108 RATE 3.9504 TRN: 0731200195AN YOUR REF: NC0989457811080701 | | $155,017,008.80 |
| 11/08 | | BOOK TRANSFER DEBIT A/C: D32352264! REDACTED ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3267100312JK YOUR REF: M000379310870206 | $425,000,000.00 | |
| 11/08 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: REDACTED REDACTED BEN: REDACTED SSN: RED TRN: 0934000312JO YOUR REF: CAP OF 07/11/08 | $600,000.00 | |
| 11/08 | | JP MORGAN CHASE & CO DEP TAKEN A/C: BERNARD L MADOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071108 TO 071109 RATE 4.4005 TRN: 0731200461AN YOUR REF: ND0004920411080701 | $115,000,000.00 | |
| 11/08 | | FUNDING XFER TO 006301428151509 TRN: 0190000255RE | $1,279,973.52 | |
| 11/08 | | PURCHASE OF SECURITIES GIS REF: T307312BUTP CUSTODY ACT: G 13414 PURC TD: 11/08/07 SETTLE DATE: 11/08/07 BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C66 UNITED STATES TREASURY BILLS UNITED TRN: 0000081023ST | $49,539,944.44 | |
| 11/08 | | PURCHASE OF SECURITIES GIS REF: T307312BUTT CUSTODY ACT: G 13414 PURC TD: 11/08/07 SETTLE DATE: 11/08/07 BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C66 UNITED STATES TREASURY BILLS UNITED TRN: 0000081024ST | $49,539,944.44 | |
| 11/08 | | PURCHASE OF SECURITIES GIS REF: T307312BUUD CUSTODY ACT: G 13414 PURC TD: 11/08/07 SETTLE DATE: 11/08/07 BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C66 UNITED STATES TREASURY BILLS UNITED TRN: 0000081025ST | $49,539,944.44 | |
| 11/08 | | PURCHASE OF SECURITIES GIS REF: T307312BUXJ CUSTODY ACT: G 13414 PURC TD: 11/08/07 SETTLE DATE: 11/08/07 BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795C66 UNITED STATES TREASURY BILLS UNITED TRN: 0000081026ST | $49,539,944.44 | |
| 11/08 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP110807 . YOUR REF: 31Y9996711312 | $15,217,295.00 | |
| 11/08 | | CLOSING LEDGER BALANCE | *** Balance *** | $1,433,638.59 |
| 11/08 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.59 |
| 11/09 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP110807 . TRN: 3122003101XN YOUR REF: 31Y9996711312 | | $15,217,295.00 |

JPMSAB0003843