# Exhibit 32



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | D | 19938 | 5 | 1 | | 11/08/07 | 11/08/07 | 17 |

CODES

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|

KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK      NY 10017

ACCT OF/

**** DUPLICATE ****
LEGACY CAPITAL LIMITED

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| SLD | 400,000 | 912795C66 | U S TREASURY BILL DUE 2/7/2008    Y.T.M. 3.36% 2/07/2008 | 396684.00 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.171 | 396684.00 | | | | | |

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange

CONFIRMATION *(Please see reverse for further details.)*