# Exhibit 33

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT **LEGACY CAPITAL** LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK       NY  10017

PERIOD ENDING: 11/30/07
PAGE: 4
YOUR ACCOUNT NUMBER: 1-FR071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/08 | | 425,000 | 19477 | U S TREASURY BILL DUE 1/17/2008 1/17/2008 | 99.171 | | 421,476.75 |
| 11/08 | 1,574 | | 19721 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,574.00 | |
| 11/08 | 400,000 | | 19938 | U S TREASURY BILL DUE 2/7/2008 2/07/2008 | 99.171 | 396,684.00 | |
| 11/08 | 24,793 | | 20124 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 24,793.00 | |
| 11/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/13/07 | DIV | | 55.59 |
| 11/13 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | 16.68 | |
| 11/13 | | 91,473 | 20494 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 91,473.00 |
| 11/13 | 91,512 | | 86599 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 91,512.00 | |
| 11/15 | 3,321 | | 75683 | APPLE INC | 165 | 548,097.00 | |
| 11/15 | 6,273 | | 75893 | ABBOTT LABORATORIES | 54.290 | 340,811.17 | |
| 11/15 | 10,332 | | 76103 | AMERICAN INTL GROUP INC | 56.390 | 583,034.48 | |
| 11/15 | 4,428 | | 76313 | AMGEN INC | 53.930 | 238,979.04 | |
| 11/15 | 4,797 | | 76523 | AMERICAN EXPRESS COMPANY | 56.160 | 269,590.52 | |
| | | | | CONTINUED ON PAGE 5 | | | |