# Exhibit 34

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
### New York ☐ London

MADF

MEMBER:
NASD  NSX  SIPC  NSCC  DTC

885 Third Avenue
New York, NY 10022
212 230-2424
800 334-1343
Fax 212 838-4061

CODES

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | |
|---|---|---|---|---|---|---|---|---|---|---|
| 0646 | | 1-FR071-3 | R | 40054 | 5 | 1 | | 11/20/07 | 11/21/07 | 17 |

| IDENTIFICATION NO. | CONTRA PARTY | C.H. NUMBER | SPECIAL DELIVERY INSTRUCTIONS |
|---|---|---|---|
| | | | **** DUPLICATE **** |

ACCT OF/ LEGACY CAPITAL LIMITED

KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK           NY 10017

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|---|
| BOT | 4,950,000 | 912795C66 | U S TREASURY BILL DUE 2/7/2008    2/07/2008 | 4915795.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | FEE | MISC. |
|---|---|---|---|---|---|---|
| 99.309 | 4915795.50 | | | | | |

CONFIRMATION (Please see reverse for further details.)

Affiliated with:
**Madoff Securities International Limited**
12 Berkeley Street, Mayfair, London W1J 8DT. Tel 020-7493 6222
Member of The London Stock Exchange