# Exhibit 35

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  LEGACY CAPITAL LIMITED
KHRONOS LLC
DANIEL JOHNSON
2 GRAND CENTRAL TOWER
140 E 45TH STREET 28TH FLR
NEW YORK           NY   10017

PERIOD ENDING: 11/30/07
PAGE: 9
YOUR ACCOUNT NUMBER: 1-FR071-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER:

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/21 | 3,916 | | 26491 | MORGAN STANLEY | 53.190 | 208,448.04 | |
| 11/21 | 30,972 | | 26701 | MICROSOFT CORP | 33.790 | 1,047,781.88 | |
| 11/21 | 15,308 | | 27331 | ORACLE CORPORATION | 20.370 | 312,435.96 | |
| 11/21 | 6,052 | | 27541 | PEPSICO INC | 73.590 | 445,608.68 | |
| 11/21 | 26,700 | | 27751 | PFIZER INC | 23.200 | 620,508.00 | |
| 11/21 | 11,748 | | 27961 | PROCTER & GAMBLE CO | 72.220 | 848,909.56 | |
| 11/21 | 4,628 | | 28171 | SCHLUMBERGER LTD | 90.910 | 420,916.48 | |
| 11/21 | 23,496 | | 28381 | AT&T INC | 39.400 | 926,681.40 | |
| 11/21 | 14,240 | | 28587 | TIME WARNER INC | 17.030 | 243,076.20 | |
| 11/21 | 4,272 | | 28797 | UNITED PARCEL SVC INC CLASS B | 71.380 | 305,105.36 | |
| 11/21 | 6,764 | | 29007 | U S BANCORP | 31.490 | 213,268.36 | |
| 11/21 | 3,916 | | 29217 | UNITED TECHNOLOGIES CORP | 73.790 | 289,117.64 | |
| 11/21 | 11,036 | | 29427 | VERIZON COMMUNICATIONS | 43.220 | 477,416.92 | |
| 11/21 | 7,476 | | 29637 | WACHOVIA CORP NEW | 40 | 299,339.00 | |
| 11/21 | 12,816 | | 29847 | WELLS FARGO & CO NEW | 31.530 | 404,600.48 | |
| 11/21 | 9,256 | | 30057 | WAL-MART STORES INC | 46.210 | 428,089.76 | |
| 11/21 | 21,004 | | 30267 | EXXON MOBIL CORP | 84.850 | 1,783,029.40 | |
| 11/21 | | 4,950,000 | 40054 | U S TREASURY BILL DUE 2/7/2008 2/07/2008 | 99.309 | | 4,915,795.50 |
| 11/21 | | 10,475,000 | 40257 | U S TREASURY BILL DUE 2/14/2008 2/14/2008 | 99.237 | | 10,395,075.75 |
| 11/21 | | 10,475,000 | 40454 | U S TREASURY BILL DUE 2/21/2008 2/21/2008 | 99.172 | | 10,388,267.00 |

CONTINUED ON PAGE   10