**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> DEFENDANTS IN ADVERSARY PROCEEDINGS LISTED ON EXHIBIT A ATTACHED HERETO, <br><br> Defendants. | Adv. Pro. Nos. listed on Exhibit A Attached Hereto |

**ORDER MODIFYING ORDER AUTHORIZING THE**
**DEPOSITION OF DANIEL BONVENTRE**

**WHEREAS**, on December 19, 2018, this Court entered an Order Authorizing the Deposition of Federal Prisoner Daniel Bonventre (ECF No. 18322) ("Bonventre Deposition Order") pursuant to a November 26, 2018 Motion and Memorandum of Law For Orders Authorizing the Depositions of Federal Prisoners Annette Bongiorno, Daniel Bonventre, and Joann Crupi (ECF No. 18236) filed by counsel to Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § § 78aaa *et seq.*, and the estate of Bernard L. Madoff.

**WHEREAS**, the Bonventre Deposition Order provided that the deposition would take place no later than February 28, 2019.  *See* Bonventre Deposition Order ¶ 2.

**WHEREAS**, since entering the Bonventre Deposition Order, the Trustee has been working with all affected counsel to institute a uniform and final fact discovery deadline in all cases listed in Exhibit A of May 24, 2019 to permit additional parties to participate.

**WHEREAS**, on February 15, 2019 this Court issued a decision permitting, *inter alia*, the deposition of Bonventre in 32 additional adversary proceedings (ECF No. 18480).

It is hereby **ORDERED** that:

1. Paragraph 2 of the Bonventre Deposition Order is hereby modified to permit the deposition to take place not later than May 24, 2019.

2. The Bonventre Deposition Order is hereby modified to reflect that the Trustee will enter a separate order outlining additional defendants' counsel, consistent with the Court's February 15, 2019 decision authorizing, *inter alia*, Bonventre's deposition in 32 other adversary proceedings (ECF No. 18480).

3. Other than as set forth herein, nothing in this Order shall modify the Bonventre Deposition Order, which remains in full force and effect.

4. This Court shall retain exclusive jurisdiction over the enforcement, implementation, and interpretation of this Order.

Dated: New York, New York
       **March 4th, 2019**

/s/ **STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE