**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>**No. 08-01789 (SMB)**<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>LEGACY CAPITAL LTD.,<br><br>        Defendants. | Adv. Pro. No. 10-05286 (SMB) |

## **CERTIFICATE OF SERVICE**

     Nicholas F. Kajon hereby certifies that on March 1, 2019, true and correct copies of the following documents:

        (1)    *Memorandum of Law In Opposition To Trustee's Motion for Summary Judgment [Doc. No. 18525];*

        (2)    *Declaration of Nicholas F. Kajon In Opposition To The Trustee's Motion for Summary Judgment, with Exhibits A through I [Doc. No. 18525];*

        (3)    *Mayer Declaration, with Exhibits 1 through 35[Doc. No. 18525]; and*

        (4)    *Legacy Capital Ltd.'s Response To Trustee's Statement of Material Facts Pursuant To Local Bankruptcy Rule 7056-1[Doc. No. 18525];*

were (a) served on all parties in interest through the Court's CM/ECF system; and (b) by email upon Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Barnard L. Madoff Investment Securities LLC, and Bernard L. Madoff: Oren J. Warshavsky, Esq. at Email owarshavsky@bakerlaw.com; Nicholas J. Cremona, Esq. at Email: ncremona@bakerlaw.com; Jason S. Oliver, Esq. at Email: joliver@bakerlaw.com; and Eric B. Hiatt, Esq. at Email: ehiatt@bakerlaw.com.

Dated: New York, New York
March 6, 2019

**STEVENS & LEE P.C.**
*Attorneys for Legacy Capital Ltd.*

*s/ Nicholas F. Kajon*
Nicholas F. Kajon
485 Madison Avenue, 20th Floor
New York, New York 10022
(212) 537-0403
(610) 371-1223 (fax)
nfk@stevenslee.com