**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jonathan Roth (the "Claimant"), having filed an objection (the "Objection," ECF No. 3119) to the Trustee's Notice of Determination of Claim respecting the Claimant's customer claims, designated as Claim Nos. 011154, 013337, and 012729 hereby gives notice that it withdraws such Objection.

Dated: November __, 2018     **Jonathan Roth**

*/s/ Jonathan David Roth*
*Claimant (proceeding pro se)*