# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Stacy A. Dasaro
direct dial: 212.589.4203
sdasaro@bakerlaw.com

March 7, 2019

**VIA ECF AND ELECTRONIC MAIL**

Vito Genna
Clerk of Court
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:   *SIPC v. BLMIS (In re Madoff)*, No. 08-01789 (SMB) and proceedings identified on Exhibit A

Dear Mr. Genna:

Please be advised that effective today, March 7, 2019, I will no longer be associated with Baker Hostetler LLP. Pursuant to discussions with the clerk's office, I respectfully request that my name be removed from PACER as attorney for Irving H. Picard, as Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the estate of Bernard L. Madoff in those cases identified on Exhibit A. Please also discontinue all electronic notices for those cases.

Sincerely,

*/s/ Stacy A. Dasaro*
Stacy A. Dasaro
Associate

Cc: Beverly Richards

# Exhibit A

| Case No. | Case Title |
|---|---|
| 08-01789 (SMB) | *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. (In re Madoff)* |
| 10-05279 (SMB) | *Picard v. Magnify Inc., et al.* |
| 10-05345 (SMB) | *Picard v. Citibank, N.A., et al.* |
| 10-05353 (SMB) | *Picard v. Natixis, et al.* |
| 10-05355 (SMB) | *Picard v. ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.), et al.* |
| 12-01047 (SMB) | *Picard v. KOCH INDUSTRIES, INC., as successor in interest to Koch Investment (UK) Co.* |
| 12-01194 (SMB) | *Picard v. Kookmin Bank* |
| 12-01195 (SMB) | *Picard v. Six Sis AG* |
| 12-01205 (SMB) | *Picard v. Multi-Strategy Fund Limited, et al.* |
| 12-01207 (SMB) | *Picard v. Lloyds TSB Bank PLC* |
| 12-01209 (SMB) | *Picard v. BSI AG, individually and as successor in interest to BANCO DEL GOTTARDO* |
| 12-01211 (SMB) | *Picard v. Union Securities Investment Trust Co., Ltd., et al.* |
| 12-01216 (SMB) | *Picard v. Bank Hapoalim B.M., et al* |
| 12-01512 (SMB) | *Picard v. ZCM Asset Holding Company (Bermuda) LLC* |
| 12-01565 (SMB) | *Picard v. Standard Chartered Financial Services (Luxembourg) S.A., et al.* |
| 12-01566 (SMB) | *Picard v. UKFP (Asia) Nominees Limited* |