

# STATE OF NEW YORK
## OFFICE OF THE ATTORNEY GENERAL

LETITIA JAMES
ATTORNEY GENERAL

DIVISION OF STATE COUNSEL
LITIGATION BUREAU

Writer's Direct Dial: (212) 416-8666

February 12, 2019

Vito Genna, Clerk of the Court.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

Securities Investor Protection Corporation v. Bernard L.
Madoff, LLC Case # 08-01789

Dear Mr. Genna:

Please remove my name from the ECF service list for this case since I am no longer involved.

Thank you for your assistance.

Very truly yours,

Enid Nagler Stuart