**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Geraldine E. Ponto
Gonzalo S. Zeballos
Marshall J. Mattera

Settlement Date: March 14, 2019
Time:                            12:00 p.m.

Objections Due: March 13, 2019
Time:                            5:30 p.m.

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC and
the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>FEDERICO CERETTI, *et al.*<br><br>Defendants. | Adv. Pro. No. 09-01161 (SMB) |

### NOTICE OF SETTLEMENT OF ORDER IMPLEMENTING MEMORANDUM DECISION AND ORDER REGARDING PLAINTIFF'S MOTION FOR THE ISSUANCE OF A LETTER OF REQUEST CONCERNING THE EXAMINATION OF NON-PARTY, CRAIG PERRY

**PLEASE TAKE NOTICE** that pursuant to Judge Bernstein's Memorandum Decision and Order Regarding Plaintiff's Motion for the Issuance of a Letter of Request Concerning the Examination of Non-Party, Craig Perry (the "Decision"), and in accordance with Local Bankruptcy Rule 9074-1(a), Irving H. Picard, Trustee, through his undersigned counsel, will present the proposed Order Issuing a Letter of Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters, attached hereto as **Exhibit 1** (the "Proposed Order") to The Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature in his chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 on **March 14, 2019 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE** that the Trustee provided the Proposed Order including the proposed Letter of Request in **Exhibit A** (the "Letter of Request") to counsel for Mr. Craig Perry and HSBC Bank Bermuda Limited (the "Respondents"). The Trustee has not received consent from the Respondents for the filing of the attached Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed order or objection to the proposed order ("Objection") shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the Objection and specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service so as to be received by no later than **5:30 p.m. on March 13, 2019** (the "Objection Deadline"), with a courtesy copy delivered to the Chambers of The Honorable Stuart M. Bernstein, One Bowling Green, New York,

New York, 10004 (v) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq.

**PLEASE TAKE FURTHER NOTICE** that unless any Objections are received before the Objection Deadline, the Proposed Order may be signed and entered by the Court without further notice.

Dated: New York, New York
March 12, 2019

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Geraldine E. Ponto
Email: gponto@bakerlaw.com
Gonzalo S. Zeballos
Email: gzeballos@bakerlaw.com
Marshall J. Mattera
Email: mmattera@bakerlaw.com