# EXHIBITS A-F

# REDACTED PENDING RESOLUTION ON CITIBANK'S MOTION TO FILE UNDER SEAL