Steven W. Rhodes
1610 Arborview Blvd.
Ann Arbor, Michigan 48103
T (734) 646-7406
rhodessw@comcast.net

*Attorney for the Kohn Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

-----------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## MOTION FOR ADMISSION TO PRACTICE, *Pro Hac Vice*

I, Steven W. Rhodes, respectfully requests admission, ***pro hac vice***, before the Honorable Stuart M. Bernstein to represent Sonja Kohn, Infovaleur, Inc., Tecno Development & Research, Ltd., Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc. and Herald Asset Management Ltd. (collectively, the **"Kohn Defendants"**), in the above referenced case, as well as the related adversary cases of[1]:

    a.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sonja Kohn et al.*, Adv. Pro. No. 10-5411 (SMB); and

    b.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (SMB).

---

[1] Mr. Rhodes is appearing in the above referenced case, as well as the related adversary cases, without waiving the Kohn Defendants' right to object to service of process, jurisdiction or venue in the above-captioned case. Indeed, by making this motion, the Kohn Defendants do not waive their respective rights or compromise any rights they may have to object to any purported service of process, to jurisdiction or to venue in the above-captioned case, as well as the related adversary cases.

1

I certify that I am a member in good standing of the bar of the State of Michigan and the bar of the U.S. District Court for the Eastern District of Michigan.

My address is:        1610 Arborview Blvd.
                      Ann Arbor, Michigan 48103

My e-mail address is: rhodessw@comcast.net

My telephone number is: (734) 646-7406

The filing fee of $200.00 has been submitted with this motion for *pro hac vice* admission.

Dated: Ann Arbor, Michigan
March 13, 2019

                                          */s/ Steven W. Rhodes*
                                          1610 Arborview Blvd.
                                          Ann Arbor, Michigan 48103
                                          T (734) 646-7406
                                          rhodessw@comcast.net

                                          Attorney for the Kohn Defendants

4850-1743-3738, v. 1

Steven W. Rhodes
1610 Arborview Blvd.
Ann Arbor, Michigan 48103
T (734) 646-7406
rhodessw@comcast.net

*Attorneys for the Kohn Defendants*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------x
In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

                Debtor.

-------------------------------------------------------x

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Steven W. Rhodes to be admitted, *pro hac vice*, to represent Sonja Kohn, Infovaleur, Inc., Tecno Development & Research, Ltd., Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc. and Herald Asset Management Ltd. (collectively, the **"Client"**), in the above referenced case, as well as the related adversary cases of:

    a.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Sonja Kohn et al.*, Adv. Pro. No. 10-5411 (SMB); and

    b.    *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (SMB).

and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, it is hereby

**ORDERED**, that Steven W. Rhodes, Esq., is admitted to practice, *pro hac vice*, in the above referenced case and adversary proceedings to represent the Client, in the United States

4822-0017-2170, v. 1

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____

New York, New York

                              _____
                              UNITED STATES BANKRUPTCY JUDGE

2