|   |   |
|---|---|
| Thomas J. Moloney<br>Jessa DeGroote<br>CLEARY GOTTLIEB STEEN & HAMILTON LLP<br>One Liberty Plaza<br>New York, New York 10006<br>Telephone: 212-225-2000<br>Facsimile: 212-225-3999 | Settlement Date: March 14, 2019<br>Time: 12:00 p.m.<br><br>Objections Due: March 13, 2019<br>Time: 5:30 p.m. |

*Attorneys for HSBC Bank Bermuda Limited and Craig Perry*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>            Plaintiff,<br><br>    v.<br><br>FEDERICO CERETTI, *et al.*<br><br>            Defendants. | Adv. Pro. No. 09-01161 (SMB) |

**NOTICE OF SETTLEMENT OF COUNTER-PROPOSED
ORDER REGARDING PLAINTIFF'S MOTION FOR THE
ISSUANCE OF A LETTER OF REQUEST CONCERNING THE
<u>EXAMINATION OF NON-PARTY, CRAIG PERRY</u>**

**PLEASE TAKE NOTICE** that the undersigned counsel, on behalf of Mr. Craig Perry and HSBC Bank Bermuda Limited, respectfully submits this Proposed Order Issuing a Letter of Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters ("Proposed Order") attaching a Counter-Proposed Letter of Request ("Counter-Proposed Letter of Request").  The Proposed Order, which is identical to the Proposed Order submitted by the Trustee (ECF No. 406-1 Ex. 1), is attached here as Exhibit 1, and the Counter-Proposed Letter of Request is attached thereto as Exhibit A.  A comparison of the Counter-Proposed Letter of Request as against the Trustee's proposed Letter of Request (ECF No. 406-1 Ex. A) is attached here as Exhibit 2.

**PLEASE TAKE FURTHER NOTICE** that the Counter-Proposed Letter of Request was provided to counsel for the Trustee, and the Trustee has <u>consented</u> to the filing of the Counter-Proposed Letter of Request attached as Exhibit A.

Dated:  March 13, 2019
             New York, New York

                                                                Respectfully submitted,

                                                                <u>/s/ Thomas J. Moloney</u>
                                                                Thomas J. Moloney
                                                                (tmoloney@cgsh.com)
                                                                Jessa DeGroote
                                                                (jdegroote@cgsh.com)
                                                                CLEARY GOTTLIEB STEEN & HAMILTON LLP
                                                                One Liberty Plaza
                                                                New York, New York  10006
                                                                T: 212-225-2000
                                                                F: 212-225-3999

                                                                *Attorneys for HSBC Bank Bermuda Limited
                                                                and Mr. Craig Perry*