**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------- x
:
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
:
           Plaintiff-Applicant, :
:
    v. :
: SIPA Liquidation
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, : No. 08-01789 (SMB)
:
           Defendant. : (Substantively Consolidated)
:
:
---------------------------------- x
In re :
:
BERNARD L. MADOFF, :
:
           Debtor. :
:
---------------------------------- x
IRVING H. PICARD, Trustee for the Liquidation :
of Bernard L. Madoff Investment Securities LLC, :
:
           Plaintiff, :
: Adv. Pro. No. 10-05345 (SMB)
    v. :
:
CITIBANK, N.A., CITIBANK NORTH :
AMERICA, INC., AND CITIGROUP GLOBAL :
MARKETS LIMITED, :
:
           Defendants. :
:
---------------------------------- x

**ORDER ON MOTION OF CITIBANK, N.A. AND CITICORP NORTH AMERICA, INC.**
**TO FILE UNDER SEAL PORTIONS OF THEIR MEMORANDUM OF LAW IN**
**OPPOSITION TO TRUSTEE'S MOTION FOR LEAVE TO FILE AN AMENDED**
**COMPLAINT**

Upon the motion (the "Motion")[1] of Citibank, N.A. and Citicorp North America, Inc. (together, "Citibank") for entry of an order authorizing Citibank to file under seal portions of Citibank's Memorandum of Law in Opposition to Trustee's Motion for Leave to File an Amended Complaint, the Declaration and the exhibits thereto; and the Court having found that it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having found that this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); and the Court having found that venue of this proceeding and the Motion in this district is proper pursuant to 28 U.S.C. § 1409; and the Court having found that the relief requested in the Motion is pursuant to the Bankruptcy Code Sections 105(a) and 107(b), Bankruptcy Rule 9018 and Rules 9018-1 and 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York **to the extent set forth herein**; and the Court having found that Citibank provided appropriate notice of the Motion; and the Court having reviewed the Requested Documents and determined that the Requested Documents should be filed under seal **to the extent set forth herein**; and upon all of the proceedings had before the Court; and after due deliberation and sufficient cause appearing therefor,  **[SMB: 3/14/19]**

IT IS HEREBY ORDERED THAT:

1. The Motion is granted as set forth herein.

2. Citibank is authorized to file the Requested Documents under seal and to file the Requested Documents in redacted form on the public dockets.

3. Notice of the Motion as provided therein shall be deemed good and sufficient and the requirements of the Local Bankruptcy Rules are satisfied by such notice.

---

[1] Capitalized terms used but not defined herein shall have the same meanings ascribed to them in the Motion.

4.  Notwithstanding Bankruptcy Rule 6004(h), the terms and conditions of this Order are immediately effective and enforceable upon its entry.

5.  Citibank is authorized to take all actions necessary to effectuate the ruling set forth in this Order.

6.  This Court retains exclusive jurisdiction with respect to all matters arising from or related to the implementation, interpretation, and enforcement of this Order.

7.  **Notwithstanding anything to the contrary herein, this Order shall terminate at midnight on March 28, 2019 (the "Termination"), and the Defendants shall file unredacted versions of the sealed documents, unless prior to the Termination a party or person seeking to continue the seal files a motion which demonstrates that such information or document is confidential within the meaning of 11 U.S.C. § 107.  [SMB: 3/14/19]**

Dated:   March 14, 2019
         New York, New York

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge