IN RE: BLMIS. CASE NO: 08-01789 (SMB)

THIRTIETH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Delia Gail Rosenberg | 011095 | 2509 | Milberg LLP | Delia Gail Rosenberg | 1R0250 |
| Diana Melton Trust, Dated 12/5/05 | 008648 | 874 | Kachroo Legal Services | Diana Melton Trust DTD 12/5/05 | 1ZA699 |
| Diane Sloves as Tstee Under Rev Tst Agreement Dtd 10/13/00 for the Benefit of D Sloves | 009122 | 2409 | Milberg LLP | Diane Sloves as TSTEE Under Rev Tst Agreement DTD 10/13/00 | 1S0274 |
| Jerry Guberman Trust Dated 12/23/93 | 009416 | 711 | Milberg LLP | Jerry Guberman as Trustee for Jerry Guberman | 1ZA407 |
| Michael Mathias and Stacey Mathias JT WROS | 002619 | 2963 | Milberg LLP | Michael Mathias & Stacey Mathias J/T WROS | 1M0100 |
| NTC & Co. FBO Leila F Sobin | 006479 | 829 | Milberg LLP / Seeger Weiss LLP | Millennium Trust Company, LLC FBO Leila F Sobin (111966) | 1S0457 |
| Trudy Schlachter | 011044 | 915 | Milberg LLP / Seeger Weiss LLP | Trudy Schlachter | 1S0293 |