IN RE: BLMIS. CASE NO: 08-01789 (SMB)

THIRTIETH OMNIBUS MOTION: EXHIBIT B – CLAIMS AND OBJECTIONS

| Claim Number | Objection To Determination Docket Number | Objection Party | Account Name | Account Number | Counsel | Date of Objection |
|---|---|---|---|---|---|---|
| 002619 | 2963 | Michael Mathias and Stacey Mathias JT WROS | Michael Mathias & Stacey Mathias J/T WROS | 1M0100 | Milberg LLP | 9/2/2010 |
| 011095 | 2509 | Delia Gail Rosenberg | Delia Gail Rosenberg | 1R0250 | Milberg LLP | 7/2/2010 |
| 009122 | 2409 | Diane Sloves as Tstee Under Rev Tst Agreement Dtd 10/13/00 for the Benefit of D Sloves | Diane Sloves as TSTEE Under Rev Tst Agreement DTD 10/13/00 | 1S0274 | Milberg LLP | 6/11/2010 |
| 011044 | 915 | Trudy Schlachter | Trudy Schlachter | 1S0293 | Milberg LLP / Seeger Weiss LLP | 11/18/2009 |
| 006479 | 829 | NTC & Co. FBO Leila F Sobin | Millennium Trust Company, LLC FBO Leila F Sobin (111966) | 1S0457 | Milberg LLP / Seeger Weiss LLP | 11/16/2009 |
| 009416 | 711 | Jerry Guberman Trust Dated 12/23/93 | Jerry Guberman as Trustee for Jerry Guberman | 1ZA407 | Milberg LLP | 11/11/2009 |
| 008648 | 874 | Diana Melton Trust, Dated 12/5/05 | Diana Melton Trust DTD 12/5/05 | 1ZA699 | Kachroo Legal Services | 11/17/2009 |