**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S THIRTIETH OMNIBUS MOTION TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE <u>NO NET EQUITY</u>**

Upon consideration of the motion (the "Motion") [Docket No. ___], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA liquidation proceeding seeking to have the Court disallow any and all claims and overrule objections filed by or on behalf of customers that withdrew more money from BLMIS than they deposited and are thus, in the parlance of this case, net winners, or by customers that withdrew an equal amount to what was deposited and are thus, in the parlance of this case, net zeros (collectively, the "Claimants"); and the Claims[1] to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of

---
[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. __]; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto under the heading "Claims and Objections," are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit A hereto under the heading "Claims and Objections," are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2019
      New York, New York

                                                  HONORABLE STUART M. BERNSTEIN
                                                  UNITED STATES BANKRUPTCY JUDGE

IN RE: BLMIS. CASE NO: 08-01789 (SMB)

THIRTIETH OMNIBUS MOTION: EXHIBIT A – CLAIMS AND OBJECTIONS

| Objection Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Delia Gail Rosenberg | 011095 | 2509 | Milberg LLP | Delia Gail Rosenberg | 1R0250 |
| Diana Melton Trust, Dated 12/5/05 | 008648 | 874 | Kachroo Legal Services | Diana Melton Trust DTD 12/5/05 | 1ZA699 |
| Diane Sloves as Tstee Under Rev Tst Agreement Dtd 10/13/00 for the Benefit of D Sloves | 009122 | 2409 | Milberg LLP | Diane Sloves as TSTEE Under Rev Tst Agreement DTD 10/13/00 | 1S0274 |
| Jerry Guberman Trust Dated 12/23/93 | 009416 | 711 | Milberg LLP | Jerry Guberman as Trustee for Jerry Guberman | 1ZA407 |
| Michael Mathias and Stacey Mathias JT WROS | 002619 | 2963 | Milberg LLP | Michael Mathias & Stacey Mathias J/T WROS | 1M0100 |
| NTC & Co. FBO Leila F Sobin | 006479 | 829 | Milberg LLP / Seeger Weiss LLP | Millennium Trust Company, LLC FBO Leila F Sobin (111966) | 1S0457 |
| Trudy Schlachter | 011044 | 915 | Milberg LLP / Seeger Weiss LLP | Trudy Schlachter | 1S0293 |