Thomas J. Moloney
Jessa DeGroote
CLEARY GOTTLIEB STEEN & HAMILTON LLP
One Liberty Plaza
New York, New York 10006
Telephone: 212-225-2000
Facsimile: 212-225-3999

*Attorneys for HSBC Bank Bermuda Limited
and Craig Perry*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>FEDERICO CERETTI, *et al.*<br><br>　　　　　Defendants. | Adv. Pro. No. 09-01161 (SMB) |

# **CERTIFICATE OF SERVICE**

I, Brendan Cyr, an attorney admitted to practice in the State of New York and the Assistant Managing Attorney of the firm of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that:

On the 13th day of March, 2019, the Notice of Settlement of Counter-Proposed Order Regarding Plaintiff's Motion for the Issuance of a Letter of Request Concerning the Examination of Non-Party, Craig Perry with Exhibits was served by email upon:

> gzeballos@bakerlaw.com
> gponto@bakerlaw.com
> dsheehan@bakerlaw.com
> Andreas.frischknecht@chaffetzlindsey.com
> barrysher@paulhastings.com
> erin.valentine@chaffetzlindsey.com
> jodikleinick@paulhastings.com
> lindsayweber@quinnemanuel.com
> peter.chaffetz@chaffetzlindsey.com
> rexlee@quinnemanuel.com
> robertloigman@quinnemanuel.com
> scott.reynolds@chaffetzlindsey.com
> susheelkirpalani@quinnemanuel.com
> timothy.harkness@freshfields.com
> cboccuzzi@cgsh.com
> kbell@sipc.org

Dated:   New York, New York
         March 14, 2019

                                          /s/Brendan Cyr
                                          Brendan Cyr

2