EXHIBIT B
SUMMARY OF TWENTY-NINTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2018 THROUGH NOVEMBER 30, 2018

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 282.80 | 282,234.40 |
| | Sheehan David J. | 1968 | 998.00 | 251.50 | 250,997.00 |
| | Cymrot Mark A | 1973 | 1,019.87 | 72.80 | 74,246.50 |
| | Matthias Michael R | 1973 | 728.00 | 55.10 | 40,112.80 |
| | Bash Brian A | 1975 | 784.00 | 39.50 | 30,968.00 |
| | Long Thomas L | 1976 | 968.00 | 400.10 | 387,296.80 |
| | Ponto Geraldine E. | 1982 | 952.00 | 768.30 | 731,421.60 |
| | Hutchins Elaine A | 1983 | 630.00 | 7.70 | 4,851.00 |
| | Smith Elizabeth A | 1985 | 885.00 | 13.00 | 11,505.00 |
| | McDonald Heather J | 1986 | 706.00 | 4.50 | 3,177.00 |
| | Reich Andrew W | 1987 | 686.23 | 37.90 | 26,008.00 |
| | Burke John J | 1988 | 768.00 | 169.10 | 129,868.80 |
| | Douthett Breaden M | 1991 | 481.92 | 15.70 | 7,566.10 |
| | Hunt Dean D | 1991 | 701.00 | 337.10 | 236,307.10 |
| | Goldberg Steven H | 1991 | 975.00 | 167.80 | 163,605.00 |
| | Warren Thomas D | 1992 | 779.00 | 1.60 | 1,246.40 |
| | Workman Donald A | 1992 | 875.00 | 94.80 | 82,950.00 |
| | Renner Deborah H. | 1993 | 968.00 | 44.70 | 43,269.60 |
| | Griffin Regina L. | 1993 | 968.00 | 582.40 | 563,763.20 |
| | Brennan Terry M | 1995 | 533.00 | 6.60 | 3,517.80 |
| | Thomas, Erika K. | 1995 | 738.93 | 494.60 | 365,474.00 |
| | Cole Tracy L | 1996 | 822.00 | 308.30 | 253,422.60 |
| | Hoang Lan | 1997 | 830.00 | 487.90 | 404,957.00 |
| | Scully Elizabeth A | 1997 | 706.00 | 1.20 | 847.20 |
| | Murphy Keith R. | 1997 | 968.00 | 472.40 | 457,283.20 |
| | Rose Jorian L. | 1998 | 882.00 | 409.30 | 361,002.60 |
| | Fish Eric R. | 1998 | 735.00 | 319.10 | 234,538.50 |
| | Rollinson James H | 1998 | 482.00 | 386.50 | 186,293.00 |
| | Warshavsky Oren J. | 1998 | 980.00 | 675.60 | 662,088.00 |
| | Pergament Benjamin D | 1999 | 706.00 | 359.30 | 253,665.80 |
| | Cremona Nicholas J. | 2000 | 866.00 | 714.40 | 618,670.40 |
| | Bohorquez Jr Fernando A | 2000 | 795.00 | 335.70 | 266,881.50 |
| | Zeballos Gonzalo S. | 2001 | 880.00 | 420.60 | 370,128.00 |
| | Fokas Jimmy | 2001 | 817.00 | 63.50 | 51,879.50 |
| | Bell Stacey A. | 2001 | 717.00 | 670.10 | 480,461.70 |
| | Beckerlegge Robertson D | 2001 | 665.00 | 602.20 | 400,463.00 |
| | North Geoffrey A. | 2002 | 701.00 | 708.80 | 496,868.80 |
| | Song Brian W. | 2002 | 676.00 | 694.20 | 469,279.20 |
| | Sherer James A. | 2003 | 676.00 | 117.20 | 79,227.20 |
| | Oliver Jason S. | 2003 | 673.00 | 612.00 | 411,876.00 |
| | Hochmuth Farrell A | 2003 | 510.00 | 125.00 | 63,750.00 |
| | Shields Nkosi D. | 2003 | 578.49 | 459.10 | 265,585.00 |
| | Malchow Jessica P. | 2003 | 393.00 | 17.60 | 6,916.80 |
| | Gongolevsky, May Tal | 2003 | 687.02 | 13.30 | 9,137.40 |
| | Jacobs Edward J. | 2003 | 701.00 | 4.60 | 3,224.60 |
| | Smith Rachel M | 2004 | 473.00 | 44.20 | 20,906.60 |
| | Gabriel Jessie M | 2004 | 701.00 | 400.20 | 280,540.20 |
| | Allen Brian F. | 2005 | 577.27 | 114.40 | 66,040.00 |
| | Hartman Ruth E | 2005 | 376.00 | 75.40 | 28,350.40 |
| | Carvalho Melissa M. | 2005 | 639.82 | 26.90 | 17,211.10 |
| | Proano David F | 2005 | 376.00 | 31.10 | 11,693.60 |
| | Longstaff Carrie | 2006 | 634.13 | 635.80 | 403,181.40 |
| | McLellan, Melinda L | 2006 | 720.00 | 2.70 | 1,944.00 |
| | Vanderwal Amy E. | 2006 | 676.00 | 720.70 | 487,193.20 |
| | Carlisle Marie L. | 2006 | 442.00 | 529.00 | 233,818.00 |
| | Kosack Melissa L. | 2006 | 676.00 | 796.40 | 538,366.40 |
| | Patel Tayan B. | 2007 | 539.00 | 27.40 | 14,768.60 |
| | Giuliani, Esterina | 2007 | 757.00 | 447.70 | 338,908.90 |
| | Brown Seanna R. | 2007 | 701.00 | 617.20 | 432,657.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Forman Jonathan A. | 2007 | 647.82 | 146.50 | 94,906.10 |
| | Calvani Torello H. | 2007 | 677.00 | 623.70 | 422,244.90 |
| | Melillo Nicholas P. | 2007 | 630.00 | 7.70 | 4,851.00 |
| | Keranen, Kristin L. | 2008 | 692.06 | 151.70 | 104,986.00 |
| | Woltering Catherine E. | 2008 | 677.00 | 763.30 | 516,754.10 |
| | Zunno-Freaney, Kathryn M | 2008 | 701.00 | 296.40 | 207,776.40 |
| | Stanley Trevor M. | 2008 | 545.00 | 28.30 | 15,423.50 |
| | Markel Tatiana | 2009 | 580.30 | 583.30 | 338,486.60 |
| | Campbell Patrick T | 2009 | 677.00 | 49.10 | 33,240.70 |
| | Molina Marco | 2009 | 565.24 | 427.50 | 241,641.60 |
| | Blattmachr Jonathan D. | 2009 | 580.90 | 606.10 | 352,081.00 |
| | Fein Amanda E. | 2010 | 574.11 | 526.60 | 302,324.00 |
| Partners and of Counsel Total | | | 732.82 | 21,504.80 | 15,759,128.60 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler Philip | 1994 | 477.00 | 319.20 | 152,258.40 |
| | Kates Elyssa S. | 2000 | 675.50 | 360.40 | 243,450.40 |
| | Wlodek Heather | 2003 | 605.52 | 531.60 | 321,895.20 |
| | Hiatt, Eric B. | 2005 | 575.93 | 248.90 | 143,348.00 |
| | Cowherd, Matthew K | 2005 | 468.35 | 297.20 | 139,194.40 |
| | Feil Matthew D. | 2006 | 626.37 | 235.80 | 147,698.00 |
| | Munoz, Andres A | 2006 | 569.91 | 481.00 | 274,125.50 |
| | Mezibov, Jonathan G. | 2006 | 250.00 | 593.70 | 148,425.00 |
| | Goldmark Jena B. | 2007 | 463.00 | 457.00 | 211,591.00 |
| | Wasick Joanna F. | 2007 | 720.16 | 551.70 | 397,310.50 |
| | McCurrach Elizabeth G. | 2008 | 587.42 | 501.80 | 294,768.50 |
| | Rovine Jacqlyn | 2008 | 568.66 | 225.20 | 128,062.00 |
| | Sabella, Michael A. | 2008 | 538.31 | 340.40 | 183,240.80 |
| | Brooks, Courtney M. | 2008 | 250.00 | 631.50 | 157,875.00 |
| | Usitalo Michelle R. | 2008 | 572.00 | 694.80 | 397,426.60 |
| | Attard, Lauren T. | 2008 | 565.00 | 207.70 | 117,350.50 |
| | Choi David | 2008 | 541.26 | 330.40 | 178,833.20 |
| | Mattera, Marshall J. | 2009 | 577.68 | 795.40 | 459,490.00 |
| | Khan, Ferve E. | 2009 | 576.74 | 296.80 | 171,175.00 |
| | Shapiro Peter B. | 2009 | 578.17 | 665.70 | 384,889.40 |
| | Nickodem Robert G. | 2009 | 254.00 | 692.20 | 175,818.80 |
| | Hilsheimer Lauren M. | 2009 | 556.00 | 72.60 | 40,365.60 |
| | Perkins Austin, Francesca | 2009 | 562.59 | 682.80 | 384,135.90 |
| | McGourty Cara | 2010 | 554.70 | 476.60 | 264,368.70 |
| | McMillan David M. | 2010 | 529.18 | 158.20 | 83,716.50 |
| | McCabe, Bridget S. | 2010 | 460.00 | 54.60 | 25,116.00 |
| | White, A. Mackenna | 2010 | 555.75 | 564.70 | 313,830.20 |
| | Bent, Camille C. | 2010 | 539.99 | 510.40 | 275,612.80 |
| | Chandler Tara R. | 2010 | 254.00 | 652.00 | 165,608.00 |
| | Hoff Michelle M. | 2010 | 254.00 | 635.30 | 161,366.20 |
| | Boga-Lofaro, Csilla | 2010 | 477.39 | 140.00 | 66,835.20 |
| | Biondo, Lindsay J. | 2010 | 254.00 | 773.10 | 196,367.40 |
| | Cohen, Ian R. | 2010 | 519.34 | 115.70 | 60,087.20 |
| | Ubaid Maryland H. | 2010 | 254.00 | 704.00 | 178,816.00 |
| | Rog Joshua B. | 2010 | 537.94 | 545.00 | 293,177.60 |
| | Iannuzzi Michael M. | 2010 | 500.00 | 13.70 | 6,850.00 |
| | Rollins Jennifer B. | 2010 | 254.00 | 647.00 | 164,338.00 |
| | Hansford Melissa L. | 2010 | 254.00 | 143.70 | 36,499.80 |
| | Rouach Sophie | 2010 | 463.00 | 290.90 | 134,686.70 |
| | Maytal Anat | 2010 | 552.98 | 613.30 | 339,141.30 |
| | Barnes S. Ben | 2010 | 254.00 | 619.40 | 157,327.60 |
| | Blanchard, Jason I. | 2011 | 501.20 | 482.00 | 241,580.80 |
| | Patrick Stacey M. | 2011 | 254.00 | 762.90 | 193,776.60 |
| | Bennett Melonia A. | 2011 | 293.89 | 427.90 | 125,754.10 |
| | Krishna Ganesh | 2011 | 521.52 | 513.40 | 267,750.00 |
| | Rose Nicholas M. | 2011 | 519.05 | 613.00 | 318,179.60 |
| | Gottesman Joel D. | 2011 | 254.00 | 592.10 | 150,393.40 |
| | Feldstein Robyn M | 2011 | 522.79 | 352.00 | 184,020.40 |
| | Fedeles, Emily R. | 2011 | 541.68 | 27.70 | 15,004.60 |
| | Schechter Jody E. | 2011 | 365.00 | 3.30 | 1,204.50 |
| | Oliva Frank M. | 2011 | 495.59 | 328.20 | 162,651.70 |
| | Crook Darren A. | 2011 | 289.31 | 24.20 | 7,001.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Zuberi Madiha M. | 2011 | 545.00 | 7.90 | 4,305.50 |
| | Shifrin Maximillian S. | 2011 | 554.26 | 478.20 | 265,046.10 |
| | Barhorst Damon C. | 2011 | 254.00 | 570.40 | 144,881.60 |
| | Sinclair Jordan A. | 2011 | 432.41 | 82.10 | 35,500.60 |
| | Durbin Damon M. | 2011 | 294.23 | 271.50 | 79,882.90 |
| | Vonderhaar Douglas A. | 2011 | 313.14 | 227.30 | 71,177.10 |
| | White Jason T. | 2011 | 254.00 | 697.90 | 177,266.60 |
| | Wangsgard Kendall E. | 2011 | 493.98 | 19.60 | 9,682.00 |
| | Rice David W. | 2012 | 538.02 | 719.00 | 386,838.80 |
| | Ackerman Stephanie | 2012 | 486.93 | 837.80 | 407,948.80 |
| | Hough Shawn P. | 2012 | 535.99 | 403.30 | 216,165.40 |
| | Gallagher Christopher B. | 2012 | 538.40 | 350.20 | 188,549.20 |
| | Engel, Seth E | 2012 | 431.45 | 37.40 | 16,136.40 |
| | Barrow Clark, Erica | 2013 | 472.80 | 151.40 | 71,581.40 |
| | Tanney, Michelle N. | 2013 | 468.84 | 239.10 | 112,099.50 |
| | Friedman, Matthew B. | 2013 | 525.00 | 273.00 | 143,325.00 |
| | Brumbach, Maxim G. | 2013 | 252.00 | 691.70 | 174,308.40 |
| | Gillingham, Ross M. | 2013 | 252.00 | 710.10 | 178,945.20 |
| | Mosher, Sarah E. | 2013 | 250.00 | 692.30 | 173,075.00 |
| | Holder Casey E | 2013 | 395.81 | 29.70 | 11,755.60 |
| | Sterling, Nichole L. | 2013 | 459.81 | 23.50 | 10,805.60 |
| | Charlemagne, Chardaie C. | 2013 | 505.00 | 257.30 | 129,936.50 |
| | Miao, Tiffany A. | 2014 | 493.97 | 135.30 | 66,834.40 |
| | Trahanas, Elias D. | 2014 | 480.05 | 78.20 | 37,539.80 |
| | Dasaro, Stacy A | 2014 | 494.69 | 639.60 | 316,402.00 |
| | Tranbaugh Mary H. | 2014 | 434.59 | 176.40 | 76,661.10 |
| | Horning, Nathan T. | 2014 | 260.00 | 686.60 | 178,516.00 |
| | Goertemiller, Noah J. | 2014 | 252.00 | 697.60 | 175,795.20 |
| | Turner, Tara E. | 2015 | 295.24 | 684.80 | 202,179.70 |
| | Wallace Kevin M. | 2015 | 423.00 | 2.00 | 846.00 |
| | Silvey, Clayton T. | 2015 | 475.00 | 1.20 | 570.00 |
| | Porembski, Daniel P. | 2015 | 254.00 | 588.90 | 149,580.60 |
| | Lyster, Lauren P | 2015 | 457.36 | 183.80 | 84,063.10 |
| | Weinberg Lauren R. | 2015 | 444.69 | 246.90 | 109,793.70 |
| | Howley, Thomas F. | 2015 | 470.96 | 191.60 | 90,235.60 |
| | Serrao, Andrew M. | 2015 | 480.44 | 302.00 | 145,093.60 |
| | Bishop Jr, Ivory L | 2015 | 480.00 | 28.80 | 13,824.00 |
| | Kennedy, Joyce R. | 2015 | 260.00 | 726.50 | 188,890.00 |
| | Miguel, Nickoli X. | 2016 | 260.00 | 639.40 | 166,244.00 |
| | Nowak, Margaret A. | 2016 | 260.00 | 154.90 | 40,274.00 |
| | Cantu, Michael R. | 2016 | 260.00 | 707.90 | 184,054.00 |
| | Hoover, Marianne E. | 2016 | 252.00 | 693.00 | 174,636.00 |
| | Martin, Lauren E. | 2016 | 252.00 | 587.80 | 148,125.60 |
| | Nadworny Bari R. | 2016 | 447.81 | 192.50 | 86,203.00 |
| | Stewart, Matthew L. | 2016 | 250.00 | 592.30 | 148,075.00 |
| | Berry, Joshua L. | 2016 | 252.00 | 604.80 | 152,409.60 |
| | Molony, Matthew E. | 2016 | 252.00 | 719.70 | 181,364.40 |
| | Shalodi, Amani | 2016 | 260.00 | 752.50 | 195,650.00 |
| | Maw, Darley | 2017 | 455.00 | 3.10 | 1,410.50 |
| | de Dios, Maria A. | 2017 | 445.44 | 428.40 | 190,827.00 |
| | Stork, Victoria L. | 2017 | 443.59 | 334.20 | 148,246.80 |
| | Pollawit, Panida A. | 2017 | 451.07 | 257.30 | 116,061.40 |
| | Santiago, Anthony R. | 2017 | 260.00 | 622.50 | 161,850.00 |
| | Fischetti, Chloe S. | 2018 | 415.23 | 295.10 | 122,534.20 |
| | Shin, Jean H. | 2018 | 414.76 | 161.80 | 67,107.80 |
| | Catalusci, Lorraine M. | 2018 | 260.00 | 88.60 | 23,036.00 |
| | Gotsis, Christina O. | #N/A | 410.00 | 26.60 | 10,906.00 |
| | Corrigan, Megan A. | #N/A | 410.00 | 72.40 | 29,684.00 |
| | Yantis, Brittany A. | #N/A | 410.00 | 12.70 | 5,207.00 |
| | Cardenas Samantha A. | #N/A | 254.00 | 639.40 | 162,407.60 |
| | Silversmith, Jordan R. | #N/A | 410.00 | 147.40 | 60,434.00 |
| Associates Total | | | 393.56 | 43,873.30 | 17,266,575.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | | | |
| | Bekier James M. | #N/A | 457.00 | 277.10 | 126,634.70 |
| | Blaber Theresa A | #N/A | 349.00 | 15.40 | 5,374.60 |
| | Bluett, Marie V. | #N/A | 265.00 | 29.70 | 7,870.50 |
| | Cabrera Ramon C | #N/A | 281.00 | 107.90 | 30,319.90 |
| | Chan Angeline | #N/A | 267.00 | 382.00 | 101,994.00 |
| | Dyer Ricky J | #N/A | 222.00 | 4.30 | 954.60 |
| | Fishelman Benjamin D. | #N/A | 437.00 | 341.60 | 149,279.20 |
| | Fredle Vicki M | #N/A | 222.00 | 144.40 | 32,056.80 |
| | Gibbons Michael E. | #N/A | 393.00 | 60.60 | 23,815.80 |
| | Glanzman Adam J | #N/A | 360.00 | 103.90 | 37,404.00 |
| | Godsen, Brian J. | #N/A | 180.00 | 8.50 | 1,530.00 |
| | Goldfinger, Jacob L. | #N/A | 370.00 | 561.50 | 207,755.00 |
| | Graham Sonya M. | #N/A | 275.00 | 8.20 | 2,255.00 |
| | Iskhakova Yuliya | #N/A | 371.00 | 741.50 | 275,096.50 |
| | Kinne Tanya M | #N/A | 342.00 | 519.00 | 177,498.00 |
| | LaFalce, Stephen P. | #N/A | 185.00 | 10.00 | 1,850.00 |
| | Landrio Nikki M. | #N/A | 387.00 | 885.90 | 342,843.30 |
| | Lasko Seth D. | #N/A | 376.00 | 83.70 | 31,471.20 |
| | McIntosh Casey | #N/A | 208.00 | 457.30 | 95,118.40 |
| | McKenna, Patrice M. | #N/A | 285.00 | 496.00 | 141,360.00 |
| | Monge Tirsa | #N/A | 359.00 | 539.30 | 193,608.70 |
| | Montani Christine A. | #N/A | 359.00 | 539.10 | 193,536.90 |
| | Nunes Silas T | #N/A | 317.00 | 142.10 | 45,045.70 |
| | Oliver-Weeks Marcella J. | #N/A | 413.00 | 523.00 | 215,999.00 |
| | Paremoud Jana | #N/A | 274.00 | 3.00 | 822.00 |
| | Pulsipher Eric K. | #N/A | 330.00 | 295.70 | 97,581.00 |
| | Reyes Lucinda A. | #N/A | 202.00 | 587.20 | 118,614.40 |
| | Rodriguez, Evelyn | #N/A | 370.00 | 559.80 | 207,126.00 |
| | Stone Adrian | #N/A | 314.00 | 590.40 | 185,385.60 |
| | Sweet Karen R | #N/A | 251.00 | 70.40 | 17,670.40 |
| | Szalay, Sarah M | #N/A | 201.00 | 359.20 | 72,199.20 |
| | Tineo, Nicole L. | #N/A | 449.00 | 304.90 | 136,900.10 |
| | Tushaj Diana M. | #N/A | 284.00 | 31.40 | 8,917.60 |
| | Villamayor Fidentino L. | #N/A | 376.00 | 584.60 | 219,809.60 |
| | von Collande Constance M. | #N/A | 354.00 | 574.00 | 203,196.00 |
| | Weaver Scott | #N/A | 344.00 | 768.70 | 264,432.80 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 339.27 | 11,711.30 | 3,973,326.50 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 732.82 | 21,504.80 | 15,759,128.60 |
| Associates Total | 393.56 | 43,873.30 | 17,266,575.70 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 339.27 | 11,711.30 | 3,973,326.50 |
| Blended Attorney Rate | 505.15 | | |
| Total Fees Incurred | | 77,089.40 | 36,999,030.80 |
| **Less 10% Public Interest Discount** | | | (3,699,903.08) |
| **Grand Total** | | | $ 33,299,127.72 |