EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR TWENTY-NINTH INTERIM
PERIOD OF AUGUST 1, 2018 THROUGH NOVEMBER 30, 2018

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---:|---:|
| 01 | Trustee Investigation | 14,527.20 | $ 7,753,675.30 |
| 02 | Bankruptcy Court Litigation and Related Matters | 215.30 | 124,580.40 |
| 03 | Feeder Funds | 212.10 | 111,931.10 |
| 04 | Asset Search Recovery and Sale | 1.10 | 1,016.60 |
| 05 | Internal Office Meetings with Staff | 528.00 | 268,771.30 |
| 07 | Billing | 923.60 | 361,134.40 |
| 08 | Case Administration | 2,334.00 | 950,113.90 |
| 11 | Press Inquires and Responses | 202.20 | 147,986.70 |
| 12 | Document Review | 17,636.70 | 4,838,427.60 |
| 13 | Discovery - Depositions and Document Productions | 4,597.50 | 1,580,704.10 |
| 14 | International | 41.40 | 21,395.60 |
| 19 | Non-Bankruptcy Litigation | 0.40 | 399.20 |
| 20 | Governmental Agencies | 2.10 | 1,994.10 |
| 21 | Allocation | 22.30 | 17,152.20 |
| 000004 | J. Ezra Merkin | 34.30 | 16,533.00 |
| 000005 | Customer Claims | 1,802.50 | 992,690.40 |
| 000007 | Madoff Family | 569.00 | 407,496.60 |
| 000009 | Fairfield Greenwich | 3,269.30 | 1,939,606.20 |
| 000011 | Cohmad Securities Corporation | 979.30 | 532,090.00 |
| 000013 | Kingate | 6,516.40 | 3,962,211.70 |
| 000029 | Rye/Tremont | 1,197.30 | 640,502.60 |
| 000030 | HSBC | 3,527.40 | 2,132,886.30 |
| 000032 | LuxAlpha/UBS | 1,617.80 | 988,281.60 |
| 000034 | Citibank | 962.60 | 542,805.10 |
| 000035 | Natixis | 1,323.10 | 740,215.40 |
| 000037 | ABN AMRO | 670.50 | 364,990.60 |
| 000039 | Fortis | 1,897.40 | 1,174,547.00 |
| 000040 | Medici Enterprise | 71.70 | 49,416.60 |
| 000042 | Equity Trading | 194.20 | 111,245.30 |
| 000051 | Crupi | 40.20 | 19,858.40 |
| 000053 | Magnify | 2,360.90 | 1,179,490.70 |
| 000059 | Stanley Shapiro | 1,684.90 | 878,281.00 |
| 000060 | Avellino & Bienes | 1,989.90 | 1,028,552.40 |
| 000062 | Subsequent Transfer | 63.10 | 46,302.90 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 60.10 | 41,709.00 |
| 000065 | Legacy Capital Ltd | 460.20 | 284,150.60 |
| 000071 | Square One | 269.50 | 141,305.30 |
| 000073 | BNP Paribas | 824.90 | 534,808.60 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 2,972.40 | 1,741,236.50 |
| 000077 | Extraterritoriality Appeal | 486.60 | 328,534.50 |
| Grand Total | | 77,089.40 | 36,999,030.80 |
| | **Less 10% Public Interest Discount** | | (3,699,903.08) |
| | **Grand Total** | | $ 33,299,127.72 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|

**Current Application**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 33,299,127.72 |
| | Interim Compensation Paid | | (29,969,214.95) |
| | Interim Compensation Deferred | | $ 3,329,912.77 |

**Prior Applications**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 1,060,303,118.61 |
| | Interim Compensation Paid | | $(1,043,379,988.10) |
| | Interim Compensation Deferred | | $ 16,923,130.51 |