EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR TWENTY-NINTH
INTERIM PERIOD OF AUGUST 1, 2018 THROUGH NOVEMBER 30, 2018

| E101 | Copying (E101) | 23,016.40 |
|---|---|---|
| E102 | Outside Printing (E102) | 3,979.30 |
| E105 | Telephone (E105) | 220.00 |
| E106 | Online Research (E106) | 31,879.96 |
| E107 | Delivery Services/ Messengers (E107) | 6,814.01 |
| E108 | Postage (E108) | 2,900.32 |
| E110 | Out-of-Town Travel (E110) | 148,967.11 |
| E112 | Court Fees (E112) | 21,075.16 |
| E113 | Subpoena Fees (E113) | 850.00 |
| E115 | Deposition Transcripts (E115) | 86,190.17 |
| E116 | Trial Transcripts (E116) | 2,533.18 |
| E119 | Experts (E119) | 75,087.58 |
| E123 | Other Professionals (E123) | 44,813.44 |
| E124 | Other (E124) | 5,310.34 |
| Grand Total | | 453,636.97 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 16,704,458.27