# Exhibit B

SUMMARY OF TWENTY-EIGHTH INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2018 THROUGH NOVEMBER 30, 2018

| Name | Year Admitted | Aug-Nov 2018 Standard Hourly Rate | Aug-Nov 2018 Total Hours Billed | Aug-Nov 2018 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 610.00 | 266.10 | $ 162,321.00 |
| Kim M. Longo | 2002 | 480.00 | 582.40 | $ 279,552.00 |
| Antonio J. Casas | 1992 | 480.00 | 9.60 | $ 4,608.00 |
| **Total Partners** | | | **858.10** | **$446,481.00** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 390.00 | 513.30 | $ 200,187.00 |
| **Total Special Counsel** | | | **513.30** | **$200,187.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 624.90 | $ 274,956.00 |
| Carol LaFond | 2000 | 410.00 | 587.60 | $ 240,916.00 |
| Lindsay H. Sklar | 2014 | 370.00 | 515.30 | $ 190,661.00 |
| Alan D. Lawn | 2009 | 365.00 | 634.60 | $ 231,629.00 |
| Alex Jonatowski | 2007 | 355.00 | 602.90 | $ 214,029.50 |
| **Total Associates** | | | **2,965.30** | **$1,152,191.50** |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 235.00 | 62.00 | $ 14,570.00 |
| **Total Paraprofessionals** | | | **62.00** | **$ 14,570.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 858.10 | $446,481.00 |
| **Special Counsel** | 513.30 | $200,187.00 |
| **Associates** | 2,965.30 | $1,152,191.50 |
| **Paraprofessionals** | 62.00 | $14,570.00 |
| | | |
| **Blended Attorney Rate** | 414.80 | |
| **Blended Rate All Professionals** | 412.26 | |
| **GRAND TOTAL** | **4,398.70** | **$ 1,813,429.50** |

{11667973:1}