## **Exhibit C**

SUMMARY OF TWENTY-EIGHTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
AUGUST 1, 2018 THROUGH AND INCLUDING NOVEMBER 30, 2018

| Code Description | Amount |
|---|---:|
| Reproduction | $ 262.30 |
| Telephone - Reimbursements | $ 21.80 |
| Air Courier/Messenger | $ 363.59 |
| Online Research | $ 12,519.58 |
| Search Fees | $ 287.90 |
| Miscellaneous- Research Book | $ 12.80 |
| **TOTAL** | **$ 13,467.97** |

{11667973:1}