**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-EIGHTH INTERIM PERIOD OF AUGUST 1, 2018 THROUGH AND INCLUDING NOVEMBER 30, 2018

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 8.90 | $ 3,198.50 |
| | | 007 | Fee Application | 44.00 | 18,138.00 |
| | | 041 | Discovery, Document Review, Document Production | 38.60 | 17,891.00 |
| | | L140 | Document/File Management | 7.00 | 2,110.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 1,582.80 | 690,726.50 |
| 14 | Zephyros | 010 | Litigation | 49.40 | 24,961.00 |
| 15 | Mistral | 010 | Litigation | 52.40 | 21,130.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 460.50 | 176,291.50 |
| 20 | Coordinated Cases | 010 | Litigation | 87.70 | 40,036.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 2,067.40 | 818,946.00 |
| | | | **TOTALS** | **4,398.70** | **$ 1,813,429.50** |

{11667973:1}