**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
Gregory M. Dexter
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com
*Attorneys for Defendants-Appellants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br>Adv. Pro. No. 08-1789 (SMB) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON ECF No. 14283,<br><br>        Defendants-Appellants. | Adv. Pro. Nos. listed on ECF No. 14283. |

**DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to the Order Appointing Arbitrator, ECF No. 14227, and by leave granted by the Bankruptcy Court on February 15, 2019, *Picard v. Wilenitz*, Adv. Pro. No. 10-04995, ECF No. 130, Defendants-Appellants represented by Chaitman LLP listed on ECF No. 14283

{00039376 2 }

("Defendants") hereby designate the items to be included in the record on appeal to the United States District Court for the Southern District of New York from the Bankruptcy Court:

| Filing Date | # | Docket Text |
|---|---|---|
| 01/16/2019 | 126[1]<br>(201 pgs; 11 docs) | Letter to Judge Bernstein requesting permission to appeal Judge Maas' January 2, 2019 Order Filed by Helen Davis Chaitman on behalf of Sara Seims, as trustee of the Trust u/art Fourth o/w/o Israel Wilenitz, Trust u/art Fourth o/w/o Israel Wilenitz, Evelyn Berezin Wilenitz, individually, and as trustee and beneficiary of the Trust u/art Fourth o/w/o Israel Wilenitz. (Attachments: # 1 Declaration # 2 Exhibit 1 # 3 Exhibit 2 # 4 Exhibit 3 # 5 Exhibit 4 # 6 Exhibit 5 # 7 Exhibit 6 # 8 Exhibit 7 # 9 Exhibit 8 # 10 Exhibit 9)(Chaitman, Helen) (Entered: 01/16/2019) |
| 01/22/2019 | 127<br>(82 pgs; 2 docs) | Letter regarding defendants' request for permission to Appeal Judge Maas's January 2, 2019 Order Filed by Nicholas Cremona on behalf of Irving H. Picard trustee for the liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: # 1 Exhibit A – November 19, 2018 Transcript)(Cremona, Nicholas) (Entered: 01/22/2019) |
| 1/25/2019 | 129<br>(49 pgs; 2 docs) | Letter to the Hon. Stuart M. Bernstein (related document(s)127) Filed by Helen Davis Chaitman on behalf of Sara Seims, as trustee of the Trust u/art Fourth o/w/o Israel Wilenitz, Trust u/art Fourth o/w/o Israel Wilenitz, Evelyn Berezin Wilenitz, individually, and as trustee and beneficiary of the Trust u/art Fourth o/w/o Israel Wilenitz. (Attachments: # 1 Exhibit A)(Chaitman, Helen) (Entered: 01/25/2019) |
| 02/15/2019 | 130<br>(3 pgs) | Order Signed On 2/15/2019. Re: Granting Leave To Appeal Discovery Arbitrators January 2, 2019 Order (related document(s)125, 126) (Barrett, Chantel) (Entered: 02/15/2019) |

---

[1] These documents were filed in *Picard v. Wilenitz*, Adv. Pro. No. 10-04995 but are applicable to the appeal of all of Defendants.

Dated: March 18, 2019  
       New York, New York

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
Gregory M. Dexter  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  
hchaitman@chaitmanllp.com  
gdexter@chaitmanllp.com

*Attorneys for Defendants-Appellants*

# **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that I caused a true and correct copy of the foregoing documents(s) to be served upon the parties in this action who receive electronic service through CM/ECF. I certify under penalty of perjury that the foregoing is true and correct.

Dated: March 18, 2019                                        */s/ Helen Davis Chaitman*