UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| In re:<br><br>BERNARD L. MADOFF INVESTMENT<br>SECURITIES LLC,<br>                Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

**AFFIDAVIT OF MAILING**

| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

Tassie Powers Barr, being duly sworn, deposes and says:

1.    I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On March 15, 2019 I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18552)
    2.  Declaration of Vineet Sehgal in Support of the Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18553)
    3.  Notice of Hearing on Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity (Docket Number 18554)

Executed on March 15, 2019

_____
Tassie Powers Barr

Sworn to and subscribed before me this 15th day of March, 2019

Susan Crouch Weaver
Notary Public,
State of Texas
Expires: 04/18/2019

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A
March 15, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| Milberg LLP | Birt Reynolds | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Seeger Weiss LLP | Stephen A Weiss | One William Street | New York | NY | 10004 | Counsel |
| Redacted for confidentiality reasons | c/o Kachroo Legal Services, P.C | 245 Park Avenue, 24th and 39th Floors | NEW YORK | NY | 10167 | Counsel |