UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re:<br><br> BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br> v.<br><br> FRANK J. AVELLINO, et al.,<br><br>                Defendants. | Adv. Pro. No. 10-05421 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW DEBORAH H. RENNER AS AN ATTORNEY OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the Motion to Withdraw Deborah H. Renner as an Attorney of Record Pursuant to

Local Bankruptcy Rule 2090-1(e), and for good cause shown therein, IT IS HEREBY

ORDERED that Deborah H. Renner, Esq. formerly of Baker Hostetler, is withdrawn as a

attorney of record on behalf of the following Plaintiff IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities.

IT IS FURTHER ORDERED that Deborah H. Renner, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated: March **19th**, 2019
New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE