**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Kristin L. Keranen
kkeranen@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> PATRICE M. AULD, MERRIT KEVIN AULD, and JAMES P. MARDEN, <br><br> Defendants. | Adv. Pro. No. 10-04343 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 17560), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for March 27, 2019 has been further adjourned until **June 26, 2019 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
        March 21, 2019

                                                BAKER & HOSTETLER LLP

                                                By: */s/ Nicholas J. Cremona*
                                                45 Rockefeller Plaza
                                                New York, New York 10111
                                                Telephone: 212.589.4200
                                                Facsimile: 212.589.4201
                                                David J. Sheehan
                                                Email: dsheehan@bakerlaw.com
                                                Nicholas J. Cremona
                                                Email: ncremona@bakerlaw.com
                                                Kristin L. Keranen
                                                Email: kkeranen@bakerlaw.com

                                                *Attorneys for Plaintiff Irving H. Picard, Trustee for*
                                                *the Substantively Consolidated SIPA*
                                                *Liquidation of Bernard L. Madoff Investment*
                                                *Securities LLC and the Estate of Bernard L. Madoff*