## File a Notice:

10-04348-smb Irving H. Picard, Trustee for the Liquidation of B v. Marden Family Limited Partnership, a Delaware limi

### U.S. Bankruptcy Court

### Southern District of New York

Notice of Electronic Filing

The following transaction was received from Nicholas Cremona entered on 3/21/2019 at 5:15 PM and filed on 3/21/2019

| | |
|---|---|
| **Case Name:** | Irving H. Picard, Trustee for the Liquidation of B v. Marden Family Limited Partnership, a Delaware limi |
| **Case Number:** | 10-04348-smb |
| **Document Number:** | 109 |

**Docket Text:**
Notice of Adjournment of Hearing */Notice of Adjournment of PreTrial* filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 6/26/2019 at 10:00 AM at Courtroom 723 (SMB) (Cremona, Nicholas)

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** M:\LitSupport\LReyes - M\ECF Filings\!2090321\10-04348 - Notice of Adjournment of the Pre-Trial Conference - March 2019.pdf
**Electronic document Stamp:**
[STAMP NYSBStamp_ID=842906028 [Date=3/21/2019] [FileNumber=18107995-0]
[82a6b1c1c6be383da83b72c2a76f88a730f9866d0eaab70f7e30795f8254700a1fda
8d3a98c23dfb7021de5836671bc460b00841864f6451c51877406c921291]]

**10-04348-smb Notice will be electronically mailed to:**

Kevin H. Bell on behalf of Intervenor Securities Investor Protection Corp.
kbell@sipc.org, rcotchan@sipc.org

Stacey Ann Bell on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
sbell@bakerlaw.com

Nicholas Cremona on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff
ncremona@bakerlaw.com, nlandrio@bakerlaw.com;bhaa@bakerlaw.com;bhlitdocket@bakerlaw.com

Marc E. Hirschfield on behalf of Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment