# Exhibit 3

**JPMorganChase**

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

00002000 CEN 802 1 27207 - NNN  1 000000003 C1 0000
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

September 01, 2007 -
September 28, 2007

**Page 1 of 35**

**Account Number**
000000140081703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer
Service Professional.



## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $156,000.55 |
| Opening Collected Balance | | $.55 |
| Deposits and Credits | 146 | $10,422,495,256.13 |
| Withdrawals and Debits | 198 | $10,422,266,256.56 |
| Checks Paid | 3 | $8,500.00 |
| Ending Ledger Balance | | $376,500.12 |
| Ending Collected Balance | | $.12 |
| Sweep Investment Account(s): Other | | $9,918,924.00 |
| Combined Ledger Balance | | $10,295,424.12 |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 09/01 | | OPENING LEDGER BALANCE | *** Balance *** | $156,000.55 |
| 09/01 | | OPENING COLLECTED BALANCE | *** Balance *** | $.55 |
| 09/04 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP083107 . TRN: 2432003107XN YOUR REF: 31Y9996782243 | | $39,501,940.00 |
| 09/04 | | BOOK TRANSFER CREDIT B/O: MONEY DESK HOUSE ACCOUNT NEWARK DE 19713- REF: MANUALLY PAYMENT FOR DEAL #[REDACTED]9110 TRN: 0002300247EB YOUR REF: MAIL OF 07/09/04 | | $340,343,777.78 |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

08-01789-cgm    Doc 18596-3    Filed 03/22/19    Entered 03/22/19 14:23:15    Exhibit 3
Pg 3 of 3
18-Dec-08
18Dec08-344
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

**JPMorganChase**

September 01, 2007 -
September 28, 2007

Page 3 of 35

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 09/04 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: FIRST TRUST CORPORATION DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=FIRST TRUST CORPORATION DENVER, CO 80202-3323 OBI=PAUL SCHUPAK ZR333 SSN: 4827 TRN: 9359400247FC YOUR REF: 1031907 | | $9,189.94 |
| 09/04 | | DEPOSIT    2489<br>1 DAY FLOAT    09/05    $2,232,552.03<br>2 DAY FLOAT    09/06    $216,260.82<br>3 DAY FLOAT    09/07    $13,442.18 | | $2,642,255.03 |
| 09/04 | | DEPOSIT    2490<br>1 DAY FLOAT    09/05    $1,500.00<br>2 DAY FLOAT    09/06    $6,000.00 | | $7,500.00 |
| 09/04 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $39,501,940.00 RATE=04.96% FOR INVESTMENT DATED 08/31/07. REF=CPSWP083107 TRN: 2471000886XP YOUR REF: 31Y9970886247 | | $21,769.96 |
| 09/04 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADDOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 070831 TO 070904 RATE 5.0828 TRN: 0724700273AN YOUR REF: NC0432351609040701 | | $150,084,714.33 |
| 09/04 | | BOOK TRANSFER DEBIT A/C: REDACTED 2645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4720100247JK YOUR REF: M044678850477241 | $400,000,000.00 | |
| 09/04 | | FEDWIRE DEBIT VIA: BQE NAT PARIS/026007689 A/C: BNP PARIBAS DUBLIN IMAD: 0904B1QGC08C004887 TRN: 1779700247JO YOUR REF: BNP | $50,000,000.00 | |
| 09/04 | | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC/021001033 A/C: SANTANDER TRUST & BANKING CORPBAHAMAS BEN: LEGACY CAPITAL LIMITED REDACTED REF: TELE TELEBEN BNF IMAD: 0904B1QGC01C004196 TRN: 1779800247JO YOUR REF: JODI | $50,000,000.00 | |
| 09/04 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: MAXAM ABSOLUTE RETURN FUND, L.IMAD: 0904B1QGC04C004128 TRN: 1779900247JO YOUR REF: MAXAM | $36,300,000.00 | |
| 09/04 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC, LONDON BEN: HSSL REDEMPTION PROCEEDS ACCOUL-2014 LUXEMBOURG REF: BNF-REF- ALPHA PRIME EQUITY HEDGED FUND IMAD: 0904B1QGC01C004197 TRN: 1780000247JO YOUR REF: CAP OF 07/09/04 | $4,500,000.00 | |