# Exhibit 4

**JPMorganChase**

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

00001900 CEN 802 1 30507 - NNN  1  000000010 C1 0000
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

September 29, 2007 -
October 31, 2007

**Page 1 of 45**

**Account Number**
000000140081703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer
Service Professional.



## Commercial Checking

### Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $376,500.12 |
| Opening Collected Balance |  | $.12 |
| Deposits and Credits | 208 | $12,098,922,891.52 |
| Withdrawals and Debits | 201 | $12,088,229,159.85 |
| Checks Paid | 9 | $10,007,500.00 |
| **Ending Ledger Balance** |  | **$1,062,731.79** |
| **Ending Collected Balance** |  | **$.79** |
| Sweep Investment Account(s): |  |  |
| Other |  | $9,358,636.00 |
| **Combined Ledger Balance** |  | **$10,421,367.79** |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 09/29 |  | OPENING LEDGER BALANCE | *** Balance *** | $376,500.12 |
| 09/29 |  | OPENING COLLECTED BALANCE | *** Balance *** | $.12 |
| 10/01 |  | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP092807 . TRN: REDACTED 53XN YOUR REF: 31Y9996818271 |  | $9,918,924.00 |

Please examine this statement of account at once. By continuing to use the account, you agree that: (1) the account is
subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge
to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty
days of the mailing or availability of the first statement on which the error or charge appears.

JPMSAB0003870

**JPMorganChase**

September 29, 2007 -
October 31, 2007

Page 12 of 45

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/04 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADDOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 071003 TO 071004 RATE 4.6506 TRN: 0727700197AN YOUR REF: NC0702618410040701 | | $85,010,980.58 |
| 10/04 | | BOOK TRANSFER DEBIT A/C: REDACTED 2645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 0730900277JK YOUR REF: M071415190470204 | $400,000,000.00 | |
| 10/04 | | FEDWIRE DEBIT VIA: BOE NAT PARIS/026007689 A/C: BNP PARIBAS DUBLIN IMAD: 1004B1QGC01C00236B TRN: 1093500277JO YOUR REF: BNPLEG | $27,000,000.00 | |
| 10/04 | | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC/021001033 A/C: SANTANDER TRUST & BANKING CORPBAHAMAS BEN: LEGACY CAPITAL LIMITED REDACTED REF: TELE TELEBEN BNF IMAD: 1004B1QGC03C002135 TRN: 1093400277JO YOUR REF: JODI | $27,000,000.00 | |
| 10/04 | | FEDWIRE DEBIT VIA: SIGNATURE BANK/026013576 A/C: ALEXANDRE AND LORI CHEMLA IMAD: 1004B1QGC02C002396 TRN: 1093600277JO YOUR REF: CHEMLA | $500,000.00 | |
| 10/04 | | FEDWIRE DEBIT VIA: F121000358/121000358 A/C: RUSSELL LIPKIN & KAREN K. YOKOLIPKIN REF: BNF-FFC-ACC- REDACTED 5690, RUSSELL LIPKIN & KAREN K. YOKOMIZO-LIPKIN/TIME/10:57 IMAD: 1004B1QGC04C002093 TRN: 1093700277JO YOUR REF: RKLIPKIN | $14,000.00 | |
| 10/04 | | JP MORGAN CHASE & CO DEP TAKEN A/C:BERNARD L MADDOFF 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 071004 TO 071005 RATE 4.6506 TRN: 0727700517AN YOUR REF: ND0714546410040701 | $140,000,000.00 | |
| 10/04 | | FUNDING XFER TO 006301428151509 TRN: 0190000262RF | $6,011,663.45 | |
| 10/04 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100407. YOUR REF: 31Y9996750277 | $7,724,377.00 | |
| 10/04 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $545,720.33 |
| 10/04 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.33 |
| 10/05 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP100407. TRN: 2772003102XN YOUR REF: 31Y9996750277 | | $7,724,377.00 |
| 10/05 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA, NA- TREASURY NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3498700278JK YOUR REF: 06657139 | | $450,417,375.00 |

JPMSAB0003881