# Exhibit 5

## JPMorganChase

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

May 31, 2008 -
June 30, 2008

Page 1 of 55

**Account Number**
000000140081703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00000036 CEN 802 7 18308 - NNN  1 000000005 H1 0000
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

## Commercial Checking

### Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $599,578.82 |
| Opening Collected Balance |  | $.82 |
| Deposits and Credits | 230 | $11,329,913,914.66 |
| Withdrawals and Debits | 213 | $11,328,789,188.54 |
| Checks Paid | 5 | $11,500.00 |
| Ending Ledger Balance |  | $1,712,804.94 |
| Ending Collected Balance |  | $.94 |
| Sweep Investment Account(s):<br>Other |  | $14,985,598.00 |
| Combined Ledger Balance |  | $16,698,402.94 |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 05/31 |  | OPENING LEDGER BALANCE | *** Balance *** | $599,578.82 |
| 05/31 |  | OPENING COLLECTED BALANCE | *** Balance *** | $.82 |
| 06/02 |  | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP053008 . TRN: 1512003412XN YOUR REF: 31Y9997033151 |  | $9,450,806.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

JPMSAB0004257

# JPMorganChase

May 31, 2008 -
June 30, 2008

Page 15 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/06 | | DEPOSIT  2027<br>1 DAY FLOAT  06/09  $115,000.00<br>2 DAY FLOAT  06/10  $20,000.00 | | $233,774.00 |
| 06/06 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $14,638,464.00 RATE=01.50% FOR INVESTMENT DATED 06/05/08. REF=CPSWP060508 TRN: 1581000797XP<br>YOUR REF: 31Y9970797158 | | $609.94 |
| 06/06 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080605 TO 080606 RATE 1.9001 TRN: 0815800160AN<br>YOUR REF: NC86293480606081 | | $100,005,278.06 |
| 06/06 | | BOOK TRANSFER DEBIT A/C: [REDACTED]2645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2046500158JK<br>YOUR REF: M088001100670440 | $300,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: BARCLAYS PLC/026002574 A/C: BARCLAYS CAP SEC LTD LONDON LONDON ENGLAND BEN: MADOFF SEC INTL LTD LONDON LONDON REF: TELE TELEBEN BNF/TIME/10:31 IMAD: 0606B1QGC02C002212 TRN: 0994300158JO<br>YOUR REF: JODI | $15,870,880.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: BQE NAT PARIS/026007689 A/C: BNP PARIBAS DUBLIN IMAD: 0606B1QGC06C002133 TRN: 0994400158JO<br>YOUR REF: BNPLEG | $10,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC/021001033 A/C: SANTANDER TRUST & BANKING CORPBAHAMAS BEN: LEGACY CAPITAL LIMITED WICKHAMS CAY, ROAD TOWN REF: TELE TELEBEN BNF IMAD: 0606B1QGC05C001984 TRN: 0994500158JO<br>YOUR REF: JODI | $10,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: NANTUCKET SVGS BK/211370134 A/C: PATRICIA A. HALSTED REF: BNF-FFC-ACC, [REDACTED]0247, PATRICIA A.HALSTED, ATTORNEY AT LAW CLIENTS IOLTA ACCOUNT IMAD: 0606B1QGC06C002134 TRN: 0994600158JO<br>YOUR REF: HALSTED | $6,005,000.00 | |
| 06/06 | | BOOK TRANSFER DEBIT A/C: PJ ADMSTR LLC NEW YORK NY 10017- ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE TRN: 0994700158JO<br>YOUR REF: JODI | $850,000.00 | |

JPMSAB0004271