**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>    Defendant. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

  I, Nathanael Kelley, hereby certify that on March 22, 2019, I caused the Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion for Summary Judgment, to be served, by electronic mail, upon Counsel at the e-mail address listed on the service list attached as Exhibit A.

I further certify that on March 22, 2019, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.

        _s/Nathanael S. Kelley_
        NATHANAEL S. KELLEY

## **Exhibit A**

Defendant Counsel:

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney For: Legacy Capital Ltd.