**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>LEGACY CAPITAL LTD.,<br><br>      Defendant. | Adv. Pro. No. 10-05286 (SMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa–78*lll*, the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the following:

>    Kevin H. Bell
>    Senior Associate General Counsel for Dispute Resolution
>    Securities Investor Protection Corporation
>    1667 K St., NW, Suite 1000
>    Washington, D.C. 20006
>    Telephone: (202) 371-8300
>    Facsimile: (202) 223-1679
>    Email: kbell@sipc.org

Dated:   March 22, 2019
        Washington, D.C.

   /s/ Kevin H. Bell
KEVIN H. BELL
Senior Associate General Counsel
 for Dispute Resolution
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Facsimile: (202) 223-1679
Email: kbell@sipc.org