**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-05286 (SMB) |
| v. | |
| LEGACY CAPITAL LTD., | |
| Defendant. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa–78*lll*, the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the following:

> Nathanael S. Kelley
> Associate General Counsel
> Securities Investor Protection Corporation
> 1667 K St., NW, Suite 1000
> Washington, D.C. 20006
> Telephone: (202) 371-8300
> Facsimile: (202) 223-1679
> Email: nkelley@sipc.org

Dated: March 22, 2019
Washington, D.C.

   /s/ Nathanael S. Kelley
NATHANAEL S. KELLEY
Associate General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Facsimile: (202) 223-1679
Email: nkelley@sipc.org