**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>LEGACY CAPITAL LTD.,<br><br>    Defendant. | Adv. Pro. No. 10-05286 (SMB) |

## CERTIFICATE OF SERVICE

I, Nathanael Kelley, hereby certify that on March 22, 2019, I caused the Notices of Appearance for Kevin H. Bell and for Nathanael S. Kelley of the Securities Investor Protection Corporation to be served, by electronic mail, upon Counsel at the e-mail address listed on the service list attached as Exhibit A.

I further certify that on March 22, 2019, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.

    *s/Nathanael S. Kelley*
    NATHANAEL S. KELLEY

# Exhibit A

Defendant Counsel:

Nicholas F. Kajon
Stevens & Lee P.C.
Email: nfk@stevenslee.com
Attorney For: Legacy Capital Ltd.