Isaac M. Neuberger
Neuberger, Quinn, Gielen, Rubin & Gibber, P.A.
One South Street, 27th Floor
Baltimore, Maryland  21202
T (410) 332-8510 / F (410) 332-8511

*Attorneys for the Kohn Defendants*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>SONJA KOHN, *et al.,*<br><br>        Defendants. | Adv. Pro. No. 10-5411 (SMB) |

<u>**ORDER GRANTING ADMISSION TO PRACTICE,** *PRO HAC VICE*</u>

Upon the motion of Isaac M. Neuberger to be admitted, ***pro hac vice***, to represent Mrs.

Sonja Kohn (**"Mrs. Kohn"**), Infovaleur, Inc. (**"Infovaleur"**), Tecno Development & Research,

Ltd. (**"Tecno Gibraltar"**) (collectively, the **"Client"**), in the above referenced adversary case and

upon the movant's certification that the movant is a member in good standing of the bar in the State

1

353738/4460.1

4830-4010-4333, v. 1

of Maryland and, it is hereby

**ORDERED**, that Isaac M. Neuberger, Esq., is admitted to practice, ***pro hac vice***, in the

above referenced adversary proceeding to represent the Client, in the United States Bankruptcy

Court for the Southern District of New York, provided that the filing fee has been paid.


Dated: **March 25th, 2019**
New York, New York                    **/s/ STUART M. BERNSTEIN**
                                       UNITED STATES BANKRUPTCY JUDGE

353738/4460.1

4830-4010-4333, v. 1