**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (BRL)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>SONJA KOHN, *et al.,*<br><br>  Defendants. | Adv. Pro. No. 10-5411 (SMB) |

## ORDER GRANTING ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Steven W. Rhodes to be admitted, *pro hac vice*, to represent Mrs. Sonja Kohn (**"Mrs. Kohn"**), Infovaleur, Inc. (**"Infovaleur"**), Tecno Development & Research, Ltd. (**"Tecno Gibraltar"**) (collectively, the **"Client"**), in the above referenced adversary case and upon the movant's certification that the movant is a member in good standing of the bar in the State of Michigan and, it is hereby **ORDERED**, that Steven W. Rhodes, Esq., is admitted to practice, *pro hac vice*, in the above referenced adversary proceeding to represent the Client, in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

1

Dated: **March 26th, 2019**
New York, New York                    **/s/ STUART M. BERNSTEIN**
                                      UNITED STATES BANKRUPTCY JUDGE

4836-2566-8493, v. 1