**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTER SCHEDULED**
**FOR HEARING ON MARCH 27, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Notice of Settlement of an Order Lifting the Stay on Discovery of BLMIS Employees Subpoenaed by Chaitman LLP filed by Helen Davis Chaitman on behalf of Estate of Evelyn Berezin Wilenitz (Filed: 2/28/2019) [ECF No. 18524]

    B.  Objection to Order Lifting the Stay on Discovery of BLMIS Employees Subpoenaed by Chaitman LLP filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/5/2019) [ECF No. 18530]

   Status:  This matter is going forward as a status conference.

2.  **08-01789; SIPC v. BLMIS/10-04667; Picard v. David Gross, et al.**

  A. Letter filed by David Gross (Filed: 1/29/2019) [ECF No. 18447]

  B. Letter Re: Please Advise Disposition On Underlying Liens Filed by David and Irma Gross (Filed: 1/29/2019) [ECF No. 18475]

  C. Letter to Judge Bernstein Responding to Letter of Mr. David Gross Filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/14/2019) [ECF No. 18478]

  D. Statement/Exhibit A filed by David and Irma Gross (Filed: 2/15/2019) ECF No. 18496]

  E. Order to Show Cause Signed on 2/26/2019 [ECF No. 18515]

  F. Response and Memorandum of Law Addressing Issues Presented in Order to Show Cause filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/20/2019) [ECF No. 18587]

  G. Declaration of Richard G. Spring filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/20/2019) [ECF No. 18588]

  Status:  This matter is going forward.

3.  **10-04898; Picard v. Helene Saren-Lawrence**

  A. Order on Hardship Submission Schedule and Setting Next Pretrial Conference [ECF 174]

Status: This matter is going forward as a Pre-Trial Conference.

Dated: March 26, 2019
       New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Keith R. Murphy
Email: kmurphy@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*