JOSEPHINE WANG
General Counsel
KEVIN H. BELL
Senior Associate General Counsel
 For Dispute Resolution
NATHANAEL S. KELLEY
Associate General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., N.W., Suite 1000
Washington, D.C.  20006
Telephone:  (202) 371-8300
E-mail:    jwang@sipc.org
              kbell@sipc.org
              nkelley@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

IRVING H. PICARD, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L.
Madoff Investment Securities LLC and Bernard L.
Madoff,

        Plaintiff,

      v.

BAM L.P., MICHAEL MANN, and MERYL MANN,

        Defendants.

Adv. Pro. No. 10-04390 (SMB)

## CERTIFICATE OF SERVICE

I, Nathanael S. Kelley, hereby certify that on March 27, 2019, I caused the Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion for Summary Judgment, to be served, by electronic mail, upon Counsel at the e-mail address listed on the service list attached as Exhibit A.

I further certify that on March 27, 2019, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.


                   ___*s/Nathanael S. Kelley*_____
                   NATHANAEL S. KELLEY

## EXHIBIT A

**Arthur H. Ruegger**, **Esq.**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
arthur.ruegger@dentons.com