# EXHIBIT A

## TRUSTEE'S REPLY TO DEFENDANTS' OBJECTIONS AND COUNTERSTATEMENTS

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 1. | - Incorrect and Imprecise<br>- Unrelated to Madoff's Detention | - No Genuine Dispute<br>- Immaterial Additional Statements | N/A |
| 2. | No Dispute | N/A | N/A |
| 3. | Undisputed but Needs Clarification | - No Genuine Dispute<br>- Immaterial Additional Statements | N/A |
| 4. | Incorrect, Improper Reliance on Defendants' Answer | - No Genuine Dispute<br>- Improper Legal Argument<br>- Answer Properly Cited<br>- Immaterial Additional Statements | - Undisputed BLMIS operated as sole proprietorship until 2001, and Defendants' accounts were opened prior to then, with BLMIS. |
| 5. | Incorrect, Improper Reliance on Defendants' Answer | - No Genuine Dispute<br>- Improper Legal Argument<br>- Answer Properly Cited<br>- Immaterial Additional Statements | - Undisputed BLMIS operated as sole proprietorship until 2001, and Defendants' accounts were opened prior to then, with BLMIS. |
| 6. | Incorrect, Improper Reliance on Defendants' Answer | - No Genuine Dispute<br>- Improper Legal Argument<br>- Answer Properly Cited<br>- Immaterial Additional Statements | - Undisputed BLMIS operated as sole proprietorship until 2001, and Defendants' accounts were opened prior to then, with BLMIS. |

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 7. | Undisputed but Needs Clarification | - No Genuine Dispute<br>- Immaterial Additional Statements | N/A |
| 8. | Undisputed but Needs Clarification | - No Genuine Dispute<br>- Improper Legal Argument<br>- Immaterial Additional Statements | N/A |
| 9. | - Improper Legal Argument<br>- Improper Reliance on Court Holdings | - No Genuine Dispute<br>- Improper Legal Argument<br>- Disputes Cases were Superseded/Overruled | N/A |
| 10. | Undisputed but Needs Clarification | - No Genuine Dispute<br>- Immaterial Additional Statements | N/A |
| 11. | No Dispute | N/A | N/A |
| 12. | Incomplete and Misleading | - No Genuine Dispute<br>- Disputed 509 Account Held by Bernard L. Madoff versus BLMIS | N/A |
| 13. | - Needs Clarification<br>- Discovery Material Sought by Trustee Not Material<br>- Disputed as to Inference<br>- Transfers Not Transfers of BLMIS Property | No Genuine Dispute | N/A |

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 14. | Incorrect, Prior Admission in Error and Contradicted by Documentary Evidence | • No Genuine Dispute<br>• Defendants Admitted to Transfers<br>• Improper Legal Argument | • Undisputed Defendants Received Checks From 509 Account<br>• Disputed That 509 Account Held by Bernard L. Madoff versus BLMIS |
| 15. | • Trustee Cannot Avoid Obligations<br>• Transactions Over Life of Accounts Not Relevant to Avoidance of Obligations or Transfers | • No Genuine Dispute<br>• Improper Legal Argument<br>• Materiality of Factual Statement is for Court to Determine | • Undisputed as to Dates, Withdrawal Amounts, or Account Balances on Account Statements<br>• Disputed That 509 Account Held by Bernard L. Madoff versus BLMIS<br>• Disputed that Section 548(a)(1) of the Bankruptcy Code is a Statute of Repose |
| 16. | • Trustee Cannot Avoid Obligations<br>• Transactions Over Life of Accounts Not Relevant to Avoidance of Obligations or Transfers | • No Genuine Dispute<br>• Improper Legal Argument<br>• Materiality of Factual Statement is for Court to Determine | • Undisputed as to Dates, Withdrawal Amounts, or Account Balances on Account Statements<br>• Disputed That 509 Account Held by Bernard L. Madoff versus BLMIS<br>• Disputed that Section 548(a)(1) of the Bankruptcy Code is a Statute of Repose |
| 17. | Incorrect | No Genuine Dispute | N/A |
| 18. | Not Material | • No Genuine Dispute<br>• Materiality of Factual Statement is for Court to Determine | Undisputed |

4821-9408-0141.4

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 19. | Not Material | • No Genuine Dispute<br>• Materiality of Factual Statement is for Court to Determine | N/A |
| 20. | Not Material | • No Genuine Dispute<br>• Materiality of Factual Statement is for Court to Determine | N/A |
| 21. | Incorrect | Undisputed | N/A |
| 22. | No Dispute | N/A | N/A |
| 23. | No Dispute | N/A | N/A |
| 24. | No Dispute | N/A | N/A |
| 25. | Correct but Misleading | • No Genuine Dispute<br>• Improper Legal Argument | Undisputed Trustee's Determinations Accurately Quoted |
| 26. | Trustee's Determinations Do Not Reflect Identity of Parties | No Genuine Dispute | Disputed as to Characterization of SIPA Proceedings and Schedules in Trustee's Determinations |
| 27. | No Dispute | N/A | N/A |
| 28. | • Irrelevant<br>• Mischaracterization of Objections to Trustee's Determinations | • No Genuine Dispute<br>• Defendants' Court Filings Remain Relevant | Undisputed Defendants Included Additional Arguments In Objections to Trustee's Determinations |
| 29. | Improper Legal Argument | • No Genuine Dispute<br>• Not Legal Argument but Factual Statement | N/A |

4821-9408-0141.4

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 30. | Improper Reliance on Court Holdings | • No Genuine Dispute<br>• Improper Legal Argument<br>• Not Legal Argument but Factual Statement | N/A |
| 31. | • Not Disputed as to Disallowance of Customer Claims and Objections<br>• Improper Reliance on Court Holdings | • No Genuine Dispute<br>• Not Legal Argument but Factual Statement | N/A |
| 32. | Mischaracterization as to Status of Objections | No Genuine Dispute | N/A |
| 33. | Improper Reliance on Court Holdings | • No Genuine Dispute<br>• Not Legal Argument but Factual Statement<br>• Disputes Cases were Superseded/Overruled | N/A |
| 34. | Improper Reliance on Court Holdings | • No Genuine Dispute<br>• Not Legal Argument but Factual Statement<br>• Disputes Cases were Superseded/Overruled | Disputed as to Disposition of Defendants' Objections to Trustee's Determinations |
| 35. | Not Material | • No Genuine Dispute<br>• Materiality of Factual Statement is for Court to Determine | N/A |

4821-9408-0141.4

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 36. | Not Material | • No Genuine Dispute<br>• Materiality of Factual Statement is for Court to Determine | N/A |
| 37. | Improper Reliance on Court Holdings | • No Genuine Dispute<br>• Not Legal Argument but Factual Statement | N/A |
| 38. | Incorrect | • No Genuine Dispute<br>• Immaterial Additional Statements | N/A |
| 39. | Disputed as to Inference | No Genuine Dispute | N/A |
| 40. | Undisputed but Needs Clarification | No Genuine Dispute | Undisputed, but Withdrawal Required to be Made with Prejudice |
| 41. | Improper Legal Argument | Factual Statement Informs Court's Disposition of Material Issues | N/A |
| 42. | Incorrect, Improper Reliance on Defendants' Answer | • No Genuine Dispute<br>• Improper Legal Argument<br>• Answer Properly Cited<br>• Disputed as to Existence of BLMIS prior to 2001 | • Disputed as to Existence of BLMIS prior to 2001 |

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 43. | Incorrect, Improper Legal Argument | • No Genuine Dispute<br>• Allocutions Speak for Themselves<br>• Improper Legal Argument | • Disputed as to Existence of Ponzi Scheme<br>• Disputed as to Characterization of Defendants' Returns<br>• Disputed as to "Early Redeeming Investors"<br>• Disputed as to BLMIS's Purchases of Treasuries Were for Customer Accounts<br>• Undisputed as to BLMIS's 703 Account<br>• Disputed as to Amounts in 703 Account "Held and Invested"<br>• Undisputed as to Madoff and BLMIS Employees' Guilty Pleas |
| 44. | Denied Knowledge or Information in Defendants' Answer | • No Genuine Dispute<br>• Allocutions Are Admissible Evidence | N/A |
| 45. | • Improper Reliance on Defendants' Answer<br>• Denied Knowledge or Information in Defendants' Answer | • No Genuine Dispute<br>• Answer Properly Cited | • Undisputed as to Guilty Plea and Charges<br>• Disputed as to Madoff Pleading He Perpetrated Ponzi Scheme |

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 46. | Improper Reliance on Allocutions | - No Genuine Dispute<br>- Allocutions Speak for Themselves<br>- Improper Legal Argument<br>- Allocutions Are Admissible Evidence | N/A |
| 47. | Mischaracterization of Allocation | - No Genuine Dispute<br>- Allocutions Speak for Themselves<br>- No Evidence BLMIS Securities Purchases Were for Customer Accounts | - Undisputed Madoff and Employees Did Not Execute Split-Strike Strategy<br>- Disputed as to Evidence BLMIS Traded in Treasuries and Other Investments for Customer Accounts |
| 48. | Improper Reliance on Allocation | - No Genuine Dispute<br>- Allocutions Speak for Themselves<br>- Allocutions Are Admissible Evidence<br>- No Evidence BLMIS Securities Purchases Were for Customer Accounts | N/A |
| 49. | Incorrect, Evidence of Purchases and Trade in Securities, Proceeds Used for Redemption Payments | - No Genuine Dispute<br>- No Evidence BLMIS Securities Purchases Were for Customer Accounts | N/A |
| 50. | No Dispute | N/A | N/A |

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 51. | Improper Reliance on Allocution | - No Genuine Dispute<br>- Allocutions Speak for Themselves<br>- Allocutions Are Admissible Evidence<br>- No Evidence BLMIS Securities Purchases Were for Customer Accounts | N/A |
| 52. | Mischaracterization of Allocution | - No Genuine Dispute<br>- Allocutions Speak for Themselves | - Undisputed as to Guilty Plea and Charges<br>- Disputed as to Characterization of Allocution |
| 53. | Improper Reliance on Allocution | - No Genuine Dispute<br>- Allocutions Speak for Themselves<br>- Allocutions Are Admissible Evidence | N/A |
| 54. | Incomplete | No Genuine Dispute | - Undisputed as to Guilty Plea and Charges<br>- Disputed as to Characterization of Allocution |
| 55. | Mischaracterization of Allocution | - No Genuine Dispute<br>- Allocutions Speak for Themselves<br>- Disputed as to Characterization of Allocution | N/A |
| 56. | No Dispute | N/A | N/A |

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| 57. | Mischaracterization of Allocation | • No Genuine Dispute<br>• Allocutions Speak for Themselves | N/A |
| 58. | Incomplete | No Genuine Dispute | • Undisputed as to Guilty Plea and Charges<br>• Disputed as to Characterization of Allocution |
| 59. | Disputed as to Inference | • No Genuine Dispute<br>• Allocutions Speak for Themselves<br>• No Evidence BLMIS Securities Purchases Were for Customer Accounts | • Undisputed Madoff and Employees Did Not Execute Split-Strike Strategy<br>• Disputed as to Evidence BLMIS Traded in Treasuries and Other Investments for Customer Accounts |
| 60. | Incomplete | No Genuine Dispute | • Undisputed as to Guilty Plea and Charges<br>• Disputed as to Characterization of Allocution |
| 61. | No Dispute | N/A | N/A |
| 62. | Improper Use of Term "BLMIS" | • No Genuine Dispute<br>• Disputed 509 Account Held by Bernard L. Madoff versus BLMIS<br>• Undisputed BLMIS Did Not Execute Split-Strike Strategy<br>• No Evidence BLMIS Treasuries Purchases Were for Customer Accounts | • Undisputed Madoff and Employees Did Not Execute Split-Strike Strategy<br>• Disputed as to Evidence BLMIS Traded in Treasuries and Other Investments for Customer Accounts |

4821-9408-0141.4

| Trustee Statement | Defendants' Objection | Trustee's Reply to Defendants' Objections | Trustee's Reply to Defendants' Counterstatement |
|---|---|---|---|
| **63.** | Improper Use of Term "BLMIS" | • No Genuine Dispute<br>• Allocutions Speak for Themselves | • Undisputed Defendants Received Checks from 509 Account<br>• Disputed That 509 Account Held by Bernard L. Madoff versus BLMIS |
| **64.** | • Not Material<br>• Improper Legal Argument<br>• Mischaracterization of Defendants' Opposition to Trustee's Motion in Limine | Factual Statements Inform Court's Disposition of Material Issues | N/A |

4821-9408-0141.4