# EXHIBIT 1

## DECLARATION II REGARDING JPMORGAN BANK RECORDS

### Case No.: 08-01789 (SMB)

Linda Coribello, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3. I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan"), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4. Bernard L. Madoff Investment Securities LLC ("BLMIS") maintained account numbers 140081703 and 6301428151509 (the "Accounts") at JPMorgan.

5. Based on my review of communications between the Trustee or his agents and JPMorgan, I understand that (A) on or about December 19, 2008, Irving H. Picard notified JPMorgan of his court appointment as Trustee ("Trustee") under the Securities Investor Protection Act for the liquidation of BLMIS, and requested bank records relating to the Accounts; (B) thereafter, the Trustee and his agents requested bank records relating to the Accounts from JPMorgan on a rolling basis; and (C) between December 2008 and 2009, JPMorgan produced to the Trustee or his agents, bank documents relating to the Accounts, including but not limited to, Account Statements, List Post Reports, and Spreadsheets Reflecting Wire Transfers.

6. I am familiar with and have knowledge of JPMorgan's practice of making, maintaining, and producing bank records such as those listed on Exhibit A hereto, including, but not limited to, Account Statements, List Post Reports, "Check Research and Adjustments" System Output Records, and Spreadsheets Reflecting Wire Transfers.

7. Based on my knowledge of JPMorgan's practices and procedures, the bank records listed on Exhibit A hereto contain distinctive characteristics of original bank documents made and kept by JPMorgan in the ordinary course of business, including, but not limited to some or all of the following: Account numbers 140081703 and 6301428151509, the routing number of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity, Statement Codes, Reference numbers or descriptions, sequence numbers, serial numbers, transaction numbers, scan string numbers, hit numbers, a JPMorgan Uniform Resource Locator address, and the logo or insignia of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity.

8. Based on my knowledge of JPMorgan's practices and procedures, the bank records listed on Exhibit A hereto also contain distinctive characteristics of bank documents produced by JPMorgan, including production notations labeled "GROUPID," and other details regarding scanning and production of JPMorgan's customers' bank records in response to subpoenas, court orders, and requests for documents, including records requests from current or former JPMorgan bank customers.

SB 892924 F1

9. Based on my knowledge of JPMorgan's practices and procedures, the distinctive characteristics, including production notations, appearing on the records listed on Exhibit A are only placed on documents if they are JPMorgan business records. The bank records identified on Exhibit A appear to be JPMorgan business records.

10. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

11. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were kept in the regular course of JPMorgan's business.

12. It is JPMorgan's regular practice to make records of transactions such as those listed on Exhibit A in the ordinary course of business.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2017

By: _____

Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

# EXHIBIT A

**ACCOUNT STATEMENTS (JPMorgan Account 140081703)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | JPMSAB0000001 | 18. | JPMSAB0000923 | 35. | JPMSAB0001840 | 52. | JPMSAB0002742 | 69. | JPMSAB0003705 |
| 2. | JPMSAB0000049 | 19. | JPMSAB0000995 | 36. | JPMSAB0001885 | 53. | JPMSAB0002810 | 70. | JPMSAB0003769 |
| 3. | JPMSAB0000100 | 20. | JPMSAB0001048 | 37. | JPMSAB0001937 | 54. | JPMSAB0002865 | 71. | JPMSAB0003831 |
| 4. | JPMSAB0000152 | 21. | JPMSAB0001100 | 38. | JPMSAB0001983 | 55. | JPMSAB0002926 | 72. | JPMSAB0003870 |
| 5. | JPMSAB0000212 | 22. | JPMSAB0001149 | 39. | JPMSAB0002040 | 56. | JPMSAB0002971 | 73. | JPMSAB0003915 |
| 6. | JPMSAB0000255 | 23. | JPMSAB0001202 | 40. | JPMSAB0002089 | 57. | JPMSAB0003022 | 74. | JPMSAB0003950 |
| 7. | JPMSAB0000317 | 24. | JPMSAB0001244 | 41. | JPMSAB0002150 | 58. | JPMSAB0003082 | 75. | JPMSAB0004010 |
| 8. | JPMSAB0000375 | 25. | JPMSAB0001298 | 42. | JPMSAB0002208 | 59. | JPMSAB0003129 | 76. | JPMSAB0004065 |
| 9. | JPMSAB0000422 | 26. | JPMSAB0001353 | 43. | JPMSAB0002274 | 60. | JPMSAB0003180 | 77. | JPMSAB0004091 |
| 10. | JPMSAB0000465 | 27. | JPMSAB0001405 | 44. | JPMSAB0002321 | 61. | JPMSAB0003234 | 78. | JPMSAB0004132 |
| 11. | JPMSAB0000516 | 28. | JPMSAB0001452 | 45. | JPMSAB0002381 | 62. | JPMSAB0003291 | 79. | JPMSAB0004195 |
| 12. | JPMSAB0000569 | 29. | JPMSAB0001515 | 46. | JPMSAB0002444 | 63. | JPMSAB0003358 | 80. | JPMSAB0004257 |
| 13. | JPMSAB0000624 | 30. | JPMSAB0001568 | 47. | JPMSAB0002491 | 64. | JPMSAB0003405 | 81. | JPMSAB0004312 |
| 14. | JPMSAB0000673 | 31. | JPMSAB0001629 | 48. | JPMSAB0002537 | 65. | JPMSAB0003457 | 82. | JPMSAB0004356 |
| 15. | JPMSAB0000734 | 32. | JPMSAB0001680 | 49. | JPMSAB0002581 | 66. | JPMSAB0003510 | 83. | JPMSAB0004407 |
| 16. | JPMSAB0000795 | 33. | JPMSAB0001733 | 50. | JPMSAB0002636 | 67. | JPMSAB0003581 | 84. | JPMSAB0004455 |
| 17. | JPMSAB0000860 | 34. | JPMSAB0001791 | 51. | JPMSAB0002690 | 68. | JPMSAB0003639 | 85. | JPMSAB0004518 |

**ACCOUNT STATEMENTS (JPMorgan Account 6301428151509)**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 86. | JPMTAA0000002 | 103. | JPMTAA0000054 | 120. | JPMTAA0000120 | 137. | JPMTAA0000190 | 154. | JPMTAA0000251 |
| 87. | JPMTAA0000005 | 104. | JPMTAA0000057 | 121. | JPMTAA0000140 | 138. | JPMTAA0000193 | 155. | JPMTAA0000254 |
| 88. | JPMTAA0000008 | 105. | JPMTAA0000060 | 122. | JPMTAA0000142 | 139. | JPMTAA0000196 | 156. | JPMTAA0000257 |
| 89. | JPMTAA0000011 | 106. | JPMTAA0000063 | 123. | JPMTAA0000146 | 140. | JPMTAA0000199 | 157. | JPMTAA0000260 |
| 90. | JPMTAA0000014 | 107. | JPMTAA0000066 | 124. | JPMTAA0000149 | 141. | JPMTAA0000202 | 158. | JPMTAA0000264 |
| 91. | JPMTAA0000017 | 108. | JPMTAA0000069 | 125. | JPMTAA0000153 | 142. | JPMTAA0000205 | 159. | JPMTAA0000268 |
| 92. | JPMTAA0000020 | 109. | JPMTAA0000072 | 126. | JPMTAA0000157 | 143. | JPMTAA0000208 | 160. | JPMTAA0000272 |
| 93. | JPMTAA0000023 | 110. | JPMTAA0000088 | 127. | JPMTAA0000160 | 144. | JPMTAA0000211 | 161. | JPMTAA0000276 |
| 94. | JPMTAA0000026 | 111. | JPMTAA0000091 | 128. | JPMTAA0000163 | 145. | JPMTAA0000214 | 162. | JPMTAA0000280 |
| 95. | JPMTAA0000029 | 112. | JPMTAA0000094 | 129. | JPMTAA0000166 | 146. | JPMTAA0000217 | 163. | JPMTAA0000286 |
| 96. | JPMTAA0000033 | 113. | JPMTAA0000098 | 130. | JPMTAA0000169 | 147. | JPMTAA0000220 | 164. | JPMTAA0000292 |
| 97. | JPMTAA0000036 | 114. | JPMTAA0000102 | 131. | JPMTAA0000172 | 148. | JPMTAA0000223 | 165. | JPMTAA0000298 |
| 98. | JPMTAA0000039 | 115. | JPMTAA0000105 | 132. | JPMTAA0000175 | 149. | JPMTAA0000225 | 166. | JPMTAA0000304 |
| 99. | JPMTAA0000042 | 116. | JPMTAA0000108 | 133. | JPMTAA0000178 | 150. | JPMTAA0000228 | 167. | JPMTAA0000310 |
| 100. | JPMTAA0000045 | 117. | JPMTAA0000111 | 134. | JPMTAA0000181 | 151. | JPMTAA0000231 | 168. | JPMTAA0000316 |
| 101. | JPMTAA0000048 | 118. | JPMTAA0000114 | 135. | JPMTAA0000184 | 152. | JPMTAA0000234 | 169. | JPMTAA0000322 |
| 102. | JPMTAA0000051 | 119. | JPMTAA0000117 | 136. | JPMTAA0000187 | 153. | JPMTAA0000241 | 170. | JPMTAA0000328 |

**LIST POST REPORTS**  (JPMorgan Account 6301428151509)

| | | | | |
|---|---|---|---|---|
| 171. JPMSAG0000002 | 188. JPMSAG0000365 | 205. JPMSAG0000786 | 222. JPMSAG0001159 | 239. JPMSAG0001562 |
| 172. JPMSAG0000024 | 189. JPMSAG0000385 | 206. JPMSAG0000808 | 223. JPMSAG0001182 | 240. JPMSAG0001583 |
| 173. JPMSAG0000046 | 190. JPMSAG0000407 | 207. JPMSAG0000828 | 224. JPMSAG0001216 | 241. JPMSAG0001604 |
| 174. JPMSAG0000065 | 191. JPMSAG0000429 | 208. JPMSAG0000850 | 225. JPMSAG0001238 | 242. JPMSAG0001631 |
| 175. JPMSAG0000086 | 192. JPMSAG0000451 | 209. JPMSAG0000871 | 226. JPMSAG0001260 | 243. JPMSAG0001650 |
| 176. JPMSAG0000109 | 193. JPMSAG0000472 | 210. JPMSAG0000890 | 227. JPMSAG0001289 | 244. JPMSAG0001669 |
| 177. JPMSAG0000131 | 194. JPMSAG0000493 | 211. JPMSAG0000913 | 228. JPMSAG0001312 | 245. JPMSAG0001688 |
| 178. JPMSAG0000151 | 195. JPMSAG0000513 | 212. JPMSAG0000935 | 229. JPMSAG0001333 | 246. JPMSAG0001708 |
| 179. JPMSAG0000173 | 196. JPMSAG0000537 | 213. JPMSAG0000957 | 230. JPMSAG0001360 | 247. JPMSAG0001731 |
| 180. JPMSAG0000195 | 197. JPMSAG0000559 | 214. JPMSAG0000979 | 231. JPMSAG0001380 | 248. JPMSAG0001752 |
| 181. JPMSAG0000215 | 198. JPMSAG0000578 | 215. JPMSAG0001000 | 232. JPMSAG0001403 | 249. JPMSAG0001773 |
| 182. JPMSAG0000237 | 199. JPMSAG0000614 | 216. JPMSAG0001023 | 233. JPMSAG0001429 | 250. JPMSAG0001795 |
| 183. JPMSAG0000255 | 200. JPMSAG0000654 | 217. JPMSAG0001043 | 234. JPMSAG0001449 | 251. JPMSAG0001816 |
| 184. JPMSAG0000277 | 201. JPMSAG0000696 | 218. JPMSAG0001066 | 235. JPMSAG0001470 | 252. JPMSAG0001837 |
| 185. JPMSAG0000299 | 202. JPMSAG0000720 | 219. JPMSAG0001086 | 236. JPMSAG0001495 | 253. JPMSAG0001861 |
| 186. JPMSAG0000318 | 203. JPMSAG0000742 | 220. JPMSAG0001107 | 237. JPMSAG0001516 | 254. JPMSAG0001881 |
| 187. JPMSAG0000341 | 204. JPMSAG0000765 | 221. JPMSAG0001140 | 238. JPMSAG0001537 | 255. JPMSDM0000001 |

**"CHECK RESEARCH AND ADJUSTMENTS" SYSTEM OUTPUT RECORDS**  (JPMorgan Account 6301428151509)

| | | | | |
|---|---|---|---|---|
| 256. JPMTAA0000075 | 263. JPMTAA0000082 | 270. JPMTAA0000124 | 277. JPMTAA0000131 | 284. JPMTAA0000138 |
| 257. JPMTAA0000076 | 264. JPMTAA0000083 | 271. JPMTAA0000125 | 278. JPMTAA0000132 | 285. JPMTAA0000139 |
| 258. JPMTAA0000077 | 265. JPMTAA0000084 | 272. JPMTAA0000126 | 279. JPMTAA0000133 | |
| 259. JPMTAA0000078 | 266. JPMTAA0000085 | 273. JPMTAA0000127 | 280. JPMTAA0000134 | |
| 260. JPMTAA0000079 | 267. JPMTAA0000086 | 274. JPMTAA0000128 | 281. JPMTAA0000135 | |
| 261. JPMTAA0000080 | 268. JPMTAA0000087 | 275. JPMTAA0000129 | 282. JPMTAA0000136 | |
| 262. JPMTAA0000081 | 269. JPMTAA0000123 | 276. JPMTAA0000130 | 283. JPMTAA0000137 | |

**CLEARANCE TELLER INTEROFFICE TICKET**  (JPMorgan Account 140081703)

286. JPMSAI0000082

**SPREADSHEET REFLECTING WIRE TRANSFERS**  (JPMorgan Account 140081703)

287. JPMTAF0000001