# EXHIBIT 2

## DECLARATION III REGARDING JPMORGAN
## BANK RECORDS

### Case No.: 08-01789 (SMB)

Linda Coribello, certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.

2.  My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3.  I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan "), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4.  Bernard L. Madoff Investment Securities LLC ("BLMIS ") maintained account numbers 140081703 and 630142815 1509 (the "Accounts") at JPMorgan.

5.  I am familiar with and have knowledge of JPMorgan's practice of regularly making and sending to its customers, bank records including, but not limited to, Account Statements and List Post Reports. Records of this type are routinely prepared for the purpose of providing periodic account updates to JPMorgan's customers.

6.  Based on my knowledge of JPMorgan 's practices and procedures, with the exception of any handwritten notations , the bank records listed on Exhibit A hereto contain distinctive characteristics of original bank documents made by JPMorgan, including, but not limited to, some or all of the following: Account numbers 140081703 and 6301428151 509, the routing number of JPMorgan , The Chase Manhattan Bank, or another JPMorgan related entity, Statement Codes, Reference numbers , Sequence or Prime Sequence numbers , Serial Fields, transaction numbers, and the logo, insignia or address of JPMorgan , The Chase Manhattan Bank or another JPMorgan related entity . Records of this type were routinely made and sent to JPMorgan's customer, BLMIS , in the ordinary course of business.

7.  Based on my knowledge of JPMorgan's practices and procedures, the bank records identified on Exhibit A appear to be JPMorgan business records.

8.  Based on my knowledge of JPMorgan 's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

9.    Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were kept in the regular course of JPMorgan's business.

10.   It is JPMorgan's regular practice to make records such those listed on Exhibit A in the ordinary course of business.

11.   I declare under penalty of perjury that the foregoing is true and correct.

Dated: _December 13, 2017_

By: _____

Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

SB 892924-F1

# EXHIBIT A

### ACCOUNT STATEMENTS {JPMorgan Account 140081703}

| | | | | |
|---|---|---|---|---|
| 1. MADWAA00038598 | 9. MADWAA00131405 | 17. MADWAA00188430 | 25. MADWAA00378499 | 33. MADWAA01072715 |
| 2. MADWAA00048071 | 10. MADWAA00139882 | 18. MADWAA00189193 | 26. MADWAA00379700 | 34. MADWAA01072762 |
| 3. MADWAA00049112 | 11. MADWAA00142979 | 19. MADWAA00190910 | 27. MADWAA00384184 | 35. MADWAA01072808 |
| 4. MADWAA00051674 | 12. MADWAA00145771 | 20. MADWAA00242269 | 28. MADWAA00384769 | 36. MADWAA01072852 |
| 5. MADWAA00085853 | 13. MADWAA00146775 | 21. MADWAA00243311 | 29. MADWAA00389854 | 37. MAITAE00000001 |
| 6. MADWAA00086997 | 14. MADWAA00147886 | 22. MADWAA00244487 | 30. MADWAA00391838 | 38. MAITAE00000002 |
| 7. MADWAA00097315 | 15. MADWAAOO 183297 | 23. MADWAA00253260 | 31. MADWAA01072627 | |
| 8. MADWAA00099936 | 16. MADWAA00184733 | 24. MADWAA00257807 | 32. MADWAA01072668 | |

### ACCOUNT STATEMENTS {JPMorgan Account 6301428151509}

| | | | | |
|---|---|---|---|---|
| 39. MADWAA00377059 | 47. MADWAA00051784 | 55. MADWAA00142972 | 63. MADWAA00190986 | 71. MADWAA00332939 |
| 40. MADWAA00384767 | 48. MADWAA00056483 | 56. MADWAA00145760 | 64. MADWAA00221698 | 72. MADWAA00378495 |
| 41. MADWAA00085838 | 49. MADWAA00086995 | 57. MADWAA00146768 | 65. MADWAA00242359 | 73. MADWAA00379696 |
| 42. MADWAA00099929 | 50. MADWAA00097307 | 58. MADWAA0014 7869 | 66. MADWAA00243392 | 74. MADWAA00389847 |
| 43. MADWAA00038686 | 51. MADWAA00098319 | 59. MADWAA00183388 | 67. MADWAA00244477 | 75. MADWAA00391813 |
| 44. MADWAA00043870 | 52. MADWAA00102648 | 60. MADWAA00184819 | 68. MADWAA00247349 | 76. MAITAA0016078 |
| 45. MADWAA00048168 | 53. MADWAAOO 131385 | 61. MADWAA00188428 | 69. MADWAA00253351 | 77. MAITAA0016084 |
| 46. MADWAA00049200 | 54. MADWAA00139873 | 62. MADWAA00189261 | 70. MADWAA00257903 | |

### RECONCILIATION REPORTS / LISTS {JPMorgan Account 6301428151509}

| | | | | |
|---|---|---|---|---|
| 78. MADWAA00038688 | 86. MADWAA00097309 | 94. MADWAA00146770 | 102. MADWAA00243385 | 110. MADWAA00257905 |
| 79. MADWAA00043872 | 87. MADWAA00098321 | 95. MADWAA00147871 | 103. MADWAA00244480 | 111. MADWAA00378487 |
| 80. MADWAA00048163 | 88. MADWAA00099932 | 96. MADWAA00183373 | 104. MADWAA00247351 | 112. MADWAA00379688 |
| 81. MADWAA00049202 | 89. MADWAA00102650 | 97. MADWAA00184822 | 105. MADWAA00253344 | 113. MADWAA00384172 |
| 82. MADWAA00051786 | 90. MADWAA00131387 | 98. MADWAA00188421 | 106. MADWAA00257887 | 114. MADWAA00389849 |
| 83. MADWAA00056485 | 91. MADWAA00139875 | 99. MADWAA00189263 | 107. MADWAA00257890 | 115. MADWAA00391817 |
| 84. MADWAA00085841 | 92. MADWAA00142974 | 100. MADWAA00190988 | 108. MADWAA00257893 | |
| 85. MADWAA00087097 | 93. MADWAA00145765 | 101. MADWAA00242351 | 109. MADWAA00257900 | |