# EXHIBIT 3



**Chase Manhattan Bank USA, N.A.**
Redacted

```
                                            TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR                  DS
NEW YORK  NY  10022
```

JPMTAA0000051

 **JPMorganChase**

**Chase Manhattan Bank USA, N.A.**
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                              DS

Account No: 6301-428151-509
Statement Start Date: 01 APR 2003
Statement End Date: 30 APR 2003
Statement Code: 000-USA-12
Statement No: 004    698
Page 1 of 2

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 22 | 94,615,859.41 |
| Total Debits (incl. checks) | 22 | 94,615,859.41 |
| Total Checks Paid | 22 | 94,615,859.41 |

### BALANCES

| Opening (01 APR 2003) | | Closing (30 APR 2003) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|---|
| 01APR | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 01APR | | | | USD  OUR: 1400400190DW | | 855,312.00 | CDS FUNDING |
| 01APR | | | | USD  OUR: 1400300181DW | 855,312.00 | | LIST POST     AA01 |
| 01APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 02APR | | | | USD  OUR: 1400400189DW | | 4,168,171.00 | CDS FUNDING |
| 02APR | | | | USD  OUR: 1400300204DW | 4,168,171.00 | | LIST POST     AA01 |
| 02APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03APR | | | | USD  OUR: 1400400189DW | | 2,768,350.00 | CDS FUNDING |
| 03APR | | | | USD  OUR: 1400300192DW | 2,768,350.00 | | LIST POST     AA01 |
| 03APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 04APR | | | | USD  OUR: 1400400179DW | | 5,639,418.00 | CDS FUNDING |
| 04APR | | | | USD  OUR: 1400300182DW | 5,639,418.00 | | LIST POST     AA01 |
| 04APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 07APR | | | | USD  OUR: 1400400189DW | | 5,806,726.75 | CDS FUNDING |
| 07APR | | | | USD  OUR: 1400300189DW | 5,806,726.75 | | LIST POST     AA01 |
| 07APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08APR | | | | USD  OUR: 1400400194DW | | 4,751,437.00 | CDS FUNDING |
| 08APR | | | | USD  OUR: 1400300182DW | 4,751,437.00 | | LIST POST     AA01 |
| 08APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09APR | | | | USD  OUR: 1400400184DW | | 1,790,215.20 | CDS FUNDING |
| 09APR | | | | USD  OUR: 1400300185DW | 1,790,215.20 | | LIST POST     AA01 |
| 09APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10APR | | | | USD  OUR: 1400400188DW | | 33,879,502.87 | CDS FUNDING |
| 10APR | | | | USD  OUR: 1400300175DW | 33,879,502.87 | | LIST POST     AA01 |
| 10APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 11APR | | | | USD  OUR: 1400400192DW | | 2,528,832.71 | CDS FUNDING |
| 11APR | | | | USD  OUR: 1400300199DW | 2,528,832.71 | | LIST POST     AA01 |
| 11APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14APR | | | | USD  OUR: 1400400190DW | | 9,281,064.16 | CDS FUNDING |
| 14APR | | | | USD  OUR: 1400300213DW | 9,281,064.16 | | LIST POST     AA01 |
| 14APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

FT CODE:   USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA0000052



**Chase Manhattan Bank USA, N.A.**
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY   10022                                DS

Account No: 6301-428151-509
Statement Start Date: 01 APR 2003
Statement End Date: 30 APR 2003
Statement Code: 000-USA-12
Statement No: 004   698
Page 2 of 2

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15APR | | | USD | OUR: 1400400190DW | | 5,662,908.08 | CDS FUNDING |
| 15APR | | | USD | OUR: 1400300174DW | 5,662,908.08 | | LIST POST      AA01 |
| 15APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16APR | | | USD | OUR: 1400400186DW | | 3,627,415.04 | CDS FUNDING |
| 16APR | | | USD | OUR: 1400300181DW | 3,627,415.04 | | LIST POST      AA01 |
| 16APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17APR | | | USD | OUR: 1400400195DW | | 2,904,117.58 | CDS FUNDING |
| 17APR | | | USD | OUR: 1400300189DW | 2,904,117.58 | | LIST POST      AA01 |
| 17APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 18APR | | | USD | OUR: 1400400194DW | | 2,431,979.52 | CDS FUNDING |
| 18APR | | | USD | OUR: 1400300195DW | 2,431,979.52 | | LIST POST      AA01 |
| 18APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21APR | | | USD | OUR: 1400400199DW | | 1,639,685.87 | CDS FUNDING |
| 21APR | | | USD | OUR: 1400300235DW | 1,639,685.87 | | LIST POST      AA01 |
| 21APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22APR | | | USD | OUR: 1400400189DW | | 1,677,247.71 | CDS FUNDING |
| 22APR | | | USD | OUR: 1400300181DW | 1,677,247.71 | | LIST POST      AA01 |
| 22APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23APR | | | USD | OUR: 1400400186DW | | 1,254,593.27 | CDS FUNDING |
| 23APR | | | USD | OUR: 1400300183DW | 1,254,593.27 | | LIST POST      AA01 |
| 23APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24APR | | | USD | OUR: 1400400197DW | | 905,812.37 | CDS FUNDING |
| 24APR | | | USD | OUR: 1400300199DW | 905,812.37 | | LIST POST      AA01 |
| 24APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 25APR | | | USD | OUR: 1400400184DW | | 561,613.50 | CDS FUNDING |
| 25APR | | | USD | OUR: 1400300190DW | 561,613.50 | | LIST POST      AA01 |
| 25APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28APR | | | USD | OUR: 1400400191DW | | 733,552.05 | CDS FUNDING |
| 28APR | | | USD | OUR: 1400300204DW | 733,552.05 | | LIST POST      AA01 |
| 28APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29APR | | | USD | OUR: 1400400191DW | | 1,069,735.42 | CDS FUNDING |
| 29APR | | | USD | OUR: 1400300184DW | 1,069,735.42 | | LIST POST      AA01 |
| 29APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30APR | | | USD | OUR: 1400400186DW | | 678,169.31 | CDS FUNDING |
| 30APR | | | USD | OUR: 1400300182DW | 678,169.31 | | LIST POST      AA01 |
| 30APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

JPMTAA0000053