# EXHIBIT 4

**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES    TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022    DS

Account No: 6301-428151-509
Statement Start Date: 01 DEC 2004
Statement End Date: 31 DEC 2004
Statement Code: 000-USA-12
Statement No: 012    698
Page 1 of 2

### TRANSACTIONS

| | | | |
|---|---|---|---|
| Total Credits | 23 | 88,802,538.36 | |
| Total Debits (incl. checks) | 23 | 88,802,538.36 | |
| Total Checks Paid | 23 | 88,802,538.36 | |

### BALANCES

| | | | |
|---|---|---|---|
| Opening (01 DEC 2004) | | Closing (31 DEC 2004) | |
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | **** Balance **** | | 0.00 | OPENING LEDGER BALANCE |
| 01DEC | | | USD | OUR: 1400400135DW | | 511,869.40 | CDS FUNDING |
| 01DEC | | | USD | OUR: 1400300130DW | 511,869.40 | | LIST POST    AA01 |
| 01DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 02DEC | | | USD | OUR: 1400400133DW | | 3,101,851.79 | CDS FUNDING |
| 02DEC | | | USD | OUR: 1400300127DW | 3,101,851.79 | | LIST POST    AA01 |
| 02DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 03DEC | | | USD | OUR: 1400400136DW | | 2,008,678.86 | CDS FUNDING |
| 03DEC | | | USD | OUR: 1400300129DW | 2,008,678.86 | | LIST POST    AA01 |
| 03DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 06DEC | | | USD | OUR: 1400400139DW | | 980,500.00 | CDS FUNDING |
| 06DEC | | | USD | OUR: 1400300146DW | 980,500.00 | | LIST POST    AA01 |
| 06DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 07DEC | | | USD | OUR: 1400400134DW | | 3,341,628.02 | CDS FUNDING |
| 07DEC | | | USD | OUR: 1400300148DW | 3,341,628.02 | | LIST POST    AA01 |
| 07DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 08DEC | | | USD | OUR: 1400400135DW | | 1,058,105.68 | CDS FUNDING |
| 08DEC | | | USD | OUR: 1400300132DW | 1,058,105.68 | | LIST POST    AA01 |
| 08DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 09DEC | | | USD | OUR: 1400400138DW | | 1,250,425.00 | CDS FUNDING |
| 09DEC | | | USD | OUR: 1400300137DW | 1,250,425.00 | | LIST POST    AA01 |
| 09DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 10DEC | | | USD | OUR: 1400400128DW | | 10,407,202.31 | CDS FUNDING |
| 10DEC | | | USD | OUR: 1400300118DW | 10,407,202.31 | | LIST POST    AA01 |
| 10DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 13DEC | | | USD | OUR: 1400400138DW | | 2,256,067.03 | CDS FUNDING |
| 13DEC | | | USD | OUR: 1400300159DW | 2,256,067.03 | | LIST POST    AA01 |
| 13DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 14DEC | | | USD | OUR: 1400400135DW | | 3,517,502.99 | CDS FUNDING |
| 14DEC | | | USD | OUR: 1400300131DW | 3,517,502.99 | | LIST POST    AA01 |
| 14DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |

FT CODE:    USD - SAME DAY FUNDS    US1 - ONE DAY FLOAT    US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS    US2 - TWO DAY FLOAT    US4 - FOUR DAY FLOAT    USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

MADWAA00332939
CONFIDENTIAL



**Chase Manhattan Bank USA, N.A.**
Redacted

```
                                      TS
BERNARD L MADOFF INVESTMENT SECURITIES                Account No:         6301-428151-509
ATTN DANIEL BENVENTRE                           Statement Start Date:     01 DEC 2004
885 THIRD AVENUE-18TH FLOOR                     Statement End Date:       31 DEC 2004
NEW YORK   NY 10022               DS              Statement Code:         000-USA-12
                                                    Statement No:         012     698
                                                                        Page 2 of 2
```

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15DEC | | | | USD OUR: 1400400136DW | | 6,170,718.39 | CDS FUNDING |
| 15DEC | | | | USD OUR: 1400300130DW | 6,170,718.39 | | LIST POST      AA01 |
| 15DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16DEC | | | | USD OUR: 1400400135DW | | 10,226,170.78 | CDS FUNDING |
| 16DEC | | | | USD OUR: 1400300129DW | 10,226,170.78 | | LIST POST      AA01 |
| 16DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17DEC | | | | USD OUR: 1400400135DW | | 14,548,073.00 | CDS FUNDING |
| 17DEC | | | | USD OUR: 1400300129DW | 14,548,073.00 | | LIST POST      AA01 |
| 17DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 20DEC | | | | USD OUR: 1400400134DW | | 3,488,558.06 | CDS FUNDING |
| 20DEC | | | | USD OUR: 1400300137DW | 3,488,558.06 | | LIST POST      AA01 |
| 20DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21DEC | | | | USD OUR: 1400400132DW | | 4,053,065.37 | CDS FUNDING |
| 21DEC | | | | USD OUR: 1400300141DW | 4,053,065.37 | | LIST POST      AA01 |
| 21DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22DEC | | | | USD OUR: 1400400140DW | | 3,351,863.77 | CDS FUNDING |
| 22DEC | | | | USD OUR: 1400300133DW | 3,351,863.77 | | LIST POST      AA01 |
| 22DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23DEC | | | | USD OUR: 1400400132DW | | 2,315,238.00 | CDS FUNDING |
| 23DEC | | | | USD OUR: 1400300145DW | 2,315,238.00 | | LIST POST      AA01 |
| 23DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24DEC | | | | USD OUR: 1400400134DW | | 4,227,646.34 | CDS FUNDING |
| 24DEC | | | | USD OUR: 1400300128DW | 4,227,646.34 | | LIST POST      AA01 |
| 24DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 27DEC | | | | USD OUR: 1400400129DW | | 1,799,803.88 | CDS FUNDING |
| 27DEC | | | | USD OUR: 1400300142DW | 1,799,803.88 | | LIST POST      AA01 |
| 27DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28DEC | | | | USD OUR: 1400400132DW | | 2,255,000.00 | CDS FUNDING |
| 28DEC | | | | USD OUR: 1400300132DW | 2,255,000.00 | | LIST POST      AA01 |
| 28DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29DEC | | | | USD OUR: 1400400129DW | | 1,456,182.51 | CDS FUNDING |
| 29DEC | | | | USD OUR: 1400300133DW | 1,456,182.51 | | LIST POST      AA01 |
| 29DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30DEC | | | | USD OUR: 1400400129DW | | 4,753,466.00 | CDS FUNDING |
| 30DEC | | | | USD OUR: 1400300120DW | 4,753,466.00 | | LIST POST      AA01 |
| 30DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31DEC | | | | USD OUR: 1400400132DW | | 1,722,921.18 | CDS FUNDING |
| 31DEC | | | | USD OUR: 1400300125DW | 1,722,921.18 | | LIST POST      AA01 |
| 31DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

MADWAA00332940

CONFIDENTIAL