# EXHIBIT 5

18Dec08-348

**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Redacted

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-348

TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR          DS
NEW YORK  NY  10022

18-Dec-08

JPMTAA0000184

**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                                    DS

Account No: 6301-428151-509
Statement Start Date: 01 MAR 2006
Statement End Date: 31 MAR 2006
Statement Code: 000-USA-12
Statement No: 003    040
Page 1 of 2

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 23 | 58,887,715.03 |
| Total Debits (incl. checks) | 23 | 58,980,715.03 |
| Total Checks Paid | 23 | 58,980,715.03 |

### BALANCES

| | | | | |
|---|---|---|---|---|
| Opening (01 MAR 2006) | | Closing (31 MAR 2006) | | |
| Ledger | 93,000.00 | Ledger | | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|
| 01 MAR | | | | **** Balance **** | 93,000.00 | OPENING LEDGER BALANCE |
| 01 MAR | | | USD  OUR: 1400400106DW | | 1,500,244.91 | CDS FUNDING |
| 01 MAR | | | USD  OUR: 1400300116DW | 1,593,244.91 | | LIST POST    AA01 |
| 01 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 02 MAR | | | USD  OUR: 1400400109DW | | 2,238,235.12 | CDS FUNDING |
| 02 MAR | | | USD  OUR: 1400300113DW | 2,238,235.12 | | LIST POST    AA01 |
| 02 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03 MAR | | | USD  OUR: 1400400109DW | | 1,818,281.20 | CDS FUNDING |
| 03 MAR | | | USD  OUR: 1400300111DW | 1,818,281.20 | | LIST POST    AA01 |
| 03 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 06 MAR | | | USD  OUR: 1400400106DW | | 1,593,988.57 | CDS FUNDING |
| 06 MAR | | | USD  OUR: 1400300118DW | 1,593,988.57 | | LIST POST    AA01 |
| 06 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 07 MAR | | | USD  OUR: 1400400108DW | | 700,699.00 | CDS FUNDING |
| 07 MAR | | | USD  OUR: 1400300115DW | 700,699.00 | | LIST POST    AA01 |
| 07 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08 MAR | | | USD  OUR: 1400400106DW | | 2,938,172.95 | CDS FUNDING |
| 08 MAR | | | USD  OUR: 1400300103DW | 2,938,172.95 | | LIST POST    AA01 |
| 08 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09 MAR | | | USD  OUR: 1400400108DW | | 2,319,702.94 | CDS FUNDING |
| 09 MAR | | | USD  OUR: 1400300110DW | 2,319,702.94 | | LIST POST    AA01 |
| 09 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10 MAR | | | USD  OUR: 1400400107DW | | 969,640.51 | CDS FUNDING |
| 10 MAR | | | USD  OUR: 1400300113DW | 969,640.51 | | LIST POST    AA01 |
| 10 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 13 MAR | | | USD  OUR: 1400400113DW | | 1,904,514.68 | CDS FUNDING |
| 13 MAR | | | USD  OUR: 1400300110DW | 1,904,514.68 | | LIST POST    AA01 |
| 13 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14 MAR | | | USD  OUR: 1400400105DW | | 1,831,828.00 | CDS FUNDING |
| 14 MAR | | | USD  OUR: 1400300105DW | 1,831,828.00 | | LIST POST    AA01 |
| 14 MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

FT CODE:    USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT      US3 - THREE DAY FLOAT    US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT      US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

18Dec08-348
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-348
JPMTAA0000185
18-Dec-08

**JPMorganChase**

**Chase Manhattan Bank USA, N.A.**
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022            DS

TS

Account No: 6301-428151-509
Statement Start Date: 01 MAR 2006
Statement End Date: 31 MAR 2006
Statement Code: 000-USA-12
Statement No: 003    040
Page 2 of 2

| Ledger Date | Adj Ledger Date | Value Date | References | Debit | Credit/Balance | Description |
|---|---|---|---|---|---|---|
| 15MAR | | | USD OUR: 1400400110DW | | 3,027,551.39 | CDS FUNDING |
| 15MAR | | | USD OUR: 1400300105DW | 3,027,551.39 | | LIST POST    AA01 |
| 15MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16MAR | | | USD OUR: 1400400106DW | | 1,006,500.00 | CDS FUNDING |
| 16MAR | | | USD OUR: 1400300104DW | 1,006,500.00 | | LIST POST    AA01 |
| 16MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17MAR | | | USD OUR: 1400400105DW | | 1,461,249.00 | CDS FUNDING |
| 17MAR | | | USD OUR: 1400300097DW | 1,461,249.00 | | LIST POST    AA01 |
| 17MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 20MAR | | | USD OUR: 1400400108DW | | 552,966.20 | CDS FUNDING |
| 20MAR | | | USD OUR: 1400300103DW | 552,966.20 | | LIST POST    AA01 |
| 20MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21MAR | | | USD OUR: 1400400111DW | | 1,846,069.38 | CDS FUNDING |
| 21MAR | | | USD OUR: 1400300115DW | 1,846,069.38 | | LIST POST    AA01 |
| 21MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22MAR | | | USD OUR: 1400400111DW | | 5,821,244.15 | CDS FUNDING |
| 22MAR | | | USD OUR: 1400300102DW | 5,821,244.15 | | LIST POST    AA01 |
| 22MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23MAR | | | USD OUR: 1400400105DW | | 5,160,734.48 | CDS FUNDING |
| 23MAR | | | USD OUR: 1400300104DW | 5,160,734.48 | | LIST POST    AA01 |
| 23MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24MAR | | | USD OUR: 1400400104DW | | 2,611,999.00 | CDS FUNDING |
| 24MAR | | | USD OUR: 1400300102DW | 2,611,999.00 | | LIST POST    AA01 |
| 24MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 27MAR | | | USD OUR: 1400400111DW | | 1,869,100.52 | CDS FUNDING |
| 27MAR | | | USD OUR: 1400300112DW | 1,869,100.52 | | LIST POST    AA01 |
| 27MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28MAR | | | USD OUR: 1400400103DW | | 1,585,555.52 | CDS FUNDING |
| 28MAR | | | USD OUR: 1400300108DW | 1,585,555.52 | | LIST POST    AA01 |
| 28MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29MAR | | | USD OUR: 1400400104DW | | 1,839,470.84 | CDS FUNDING |
| 29MAR | | | USD OUR: 1400300102DW | 1,839,470.84 | | LIST POST    AA01 |
| 29MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30MAR | | | USD OUR: 1400400107DW | | 2,749,970.84 | CDS FUNDING |
| 30MAR | | | USD OUR: 1400300118DW | 2,749,970.84 | | LIST POST    AA01 |
| 30MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31MAR | | | USD OUR: 1400400107DW | | 11,539,995.83 | CDS FUNDING |
| 31MAR | | | USD OUR: 1400300116DW | 11,539,995.83 | | LIST POST    AA01 |
| 31MAR | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

18Dec08-348
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-348
JPMTAA00000186
18-Dec-08