# EXHIBIT 6

18Dec08-348

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-348

18-Dec-08

JPMTAA0000220

**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Redacted

```
                                        TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR              DS
NEW YORK   NY  10022
```

# JPMorganChase

Chase Manhattan Bank USA, N.A.
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022

TS
DS

Account No: 6301-428151-509
Statement Start Date: 01 MAR 2007
Statement End Date: 30 MAR 2007
Statement Code: 000-USA-12
Statement No: 003  657
Page 1 of 2

## TRANSACTIONS

| | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 23 | 62,116,160.14 | Opening (01 MAR 2007) | | Closing (30 MAR 2007) | | Credits | 0 |
| Total Debits (incl. checks) | 23 | 62,116,160.14 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 22 | 62,076,160.14 | | | | | Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | References | Debits | Credits / Balance | Description |
|---|---|---|---|---|---|---|
| 01 MAR | | | | | 0.00 | OPENING LEDGER BALANCE |
| 01MAR | | | USD OUR: 1400400095DW | | 2,156,868.00 | CDS FUNDING |
| 01MAR | | | USD OUR: 1400300095DW | 2,156,868.00 | | LIST POST  AA01 |
| 01MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 02MAR | | | USD OUR: 1400400094DW | | 2,721,599.79 | CDS FUNDING |
| 02MAR | | | USD OUR: 1400300095DW | 2,721,599.79 | | LIST POST  AA01 |
| 02MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 05MAR | | | USD OUR: 1400400100DW | | 6,158,590.69 | CDS FUNDING |
| 05MAR | | | USD OUR: 1400300098DW | 6,158,590.69 | | LIST POST  AA01 |
| 05MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 06MAR | | | USD OUR: 1400400094DW | | 787,524.37 | CDS FUNDING |
| 06MAR | | | USD OUR: 1400300125DW | 787,524.37 | | LIST POST  AA01 |
| 06MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 07MAR | | | USD OUR: 1400400097DW | | 1,443,912.93 | CDS FUNDING |
| 07MAR | | | USD OUR: 1400300131DW | 1,443,912.93 | | LIST POST  AA01 |
| 07MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 08MAR | | | USD OUR: 1400400096DW | | 1,050,308.09 | CDS FUNDING |
| 08MAR | | | USD OUR: 1400300126DW | 1,050,308.09 | | LIST POST  AA01 |
| 08MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 09MAR | | | USD OUR: 1400400096DW | | 1,113,880.05 | CDS FUNDING |
| 09MAR | | | USD OUR: 1400300135DW | 1,113,880.05 | | LIST POST  AA01 |
| 09MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 12MAR | | | USD OUR: 1400400098DW | | 1,306,190.00 | CDS FUNDING |
| 12MAR | | | USD OUR: 1400300143DW | 1,306,190.00 | | LIST POST  AA01 |
| 12MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 13MAR | | | USD OUR: 1400400092DW | | 3,246,626.00 | CDS FUNDING |
| 13MAR | | | USD OUR: 1400300159DW | 3,246,626.00 | | LIST POST  AA01 |
| 13MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 14MAR | | | USD OUR: 1400400099DW | | 2,023,086.17 | CDS FUNDING |
| 14MAR | | | USD OUR: 1400300187DW | 2,023,086.17 | | LIST POST  AA01 |
| 14MAR | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |

FT CODE:  USD - SAME DAY FUNDS   US1 - ONE DAY FLOAT   US3 - THREE DAY FLOAT   US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS   US2 - TWO DAY FLOAT   US4 - FOUR DAY FLOAT   USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

18Dec08-348
THIS PAGE IS PART OF A STATEMENT REQUEST GROUP ID G18Dec08-348
JPMTAA0000221
18-Dec-08

**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Redacted

BERNARD L MADOFF INVESTMENT SECURITIES TS
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                    DS

Account No:         6301-428151-509
Statement Start Date:    01 MAR 2007
Statement End Date:      30 MAR 2007
Statement Code:          000-USA-12
Statement No:            003     657
Page 2 of 2

| Ledger Date | A/L Ledger Date | Value Date | | | Reference | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|---|---|---|
| 15MAR | | | USD | OUR: | 1840200002DW | | 4,000.00 | | 0000182158 011707 LA INVALID AMOUNT |
| 15MAR | | | USD | OUR: | 1400400095DW | | 2,995,176.36 | | CDS FUNDING |
| 15MAR | | | USD | OUR: | 1840200029DW | 40,000.00 | | | 0000182158 011707 SB CORRECT AMOUNT |
| 15MAR | | | USD | OUR: | 1400300184DW | 2,995,176.36 | | | LIST POST      AA01 |
| 15MAR | | | | | | **** Balance **** | | 36,000.00- | CLOSING LEDGER BALANCE |
| 16MAR | | | USD | OUR: | 1400400095DW | | 849,338.30 | | CDS FUNDING |
| 16MAR | | | USD | OUR: | 1400300183DW | 813,338.30 | | | LIST POST      AA01 |
| 16MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 19MAR | | | USD | OUR: | 1400400095DW | | 690,543.68 | | CDS FUNDING |
| 19MAR | | | USD | OUR: | 1400300207DW | 690,543.68 | | | LIST POST      AA01 |
| 19MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 20MAR | | | USD | OUR: | 1400400092DW | | 2,427,568.09 | | CDS FUNDING |
| 20MAR | | | USD | OUR: | 1400300096DW | 2,427,568.09 | | | LIST POST      AA01 |
| 20MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 21MAR | | | USD | OUR: | 1400400096DW | | 1,888,721.65 | | CDS FUNDING |
| 21MAR | | | USD | OUR: | 1400300089DW | 1,888,721.65 | | | LIST POST      AA01 |
| 21MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 22MAR | | | USD | OUR: | 1400400091DW | | 735,592.00 | | CDS FUNDING |
| 22MAR | | | USD | OUR: | 1400300092DW | 735,592.00 | | | LIST POST      AA01 |
| 22MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 23MAR | | | USD | OUR: | 1400400090DW | | 1,536,469.17 | | CDS FUNDING |
| 23MAR | | | USD | OUR: | 1400300095DW | 1,536,469.17 | | | LIST POST      AA01 |
| 23MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 26MAR | | | USD | OUR: | 1400400094DW | | 9,256,106.13 | | CDS FUNDING |
| 26MAR | | | USD | OUR: | 1400300100DW | 9,256,106.13 | | | LIST POST      AA01 |
| 26MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 27MAR | | | USD | OUR: | 1400400093DW | | 2,452,500.00 | | CDS FUNDING |
| 27MAR | | | USD | OUR: | 1400300093DW | 2,452,500.00 | | | LIST POST      AA01 |
| 27MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 28MAR | | | USD | OUR: | 1400400090DW | | 1,281,981.06 | | CDS FUNDING |
| 28MAR | | | USD | OUR: | 1400300089DW | 1,281,981.06 | | | LIST POST      AA01 |
| 28MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 29MAR | | | USD | OUR: | 1400400091DW | | 5,363,577.61 | | CDS FUNDING |
| 29MAR | | | USD | OUR: | 1400300090DW | 5,363,577.61 | | | LIST POST      AA01 |
| 29MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 30MAR | | | USD | OUR: | 1400400091DW | | 10,626,000.00 | | CDS FUNDING |
| 30MAR | | | USD | OUR: | 1400300086DW | 10,626,000.00 | | | LIST POST      AA01 |
| 30MAR | | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |

18Dec08-348

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-348

JPMTAA0000222

18-Dec-08