# EXHIBIT 7

DUPLICATE

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET

Redacted

|ıılıllııılıllıılıılıılıılıılııılıılıılıılıı|
00002203 CEN 802 S  30507 - NNN   1  000001483  P5
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BONVENTRE
885 THIRD AVE 18TH FL
NEW YORK NY 10022

September 29, 2007 -
October 31, 2007

**Page 1 of 3**

**Account Number**
006301428151509

**Customer Service**

If you have any questions
about your statement, please
contact your Customer
Service Professional.

## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Opening Collected Balance | | $.00 |
| Deposits and Credits | 23 | $112,579,796.72 |
| Withdrawals and Debits | 1,485 | $112,579,796.72 |
| Checks Paid | 0 | $.00 |
| Ending Ledger Balance | | $.00 |
| Ending Collected Balance | | $.00 |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 09/29 | | OPENING LEDGER BALANCE | *** Balance *** | $.00 |
| 09/29 | | OPENING COLLECTED BALANCE | *** Balance *** | $.00 |
| 10/01 | | FUNDING XFER FROM 000000140081703 TRN: 0190000260RF | | $964,200.00 |
| 10/01 | | PREV DAY LATE PRESENTMENT CREDIT TRN: 0400000021RF | | $230,000.00 |
| 10/01 | | LST POSTED ITEMS QUANTITY          18 | $1,194,200.00 | |
| 10/01 | | CLOSING LEDGER BALANCE | *** Balance *** | $.00 |
| 10/01 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.00 |
| 10/02 | | FUNDING XFER FROM 000000140081703 TRN: 0190000257RF | | $8,291,963.25 |
| 10/02 | | LST POSTED ITEMS QUANTITY          42 | $8,291,963.25 | |
| 10/02 | | CLOSING LEDGER BALANCE | *** Balance *** | $.00 |
| 10/02 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.00 |
| 10/03 | | FUNDING XFER FROM 000000140081703 TRN: 0190000260RF | | $13,566,296.39 |
| 10/03 | | LST POSTED ITEMS QUANTITY          148 | $13,566,296.39 | |
| 10/03 | | CLOSING LEDGER BALANCE | *** Balance *** | $.00 |
| 10/03 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is
subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge
to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty
days of the mailing or availability of the first statement on which the error or charge appears.

JPMTAA0000251

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-348

**JPMorganChase** ⬡

September 29, 2007 -
October 31, 2007

**Page 2 of 3**

**Account Number**
006301428151509

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 10/04 | | FUNDING XFER FROM 000000140081703 TRN: 0190000261RF | | $6,011,663.45 |
| 10/04 | | LIST POSTED ITEMS QUANTITY                94 | $6,011,663.45 | |
| 10/04 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/04 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/05 | | FUNDING XFER FROM 000000140081703 TRN: 0190000261RF | | $5,792,498.68 |
| 10/05 | | LIST POSTED ITEMS QUANTITY               149 | $5,792,498.68 | |
| 10/05 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/05 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/09 | | FUNDING XFER FROM 000000140081703 TRN: 0190000256RF | | $12,541,865.22 |
| 10/09 | | LIST POSTED ITEMS QUANTITY               169 | $12,541,865.22 | |
| 10/09 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/09 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/10 | | FUNDING XFER FROM 000000140081703 TRN: 0190000258RF | | $11,727,930.34 |
| 10/10 | | LIST POSTED ITEMS QUANTITY               208 | $11,727,930.34 | |
| 10/10 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/10 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/11 | | FUNDING XFER FROM 000000140081703 TRN: 0190000254RF | | $7,698,422.20 |
| 10/11 | | LIST POSTED ITEMS QUANTITY               160 | $7,698,422.20 | |
| 10/11 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/11 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/12 | | FUNDING XFER FROM 000000140081703 TRN: 0190000255RF | | $9,167,824.37 |
| 10/12 | | LIST POSTED ITEMS QUANTITY                85 | $9,167,824.37 | |
| 10/12 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/12 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/15 | | FUNDING XFER FROM 000000140081703 TRN: 0190000263RF | | $5,658,827.32 |
| 10/15 | | LIST POSTED ITEMS QUANTITY                59 | $5,658,827.32 | |
| 10/15 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/15 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/16 | | FUNDING XFER FROM 000000140081703 TRN: 0190000265RF | | $6,838,249.04 |
| 10/16 | | LIST POSTED ITEMS QUANTITY                82 | $6,838,249.04 | |
| 10/16 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/16 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/17 | | FUNDING XFER FROM 000000140081703 TRN: 0190000258RF | | $2,920,458.96 |
| 10/17 | | LIST POSTED ITEMS QUANTITY                44 | $2,920,458.96 | |
| 10/17 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/17 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/18 | | FUNDING XFER FROM 000000140081703 TRN: 0190000249RF | | $381,795.08 |
| 10/18 | | LIST POSTED ITEMS QUANTITY                14 | $381,795.08 | |
| 10/18 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/18 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/19 | | FUNDING XFER FROM 000000140081703 TRN: 0190000257RF | | $1,583,006.46 |
| 10/19 | | LIST POSTED ITEMS QUANTITY                26 | $1,583,006.46 | |
| 10/19 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| 10/19 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 10/22 | | FUNDING XFER FROM 000000140081703 TRN: 0190000263RF | | $3,404,856.87 |

**JPMorganChase** 

September 29, 2007 -
October 31, 2007

**Page 3 of 3**

**Account Number**
006301428151509

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | | Debit | Amount |
|---|---|---|---|---|---|
| 10/22 | | RESEARCH ADJ 1887-19OCT07 DEBIT FOR $135,000.00 FOR A LISTING ERROR IN YOUR DEPOSIT OF 10/16/07. OUR CASE #1887-19OCT07. AN ITEM FOR $150,000.00 WAS LISTED AS $15,000.00. | | $135,000.00 | |
| 10/22 | | LIST POSTED ITEMS QUANTITY | 28 | $3,269,856.87 | |
| 10/22 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/22 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/23 | | FUNDING XFER FROM 000000140081703 TRN: 0190000251RF | | | $3,741,735.30 |
| 10/23 | | LIST POSTED ITEMS QUANTITY | 47 | $3,741,735.30 | |
| 10/23 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/23 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/24 | | FUNDING XFER FROM 000000140081703 TRN: 0190000259RF | | | $1,650,887.56 |
| 10/24 | | LIST POSTED ITEMS QUANTITY | 16 | $1,650,887.56 | |
| 10/24 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/24 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/25 | | FUNDING XFER FROM 000000140081703 TRN: 0190000251RF | | | $2,176,976.77 |
| 10/25 | | RESEARCH ADJ 2590-24OCT07 DEBIT FOR $171,000.00 FOR A LISTING ERROR IN YOUR DEPOSIT OF 10/04/07. OUR CASE #2590-24OCT07. AN ITEM FOR $190,000.00, WAS LISTED AS $19,000.00. | | $171,000.00 | |
| 10/25 | | LIST POSTED ITEMS QUANTITY | 21 | $2,005,976.77 | |
| 10/25 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/25 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/26 | | FUNDING XFER FROM 000000140081703 TRN: 0190000251RF | | | $994,715.67 |
| 10/26 | | LIST POSTED ITEMS QUANTITY | 12 | $994,715.67 | |
| 10/26 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/26 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/29 | | FUNDING XFER FROM 000000140081703 TRN: 0190000256RF | | | $2,456,653.13 |
| 10/29 | | LIST POSTED ITEMS QUANTITY | 17 | $2,456,653.13 | |
| 10/29 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/29 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/30 | | FUNDING XFER FROM 000000140081703 TRN: 0190000254RF | | | $3,003,861.28 |
| 10/30 | | LIST POSTED ITEMS QUANTITY | 26 | $3,003,861.28 | |
| 10/30 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/30 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |
| 10/31 | | FUNDING XFER FROM 000000140081703 TRN: 0190000259RF | | | $1,775,109.38 |
| 10/31 | | LIST POSTED ITEMS QUANTITY | 18 | $1,775,109.38 | |
| 10/31 | | CLOSING LEDGER BALANCE | | *** Balance *** | $.00 |
| 10/31 | | CLOSING COLLECTED BALANCE | | *** Balance *** | $.00 |

Your service charges, fees and earnings credit have been calculated through account analysis.