# Exhibit B

# Bernard L. Madoff Investment Securities LLC

## Due Diligence Agenda

November 2006



Strictly Private and Confidential

# Business Overview

- Discuss organizational structure and management roles (current, as well as anticipated changes)
  - Review employees by function / title / responsibility
  - Planned key additions to the workforce

- Discuss the competitive environment
  - Market position
  - Assessment of competitive strengths / weaknesses
  - Recent or expected material changes and significant trends

- Discuss key financial and business risks facing the Company and steps taken by the Company to address such risks

- Discuss recent or expected changes in the Company's investment management or service agreements. Also discuss any terminations of such agreements over the last year and any expected terminations

- Review employment status and any contractual relationships with key personnel (discuss known or anticipated issues with their employment)



citigroup
corporate and
investment banking

1

# Investment Management and Products

- Provide an overview of the Company's:
  - Investment philosophy
  - Investment process
  - Portfolio management structure and personnel
  - Economic outlook
  - Investment portfolio controls and monitoring

- Current status and outlook for largest most important strategies / funds. Discuss any recent performance declines, anticipated impact on Company and steps taken to remedy the situation

- Strengths / weaknesses of fund products
  - Any perceived significant product gaps; if so, how is the Company addressing them

- Operational procedures
  - Employees authorized to sign off on trades



2

# Information Technology

- Structure of information technology function
  - Disaster recovery
  - Intellectual property

- Size and qualification of staff
  - To whom do they directly report

- Hardware currently used
  - Future requirements / costs

- Software packages
  - Proprietary software used
  - Future requirements / costs

- Any material issues associated with technology and operations supporting the Company's business? Planned, required or anticipated upgrades (hardware and software)?



3

# Legal & Regulatory

- Describe the regulatory requirements to which the Company is subject
    - Describe the Company's staffing and procedures related to compliance with such regulatory requirements
    - Status of any regulatory examinations or investigations or the Company, its subsidiaries or the funds that the Company manages
    - Existing or expected regulatory policies or actions that could materially affect the Company's operations or financial results
    - Describe inquiries or investigations by federal, state or local authorities of the Company (including trading activity, sales practices, fees), if any
    - Overall relationship with regulators and significant disputes, if any

- Summary of corporate governance issues and the application of other federal and state laws

- Compliance issues, if any

- Review of material pending litigation

- Other potential significant liabilities



Any terms set forth herein are intended for discussion purposes only and are subject to the final terms as set forth in separate definitive written agreements.  This presentation is not a commitment to lend, syndicate a financing, underwrite or purchase securities, or commit capital nor does it obligate us to enter into such a commitment, nor are we acting as a fiduciary to you.  By accepting this presentation, subject to applicable law or regulation, you agree to keep confidential the existence of and proposed terms for any transaction contemplated hereby (a "Transaction").

Prior to entering into any Transaction, you should determine, without reliance upon us or our affiliates, the economic risks and merits (and independently determine that you are able to assume these risks) as well as the legal, tax and accounting characterizations and consequences of any such Transaction.  In this regard, by accepting this presentation, you acknowledge that (a) we are not in the business of providing (and you are not relying on us for) legal, tax or accounting advice, (b) there may be legal, tax or accounting risks associated with any Transaction, (c) you should receive (and rely on) separate and qualified legal, tax and accounting advice and (d) you should apprise senior management in your organization as to such legal, tax and accounting advice (and any risks associated with any Transaction) and our disclaimer as to these matters.  By acceptance of these materials, you and we hereby agree that from the commencement of discussions with respect to any Transaction, and notwithstanding any other provision in this presentation, we hereby confirm that no participant in any Transaction shall be limited from disclosing the U.S. tax treatment or U.S. tax structure of such Transaction.

IRS Circular 230 Disclosure:  Citigroup Inc. and its affiliates do not provide tax or legal advice.  Any discussion of tax matters in these materials (i) is not intended or written to be used, and cannot be used or relied upon, by you for the purpose of avoiding any tax penalties and (ii) may have been written in connection with the "promotion or marketing" of the Transaction.  Accordingly, you should seek advice based on your particular circumstances from an independent tax advisor.

We are required to obtain, verify and record certain information that identifies each entity that enters into a formal business relationship with us.  We will ask for your complete name, street address, and taxpayer ID number.  We may also request corporate formation documents, or other forms of identification, to verify information provided.

Any prices or levels contained herein are preliminary and indicative only and do not represent bids or offers.  These indications are provided solely for your information and consideration, are subject to change at any time without notice and are not intended as a solicitation with respect to the purchase or sale of any instrument.  The information contained in this presentation may include results of analyses from a quantitative model which represent potential future events that may or may not be realized, and is not a complete analysis of every material fact representing any product.  Any estimates included herein constitute our judgment as of the date hereof and are subject to change without any notice.  We and/or our affiliates may make a market in these instruments for our customers and for our own account.  Accordingly, we may have a position in any such instrument at any time.

Although this material may contain publicly available information about Citigroup corporate bond research or economic and market analysis, Citigroup policy (i) prohibits employees from offering, directly or indirectly, a favorable or negative research opinion or offering to change an opinion as consideration or inducement for the receipt of business or for compensation; and (ii) prohibits analysts from being compensated for specific recommendations or views contained in research reports.  So as to reduce the potential for conflicts of interest, as well as to reduce any appearance of conflicts of interest, Citigroup has enacted policies and procedures designed to limit communications between its investment banking and research personnel to specifically prescribed circumstances.

© 2006 Citigroup Global Markets Inc. Member SIPC. All rights reserved.  CITIGROUP and the Umbrella Device are trademarks and service marks of Citigroup or its affiliates and are used and registered throughout the world.



5