# Exhibit D

# FAX



**Investment Management**
A Division of Tremont Group Holdings, Inc.

Corporate Center at Rye
555 Theodore Fremd Ave
Rye, New York 10580

Tel: 914-925-1140
Fax: 914-925-4090

| | | | |
|---|---|---|---|
| To: | FRANK DIPASCALI | From: | HARRY HODGES |
| Fax: | 212-838-4061 | Pages: | 3 (INCLUDING COVER) |
| Phone: | | Date: | March 12, 2008 |
| Re: | CONFIRMS | CC: | |

Comments:

This fax transmission may contain privileged and/or confidential information intended only for the person(s) named above. Any other review, distribution, copying or disclosure is strictly prohibited. If you have received this transmission in error, please notify us immediately by telephone (collect, if necessary) and return the original transmission to us at our expense. Any comments or statements made herein do not necessarily reflect those of Tremont Group Holdings Inc., (formerly named the Tremont Capital Management, Inc.) its subsidiaries or affiliates.

*********** -COMM. JOURNAL- ************* DATE MAR-12-2008 ***** TIME 14:26 ***********

FILE NO.=535

MODE = MEMORY TRANSMISSION                    START=MAR-12 14:25    END=MAR-12 14:26

| NO. | COMM. | ONE-TOUCH/ ABBR NO. | STATION NAME/TEL. NO. | PAGES | DURATION |
|---|---|---|---|---|---|
| 001 | OK | s | 12128384061 | 003/003 | 00:00:23 |

-TREMONT CAPITAL MGMT -                - ***** -      - ***************************** -

March 12, 2008

Mr. Frank DiPascali
Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, N.Y. 10022

**Via Fax   (212) 838-4061**

Re:    **Rye Select Broad Market Prime Fund, L.P.**
       **Account # 1-C1260-3-0**

Dear Frank:

Confirming our conversation with Eric, we would like to withdraw $475,000,000.00 (Four Hundred Seventy Five million dollars) from our Rye Select Broad Market Prime Fund, L.P. account (Account #1-C1260-3-0) with the monies to be wired on March 25, 2008. Please wire the funds to:

> Bank of New York
> One Wall Street
> New York, NY 10286
> ABA 021-000-018
> For Credit To: Rye Select Broad Market Prime Fund, L.P.
> Account: 8900664223

If you have any questions, please do not hesitate to call me at 914-925-1179. As always, we thank you for your assistance.

Sincerely,


Harry Hodges
VP/Authorized Signer
Tremont Partners, Inc.
General Partner of Rye Select Broad Market Fund, L.P.



**RYE**
Investment Management
A Division of Tremont Group Holdings, Inc.

March 12, 2008

Mr. Frank DiPascali
Bernard L. Madoff Investment Securities
885 Third Avenue
New York, N.Y. 10022

**Via Fax   (212) 838-4061**

**Re:    Rye Select Broad Market Fund, L.P.**
       **Account # 1-T0027-3-0**

Dear Frank:

Confirming our conversation with Eric, we intend to wire $575,000,000 (Five Hundred Seventy Five Million Dollars) on Friday, March 28, 2008 to our Rye Select Broad Market Fund, L.P. account (Account #1-T0027-3-0). We will wire the funds per the instructions below:

> Chase Manhattan Bank
> New York, NY 10015
> ABA : 021-000-021
> For: Bernard L. Madoff Securities
> Account: 140081703
> For credit to: Account # 1-T0027-3-0

If you have any questions, please feel free to contact me. As always, thanks for your assistance.

Sincerely,

Harry A. Hodges
VP/Authorized Signer
Tremont Partners, Inc.
General Partner of Rye Select Broad Market Fund, L.P.