# Exhibit E

08-01789-cgm    Doc 18620-5    Filed 03/29/19    Entered 03/29/19 10:49:41    Exhibit E -
Deposition Excerpt - Samir Mathur    Pg 2 of 28

SAMIR MATHUR 11/3/10    CONFIDENTIAL                    SIPC v. BLMIS

C O N F I D E N T I A L

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
ADV. PRO. NO. 08-01789 (BRL)

--------------------------------x
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff-Applicant,      Rule 2004
     v.                   Examination of:

BERNARD L. MADOFF INVESTMENT     SAMIR MATHUR
SECURITIES, LLC,
      Defendant.
--------------------------------x
In Re:

BERNARD L. MADOFF,

      Debtor.
--------------------------------x


TRANSCRIPT of testimony as taken by and before

JEANNETTE McCORMICK, Certified Court Reporter, RMR

and Notary Public of the States of New York and New

Jersey, at the offices of Baker & Hostetler, 45

Rockefeller Plaza, New York, New York on Wednesday,

November 3, 2010, commencing at 10:00 a.m.

BENDISH REPORTING, INC.
Litigation Support Services
877.404.2193
www.bendish.com

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

Page 57

| | | |
|---|---|---|
| 11:56:07 | 1 | A.    I mean it -- again, as I said, it did |
| 11:56:11 | 2 | not look bad from that perspective.  I mean, that's |
| 11:56:21 | 3 | all I can recall at that moment. |
| 11:56:25 | 4 | Q.    Are you familiar with the phrase |
| 11:56:28 | 5 | "back-testing"? |
| 11:56:29 | 6 | A.    Yes. |
| 11:56:30 | 7 | Q.    What do you understand "back-testing" |
| 11:56:32 | 8 | to be? |
| 11:56:34 | 9 | A.    It's a very general phrase, but |
| 11:56:37 | 10 | typically used to try to duplicate the behavior of |
| 11:56:44 | 11 | some index. |
| 11:56:45 | 12 | Q.    Do you know whether any back-testing |
| 11:56:49 | 13 | was performed by Citi on the Madoff or Sentry |
| 11:56:53 | 14 | strategy before entering into the Auriga |
| 11:56:58 | 15 | transaction? |
| 11:56:58 | 16 | A.    No. |
| 11:57:00 | 17 | MR. BOCCUZZI:  No, it was not done or |
| 11:57:02 | 18 | no, you don't know? |
| 11:57:04 | 19 | THE WITNESS:  It was not done as far |
| 11:57:06 | 20 | as I know within our group. |
| 11:57:10 | 21 | Q.    If you turn to page, Mr. Mathur, to |
| 11:57:14 | 22 | page six of this document, which is at Bates stamp |
| 11:57:19 | 23 | 137, there is a section in the middle called (c) |
| 11:57:27 | 24 | Split Strike Conversion Investment Approach.  Do you |
| 11:57:30 | 25 | see that? |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

Page 58

| | | |
|---|---|---|
| 11:57:30 | 1 | A.      Yes. |
| 11:57:32 | 2 | Q.      What did you understand to be the |
| 11:57:34 | 3 | Split Strike Conversion Investment Approach in 2005? |
| 11:57:39 | 4 | A.      I mean this was the first time I had |
| 11:57:44 | 5 | encountered this idea of this particular trade. |
| 11:57:49 | 6 | Q.      You had no prior experience or |
| 11:57:56 | 7 | understanding of a trading strategy that was called |
| 11:58:00 | 8 | split strike conversion? |
| 11:58:01 | 9 | A.      That is right, I did not. |
| 11:58:03 | 10 | Q.      And do you know whether the CMAC |
| 11:58:09 | 11 | Committee was familiar with a trading strategy |
| 11:58:14 | 12 | called split strike conversion to your knowledge? |
| 11:58:18 | 13 | A.      When you say "CMAC Committee," it's |
| 11:58:21 | 14 | really a group of several people. |
| 11:58:22 | 15 | Q.      Let me ask it this way.  Do you |
| 11:58:25 | 16 | recall any discussion with any of the CMAC Committee |
| 11:58:30 | 17 | members concerning the split strike conversion |
| 11:58:38 | 18 | strategy employed by Madoff? |
| 11:58:44 | 19 | A.      I mean, I'm sure -- it was probably |
| 11:58:48 | 20 | brought up in the conversations, but you're asking |
| 11:58:51 | 21 | whether any concerns were being expressed?  Is that |
| 11:58:54 | 22 | the question? |
| 11:58:54 | 23 | Q.      Any concerns or anything significant |
| 11:58:57 | 24 | stick out in your mind relating to the fact that |
| 11:58:59 | 25 | this may or may not have been the first time that |

BENDISH REPORTING, INC.
877.404.2193

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

Page 59

| 11:59:02 | 1 | the Fast Track committee had seen this strategy |
| 11:59:05 | 2 | being employed?  That is what I am asking. |
| 11:59:07 | 3 | A.    I don't recall any concern being |
| 11:59:09 | 4 | raised with this strategy. |
| 11:59:13 | 5 | Q.    And what did you do or your group do |
| 11:59:16 | 6 | to become familiar with this particular trading |
| 11:59:21 | 7 | strategy, the split strike conversion investment |
| 11:59:24 | 8 | approach? |
| 11:59:28 | 9 | A.    I mean, we looked at it.  We tried to |
| 11:59:33 | 10 | understand what was being done, but typically we do |
| 11:59:39 | 11 | not try to replicate all the strategies done by the |
| 11:59:44 | 12 | various funds.  It's impossible to do that, |
| 11:59:47 | 13 | generally speaking. |
| 11:59:47 | 14 | Q.    Why is it impossible to do that? |
| 11:59:49 | 15 | A.    When you take any hedge fund and you |
| 11:59:52 | 16 | try to see how they come up with their performance, |
| 11:59:55 | 17 | it's very, very hard to do. |
| 11:59:57 | 18 | Q.    You said "we looked at it."  Do you |
| 11:59:59 | 19 | know who particularly looked at and evaluated the |
| 12:00:03 | 20 | split strike trading strategy? |
| 12:00:06 | 21 | A.    No.  What I'm trying to say is we did |
| 12:00:10 | 22 | not do it. |
| 12:00:11 | 23 | Q.    You being Citi? |
| 12:00:13 | 24 | A.    Our group. |
| 12:00:16 | 25 | MR. BOCCUZZI:  The trading group? |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

Page 60

| 12:00:18 | 1 | THE WITNESS:  The trading group. |

12:00:18    1              THE WITNESS:  The trading group.

12:00:19    2         Q.        Would any other part of Citi been

12:00:22    3    looking at or trying to analyze the Madoff split

12:00:25    4    strike trading strategy for purposes of supporting

12:00:30    5    your trade?

12:00:31    6         A.        For supporting our trade, no.

12:00:34    7         Q.        Fair enough.  Can you tell us a

12:00:45    8    little bit about the process of gathering the

12:00:50    9    information that's included in this memorandum for

12:00:53   10    presentation to the Fast Track CMAC Committee?  What

12:00:59   11    happened, what materials were looked at if you

12:01:02   12    recall, if you know?

12:01:07   13         A.        I don't remember specifically.  It's

12:01:09   14    been a long time.  But I remember we had met with

12:01:14   15    Fairfield once.  And some of the information may

12:01:17   16    have come from that discussion and our subsequent

12:01:21   17    e-mails, and as I said, this was put together mostly

12:01:30   18    by the structuring group.

12:01:32   19              MR. BOCCUZZI:  "This" being the memo?

12:01:33   20         A.        This being the memo.

12:01:36   21         Q.        Do you know whether the Global Hybrid

12:01:42   22    Group relied entirely or mostly or not at all on

12:01:49   23    information that was given to them by Fairfield

12:01:54   24    Sentry?

12:01:54   25         A.        For putting this memo together?

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL        SIPC v. BLMIS

Page 61

| | | |
|---|---|---|
| 12:02:01 | 1 | Q.     Yes. |
| 12:02:05 | 2 | MR. BOCCUZZI:  If you know. |
| 12:02:06 | 3 | THE WITNESS:  I mean, some of the |
| 12:02:08 | 4 | information did come from them.  So that's all I |
| 12:02:12 | 5 | know. |
| 12:02:12 | 6 | Q.     Do you know whether information came |
| 12:02:14 | 7 | from other sources? |
| 12:02:15 | 8 | A.     I don't know. |
| 12:02:18 | 9 | Q.     Do you know what, if anything, Citi |
| 12:02:23 | 10 | did -- do you know what, if anything, Citi did in |
| 12:02:36 | 11 | terms of its own independent analysis of Fairfield |
| 12:02:42 | 12 | Sentry or Madoff before approving the Auriga |
| 12:02:46 | 13 | Fairfield trade? |
| 12:02:53 | 14 | A.     I mean, we had a meeting with |
| 12:02:56 | 15 | Fairfield Sentry where we asked them about the |
| 12:03:02 | 16 | strategy, how familiar were they, how did it work, |
| 12:03:12 | 17 | who were the service providers.  We tried to get |
| 12:03:18 | 18 | some background information about Madoff, Bernie |
| 12:03:24 | 19 | Madoff -- get some background information on Bernie |
| 12:03:27 | 20 | Madoff. |
| 12:03:27 | 21 | Q.     Let's start with the meeting with |
| 12:03:30 | 22 | Sentry.  Was there one or more meetings with Sentry |
| 12:03:34 | 23 | before this transaction was approved? |
| 12:03:36 | 24 | A.     I recall one where I was involved. |
| 12:03:38 | 25 | Q.     And how were you involved? |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

Page 62

| | | |
|---|---|---|
| 12:03:41 | 1 | A.      I had gone there along with a few |
| 12:03:44 | 2 | other members of the control areas. |
| 12:03:49 | 3 | Q.      And who from the control areas |
| 12:03:54 | 4 | participated in this meeting? |
| 12:03:57 | 5 | A.      I don't particularly recall. |
| 12:04:00 | 6 | Q.      Who suggested that there be a meeting |
| 12:04:04 | 7 | with Fairfield Sentry? |
| 12:04:07 | 8 | A.      Again, before we would do any fund |
| 12:04:11 | 9 | trade we would always have a meeting with the fund |
| 12:04:17 | 10 | investment manager. |
| 12:04:19 | 11 | Q.      Was Fairfield Sentry the investment |
| 12:04:23 | 12 | manager? |
| 12:04:23 | 13 | A.      Yes.  Fairfield Greenwich was the |
| 12:04:28 | 14 | investment manager. |
| 12:04:31 | 15 | Q.      What did you understand to be the |
| 12:04:34 | 16 | role of BLMIS in terms of its relationship with |
| 12:04:39 | 17 | Fairfield Sentry? |
| 12:04:42 | 18 | A.      Okay.  I mean, the way at that time I |
| 12:04:59 | 19 | knew it was a -- Bernie Madoff was managing this |
| 12:05:05 | 20 | split strike trade for -- in this managed account |
| 12:05:14 | 21 | owned by Fairfield Sentry fund. |
| 12:05:19 | 22 | Q.      Did you or anyone from your group |
| 12:05:26 | 23 | propose meeting with Madoff or anyone at BLMIS |
| 12:05:33 | 24 | before approving this transaction? |
| 12:05:35 | 25 | A.      Yes. |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

| 12:05:35 | 1 | Q.      What do you recall about that? |

12:05:38   2         A.      We asked and they said that it's

12:05:40   3   generally hard to do that.

12:05:43   4         Q.      Who asked whom in terms of meeting

12:05:48   5   with Mr. Madoff or someone from BLMIS?

12:05:52   6         A.      I don't particularly recall who

12:05:56   7   asked, but someone from our team asked them if he

12:06:01   8   could meet with -- if our team could meet with

12:06:04   9   Bernie Madoff.

12:06:06   10         Q.      Are you saying that someone from Citi

12:06:08   11   asked someone from Fairfield?

12:06:10   12         A.      Yes.

12:06:11   13         Q.      And what do you recall being told in

12:06:17   14   terms of Citi's ability to meet with Madoff or

12:06:22   15   someone from BLMIS?

12:06:24   16         A.      I mean, what I can recall is that

12:06:28   17   they said that he's a very busy guy.  It's hard to

12:06:34   18   meet with him.  And it's difficult to set up

12:06:39   19   something in a short amount of time.

12:06:42   20         Q.      Was it significant to you or to

12:06:45   21   anyone in your group that you are aware of that it

12:06:53   22   did not appear possible to meet with Mr. Madoff

12:06:56   23   prior to approving this transaction?

12:06:58   24         MR. BOCCUZZI:  Just so we don't get

12:07:00   25   blurred up, can you start with him and then ask the

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

Page 64

| | | |
|---|---|---|
| 12:07:03 | 1 | second question. |
| 12:07:05 | 2 | Q.      That is fine.  Was it significant to |
| 12:07:07 | 3 | you that there did not seem to be the possibility of |
| 12:07:09 | 4 | meeting with Mr. Madoff or any anyone from BLMIS |
| 12:07:13 | 5 | before this trade was presented by your group for |
| 12:07:16 | 6 | approval by the CMAC Committee? |
| 12:07:19 | 7 | A.      I mean, it was not a show-stopper at |
| 12:07:26 | 8 | that time, but we were -- I was disappointed. |
| 12:07:37 | 9 | Q.      Why were you disappointed? |
| 12:07:40 | 10 | A.      I mean, the more we could find out |
| 12:07:43 | 11 | more directly it's better, but in many of the |
| 12:07:47 | 12 | similar trades of fund of funds, you know, sometimes |
| 12:07:50 | 13 | we can and sometimes we cannot meet the managers. |
| 12:07:56 | 14 | Q.      And to be clear, was it your |
| 12:07:59 | 15 | understanding that Citi could not meet with |
| 12:08:02 | 16 | Mr. Madoff or anyone from BLMIS, if you recall? |
| 12:08:10 | 17 | A.      I don't recall that distinction. |
| 12:08:18 | 18 | Q.      How long was your meeting with |
| 12:08:22 | 19 | Fairfield Greenwich representatives that you |
| 12:08:29 | 20 | referred to earlier? |
| 12:08:31 | 21 | A.      I mean, I don't recall great details |
| 12:08:36 | 22 | about, but these meetings typically lasted one to |
| 12:08:39 | 23 | two hours. |
| 12:08:40 | 24 | Q.      You mentioned you attended that |
| 12:08:42 | 25 | meetings with some of your control area colleagues. |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL      SIPC v. BLMIS

Page 74

| | | |
|---|---|---|
| 12:22:58 | 1 | generated profits in terms of his use of the split |
| 12:23:07 | 2 | strike conversion strategy? |
| 12:23:12 | 3 | A.      My general understanding was that he |
| 12:23:17 | 4 | had some process by which he arrives at this basket |
| 12:23:20 | 5 | of stocks.  He was a big broker-dealer so he |
| 12:23:28 | 6 | presumably saw the flow in the markets and |
| 12:23:39 | 7 | presumably that gave him some edge. |
| 12:23:43 | 8 | Q.      Is that an understanding that you |
| 12:23:45 | 9 | developed before the Auriga transaction was |
| 12:23:49 | 10 | approved? |
| 12:23:50 | 11 | A.      That was my understanding how he was |
| 12:23:53 | 12 | doing it. |
| 12:23:57 | 13 | Q.      Were the options contracts that were |
| 12:24:00 | 14 | purchased and sold to your understanding used for |
| 12:24:06 | 15 | profit generation or hedging? |
| 12:24:15 | 16 | A.      My understanding was they were mostly |
| 12:24:18 | 17 | used for hedging, but he would put them on at |
| 12:24:22 | 18 | appropriate times to maximize the return of the |
| 12:24:25 | 19 | strategy. |
| 12:24:31 | 20 | Q.      And prior to your approval of the |
| 12:24:35 | 21 | Auriga transaction, what, if any, understanding did |
| 12:24:42 | 22 | you have about where BLMIS was trading options? |
| 12:24:55 | 23 | A.      As part of this process, what I was |
| 12:25:00 | 24 | told is that they trade over-the-counter. |
| 12:25:04 | 25 | Q.      And who did you understand to be the |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

Page 75

| 12:25:08 | 1 | counterparties to these over-the-counter traded S&P |
| 12:25:14 | 2 | 100 Index options? |
| 12:25:16 | 3 | A.    I mean, I remember asking that |
| 12:25:18 | 4 | question, and the answer was that they are, you |
| 12:25:24 | 5 | know, highly rated banks. |
| 12:25:27 | 6 | Q.    Do you recall pressing further and |
| 12:25:30 | 7 | asking for the identity of these counterparties to |
| 12:25:35 | 8 | the over-the-counter S&P 100 Index options Madoff |
| 12:25:42 | 9 | purported to be trading? |
| 12:25:44 | 10 | A.    Yes.  We asked a couple of times like |
| 12:25:48 | 11 | who are the option providers. |
| 12:25:49 | 12 | Q.    And who did you ask? |
| 12:25:50 | 13 | A.    Fairfield Sentry. |
| 12:25:52 | 14 | Q.    And what did they tell you? |
| 12:25:55 | 15 | A.    They said that Bernie does not want |
| 12:25:58 | 16 | to disclose. |
| 12:26:00 | 17 | Q.    And how did you or your group react |
| 12:26:02 | 18 | to that? |
| 12:26:03 | 19 | A.    I mean, it was not unusual. |
| 12:26:11 | 20 | Typically, hedge funds are, in general, quite |
| 12:26:16 | 21 | secretive.  They don't like to tell who the |
| 12:26:18 | 22 | counterparties are.  They are already concerned that |
| 12:26:21 | 23 | somebody might be piggybacking on their activity. |
| 12:26:25 | 24 | So they are pretty secretive.  So it was not |
| 12:26:29 | 25 | surprising. |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

Page 76

| | | |
|---|---|---|
| 12:26:29 | 1 | Q.        Do you know whether it was disclosed |
| 12:26:33 | 2 | to the GMAC Committee -- do you know whether it was |
| 12:26:43 | 3 | disclosed to the CMAC Committee or senior management |
| 12:26:46 | 4 | at Citi that Madoff refused to identify the options |
| 12:26:51 | 5 | counterparties? |
| 12:26:52 | 6 | A.        I don't particularly recall |
| 12:26:54 | 7 | discussing it at CMAC, but I -- we did discuss about |
| 12:27:01 | 8 | this with our controls and market risk and credit |
| 12:27:05 | 9 | risk. |
| 12:27:09 | 10 | Q.        And what were those discussions? |
| 12:27:11 | 11 | A.        Just that this is something that we |
| 12:27:14 | 12 | are not getting information about. |
| 12:27:19 | 13 | Q.        And how did market risk or credit |
| 12:27:25 | 14 | respond to being informed that Madoff would not |
| 12:27:28 | 15 | disclose his options counterparties? |
| 12:27:32 | 16 | A.        What I recall is that nobody was very |
| 12:27:38 | 17 | satisfied with that, but at the same time people |
| 12:27:41 | 18 | understood that many hedge funds will not disclose |
| 12:27:47 | 19 | this information. |
| 12:27:52 | 20 | Q.        Did you understand BLMIS to be a |
| 12:27:54 | 21 | hedge fund? |
| 12:27:56 | 22 | A.        With this transaction, it became |
| 12:28:02 | 23 | clearer that that's the role they were performing |
| 12:28:05 | 24 | for this part of the business. |
| 12:28:08 | 25 | Q.        You understood that Madoff on the |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL            SIPC v. BLMIS

Page 77

| 12:28:13 | 1 | investment advisory side was essentially acting like |
| 12:28:17 | 2 | a hedge fund? |
| 12:28:18 | 3 | A.    Yes. |
| 12:28:20 | 4 | Q.    Did you draw any distinction between |
| 12:28:25 | 5 | the advisory business at BLMIS being described as |
| 12:28:30 | 6 | managed accounts versus a hedge fund? |
| 12:28:39 | 7 | A.    Not really, because a lot of the |
| 12:28:42 | 8 | hedge funds do manage money in the form of managed |
| 12:28:46 | 9 | accounts.  It's not unique to BLMIS. |
| 12:28:51 | 10 | Q.    You said you recall that no one was |
| 12:28:54 | 11 | particularly satisfied with not being told the |
| 12:28:58 | 12 | identities of the options counterparties.  What, if |
| 12:29:03 | 13 | anything else, did you do to attempt to identify the |
| 12:29:09 | 14 | options counterparties? |
| 12:29:13 | 15 | A.    I mean, there is little that I |
| 12:29:15 | 16 | personally could have done on that.  I mean, I just |
| 12:29:18 | 17 | can't pick up the phone to everyone on the street |
| 12:29:22 | 18 | asking about this.  Nobody would respond and nobody |
| 12:29:26 | 19 | would reveal this kind of information.  So -- |
| 12:29:29 | 20 | Q.    Fair enough.  Do you recall picking |
| 12:29:31 | 21 | up the phone and asking any of the options desks at |
| 12:29:36 | 22 | Citi whether they were trading S&P 100 options |
| 12:29:40 | 23 | over-the-counter with Madoff or whether they were |
| 12:29:43 | 24 | aware of any Madoff OTC S&P 100 Index options |
| 12:29:51 | 25 | activity? |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL        SIPC v. BLMIS

Page 78

| | | |
|---|---|---|
| 12:29:53 | 1 | A.    At some point I do recall a |
| 12:29:55 | 2 | discussion with them.  I don't particularly remember |
| 12:30:01 | 3 | the timing of it when exactly, but they said they |
| 12:30:05 | 4 | have not seen -- they have not been counterparties |
| 12:30:10 | 5 | to these kind of options, and they did not know of |
| 12:30:15 | 6 | anybody else who would be the counterparties for |
| 12:30:18 | 7 | these kind of options. |
| 12:30:19 | 8 | Q.    And to the best of your recollection, |
| 12:30:21 | 9 | Mr. Mathur, with whom within Citi did you have such |
| 12:30:26 | 10 | a conversation? |
| 12:30:27 | 11 | A.    That I don't recall.  It could have |
| 12:30:33 | 12 | been somebody on the equity trading desk. |
| 12:30:40 | 13 | Q.    Did you have a sense of how big |
| 12:30:44 | 14 | Citi's equity options trading desk was in the 2005 |
| 12:30:51 | 15 | to 2008 time period?  Put bluntly, were they a big |
| 12:31:00 | 16 | player? |
| 12:31:01 | 17 | A.    No. |
| 12:31:06 | 18 | Q.    Why do you say that? |
| 12:31:08 | 19 | A.    I mean, if you would typically ask |
| 12:31:13 | 20 | reputationally like, you know, who the big equity |
| 12:31:17 | 21 | players are, Citi was not one of them. |
| 12:31:19 | 22 | Q.    Who were they? |
| 12:31:20 | 23 | A.    I mean -- |
| 12:31:21 | 24 | Q.    To the best of your knowledge? |
| 12:31:23 | 25 | A.    I would have said somebody like |

BENDISH REPORTING, INC.
877.404.2193

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

| | | |
|---|---|---|
| 12:31:26 | 1 | Goldman, something like Societe Generale. |
| 12:31:35 | 2 | Q.      In your discussions about the |
| 12:31:39 | 3 | identity of the options counterparties, did anyone |
| 12:31:43 | 4 | ever suggest contacting some of the other financial |
| 12:31:48 | 5 | institutions to inquire whether they were trading |
| 12:31:51 | 6 | options with BLMIS? |
| 12:31:55 | 7 | A.      I don't recall, but I mean my |
| 12:32:01 | 8 | understanding was that it was not practical to just |
| 12:32:05 | 9 | pick up the phone to Societe Generale and ask them |
| 12:32:10 | 10 | are you trading.  They would not reveal this kind of |
| 12:32:12 | 11 | information, which would be competitive information |
| 12:32:17 | 12 | for them. |
| 12:32:17 | 13 | Q.      When you were having your discussions |
| 12:32:20 | 14 | with Sentry leading up to approving this |
| 12:32:25 | 15 | transaction, what, if anything, did you understand |
| 12:32:33 | 16 | about who were the actual parties to the OTC options |
| 12:32:41 | 17 | contracts?  I'm not asking about the identities. |
| 12:32:44 | 18 | I'm asking, did you understand that Sentry was a |
| 12:32:50 | 19 | principal or that BLMIS was acting as a principal or |
| 12:32:56 | 20 | an agent of -- I'm trying to understand that. |
| 12:33:03 | 21 | Another way of asking you is, who did you understand |
| 12:33:06 | 22 | bore the counterparty risk in the options trading? |
| 12:33:20 | 23 | MR. BOCCUZZI:  If you recall having |
| 12:33:21 | 24 | that understanding. |
| 12:33:22 | 25 | THE WITNESS:  I don't recall.  I |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

12:33:25    1    mean, general understanding would be that the fund

12:33:29    2    would be the counterparty for these options.

12:33:35    3         Q.        So would the fund have the risk

12:33:38    4    associated with the OTC contracts?

12:33:42    5         A.        I mean, I don't really recall much on

12:33:56    6    that particular issue.

12:33:58    7         Q.        Did anyone in your group, the Global

12:34:07    8    Hybrid Group, do any analysis on whether options had

12:34:17    9    been exercised against Sentry historically?

12:34:27    10        A.        Let me -- just to clarify.  Are you

12:34:32    11   asking whether Sentry was a counterparty, is that

12:34:34    12   the question?

12:34:35    13        Q.        I will ask it more generally.  We

12:34:37    14   have talked about options, and we have talked about

12:34:40    15   options being part of the strategy being employed by

12:34:43    16   Madoff in this split strike conversion.  What, if

12:34:47    17   any, analysis did Citi's hybrid group do in terms of

12:34:54    18   looking at the options trading before the Auriga

12:34:58    19   transaction was approved?

12:35:01    20        A.        If you're asking whether we are

12:35:07    21   trying to replicate the strategy and how it could

12:35:10    22   have worked, is that the question?

12:35:12    23        Q.        That is part of it.  I am asking a

12:35:14    24   very broad question.  I am asking did anyone look at

12:35:17    25   the cost of it?  Did anyone look at how often the

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

Page 81

| | | |
|---|---|---|
| 12:35:22 | 1 | strike seemed to be exercised, anything like that? |
| 12:35:25 | 2 | I am just trying to get a sense, if you know, what |
| 12:35:27 | 3 | Citi did in terms of looking at, understanding the |
| 12:35:31 | 4 | options trading historically that had happened with |
| 12:35:35 | 5 | Sentry? |
| 12:35:36 | 6 | MR. BOCCUZZI: Prior to the |
| 12:35:37 | 7 | investment, did anyone on your team look at the |
| 12:35:39 | 8 | options trading strategy? |
| 12:35:41 | 9 | THE WITNESS: I mean, basically, we |
| 12:35:46 | 10 | asked these kind of general questions of Fairfield |
| 12:35:52 | 11 | Sentry, like what did they understand of the |
| 12:35:53 | 12 | strategy and the options, and how did it work. And |
| 12:36:03 | 13 | most of our understanding is based upon what they |
| 12:36:07 | 14 | told us, which is, you know, that they would -- |
| 12:36:17 | 15 | Bernie Madoff would accumulate the stocks, would |
| 12:36:21 | 16 | write options around it. That was our |
| 12:36:24 | 17 | understanding. |
| 12:36:26 | 18 | Q. Okay. You said earlier that one of |
| 12:36:31 | 19 | the things that you understood was that Madoff was a |
| 12:36:38 | 20 | big market-maker and presumably would see the flow |
| 12:36:43 | 21 | in the markets. What did you understand by a "flow |
| 12:36:46 | 22 | in the markets"? |
| 12:36:47 | 23 | A. I mean, they would see -- presumably |
| 12:36:52 | 24 | see, you know, who was buying or selling shares in |
| 12:36:56 | 25 | large numbers. |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL        SIPC v. BLMIS

Page 111

| | | |
|---|---|---|
| 02:29:19 | 1 | strike you as a concern? |
| 02:29:26 | 2 | A.     Not really. |
| 02:29:28 | 3 | Q.     So -- okay.  We've talked about a |
| 02:29:35 | 4 | number of things that you identified or your group |
| 02:29:40 | 5 | identified during the course of looking at Madoff, |
| 02:29:43 | 6 | and I believe we've talked about that the options |
| 02:29:48 | 7 | parties were unidentified.  Do you agree with that? |
| 02:29:52 | 8 | A.     Yes. |
| 02:29:52 | 9 | Q.     And we've talked about not being able |
| 02:30:00 | 10 | to have discussions with the auditors.  Do you agree |
| 02:30:05 | 11 | with that? |
| 02:30:06 | 12 | MR. BOCCUZZI:  That we talked about |
| 02:30:07 | 13 | it?  That is a confusing question. |
| 02:30:10 | 14 | Q.     I guess my question to you is, in the |
| 02:30:12 | 15 | aggregate of all the different things that you came |
| 02:30:16 | 16 | to learn or were told about Madoff or BLMIS, in the |
| 02:30:21 | 17 | aggregate, did they ever cause you to question |
| 02:30:25 | 18 | whether this was a good trade or not? |
| 02:30:28 | 19 | A.     Not really because if we had done |
| 02:30:32 | 20 | that.  Then we would have not entered into the trade |
| 02:30:36 | 21 | or unwound it. |
| 02:30:44 | 22 | Q.     Before December 10, 2008, did anyone |
| 02:30:48 | 23 | at Citi ever express to you any concern or |
| 02:30:53 | 24 | hesitation about being exposed to Madoff? |
| 02:31:04 | 25 | A.     I mean, there were some questions |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL        SIPC v. BLMIS

Page 112

| | | |
|---|---|---|
| 02:31:11 | 1 | from our market risk people about, you know, who are |
| 02:31:19 | 2 | the counterparties, and that was one of the |
| 02:31:24 | 3 | questions they were asking.  So that was a concern, |
| 02:31:29 | 4 | and they wanted to get a better sense about it.  But |
| 02:31:34 | 5 | the fact that we couldn't get to the counterparties |
| 02:31:40 | 6 | was not a show-stopper because it was expected that |
| 02:31:44 | 7 | in many other cases this would have been the same |
| 02:31:47 | 8 | situation, you know, we would not get to know the |
| 02:31:50 | 9 | counterparties. |
| 02:31:54 | 10 | Q.      Other than issues revolving around |
| 02:32:01 | 11 | options counterparties, did anyone else ever discuss |
| 02:32:04 | 12 | with you any concerns or hesitations they had about |
| 02:32:09 | 13 | BLMIS before December 10, 2008 unrelated to options? |
| 02:32:13 | 14 | A.      No. |
| 02:32:14 | 15 | Q.      And who are these market risk people |
| 02:32:17 | 16 | that you mentioned that -- |
| 02:32:20 | 17 | A.      I mean the primary person we |
| 02:32:23 | 18 | interacted with is Ramesh Gupta and Jean Louis |
| 02:32:31 | 19 | Lafforge. |
| 02:32:31 | 20 | Q.      Can you spell that? |
| 02:32:32 | 21 | A.      J-E-A-N, L-O-U-I-S, L-A-F-F-O-R-G-E. |
| 02:32:47 | 22 | Q.      And did the market risk people |
| 02:32:49 | 23 | express their concerns about the options aspect of |
| 02:32:54 | 24 | the strategy before or after the Auriga trade was |
| 02:33:04 | 25 | done? |

BENDISH REPORTING, INC.
877.404.2193

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL        SIPC v. BLMIS

Page 113

| | | |
|---|---|---|
| 02:33:04 | 1 | A.    I don't recall the timing, but this |
| 02:33:07 | 2 | was one of the questions that was brought up. |
| 02:33:10 | 3 | Q.    And was there any resolution to the |
| 02:33:12 | 4 | issue of the options counterparties? |
| 02:33:16 | 5 | A.    We, again, asked Fairfield, and we |
| 02:33:21 | 6 | tried to press them more on this question who are |
| 02:33:26 | 7 | the counterparties.  And I do recall they had at one |
| 02:33:30 | 8 | time given us a couple of names.  They said |
| 02:33:34 | 9 | potentially they had heard that Merrill and Deutsche |
| 02:33:37 | 10 | were the counterparties for some of the options. |
| 02:33:41 | 11 | Q.    And what steps, if anything, did Citi |
| 02:33:43 | 12 | take to verify that Merrill or Deutsche Bank might |
| 02:33:46 | 13 | be the options counterparties trading with Sentry? |
| 02:33:51 | 14 | A.    There was very little we could do. |
| 02:33:53 | 15 | It's not that we could pick up a phone and call |
| 02:33:57 | 16 | somebody there and ask do you trade with the |
| 02:33:58 | 17 | counterparty.  If someone called us, we would not |
| 02:34:02 | 18 | say if we are dealing with a particular |
| 02:34:04 | 19 | counterparty. |
| 02:34:07 | 20 | Q.    In your experience as a trader, do |
| 02:34:12 | 21 | desks of different financial institutions talk to |
| 02:34:15 | 22 | one another? |
| 02:34:16 | 23 | A.    There is some interaction, yes. |
| 02:34:18 | 24 | Q.    And is it typical or unusual for |
| 02:34:23 | 25 | desks at different financial institutions to |

BENDISH REPORTING, INC.
877.404.2193

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

Page 159

| | | |
|---|---|---|
| 04:06:21 | 1 | checking with him. |
| 04:06:22 | 2 | Q.       Did this information exchange in |
| 04:06:26 | 3 | September of 2003 lead to a transaction that was |
| 04:06:30 | 4 | completed by Citi involving Tremont? |
| 04:06:35 | 5 | A.       No. |
| 04:06:39 | 6 | Q.       Why is that, if you know? |
| 04:06:42 | 7 | A.       I don't recall why, but probably we |
| 04:06:46 | 8 | did not agree on some terms. |
| 04:06:49 | 9 | Q.       I take it you were basically running |
| 04:06:53 | 10 | by your summary of points to make with respect to |
| 04:06:59 | 11 | American Masters fund by the Tremont folk.  Do you |
| 04:07:03 | 12 | know who you were going to send this information to? |
| 04:07:21 | 13 | A.       I don't remember who this was being |
| 04:07:36 | 14 | sent to. |
| 04:07:36 | 15 | Q.       Do you recall whether this inquiry |
| 04:07:39 | 16 | was in respect of a direct or a synthetic |
| 04:07:43 | 17 | investment? |
| 04:07:47 | 18 | A.       I think we were trying to put |
| 04:07:51 | 19 | together a principal protected note on these funds. |
| 04:07:56 | 20 | So it was not a leverage facility like the other |
| 04:08:00 | 21 | one. |
| 04:08:20 | 22 | Q.       What role, if any, did you play in |
| 04:08:26 | 23 | connection with the Citibank loan that was made to a |
| 04:08:33 | 24 | Tremont fund in 2005 for approximately 300 million |
| 04:08:40 | 25 | dollars? |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL          SIPC v. BLMIS

| | | |
|---|---|---|
| 04:08:40 | 1 | A.      In that one, we had no role -- I had |
| 04:08:46 | 2 | no role. |
| 04:08:47 | 3 | Q.      Did your group have any role in that |
| 04:08:50 | 4 | 300 million dollar loan in 2005? |
| 04:08:53 | 5 | A.      No. |
| 04:08:56 | 6 | Q.      While your group was evaluating the |
| 04:09:02 | 7 | Auriga transaction in 2005, were you aware that |
| 04:09:11 | 8 | another part of Citibank was discussing entering |
| 04:09:16 | 9 | into a 300 million dollar loan for another Madoff |
| 04:09:21 | 10 | feeder fund? |
| 04:09:22 | 11 | A.      No. |
| 04:09:24 | 12 | Q.      Why is that? |
| 04:09:28 | 13 | A.      I mean, if I would have known, I |
| 04:09:31 | 14 | would have been quite annoyed why some other group |
| 04:09:38 | 15 | is doing similar business. |
| 04:09:41 | 16 | Q.      When did you first become aware that |
| 04:09:44 | 17 | a Citibank group or entity had made a 300 million |
| 04:09:52 | 18 | dollar loan to a Tremont fund? |
| 04:09:55 | 19 | A.      I don't particularly recall the time, |
| 04:10:04 | 20 | but at some time later on I got to know that this |
| 04:10:08 | 21 | had been done. |
| 04:10:09 | 22 | Q.      And what were the circumstances |
| 04:10:11 | 23 | pursuant to which you got to know that this had been |
| 04:10:15 | 24 | done? |
| 04:10:16 | 25 | A.      Are you asking me how did I learn |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL              SIPC v. BLMIS

Page 161

04:10:20    1    about it?

04:10:20    2              Q.      Sure.

04:10:21    3              A.      I don't recall.  Somebody must have

04:10:23    4    mentioned it.

04:10:24    5              Q.      What was your reaction to learning

04:10:27    6    about the leverage that had been provided by some

04:10:31    7    other Citi group or entity?

04:10:36    8              A.      I mentioned I was not happy to hear

04:10:39    9    that somebody else was doing it.

04:10:43    10             Q.      So what did you do once you learned

04:10:46    11   about the transaction, if anything?

04:10:50    12             A.      Not much I could do.

04:10:55    13             Q.      Did you think to ask the person or

04:11:02    14   persons responsible for that loan whether they had

04:11:06    15   answers to some of the questions that you and your

04:11:10    16   group had regarding Madoff and Madoff feeder fund

04:11:17    17   issues?

04:11:28    18             A.      The group that was doing it was

04:11:30    19   somewhat of a rival to our group.  So we did not

04:11:33    20   have that kind of a relationship on my side.

04:11:36    21             Q.      And who was the head of the group

04:11:38    22   that was the rival lending unit?

04:11:45    23             A.      I mean, the person that I eventually

04:11:48    24   got to know about was Matt Nichols.

04:11:52    25             Q.      Matt Nichols?

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL         SIPC v. BLMIS

Page 162

| | | |
|---|---|---|
| 04:11:53 | 1 | A.      Yes. |
| 04:12:01 | 2 | Q.      And why did you review -- strike |
| 04:12:04 | 3 | that. |
| 04:12:04 | 4 | And why did you view that group headed by |
| 04:12:09 | 5 | Mr. Nichols as a rival unit in terms of business |
| 04:12:18 | 6 | opportunities? |
| 04:12:20 | 7 | A.      Because they were doing very similar |
| 04:12:23 | 8 | trades. |
| 04:12:24 | 9 | Q.      Were they doing any synthetic trades |
| 04:12:27 | 10 | as far as you know?  Strike that. |
| 04:12:29 | 11 | Were they doing any swaps? |
| 04:12:31 | 12 | A.      I don't think so. |
| 04:12:33 | 13 | Q.      And just so the record is clear, what |
| 04:12:38 | 14 | was this group?  Did it have a name? |
| 04:12:41 | 15 | A.      They were part of our corporate |
| 04:12:44 | 16 | banking. |
| 04:12:47 | 17 | Q.      They were within the Citibank entity |
| 04:12:52 | 18 | or a Citigroup entity? |
| 04:12:54 | 19 | A.      Yes. |
| 04:12:55 | 20 | MR. BOCCUZZI:  Do you know? |
| 04:12:56 | 21 | Q.      Do you know? |
| 04:12:57 | 22 | A.      Yes.  They were part of Citigroup. |
| 04:13:00 | 23 | MR. BOCCUZZI:  He started to say were |
| 04:13:02 | 24 | they in Citibank, then the question is do you |
| 04:13:04 | 25 | know where they -- |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

SAMIR MATHUR 11/3/10   CONFIDENTIAL         SIPC v. BLMIS

Page 163

04:13:04    1              Q.      Let me ask it this way.  If I

04:13:07    2      understand it correctly, you were always and always

04:13:08    3      have been within the Citibank entity?

04:13:11    4              A.      Yes.

04:13:11    5              Q.      Were they, that group, also a unit of

04:13:18    6      Citibank?

04:13:20    7              A.      Citigroup, yes.

04:13:22    8              Q.      Citigroup?

04:13:23    9              A.      And I was also part of Citigroup, not

04:13:29   10      always the bank.

04:13:40   11              Q.      So I think I asked you, but I am not

04:13:43   12      sure I got an answer.  Once you found out that

04:13:50   13      Mr. Nichols had made the 300 million dollar loan to

04:13:59   14      another Madoff feeder fund, did you take any steps

04:14:04   15      to have any communications with him or his group

04:14:10   16      about Madoff feeder funds in general?

04:14:14   17              A.      I don't recall having any discussions

04:14:18   18      with him on this part.

04:14:20   19              Q.      Did you instruct anyone working for

04:14:23   20      you to, in words or substance, go learn as much as

04:14:27   21      you can about that transaction and whatever

04:14:31   22      Mr. Nichols had done with respect to Tremont?

04:14:37   23              A.      I don't recall asking anybody to do

04:14:40   24      that.

04:14:41   25              Q.      And did you always regard that group

BENDISH REPORTING, INC.
877.404.2193

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

Page 164

| | | |
|---|---|---|
| 04:14:48 | 1 | as a rival in terms of business opportunities or did |
| 04:14:53 | 2 | that manifest itself at some particular point in |
| 04:14:58 | 3 | time? |
| 04:14:58 | 4 | A.    At that particular point when I |
| 04:15:00 | 5 | learned about the trade about this particular group |
| 04:15:02 | 6 | had done it, I was somewhat surprised that why would |
| 04:15:06 | 7 | they do that.  And later on, actually, we cooperated |
| 04:15:14 | 8 | and we did some other trades together, but at that |
| 04:15:18 | 9 | particular time I was somewhat disappointed. |
| 04:15:22 | 10 | Q.    And was this the first time you had |
| 04:15:25 | 11 | discovered that that group was playing in your |
| 04:15:31 | 12 | space, to speak? |
| 04:15:33 | 13 | A.    Yes, I think -- yes. |
| 04:15:38 | 14 | Q.    And you mentioned that later on your |
| 04:15:42 | 15 | group cooperated with that group on one or more |
| 04:15:46 | 16 | trades.  Were any of those trades Madoff-related? |
| 04:15:50 | 17 | A.    Yes.  I believe they were asking us |
| 04:15:53 | 18 | to take a look at the Tremont trade.  I mean, they |
| 04:15:57 | 19 | were asking us to see if we could take -- I am not |
| 04:16:06 | 20 | now sure whether it was their facility or the |
| 04:16:10 | 21 | inquiry came from them.  That we could offer |
| 04:16:19 | 22 | leverage to Tremont. |
| 04:16:20 | 23 | Q.    Just to expedite things, did there |
| 04:16:23 | 24 | come a time when that group or Mr. Nichols came to |
| 04:16:29 | 25 | you and said, in words or substance, that Tremont |

BENDISH REPORTING, INC.
877.404.2193

1d368914-2cd4-4be3-9fa1-bebdcc1170eb

Page 165

| | | |
|---|---|---|
| 04:16:34 | 1 | was interested in a leveraged transaction, |
| 04:16:39 | 2 | potentially a swap transaction on a Madoff feeder |
| 04:16:43 | 3 | fund and would you be interested in working with |
| 04:16:46 | 4 | them on it? |
| 04:16:48 | 5 | A.     Yes. |
| 04:16:48 | 6 | Q.     And who brought that to your |
| 04:16:51 | 7 | attention? |
| 04:16:53 | 8 | A.     Who brought the Tremont trade to my |
| 04:17:00 | 9 | attention? |
| 04:17:01 | 10 | Q.     Yes. |
| 04:17:05 | 11 | A.     I don't particularly recall whether |
| 04:17:09 | 12 | it was Matt himself or somebody else brought that to |
| 04:17:11 | 13 | my attention. |
| 04:17:11 | 14 | Q.     And what was your reaction? |
| 04:17:15 | 15 | A.     I said we will take a look. |
| 04:17:18 | 16 | Q.     Was this some time after you learned |
| 04:17:21 | 17 | about the 300 million dollar loan? |
| 04:17:25 | 18 | A.     Yes. |
| 04:17:27 | 19 | Q.     Was it at or about the same time or |
| 04:17:30 | 20 | some time thereafter? |
| 04:17:33 | 21 | A.     I didn't know precisely the time at |
| 04:17:36 | 22 | which they had put on the loan.  So I can't really |
| 04:17:41 | 23 | say then when they brought this inquiry to us, but I |
| 04:17:49 | 24 | do remember this came after the Fairfield trade. |
| 04:17:54 | 25 | Q.     And is it your understanding that |

1d368914-2cd4-4be3-9fa1-bebdcc1170eb