# Exhibit F

1

1          C O N F I D E N T I A L

2              UNITED STATES BANKRUPTCY COURT
               SOUTHERN DISTRICT OF NEW YORK
3               ADV. PRO. NO. 08-01789 (BRL)

4
   -------------------------------x
5  SECURITIES INVESTOR PROTECTION
   CORPORATION,
6
                Plaintiff-Applicant,        Rule 2004
7          v.                              Examination of:

8  BERNARD L. MADOFF INVESTMENT            LEON J. GROSS
   SECURITIES, LLC,
9               Defendant.                 CONFIDENTIAL
   -------------------------------x
10 In Re:

11 BERNARD L. MADOFF,

12              Debtor.
   -------------------------------x
13

14

15         TRANSCRIPT of testimony as taken by and before

16 PATRICIA MULLIGAN CARRUTHERS, Certified Court

17 Reporter, RPR, RMR, RDR, and Notary Public of the

18 States of New York and New Jersey, at the offices of

19 Baker & Hostetler, 45 Rockefeller Plaza, New York,

20 New York on Friday, October 22, 2010, commencing at

21 10:10 a.m.

22

23
                  BENDISH REPORTING, INC.
24              Litigation Support Services
                     877.404.2193
25                  www.bendish.com

24

1  he was laid off in August?
2      A.    Yes.
3      Q.    And your understanding was that Citi
4  was going to eliminate the derivatives group as a
5  group with a reporting structure to management?
6      A.    I actually believe that's actually
7  happened, so there used to be a US head of
8  derivatives, et cetera, and the people, the
9  employees, were still there. They just didn't
10  report to a derivative head. They reported to a
11  sales head, trading, so the management structure,
12  the management structure was taken away, but what
13  you call the line employees were still there. They
14  just had different reporting lines.
15      Q.    You mentioned you had some concerns
16  that the firm would survive. Can you elaborate more
17  on that?
18      A.    There was a government bailout, so if
19  you look from the outside I believe there were
20  bailouts of many companies on Wall Street. They
21  could have not made it. Lehman wasn't bailed out
22  and didn't survive, so there was a real concern
23  whether the company or the system would survive.
24      Q.    In your group, strategy group, was
25  anyone tasked with monitoring Bernard L. Madoff

25

1  Securities Investment, LLC?
2      A.    No.
3      Q.    During the time that you were at Citi
4  did anyone in your group ever prepare a report or
5  some other analysis of BLMIS?
6      A.    No one at Citi ever asked anyone in
7  my group to look at it. I was asked by a customer.
8      Q.    And who was that customer?
9      A.    The customer was Harry Markopolos
10  from Rampart, so the answer was no one at Citi ever
11  said, I want you to take a look at this, What do you
12  think of this, et cetera. I said before that one of
13  my responsibilities was responding to customer
14  requests for analysis.
15      Q.    And you mentioned Mr. Markopolos,
16  someone we'll talk about today. When did you first
17  meet Mr. Markopolos?
18      A.    I don't know exactly when I met him.
19  The sales people were responsible for setting up the
20  meetings, and I would just go. I'm very good with
21  concepts, remembering what we spoke about, but not
22  names, dates, places; you know, this guy used to be
23  here, the parent company is this. It's not how I
24  look at the world, so I don't know exactly when I
25  first met him. I would say I knew him for a number

26

1  of years, so I'm not sure exactly. It may be
2  starting sometime in the late nineties.
3      Q.    Sometimes I try to think was it
4  pre9-11, post9-11.
5      A.    You mean when I first met him?
6      Q.    Yes.
7      A.    I would say in the late nineties.
8          MS. REISBAUM: Can we take a quick
9  break?
10          MR. FARLEY: Sure.
11          (Recess taken.)
12      Q.    We were talking about Mr. Markopolos.
13  You mentioned he was a customer. What was the name
14  of his firm that he was associated with?
15      A.    We referred it to Rampart. I don't
16  know the full name of the firm.
17      Q.    What did you understand that Rampart
18  to be?
19      A.    They're based in Boston. They manage
20  funds, and the part I knew was the quantitative part
21  of the fund that used options.
22      Q.    And what were the circumstances that
23  you first met Mr. Markopolos?
24      A.    I would frequently go to different
25  cities in the country and meet customers on trips

27

1  that were scheduled by the salespeople, so it was
2  either in his office on one of those trips or in my
3  office when he came to see the salesperson, and then
4  the salesperson would be the person who set up those
5  meetings.
6      Q.    Do you recall what salesperson at
7  Citi introduced you to Mr. Markopolos?
8      A.    I know Holly Robinson covered Harry.
9  I don't know -- I know -- Tony Miles may have
10  covered Harry before him, but I'm not sure.
11      Q.    What do you mean by "cover" Mr.
12  Markopolos?
13      A.    The salesperson responsible for
14  managing the relationship between Citi and that
15  customer. Every salesperson has a list of customers
16  they cover, and every customer in the firm is
17  covered by one salesperson primarily. Another
18  person may be a backup, so there's a designation
19  inside the firm who's responsible for a certain
20  account.
21      Q.    What did you understand
22  Mr. Markopolos to be doing at Rampart?
23      A.    He was doing some strategies
24  involving options, and the reason I knew is we
25  basically discussed some data. We were helping

28

1  provide data for him to do certain analysis.
2      Q.    What type of data did you provide?
3      A.    The data we provided to customers
4  primarily had to do with option pricing, option
5  volatilities, et cetera.
6      Q.    What types of options?
7      A.    Equity options, both listed -- listed
8  options, both on indices and individual names.
9      Q.    Did you provide him with any data on
10  the S&P 100 Index options?
11      A.    I don't know.  Probably not.
12      Q.    And did you form any impressions of
13  Mr. Markopolos when you first met him?
14          MS. REISBAUM:  When you first met?
15          MR. FARLEY:  Yes.
16      A.    No.
17      Q.    How would you describe the nature of
18  your relationship with Mr. Markopolos over time?
19      A.    I would say no different than any
20  other customer I spoke to.
21      Q.    And approximately --
22      A.    Does that answer your question?
23      Q.    We'll talk about it.  Your answer is
24  your answer.  Approximately how many times did you
25  meet Mr. Markopolos over the span of your tenure at

29

1  Citigroup?
2      A.    Five or six.
3      Q.    And did you have regular or frequent
4  communications with Mr. Markopolos?
5      A.    No.  I would -- I wouldn't -- didn't
6  have his phone number.  It's not as if I had a -- a
7  -- a schedule of calling him, so if he had called to
8  speak to me, he would probably go through the
9  salesperson.  So if -- you know, if he called, I
10  would pick up the phone, but I would say, you know,
11  through business -- me traveling to Boston and him
12  coming, I may have seen him, as I said, maybe once
13  every year or two.
14      Q.    And did you communicate with him by
15  email?
16          MS. REISBAUM:  You mean ever or
17  regularly?
18      Q.    Ever.
19      A.    I don't know if I sent him an email.
20  I assume if he was asking for data, I assume
21  somebody from my group would have sent him an email
22  with data in it.
23      Q.    But he was not somebody you were
24  regularly exchanging emails with, from what I
25  understand you are saying.

30

1      A.    No.
2      Q.    Did there come a time when
3  Mr. Markopolos and you discussed Bernard Madoff or
4  BLMIS?
5      A.    By that, you mean the broker/dealer.
6      Q.    Yes.
7      A.    Yes.
8      Q.    And what were the circumstances
9  pursuant to which you had this conversation about
10  Madoff?
11      A.    He was in the office.  He had come,
12  you know, through the salesperson, and he was asking
13  questions about -- about Madoff.
14      Q.    You said he came through the
15  salesperson.  Do you recall who that salesperson
16  was?
17      A.    That's Holly.
18      Q.    And did he have a meeting scheduled
19  with you that he came to New York for?
20      A.    I don't know.  He wasn't in a
21  conference room.  So it wasn't as if we, you know,
22  we had a -- a -- an agenda or a conference room, so
23  I guess I knew he was coming, but I'm not sure it
24  was on the calendar.
25      Q.    And who participated in this meeting

31

1  with Mr. Markopolos and yourself?
2      A.    Like I said, it wasn't a formal
3  meeting, because it was on the trading floor.  It
4  was more like a conversation, not like this setting
5  here.  So I would say it was just Harry and myself,
6  although it was on a trading floor.
7      Q.    But there were no other people who
8  were formally involved in your discussion.
9          MS. REISBAUM:  Objection.
10      Q.    Was it basically a conversation
11  between you and Mr. Markopolos?
12      A.    Yes, it was, but not in a private
13  place.
14      Q.    And did you -- and what did he say
15  and what did you say to him?
16      A.    I don't remember the exact words.
17      Q.    What do you recall?
18      A.    I looked at a web site, which I
19  assume he directed me to, that was probably the
20  broker/dealer web site that had a strategy
21  description of something involving options, so I
22  remember looking at that.  And also I remember him
23  showing me or directing me to information about the
24  returns of such a strategy, so the -- The discussion
25  was, how is it possible to get these returns with

10 (Pages 28 to 31)

32

1    this type of strategy. That was the one part of the
2    discussion.
3            The other part of the discussion was
4    whether people at Citi were familiar with Madoff
5    trading in the markets that we're aware of. Those
6    were the two parts of the conversation.
7        Q.    And with respect to the first part of
8    the conversation dealing with returns generated by
9    the strategy, what, if anything, did you say to
10   Mr. Markopolos about that subject?
11       A.    I don't remember the exact words.
12       Q.    What do you recall in general?
13       A.    I'm sorry. Are you asking what I --
14   what I said to him or -- or -- or what I thought --
15   I'm not sure exactly what you're asking.
16       Q.    I'm just trying to get your best
17   recollection of that conversation. That's all.
18       A.    Just the conversation.
19       Q.    The conversation that you and
20   Mr. Markopolos had. We can then talk about other
21   impressions you have, but I'm just trying to
22   understand --
23       A.    I remember clearing my thoughts at
24   the time. I'm not sure exactly what I said. I can
25   tell you what I was thinking at the time.

33

1        Q.    That's fine.
2        A.    I thought -- well, I first tried to
3    find out how that -- how it's possible to reconcile
4    what I saw, a discrepancy between the strategy and
5    the returns, and I tried different possibilities,
6    maybe it's this, maybe it's this, maybe it's that.
7        Q.    What was the discrepancy that you
8    thought existed?
9        A.    The -- The strategy is -- involves a
10   -- what -- it says split strike conversion or
11   reversal. I would call it a collar strategy to be
12   simpler, of owning stocks and owning a collar. So
13   if the collar is a wide collar, then it would have a
14   return series that looked very similar to the S&P.
15   And if it was a narrow collar, it would have a
16   return series that would look very similar to owning
17   short dated bonds or T bills. Okay?
18           And depending on how wide or narrow
19   it is, it would vary between being one of those or
20   the other, or a hybrid of those. And the thing is
21   it didn't look like any of those. It didn't look
22   like owning Treasuries, it didn't look like owning
23   S&P, it didn't look like any mixture of those
24   things. So that was the discrepancy.
25           The one possibility I thought was

34

1    that the person was buying stocks and shorting the
2    index, then the stocks must be outperforming the
3    index on a regular basis, but there was no -- if
4    that's what the person was doing, then there's
5    really no need to use the options. One could use
6    futures and there was no discussion of how that
7    stock selection actually happened.
8            So I also thought that maybe the
9    person was using index options and individual
10   options for the different strikes because there's a
11   strategy that involves buying individual options and
12   selling index options. I thought the person was
13   doing that sort of strategy, but that wasn't it
14   either. So basically, I tried, you know, 4 or 5
15   different possibilities of saying it could be this,
16   it could be this, it could be this, it could be
17   this. And I came to the conclusion that none of
18   those really made any sense.
19       Q.    And how did you go about trying to
20   resolve these discrepancies? And I'm asking what
21   did you do? Was it something you went back and did
22   some mathematical equations? Did you just think
23   about it? I'm just trying to understand that
24   process.
25       A.    I mean, it's something I could

35

1    certainly do without -- without pencil and paper and
2    without a spreadsheet. It's more a conceptual issue
3    than a question of details.
4        Q.    And are you able to do this analysis
5    because of your background in derivatives and
6    options trading?
7            MS. REISBAUM: Objection.
8        Q.    What is it that enabled you to be
9    able to look at the strategy and view a discrepancy
10   and attempt to resolve that?
11           MS. REISBAUM: Objection.
12       Q.    You can answer.
13       A.    My understanding of the return
14   profiles of different types of strategies involving
15   equities and options.
16       Q.    And did you communicate your thoughts
17   about the returns generated by the strategy to
18   Mr. Markopolos?
19       A.    The -- my conclusion is that the
20   returns weren't generated by the strategy, they were
21   either generated by something else -- that something
22   was amiss there.
23       Q.    Did you tell Mr. Markopolos that?
24       A.    Probably, yes.
25       Q.    Do you recall telling him that day or

11 (Pages 32 to 35)

08-01789-cgm    Doc 18620-6    Filed 03/29/19    Entered 03/29/19 10:49:41    Exhibit F - Deposition Excerpt - Leon Gross    Pg 6 of 15

LEON J. GROSS 10/22/10    CONFIDENTIAL    SIPC v. BLMIS

36

1  sometime thereafter?
2      A.    If I told him, it was that day.
3      Q.    Again, I'm not trying to be precise
4  here, but approximately how long was this
5  conversation that you had with Mr. Markopolos
6  regarding Madoff?
7          MS. REISBAUM: Objection.
8      Q.    That particular day, we're talking
9  about the time that he --
10     A.    I would say from the time that he
11  showed it to me, right, that probably was a -- maybe
12  a five-minute conversation discussing it. And then
13  I probably spent between 15 minutes to a half hour,
14  looking at the strategy, et cetera, trying to figure
15  it out and then probably a few minutes afterwards,
16  you know -- he also, as I said before, he asked
17  about the activity in the market, so the asking
18  about that and that probably took maybe a half-hour
19  and probably the -- the conclusion, I guess, if you
20  want to call it that, would probably be a few
21  minutes.
22     Q.    Did he bring any paperwork with him
23  and give to you --
24     A.    I don't know.
25     Q.    -- at this initial meeting?

37

1      A.    I don't remember.
2      Q.    You mentioned you looked at a web
3  site.
4      A.    Yes.
5      Q.    Did he give you any monthly account
6  statements or brokerage account statements to
7  review?
8          MS. REISBAUM: Objection.
9      Q.    You can answer.
10     A.    No.
11     Q.    Just trying to find out what was
12  exchanged and what wasn't. We'll talk more about
13  the split strike conversion strategy during the day,
14  but let's talk about your second portion of your
15  conversation with Mr. Markopolos, which I understand
16  you to say involved whether there was Madoff
17  activity in the market, so to speak. Is that
18  correct?
19          MS. REISBAUM: Objection.
20     Q.    I'm just trying to understand what
21  you said.
22     A.    Whether -- whether -- whether people
23  were familiar with him trading in the market.
24     Q.    And what did you say to him in that
25  regard?

38

1      A.    When he asked the question, or when I
2  got the answer?
3      Q.    Both.
4      A.    I don't remember exactly. I remember
5  not knowing the answer and asking other people. And
6  then as I usually do, you know, someone asks me a
7  question, I find out the answer and report the
8  answer to the person who asked the question.
9      Q.    And who did you consult on the
10  question of Madoff market activity?
11          MS. REISBAUM: Objection.
12     Q.    You can answer.
13     A.    I would say it wasn't really a
14  consultation. It was the type of thing where if I
15  wanted an answer from a certain group, I would say,
16  hey, index traders, you know, what's the price of
17  this. And someone would shout back, as opposed to a
18  meeting. It was more that type of informal
19  conversation.
20          So I remember going over to the
21  people on the index desk and asking, has anyone
22  heard or seen this. And the answer was no. And I
23  remember asking salespeople, has anyone heard or
24  seen this, and the answer was no, but it -- I guess
25  you can call it a conversation, but it's something

39

1  that lasted a minute.
2      Q.    Just so the record is clear, I have
3  to ask you, what do you mean by the index desk?
4      A.    Oh, we had different trading desks at
5  Citigroup that traded different products. There was
6  one that traded exotic options and structured
7  products, one that traded index options, one that
8  traded individual options, one that traded swaps.
9  So depending on which product you trade, you go to a
10  different group of traders.
11     Q.    When you went to the index desk, what
12  did you did ask them?
13     A.    Something -- I don't know the words
14  exactly.
15     Q.    I'm asking -- you said, has anyone
16  seen this and they said no. I'm trying to
17  understand what the this and the no is?
18     A.    Has anyone, you know, seen someone
19  named Madoff trade in the index options, has anyone
20  heard about someone, you know, named Madoff trading
21  in the index options.
22     Q.    And what was the response to it?
23     A.    The answer was no, they hadn't. When
24  I ask a question like that, the answer could be --
25  the type of answers that may refer to another type

12 (Pages 36 to 39)

08-01789-cgm   Doc 18620-6   Filed 03/29/19   Entered 03/29/19 10:49:41   Exhibit F -
Deposition Excerpt - Leon Gross   Pg 7 of 15

LEON J. GROSS  10/22/10        CONFIDENTIAL          SIPC v. BLMIS

---

40

1   of activity, not this one, may be, yes, we trade
2   with him, no, we don't, or no, we don't trade with
3   this person, but we're aware of the activity because
4   of XYZ. So are the type of answers I would expect.
5       Q.    And their response was --
6       A.    No, we don't trade with him, no, we
7   haven't seen any -- we haven't heard or seen
8   anything about this.
9       Q.    Just to be clear, you were
10  essentially asking him, are you aware of any S&P 100
11  Index options trading.
12      A.    No.
13      Q.    What were you asking him? I'm sorry.
14  Again, I asked you to be patient with me at the
15  beginning.
16      A.    The question is, do you know of a --
17  of a counterparty named Bernie Madoff or Madoff
18  trading this product.
19      Q.    What's the product?
20      A.    OEX options or any other index
21  product.
22      Q.    Was your question limited to exchange
23  traded or both over the counter and exchange traded?
24      A.    It was a general question.
25      Q.    Other than consulting Citi's index

---

41

1   desk, was there any other department or person that
2   you questioned --
3       A.    The salespeople.
4             MS. REISBAUM: Objection.
5       Q.    And who did you further question
6   about Madoff market activity?
7       A.    I would say I don't know, because I
8   asked it more to a group of people in a certain area
9   as opposed to anyone specific.
10      Q.    And to what group did you ask that
11  question?
12      A.    Salespeople. Equity derivative
13  salespeople.
14      Q.    Do you recall any of the people who
15  were in that group --
16      A.    I can tell you the salespeople who
17  worked at Citigroup over the past ten years. I
18  would have to sit down with each one and find out
19  when they came and when they left in order the find
20  out -- the answer is I don't recall at the time.
21      Q.    I'm just trying to get a sense is
22  there anyone sticking out in your mind that said or
23  communicated back to you in response to that
24  question, the answer --
25      A.    The answer is no, because it was

---

42

1   common that if I needed information, it was
2   important that someone on the desk -- the same thing
3   happened when someone asked research for a question.
4   They would say, hey, research, you know, what's
5   this, and we'd answer. And that was sufficient,
6   they didn't really care whether the answer came from
7   me or somebody else. I mean, that's the way things
8   work on a trading floor, you think in terms of
9   groups of people.
10      Q.    So to the best of your recollection,
11  give us the general sense of what did you ask of the
12  salespeople in regard to Madoff trading activity?
13      A.    Do you know him -- do you know -- do
14  you know this person as a customer, someone who's
15  active in the market.
16      Q.    And what was their response?
17      A.    The answer was no.
18      Q.    Other than the index desk and the
19  salespeople, do you recall having any other
20  communications or questions to any people in your
21  quest to find the answer back for Mr. Markopolos?
22      A.    No. Those were the -- those were the
23  people within shouting distance of me. I didn't
24  speak to anyone else. I didn't leave my general
25  area.

---

43

1       Q.    Did you communicate back to
2   Mr. Markopolos what you learned with respect to your
3   inquiries about the Madoff market activity?
4       A.    Yes.
5       Q.    And what did you do in that regard?
6             MS. REISBAUM: Objection.
7       Q.    Did you pick up the phone and call
8   him, email him --
9       A.    No. He was at the time -- this whole
10  thing happened -- I said he was there, he asked some
11  questions. I did some, what I thought was work on
12  behalf of the request, and then I answered the
13  customer.
14      Q.    Was Ms. Robinson present for any of
15  this discussion?
16            MS. REISBAUM: Objection.
17      Q.    I'm just speaking again about
18  Mr. Markopolos being in New York that particular --
19      A.    She would have let him in the
20  building and seen him in and seen him out. So yes,
21  she was present in terms of, you know, here's Harry,
22  here he is.
23            In terms of content, no. There's
24  some times when we're sitting in a conference with a
25  salesperson and the salesperson is making notes and

---

13 (Pages 40 to 43)

LEON J. GROSS 10/22/10          CONFIDENTIAL                    SIPC v. BLMIS

44

1   as part of meeting, we have follow up, et cetera,
2   and that's a more formal type of meeting. The other
3   thing was customers may speak to different people on
4   the floor and have different conversations with
5   nobody, you know, supervising or quarterbacking the
6   meeting, you know, the more informal type of thing.
7        Q.    Prior to Mr. Markopolos coming to New
8   York that day, did you know that you would be
9   discussing Madoff with him?
10       A.    No. I'm not even sure I knew he was
11  coming.
12       Q.    Before you had this conversation with
13  Mr. Markopolos that day, had you ever heard of
14  Bernard Madoff or his investment --
15       A.    I heard the name, but hadn't really
16  associated -- There's a difference of hearing the
17  name, right, and then knowing something about it and
18  knowing -- I would say it was a name I may have
19  heard or seen without being able to attribute any
20  meaning to it.
21       Q.    It had no particular significance to
22  you.
23       A.    No.
24       Q.    I accept the fact that you say you're
25  not great with dates, but can you try to give us a

45

1   sense of when this meeting took place?
2        A.    It was before I left.
3        Q.    That much is clear.
4        A.    It was after we moved from 7 World
5   Trade Center, so it was after the merger with
6   Travelers. After '98.
7        Q.    There's no riddle here.
8   Mr. Markopolos has publicly said he met with you in
9   2005. Do you have any reason to believe that that
10  would be incorrect?
11       A.    I mean, I don't have my own calendar
12  and I don't have the ability to look at a calendar.
13  If I had that, I could say whether that agreed with
14  my notes or not. But the answer is I don't have my
15  own -- no. I don't know whether that's correct or
16  not correct.
17       Q.    You mentioned notes. Do you recall
18  making any notes of your meeting with Mr. Markopolos
19  about Madoff?
20       MS. REISBAUM: Objection.
21       Q.    You can answer.
22       A.    I wasn't in the habit of keeping a
23  notebook or notes.
24       Q.    I don't either.
25       A.    If -- There are many times where I

46

1   would do something and scribble something and throw
2   it out. I didn't -- It's not as if, you know, if I
3   had customer meetings, the salespeople usually take
4   notes and I would be talking.
5        Q.    You didn't have a practice of keeping
6   a log --
7        A.    I didn't have a log. Didn't have a
8   notebook. I -- I would rely on, you know, the
9   salespeople to manage those type of things. So the
10  answer is I definitely don't have any notes from the
11  meeting or there would be nothing at the end of the
12  day that I would be able to look and see anything
13  that says Markopolos or Harry.
14       Did I scribble on a piece of paper?
15  I don't know. Did I open a spreadsheet and not save
16  it, maybe I did that, but there's nothing -- there's
17  nothing anyone could find that I could say, hey,
18  this is a note responding to that. Did I scribble
19  something or open a spreadsheet? I may have. That
20  was the standard thing I may have done, but there's
21  no recollection I have that says it's in this
22  notebook or this file.
23       Q.    Did Mr. Markopolos give you any
24  indication as to why he was asking you these
25  questions?

47

1        A.    I don't remember.
2        Q.    Do you recall asking him why you need
3   this information or having any discussion about the
4   context of why you were providing this information
5   to him?
6        MS. REISBAUM: Objection.
7        A.    Could you repeat the question? I was
8   looking out the window.
9        Q.    I'm trying to understand, was there
10  any discussion or context to this inquiry --
11       A.    I would say if there was any context,
12  it was a question that -- that he was -- I guess he
13  was skeptical, would be the general context, that he
14  had some skepticism, or to him it was a puzzle or
15  something that needed to be figured out.
16       Q.    And did you agree with his skepticism
17  after performing your own analysis?
18       MS. REISBAUM: Objection.
19       Q.    You can answer.
20       A.    I'm not sure whether the skepticism
21  he had, you know, whether he indicated he was
22  skeptical and said I'm skeptical, do you agree or
23  whether his skepticism was after I looked at the
24  ting. I'm not sure whether he coached me or not to
25  getting a conclusion or whether he was simply

14 (Pages 44 to 47)

48

1    saying, look at this. So repeat the question,
2    please?
3        Q.    If I understand correctly, you agreed
4    that the strategy that you looked at was not capable
5    of generating the returns that were being stated.
6            MS. REISBAUM: Objection.
7        Q.    You can answer.
8        A.    The strategy as described.
9        Q.    Yes.
10       A.    It's possible it was
11   mischaracterized, that there was something else
12   going on. The strategy as described, as I
13   understood it, so yes, I was skeptical that that
14   strategy as described could generate those returns.
15       Q.    And we'll talk about this today at
16   some length and, again, I ask you to bear with me
17   because you'll feel like sometimes we're repeating
18   ourselves?
19       A.    Yes. That's why I'm confused.
20       Q.    Don't mean to confuse you at all.
21   Can you try to tell us, to the best of your ability,
22   why you were skeptical that the strategy as
23   described was not capable of generating these
24   returns?
25           MS. REISBAUM: Objection.

49

1        Q.    You can answer.
2        A.    Like I said before, that portfolio of
3    equities with a collar around it behaves either like
4    the equity market in the limine case, where the
5    collar is very wide, which means the strikes are
6    very far apart, or it behaves like a fixed-income
7    instrument, where the strikes are very close.
8            So in a limine case, where the
9    strikes are equivalent, you get the fixed-income
10   returns which would give you a short-term rate which
11   in the U.S. vary between one and five or six
12   percent, so that would give you between one and five
13   percent and the numbers that I remember were more in
14   the area of -- as an annual rate. Per year, not per
15   month.
16       Q.    Per year. Not per month.
17       A.    Yes. So the numbers I remember were
18   more in the area of ten percent so -- and the thing
19   is if someone had -- and the other limiting case
20   that the collar was very wide, you would have
21   something that looked very much like the equity
22   market, where the equity market, of course, had some
23   years where it was up ten percent, but it also had
24   years where it was down a lot. So the return series
25   of someone who had the equity market without a hedge

50

1    would have months that were one or two percent and
2    months that were down a lot.
3            So it looked neither like pure fixed
4    income or pure equities. And if you had a hybrid,
5    if you did something that had strikes that were far
6    apart to give you let's say half the risk of the
7    equity market, just conceptually, it would look like
8    something that was half short-term bonds and half
9    equity market, so it would look as an average
10   between these two extremes. It didn't look like
11   that either.
12           So in terms either of its risk and
13   reward, it didn't look like what we call linear
14   combination, which means a weighted average of any
15   of these two limiting cases, one pure fixed income
16   and one that's pure equity, so -- so if -- if that
17   was where the return was coming from, that didn't
18   make sense to me.
19           The other possibility I thought was
20   that there was -- if someone were to pick stocks
21   very well and short the S&P against it, somebody
22   could get a return series that looked like this.
23   It's possible. But then I would assume someone
24   would focus more time on how it is they were able to
25   pick these stocks. That would be what was the

51

1    important part of the strategy, not which options
2    they were doing -- in fact, someone doing that could
3    do the same thing with futures as opposed to
4    options.
5            So there was a long description of
6    the options that from my point of view weren't doing
7    anything useful. They weren't generating any
8    return, they were actually hedging something. And
9    if the person was very good at picking stocks, there
10   would be some discussion of how the person picked
11   stocks so well. So I couldn't see how that worked
12   either.
13       Q.    You may have already -- I'm not
14   meaning to cut you off.
15       A.    Some of the different possibilities I
16   thought of, right? So if the person was very good
17   at picking stocks, I would expect to see more about
18   that. If there was a question of finding value in
19   the options market opposed to always doing the same
20   options, if someone said, well, for instance, as an
21   example, whenever the volatility is like this, I
22   would do only the call, but other times I would do
23   only the put, or if they would look at the prices of
24   the options or look at the volatility of the options
25   to decide what to do, you can outperform that way as

15 (Pages 48 to 51)

52

1   well.
2         In fact, that's what my group was
3   good at making recommendations about. So if there
4   was some dynamic strategy that involved using
5   quantitative signals about the market, the returns,
6   et cetera, then I could see how that could work as
7   well, but I didn't see anything dynamic like that.
8         And also that would also involve a
9   fair amount of risk because many quantitative
10  strategies work most of the time. But when they
11  don't, you see a very negative performance. So it
12  wasn't consistent with a variety of things I knew
13  about in terms of, you know, it's a long short fund.
14  It's a volatility fund and the various categories I
15  knew about didn't really -- none of those really fit
16  the returns here.
17       Q.    Well, maybe you answered this, but
18  what did the return profile look like to you?
19       A.    The return profile had very many, I
20  would say, a vast majority of months that were
21  positive and very few that were negative. I do need
22  to say I have looked at information regarding this
23  after the case, so it -- it's not entirely clear to
24  me when I'm talking about something whether it's
25  something that I remembered at the time or something

53

1   since then.
2        Q.    I appreciate that.
3             MR. BOCCUZZI: So we should restate
4   the question, then, or just reask it, or have the
5   court reporter read it.
6        Q.    If you recall -- and I appreciate
7   that sometimes it is difficult after the fact you
8   learn things, but I'm trying to put your mind back
9   --
10       A.    I recall that looking at the number
11  of down months as one indicator, that looked like
12  the return profile that's more characteristics of
13  something else.
14       Q.    Of what?
15       A.    Well, there are many things that
16  could result in something like that. If someone was
17  only doing an agency business, a market making
18  business, without taking much risk and making all
19  the commissions, that would be the type of thing you
20  would see. If someone had a diversified hedge fund
21  or a fund of funds, were doing many different
22  strategies, where each one of them had its variation
23  but when you add them all up, they cancel out or
24  something, right, then you could get something like
25  that.

54

1             If someone were doing a different
2   type of business, right, was selling computer
3   software or something, right, someone was running a
4   casino, there are things more suitable to the type
5   of business that makes money every month, so -- so I
6   thought it would be suitable to something like that.
7             So there are -- and there are hedge
8   funds who have track records of doing very well for
9   very long times, and also firms that do very well
10  for very long times, but they're basically doing a
11  variety of strategies, right, and they're choosing
12  which ones to do, and allocating back and forth.
13  And there's some -- you know, a bunch of strategies
14  and a portfolio of strategies that when you put
15  everything together, you can get a return series
16  like this. But if you look at any individual one,
17  it would not look as good, meaning you would have
18  the same return, but much more risk.
19       Q.    Did you understand that Madoff was
20  running a single strategy when you were --
21       A.    I only saw one strategy described on
22  the web site. I also thought that, you know, maybe
23  the returns are coming from the market making
24  activities, right? Then that -- because when I
25  looked at the web site, I saw it was a market maker.

55

1             So if someone was only doing market
2   making, I can see how you make money every single
3   month, because the way you lose money market making
4   is, you know, basically you have an error or you --
5   you know, something just goes wrong, but if you're
6   always making markets without much risk in it in
7   something that's liquid, it's possible to make money
8   on a regular basis.
9        Q.    Did Mr. Markopolos explain Madoff's
10  business to you or what you were looking at in terms
11  of investment advisory accounts?
12       A.    No. I did not understand what the
13  entity was. I -- I assumed it wasn't a hedge fund
14  because hedge funds don't advertise, and I saw
15  something about a broker/dealer, so I assumed I was
16  looking at something that was a broker/dealer.
17       Q.    After your conversation with
18  Mr. Markopolos that day in which you discussed
19  returns and the market activity, did you speak with
20  anyone else at Citi who we haven't discussed today
21  outside of the sales desk people and the index desk
22  about your conversation with Mr. Markopolos?
23            MS. REISBAUM: Objection. Can you
24  restate that question? I lost track.
25            MR. FARLEY: It was a bad question.

16 (Pages 52 to 55)

56

1      Q.     I'm trying to find out, Mr. Gross,
2   we've talked about you speaking or having a
3   conversation with the index desk, with the
4   salespeople. I'm trying --
5      A.     That was --
6           MS. REISBAUM: Hold on, let him get
7   the question out.
8      Q.     I know what you're going to say,
9   they're not meetings, I understand you just had a
10  quick question to them, they gave you a quick
11  answer. I'm trying to find out after that, did you
12  speak to anyone else at Citi about Madoff in the
13  time frame when you were about --
14     A.     No.
15     Q.     -- this conversation with
16  Mr. Markopolos?
17     A.     No.
18          MR. FARLEY: Let's take two minutes.
19          (Recess taken.)
20          (Exhibits Gross-1 and Gross-2 marked
21  for identification.)
22     Q.     As a housekeeping matter here, let's
23  go ahead and mark as Gross Exhibit 1 the protective
24  order signed by Mr. Gross and Gross Exhibit 2, the
25  protective order signed by Ms. Reisbaum. And also

57

1   for the record, the court reporter has executed a
2   protective order as well and the Cleary law firm has
3   already executed a protective order as well.
4           Going back to the conversation that
5   you had with Mr. Markopolos that day regarding
6   Madoff, did he ask you to do any further work upon
7   his departure?
8      A.     No.
9      Q.     What was the next circumstance or
10  time you recall meeting with Mr. Markopolos?
11     A.     Yes, I recall two meetings at Citi
12  afterwards. I don't know if there was one in
13  between so the answer is the next one I can't tell
14  you. I can tell you there were further ones.
15     Q.     Again, all we can ask for is your
16  best recollection involving an interaction with
17  Mr. Markopolos?
18     A.     The next one in person was he came to
19  the office and we met in a conference room and he
20  showed me a business card and said he had a new job
21  and the question was a personal thing, what's new
22  with you, and also he told me about his new job.
23     Q.     And what was his new job?
24     A.     He's some kind of financial fraud
25  investigator.

58

1      Q.     Were you and Mr. Markopolos the only
2   people present in the conference room?
3      A.     I don't know.
4      Q.     And you mentioned that you recall
5   this being the next in-person meeting. Did you have
6   any other communication with him before that
7   in-person meeting?
8      A.     I don't know.
9      Q.     Did the subject of Madoff come up
10  during this meeting that you recall in the
11  conference room?
12     A.     I don't remember, but it wasn't the
13  primary topic of conversation. I don't know whether
14  he mentioned it or not, but it wasn't what the
15  conversation was about.
16     Q.     Was the conversation more focused on
17  his new job?
18     A.     It was -- Yes. On his new job.
19     Q.     Just to the best of your
20  recollection, do you recall discussing anything
21  having to do with Madoff during that meeting?
22     A.     No. I don't.
23     Q.     And you said you recalled another --
24     A.     That's correct.
25     Q.     -- meeting with Mr. Markopolos. When

59

1   was that and what do you recall?
2      A.     It was sometime in the Fall of 2008.
3   It was in the cafeteria.
4      Q.     What cafeteria?
5      A.     There's a -- the buildings at 390
6   Greenwich and 388 Greenwich, they're connected and
7   there's a cafeteria of -- I don't know the name of
8   the building, in Tribeca, in the cafeteria there on
9   the first floor.
10     Q.     And what were the circumstances of
11  you meeting with Mr. --
12     A.     Holly told me Harry was there, and
13  you know, we would have lunch and Holly was there
14  for, I would say, the first 20 minutes. And then I
15  joined and then after 15 minutes, Holly left and she
16  had to go back to the trading floor and we had some
17  breakfast together.
18     Q.     And what do you recall discussing
19  during that meeting in 2008?
20     A.     He was telling me more about his --
21  his -- his work that he was working on different,
22  you know -- he -- I believe the reason he was a --
23  he was meeting with us was, first of all, he was in
24  town and probably a social thing. But I think that
25  in order to do fraud investigations, he needed

17 (Pages 56 to 59)

## 60

1    information. So he would talk to people he knows,
2    have you heard anything that would help him in the
3    job.
4            So I think part of the reason was, do
5    you know anything, have you heard anything. And
6    then he told me some of the things that he was, you
7    know, I'm working on something like this, et cetera,
8    so that was most of the content of the meeting.
9        Q.    Do you recall any discussion
10    involving Madoff during this 2008 meeting with
11    Mr. Markopolos?
12        A.    No.
13        Q.    You don't recall or there was no
14    discussion --
15            MS. REISBAUM: Objection.
16        Q.    I'm just trying to understand.
17        A.    Your first question is, do you recall
18    and the answer is no, I don't.
19        Q.    At any time before you left Citi's
20    employment in 2008, did you have any conversations
21    with others working at Citi about Mr. Markopolos's
22    suspicions regarding Madoff?
23            MS. REISBAUM: Objection.
24        Q.    You can answer.
25        A.    Apart from the time when Harry was in

## 61

1    the office, no.
2        Q.    Did you ever undertake to understand
3    or investigate whether Citi was involved in any
4    transactions involving Madoff or Madoff exposure?
5            MS. REISBAUM: Objection.
6        Q.    You can answer.
7        A.    I said I asked the salespeople and
8    the traders whether they knew of this customer
9    either indirectly or directly, so the answer is yes
10    that was my attempt to try to find out.
11        Q.    Other than the inquiry you made that
12    particular day --
13        A.    While I was working there, no.
14        Q.    Apart from any conversations you had
15    with counsel, have you had any conversations with
16    anyone after you worked at Citi involving Madoff?
17            MS. REISBAUM: Objection.
18        A.    Can you be more specific?
19        Q.    Well, I'm trying to understand
20    because you answered the question while I was
21    working there, no. I'm trying to understand, are
22    you making a distinction between while you worked at
23    Citi and after you left Citi that you might have had
24    discussions involving Madoff?
25            MS. REISBAUM: Objection.

## 62

1            MR. FARLEY: I'm not entirely sure
2    what the objections here are for. This is a 2004
3    deposition. There's really no objections to be
4    made.
5            MS. REISBAUM: I think you misstated
6    his testimony.
7        Q.    I'm certainly not trying to misstate
8    your testimony.
9        A.    I've had discussion with counsel.
10        Q.    I don't want to hear about that.
11        A.    You don't care about that. It's a
12    topic in the news, so people talk about it. So are
13    you asking about, you know, whether there were any
14    topics that people talked about in the news or are
15    you asking whether there's anything that's related
16    to people who actually worked in the industry or
17    know about this.
18        Q.    What I'm really trying to ask,
19    Mr. Gross, and I apologize if I'm not doing it well,
20    is your conversations with anyone working at Citi
21    while you worked there, or after you worked there
22    involving Madoff. Can you tell me about those?
23        A.    Conversations with people working at
24    Citi, I haven't spoken to any Citi employees other
25    than counsel about Madoff since I left Citi.

## 63

1        Q.    That's all I'm trying to find out.
2            And just so we're clear, you
3    understand when I refer to Madoff, I'm referring to
4    Madoff or the broker/dealer.
5        A.    The person or the business.
6        Q.    Yes.
7        A.    Or any related -- Yes. I understand.
8            MR. FARLEY: I'm going to mark as
9    Gross Exhibit 3, an email with Bates Number
10    CGMH00002769 which appears to be an email from
11    Mr. Markopolos to Mr. Gross dated Friday, June 29,
12    2007.
13            (Exhibit Gross-3 marked for
14    identification.)
15        Q.    Mr. Gross, do you recognize what I've
16    handed you as Gross Exhibit 3?
17        A.    I understand that you've handed me
18    something that's labeled.
19        Q.    Is this an email that was sent to
20    you, Mr. Gross?
21        A.    Yes.
22        Q.    Do you recall receiving this email
23    from Mr. Markopolos?
24        A.    No.
25        Q.    Do you have any reason to believe

18 (Pages 60 to 63)

08-01789-cgm   Doc 18620-6   Filed 03/29/19   Entered 03/29/19 10:49:41   Exhibit F -
Deposition Excerpt - Leon Gross   Pg 13 of 15

LEON J. GROSS 10/22/10   CONFIDENTIAL   SIPC v. BLMIS

116

1  so my guess is I probably in thinking about this
2  compared it to the S&P and in my mind they're --
3  they're proxies for each other. For all intents and
4  purposes they're very similar.
5       Q.   And what, if any, conclusions do you
6  draw about the returns based on the similarities of
7  the profiles?
8       MS. REISBAUM: Objection. Today or
9  at the time?
10      MR. FARLEY: At the time.
11      A.   I said before that it looked neither
12 like a fixed income result or an equity result or
13 anything in between, so either the returns are not
14 the returns or the strategy is not the strategy or
15 there's something else going on that I'm not aware
16 of, so ...
17      Q.   And, again, if you don't remember,
18 you don't remember, but do you recall Mr. Markopolos
19 ever providing you with a copy of a monthly
20 brokerage account or confirmation from Madoff
21 Securities?
22      A.   He never provided me any documents.
23      Q.   Did there come a time when you
24 endeavored to learn whether Citi had any
25 transactions involving Madoff or Madoff feeder fund?

117

1       MS. REISBAUM: Objection.
2       Q.   Again, I'm setting aside when you
3  queried the desk, the index desk --
4       A.   And anything that's privileged?
5       Q.   No. Nothing privileged.
6       A.   Then no.
7       Q.   Let me ask you this just to be clear.
8  Not in preparation for this deposition. While you
9  worked at Citi did you ever have a conversation with
10 anyone including a lawyer about Citi's dealings with
11 Madoff or Madoff Securities?
12      A.   After the news broke? After the news
13 broke or before?
14      MR. BOCCUZZI: That was when you were
15 not with Citi anymore.
16      MS. REISBAUM: Can we be clear again
17 that you're not looking for privileged information?
18      MR. FARLEY: The fact of the
19 conversation is not privileged. I'm just asking. I
20 suspect the answer is no.
21      A.   The timeline is I left in November.
22 The news broke in December, but I was officially
23 still employed until February, so you'll have to be
24 more specific.
25      Q.   Before the news broke did you ever

118

1  have a conversation with anyone at Citi including a
2  lawyer --
3       A.   No.
4       Q.   -- about Madoff or Madoff Securities?
5       A.   No. You asked many times if I had
6  conversations at Citi, and I told you about the
7  conversation I had.
8       MR. BOCCUZZI: Just to be clear for
9  everyone, I let Mr. Gross answer the question
10 including a lawyer because in my view an answer
11 whether yes or no is the equivalent of whether we
12 logged something on a privilege log where it would
13 say, Conversation, who was involved, and topic.
14      MR. FARLEY: Agreed. No waiver.
15      MR. BOCCUZZI: And that was in the
16 nature of the answer.
17      Q.   In your transactions involving
18 options over the years did you ever have an occasion
19 to use or trade with a European counterparty for an
20 option?
21      A.   I don't understand the question.
22      Q.   I'm asking --
23      A.   You're asking about my personal
24 trades?
25      Q.   No. In your capacity at Citi did you

119

1  support the --
2       A.   I was responsible for salespeople in
3  Australia, Europe, Japan, and Hong Kong, and the US,
4  so the answer is it was -- I was -- I was a research
5  person, so we provided services to customers in
6  every region about every product.
7       Q.   Maybe you've already answered this,
8  but as a research head if one of your salespeople
9  wanted to know about volumes of OEX Index options
10 traded both on a listed exchange and
11 over-the-counter how would you go about --
12      A.   The exchange -- Every day the volume
13 and open interest are available on things like
14 Bloomberg, Reuters, et cetera, so if someone asked a
15 particular question on a particular day I would look
16 at the Bloomberg screen. We also download every --
17 everything from every market and save it in
18 databases, so if somebody says I want to look at the
19 total open interest or volume for IBM or anything
20 else I could write a program or have programs that
21 would pull that time series out, so in terms of
22 listed stuff there's multiple source information,
23 exchange the primary source which the information is
24 reflected again, things like Bloomberg, Reuters, our
25 system, et cetera. The Exchange publishes

32 (Pages 116 to 119)

120

1 statistics, and the OCC which is the Options
2 Clearing Corp., not the other OCC, which also has
3 statistics. I don't know whether the statistics are
4 by ticker or whether it's by, you know, category,
5 all the equity options, so if somebody asks about
6 listed stuff, right, I would look on Bloomberg, look
7 on our system, the Exchange, et cetera. I would do
8 one of those things. We have the information, and
9 the question is, you know, they might want -- You
10 know, we may have to add it up. There may have to
11 be some additions, et cetera, but the source is
12 always the Exchange, and then the only question is
13 in what format are we pulling it out, in what format
14 are we presenting it. That's for the listed.
15    Q.    And for the Exchange --
16    A.    List the same thing as the Exchange.
17    Q.    I'm sorry. For over-the-counter?
18    A.    Over-the-counter, I assume there's
19 some regulator that keeps track of total aggregate
20 outstanding, but it's not by ticker. As I said
21 before, I would ask around essentially and, you
22 know, see how much we did and see how much is quoted
23 and give a sense from people, traders and
24 salespeople, you know, how much do you see, how much
25 do you do, how much of the market are we. There are

121

1 also some surveys that -- that customers, you know,
2 talk about how much commissions or volumes, so
3 there's some sense we can figure out from the market
4 as well.
5    Q.    Are you familiar with an entity named
6 Auriga International?
7    A.    Am I familiar now or before I left
8 Citi?
9    Q.    Before you left Citi.
10    A.    No.
11    Q.    Were you ever asked to have any
12 involvement in a swap transaction between Auriga and
13 a Citi entity?
14    A.    No.
15    Q.    Before preparation for this
16 deposition were you aware that a Citi entity had
17 conducted a total rate swap transaction with a Swiss
18 hedge fund named Auriga?
19    A.    No.
20    Q.    Would it be standard practice or
21 standard operating procedure for your group to be
22 consulted if a Citi entity was structuring or
23 offering a derivative equities product?
24         MS. REISBAUM: Objection.
25    Q.    I guess I'm trying to have a better

122

1 sense of when does the strategy group get involved
2 with other parts of the bank who, for example, might
3 be offering total-return swaps linked or referenced
4 to a Madoff feeder fund?
5         MS. REISBAUM: Objection.
6    Q.    Was it not normal for your group to
7 get involved? You weren't always involved in
8 derivatives that are being offered by the banks?
9 I'm just trying to understand this.
10    A.    We weren't involved in any
11 transactions linked to hedge funds. Our stuff
12 involved publicly-listed securities.
13    Q.    I probably should have asked you that
14 before.
15    A.    I wouldn't even know what a
16 transaction looks like or how it's structured. It's
17 not something I do. It's like asking something
18 completely out of someone's field. I have a
19 familiarity of the world but not that part of the
20 world.
21    Q.    Just to be clear, your group did not
22 support hedge fund transactions that the bank might
23 be engaged in, strategy group?
24         MS. REISBAUM: Objection.
25    A.    Your question is ambiguous. By

123

1 "hedge fund" do you mean linked to hedge fund or
2 done by hedge fund?
3    Q.    Done by hedge fund.
4    A.    Most of our customers were hedge
5 funds, and that's who I spoke to all the time, and
6 they were trading publicly-listed securities. I
7 helped hedge funds trade securities. I didn't get
8 involved with the structuring of derivatives whose
9 underlying asset was a hedge fund, so there's a lot
10 of involvement with hedge funds but not that part of
11 the hedge fund.
12    Q.    And I suspect I know the answer to
13 this, but before becoming --
14         MR. FARLEY: Strike that.
15    Q.    Before your deposition and getting
16 prepared for it were you aware that Citibank had
17 made a loan of approximately $300 million to a hedge
18 fund owned by Tremont?
19    A.    No.
20    Q.    Did you ever learn whether Citi as a
21 bank had a view on Madoff or Madoff exposure?
22         MS. REISBAUM: Objection.
23    Q.    Prior to you leaving in November of
24 2008?
25    A.    No.

33 (Pages 120 to 123)

124

1    Q.    Are you familiar or do you know Erwin
2    Parviz?
3    A.    No.
4    Q.    I'm going to ask you a couple names.
5    Marc Fisher?
6    A.    The name sounds familiar, but there
7    are a lot of Fishers.
8    Q.    Sean Flanagan?
9    A.    Again, common name, but no.
10   Q.    Vishal Mishra?
11   A.    No.
12   Q.    Ramesh Gupta?
13   A.    Yes.
14   Q.    How do you know him?
15   A.    My group was programming because we
16   were doing -- I guess we call it strategy, but we
17   call it analysis, both to write reports and to
18   provide it for customers, so the databases that we
19   used for the information were the same databases
20   that the firm used to keep track of -- I said before
21   we downloaded the entire -- Every day we downloaded
22   all the options. Right? Well, that's stored
23   somewhere, and that's called a para drive, which
24   means instead of pulling out you know just one day
25   you could pull out the -- let's say the option for

125

1    the whole time series, so it's stored in different
2    ways, so the database that we use was the same
3    database that -- that he used. Either he was
4    responsible for, et cetera, so -- so -- so we shared
5    common databases about -- that we used to pull
6    information out to do our analysis. Sort of common
7    information about IBM options or something like
8    that.
9    Q.    What did you understand Mr. Gupta's
10   role at Citi to be?
11   A.    I wasn't very clear about what he
12   did. I knew he wasn't a trader or sales function.
13   I knew he was in some support function. I don't
14   know exactly. Probably had something to do with a
15   support function that had some technical aspect to
16   it because of the data.
17   Q.    What about Brian Leach?
18   A.    I don't know Brian Leach.
19   Q.    I take it, Mr. Gross, you have no
20   personal investment with or through Madoff
21   Securities?
22   A.    My investments were with -- were
23   through Citibank. Citigroup.
24         MR. FARLEY: Why don't we give me a
25   couple minutes to gather my thoughts.

126

1         (Recess taken.
2         MR. FARLEY: Back on the record at
3    1:51.
4    Q.    Mr. Gross, given your area of market
5    research, why is it that you did not record or
6    otherwise memorialize your conversations with
7    Mr. Markopolos regarding Madoff?
8         MS. REISBAUM: Objection.
9    A.    I had thousands of conversations
10   working at Citi, most of which I didn't take notes
11   on.
12   Q.    I guess what I'm trying to understand
13   is those thousands of conversations probably weren't
14   of the nature of someone suspects someone's a fraud.
15   I'm trying to understand in terms of a
16   market-research perspective whether you, in fact,
17   memorialized or otherwise reported this market bit
18   of information and, if not, why not?
19        MS. REISBAUM: Objection.
20   A.    Well, what actually was there is
21   there was no information to record. Right? That
22   wasn't a volume, and there wasn't anything going on,
23   so, you know, research actually is about something.
24   I asked the question, and the answer I got is there
25   was no activity.

127

1    Q.    Which didn't square with what was
2    being reported as you read it. Correct?
3         MS. REISBAUM: Objection.
4    A.    It wasn't my normal course of
5    business -- of my responsibilities to investigate
6    other participants in the market.
7    Q.    During your discussions with
8    Mr. Markopolos did he or you ever discuss reporting
9    Madoff to the SEC or any other regulatory agency?
10        MR. BOCCUZZI: Just to make an
11   objection, you say "discussions" in the plural. I
12   think he discussed one, but I just want to -- So
13   there's no confusion.
14        Go ahead now and answer the question.
15   Q.    To the best of your recollection.
16   A.    There was no discussion like, We're
17   going to do this, We should do this, et cetera. Did
18   I say something about, you know, maybe someone
19   should be closed down or something? I may have said
20   something like that without saying who.
21   Q.    A couple times today you've
22   answered the question with an appropriate modifier
23   of "while I was at Citi." I just want to ask this
24   question to make sure the record is clear. Did you
25   do any further investigation or any investigation,

34 (Pages 124 to 127)