**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>                  v.<br><br>LEGACY CAPITAL LTD.,<br><br>                  Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**CERTIFICATE OF SERVICE**

I, Nathanael Kelley, hereby certify that on March 29, 2019, I caused the Letter regarding Legacy's Capital Ltd.'s Letter Request, to be served, by electronic mail, upon Counsel at the e-mail address listed on the service list attached as Exhibit A.

I further certify that on March 29, 2019, an electronic copy of the Letter was uploaded to the Court's electronic filing system.

    *s/Nathanael S. Kelley*
NATHANAEL S. KELLEY

## **Exhibit A**

Defendant Counsel:

Nicholas F. Kajon
Stevens & Lee P.C.
**Email: nfk@stevenslee.com**
Attorney For: Legacy Capital Ltd.

Oren Warshavsky
Baker Hostetler LLP
**Email: owarshavsky@bakerlaw.com**
Attorney For: Irving H. Picard, Trustee