# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

April 1, 2019

**Via ECF and First Class Mail**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:  *Irving H. Picard v. Carol and Stanley Nelson,* Adv. Pro. No. 10-4377-SMB
     *Irving H. Picard v. Carol Nelson*, Adv. Pro. No. 10-04898-SMB

Dear Judge Bernstein:

I would like to make a motion to adjourn the May 8, 2019 trial date in the above-referenced matters because Stanley Nelson suffers from multiple medical conditions as explained in the accompanying letters from his physicians Drs. Alphonse D. Altorelli and Gil Weitzman. In addition, also attached is Dr. Silvia W. Olarte's letter regarding Carol Nelson's medical state. As per the Doctors' opinions it is an unjustifiable risk for Stanley and Carol Nelson to be forced to go to trial at this time. We feel their testimony is essential to a determination of the issues raised by the complaints and we respectfully ask that the Court adjourn the trial without date. If the Court would like me to make a formal motion, please be kind enough to so advise me.

Yours sincerely,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman

HDC:leb
Encls.

cc:   *(Via Email:)*
      Dean Hunt, Esq. (dhunt@bakerlaw.com)
      Irving H. Picard, Esq. (ipicard@bakerlaw.com)

**ALPHONSE D. ALTORELLI, MD**
INTERNAL MEDICINE
125 NEW MILFORD TPKE
NEW PRESTON, CT 06777

860-868-7310 (FAX)
860-868-7318 (Phone)

March 20, 2019

RE: Nelson, Stanley
DOB: 11/21/1930
Age 88

To Whom It May Concern:

I have been Dr. Nelson's Internist for the past 19 years and continue to serve as his Primary Care Physician.

Dr. Nelson presently suffers from multiple medical conditions which I feel would be adversely affected by stress of any kind.

He has Chronic Atrial Fibrillation, Cardiomyopathy, Congestive Heart Failure, Hypertension, Active Crohn's Disease with Lower GI Bleeding, Blood Loss Anemia, Chronic Edema, Renal Insufficiency, Diabetes Mellitus, Type II, COPD, and Pulmonary Hypertension.

In addition, Dr. Nelson was treated for a rapidly growing skin cancer of the left inner ear which required extensive surgical resection followed by 6 weeks of radiation therapy. This condition is currently being monitored by his Radiation Oncologist, Dr Joseph Bargellini, and his Surgeon, Dr. Peter Costantino, at Lennox Hill Hospital.
There is concern that stress may affect healing or increase the risk of recurrence of this cancer.

These medical conditions are being treated with 9 different medications. He requires frequent medical monitoring, blood tests and the constant daily help of his wife, Carol, to manage all these conditions and medications.

It is my medical opinion that Dr. Nelson's health would be seriously adversely affected by any increased stress now. His heart failure and edema pose a serious risk if he is to be sitting for any prolonged periods without elevating his legs.

Also, his Crohn's disease and bleeding are likely to flare with any stress.

I will be monitoring his condition regularly and hope that it may be possible for him to improve enough in the next 6-12 months to be exposed to the stress that any legal proceedings may pose.

If there are any questions or other information needed, please contact me.

Sincerely,

Alphonse D. Altorelli, MD
NPI – 1336201300    CT License -022338

# 72nd Street Medical Associates, P.C.
310 East 72nd Street
New York, NY 10021

**Gil Weitzman, M.D.**
Gastroenterology and Hepatology
Internal Medicine

Telephone (212) 249-3720
Fax (212) 249-4874

03/13/2019

RE: **STANLEY NELSON**
DOB: 11/21/1930

To Whom it may concern,

STANLEY NELSON is a patient of mine who I care for as a gastroenterologist. He is currently having a flare of his GI illness (Colitis) and is in frequent need of medical visits and a nearby bathroom. It appears to be directly correlated with his stress levels and I believe that he should refrain from any high stress experiences over the next 6-9 months until his colitis goes into remission.

If you have any questions or any other needs, do not hesitate to contact me.

Thank you for your cooperation.

Sincerely,

Gil Weitzman, M.D.
Clinical Assistant Professor of Medicine
Weill Medical College of Cornell University
Attending Physician
The New York-Presbyterian Hospital

GIL WEITZMAN, M.D.
310 EAST 72ND ST., SUITE C
NEW YORK, NY 10021

Silvia W. Olarte, MD, DLFAPA, FAADPP
25 East 83 Street Apt. 9D
New York, NY 10028
Phone : 212-249-6246

New York, March 25, 2019

Re; Carol Nelson

DOB: 03/15/1938

To Whom it May Concern:

Mrs. Nelson is currently under my care. She is suffering from extreme stress due to her husband's multiple medical illnesses. She is his 24/7 caretaker.

It is my opinion that Mrs. Nelson could not withstand the stress of a trial under these extreme personal circumstances.

Sincerely yours

Silvia W. Olarte MD, DLFAPA, FAADPP