**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04667 (SMB) |
| Plaintiff, | |
| DAVID GROSS and IRMA GROSS, | |
| Defendants. | |

## ORDER VACATING ORDER ENFORCING AUTOMATIC STAY AND ISSUING PRELIMINARY INJUNCTION

Upon consideration of the Order to Show Cause (the "Order to Show Cause") entered by this Court on February 26, 2019 directing that Irving H. Picard, trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* and the estate of Bernard L. Madoff, individually (the "Trustee") show cause why the Court's Order Enforcing Automatic Stay and Issuing Preliminary Injunction, dated December 4, 2013 (the "Injunction Order") should not be reconsidered; the Response and Memorandum of Law

Addressing Issues Presented in Order to Show Cause filed by the Trustee on March 20, 2019; the

accompanying Declaration of Richard G. Spring ("Spring"), dated March 19, 2019; all of the

pleadings and prior proceedings in this action; the hearing held on March 27, 2019; and for the

reasons set forth on the record of the March 27, 2019 hearing:

IT IS HEREBY ORDERED:

      A.      The Injunction Order that preliminarily enjoined the FINRA Arbitration is hereby

vacated.

      B.      The FINRA Arbitration[1], which seeks monetary relief against Spring and the

other respondents based on an asserted fraudulent misrepresentation made to David Gross in

connection with his investment in BLMIS, or as an asserted inducement to his investment in

BLMIS, does not violate the automatic stay provisions of Bankruptcy Code § 362(a).

      C.      The award of continued injunctive relief staying the FINRA Arbitration is

inappropriate because the FINRA Arbitration does not cause an immediate adverse economic

consequence for, or irreparable harm to, the BLMIS Estate.

      D.      This Court shall retain exclusive jurisdiction over the implementation and

interpretation of this Order.

Dated: New York, New York
       April 1, 2019

                         /s/ STUART M. BERNSTEIN
                         HONORABLE B STUART M. BERNSTEIN
                         UNITED STATES BANKRUPTCY JUDGE

---

[1] All terms not otherwise defined herein will be given the meaning ascribed to them in the Order to Show Cause.

TO:

David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496

David J. Sheehan, Esq.
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111