**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br> v.<br><br>CERTAIN DEFENDANTS REPRESENTED BY CHAITMAN LLP,<br><br>   Defendants-Appellants. | Adv. Pro. CERTAIN DEFENDANTS REPRESENTED BY CHAITMAN LLP |

**TRUSTEE'S DESIGNATION OF ADDITIONAL ITEMS**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

   Under Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee Irving H. Picard ("Trustee"), trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, hereby submits the following designation of additional items to be included in the record on appeal as directed by this Court's February 15, 2019 Order Granting Leave to Appeal Discovery Arbitrators January 2, 2019 Order (ECF No. 18481):

# DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

The Trustee hereby designates the following additional items to be included in the record on appeal:

| Date of Document | Description of Document |
|---|---|
| 12/21/2015 | Trustee's Initial Disclosures in *Picard V. Trust U/Art Fourth O/W/O Israel Wilenitz, Evelyn Berezin Wilenitz*, Adv. Pro. No. 10-04995 |
| Last revised 9/2018 | The Madoff Trustee, Proof of Fraud and Insolvency, E-Data Room 1, User Guide for Outside Litigation Counsel |
| 4/8/2016 | Trustee's Responses and Objections to Defendants' Document Demands and Interrogatories |
| 9/26/2016 | Trustee's Letter to Chaitman LLP regarding *Picard v. Trust U/ART Fourth o/w/o Israel Wilenitz*, Adv. Pro. No. 10-04995 (SMB) |
| 12/13/2016 | Transcript of Arbitration on Chaitman LLP's Motion to Compel Discovery and Trustee's Cross-Motion for a Protective Order in *Picard v. Wilenitz*, Adv. Pro. No. 10-04995 |
| 12/15/2016 | Trustee's Letter to Arbitrator Honorable Frank Maas regarding In re BLMIS (08-01789) – Motion to Compel filed by Chaitman LLP in *Picard v. Wilenitz*, Adv. Pro. No. 10-04995 |
| 1/5/2017 | Transcript of Telephone Conference with Chaitman LLP before Arbitrator Honorable Frank Maas |
| 6/25/2017 | Trustee's Email Correspondence with Chaitman LLP regarding "1980s trading records" |
| 7/26/2017 | Transcript of Discovery Conference with Chaitman LLP Pursuant to Local Bankruptcy Rule 7007-1 before Judge Bernstein |
| 8/25/2017 | Trustee's Letter to Chaitman LLP and McDermott Will & Emery LLP regarding *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB) – *Requests for Documents* |
| 9/5/2017 | Chaitman LLP's Letter to Trustee regarding *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB) – Requests for Trustee to comply with Defendants' document demands |
| 10/11/2017 | Chaitman LLP's Email Correspondence to Trustee regarding "Documents from the BLMIS data base" |
| 10/18/2017 | Trustee's Letter to Chaitman LLP regarding *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789 (SMB) – Requests for Documents |
| 10/25/2017 | Trustee's Response Email Correspondence to Chaitman LLP and McDermott Will & Emery LLP regarding "Documents from the BLMIS data base" |

| Date of Document | Description of Document |
| --- | --- |
| 11/2/2017 | Chaitman LLP's Response Email Correspondence to Trustee regarding "Documents from the BLMIS data base" |
| 12/21/2017 | Trustee's Responses and Objections to Defendants' Third Set of Requests for Production of Documents to the Trustee |
| 5/1/2018 | Transcript of Discovery Conference with Chaitman LLP before Judge Bernstein |
| 5/1/2018 | Chaitman LLP's Response Email Correspondence to Trustee regarding "Wilenitz Conference Follow-Up" |
| 5/10/2018 | Trustee's Response Email Correspondence to Chaitman LLP regarding "Status" referring to the BLMIS data base |
| 9/5/2018 | Chaitman LLP's Response Email Correspondence to Trustee regarding "Draft Joint Letter to Judge Maas" |
| 9/17/2018 | Trustee's Letter to Chaitman LLP regarding *Trust U/Art Fourth O/W/O Israel Wilenitz, et. al.*, Adv. Pro. No. 10-04995 (SMB) |
| 11/27/2018 | Trustee's Letter to Arbitrator Honorable Frank Maas regarding *Picard v. Wilenitz*, et al., Adv. Pro. No. 10-04995 |

Dated: April 1, 2019
      New York, New York

Respectfully submitted,

 /s/ David J. Sheehan
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York  10111
Tel: (212) 589–4200
Fax: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

4