# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

April 3, 2019

**Via ECF and ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408
bernstein.chambers@nusb.uscourts.gov

   **Re:** *Irving H. Picard v. Carol and Stanley Nelson,* Adv. Pro. No. 10-4377-SMB
      *Irving H. Picard v. Carol Nelson*, Adv. Pro. No. 10-04898-SMB

**Dear Judge Bernstein:**

  The Trustee's unseemly lack of sympathy for the Nelsons' condition is painful to observe. The Trustee filed his complaints against the Nelsons in 2010 and he has deliberately delayed bringing these cases to trial for his own purposes. The doctors' letters clearly establish that the Nelsons are physically incapable of withstanding trial. The Trustee seems to suggest that Mr. Dexter had an obligation to raise this issue with the Court last week. However, the Nelsons' cases were not on the calendar and Mr. Dexter has not been involved with the Nelsons' cases and was unaware that I was obtaining letters from the Nelsons' doctors. The Nelsons' condition has deteriorated significantly since these cases were set for trial.

  If the Trustee believes he is entitled to summary judgment, let him make a motion for summary judgment as he intends to do against Helene Saren-Lawrence. Given the opinion of the Nelsons' doctors, the imposition of a trial upon them (or even a deposition, since all discovery was closed in 2016) is unjustifiable and would be life-threatening.

  If the court would like to hear the testimony of the physicians, I would be happy to arrange that.

            Yours sincerely,

            */s/ Helen Davis Chaitman*

            Helen Davis Chaitman

HDC:leb
cc: *(Via Email:)*
   Dean Hunt, Esq. (dhunt@bakerlaw.com)
   Irving H. Picard, Esq. (ipicard@bakerlaw.com)

{00039930 1 }