**Court's Exhibit 1: List of Adversary Proceedings Impacted by Chaitman LLP's Proposed Order Lifting the Stay on Discovery of BLMIS Employees**

| No. | Adv. Pro. No. | Case Name | Fact Discovery Deadline | Subpoenas "Timely Served" |
|---|---|---|---|---|
| 1 | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. | 5/30/2019 | Yes |
| 2 | 10-04438 | Estate of Seymour Epstein, et al. | 5/30/2019 | Yes |
| 3 | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. | 5/30/2019 | Yes |
| 4 | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. | 5/30/2019 | Yes |
| 5 | 10-04545 | Jerome Goodman, et al. | 5/30/2019 | Yes |
| 6 | 10-04610 | The Whitman Partnership, et al. | 5/30/2019 | Yes |
| 7 | 10-04709 | Andrew M. Goodman | 5/30/2019 | Yes |
| 8 | 10-04718 | The Jordan H. Kart Revocable Trust, et al. | 5/30/2019 | Yes |
| 9 | 10-04752 | Kuntzman Family LLC, et al. | 5/30/2019 | Yes |
| 10 | 10-04762 | James M. Goodman | 5/30/2019 | Yes |
| 11 | 10-04809 | Edyne Gordon NTC | 5/30/2019 | Yes |
| 12 | 10-04823 | Frank DiFazio, et al. | 5/30/2019 | Yes |
| 13 | 10-04826 | Boyer Palmer | 5/30/2019 | Yes |
| 14 | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood, et al. | 5/30/2019 | Yes |
| 15 | 10-04905 | Train Klan, a Partnership, et al. | 5/30/2019 | Yes |
| 16 | 10-04914 | Edyne Gordon | 5/30/2019 | Yes |
| 17 | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. | 5/30/2019 | Yes |
| 18 | 10-04979 | James M. New Trust dtd 3/19/01, et al. | 5/30/2019 | Yes |
| 19 | 10-04991 | Guiducci Family Limited Partnership, et al. | 5/30/2019 | Yes |
| 20 | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust | 5/30/2019 | Yes |
| 21 | 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. | 5/30/2019 | Yes |
| 22 | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. | 5/30/2019 | Yes |
| 23 | 10-05128 | JABA Associates LP, et al. | 5/30/2019 | Yes |
| 24 | 10-05133 | Boyer H. Palmer, individually, et al. | 5/30/2019 | Yes |
| 25 | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. | 5/30/2019 | Yes |
| 26 | 10-05151 | Palmer Family Trust, et al. | 5/30/2019 | Yes |
| 27 | 10-05157 | The Harnick Brothers Partnership, et al. | 5/30/2019 | Yes |
| 28 | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. | 5/30/2019 | Yes |
| 29 | 10-05435 | Keith Schaffer, et al. | 5/30/2019 | Yes |
| 30 | 10-04867 | Estate of Steven I. Harnick, et al. | 3/17/2017 | March 2017 Subpoenas[1] |
| 31 | 10-04995 | Trust U/Art Fourth O/W/O Israel Wilenitz, et al. | 3/21/2017 | March 2017 Subpoenas |
| 32 | 10-04768 | Placon2, William R. Cohen, et al. | 3/23/2017 | March 2017 Subpoenas |
| 33 | 10-05079 | Estate of James M. Goodman, et al. | 3/24/2017 | March 2017 Subpoenas |
| 34 | 10-04489 | Marlene Krauss | 4/3/2017 | March 2017 Subpoenas |
| 35 | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. | 4/7/2017 | March 2017 Subpoenas |
| 36 | 10-05377 | Richard G. Eaton | 4/12/2017 | March 2017 Subpoenas |
| 37 | 10-04748 | Mark Horowitz | 4/27/2017 | March 2017 Subpoenas |
| 38 | 10-04889 | Estate of Robert Shervyn Savin, et al. | 5/12/2017 | March 2017 Subpoenas |
| 39 | 10-05037 | Barbara L. Savin | 5/12/2017 | March 2017 Subpoenas |
| 40 | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. | 5/22/2017 | March 2017 Subpoenas |
| 41 | 10-04818 | Toby Harwood | 5/26/2017 | March 2017 Subpoenas |
| 42 | 10-04728 | Estate of Bruno L. Di Giulian, et al. | 5/28/2017 | March 2017 Subpoenas |
| 43 | 10-04749 | Philip F. Palmedo | 6/2/2017 | March 2017 Subpoenas |
| 44 | 10-05420 | Gunther K. Unflat, et al. | 6/9/2017 | March 2017 Subpoenas |
| 45 | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant | 6/16/2017 | March 2017 Subpoenas |
| 46 | 10-04648 | Peter D. Kamenstein | 6/16/2017 | March 2017 Subpoenas |
| 47 | 10-04644 | Russell L. Dusek | 6/19/2017 | March 2017 Subpoenas |
| 48 | 10-04292 | Robert Roman | 6/21/2017 | March 2017 Subpoenas |
| 49 | 10-04302 | Joan Roman | 6/21/2017 | March 2017 Subpoenas |
| 50 | 10-04912 | Harry Smith Revocable Living Trust, et al. | 6/27/2017 | March 2017 Subpoenas |
| 51 | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. | 7/3/2017 | March 2017 Subpoenas |
| 52 | 10-04753 | Carla Ginsburg | 7/7/2017 | March 2017 Subpoenas |
| 53 | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. | 7/13/2017 | March 2017 Subpoenas |
| 54 | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. | 7/17/2017 | March 2017 Subpoenas |
| 55 | 10-04352 | RAR Entrepreneurial Fund LTD, et al. | 7/28/2017 | March 2017 Subpoenas |
| 56 | 10-04562 | Robert F. Ferber | 7/31/2017 | March 2017 Subpoenas |
| 57 | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. | 8/3/2017 | March 2017 Subpoenas |
| 58 | 10-04920 | Glenhaven Limited, et al. | 8/4/2017 | March 2017 Subpoenas |
| 59 | 10-04541 | Kenneth W Perlman, et al. | 8/9/2017 | March 2017 Subpoenas |
| 60 | 10-04878 | Lisa Beth Nissenbaum Trust, et al. | 10/19/2012 | None |
| 61 | 10-05130 | Barbara Kotlikoff Harman | 4/30/2015 | None |
| 62 | 10-04621 | Donald A. Benjamin | 8/12/2016 | None |
| 63 | 10-04367 | Benjamin T. Heller | 12/9/2016 | None |
| 64 | 10-04503 | Judd Robbins | 1/20/2017 | None |
| 65 | 10-04956 | D. M. Castelli | 1/20/2017 | None |
| 66 | 10-04614 | Robert S. Whitman | 2/22/2017 | None |
| 67 | 10-04428 | Estate of Allen Meisels, et al. | 3/8/2017 | None |
| 68 | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. | 3/13/2017 | None |

[1] The term "March 2017 Subpoenas" refers to Chaitman LLP's representation to the Trustee that six subpoenas were served in March 2017 on the following former BLMIS employees: Barutcuoglu, Friedman, Gutman, Mehta, Rosenberger, and Voigt.