**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CELIA PALEOLOGOS REVOCABLE TRUST DATED 5/26/98, a Florida trust, and<br><br>CELIA PALEOLOGOS, individually and as settlor and trustee of the CELIA PALEOLOGOS REVOCABLE TRUST DATED 5/26/98,<br><br>    Defendants. | Adv. Pro. No. No. 10-04929 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Defendants Celia Paleologos Revocable Trust Dated 5/26/98, a Florida trust, and Celia Paleologos, individually and as settlor and trustee of the Celia Paleologos Revocable Trust 5/26/98 (collectively "Defendants"), by and through their counsel, Akerman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010 the Trustee filed and served the Complaint against the Defendants.

2. On June 17, 2015, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [ECF No. 3181].

3. In accordance with Federal Rule of Civil Procedure 41(a)(1), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal of the Adversary Proceeding without prejudice and without costs to either Trustee or Defendants, subject to the right to re-open the Adversary Proceeding to seek entry of judgment pursuant to the Stipulation for Entry of Judgment, attached as Exhibit 1 to the settlement agreement.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

6. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date:   April __, 2019
       New York, New York

| **BAKER & HOSTETLER LLP** | AKERMAN SENTERFITT |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: *s/ Michael I. Goldberg* |
| 45 Rockefeller Plaza | Las Olas Centre II, Suite 1600 |
| New York, New York 10111 | 350 East Las Olas Boulevard |
| Telephone: (212) 589-4200 | Fort Lauderdale, Florida  33301-2229 |
| Facsimile: (212) 589-4201 | Telephone:  954.463.2700 |
| David J. Sheehan | Facsimile:  954.463.2224 |
| Email: dsheehan@bakerlaw.com | Michael I. Goldberg |
| Nicholas J. Cremona | Email:  michael.goldberg@akerman.com |
| Email: ncremona@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

                                        SO ORDERED:

**Dated:  April 2nd, 2019**
       **New York, New York**

                                      **/s/ STUART M. BERNSTEIN**
                                      **Hon. Stuart M. Bernstein**
                                      **United States Bankruptcy Judge**