UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br>  v.<br><br>HELENE SAREN-LAWRENCE,<br>       Defendant. | Adv. Pro. No.: 10-04898 (SMB) |

**STIPULATION AND ORDER SETTING BRIEFING SCHEDULE ON THE TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

The Plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and Defendant, Helene Saren-Lawrence ("Saren-Lawrence"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, the Court having held a Pre-Trial Conference (the "Conference") on March 27, 2019 at 10:00 a.m., where the Trustee requested permission to file a Motion for Summary

Judgment (the "Motion"), and the Court having issued a bench ruling at the Conference permitting the Trustee to file such Motion and directing the Parties to discuss a schedule for briefing on the Motion; and

**WHEREAS**, the Parties conferred to prepare an agreed upon briefing schedule relating to the Motion.

**NOW THEREFORE**, the Parties agree and stipulate to the following:

1. the Trustee shall file and serve the Motion on or before July 12, 2019;

2. the Defendant shall file her response to the Motion on or before August 30, 2019; and

3. the Trustee shall file his reply to the Defendant's response to the Motion on or before September 30, 2019.

Dated: New York, New York
       April 3, 2019

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants*

SO ORDERED

Dated: April **8th**, 2019
     New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE