**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>J. EZRA MERKIN, GABRIEL CAPITAL, L.P., ARIEL FUND LTD., ASCOT PARTNERS, L.P., ASCOT FUND LTD., GABRIEL CAPITAL CORPORATION<br><br>Defendants. | Adv. Pro. No. 09-01182 (SMB) |

## STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

The plaintiff, Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, by and through his undersigned counsel, and defendants Ascot Partners, L.P., through its Receiver, Ralph C. Dawson, Ascot Fund Limited, J. Ezra Merkin, and Gabriel Capital Corporation (collectively, "the Defendants"), by and through their undersigned counsel (collectively, the "Parties"), hereby agree and stipulate as follows:

1. On August 30, 2013, the Trustee filed the Third Amended Complaint in the above-captioned adversary proceeding in which he asserted claims against the Defendants (the "Claims").

2. On June 12, 2018, the Trustee and Defendants entered into a settlement agreement pursuant to Federal Rule of Bankruptcy Procedure 9019.

3. On July 3, 2018, this Court entered an Order approving the settlement agreement between the Trustee, on the one hand, and the Defendants, on the other hand (the "Settlement"). (ECF No. 454)  The Settlement provides, among other things, for a release of the Claims, as well as any known or unknown claims as against the Defendants and the Trustee.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041 and Federal Rule of Civil Procedure 41(a)(1)(A)(ii), the Trustee and the Defendants hereby stipulate to a dismissal with prejudice of the Claims and the Adversary Proceeding, with each party bearing its own costs, attorneys' fees, and expenses.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. The Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: April 8, 2019
      New York, New York

| /s/ Lan Hoang | /s/ Judith A. Archer |
|---|---|
| **Baker & Hostetler LLP** | **Norton Rose Fulbright US LLP** |
| 45 Rockefeller Plaza | 1301 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10019 |
| Telephone: (212) 589-4200 | Telephone: (212) 318-3000 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 318-3400 |
| David J. Sheehan | Judith A. Archer |
| Email: dsheehan@bakerlaw.com | judith.archer@nortonrosefulbright.com |
| Lan Hoang | |
| Email: lhoang@bakerlaw.com | *Attorneys for Receiver of Ascot Partners L.P. and Ascot Fund Limited* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff* | |

/s/ Neil Steiner
**Dechert LLP**
1095 Avenue of the Americas
New York, NY 10036-6797
Telephone: (212) 698-3822
Facsimile: (212) 698-3599
Neil A. Steiner
neil.steiner@dechert.com

*Attorneys for Gabriel Capital Corporation and J. Ezra Merkin*

**SO ORDERED:**
April **8th**, 2019

        **/s/ STUART M. BERNSTEIN**
        **Honorable Stuart M. Bernstein**
        **United States Bankruptcy Judge**