Redacted

**From:** Alan Melton <       Redacted       >
**Date:** April 5, 2019 at 5:57:07 PM EDT
**To:** "Rose, Jorian L." <jrose@bakerlaw.com>
**Subject: Re: Your Recent Mailing**

Dear Atty Rose
The personal matter that my daughter wrote about is very true. I understand that it cannot be included.
I just returned to Florida, could barely walk through the airport last night at 2am but returned from NY , from a very happy occasion - my daughter, who is quite something , Duke, Columbia Univ Business School and now the head of Covergirl USA, just gave birth to our first grandchild- her daughter. The middle name is after my father that made me cry- he was so destroyed by Mr Picard. Now my grandchild honors him but also carries on the feeling of what Picard did to him.
I do formally indeed object to the disallowance in my mother's account. That does not belong in the same category as the other intra or interaccount transfers.
I strongly object to Picard taking the easy way out without the research.
This was a brand new account not one that already existed as were the others in the group. This was legally formed after the death of my mother, 12 years earlier. I am not disputing the illegal hurtful formula invented by Mr Picard from fairy tale land that affected me- I object to an outright discrimination that he lumped my mother's into the interaccount transfer bucket. This was a legal blunder - I.e. in my field - malpractice .

Thank you for your reply and yes I am bare of legal representation because the lawyers were all beaten to a pulp however I just won 4 med malpractice cases as an expert witness and feel my argument is correct- even more than testifying in cases of missed breast cancers -

If there is anything else I must do to get her case removed from the motion , which you will probably win, let me know
Her case was different and should be treated differently.
Thank you
Alan R Melton MD

On Apr 5, 2019, at 2:47 PM, Rose, Jorian L. <jrose@bakerlaw.com> wrote:

> Dr Melton:
>
> We appreciate that you are unhappy with the determination of this claim but please instruct us on you would want us to treat your email communication by April 9, 2019.

Your email which appears to be an objection to the Thirtieth Omnibus Motion to Disallow Claims [ECF No. 18552]. The objection deadline for this motion is April 10, 2019. Unless we hear from you prior, we intend to file your email in the SIPA proceeding on the public docket as any other objection on that date (we will not include the 2017 email from Ms. Melton that contain personal matters). If you instruct us that this is not an objection to the motion or that the objection is withdrawn, then we will not be required to file it. Apologies for the formalities, but as attorneys communicating with an unrepresented party, we are required to proceed in this fashion.

Please email us with any questions.

Regards,
Jorian


**Jorian Rose**
Partner

BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4681

jrose@bakerlaw.com
bakerlaw.com

 <image006.jpg>

---

**From:** Alan Melton < Redacted >
**Sent:** Sunday, March 31, 2019 12:10 PM
**To:** Rose, Jorian L. <jrose@bakerlaw.com>
**Subject:** Your Recent Mailing

Atty Rose
I imagine from the last payment disclosure of legal fees, Mr Picard has stepped aside.
I received your firm's mailing last week denying several people's interaccount transfers. You lumped my mother's account in there without even investigating it. You have desecrated my mother's legacy and her grave.
The establishment of the creation of that account was written years before by a very bright tax attorney to create an irrevocable trust in my

mother or father's name- whoever passed away first - with a new TIN number, in order to even out their estates under the 2 million limit in effect at that time.

My mother passed first. If you research correctly, the attorney requested the money withdrawn from my father's account. It was fully withdrawn from my father's account with his name and soc sec number, out of Madoff, according to the estate documents, will and trusts. My father, myself, my brother and the tax attorney, then decided to reinvest that money back into a new Madoff account. There was no interaccount transfer. The money was deposited into a new account , with a new TIN and under a new name - Diana Melton irrevocable trust. That was reflected in the statements from Madoff. Taxes were paid to the IRS and State of New York under that new TIN and Name.

This was not an interaccount transfer. The second account was created after the money was withdrawn.

The Trustee denied because he linked account numbers derived from Madoff's antiquated computers that were continuously reprogrammed to reflect his fraud. The computer program presumably gave the new account, the same account number by looking up by last names.

The Trustee denied based on tracing back on account numbers, which no other entity in the country uses . TIN, EIN , Soc Sec Numbers, Names with accompanying DOB, may be used in the world but NEVER has anyone used account numbers. Those are created fresh, every time a new account is established.

I would appreciate a re-review of my mother's account and reconsideration as a NET LOSER, with accordingly reimbursement as you did with other NET LOSERS.

I just had my first grandchild this past week but I am 73 and working over 36 hours a week because of the illegal formula.

In addition to the 16 screws in my neck, I just had 18 screws and 2 rods fuse my entire spine.

I thank the Trustee also for that- I may not even be able to lift a grandchild.

And to have the nerve to say and treat Madoff like a Ponzi scheme is a lie. It was a fraud. The original small direct investors paid the most state and federal taxes and became labeled as the net Winners. That is the opposite of a Ponzi scheme. We actually lost the most and the Trustee took away our original investment and excluded our withdrawals to pay taxes.

I would like my original investment back as well as my mothers from your gigantic fund to ease our life- not the "fictitious money" that was legally reported and paid to the government.

Professionals are humans- physicians , no matter how good they are will still make a mistake and possibly hurt a max of several people during their careers. Your firm and The Head Trustee also made a mistake but harmed

over 2,000 people and I am not talking about the super wealthy .

I will never forget what the Trustee did to make the last (94th) year of my dad's life into a terror, where my dad attempted to commit suicide halfway through and had to be committed and he continued to suffer and ultimately ended it on his 95th birthday.

I think you would feel the same if it was your family or your father

And below is that email my daughter, unknown to me, until after she wrote it to the Trustee.  You answered it for him to my daughter. If I ever spoke or contacted a patient like that I would be kicked out of my practice.

Thank you

A Melton MD