# Michael Brasky

| | |
|---|---|
| **From:** | Nadine.Schlager@bmvrdj.gv.at |
| **Sent:** | Friday, April 05, 2019 1:44 AM |
| **To:** | NYSBml_Bernstein's_Chambers_Staff |
| **Subject:** | Case: Irving H. Picard, Trustee for the Liquidation (Treuhänder für die Liquidation von) of Bernard L. Madoff Investment Securities LLC and Bernard Madoff versus HSBC Bank plc a.a. regarding damages |
| **Attachments:** | II._E-Mail_an_Clerk_of_the_United_Staes_Bankruptcy_Court_Bernstein_BMVRDJ-Z945.484_0002-I_10_2019_05.04.2019_.pdf; Summon_for_16th_May_2019.pdf |

see attached note.

Best regards
Gabriele Gal


Das Bundesministerium für Verfassung, Reformen, Deregulierung und Justiz übermittelt das/die angeschlossene(n) Dokument(e).

The Federal Ministry of Constitutional Affairs, Reforms, Deregulation and Justice forwards the attached document(s).

Eine Antwort ist gegebenenfalls an die folgende Adresse zu richten: team.z@bmvrdj.gv.at

Do not reply to this address. The reply-address is: team.z@bmvrdj.gv.at

Mit freundlichen Grüßen
Yours faithfully

**Bundesministerium für Verfassung, Reformen, Deregulierung und Justiz**
Sektion I – Zivilrecht

**Nadine SCHLAGER**
Kontrollorin

+43 1 521 52 2147
Museumstraße 7, 1070 Wien, Österreich
nadine.schlager@bmvrdj.gv.at
bmvrdj.gv.at
*(See attached file: II._E-Mail_an_Clerk_of_the_United_Staes_Bankruptcy_Court_Bernstein_BMVRDJ-Z945.484_0002-I_10_2019_05.04.2019_.pdf)*
*(See attached file: Summon_for_16th_May_2019.pdf)*

≡ Bundesministerium
Verfassung, Reformen,
Deregulierung und Justiz

bmvrdj.gv.at

BMVRDJ - I 10 (Internationales Personen- und Familienrecht)

Clerk of the United States Bankruptcy Court
for the Southern District of New York
**zH Stuart M. Bernstein (Judge)**
One Bowling Green, New York
10004-1408 New York

Gabriele Gal
Sachbearbeiterin

gabriele.gal@bmvrdj.gv.at
+43 1 521 52-302844
Museumstraße 7, 1070 Wien

E-Mail-Antworten sind bitte unter Anführung der Geschäftszahl an team.z@bmvrdj.gv.at zu richten.

Geschäftszahl: BMVRDJ-Z945.484/0002-I 10/2019

Your File:
Adv.Pro.No. 08-01789 (SMB
SIPA Liquidation
Adv.Pro.No. 09-01364 (SMB)

## Irving H. Picard, Trustee for the Liquidation (Treuhänder für die Liquidation von) of Bernard L. Madoff Investment Securities LLC and Bernard Madoff versus HSBC Bank plc a.a. regarding damages

Dear Mr. Bernstein,

I have the honour to inform you about the hearing on 16th May 2019 concerning Stephan BLAHUT (see Annex – summon).

Best regards

4. April 2019
Für den Bundesminister:
Gabriele Gal

Elektronisch gefertigt

| | Datum/Zeit | 2019-04-05T07:43:21+02:00 |
|---|---|---|
| BMVRDJ SIGNATUR | Hinweis | Dieses Dokument wurde elektronisch signiert. Auch ein Ausdruck dieses Dokuments hat die Beweiskraft einer öffentlichen Urkunde. |
| | Prüfinformation | Informationen zur Prüfung des elektronischen Siegels bzw. der elektronischen Signatur finden Sie unter: www.signaturpruefung.gv.at<br>Informationen zur Prüfung des Ausdrucks finden Sie unter: www.bmvrdj.gv.at/amtssignatur |

36 Hc 1/19w - 3    A



**Bezirksgericht Innere Stadt Wien**
Marxergasse 1a
1030 Wien
Tel.: +43 1 51528 340

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy
Court for the Southern District
of New York, One Bowling Green
0000 NEW YORK, NEW YORK 10004-1408
VEREINIGTE STAATEN VON AMERIKA

| BESTÄTIGUNG DES GERICHTES |
|---|
| erford. Anwesenheit im Zeitraum |
| |
| Unterschrift des Entscheidungsorgans |

**Diese Ladung und ein Lichtbildausweis sind mitzubringen!**

Soweit in diesem Formular personenbezogene Ausdrücke verwendet werden, umfassen sie Frauen und Männer gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
US-Insolvenzgericht
Südlicher Bezirk von New York
0000 New York

WEGEN: Nr.: 08-01789 (SMB) und Nr.: 09-01364 (SMB)
Irving H. Picard,Trustee for the Liquidation of Berngard L.Madoff Investment Securities LLC and Bernard Madoff gegen HSBC Bank plc u.a.wegen Schadenersatzes
Vernehmung des Zeugen Stephan Blahut

25. März 2019

# LADUNG
## zu einer Tagsatzung zur Beweisaufnahme

Vor diesem Gericht wird am unten angegebenen Ort eine Tagsatzung zur Beweisaufnahme stattfinden:

**Ort:**    Saal 212, 2. Stock
Bezirksgericht Innere Stadt Wien
Marxergasse 1a
1030 Wien

**Datum:**    16. Mai 2019

**Beginn:**    9:00 Uhr (voraussichtliches Ende 13:00 Uhr)

Sie werden zu dieser Tagsatzung geladen.
"Die Beiziehung eines Simultandolmetschers zur Übersetzung des Verhandlungsverlaufes ist nach der österreichischen Zivilprozessordnung nicht vorgesehen. Sollten die erschienen Parteien und Parteienvertreter einen solchen Übersetzer benötigen, werden sie ersucht, für dessen Anwesenheit während der Rechtshilfevernehmung selbst Sorge zu tragen.

36 Hc 1/19w - 3

> Bezirksgericht Innere Stadt Wien
> Gerichtsabteilung 12
>
> Mag. Karin Cabjolsky
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG

## WICHTIGE HINWEISE

| | |
|---|---|
| **Anschrift** | Die aktuellen Detaildaten des Gerichts/der Staatsanwaltschaft und einen Anfahrtsplan finden Sie im Internet unter www.justiz.gv.at. |
| **Waffenverbot** | Bitte beachten Sie das allgemeine Waffenverbot in allen Gebäuden der Justiz und bei auswärtigen Gerichtshandlungen. |
| **Sicherheits-kontrolle** | Bitte beachten Sie, dass es bei der Sicherheitskontrolle im Eingangsbereich des Amtsgebäudes zu Wartezeiten kommen kann. |
| **Vertretung** | Sie können sich im Verfahren durch jede eigenberechtigte, von Ihnen bevollmächtigte Person vertreten lassen. |
| **Vollmacht** | Ist der Vertreter kein Rechtsanwalt oder Notar, so hat er spätestens in der Tagsatzung eine von Ihnen eigenhändig unterfertigte Vollmacht für das Verfahren (Prozessvollmacht) vorzulegen.<br><br>ACHTUNG: Die auf Grund einer solchen Prozessvollmacht vom Bevollmächtigten vorgenommenen Verfahrenshandlungen haben dieselbe Wirkung, als wären sie von Ihnen selbst vorgenommen worden. |
| **Beweisaufnahme** | Die Tagsatzung ist zur Beweisaufnahme durch das Rechtshilfegericht bestimmt. Die Beweise werden aufgenommen, auch wenn keine der Parteien zur Tagsatzung kommt. |