**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01702 (SMB) |
| Plaintiff, | |
| v. | |
| BARRENECHE, INC., *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS BARRENECHE, INC., DOVE HILL TRUST, FORTUNA ASSET MANAGEMENT, INVERCOUNSEL, S.A., INVERCOUNSEL USA LLC, AND SELECTA FINANCIAL CORPORATION INC.**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (under which Rule 41 of the Federal Rules of Civil Procedure applies herein), Irving H. Picard, as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff, by and through his counsel Baker & Hostetler LLP, hereby dismisses with prejudice Barreneche, Inc., Dove Hill Trust, Fortuna Asset Management, Invercounsel, S.A., Invercounsel USA LLC, and Selecta Financial Corporation Inc. from the above-captioned adversary proceeding without costs to any party.

Upon entry of this stipulation and order, the caption of this adversary proceeding is hereby amended to remove Barreneche, Inc., Dove Hill Trust, Fortuna Asset Management, Invercounsel, S.A., Invercounsel USA LLC, and Selecta Financial Corporation Inc. as defendants. An amended caption is attached as Exhibit A.

Dated: April 15, 2019
       New York, New York

| SIMPSON THACHER & BARTLETT LLP | BAKER & HOSTETLER LLP |
|---|---|
| */s/ Peter E. Kazanoff* | */s/ David J. Sheehan* |
| Peter E. Kazanoff | 45 Rockefeller Plaza |
| 425 Lexington Avenue | New York, New York 10111 |
| New York, New York 10017 | Telephone: (212) 589-4200 |
| Telephone: (212) 455-2000 | Facsimile: (212) 589-4201 |
| Facsimile: (212) 455-2502 | David J. Sheehan |
| Email: pkazanoff@stblaw.com | Email: dsheehan@bakerlaw.com |
|  | Oren J. Warshavsky |
| *Attorneys for Barreneche Inc., Dove Hill Trust, Fortuna Asset Management, and Selecta Financial Corporation Inc.* | Email: owarshavsky@bakerlaw.com |
|  | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

It is SO ORDERED.

Dated: April 16, 2019
      New York, New York

      /s/ STUART M. BERNSTERN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY
JUDGE