**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01239 (SMB) |
| Plaintiff, | |
| v. | |
| FAIRFIELD INVESTMENT FUND LIMITED, *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER OF DISMISSAL WITH PREJUDICE OF DEFENDANTS LOURDES BARRENECHE, ROBERT BLUM, CORNELIS BOELE, GREGORY BOWES, HAROLD GREISMAN, JACQUELINE HARARY, RICHARD LANDSBERGER, DANIEL LIPTON, MARK MCKEEFRY, GORDON MCKENZIE, SANTIAGO REYES, AND ANDREW SMITH**

Pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (under which Rule 41 of the Federal Rules of Civil Procedure applies herein), Irving H. Picard, as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff, by and through his counsel Baker & Hostetler LLP, hereby dismisses with prejudice Lourdes Barreneche, Robert Blum, Cornelis Boele, Gregory Bowes, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Mark McKeefry, Gordon McKenzie, Santiago Reyes, and Andrew Smith from the above-captioned adversary proceeding without costs to any party.

Upon entry of this stipulation and order, the caption of this adversary proceeding is hereby amended to remove Ms. Barreneche, Mr. Blum, Mr. Boele, Mr. Bowes, Mr. Greisman, Ms. Harary, Mr. Landsberger, Mr. Lipton, Mr. McKeefry, Mr. McKenzie, Mr. Reyes, and Mr. Smith as defendants. An amended caption is attached as Exhibit A.

Dated: April 15, 2019
New York, New York

| SIMPSON THACHER & BARTLETT LLP | BAKER & HOSTETLER LLP |
|---|---|
| */s/ Peter E. Kazanoff* | */s/ David J. Sheehan* |
| Peter E. Kazanoff | 45 Rockefeller Plaza |
| 425 Lexington Avenue | New York, New York 10111 |
| New York, New York 10017 | Telephone: (212) 589-4200 |
| Telephone: (212) 455-2000 | Facsimile: (212) 589-4201 |
| Facsimile: (212) 455-2502 | David J. Sheehan |
| Email: pkazanoff@stblaw.com | Email: dsheehan@bakerlaw.com |
|  | Oren J. Warshavsky |
|  | Email: owarshavsky@bakerlaw.com |
| *Attorneys for Lourdes Barreneche, Cornelis Boele, Harold Greisman, Jacqueline Harary, Richard Landsberger, Daniel Lipton, Mark McKeefry, Gordon McKenzie, Santiago Reyes, and Andrew Smith* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

| | |
|---|---|
| MORVILLO ABRAMOWITZ GRAND IASON & ANELLO P.C. | COVINGTON & BURLING LLP |
| */s/ Edward M. Spiro* | */s/ Bruce A. Baird* |
| Edward M. Spiro | Bruce A. Baird |
| 565 Fifth Avenue | 850 Tenth Street, NW |
| New York, New York 10017 | Washington, DC 20001 |
| Telephone: (212) 856-9600 | Telephone: (202) 662-5122 |
| Facsimile: (212) 856-9494 | Email: bbaird@cov.com |
| Email: espiro@maglaw.com | |
| *Attorneys for Robert Blum* | *Attorneys for Gregory Bowes* |

**It is SO ORDERED.**

**Dated: April 16, 2019**
**New York, New York**

                                            **/s/ STUART M. BERNSTEIN**
                                        **HONORABLE STUART M. BERNSTEIN**
                                        **UNITED STATES BANKRUPTCY**
                                        **JUDGE**