UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
In re:                                                              :
                                                                    :    Adv. Pro. No. 08-01789 (SMB)
SECURITIES INVESTOR PROTECTION                                      :
CORPORATION,                                                        :    SIPA Liquidation
                                                                    :    (Substantively Consolidated)
                                 Plaintiff-Applicant,               :
                                                                    :
         – against –                                                :
                                                                    :
BERNARD L. MADOFF INVESTMENT                                        :
SECURITIES LLC,                                                     :
                                                                    :
                                 Defendant.                         :
------------------------------------------------------------X
In re:                                                              :
                                                                    :
BERNARD L. MADOFF,                                                  :
                                                                    :
                                 Debtor.                            :
------------------------------------------------------------X
IRVING PICARD, Trustee for the Liquidation                          :
of Bernard L. Madoff Investment Securities                          :
LLC,                                                                :
                                                                    :
                                 Plaintiff,                         :
                                                                    :
         – against –                                                :    Adv. Pro. No. 10-04390 (SMB)
                                                                    :
BAM L.P., MICHAEL MANN and MERYL                                    :
MANN,                                                               :
                                                                    :
                                 Defendants.                        :
------------------------------------------------------------X

## ORDER REGARDING DEFENDANTS' LETTER DATED APRIL 8, 2019

**WHEREAS**, the Plaintiff moved for summary judgment on December 21, 2018 (the "Motion") (ECF Doc. # 140), and in support thereof, submitted, *inter alia*, the *Declaration of David J. Sheehan in Support of Trustee's Reply Memorandum of Law in Further Support of Motion for Summary Judgment*, dated March 27, 2019 ("*Sheehan Reply Declaration*") (ECF Doc. # 167);

**WHEREAS**, the Defendants submitted a letter on April 8, 2019 (ECF Doc. # 169) seeking to (i) strike (the "Request to Strike") the *Sheehan Reply Declaration* and related arguments made in the reply briefs of the Plaintiff and the Securities Investor Protection Corporation ("SIPC"), and (ii) adopt (the "Request to Adopt") the *Sur-Reply of Legacy Capital Ltd. in Response to Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion for Summary Judgment*, dated April 4, 2019 (ECF Adv. Proc. No. 10-05286 Doc. # 212) in response to certain arguments made by SIPC in its reply brief;

**WHEREAS**, the Plaintiff submitted a response letter on April 10, 2019 (ECF Doc. # 170) objecting to the Request to Strike but not addressing the Request to Adopt;

**WHEREAS**, the Defendants submitted a subsequent response to the Plaintiff's letter on April 11, 2019 (ECF Doc. # 171).

**NOW, THEREFORE, IT IS**

**ORDERED**, that the parties are directed to address the Request to Strike at the hearing to consider the Motion; and it is further

**ORDERED**, that the Request to Adopt is granted.

Dated:   New York, New York
         April 16, 2019

                                        /s/ *Stuart M. Bernstein*
                                        STUART M. BERNSTEIN
                                        United States Bankruptcy Court

2