UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )  ss:
COUNTY OF DALLAS          )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 03, 2019, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Number T000639)

Executed on April 17, 2019.

_____
Tassie P. Barr

Sworn to and subscribed before me this **17** day of **April**, 2019

_____
Susan Crouch-Weaver

(SEAL)                                Notary Public

# Exhibit A

SERVICE LIST A
TRANSFER NUMBERS T000639
4/03/2019

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | VonWin Capital Management, L.P. | Attn: Charmaine Wilson | 261 Fifth Avenue, 22nd Floor | | New York | NY | 10016 |