**ERNEST MELTON**
**ALAN MELTON**
**ANDREW MELTON**
c/o Ernest Melton

Redacted

Redacted July , 2007

Redacted

Mr. Frank DiPascali
Bernard Madoff Securities
885 Third Avenue
New York, NY 10022-4834

Re: Ernest Melton

Dear Mr. DiPascali:

Diana Melton died on May 3, 2007. Enclosed is a copy of her death certificate.

There currently exists the Diana Melton Trust and the Ernest Melton Trust. Both trusts were originally created on March 25, 1986 and were amended and restated on December 8, 2005. A copy of each trust, as amended and restated on December 8, 2005, is enclosed.

Prior to Diana's death, Ernest and Diana were the co-trustees of each trust. As a result of Diana's death, Alan Melton and Andrew Melton became co-trustees of the Ernest Melton Trust, to serve as such with Ernest. See Section 7 of Ernest's Trust. Further, as a result of Diana's death, Alan and Andrew became co-trustees of the Diana Melton Trust, to serve as such with Ernest. See Section 7 of Diana's Trust.

We wish to accomplish the following:

1. Change the name and TIN or SSN of the Ernest Melton Trustee account 1-ZA699-3-0 to Diana Melton Trustee account dated December 5, 2005. Redacted 6222
2. We will supply you with a new TIN number for this account name change.

We authorize you to answer any questions and provide any information and materials to the attorney for both Trusts, Michael L. Trop, Esq., c/o Adorno and Yoss LLP, Redacted. His telephone number is Redacted

Please send Mr. Trop all of the papers required to accomplish our objective.

Thank you for your attention to this matter,

_____   _____   _____
ERNEST MELTON           ALAN MELTON             ANDREW MELTON

Redacted

AMF00033622

MWPTAP00888169

# Fax

| | | | |
|---|---|---|---|
| **To:** | Frank : Madoff Investments | **From:** | Alan R. Melton/ Ernest Melton |
| **Fax:** | 212-838-4081 | **Pages:** | 2 |
| **Phone:** | 800-334-1343 | **Date:** | 9/4/07  (Redacted |
| **Re:** | Account 1-ZA699-3-0 | **CC:** | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** Enclosed is a RENAMING OF ACCOUNT request. Thank you.

Alan R Melton

*Please call* Redacted *if any questions & fax confirmation of change to* Redacted

*Thanks*

AMF00033623

MWPTAP00888170