9/6/07 Fix TAX ID
TITLE
CK NAME

2/12/08 - fix zip - *

03/03/08   Fix #1

AMF00033614

MWPTAP00888161

NAME & ADDRESS FILE MAINTENANCE

Action (1) __A__ (Note: A-Add C-Change D-Delete)

Account Number (6) __1ZA699__

Type (1) __1__ (Note: 1-Name & Address 2-Duplicate / _____ 3- Mailing)

P___ S___ A___ H___ H___

Line 1 (30) ~~Ernest Melton Trust~~ DIANA MELTON TRUST DTD 12/5/05

Line 2 (30) ~~Trust~~

Line 3 (30) Redacted              Redacted

Line 4 (30)                                  Redacted

City (20) Redacted    State (2) Redacted   Zip Redacted

           Redacted

                                  Redacted 6ZZZ

Note: Type 1 information only)

Short Name (12) __Melton__    SS-ID# (11) Redacted ~~4916~~

Foreign Acct _____    Margin Acct _____    1087

Group Name (10) __A+B - ~~ALL~~ GM__

Comps___ Memos___ Statements___ (Note: N- Do Not Print)

| | Profits | Dividends | Interest | (Note: S-Send R-Reinvest) |
|---|---|---|---|---|
| Type 1 | - | - | - | |
| 2 | - | - | - | |
| ③ | - | - | - | ⑦ |
| ④ | - | - | - | |
| 5 | - | - | - | |
| 6 | - | - | - | |
| 7 | Ⓡ | - | - | |
| 8 | - | - | - | |
| 9 | - | - | - | |

Done 12/21/92 D.K.

Dup #1

FOREIGN __Y__
MARGIN __Y__
1087 __N__

AMF00033615

MWPTAP00888162