July 8, 2008

Bernard L. Madoff Investment Securities, LLC
885 Third Avenue
New York, NY 10022

Re: Diana Melton Trust

    Ernest I Melton, Manager
    Account #1-ZA699-3-0

I would like to withdraw $20,000 from Account #1-ZA699-3-0. Please send the check to my attention at the following address:

Ernest I Melton MD
Diana Melton Trust
**Redacted**

Thank you,
Sincerely,

*[signature]*

Ernest I Melton
Trustee, Diana Melton Trust

AMF00033616

MWPTAP00888163

3/30/08

Bernard L. Madoff Investment Securities, LLC

885 Third Avenue
New York, NY 10022

Re: Diana Melton Trust

Ernest I Melton, Manager Account #1 ZA699-3

I would like to withdraw $ 42,500 from Account # 1-ZA699-3.

Please send the check to my attention at the following address:

Diana Melton Trust
c/o Ernest I Melton
Redacted

Sincerely yours,

*[signature]*

Ernest I Melton
MD Diana Melton

AMF00033617

MWPTAP00888164