**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1X 5AD
Tel 020 7493 6222

ERNEST MELTON
TRUST

YOUR ACCOUNT NUMBER: 1-ZA699-4-0
YOUR TAXPAYER IDENTIFICATION NUMBER: Redacted-4916
PERIOD ENDING: 12/31/04
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | |
| 12/08 | 17 | | 74,722 | S & P 100 INDEX DECEMBER 570 CALL | 1.850 | | 9,972.00 |
| 12/08 | | 17 | 78996 | S & P 100 INDEX DECEMBER 560 PUT | 3.400 | 3,162.00 | |
| 12/31 | | | | TRANS FROM 30 ACCT | JRNL | | 5,763.00 |
| | | | | NEW BALANCE | | | 7,371.00 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

AMF00033633

MWPTAP00888180

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DIANA MELTON TRUST DTD 12/5/05
Redacted

PAGE: 1
PERIOD ENDING: 9/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6222
YOUR ACCOUNT NUMBER: 1-ZA699-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  | 13,072.60 |  |
| 9/18 | 165 |  | 8788 | APPLE INC | 136.900 | 22,594.50 |  |
| 9/18 | 750 |  | 12323 | ORACLE CORPORATION | 20.400 | 15,330.00 |  |
| 9/18 | 285 |  | 13102 | ABBOTT LABORATORIES | 52.160 | 14,876.50 |  |
| 9/18 | 300 |  | 16637 | PEPSICO INC | 69.700 | 20,922.00 |  |
| 9/18 | 480 |  | 17415 | AMERICAN INTL GROUP INC | 64.710 | 31,079.80 |  |
| 9/18 | 1,320 |  | 20951 | PFIZER INC | 24.170 | 31,956.40 |  |
| 9/18 | 150 |  | 21729 | BOEING CO | 98.410 | 14,767.50 |  |
| 9/18 | 585 |  | 25265 | PROCTER & GAMBLE CO | 67.200 | 39,335.00 |  |
| 9/18 | 825 |  | 26043 | BANK OF AMERICA | 49.700 | 41,035.50 |  |
| 9/18 | 225 |  | 29579 | SCHLUMBERGER LTD | 99.580 | 22,414.50 |  |
| 9/18 | 930 |  | 30357 | CITI GROUP INC | 45.980 | 42,798.40 |  |
| 9/18 | 1,155 |  | 33893 | AT&T INC | 40.070 | 46,326.85 |  |
| 9/18 | 585 |  | 34671 | COMCAST CORP CL A | 25.210 | 14,770.85 |  |
| 9/18 | 195 |  | 38207 | UNITED PARCEL SVC INC CLASS B | 74.190 | 14,474.05 |  |
| 9/18 | 300 |  | 38985 | CONOCOPHILIPS | 85 | 25,512.00 |  |
| 9/18 | 180 |  | 42521 | UNITED TECHNOLOGIES CORP | 74.810 | 13,472.80 |  |
| 9/18 | 1,155 |  | 43299 | CISCO SYSTEMS INC | 31.640 | 36,590.20 |  |
| 9/18 | 540 |  | 46835 | VERIZON COMMUNICATIONS | 42.130 | 22,771.20 |  |
| 9/18 | 405 |  | 47613 | CHEVRON CORP | 89.650 | 36,324.25 |  |
| 9/18 | 360 |  | 51149 | WACHOVIA CORP NEW | 49.300 | 17,762.00 |  |
| 9/18 | 1,905 |  | 51927 | GENERAL ELECTRIC CO | 40.010 | 76,295.05 |  |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450505

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DIANA MELTON TRUST DTD 12/5/05

Redacted

PERIOD ENDING: 9/30/07
YOUR ACCOUNT NUMBER: 1-ZA699-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6222
PAGE: 2

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/18 | 630 | | 55463 | WELLS FARGO & CO NEW | 35.700 | 22,516.00 | |
| 9/18 | 45 | | 56241 | GOOGLE | 523.600 | 23,563.00 | |
| 9/18 | 450 | | 59777 | WAL-MART STORES INC | 42.840 | 19,295.00 | |
| 9/18 | 75 | | 50555 | GOLDMAN SACHS GROUP INC | 183.820 | 13,789.50 | |
| 9/18 | 1,050 | | 64091 | EXXON MOBIL CORP | 87.770 | 92,200.50 | |
| 9/18 | 510 | | 64869 | HEWLETT PACKARD CO | 48.470 | 24,739.70 | |
| 9/18 | 255 | | 69183 | INTERNATIONAL BUSINESS MACHS | 116 | 29,590.00 | |
| 9/18 | 1,110 | | 73497 | INTEL CORP | 25.310 | 28,138.10 | |
| 9/18 | 540 | | 77811 | JOHNSON & JOHNSON | 62.640 | 33,845.60 | |
| 9/18 | 645 | | 82124 | J.P. MORGAN CHASE & CO | 44.420 | 28,675.90 | |
| 9/18 | 375 | | 86438 | COCA COLA CO | 55.710 | 20,905.25 | |
| 9/18 | 405 | | 90752 | ALTRIA GROUP INC | 67.090 | 27,187.45 | |
| 9/18 | 405 | | 95066 | MERCK & CO | 49.820 | 20,193.10 | |
| 9/18 | 1,575 | | 99380 | MICROSOFT CORP | 29.010 | 45,753.75 | |
| 9/18 | | 1,025,000 | 68440 | U S TREASURY BILL DUE 12/13/2007 | 99.070 | | 1,015,467.50 |
| 9/18 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 09/18/07 | DIV | | 70.94 |
| 9/18 | 12,601 | | 74287 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,601.00 | |
| 9/18 | 1,554 | | 78736 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,554.00 | |
| 9/26 | | 405 | 2261 | MERCK & CO | 51.880 | | 20,995.40 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450506



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DIANA MELTON TRUST DTD 12/5/05

Redacted

PERIOD ENDING: 9/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6222
PAGE: 3
YOUR ACCOUNT NUMBER: 1-ZA699-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | 1,575 | 6575 | MICROSOFT CORP | 28.670 | | 45,092.25 |
| 9/26 | | 750 | 15203 | ORACLE CORPORATION | 21.650 | | 16,207.50 |
| 9/26 | | 165 | 15982 | APPLE INC | 141.530 | | 23,346.45 |
| 9/26 | | 300 | 19517 | PEPSICO INC | 71.680 | | 21,492.00 |
| 9/26 | | 285 | 20296 | ABBOTT LABORATORIES | 54.220 | | 15,441.70 |
| 9/26 | | 1,320 | 23831 | PFIZER INC | 24.770 | | 32,644.40 |
| 9/26 | | 480 | 24609 | AMERICAN INTL GROUP INC | 67.830 | | 32,539.40 |
| 9/26 | | 585 | 28145 | PROCTER & GAMBLE CO | 69.740 | | 40,774.90 |
| 9/26 | | 150 | 28923 | BOEING CO | 102.350 | | 15,346.50 |
| 9/26 | | 225 | 32459 | SCHLUMBERGER LTD | 108.400 | | 24,381.00 |
| 9/26 | | 825 | 33237 | BANK OF AMERICA | 51.260 | | 42,256.50 |
| 9/26 | | 1,155 | 36773 | AT&T INC | 42.620 | | 49,180.10 |
| 9/26 | | 930 | 37551 | CITI GROUP INC | 47.630 | | 44,258.90 |
| 9/26 | | 195 | 41087 | UNITED PARCEL SVC INC CLASS B | 76.100 | | 14,832.50 |
| 9/26 | | 585 | 41865 | COMCAST CORP CL A | 23.880 | | 13,946.80 |
| 9/26 | | 180 | 45401 | UNITED TECHNOLOGIES CORP | 79.510 | | 14,304.80 |
| 9/26 | | 300 | 46179 | CONOCOPHILIPS | 89.530 | | 26,847.00 |
| 9/26 | | 540 | 49715 | VERIZON COMMUNICATIONS | 44.390 | | 23,949.60 |
| 9/26 | | 1,155 | 50493 | CISCO SYSTEMS INC | 32.470 | | 37,456.85 |
| 9/26 | | 360 | 54029 | WACHOVIA CORP NEW | 51.600 | | 18,562.00 |
| 9/26 | | 405 | 54807 | CHEVRON CORP | 95.080 | | 38,491.40 |
| 9/26 | | 630 | 58343 | WELLS FARGO & CO NEW | 36.820 | | 23,171.60 |
| 9/26 | | 1,905 | 59121 | GENERAL ELECTRIC CO | 41.670 | | 79,305.35 |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 9/30/07
PAGE: 4
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6222
YOUR ACCOUNT NUMBER: 1-ZA699-3-0

DIANA MELTON TRUST DTD 12/5/05    Redacted

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 9/26 | | 450 | 62657 | WAL-MART STORES INC | 44.710 | | 20,101.50 |
| 9/26 | | 45 | 63435 | GOOGLE | 557.200 | | 25,073.00 |
| 9/26 | | 1,050 | 66971 | EXXON MOBIL CORP | 93.270 | | 97,891.50 |
| 9/26 | | 75 | 67749 | GOLDMAN SACHS GROUP INC | 206.560 | | 15,489.00 |
| 9/26 | | 510 | 72063 | HEWLETT PACKARD CO | 50.580 | | 25,775.80 |
| 9/26 | | 255 | 76377 | INTERNATIONAL BUSINESS MACHS | 117.900 | | 30,054.50 |
| 9/26 | | 1,110 | 80691 | INTEL CORP | 26 | | 28,816.00 |
| 9/26 | | 540 | 85005 | JOHNSON & JOHNSON | 65.340 | | 35,282.60 |
| 9/26 | | 645 | 89318 | J.P. MORGAN CHASE & CO | 47.430 | | 30,557.35 |
| 9/26 | | 375 | 93632 | COCA COLA CO | 56.700 | | 21,247.50 |
| 9/26 | | 405 | 97946 | ALTRIA GROUP INC | 69.410 | | 28,095.05 |
| | | | | FIDELITY SPARTAN | DIV | | 1.36 |
| | | | | U S TREASURY MONEY MARKET DIV 09/26/07 | | | |
| 9/26 | | 1,554 | 73515 | FIDELITY SPARTAN | 1 | | 1,554.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 9/26 | 1,050,000 | | 78044 | U S TREASURY BILL DUE 1/17/2008 | 98.823 | 1,037,641.50 | |
| | | | | 1/17/2008 | | | |
| 9/26 | 8,598 | | 83246 | FIDELITY SPARTAN | 1 | 8,598.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | MKT PRICE | | 10,222.10 |
| | | | | SECURITY POSITIONS | | | |
| | 8,598 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450508

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ◻ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DIANA MELTON TRUST DTD 12/5/05

Redacted

PERIOD ENDING: 9/30/07
YOUR TAX PAYER IDENTIFICATION NUMBER: *****6222
PAGE: 5
YOUR ACCOUNT NUMBER: 1-ZA699-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,050,000 | | | U S TREASURY BILL DUE 1/17/2008   1/17/2008 | 98.844 | | |
| | | | | MARKET VALUE OF SECURITIES LONG   SHORT 1,046,460.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450509

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

DIANA MELTON TRUST DTD 12/5/05
Redacted

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|
| 9/30/07 | *****6222 | 6 |

YOUR ACCOUNT NUMBER: 1-ZA699-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 9,090.27 |
| | | | | GROSS PROCEEDS FROM SALES | | | 8,497,520.05 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450510