**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson D. Beckerlegge

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>PAULINE B. FELDMAN,<br><br>Defendant. | Adv. Pro. No. 10-04349 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY
DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard

L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C.

§§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by

and through his counsel, Baker & Hostetler LLP, and Pauline B. Feldman ("Defendant") by and

through her counsel, David Bernfeld, Esq. (collectively, the "Parties"), hereby stipulate and

agree to the following:

1.      On November 30, 2010, the Trustee filed and served the Complaint against

Defendant.

2.      On February 11, 2019, the Parties entered into a settlement agreement pursuant to

the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

3.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and

Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal without

prejudice of the Trustee's claims against Defendant in the above-captioned adversary

proceeding, subject to the right of the Trustee to move *ex parte* to re-open this adversary

proceeding in the event of an uncured default under the terms of the Settlement Agreement.

4.      The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and

parties of interest.

5.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall

be deemed an original.

Dated: New York, New York
        April 22, 2019

**BERNFELD DEMATTEO, LLP**                    **BAKER & HOSTETLER LLP**

By: */s/ David Bernfeld*                       By: *s/ Nicholas Cremona*
600 Third Avenue, 15th Floor        45 Rockefeller Plaza
New York, NY 10016                             New York, New York 10111
(212) 661-1661                                 Telephone: 212.589.4200
Email: davidbernfeld@bernfeld-dematteo.com     Facsimile: 212.589.4201
                                               David J. Sheehan
*Attorney for Defendant*                       Email: dsheehan@bakerlaw.com
                                               Keith R. Murphy
                                               Email: kmurphy@bakerlaw.com
                                               Nicholas J. Cremona
                                               Email: ncremona@bakerlaw.com
                                               Robertson D. Beckerlegge
                                               Email: rbeckerlegge@bakerlaw.com

                                               *Attorneys for Irving H. Picard, Trustee for the*
                                               *Substantively Consolidated SIPA Liquidation*
                                               *of Bernard L. Madoff Investment Securities*
                                               *LLC and the Estate of Bernard L. Madoff*


                    SO ORDERED


                    **/s/ STUART M. BERNSTEIN**
Dated: **April 22nd, 2019**   HON. STUART M. BERNSTEIN
New York, New York                       UNITED STATES BANKRUPTCY JUDGE