UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                   Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                   Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                                     ) ss:
COUNTY OF DALLAS   )

      Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 19, 2019 I caused to be served, via FedEx Priority Overnight, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. Trustee's Reply To The Objection Of Dr. Alan Melton To The Thirtieth Omnibus Motion To Disallow Claims And Overrule Objections Of Claimants Who Have No Net Equity (Docket Number 18670)
   2. Declaration of Vineet Sehgal in Support Of The Trustee's Reply To The Objection Of Dr. Alan Melton To The Thirtieth Omnibus Motion to Disallow Claims And Overrule Objections Of Claimants Who Have No Net Equity (Docket Number 18671)

Executed on April 19, 2019

_____
Tassie Powers Barr

Sworn to and subscribed before me this 19 day of April, 2019

SUSAN CROUCH WEAVER
Notary ID #408918
My Commission Expires
April 18, 2023

_____
(SEAL)                          Notary Public

2

# Exhibit A

Exhibit A

April 19, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | c/o Kachroo Legal Services, P.C | 245 Park Avenue, 24th and 39th Floors | NEW YORK | NY | 10167 | Counsel |