**ERNEST MELTON**
**ALAN MELTON**
**ANDREW MELTON**
c/o Ernest Melton

# Redacted

July  , 2007

Mr. Frank DiPascali
Bernard Madoff Securities
885 Third Avenue
New York, NY  10022-4834

    **Re:  Ernest Melton**

Dear Mr. DiPascali:

Diana Melton died on May 3, 2007. Enclosed is a copy of her death certificate.

There currently exists the Diana Melton Trust and the Ernest Melton Trust. Both trusts were originally created on March 25, 1986 and were amended and restated on December 8, 2005. A copy of each trust, as amended and restated on December 8, 2005, is enclosed.

Prior to Diana's death, Ernest and Diana were the co-trustees of each trust. As a result of Diana's death, Alan Melton and Andrew Melton became co-trustees of the Ernest Melton Trust, to serve as such with Ernest. See Section 7 of Ernest's Trust. Further, as a result of Diana's death, Alan and Andrew became co-trustees of the Diana Melton Trust, to serve as such with Ernest. See Section 7 of Diana's Trust.

We wish to accomplish the following:

1. Change the name and TIN or SSN of the Ernest Melton Trustee account 1-ZA699-3-0 to Diana Melton Trustee account dated December 5, 2005.   EIN - Redacted 6222
2. We will supply you with a new TIN number for this account name change.

    We authorize you to answer any questions and provide any information and materials to the attorney for both Trusts, Michael L. Trop, Esq., c/o Adorno and Yoss LLP, 350 East Las Olas Boulevard, Suite 1700, Fort Lauderdale, Florida  33301. His telephone number is 954-766-7802.

    Please send Mr. Trop all of the papers required to accomplish our objective.

    Thank you for your attention to this matter,

_____     _____     _____
ERNEST MELTON                    ALAN MELTON                       ANDREW MELTON