**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 24, 2019 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Twenty-Ninth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 8/1/2018 to

|   |   |
|---|---|
|   | 11/30/2018, fee: $33,299,127.72, expenses: $453,636.97 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18562] |
| B. | Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Browne Jacobson, LLP, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $783,500.80, expenses: $5,068.32 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18563] |
| C. | Twenty-Eighth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $1,813,429.50, expenses: $13,467.97 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18564] |
| D. | Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Schiltz & Schiltz, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $24,857.94, expenses: $1,615.77 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18565] |
| E. | Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Williams, Barristers & Attorneys, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $213,025.72, expenses: $4,760 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18566] |
| F. | Application of Higgs & Johnson as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Higgs & Johnson, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $13,035.61, expenses: $0 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18567] |
| G. | Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Sorokor - Agmon, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $319,541.80, expenses: $2,146.28 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18568] |

H.    Application of Graf & Pitkowitz Rechtsanwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Graf & Pitkowitz Rechtsanwalte GMBH, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $110,401.33, expenses: $160.36 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18569]

I.    Application of Ritter Schierscher Rechtsanwalte as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Ritter Schierscher Rechtsanwalte, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $1,709.79, expenses: $0 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18570]

J.    Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $14,647.14, expenses: $366.42 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18571]

K.    Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for UGGC & Associes, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $126,320.30, expenses: $4,216.47 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18572]

L.    Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Eugene F. Collins, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $37,185.53, expenses: $498.82 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18573]

M.    Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $220,374.00, expenses: $2,862.84 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18574]

N.    Application of Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2018 through November 30, 2018 for Scaletta Law Firm, PLLC, Special Counsel, period: 8/1/2018 to 11/30/2018, fee: $16,957.35, expenses: $0 filed by David J. Sheehan on behalf of Irving H. Picard (Filed 3/15/2019) [ECF No. 18575]

**Related Document**:

O.    Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses from August 1, 2018 through November 30, 2018 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/15/2019) [ECF No. 18576]

**Responses Filed**:

P.    Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Ninth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/29/2019) [ECF No. 18619]

Q.    Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/29/2019) [ECF No. 18622]

R.    Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Eighth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/29/2019) [ECF No. 18623]

S.    Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Fourth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: Filed: 3/29/2019) [ECF No. 18624]

T.    Recommendation of the Securities Investor Protection Corporation in Support of Fourth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/29/2019) [ECF No. 18625]

U.    Recommendation of the Securities Investor Protection Corporation in Support of Fourth Application of The Scaletta Law Firm PLLC for Interim Compensation filed by Josephine Wang on behalf of Securities Investor Protection Corporation (Filed: 3/29/2019) [ECF No. 18626]

**Objections Due**:    April 17, 2019

**Objections Filed:**    None

**Status**:    This matter is going forward.

## CONTESTED MATTERS

2. **08-01789; SIPC v. BLMIS**

   A.    Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/14/2019) [ECF No. 18552]

   B.    Declaration of Vineet Sehgal in Support of the Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/14/2019) [ECF No. 18553]

**Objections Due:**    April 10, 2019

**Objections Filed:**

   C.    Objection to Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objection filed by Alan Melton (Filed: 4/10/2019) [ECF No. 18652]

**Related Documents:**

   D.    Trustee's Reply to the Objection of Dr. Alan Melton to the Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/18/2019) [ECF No. 18670]

   E.    Declaration of Vineet Sehgal In Support of the Trustee's Reply to the Objection of Dr. Alan Melton to the Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: April 18, 2019) [ECF No. 18671]

   F.    "Sur-Reply" in further support of Objection to Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objection filed by Alan Melton (Filed: April 23, 2019) [ECF No. 18680]

08-01789-cgm    Doc 18681    Filed 04/23/19    Entered 04/23/19 15:19:46    Main Document
Pg 6 of 7

**Status:**  This matter is going forward.

3. **10-04390; Picard v. Mann**

   A. Trustee's Memorandum of Law in Support of Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 12/21/2018) [ECF No. 141]

   B. Statement of Material Facts in Support of Trustee's Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 12/21/2018) [ECF No. 142]

   C. Declaration of David J. Sheehan in Support of Trustee's Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 12/21/2018) [ECF No. 143]

   **Objections Due:**  February 22, 2019

   **Objections Filed:**

   D. Defendants Objections, Responses and Counterstatements of Material Facts Pursuant to Fed. R. Civ. P. 56, Fed. R. Bankr. P. 7056 and Local Rule 7056-1 to Trustees Statement of Material Facts filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 2/22/2019) [ECF No. 158]

   E. Defendants' Memorandum in Opposition to Trustee's Motion for Summary Judgment filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 2/22/2019) [ECF No. 159]

   F. Declaration of Arthur H. Ruegger in Opposition to Trustee's Motion for Summary Judgment filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 2/22/2019) [ECF No. 160]

   **Reply Due:**  March 27, 2019

   **Reply Filed:**

   G. Trustee's Reply Memorandum of Law in Further Support of Motion for Summary Judgment filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/27/2019) [ECF No. 164]

   H. Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion for Summary Judgment filed by Nathanael Kelley on behalf of SIPC (Filed: 3/27/2019) [ECF No. 163]

6

**Related Documents:**

I. Letter Motion dated April 8, 2019 to (1) Strike the March 27th Declaration of J. Sheehan [ECF No. 167] and Related Arguments in the Trustees Reply Memorandum [ECF No. 164]; and (2) for Leave to Submit the Opposition Sur-Reply to Argument filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 4/8/2019) [ECF No. 169]

J. Letter in response to Defendants' April 8, 2019 letter filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 4/10/2019) [ECF No. 170]

K. Letter dated April 11, 2019 to the Honorable Stuart M. Bernstein in Response to the Trustee's April 10, 2019 Letter Regarding the Trustee's Motion for Summary Judgment filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 4/11/2019) [ECF No. 171]

L. Order Signed On 4/16/2019 Re: Defendants' Letter Dated April 8, 2019 (Filed: 4/16/2019) [ECF No. 172]

**Status:**    This matter is going forward.

Dated:  April 23, 2019
       New York, New York

By:    /s/ David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*