# EXHIBIT C

# FILED UNDER SEAL PENDING MOTION TO SEAL