# EXHIBIT D

# FILED UNDER SEAL PENDING MOTION TO SEAL