# EXHIBIT E

# FILED UNDER SEAL PENDING MOTION TO SEAL