# EXHIBIT F

# FILED UNDER SEAL PENDING MOTION TO SEAL