# EXHIBIT G

# FILED UNDER SEAL PENDING
# MOTION TO SEAL