# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Matthew D. Feil
direct dial: 212.847.2856
mfeil@bakerlaw.com

April 24, 2019

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:    *Picard v. Citibank, N.A., et al.,* Adv. Pro. No. 10-05345 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. We write to respectfully request an enlargement of the page limitation under Your Honor's Chambers Rules for the Trustee's reply brief in further support of his motion for leave to file an amended complaint.

In light of the various and complex issues in the current motion, the Trustee submits that a 10-page enlargement of Your Honor's 20-page limit for reply briefs is justified, and respectfully requests that this Court grant this enlargement. Defendants' counsel does not consent to such an enlargement.

Respectfully submitted,

*/s/ Matthew D. Feil*

Matthew D. Feil

cc:  Carmine D. Boccuzzi, Jr.