**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Marc D. Powers
Email:  mpowers@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Debtor. | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST**
**TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Pursuant to Local Rule 2090-1(e) of the Local Rules of Bankruptcy Procedures, Marc D. Powers ("Movant"), of the law firm Baker & Hostetler LLP, hereby respectfully moves for an Order withdrawing as attorney of record for Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff ("Plaintiff"), in the above-captioned adversary proceeding (Adv. Pro. No. 08-01789).  Movant further requests that his name be removed from all notice and service lists in this case.

In support of this motion, Movant respectfully states:

1. Movant is no longer serving as counsel to the Plaintiff and is doing no work on behalf of Plaintiff in the above-captioned adversary proceeding.

2. Plaintiff will not suffer prejudice as a result of the withdrawal because Plaintiff will continue to be represented by Baker & Hostetler LLP.

3. Plaintiff consents to Movant's withdrawal as attorney of record in this adversary proceeding.

4. Movant's withdrawal from the above-captioned adversary proceeding will not disrupt this litigation, and no other party will suffer any prejudice or delay.

WHEREFORE, Mr. Powers requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Plaintiff so that Movant no longer receives electronic notices from the Court's CM/ECF system.

Dated: New York, New York
April 24, 2019

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Marc D. Powers*
Marc D. Powers
45 Rockefeller Plaza
New York, NY 10111
Telephone: 212-589-4200 212.589.4200
Facsimile: 212-589-4201
Email: mpowers@bakerlaw.com
*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*