Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marc D. Powers
Email: mpowers@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

Presentment Date: **May 6, 2019**
Time: **12:00 p.m.**

Objections Due: **May 6, 2019**
Time: **11:30 a.m.**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |

### NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, by the Trustee's undersigned counsel, will present the Order Granting Motion To Withdraw As Attorney Of Record and Request To Be Removed From Electronic Notice and Service Lists, a copy of which is annexed hereto as

Exhibit A (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on May 6, 2019 **at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **May 6, 2019 at 11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, the parties will contact the Courtroom Deputy for a hearing date and the moving party will notify other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in the relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE**, that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all objections.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed the proposed Order may be signed without a hearing.

Dated: New York, New York
April 24, 2019

By: */s/ Marc D. Powers*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marc D. Powers
Email: mpowers@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

### ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS

Upon the Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists by Marc D. Powers, of the law firm Baker & Hostetler LLP, and for good cause shown therein, it is hereby,

**ORDERED**, that Mr. Powers is withdrawn as attorney of record for the plaintiff, Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, in the above captioned adversary proceeding (Adv. Pro. No. 08-01789), and it is further,

**ORDERED**, that Mr. Powers be removed from the Court's CM/ECF electronic notice and service lists for the above-captioned adversary proceeding (Adv. Pro. No. 08-01789).

Dated: _____, 2019

                 Honorable Stuart M. Bernstein
                 United States Bankruptcy Judge