## FORM C – ADDENDUM "B"

**CHAITMAN LLP**
Helen Davis Chaitman, Esq.
Lance Gotthoffer, Esq.
465 Park Avenue
New York, NY 10022
Phone & Fax: (888) 759-1114
hchaitman@chaitmanllp.com
lgotthoffer@chaitmanllp.com

*Attorneys for Plaintiffs-Appellants Susanne Stone Marshall, Adele Fox, Marsha Peshkin, and Russell Oasis, individually and on behalf of a class of similarly situated Plaintiffs*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| SUSANNE STONE MARSHALL, ADELE FOX, MARSHA PESHKIN, and RUSSELL OASIS,<br><br>                  Plaintiffs/Appellants,<br>v.<br><br>CAPITAL GROWTH COMPANY; DECISIONS, INC.; FAVORITE FUNDS; JA PRIMARY LIMITED PARTNERSHIP; JA SPECIAL LIMITED PARTNERSHIP; JAB PARTNERSHIP; JEMW PARTNERSHIP; JF PARTNERSHIP; JFM INVESTMENT COMPANIES; JLN PARTNERSHIP; JMP LIMITED PARTNERSHIP; JEFFRY M. | Adv. Pro. No. 15-01293 (SMB)<br><br>Case No.: 17-cv-02230 (VSB)<br><br>Appeal No.: 19-995 |

| |
|---|
| PICOWER SPECIAL COMPANY; JEFFRY M. PICOWER, P.C.; THE PICOWER FOUNDATION; THE PICOWER INSTITUTE OF MEDICAL RESEARCH; THE TRUST F/B/O GABRIELLE H. PICOWER; BARBARA PICOWER, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower; and IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                            Defendants/Appellees. |

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD**

Pursuant to Federal Rules of Bankruptcy Procedure 8009, and in connection with the Notice of Appeal filed on April 15, 2019, Plaintiffs/Appellants Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis, ("Plaintiffs" or "Appellants") (Doc. No. 38), hereby designate the items to be included in the record on appeal and state the issues to be presented on appeal to the United States Court of Appeals for the Second Circuit from the final judgment of the district court for the Southern District of New York, entered in this case on the 20th day of March, 2019, from which the Court's Opinion and Order dated the 19th day of March, 2019 (Doc. Nos. 36 and 35, respectively) (the "District Court's Decision") affirmed the Memorandum Decision Denying Motion for Declaratory Judgment and Dismissing Complaint of the United States Bankruptcy Court for the Southern District of New York (Hon. Stuart M. Bernstein) (the "Bankruptcy Court") entered in the above-referenced proceeding dated the 7th day of March, 2017 (Doc. No. 49) (the "Bankruptcy Decision").

**STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL**

1. Whether the District Court erred in affirming the Bankruptcy Court's Memorandum Decision Denying Plaintiffs' Motion for Declaratory Relief in finding that Plaintiffs' proffered

complaint was derivative of the Trustee's complaint and barred by a permanent injunction previously entered in this matter when Plaintiffs' proffered complaint alleges direct legal obligations flowing from Defendants to Plaintiffs pursuant to Section 20(a) of the Securities Exchange Act of 1934.

## STANDARD OF REVIEW

"An order of a district court functioning in its capacity as an appellate court in a bankruptcy case is subject to plenary review. Thus, [the Court of Appeals shall] 'independently review the factual determinations and legal conclusions of the bankruptcy court.' The bankruptcy court's legal conclusions are evaluated *de novo*[.]". *In re Momentum Mfg. Corp.*, 25 F.3d 1132, 1136 [2d Cir. 1994] (internal citations omitted). A bankruptcy court's determination that a claim is derivative is reviewed *de novo*. See *In re Tronox Inc.*, 855 F.3d 84, 99 [2d Cir. 2017].

## DESIGNATION OF ITEMS TO BE INCLUDED IN THE RECORD

| FILING DATE | ECF NO. | DOCKET TEXT |
|---|---|---|
| 08/29/2015 | 1 | Complaint against Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower, Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC . Nature(s) of Suit: (91 (Declaratory judgment)) Filed by Helen Chaitman on behalf of Susanne Stone Marshall, Adele Fox, Marsha Peshkin, Russell Oasis. (Attachments: # 1 Exhibit 1 3d Amended Complaint # 2 Exhibit 1 3d Amended Complaint EX A Transcript) (Chaitman, Helen) (Entered: 08/29/2015) |
| 08/31/2015 | 2 | Summons with Notice of PreTrial Conference issued by Clerk's Office with PreTrial Conference set for 10/6/2015 at 10:00 AM at |

{00040306 1}                                    2

| | | |
|---|---|---|
| | | Courtroom 723 (SMB), Answer due by 9/30/2015, (Braithwaite, Kenishia) (Entered: 08/31/2015) |
| 09/30/2015 | 15 | Disclosure Statement filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Harris, Marcy) (Entered: 09/30/2015) |
| 10/05/2015 | 16 | So Ordered Stipulation as to Briefing Schedule and Responding to the Complaint for Declaratory Judgment signed on 9/29/2015 (White, Greg) (Entered: 10/05/2015) |
| 11/09/2015 | 17 | Notice of Agenda *Notice of Motion* Filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Chaitman, Helen) (Entered: 11/09/2015) |
| 11/09/2015 | 18 | Memorandum of Law *In Support of Motion for Declaratory Judgment* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Chaitman, Helen) (Entered: 11/09/2015) |
| 11/09/2015 | 19 | Declaration *of Helen Davis Chaitman In Support of Plaintiffs' Motion for Declaratory Judgment* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit # 4 Exhibit # 5 Exhibit # 6 Exhibit) (Chaitman, Helen) (Entered: 11/09/2015) |
| 12/18/2015 | 23 | Memorandum of Law *in Opposition to The Fox Plaintiffs' Motion for Declaratory Judgment 17* filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Harris, Marcy) (Entered: 12/18/2015) |
| 12/18/2015 | 24 | Affirmation *of Marcy R. Harris Esq. in Support of The Picower Parties' Memorandum of Law 17* filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, |

| | | |
|---|---|---|
| | | Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Attachments: # 1 Exhibit A # 2 Exhibit B) (Harris, Marcy) (Entered: 12/18/2015) |
| 12/18/2015 | 25 | Opposition /*Trustee's Memorandum of Law in Opposition to Motion for Declaratory Judgment* filed by David J. Sheehan on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Sheehan, David) (Entered: 12/18/2015) |
| 12/18/2015 | 26 | Declaration *of Keith R. Murphy in Opposition to Fox Plaintiffs' Motion for Declaratory Judgment* (related document(s)25) filed by David J. Sheehan on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P # 17 Exhibit Q) (Sheehan, David) (Entered: 12/18/2015) |
| 12/18/2015 | 27 | Affidavit *of Vineet Sehgal in Opposition to Fox Plaintiffs' Motion for Declaratory Judgment* (related document(s)26, 25) filed by David J. Sheehan on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E # 6 Exhibit F # 7 Exhibit G # 8 Exhibit H # 9 Exhibit I # 10 Exhibit J # 11 Exhibit K # 12 Exhibit L # 13 Exhibit M # 14 Exhibit N # 15 Exhibit O # 16 Exhibit P # 17 Exhibit Q # 18 Exhibit R) (Sheehan, David) (Entered: 12/18/2015) |
| 12/18/2015 | 28 | Affidavit of Service (related document(s)26, 25, 27) Filed by David J. Sheehan on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Sheehan, David) (Entered: 12/18/2015) |
| 12/21/2015 | 29 | Affidavit of Service *of 1) The Picower Parties Memorandum of Law In Opposition to the Fox Plaintiffs Motion for Declaratory Judgment and 2) Affirmation of Marcy R. Harris, Esq. in Support of the Picower Parties Memorandum of Law [23, 24]* Filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, |

| | | |
|---|---|---|
| | | Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Harris, Marcy) (Entered: 12/21/2015) |
| 01/14/2016 | 30 | Reply to Motion *Plaintiffs' Reply Memorandum of Law in Further Support of Their Motion for a Declaratory Judgment* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Chaitman, Helen) (Entered: 01/14/2016) |
| 01/14/2016 | 31 | Declaration *[17, 30] Reply Declaration of Helen Davis Chaitman in Further Support of Plaintiffs' Motion for Declaratory Judgment* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Attachments: # 1 Exhibit A # 2 Exhibit B # 3 Exhibit C # 4 Exhibit D # 5 Exhibit E) (Chaitman, Helen) (Entered: 01/14/2016) |
| 01/28/2016 | 33 | Letter *to Honorable Stuart M. Bernstein Regarding Reply Brief* (related document(s)30) Filed by Keith R. Murphy on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Murphy, Keith) (Entered: 01/28/2016) |
| 01/28/2016 | 34 | Letter *to Hon. Stuart M. Bernstein from Marcy Ressler Harris (related document(s)31)* Filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Harris, Marcy) (Entered: 01/28/2016) |
| 01/29/2016 | 35 | (THIS ENTRY HAS BEEN REFILED. SEE DOCUMENT #38 FOR THE CORRECT ENTRY) Notice of Motion to Set Hearing filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Chaitman, Helen) Modified on 2/1/2016 (Richards, Beverly). (Entered: 01/29/2016) |
| 01/29/2016 | 36 | Declaration Under Penalty of Perjury for Non-Individual Debtors (Official Form 202) *Declaration of Helen Davis Chaitman In Support of Plaintiff's Motion to Strike* Filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Attachments: # 1 Exhibit # 2 Exhibit # 3 Exhibit) (Chaitman, Helen) (Entered: 01/29/2016) |
| 01/29/2016 | 37 | Memorandum of Law *In Support of Motion to Strike* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, |

{000040306 1 }                                            2

| | | |
|---|---|---|
| | | Russell Oasis, Marsha Peshkin. (Chaitman, Helen) (Entered: 01/29/2016) |
| 02/01/2016 | 38 | Notice of Motion to Set Hearing filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Attachments: # 1 proposed Order to Show Cause)(Chaitman, Helen) (Entered: 02/01/2016) |
| 02/01/2016 | 39 | Order to Show Cause Signed On 2/1/2016. Re: Why An Order Should Not Be Entered Striking The Defendants Letter Submissions Of January 28, 2016, And Taking Judicial Notice Of The Madoff Declaration Filed In Sec. Inv. Prot. Corp. V. Bernard L. Madoff Inv. Secs. LLC, No. 08-1789 with hearing to be held on 2/11/2016 at 10:00 AM at Courtroom 723 (SMB) (Greene, Chantel) (Entered: 02/01/2016) |
| 02/10/2016 | 41 | Opposition /*Trustee's Memorandum of Law in Opposition to Motion to Strike* (related document(s)39, 37) filed by David J. Sheehan on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Sheehan, David) (Entered: 02/10/2016) |
| 02/10/2016 | 42 | Memorandum of Law *in Opposition to Motion to Strike(related document(s)39, 37)* filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. (Harris, Marcy) (Entered: 02/10/2016) |
| 02/18/2016 | 45 | Transcript regarding Hearing Held on 2/11/2016 10:09AM RE: Motion to Determine Whether Complaint is Barred by Permanent Injunction; Motion to Strike SurReplies. Remote electronic access to the transcript is restricted until 5/18/2016. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 2/25/2016. Statement of Redaction Request Due By 3/10/2016. Redacted Transcript Submission Due By 3/21/2016. Transcript access will be restricted through 5/18/2016. (Ortiz, Carmen) (Entered: 02/24/2016) |
| 01/31/2017 | 48 | Letter *to Judge Bernstein regarding ECF No. 46* Filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, |

{000403061 }                                    2

| | | |
|---|---|---|
| | | Russell Oasis, Marsha Peshkin. (Chaitman, Helen) (Entered: 01/31/2017) |
| 03/07/2017 | 49 | Written Opinion Signed On 3/7/2017. Re: Memorandum Decision Denying Motion For Declaratory Judgment And Dismissing Complaint (related document(s)1, 18) (Barrett, Chantel) (Entered: 03/07/2017) |
| 03/20/2017 | 50 | Notice of Appeal *FROM THE DECISION OF JUDGE STUART M. BERNSTEIN DATED MARCH 7, 2017* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. Appellant Designation due by 4/3/2017, (Attachments: # 1 Exhibit A) (Chaitman, Helen) (Entered: 03/20/2017) |
| 03/20/2017 | 51 | Civil Cover Sheet from U.S. Bankruptcy Court, Case Number: 1501293 Judge Stuart M. Bernstein (related document(s)50) filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Chaitman, Helen) (Entered: 03/20/2017) |
| 03/20/2017 | 52 | Notice of Settlement of an Order (related document(s)49) filed by Marcy R. Harris on behalf of Barbara Picower, individually, and as Executor of the Estate of Jeffry M. Picower, and as Trustee for the Picower Foundation and for the Trust f/b/o Gabrielle H. Picower, Capital Growth Company, Decisions Incorporated, Favorite Funds, JA Primary Limited Partnership, JA Special Limited Partnership, JAB Partnership, JEMW Partnership, JF Partnership, JFM Investment Companies, JLN Partnership, JMP Limited Partnership, Jeffry M. Picower Special Company, Jeffry M. Picower, P.C., The Picower Foundation, The Picower Institute of Medical Research, The Trust F/B/O Gabrielle H. Picower. Objections due by 3/24/2017, (Attachments: # 1 Exhibit Proposed Order)(Harris, Marcy) (Entered: 03/20/2017) |
| 03/23/2017 | 54 | Notice of Counter-Proposed Order *OBJECTION TO NOTICE OF SETTLEMENT OF ORDER AND COUNTER-PROPOSED ORDER* filed by Helen Davis Chaitman on behalf of Adele Fox, Susanne Stone Marshall, Russell Oasis, Marsha Peshkin. (Attachments: # 1 Exhibit 1)(Chaitman, Helen) (Entered: 03/23/2017) |
| | | U.S. Bankruptcy Court Southern District of New York Adversary Proceeding #:15-01293-smb Docket |

| | |
|---|---|
| Dated: April 25, 2019<br>New York, New York | **CHAITMAN LLP**<br><br>By:  */s/ Helen Davis Chaitman*<br><br>Helen Davis Chaitman, Esq.<br>Lance Gotthoffer, Esq.<br>465 Park Ave.<br>New York, New York 10022<br>Telephone: (888) 759-1114<br>Facsimile: (888) 759-1114<br>hchaitman@chaitmanllp.com<br>lgotthoffer@chaitmanllp.com<br><br>*Attorneys for Plaintiffs Susanne Stone Marshall, Adele Fox, Marsha Peshkin and Russell Oasis, individually and similarly situated class* |

## **CERTIFICATE OF SERVICE**

I, Sarah Howell, hereby certify that I caused a true and correct copy of the foregoing documents(s) to be served upon the parties in this action who receive electronic service through CM/ECF.  I certify under penalty of perjury that the foregoing is true and correct.

Dated: April 25, 2019                                                                    */s/ Sarah A. Howell*