# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

April 29, 2019

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:   *Picard v. Carol Nelson*, Adv. Pro. No. 10-04658 (SMB) and *Picard v. Carol and Stanley Nelson*, Adv. Pro. No. 10-04377 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff ("Trustee") and plaintiff in the above captioned adversary proceeding. We write concerning several logistical matters for the trial scheduled in this matter for May 8, 2018.

First, we respectfully request permission for a court reporter to attend and transcribe the trial. The contact information for the court reporter is as follows:

Bendish Reporting
100 Eagle Rock Avenue, Suite 140
East Hanover, New Jersey 07936
Tel.:    877.404.2193
Fax:    973.353.9445
Email: mteam@bendish.com

Second, if the Court allows the reporter to attend, we respectfully request that the Court permit the court reporter to bring her standard equipment into the courtroom, including a stenotype, laptop, tablets, phone and backup phone, power cords and cables, microphones, headphones, computer peripherals, and table/lap desk.

Third, the Trustee respectfully requests permission from the Court to bring the following equipment to the trial:

Honorable Stuart M. Bernstein
April 29, 2019
Page 2

1. six (6) laptops;
2. one (1) small audio speaker;
3. Livenote feeds;
4. one (1) small folding table;
5. an external hard drive;
6. an external CD/DVD drive;
7. two (2) cell phones;
8. printer;
9. various cables and other computer accessories, including mouse, thumb drive, power supply, Powerpoint clicker, gaffing tape; and
10. Computer peripherals as needed.

Finally, if available, we respectfully request access to a private room in the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, New York, to be used as a breakout and storage room during trial. Trial is scheduled from May 8-10. If permitted by the Court, we request access to the room beginning on Tuesday, May 7 through the conclusion of the trial.

Should the Court have any questions or concerns, please feel free to have a member of your staff contact me at 212.589.4682 or ncremona@bakerlaw.com.

Sincerely,

*/s/ Nicholas J. Cremona*

Nicholas J. Cremona
Partner

cc:    Helen Chaitman