# EXHIBIT F

# FILED UNDER SEAL PENDING MOTION TO SEAL

**From:**       McGregor A (Alison) <alison.mcgregor@ky.fortisbank.com>
**Sent:**       Thursday, July 24, 2003 3:27 PM
**To:**         ELDRIDGE RHONDA <RHONDA.ELDRIDGE.GUS0210@exchange.gbank.com>
**Subject:**    RE: Harley/ ███ Redacted ███
**Attach:**     pic01392.pcx



--------------------- Forwarded by Alison A McGregor/IBB/Bank/Fortis on
07/24/2003 02:26 PM ---------------------------
(Embedded image moved to file: pic01392.pcx)   Brenda BM Buckley
07/23/2003 01:15 PM


To:   Craig CT Fulton/IBB/Bank/Fortis@Fortis, Alison A
      McGregor/IBB/Bank/Fortis@Fortis

cc:


Subject:   RE: Harley/    Redacted

--------------------- Forwarded by Brenda BM Buckley/IBB/Bank/Fortis on
07/23/2003 07:03 PM ---------------------------


"Novo, Sue" <sue.novo@fortis.co.im> on 07/23/2003 04:28:30 PM

To:   "'brenda.buckley@ie.fortis.com'" <brenda.buckley@ie.fortis.com>
cc:   "Wallace, Michelle" <michelle.wallace@fortis.co.im>

CONFIDENTIAL                                                                    FPFS E 000009362

Subject:    RE: Harley/ [Redacted]

Hi Brenda

Spoke too soon, Sandra has kindly just got back to me.

The following is the situation with Harley.

They receive trade tickets which they process via MFACT and the portfolio is
also independently priced with the exception of over the counter options. I
am not sure of the exact % of options in the overall portfolio. The actual
monthly NAV is produced from information on the broker statement, because
they do not have all of the trade tickets by the time the valuation point is
reached. Sandra advises that there is subsequently a further reconciliation
as the trade tickets come in.

There is no sign off of the NAV from the Investment Manager, the broker acts
in effect as a Managed account. Sandra believes that the broker is SEC
registered but was not 100% sure.

[Redacted] have Investments in Harley and I understand this is where Fortis
has the charge over the assets for the credit facility. This does leave a
gap though with regard to the Harley Investments, in particular if anything
happens to the broker. We should also have confirmation as to how the Harley
assets are held with the broker eg segregated/pooled account and my comment
below viz insurance is probably also valid as well.

Sandra also advised that [Redacted] has a 60m loan with [Redacted]
for which there is a lien over the assets in Harley (think I have got that
right)

Regards

Sue

> -----Original Message-----
> From:    Novo, Sue
> Sent:    23 July 2003 16:03
> To: 'brenda.buckley@ie.fortis.com'
> Cc: Wallace, Michelle
> Subject:  Harley/ [Redacted]
>
> Hi Brenda
>
> I have tried to speak with Sandra Darville this afternoon, without
> success. I have left a voicemail message and will follow up with an
e-mail

CONFIDENTIAL

> and ask Michelle to monitor/chase response, whilst I am away.
>
> Looking back to my last progress report prior to leaving Bahamas last year
> there were still Agreement/Operational Service issues to be resolved for
> Harley and Licence/Operational Service issues to be resolved, for both
> ███████████Redacted███████████ Of course the
> issues may well have been resolved, by now, but unfortunately I have never
> received any further feedback or formal update.
>
> I have also attached a memorandum which you may well have received copy of
> as it was to Joris and Rutger, but just in case you haven't.
>
> All in all if these Funds still fall under Bahamas securities commission
> for the present, then irrespective of anything else we need to be very
> careful, in that the responsibilities of the Administrator are very
> onerous, with somewhat of an overall responsibility for the Fund,
> responsibility to the investors, resonsibility for the actions of the
> Directors and I believe in the latest legislation, responsibility for
> Custodian.
>
> You have quite rightly raised the issue of broker dealer accounts and how
> PFS can work with them within our principles. I believe that we can, but
> we probably should be trade blotter matching and also we need to consider
> the "control" of the assets with regard to segregation versus pooled
> accounts, restrictions on money movements/transfers, Insurance cover for
> the assets should the broker go bust, in particular if we have a
> lien/charge over them.
>
>
> Kind regards
>
> Sue
>
>  << File: progBAHmemosn9.doc >>
>
>
>
> Sue Novo
>
> Chief Operating Officer - Fortis Prime Fund Solutions
> Managing Director - Fortis Fund Services (Isle of Man) Limited
>
> Direct Line:  +44 (0)1624 688324
> E-mail: sue.novo@fortis.co.im
>
>
> Fortis Fund Services (Isle of Man) Limited
> P.O. Box 156, 18-20 North Quay,
> DOUGLAS, Isle of Man,
> GREAT BRITAIN, IM99 1NR
>

CONFIDENTIAL

> Phone: +44 (0)1624 688300
> Fax: +44 (0)1624 688334
> E-mail: fundservices@im.fortisbank.com
> Web: www.fundservices.fortisbank.com
>
> Disclaimer
> This e-mail is sent for the sole attention of the identified addressee
and
> its contents are provided for information purposes only. Fortis makes no
> warranty or representation as to the accuracy and completeness of any
> information and does not assume whatever commitment hereby. Legally
> binding obligations can only arise for, or be entered into on behalf of,
> Fortis by means of a written instrument, signed by two duly authorised
> representatives of Fortis. Fortis excludes any liability whatsoever for
> any direct or consequential loss arising from the use of, or reliance on,
> this e-mail or its contents.
>
>
>
>

[INFO] -- Virus Manager:
Message contains no viruses.

***************************DISCLAIMER***********************************
Deze e-mail is uitsluitend bestemd voor de geadresseerde(n).
Verstrekking aan en gebruik door anderen is niet toegestaan.
Fortis sluit iedere aansprakelijkheid uit die voortvloeit uit
electronische verzending.

This e-mail is intended exclusively for the addressee(s), and may
not be passed on to, or made available for use by any person
other than the addressee(s).
Fortis rules out any and every liability resulting from any
electronic transmission.
****03************************************************************

CONFIDENTIAL