# CHAITMAN LLP
### 465 PARK AVENUE
### NEW YORK, NY 10022
### (888) 759-1114
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

April 30, 2019

**VIA ECF AND E-MAIL**
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    **Re:**  *Irving H. Picard v. Carol and Stanley Nelson,* Adv. Pro. No. 10-04377-SMB
           *Irving H. Picard v. Carol Nelson*, Adv. Pro. No. 10-04658-SMB

Dear Judge Bernstein:

    This Firm represents Defendants in the above-referenced adversary proceedings. I write to request provision for certain personnel and equipment in connection with the trial scheduled to begin on May 8, 2019.

    We respectfully request the appearance of a trial presentation professional for use at trial pursuant to this Court's rules for the presentation of trial exhibits, on all necessary days, including when Mr. Oppenheim is before the Court (*see* Memo Endorsed Letter, ECF No. 18701, regarding Mr. Oppenheim's appearance). The contact information for the proposed trial professional is as follows:

    Roy Campos
    On The Record, Inc.
    The Trial Presentation Professionals
    299 Broadway, Suite 208
    New York, NY 10007
    Phone: (212) 430-5959
    Cell:   (212) 638-0728
    Email: roy@ontherecord.com

    Further, we request permission for Mr. Campos to bring and store the following equipment in the courtroom:

    1x LCD Monitor
    1x VGA Switch
    1x VGA Distributors
    1x Tech table

# CHAITMAN LLP

Hon. Stuart M. Bernstein
April 30, 2019
Page 2

Misc Cabling, Extension cords, power strips, gaff tape

Additionally, equipment brought by Mr. Campos on a day-to-day basis:

2x laptops (w/ power adapters)
2x hard drive and misc. thumb drives
1x mouse
1x Smartphone
1x iPad
1x disc reader
2x laser pointer
2x PPT remote

We will provide the serial numbers for each piece of equipment as soon as we have obtained them from On the Record.

As counsel for Defendants, we respectfully request permission from the Court to bring the following equipment to the trial:

iPhone serial number FD4VK0V7JCLP
Apple MAC laptop serial number C02JXL6UDRVC
iPhone serial number F17W5BA6JCLT
iPad serial number DMPVW121HPDX
Microsoft laptop serial number 114889454254
Lenovo laptop 710, model 80VA, serial number MP160PCG
Samsung Galaxy Note 8 phone, model SM-N950U, serial number: R38J80QAVHE
Hewlett-Packard Laser Jet printer P1006 serial number VNB3H47772
Apple MacBookAir laptop, serial no C1MRTQSEH3QF
iPhone 7 Plus phone, model MN572LL/A, serial number F2MT3ZFBHFYD

Finally, we request that a private room in the United States Bankruptcy Court for the Southern District Court of New York at One Bowling Green, New York, NY, be made available to be used as a breakout room and for storage during the trial, which is scheduled to take place May 8 – 10, 2019.

Respectfully submitted,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman

HDC/sh
cc: *(Via ECF and Email)*
David J. Sheehan, Esq. (dsheehan@bakerlaw.com)
Nicholas J. Cremona, Esq. (ncremona@bakerlaw.com)
Dean D. Hunt, Esq. (dhunt@bakerlaw.com)

{00040394 2 }