**CHAITMAN LLP**
Helen Davis Chaitman
Gregory M. Dexter
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com
gdexter@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br> Plaintiff, <br> v. <br><br> CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant, <br><br> Defendants. | Adv. Pro No. 10-04377 (SMB) |

{00040399 1 }

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                                   Plaintiff,<br><br>v.<br><br>CAROL NELSON,<br><br>                                   Defendant. | Adv. Pro No. 10-04658 (SMB) |

### DECLARATION OF HELEN DAVIS CHAITMAN, ESQ. IN OPPOSITION TO TRUSTEE'S MOTIONS IN LIMINE NUMBER 1 (TO ADMIT THE PLEA ALLOCUTIONS OF BERNARD L. MADOFF AND BLMIS EMPLOYEES) AND NUMBER 2 (TO ADMIT THE FORMER TESTIMONY OF FRANK DIPASCALI)

I, Helen Davis Chaitman, hereby declare:

1. I am a partner with Chaitman LLP, counsel to Defendants in the above-captioned cases. I am a member of the bars of New York and New Jersey, and of this Court.

2. I submit this declaration in opposition to the Trustee's Motions *in limine* Number 1 and Number 2.

3. Attached hereto as **Exhibit A** are true and accurate excerpts from the Transcript of Deposition of Bernard L. Madoff taken April 26, 2017.

I declare pursuant to 28 U.S.C. § 1746 under penalty of perjury that the foregoing is true and correct.

| | |
|---|---|
| May 1, 2019 | */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>Chaitman LLP<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114<br>hchaitman@chaitmanllp.com<br><br>*Attorneys for Defendants Carol Nelson and Stanley Nelson* |

{00040399 1 }