**EXHIBIT A**

Stanley & Carol Nelson
Schedule of Taxes Paid on Madoff Investment
1985 – 2002

| Year | Income from Madoff | Federal Tax | NYS/NYC Tax | CT Tax | Total Taxes |
|---|---|---|---|---|---|
| 1985 | $ 165,000. | $ 82,500. | $ 16,500. | $ | $ 99,000. |
| 1986 | 242,000. | 121,000. | 24,200. | | 145,200. |
| 1987 | 385,000. | 148,225. | 38,500. | | 186,725. |
| 1988 | 462,000. | 152,460. | 46,200. | | 198,660. |
| 1989 | 539,000. | 177,870. | 53,900. | | 231,770. |
| 1990 | 550,000. | 181,500. | 55,000. | | 236,500. |
| 1991 | 570,000. | 176,700. | 57,000. | | 233,700. |
| 1992 | 610,000. | 189,100. | 61,000. | | 250,100. |
| 1993 | 495,000. | 196,020. | 49,500. | | 245,520. |
| 1994 | 396,000. | 156,816. | 39,600. | | 196,416. |
| 1995 | 407,000. | 161,172. | 40,700. | | 201,872. |
| 1996 | 528,000. | 209,088. | 52,800. | | 261,880. |
| 1997 | 803,000. | 317,988. | 80,300. | | 398,288. |
| 1998 | 1,012,000. | 400,752. | 101,200. | | 501,952. |
| 1999 | 1,067,000. | 422,532. | 106,700. | | 539,232. |
| 2000 | 1,056,000. | 418,176. | | 47,520. | 465,696. |
| 2001 | 1,078,000. | 426,888. | | 48,510. | 475,398. |
| 2002 | 1,100,000. | 424,600. | | 49,500. | 474,100. |

Totals                                                                                    $ 5,342,009.

Income from Madoff consists of Dividends and Short Term Capital Gains

An 11% blended rate of return was used to calculate all income received.