Lax & Neville LLP
350 Fifth Avenue, Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Brian J. Neville, Esq. (BN8251)
Barry R. Lax, Esq. (BL1302)

*Attorneys for Defendant*
*Robert F. Ferber*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
---------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION             :
CORPORATION,                               :      SIPA LIQUIDATION
                                           :
            Plaintiff-Applicant,           :      No. 08-01789 (SMB)
                                           :
       v.                                  :
                                           :
BERNARD L. MADOFF INVESTMENT               :
SECURITIES, LLC,                           :
                                           :
            Defendant.                     :
---------------------------------------------------------------X
In re:                                     :
                                           :      Adv. Pro. No. 10-04562 (SMB)
BERNARD L. MADOFF,                         :
                                           :
            Debtor.                        :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation  :
Of Bernard L. Madoff Investment Securities LLC :
                                           :
            Plaintiff,                     :
                                           :
       v.                                  :
                                           :
ROBERT F. FERBER,                          :
                                           :
            Defendant.                     :
---------------------------------------------------------------X

**NOTICE OF REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL**

1

Helen Davis Chaitman, and the law firm Chaitman LLP, having appeared as attorneys for Defendant Robert F. Ferber in the above-referenced matter and adversary proceeding, hereby request to withdraw as Attorneys of Record in connection with the above-referenced matter and in the related adversary proceeding.

As grounds for this Request to withdraw as Attorneys of Record, Defendant Robert F. Ferber has retained alternate legal counsel in connection with the above-referenced matter and related adversary proceeding. Defendant Robert S. Ferber has retained Brian J. Neville and Barry R. Lax of Lax & Neville LLP, 350 Fifth Avenue, Suite 4640, New York, New York 10118 to represent him in these proceedings.

Wherefore, Helen Davis Chaitman of Chaitman LLP and Brian J. Neville and Barry R. Lax of Lax & Neville LLP respectfully request that this Request to Withdraw and Substitute Counsel be granted. A proposed order is attached.

Dated: New York, New York
       May 2, 2019

**Chaitman LLP**

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman, Esq.
465 Park Avenue
New York, New York 10022
Telephone: (908) 303-4568
Facsimile: (888) 759-1114

**LAX & NEVILLE, LLP**

*/s/ Brian J. Neville*
Brian J. Neville, Esq. (BN8251)
350 Fifth Avenue, Suite 4640
New York, New York 10118
Telephone: (212) 696-1999
Facsimile: (212) 566 – 4531

*/s/ Barry R. Lax*
Barry R. Lax, Esq. (BL1302)
350 Fifth Avenue, Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531

Lax & Neville LLP
350 Fifth Avenue, Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Brian J. Neville, Esq. (BN8251)
Barry R. Lax, Esq. (BL1302)

*Attorneys for Defendant*
*Robert F. Ferber*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | SIPA LIQUIDATION |
| Plaintiff-Applicant, | : | No. 08-01789 (SMB) |
| v. | : | |
| BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, | : | |
| Defendant. | : | |

-----------------------------------------------------------------X

| | | |
|---|---|---|
| In re: | : | |
| | : | Adv. Pro. No. 10-04562 (SMB) |
| BERNARD L. MADOFF, | : | |
| Debtor. | : | |

-----------------------------------------------------------------X

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation Of Bernard L. Madoff Investment Securities LLC | : |
| Plaintiff, | : |
| v. | : |
| ROBERT F. FERBER, | : |
| Defendant. | : |

-----------------------------------------------------------------X

**<u>ORDER GRANTING REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL</u>**

3

Helen Davis Chaitman and Chaitman LLP, have previously appeared and filed pleadings on behalf of Defendant Robert F. Ferber and Defendant Robert F. Ferber having retained separate legal counsel, Brian J. Neville and Barry R. Lax, Lax & Neville LLP, 350 Fifth Avenue, Suite 4640, New York, New York 10118, to represent him in these proceedings, with Chaitman LLP and Lax & Neville LLP having filed a Request to Withdraw and Substitute Counsel, it is hereby

ORDERED, that the Request of Chaitman LLP to Withdraw as Attorney of record be and is hereby granted; it is further

ORDERED that Brian J. Neville and Barry R. Lax of Lax & Neville LLP are hereby substituted as counsel and Attorney of Record for Defendant Robert F. Ferber.

Dated: New York, New York
　　　　_____, 2019

　　　　　　　　　　　　　　　　　　　　　　　　_/s/_____
　　　　　　　　　　　　　　　　　　　　　　　　Honorable Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge