**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |

| | |
|---|---|
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |
| Defendant. | |

{00040425 1}                                                    1

# DEFENDANTS' OBJECTION TO ADMISSIBILITY OF TRUSTEE'S MADOFF- AND/OR BLMIS-GENERATED EXHIBITS

Defendants, Carol Nelson and Stanley Nelson, respectfully submit the following:

1. Defendants object to the Trustee's exhibits as inadmissible hearsay to the extent that they are Madoff- and/or BLMIS-generated records which lack any third party confirmation.

| | |
|---|---|
| Dated: New York, New York<br>May 2, 2019 | **CHAITMAN LLP**<br><br>By:  */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: (888)-759-1114<br>hchaitman@chaitmanllp.com<br><br>*Attorneys for Defendants Carol Nelson and Stanley Nelson* |

## CERTIFICATE OF SERVICE

I hereby certify that on May 2, 2019, a true and correct copy of the foregoing was served upon all parties in this action who receive electronic service through CM/ECF and via electronic mail upon:

> BAKER & HOSTETLER
> David J. Sheehan, Esq.
> Marie L. Carlisle, Esq.
> Nicholas J. Cremona, Esq.
> Dean D. Hunt, Esq.
> 45 Rockefeller Plaza
> New York, NY 10111
> dsheehan@bakerlaw.com
> mcarlisle@bakerlaw.com
> ncremona@bakerlaw.com
> dhunt@bakerlaw.com

Dated:   New York, New York
         May 2, 2019                                    */s/ Helen Davis Chaitman*