**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Keith R. Murphy  
Melissa M. Carvalho

Hearing Date: May 29, 2019  
Time: 10:00 a.m.

Objection Deadline: May 22, 2019

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff,<br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br> v.<br><br>RUTH MADOFF,<br><br>     Defendant. | Adv. Pro. No. 09-01391 (SMB) |

**NOTICE OF MOTION FOR ENTRY OF AN ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT BY AND BETWEEN THE TRUSTEE AND DEFENDANT RUTH MADOFF**
<u>**IN THE ABOVE-CAPTIONED PROCEEDING**</u>

**PLEASE TAKE NOTICE** that Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Chapter 7 Estate of Bernard L. Madoff ("Madoff," and together with BLMIS, collectively, the "Debtors"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, New York 10004, on **May 29**, **2019 at 10:00 a.m.**, or as soon thereafter as counsel can be heard, for an order, pursuant to section 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving a Settlement Agreement ("Settlement") by and between the Trustee and Defendant Ruth Madoff in the above-captioned proceeding (collectively, the "Parties").

**PLEASE TAKE FURTHER NOTICE** that responses or objections to the Motion, if any, must be in writing, shall conform to the Bankruptcy Rules and other applicable rules and orders of this Court, and shall be filed in accordance with General Order M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov), with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, and shall be served upon (a) Keith R. Murphy, Esq., Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, NY 10111; (b) Peter Chavkin, Esq., Mintz Levin Cohn Ferris Glovsky & Popeo, P.C., 666 Third Avenue, New York, NY 10017; and (c) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 1000, Washington, D.C. 20006, Attn: Kevin Bell, Esq., so as to be received no later than **May 22, 2019**. Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

4845-8371-2861.3

**PLEASE TAKE FURTHER NOTICE** that if no responses or objections are timely filed and served with respect to the Motion, the Motion shall be deemed uncontested and an order granting the requested relief may be entered with no further notice or opportunity to be heard offered to any party.

Dated: May 3, 2019
　　　　New York, New York

　　　　　　　　　　　　　　　　　**BAKER & HOSTETLER LLP**


　　　　　　　　　　　　　　　　BY:　　/s/ David J. Sheehan
　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201
　　　　　　　　　　　　　　　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　　　　Email: dsheehan@bakerlaw.com
　　　　　　　　　　　　　　　　　　　Keith R. Murphy
　　　　　　　　　　　　　　　　　　　Email: kmurphy@bakerlaw.com
　　　　　　　　　　　　　　　　　　　Melissa M. Carvalho
　　　　　　　　　　　　　　　　　　　Email: mcarvalho@bakerlaw.com
　　　　　　　　　　　　　　　　　　　Ferve E. Khan
　　　　　　　　　　　　　　　　　　　Email: fkhan@bakerlaw.com

　　　　　　　　　　　　　　　　*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*