**EXHIBIT 2**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                        Plaintiff,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                        Plaintiff,<br>    v.<br><br>RUTH MADOFF,<br><br>                        Defendant. | Adv. Pro. No. 09-01391 (SMB) |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE APPROVING A SETTLEMENT BY AND BETWEEN THE TRUSTEE AND RUTH MADOFF IN THE ABOVE-CAPTIONED PROCEEDING**

Upon the motion ("Motion") of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the Chapter 7 Estate of Bernard L. Madoff ("Madoff," and together with BLMIS, collectively, the "Debtors"), seeking entry of an order pursuant to Section 105(a) of the Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.*, and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure, approving a Settlement Agreement ("Settlement") by and between the

Trustee and Ruth Madoff in the above-captioned proceeding; and it appearing that due and sufficient notice has been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having considered the Affidavit of Irving H. Picard in support of the Motion, dated May 3, 2019; [and no objection having been filed]; and it further appearing relief sought in the Motion is appropriate based upon the record of the hearing held before this Court to consider the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; it is:

    ORDERED that the Motion is granted;

    ORDERED that the Settlement between the Trustee and Ruth Madoff in the above-captioned proceeding is hereby approved and authorized;

    ORDERED that the Trustee and Ruth Madoff shall each comply with and carry out the terms of the Settlement; and it is further

    ORDERED that this Court shall retain jurisdiction over any and all disputes arising under or otherwise relating to this Order.

**SO ORDERED.**

Dated: _____, 2019      _____
    New York, New York      HONORABLE STUART M. BERNSTEIN
    UNITED STATES BANKRUPTCY JUDGE