UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>v.<br><br>CAROL NELSON,<br><br>       Defendant. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>       Plaintiff,<br><br>v.<br><br>CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant,<br><br>       Defendants. | Adv. Pro. No. 10-04377 (SMB) |

**DECLARATION OF DAVID J. SHEEHAN IN SUPPORT OF
<u>TRUSTEE'S MOTION TO QUASH SUBPOENA</u>**

I, DAVID J. SHEEHAN, declare the following:

1. I am a Partner with the firm of Baker & Hostetler LLP, counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff.

2. I submit this Declaration in support of the Trustee's motion to quash the subpoena commanding the Trustee to appear and testify at the consolidated trial for the above-captioned adversary proceedings scheduled to begin on May 8, 2019.

3. Attached hereto as Exhibit 1 are true and correct copies of Defendants' cover letter notifying the Trustee of the subpoena, and the subpoena itself, both dated April 30, 2019.

4. Attached hereto as Exhibit 2 are true and correct copies of the Trustee's Initial Disclosures, dated July 15, 2014; the Trustee's Amended Initial Disclosures, dated December 29, 2015; and the Trustee's Second Amended Initial Disclosures, dated March 14, 2016 as served in both *Picard v. Nelson*, Adv. Pro. No. 10-04377 (SMB) and *Picard v. Nelson*, Adv. Pro. No. 10-04658 (SMB).

5. Attached hereto as Exhibit 3 are true and correct copies of Defendants' Initial Disclosures, dated July 15, 2014; Defendants' Amended Initial Disclosures, dated September 1, 2015; Defendants' Amended Initial Disclosures, dated February 10, 2016 as served in *Picard v. Nelson*, Adv. Pro. No. 10-04377 (SMB) and Defendants' Initial Disclosures, dated April 30, 2014; Defendants' Amended Initial Disclosures, dated September 1, 2015 as served in *Picard v. Nelson*, Adv. Pro. No. 10-04658 (SMB).

I declare under penalty of perjury that the foregoing is true and correct, pursuant to 28 U.S.C. § 1746(2).

| | |
|---|---|
| Date: New York, New York<br>May 3, 2019 | /s/  David J. Sheehan<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |

3