**IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |
| Defendant. | |

{00040450 1 }

# **DEFENDANTS' OBJECTION TO ADMISSIBILITY OF TRUSTEE'S EXHIBITS THAT CONSTITUTE EXPERT REPORTS AND CRIMINAL TRIAL TESTIMONY OF FRANK DIPASCALI**

Defendants, Carol Nelson and Stanley Nelson, respectfully submit the following:

1.  Defendants object to the Trustee's exhibits, including but not limited to the expert reports and exhibits of Lisa Collura (exhibits 53-60), Matthew Greenblatt (exhibits 72-78) and Bruce Dubinsky (exhibits 34-51).

2.  Defendants also object to the criminal trial testimony of all witnesses whom Defendants have not had the opportunity to depose, including Frank DiPascali, whose exhibits 355-374 are inadmissible hearsay and summaries.

3.  Defendants' objections to other exhibits offered by the Trustee will be asserted at trial.

New York, New York  
May 6, 2019

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*  
Helen Davis Chaitman  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: (888)-759-1114  
hchaitman@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 6, 2019, a true and correct copy of the foregoing was served upon all parties in this action who receive electronic service through CM/ECF and via electronic mail upon:

BAKER & HOSTETLER
David J. Sheehan, Esq.
Marie L. Carlisle, Esq.
Nicholas J. Cremona, Esq.
Dean D. Hunt, Esq.
45 Rockefeller Plaza
New York, NY 10111
dsheehan@bakerlaw.com
mcarlisle@bakerlaw.com
ncremona@bakerlaw.com
dhunt@bakerlaw.com

Dated: New York, New York
May 6, 2019                                                    */s/ Helen Davis Chaitman*

{00040450 1}                                    3