

**Bezirksgericht Donaustadt**
Dr.Adolf-Schärf-Platz 3
1229 Wien
Tel.: +43 1 20135 307226

www.justiz.gv.at


RECEIVED APR 29 2019 U.S. BANKRUPTCY SO DIST

12 Hc 7/19b - 3

Bitte obige Geschäftszahl
in allen Eingaben anführen

Clerk of the United States Bankruptcy
Court for the Southern District
One Bowling Green
10004 NEW YORK 10004-1408
VEREINIGTE STAATEN VON AMERIKA

**BESTÄTIGUNG
DES GERICHTES**
erford. Anwesenheit
im Zeitraum

_____

Unterschrift des
Entscheidungsorgans

**Diese Ladung und ein Lichtbildausweis sind mitzubringen!**

Soweit in diesem Formular personenbezogene Ausdrücke verwendet werden, umfassen sie Frauen und Männer gleichermaßen.

**RECHTSHILFE:**

**Ersuchende Behörde:**
Bundesministerium für Verfassung,
Reformen, Deregulierung und Justiz
Museumstraße 7
1070 Wien
Tel.: 01/521 52 - 0

WEGEN: BMVRDJ-Z945.484/0001-I 10/2019
Irving H. Picard, Trustee for the Liquidation gegen HSBC Bank plc u.a.
Vernehmung

25. März 2019

## LADUNG
### zu einer Tagsatzung zur Beweisaufnahme

Vor diesem Gericht wird am unten angegebenen Ort eine Tagsatzung zur Beweisaufnahme stattfinden:

**Ort:** Saal VII, 1. Stock
Bezirksgericht Donaustadt
Dr.Adolf-Schärf-Platz 3
1229 Wien

**Datum:** 29. Mai 2019

**Beginn:** 9:00 Uhr (voraussichtliches Ende 12:00 Uhr)

Sie werden zu dieser Tagsatzung geladen.
Thema: Alpha Prime Fund Limited - Serverausfall

12 Hc 7/19b - 3

> Bezirksgericht Donaustadt
> Gerichtsabteilung 12
>
> Dr. Eva-Maria Tatzer-Stockmeier
> (RICHTERIN)

Elektronische Ausfertigung
gemäß § 79 GOG

## WICHTIGE HINWEISE

**Anschrift** — Die aktuellen Detaildaten des Gerichts/der Staatsanwaltschaft und einen Anfahrtsplan finden Sie im Internet unter www.justiz.gv.at.

**Waffenverbot** — Bitte beachten Sie das allgemeine Waffenverbot in allen Gebäuden der Justiz und bei auswärtigen Gerichtshandlungen.

**Sicherheitskontrolle** — Bitte beachten Sie, dass es bei der Sicherheitskontrolle im Eingangsbereich des Amtsgebäudes zu Wartezeiten kommen kann.

**Vertretung** — Sie können sich im Verfahren durch jede eigenberechtigte, von Ihnen bevollmächtigte Person vertreten lassen.

**Vollmacht** — Ist der Vertreter kein Rechtsanwalt oder Notar, so hat er spätestens in der Tagsatzung eine von Ihnen eigenhändig unterfertigte Vollmacht für das Verfahren (Prozessvollmacht) vorzulegen.

ACHTUNG: Die auf Grund einer solchen Prozessvollmacht vom Bevollmächtigten vorgenommenen Verfahrenshandlungen haben dieselbe Wirkung, als wären sie von Ihnen selbst vorgenommen worden.

**Beweisaufnahme** — Die Tagsatzung ist zur Beweisaufnahme durch das Rechtshilfegericht bestimmt. Die Beweise werden aufgenommen, auch wenn keine der Parteien zur Tagsatzung kommt.



**Bezirksgericht Donaustadt**
Tel.: +43 (0)1 20135-0
Dr. Adolf Schärf-Platz 3, Postfach 70
1229 Wien

Rtte 7/12/6-3
Clerk of the United States Bankruptcy
Court for the Southern District
One Bowling Green
1000 4-1408 New York
USA

RQ 42 733 953 5 AT

U.S. BANKRUPTCY COURT
SO DI...
...W YORK
APR 29 2019

PRIORITY

ÖSTERREICHISCHE POST AG
Bar freigemacht/Postage paid
1229 Wien
Österreich/Austria