**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: <br> BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05345 (SMB) |
| Plaintiff, | |
| v. | |
| CITIBANK, N.A., CITIBANK NORTH AMERICA, INC., AND CITIGROUP GLOBAL MARKETS LIMITED, | |
| Defendant. | |

**DECLARATION OF SEANNA R. BROWN IN SUPPORT OF THE TRUSTEE'S
REPLY MEMORANDUM OF LAW IN FURTHER SUPPORT OF TRUSTEE'S
MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

I, Seanna R. Brown, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a member of the New York Bar and a partner at Baker & Hostetler LLP,
counsel for plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated
liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities
Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff.

2.      As an attorney of record in these proceedings, I am fully familiar with the facts set
forth herein based either upon my own personal knowledge or upon information conveyed to me.

3.      I respectfully submit this declaration to provide relevant information in
connection with the Trustee's Reply Memorandum of Law in Further Support of Trustee's
Motion for Leave to File an Amended Complaint (the "Motion").

4.      On November 21, 2018, the parties stipulated and agreed to a briefing schedule
for the filing of the Trustee's Motion.  The parties stipulated and agreed that the Trustee would
file his Motion on or before December 14, 2018 and that defendants Citibank, N.A. and Citicorp
North America, Inc. ("Defendants") would file their opposition on or before March 12, 2019.
The parties further agreed that the Trustee would file a reply on or before May 7, 2019.

5.      Attached hereto as **Exhibit A** are true and correct copies of publicly-available
"BrokerCheck" reports from the Financial Industry Regulatory Authority ("FINRA").

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing

statements made by me are true and correct.


Dated:  May 7, 2019                              */s/ Seanna R. Brown*
        New York, New York                    Seanna R. Brown