# Exhibit A



**BrokerCheck Report**

## MARC B ADELMAN

CRD# 2729186

| <u>Section Title</u> | <u>Page(s)</u> |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 - 5 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

· **What is included in a BrokerCheck report?**
·        BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
·        Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
· **Where did this information come from?**
·        The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
   o  information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
   o  information that regulators report regarding disciplinary actions or allegations against firms or brokers.
· **How current is this information?**
·        Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
· **What if I want to check the background of an investment adviser firm or investment adviser representative?**
·        To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
· **Are there other resources I can use to check the background of investment professionals?**
·        FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
·

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## MARC B. ADELMAN
CRD# 2729186

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 0 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
12/1998 - 05/2009

**CITICORP SECURITIES, INC.**
CRD# 7474
NEW YORK, NY
04/1996 - 12/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **No**

©2019 FINRA. All rights reserved. Report about MARC B. ADELMAN.

www.finra.org/brokercheck

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2019 FINRA. All rights reserved. Report about MARC B. ADELMAN.

www.finra.org/brokercheck

User Guidance

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Representative Examination | Series 7 | 03/29/1996 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Securities Agent State Law Examination | Series 63 | 10/21/1996 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2019 FINRA. All rights reserved. Report about MARC B. ADELMAN.

www.finra.org/brokercheck

User Guidance

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 12/1998 - 05/2009 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 04/1996 - 12/1998 | CITICORP SECURITIES, INC. | 7474 | NEW YORK, NY |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 12/1998 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

INDEPENDENT CONTRACTOR/ACTOR IN A TESTIMONIAL TELEVISION COMMERCIAL.
TALENT PARTNERS, THE AGENT FOR J WALTER THOMPSON AD AGENCY AND JETBLUE AIRLINES PURSUANT TO A STANDARD SCREEN ACTORS GUILD (SAG) COMMERCIAL CONTRACT.
THIS BUSINESS IS NOT INVESTMENT RELATED. RELATIONSHIP BEGAN ON OR ABOUT MARCH 24, 2006. WILL DEVOTE LESS THAN 2 HOURS PER MONTH TO THIS OTHER BUSINESS AND NONE DURING SECURITIES TRADING HOURS.
ROCKY MOUNTAIN DAY CAMP, LLC
BUSINESS IS INVESTMENT RELATED
ADDRESS OF BUSINESS:
3414 WEST TORREY'S PEAK DRIVE
SUPERIOR, CO  80027
SUMMER DAY CAMP FOR CHILDREN IN SUPERIOR, COLORADO AREA.
DIRECTOR
AUGUST 23, 2007
APPROXIMATE NUMBER OF HOURS/MONTH DEVOTED TO BUSINESS:
3-5

©2019 FINRA. All rights reserved. Report about MARC B. ADELMAN.

www.finra.org/brokercheck

User Guidance

## Registration and Employment History



### Other Business Activities, continued
APPROXIMATE NUMBER OF HOURS/MONTH DEVOTED TO BUSINESS DURING SECURITIES TRADING HOURS:
0

www.finra.org/brokercheck

**End of Report**

User Guidance



**This page is intentionally left blank.**

©2019 FINRA. All rights reserved. Report about MARC B. ADELMAN.



**BrokerCheck Report**

## RICHARD ELLIOT BURNS

CRD# 2102729

| Section Title | Page(s) |
|---------------|---------|
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 6 |



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.



**BrokerCheck Report**

## RICHARD ELLIOT BURNS

CRD# 2102729

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 5 |
| Registration and Employment History | 6 |



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## RICHARD E. BURNS
CRD# 2102729



# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

**Currently employed by and registered with the following Firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
390 - 388 GREENWICH STREET
NEW YORK, NY  10013-2396
CRD# 7059
Registered with this firm since: 09/01/1998

## Broker Qualifications

**This broker is registered with:**
- 15 Self-Regulatory Organizations
- 5 U.S. states and territories

**This broker has passed:**
- 1 Principal/Supervisory Exam
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**SALOMON BROTHERS INC.**
CRD# 740
NEW YORK, NY
10/1990 - 09/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?    **No**

©2017 FINRA. All rights reserved. Report about RICHARD E. BURNS.

www.finra.org/brokercheck

User Guidance

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 15 SROs and is licensed in 5 U.S. states and territories through his or her employer.**

### Employment 1 of 1

Firm Name: **CITIGROUP GLOBAL MARKETS INC.**

Main Office Address: **390 - 388 GREENWICH STREET**
**NEW YORK, NY  10013-2396**

Firm CRD#: **7059**

| SRO | Category | Status | Date |
|---|---|---|---|
| FINRA | General Securities Principal | APPROVED | 09/01/1998 |
| FINRA | General Securities Representative | APPROVED | 09/01/1998 |
| FINRA | International - Limited Registration | APPROVED | 09/01/1998 |
| FINRA | Investment Banking Representative | APPROVED | 04/20/2010 |
| Bats BYX Exchange, Inc. | General Securities Principal | APPROVED | 09/24/2013 |
| Bats BYX Exchange, Inc. | General Securities Representative | APPROVED | 09/24/2013 |
| Bats BZX Exchange, Inc. | General Securities Principal | APPROVED | 09/24/2013 |
| Bats BZX Exchange, Inc. | General Securities Representative | APPROVED | 09/24/2013 |
| Bats EDGA Exchange, Inc. | General Securities Principal | APPROVED | 05/14/2015 |
| Bats EDGA Exchange, Inc. | General Securities Representative | APPROVED | 05/14/2015 |
| Bats EDGX Exchange, Inc. | General Securities Principal | APPROVED | 05/14/2015 |
| Bats EDGX Exchange, Inc. | General Securities Representative | APPROVED | 05/14/2015 |
| Chicago Board Options Exchange | General Securities Representative | APPROVED | 03/08/2011 |
| Chicago Board Options Exchange | International - Limited Registration | APPROVED | 10/19/2011 |
| Chicago Stock Exchange | General Securities Principal | APPROVED | 05/14/2015 |
| Chicago Stock Exchange | General Securities Representative | APPROVED | 05/14/2015 |
| Investors' Exchange LLC | General Securities Principal | APPROVED | 08/22/2016 |
| Investors' Exchange LLC | General Securities Representative | APPROVED | 08/22/2016 |

www.finra.org/brokercheck

User Guidance

## Broker Qualifications



### Employment 1 of 1, continued

| SRO | Category | Status | Date |
|---|---|---|---|
| Investors' Exchange LLC | International - Limited Registration | APPROVED | 08/22/2016 |
| NYSE American LLC | General Securities Principal | APPROVED | 07/12/2011 |
| NYSE American LLC | General Securities Representative | APPROVED | 07/12/2011 |
| NYSE American LLC | Securities Manager | APPROVED | 06/26/2010 |
| NYSE Arca, Inc. | General Securities Principal | APPROVED | 05/14/2015 |
| NYSE Arca, Inc. | General Securities Representative | APPROVED | 05/14/2015 |
| Nasdaq BX, Inc. | General Securities Principal | APPROVED | 09/23/2013 |
| Nasdaq BX, Inc. | General Securities Representative | APPROVED | 09/23/2013 |
| Nasdaq ISE, LLC | General Securities Principal | APPROVED | 05/14/2015 |
| Nasdaq ISE, LLC | General Securities Representative | APPROVED | 05/14/2015 |
| Nasdaq PHLX LLC | General Securities Principal | APPROVED | 11/18/2011 |
| Nasdaq PHLX LLC | General Securities Representative | APPROVED | 11/18/2011 |
| Nasdaq Stock Market | General Securities Principal | APPROVED | 07/12/2006 |
| Nasdaq Stock Market | General Securities Representative | APPROVED | 07/12/2006 |
| Nasdaq Stock Market | International - Limited Registration | APPROVED | 07/12/2006 |
| New York Stock Exchange | General Securities Principal | APPROVED | 06/26/2010 |
| New York Stock Exchange | General Securities Representative | APPROVED | 09/01/1998 |
| New York Stock Exchange | International - Limited Registration | APPROVED | 09/01/1998 |
| New York Stock Exchange | Securities Manager | APPROVED | 10/28/2008 |

| U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|
| California | Agent | APPROVED | 09/01/1998 |
| Illinois | Agent | APPROVED | 09/01/1998 |
| Massachusetts | Agent | APPROVED | 09/01/1998 |
| New York | Agent | APPROVED | 09/01/1998 |
| Pennsylvania | Agent | APPROVED | 09/01/1998 |

©2017 FINRA. All rights reserved. Report about RICHARD E. BURNS.

**Broker Qualifications**

User Guidance



### Employment 1 of 1, continued

### Branch Office Locations

This individual does not have any registered Branch Office where the individual is located.

_____

User Guidance

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 2 general industry/product exams, and 1 state securities law exam.**

#### Principal/Supervisory Exams

| Exam | Category | Date |
| --- | --- | --- |
| General Securities Principal Examination | Series 24 | 11/18/1995 |

#### General Industry/Product Exams

| Exam | Category | Date |
| --- | --- | --- |
| National Commodity Futures Examination | Series 3 | 10/17/1990 |
| General Securities Representative Examination | Series 7 | 10/29/1990 |

#### State Securities Law Exams

| Exam | Category | Date |
| --- | --- | --- |
| Uniform Securities Agent State Law Examination | Series 63 | 11/01/1990 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about RICHARD E. BURNS.

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 10/1990 - 09/1998 | SALOMON BROTHERS INC. | 740 | NEW YORK, NY |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 09/1998 - Present | CITIGROUP GLOBAL MARKETS INC. | LONDON |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2017 FINRA. All rights reserved. Report about RICHARD E. BURNS.

# End of Report



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about RICHARD E. BURNS.



**BrokerCheck Report**

BRUCE BURNET CLARK

CRD# 1367298

Report #88707-20781, data current as of Thursday, March 20, 2014.

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |

**About BrokerCheck®**



BrokerCheck offers information on all current-and many former-FINRA-registered securities brokers, and all current and former FINRA-registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
  BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
  Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.

- **Where did this information come from?**
  The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    o information that regulators report regarding disciplinary actions or allegations against firms or brokers.

- **How current is this information?**
  Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.

- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
  To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at http://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.nasaa.org.

- **Are there other resources I can use to check the background of investment professionals?**
  FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at
brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## BRUCE B. CLARK
CRD# 1367298

This broker is not currently registered with FINRA.

## Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

### Broker Qualifications

**This broker is not currently registered with FINRA.**

**This broker has passed:**

- 1 Principal/Supervisory Exam
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

### Registration History

**This broker was previously registered with the following FINRA firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
12/1998 - 04/2008

**CITICORP SECURITIES, INC.**
CRD# 7474
NEW YORK, NY
05/1991 - 12/1998

### Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  No

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered with FINRA.

©2014 FINRA. All rights reserved.    Report# 88707-20781 about BRUCE B. CLARK. Data current as of Thursday, March 20, 2014.

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
| --- | --- | --- |
| General Securities Principal Examination | Series 24 | 05/16/1997 |

### General Industry/Product Exams

| Exam | Category | Date |
| --- | --- | --- |
| General Securities Representative Examination | Series 7 | 05/06/1991 |

### State Securities Law Exams

| Exam | Category | Date |
| --- | --- | --- |
| Uniform Securities Agent State Law Examination | Series 63 | 08/02/1991 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

www.finra.org/brokercheck

## Registration and Employment History



### Registration History

The broker previously was registered with the following FINRA firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 12/1998 - 04/2008 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 05/1991 - 12/1998 | CITICORP SECURITIES, INC. | 7474 | NEW YORK, NY |

### Employment History

Below is the broker's employment history for up to the last 10 years.

**Please note that the broker is required to provide this information only while registered with FINRA and the information is not updated after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 12/1998 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |
| 07/1985 - 10/2007 | CITICORP NORTH AMERICA INC | NEW YORK, NY |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

www.finra.org/brokercheck

**End of Report**



This page is intentionally left blank.

©2014 FINRA. All rights reserved.    Report# 88707-20781 about BRUCE B. CLARK. Data current as of Thursday, March 20, 2014.



**BrokerCheck Report**

## PAUL M DONLIN

CRD# 2856849

Report #13209-74167, data current as of Monday, August 17, 2015.

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
  BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
  Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
  The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  ○ information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  ○ information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
  Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
  To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at http://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
  FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## PAUL M. DONLIN
CRD# 2856849

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 1 Principal/Supervisory Exam
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

CITIGROUP GLOBAL MARKETS INC.
CRD# 7059
NEW YORK, NY
12/1998 - 05/2007

CITICORP SECURITIES, INC.
CRD# 7474
NEW YORK, NY
03/1997 - 12/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?    **No**

©2015 FINRA. All rights reserved.    Report# 13209-74167 about PAUL M. DONLIN. Data current as of Monday, August 17, 2015.

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2015 FINRA. All rights reserved.    Report# 13209-74167 about PAUL M. DONLIN. Data current as of Monday, August 17, 2015.

www.finra.org/brokercheck

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Principal Examination | Series 24 | 03/27/1997 |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Representative Examination | Series 7 | 03/10/1997 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Securities Agent State Law Examination | Series 63 | 03/12/1997 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

www.finra.org/brokercheck

User Guidance

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 12/1998 - 05/2007 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 03/1997 - 12/1998 | CITICORP SECURITIES, INC. | 7474 | NEW YORK, NY |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 12/1998 - Present | SALOMON SMITH BARNEY INC. | NEW YORK, NY |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

www.finra.org/brokercheck

# End of Report



**This page is intentionally left blank.**



**BrokerCheck Report**

## JOSEPH PATRICK ELMLINGER
CRD# 2262461

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 6 |
| Registration and Employment History | 7 - 8 |
| Disclosure Events | 9 |



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
-         BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
-         Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
-         The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
    - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
    - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
-         Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
-         To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
-         FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## JOSEPH P. ELMLINGER
CRD# 2262461



FINRA

# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

**Currently employed by and registered with the following Firm(s):**

**SG AMERICAS SECURITIES, LLC**
245 PARK AVENUE
NEW YORK, NY 10167
CRD# 128351
Registered with this firm since: 12/23/2015

## Broker Qualifications

**This broker is registered with:**
- 19 Self-Regulatory Organizations
- 1 U.S. state or territory

**This broker has passed:**
- 2 Principal/Supervisory Exams
- 3 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CV BROKERAGE, INC**
CRD# 462
WEST CONSHOHOCKEN, PA
02/2014 - 01/2015

**MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED**
CRD# 7691
NEW YORK, NY
11/2010 - 03/2012

**BANC OF AMERICA SECURITIES LLC**
CRD# 26091
NEW YORK, NY
05/2010 - 11/2010

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   Yes

**The following types of disclosures have been reported:**

| Type | Count |
| --- | --- |
| Customer Dispute | 1 |

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 19 SROs and is licensed in 1 U.S. state or territory through his or her employer.**

### Employment 1 of 1

Firm Name:              **SG AMERICAS SECURITIES, LLC**
Main Office Address:    **245 PARK AVENUE**
                        **NEW YORK, NY  10167**
Firm CRD#:              **128351**

| SRO | Category | Status | Date |
|---|---|---|---|
| FINRA | General Securities Principal | APPROVED | 12/23/2015 |
| FINRA | General Securities Representative | APPROVED | 12/23/2015 |
| FINRA | Registered Options Principal | APPROVED | 11/25/2016 |
| FINRA | Securities Trader | APPROVED | 01/04/2016 |
| FINRA | Securities Trader Principal | APPROVED | 02/12/2016 |
| BOX Options Exchange LLC | General Securities Principal | APPROVED | 12/23/2015 |
| BOX Options Exchange LLC | General Securities Representative | APPROVED | 12/23/2015 |
| BOX Options Exchange LLC | Registered Options Principal | APPROVED | 11/25/2016 |
| BOX Options Exchange LLC | Securities Trader | APPROVED | 02/12/2016 |
| BOX Options Exchange LLC | Securities Trader Principal | APPROVED | 02/12/2016 |
| Bats BYX Exchange, Inc. | General Securities Principal | APPROVED | 12/23/2015 |
| Bats BYX Exchange, Inc. | General Securities Representative | APPROVED | 12/23/2015 |
| Bats BYX Exchange, Inc. | Securities Trader | APPROVED | 02/12/2016 |
| Bats BYX Exchange, Inc. | Securities Trader Principal | APPROVED | 02/12/2016 |
| Bats BZX Exchange, Inc. | General Securities Principal | APPROVED | 12/23/2015 |
| Bats BZX Exchange, Inc. | General Securities Representative | APPROVED | 12/23/2015 |
| Bats BZX Exchange, Inc. | Registered Options Principal | APPROVED | 11/25/2016 |
| Bats BZX Exchange, Inc. | Securities Trader | APPROVED | 02/12/2016 |

www.finra.org/brokercheck

**Broker Qualifications**



## Employment 1 of 1, continued

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| Bats BZX Exchange, Inc. | Securities Trader Principal | APPROVED | 02/12/2016 |
| Bats EDGA Exchange, Inc. | General Securities Principal | APPROVED | 12/23/2015 |
| Bats EDGA Exchange, Inc. | General Securities Representative | APPROVED | 12/23/2015 |
| Bats EDGA Exchange, Inc. | Securities Trader | APPROVED | 02/12/2016 |
| Bats EDGA Exchange, Inc. | Securities Trader Principal | APPROVED | 02/12/2016 |
| Bats EDGX Exchange, Inc. | General Securities Principal | APPROVED | 12/23/2015 |
| Bats EDGX Exchange, Inc. | General Securities Representative | APPROVED | 12/23/2015 |
| Bats EDGX Exchange, Inc. | Registered Options Principal | APPROVED | 11/25/2016 |
| Bats EDGX Exchange, Inc. | Securities Trader | APPROVED | 02/12/2016 |
| Bats EDGX Exchange, Inc. | Securities Trader Principal | APPROVED | 02/12/2016 |
| C2 Options Exchange, Incorporated | General Securities Representative | APPROVED | 12/23/2015 |
| C2 Options Exchange, Incorporated | Registered Options Principal | APPROVED | 11/25/2016 |
| C2 Options Exchange, Incorporated | Securities Trader | APPROVED | 02/12/2016 |
| C2 Options Exchange, Incorporated | Securities Trader Principal | APPROVED | 02/12/2016 |
| Chicago Board Options Exchange | General Securities Representative | APPROVED | 12/23/2015 |
| Chicago Board Options Exchange | Registered Options Principal | APPROVED | 11/25/2016 |
| Chicago Board Options Exchange | Securities Trader | APPROVED | 02/12/2016 |
| Chicago Board Options Exchange | Securities Trader Principal | APPROVED | 02/12/2016 |
| Chicago Stock Exchange | General Securities Principal | APPROVED | 12/23/2015 |
| Chicago Stock Exchange | General Securities Representative | APPROVED | 12/23/2015 |
| Chicago Stock Exchange | Registered Options Principal | APPROVED | 11/25/2016 |
| Chicago Stock Exchange | Securities Trader | APPROVED | 02/12/2016 |
| Chicago Stock Exchange | Securities Trader Principal | APPROVED | 02/12/2016 |
| Investors' Exchange LLC | General Securities Principal | APPROVED | 08/15/2016 |
| Investors' Exchange LLC | General Securities Representative | APPROVED | 08/15/2016 |
| Investors' Exchange LLC | Securities Trader | APPROVED | 08/15/2016 |
| Investors' Exchange LLC | Securities Trader Principal | APPROVED | 08/15/2016 |

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.

www.finra.org/brokercheck
User Guidance

## Broker Qualifications



### Employment 1 of 1, continued

| SRO | Category | Status | Date |
| --- | --- | --- | --- |
| NYSE American LLC | General Securities Principal | APPROVED | 12/23/2015 |
| NYSE American LLC | General Securities Representative | APPROVED | 12/23/2015 |
| NYSE American LLC | Registered Options Principal | APPROVED | 11/25/2016 |
| NYSE American LLC | Securities Trader | APPROVED | 01/04/2016 |
| NYSE American LLC | Securities Trader Principal | APPROVED | 02/12/2016 |
| NYSE Arca, Inc. | General Securities Principal | APPROVED | 12/23/2015 |
| NYSE Arca, Inc. | General Securities Representative | APPROVED | 12/23/2015 |
| NYSE Arca, Inc. | Registered Options Principal | APPROVED | 11/25/2016 |
| NYSE Arca, Inc. | Securities Trader | APPROVED | 02/12/2016 |
| NYSE Arca, Inc. | Securities Trader Principal | APPROVED | 02/12/2016 |
| Nasdaq BX, Inc. | General Securities Principal | APPROVED | 12/23/2015 |
| Nasdaq BX, Inc. | General Securities Representative | APPROVED | 12/23/2015 |
| Nasdaq BX, Inc. | Registered Options Principal | APPROVED | 11/25/2016 |
| Nasdaq BX, Inc. | Securities Trader | APPROVED | 02/12/2016 |
| Nasdaq BX, Inc. | Securities Trader Principal | APPROVED | 02/12/2016 |
| Nasdaq GEMX, LLC | General Securities Principal | APPROVED | 12/23/2015 |
| Nasdaq GEMX, LLC | General Securities Representative | APPROVED | 12/23/2015 |
| Nasdaq GEMX, LLC | Registered Options Principal | APPROVED | 11/25/2016 |
| Nasdaq GEMX, LLC | Securities Trader | APPROVED | 02/12/2016 |
| Nasdaq GEMX, LLC | Securities Trader Principal | APPROVED | 02/12/2016 |
| Nasdaq ISE, LLC | General Securities Principal | APPROVED | 12/23/2015 |
| Nasdaq ISE, LLC | General Securities Representative | APPROVED | 12/23/2015 |
| Nasdaq ISE, LLC | Registered Options Principal | APPROVED | 11/25/2016 |
| Nasdaq ISE, LLC | Securities Trader | APPROVED | 02/12/2016 |
| Nasdaq ISE, LLC | Securities Trader Principal | APPROVED | 02/12/2016 |
| Nasdaq MRX, LLC | General Securities Principal | APPROVED | 03/22/2017 |
| Nasdaq MRX, LLC | General Securities Representative | APPROVED | 03/22/2017 |

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.

www.finra.org/brokercheck    User Guidance

## Broker Qualifications



### Employment 1 of 1, continued

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| Nasdaq MRX, LLC | Registered Options Principal | APPROVED | 03/22/2017 |
| Nasdaq MRX, LLC | Securities Trader | APPROVED | 03/22/2017 |
| Nasdaq MRX, LLC | Securities Trader Principal | APPROVED | 03/22/2017 |
| Nasdaq PHLX LLC | General Securities Principal | APPROVED | 12/23/2015 |
| Nasdaq PHLX LLC | General Securities Representative | APPROVED | 12/23/2015 |
| Nasdaq PHLX LLC | Registered Options Principal | APPROVED | 11/25/2016 |
| Nasdaq PHLX LLC | Securities Trader | APPROVED | 02/12/2016 |
| Nasdaq PHLX LLC | Securities Trader Principal | APPROVED | 02/12/2016 |
| Nasdaq Stock Market | General Securities Principal | APPROVED | 12/23/2015 |
| Nasdaq Stock Market | General Securities Representative | APPROVED | 12/23/2015 |
| Nasdaq Stock Market | Registered Options Principal | APPROVED | 11/25/2016 |
| Nasdaq Stock Market | Securities Trader | APPROVED | 01/04/2016 |
| Nasdaq Stock Market | Securities Trader Principal | APPROVED | 02/12/2016 |
| New York Stock Exchange | General Securities Principal | APPROVED | 12/23/2015 |
| New York Stock Exchange | General Securities Representative | APPROVED | 12/23/2015 |
| New York Stock Exchange | Registered Options Principal | APPROVED | 11/25/2016 |
| New York Stock Exchange | Securities Trader | APPROVED | 01/04/2016 |
| New York Stock Exchange | Securities Trader Principal | APPROVED | 02/12/2016 |

| U.S. State/Territory | Category | Status | Date |
|----------------------|----------|--------|------|
| New York | Agent | APPROVED | 12/23/2015 |

### Branch Office Locations

**SG AMERICAS SECURITIES, LLC**
245 PARK AVENUE
NEW YORK, NY  10167

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.    5

www.finra.org/brokercheck

User Guidance

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 2 principal/supervisory exams, 3 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
| --- | --- | --- |
| Registered Options Principal Examination | Series 4 | 11/25/2016 |
| General Securities Principal Examination | Series 24 | 03/01/2001 |

### General Industry/Product Exams

| Exam | Category | Date |
| --- | --- | --- |
| National Commodity Futures Examination | Series 3 | 09/15/2010 |
| General Securities Representative Examination | Series 7 | 12/06/1993 |
| Limited Representative-Equity Trader Exam | Series 55 | 05/01/2000 |

### State Securities Law Exams

| Exam | Category | Date |
| --- | --- | --- |
| Uniform Securities Agent State Law Examination | Series 63 | 04/13/1995 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
| --- | --- | --- | --- |
| 02/2014 - 01/2015 | CV BROKERAGE, INC | 462 | WEST CONSHOHOCKEN, PA |
| 11/2010 - 03/2012 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORATED | 7691 | NEW YORK, NY |
| 05/2010 - 11/2010 | BANC OF AMERICA SECURITIES LLC | 26091 | NEW YORK, NY |
| 11/1997 - 11/2008 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 12/1993 - 09/1998 | SALOMON BROTHERS INC. | 740 | NEW YORK, NY |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
| --- | --- | --- |
| 12/2015 - Present | SG AMERICAS SECURITIES, LLC | NEW YORK, NY |
| 09/2014 - 12/2015 | INVESTMENT MANAGER PARTNERS LLC | NEW YORK, NY |
| 02/2014 - 01/2015 | CV BROKERAGE INC | W CONSHOHOCKEN, PA |
| 03/2012 - 08/2014 | FOUNDATION CAPITAL PARTNERS | GREENWICH, CT |
| 11/2010 - 03/2012 | MERRILL LYNCH, PIERCE, FENNER & SMITH INCORPORA | NEW YORK, NY |
| 04/2010 - 11/2010 | BANC OF AMERICA SECURITIES | NEW YORK, NY |
| 01/2010 - 03/2010 | UNEMPLOYED | GREENWICH, CT |
| 05/2009 - 12/2009 | THE OPTIONS CLEARING CORPORATION | CHICAGO, IL |
| 11/2008 - 04/2009 | UNEMPLOYED | GREENWICH, CT |
| 03/2003 - 10/2008 | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.

# Registration and Employment History



## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

www.finra.org/brokercheck    User Guidance

## Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   o A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   o A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
   o

3. **Disclosure events in BrokerCheck reports come from different sources:**
   o As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
   o

4. **There are different statuses and dispositions for disclosure events:**
   o A disclosure event may have a status of *pending, on appeal,* or *final.*
      ▪ A "pending" event involves allegations that have not been proven or formally adjudicated.
      ▪ An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
      ▪ A "final" event has been concluded and its resolution is not subject to change.
   o A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
      ▪ An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
      ▪ A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
      ▪ A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|  | Pending | Final | On Appeal |
|---|---|---|---|
| Customer Dispute | 1 | 0 | N/A |

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.    9

www.finra.org/brokercheck



©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.

www.finra.org/brokercheck



## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Customer Dispute - Pending

This type of disclosure event involves (1) a pending consumer-initiated, investment-related arbitration or civil suit that contains allegations of sales practice violations against the broker; or (2) a pending, consumer-initiated, investment-related written complaint containing allegations that the broker engaged in, sales practice violations resulting in compensatory damages of at least $5,000, forgery, theft, or misappropriation, or conversion of funds or securities.

**Disclosure 1 of 1**

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Employing firm when activities occurred which led to the complaint:** | N/A |
| **Allegations:** | Plaintiff made a direct investment in a private company (Foundation Capital Partners LLC) in February 2014; no broker-dealer was involved. Plaintiff subsequently sued Foundation and three of its principals, as well as Mr. Elmlinger who served as Foundation's Head of Risk and Structuring, alleging that the investment was induced by fraudulent misrepresentations. The statements attributable to Mr. Elmlinger were alleged to have been made in February 2014. |
| **Product Type:** | Other: Units in a private LLC |
| **Alleged Damages:** | $6,750,000.00 |
| **Alleged Damages Amount Explanation (if amount not exact):** | Damages in an amount to be determined at trial. FIH, LLC invested $6,750,000 in total. |

### Civil Litigation Information

| | |
|---|---|
| **Type of Court:** | Federal Court |
| **Name of Court:** | United States District Court for the District of Connecticut (New Haven) |
| **Location of Court:** | New Haven, CT |

www.finra.org/brokercheck



| | |
|---|---|
| **Docket/Case #:** | 3:15CV-00785 (JBA) |
| **Date Notice/Process Served:** | 06/08/2015 |
| **Litigation Pending?** | Yes |
| **Broker Statement** | I did not misrepresent any facts to the plaintiff or to anyone else, and I will vigorously contest all allegations of wrongdoing. I am a minor participant in the case, and all but one of the claims against me were dismissed in the court's March 30, 2016 decision. |

www.finra.org/brokercheck

User Guidance

## End of Report



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about JOSEPH P. ELMLINGER.



**BrokerCheck Report**

## THOMAS  FONTANA

CRD# 2007011

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o  information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o  information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

## THOMAS FONTANA
### CRD# 2007011

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 1 Principal/Supervisory Exam
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
12/1998 - 09/2015

**CITICORP SECURITIES, INC.**
CRD# 7474
NEW YORK, NY
11/1989 - 12/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

©2019 FINRA. All rights reserved. Report about THOMAS FONTANA.

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2019 FINRA. All rights reserved. Report about THOMAS FONTANA.

www.finra.org/brokercheck

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Principal Examination | Series 24 | 11/19/2004 |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| Securities Industry Essentials Examination | SIE | 09/09/2015 |
| General Securities Representative Examination | Series 7 | 11/18/1989 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Securities Agent State Law Examination | Series 63 | 12/02/1993 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2019 FINRA. All rights reserved. Report about THOMAS FONTANA.

www.finra.org/brokercheck

User Guidance

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
| --- | --- | --- | --- |
| 12/1998 - 09/2015 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 11/1989 - 12/1998 | CITICORP SECURITIES, INC. | 7474 | NEW YORK, NY |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
| --- | --- | --- |
| 12/1998 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2019 FINRA. All rights reserved. Report about THOMAS FONTANA.

www.finra.org/brokercheck

# End of Report



**This page is intentionally left blank.**

©2019 FINRA. All rights reserved. Report about THOMAS FONTANA.



**BrokerCheck Report**

## LEON J GROSS

CRD# 2608964

| <u>Section Title</u> | <u>Page(s)</u> |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |
| Disclosure Events | 5 |



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## LEON J. GROSS
CRD# 2608964



This broker is not currently registered.

## Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**

- 1 Principal/Supervisory Exam
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
11/1997 - 03/2009

**SALOMON BROTHERS INC.**
CRD# 740
NEW YORK, NY
04/1995 - 09/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **Yes**

**The following types of disclosures have been reported:**

| Type | Count |
|------|-------|
| Judgment/Lien | 2 |

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Principal Examination | Series 24 | 12/06/2002 |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| National Commodity Futures Examination | Series 3 | 03/28/2000 |
| General Securities Representative Examination | Series 7 | 04/17/1995 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Securities Agent State Law Examination | Series 63 | 04/09/1996 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck

User Guidance

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
| --- | --- | --- | --- |
| 11/1997 - 03/2009 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 04/1995 - 09/1998 | SALOMON BROTHERS INC. | 740 | NEW YORK, NY |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
| --- | --- | --- |
| 07/2017 - Present | Walleye Trading LLC | Plymouth, MN |
| 02/2009 - 07/2017 | Self-employed | New York, NY |
| 11/1997 - 02/2009 | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |
| 08/1994 - 10/2007 | SALOMON BROTHERS | NY, NY |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck                                                                                      User Guidance

## Disclosure Events



**What you should know about reported disclosure events:**

1. All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

2. **Certain thresholds must be met before an event is reported to CRD, for example:**
   o A law enforcement agency must file formal charges before a broker is required to disclose a particular criminal event.
   o A customer dispute must involve allegations that a broker engaged in activity that violates certain rules or conduct governing the industry and that the activity resulted in damages of at least $5,000.
   o

3. **Disclosure events in BrokerCheck reports come from different sources:**
   o As mentioned at the beginning of this report, information contained in BrokerCheck comes from brokers, brokerage firms and regulators. When more than one of these sources reports information for the same disclosure event, all versions of the event will appear in the BrokerCheck report. The different versions will be separated by a solid line with the reporting source labeled.
   o

4. **There are different statuses and dispositions for disclosure events:**
   o A disclosure event may have a status of *pending, on appeal,* or *final.*
     ▪ A "pending" event involves allegations that have not been proven or formally adjudicated.
     ▪ An event that is "on appeal" involves allegations that have been adjudicated but are currently being appealed.
     ▪ A "final" event has been concluded and its resolution is not subject to change.
   o A final event generally has a disposition of *adjudicated, settled* or *otherwise resolved.*
     ▪ An "adjudicated" matter includes a disposition by (1) a court of law in a criminal or civil matter, or (2) an administrative panel in an action brought by a regulator that is contested by the party charged with some alleged wrongdoing.
     ▪ A "settled" matter generally involves an agreement by the parties to resolve the matter. Please note that brokers and brokerage firms may choose to settle customer disputes or regulatory matters for business or other reasons.
     ▪ A "resolved" matter usually involves no payment to the customer and no finding of wrongdoing on the part of the individual broker. Such matters generally involve customer disputes.

**For your convenience, below is a matrix of the number and status of disclosure events involving this broker. Further information regarding these events can be found in the subsequent pages of this report. You also may wish to contact the broker to obtain further information regarding these events.**

|                | Pending | Final | On Appeal |
|----------------|---------|-------|-----------|
| Judgment/Lien  | 2       | N/A   | N/A       |

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck

User Guidance



©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck

User Guidance



## Disclosure Event Details

When evaluating this information, please keep in mind that a disclosure event may be pending or involve allegations that are contested and have not been resolved or proven. The matter may, in the end, be withdrawn, dismissed, resolved in favor of the broker, or concluded through a negotiated settlement for certain business reasons (e.g., to maintain customer relationships or to limit the litigation costs associated with disputing the allegations) with no admission or finding of wrongdoing.

This report provides the information exactly as it was reported to CRD and therefore some of the specific data fields contained in the report may be blank if the information was not provided to CRD.

### Judgment / Lien

This type of disclosure event involves an unsatisfied and outstanding judgments or liens against the broker.

#### Disclosure 1 of 2

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Judgment/Lien Holder:** | New York State |
| **Judgment/Lien Amount:** | $59.63 |
| **Judgment/Lien Type:** | Tax |
| **Date Filed with Court:** | 11/04/2015 |
| **Date Individual Learned:** | 06/25/2017 |
| **Type of Court:** | New York County Clerk's Office |
| **Name of Court:** | New York County Clerk |
| **Location of Court:** | New York, NY |
| **Docket/Case #:** | E-035780612-W2005-5 |
| **Judgment/Lien Outstanding?** | Yes |
| **Broker Statement** | Balance has been paid and warrant is pending satisfaction as of the date of this filing. |

#### Disclosure 2 of 2

| | |
|---|---|
| **Reporting Source:** | Broker |
| **Judgment/Lien Holder:** | New York State |
| **Judgment/Lien Amount:** | $1,068.54 |
| **Judgment/Lien Type:** | Tax |

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck

User Guidance



| | |
|---|---|
| **Date Filed with Court:** | 02/26/2013 |
| **Date Individual Learned:** | 06/25/2017 |
| **Type of Court:** | New York County Clerk's Office |
| **Name of Court:** | New York County Clerk |
| **Location of Court:** | New York, NY |
| **Docket/Case #:** | E-035780612-W003-6 |
| **Judgment/Lien Outstanding?** | Yes |
| **Broker Statement** | Balance has been paid and warrant is pending satisfaction as of the date of this filing. |

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.

www.finra.org/brokercheck

User Guidance

**End of Report**



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about LEON J. GROSS.



**BrokerCheck Report**

## RAMESH C GUPTA

CRD# 2225119

| <u>Section Title</u> | <u>Page(s)</u> |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |



## About BrokerCheck®

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## RAMESH C. GUPTA
CRD# 2225119

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 2 Principal/Supervisory Exams
- 2 General Industry/Product Exams
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
12/1998 - 07/2014

**CITICORP SECURITIES, INC.**
CRD# 7474
NEW YORK, NY
04/1992 - 12/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **No**

©2017 FINRA. All rights reserved. Report about RAMESH C. GUPTA.

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2017 FINRA. All rights reserved. Report about RAMESH C. GUPTA.

www.finra.org/brokercheck

User Guidance

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 2 principal/supervisory exams, 2 general industry/product exams, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Principal Examination | Series 24 | 11/03/1999 |
| Municipal Securities Principal Examination | Series 53 | 08/10/1994 |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| National Commodity Futures Examination | Series 3 | 11/23/1999 |
| General Securities Representative Examination | Series 7 | 04/11/1992 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Securities Agent State Law Examination | Series 63 | 04/15/1992 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about RAMESH C. GUPTA.

www.finra.org/brokercheck

User Guidance

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 12/1998 - 07/2014 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 04/1992 - 12/1998 | CITICORP SECURITIES, INC. | 7474 | NEW YORK, NY |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 12/1998 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

www.finra.org/brokercheck

User Guidance

# End of Report



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about RAMESH C. GUPTA.

5



**BrokerCheck Report**

## SAMIR KUMAR MATHUR

CRD# 3029982

| <u>Section Title</u> | <u>Page(s)</u> |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## SAMIR K. MATHUR
CRD# 3029982

**Currently employed by and registered with the following Firm(s):**

**AMERICAN FUNDS DISTRIBUTORS, INC.**
333 SOUTH HOPE STREET, 55TH FLOOR
LOS ANGELES, CA  90071-1447
CRD# 6247
Registered with this firm since: 02/21/2014

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is registered with:**

- 1 Self-Regulatory Organization
- 3 U.S. states and territories

**This broker has passed:**

- 1 Principal/Supervisory Exam
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
12/1998 - 03/2012

**CITICORP SECURITIES, INC.**
CRD# 7474
NEW YORK, NY
05/1998 - 12/1998

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

©2017 FINRA. All rights reserved. Report about SAMIR K. MATHUR.

www.finra.org/brokercheck

User Guidance

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 1 SRO and is licensed in 3 U.S. states and territories through his or her employer.**

## Employment 1 of 1

Firm Name:             **AMERICAN FUNDS DISTRIBUTORS, INC.**

Main Office Address:   **333 S. HOPE ST. 55TH FL.**
                       **LOS ANGELES, CA  90071**

Firm CRD#:             **6247**

| SRO | Category | Status | Date |
|-----|----------|--------|------|
| FINRA | General Securities Principal | APPROVED | 02/21/2014 |
| FINRA | General Securities Representative | APPROVED | 02/21/2014 |

| U.S. State/ Territory | Category | Status | Date |
|-----------------------|----------|--------|------|
| California | Agent | APPROVED | 02/21/2014 |
| New Jersey | Agent | APPROVED | 02/21/2014 |
| New York | Agent | APPROVED | 02/21/2014 |

## Branch Office Locations

**AMERICAN FUNDS DISTRIBUTORS, INC.**
333 SOUTH HOPE STREET, 55TH FLOOR
LOS ANGELES, CA  90071-1447

---

www.finra.org/brokercheck

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Principal Examination | Series 24 | 04/15/2002 |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Representative Examination | Series 7 | 05/26/1998 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Securities Agent State Law Examination | Series 63 | 10/26/1998 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about SAMIR K. MATHUR.

www.finra.org/brokercheck

User Guidance

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 12/1998 - 03/2012 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 05/1998 - 12/1998 | CITICORP SECURITIES, INC. | 7474 | NEW YORK, NY |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 02/2014 - Present | AMERICAN FUNDS/CAPITAL GROUP CO'S | LOS ANGELES, CA |
| 09/2012 - Present | CAPITAL RESEARCH CO. | NEW YORK, NY |
| 12/1998 - 12/2012 | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |
| 03/2012 - 09/2012 | SMARTCAP ADVISORS INC. | ENGLEWOOD CLIFFS, NJ |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2017 FINRA. All rights reserved. Report about SAMIR K. MATHUR.

www.finra.org/brokercheck

# End of Report



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about SAMIR K. MATHUR.



**BrokerCheck Report**

## ELENA THERESA MATRULLO

CRD# 1715807

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |



**About BrokerCheck®**

BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## ELENA T. MATRULLO
CRD# 1715807

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

This broker is not currently registered.

This broker has passed:
- 0 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 0 State Securities Law Exams

## Registration History

**This broker was previously registered with the following securities firm(s):**

**BARCLAYS CAPITAL INC.**
CRD# 19714
NEW YORK, NY
07/2008 - 02/2013

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
10/2005 - 06/2008

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

©2017 FINRA. All rights reserved. Report about ELENA T. MATRULLO.



## Broker Qualifications

### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2017 FINRA. All rights reserved. Report about ELENA T. MATRULLO.

www.finra.org/brokercheck

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 1 general industry/product exam, and 0 state securities law exams.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Representative Examination | Series 7 | 10/25/2005 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

www.finra.org/brokercheck

User Guidance

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 07/2008 - 02/2013 | BARCLAYS CAPITAL INC. | 19714 | NEW YORK, NY |
| 10/2005 - 06/2008 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 05/2008 - Present | BARCLAYS CAPITAL | NEW YORK, NY |
| 05/1991 - 05/2008 | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2017 FINRA. All rights reserved. Report about ELENA T. MATRULLO.

www.finra.org/brokercheck

# End of Report



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about ELENA T. MATRULLO.



**BrokerCheck Report**

## VISHAL  MISHRA

CRD# 4007221

| **Section Title** | **Page(s)** |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- · **What is included in a BrokerCheck report?**
- · BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- · Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- · **Where did this information come from?**
- · The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- · **How current is this information?**
- · Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- · **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- · To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- · **Are there other resources I can use to check the background of investment professionals?**
- · FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- ·

**Thank you for using FINRA BrokerCheck.**



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck. It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## VISHAL MISHRA
CRD# 4007221

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 1 Principal/Supervisory Exam
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
11/1999 - 01/2014

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?  **No**

©2019 FINRA. All rights reserved. Report about VISHAL MISHRA.

1

www.finra.org/brokercheck

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2019 FINRA. All rights reserved. Report about VISHAL MISHRA.

# Broker Qualifications



## Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Principal Examination | Series 24 | 12/21/2010 |

### General Industry/Product Exams

| Exam | Category | Date |
|---|---|---|
| General Securities Representative Examination | Series 7 | 11/01/1999 |

### State Securities Law Exams

| Exam | Category | Date |
|---|---|---|
| Uniform Securities Agent State Law Examination | Series 63 | 11/19/1999 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

www.finra.org/brokercheck

## Registration and Employment History



### Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 11/1999 - 01/2014 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |

### Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 07/1999 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

### Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2019 FINRA. All rights reserved. Report about VISHAL MISHRA.

www.finra.org/brokercheck

**End of Report**

User Guidance



**This page is intentionally left blank.**

©2019 FINRA. All rights reserved. Report about VISHAL MISHRA.



**BrokerCheck Report**

# MATTHEW  NICHOLLS

CRD# 4707836

| Section Title | Page(s) |
| --- | --- |
| Report Summary | 1 |
| Broker Qualifications | 2 - 6 |
| Registration and Employment History | 7 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
-     BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
-     Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
-     The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - ○ information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - ○ information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
-     Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
-     To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
-     FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
- 

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

User Guidance

## MATTHEW NICHOLLS
CRD# 4707836



# Report Summary for this Broker

This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

**Currently employed by and registered with the following Firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
390 GREENWICH STREET
388 GREENWICH STREET
NEW YORK, NY 10013
CRD# 7059
Registered with this firm since: 02/09/2004

## Broker Qualifications

**This broker is registered with:**
- 15 Self-Regulatory Organizations
- 53 U.S. states and territories

**This broker has passed:**
- 1 Principal/Supervisory Exam
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

No information reported.

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?    **No**

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

www.finra.org/brokercheck

User Guidance

# Broker Qualifications



## Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

**This individual is currently registered with 15 SROs and is licensed in 53 U.S. states and territories through his or her employer.**

## Employment 1 of 1

| | |
|---|---|
| Firm Name: | **CITIGROUP GLOBAL MARKETS INC.** |
| Main Office Address: | **390 - 388 GREENWICH STREET** |
| | **NEW YORK, NY  10013-2396** |
| Firm CRD#: | **7059** |

| SRO | Category | Status | Date |
|---|---|---|---|
| FINRA | General Securities Principal | APPROVED | 01/01/2010 |
| FINRA | General Securities Representative | APPROVED | 02/09/2004 |
| FINRA | Investment Banking Representative | APPROVED | 02/03/2010 |
| Bats BYX Exchange, Inc. | General Securities Principal | APPROVED | 09/24/2013 |
| Bats BYX Exchange, Inc. | General Securities Representative | APPROVED | 09/24/2013 |
| Bats BZX Exchange, Inc. | General Securities Principal | APPROVED | 09/24/2013 |
| Bats BZX Exchange, Inc. | General Securities Representative | APPROVED | 09/24/2013 |
| Bats EDGA Exchange, Inc. | General Securities Principal | APPROVED | 05/14/2015 |
| Bats EDGA Exchange, Inc. | General Securities Representative | APPROVED | 05/14/2015 |
| Bats EDGX Exchange, Inc. | General Securities Principal | APPROVED | 05/14/2015 |
| Bats EDGX Exchange, Inc. | General Securities Representative | APPROVED | 05/14/2015 |
| Chicago Board Options Exchange | General Securities Representative | APPROVED | 03/08/2011 |
| Chicago Stock Exchange | General Securities Principal | APPROVED | 05/14/2015 |
| Chicago Stock Exchange | General Securities Representative | APPROVED | 05/14/2015 |
| Investors' Exchange LLC | General Securities Principal | APPROVED | 08/19/2016 |
| Investors' Exchange LLC | General Securities Representative | APPROVED | 08/19/2016 |
| NYSE American LLC | General Securities Principal | APPROVED | 07/12/2011 |
| NYSE American LLC | General Securities Representative | APPROVED | 07/12/2011 |

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

www.finra.org/brokercheck

User Guidance

## Broker Qualifications



### Employment 1 of 1, continued

| SRO | Category | Status | Date |
|---|---|---|---|
| NYSE American LLC | Securities Manager | APPROVED | 02/26/2014 |
| NYSE Arca, Inc. | General Securities Principal | APPROVED | 05/14/2015 |
| NYSE Arca, Inc. | General Securities Representative | APPROVED | 05/14/2015 |
| Nasdaq BX, Inc. | General Securities Principal | APPROVED | 08/28/2013 |
| Nasdaq BX, Inc. | General Securities Representative | APPROVED | 08/28/2013 |
| Nasdaq ISE, LLC | General Securities Principal | APPROVED | 05/14/2015 |
| Nasdaq ISE, LLC | General Securities Representative | APPROVED | 05/14/2015 |
| Nasdaq PHLX LLC | General Securities Principal | APPROVED | 11/18/2011 |
| Nasdaq PHLX LLC | General Securities Representative | APPROVED | 11/18/2011 |
| Nasdaq Stock Market | General Securities Principal | APPROVED | 01/01/2010 |
| Nasdaq Stock Market | General Securities Representative | APPROVED | 07/12/2006 |
| New York Stock Exchange | General Securities Principal | APPROVED | 06/26/2010 |
| New York Stock Exchange | General Securities Representative | APPROVED | 02/09/2004 |
| New York Stock Exchange | Securities Manager | APPROVED | 02/26/2014 |

| U.S. State/ Territory | Category | Status | Date | U.S. State/ Territory | Category | Status | Date |
|---|---|---|---|---|---|---|---|
| Alabama | Agent | APPROVED | 05/11/2017 | Georgia | Agent | APPROVED | 05/11/2017 |
| Alaska | Agent | APPROVED | 05/11/2017 | Hawaii | Agent | APPROVED | 05/11/2017 |
| Arizona | Agent | APPROVED | 05/11/2017 | Idaho | Agent | APPROVED | 05/11/2017 |
| Arkansas | Agent | APPROVED | 05/11/2017 | Illinois | Agent | APPROVED | 05/11/2017 |
| California | Agent | APPROVED | 05/11/2017 | Indiana | Agent | APPROVED | 05/11/2017 |
| Colorado | Agent | APPROVED | 05/11/2017 | Iowa | Agent | APPROVED | 05/11/2017 |
| Connecticut | Agent | APPROVED | 05/11/2017 | Kansas | Agent | APPROVED | 05/11/2017 |
| Delaware | Agent | APPROVED | 05/11/2017 | Kentucky | Agent | APPROVED | 05/11/2017 |
| District of Columbia | Agent | APPROVED | 05/11/2017 | Louisiana | Agent | APPROVED | 05/11/2017 |
| Florida | Agent | APPROVED | 05/11/2017 | Maine | Agent | APPROVED | 05/11/2017 |

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

www.finra.org/brokercheck

User Guidance

## Broker Qualifications



### Employment 1 of 1, continued

| U.S. State/Territory | Category | Status | Date | U.S. State/Territory | Category | Status | Date |
|---|---|---|---|---|---|---|---|
| Maryland | Agent | APPROVED | 05/11/2017 | Utah | Agent | APPROVED | 05/11/2017 |
| Massachusetts | Agent | APPROVED | 05/11/2017 | Vermont | Agent | APPROVED | 05/11/2017 |
| Michigan | Agent | APPROVED | 05/11/2017 | Virgin Islands | Agent | APPROVED | 05/11/2017 |
| Minnesota | Agent | APPROVED | 05/11/2017 | Virginia | Agent | APPROVED | 05/11/2017 |
| Mississippi | Agent | APPROVED | 05/11/2017 | Washington | Agent | APPROVED | 05/11/2017 |
| Missouri | Agent | APPROVED | 05/11/2017 | West Virginia | Agent | APPROVED | 05/11/2017 |
| Montana | Agent | APPROVED | 05/11/2017 | Wisconsin | Agent | APPROVED | 05/11/2017 |
| Nebraska | Agent | APPROVED | 05/11/2017 | Wyoming | Agent | APPROVED | 05/11/2017 |
| Nevada | Agent | APPROVED | 05/11/2017 | | | | |
| New Hampshire | Agent | APPROVED | 05/11/2017 | | | | |
| New Jersey | Agent | APPROVED | 05/11/2017 | | | | |
| New Mexico | Agent | APPROVED | 05/11/2017 | | | | |
| New York | Agent | APPROVED | 03/01/2004 | | | | |
| North Carolina | Agent | APPROVED | 05/11/2017 | | | | |
| North Dakota | Agent | APPROVED | 05/11/2017 | | | | |
| Ohio | Agent | APPROVED | 05/12/2017 | | | | |
| Oklahoma | Agent | APPROVED | 05/11/2017 | | | | |
| Oregon | Agent | APPROVED | 05/11/2017 | | | | |
| Pennsylvania | Agent | APPROVED | 05/11/2017 | | | | |
| Puerto Rico | Agent | APPROVED | 05/11/2017 | | | | |
| Rhode Island | Agent | APPROVED | 05/11/2017 | | | | |
| South Carolina | Agent | APPROVED | 05/11/2017 | | | | |
| South Dakota | Agent | APPROVED | 05/11/2017 | | | | |
| Tennessee | Agent | APPROVED | 06/14/2017 | | | | |
| Texas | Agent | APPROVED | 05/11/2017 | | | | |

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

www.finra.org/brokercheck

User Guidance

# Broker Qualifications



## Employment 1 of 1, continued

## Branch Office Locations

**CITIGROUP GLOBAL MARKETS INC.**
390 GREENWICH STREET
388 GREENWICH STREET
NEW YORK, NY  10013

_____

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 1 principal/supervisory exam, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
| --- | --- | --- |
| General Securities Principal Examination | Series 24 | 12/23/2009 |

### General Industry/Product Exams

| Exam | Category | Date |
| --- | --- | --- |
| General Securities Representative Examination | Series 7 | 02/06/2004 |

### State Securities Law Exams

| Exam | Category | Date |
| --- | --- | --- |
| Uniform Securities Agent State Law Examination | Series 63 | 02/23/2004 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

www.finra.org/brokercheck

# Registration and Employment History



## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| No information reported. | | | |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 09/1995 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2017 FINRA. All rights reserved. Report about MATTHEW NICHOLLS.

www.finra.org/brokercheck

User Guidance



# End of Report

**This page is intentionally left blank.**



**BrokerCheck Report**

## RAJIV KRISHNA SENNAR

CRD# 4239248

| <u>Section Title</u> | <u>Page(s)</u> |
|---|---|
| Report Summary | 1 |
| Broker Qualifications | 2 - 3 |
| Registration and Employment History | 4 |

**About BrokerCheck®**



BrokerCheck offers information on all current, and many former, registered securities brokers, and all current and former registered securities firms. FINRA strongly encourages investors to use BrokerCheck to check the background of securities brokers and brokerage firms before deciding to conduct, or continue to conduct, business with them.

- **What is included in a BrokerCheck report?**
- BrokerCheck reports for individual brokers include information such as employment history, professional qualifications, disciplinary actions, criminal convictions, civil judgments and arbitration awards. BrokerCheck reports for brokerage firms include information on a firm's profile, history, and operations, as well as many of the same disclosure events mentioned above.
- Please note that the information contained in a BrokerCheck report may include pending actions or allegations that may be contested, unresolved or unproven. In the end, these actions or allegations may be resolved in favor of the broker or brokerage firm, or concluded through a negotiated settlement with no admission or finding of wrongdoing.
- **Where did this information come from?**
- The information contained in BrokerCheck comes from FINRA's Central Registration Depository, or CRD® and is a combination of:
  - o  information FINRA and/or the Securities and Exchange Commission (SEC) require brokers and brokerage firms to submit as part of the registration and licensing process, and
  - o  information that regulators report regarding disciplinary actions or allegations against firms or brokers.
- **How current is this information?**
- Generally, active brokerage firms and brokers are required to update their professional and disciplinary information in CRD within 30 days. Under most circumstances, information reported by brokerage firms, brokers and regulators is available in BrokerCheck the next business day.
- **What if I want to check the background of an investment adviser firm or investment adviser representative?**
- To check the background of an investment adviser firm or representative, you can search for the firm or individual in BrokerCheck. If your search is successful, click on the link provided to view the available licensing and registration information in the SEC's Investment Adviser Public Disclosure (IAPD) website at https://www.adviserinfo.sec.gov. In the alternative, you may search the IAPD website directly or contact your state securities regulator at http://www.finra.org/Investors/ToolsCalculators/BrokerCheck/P455414.
- **Are there other resources I can use to check the background of investment professionals?**
- FINRA recommends that you learn as much as possible about an investment professional before deciding to work with them. Your state securities regulator can help you research brokers and investment adviser representatives doing business in your state.
-

Thank you for using FINRA BrokerCheck.



Using this site/information means that you accept the FINRA BrokerCheck Terms and Conditions. A complete list of Terms and Conditions can be found at

brokercheck.finra.org



For additional information about the contents of this report, please refer to the User Guidance or www.finra.org/brokercheck.  It provides a glossary of terms and a list of frequently asked questions, as well as additional resources. For more information about FINRA, visit www.finra.org.

www.finra.org/brokercheck

## RAJIV K. SENNAR
CRD# 4239248

This broker is not currently registered.

# Report Summary for this Broker



This report summary provides an overview of the broker's professional background and conduct. Additional information can be found in the detailed report.

## Broker Qualifications

**This broker is not currently registered.**

**This broker has passed:**
- 0 Principal/Supervisory Exams
- 1 General Industry/Product Exam
- 1 State Securities Law Exam

## Registration History

**This broker was previously registered with the following securities firm(s):**

**CITIGROUP GLOBAL MARKETS INC.**
CRD# 7059
NEW YORK, NY
12/2005 - 05/2008

**BNP PARIBAS SECURITIES CORP.**
CRD# 15794
NEW YORK, NY
12/2003 - 06/2005

## Disclosure Events

All individuals registered to sell securities or provide investment advice are required to disclose customer complaints and arbitrations, regulatory actions, employment terminations, bankruptcy filings, and criminal or civil judicial proceedings.

Are there events disclosed about this broker?   **No**

©2017 FINRA. All rights reserved. Report about RAJIV K. SENNAR.

www.finra.org/brokercheck

## Broker Qualifications



### Registrations

This section provides the self-regulatory organizations (SROs) and U.S. states/territories the broker is currently registered and licensed with, the category of each license, and the date on which it became effective. This section also provides, for every brokerage firm with which the broker is currently employed, the address of each branch where the broker works.

This broker is not currently registered.

©2017 FINRA. All rights reserved. Report about RAJIV K. SENNAR.

## Broker Qualifications



### Industry Exams this Broker has Passed

This section includes all securities industry exams that the broker has passed. Under limited circumstances, a broker may attain a registration after receiving an exam waiver based on exams the broker has passed and/or qualifying work experience. Any exam waivers that the broker has received are not included below.

**This individual has passed 0 principal/supervisory exams, 1 general industry/product exam, and 1 state securities law exam.**

### Principal/Supervisory Exams

| Exam | Category | Date |
|------|----------|------|
| No information reported. | | |

### General Industry/Product Exams

| Exam | Category | Date |
|------|----------|------|
| General Securities Representative Examination | Series 7 | 12/11/2003 |

### State Securities Law Exams

| Exam | Category | Date |
|------|----------|------|
| Uniform Securities Agent State Law Examination | Series 63 | 01/31/2006 |

Additional information about the above exams or other exams FINRA administers to brokers and other securities professionals can be found at www.finra.org/brokerqualifications/registeredrep/.

©2017 FINRA. All rights reserved. Report about RAJIV K. SENNAR.

www.finra.org/brokercheck

User Guidance



# Registration and Employment History

## Registration History

The broker previously was registered with the following firms:

| Registration Dates | Firm Name | CRD# | Branch Location |
|---|---|---|---|
| 12/2005 - 05/2008 | CITIGROUP GLOBAL MARKETS INC. | 7059 | NEW YORK, NY |
| 12/2003 - 06/2005 | BNP PARIBAS SECURITIES CORP. | 15794 | NEW YORK, NY |

## Employment History

This section provides up to 10 years of an individual broker's employment history as reported by the individual broker on the most recently filed Form U4.

**Please note that the broker is required to provide this information only while registered with FINRA or a national securities exchange and the information is not updated via Form U4 after the broker ceases to be registered. Therefore, an employment end date of "Present" may not reflect the broker's current employment status.**

| Employment Dates | Employer Name | Employer Location |
|---|---|---|
| 06/2005 - Present | CITIGROUP GLOBAL MARKETS INC. | NEW YORK, NY |

## Other Business Activities

This section includes information, if any, as provided by the broker regarding other business activities the broker is currently engaged in either as a proprietor, partner, officer, director, employee, trustee, agent or otherwise. This section does not include non-investment related activity that is exclusively charitable, civic, religious or fraternal and is recognized as tax exempt.

No information reported.

©2017 FINRA. All rights reserved. Report about RAJIV K. SENNAR.

www.finra.org/brokercheck

# End of Report



**This page is intentionally left blank.**

©2017 FINRA. All rights reserved. Report about RAJIV K. SENNAR.