Lax & Neville LLP
350 Fifth Avenue, Suite 4640
New York, New York 10118
Telephone: (212) 696 – 1999
Facsimile: (212) 566 – 4531
Brian J. Neville, Esq. (BN8251)
Barry R. Lax, Esq. (BL1302)

*Attorneys for Defendant*
*Robert F. Ferber*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION         :
CORPORATION,                                              :         SIPA LIQUIDATION
                                                                        :
            Plaintiff-Applicant,                          :         No. 08-01789 (SMB)
                                                                        :
     v.                                                             :
                                                                        :
BERNARD L. MADOFF INVESTMENT      :
SECURITIES, LLC,                                       :
                                                                        :
            Defendant.                                      :
-----------------------------------------------------------------X
In re:                                                              :
                                                                        :         Adv. Pro. No. 10-04562 (SMB)
BERNARD L. MADOFF,                              :
                                                                        :
            Debtor.                                            :
-----------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation   :
Of Bernard L. Madoff Investment Securities LLC  :
                                                                        :
            Plaintiff,                                         :
                                                                        :
     v.                                                             :
                                                                        :
ROBERT F. FERBER,                              :
                                                                        :
            Defendant.                                      :
-----------------------------------------------------------------X

**ORDER GRANTING REQUEST TO WITHDRAW AND SUBSTITUTE COUNSEL**

1

Helen Davis Chaitman and Chaitman LLP, have previously appeared and filed pleadings on behalf of Defendant Robert F. Ferber and Defendant Robert F. Ferber having retained separate legal counsel, Brian J. Neville and Barry R. Lax, Lax & Neville LLP, 350 Fifth Avenue, Suite 4640, New York, New York 10118, to represent him in these proceedings, with Chaitman LLP and Lax & Neville LLP having filed a Request to Withdraw and Substitute Counsel, it is hereby

ORDERED, that the Request of Chaitman LLP to Withdraw as Attorney of record be and is hereby granted; it is further

ORDERED that Brian J. Neville and Barry R. Lax of Lax & Neville LLP are hereby substituted as counsel and Attorney of Record for Defendant Robert F. Ferber.

Dated: New York, New York
      **May 7th, 2019**

                                */s/ STUART M. BERNSTEIN*
                                Honorable Stuart M. Bernstein
                                United States Bankruptcy Judge