**Baker & Hostetler LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio  43215-4138
Telephone:  (614) 228-1541
Facsimile:   (614) 462-2616
Lauren M. Hilsheimer
Email:  lhilsheimer@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST
TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Pursuant to Local Rule 2090-1(e) of the Local Rules of Bankruptcy Procedure, Lauren M. Hilsheimer ("Movant"), of the law firm Baker & Hostetler LLP, hereby respectfully moves for an Order withdrawing as attorney of record for Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff ("Plaintiff"), in the above-captioned adversary proceeding. Movant further requests that her name be removed from all notice and service lists in this case.

In support of this motion, Movant respectfully states:

1. Movant is departing from Baker & Hostetler LLP, is no longer serving as counsel to the Plaintiff, and is doing no work on behalf of Plaintiff in the above-captioned adversary proceeding.

2. Plaintiff will not suffer prejudice as a result of the withdrawal because Plaintiff will continue to be represented by Baker & Hostetler LLP.

3. Plaintiff consents to Movant's withdrawal as attorney of record in this adversary proceeding.

4. Movant's withdrawal from the above-captioned adversary proceeding will not disrupt this litigation, and no other party will suffer any prejudice or delay.

WHEREFORE, Ms. Hilsheimer requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Plaintiff so that Movant no longer receives electronic notices from the Court's CM/ECF system.

Dated: New York, New York
       May 8, 2019

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: /s/ Lauren M. Hilsheimer
Lauren M. Hilsheimer
(Admitted *Pro Hac Vice*)
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215-4138
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: lhilsheimer@bakerlaw.com

*Attorney for Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and the estate of
Bernard L. Madoff*