**Baker & Hostetler LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio 43215-4138
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Lauren M. Hilsheimer
Email: lhilsheimer@bakerlaw.com

**Presentment Date: May 20, 2019**
**Time: 12:00 p.m.**

**Objections Due: May 20, 2019**
**Time: 11:30 a.m.**

*Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |

<u>**NOTICE OF PRESENTMENT OF ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**</u>

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated

estate of Bernard L. Madoff, by the Trustee's undersigned counsel, will present the Order

Granting Motion To Withdraw As Attorney Of Record and Request To Be Removed From

Electronic Notice and Service Lists, a copy of which is annexed hereto as <u>Exhibit A</u> (the

"Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature

on **May 20, 2019 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order

("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy

Procedure, Local Bankruptcy Rules, and General Orders; (iii) specify the name of the objecting

party and state with specificity the basis of the objection(s) and the specific grounds therefore;

(iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy

Court for the Southern District of New York, with a proof of service, and a courtesy copy

delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green,

New York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the

Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and

(b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington,

DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **May 20, 2019 at**

**11:30 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely

served and filed, the parties will contact the Courtroom Deputy for a hearing date and the

moving party will notify other parties entitled to receive notice. The moving and objecting

parties are required to attend the hearing, and failure to attend in person or by counsel may result

in the relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE,** that the ECF docket number to which the filing

relates shall be included in the upper right hand corner of the caption of all objections.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed

the proposed Order may be signed without a hearing.

Dated: New York, New York
      May 8, 2019

By: */s/ Lauren M. Hilsheimer*　　　　　
(Admitted *Pro Hac Vice*)
**BAKER & HOSTETLER LLP**
200 Civic Center Drive, Suite 1200
Columbus, Ohio  43215-4138
Telephone:  (614) 228-1541
Facsimile:   (614) 462-2616
Lauren M. Hilsheimer
Email:  lhilsheimer@bakerlaw.com

*Attorney for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND**
**REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LISTS**

Upon the Motion to Withdraw as Attorney of Record and Request to be Removed from Electronic Notice and Service Lists by Lauren M. Hilsheimer, of the law firm Baker & Hostetler LLP, and for good cause shown therein, it is hereby,

**ORDERED**, that Ms. Hilsheimer is withdrawn as attorney of record for the plaintiff, Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, in the above captioned adversary proceeding (Adv. Pro. No. 08-01789), and it is further,

**ORDERED**, that Ms. Hilsheimer be removed from the Court's CM/ECF electronic notice and service lists for the above-captioned adversary proceeding (Adv. Pro. No. 08-01789).

Dated:
_____, 2019


_____
Honorable Stuart M. Bernstein
United States Bankruptcy Judge