| | |
|---|---|
| **Baker & Hostetler LLP** | Hearing Date: June 26, 2019 |
| 45 Rockefeller Plaza | Hearing Time: 10:00 a.m. (EST) |
| New York, New York 10111 | Objections Due: June 12, 2019 |
| Telephone: (212) 589-4200 | Objection Time: 4:00 p.m. (EST) |
| Facsimile: (212) 589-4201 | |
| David J. Sheehan | |
| Nicholas J. Cremona | |
| Jorian L. Rose | |
| Amy E. Vanderwal | |
| Jason I. Blanchard | |

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON MOTION OF ALAN AND ANDREW MELTON TO VACATE THE ORDER GRANTING THE TRUSTEE'S THIRTIETH OMNIBUS MOTION TO DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY, SOLELY WITH RESPECT TO THE <u>DIANA MELTON TRUST</u>**

**PLEASE TAKE NOTICE** that on April 30, 2019, Alan and Andrew Melton filed an email with the Court (ECF No. 18709) regarding the *Order Granting the Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net*

*Equity* (ECF No. 18708) (the "Order"). On April 30, 2019, the Court entered a *Memorandum Endorsement and Order* (ECF No. 18710), stating that the Court will treat Alan and Andrew Melton's email as a motion to vacate the Order (the "Motion to Vacate"), to the extent the Order overrules the objection by the Diana Melton Trust to the Trustee's determination of its net equity claim. The Motion will be heard before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in room 723 of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **June 26, 2019 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** that the Trustee may file an objection to the Motion with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than **4:00 p.m., on June 12, 2019** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein), which must be served upon Andrew and Alan Melton.

**PLEASE TAKE FURTHER NOTICE** that the moving and objecting parties are required to attend the Hearing, and failure to attend may result in relief being granted or denied upon default.

| | |
|---|---|
| Dated: May 13, 2019<br>New York, New York | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Amy E. Vanderwal<br>Email: avanderwal@bakerlaw.com<br>Jason I. Blanchard<br>Email: jblanchard@bakerlaw.com<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the*<br>*Substantively Consolidated SIPA Liquidation*<br>*of Bernard L. Madoff Investment Securities LLC*<br>*and the chapter 7 estate of Bernard L. Madoff* |