**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )  ss:
COUNTY OF DALLAS        )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 13, 2019 I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Notice Of Hearing On Motion Of Alan And Andrew Melton To Vacate The Order Granting The Trustee's Thirtieth Omnibus Motion To Disallow Claims And Overrule Objections Of Claimants Who Have No Net Equity, Solely With Respect To The Diana Melton Trust (Docket Number 18743)

Executed on May 13, 2019

_____
Tassie Powers Barr

Sworn to and subscribed before me this _13_ day of _May_, 2019

SUSAN CROUCH WEAVER
Notary ID #408918
My Commission Expires
April 18, 2023

(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A
May 13, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |