Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Lead Case No. 08-99000-smb

 4   Case No. 08-01789-smb

 5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 6   In the Matter of:

 7   SECURITIES INVESTOR PROTECTION CORPORATION,

 8              Plaintiff,

 9         v.

10   BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, et al.,

11              Defendants.

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13   Case No. 10-04468-smb

14   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

15   In the Matter of:

16   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

17   MADOFF INVESTMENT SECURITIES LLC,

18              Plaintiff,

19         v.

20   KEN-WEN FAMILY LIMITED PARTNERSHIP,

21              Defendants.

22   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

23

24

25

1            United States Bankruptcy Court

2            One Bowling Green

3            New York, NY   10004

4

5            August 29, 2018

6            10:06 AM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21    B E F O R E :

22    HON STUART M. BERNSTEIN

23    U.S. BANKRUPTCY JUDGE

24

25    ECRO: SHEA

1    HEARING re Twenty-Seventh Application Of Trustee And Baker &

2    Hostetler LLP For Allowance Of Interim Compensation For

3    Services Rendered And Reimbursement Of Actual And Necessary

4    Expenses Incurred From December 1, 2017 Through March 31,

5    2018

6

7    HEARING re Application Of Schiltz & Schiltz As Special

8    Counsel To The Trustee For Allowance Of Interim Compensation

9    For Services Rendered And Reimbursement Of Expenses Incurred

10   From December 1, 2017 Through March 31, 2018 And For Release

11   Of A Portion Of Fees Held Back

12

13   HEARING re Application Of Higgs & Johnson (Formerly Higgs

14   Johnson Truman Bodden & Co) As Special Counsel To The

15   Trustee For Allowance Of Interim Compensation For Services

16   Rendered And Reimbursement Of Expenses Incurred From

17   December 1, 2017 Through March 31, 2018 And For Release Of A

18   Portion Of Fees Held Back

19

20   HEARING re Twenty-Sixth Application of Windels Marx Lane &

21   Mittendorf, LLP for Allowance of Interim Compensation for

22   Services Rendered and Reimbursement of Actual and Necessary

23   Expenses Incurred From December 1, 2017 Through March 31,

24   2018 and Request for Partial Release of Holdback

25

1   HEARING re Application Of Soroker Agmon Nordman As Special

2   Counsel To The Trustee For Allowance Of Interim Compensation

3   For Services Rendered And Reimbursement 0f Expenses Incurred

4   From December 1, 2017 Through March 31, 2018 And For Release

5   Of A Portion Of Fees Held Back

6

7   HEARING re Application Of Graf & Pitkowitz Rechtsnwalte Gmbh

8   As Special Counsel To The Trustee For Allowance Of Interim

9   Compensation For Services Rendered And Reimbursement Of

10   Expenses Incurred From December 1, 2017 Through March 31,

11   2018 And For Release Of A Portion Of Fees Held Back

12

13   HEARING re Application Of SCA Creque As Special Counsel To

14   The Trustee For Allowance Of Interim Compensation For

15   Services Rendered From December 1, 2017 Through March 31,

16   2018 And For Release Of A Portion Of Fees Held Back

17

18   HEARING re Application Of Young Conaway Stargatt & Taylor,

19   LLP As Special Counsel To The Trustee For Allowance 0f

20   Interim Compensation For Services Rendered And Reimbursement

21   Of Actual And Necessary Expenses Incurred From December 1,

22   2017 Through March 31, 2018 And For Release Of A Portion Of

23   Fees Previously Held Back

24

25

1    HEARING re Application Of Williams, Barristers & Attorneys

2    As Special Counsel To The Trustee For Allowance Of Interim

3    Compensation For Services Rendered From December 1, 2017

4    Through March 31, 2018 And For Release Of A Portion Of Fees

5    Held Back

6

7    HEARING re Application Of UGGC & Associes As Special Counsel

8    To The Trustee For Allowance Of Interim Compensation For

9    Services Rendered From December 1, 2017 Through March 31,

10   2018 And For Release Of A Portion Of Fees Held Back

11

12   HEARING re Application Of Browne Jacobson, LLP As Special

13   Counsel To The Trustee For Allowance Of Interim Compensation

14   For Services Rendered And Reimbursement Of Actual And

15   Necessary Expenses Incurred From December 1, 2017 Through

16   March 31, 2018 And For Release Of A Portion Of Fees Held

17   Back

18

19   HEARING re Application Of Eugene F. Collins As Special

20   Counsel To The Trustee For Allowance Of Interim Compensation

21   For Services Rendered From December 1, 2017 Through March

22   31, 2018 And For Release Of A Portion Of Fees Held Back

23

24

25

1   HEARING re Application Of Ritter Schierscher Rechtsanwalte

2   As Special Counsel To The Trustee For Allowance Of Interim

3   Compensation For Services Rendered From December 1, 2017

4   Through March 31, 2018 And For Release Of A Portion Of Fees

5   Held Back

6

7   HEARING re Application Of Robbins, Russell, Englert, Orseck,

8   Untereiner & Sauber LLP As Special Counsel To The Trustee

9   For Allowance Of Interim Compensation For Services Rendered

10  From December 1, 2017 Through March 31, 2018 And For Release

11  Of A Portion Of Fees Held Back

12

13  HEARING re Application Of The Scaletta Law Firm, PLLC As

14  Special Counsel To The Trustee For Allowance Of Interim

15  Compensation For Services Rendered From December 1, 2017

16  Through March 31, 2018 And For Release Of A Portion Of Fees

17  Held Back

18

19  HEARING re Application for Interim Professional Compensation

20  / Spaulding & Landreth, PC As Special Counsel To The Trustee

21  For A Release Of A Portion Of Fees Previously Held For The

22  Prior Compensation Periods

23

24

25

1    HEARING re Application Of Bedell Cristin Guernsey

2    Partnership As Special Counsel To The Trustee For A

3    Release Of A Portion Of Fees Previously Held For The Prior

4    Compensation Periods

5

6    HEARING re Application Of Munari Giudici Maniglio Panfili e

7    Associati As Special Counsel To The Trustee For A Release Of

8    A Portion Of Fees Previously Held For The Prior Compensation

9    Periods

10

11   HEARING re Application Of Cochran Allan As Special Counsel

12   To The Trustee For A Release Of A Portion Of Fees Previously

13   Held For The Prior Compensation Periods

14

15   HEARING re Application Of Kelley, Wolter & Scott,

16   Professional Association As Special Counsel To The Trustee

17   For A Release Of A Portion Of Fees Previously Held For The

18   Prior Compensation Periods

19

20   HEARING re Application Of Kugler Kandestin, LLP As Special

21   Counsel To The Trustee For A Release Of A Portion Of Fees

22   Previously Held For The Prior Compensation Periods

23

24

25

1    HEARING re Application Of Werder Vigano As Special Counsel

2    To The Trustee For A Release Of A Portion Of Fees Previously

3    Held For The Prior Compensation Periods

4

5    HEARING re 10-04468-smb Telephonic Conference re Letter of

6    Young Conway Stargatt & Taylor, LLP, dated July 12, 2018

7    (ECF Adv. Proc. Doc. # 106)

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER

 4        Attorneys for BLMIS Trustee

 5        45 Rockefeller Plaza

 6        New York, NY 10111

 7

 8   BY:  NICHOLAS J. CREMONA

 9        IRVING H. PICARD

10

11   SECURITIES INVESTOR PROTECTION CORPORATION

12        1667 K Street, N.W.

13        Suite 1000

14        Washington, DC 20006

15

16   BY:  KEVIN H. BELL

17

18   YOUNG, CONAWAY, STARGATT & TAYLOR, LLP

19        Attorneys for the Irving H. Piccard, Trustee

20

21   BY:  MATTHEW LUNN (TELEPHONICALLY)

22        MICHAEL MILBURG (TELEPHONICALLY)

23

24

25
```

1   LAW OFFICE OF MARK S. ROHER, P.A.

2        Attorneys for Ken-Wen Family Limited

3        150 S. Pine Island Road, Suite 300

4        Plantation, FL 33324

5

6   BY:  MARK S. ROHER (TELEPHONICALLY)

7

8   ALSO PRESENT TELEPHONICALLY:

9

10  PATRICK MOHAN

11  DAVID J. SHEEHAN

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 11

```
1                    P R O C E E D I N G S

2            THE COURT:  Please be seated.  Madoff.

3            MR. CREMONA:  Good morning, Your Honor.

4            THE COURT:  Good morning.  Nicholas Cremona of

5    Baker & Hostetler appearing on behalf of the Trustee.

6            We're here this morning, Your Honor, on the return

7    date for the 27th application for interim compensation for

8    the Trustee and his counsel and all related professionals

9    that have assisted the Trustee in this enormous effort in

10   this liquidation, both domestically and internationally

11   during the period of December 2017 and March 2018.

12           I know Your Honor is aware of the significant

13   activity that has occurred during this interim period.  Some

14   of the work was done during this period that led to

15   successes outside this period.  And if Your Honor would

16   allow me, I will just go over it, at a high level, some of

17   those successes and the events that have taken a significant

18   amount of our time during the period.

19           For example, the Trustee reached a settlement, as

20   I know Your Honor is aware, with -- in the Merkin case with

21   Ascot Partners, Ezra Merkin and some related entities.  That

22   settlement resulted in a $280 million contribution to the

23   fund of customer property, which inures directly to the

24   benefit of the net loser victims that have claims in this

25   case.
```

1          During the period the Trustee and his counsel

2     litigated extensively, filed motions in limine that Your

3     Honor decided, in contemplation of a trial that was supposed

4     to occur in June of 2018.  We also participated, before Your

5     Honor, on settlement conferences that led to the settlement

6     I mentioned.

7          An additional matter that took up a significant

8     amount of our time during the period is the Kingate matter,

9     where the Trustee is seeking to recover -- to avoid to

10    recover over $926 million.  The Trustee is continuing to

11    work on discovery, both domestically and abroad.  I know

12    Your Honor is aware of the -- has issued letters permitting

13    discovery in foreign courts such as Bermuda and the UK, that

14    continues to be a significant undertaking.  And just to

15    bring the Court up-to-date, the Trustee continues to conduct

16    depositions abroad and has done several over the last month.

17         Next, Your Honor, we have, as I know you're aware,

18    significantly litigated and resolved several of the good

19    faith, or as we refer to them "the innocent investor

20    avoidance actions."  At the beginning of the interim period

21    at issue we had 209 cases pending, during the period we

22    resolved approximately 30, to bring that progress up-to-date

23    as we stand here today, we have approximately 151 cases left

24    at issue, and then we continue to resolve and settle cases

25    through mediation and otherwise on a weekly basis.

1          And just to bring Your Honor up-to-date, we were -

2    - we are mindful of the guidance we received last month as

3    to a motion and to bringing cases forward.  We have several

4    cases that are trial ready, which we will bring to the Court

5    in the near term, and we are evaluating a motion and the

6    procedural posture of the remaining cases to determine

7    whether to seek additional or limited additional discovery

8    on the balance of the cases.

9          Next, Your Honor, we have spent a considerable

10   amount of time on the extraterritoriality appeal.  Several

11   briefs were filed during the interim period.  To bring the

12   Court up-to-date, as of right now the matter is fully

13   briefed and pending before the circuit.  The clerk of the

14   court has reached out to the parties to determine whether

15   oral argument in November would be acceptable -- or --

16          THE COURT:  Convenient.

17          MR. CREMONA:  What's that?  Convenient to the

18   parties.  That has yet to be scheduled, but we fully expect

19   to have argument by year end.

20          Another matter I know Your Honor is intimately

21   familiar with, we had the profit withdrawal trial and that

22   was before the Court, significant briefing and a trial

23   actually occurred in January, and post-trial briefs were

24   completed in March.  And just to bring the Court up-to-date,

25   to the extent you're not already aware, after Your Honor

1   decided in the Trustee's favor, that matter was appealed and

2   has now been assigned to Judge Engelmayer.  And we will be

3   filing out designation --

4           THE COURT:  He's becoming very familiar with these

5   cases.

6           MR. CREMONA:  Yes.  And so some of those positive

7   and successful recoveries have led to significant successes

8   by the Trustee and as a result of his overall efforts, which

9   go well beyond those which we've highlighted here today, the

10  Trustee has been able to recover $13.28 billion for the fund

11  of customer property, which represents approximately 75

12  percent of the $17.5 billion lost by those victims of the

13  Ponzi Scheme that filed claims.  And as a result, after

14  accounting for adequate reserves for issues that have yet to

15  be resolved by final order, the Trustee has been able to

16  distribute $11.9 billion to the victims, and that represents

17  63.9 cents on the dollar of each allowed claim.

18          And just to highlight a few of the firm that, in

19  addition to Baker Hostetler and Windels, that have expended

20  significant time during this period, just for Your Honor's

21  benefit, happen to be international firms.  We had the

22  Soroker Agmon Nordman firm, which is assisting the Trustee

23  in Israel in prosecuting two actions there, and they relate

24  to the magnified defendants as I know Your Honor is

25  familiar, as you issued a decision in the last year on

1    denying the Defendant's motion to dismiss.

2            We also had the Williams Barrister firm that is

3    assisting the Trustee in Bermuda in monitoring third party

4    actions there and prosecuting claims.

5            Lastly, we have -- or in addition we have the

6    Browne Jacobson firm that is assisting in the UK,

7    particularly on the Kingate matter and assisting with

8    discovery and monitoring actions there, as well as in the

9    BVI.

10           Lastly, Your Honor, I'd mention our co-counsel,

11   the Windels Marks firm, who in addition to being conflicts

12   counsel here has been integrally involved in the ET appeal

13   and other matters and has been invaluable to -- in assisting

14   us.

15           There's one minor issue I would point out for the

16   Court with respect to the Windels fee application.  We

17   noticed a discrepancy in the application that we wanted to

18   point out.  Ultimately I think it's a clerical error that

19   doesn't have any impact, but we, again, wanted to point it

20   out.  Throughout the application, the amount of the total

21   compensation during the period was incorrectly listed at

22   $1,590,899.58.  It should have been listed at $1,954,132.

23           But I would point out that at various places in

24   the application it was correct.  It was correct in the

25   exhibit, but more important than that, in the -- in all

Page 16

1   places, in the application and the notice that went to all

2   parties, the amount of -- the 80 percent amount, which is

3   the amount that we're seeking approval of and payment here

4   today, was correct in all places.  So as you'll see, Your

5   Honor, $1,563,305.60 is listed everywhere that we're asking

6   for payment of the 80 percent, and that is 80 percent of the

7   $1.9 million amount.

8           So we point this out because it is a clerical

9   error and we wanted the Court to be aware, but we'll correct

10  it going forward.  But I will would say that it -- there was

11  no objection, the correct amount was noticed to all parties,

12  and SIPC approved the amount as listed.

13          THE COURT:  I was going to ask if SIPC was aware

14  of its clerical error.

15          MR. BELL:  Your Honor, we have the correct amount

16  that's in Exhibit B and we also have the correct 80 percent

17  amount because we monitor every penny.

18          THE COURT:  Okay.  Thank you.

19          MR. CREMONA:  So Your Honor, absent any further

20  questions, given the progress and success during the interim

21  compensation period and the efforts expended, I would

22  respectfully request that the applications be allowed.

23          THE COURT:  Thank you.  Mr. Bell?  You're going to

24  give me the count, right?

25          MR. BELL:  Your Honor, I stand under what you

Page 17

1    asked last December, today is day 3,549.  And in light of

2    your request last December, it is 85,176 hours at the

3    current dock.  I do have the minutes and seconds, if you

4    want me to go that far.

5            THE COURT:  Well, they're going faster so we'll

6    never get out of here.

7            MR. BELL:  Well, we're there, and in light of your

8    hearing on -- last month, on July 25th, and Mr. Cremona's

9    comments, it looks like we'll be having a very active docket

10   on these innocent investor cases.  So that should be moving

11   us forward.

12           And as Mr. Cremona noted, and you and I have had

13   this dialogue before, there are possibilities that at some

14   point in time the SIPC recommendation will be a

15   recommendation and not under the statute, as we get closer.

16   Mr. Cremona's noted 75 percent and there are significant

17   matters that are going into mediation with the mediator

18   being a former bankruptcy judge on this bench.  So you know,

19   that could, within the next year, cause that number to jump

20   tremendously higher.

21           But I would note, as I always do for the record,

22   that we deal with the SIPC statute here with various

23   sections and the standard is set forth in -- this is a no

24   asset case at this point in time, because we're still below

25   the 100 percent, and at this point in time we do not see any

Page 18

1    reasonable expectation, other than in the wishes and desires

2    and intention of the statute, that we could get above 100

3    percent.  What occurs during either the week of November

4    13th and the argument could have a major effect, a circuit

5    decision on extraterritoriality comity could have a

6    significant effect.  Judge Engelmayer's decision, it was

7    argued yesterday, and there was a discussion regarding

8    prejudgment interest at the tail end and who does that,

9    whether it comes back for an R&R here or whether he does

10   that was the last matter discussed after the argument.  So

11   we'll see what he does.  And there was mention, and he asked

12   the question, and it was noted that Andrew Cohen was tried

13   and Judge Swain accepted the R&R and issued an order

14   accepting that.  So I think that there is movement forward

15   that could move us forward with regard to that.

16          And when Mr. Cremona said 151 cases, I would note

17   to the Court, that there are 105 adversary proceedings that

18   made objections to what I call the omnibus proof of the

19   Ponzi motion, which leaves a number of 46.  There are nine

20   to ten of those matters where there's a settlement in

21   principle, so you have 35 or so adversary proceedings that

22   are active.  There are a number of those that are coming up

23   for mediation in the period of time, so as we move forward,

24   and Your Honor was, I think, very clear, on July 25th in

25   your instructions and putting the OPAC motion sine die that

1    we'll see movement.  And movement means that there will be

2    more possibilities of raising that 75 percent number to the

3    statute ideal of getting back all the innocent victims who

4    have not received a hundred percent, that which is always

5    the goal here in this case.

6            With regard to Windels, in the SIPC recommendation

7    we have the number.  The correct number is at page 17,

8    paragraph 21 for the Court's reference, in the text.  It's

9    also in Exhibit B of the attachment.  So if you look at page

10   17, top line of paragraph 21 on that page, you will see the

11   correct number which is the number we used.  It's incorrect

12   in the beginning and in the wherefore, but it's correct

13   there and it's correct in Exhibit B, and we used that

14   because it reconciles with the number we have in our monthly

15   oversight of all time spent in this case.

16           As I said before, SIPC reviews, I review each and

17   every entry of each and every invoice of all 22 counsel

18   here, and then that's -- that review is reviewed by the

19   general counsel and the SIPC makes -- takes a position.  So

20   we monitor this case almost on a daily, if not hourly, basis

21   as to where it's going and the time records help us to

22   understand where this case is.

23           Based on that, we would ask the Court, based on

24   your recommendations, to approve all these fee applications.

25   Does the Court have any questions?

1          THE COURT:  No.  Does anyone else want to be heard

2    in connection with the fee applications?  Hearing no

3    response, I'll approve the fee applications.  In light of

4    what appears to be the likelihood that the customer estate

5    will be insolvent in the sense of customers will not receive

6    -- or net losers will not receive 100 percent, SIPC's

7    recommendation and statute mandate.  So you can submit an

8    order.  Thank you.

9          MR. CREMONA:  Thank you, Your Honor.

10          THE COURT:  You have one other matter before you

11    go.  That's the -- well, this is with Young Conaway, I

12    guess.

13          This is the Ken-Wen matter.  Parties on the phone?

14          MR. NEIBURG:  Good morning, Your Honor.  This is

15    Michael Neiburg from Young Conaway Stargatt & Taylor on

16    behalf of Irving Picard as Trustee, Claimant in the Ken-Wen

17    adversary.

18          THE COURT:  All right.  Mr. Roher, are you on the

19    phone?

20          COURTROOM OPERATOR:  Your Honor, there was no

21    check in from Attorney Mark S. Roher.

22          THE COURT:  Um hmm. He's not on the phone?

23          COURTROOM OPERATOR:  No, Your Honor, he's not.

24    You stated Mark S. R-O-H-E-R?

25          THE COURT:  Yes.

1          COURTROOM OPERATOR:  Yes.  No, sir, he's not on

2    line at this time.  And he did not check in this morning at

3    all.

4          THE COURT:  All right. Why don't you inform Mr.

5    Roher I'm going to deny his motion without prejudice.  He

6    didn't submit a memorandum of law and he raises a

7    significant legal issue, that is whether the -- his

8    liability as a general partner arises when the fraudulent

9    transfer occurs or when a judgment is entered and he

10   contends he's no longer a partner at that point.

11         So I'll deny his motion without prejudice based

12   upon his failure to submit a memorandum of law as required

13   by the local rules and based upon his failure to attend this

14   telephonic conference.  You can submit an order.

15         MR. NEIBURG:  Thank you, Your Honor.

16         THE COURT:  All right.

17      (Court attends other matters)

18         COURTROOM OPERATOR:  We just had a check-in at

19   10:26 for Mark Roher.  He is on line now.  Would you care

20   for his line to be opened in the matter of Irving Picard

21   Trust versus Ken-Wen Family --

22         THE COURT:  Is Mr. -- well, is the representative

23   of Young Conaway still on the phone?

24         MR. NEIBURG:  I am, Your Honor. I'm glad I stayed

25   here.

1            THE COURT:  All right.  Let me hear this.

2            COURTROOM OPERATOR:  Your Honor, I have a question

3    as well?

4            THE COURT:  Yeah.

5            COURTROOM OPERATOR:  Are these two cases are they

6    related, the Securities Investment Protection Corporation

7    and the Ken-Wen Family case?

8            THE COURT:  They are related in the sense that the

9    Securities Protection case is the umbrella Madoff case and

10   these are all adversary proceedings within that larger case.

11           COURTROOM OPERATOR:  Yes, Your Honor.  Okay.

12   Well, Mark's line is open at this time along with Matthew

13   substitute Michael.

14           THE COURT:  All right.  Mr. Roher?

15           MR. ROHER:  Yes, Your Honor. Mark Roher, R-O-H-E-

16   R, on behalf of Defendant Kenneth W. Brown.  I apologize for

17   the confusion, Your Honor.  I had some issues connecting.  I

18   really do apologize for any inconvenience.

19           THE COURT:  Well, what I said before you got on

20   the phone was I was inclined or actually I did deny your

21   motion without prejudice because you haven't submitted a

22   memorandum of law and you've raised a significant legal

23   issue, that is a partner -- is the liability of  a partner

24   determined at the time of the fraudulent transfer or is it

25   determined at the time of judgment is entered avoiding that

Page 23

1    transfer.

2            MR. ROHER:  Okay.  Would you like me to submit --

3    what would you like me to do, Your Honor?  I mean, I'm not

4    going to -- if that's what -- if you've ruled that way, I'm

5    not going to obviously --

6            THE COURT:  Yeah, in addition -- look, in addition

7    you've submitted matters outside the pleadings and this is a

8    motion to dismiss, so I can't consider those matters.  The

9    allegations in the complaint are that Mr. Brown was a

10   partner and you know, that's a legal sufficient allegation,

11   it's an allegation of fact.  So I can't consider --

12           MR. ROHER:  I understand, Judge.

13           THE COURT:  -- the exhibits you gave me, or Ms.

14   Brown's affidavit.  And frankly, all they say is that he

15   wasn't a partner in 2011, all of the transfers were before

16   then.  What do you want to do with your motion?  Do you want

17   the Trustee to respond to your motion?  Because I'm probably

18   not going to grant it because of these insufficiencies?

19           MR. ROHER:  Well, that's fine, Judge.  I  accept

20   your ruling.

21           THE COURT:  Why don't you do --?  Can I make a

22   suggestion?

23           MR. ROHER:  Of course.

24           THE COURT:  Withdraw your motion without

25   prejudice.  If you want to make a motion based on the issue

Page 24

1    I've identified, or any other issue that you think is

2    relevant, in connection with a motion to dismiss under

3    12(b)(6) you can certainly do that.  But don't provide me

4    with affidavits and witnesses about whether Mr. Brown was or

5    was not a partner because the complaint alleges that he was

6    or you can make a motion for Summary Judgment and raise the

7    same issues and then you can submit materials outside the

8    pleadings.

9         MR. ROHER:  Okay.  I understand, judge.  What

10   exactly is your ruling, just so I understand?

11        THE COURT:  Well, if you want the trustee to

12   respond to your motion, I'll set a schedule, but I'm

13   probably going to deny your motion for the reasons stated.

14   Rather than --

15        MR. ROHER:  I don't want -- sorry.

16        THE COURT:  Rather than go through that exercise,

17   I'm suggesting you withdraw your motion and if you think you

18   have a legal basis to make the motion on the theory that --

19   well, I'm not even sure you could prevail.  You said he's

20   not now a partner since the complaint alleges he is a

21   partner.  Maybe you ought to think about making a motion for

22   Summary Judgment provided on the legal issue that you're

23   right that there's no liability until the judgment of

24   avoidance is entered, and since he's not a partner at that

25   point, he's not liable.

1          MR. ROHER:  I understand, judge.  Do you think it

2   -- just for -- and I don't want to make the trustee expend

3   funds on this matter.  I'm not trying to do that, Your

4   Honor.  I'm not trying to play games or anything, so I'm

5   going to going to require or ask that the Court do that.

6          Maybe the easiest way is just for the motion to be

7   -- well, I can withdraw the motion, but I guess the issue is

8   can I have 30 days to file an answer?

9          THE COURT:  Let me ask.  Mr. Lundy, do you have

10  any objection to the withdrawal of the motion without

11  prejudice.

12          MR. NEIBURG:  Your Honor, it's Michael Neiburg.  I

13  substitute for Mr. Lunn.

14          THE COURT:  Okay.

15          MR. NEIBURG:  Now, I think a denial, withdraw

16  without prejudice and giving the defendant 30 days to either

17  answer the complaint or to refile whatever motion defendant

18  deems sufficient would be fine with the trustee, Your Honor.

19          THE COURT:  Okay, thank you.  Mr. Roher, here is

20  what I want you to do, submit an order to me, a post-order

21  with a copy to Mr. Neiburg which deems the motion withdrawn

22  and gives you 30 days from today to file an answer or make a

23  motion with respect to the complaint.  Okay?

24          MR. ROHER:  Thank you.

25          THE COURT:  All right.  Thank you, gentlemen.

Page 26

1           MR. ROHER:  Thank you for letting me appear by

2      phone, judge.  I appreciate it and I apologize for --

3           THE COURT:  All right.  It's probably hotter up

4      here than it is down there.

5           MR. ROHER:  Yes, possibly.  It may not rain as

6      much up there as it does down here.

7           THE COURT:  Okay.  Thank you.

8           MR. ROHER:  Anyway, thank you again.  I really

9      appreciate it, judge.  Thank you.

10          (Whereupon these proceedings were concluded at

11     10:43 AM)

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5    Sonya Ledanski

6    Hyde

7

Digitally signed by Sonya Ledanski Hyde
DN: cn=Sonya Ledanski Hyde, o, ou,
email=digital@veritext.com, c=US
Date: 2019.04.22 12:46:07 -04'00'

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  August 30, 2018

| & | 2 | 8 | 6:2,9,14 |
|---|---|---|---|
| **&**  3:1,7,13,14,20 | **20006**  9:14 | **80**  16:2,6,6,16 | **allowed**  14:17 |
| 4:7,18 5:1,7 6:8 | **2011**  23:15 | **85,176**  17:2 | 16:22 |
| 6:20 7:15 8:6 9:18 | **2017**  3:4,10,17,23 | **9** | **amount**  11:18 |
| 11:5 20:15 | 4:4,10,15,22 5:3,9 | **926**  12:10 | 12:8 13:10 15:20 |
| **0** | 5:15,21 6:3,10,15 | **a** | 16:2,2,3,7,11,12 |
| **08-01789**  1:4 | 11:11 | **able**  14:10,15 | 16:15,17 |
| **08-99000**  1:3 | **2018**  2:5 3:5,10,17 | **abroad**  12:11,16 | **andrew**  18:12 |
| **0f**  4:3,19 | 3:24 4:4,11,16,22 | **absent**  16:19 | **answer**  25:8,17,22 |
| **1** | 5:4,10,16,22 6:4 | **accept**  23:19 | **anyway**  26:8 |
| **1**  3:4,10,17,23 4:4 | 6:10,16 8:6 11:11 | **acceptable**  13:15 | **apologize**  22:16 |
| 4:10,15,21 5:3,9 | 12:4 27:25 | **accepted**  18:13 | 22:18 26:2 |
| 5:15,21 6:3,10,15 | **209**  12:21 | **accepting**  18:14 | **appeal**  13:10 |
| **1,563,305.60**  16:5 | **21**  19:8,10 | **accounting**  14:14 | 15:12 |
| **1,590,899.58.** | **22**  19:17 | **accurate**  27:4 | **appealed**  14:1 |
| 15:22 | **25th**  17:8 18:24 | **actions**  12:20 | **appear**  26:1 |
| **1,954,132**  15:22 | **27th**  11:7 | 14:23 15:4,8 | **appearing**  11:5 |
| **1.9**  16:7 | **280**  11:22 | **active**  17:9 18:22 | **appears**  20:4 |
| **10-04468**  1:13 8:5 | **29**  2:5 | **activity**  11:13 | **application**  3:1,7 |
| **100**  17:25 18:2 | **3** | **actual**  3:3,22 4:21 | 3:13,20 4:1,7,13 |
| 20:6 | **3,549**  17:1 | 5:14 | 4:18 5:1,7,12,19 |
| **1000**  9:13 | **30**  12:22 25:8,16 | **addition**  14:19 | 6:1,7,13,19 7:1,6 |
| **10004**  2:3 | 25:22 27:25 | 15:5,11 23:6,6 | 7:11,15,20 8:1 |
| **10111**  9:6 | **300**  10:3 27:22 | **additional**  12:7 | 11:7 15:16,17,20 |
| **105**  18:17 | **31**  3:4,10,17,23 | 13:7,7 | 15:24 16:1 |
| **106**  8:7 | 4:4,10,15,22 5:4,9 | **adequate**  14:14 | **applications** |
| **10:06**  2:6 | 5:16,22 6:4,10,16 | **adv**  8:7 | 16:22 19:24 20:2 |
| **10:26**  21:19 | **330**  27:21 | **adversary**  18:17 | 20:3 |
| **10:43**  26:11 | **33324**  10:4 | 18:21 20:17 22:10 | **appreciate**  26:2,9 |
| **11.9**  14:16 | **35**  18:21 | **affidavit**  23:14 | **approval**  16:3 |
| **11501**  27:23 | **4** | **affidavits**  24:4 | **approve**  19:24 |
| **12**  8:6 24:3 | **45**  9:5 | **agmon**  4:1 14:22 | 20:3 |
| **13.28**  14:10 | **46**  18:19 | **al**  1:10 | **approved**  16:12 |
| **13th**  18:4 | **6** | **allan**  7:11 | **approximately** |
| **150**  10:3 | **6**  24:3 | **allegation**  23:10 | 12:22,23 14:11 |
| **151**  12:23 18:16 | **63.9**  14:17 | 23:11 | **argued**  18:7 |
| **1667**  9:12 | **7** | **allegations**  23:9 | **argument**  13:15 |
| **17**  19:7,10 | **75**  14:11 17:16 | **alleges**  24:5,20 | 13:19 18:4,10 |
| **17.5**  14:12 | 19:2 | **allow**  11:16 | **arises**  21:8 |
| | | **allowance**  3:2,8 | **ascot**  11:21 |
| | | 3:15,21 4:2,8,14 | **asked**  17:1 18:11 |
| | | 4:19 5:2,8,13,20 | **asking**  16:5 |

**asset** 17:24
**assigned** 14:2
**assisted** 11:9
**assisting** 14:22
  15:3,6,7,13
**associati** 7:7
**association** 7:16
**associes** 5:7
**attachment** 19:9
**attend** 21:13
**attends** 21:17
**attorney** 20:21
**attorneys** 5:1 9:4
  9:19 10:2
**august** 2:5 27:25
**avoid** 12:9
**avoidance** 12:20
  24:24
**avoiding** 22:25
**aware** 11:12,20
  12:12,17 13:25
  16:9,13

**b**

**b** 2:21 16:16 19:9
  19:13 24:3
**back** 3:11,18 4:5
  4:11,16,23 5:5,10
  5:17,22 6:5,11,17
  18:9 19:3
**baker** 3:1 9:3 11:5
  14:19
**balance** 13:8
**bankruptcy** 1:1
  2:1,23 17:18
**barrister** 15:2
**barristers** 5:1
**based** 19:23,23
  21:11,13 23:25
**basis** 12:25 19:20
  24:18
**becoming** 14:4
**bedell** 7:1

**beginning** 12:20
  19:12
**behalf** 11:5 20:16
  22:16
**bell** 9:16 16:15,23
  16:25 17:7
**bench** 17:18
**benefit** 11:24
  14:21
**bermuda** 12:13
  15:3
**bernard** 1:10,16
**bernstein** 2:22
**beyond** 14:9
**billion** 14:10,12
  14:16
**blmis** 9:4
**bodden** 3:14
**bowling** 2:2
**briefed** 13:13
**briefing** 13:22
**briefs** 13:11,23
**bring** 12:15,22
  13:1,4,11,24
**bringing** 13:3
**brown** 22:16 23:9
  24:4
**brown's** 23:14
**browne** 5:12 15:6
**bvi** 15:9

**c**

**c** 9:1 11:1 27:1,1
**call** 18:18
**care** 21:19
**case** 1:3,4,13
  11:20,25 17:24
  19:5,15,20,22
  22:7,9,9,10
**cases** 12:21,23,24
  13:3,4,6,8 14:5
  17:10 18:16 22:5
**cause** 17:19

**cents** 14:17
**certainly** 24:3
**certified** 27:3
**check** 20:21 21:2
  21:18
**circuit** 13:13 18:4
**claim** 14:17
**claimant** 20:16
**claims** 11:24
  14:13 15:4
**clear** 18:24
**clerical** 15:18
  16:8,14
**clerk** 13:13
**closer** 17:15
**cochran** 7:11
**cohen** 18:12
**collins** 5:19
**comes** 18:9
**coming** 18:22
**comity** 18:5
**comments** 17:9
**compensation** 3:2
  3:8,15,21 4:2,9,14
  4:20 5:3,8,13,20
  6:3,9,15,19,22 7:4
  7:8,13,18,22 8:3
  11:7 15:21 16:21
**complaint** 23:9
  24:5,20 25:17,23
**completed** 13:24
**conaway** 4:18
  9:18 20:11,15
  21:23
**concluded** 26:10
**conduct** 12:15
**conference** 8:5
  21:14
**conferences** 12:5
**conflicts** 15:11
**confusion** 22:17
**connecting** 22:17

**connection** 20:2
  24:2
**consider** 23:8,11
**considerable** 13:9
**contemplation**
  12:3
**contends** 21:10
**continue** 12:24
**continues** 12:14
  12:15
**continuing** 12:10
**contribution**
  11:22
**convenient** 13:16
  13:17
**conway** 8:6
**copy** 25:21
**corporation** 1:7
  9:11 22:6
**correct** 15:24,24
  16:4,9,11,15,16
  19:7,11,12,13
**counsel** 3:8,14 4:2
  4:8,13,19 5:2,7,13
  5:20 6:2,8,14,20
  7:2,7,11,16,21 8:1
  11:8 12:1 15:10
  15:12 19:17,19
**count** 16:24
**country** 27:21
**course** 23:23
**court** 1:1 2:1 11:2
  11:4 12:15 13:4
  13:12,14,16,22,24
  14:4 15:16 16:9
  16:13,18,23 17:5
  18:17 19:23,25
  20:1,10,18,22,25
  21:4,16,17,22
  22:1,4,8,14,19
  23:6,13,21,24
  24:11,16 25:5,9
  25:14,19,25 26:3

26:7
court's  19:8
courtroom  20:20
  20:23 21:1,18
  22:2,5,11
courts  12:13
cremona  9:8 11:3
  11:4 13:17 14:6
  16:19 17:12 18:16
  20:9
cremona's  17:8
  17:16
creque  4:13
cristin  7:1
current  17:3
customer  11:23
  14:11 20:4
customers  20:5

**d**

d  11:1
daily  19:20
date  11:7 12:15
  12:22 13:1,12,24
  27:25
dated  8:6
david  10:11
day  17:1
days  25:8,16,22
dc  9:14
deal  17:22
december  3:4,10
  3:17,23 4:4,10,15
  4:21 5:3,9,15,21
  6:3,10,15 11:11
  17:1,2
decided  12:3 14:1
decision  14:25
  18:5,6
deems  25:18,21
defendant  22:16
  25:16,17
defendant's  15:1

defendants  1:11
  1:21 14:24
denial  25:15
deny  21:5,11
  22:20 24:13
denying  15:1
depositions  12:16
designation  14:3
desires  18:1
determine  13:6,14
determined  22:24
  22:25
dialogue  17:13
die  18:25
directly  11:23
discovery  12:11
  12:13 13:7 15:8
discrepancy
  15:17
discussed  18:10
discussion  18:7
dismiss  15:1 23:8
  24:2
distribute  14:16
district  1:2
doc  8:7
dock  17:3
docket  17:9
dollar  14:17
domestically
  11:10 12:11
don't  23:21 24:3
  24:15 25:2

**e**

e  2:21,21 7:6 9:1,1
  11:1,1 20:24
  22:15 27:1
easiest  25:6
ecf  8:7
ecro  2:25
effect  18:4,6
effort  11:9

efforts  14:8 16:21
either  18:3 25:16
engelmayer  14:2
engelmayer's
  18:6
englert  6:7
enormous  11:9
entered  21:9
  22:25 24:24
entities  11:21
entry  19:17
error  15:18 16:9
  16:14
estate  20:4
et  1:10 15:12
eugene  5:19
evaluating  13:5
events  11:17
exactly  24:10
example  11:19
exercise  24:16
exhibit  15:25
  16:16 19:9,13
exhibits  23:13
expect  13:18
expectation  18:1
expend  25:2
expended  14:19
  16:21
expenses  3:4,9,16
  3:23 4:3,10,21
  5:15
extensively  12:2
extent  13:25
extraterritoriality
  13:10 18:5
ezra  11:21

**f**

f  2:21 5:19 27:1
fact  23:11
failure  21:12,13
faith  12:19

familiar  13:21
  14:4,25
family  1:20 10:2
  21:21 22:7
far  17:4
faster  17:5
favor  14:1
fee  15:16 19:24
  20:2,3
fees  3:11,18 4:5
  4:11,16,23 5:4,10
  5:16,22 6:4,11,16
  6:21 7:3,8,12,17
  7:21 8:2
file  25:8,22
filed  12:2 13:11
  14:13
filing  14:3
final  14:15
fine  23:19 25:18
firm  6:13 14:18
  14:22 15:2,6,11
firms  14:21
fl  10:4
foregoing  27:3
foreign  12:13
former  17:18
formerly  3:13
forth  17:23
forward  13:3
  16:10 17:11 18:14
  18:15,23
frankly  23:14
fraudulent  21:8
  22:24
fully  13:12,18
fund  11:23 14:10
funds  25:3
further  16:19

**g**

g  11:1
games  25:4

[general - leaves]                                                                    Page 4

**general**  19:19
  21:8
**gentlemen**  25:25
**getting**  19:3
**giudici**  7:6
**give**  16:24
**given**  16:20
**gives**  25:22
**giving**  25:16
**glad**  21:24
**gmbh**  4:7
**go**  11:16 14:9 17:4
  20:11 24:16
**goal**  19:5
**going**  16:10,13,23
  17:5,17 19:21
  21:5 23:4,5,18
  24:13 25:5,5
**good**  11:3,4 12:18
  20:14
**graf**  4:7
**grant**  23:18
**green**  2:2
**guernsey**  7:1
**guess**  20:12 25:7
**guidance**  13:2

**h**

**h**  1:16 9:9,16,19
  20:24 22:15
**happen**  14:21
**hear**  22:1
**heard**  20:1
**hearing**  3:1,7,13
  3:20 4:1,7,13,18
  5:1,7,12,19 6:1,7
  6:13,19 7:1,6,11
  7:15,20 8:1,5 17:8
  20:2
**held**  3:11,18 4:5
  4:11,16,23 5:5,10
  5:16,22 6:5,11,17
  6:21 7:3,8,13,17
  7:22 8:3

**help**  19:21
**he's**  24:19,24,25
**higgs**  3:13,13
**high**  11:16
**higher**  17:20
**highlight**  14:18
**highlighted**  14:9
**hmm**  20:22
**holdback**  3:24
**hon**  2:22
**honor**  11:3,6,12
  11:15,20 12:3,5
  12:12,17 13:1,9
  13:20,25 14:24
  15:10 16:5,15,19
  16:25 18:24 20:9
  20:14,20,23 21:15
  21:24 22:2,11,15
  22:17 23:3 25:4
  25:12,18
**honor's**  14:20
**hostetler**  3:2 9:3
  11:5 14:19
**hotter**  26:3
**hourly**  19:20
**hours**  17:2
**hundred**  19:4
**hyde**  8:25 27:3,8

**i**

**ideal**  19:3
**identified**  24:1
**impact**  15:19
**important**  15:25
**inclined**  22:20
**inconvenience**
  22:18
**incorrect**  19:11
**incorrectly**  15:21
**incurred**  3:4,9,16
  3:23 4:3,10,21
  5:15
**inform**  21:4

**innocent**  12:19
  17:10 19:3
**insolvent**  20:5
**instructions**  18:25
**insufficiencies**
  23:18
**integrally**  15:12
**intention**  18:2
**interest**  18:8
**interim**  3:2,8,15
  3:21 4:2,8,14,20
  5:2,8,13,20 6:2,9
  6:14,19 11:7,13
  12:20 13:11 16:20
**international**
  14:21
**internationally**
  11:10
**intimately**  13:20
**inures**  11:23
**invaluable**  15:13
**investment**  1:10
  1:17 22:6
**investor**  1:7 9:11
  12:19 17:10
**invoice**  19:17
**involved**  15:12
**irving**  1:16 9:9,19
  20:16 21:20
**island**  10:3
**israel**  14:23
**issue**  12:21,24
  15:15 21:7 22:23
  23:25 24:1,22
  25:7
**issued**  12:12
  14:25 18:13
**issues**  14:14 22:17
  24:7
**it's**  25:12 26:3
**i'll**  24:12
**i'm**  24:12,17,19
  25:3,4,4

**i've**  24:1

**j**

**j**  9:8 10:11
**jacobson**  5:12
  15:6
**january**  13:23
**johnson**  3:13,14
**judge**  2:23 14:2
  17:18 18:6,13
  23:12,19 24:9
  25:1 26:2,9
**judgment**  21:9
  22:25 24:6,22,23
**july**  8:6 17:8
  18:24
**jump**  17:19
**june**  12:4

**k**

**k**  9:12
**kandestin**  7:20
**kelley**  7:15
**ken**  1:20 10:2
  20:13,16 21:21
  22:7
**kenneth**  22:16
**kevin**  9:16
**kingate**  12:8 15:7
**know**  11:12,20
  12:11,17 13:20
  14:24 17:18 23:10
**kugler**  7:20

**l**

**l**  1:10,16
**landreth**  6:20
**lane**  3:20
**larger**  22:10
**lastly**  15:5,10
**law**  6:13 10:1 21:6
  21:12 22:22
**lead**  1:3
**leaves**  18:19

**led**  11:14 12:5 14:7
**ledanski**  8:25 27:3 27:8
**left**  12:23
**legal**  21:7 22:22 23:10 24:18,22 27:20
**letter**  8:5
**letters**  12:12
**letting**  26:1
**level**  11:16
**liability**  21:8 22:23 24:23
**liable**  24:25
**light**  17:1,7 20:3
**likelihood**  20:4
**limine**  12:2
**limited**  1:20 10:2 13:7
**line**  19:10 21:2,19 21:20 22:12
**liquidation**  1:16 11:10
**listed**  15:21,22 16:5,12
**litigated**  12:2,18
**llc**  1:10,17
**llp**  3:2,21 4:19 5:12 6:8 7:20 8:6 9:18
**local**  21:13
**longer**  21:10
**look**  19:9 23:6
**looks**  17:9
**loser**  11:24
**losers**  20:6
**lost**  14:12
**lundy**  25:9
**lunn**  9:21 25:13

**m**

**m**  2:22
**madoff**  1:10,17 11:2 22:9
**magnified**  14:24
**major**  18:4
**making**  24:21
**mandate**  20:7
**maniglio**  7:6
**march**  3:4,10,17 3:23 4:4,10,15,22 5:4,9,16,21 6:4,10 6:16 11:11 13:24
**mark**  10:1,6 20:21 20:24 21:19 22:15
**mark's**  22:12
**marks**  15:11
**marx**  3:20
**materials**  24:7
**matter**  1:6,15 12:7,8 13:12,20 14:1 15:7 18:10 20:10,13 21:20 25:3
**matters**  15:13 17:17 18:20 21:17 23:7,8
**matthew**  9:21 22:12
**mean**  23:3
**means**  19:1
**mediation**  12:25 17:17 18:23
**mediator**  17:17
**memorandum**  21:6,12 22:22
**mention**  15:10 18:11
**mentioned**  12:6
**merkin**  11:20,21
**michael**  9:22 20:15 22:13 25:12

**milburg**  9:22
**million**  11:22 12:10 16:7
**mindful**  13:2
**mineola**  27:23
**minor**  15:15
**minutes**  17:3
**mittendorf**  3:21
**mohan**  10:10
**monitor**  16:17 19:20
**monitoring**  15:3,8
**month**  12:16 13:2 17:8
**monthly**  19:14
**morning**  11:3,4,6 20:14 21:2
**motion**  13:3,5 15:1 18:19,25 21:5,11 22:21 23:8,16,17,24,25 24:2,6,12,13,17 24:18,21 25:6,7 25:10,17,21,23
**motions**  12:2
**move**  18:15,23
**movement**  18:14 19:1,1
**moving**  17:10
**munari**  7:6

**n**

**n**  9:1 11:1 27:1
**n.w.**  9:12
**near**  13:5
**necessary**  3:3,22 4:21 5:15
**neiburg**  20:14,15 21:15,24 25:12,12 25:15,21
**net**  11:24 20:6
**never**  17:6
**new**  1:2 2:3 9:6

**nicholas**  9:8 11:4
**nine**  18:19
**nordman**  4:1 14:22
**note**  17:21 18:16
**noted**  17:12,16 18:12
**notice**  16:1
**noticed**  15:17 16:11
**november**  13:15 18:3
**number**  17:19 18:19,22 19:2,7,7 19:11,11,14
**ny**  2:3 9:6 27:23

**o**

**o**  2:21 11:1 20:24 22:15 27:1
**objection**  16:11 25:10
**objections**  18:18
**obviously**  23:5
**occur**  12:4
**occurred**  11:13 13:23
**occurs**  18:3 21:9
**office**  10:1
**okay**  16:18 22:11 23:2 24:9 25:14 25:19,23 26:7
**old**  27:21
**omnibus**  18:18
**opac**  18:25
**open**  22:12
**opened**  21:20
**operator**  20:20,23 21:1,18 22:2,5,11
**oral**  13:15
**order**  14:15 18:13 20:8 21:14 25:20 25:20

orseck  6:7
ought  24:21
outside  11:15 23:7
  24:7
overall  14:8
oversight  19:15

**p**

p  9:1,1 11:1
p.a.  10:1
page  19:7,9,10
panfili  7:6
paragraph  19:8
  19:10
partial  3:24
participated  12:4
particularly  15:7
parties  13:14,18
  16:2,11 20:13
partner  21:8,10
  22:23,23 23:10,15
  24:5,20,21,24
partners  11:21
partnership  1:20
  7:2
party  15:3
patrick  10:10
payment  16:3,6
pc  6:20
pending  12:21
  13:13
penny  16:17
percent  14:12
  16:2,6,6,16 17:16
  17:25 18:3 19:2,4
  20:6
period  11:11,13
  11:14,15,18 12:1
  12:8,20,21 13:11
  14:20 15:21 16:21
  18:23
periods  6:22 7:4,9
  7:13,18,22 8:3

permitting  12:12
phone  20:13,19
  20:22 21:23 22:20
  26:2
picard  1:16 9:9
  20:16 21:20
piccard  9:19
pine  10:3
pitkowitz  4:7
places  15:23 16:1
  16:4
plaintiff  1:8,18
plantation  10:4
play  25:4
plaza  9:5
pleadings  23:7
  24:8
please  11:2
pllc  6:13
point  15:15,18,19
  15:23 16:8 17:14
  17:24,25 21:10
  24:25
ponzi  14:13 18:19
portion  3:11,18
  4:5,11,16,22 5:4
  5:10,16,22 6:4,11
  6:16,21 7:3,8,12
  7:17,21 8:2
position  19:19
positive  14:6
possibilities  17:13
  19:2
possibly  26:5
post  13:23 25:20
posture  13:6
prejudgment  18:8
prejudice  21:5,11
  22:21 23:25 25:11
  25:16
present  10:8
prevail  24:19

previously  4:23
  6:21 7:3,8,12,17
  7:22 8:2
principle  18:21
prior  6:22 7:3,8
  7:13,18,22 8:3
probably  23:17
  24:13 26:3
proc  8:7
procedural  13:6
proceedings
  18:17,21 22:10
  26:10 27:4
professional  6:19
  7:16
professionals  11:8
profit  13:21
progress  12:22
  16:20
proof  18:18
property  11:23
  14:11
prosecuting  14:23
  15:4
protection  1:7
  9:11 22:6,9
provide  24:3
provided  24:22
putting  18:25

**q**

question  18:12
  22:2
questions  16:20
  19:25

**r**

r  2:21 9:1 11:1
  20:24,24 22:15,16
  27:1
r&r  18:9,13
rain  26:5
raise  24:6
raised  22:22

raises  21:6
raising  19:2
reached  11:19
  13:14
ready  13:4
really  22:18 26:8
reasonable  18:1
reasons  24:13
receive  20:5,6
received  13:2 19:4
rechtsanwalte  6:1
rechtsnwalte  4:7
recommendation
  17:14,15 19:6
  20:7
recommendations
  19:24
reconciles  19:14
record  17:21 27:4
records  19:21
recover  12:9,10
  14:10
recoveries  14:7
refer  12:19
reference  19:8
refile  25:17
regard  18:15 19:6
regarding  18:7
reimbursement
  3:3,9,16,22 4:3,9
  4:20 5:14
relate  14:23
related  11:8,21
  22:6,8
release  3:10,17,24
  4:4,11,16,22 5:4
  5:10,16,22 6:4,10
  6:16,21 7:3,7,12
  7:17,21 8:2
relevant  24:2
remaining  13:6
rendered  3:3,9,16
  3:22 4:3,9,15,20

5:3,9,14,21 6:3,9
6:15
**representative**
21:22
**represents**  14:11
14:16
**request**  3:24
16:22 17:2
**require**  25:5
**required**  21:12
**reserves**  14:14
**resolve**  12:24
**resolved**  12:18,22
14:15
**respect**  15:16
25:23
**respectfully**  16:22
**respond**  23:17
24:12
**response**  20:3
**result**  14:8,13
**resulted**  11:22
**return**  11:6
**review**  19:16,18
**reviewed**  19:18
**reviews**  19:16
**right**  13:12 16:24
20:18 21:4,16
22:1,14 24:23
25:25 26:3
**ritter**  6:1
**road**  10:3 27:21
**robbins**  6:7
**rockefeller**  9:5
**roher**  10:1,6
20:18,21 21:5,19
22:14,15,15 23:2
23:12,19,23 24:9
24:15 25:1,19,24
26:1,5,8
**ruled**  23:4
**rules**  21:13

**ruling**  23:20
24:10
**russell**  6:7

**s**

**s**  9:1 10:1,3,6 11:1
20:21,24
**sauber**  6:8
**sca**  4:13
**scaletta**  6:13
**schedule**  24:12
**scheduled**  13:18
**scheme**  14:13
**schierscher**  6:1
**schiltz**  3:7,7
**scott**  7:15
**seated**  11:2
**seconds**  17:3
**sections**  17:23
**securities**  1:7,10
1:17 9:11 22:6,9
**see**  16:4 17:25
18:11 19:1,10
**seek**  13:7
**seeking**  12:9 16:3
**sense**  20:5 22:8
**services**  3:3,9,15
3:22 4:3,9,15,20
5:3,9,14,21 6:3,9
6:15
**set**  17:23 24:12
**settle**  12:24
**settlement**  11:19
11:22 12:5,5
18:20
**seventh**  3:1
**shea**  2:25
**sheehan**  10:11
**significant**  11:12
11:17 12:7,14
13:22 14:7,20
17:16 18:6 21:7
22:22

**significantly**
12:18
**sine**  18:25
**sipc**  16:12,13
17:14,22 19:6,16
19:19
**sipc's**  20:6
**sir**  21:1
**sixth**  3:20
**smb**  1:3,4,13 8:5
**solutions**  27:20
**sonya**  8:25 27:3,8
**soroker**  4:1 14:22
**sorry**  24:15
**southern**  1:2
**spaulding**  6:20
**special**  3:7,14 4:1
4:8,13,19 5:2,7,12
5:19 6:2,8,14,20
7:2,7,11,16,20 8:1
**spent**  13:9 19:15
**stand**  12:23 16:25
**standard**  17:23
**stargatt**  4:18 8:6
9:18 20:15
**stated**  20:24 24:13
**states**  1:1 2:1
**statute**  17:15,22
18:2 19:3 20:7
**stayed**  21:24
**street**  9:12
**stuart**  2:22
**submit**  20:7 21:6
21:12,14 23:2
24:7 25:20
**submitted**  22:21
23:7
**substitute**  22:13
25:13
**success**  16:20
**successes**  11:15
11:17 14:7

**successful**  14:7
**sufficient**  23:10
25:18
**suggesting**  24:17
**suggestion**  23:22
**suite**  9:13 10:3
27:22
**summary**  24:6,22
**supposed**  12:3
**sure**  24:19
**swain**  18:13

**t**

**t**  27:1,1
**tail**  18:8
**taken**  11:17
**takes**  19:19
**taylor**  4:18 8:6
9:18 20:15
**telephonic**  8:5
21:14
**telephonically**
9:21,22 10:6,8
**ten**  18:20
**term**  13:5
**text**  19:8
**thank**  16:18,23
20:8,9 21:15
25:19,24,25 26:1
26:7,8,9
**theory**  24:18
**there's**  24:23
**think**  15:18 18:14
18:24 24:1,17,21
25:1,15
**third**  15:3
**time**  11:18 12:8
13:10 14:20 17:14
17:24,25 18:23
19:15,21 21:2
22:12,24,25
**today**  12:23 14:9
16:4 17:1 25:22

[top - you're]                                                                                         Page 8

| | | |
|---|---|---|
| **top** 19:10 | **untereiner** 6:8 | **x** |
| **total** 15:20 | **v** | **x** 1:5,12,14,22 |
| **transcribed** 8:25 | **v** 1:9,19 | **y** |
| **transcript** 27:4 | **various** 15:23 | **yeah** 22:4 23:6 |
| **transfer** 21:9 | 17:22 | **year** 13:19 14:25 |
| 22:24 23:1 | **veritext** 27:20 | 17:19 |
| **transfers** 23:15 | **versus** 21:21 | **yesterday** 18:7 |
| **tremendously** | **victims** 11:24 | **york** 1:2 2:3 9:6 |
| 17:20 | 14:12,16 19:3 | **young** 4:18 8:6 |
| **trial** 12:3 13:4,21 | **vigano** 8:1 | 9:18 20:11,15 |
| 13:22,23 | **w** | 21:23 |
| **tried** 18:12 | **w** 22:16 | **you're** 24:22 |
| **true** 27:4 | **want** 17:4 20:1 | |
| **truman** 3:14 | 23:16,16,25 24:11 | |
| **trust** 21:21 | 24:15 25:2,20 | |
| **trustee** 1:16 3:1,8 | **wanted** 15:17,19 | |
| 3:15 4:2,8,14,19 | 16:9 | |
| 5:2,8,13,20 6:2,8 | **washington** 9:14 | |
| 6:14,20 7:2,7,12 | **way** 23:4 25:6 | |
| 7:16,21 8:2 9:4,19 | **we've** 14:9 | |
| 11:5,8,9,19 12:1,9 | **week** 18:3 | |
| 12:10,15 14:8,10 | **weekly** 12:25 | |
| 14:15,22 15:3 | **wen** 1:20 10:2 | |
| 20:16 23:17 24:11 | 20:13,16 21:21 | |
| 25:2,18 | 22:7 | |
| **trustee's** 14:1 | **went** 16:1 | |
| **trying** 25:3,4 | **werder** 8:1 | |
| **twenty** 3:1,20 | **wherefore** 19:12 | |
| **two** 14:23 22:5 | **williams** 5:1 15:2 | |
| **u** | **windels** 3:20 | |
| **u.s.** 2:23 | 14:19 15:11,16 | |
| **uggc** 5:7 | 19:6 | |
| **uk** 12:13 15:6 | **wishes** 18:1 | |
| **ultimately** 15:18 | **withdraw** 23:24 | |
| **um** 20:22 | 24:17 25:7,15 | |
| **umbrella** 22:9 | **withdrawal** 13:21 | |
| **understand** 19:22 | 25:10 | |
| 23:12 24:9,10 | **withdrawn** 25:21 | |
| 25:1 | **witnesses** 24:4 | |
| **undertaking** | **wolter** 7:15 | |
| 12:14 | **work** 11:14 12:11 | |
| **united** 1:1 2:1 | | |