UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br>    v.<br><br>CAROL NELSON,<br><br>    Defendant. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br>    v.<br><br>CAROL NELSON, individually and joint tenant; and STANLEY NELSON, individually and as joint tenant,<br><br>    Defendants. | Adv. Pro. No. 10-04377 (SMB) |

## **STIPULATION AND ORDER SETTING POST TRIAL BRIEFING SCHEDULE**

The Plaintiff, Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff, individually ("Madoff"), and Defendants, Carol and Stanley Nelson (the "Nelsons"), by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS**, the Court having held a consolidated Trial (the "Trial") in these adversary proceedings on May 8 and 9, 2019; and

**WHEREAS**, after the Trial the Parties and the Court agreed upon a schedule related to post-trial briefing.

**NOW THEREFORE**, the Parties agree and stipulate to the following:

1. the Parties shall exchange exhibit lists and deposition and trial transcript designations on or before June 17, 2019,[1] subject to the following:

    a. all exhibits must include the entire Bates range or a complete listing of all Bates numbers for every page within the exhibit;

    b. all citations to transcripts shall include page and line citations; and

    c. all citations to multi-page exhibits shall include citations to the specific page(s) of the exhibit;

---

[1] The deadline agreed to by the Parties at the Trial, June 15, 2019, falls on a weekend. Pursuant to Federal Rule of Bankruptcy Procedure 9006(a), the Parties moved it to the Monday immediately following that deadline.

2

2. the Parties shall exchange objections to exhibits and objections and cross-designations to deposition and trial transcript designations on or before July 1, 2019;[2]

3. the Trustee shall file his proposed Findings of Fact and Conclusions of Law on or before July 30, 2019; and

4. the Defendants shall file their response to the Trustee's proposed Findings of Fact and Conclusions of Law on or before August 30, 2019.

---

[2] The deadline agreed to by the Parties at the Trial, June 30, 2019, falls on a weekend. Pursuant to Federal Rule of Bankruptcy Procedure 9006(a), the Parties moved it to the Monday immediately following that deadline.

Dated: May 15, 2019
      New York, New York

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
David J. Sheehan
Nicholas J. Cremona
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

SO ORDERED

Dated: May **15th**, 2019
      New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE