**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Marco Molina

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 29, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04330; Picard v. Square One Fund Ltd.**

    A.    Defendant's Motion and Notice of Motion to Dismiss filed by Richard B. Levin (Filed: 2/14/2019) [ECF No. 170]

B. Memorandum of Law in Support of Defendant's Motion to Dismiss filed by Richard B. Levin (Filed: 2/14/2019) [ECF No. 170-1]

**Objections Due:** April 1, 2019

**Objections Filed:**

C. Trustee's Memorandum of Law in Opposition to Defendant's Motion to Dismiss the Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/1/2019) [ECF No. 171]

**Reply Due:** April 30, 2019

**Reply Filed:**

D. Reply Memorandum of Law in Support of Defendant's Motion to Dismiss filed by Richard Levin (Filed: 4/30/2019) [ECF No. 173]

**Status:** This matter is going forward.

Dated: May 28, 2019
New York, New York

By: */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marco Molina
Email: mmolina@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*