## EXHIBIT A

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>       v.<br><br>RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz;<br><br>EJS ASSOCIATES, L.P.;<br><br>JELRIS & ASSOCIATES, L.P.;<br><br>GRACE & COMPANY;<br><br>THE ESTATE OF EDWARD R. GLANTZ;<br><br>LAKEVIEW INVESTMENT, LP;<br><br>VISTA MANAGEMENT CO.; | Adv. Pro. No. 10-05394 (SMB) |

LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION;

ELAINE OSTRIN;

THE ESTATE OF THELMA GLANTZ; and

THE GLANTZ-OSTRIN TRUST II,

          Defendants.