UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff/Applicant

v().                                                               Adv Pro No. 08-01789 (BRL)
                                                                     SIPA LIQUIDATION
BERNARD L. MADOFF                          (Substantively Consolidated)
INVESTMENT SECURITIES, LLC,

    Defendant.
_____/

IN RE:

    BERNARD L. MADOFF,

    Debtor.
_____/

IRVING H. PICARD, Trustee for the Liquidation
Of Bernard L. Madoff Investment Securities, LLC,

    Plaintiff,

v.                                                               Adv Pro No. 10-04644 (BRL)

RUSSELL L. DUSEK and NTC & CO, LLP,
As former custodian of an Individual Retirement
Account for the benefit of RUSSELL L. DUSEK,

    Defendants.
_____/

**NOTICE OF CASE UNDER CHAPTER 7 OF UNITED STATES BANKRUPTCY CODE
AND NOTICE OF AUTOMATIC STAY**

        The Defendant(s), Russell L. Dusek ("Dusek"), as Debtor under the United States

Bankruptcy Code (Title 11 of the United States Code) respectfully gives notice that, on May 23,

2019, Dusek filed his voluntary petition for relief under Chapter 7 of the United States Bankruptcy

{00040883 1 }

Code (11 U.S.C. §1101 *et seq.*) in the United States Bankruptcy Court for the Middle District of Florida, Fort Myers Division, as Case No. 9:19-bk-04867-FMD.

Section 362(a) of the Bankruptcy Code provides as follows:

[A] petition filed under section 301, 202, or 303 of this title [11]… operates as a stay, applicable to all entities, of --

    (1)    the commencement or continuation, including the issuance or employment of process, of a judicial, administrative, or other proceeding against the debtor that was or could have been commenced before the commencement of the case under this title, or to recover a claim against the debtor that arose before the commencement of the case under this title;

    (2)    the enforcement, against the debtor or against the property of the estate, of a judgment obtained before the commencement of the case under this title;

    (3)    any act to obtain possession of property of the estate or property from the estate or to exercise control over property of the estate;

    (4)    any act to collect, assess, or recover a claim against the debtor that arose before the commencement of the case under this title…

The Debtor respectfully requests that this Court and all parties to this action take note of the filing of the bankruptcy petition by Russell L. Dusek and of the applicability of the automatic stay.

Dated:   May 29, 2017  
              New York, New York

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*  
      Helen Davis Chaitman  
      hchaitman@chaitmanllp.com  
      465 Park Avenue  
      New York, New York 10022  
      Phone & Fax: 888-759-1114