**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　Plaintiff,<br><br>　　　v.<br><br>LEBANESE AMERICAN UNIVERSITY,<br><br>　　　　　　Defendant. | Adv. Pro. No. 10-05253 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL**
**OF ADVERSARY PROCEEDING WITH PREJUDICE**

　　　Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities

Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Defendant Lebanese American University (the "Defendant"), by and through their counsel, Philip D. Anker of Wilmer Cutler Pickering Hale and Dorr LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 6, 2010, the Trustee filed and served the Complaint against Defendant.

2. On March 16, 2012, Defendant filed an answer to the Complaint.

3. On December 17, 2012, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [ECF No. 3181].

4. In accordance with Federal Rule of Civil Procedure 41(a)(1), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal of the Adversary Proceeding with prejudice and without costs to either Trustee or Defendant.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: May 30, 2019
New York, New York

| **BAKER & HOSTETLER LLP** | **WILMER CUTLER PICKERING HALE AND DORR LLP** |
|---|---|
| By: */s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ Philip D. Anker*<br>399 Park Avenue<br>New York, NY 10022<br>Telephone: (212) 230-8890<br>Facsimile: (212) 230-8888<br>Philip D. Anker<br>Email: philip.anker@wilmerhale.com<br><br>*Attorneys for Defendant Lebanese American University* |

SO ORDERED:

**/s/ STUART M. BERNSTEIN**
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

Dated: May 30th, 2019
New York, New York