**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the Substantively*
*Consolidated SIPA Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS; and ELAINE STEIN ROBERTS,<br><br>                    Defendants. | Adv. Pro. No. 10-05259 (SMB) |

## STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including June 14, 2019.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

### [THIS PORTION IS INTENTIONALLY LEFT BLANK]

Dated: New York, New York By: /s/ Howard L. Simon
May 31, 2019 Howard L. Simon (hsimon@windelsmarx.com)
 Kim M. Longo (klongo@windelsmarx.com)
 John J. Tepedino (jtepedino@windelsmarx.com)
 Windels Marx Lane & Mittendorf LLP
 156 West 56th Street
 New York, New York 10019
 Tel:  (212) 237-1000
 Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Dated: New York, New York By: /s/ Arthur H. Ruegger
May 30, 2019 Arthur H. Ruegger (arthur.ruegger@dentons.com)
 Dentons US LLP
 1221 Avenue of the Americas
 New York, New York 10020
 Telephone: (212) 768-6881
 Facsimile: (212) 768-6800

*Attorneys for Defendant Elaine Stein Roberts*

Dated: Delray Beach, Florida By: /s/ Stanley Lehrer
May 31, 2019 Stanley Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS
 Delray Beach, Florida 33446

*Defendant*

Dated: New York, New York By: /s/ Deborah A. Reperowitz
May 30, 2019 Deborah A. Reperowitz (dreperowitz@stradley.com)
 Stradley Ronon Stevens & Young, LLP
 100 Park Avenue, Suite 2000
 New York, NY 10017
 Telephone: (212) 812-4138
 Facsimile: (646) 682-7180

*Mediator*