**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>      Plaintiff,<br>v.<br>DEFENDANTS LISTED ON ATTACHED SCHEDULE,<br>      Defendants. | Adv. Pro. Nos. listed on attached Schedule |

## **CERTIFICATE OF SERVICE**

I hereby certify that on May 31, 2019 I caused a true and correct copy of my letter to the Hon. Stuart M. Bernstein with Exhibits A through D to be served by electronic mail upon:

| | |
|---|---|
| Dean D. Hunt dhunt@bakerlaw.com<br>Baker & Hostetler LLP<br>811 Main Street<br>Houston, Texas 77002<br>713-646-1346 | Emil A. Kleinhaus EAKleinhaus@WLRK.com<br>Wachtell, Lipton, Rosen & Katz<br>51 West 52nd Street<br>New York, New York 10019<br>212-403-1000 |

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: June 3, 2019              */s/ Helen Davis Chaitman*
     New York, New York

{00040966 1 }

In re: Bernard L. Madoff
08-01789 (SMB)

## SCHEDULE

| Adv. Pro. No. | Case Name |
|---|---|
| 10-04377 | Carol and Stanley Nelson |
| 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 10-04438 | Estate of Seymour Epstein, et al. |
| 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 10-04545 | Jerome Goodman, et al. |
| 10-04610 | The Whitman Partnership, et al. |
| 10-04658 | Carol Nelson |
| 10-04709 | Andrew M. Goodman |
| 10-04752 | Kuntzman Family LLC, et al. |
| 10-04762 | James M. Goodman |
| 10-04809 | Edyne Gordon NTC |
| 10-04823 | Frank DiFazio, et al. |
| 10-04826 | Boyer Palmer |
| 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. |
| 10-04905 | Train Klan, a Partnership, et al. |
| 10-04914 | Edyne Gordon |
| 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 10-04979 | James M. New Trust dtd 3/19/01, et al. |
| 10-04991 | Guiducci Family Limited Partnership, et al. |
| 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. |
| 10-05128 | JABA Associates LP, et al. |
| 10-05133 | Boyer H. Palmer, individually, et al. |
| 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| 10-05151 | Palmer Family Trust, et al. |
| 10-05157 | The Harnick Brothers Partnership, et al. |
| 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. |
| 10-05435 | Keith Schaffer, et al. |