UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>      -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>      -against-<br><br>HSBC BANK PLC, <u>et al.</u>,<br><br>        Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**<u>DISCOVERY ARBITRATOR'S ORDER</u>**

    The Discovery Arbitrator, having reviewed an extensive written submission from the Trustee's counsel dated May 30, 2019, concerning the status of discovery in this proceeding,

2

and having conducted a hearing on June 4, 2019, during which counsel for both the Trustee and Alpha Prime Fund Ltd. Set forth their views regarding that subject, hereby directs that a further hearing shall be held on July 1, 2019, at 2 p.m. New York time, at the JAMS New York Resolution Center, 620 Eighth Avenue, New York, New York.

SO ORDERED.

Dated:   New York, New York
June 4, 2019

_____
Frank Maas
Discovery Arbitrator

2