# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Michelle R. Usitalo
direct dial: 212.847.2849
musitalo@bakerlaw.com

June 7, 2019

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408

Re:   Picard v. HSBC Bank plc, et. al., Adv. Pro. No. 09-01364 (SMB)

Dear Judge Bernstein:

We write jointly on behalf of the Plaintiff in the above-referenced proceeding and counsel for Defendant HSBC Bank plc and Brian Pettitt. The Trustee recently filed two Motions for the Issuance of Letters of Request—one on May 24, 2019 seeking the testimony of Mr. Brian Pettitt in the United Kingdom ("Pettitt Motion"), and the second on May 29, 2019 seeking the testimony of Mr. Nigel Fielding in Luxembourg ("Fielding Motion"). On June 4, 2019, Mr. Pettitt and HSBC Bank plc filed an objection to the Pettitt Motion (the "Objection").

Following service of the Objection, the parties agreed to meet and confer on June 11, 2019 to attempt to resolve the issues raised in the Objection and address any concerns the parties may have surrounding the Pettitt and Fielding Motions.

Accordingly, the parties respectfully request that the June 7, 2019 presentment date listed on the Pettitt and Fielding Motions be adjourned while the parties seek to reach an accord. If no agreement can be reached, the parties will submit a proposed briefing schedule for Your Honor's consideration.

We appreciate Your Honor's attention to this matter.

Respectfully submitted,

/s/ Michelle R. Usitalo

Michelle Usitalo

*Granted*
*SMB*
*6/10/19*

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC