**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05411 (SMB) |
| Plaintiff, | |
| v. | |
| SONJA KOHN, et al., | |
| Defendants. | |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF**
**<u>ADVERSARY PROCEEDING WITH PREJUDICE</u>**

Plaintiff Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff (the "Trustee"), and defendants Sonja Kohn, Infovaleur, Inc. and Tecno Development & Research, Ltd. (the "Defendants," and with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1. On December 10, 2010, the Trustee commenced this adversary proceeding against, *inter alia*, the Defendants by filings a complaint, as subsequently amended (the "TAC").

2. Counsel for the Trustee and for the Defendants have conferred regarding the claims in the TAC and defenses asserted by the Defendants, including the asserted inability of the Trustee to collect on any judgment he might obtain. The Defendants also provided the Trustee with affidavits confirming that the initial transferees do not have any meaningful assets and could not satisfy any potential judgment.

3. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against the Defendants and a dismissal of this adversary proceeding.

4. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

5. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

6. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Dated: June 6, 2019
New York, New York

| **BAKER & HOSTETLER LLP** | **NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.** |
|---|---|
| By: */s/ Keith R. Murphy* <br> 45 Rockefeller Plaza <br> New York, New York 10111 <br> Telephone: 212.589.4200 <br> Facsimile: 212.589.4201 <br> David J. Sheehan <br> Email: dsheehan@bakerlaw.com <br> Keith R. Murphy <br> Email: kmurphy@bakerlaw.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | By: */s/ Nathan D. Adler* <br> One South Street, 27th Floor <br> Baltimore, Maryland 21202 <br> Telephone: (410) 332-8550 <br> Facsimile: (410) 332-8511 <br> Isaac M. Neuberger <br> Email: imn@nqgrg.com <br> Price O. Gielen <br> Email: pog@nqgrg.com <br> Nathan D. Adler <br> Email: nda@nqgrg.com <br><br> *Attorneys for Defendants Sonja Kohn, Infovaleur, Inc. and Tecno Development & Research Ltd.* |

SO ORDERED this **10th** day of **June**, 2019.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE