**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04468 (SMB) |

01:24559374.1

# ELEVENTH CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE that on October 28, 2015, pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above-captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, a Case Management Notice (the "First Case Management Notice") was filed in the above-captioned adversary proceeding (the "Adversary Proceeding").

PLEASE TAKE FURTHER NOTICE that, on January 13, 2016, an amended Case Management Notice (the "Second Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on May 4, 2017, an amended Case Management Notice (the "Third Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on October 18, 2017, an amended Case Management Notice (the "Fourth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on March 6, 2018, an amended Case Management Notice (the "Fifth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on July 23, 2018, an amended Case Management Notice (the "Sixth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on October 15, 2018, an amended Case Management Notice (the "Seventh Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on January 18, 2019, an amended Case Management Notice (the "Eighth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on January 30, 2019, an amended Case Management Notice (the "Ninth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, on May 6, 2019, an amended Case Management Notice (the "Tenth Case Management Notice") was filed in the Adversary Proceeding.

PLEASE TAKE FURTHER NOTICE that, pursuant to the Order, the parties to the Adversary Proceeding, by and through their counsel, have agreed to an amendment to the dates set forth in the Tenth Case Management Notice and that the following deadlines are hereby made applicable to the Adversary Proceeding:

1. Fact Discovery shall be completed by: August 23, 2019

2. The Disclosure of Case-in-Chief Experts shall be due: November 11, 2019

3. The Disclosure of Rebuttal Experts shall be due: January 13, 2020

4. The Deadline for Completion of Expert Discovery shall be: February 28, 2020

5. The Deadline for Service of a Notice of Mediation Referral shall be: On or before February 28, 2020

6. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: On or before March 9, 2020.

7. The Deadline for Conclusion of Mediation shall be: On or before July 10, 2020.
[Remainder of Page Intentionally Left Blank]

Dated: June 12, 2019

        YOUNG CONAWAY STARGATT &
        TAYLOR, LLP

        By: */s/ Matthew B. Lunn*
        Matthew B. Lunn
        Justin P. Duda
        Rockefeller Center
        1270 Avenue of the Americas, Suite 2210
        New York, New York 10020
        Telephone: (212) 332-8840
        Facsimile: (212) 332-8855
        Email: *mlunn@ycst.com*

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*