**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>　　　　v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**NOTICE OF MEDIATION REFERRAL AND MEDIATOR SELECTION**

　　　　On May 21, 2019, this Court entered an Amended Case Management Stipulation and Order [Dkt. No.141] (the "Order") that provided that plaintiff Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff individually, and the

defendants in this Adversary Proceeding (the "Defendants," and together with the Trustee, the "Parties") may enter Mediation prior to the conclusion of Fact Discovery in this Adversary Proceeding and that Fact Discovery will be held in abeyance while the parties conduct Mediation. Order ¶¶ 1-2.

Pursuant to Paragraph 1 of the Order, the Parties are to file a Notice of Mediation Referral and a Notice of Mediator Selection by June 14, 2019.

Through this Notice of Mediation Referral and Mediator Selection, the Parties hereby mutually select from the Mediation Register Melanie Cyganowski, Esq., from the law firm of Otterbourg P.C., to act as Mediator in this matter. The Parties further agree to contact Ms. Cyganowski as soon as practicable after this Notice of Mediation Referral and Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

Dated: New York, New York
       June 14, 2019

| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
|---|---|
| By: /s/ Jonathan B. New | By: /s/ Richard E. Signorelli |
| 45 Rockefeller Plaza | 52 Duane Street, 7th Floor |
| New York, New York 10111 | New York, New York 10007 |
| Telephone: 212.589.4200 | Telephone: 212.254.4218 |
| Facsimile: 212.589.4201 | Facsimile: 212.254.1396 |
| David J. Sheehan | Richard E. Signorelli |
| Email: dsheehan@bakerlaw.com | Email: richardsignorelli@gmail.com |
| Fernando J. Bohorquez | Email: rsignorelli@nyclitigator.com |
| Email: fbohorquez@bakerlaw.com | Bryan Ha |
| Jonathan B. New | Email: bhanyc@gmail.com |
| Email: jnew@bakerlaw.com | |
| Joshua B. Rog | |

2

| | |
|---|---|
| Email: jrog@bakerlaw.com<br><br>*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; GRACE & COMPANY; THE ESTATE OF EDWARD R. GLANTZ; LAKEVIEW INVESTMENT, LP; VISTA MANAGEMENT CO.; LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION; ELAINE OSTRIN; THE ESTATE OF THELMA GLANTZ; and THE GLANTZ-OSTRIN TRUST II* |

SO ORDERED

Dated: **June 14th, 2019**
New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE