**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>   Plaintiff,<br><br>   v.<br><br>HSBC BANK PLC, *et al.*,<br><br>   Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF DEFENDANTS SONJA KOHN, ERWIN KOHN, 20:20 MEDICI AG, EUROVALEUR, INC., AND HERALD ASSET MANAGEMENT LTD.**

Plaintiff Irving H. Picard, Trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff (the "Trustee"), and defendants Sonja Kohn, Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc., and Herald Asset Management Ltd. (the "Defendants," and with the Trustee, the "Parties"), by and through their undersigned counsel, hereby stipulate and agree to the following:

1. In accordance with Federal Rule of Civil Procedure 41(a)(1)(A)(ii), as made applicable to this adversary proceeding by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against the Defendants from the above-captioned adversary proceeding.

2. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

3. This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

4. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

[*The remainder of page intentionally left blank*]

5. Upon entry of this stipulation and order, the caption of this adversary proceeding is hereby amended to delete Sonja Kohn, Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc., and Herald Asset Management Ltd. An amended caption is attached hereto as Exhibit A.

Dated: June 14, 2019
New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Oren J. Warshavsky*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**NEUBERGER, QUINN, GIELEN, RUBIN & GIBBER, P.A.**

By: */s/ Nathan D. Adler*
One South Street, 27th Floor
Baltimore, Maryland 21202
Telephone: (410) 332-8550
Facsimile: (410) 332-8511
Isaac M. Neuberger
Email: imn@nqgrg.com
Price O. Gielen
Email: pog@nqgrg.com
Nathan D. Adler
Email: nda@nqgrg.com

*Attorneys for Defendants Sonja Kohn, Erwin Kohn, 20:20 Medici AG, Eurovaleur, Inc., and Herald Asset Management Ltd.*

SO ORDERED this **17th** day of **June**, 2019.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE