**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                                               Adv. Pro. No. 08-1789 (SMB)

  Plaintiff-Applicant,                      SIPA Liquidation

v.                                                 (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

  Defendant.

In re:   BERNARD L. MADOFF,

Debtor.
_____x

**MOTION TO WITHDRAW GAYTRI D KACHROO AND KACHROO LEGAL**
**SERVICES, P.C.AS AN ATTORNEY OR AS ATTORNEYS OF RECORD PURSUANT**
**TO LOCAL BANKRUTPCY RULE 2090-1(e)**

      This motion (the "Motion") seeks, pursuant to Local Rule 2090-1(e) of the Local Bankruptcy Rules, an order withdrawing Gaytri D. Kachroo and the former law firm Kachroo Legal Services, P.C. ("KLS") as an attorney or as attorneys of record for the Diana Melton Trust, and for Claimants who have filed an objection (18-680) on behalf of the Diana Melton Trust, namely Dr. Alan Melton, and his brother, Mr. Andrew Melton.

      This motion further seeks that Gaytri D. Kachroo's name, and any name associated with and the law firm of Kachroo Legal Services, P.C., be removed for any applicable service lists, including the Court's CM/ECF electronic notification list, maintained in the above-captioned cases.

WHEREFORE, for the reasons set forth herein, I respectfully request that the Court grant this Motion and order that Gaytri D. Kachroo and the law firm, Kachroo Legal Services, P.C. is withdrawn as an attorney of record and thus, will no longer receive service or electronic notification in the above captioned cases. A proposed order granting the relief requested is annexed hereto as Exhibit A.

Dated: June 17, 2019  
      Cambridge, MA.

Respectfully submitted,

By:/s/ Gaytri D. Kachroo_____  
    Dr. Gaytri D. Kachroo  
    236 Concord Ave, Suite 2  
    Cambridge, MA 02138

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

_____x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                                                                  Adv. Pro. No. 08-1789 (SMB)

  Plaintiff-Applicant,                          SIPA Liquidation

v.                                             (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

  Defendant.

In re:    BERNARD L. MADOFF,

  Debtor.

_____x

**ORDER GRANTING MOTION TO WITHDRAW GAYTRI D. KACHROO AND KACHROO LEGAL SERVICES, P.C. AS AN ATTORNEY OR AS ATTORNEYS OF RECORD PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

      Upon the motion to withdraw Gaytri D. Kachroo as an Attoney of Record Pursuant to Local Bankruptcy Rule 2090-1(e) filed by Gaytri D. Kachroo formerly of Kachroo Legal Services, P.C., and for good cause shown therein.

      IT IS HEREBY ORDERED that Gaytri D. Kachroo along with Kachroo Legal Services, P.C. is withdrawn as an attorney and as attorneys of record on behalf of the Diana Melton Trust and for Claimants who have filed Objections: the Diana A Melton Trust, Dr. Alan Melton and Mr. Andrew Melton.

IT IS FURTHER ORDERED that Gaytri D. Kachroo shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

Dated: June ____, 2019

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE
New York, New York