# EXHIBIT D

## AFFIDAVIT

### Case No. : 08-01789 (SMB)

Linda Coribello , certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.
2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3. I am a custodian of records for JPMorgan Chase Bank, N.A. in the New York Subpoena Response group.
4. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5. Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6. It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

Dated: *February 13, 2015*

By: _____

Linda Coribello
Legal Specialist
New York Subpoena Response

State of New York
County of Kings

Subscribed to and sworn before me this *13th* day of *February* (month) *2015* (year).

by *Linda Coribello* (name of signer)

_____ (signature of notary)

My commission expires *November 23, 2018*

MONICA A. HOLGUIN
Notary Public, State of New York
Qualified in Kings County
No. 01HO6016531
My Commission Expires 11/23/2018

Confidential

TX031

JPMNELSON00002738

## AFFIDAVIT

### Case No. : 08-01789 (SMB)

Linda Coribello , certifies and declares as follows:

1.  I am over the age of 18 years and not a party to this action.
2.  My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.
3.  I am a custodian of records for JPMorgan Chase Bank, N.A. in the New York Subpoena Response group.
4.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the enclosed records are a true and correct copy of the original documents kept by JPMorgan Chase Bank, N.A. in the ordinary course of business.
5.  Based on my knowledge of JPMorgan Chase Bank, N.A. 's business records practices and procedures, the records were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.
6.  It is the regular practice of JPMorgan Chase Bank, N.A. to make such a record of transactions in the ordinary course of business.

Dated: _March 3, 2015_

By: _____

Linda Coribello
Legal Specialist
New York Subpoena Response


State of New York
County of Kings

Subscribed to and sworn before me this _3rd_ day of _March_ (month) _2015_ (year).

by _Linda Coribello_ (name of signer)

_____ (signature of notary)

My commission expires _November 23, 2018_

MONICA A. HOLGUIN
Notary Public, State of New York
Qualified in Kings County
No. 01HO6016531
My Commission Expires 11/23/2018

SD_SwornDocumentExecution_000005600151
SB618384-F1