UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
In re:                                                                          :
                                                                                    :
BERNARD L. MADOFF INVESTMENT                  :        Adv. Proc. No. 08-01789 (SMB)
SECURITIES LLC,                                                 :        SIPA LIQUIDATION
                                                                                    :
                                    Debtor.                          :
-----------------------------------------------------------X
IRVING H. PICARD, Trustee for the                   :
Liquidation of Bernard L. Madoff Investment :
Securities LLC,                                                      :
                                                                                    :
                                    Plaintiff,                        :
                                                                                    :
                -against-                                                 :
                                                                                    :        Adv. Proc. No. 10-05279 (SMB)
MAGNIFY INC.; PREMERO INVESTMENTS         :
LTD.; STRAND INTERNATIONAL                         :
INVESTMENTS LTD.; THE YESHAYA               :
HOROWITZ ASSOCIATION; YAIR GREEN;    :
and EXPRESS ENTERPRISES INC.,                    :
                                                                                    :
                                    Defendants.                  :
-----------------------------------------------------------X

## ORDER DIRECTING MEDIATION PURSUANT TO
## GENERAL ORDER M-452 AND LOCAL BANKRUPTCY RULE 9019-1

Upon due consideration, and in accordance with the discussion held on the record on June 18, 2019, the Court finds that the claims in the adversary proceeding *Picard v. Magnify, Inc.*, Adv. Proc. No. 10-05279 (SMB) (the "Action") could possibly be resolved by mediation, and hereby refers the matter into the court-annexed mediation program.

THEREFORE, it is ORDERED that the Action is referred to mediation pursuant to this Court's *Procedures Governing Mediation of Early Neutral Evaluation and Mediation/Voluntary Arbitration in Bankruptcy Cases and Adversary Proceedings* (the "Procedures") (*see* General Order M-452 and Local Bankr. R. 9019-1); and it is further

ORDERED, that the parties shall, within seven (7) days of the entry of this Order, select a mediator from the Mediation Register established pursuant to the Procedures and inform the Court promptly of the mediator selected; and it is further

1

   ORDERED, that, if the parties cannot agree upon a mediator within seven (7) days of the entry of this Order, they shall so notify the Court in writing, and the Court shall appoint a mediator and an alternate mediator in accordance with the Procedures.

Dated: New York, New York
   June 18, 2019

                /s/ STUART M. BERNSTEIN
                STUART M. BERNSTEIN
                United States Bankruptcy Judge