**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01239 (SMB) |
| Plaintiff, | |
| v. | |
| FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, AND CORINA NOEL PIEDRAHITA, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 12-01702 (SMB) |

> Plaintiff,
>
> v.
>
> FAIRFIELD GREENWICH CAPITAL PARTNERS
> and SHARE MANAGEMENT LLC,
>
> Defendants.

**STIPULATION AND ORDER FOR CONSOLIDATION
OF ADVERSARY PROCEEDINGS**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff, by and through his undersigned counsel, and the defendants identified in Exhibit A hereto, by and through their respective undersigned counsel (together with the Trustee, the "Parties"), respectfully represent as follows:

**WHEREAS**, on May 18, 2009, the Trustee commenced Adversary Proceeding No. 09-01239 (SMB) (the "Main Action") in the United States Bankruptcy Court for the Sothern District of New York (the "Bankruptcy Court") by filing a Complaint against Fairfield Greenwich ("FG") funds that maintained accounts with BLMIS—Fairfield Sentry Limited, Greenwich Sentry, L.P., and Greenwich Sentry Partners, L.P. *See Picard v. Fairfield Inv. Fund Ltd. et al.*, Adv. Pro. No. 09-01239 (SMB), ECF No. 1;

**WHEREAS**, on July 20, 2010, the Trustee filed an Amended Complaint in the Main Action, adding as defendants Fairfield Sigma Limited, Fairfield Lambda Limited, Chester Global Strategy Fund Limited, Chester Global Strategy Fund L.P., Irongate Global Strategy Fund

2

Limited, Fairfield Greenwich Fund (Luxembourg), Fairfield Investment Fund Limited, Fairfield Investors (Euro) Limited, Fairfield Investors (Swiss Franc) Limited, Fairfield Investors (Yen) Limited, Fairfield Investment Trust, FIF Advanced, Ltd., Sentry Select Limited, Stable Fund L.P., Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield Greenwich Group, LLC, Fairfield Greenwich Partners, LLC, Fairfield Heathcliff Capital LLC, Fairfield International Managers, Inc., Fairfield Greenwich (UK) Limited, Greenwich Bermuda Limited, Chester Management Cayman Limited (collectively, the "Entity Defendants"), and Walter Noel, Jeffrey Tucker, Andrés Piedrahita, Mark McKeefry, Daniel Lipton, Amit Vijayvergiya, Gordon McKenzie, Richard Landsberger, Philip Toub, Charles Murphy, Robert Blum, Andrew Smith, Harold Greisman, Gregory Bowes, Corina Noel Piedrahita, Lourdes Barreneche, Cornelis Boele, Santiago Reyes, and Jacqueline Harary, (collectively, the "Individual Defendants," and together with the Entity Defendants, the "FG Defendants"). *See id.*, ECF No. 23;

  **WHEREAS**, on June 6, 2012, the Trustee commenced Adversary Proceeding No. 12-01702 (SMB) (the "Fairfield Greenwich Capital Partners Action" and together with the Main Action, the "Actions") in the Bankruptcy Court by filing a Complaint against Dove Hill Trust, FG Investors Limited, Barreneche, Inc., Fairfield Greenwich Capital Partners, Fortuna Asset Management Inc., Selecta Financial Corporation Inc., Share Management LLC, Invercounsel S.L., Invercounsel USA LLC, Jacqueline M. Harary 2005 GRAT, and Robert A. Blum 2004 GRAT, generally entities associated with certain Individual Defendants. *See Picard v. Barreneche, Inc.*, Adv. Pro. No. 12-01702 (SMB), ECF No. 1;

  **WHEREAS**, the Trustee has settled and/or dismissed claims against numerous defendants in the Main Action and Fairfield Greenwich Capital Partners Action. *See Picard v.*

3

*Fairfield Inv. Fund Ltd. et al.*, Adv. Pro. No. 09-01239 (SMB), ECF Nos. 95, 107–10, 125–26, 130, 135, 147, 182, 228, 238, 271; *Picard v. Barreneche, Inc.*, Adv. Pro. No. 12-01702 (SMB), ECF Nos. 10, 96, 106, 135;

**WHEREAS**, all of the current defendants in the Fairfield Greenwich Capital Partners Action are entities that were associated with Individual Defendants remaining in the Main Action;

**WHEREAS**, consolidation of the Actions is appropriate and will promote judicial economy and efficiency because they involve the same or substantially similar parties, substantial factual overlap, identical claims and requests for relief, and common issues of law and fact.

**NOW, THEREFORE**, the Parties hereby stipulate and agree that:

1. The Fairfield Greenwich Capital Partners Action and the Main Action be, and hereby are, consolidated for any and all purposes under Adversary Proceeding Number. 09-01239 (SMB), pursuant to Rule 42(a) of the Federal Rules of Civil Procedure, made applicable to these adversary proceedings by Rule 7042 of the Federal Rule of Bankruptcy Procedure and § 105(a) of the United States Bankruptcy Code, 11 U.S.C. §§ 101 *et seq*.

2. The consolidated action shall proceed under Adv. Pro. No. 09-01239 (SMB). The caption of Adv. Pro. No. 09-01239 (SMB) is hereby amended to include all current defendants from the Actions. An amended caption is attached as Exhibit A.

3. The Clerk of Court is respectfully requested to close the Fairfield Greenwich Capital Partners Action, Adv. Pro. No. 12-01702 (SMB).

4.  Except as otherwise expressly provided herein, the Parties reserve all rights, claims, and/or defenses they may have and entry into this stipulation shall not impair any such rights, claims, and/or defenses.

5.  This So Ordered Stipulation may be executed in counterparts and original signatures are not required as copies or facsimile of executed counterparts of this Stipulation and Order are deemed as original and binding.

Dated: June 18, 2019
      New York, New York

| SIMPSON THACHER & BARTLETT LLP | BAKER & HOSTETLER LLP |
|---|---|
| */s/ Peter E. Kazanoff* | */s/ Oren J. Warshavsky* |
| Peter E. Kazanoff<br>William T. Russell, Jr.<br>425 Lexington Avenue<br>New York, New York 10017<br>Telephone: (212) 455-2000<br>Facsimile: (212) 455-2502<br>Email: pkazanoff@stblaw.com | 45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Oren J. Warshavsky<br>Email: owarshavsky@bakerlaw.com |
| *Attorneys for Defendants Fairfield Greenwich Limited, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors LLC, Fairfield International Managers, Inc., Amit Vijayvergiya, Philip Toub, Corina Noel Piedrahita, Fairfield Greenwich Capital Partners and Share Management LLC* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |

| | |
|---|---|
| KASOWITZ BENSON TORRES LLP | DECHERT LLP |
| */s/ Marc E. Kasowitz* | */s/ Andrew Levander* |
| Marc E. Kasowitz | Andrew Levander |
| Daniel J. Fetterman | Neil A. Steiner |
| 1633 Broadway | 1095 Avenue of the Americas |
| New York, NY 10019 | New York, NY 10036 |
| (212) 506-1700 | (212) 698-3500 |
| *Attorneys for Jeffrey Tucker* | *Attorneys for Andrés Piedrahita* |
| WHITE & CASE LLP | WOLLMUTH MAHER & DEUTSCH LLP |
| */s/ Glenn M. Kurtz* | */s/ William A. Maher* |
| Glenn M. Kurtz | William A. Maher |
| Andrew Hammond | Fletcher W. Strong |
| 1155 Avenue of the Americas | 500 Fifth Avenue |
| New York, NY 10036 | New York, NY 10010 |
| (212) 819-8200 | (212) 382-3300 |
| *Attorneys for Walter M. Noel, Jr.* | *Attorneys for Stable Fund L.P. and Fairfield Investment Fund Ltd.* |

It is SO ORDERED.                                **/s/ STUART M. BERNSTEIN**
                                                 HONORABLE STUART M. BERNSTEIN
Dated: June **19th**, 2019                       UNITED STATES BANKRUPTCY JUDGE
       New York, New York

**Exhibit A**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br>  v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC,<br><br>       Defendants. | Adv. Pro. No. 09-01239 (SMB) |