**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
_____x

SECURITIES INVESTOR PROTECTION
CORPORATION,

                                                                              Adv. Pro. No. 08-1789 (SMB)

  Plaintiff-Applicant,                                    SIPA Liquidation

v.                                                    (Substantively Consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

  Defendant.

In re:   BERNARD L. MADOFF,

Debtor.
_____x

ORDER GRANTING MOTION TO WITHDRAW GAYTRI D. KACHROO AND KACHROO
LEGAL SERVICES, P.C. AS AN ATTORNEY OR AS ATTORNEYS OF RECORD
<u>PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)</u>

 Upon the motion to withdraw Gaytri D. Kachroo as an Attoney of Record Pursuant to Local Bankruptcy Rule 2090-1(e) filed by Gaytri D. Kachroo formerly of Kachroo Legal Services, P.C., and for good cause shown therein.

     IT IS HEREBY ORDERED that Gaytri D. Kachroo along with Kachroo Legal Services, P.C. is withdrawn as an attorney and as attorneys of record on behalf of the Diana Melton Trust

and for Claimants who have filed Objections:  the Diana A Melton Trust, Dr. Alan Melton and Mr. Andrew Melton.

IT IS FURTHER ORDERED that Gaytri D. Kachroo shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

Dated: June **19th**, 2019

      /s/ **STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE
New York, New York