UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

In re:

BERNARD L. MADOFF INVESTMENTS
SECURITIES, LLC

SIPA LIQUIDATION

Case No. 08-01789

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )   ss:
COUNTY OF DALLAS          )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 28, 2019, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000708 – T000723)

Executed on May 28, 2019.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 28 day of May, 2019

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

(SEAL)                        Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000708 - T000723**
**5/28/2019**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | Jefferies Leveraged Credit Products, LLC | Rich Biggica | 520 Madison Avenue | | New York | NY | 10022 |