UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

**AFFIDAVIT OF MAILING**

STATE OF TEXAS        )
                      )  ss:
COUNTY OF DALLAS      )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On June 10, 2019, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000730)

Executed on June 10, 2019.

_____
Tassie P. Barr

Sworn to and subscribed before me this 19th day of June, 2019

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

(SEAL)

_____
Notary Public  April 9, 2022

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000730**
6/10/2019

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | TRC Master Fund LLC | Attn: Terrel Ross | PO BOX 633 | | Woodmere | NY | 11598 |