**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Michael A. Sabella
msabella@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>            v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>            v.<br><br>PATRICE M. AULD, MERRIT KEVIN AULD, and JAMES P. MARDEN,<br><br>                              Defendants. | Adv. Pro. No. 10-04343 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 17560), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for June 26, 2019 has been further adjourned until **September 25, 2019 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
June 21, 2019

                                       BAKER & HOSTETLER LLP

                                       By: */s/ Nicholas J. Cremona*
                                       45 Rockefeller Plaza
                                       New York, New York 10111
                                       Telephone: 212.589.4200
                                       Facsimile: 212.589.4201
                                       David J. Sheehan
                                       Email: dsheehan@bakerlaw.com
                                       Nicholas J. Cremona
                                       Email: ncremona@bakerlaw.com
                                       Michael A. Sabella
                                       Email: msabella@bakerlaw.com

                                       *Attorneys for Plaintiff Irving H. Picard, Trustee for*
                                       *the Substantively Consolidated SIPA*
                                       *Liquidation of Bernard L. Madoff Investment*
                                       *Securities LLC and the Estate of Bernard L. Madoff*