**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy

*Attorneys for Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br><br>RUTH MADOFF,<br><br>        Defendant. | Adv. Pro. No. 09-01391 (SMB) |

## NOTICE OF VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

**PLEASE TAKE NOTICE** that Irving H. Picard, as Trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the Chapter 7 estate of Bernard L. Madoff, by and through his counsel Baker & Hostetler LLP, pursuant to Rule 7041 of the Federal Rules of Bankruptcy Procedure (incorporating Fed. R. Civ. P. 41), and pursuant to the Settlement Agreement in the above-captioned action with Ruth Madoff, which was previously approved by this Court (ECF No. 57), hereby dismisses the above-captioned action without prejudice and without costs to either Trustee or defendant Ruth Madoff.  This dismissal is subject only to the right of the Trustee to reopen the above-captioned action for an uncured default under the Settlement Agreement and/or to enforce the Settlement Agreement.  Upon receipt of all the Settlement Payments, as defined in the Settlement Agreement, and provided that there has been no default under the Settlement Agreement, this dismissal shall be deemed a dismissal with prejudice.

Dated:  June 25, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Keith R. Murphy*
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Keith R. Murphy
Email:  kmurphy@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the substantively consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*