# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Fernando A. Bohorquez
direct dial: 212.589.4242
fbohorquez@bakerlaw.com

June 25, 2019

**VIA EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   *Picard v. Magnify Inc., et al.*, Adv. Pro. No. 10-05279 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, the Trustee for the liquidation of the business of Bernard L. Madoff Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the substantively consolidated estate of Bernard L. Madoff. By order dated June 18, 2019, the Court directed this case to mediation and ordered the parties to select a mediator or report back on their progress within seven days. We write on behalf of both parties to advise the Court that we have met and conferred on the selection of a potential mediator, and we respectfully jointly request an additional seven days to reach agreement on a mediator and to confirm their potential availability to work on this adversary proceeding.

Respectfully,

Fernando A. Bohorquez

*Granted*
*SMB*
*6/25/19*

cc:   Paul Weinstein, Esq.
      Tracy Cole, Esq.
      Keith Murphy, Esq.