**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 26, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A. Motion to Vacate Order Granting Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by Andrew Melton (Filed: 4/30/2019) [ECF No. 18708]

    B. So Ordered Memorandum Endorsed Order Signed On 4/30/2019 [ECF No. 18710]

C.    So Ordered Memorandum Endorsed Order Signed On 5/20/2019 [ECF No. 18768]

D.    So Ordered Memorandum Endorsed Order Signed On 5/22/2019 [ECF No. 18770]

E.    Letter Dated 5/20/2019 Re: The Co-Trustees Of The Diana Melton Trust, A Claimant In This Case Are Inquiring If We Are Permitted To Appear Pro Se In The Courtroom Without The Need To Retain Counsel filed by Andrew Melton (Filed: 5/24/2019) [ECF No. 18778]

F.    Letter Dated 5/21/2019 Re: An Email From The Lawyers For The Trustee Filed by Andrew Melton (Filed: 5/24/2019) [ECF No. 18779]

G.    Opposition to the Motion of Dr. Alan Melton and Andrew Melton to Vacate the Order Granting the Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity, Solely With Respect to the Diana Melton Trust filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/12/2019) [ECF No. 18800]

H.    So Ordered Memorandum Endorsed Order Signed On 6/17/2019 [ECF No. 18807]

I.    Declaration Of Alan And Andrew Melton filed by Andrew Melton (Filed: June 24, 2019) [ECF No. 18842]

**Related Documents:**

J.    Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/14/2019) [ECF No. 18552]

K.    Declaration of Vineet Sehgal in Support of the Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/14/2019) [ECF No. 18553]

L.    Objection to Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objection filed by Alan Melton (Filed: 4/10/2019) [ECF No. 18652]

M.    Trustee's Reply to the Objection of Dr. Alan Melton to the Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 4/18/2019) [ECF No. 18670]

N.    Declaration of Vineet Sehgal In Support of the Trustee's Reply to the Objection of Dr. Alan Melton to the Thirtieth Omnibus Motion to Disallow Claims and

|   |   |
|---|---|
|   | Overrule Objections of Claimants Who Have No Net Equity filed by David J. Sheehan on behalf of Irving H. Picard (Filed: April 18, 2019) [ECF No. 18671] |
| O. | "Sur-Reply" in further support of Objection to Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objection filed by Alan Melton (Filed: April 23, 2019) [ECF No. 18680] |
| P. | Order Signed On 4/30/2019 Re: Granting Trustees Thirtieth Omnibus Motion To Disallow Claims And Overrule Objections Of Claimants Who Have No Net Equity [ECF No. 18708] |
| Q. | Notice of Hearing on Motion of Alan and Andrew Melton to Vacate the Order Granting the Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity, Solely With Respect to the Diana Melton Trust filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/13/2019) [ECF No. 18743] |

**Status:**    This matter is going forward.

2. **08-01789; SIPC v. BLMIS**

   A.  Letter to the Hon. Stuart M. Bernstein requesting conference pursuant to Local Rule 7001-1(b) filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 5/31/2019) [ECF No. 18790]

   **Status:**    This matter is going forward as a conference.

Dated:  June 25, 2019
New York, New York

By:    /s/ David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*