**DEFENDANT'S EXHIBIT RDX-A**

JPMorgan Chase Bank

# JPMorganChase

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN: TONY TILETNICK
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022-4834

| | |
|---|---|
| Account No: | 140-080700 |
| Statement Start Date: | 30 MAR 2002 |
| Statement End Date: | 30 APR 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 004 |

Page 1 of 1

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 2 | 1.24 |
| Total Debits (incl. checks) | 2 | 1.24 |
| Total Checks Paid | 0 | 0.00 |

## BALANCES

| Opening (30 MAR 2002) | | Closing (30 APR 2002) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |
| Collected | .00 | Collected | .00 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 30 MAR | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 30 MAR | | | | | **** Balance **** | 0.00 | OPENING COLLECTED BALANCE |
| 01 APR | | | USD | OUR: 0001004456XO | .62 | | OD INTEREST CHARGE-CURRENT MONTH OVERDRAFT INTEREST APPLIED DURING MAR 2002 BASED ON AVG NEG COLL BALANCE $260 RATE 02.77% |
| 01 APR | | | | | **** Balance **** | .62- | CLOSING LEDGER BALANCE |
| 01 APR | | | | | **** Balance **** | .62- | CLOSING COLLECTED BALANCE |
| 04 APR | | | USD | | | .62 | DEPOSIT CASH LETTER |
| 04 APR | | | USD | OUR: 6881704094WD | | .62 | CREDIT MEMORANDUM REF: TO REVERSE OVERDRAFT CHARGE |
| 04 APR | | | | | **** Balance **** | .62 | CLOSING LEDGER BALANCE |
| 04 APR | | | | | **** Balance **** | .62 | CLOSING COLLECTED BALANCE |
| 11 APR | | | USD | OUR: 8093603101WD | .62 | | DEBIT MEMORANDUM REF: TO CLOSE ACC |
| 11 APR | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 11 APR | | | | | **** Balance **** | .00 | CLOSING COLLECTED BALANCE |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

REDACTED

CONFIDENTIAL

### Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**

**The Ledger Date of the transaction**

**The Debit or Credit Dollar Amount of the transaction**

**The "Our Reference Number" of the transaction**

**In addition, please give us an explanation of the inquiry.**

If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

**JPMorgan Chase Bank**
**(Department For Inquiry)**
**Church Street Station**
**P.O. Box 932**
**New York, N.Y. 10008-0932**

If you do not know the appropriate Department For Inquiry or your JPMorgan Chase Representative, please address your inquiry to:

**JPMorgan Chase Bank**
**DDA Customer Service**
**10420 Highland Manor Drive - 2nd Floor**
**Tampa, FL 33610**

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| Telephone Number: | 866-223-0359 | Fax Number: | 813-432-5005 |
| Telex Numbers: | 420966 CMB UI | SWIFT Address: | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

Please Note: For Non Reconcilement Checks: To place a stop payment order by telephone, please call; 813-432-5414 or 813-432-5415.

CONFIDENTIAL

REDACTED