
DEFENDANT'S EXHIBIT
RDX-C

**JPMorganChase** 0

JPMorgan Chase Bank, N.A.

**REDACTED**

April 01, 2008 through April 30, 2008
Account Number: 000000066709466

### CUSTOMER SERVICE INFORMATION

If you have any **questions about** your statement, please **contact** your Customer Service Professional.

00006485 DDA 802 152 12208 - NNNNN T 1 000000000 66 0000
BERNARD L MADOFF INVESTMENT SECURITIES LLC
ATTN DANIEL BONVENTRE
885 3RD AVE
NEW YORK NY 10022-4834

## CHECKING SUMMARY  Commercial Checking

|                               | INSTANCES | AMOUNT       |
|-------------------------------|-----------|--------------|
| Beginning **Balance**         |           | $83,720.85   |
| Deposits and Additions        | 1         | 200,000.00   |
| Electronic Withdrawals        | 2         | - 196,137.05 |
| Other Withdrawals, Fees & Charges | 1     | -108.41      |
| Ending **Balance**            | 4         | $85,475.39   |

## DEPOSITS AND ADDITIONS

| DATE  | DESCRIPTION | AMOUNT |
|-------|-------------|--------|
| 04/01 | Chips Credit *Via:* Bank 01 New York/0001 810: Bernard L Madoff Invest Sec L10022 Ref: Nbnf=Bernard L Madoff Investment New York NY 10022-4834/Ac-000000000667 Org=Bernard L Madoff Invest Sec Llc 10022 Ogb=Bernard L Madoff Issn: 0311094 Tm: 5595300092Fc | $200,000.00 |

**Total Deposits and Additions**                                   $200,000.00

## ELECTRONIC WITHDRAWALS

| DATE  | DESCRIPTION | AMOUNT |
|-------|-------------|--------|
| 04/01 | Book Transfer Debit A/C: American Express Trustee CO In new Delhi India 11004-4 Tm: 2110100092Jo | $146,598.03 |
| 04/01 | Book Transfer Debit A/C: American Express Trustee CO In new Delhi India 11004-4 Tm: 2110200092Jo | 49,539.02 |

**Total Electronic Withdrawals**                                   $196,137.05

## OTHER WITHDRAWALS, FEES & CHARGES

| DATE  | DESCRIPTION | AMOUNT |
|-------|-------------|--------|
| 04/15 | Account Analysis Settlement Charge | $108.41 |

**Total Other Withdrawals, Fees & Charges**                        $108.41

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMorganChase O

April 01, 2008 through April 30, 2008
Account Number: 000000066709466

## BALANCING YOUR CHECKBOOK!

**Note:** En__ a your checkbook register is up to date with all transactions to date whether they are included on your statement or not

1. Write In the Ending Balance shown on this statement:     Step 1 Balance: $ ____
2. List and total all deposits & additions not shown on this statement:

| | Date | Amount |
|---|---|---|
| _____ | _____ | _____ |
| _____ | _____ | _____ |
| _____ | _____ | _____ |

Step 2 Total:   $ ____

3. Add Step 2 Total to Step 1 Balance.     Step 3 Total:   $,____
4. List and total all checks, ATM withdrawals, debit card purchases and other withdrawals not shown on this statement.

| Check Number or Date | Amount | Check Number or Date | Amount |
|---|---|---|---|
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

Step 4 Total:  -$ ____

5. Subtract Step 4 Total from Step 3 Total. This should match your Checkbook Balance:   $ ____

IN CASE OF ERRORS OR QUESTIONS ABOUT YOUR ELECTRONIC FUNDS TRANSFERS: Call or write us at the phone number or address on the front of this statement (non-personal accounts contact Customer Service) if you think your statement or receipt is incorrect or if you need more information about a transfer listed on the statement or receipt. We must hear from you no later than 60 days after we sent you the FIRST statement on which the problem e error appeared. Be prepared to give us the following information:
   • Your name and account number
   • The dollar amount of the suspected error
   • A description of the error or transfer you are unsure of, why you believe it is an error, or why you need more information.
We Will investigate your complaint and will correct any error promptly. If we take more than '0 business days (or 20 business days for new accounts) to do this, we will credit your account for the amount you think is in error so that you will have use of the money during the time It takes us to complete our investigation.

IN CASE OF ERRORS OR QUESTIONS ABOUT NON-ELECTRONIC TRANSACTIONS: Contact the bank immediately if your statement is incorrect or if you need more information about any non-electronic transactions (checks or deposits) on this statement. If any such error appears, you must notify the bank in writing no later than 30 days after the statement was made available to you. For more complete details, see the Account Rules and Regulations or other applicable account agreement that governs your account.

JPMorgan Chase Bank, N.A. Member FDIC

JPMTAC0000002

JPMorganChase

April 01, 2008 through April 30, 2008
Account Number: 000000066709466

## DAILY ENDING BALANCE

| DATE  | AMOUNT      |
|-------|-------------|
| 04101 | $65,583.80  |
| 04115 | 85,475.39   |



08-01789-cgm   Doc 18847-3   Filed 07/01/19   Entered 07/01/19 22:09:07   Exhibit
RDX-C   Pg 4 of 4
18-Dec-08
18Dec08-353
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-353

**JPMorganChase**

April 01, 2008 through April 30, 2008
Account Number: 000000066709466

This Page Intentionally Left Blank

Page 4 of 4

JPMTAC0000004