DEFENDANT'S EXHIBIT RDX-D

| SCAN_STRING | HIT | MATCH_FIELD | TRN | PAYMENT_DATE | AMOUNT | ORD_CUST1 | ORD_CUST2 | ORD_CUST3 | ORD_CUST4 |
|---|---|---|---|---|---|---|---|---|---|
| 00000066709466 | 00000066709466 | dr_id | 2072600306JO | 2-Nov-07 | $134,239.08 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1116700339JO | 5-Dec-07 | $21,625.90 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1116600339JO | 5-Dec-07 | $89,790.16 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 4203800003JO | 3-Jan-08 | $40,000.00 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1607100004JO | 4-Jan-08 | $34,116.03 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1607000004JO | 4-Jan-08 | $129,283.45 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1989800032JO | 1-Feb-08 | $25,556.72 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1989700032JO | 1-Feb-08 | $100,121.99 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1241400060JO | 29-Feb-08 | $57,910.07 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1815500063JO | 3-Mar-08 | $86,682.89 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1815400063JO | 3-Mar-08 | $116,387.78 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2110200092JO | 1-Apr-08 | $49,539.02 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2110100092JO | 1-Apr-08 | $148,598.03 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2665600122JO | 1-May-08 | $13,640.14 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2665500122JO | 1-May-08 | $93,649.10 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2489100144JO | 23-May-08 | $50,000.00 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2929300150JO | 29-May-08 | $25,000.00 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1996200154JO | 2-Jun-08 | $35,299.90 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1996100154JO | 2-Jun-08 | $110,413.33 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1928100168JO | 16-Jun-08 | $150,129.63 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1787900178JO | 26-Jun-08 | $75,000.00 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1830600184JO | 2-Jul-08 | $4,169.38 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1830500184JO | 2-Jul-08 | $69,231.08 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2265500214JO | 1-Aug-08 | $31,889.25 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2265400214JO | 1-Aug-08 | $62,171.01 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 3833800246JO | 2-Sep-08 | $70,665.00 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 3833900246JO | 2-Sep-08 | $16,649.90 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2282700275JO | 1-Oct-08 | $23,206.50 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2282600275JO | 1-Oct-08 | $96,893.08 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 2740900304JO | 30-Oct-08 | $147,757.24 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1492600310JO | 5-Nov-08 | $17,998.82 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1940600337JO | 2-Dec-08 | $15,323.59 | | | | |
| 00000066709466 | 00000066709466 | dr_id | 1940500337JO | 2-Dec-08 | $58,547.84 | | | | |
| 00000066709466 | 00000066709466 | cr_id | 7963500282FC | 9-Oct-07 | $50,000.00 | BERNARD L MADOFF II SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 1002 | |
| 00000066709466 | 00000066709466 | cr_id | 4639300306FC | 2-Nov-07 | $135,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5110700339FC | 5-Dec-07 | $115,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 4103700004FC | 4-Jan-08 | $210,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5708900032FC | 1-Feb-08 | $125,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 6224700060FC | 29-Feb-08 | $60,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 6015600063FC | 3-Mar-08 | $205,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5595300092FC | 1-Apr-08 | $200,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 2687100122FC | 1-May-08 | $110,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5877800150FC | 29-May-08 | $50,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5567800154FC | 2-Jun-08 | $150,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5887100168FC | 16-Jun-08 | $150,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5296800178FC | 26-Jun-08 | $75,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5002300184FC | 2-Jul-08 | $75,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 5356300214FC | 1-Aug-08 | $95,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 9973200246FC | 2-Sep-08 | $90,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 4072500275FC | 1-Oct-08 | $121,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 6052300304FC | 30-Oct-08 | $150,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |
| 00000066709466 | 00000066709466 | cr_id | 4739400337FC | 2-Dec-08 | $75,000.00 | BERNARD L. MADOFF I | 885 THIRD AVENUE, | NEW YORK,NY | 10022 |

Sheets: **66709466 Bernard L Madoff** | 140080700 B L Madoff Inv Sec | 140081703 Bernard L Madoff | 669000038765 B L Madoff Inv Sec

| | K | L | M | N | O | P | Q | R |
|---|---|---|---|---|---|---|---|---|
| 1 | ORD_BANK1 | ORD_BANK2 | ORD_BANK3 | ORD_BANK4 | ORD_BANK5 | DR_ID | DR_ADDR1 | DR_ADDR2 |
| 2 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 3 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 4 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 5 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 6 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 7 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 8 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 9 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 10 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 11 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 12 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 13 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 14 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 15 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 16 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 17 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 18 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 19 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 20 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 21 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 22 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 23 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 24 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 25 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 26 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 27 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 28 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 29 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 30 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 31 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 32 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 33 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 34 | | | | | | 000000066709466 | BERNARD L MADOFF INVESTMEN | SECURITIES LLC |
| 35 | | | | | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 36 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 37 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 38 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 39 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 40 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 41 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 42 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 43 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 44 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 45 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 46 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 47 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 48 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | BANK OF NEW YORK | 48 WALL ST |
| 49 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | THE BANK OF NEW YORK MELLO | 48 WALL ST |
| 50 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | THE BANK OF NEW YORK MELLO | 48 WALL ST |
| 51 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | THE BANK OF NEW YORK MELLO | 48 WALL ST |
| 52 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | THE BANK OF NEW YORK MELLO | 48 WALL ST |
| 53 | BERNARD L MADOFF INV | SECURITIES LLC | 885 THIRD AVENUE | NEW YORK ,NY 10022 | | MBR/0001 | THE BANK OF NEW YORK MELLO | 48 WALL ST |
| 54 | | | | | | | | |

| | S | T | U | V | W | X | Y | Z | AA | AB |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | DR_ADDR3 | DR_ADDR4 | CR_ID | CR_ADDR1 | CR_ADDR2 | CR_ADDR3 | CR_ADDR4 | ACCT_PTY1 | ACCT_PTY2 | ACCT_PTY3 |
| 2 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715332624920003 | CORPORATE CENTURION CARD | |
| 3 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 4 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 5 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 6 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 7 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 8 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 9 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 10 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 11 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 12 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 13 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 14 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 15 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 16 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 17 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 18 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 19 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 20 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 21 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 22 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 23 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 24 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 25 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 26 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 27 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 28 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 29 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 30 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 31 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 32 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 33 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3715-332624-92003 | CORPORATE CENTURION CARD | |
| 34 | 885 3RD AVE | NEW YORK NY 10022- | 00000323184855 | AMERICAN EXPRESS T | SBS CONCENTRATION | A37 MOHAN CO OP IND | NEW DELHI INDIA 1100 | 3782683-85755001 | BNF CORPORATE PLATINUM | |
| 35 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 36 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 37 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 38 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 39 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 40 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 41 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 42 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 43 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 44 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 45 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 46 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 47 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 48 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 49 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 50 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 51 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 52 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |
| 53 | NEW YORK NY 10005-2901 | | 00000066709466 | BERNARD L MADOFF II | SECURITIES LLC | 885 3RD AVE | NEW YORK NY 10022-4834 | | | |

Sheet tabs: 66709466 Bernard L Madoff | 140080700 B L Madoff Inv Sec | 140081703 Bernard L Madoff | 669000038765 B L Madoff Inv Sec