UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    -against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    -against-<br><br>HSBC BANK PLC, et al.,<br><br>        Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**DISCOVERY ARBITRATOR'S FOURTH DISCOVERY ORDER**

The Discovery Arbitrator, having conducted a further hearing on July 1, 2019, regarding the Trustee's request to extend the fact discovery deadline in this matter, hereby directs as follows:

1. The deadline to complete fact discovery is extended to April 1, 2020.

2. If the Trustee seeks any further extension of fact discovery, he shall make his application by February 3, 2020, Alpha Prime shall respond by February 18, 2020, and the Trustee may reply by February 25, 2020.

3. If such an application is made, the Discovery Arbitrator will hold a further hearing on February 28, 2020, at 10 a.m., at the JAMS New York Resolution Center, 620 Eighth Avenue, New York, New York.

4. If the Trustee decides not to seek an extension, he shall notify Alpha Prime and the Discovery Arbitrator on or before February 3, 2020.

5. Decision is reserved with respect to the Trustee's request that he be allowed to complete all discovery commenced before the fact discovery deadline.

SO ORDERED.

Dated:    New York, New York
          July 1, 2019

_____
Frank Maas
Discovery Arbitrator