**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

| | |
|---|---|
| **UNITED STATES BANKRUPTCY COURT**<br>**SOUTHERN DISTRICT OF NEW YORK** | |
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>　　　　　　　　　　Debtor. | **Adv. Pro. No. 08-1789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)** |
| **IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,**<br>　　　　　　　　　　Plaintiff,<br>　- against –<br>**HSBC BANK PLC, et. al.**<br>　　　　　　　　　　Defendants. | **Adv. Pro. No. 09-01364 (SMB)** |

## DECLARATION OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.　　I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On July 2, 2019, I caused to be served via electronic mail and ECF a true and correct copy of the Letter of Alpha Prime Fund Ltd. to Judge Bernstein requesting a pre-motion conference pursuant to Local Rule 7056-1 upon the following parties:

| | |
|---|---|
| Oren Warshavsky, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>owarshavsky@bakerlaw.com | Geoffrey A. North, Esq.<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>gnorth@bakerlaw.com |

2.      I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

_____
Todd E. Duffy

Dated: July 2, 2019

## Exhibit A

Benjamin Hackman
Office of the United States Trustee
J. Caleb Boggs Federal Building
844 King Street, Suite 2207
Lockbox 35
Wilmington, DE 19801

## **Exhibit B**

Antonia M. Donohue, Esq.
JASPAN SCHLESINGER LLP
Attorneys At Law
300 Garden City Plaza
Garden City, New York 11530

## Exhibit C

Ellen W. Slights
U.S. ATTORNEY'S OFFICE
1007 N. Orange St., Suite 700
PO Box 2046
Wilmington, DE 19899

Department of the Treasury - IRS
Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19101-7346

Louis J. Testa, Esq.
Assistant Attorney General
Office of the New York State Attorney General
Litigation Bureau, Bankruptcy Unit
The Capitol
Albany, New York 12224-0341

New York State Department of Taxation and Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

State of New York Dept of Labor
Unemployment Insurance Division
Gov. Averell Harriman State Office Campus
Building 12, Room 256
Albany, NY 12240

City of Bristol
Tax Office
111 North Main Street
Bristol, CT 06010

**Exhibit D**

BTX Technologies, Inc.
5 Skyline Drive
Hawthorne, NY  10532

Christman Communications LLC
3528 SE Washington St
Portland, OR  97214

C5, Inc.
134 W. 25th Street
New York, NY  10001

COMCAST
PO BOX 1577
NEWARK, NJ  07101

American Residuals & Talent
26 Gregs Way, Suite 2A
Tamworth, NH  03886

Cablevision Lightpath, Inc.
PO Box 360111
Pittsburgh, PA  15251

COMMUNICAR, INC.
73-10 88TH STREET
GLENDALE, NY  11385

Ann Wright Representatives
165 West 46 Street - 1105
New York, NY  10036

AT&T Mobile Business Agreement
810 Seventh Avenue
NY, NY  10019

CAVU Releasing
630 9th Avenue Suite 405
NY, NY  10036

CON EDISON JAF STATION
NEW YORK, NY  10116-1702

AZZURRO HD LLC
260 UNION STREET
Northvale, NJ  07647

CDW Direct
PO Box 75723
Chicago, IL  60675

CORPORATE COFFEE SYSTEMS
745 SUMMA AVENUE
Westbury, NY  11590

Bagel & Bean
828 7TH AVENUE
New York, NY  10019

Chainsaw, Inc.
940 N. Orange Dr
Hollywood, CA  90038

Corporate Coffee Systems, LLC
745 Summa Avenue
Westbury, NY  11590

Baytree National Bank & Trust
8101 34th Ave So. Suite 340
Bloomington, MN  55425

CHAMPION COURIER
PO BOX 1196
New York, NY  10018

Donnelly Mechanical
96-59 222nd Street
Queens Village, NY  11429

Berkshire Mtn. Spring Water
PO BOX 257
Southfield, MA  01259

Chase Card Services
PO Box 15153
Wilmington, DE  19886

Brevity Ventures LLC
242 West 30th Street Suite 402
New York, NY  10001

Carnegie Sports & Entertainment
100 Park Avenue, 16th Floor
New York, NY  10017

EARTHLINK BUSINESS
PO BOX 88104
CHICAGO, IL  60680

CHLIC
P.O. Box 64456
Pittsburgh, PA  15264

EDNET
1291 SW 29TH
Pompano Beach,   33069

John Hancock
PO Box 600
Buffalo, NY  14201

Metropolis Group Inc.
22 Cortlandt Street
New York, NY  10007

EMPRESS MEDIA INC.
306 WEST 38TH STREET
New York, NY  10018

Josubu Productions LLC
110 Cedar Street
Nutley, NJ  07110

Irving Harvey LLC
368 Broadway #203
New York, NY  10013

Entertainment Digital Network, Inc.
901 Battery Street Suite 200
San Francisco, CA  94111

FEDEX
P.O. BOX 371461
Pittsburgh, PA  15250

LEAF SALTZMAN MANGANELLI PFEIL
310 PASSAIC AVENUE
FAIRFIELD, NJ  07004

Metlife
200 Park Avenue
New York, NY  10016

Lightower Fiber Networks
80 Central Street
Boxborough,, MA  01719

MICHAEL BUCKNER
14 LAKE DRIVE
Darien, CT  06820

NBS
155 Willowbrook Blvd.
Wayne, NJ  07470

NeuStar, Inc.
46000 Center Oak Plaza
Sterling, VA  20166

Global Vantage Ltd.

LightPath

2424 South East Bristol Street Suite 280  
Newport Beach, CA 92660

530 Fifth Avenue 17th Floor  
New York, NY 10036

Greenberg Traurig, LLP  
2450 Colorado Avenue  
Santa Monica, CA 90404

Liman Video Rental Company  
341 W 38TH Street  
New York, NY 10018

Harmonic Inc  
4300 North First Street  
San Jose, CA 95134

Herring & Associates  
8 Angela's Way  
Goshen, NY 10924

Live Nation Worldwide Inc., f/k/a SFX En  
2000 West Loop South, Ste. 1300  
Houston, TX 77027

PC CONNECTION  
PO Box 382808  
Pittsburgh, PA 15250

PERFECT TEMP HEATING AND AC  
635 OLD TURNPIKE ROAD  
Plantsville, CT 06479

Picture Perfect Productions  
27 Fenway South  
Yonkers, NY 10704

Media Distributors  
P.O. Box 75614  
Cleveland, OH 44101

IRON MOUNTAIN RECORDS MANAGEMENT  
New York, NY 10087-7128

megatrax  
7629 Fulton Avenue  
North Hollywood, CA 91605

Pitney Bowes Global Financial  
P.O. Box 507  
Westhampton Beach, NY 11978

Sydney Koch  
455 E. 86th Street, Unit 37B  
New York, NY 10028

Taylor & Taylor Associates  
16 East 40th Street  
New York, NY 10016

Tekserve  
119 West 23rd Street  
New York, NY 10011

Terry Enterprises  
P.O. Box 747  
Farmington, CT 06034

Time Warner Cable Business Class  
41-61 Kissena Blvd  
Flushing, NY 11355

Time Warner Cable Inc  
120 E 23rd Street 8th Floor  
New York, NY 10010

Times Square JV LLC  
BOX 512417

PLIC - SBD GRAND ISLAND  
PO BOX 10372

Philadelphia, PA 19175
Rackspace US, Inc.
PO Box 730759
Dallas, TX 75373

DES MOINES, IA 50306
Verizon Business Solutions Group
22001 Loudoun County Pkwy
Ashburn, VA 20147

VideoHelper
50 West 17th Street
New York, NY 10011

VITAC
101 Hillpointe Drive
Canonsburg, PA 15317

W.B. MASON COMPANY, INC.
PO BOX 981101
Boston, MA 02298

RDA Robert Derector Associates
19 W 44th St.
New York, NY 10036

REDBALL PARKING SYSTEM
225 WEST 49TH STREET
New York, NY 10019

SASI
1720 W. Florist Avenue
Glendale, WI 53209

Shiela Nivens
C/O Trokie Landau, LLP
11 Martine Ave., 12 TH FLOOR
White Plains, NY 10606

Signature Bank
565 Fifth Avenue
New York, NY 10017

Brave Ventures, LLC
21 Settlers Lane
Westfield, NJ 07090

Scorpion Capital Partners, L.P.
11 East 26th Street, 15th Floor
New York, NY 10010

Robert Gleason
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Craig Lamson
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Dale Boyce
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

David Klinkowize
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Dean Craigo
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Fred Salkind
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Jeannine Walsh
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Keith Crago
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Mike Buckner
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Paul Monfre
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Raisa Vidal
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Ray Rothaug
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Therese Levine
c/o Creative Group Acquisition Co.
220 West 42nd Street, 15th Floor
New York, NY 10036

Eric Przystawski
c/o Creative Group Acquisition Co.
22 Pine Street
Suite 305
Bristol, CT  06010

Phil Schreibman
c/o Creative Group Acquisition Co.
22 Pine Street
Suite 305
Bristol, CT  06010

## **Exhibit D**

Docutrend
575 8th Avenue
New York, NY 10018