# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Fernando A. Bohorquez
direct dial: 212.589.4242
fbohorquez@bakerlaw.com

July 2, 2019

**VIA EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re: *Picard v. Magnify Inc., et al.*, Adv. Pro. No. 10-05279 (SMB)

Dear Judge Bernstein:

    We are counsel to Irving H. Picard, the Trustee for the liquidation of the business of Bernard L. Madoff Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-lll, and the substantively consolidated estate of Bernard L. Madoff. By order dated June 18, 2019, the Court directed this case to mediation and ordered the parties to select a mediator. We write on behalf of both parties to advise the Court that we have jointly selected Mr. Ted Berkowitz as mediator in this proceeding, subject to confirmation of Mr. Berkowitz's conflict checks.

Respectfully,

Fernando A. Bohorquez

cc: Paul Weinstein, Esq.
    Tracy Cole, Esq.
    Keith Murphy, Esq.

Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC