**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>THE ESTATE OF MURIEL B. CANTOR and NANCY ATLAS, as Personal Representative of THE ESTATE OF MURIEL B. CANTOR,<br><br>Defendants. | Adv. Pro. No. 10-04931 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY**
**DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and the Estate of Muriel B. Cantor and Nancy Atlas, as Personal Representative of the Estate of Muriel B. Cantor ("Defendants") by and through

their counsel, Luke A. Connelly (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against Defendants.

2. On July 31, 2015, Defendants served an answer on the Trustee.

3. On June 27, 2019, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding, and dismissing the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
      July 3, 2019

**BAKER & HOSTETLER LLP**

By: */s/ Elyssa S. Kates*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Elyssa S. Kates
Email: ekates@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**WINSTON & STRAWN LLP**

By: */s/ Luke A. Connelly*
Luke A. Connelly
200 Park Avenue
New York, New York 10166
Telephone: 212.294.6700
Email: lconnelly@winston.com

*Attorneys for Defendants
The Estate of Muriel B. Cantor, and
Nancy Atlas, as Personal Representative of
the Estate of Muriel B. Cantor*

**SO ORDERED**

**Dated: July 3rd, 2019**　　　　　　　　　　/s/ STUART M. BERNSTEIN
**New York, New York**　　　　　　　　　　HON. STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE