**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05383 (SMB) |
| Plaintiff, | |
| v. | |
| STANLEY SHAPIRO, *et al.*, | |
| Defendants. | |

**STIPULATED ORDER**
**OF MEDIATION REFERRAL AND MEDIATOR SELECTION**

**WHEREAS**, on March 31, 2016, the Bankruptcy Court for the Southern District of New York entered a Case Management Plan ("CMP") (ECF No. 68) that required plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff Investment Securities LLC and the substantively consolidated estate of Bernard L. Madoff, and defendants in the above-captioned adversary proceeding (the "Defendants," and together with the Trustee, the "Parties") to mediate the Trustee's claims at the close of discovery pursuant to the processes provided for in Section 5 of the Avoidance Procedures Order (the "Procedures Order") attached

to the Court's Order Establishing Case Management Procedures for Avoidance Actions, dated November 10, 2010.  *See* CMP, ¶ 4; and

**WHEREAS**, pursuant to the Procedures Order, the Parties have met and conferred and have agreed upon a person to mediate the Trustee's claims in preparation for the close of discovery on July 31, 2019.

**NOW THEREFORE**, it is hereby stipulated and agreed by and between the Parties through their respective undersigned counsel, and **SO ORDERED** by the Court, that:

1. The Honorable Faith S. Hochberg, United States District Judge (ret.), shall act as mediator in this adversary proceeding; and

2. The mediation shall occur on July 23, 2019, at the offices of Baker & Hostetler LLP, and, if necessary, shall continue on a day mutually agreed to by the Parties and Judge Hochberg.

Dated: July 10, 2019
      New York, New York

| **BAKER & HOSTETLER LLP** | **LAX & NEVILLE LLP** |
|---|---|
| By: /s/ *David J. Sheehan* | By: /s/ *Barry R. Lax* |
| 45 Rockefeller Plaza | 1450 Broadway, 35th Floor |
| New York, NY 10111 | New York, NY 10018 |
| Telephone: (212) 589-4200 | Telephone: (212) 696-1999 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 566-4531 |
| David J. Sheehan | Barry R. Lax |
| Email: dsheehan@bakerlaw.com | Email: blax@laxneville.com |
| *Attorneys for Plaintiff* | *Attorneys for Defendants* |

Dated: July **10th**, 2019
      New York, New York

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

2