```
UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------X
In re:                                                    :
                                                          :
BERNARD L. MADOFF INVESTMENT                              :      Adv. Proc. No. 08-01789 (SMB)
SECURITIES LLC,                                           :      SIPA LIQUIDATION
                                                          :
                Debtor.                                   :
----------------------------------------------------------X
IRVING H. PICARD, Trustee for the                         :
Liquidation of Bernard L. Madoff Investment               :
Securities LLC,                                           :
                                                          :
                Plaintiff,                                :
                                                          :
        -against-                                         :
                                                          :      Adv. Proc. No. 10-05279 (SMB)
MAGNIFY INC.; PREMERO INVESTMENTS                         :
LTD.; STRAND INTERNATIONAL                                :
INVESTMENTS LTD.; THE YESHAYA                             :
HOROWITZ ASSOCIATION; YAIR GREEN;                         :
and EXPRESS ENTERPRISES INC.,                             :
                                                          :
                Defendants.                               :
----------------------------------------------------------X
```

## ORDER APPOINTING MEDIATOR

WHEREAS, the Court entered an *Order Directing Mediation Pursuant to General Order M-452 and Local Bankruptcy Rule 9019-1* on June 18, 2019 (ECF Doc. # 180) referring *Picard v. Magnify Inc.*, Adv. Pro. No. 10-05279 (SMB) (the "Action") to mediation;

WHEREAS, the parties notified the Court by letter, dated July 2, 2019 (ECF Doc. # 183) that they had selected Mr. Ted Berkowitz as the mediator subject to the completion of a conflicts check; and

WHEREAS, the parties notified the Court on July 10, 2019 that Mr. Berkowitz had cleared the conflicts check.

1

THEREFORE, it is ORDERED that the Mr. Berkowitz is appointed as mediator in the Action pursuant to Local Bankruptcy Rule 9019-1 and General Order M-452.

Dated:   New York, New York
        **June 11th, 2019**

                                              **/s/ STUART M. BERNSTEIN**
                                              STUART M. BERNSTEIN
                                              United States Bankruptcy Judge