# EXHIBIT B

EXHIBIT B
SUMMARY OF THIRTIETH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2018 THROUGH MARCH 31, 2019

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard Irving H. | 1966 | 998.00 | 286.20 | 285,627.60 |
| | Sheehan David J. | 1968 | 998.00 | 467.00 | 466,066.00 |
| | Matthias Michael R | 1973 | 741.90 | 40.40 | 29,972.80 |
| | Bash Brian A | 1975 | 795.81 | 16.60 | 13,210.40 |
| | Long Thomas L | 1976 | 986.19 | 322.80 | 318,340.80 |
| | Ponto Geraldine E. | 1982 | 970.13 | 523.50 | 507,864.00 |
| | Hutchins Elaine A | 1983 | 652.78 | 7.90 | 5,157.00 |
| | Smith Elizabeth A | 1985 | 907.00 | 1.30 | 1,179.10 |
| | McDonald Heather J | 1986 | 706.00 | 1.80 | 1,270.80 |
| | Reich Andrew W | 1987 | 707.71 | 7.00 | 4,954.00 |
| | Burke John J | 1988 | 782.62 | 52.90 | 41,400.50 |
| | Hunt Dean D | 1991 | 714.14 | 243.10 | 173,606.30 |
| | Goldberg Steven H | 1991 | 990.53 | 84.10 | 83,303.90 |
| | Douthett Breaden M | 1991 | 498.84 | 31.50 | 15,713.40 |
| | Griffin Regina L. | 1993 | 987.77 | 645.20 | 637,312.00 |
| | Thomas, Erika K. | 1995 | 759.78 | 367.20 | 278,992.30 |
| | Brennan Terry M | 1995 | 545.22 | 18.40 | 10,032.10 |
| | Cole Tracy L | 1996 | 837.54 | 305.20 | 255,618.30 |
| | Murphy Keith R. | 1997 | 987.79 | 412.00 | 406,971.20 |
| | Scully Elizabeth A | 1997 | 724.00 | 7.50 | 5,430.00 |
| | Hoang Lan | 1997 | 846.98 | 689.90 | 584,330.80 |
| | Warshavsky Oren J. | 1998 | 993.92 | 642.80 | 638,890.00 |
| | Rose Jorian L. | 1998 | 897.33 | 240.90 | 216,167.60 |
| | Fish Eric R. | 1998 | 749.09 | 437.70 | 327,878.10 |
| | New Jonathan B. | 1998 | 984.09 | 14.00 | 13,777.20 |
| | Rollinson James H | 1998 | 490.38 | 370.00 | 181,439.60 |
| | Pergament Benjamin D | 1999 | 718.60 | 204.70 | 147,097.60 |
| | Cremona Nicholas J. | 2000 | 882.83 | 702.80 | 620,452.00 |
| | Bohorquez Jr Fernando A | 2000 | 811.85 | 323.40 | 262,553.00 |
| | Zeballos Gonzalo S. | 2001 | 896.90 | 331.80 | 297,591.80 |
| | Beckerlegge Robertson D | 2001 | 678.99 | 690.60 | 468,908.40 |
| | Bell Stacey A. | 2001 | 731.42 | 560.90 | 410,252.70 |
| | Fokas Jimmy | 2001 | 832.78 | 44.60 | 37,142.20 |
| | North Geoffrey A. | 2002 | 715.05 | 780.00 | 557,736.60 |
| | Song Brian W. | 2002 | 689.46 | 511.30 | 352,520.40 |
| | Shields Nkosi D. | 2003 | 612.14 | 445.50 | 272,709.00 |
| | Oliver Jason S. | 2003 | 685.54 | 567.20 | 388,840.10 |
| | Gongolevsky, May Tal | 2003 | 707.00 | 3.20 | 2,262.40 |
| | Sherer James A. | 2003 | 691.19 | 157.00 | 108,517.10 |
| | Jacobs Edward J. | 2003 | 701.00 | 1.00 | 701.00 |
| | Hochmuth Farrell A | 2003 | 519.13 | 97.40 | 50,563.20 |
| | Smith Rachel M | 2004 | 478.77 | 5.20 | 2,489.60 |
| | Gabriel Jessie M | 2004 | 714.42 | 313.30 | 223,826.30 |
| | Allen Brian F. | 2005 | 646.94 | 93.10 | 60,230.50 |
| | Hartman Ruth E | 2005 | 384.07 | 57.80 | 22,199.00 |
| | Carvalho Melissa M. | 2005 | 726.48 | 87.90 | 63,858.00 |
| | Proano David F | 2005 | 385.00 | 4.30 | 1,655.50 |
| | Kosack Melissa L. | 2006 | 689.24 | 687.80 | 474,058.00 |
| | Carlisle Marie L. | 2006 | 450.73 | 395.30 | 178,175.50 |
| | Longstaff Carrie | 2006 | 653.21 | 436.60 | 285,190.40 |
| | Vanderwal Amy E. | 2006 | 688.81 | 595.60 | 410,256.90 |
| | Patel Tayan B. | 2007 | 550.56 | 13.50 | 7,432.50 |
| | Giuliani, Esterina | 2007 | 771.75 | 195.70 | 151,031.00 |
| | Calvani Torello H. | 2007 | 689.91 | 653.50 | 450,853.20 |
| | Brown Seanna R. | 2007 | 713.99 | 511.90 | 365,491.10 |
| | Forman Jonathan A. | 2007 | 683.97 | 332.20 | 227,215.00 |
| | Stanley Trevor M. | 2008 | 548.20 | 47.20 | 25,875.20 |
| | Keranen, Kristin L. | 2008 | 720.00 | 3.10 | 2,232.00 |
| | Zunno-Freaney, Kathryn M | 2008 | 719.00 | 29.30 | 21,066.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Woltering Catherine E. | 2008 | 683.60 | 305.90 | 209,112.20 |
| | Markel Tatiana | 2009 | 622.21 | 409.00 | 254,482.00 |
| | Campbell Patrick T | 2009 | 690.20 | 118.20 | 81,582.00 |
| | Molina Marco | 2009 | 601.70 | 343.10 | 206,443.00 |
| | Blattmachr Jonathan D. | 2009 | 620.33 | 616.00 | 382,121.50 |
| | Fein Amanda E. | 2010 | 601.88 | 484.20 | 291,429.00 |
| Partners and of Counsel Total | | | 754.47 | 18,398.00 | 13,880,659.40 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Associates | Meisels Naomi P. | 1984 | 626.00 | 11.00 | 6,886.00 |
| | Bieler Philip | 1994 | 485.95 | 352.50 | 171,297.30 |
| | Kates Elyssa S. | 2000 | 696.67 | 71.90 | 50,090.40 |
| | DeSouza, Karen | 2001 | 253.00 | 145.70 | 36,862.10 |
| | Lorkowski, Michael J. | 2001 | 265.00 | 125.70 | 33,310.50 |
| | Wlodek Heather | 2003 | 646.96 | 361.60 | 233,940.80 |
| | Idzior, Ryan C. | 2004 | 253.00 | 56.00 | 14,168.00 |
| | Hemby Jr, William E | 2004 | 265.00 | 91.80 | 24,327.00 |
| | Hiatt, Eric B. | 2005 | 599.75 | 376.60 | 225,866.00 |
| | Carter, Kermesha L. | 2005 | 253.00 | 5.10 | 1,290.30 |
| | Cowherd, Matthew K | 2005 | 496.85 | 362.50 | 180,108.50 |
| | Mezibov, Jonathan G. | 2006 | 257.67 | 640.60 | 165,061.00 |
| | Munoz, Andres A | 2006 | 603.28 | 110.50 | 66,662.00 |
| | Feil Matthew D. | 2006 | 645.22 | 448.90 | 289,637.10 |
| | Goldmark Jena B. | 2007 | 472.40 | 646.40 | 305,361.20 |
| | Wasick Joanna F. | 2007 | 760.56 | 645.30 | 490,788.10 |
| | Rovine Jacqlyn | 2008 | 592.82 | 35.70 | 21,163.50 |
| | Attard, Lauren T. | 2008 | 576.20 | 62.10 | 35,782.30 |
| | Choi David | 2008 | 602.07 | 336.90 | 202,836.00 |
| | McCurrach Elizabeth G. | 2008 | 621.62 | 577.60 | 359,047.00 |
| | Usitalo Michelle R. | 2008 | 602.84 | 612.20 | 369,058.00 |
| | Brooks, Courtney M. | 2008 | 257.64 | 374.40 | 96,459.00 |
| | Sabella, Michael A. | 2008 | 559.97 | 295.00 | 165,191.40 |
| | Lewter, Shalonda | 2008 | 265.00 | 130.80 | 34,662.00 |
| | Mattera, Marshall J. | 2009 | 601.50 | 746.00 | 448,718.50 |
| | Khan, Ferve E. | 2009 | 603.17 | 396.20 | 238,975.00 |
| | Nickodem Robert G. | 2009 | 265.53 | 514.70 | 136,666.10 |
| | Hilsheimer Lauren M. | 2009 | 568.12 | 311.60 | 177,025.40 |
| | Perkins Austin, Francesca | 2009 | 586.08 | 595.60 | 349,071.00 |
| | Walton, Ryan | 2009 | 260.00 | 44.10 | 11,466.00 |
| | Shapiro Peter B. | 2009 | 602.13 | 520.90 | 313,650.50 |
| | Biondo, Lindsay J. | 2010 | 265.84 | 785.70 | 208,874.00 |
| | McGourty Cara | 2010 | 581.00 | 637.10 | 370,156.80 |
| | McMillan David M. | 2010 | 582.41 | 227.00 | 132,206.80 |
| | Hansford Melissa L. | 2010 | 265.64 | 212.70 | 56,502.50 |
| | Chandler Tara R. | 2010 | 265.76 | 675.60 | 179,550.80 |
| | Hoff Michelle M. | 2010 | 260.00 | 160.80 | 41,808.00 |
| | Rog Joshua B. | 2010 | 581.45 | 452.60 | 263,166.20 |
| | Maytal Anat | 2010 | 580.39 | 731.40 | 424,500.00 |
| | Rollins Jennifer B. | 2010 | 258.87 | 572.80 | 148,280.00 |
| | White, A. Mackenna | 2010 | 601.14 | 312.30 | 187,737.00 |
| | Rouach Sophie | 2010 | 472.23 | 483.70 | 228,417.10 |
| | Iannuzzi Michael M. | 2010 | 513.00 | 8.60 | 4,411.80 |
| | Bent, Camille C. | 2010 | 561.79 | 449.80 | 252,691.80 |
| | Boga-Lofaro, Csilla | 2010 | 489.73 | 91.50 | 44,810.40 |
| | Cohen, Ian R. | 2010 | 462.41 | 236.80 | 109,499.50 |
| | McCabe, Bridget S. | 2010 | 460.00 | 1.00 | 460.00 |
| | Ubaid Maryland H. | 2010 | 265.75 | 579.20 | 153,922.60 |
| | Patrick Stacey M. | 2011 | 265.15 | 655.60 | 173,830.70 |
| | Sinclair Jordan A. | 2011 | 481.36 | 99.50 | 47,894.90 |
| | Oliva Frank M. | 2011 | 561.26 | 656.00 | 368,183.60 |
| | Bennett Melonia A. | 2011 | 298.07 | 53.80 | 16,036.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Vonderhaar Douglas A. | 2011 | 317.52 | 116.70 | 37,054.10 |
| | Feldstein Robyn M | 2011 | 562.10 | 144.70 | 81,336.40 |
| | Blanchard, Jason I. | 2011 | 514.18 | 457.20 | 235,085.00 |
| | Gottesman Joel D. | 2011 | 265.61 | 555.10 | 147,441.00 |
| | Wangsgard Kendall E. | 2011 | 579.97 | 37.20 | 21,575.00 |
| | Krishna Ganesh | 2011 | 560.29 | 560.20 | 313,875.20 |
| | White Jason T. | 2011 | 266.06 | 520.80 | 138,565.00 |
| | Fedeles, Emily R. | 2011 | 563.48 | 184.50 | 103,961.40 |
| | Durbin Damon M. | 2011 | 300.60 | 403.00 | 121,141.80 |
| | Rose Nicholas M. | 2011 | 579.33 | 176.60 | 102,309.80 |
| | Barhorst Damon C. | 2011 | 258.99 | 545.10 | 141,175.20 |
| | Shifrin Maximillian S. | 2011 | 580.88 | 561.00 | 325,875.40 |
| | Slavin, Jeffrey A | 2011 | 490.00 | 50.50 | 24,745.00 |
| | Gallagher Christopher B. | 2012 | 561.04 | 436.40 | 244,836.00 |
| | Sloan, Victoria E | 2012 | 265.00 | 154.50 | 40,942.50 |
| | Ackerman Stephanie | 2012 | 515.72 | 635.10 | 327,532.30 |
| | Rice David W. | 2012 | 561.48 | 471.00 | 264,455.40 |
| | Hough Shawn P. | 2012 | 562.53 | 660.90 | 371,773.20 |
| | Engel, Seth E | 2012 | 446.26 | 6.50 | 2,900.70 |
| | Mills, Rachel | 2012 | 253.00 | 39.50 | 9,993.50 |
| | Tanney, Michelle N. | 2013 | 518.00 | 271.30 | 140,533.40 |
| | Barrow Clark, Erica | 2013 | 494.63 | 221.70 | 109,660.50 |
| | Friedman, Matthew B. | 2013 | 534.01 | 310.90 | 166,024.00 |
| | Brumbach, Maxim G. | 2013 | 258.85 | 603.70 | 156,270.20 |
| | Gillingham, Ross M. | 2013 | 258.59 | 718.10 | 185,690.80 |
| | Mosher, Sarah E. | 2013 | 259.06 | 612.00 | 158,546.40 |
| | Holder Casey E | 2013 | 435.00 | 3.30 | 1,435.50 |
| | Charlemagne, Chardaie C. | 2013 | 512.33 | 268.00 | 137,305.60 |
| | Sterling, Nichole L. | 2013 | 481.27 | 51.00 | 24,544.80 |
| | Lewis, Alexis D. | 2013 | 260.00 | 42.20 | 10,972.00 |
| | Goertemiller, Noah J. | 2014 | 258.77 | 659.10 | 170,553.00 |
| | Horning, Nathan T. | 2014 | 265.68 | 648.40 | 172,265.30 |
| | Trahanas, Elias D. | 2014 | 494.33 | 339.10 | 167,627.90 |
| | Miao, Tiffany A. | 2014 | 513.41 | 156.50 | 80,348.10 |
| | Dasaro, Stacy A | 2014 | 513.10 | 400.50 | 205,496.00 |
| | Howley, Thomas F. | 2015 | 492.82 | 61.20 | 30,160.80 |
| | Turner, Tara E. | 2015 | 463.46 | 816.70 | 378,510.90 |
| | Lyster, Lauren P | 2015 | 479.60 | 55.90 | 26,809.40 |
| | Kennedy, Joyce R. | 2015 | 265.95 | 669.50 | 178,053.00 |
| | Serrao, Andrew M. | 2015 | 493.82 | 578.10 | 285,476.10 |
| | Porembski, Daniel P. | 2015 | 258.70 | 537.50 | 139,048.60 |
| | Weinberg Lauren R. | 2015 | 493.32 | 196.00 | 96,690.80 |
| | Molony, Matthew E. | 2016 | 258.58 | 591.70 | 153,002.60 |
| | Berry, Joshua L. | 2016 | 258.76 | 540.80 | 139,939.60 |
| | Cantu, Michael R. | 2016 | 268.16 | 716.60 | 192,163.00 |
| | Miguel, Nickoli X. | 2016 | 265.70 | 472.60 | 125,568.20 |
| | Hoover, Marianne E. | 2016 | 259.03 | 526.10 | 136,276.60 |
| | Shalodi, Amani | 2016 | 265.30 | 753.90 | 200,008.20 |
| | Stewart, Matthew L. | 2016 | 258.80 | 541.20 | 140,063.40 |
| | Nadworny Bari R. | 2016 | 478.53 | 44.90 | 21,485.80 |
| | Martin, Lauren E. | 2016 | 258.78 | 539.60 | 139,636.60 |
| | Maw, Darley | 2017 | 486.79 | 43.10 | 20,980.50 |
| | de Dios, Maria A. | 2017 | 461.23 | 204.90 | 94,505.50 |
| | Ebede, Ogochukwu I. | 2017 | 265.00 | 124.10 | 32,886.50 |
| | Santiago, Anthony R. | 2017 | 265.82 | 599.00 | 159,224.60 |
| | Stork, Victoria L. | 2017 | 460.76 | 349.70 | 161,126.50 |
| | Pollawit, Panida A. | 2017 | 461.99 | 161.10 | 74,425.80 |
| | Fischetti, Chloe S. | 2018 | 422.77 | 114.40 | 48,364.40 |
| | Shin, Jean H. | 2018 | 423.80 | 187.30 | 79,377.80 |
| | Yantis, Brittany A. | 2019 | 420.00 | 128.60 | 54,012.00 |
| | Corrigan, Megan A. | 2019 | 415.08 | 107.00 | 44,414.00 |
| | Gotsis, Christina O. | 2019 | 415.00 | 129.50 | 53,742.00 |
| | Cardenas Samantha A. | #N/A | 258.99 | 681.00 | 176,368.80 |
| | Silversmith, Jordan R. | #N/A | 416.24 | 114.60 | 47,701.00 |
| Associates Total | | | 418.75 | 40,698.30 | 17,042,239.10 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Bekler James M. | #N/A | 466.42 | 332.10 | 154,897.00 |
| | Blaber Theresa A | #N/A | 358.00 | 17.00 | 6,086.00 |
| | Bluett, Marie V. | #N/A | 272.00 | 27.30 | 7,425.60 |
| | Bookout, Kimberly M. | #N/A | 246.00 | 8.30 | 2,041.80 |
| | Cabrera Ramon C | #N/A | 286.06 | 377.60 | 108,018.00 |
| | Chan Angeline | #N/A | 272.36 | 237.10 | 64,576.20 |
| | Eyler, Carly D. | #N/A | 154.00 | 5.50 | 847.00 |
| | Fishelman Benjamin D. | #N/A | 446.64 | 397.00 | 177,317.00 |
| | Gibbons Michael E. | #N/A | 403.00 | 75.70 | 30,507.10 |
| | Glanzman Adam J | #N/A | 366.73 | 118.00 | 43,274.70 |
| | Goldfinger, Jacob L. | #N/A | 370.00 | 1.00 | 370.00 |
| | Graham Sonya M. | #N/A | 280.94 | 33.60 | 9,439.50 |
| | Iskhakova Yuliya | #N/A | 377.60 | 705.00 | 266,205.30 |
| | Kinne Tanya M | #N/A | 348.25 | 473.60 | 164,931.30 |
| | LaFalce, Stephen P. | #N/A | 187.61 | 20.90 | 3,921.00 |
| | Landrio Nikki M. | #N/A | 394.06 | 665.20 | 262,126.40 |
| | Lasko Seth D. | #N/A | 383.74 | 117.10 | 44,935.90 |
| | McDonald Michael H. | #N/A | 206.00 | 12.30 | 2,533.80 |
| | McIntosh Casey | #N/A | 211.89 | 372.40 | 78,909.20 |
| | McKenna, Patrice M. | #N/A | 291.11 | 509.20 | 148,230.70 |
| | Monge Tirsa | #N/A | 366.03 | 465.40 | 170,348.30 |
| | Montani Christine A. | #N/A | 365.88 | 421.00 | 154,034.30 |
| | Nunes Silas T | #N/A | 324.56 | 133.40 | 43,296.60 |
| | Oliver-Weeks Marcella J. | #N/A | 421.59 | 575.90 | 242,793.70 |
| | Paremoud Jana | #N/A | 281.00 | 6.00 | 1,686.00 |
| | Pulsipher Eric K. | #N/A | 336.09 | 274.60 | 92,290.00 |
| | Reyes Lucinda A. | #N/A | 205.81 | 566.10 | 116,510.70 |
| | Rodriguez, Evelyn | #N/A | 376.19 | 335.00 | 126,023.60 |
| | Stone Adrian | #N/A | 320.05 | 540.80 | 173,085.60 |
| | Sweet Karen R | #N/A | 256.88 | 81.90 | 21,038.10 |
| | Szalay, Sarah M | #N/A | 205.19 | 294.20 | 60,367.70 |
| | Tineo, Nicole L. | #N/A | 460.00 | 239.10 | 109,986.00 |
| | Villamayor Fidentino L. | #N/A | 383.99 | 486.90 | 186,963.30 |
| | von Collande Constance M. | #N/A | 361.01 | 566.10 | 204,369.30 |
| | Weaver Scott | #N/A | 351.12 | 716.80 | 251,679.50 |
| | Whaley, Tami E. | #N/A | 270.00 | 1.40 | 378.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 345.86 | 10,210.50 | 3,531,444.20 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 754.47 | 18,398.00 | 13,880,659.40 |
| Associates Total | 418.75 | 40,698.30 | 17,042,239.10 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 345.86 | 10,210.50 | 3,531,444.20 |
| Blended Attorney Rate | 523.26 | | |
| Total Fees Incurred | | 69,306.80 | 34,454,342.70 |
| Less 10% Public Interest Discount | | | (3,445,434.27) |
| Grand Total | | | $ 31,008,908.43 |