# EXHIBIT C

## EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTIETH INTERIM
PERIOD OF DECEMBER 1, 2018 THROUGH MARCH 31, 2019

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 11,619.40 | $ 6,444,057.20 |
| 02 | Bankruptcy Court Litigation and Related Matters | 229.10 | 140,557.70 |
| 03 | Feeder Funds | 648.30 | 385,853.20 |
| 04 | Asset Search Recovery and Sale | 11.60 | 11,058.30 |
| 05 | Internal Office Meetings with Staff | 621.70 | 357,749.40 |
| 07 | Billing | 871.90 | 334,045.20 |
| 08 | Case Administration | 2,080.70 | 884,105.30 |
| 11 | Press Inquires and Responses | 242.70 | 172,154.90 |
| 12 | Document Review | 11,491.20 | 3,202,438.30 |
| 13 | Discovery - Depositions and Document Productions | 9,462.40 | 3,216,898.00 |
| 14 | International | 138.40 | 78,074.90 |
| 18 | Auditors | 2.90 | 2,894.20 |
| 20 | Governmental Agencies | 0.90 | 898.20 |
| 21 | Allocation | 34.50 | 26,525.10 |
| 000005 | Customer Claims | 1,076.20 | 584,891.10 |
| 000007 | Madoff Family | 622.20 | 389,664.20 |
| 000009 | Fairfield Greenwich | 3,429.00 | 2,087,967.90 |
| 000011 | Cohmad Securities Corporation | 607.60 | 399,818.60 |
| 000013 | Kingate | 3,887.90 | 2,529,647.00 |
| 000019 | Ruth Madoff | 138.90 | 113,260.10 |
| 000029 | Rye/Tremont | 683.30 | 393,608.70 |
| 000030 | HSBC | 5,477.80 | 3,450,941.90 |
| 000032 | LuxAlpha/UBS | 701.90 | 451,021.00 |
| 000034 | Citibank | 1,436.10 | 653,213.40 |
| 000035 | Natixis | 1,055.00 | 597,320.30 |
| 000037 | ABN AMRO | 705.80 | 386,678.90 |
| 000039 | Fortis | 1,865.70 | 1,245,347.40 |
| 000040 | Medici Enterprise | 189.80 | 139,101.50 |
| 000042 | Equity Trading | 52.10 | 28,537.50 |
| 000051 | Crupi | 51.80 | 27,130.40 |
| 000053 | Magnify | 2,990.90 | 1,631,354.10 |
| 000059 | Stanley Shapiro | 1,521.70 | 824,643.50 |
| 000060 | Avellino & Bienes | 1,566.80 | 938,241.10 |
| 000062 | Subsequent Transfer | 279.10 | 187,918.20 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 43.20 | 30,893.80 |
| 000065 | Legacy Capital Ltd | 1,074.60 | 680,370.40 |
| 000071 | Square One | 779.60 | 402,628.30 |
| 000073 | BNP Paribas | 771.70 | 511,670.50 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 757.00 | 456,202.70 |
| 000077 | Extraterritoriality Appeal | 85.40 | 54,960.30 |
| Grand Total | | 69,306.80 | 34,454,342.70 |

**Less 10% Public Interest Discount** (3,445,434.27)

**Grand Total** $ 31,008,908.43

**Current Application**
| | | |
|---|---|---|
| Interim Compensation Requested | $ | 31,008,908.43 |
| Interim Compensation Paid | | (27,908,017.59) |
| Interim Compensation Deferred | $ | 3,100,890.84 |

**Prior Applications**
| | | |
|---|---|---|
| Interim Compensation Requested | $ | 1,093,602,246.33 |
| Interim Compensation Paid | $ | (1,073,349,203.05) |
| Interim Compensation Deferred | $ | 20,253,043.28 |