# EXHIBIT D

## EXHIBIT D

### EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTIETH INTERIM PERIOD OF DECEMBER 1, 2018 THROUGH MARCH 31, 2019

| | | |
|---|---|---:|
| E101 | Copying (E101) | 11,318.30 |
| E102 | Outside Printing (E102) | 1,912.47 |
| E105 | Telephone (E105) | 393.52 |
| E106 | Online Research (E106) | 39,870.77 |
| E107 | Delivery Services/ Messengers (E107) | 5,875.38 |
| E108 | Postage (E108) | 1,467.42 |
| E110 | Out-of-Town Travel (E110) | 59,934.87 |
| E112 | Court Fees (E112) | 63,207.89 |
| E113 | Subpoena Fees (E113) | 1,309.50 |
| E115 | Deposition Transcripts (E115) | 85,365.00 |
| E116 | Trial Transcripts (E116) | 1,923.85 |
| E119 | Experts (E119) | 211.80 |
| E123 | Other Professionals (E123) | 157,588.13 |
| E124 | Other (E124) | 64,658.06 |
| Grand Total | | 495,036.96 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 17,158,095.24