# EXHIBIT E

## EXHIBIT E

### INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES RENDERED BY BAKER & HOSTETLER LLP FOR THIRTIETH INTERIM PERIOD OF DECEMBER 1, 2018 THROUGH MARCH 31, 2019

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 1,119,745,768.26 |
| Interim Compensation Deferred | $ 22,867,395.48 |
| Holdback Amount to be Released | 11,433,697.74 |
| Holdback After Release | $ 11,433,697.74 |