## Exhibit B

SUMMARY OF TWENTY-NINTH INTERIM FEE APPLICATION OF WINDELS MARX LANE
& MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2018 THROUGH
MARCH 31, 2019

| Name | Year Admitted | Dec 2018 Standard Hourly Rate | Dec 2018 Total Hours Billed | Dec 2018 Total Compensation | Jan-Mar 2019 Standard Hourly Rate | Jan-Mar 2019 Total Hours Billed |
|---|---|---|---|---|---|---|
| **Partners** | | | | | | |
| Howard L. Simon | 1977 | 610.00 | 49.20 | $ 30,012.00 | 625.00 | 268.50 |
| Kim M. Longo | 2002 | 480.00 | 119.00 | $ 57,120.00 | 495.00 | 478.30 |
| Antonio J. Casas | 1992 | 480.00 | 14.60 | $ 7,008.00 | 495.00 | 14.20 |
| **Total Partners** | | | **182.80** | **$94,140.00** | | **761.00** |
| **Special Counsel** | | | | | | |
| John J. Tepedino | 2005 | 390.00 | 168.50 | $ 65,715.00 | 405.00 | 341.20 |
| **Total Special Counsel** | | | **168.50** | **$65,715.00** | | **341.20** |
| **Associates** | | | | | | |
| Karen M. Cullen | 1981 | 440.00 | 123.50 | $ 54,340.00 | 440.00 | 446.20 |
| Carol LaFond | 2000 | 410.00 | 107.70 | $ 44,157.00 | 410.00 | 397.40 |
| Lindsay H. Sklar | 2014 | 370.00 | 139.90 | $ 51,763.00 | 380.00 | 402.60 |
| Alan D. Lawn | 2009 | 365.00 | 132.60 | $ 48,399.00 | 380.00 | 459.80 |
| Alex Jonatowski | 2007 | 355.00 | 130.50 | $ 46,327.50 | 365.00 | 467.70 |
| **Total Associates** | | | **634.20** | **$244,986.50** | | **2,173.70** |
| **Paraprofessionals** | | | | | | |
| Matthew Corwin | | 235.00 | 4.80 | $ 1,128.00 | 240.00 | 19.00 |
| **Total Paraprofessionals** | | | **4.80** | **$ 1,128.00** | | **19.00** |

|  | Hours | Total Fees |
|---|---|---|
| **Partners** | 943.80 | 505,740.00 |
| **Special Counsel** | 509.70 | 203,901.00 |
| **Associates** | 2,807.90 | 1,102,671.00 |
| **Paraprofessionals** | 23.80 | 5,688.00 |
| | | |
| **Blended Attorney Rate** | 425.29 | |
| **Blended Rate All Professionals** | 424.25 | |
| **GRAND TOTAL** | 4,285.20 | $ 1,818,000.00 |

{117100011:1}