## **Exhibit C**

SUMMARY OF TWENTY-NINTH INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
DECEMBER 1, 2018 THROUGH AND INCLUDING MARCH 31, 2019

| **Code Description** | **Amount** ||
|---|---|---:|
| Reproduction | $ | 223.70 |
| Postage | $ | 1.21 |
| Air Courier/Messenger | $ | 464.14 |
| Online Research | $ | 15,075.85 |
| **TOTAL** | **$** | **15,764.90** |

{11710011:1}