**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE TWENTY-NINTH INTERIM PERIOD OF DECEMBER 1, 2018 THROUGH AND INCLUDING MARCH 31, 2019

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 5.90 | $ 2,066.00 |
| | | 007 | Fee Application | 56.40 | 23,690.50 |
| | | 020 | Internal Office Meetings | 18.00 | 7,628.00 |
| | | 041 | Discovery, Document Review, Document Production | 64.00 | 28,415.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 717.80 | 309,177.00 |
| 12 | Credit Suisse | 010 | Litigation | 19.20 | 7,849.50 |
| 13 | Solon Capital | 010 | Litigation | 2.40 | 972.00 |
| 14 | Zephyros | 010 | Litigation | 496.10 | 223,455.50 |
| 15 | Mistral | 010 | Litigation | 50.00 | 19,725.50 |
| 16 | Societe Generale | 010 | Litigation | 46.20 | 18,652.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 560.20 | 241,538.50 |
| 18 | Clariden Leu | 010 | Litigation | 2.70 | 1,093.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 2.90 | 1,174.50 |
| 20 | Coordinated Cases | 010 | Litigation | 141.40 | 67,763.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 2,102.00 | 864,798.50 |
| | | | **TOTALS** | **4,285.20** | **$ 1,818,000.00** |

{11710011:1}