# EXHIBIT B

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01161 (SMB) |
| Plaintiff, | |
| v. | |
| FEDERICO CERETTI, et al., | |
| Defendants. | |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND**
**RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE**
**APPROVING A SETTLEMENT AGREEMENT BY AND AMONG THE**
**TRUSTEE AND KINGATE GLOBAL FUND, LTD. AND KINGATE EURO FUND, LTD.**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll,* and the substantively consolidated Chapter 7 estate of

Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure, approving the agreement by and among the Trustee and Kingate Global

Fund, Ltd. and Kingate Euro Fund, Ltd. (together, the "Kingate Funds"), and as more

particularly set forth in the agreement annexed as Exhibit A to the Motion (the "Agreement");

and it appearing that due and sufficient notice has been given to all parties in interest as required

by Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and the Court having

considered the Declaration of Irving H. Picard in support of the Motion; and it further appearing

the relief sought in the Motion is appropriate; and it further appearing that this Court has

jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157

and 1334; after due deliberation; and sufficient cause appearing therefor; it is

ORDERED, that the settlement among the Trustee and the Kingate Funds is hereby

approved and authorized; and it is further

ORDERED, that each of the Trustee and the Kingate Funds shall comply with and carry

out the terms of the Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated:  New York, New York
        August ___, 2019

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE