**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>HSBC BANK PLC, *et al.*<br><br>    Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**ORDER ISSUING A REQUEST FOR INTERNATIONAL**
**JUDICIAL ASSISTANCE TO THE APPROPRIATE**
**JUDICIAL AUTHORITY IN LUXEMBOURG**

Upon the Motion (the "Motion"), dated May 29, 2019, brought by Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC, under the Securities Investor Protection Act ("SIPA") §§ 78aaa–*lll*, and the substantively consolidated estate of Bernard L. Madoff, seeking entry of an Order issuing a

Request for International Judicial Assistance to the Appropriate Judicial Authority in Luxembourg (the "Order") to be transmitted, via the appropriate channels, to the applicable court in Luxembourg to obtain the testimony of Mr. Nigel Fielding, and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation; and sufficient cause appearing therefor; it is hereby

~~**ORDERED** that the Motion is granted; and it is further~~ **[SMB: 7/18/19]**

**ORDERED** that the Request for Judicial Assistance, in the form submitted with the Motion, shall be signed and sealed by the Court for transmission to the appropriate judicial authority in Luxembourg so that valid service of process may be effectuated upon Mr. Nigel Fielding.

Dated: **July 18th, 2019**
New York, New York

/s/ **STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE