# <u>Attachment C</u>

1

1           C O N F I D E N T I A L

2           UNITED STATES BANKRUPTCY COURT
            SOUTHERN DISTRICT OF NEW YORK
3            ADV. PRO. NO. 08-01789 (BRL)

4
      ------------------------------x
5     SECURITIES INVESTOR PROTECTION
      CORPORATION,
6
                  Plaintiff-Applicant,        Rule 2004
7          v.                            Examination of:

8     BERNARD L. MADOFF INVESTMENT         LEON J. GROSS
      SECURITIES, LLC,
9                 Defendant.
      ------------------------------x
10    In Re:

11    BERNARD L. MADOFF,

12              Debtor.
      ------------------------------x
13

14

15          TRANSCRIPT of testimony as taken by and before

16    PATRICIA MULLIGAN CARRUTHERS, Certified Court

17    Reporter, RPR, RMR, RDR, and Notary Public of the

18    States of New York and New Jersey, at the offices of

19    Baker & Hostetler, 45 Rockefeller Plaza, New York,

20    New York on Friday, October 22, 2010, commencing at

21    10:10 a.m.

22

23
                  BENDISH REPORTING, INC.
24              Litigation Support Services
                     877.404.2193
25                  www.bendish.com

GRLCAA0000001

2

```
 1   A P P E A R A N C E S:

 2
            BAKER & HOSTETLER, LLP
 3          PNC Center
            1900 East 9th Street
 4          Cleveland, OH 44114-3485
            BY:  CATHERINE E. WOLTERING, ESQ.
 5          For Irving Picard, Trustee

 6          BAKER & HOSTETLER, LLP
            45 Rockefeller Plaza
 7          New York, New York  10111
            BY:  RYAN P. FARLEY, ESQ.
 8          For Irving Picard, Trustee

 9          CLARICK GUERON REISBAUM, LLP
            40 West 25th Street
10          New York, New York  10010
            BY:  EMILY REISBAUM, ESQ.
11          For the Witness

12          CLEARY GOTTLIEB STEEN & HAMILTON, LLP
            One Liberty Plaza
13          New York, New York  10006
            BY:  CARMINE D. BOCCUZZI, JR., ESQ.
14              DAVID Y. LIVSHIZ, ESQ.
            For the Witness and Citigroup
15

16

17

18

19

20

21

22

23

24

25
```

GRLCAA0000002

LEON J. GROSS  10/22/10          CONFIDENTIAL                SIPC v. BLMIS

                                                                              3

1                              I N D E X

2

     WITNESS                                              PAGE

3

4    LEON J. GROSS

5       Examination by Mr. Farley                         4

6

7

8

9

10

11

12                           E X H I B I T S

13    IDENT.              DESCRIPTION                      PAGE

14
      Gross-1        Protective Order, L. Gross           56
15                   (No Bates Numbers)

16    Gross-2        Protective Order, E. Reisbaum        56
                     (No Bates Numbers)
17
      Gross-3        Email dated 6-29-07 from             63
18                   H. Markopolos to L. Gross
                     (Bates Nos.: CGMH2769 - 2780)
19
      Gross-4        "Fairfield Sentry Fund,              80
20                   Ltd. (B Shares)
                     (Bates Nos.: CGMH1286 - 1320)
21
      Gross-5        Email dated 1-11-07 from             109
22                   A. Simone to A. Albin
                     (Bates Nos.: CGMH0332 - 0334)
23

24

25

GRLCAA0000003

4

1      ████████████████████████████

2           ███████████████    ████████████

3           ███████████  ███████████  ███████████

4           having been first duly sworn according

5           to law, testifies as follows:

6    EXAMINATION BY MR. FARLEY:

7           Q.      Good morning, Mr. Gross.  My name is

8    Ryan Farley, and with me is Catherine Woltering, and

9    we represent Irving Picard who is the trustee in

10   this matter.  I thank you for coming in today.

11                  MR. FARLEY:  Before we begin, let's

12   state who's here for the record.

13                  MS. REISBAUM:  Emily Reisbaum;

14   Clarick, Gueron & Reisbaum, counsel for Mr. Gross.

15                  MR. BOCCUZZI:  Carmine Boccuzzi with

16   David Livshiz from Cleary, Gottlieb, Steen &

17   Hamilton for Mr. Gross and Citigroup.

18          Q.      This is a deposition pursuant to Rule

19   2004 of the bankruptcy code.  You have received a

20   subpoena and you are here pursuant to that subpoena.

21   Do you understand that?

22          A.      Yes.

23          Q.      Thank you.  I'm going to apologize in

24   advance, Mr. Gross, because you are by far the

25   smartest person in this room about what we're going

GRLCAA0000004

5

1     to talk about today, and it's going to be

2     frustrating at times, but I ask for your patience

3     with me, and I will try to move things along as best

4     I can.

5                    It's important that you answer

6     audibly to the questions.  It's important that you

7     allow me to finish the question and then give an

8     audible response.  Any time I'm unclear, please let

9     me know, and I will try to make my question as clear

10    as I possibly can.  Perhaps we'll need your

11    assistance in that as well.

12                   We can take a break any time you want

13    today.  This is a fairly informal proceeding other

14    than the fact that we have to be cognizant of the

15    fact the reporter is here trying to record our

16    conversation.

17                   Is there any reason such as illness

18    or medication that you can't give your clear and

19    good testimony today?

20         A.    No.

21               MR. BOCCUZZI:  One point.  You

22    mentioned questions.  To the extent there is an

23    objection from this side, do you all agree that if

24    one of us objects the other one doesn't have to?  An

25    objection just preserves it for this side of the

GRLCAA0000005

6

1   table?

2                 MR. FARLEY: That's fine. Again,

3   this is a 2004 deposition which is not under the

4   Federal Rules of Civil Procedure. Objections are

5   very limited in this context. You're here as

6   counsel for the witness as a courtesy which the

7   trustee has given to most witnesses. That being

8   said, yes, absolutely.

9                 MS. REISBAUM: Thank you.

10                MR. FARLEY: Obviously if there's

11   issues of privilege, please do object.

12      Q.    Have you ever been deposed before,

13   Mr. Gross?

14      A.    No. I haven't.

15      Q.    If during the day I refer to

16   Citigroup as Citi, you'll understand that I'm

17   referring to the entity at which you worked.

18   Correct?

19      A.    Yes.

20      Q.    If it's important we'll make a

21   distinction.

22      A.    I just mention there are many Citi

23   entities.

24      Q.    Absolutely. It's just natural that

25   sometimes we'll slip into "Citi."

GRLCAA0000006

LEON J. GROSS  10/22/10          **CONFIDENTIAL**          SIPC v. BLMIS

7

1              You received a subpoena.  Did you

2    make any effort to look for documents in your

3    possession that were responsive to that subpoena?

4         A.    No.

5         Q.    Do you believe that you have any

6    documents related to Madoff in your possession that

7    you continue to possess?

8         A.    Let me say no, and the reason I

9    didn't look is because all of the documents I have

10   from work are at work.  I'm no longer working at

11   Citi.  So anything work-related would be at Citi and

12   not in my possession.

13        Q.    When did you leave Citigroup?

14        A.    My last day in the office was in

15   November of 2008, and then I officially -- The

16   separation was effective in February, 2009.

17        Q.    And when you left Citigroup in

18   November of 2008 did you take any documents with

19   you?

20        A.    I guess it depends on what you mean

21   by "documents."

22        Q.    It's a fair question.  What I'm

23   talking about is, other than personal items, did you

24   take any work-related documents with you after you

25   left Citigroup in November of 2008?

GRLCAA0000007

8

1          A.      Yes.

2          Q.      And were any of those documents to

3    the best of your knowledge -- Recognizing this is a

4    long time ago, do any of those documents have

5    anything to do with Madoff, Madoff feeder funds,

6    BLMIS?

7          A.      No.  They were the type of things

8    that was standard for me to work on, publications I

9    had written and so on.

10         Q.      Have you reviewed the subpoena you

11   received in this case?

12         A.      Yes.

13         Q.      And to the best of your knowledge do

14   you believe that you have at home any documents that

15   would be responsive to that subpoena?

16         A.      I guess it's a question of the time

17   frame.

18         Q.      And what's the question?

19         A.      Are you asking about anything that

20   happened when I was working at Citi?

21         Q.      Anything that happened.  Very

22   generically here.  We're here to discuss Madoff, the

23   Madoff world, Citi's involvement or not involvement

24   in that.  What I'm trying to understand, Mr. Gross,

25   do you believe that you have documents at home, not

GRLCAA0000008

9

1    from your work, but at home that may or may not be

2    responsive to our requests asking for Madoff

3    documents?

4          A.      I'm not sure.

5                  MR. FARLEY:  We'll make a request

6    that the efforts are made to determine if Mr. Gross

7    has documents that might be responsive in his

8    personal possession.

9                  MS. REISBAUM:  We'll consider your

10   request.  If you put it in writing --

11                 MR. FARLEY:  There's a subpoena

12   that's been issued.

13                 MS. REISBAUM:  We can talk about

14   that.

15        Q.      Let me start.  Briefly to get a sense

16   of your background why don't you tell us a little

17   bit about your educational background and then we'll

18   talk about your work experience.

19         A.      I went to University of Chicago

20   undergraduate from '82 to '86.  I studied math.  I

21   was abroad in my junior year in Israel for a year.

22   I studied philosophy at the University of Chicago

23   until 1993 in graduate school.  While I was there I

24   taught math and philosophy courses as a teaching

25   assistant.  I worked in the biophysics lab and

GRLCAA0000009

10

1    published papers there and had other assorted jobs

2    on campus.

3           Q.      Any other postgraduate work?

4           A.      The philosophy I mentioned and then

5    the biophysics lab.  I published papers but did not

6    take classes.

7           Q.      What about your work experience?  Can

8    you give us your background after you left the

9    University of Chicago?

10          A.      In finance I worked on the floor of

11   the mercantile exchange with a bunch of locals who

12   were trading commodities and options and futures.

13   And I was there for six months.  I helped them trade

14   and also rewrote their software.

15                  I worked for a trading firm based at

16   the American Stock Exchange that had people trading

17   on the floor and also people trading upstairs.  I

18   worked there for about six months.  I was the

19   assistant manager, programmer, research person, and

20   then I joined Salomon in '94 through the mergers

21   until I left Citi.

22          Q.      And just give me a sense

23   geographically.  When did you leave Chicago and come

24   to New York?

25          A.      '93.

GRLCAA0000010

1        Q.        What brought you to New York?

2            A.        The job at the American Stock

3    Exchange at the firm located there.

4        Q.        What were your different positions at

5    Citi or one of the Citi entities?

6            A.        I was hired into the derivatives

7    research group, hired without a title at the time,

8    and then I was working for someone there and also

9    someone who worked on the floor doing product

10   management, and then over time that product

11   management role became a desk-based research role,

12   so I was first an employee of that group, and then I

13   was head of the US.  We called it research at the

14   time, although it's now called strategy, and became

15   the US head and then became the global head of

16   derivative -- equity derivative strategy, and then

17   probably around 2006 or 2007 I also became head of

18   something called multistrategy which includes equity

19   derivatives but was also a coordinated effort

20   between strategy groups involving convertibles,

21   program trading, credit, and event-driven stock.

22       Q.        And what were your duties and

23   responsibilities as head of the derivatives research

24   group?

25           A.        We were -- I primarily supported the

GRLCAA0000011

1   salespeople who were covering institutional

2   accounts.  We had various roles.  One was to provide

3   trade ideas, publish ideas for customers.  A variety

4   of customers, various types of ideas.  The second

5   thing was consulting, so customers would ask us for

6   different types of help analysis, and we would

7   provide that to them.  Either very simple things or

8   very complicated things.  Anywhere in between.  We

9   were marketing, so we met customers one on one, and

10  we also spoke at conferences and also did things

11  like dinners and social occasions with customers.

12                  We did a structuring, so for some of

13  the complicated transactions that were in our domain

14  we would do the structuring of that.  Primarily

15  things involving volatility and variance swaps, and

16  the last thing we did was internal consulting, which

17  means if any other part of the firm needed our help

18  we would treat them the same way as a customer and

19  provide analysis.

20       Q.      Were you involved in structuring

21  total-return swaps?

22       A.      Yes.

23       Q.      What about structured swaps?

24       A.      Not directly.

25       Q.      And in terms of research what type of

GRLCAA0000012

13

 1   research or research function did your group provide

 2   to Citi?  I'm trying to understand how the research

 3   group --

 4           A.       We weren't part of the research

 5   group, which is located in a separate building.  And

 6   it was because of, you know, regulations was under

 7   different rules than we were, so officially from a

 8   legal point of view we were called sales literature

 9   which means we didn't have to do all the things that

10   research people had to do including all the

11   settlement issues.

12           Q.       The Chinese wall issue?

13           A.       Reg C, et cetera, so we could

14   basically write about anything we wanted that was

15   topical, so we didn't have to restrict ourselves to

16   a certain class of thing we covered, for instance,

17   and we didn't have to write about something if we

18   didn't want to.  We would try to write things that

19   were appropriate for different types of customers,

20   so customers are macro hedge funds.  Some are

21   arbitrage hedge funds.  Some are volatility.  Some

22   are event-driven.  Some are fundamental, so we try

23   to have ideas that always refer to derivatives or

24   something related to derivatives that would be

25   appropriate for those different types of accounts.

GRLCAA0000013

14

1              So in the course of, let's say, two

2     weeks we would hope to have one or two ideas in each

3     category, and some ideas would appeal to more than

4     one type of category. Some are very broad. Some

5     are very narrow, and the idea would be that the

6     salespeople -- This was distributed through email

7     and web site and through phone calls.

8              The salespeople would call the

9     customer and say, Here's an idea, and either they

10    would do the idea, which means we would get the

11    commission for it, or the idea would lead to another

12    conversation which would lead to something else.

13             It was either used as a way to start

14    business, start a conversation, or recommend trades,

15    so similar to the role that the analysts played with

16    the research salespeople. We provided a similar

17    role with our derivative salespeople.

18       Q.        Did you personally have a special

19    expertise or something you particularly focused on

20    more than other types of research or other types of

21    projects?

22       A.        Compared to other firms or other

23    people?

24       Q.        Compared to other people in your

25    group.

1          A.      In my group.

2          Q.      Yes.

3          A.      Well, I was head of the group most of

4     the time, so most of the time I was directing other

5     people what to do.  I would say I focused more on

6     the big picture.  Macroenvironment, the sort of

7     what's-happening in the big picture from like

8     bird's-eye-view derivatives as opposed to focusing

9     on smaller situations.  That requires more

10    experience and broader perspective.

11         Q.      How many people worked for you in the

12    equity derivatives group at Citi roughly?

13         A.      Globally between 8 and 12 depending

14    on what time it was.  The people in the US worked

15    directly for me, and the people in the five other

16    offices co-reported to me and the regional heads.

17         Q.      Who were the people in New York who

18    reported to you, Mr. Gross, if you remember their

19    names?

20         A.      There's 12 years.  You want me to

21    tell you everybody?

22         Q.      No.  That's a fair point.

23         A.      I can try.

24         Q.      Well, why don't you try?

25         A.      Lars Kestner, Jay Sarkar, Randall

GRLCAA0000015

16

1 Fairman, Ryan Gould, Amir Heravi, John Chiang,

2 Carsten Schwarting, Andrew Olcheck, Wenbo Zhou, Sara

3 Leventhal, Andrew Rosen, David Park, Roy Baladi,

4 Joanna Keh. I may have forgotten one or two.

5 Q. Did anyone at Citigroup Global

6 Markets Limited report to you or have a dotted-line

7 report to you?

8 A. I'm not sure. With more

9 clarification I can answer. Can you tell me what

10 entity that was?

11 Q. Are you familiar with the entity

12 Citigroup Global Market Limited?

13 A. If you tell me that's the

14 broker/dealer or the bank or a certain subset I can

15 tell you whether I did or not. I worked for the --

16 what's outside known as Investment Bank which was at

17 different times known as Global Marketing Bank. It

18 had a variety of names at different times.

19 Q. Did anyone from London have a

20 dotted-line reporting to you?

21 A. Yes.

22 MS. REISBAUM: Objection. Dotted

23 line.

24 Q. You mentioned that some people

25 co-reported to you. I'm interpreting that as a

GRLCAA0000016

17

1   dotted line.  Was anyone who you believed

2   co-reported to you was based in London?

3          A.     Yes.

4          Q.     Who were they?

5          A.     Philip Kauer, Gerry Fowler, Pete

6   Clarke, Lamia Outgenza, Dharmenda Patel, known as

7   DP, Etienne -- I'm sorry.  I don't know his last

8   name.  Dimolayer or something.  I could be wrong

9   about that.  Definitely Etienne was his first name.

10  And there may be others as well.  If you ask me

11  later maybe I'll remember more.

12         Q.     That's fine.  You said you left Citi

13  in November of 2008.

14         A.     That's right.

15         Q.     What were the circumstances

16  surrounding your departure in 2008?

17         A.     I resigned.

18         Q.     Did you leave voluntarily or

19  involuntarily?

20

21

22

23

24

25

GRLCAA0000017

18

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GRLCAA0000018

LEON J. GROSS  10/22/10              CONFIDENTIAL                    SIPC v. BLMIS

19

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

BENDISH REPORTING, INC.
877.404.2193

GRLCAA0000019

1    Mr. Gross?

2            A.      I trade from home.

3            Q.      What type of trading do you do?

4            A.      I trade options and option-related

5    products derivatives, equity derivatives.

6            Q.      Can you be a little more specific

7    about the type of products that you trade; equity,

8    fixed income?

9            A.      Anything -- I trade through a --

10   through a sink or swim, which is an on-line

11   brokerage that's -- where I trade through, and I

12   trade through the equity derivative platform, but in

13   that platform there are also ETFs, and the ETFs are

14   also linked to things that aren't equities, so it

15   trades like an equity, but some may be related to

16   commodities or bonds or currencies, etc., so I trade

17   the options, and I trade the stock in the options,

18   and also sometimes I'll just -- maybe just trade

19   stock by itself in very limited situations.

20           Q.      And outside of the trading you do at

21   home do you currently hold any other positions?

22           A.      No.

23           Q.      Was your group, the equity

24   derivatives research group, a profit center at Citi?

25           A.      We were technically called the

GRLCAA0000020

1    strategy group after the settlement.  I would say

2    not directly.  We were closely associated with the

3    sales group, and the sales group was the profit

4    center, and our value to the firm, or most of our

5    value to the firm, came from the fact that we made

6    them more productive, so the sales -- Basically I

7    would say an arm of the sales group, and there are

8    times when we actually would, you know, do the bulk

9    part of actually executing -- I'm sorry.  -- of

10   taking an order because it was a complicated order

11   because the salesperson would struggle with this.

12   There were times when actually we were doing a sales

13   role, but I would say an auxiliary part of the sales

14   group.

15                  We also helped the traders as well,

16   so we had value there, that we helped them, but they

17   were the profit center, so I don't think we were

18   treated like a cost center -- and also has a

19   negative connotation.  That's who you fire first.

20   Right?  And that's who you put in a separate room.

21   I would say we weren't treated -- we were treated as

22   a profit center because I think the management saw

23   us as very valuable, but in terms of what actually

24   happened, we helped other people make money as

25   opposed to do it directly ourselves.  Is that clear?

GRLCAA0000021

22

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GRLCAA0000022

23

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

GRLCAA0000023

24

3      Q.      And your understanding was that Citi

4   was going to eliminate the derivatives group as a

5   group with a reporting structure to management?

6          A.      I actually believe that's actually

7   happened, so there used to be a US head of

8   derivatives, et cetera, and the people, the

9   employees, were still there.  They just didn't

10  report to a derivative head.  They reported to a

11  sales head, trading, so the management structure,

12  the management structure was taken away, but what

13  you call the line employees were still there.  They

14  just had different reporting lines.

15         Q.      You mentioned you had some concerns

16  that the firm would survive.  Can you elaborate more

17  on that?

18         A.      There was a government bailout, so if

19  you look from the outside I believe there were

20  bailouts of many companies on Wall Street.  They

21  could have not made it.  Lehman wasn't bailed out

22  and didn't survive, so there was a real concern

23  whether the company or the system would survive.

24         Q.      In your group, strategy group, was

25  anyone tasked with monitoring Bernard L. Madoff

GRLCAA0000024

25

1   Securities Investment, LLC?

2        A.     No.

3        Q.     During the time that you were at Citi

4   did anyone in your group ever prepare a report or

5   some other analysis of BLMIS?

6        A.     No one at Citi ever asked anyone in

7   my group to look at it.  I was asked by a customer.

8        Q.     And who was that customer?

9        A.     The customer was Harry Markopolos

10  from Rampart, so the answer was no one at Citi ever

11  said, I want you to take a look at this, What do you

12  think of this, et cetera.  I said before that one of

13  my responsibilities was responding to customer

14  requests for analysis.

15       Q.     And you mentioned Mr. Markopolos,

16  someone we'll talk about today.  When did you first

17  meet Mr. Markopolos?

18       A.     I don't know exactly when I met him.

19  The sales people were responsible for setting up the

20  meetings, and I would just go.  I'm very good with

21  concepts, remembering what we spoke about, but not

22  names, dates, places; you know, this guy used to be

23  here, the parent company is this.  It's not how I

24  look at the world, so I don't know exactly when I

25  first met him.  I would say I knew him for a number

GRLCAA0000025

26

 1    of years, so I'm not sure exactly.  It may be

 2    starting sometime in the late nineties.

 3          Q.      Sometimes I try to think was it

 4    pre9-11, post9-11.

 5          A.      You mean when I first met him?

 6          Q.      Yes.

 7          A.      I would say in the late nineties.

 8                  MS. REISBAUM:  Can we take a quick

 9    break?

10                  MR. FARLEY:  Sure.

11                  (Recess taken.)

12          Q.      We were talking about Mr. Markopolos.

13    You mentioned he was a customer.  What was the name

14    of his firm that he was associated with?

15          A.      We referred it to Rampart.  I don't

16    know the full name of the firm.

17          Q.      What did you understand that Rampart

18    to be?

19          A.      They're based in Boston.  They manage

20    funds, and the part I knew was the quantitative part

21    of the fund that used options.

22          Q.      And what were the circumstances that

23    you first met Mr. Markopolos?

24          A.      I would frequently go to different

25    cities in the country and meet customers on trips

GRLCAA0000026

 1    that were scheduled by the salespeople, so it was

 2    either in his office on one of those trips or in my

 3    office when he came to see the salesperson, and then

 4    the salesperson would be the person who set up those

 5    meetings.

 6         Q.       Do you recall what salesperson at

 7    Citi introduced you to Mr. Markopolos?

 8         A.       I know Holly Robinson covered Harry.

 9    I don't know -- I know -- Tony Miles may have

10    covered Harry before him, but I'm not sure.

11         Q.       What do you mean by "cover" Mr.

12    Markopolos?

13         A.       The salesperson responsible for

14    managing the relationship between Citi and that

15    customer.  Every salesperson has a list of customers

16    they cover, and every customer in the firm is

17    covered by one salesperson primarily.  Another

18    person may be a backup, so there's a designation

19    inside the firm who's responsible for a certain

20    account.

21         Q.       What did you understand

22    Mr. Markopolos to be doing at Rampart?

23         A.       He was doing some strategies

24    involving options, and the reason I knew is we

25    basically discussed some data.  We were helping

GRLCAA0000027

28

1   provide data for him to do certain analysis.

2          Q.       What type of data did you provide?

3          A.       The data we provided to customers

4   primarily had to do with option pricing, option

5   volatilities, et cetera.

6          Q.       What types of options?

7          A.       Equity options, both listed -- listed

8   options, both on indices and individual names.

9          Q.       Did you provide him with any data on

10  the S&P 100 Index options?

11         A.       I don't know.  Probably not.

12         Q.       And did you form any impressions of

13  Mr. Markopolos when you first met him?

14                  MS. REISBAUM:  When you first met?

15                  MR. FARLEY:  Yes.

16         A.       No.

17         Q.       How would you describe the nature of

18  your relationship with Mr. Markopolos over time?

19         A.       I would say no different than any

20  other customer I spoke to.

21         Q.       And approximately --

22         A.       Does that answer your question?

23         Q.       We'll talk about it.  Your answer is

24  your answer.  Approximately how many times did you

25  meet Mr. Markopolos over the span of your tenure at

GRLCAA0000028

LEON J. GROSS  10/22/10                    CONFIDENTIAL                    SIPC v. BLMIS

29

1    Citigroup?

2            A.        Five or six.

3            Q.        And did you have regular or frequent

4    communications with Mr. Markopolos?

5            A.        No.  I would -- I wouldn't -- didn't

6    have his phone number.  It's not as if I had a -- a

7    -- a schedule of calling him, so if he had called to

8    speak to me, he would probably go through the

9    salesperson.  So if -- you know, if he called, I

10   would pick up the phone, but I would say, you know,

11   through business -- me traveling to Boston and him

12   coming, I may have seen him, as I said, maybe once

13   every year or two.

14           Q.        And did you communicate with him by

15   email?

16                     MS. REISBAUM:  You mean ever or

17   regularly?

18           Q.        Ever.

19           A.        I don't know if I sent him an email.

20   I assume if he was asking for data, I assume

21   somebody from my group would have sent him an email

22   with data in it.

23           Q.        But he was not somebody you were

24   regularly exchanging emails with, from what I

25   understand you are saying.

GRLCAA0000029

30

```
 1          A.      No.

 2          Q.      Did there come a time when

 3    Mr. Markopolos and you discussed Bernard Madoff or

 4    BLMIS?

 5          A.      By that, you mean the broker/dealer.

 6          Q.      Yes.

 7          A.      Yes.

 8          Q.      And what were the circumstances

 9    pursuant to which you had this conversation about

10    Madoff?

11          A.      He was in the office.  He had come,

12    you know, through the salesperson, and he was asking

13    questions about -- about Madoff.

14          Q.      You said he came through the

15    salesperson.  Do you recall who that salesperson

16    was?

17          A.      That's Holly.

18          Q.      And did he have a meeting scheduled

19    with you that he came to New York for?

20          A.      I don't know.  He wasn't in a

21    conference room.  So it wasn't as if we, you know,

22    we had a -- a -- an agenda or a conference room, so

23    I guess I knew he was coming, but I'm not sure it

24    was on the calendar.

25          Q.      And who participated in this meeting
```

GRLCAA0000030

 1  with Mr. Markopolos and yourself?

 2        A.      Like I said, it wasn't a formal

 3  meeting, because it was on the trading floor.  It

 4  was more like a conversation, not like this setting

 5  here.  So I would say it was just Harry and myself,

 6  although it was on a trading floor.

 7        Q.      But there were no other people who

 8  were formally involved in your discussion.

 9                MS. REISBAUM:  Objection.

10        Q.      Was it basically a conversation

11  between you and Mr. Markopolos?

12        A.      Yes, it was, but not in a private

13  place.

14        Q.      And did you -- and what did he say

15  and what did you say to him?

16        A.      I don't remember the exact words.

17        Q.      What do you recall?

18        A.      I looked at a web site, which I

19  assume he directed me to, that was probably the

20  broker/dealer web site that had a strategy

21  description of something involving options, so I

22  remember looking at that.  And also I remember him

23  showing me or directing me to information about the

24  returns of such a strategy, so the -- The discussion

25  was, how is it possible to get these returns with

GRLCAA0000031

1    this type of strategy.  That was the one part of the

2    discussion.

3                  The other part of the discussion was

4    whether people at Citi were familiar with Madoff

5    trading in the markets that we're aware of.  Those

6    were the two parts of the conversation.

7         Q.       And with respect to the first part of

8    the conversation dealing with returns generated by

9    the strategy, what, if anything, did you say to

10   Mr. Markopolos about that subject?

11        A.       I don't remember the exact words.

12        Q.       What do you recall in general?

13        A.       I'm sorry.  Are you asking what I --

14   what I said to him or -- or -- or what I thought --

15   I'm not sure exactly what you're asking.

16        Q.       I'm just trying to get your best

17   recollection of that conversation.  That's all.

18        A.       Just the conversation.

19        Q.       The conversation that you and

20   Mr. Markopolos had.  We can then talk about other

21   impressions you have, but I'm just trying to

22   understand --

23        A.       I remember clearing my thoughts at

24   the time.  I'm not sure exactly what I said.  I can

25   tell you what I was thinking at the time.

GRLCAA0000032

1           Q.          That's fine.

2           A.          I thought -- well, I first tried to

3    find out how that -- how it's possible to reconcile

4    what I saw, a discrepancy between the strategy and

5    the returns, and I tried different possibilities,

6    maybe it's this, maybe it's this, maybe it's that.

7           Q.          What was the discrepancy that you

8    thought existed?

9           A.          The -- The strategy is -- involves a

10   -- what -- it says split strike conversion or

11   reversal.  I would call it a collar strategy to be

12   simpler, of owning stocks and owning a collar.  So

13   if the collar is a wide collar, then it would have a

14   return series that looked very similar to the S&P.

15   And if it was a narrow collar, it would have a

16   return series that would look very similar to owning

17   short dated bonds or T bills.  Okay?

18                      And depending on how wide or narrow

19   it is, it would vary between being one of those or

20   the other, or a hybrid of those.  And the thing is

21   it didn't look like any of those.  It didn't look

22   like owning Treasuries, it didn't look like owning

23   S&P, it didn't look like any mixture of those

24   things.  So that was the discrepancy.

25                      The one possibility I thought was

GRLCAA0000033

34

1     that the person was buying stocks and shorting the

2     index, then the stocks must be outperforming the

3     index on a regular basis, but there was no -- if

4     that's what the person was doing, then there's

5     really no need to use the options.  One could use

6     futures and there was no discussion of how that

7     stock selection actually happened.

8                     So I also thought that maybe the

9     person was using index options and individual

10    options for the different strikes because there's a

11    strategy that involves buying individual options and

12    selling index options.  I thought the person was

13    doing that sort of strategy, but that wasn't it

14    either.  So basically, I tried, you know, 4 or 5

15    different possibilities of saying it could be this,

16    it could be this, it could be this, it could be

17    this.  And I came to the conclusion that none of

18    those really made any sense.

19         Q.     And how did you go about trying to

20    resolve these discrepancies?  And I'm asking what

21    did you do?  Was it something you went back and did

22    some mathematical equations?  Did you just think

23    about it?  I'm just trying to understand that

24    process.

25         A.     I mean, it's something I could

GRLCAA0000034

35

1   certainly do without -- without pencil and paper and

2   without a spreadsheet.  It's more a conceptual issue

3   than a question of details.

4        Q.        And are you able to do this analysis

5   because of your background in derivatives and

6   options trading?

7                  MS. REISBAUM:  Objection.

8        Q.        What is it that enabled you to be

9   able to look at the strategy and view a discrepancy

10  and attempt to resolve that?

11                 MS. REISBAUM:  Objection.

12       Q.        You can answer.

13       A.        My understanding of the return

14  profiles of different types of strategies involving

15  equities and options.

16       Q.        And did you communicate your thoughts

17  about the returns generated by the strategy to

18  Mr. Markopolos?

19       A.        The -- my conclusion is that the

20  returns weren't generated by the strategy, they were

21  either generated by something else -- that something

22  was amiss there.

23       Q.        Did you tell Mr. Markopolos that?

24       A.        Probably, yes.

25       Q.        Do you recall telling him that day or

GRLCAA0000035

1    sometime thereafter?

2          A.      If I told him, it was that day.

3          Q.      Again, I'm not trying to be precise

4    here, but approximately how long was this

5    conversation that you had with Mr. Markopolos

6    regarding Madoff?

7                  MS. REISBAUM:  Objection.

8          Q.      That particular day, we're talking

9    about the time that he --

10         A.      I would say from the time that he

11   showed it to me, right, that probably was a -- maybe

12   a five-minute conversation discussing it.  And then

13   I probably spent between 15 minutes to a half hour,

14   looking at the strategy, et cetera, trying to figure

15   it out and then probably a few minutes afterwards,

16   you know -- he also, as I said before, he asked

17   about the activity in the market, so the asking

18   about that and that probably took maybe a half-hour

19   and probably the -- the conclusion, I guess, if you

20   want to call it that, would probably be a few

21   minutes.

22         Q.      Did he bring any paperwork with him

23   and give to you --

24         A.      I don't know.

25         Q.      -- at this initial meeting?

GRLCAA0000036

37

1          A.      I don't remember.

2          Q.      You mentioned you looked at a web

3     site.

4          A.      Yes.

5          Q.      Did he give you any monthly account

6     statements or brokerage account statements to

7     review?

8               MS. REISBAUM:  Objection.

9          Q.      You can answer.

10         A.      No.

11         Q.      Just trying to find out what was

12    exchanged and what wasn't.  We'll talk more about

13    the split strike conversion strategy during the day,

14    but let's talk about your second portion of your

15    conversation with Mr. Markopolos, which I understand

16    you to say involved whether there was Madoff

17    activity in the market, so to speak.  Is that

18    correct?

19               MS. REISBAUM:  Objection.

20         Q.      I'm just trying to understand what

21    you said.

22         A.      Whether -- whether -- whether people

23    were familiar with him trading in the market.

24         Q.      And what did you say to him in that

25    regard?

GRLCAA0000037

38

 1              A.      When he asked the question, or when I
 2     got the answer?

 3         Q.      Both.

 4              A.      I don't remember exactly.  I remember
 5     not knowing the answer and asking other people.  And
 6     then as I usually do, you know, someone asks me a
 7     question, I find out the answer and report the
 8     answer to the person who asked the question.

 9         Q.      And who did you consult on the
10     question of Madoff market activity?

11              MS. REISBAUM:  Objection.

12         Q.      You can answer.

13              A.      I would say it wasn't really a
14     consultation.  It was the type of thing where if I
15     wanted an answer from a certain group, I would say,
16     hey, index traders, you know, what's the price of
17     this.  And someone would shout back, as opposed to a
18     meeting.  It was more that type of informal
19     conversation.

20              So I remember going over to the
21     people on the index desk and asking, has anyone
22     heard or seen this.  And the answer was no.  And I
23     remember asking salespeople, has anyone heard or
24     seen this, and the answer was no, but it -- I guess
25     you can call it a conversation, but it's something

GRLCAA0000038

1    that lasted a minute.

2         Q.       Just so the record is clear, I have

3    to ask you, what do you mean by the index desk?

4         A.       Oh, we had different trading desks at

5    Citigroup that traded different products.  There was

6    one that traded exotic options and structured

7    products, one that traded index options, one that

8    traded individual options, one that traded swaps.

9    So depending on which product you trade, you go to a

10   different group of traders.

11        Q.       When you went to the index desk, what

12   did you did ask them?

13        A.       Something -- I don't know the words

14   exactly.

15        Q.       I'm asking -- you said, has anyone

16   seen this and they said no.  I'm trying to

17   understand what the this and the no is?

18        A.       Has anyone, you know, seen someone

19   named Madoff trade in the index options, has anyone

20   heard about someone, you know, named Madoff trading

21   in the index options.

22        Q.       And what was the response to it?

23        A.       The answer was no, they hadn't.  When

24   I ask a question like that, the answer could be --

25   the type of answers that may refer to another type

GRLCAA0000039

40

1    of activity, not this one, may be, yes, we trade

2    with him, no, we don't, or no, we don't trade with

3    this person, but we're aware of the activity because

4    of XYZ.  So are the type of answers I would expect.

5         Q.        And their response was --

6         A.        No, we don't trade with him, no, we

7    haven't seen any -- we haven't heard or seen

8    anything about this.

9         Q.        Just to be clear, you were

10   essentially asking him, are you aware of any S&P 100

11   Index options trading.

12        A.        No.

13        Q.        What were you asking him?  I'm sorry.

14   Again, I asked you to be patient with me at the

15   beginning.

16        A.        The question is, do you know of a --

17   of a counterparty named Bernie Madoff or Madoff

18   trading this product.

19        Q.        What's the product?

20        A.        OEX options or any other index

21   product.

22        Q.        Was your question limited to exchange

23   traded or both over the counter and exchange traded?

24        A.        It was a general question.

25        Q.        Other than consulting Citi's index

GRLCAA0000040

41

1    desk, was there any other department or person that

2    you questioned --

3              A.      The salespeople.

4                     MS. REISBAUM:  Objection.

5              Q.     And who did you further question

6    about Madoff market activity?

7              A.      I would say I don't know, because I

8    asked it more to a group of people in a certain area

9    as opposed to anyone specific.

10             Q.     And to what group did you ask that

11   question?

12             A.      Salespeople.  Equity derivative

13   salespeople.

14             Q.     Do you recall any of the people who

15   were in that group --

16             A.      I can tell you the salespeople who

17   worked at Citigroup over the past ten years.  I

18   would have to sit down with each one and find out

19   when they came and when they left in order the find

20   out -- the answer is I don't recall at the time.

21             Q.     I'm just trying to get a sense is

22   there anyone sticking out in your mind that said or

23   communicated back to you in response to that

24   question, the answer --

25             A.      The answer is no, because it was

GRLCAA0000041

42

1    common that if I needed information, it was

2    important that someone on the desk -- the same thing

3    happened when someone asked research for a question.

4    They would say, hey, research, you know, what's

5    this, and we'd answer.  And that was sufficient,

6    they didn't really care whether the answer came from

7    me or somebody else.  I mean, that's the way things

8    work on a trading floor, you think in terms of

9    groups of people.

10        Q.      So to the best of your recollection,

11   give us the general sense of what did you ask of the

12   salespeople in regard to Madoff trading activity?

13        A.      Do you know him -- do you know -- do

14   you know this person as a customer, someone who's

15   active in the market.

16        Q.      And what was their response?

17        A.      The answer was no.

18        Q.      Other than the index desk and the

19   salespeople, do you recall having any other

20   communications or questions to any people in your

21   quest to find the answer back for Mr. Markopolos?

22        A.      No.  Those were the -- those were the

23   people within shouting distance of me.  I didn't

24   speak to anyone else.  I didn't leave my general

25   area.

GRLCAA0000042

 1        Q.        Did you communicate back to

 2   Mr. Markopolos what you learned with respect to your

 3   inquiries about the Madoff market activity?

 4        A.     Yes.

 5        Q.        And what did you do in that regard?

 6                  MS. REISBAUM:  Objection.

 7        Q.        Did you pick up the phone and call

 8   him, email him --

 9        A.     No.  He was at the time -- this whole

10   thing happened -- I said he was there, he asked some

11   questions.  I did some, what I thought was work on

12   behalf of the request, and then I answered the

13   customer.

14        Q.        Was Ms. Robinson present for any of

15   this discussion?

16                  MS. REISBAUM:  Objection.

17        Q.        I'm just speaking again about

18   Mr. Markopolos being in New York that particular --

19        A.     She would have let him in the

20   building and seen him in and seen him out.  So yes,

21   she was present in terms of, you know, here's Harry,

22   here he is.

23                  In terms of content, no.  There's

24   some times when we're sitting in a conference with a

25   salesperson and the salesperson is making notes and

GRLCAA0000043

08-01789-cgm   Doc 18901-3   Filed 07/23/19   Entered 07/23/19 18:12:58   Attachment
C   Pg 45 of 153

1   as part of meeting, we have follow up, et cetera,

2   and that's a more formal type of meeting.  The other

3   thing was customers may speak to different people on

4   the floor and have different conversations with

5   nobody, you know, supervising or quarterbacking the

6   meeting, you know, the more informal type of thing.

7        Q.     Prior to Mr. Markopolos coming to New

8   York that day, did you know that you would be

9   discussing Madoff with him?

10       A.     No.  I'm not even sure I knew he was

11  coming.

12       Q.     Before you had this conversation with

13  Mr. Markopolos that day, had you ever heard of

14  Bernard Madoff or his investment --

15       A.     I heard the name, but hadn't really

16  associated -- There's a difference of hearing the

17  name, right, and then knowing something about it and

18  knowing -- I would say it was a name I may have

19  heard or seen without being able to attribute any

20  meaning to it.

21       Q.     It had no particular significance to

22  you.

23       A.     No.

24       Q.     I accept the fact that you say you're

25  not great with dates, but can you try to give us a

GRLCAA0000044

1    sense of when this meeting took place?

2              A.      It was before I left.

3              Q.      That much is clear.

4              A.      It was after we moved from 7 World

5    Trade Center, so it was after the merger with

6    Travelers.  After '98.

7              Q.      There's no riddle here.

8    Mr. Markopolos has publicly said he met with you in

9    2005.  Do you have any reason to believe that that

10   would be incorrect?

11             A.      I mean, I don't have my own calendar

12   and I don't have the ability to look at a calendar.

13   If I had that, I could say whether that agreed with

14   my notes or not.  But the answer is I don't have my

15   own -- no.  I don't know whether that's correct or

16   not correct.

17             Q.      You mentioned notes.  Do you recall

18   making any notes of your meeting with Mr. Markopolos

19   about Madoff?

20                  MS. REISBAUM:  Objection.

21             Q.      You can answer.

22             A.      I wasn't in the habit of keeping a

23   notebook or notes.

24             Q.      I don't either.

25             A.      If -- There are many times where I

GRLCAA0000045

46

1    would do something and scribble something and throw

2    it out.  I didn't -- It's not as if, you know, if I

3    had customer meetings, the salespeople usually take

4    notes and I would be talking.

5          Q.       You didn't have a practice of keeping

6    a log --

7          A.       I didn't have a log.  Didn't have a

8    notebook.  I -- I would rely on, you know, the

9    salespeople to manage those type of things.  So the

10   answer is I definitely don't have any notes from the

11   meeting or there would be nothing at the end of the

12   day that I would be able to look and see anything

13   that says Markopolos or Harry.

14               Did I scribble on a piece of paper?

15   I don't know.  Did I open a spreadsheet and not save

16   it, maybe I did that, but there's nothing -- there's

17   nothing anyone could find that I could say, hey,

18   this is a note responding to that.  Did I scribble

19   something or open a spreadsheet?  I may have.  That

20   was the standard thing I may have done, but there's

21   no recollection I have that says it's in this

22   notebook or this file.

23         Q.       Did Mr. Markopolos give you any

24   indication as to why he was asking you these

25   questions?

GRLCAA0000046

LEON J. GROSS  10/22/10              CONFIDENTIAL                    SIPC v. BLMIS

                                                                              47
 1            A.        I don't remember.

 2            Q.        Do you recall asking him why you need

 3    this information or having any discussion about the

 4    context of why you were providing this information

 5    to him?

 6                      MS. REISBAUM:   Objection.

 7            A.        Could you repeat the question?  I was

 8    looking out the window.

 9            Q.        I'm trying to understand, was there

10    any discussion or context to this inquiry --

11            A.        I would say if there was any context,

12    it was a question that -- that he was -- I guess he

13    was skeptical, would be the general context, that he

14    had some skepticism, or to him it was a puzzle or

15    something that needed to be figured out.

16            Q.        And did you agree with his skepticism

17    after performing your own analysis?

18                      MS. REISBAUM:   Objection.

19            Q.        You can answer.

20            A.        I'm not sure whether the skepticism

21    he had, you know, whether he indicated he was

22    skeptical and said I'm skeptical, do you agree or

23    whether his skepticism was after I looked at the

24    ting.  I'm not sure whether he coached me or not to

25    getting a conclusion or whether he was simply

                    BENDISH REPORTING, INC.
                        877.404.2193

GRLCAA0000047

48

 1   saying, look at this.  So repeat the question,

 2   please?

 3          Q.      If I understand correctly, you agreed

 4   that the strategy that you looked at was not capable

 5   of generating the returns that were being stated.

 6                  MS. REISBAUM:  Objection.

 7          Q.      You can answer.

 8          A.      The strategy as described.

 9          Q.      Yes.

10          A.      It's possible it was

11   mischaracterized, that there was something else

12   going on.  The strategy as described, as I

13   understood it, so yes, I was skeptical that that

14   strategy as described could generate those returns.

15          Q.      And we'll talk about this today at

16   some length and, again, I ask you to bear with me

17   because you'll feel like sometimes we're repeating

18   ourselves?

19          A.      Yes.  That's why I'm confused.

20          Q.      Don't mean to confuse you at all.

21   Can you try to tell us, to the best of your ability,

22   why you were skeptical that the strategy as

23   described was not capable of generating these

24   returns?

25                  MS. REISBAUM:  Objection.

GRLCAA0000048

49

1          Q.        You can answer.

2          A.        Like I said before, that portfolio of

3     equities with a collar around it behaves either like

4     the equity market in the limine case, where the

5     collar is very wide, which means the strikes are

6     very far apart, or it behaves like a fixed-income

7     instrument, where the strikes are very close.

8                    So in a limine case, where the

9     strikes are equivalent, you get the fixed-income

10    returns which would give you a short-term rate which

11    in the U.S. vary between one and five or six

12    percent, so that would give you between one and five

13    percent and the numbers that I remember were more in

14    the area of -- as an annual rate. Per year, not per

15    month.

16         Q.        Per year. Not per month.

17         A.        Yes. So the numbers I remember were

18    more in the area of ten percent so -- and the thing

19    is if someone had -- and the other limiting case

20    that the collar was very wide, you would have

21    something that looked very much like the equity

22    market, where the equity market, of course, had some

23    years where it was up ten percent, but it also had

24    years where it was down a lot. So the return series

25    of someone who had the equity market without a hedge

GRLCAA0000049

1    would have months that were one or two percent and
2    months that were down a lot.
3                     So it looked neither like pure fixed
4    income or pure equities.  And if you had a hybrid,
5    if you did something that had strikes that were far
6    apart to give you let's say half the risk of the
7    equity market, just conceptually, it would look like
8    something that was half short-term bonds and half
9    equity market, so it would look as an average
10   between these two extremes.  It didn't look like
11   that either.
12                    So in terms either of its risk and
13   reward, it didn't look like what we call linear
14   combination, which means a weighted average of any
15   of these two limiting cases, one pure fixed income
16   and one that's pure equity, so -- so if -- if that
17   was where the return was coming from, that didn't
18   make sense to me.
19                    The other possibility I thought was
20   that there was -- if someone were to pick stocks
21   very well and short the S&P against it, somebody
22   could get a return series that looked like this.
23   It's possible.  But then I would assume someone
24   would focus more time on how it is they were able to
25   pick these stocks.  That would be what was the

GRLCAA0000050

51

1    important part of the strategy, not which options

2    they were doing -- in fact, someone doing that could

3    do the same thing with futures as opposed to

4    options.

5            So there was a long description of

6    the options that from my point of view weren't doing

7    anything useful.  They weren't generating any

8    return, they were actually hedging something.  And

9    if the person was very good at picking stocks, there

10   would be some discussion of how the person picked

11   stocks so well.  So I couldn't see how that worked

12   either.

13        Q.        You may have already -- I'm not

14   meaning to cut you off.

15        A.        Some of the different possibilities I

16   thought of, right?  So if the person was very good

17   at picking stocks, I would expect to see more about

18   that.  If there was a question of finding value in

19   the options market opposed to always doing the same

20   options, if someone said, well, for instance, as an

21   example, whenever the volatility is like this, I

22   would do only the call, but other times I would do

23   only the put, or if they would look at the prices of

24   the options or look at the volatility of the options

25   to decide what to do, you can outperform that way as

GRLCAA0000051

52

1    well.

2                        In fact, that's what my group was

3    good at making recommendations about.  So if there

4    was some dynamic strategy that involved using

5    quantitative signals about the market, the returns,

6    et cetera, then I could see how that could work as

7    well, but I didn't see anything dynamic like that.

8                        And also that would also involve a

9    fair amount of risk because many quantitative

10   strategies work most of the time.  But when they

11   don't, you see a very negative performance.  So it

12   wasn't consistent with a variety of things I knew

13   about in terms of, you know, it's a long short fund.

14   It's a volatility fund and the various categories I

15   knew about didn't really -- none of those really fit

16   the returns here.

17        Q.        Well, maybe you answered this, but

18   what did the return profile look like to you?

19        A.        The return profile had very many, I

20   would say, a vast majority of months that were

21   positive and very few that were negative.  I do need

22   to say I have looked at information regarding this

23   after the case, so it -- it's not entirely clear to

24   me when I'm talking about something whether it's

25   something that I remembered at the time or something

GRLCAA0000052

1    since then.

2              Q.        I appreciate that.

3                        MR. BOCCUZZI:  So we should restate

4    the question, then, or just reask it, or have the

5    court reporter read it.

6              Q.        If you recall -- and I appreciate

7    that sometimes it is difficult after the fact you

8    learn things, but I'm trying to put your mind back

9    --

10             A.        I recall that looking at the number

11   of down months as one indicator, that looked like

12   the return profile that's more characteristics of

13   something else.

14             Q.        Of what?

15             A.        Well, there are many things that

16   could result in something like that.  If someone was

17   only doing an agency business, a market making

18   business, without taking much risk and making all

19   the commissions, that would be the type of thing you

20   would see.  If someone had a diversified hedge fund

21   or a fund of funds, were doing many different

22   strategies, where each one of them had its variation

23   but when you add them all up, they cancel out or

24   something, right, then you could get something like

25   that.

GRLCAA0000053

54

1                  If someone were doing a different

2     type of business, right, was selling computer

3     software or something, right, someone was running a

4     casino, there are things more suitable to the type

5     of business that makes money every month, so -- so I

6     thought it would be suitable to something like that.

7                  So there are -- and there are hedge

8     funds who have track records of doing very well for

9     very long times, and also firms that do very well

10    for very long times, but they're basically doing a

11    variety of strategies, right, and they're choosing

12    which ones to do, and allocating back and forth.

13    And there's some -- you know, a bunch of strategies

14    and a portfolio of strategies that when you put

15    everything together, you can get a return series

16    like this.  But if you look at any individual one,

17    it would not look as good, meaning you would have

18    the same return, but much more risk.

19         Q.     Did you understand that Madoff was

20    running a single strategy when you were --

21         A.     I only saw one strategy described on

22    the web site.  I also thought that, you know, maybe

23    the returns are coming from the market making

24    activities, right?  Then that -- because when I

25    looked at the web site, I saw it was a market maker.

GRLCAA0000054

1           So if someone was only doing market

2    making, I can see how you make money every single

3    month, because the way you lose money market making

4    is, you know, basically you have an error or you --

5    you know, something just goes wrong, but if you're

6    always making markets without much risk in it in

7    something that's liquid, it's possible to make money

8    on a regular basis.

9           Q.     Did Mr. Markopolos explain Madoff's

10   business to you or what you were looking at in terms

11   of investment advisory accounts?

12          A.     No.  I did not understand what the

13   entity was.  I -- I assumed it wasn't a hedge fund

14   because hedge funds don't advertise, and I saw

15   something about a broker/dealer, so I assumed I was

16   looking at something that was a broker/dealer.

17          Q.     After your conversation with

18   Mr. Markopolos that day in which you discussed

19   returns and the market activity, did you speak with

20   anyone else at Citi who we haven't discussed today

21   outside of the sales desk people and the index desk

22   about your conversation with Mr. Markopolos?

23               MS. REISBAUM:  Objection.  Can you

24   restate that question?  I lost track.

25               MR. FARLEY:  It was a bad question.

GRLCAA0000055

56

```
 1           Q.      I'm trying to find out, Mr. Gross,
 2      we've talked about you speaking or having a
 3      conversation with the index desk, with the
 4      salespeople.  I'm trying --
 5           A.      That was --
 6                   MS. REISBAUM:  Hold on, let him get
 7      the question out.
 8           Q.      I know what you're going to say,
 9      they're not meetings, I understand you just had a
10      quick question to them, they gave you a quick
11      answer.  I'm trying to find out after that, did you
12      speak to anyone else at Citi about Madoff in the
13      time frame when you were about --
14           A.      No.
15           Q.      -- this conversation with
16      Mr. Markopolos?
17           A.      No.
18                   MR. FARLEY:  Let's take two minutes.
19                   (Recess taken.)
20                   (Exhibits Gross-1 and Gross-2 marked
21      for identification.)
22           Q.      As a housekeeping matter here, let's
23      go ahead and mark as Gross Exhibit 1 the protective
24      order signed by Mr. Gross and Gross Exhibit 2, the
25      protective order signed by Ms. Reisbaum.  And also
```

GRLCAA0000056

1    for the record, the court reporter has executed a
2    protective order as well and the Cleary law firm has
3    already executed a protective order as well.
4                    Going back to the conversation that
5    you had with Mr. Markopolos that day regarding
6    Madoff, did he ask you to do any further work upon
7    his departure?
8          A.      No.
9          Q.      What was the next circumstance or
10   time you recall meeting with Mr. Markopolos?
11         A.      Yes, I recall two meetings at Citi
12   afterwards.  I don't know if there was one in
13   between so the answer is the next one I can't tell
14   you.  I can tell you there were further ones.
15         Q.      Again, all we can ask for is your
16   best recollection involving an interaction with
17   Mr. Markopolos?
18         A.      The next one in person was he came to
19   the office and we met in a conference room and he
20   showed me a business card and said he had a new job
21   and the question was a personal thing, what's new
22   with you, and also he told me about his new job.
23         Q.      And what was his new job?
24         A.      He's some kind of financial fraud
25   investigator.

GRLCAA0000057

58

 1          Q.       Were you and Mr. Markopolos the only

 2     people present in the conference room?

 3          A.       I don't know.

 4          Q.       And you mentioned that you recall

 5     this being the next in-person meeting.  Did you have

 6     any other communication with him before that

 7     in-person meeting?

 8          A.       I don't know.

 9          Q.       Did the subject of Madoff come up

10     during this meeting that you recall in the

11     conference room?

12          A.       I don't remember, but it wasn't the

13     primary topic of conversation.  I don't know whether

14     he mentioned it or not, but it wasn't what the

15     conversation was about.

16          Q.       Was the conversation more focused on

17     his new job?

18          A.       It was -- Yes.  On his new job.

19          Q.       Just to the best of your

20     recollection, do you recall discussing anything

21     having to do with Madoff during that meeting?

22          A.       No.  I don't.

23          Q.       And you said you recalled another --

24          A.       That's correct.

25          Q.       -- meeting with Mr. Markopolos.  When

GRLCAA0000058

 1   was that and what do you recall?

 2          A.      It was sometime in the Fall of 2008.

 3   It was in the cafeteria.

 4          Q.      What cafeteria?

 5          A.      There's a -- the buildings at 390

 6   Greenwich and 388 Greenwich, they're connected and

 7   there's a cafeteria of -- I don't know the name of

 8   the building, in Tribeca, in the cafeteria there on

 9   the first floor.

10          Q.      And what were the circumstances of

11   you meeting with Mr. --

12          A.      Holly told me Harry was there, and

13   you know, we would have lunch and Holly was there

14   for, I would say, the first 20 minutes.  And then I

15   joined and then after 15 minutes, Holly left and she

16   had to go back to the trading floor and we had some

17   breakfast together.

18          Q.      And what do you recall discussing

19   during that meeting in 2008?

20          A.      He was telling me more about his --

21   his -- his work that he was working on different,

22   you know -- he -- I believe the reason he was a --

23   he was meeting with us was, first of all, he was in

24   town and probably a social thing.  But I think that

25   in order to do fraud investigations, he needed

GRLCAA0000059

                                                                        60

 1    information.  So he would talk to people he knows,

 2    have you heard anything that would help him in the

 3    job.

 4              So I think part of the reason was, do

 5    you know anything, have you heard anything.  And

 6    then he told me some of the things that he was, you

 7    know, I'm working on something like this, et cetera,

 8    so that was most of the content of the meeting.

 9        Q.        Do you recall any discussion

10    involving Madoff during this 2008 meeting with

11    Mr. Markopolos?

12        A.        No.

13        Q.        You don't recall or there was no

14    discussion --

15              MS. REISBAUM:  Objection.

16        Q.        I'm just trying to understand.

17        A.        Your first question is, do you recall

18    and the answer is no, I don't.

19        Q.        At any time before you left Citi's

20    employment in 2008, did you have any conversations

21    with others working at Citi about Mr. Markopolos's

22    suspicions regarding Madoff?

23              MS. REISBAUM:  Objection.

24        Q.        You can answer.

25        A.        Apart from the time when Harry was in

GRLCAA0000060

61

 1 | the office, no.

 2 |        Q.       Did you ever undertake to understand

 3 | or investigate whether Citi was involved in any

 4 | transactions involving Madoff or Madoff exposure?

 5 |                 MS. REISBAUM:  Objection.

 6 |        Q.       You can answer.

 7 |        A.       I said I asked the salespeople and

 8 | the traders whether they knew of this customer

 9 | either indirectly or directly, so the answer is yes

10 | that was my attempt to try to find out.

11 |        Q.       Other than the inquiry you made that

12 | particular day --

13 |        A.       While I was working there, no.

14 |        Q.       Apart from any conversations you had

15 | with counsel, have you had any conversations with

16 | anyone after you worked at Citi involving Madoff?

17 |                 MS. REISBAUM:  Objection.

18 |        A.       Can you be more specific?

19 |        Q.       Well, I'm trying to understand

20 | because you answered the question while I was

21 | working there, no.  I'm trying to understand, are

22 | you making a distinction between while you worked at

23 | Citi and after you left Citi that you might have had

24 | discussions involving Madoff?

25 |                 MS. REISBAUM:  Objection.

GRLCAA0000061

62

 1              MR. FARLEY:  I'm not entirely sure

 2    what the objections here are for.  This is a 2004

 3    deposition.  There's really no objections to be

 4    made.

 5              MS. REISBAUM:  I think you misstated

 6    his testimony.

 7        Q.    I'm certainly not trying to misstate

 8    your testimony.

 9        A.    I've had discussion with counsel.

10        Q.    I don't want to hear about that.

11        A.    You don't care about that.  It's a

12    topic in the news, so people talk about it.  So are

13    you asking about, you know, whether there were any

14    topics that people talked about in the news or are

15    you asking whether there's anything that's related

16    to people who actually worked in the industry or

17    know about this.

18        Q.    What I'm really trying to ask,

19    Mr. Gross, and I apologize if I'm not doing it well,

20    is your conversations with anyone working at Citi

21    while you worked there, or after you worked there

22    involving Madoff.  Can you tell me about those?

23        A.    Conversations with people working at

24    Citi, I haven't spoken to any Citi employees other

25    than counsel about Madoff since I left Citi.

GRLCAA0000062

63

 1          Q.          That's all I'm trying to find out.

 2                      And just so we're clear, you

 3     understand when I refer to Madoff, I'm referring to

 4     Madoff or the broker/dealer.

 5          A.          The person or the business.

 6          Q.          Yes.

 7          A.          Or any related -- Yes.  I understand.

 8                      MR. FARLEY:  I'm going to mark as

 9     Gross Exhibit 3, an email with Bates Number

10     CGMH00002769 which appears to be an email from

11     Mr. Markopolos to Mr. Gross dated Friday, June 29,

12     2007.

13                      (Exhibit Gross-3 marked for

14     identification.)

15          Q.          Mr. Gross, do you recognize what I've

16     handed you as Gross Exhibit 3?

17          A.          I understand that you've handed me

18     something that's labeled.

19          Q.          Is this an email that was sent to

20     you, Mr. Gross?

21          A.          Yes.

22          Q.          Do you recall receiving this email

23     from Mr. Markopolos?

24          A.          No.

25          Q.          Do you have any reason to believe

GRLCAA0000063

1    that you didn't receive this email?

2         A.    No.

3         Q.    Do you recall whether you responded

4    to this email, whether by reply email or telephone

5    or otherwise?

6         A.    I didn't respond to this email.

7         Q.    What, if anything, did you do with

8    this email, Mr. Gross?

9         A.    Like I said, I don't remember opening

10   it or reading it.

11        Q.    Sitting here today, do you have any

12   recollection of Mr. Markopolos suggesting that

13   Madoff was running a Ponzi scheme?

14        A.    I -- I've seen this email in his

15   book, and I've also seen it in other contexts, so I

16   -- I -- I've seen it since I left Citi, and since

17   the information came out, but I didn't see it at the

18   time.  I don't know what you're asking.

19        Q.    What I'm asking -- Again, I

20   appreciate things have happened since, but what I'm

21   trying to understand is at or about June or July of

22   2007, what do you recall --

23        A.    I was not in communication with Harry

24   in June of 2007.  If he had suspicions when I met

25   him before in the office, then that's when I -- you

GRLCAA0000064

65

1     know, I don't know exactly what he was suspicious

2     of, but I -- I don't remember him saying anything

3     about Ponzi when I met him.

4            Q.       If you read this particular email, it

5     says, "Leon, long time no hear, but I know you'll

6     love this.  Wickford is offering an HSBC swap on

7     Bernie Madoff that provides 3 to 3.25 times exposure

8     to Bernie Madoff.  How they're planning on hedging

9     this should be telling.  If they aren't getting full

10    visibility to Madoff's positions, then I'm very

11    suspicious.  If HSBC is running blind factor model

12    to predict Madoff's return stream and then

13    replicating it, I'm even more suspicious.  If Madoff

14    is allowing a third party marketer to pitch this

15    sort of product, my guess is that he is running low

16    on new investors, cash in flows and needs to feed

17    the Ponzi beast or face ruin.  Any input on your

18    part of what you might be hearing.  Is Madoff

19    running short of new cash?  We all know how Ponzi

20    schemes turn out."

21                   Do you recall receiving this email

22    and doing anything including responding to

23    Mr. Markopolos with any insights you had?

24                   MS. REISBAUM:  Objection.  Asked and

25    answered.

GRLCAA0000065

66

1          Q.         You can answer.

2          A.         I didn't -- I didn't -- I didn't

3      respond to the email, and I don't remember reading

4      this or opening it.  I can tell you why I think that

5      is.

6                     We -- We got hundreds of emails a day

7      and it was such that our emails were getting

8      unmanageable.  We had all kinds of rules to put

9      things in folders and if the email got too big, you

10     couldn't send email.  So they would call people up

11     and tell them to delete email.  And I had all kinds

12     of rules to send things to folders.  And the default

13     assumption is someone wouldn't read the email.  And

14     it was a probabilistic thing whether someone

15     actually read your email or not.  So we would send

16     it multiple times, send it to 3 or 4 people.  We

17     would call people and say, read your email or we

18     would put it on a chat room.

19                    So the assumption was anything on a

20     trading desk that only a small probability that

21     somebody would actually read and respond to any

22     email.  And if someone really wanted to get

23     someone's attention, a single email would not

24     suffice.  That was the kind of a standard practice

25     in working on the trading floor.

GRLCAA0000066

LEON J. GROSS  10/22/10              CONFIDENTIAL                    SIPC v. BLMIS

67

1              It's also I see here, it's not during
2     business hours.  It's a -- it's on a weekend and at
3     night, so it's entirely possible when the email came
4     in and I wasn't working or at my desk, so it's not
5     something I would have seen when it came in, so it's
6     entirely possible that I never saw the email or even
7     saw the header.
8          Q.     Do you -- Is it your testimony then
9     you didn't forward this email to anyone?
10                MS. REISBAUM:  Objection.
11         Q.     To the best of your knowledge?
12         A.     I didn't forward this email to
13    anybody.
14         Q.     You have a recollection of that?
15         A.     I have no recollection of that.
16                MS. REISBAUM:  Objection.
17         Q.     Other than your initial conversation
18    with Mr. Markopolos when you looked at the strategy
19    as described, tried to resolve the discrepancies, at
20    any other time, did you devote any time thinking
21    about Madoff and his trading strategy and the
22    returns he generated?
23                MS. REISBAUM:  Objection.
24         Q.     You can answer.
25         A.     That was the only time the -- the

BENDISH REPORTING, INC.
877.404.2193

GRLCAA0000067

 1   name Madoff ever came up.

 2          Q.      Came up with Mr. Markopolos or just

 3   --

 4          A.      Came up in my -- came up in my -- in

 5   my employ at Citi.

 6          Q.      You mentioned Mr. Markopolos's book.

 7   Have you read it?

 8          A.      I own it.  I've read parts of it and

 9   skimmed it.  I can't tell you I read every page.

10   I'm familiar with parts of it.

11          Q.      Were you aware while you worked at

12   Citi that certain financial institutions were

13   offering leveraged exposure through total-return

14   swaps or structured products to Madoff feeder funds?

15          A.      No.

16          Q.      Do you know what Wickford Fund LP is?

17          A.      No.  I can guess, but I don't know.

18   I'm not familiar with Wickford.

19          Q.      Other than the email that I put in

20   front of you from Mr. Markopolos dated June 29,

21   2007, do you have any recollection of receiving any

22   email from Mr. Markopolos while you worked at Citi?

23          A.      I don't remember any specific email.

24   It's entirely possible in our conversations about

25   requesting data that either me or someone in my

GRLCAA0000068

LEON J. GROSS  10/22/10                 **CONFIDENTIAL**                  SIPC v. BLMIS

69

 1   group forwarded him some data or something, but I

 2   don't remember ever actually writing him an email.

 3           Q.       And I think you answered this, but

 4   just to be clear, did you ever follow up with

 5   Mr. Markopolos after your initial meeting with him

 6   in New York discussing Madoff about any subject --

 7           A.       You mean did I take the initiative?

 8           Q.       Yes.

 9           A.       To call him?

10                    MR. BOCCUZZI:   About Madoff.

11           A.       About Madoff.

12           Q.       Madoff.

13           A.       About Madoff, no.

14           Q.       Are you still in contact with

15   Mr. Markopolos?

16           A.       I don't have his phone number.  I

17   sent him an email four or five months ago.  I'm not

18   sure how to answer your question.  If you ask more

19   specifically, I can help you.

20           Q.       Do you still maintain a professional

21   or a social relationship with Mr. Markopolos?

22                    MS. REISBAUM:  Objection.

23           A.       I would say it's not a relationship.

24   I can tell you the interactions since I left Citi.

25           Q.       And what are they?

GRLCAA0000069

70

1          A.          In December, 2008 when the -- when

2    Harry was on the front page of the Wall Street

3    Journal, I made an effort to contact him.  I didn't

4    know how to contact him.  I emailed the Wall Street

5    Journal reporter and -- who wouldn't provide me

6    contact information.  And I said if you talk to him,

7    tell him to contact me because he was protecting --

8    I guess he was protecting Harry because he was

9    getting lots of calls or something.  And I remember

10   calling back and forth, it was around the holidays.

11   I remember playing phone tag.  I don't know if I

12   ever spoke to him, but I do remember some voice mail

13   message, so that was one interaction.

14          Q.          Why did you attempt to reach out to

15   him?

16          A.          I -- you know, it's not every day

17   that someone I know is on the front page of Wall

18   Street Journal.  There are times when people I heard

19   of, famous people I heard of, yes, I've heard of

20   this person or may have saw somebody once, but, you

21   know, when a relative or a friend or customer or

22   someone I actually know, right, is on the front page

23   of something, I am interested and I want to call

24   them up and say I saw that, or things like that, how

25   are you doing.

GRLCAA0000070

1          Q.          Was there any other information or

2     contact you had with Mr. Markopolos since?

3          A.          The -- There was a time -- I don't

4     know exactly when -- where one of my relatives had

5     showed me something that I believed to be a fraud,

6     so I basically referred him to Harry and said maybe

7     Harry would be interested in helping him or finding

8     out about it.

9          Q.          I assume that had nothing to do with

10    Madoff issues.

11         A.          No.  And when the book came out, I

12    wanted a copy of the book and it wasn't -- It wasn't

13    in the book stores yet, so I went to the book party

14    and got a copy of the book, of Harry's book.

15         Q.          His book signing?

16         A.          Yes.  I guess it's -- it's called a

17    book party.

18         Q.          And you mentioned when news broke

19    about the Madoff Ponzi scheme what, if any, reaction

20    did you have?

21         A.          Well, I was very interested in

22    reading about it.  I was -- I was surprised to see

23    my -- my name quoted in a thing -- something

24    involving the SEC.  Someone forwarded it to me and

25    said take a look at this.

GRLCAA0000071

72

1      Q.        But not in a bad way.

2          A.        I said I was surprised.  So there was

3    certainly surprise on that.  And I guess I thought

4    that a -- that -- that Harry had his suspicions and

5    he had turned out to be right.  That was, I guess,

6    my thinking at the time.  I'm sorry.  Did that

7    answer your question?

8      Q.        That's fine.  Mr. Gross, in a -- one

9    of Mr. Markopolos's submissions to the SEC,

10   Mr. Markopolos states, "Leon can't believe that the

11   SEC hasn't shut down Bernie Madoff yet.  He's also

12   amazed that FOFs" -- fund of funds -- "actually

13   believe the stupid option strategy is capable of

14   earning a positive return much less a 12 percent net

15   average annual return.  He thinks the strategy would

16   have trouble earning 1 percent net, much less 12

17   percent net."

18                   Do you recall having a discussion

19   with Mr. Markopolos where you expressed those

20   thoughts in words or substance?

21         A.        Am I allowed to see that piece of

22   paper?

23     Q.        Absolutely.

24         A.        Now that I have this, could you ask

25   the question?

GRLCAA0000072

73

1        Q.        I just read you a portion of a

2    submission made by Mr. Markopolos to the SEC in

3    which he purports to attribute thoughts or ideas to

4    you.  I'm asking you, hearing those, does that

5    refresh your recollection as to making these remarks

6    to Mr. Markopolos or not and what do you recall

7    about that?

8        A.        There are a number of remarks.  I

9    guess we should take them one by one as opposed to

10   asking a general question.

11       Q.        Okay.  Let's take it one by one.  The

12   first thing Mr. Markopolos states is, "Leon can't

13   believe that the SEC hasn't shut down Bernie Madoff

14   yet."  What, if anything, do you recall about that

15   statement, if it was made?

16       A.        I don't recall making that statement.

17   I do recall thinking that there was something very

18   wrong with a broker/dealer, quote, unquote,

19   advertising or publishing a strategy that didn't

20   make sense to me.  So I didn't know what was wrong

21   but I thought something was wrong.  That was my

22   understanding at the time.  I don't know if I said,

23   you know, should be shut down, SEC should have shut

24   it down, there should be consequences.  I don't know

25   how much of that is his paraphrasing me or my own

GRLCAA0000073

LEON J. GROSS  10/22/10              CONFIDENTIAL                    SIPC v. BLMIS

74

 1    words, but I do remember saying something is wrong

 2    here.

 3           Q.        Mr. Gross, was it that clear to you

 4    in looking at the strategy as described that it

 5    simply could not do the returns that it purported to

 6    achieve?

 7                    MS. REISBAUM:  Objection.

 8           Q.        You can answer.

 9           A.        At the beginning or at the end?  When

10    he first showed it to me or after thinking about it

11    for an hour?

12           Q.        After thinking about it?

13           A.        After thinking about it, that was my

14    conclusion.

15           Q.        And that was thinking about it for an

16    hour or so.

17           A.        Probably was.

18           Q.        We'll go line by line.  Just to be

19    clear, Mr. Gross, I'm just asking you whether this

20    happened or not.  I'm not suggesting you made every

21    one of these statements.  This is as reported by

22    someone who is not here, but let's just talk about

23    this.  He says, "he's also amazed that fund of funds

24    actually believed the stupid options strategy is

25    capable of earning a positive return, much less a 12

GRLCAA0000074

75

1   percent net average net return."

2                  Do you recall making the statement in

3   that regard, in those words or substance?  And, if

4   so, what do you recall?

5          A.     I wouldn't have used the FOF because

6   that's not something I'm familiar with, so if -- if

7   that's in there, then that's his understanding.  My

8   understanding would not be to use that, so I'm not

9   sure whether that is something I actually said.  I

10  did say before that I didn't think that this

11  strategy was capable of -- this strategy as

12  described was capable of returning -- of giving the

13  returns.

14                 I believed at best, it could either

15  do something that looked like the risk-free rate or

16  something looked like market or something in

17  between.  So I did believe that -- I did believe

18  that -- that there is a discrepancy, as I said

19  before, in the returns as described -- I'm sorry,

20  the strategy as described and the returns as

21  reported.  And I thought that that discrepancy was

22  problematic.

23         Q.     When you say a "risk-free rate" would

24  that also include an investment in Treasury bills?

25         A.     The risk-free rate by definition is

GRLCAA0000075

76

1    Treasury bills.  The only question is which maturity

2    you buy.

3                    You would have to be more specific.

4    Every country obviously has its own benchmark

5    currency, et cetera.

6         Q.      I should have asked you this before.

7    What licenses do you currently hold or have you

8    held?

9         A.      I don't know whether the licenses I

10   held before -- what happens to them when someone

11   actually leaves the firm.

12        Q.      Fair enough.

13        A.      Series 7, series 3, Series 63, series

14   24.  Those are the ones I remember.  There may have

15   been one or two other ones.

16        Q.      What, if any, options licenses --

17        A.      I'm not sure.  I think the 63 is

18   options.  I think 3 is futures.  I may be wrong

19   about that, but whatever ones I needed to do my job,

20   I had.  The series 24 is to be a manager.  I had

21   that one as well to run a desk or to run a retail

22   branch.

23        Q.      Did Mr. Markopolos ever ask you to

24   share any of the information he had learned about

25   Madoff with anyone at Citi other than yourself?

GRLCAA0000076

1           A.      No.

2                   Q.      Did Mr. Markopolos ever ask you not

3      to share any of the information you had discussed

4      with him about Madoff with others at Citi?

5           A.      No.

6                   Q.      Did you ever think about whether you

7      should be sharing the information about Madoff that

8      had been brought to you by Mr. Markopolos with

9      anyone at Citi?

10                  MS. REISBAUM:  Objection.

11          A.      I would say I didn't spend a lot of

12     time thinking about it.

13                  Q.      When you were having these

14     discussions or discussion with Mr. Markopolos about

15     Madoff, did you have any sense of how large an

16     operation Madoff had with respect to assets under

17     management?

18          A.      I wasn't aware that he was managing

19     money.  I thought he was a broker/dealer.  I saw a

20     web site that said broker/dealer.  There was what I

21     consider advertising.  I know hedge funds don't

22     advertise.  And I wasn't, as I said before, I wasn't

23     familiar with any activity of his in the market

24     either from, you know, the questions I had or

25     experience.

GRLCAA0000077

78

1                    So from my point of view, this wasn't

2        somebody who was an asset manager.  This was

3        somebody who was a market maker, so the answer is I

4        had no familiarity with it, with any assets he was

5        managing, other than his own or whoever owned the

6        security firm that he owned or worked at.

7            Q.       I'm just trying to be clear here.

8        Mr. Markopolos never said to you in words or

9        substance, I think Bernie's got 20 billion dollars

10       in assets that he's managing for investors?

11           A.       He never put a number -- he never

12       told me any specific number about how much he was

13       managing.

14           Q.       While you worked at Citi, did anyone

15       other than Mr. Markopolos ever bring up the subject

16       of Bernie Madoff or BLMIS with you?

17           A.       I don't remember that.  Not that I

18       remember.

19           Q.       And just to be clear, I'm asking

20       about anyone including people at Citi or other banks

21       or anyone in general, the world.  Do you recall

22       anyone else ever speaking to you --

23           A.       There was no -- There was no

24       conversation I had with anyone about Bernie Madoff.

25       Did I hear the name somewhere?  I don't know.

GRLCAA0000078

1   There's no conversation I remember participating in

2   where I actually said something or understood what

3   the person was saying.

4          Q.        Nothing sticks out in your mind.

5          A.        No.   While I was -- Before the news

6   broke.   Everything is referring to that.

7          Q.        Fair enough.   Are you familiar with

8   someone named Hazlitt Gill?   Does that name ring a

9   bell to you?

10         A.        Is the first name Hazlitt and the

11  last name Gill?

12         Q.        Yes.

13         A.        No.

14         Q.        I'll represent to you that we

15  understand that she was a vice president and manager

16  analyst at Citigroup alternative investments.   Does

17  that help you place the name?

18         A.        We had a quarter of a million

19  employees.   I don't think I know anyone in

20  alternative investments.

21         Q.        Again, just to be clear, do you

22  recall having any discussions with Ms. Robinson

23  regarding Mr. Markopolos and Madoff?

24         A.        The two of them together, no.

25         Q.        Because I understand that if she let

GRLCAA0000079

 1   him in the building, you probably had a conversation

 2   saying Bernie's here to see you --

 3                  MR. BOCCUZZI:  Harry.

 4        Q.     I'm sorry.  Harry is here to see you,

 5   but I'm saying a subsequent conversation with

 6   Ms. Robinson about Bernard Madoff.

 7        A.     No.

 8        Q.     Did you ever meet Bernie Madoff?

 9        A.     Not that I know of.  I didn't know

10   what he looked like until the pictures were in the

11   paper.

12        Q.     Mr. Gross, I'm going to hand you what

13   we're marking as Gross Exhibit 4, which has Bates

14   stamps CGMH0001286 through 1320, which appears to be

15   a prospectus for Fairfield Sentry Fund Limited B

16   shares.

17                  (Exhibit Gross-4 marked for

18   identification.)

19        Q.     The first question is, have you ever

20   seen, reviewed or read a prospective for Fairfield

21   Sentry Fund shares, to the best of your

22   recollection?

23        A.     While I was working at Citigroup, I

24   never saw this document or something similar to it.

25        Q.     Fair enough.  I'm going to ask you to

GRLCAA0000080

1    turn to Page 16 of this document which is at CG --

2          A.      Can I clarify my previous comment?

3          Q.      Absolutely.

4          A.      I said before, Harry had showed me a

5    return series.  I don't know where that came from.

6    If that's in here, right, then it's possible he

7    showed it to me.  I wouldn't know that it's this

8    document.  It's possible I might have seen something

9    in here, not knowing what it was.

10          Q.      I appreciate the clarification.

11   Right now, I just want to show you something on Page

12   16 which is CGHH00001301, and there's a section

13   called Investment Strategy.  Do you see that?

14          A.      Yes, I do.

15          Q.      I would like to ask you to take a

16   second to read what's on Page 16?

17          A.      Yes.

18          Q.      And then a little bit on to 17.  And

19   my question is going to be when we were talking

20   about the strategy that you looked at, is this the

21   strategy, to the best of your recollection?

22                 MS. REISBAUM:  How far should he read

23   on 17?

24                 MR. FARLEY:  First two paragraphs.

25          A.      I've skimmed this.  If you ask me

GRLCAA0000081

08-01789-cgm   Doc 18901-3   Filed 07/23/19   Entered 07/23/19 18:12:58   Attachment
C   Pg 83 of 153

82

1  more specific questions, I may look at it again

2  before answering.

3          Q.          My question is going to be when we

4  discussed earlier today the strategy that you looked

5  at with Mr. Markopolos, is this the strategy that

6  you were evaluating with Mr. Markopolos, the

7  separate --

8          A.          I don't know if it's the precise

9  words but it's close enough that I would assume it

10  refers to the same strategy.

11          Q.          Before you had this conversation with

12  Mr. Markopolos, had you ever heard of a split strike

13  conversion strategy before?

14          A.          Meaning had I heard those exact words

15  used, or had I heard something described that was

16  equivalent?

17          Q.          Both, actually.

18          A.          I'm not sure if I heard those exact

19  words being used.  As I said before, something

20  equivalent, that to have a position and to collar

21  it, which means to sell a call to pay for a put is a

22  very standard thing that people do in derivatives,

23  so I'm extremely familiar with collaring.  We've

24  recommended them, we've written pieces on them.  So

25  I'm very familiar with collaring.  Whether I saw

GRLCAA0000082

83

1    someone use these exact words to call it this, I

2    wouldn't call it a split strike conversion.

3         Q.        Why is that?

4         A.        I call it a collar.  That's the --

5    that's the terminology that I think is it an

6    industry standard.  I guess if you -- a conversion

7    is when I think of a conversion reversal is when the

8    strike is the same, you buy the index or stock and

9    sell the call and put, that's one conversion.

10                  The reversal was going the other way,

11   so I think of the conversion of being by the

12   definition at the same strike.  So if someone said

13   split strike conversion, I would say I understand

14   what that could be.  I could break it down to pieces

15   but it wouldn't be the term I would use.  I would

16   refer to this as a collar.

17        Q.        How would you describe a collar

18   strategy in terms of risk profile, in terms of

19   return expectations, in terms of market outlook,

20   three different things?

21                  MS. REISBAUM:  Objection.

22        Q.        You can answer.

23        A.        So I'm going to ask you, by the

24   collar, do you mean the collar itself or the collar

25   when overlaid on an existing position, because

GRLCAA0000083

84

1   they're different.

2          Q.      The collar when overlaid on an

3   existing long equities position?

4          A.      A collar can be on any type of

5   position, but we'll talk about equities for now.  A

6   collar by definition is the purchase of a put to

7   provide a downside floor to the value of the

8   portfolio.  And simultaneously, the sale of a call

9   which limits the upside of the -- of the portfolio.

10              Typically people do these together

11  because people want the protection and don't want to

12  pay for it, so the way they do it without paying for

13  it is they sell a call and they use the proceeds

14  from selling the call to buy the put.  That's when

15  -- when the prices are exactly the same, it's called

16  a costless collar, but you can do a collar where the

17  put costs more than the call, a customer can do a

18  collar where you receive when the call costs more

19  than the put.

20              So it's a standard thing that -- that

21  investors who are long something would consider as a

22  hedge.  There are a number of things, and this I

23  would say, the most popular -- the two or three most

24  popular way to hedge something, the collar would be

25  one of those things.  So it's definitely an industry

GRLCAA0000084

85

1    standard thing that people talk about when hedging

2    an existing portfolio.

3         Q.          And are there limited upsides when

4    placing the collar?

5         A.          Yes.  The upside on the portfolio --

6    if -- if the options are on the same underlying as

7    the portfolio, which means if you own let's say IBM

8    stock and you have a collar in IBM, then you know

9    exactly what the upside is.  If your collar is on

10   the S&P, but you have a portfolio, then if the

11   correlation in tracking is exactly 1, then you know

12   your upside.  But because they're not exactly the

13   same, your upside could be plus or more if you

14   underperform or outperform the S&P.

15              Meaning that if I sell a call at ten

16   percent on the S&P, the most I can make is ten

17   percent.  If I sell a call at ten percent, and I own

18   a portfolio like the S&P, I could make 12 percent if

19   I outperform the S&P by two or if I underperform.

20              So there is limited upside -- I said

21   before, if the call is very close, if I did a 101

22   call, I would only have 1 percent potential upside.

23   If I did a 120 call, I had 20 percent potential

24   upside.  So I can pick any strike I want to do the

25   call and pick any strike I want to do the put.

GRLCAA0000085

86

 1           Q.        Did you have an understanding as to

 2     whether the strategy that you looked at in

 3     connection with Mr. Markopolos, the options were in

 4     the money, at the money, out of the money?

 5           A.        Collars usually are done with out of

 6     the money options.

 7           Q.        Why is that?

 8           A.        To take an example of the stock at

 9     100, what someone says -- let's say the stock is at

10     120 -- it's up 20 dollars, so I'm up 20 percent

11     year-to-date, so I would say I'm happy being up

12     let's say 115 and 125.  I can live with that.  I

13     can't live with going back to zero and I only care

14     about going to 50 percent.

15                     So a collar is usually done around

16     the stock price to say, you know, I'm happy with a

17     sale price where it is plus or minus a certain range

18     so usually the range is plus or minus what the given

19     stock price is, so that's -- options are usually out

20     of the money.

21                     Looking at the return series, when I

22     saw that none of the returns were very high, my

23     conclusion was that the strike of the option must

24     not have been -- on the call must not have been very

25     far out of the money on the upside and the same

GRLCAA0000086

87

1    thing on the downside.  If there weren't any big

2    down months, the strike of the put must not have

3    been very far away from the strike, from the market.

4         Q.       Do the price of options vary

5    depending how close the strike price is to --

6         A.       The price of the option depends on

7    four or five factors, one of which is the

8    relationship between the strike and spot price.

9         Q.       Is it more expensive generally to buy

10   an option that's at the money?

11        A.       The most expensive options are the

12   ones in the money.  The at the monies are in the

13   middle and the out of money is the cheapest, so

14   there's a spectrum of way in the money option which

15   can cost as much as the asset itself if it's a call,

16   to way out of the money which costs zero, to out of

17   money option which is going to be in between.

18        Q.       Just to be clear, when you looked at

19   the strategy that Mr. Markopolos showed you that

20   Mr. Madoff was advertising, you believed that the

21   options were near the money, out of the money?

22        A.       I believe the options were near the

23   money because the return series didn't have any

24   large numbers in either direction.

25        Q.       Does the price of the options, would

GRLCAA0000087

88

 1   that affect the returns that can be generated by the

 2   overall strategy?

 3              MS. REISBAUM:   Objection.

 4        Q.        Again, this is one of these things

 5   when I'm asking for your patience because I'm just

 6   --

 7        A.        Obviously, the price is -- is -- it's

 8   obviously when you calculate a return of something

 9   it's the price at which you trade something.  Right?

10   Minus the price at which it settles for.  So it's

11   half of the information.  Right?  There's a purchase

12   price and a sale price so that's half of the

13   information when you do something.

14                   The way I would look at something in

15   terms of strategy is not in terms of the dollar

16   price or the percent price, but the relative -- two

17   things.  One of the things is the relative cheapness

18   or richness of the option, and the other thing is

19   whether the market on average went up or down.  So

20   from my point of view, it's less important that this

21   option actually cost 4.80.  What's more important to

22   me is that the market went up on average or went

23   down on average.

24                   Understand the return profile of a

25   certain strategy, and also what's more important to

GRLCAA0000088

89

1    me whether the options are cheaper to fair value.

2    So when I look at something, I understand it not in

3    terms of -- although underneath everything, you

4    know, there's 4.80, actual real numbers.  In terms

5    of dimensions I look at, I look at the trend of the

6    market over the time period and look at whether the

7    options are rich or cheap.  And I might also look at

8    what's called the term structure and the skew, which

9    refers to the different volatilities.

10                  A term structure is different

11   maturities, whether the 1 or 3 or 6 month option is

12   pricing in more or less volatility than the other

13   ones, and also the skew, whether the higher strikes

14   are pricing in less volatility more than the lower

15   strikes.

16                  So from my point of view, looking at

17   a strategy, I would look at the level of the

18   volatility, the term structure of the skew, and the

19   market direction.  And underneath all those are

20   actual real prices but in terms of my conceptual

21   framework, what I care about are those more abstract

22   concepts in terms of describing a strategy as

23   opposed to talking about a particular price.

24       Q.       But with respect to the Madoff

25   strategy that you were looking at, did you

GRLCAA0000089

1      understand that the options component was for

2      revenue generation or generating returns or simply

3      for the hedge position?

4            A.      I considered actually a bunch of

5      possibilities, like I said before.  I considered the

6      possibility that a -- that like I said before, that

7      he was using different types of options and trying

8      to pick up some incremental returns by doing that,

9      but it's not consistent with that, because they're

10     both S&P.

11            I considered that there was some kind

12     of dynamic strategy that I said before, on signals,

13     but I don't see that here either.  So it doesn't

14     seem to me that a strategy that's described this

15     simply can actually generate positive returns.  You

16     know, obviously if you're just going short the

17     market, the market goes down, you're going to make

18     money.  That's not what I'm talking about here.  I'm

19     talking about relative to owning a portfolio.

20            So -- so I basically tried to figure

21     out -- from my point of view, I don't care whether,

22     you know, whether the net -- the trade takes in a --

23     on Day 1 takes in money or results in paying out

24     money.  I care whether that money -- how that

25     compares to an average, how much those options are

GRLCAA0000090

 1   worth at expiration.  So the question was, was it to

 2   manage risk or was it for income --or what was your

 3   question again?

 4          Q.      Risk management or to --

 5          A.      I understood that -- I -- I

 6   considered various possibilities, and I would say

 7   that I understood that some of it had to do with

 8   reducing risk and --

 9          Q.      When you were looking at the strategy

10   that Mr. Madoff claimed to have be executing, did

11   you have any understanding of whether the index --

12   Sorry -- whether the options component was index,

13   exchange listed options or over the counter options?

14          A.      The strategy itself doesn't specify.

15          Q.      Did you have any --

16          A.      However, I will say that on the next

17   page, it does specify.  It does mention over the

18   counter.

19          Q.      Are you familiar with the over the

20   counter S&P 100 Index market?

21                  MS. REISBAUM:  Objection.

22          A.      I'm familiar with the over the

23   counter market and index options.  I'm familiar with

24   the OEX, I'm not sure whether anyone in real size or

25   on a regular basis actually trades the OEX on an

GRLCAA0000091

92

 1   over the counter fashion.

 2        Q.        What can you tell me about that,

 3   Mr. Gross?

 4                  MS. REISBAUM:  Objection.

 5        Q.        Again, I'm interested in knowing what

 6   you know about the OEX, over the counter market and

 7   your comment that you're not sure whether anyone

 8   really trades in that.

 9                  MS. REISBAUM:  Objection.

10        Q.        You can answer.

11        A.        I would say it wouldn't surprise me

12   if there were trades there.  I would say the primary

13   market for -- the OEX is the hundred stocks that the

14   CBOE put together that have options.  It's their

15   index.  There are some ETFs linked to it.  Those

16   came out recently.  But the benchmark that most

17   people follow in terms of managing money is the S&P

18   500.  The people also look at the Dow which is

19   famous but really isn't benchmarked as much because

20   it's weighted in a strange way.  People also look at

21   the Russell, mid cap, small cap, growth in value.

22                  There are all kinds of things that

23   people use and track as sort of common things where

24   if you talk to managers, yes, I've benchmarked this,

25   I know about this, et cetera.  So in terms of most

1    popular things people follow, care about, watch,

2    trade, I would say -- I mentioned the S&P and

3    obviously for different universes, there's a small

4    cap benchmark, there's international, and there are

5    standard ones.

6                          And I would say the OEX is not one of

7    those.  The OEX is something the CBOE created to

8    generate, you know, what it thought was interesting

9    at the time.  And it's -- I used it for research

10   purposes because I would compare the individual

11   options to the index options.  And for the S&P,

12   there are 500 of them.  So the calculation was

13   rather difficult and it was simpler to just use a

14   hundred stocks, so I used the OEX.

15                          So for me it was just a simple way of

16   doing it.  But in terms of something that

17   professional managers use for hedging and trading,

18   it's not that popular.  We don't get many requests

19   for OEX options, although there's some out there,

20   and I'm not sure I ever -- I think I did a swap once

21   on OEX, but I'm not sure if -- if something was a

22   large cap and it was over the counter, I would say,

23   you know, my numbers aren't exact here.  I would say

24   like 95 percent of the time, we're talking about the

25   S&P and 5 percent the Dow.

GRLCAA0000093

94

1                    But I never heard of an over the

2     counter request involving -- I never heard -- it

3     wasn't standard procedure that we would hear an over

4     the counter request regarding the OEX.  I'm not

5     saying it never happened.  I'm not saying it would

6     be the most surprising thing in the world.  It just

7     wasn't the normal course of business that we did on

8     a regular basis.

9          Q.        Setting aside your understanding of

10    what Citi did, did you have any understanding as to

11    whether other banks were large players in the

12    over-the-counter OEX options?

13                    MS. REISBAUM:  Objection.

14         A.        I only worked at Citi, so I don't

15    know what other people are doing.  I -- You know, I

16    -- I would recommend, if there was a mispricing

17    between the OEX and the S&P I would recommend to

18    someone who cared about those mispricings and the

19    trade opportunities, so I would look at it that way.

20    I would say it was not the industry standard way

21    that people looked to manage their risk.

22         Q.        In your opinion are over the counter

23    OEX Index options more or less expensive to trade

24    than listed OEX Index options that are traded on the

25    CBOE?

GRLCAA0000094

95

```
 1                    MS. REISBAUM:  Objection.  You're
 2     asking his opinion?
 3                    MR. FARLEY:  Yes.  Absolutely.
 4                    MS. REISBAUM:  He's not an expert
 5     witness.
 6          Q.       You can answer the question.
 7          A.       I don't have much experience
 8     comparing the over-the-counter OEX with the listed
 9     OEX, so I can --
10          Q.       Okay.  Generally speaking in your
11     experience in options is the over-the-counter market
12     typically more expensive or less expensive than a
13     listed exchange --
14          A.       I think --
15                    MS. REISBAUM:  Objection.
16                    MR. FARLEY:  There's no objections
17     here.
18          A.       I would say they're different.  I'll
19     explain the differences and then we can come to a
20     conclusion on that.
21                    A listed options has a commission
22     that's paid out up front and also on -- when the
23     trade expires it may have a commission there as
24     well, depending whether -- The money option just
25     expires.  An over-the-counter option doesn't have a
```

GRLCAA0000095

 1   commission, so the commission there's going to be a

 2   different commission cost, so if someone quotes

 3   somebody the exact same price for the listed over

 4   the counter option then the over the counter option

 5   is actually cheaper because you don't have to pay

 6   commission.  However, someone may quote you a price

 7   that takes that into account and says, If I'm going

 8   to quote the same price, if I'm going to make three

 9   cents quoting this price listed and make the same

10   amount of money I can quote the price 3 cents away,

11   so if you show me the same price for something I can

12   tell you which one's cheaper.

13                  So the other thing is there's going

14   to be possibly a different margin requirements

15   although it's not the cost of the options, the cost

16   of doing business for doing something listed over

17   the counter, and there's going to be a different

18   cost in terms of work to process the trade to clear,

19   to have sent paperwork, et cetera, and there's going

20   to be some costs associated with that.

21                  We used to say for every over the

22   counter it's going to cost us $10,000 in terms of we

23   have to draw up some paperwork.  We have to send it

24   back and forth.  Just an allocation of what it's

25   worth, so to do an over-the-counter trade where the

GRLCAA0000096

LEON J. GROSS  10/22/10               CONFIDENTIAL                  SIPC v. BLMIS

97

 1   profit is small it may not be worth our time,

 2   although in the practice of a customer who does a

 3   lot of business we do it anyway.  It's part of the

 4   transactions, so that the costs are -- You know, the

 5   price may be the same or may be different.  There

 6   may be a commission, and there are also the costs of

 7   how much capital you have to do the trade, and

 8   there's also the costs in terms of the -- the costs

 9   in terms of the paperwork and the trouble in terms

10   of having to deal with the transaction yourself as

11   opposed to having someone else responsible for

12   selling and processing the trade.

13                   So some people think that, you know,

14   there's more transparency in the listed markets.

15   They would rather trade there.  Some people think if

16   they do something over the counter they can get a

17   better execution because people won't know what

18   they're doing.  With a listed trade there are rules

19   you have to show -- If a customer wants to trade

20   with a -- I'm not going to get the rules exactly

21   right, so I'll tell you in general.

22                   If a customer wants to trade a

23   certain product with us there are rules on the

24   Exchange that we have to let the people on the floor

25   have part of the trade.  We can't simply say, We're

GRLCAA0000097

98

1     doing this trade, and that may result in an inferior

2     price, so sometimes it's better for the customer,

3     may get a better price if it's done over the counter

4     because we can do it without involving people on the

5     floor.  So in terms of cheaper there are five or six

6     dimensions to look at here in terms of getting a

7     better price, in terms of moving the market less, in

8     terms of having people -- It's not a simple

9     question.  It's a more complicated question, and

10    some customers may say I understand all that.  I

11    prefer to do it this way.  It fits my business this

12    way.  So there's no objective question whether one

13    is cheaper or this one's cheaper.  There's a

14    decisions, a business decision, that's made, you

15    know, on either as a policy of the firm or on a

16    case-by-case basis, so --

17         Q.        Does the CBOE keep track of the

18    volume of OEX Index options traded?

19         A.        Every exchange keeps track of the

20    volume of OEX Index options ever -- It's one of

21    their responsibilities to keep track.

22         Q.        Is there any way to measure or

23    evaluate the volume of OTC OEX Index options that

24    might be transacted to the best of your knowledge?

25         A.        To measure or to estimate?

GRLCAA0000098

99

1          Q.        I'd actually like to know both.

2          A.        I don't think there's any way to

3    measure the volume of over-the-counter options that

4    are out there.

5          Q.        What about to estimate?

6          A.        There are -- There are estimations,

7    and the way we used to do that is to say, This is

8    how much our position is.  Right?  This is how much

9    we do, and we think in this market we're this

10   percent of it, meaning in this market we're really

11   good and we're 19 percent.  In this market we're a

12   small player.  We're three percent.  We know someone

13   over there who used to work there and they said they

14   were 11 percent, so the estimates I'm aware of are

15   just a question of, you know, projecting outward

16   from what we know, which is this is how big I am and

17   this is how big the market must be or, you know,

18   from -- Other ways would be to know which customers

19   are in the business of doing these things and

20   knowing how much assets they manage, sort of keeping

21   track of, This mutual fund has this much money.  We

22   know they do this program, so we can guess they're

23   this much, et cetera, but for business purposes, you

24   know, managers trying to figure out how big the

25   market is and whether -- you know, what the -- If

GRLCAA0000099

1    the market is this big we need -- we should be able

2    to get this percent of it, We can make this much

3    money, et cetera, so it's a standard thing to try to

4    figure out how big a market is, but I'm not sure

5    it's really a measurement.  It's more of an

6    estimation to know how big the market is.

7         Q.        With respect to OEX Index options, do

8    you have a sense of whether more volume is traded on

9    the CBOE or in the over-the-counter market?

10        A.        I don't know, but if you ask me to

11   guess I would say that more is probably traded on

12   the listed market.

13                  MR. BOCCUZZI:  Actually I don't think

14   we want you to guess.

15                  MR. FARLEY:  I actually do at this

16   point.

17                  MR. BOCCUZZI:  Just to be fair to Mr.

18   Gross, he's not here as an expert.  He's not here to

19   speculate.  I think we should tie it back to what he

20   did when he was at Citi.

21                  MR. FARLEY:  Again, this is a 2004

22   deposition.  This is a different beast.  I'm here to

23   find out as much as I can.  I'm being absolutely

24   clear.  If it's not his personal knowledge we know

25   that, but this is a 2004 deposition.  These

GRLCAA0000100

101

1       questions are perfectly acceptable.

2                   MR. BOCCUZZI:  You keep saying that

3       about 2004, but I don't think it's completely

4       anything goes, asking witnesses to speculate and

5       trying to expertize them.  He's not being

6       compensated.  I would just -- Ask your questions,

7       but I think you should be focused on what he did,

8       what he evaluated, and obviously there's some range,

9       but he's not here to be a free-flowing expert.

10                  MR. FARLEY:  I'm not going to engage

11      you point by point here.  He's here in his capacity

12      of a former head options trader --

13           A.       I'm not a trader.

14                  MR. FARLEY:  Options expert at Citi.

15      I'm asking questions about options.

16                  MR. BOCCUZZI:  He was the research

17      desk.  He wasn't the options expert at Citi.  I

18      think we have to be fair to the witness.

19                  MR. FARLEY:  I have every intention

20      to be fair to the witness.

21           Q.       When you looked at with

22      Mr. Markopolos the strategy that Mr. Madoff

23      purported to engage in that we've been discussing

24      did you have any sense about whether these trades in

25      the options were done over-the-counter or on a

1    listed exchange?

2                    MS. REISBAUM:  Objection.

3            A.     I asked the question of the people I

4    knew.  Either question.  The answer I got is they

5    were not familiar with any trades.

6            Q.     In your experience with the OEX Index

7    market is there generally more liquidity on the

8    exchange or in the over-the-counter market?

9            A.     I have very little experience with

10   the OEX, the counter market, so I don't know much

11   about it.  I would assume there's more in the listed

12   market simply because I don't know anything about

13   that.

14                  MS. REISBAUM:  Objection.

15           Q.     Can you turn to Page 17.  Question

16   Number 3 and an answer.  Can I ask you to take a

17   look at that?

18           A.     Yeah.

19           Q.     In trying to resolve what you viewed

20   as a discrepancy with Mr. Markopolos with respect to

21   the stated strategy and the returns generated did

22   you consider the issue of market timing --

23           A.     Yes.

24           Q.        -- as a potential explanation?

25                  MS. REISBAUM:  Objection.

GRLCAA0000102

103

```
 1          A.      Yes.
 2                  MR. FARLEY:  There is no -- There's
 3    no objections here.  Okay?  You're here as a
 4    courtesy to protect the privilege.  There's no
 5    objections in 2004, and clearly it's distracting the
 6    witness.  Okay?  I please ask you not to do that.
 7                  MS. REISBAUM:  You're asking me not
 8    to object?
 9                  MR. FARLEY:  There's no objection to
10    be made.  It's not --
11                  MS. REISBAUM:  I think you misstated
12    his testimony.
13                  MR. FARLEY:  Can we read back the
14    question, please?
15                  (The last question is read back by
16    the reporter.)
17          Q.      You can finish your answer.
18          A.      When you asked earlier I said I
19    exhausted -- I basically tried different --
20    different possibilities.  I don't know how many I
21    enumerated, but one of them would have been the
22    ability to time the market, so I did consider that.
23          Q.      And what did you consider in that
24    regard, sir?
25          A.      I thought if that's what was going on
```

GRLCAA0000103

104

1    in the description it would talk more about that.

2            Q.       Did you view the description that you

3    read as a market timing strategy?

4                     MR. BOCCUZZI:  Wait.  Wait.  You

5    asked the one that he read, and then he's looking

6    through this one.  Are we talking about those four --

7                     MR. FARLEY:  I thought we established

8    it was essentially the same strategy in words or

9    substance.

10           A.       What I said before was some of the

11   stuff was the same and some was not the same.

12           Q.       Okay.

13           A.       So --

14           Q.       The strategy of entering into a long

15   equities position and putting on a collar.

16           A.       What I said was the strategy as

17   described, right, was inconsistent with the returns

18   and the strategy was -- There were things that were

19   missing in terms of me understanding it, and that's

20   why I speculate in terms of this could be this, it

21   could be this, could be this, so I didn't really

22   understand what it was.  I thought, you know, given

23   these constraints it could be six or seven different

24   things.  Considered each one separately.  It's not

25   as if I said, It's this, It's not this.  I said when

GRLCAA0000104

105

1    I look at things, could it be this, could it be

2    this, could it be this, so I didn't have a firm

3    opinion that, you know, it had to be this, it wasn't

4    this.  These were things I considered as a puzzle;

5    how could this be this?

6         Q.        I don't want to mischaracterize your

7    testimony, but I believe you said after you

8    considered all these things you came to the

9    conclusion that none of them would resolve the

10   discrepancy you saw between the returns --

11        A.        That's correct.

12        Q.        -- and the strategy.  And one of

13   those things was market timing.  Correct?

14        A.        Yes.  I didn't say it at the time,

15   but, yes, that was one of the things I thought

16   about.

17        Q.        Generally speaking, a long equity

18   strategy with a collar, is that a market-neutral

19   strategy or is it a bullish/bearish strategy?

20        A.        Depends on the collar.  If the collar

21   is infinitely tight, meaning the strikes are the

22   same, the same as selling futures swap, at that

23   point it's market-neutral.  It would be called in

24   the industry going to cash.  If the collar is very

25   wide it's the same thing as having the S&P, and

106

1   depending how wide the collar is, you talk about the

2   delta of the collar.  If the delta is 50 it's like

3   having a 50-percent exposure, so you're using

4   options, but also using futures and other

5   instruments you can take a long position and change

6   them to anything that ranges from having, without

7   using leverage, from zero to 100-percent exposure.

8        Q.        When you were evaluating the strategy

9   that Mr. Markopolos showed you that Mr. Madoff was

10  employing --

11       A.        I don't know if he was employing.  I

12  just know that I read it.

13       Q.        Fair enough.  Did you consider the

14  utility of putting on the collar if the strategy

15  depended on market timing?

16       A.        Does it make sense to me or do I

17  remember considering that exact thing?

18       Q.        Both.

19       A.        It does makes sense to consider that.

20  I don't know if I considered that in those exact

21  terms, but it's something I thought about.  I

22  mentioned before about the options, that either the

23  options had a value because they were options or --

24  That's why it was confusing to me.  If what you're

25  really trying to do is time the market you could

GRLCAA0000106

1    just use futures as well.  It was unclear to me what

2    the advantage was -- You certainly could use them,

3    but the question is why would someone use them.

4    It's unclear to me why that is the case.

5          Q.       And there is certainly expense

6    associated with using the options.

7          A.       Using swap.  Any time there's a trade

8    there's an expense, and there's a choice to be made

9    between -- you know, of the four ways to go short or

10   hedge or whatever, there's a, you know, cost for

11   each one, and certain people may prefer to do one as

12   opposed to the other.  I can't tell you one is

13   better or worse in the absolute sense, but it seems

14   to me someone should -- there should be some reason

15   why I should figure out why -- why someone does it

16   or -- there's probably some reason why someone does

17   something, and it's -- it's interesting to figure

18   out why that would be.

19         Q.       In your conversations with

20   Mr. Markopolos, apart from you checking with the

21   index desk and the salespeople did the issue of who

22   are the counterparties to these options trades ever

23   come up?

24         A.       The question Harry asked is whether

25   we knew about it, not whether -- He didn't ask me to

GRLCAA0000107

1    find out, you know -- He didn't ask me to ask any --

2    you know, Call everyone you know, or Call around.

3    He just said, Do you see it here.  That was the way

4    he posed the question.  That was the question I

5    answered.

6         Q.       And in those same conversations did

7    the issue come up whether BLMIS or the feeder funds

8    were the counterparties to the options contracts?

9              MS. REISBAUM:  Objection.

10        A.       I wouldn't know what BLMIS actually

11   meant.

12        Q.       Madoff Securities.

13        A.       The only entity I knew about was --

14   was something called Madoff something because I saw

15   a web site.  That was the only thing that had a name

16   associated with it.

17        Q.       I guess what I'm asking, again

18   poorly, is did the issue of whether Madoff was

19   acting as principal or agent with the options

20   contracts ever come up?

21        A.       I -- I said before, I wasn't -- I

22   thought he was a market maker.  I didn't think he

23   was managing money, so as a market maker, I guess a

24   market maker could do something either as a

25   principal or agency.  So no.  The issue didn't come

GRLCAA0000108

109

1    up.

2                    MR. FARLEY:  Why don't we take a

3    lunch break.

4                    (Luncheon recess taken.)

5        Q.      Good afternoon.  We're returning back

6    on the record at 1:22.  I'm handing you what has

7    been marked as Gross Exhibit 5 which has the Bates

8    Stamp CGMH00000332 through 334 and ask you to take a

9    look at that.

10                   (Exhibit Gross-5 marked for

11   identification.)

12       Q.      First of all I'm going to ask you,

13   are you familiar with an Adam J. Albin?

14       A.      No.

15       Q.      I'm asking you to look at the

16   attachment to this email, and my question is going

17   to be, is this the type of document that you looked

18   at with Mr. Markopolos when you said you reviewed

19   something that showed both a description of the

20   strategy and returns?

21                   MS. REISBAUM:  Objection.

22       Q.      You can answer.

23       A.      I would say the information is

24   equivalent.  Whether it was in this format, I don't

25   know.  The information is similar.

GRLCAA0000109

110

 1         Q.       And in looking at this particular

 2    document you'll see on the bottom left-hand corner

 3    toward the middle there's something called a Sharpe

 4    ratio.  Do you see that?

 5         A.       Yes.

 6         Q.       Are you familiar with a Sharpe ratio?

 7         A.       Yes.

 8         Q.       What is a Sharpe ratio?

 9         A.       A Sharpe ratio, there's the sort of

10    formal and informal definition.  One would be the

11    average return divided by the standard deviation of

12    the return.  The other one would be the average

13    return minus the risk-free rate divided by the

14    standard deviation, so one of them is called sort of

15    the excess return over the interest rate, and the

16    other one is just without doing that, so people when

17    doing that would interchangeably use one or the

18    other.  One of them is probably the formal

19    definition.  One of them is named after Sharpe who

20    was an economist who won the Nobel prize.

21         Q.       Setting aside the mathematics of it,

22    what is a Sharpe ratio meant to represent or

23    measure?

24         A.       In the broadest sense mathematically

25    it's the signal-to-noise ratio or the information

GRLCAA0000110

111

1   ratio meaning if I were to tell you I would make ten

2   percent plus or minus one percent that would sort of

3   give you a range -- The standard deviation is --

4   Assuming normal distribution, two-thirds of the time

5   you would be within the range, one-third of the

6   range -- outside the range.

7                   So if -- If I were to make ten

8   percent plus or minus one percent my returns would

9   look something like 9, 10, 11 average.  If I were to

10  make 10 percent plus or minus 15 percent then my

11  returns could be anywhere, you know, 65 percent of

12  the time from minus 5 to 25, so if you were to ask

13  me, In any given year what's the probability you're

14  going to make money, in the first case, 10 percent

15  plus or minus 1, it's almost 100 percent I'll make

16  money.  That's a Sharpe ratio of 10.  I would have

17  to have ten standard deviations away to lose money.

18  In the other case where there's 10, plus or minus

19  15, there's going to be let's say probably 40

20  percent of the time you'll lose money.

21                  So the information ratio, the Sharpe

22  ratio, is a measure of whether the information

23  presented can be due to chance or whether there's

24  actually something real going on that's explained by

25  the results.  Whether you can take something in the

112

1   past and reflect forward in the future.

2        Q.        Does the concept of risk, is that

3   part of a Sharpe ratio?

4        A.        It's half of it.  It's the return or

5   the excess return.  You can define "return" either

6   way, right, divided by the risk, and you're going to

7   get different Sharpe ratios for the same process

8   whether you talk about daily, weekly, monthly,

9   annually.

10                 There's a scaling factor.  If you

11   give me the monthly I can tell the annual, but the

12   Sharpe ratio needs to be specified which maturity it

13   is because you give me the same data, I'll give you

14   different Sharpe ratios whether you ask me for a one

15   year or et cetera.

16        Q.        Looking at 2.81 Sharpe ratio for this

17   fund, what does that mean, if anything, to you?

18                 MS. REISBAUM:  Objection.

19                 MR. BOCCUZZI:  Can you ask him back

20   then.

21        Q.        In your conversation with

22   Mr. Markopolos do you recall ever discussing the

23   Sharpe ratio of any fund or Madoff feeder fund or

24   Madoff returns?

25        A.        I remember discussing the risk/reward

113

1    profile, which means that if this table wasn't here,

2    right, and I had the data, right, then it -- and I

3    had the data, it would be something I would do

4    myself.  Right?

5             If I looked at this -- at this in my

6    mind I would be thinking in those terms whether or

7    not I actually saw the table, so it's a context of

8    what I use to look at things, so it's entirely

9    possible I spoke about it.  I don't know if it was

10   because I read it or if I did the calculations or I

11   just thought about it looking at the graph.

12       Q.       And to the best of your recollection

13   do you recall thinking about the risk-return

14   profile, with the Sharpe ratio being high or low,

15   something that was unusual to you given the strategy

16   you were looking at?  I'm just trying to get your

17   sense of what, if anything, you talked about with

18   Mr. Markopolos about the Sharpe ratio.

19               MS. REISBAUM:  Objection.

20       A.       I don't remember specifically using

21   the term "Sharpe ratio."  I did speak before that

22   the return profile was inconsistent with the

23   strategy.  What I mean by the return -- Part of what

24   I mean by the return profile has to do with

25   something about the mean or the average which I

GRLCAA0000113

114

1   mentioned before and the risk.

2                   So whether I used the word "Sharpe

3   ratio," I definitely was referring to the two most

4   important things I look at in this case or something

5   similar to this which are average and standard

6   deviations, so I don't know if I used the terms.

7   When I talked about risk profile I was intending

8   something to capture the sense of, you know, how

9   many minus -- how many negative things there are,

10  et cetera.

11        Q.        In your conversations with

12  Mr. Markopolos about Madoff do you recall discussing

13  the number of down months or years, if any, that

14  Madoff had reported?

15        A.        I don't know if it was actually

16  discussed or whether I looked at the graph or the

17  chart or the Sharpe ratio to figure out there were

18  very few of them.

19        Q.        What, if any, conclusions did you

20  draw from that?

21        A.        I mentioned before that if someone

22  only had fixed income, right, there would be very

23  little risk, but also very little return, and if

24  someone had equities there would be a lot of down

25  months and the high would be somewhere in between,

GRLCAA0000114

115

1    so my view is that the strategy as described either

2    has to be, you know, some continuum between fixed

3    income with low returns and low risk or equity with

4    potentially high returns and high risks.

5              Q.       In your discussions with

6    Mr. Markopolos regarding Madoff and BLMIS did you

7    ever discuss whether Madoff could be front-running?

8              A.       No.

9              Q.       You understand what front-running is?

10             A.       Yes.

11             Q.       That subject never came up?

12                      MS. REISBAUM:  Objection.

13             Q.       In your conversations with anyone at

14   Citi while you worked there did the issue of whether

15   Madoff was front-running ever come up?

16             A.       No.

17             Q.       In your conversations with

18   Mr. Markopolos did you discuss the correlation

19   between the strategies, stated returns, and the S&P

20   100?

21             A.       I don't remember.  If I were to talk

22   about the return profile I would have compared it to

23   the S&P, because that's what I use, but they're very

24   highly correlated to each other, so if you showed me

25   one versus the other I couldn't tell which is which,

GRLCAA0000115

LEON J. GROSS  10/22/10          CONFIDENTIAL                SIPC v. BLMIS

116

1    so my guess is I probably in thinking about this

2    compared it to the S&P and in my mind they're --

3    they're proxies for each other.  For all intents and

4    purposes they're very similar.

5              Q.        And what, if any, conclusions do you

6    draw about the returns based on the similarities of

7    the profiles?

8              MS. REISBAUM:  Objection.  Today or

9    at the time?

10             MR. FARLEY:  At the time.

11             A.        I said before that it looked neither

12   like a fixed income result or an equity result or

13   anything in between, so either the returns are not

14   the returns or the strategy is not the strategy or

15   there's something else going on that I'm not aware

16   of, so ...

17             Q.        And, again, if you don't remember,

18   you don't remember, but do you recall Mr. Markopolos

19   ever providing you with a copy of a monthly

20   brokerage account or confirmation from Madoff

21   Securities?

22             A.        He never provided me any documents.

23             Q.        Did there come a time when you

24   endeavored to learn whether Citi had any

25   transactions involving Madoff or Madoff feeder fund?

GRLCAA0000116

117

1              MS. REISBAUM:  Objection.

2      Q.      Again, I'm setting aside when you

3   queried the desk, the index desk --

4      A.      And anything that's privileged?

5      Q.      No.  Nothing privileged.

6      A.      Then no.

7      Q.      Let me ask you this just to be clear.

8   Not in preparation for this deposition.  While you

9   worked at Citi did you ever have a conversation with

10  anyone including a lawyer about Citi's dealings with

11  Madoff or Madoff Securities?

12     A.      After the news broke?  After the news

13  broke or before?

14              MR. BOCCUZZI:  That was when you were

15  not with Citi anymore.

16              MS. REISBAUM:  Can we be clear again

17  that you're not looking for privileged information?

18              MR. FARLEY:  The fact of the

19  conversation is not privileged.  I'm just asking.  I

20  suspect the answer is no.

21     A.      The timeline is I left in November.

22  The news broke in December, but I was officially

23  still employed until February, so you'll have to be

24  more specific.

25     Q.      Before the news broke did you ever

GRLCAA0000117

118

1    have a conversation with anyone at Citi including a

2    lawyer --

3              A.      No.

4              Q.      -- about Madoff or Madoff Securities?

5              A.      No.  You asked many times if I had

6    conversations at Citi, and I told you about the

7    conversation I had.

8              MR. BOCCUZZI:  Just to be clear for

9    everyone, I let Mr. Gross answer the question

10   including a lawyer because in my view an answer

11   whether yes or no is the equivalent of whether we

12   logged something on a privilege log where it would

13   say, Conversation, who was involved, and topic.

14             MR. FARLEY:  Agreed.  No waiver.

15             MR. BOCCUZZI:  And that was in the

16   nature of the answer.

17             Q.      In your transactions involving

18   options over the years did you ever have an occasion

19   to use or trade with a European counterparty for an

20   option?

21             A.      I don't understand the question.

22             Q.      I'm asking --

23             A.      You're asking about my personal

24   trades?

25             Q.      No.  In your capacity at Citi did you

GRLCAA0000118

119

1    support the --

2          A.      I was responsible for salespeople in

3    Australia, Europe, Japan, and Hong Kong, and the US,

4    so the answer is it was -- I was -- I was a research

5    person, so we provided services to customers in

6    every region about every product.

7          Q.      Maybe you've already answered this,

8    but as a research head if one of your salespeople

9    wanted to know about volumes of OEX Index options

10   traded both on a listed exchange and

11   over-the-counter how would you go about --

12         A.      The exchange -- Every day the volume

13   and open interest are available on things like

14   Bloomberg, Reuters, et cetera, so if someone asked a

15   particular question on a particular day I would look

16   at the Bloomberg screen.  We also download every --

17   everything from every market and save it in

18   databases, so if somebody says I want to look at the

19   total open interest or volume for IBM or anything

20   else I could write a program or have programs that

21   would pull that time series out, so in terms of

22   listed stuff there's multiple source information,

23   exchange the primary source which the information is

24   reflected again, things like Bloomberg, Reuters, our

25   system, et cetera.  The Exchange publishes

GRLCAA0000119

1   statistics, and the OCC which is the Options

2   Clearing Corp., not the other OCC, which also has

3   statistics.  I don't know whether the statistics are

4   by ticker or whether it's by, you know, category,

5   all the equity options, so if somebody asks about

6   listed stuff, right, I would look on Bloomberg, look

7   on our system, the Exchange, et cetera.  I would do

8   one of those things.  We have the information, and

9   the question is, you know, they might want -- You

10  know, we may have to add it up.  There may have to

11  be some additions, et cetera, but the source is

12  always the Exchange, and then the only question is

13  in what format are we pulling it out, in what format

14  are we presenting it.  That's for the listed.

15        Q.        And for the Exchange --

16        A.        List the same thing as the Exchange.

17        Q.        I'm sorry.  For over-the-counter?

18        A.        Over-the-counter, I assume there's

19  some regulator that keeps track of total aggregate

20  outstanding, but it's not by ticker.  As I said

21  before, I would ask around essentially and, you

22  know, see how much we did and see how much is quoted

23  and give a sense from people, traders and

24  salespeople, you know, how much do you see, how much

25  do you do, how much of the market are we.  There are

GRLCAA0000120

121

 1   also some surveys that -- that customers, you know,

 2   talk about how much commissions or volumes, so

 3   there's some sense we can figure out from the market

 4   as well.

 5          Q.      Are you familiar with an entity named

 6   Auriga International?

 7          A.      Am I familiar now or before I left

 8   Citi?

 9          Q.      Before you left Citi.

10          A.      No.

11          Q.      Were you ever asked to have any

12   involvement in a swap transaction between Auriga and

13   a Citi entity?

14          A.      No.

15          Q.      Before preparation for this

16   deposition were you aware that a Citi entity had

17   conducted a total rate swap transaction with a Swiss

18   hedge fund named Auriga?

19          A.      No.

20          Q.      Would it be standard practice or

21   standard operating procedure for your group to be

22   consulted if a Citi entity was structuring or

23   offering a derivative equities product?

24                  MS. REISBAUM:  Objection.

25          Q.      I guess I'm trying to have a better

GRLCAA0000121

122

1      sense of when does the strategy group get involved

2      with other parts of the bank who, for example, might

3      be offering total-return swaps linked or referenced

4      to a Madoff feeder fund?

5                  MS. REISBAUM:  Objection.

6          Q.      Was it not normal for your group to

7      get involved?  You weren't always involved in

8      derivatives that are being offered by the banks?

9      I'm just trying to understand this.

10         A.      We weren't involved in any

11     transactions linked to hedge funds.  Our stuff

12     involved publicly-listed securities.

13         Q.      I probably should have asked you that

14     before.

15         A.      I wouldn't even know what a

16     transaction looks like or how it's structured.  It's

17     not something I do.  It's like asking something

18     completely out of someone's field.  I have a

19     familiarity of the world but not that part of the

20     world.

21         Q.      Just to be clear, your group did not

22     support hedge fund transactions that the bank might

23     be engaged in, strategy group?

24                  MS. REISBAUM:  Objection.

25         A.      Your question is ambiguous.  By

GRLCAA0000122

123

1    "hedge fund" do you mean linked to hedge fund or

2    done by hedge fund?

3         Q.        Done by hedge fund.

4         A.        Most of our customers were hedge

5    funds, and that's who I spoke to all the time, and

6    they were trading publicly-listed securities.  I

7    helped hedge funds trade securities.  I didn't get

8    involved with the structuring of derivatives whose

9    underlying asset was a hedge fund, so there's a lot

10   of involvement with hedge funds but not that part of

11   the hedge fund.

12        Q.        And I suspect I know the answer to

13   this, but before becoming --

14             MR. FARLEY:  Strike that.

15        Q.        Before your deposition and getting

16   prepared for it were you aware that Citibank had

17   made a loan of approximately $300 million to a hedge

18   fund owned by Tremont?

19        A.        No.

20        Q.        Did you ever learn whether Citi as a

21   bank had a view on Madoff or Madoff exposure?

22             MS. REISBAUM:  Objection.

23        Q.        Prior to you leaving in November of

24   2008?

25        A.        No.

GRLCAA0000123

124

1          Q.        Are you familiar or do you know Erwin

2     Parviz?

3          A.        No.

4          Q.        I'm going to ask you a couple names.

5     Marc Fisher?

6          A.        The name sounds familiar, but there

7     are a lot of Fishers.

8          Q.        Sean Flanagan?

9          A.        Again, common name, but no.

10         Q.        Vishal Mishra?

11         A.        No.

12         Q.        Ramesh Gupta?

13         A.        Yes.

14         Q.        How do you know him?

15         A.        My group was programming because we

16    were doing -- I guess we call it strategy, but we

17    call it analysis, both to write reports and to

18    provide it for customers, so the databases that we

19    used for the information were the same databases

20    that the firm used to keep track of -- I said before

21    we downloaded the entire -- Every day we downloaded

22    all the options.  Right?  Well, that's stored

23    somewhere, and that's called a para drive, which

24    means instead of pulling out you know just one day

25    you could pull out the -- let's say the option for

GRLCAA0000124

LEON J. GROSS  10/22/10          CONFIDENTIAL          SIPC v. BLMIS

125

1    the whole time series, so it's stored in different

2    ways, so the database that we use was the same

3    database that -- that he used.  Either he was

4    responsible for, et cetera, so -- so -- so we shared

5    common databases about -- that we used to pull

6    information out to do our analysis.  Sort of common

7    information about IBM options or something like

8    that.

9         Q.       What did you understand Mr. Gupta's

10   role at Citi to be?

11        A.       I wasn't very clear about what he

12   did.  I knew he wasn't a trader or sales function.

13   I knew he was in some support function.  I don't

14   know exactly.  Probably had something to do with a

15   support function that had some technical aspect to

16   it because of the data.

17        Q.       What about Brian Leach?

18        A.       I don't know Brian Leach.

19        Q.       I take it, Mr. Gross, you have no

20   personal investment with or through Madoff

21   Securities?

22        A.       My investments were with -- were

23   through Citibank.  Citigroup.

24                 MR. FARLEY:  Why don't we give me a

25   couple minutes to gather my thoughts.

GRLCAA0000125

126

1                      (Recess taken.

2                      MR. FARLEY:  Back on the record at

3      1:51.

4           Q.       Mr. Gross, given your area of market

5      research, why is it that you did not record or

6      otherwise memorialize your conversations with

7      Mr. Markopolos regarding Madoff?

8                      MS. REISBAUM:  Objection.

9           A.       I had thousands of conversations

10     working at Citi, most of which I didn't take notes

11     on.

12          Q.       I guess what I'm trying to understand

13     is those thousands of conversations probably weren't

14     of the nature of someone suspects someone's a fraud.

15     I'm trying to understand in terms of a

16     market-research perspective whether you, in fact,

17     memorialized or otherwise reported this market bit

18     of information and, if not, why not?

19                     MS. REISBAUM:  Objection.

20          A.       Well, what actually was there is

21     there was no information to record.  Right?  That

22     wasn't a volume, and there wasn't anything going on,

23     so, you know, research actually is about something.

24     I asked the question, and the answer I got is there

25     was no activity.

GRLCAA0000126

127

1          Q.        Which didn't square with what was

2     being reported as you read it.  Correct?

3                    MS. REISBAUM:  Objection.

4          A.        It wasn't my normal course of

5     business -- of my responsibilities to investigate

6     other participants in the market.

7          Q.        During your discussions with

8     Mr. Markopolos did he or you ever discuss reporting

9     Madoff to the SEC or any other regulatory agency?

10                   MR. BOCCUZZI:  Just to make an

11    objection, you say "discussions" in the plural.  I

12    think he discussed one, but I just want to -- So

13    there's no confusion.

14                   Go ahead now and answer the question.

15         Q.        To the best of your recollection.

16         A.        There was no discussion like, We're

17    going to do this, We should do this, et cetera.  Did

18    I say something about, you know, maybe someone

19    should be closed down or something?  I may have said

20    something like that without saying who.

21         Q.        A couple of times today you've

22    answered the question with an appropriate modifier

23    of "while I was at Citi."  I just want to ask this

24    question to make sure the record is clear.  Did you

25    do any further investigation or any investigation,

GRLCAA0000127

128

```
 1    analysis, or work regarding Madoff or Madoff

 2    Securities on your own time while you were not

 3    sitting in your Citi office?

 4                   MS. REISBAUM:  Objection.  Do you

 5    mean during the time period in which he was employed

 6    by Citi?

 7                   MR. FARLEY:  Absolutely.

 8                   MS. REISBAUM:  Did he go home and do

 9    something --

10                   MR. FARLEY:  That's exactly what I'm

11    asking.

12         A.        Are you asking the two months after I

13    left Citi after the news broke or while I was there?

14         Q.        While you were there.

15         A.        No.

16         Q.        I'm asking because you said you're a

17    puzzle solver.  I'm curious to know if this peaked

18    your interest other than that day you had the

19    conversation and said, This doesn't seem right, did

20    further work or not.  That's all I'm trying to

21    figure out.  No?

22         A.        No.

23         Q.        While you were at Citi did you become

24    aware of any other business that Citi was doing

25    involving Madoff or exposure to Madoff's investment
```

GRLCAA0000128

129

1    advisory business?

2              A.      No.

3              Q.      To your knowledge were there any

4    internal Citi policies with respect to transactions

5    involving Madoff or Madoff exposure?

6              A.      Specifically referring to Madoff?

7              Q.      Yes.

8              A.      No. I'm sure there's all kinds of

9    policies referring to all types of transactions.

10             Q.      I'm asking if you are aware of any

11   black-listing or internal prohibitions on

12   transactions involving Madoff or exposure to Madoff.

13             A.      No.

14             Q.      While you were at Citi did you keep a

15   calendar or a diary in terms of appointments and the

16   like?

17             A.      If there was it would be in the --

18   part of Outlook.

19             Q.      Some people use it.  Some don't.  I

20   don't.

21             A.      I didn't use it religiously.  Some

22   things would be on there.  Some things wouldn't.

23             Q.      And if I understand correctly from

24   earlier this morning none of your calendars or

25   anything you took with you when you left Citi.  Is

GRLCAA0000129

130

1    that correct?

2           A.       No.   They're all electronic.

3           Q.       Do you still have a copy of your

4    severance agreement?

5           A.       You mean with me or somewhere?

6           Q.       Not with you here today, but do you

7    maintain a copy?

8           A.       Yes.

9           Q.       When you and Mr. Markopolos met and

10   looked at the returns and the strategy, after you

11   did your one hour or so thinking about it and asking

12   questions what, if any, conclusions did you draw and

13   share with Mr. Markopolos about what you had read?

14                   MS. REISBAUM:   Objection.

15           A.       The conclusion was that there was a

16   discrepancy and that there were other things that

17   really didn't make sense to me, so that was the --

18   the result of the -- of the mathematical analysis,

19   and then the next step was to say, you know, There's

20   something wrong going -- There's something wrong

21   here, you know, that somebody who's a broker/dealer

22   shouldn't have information on their -- you know, on

23   the web site.   That doesn't make sense.   It

24   indicates something's wrong without knowing exactly

25   what it is.

GRLCAA0000130

131

 1          Q.        Did you get the sense that

 2   Mr. Markopolos was coming to you for a

 3   second-opinion type of thing or did Mr. Markopolos

 4   have conclusions he had already reached that he had

 5   drawn -- shared with you?  I'm trying to understand

 6   the process.

 7                    MS. REISBAUM:  Objection.

 8          Q.        To the best of your --

 9          A.        I don't remember whether, you know,

10   he said to me, I'm suspicious, Would you look at

11   this, or, Hey, what do you think and afterwards

12   agree with me.

13          Q.        What, if anything, did you understand

14   Mr. Markopolos was going to do after you shared your

15   thoughts with him?

16          A.        I had no idea what he would do.  He

17   didn't say, I'm going to do this, I'm not going to

18   do this.  He didn't give any indication what the

19   bigger picture was or what his involvement was or

20   what the result was.

21          Q.        And when you met Mr. Markopolos after

22   he became a fraud examiner the issue of Madoff and

23   whether that was a fraud never came up?

24                    MS. REISBAUM:  Objection.

25          Q.        In that conversation?

GRLCAA0000131

 1          A.       The conversation wasn't about that.

 2   I don't remember him speaking about that.

 3          Q.       You do not.

 4          A.       I don't remember that.  I remember a

 5   lot of other things about the conversation, as I

 6   said before.

 7          Q.       What type of things did you discuss

 8   with him other than his new job?

 9                   MS. REISBAUM:  Objection.

10          A.       Most of the things had to do -- was

11   about I never heard of a fraud investigator before;

12   What do you do, How does it work.  It was about

13   things like that.  That was all new information to

14   me because most of my conversations are, you know,

15   I'm interested in these products, or, I want to hire

16   someone who had some back -- testing strategy.

17   Those are the types of things I'm used to having

18   with a customer.  When somebody comes to me with a

19   completely different thing, that's weird.  That's

20   something -- a conversation I'll remember.  It's

21   different than the other hundred conversations I had

22   that year because I never spoke to someone who was

23   doing that kind of job.

24          Q.       You mentioned the concept of

25   back-testing.  Can you explain what that is?

GRLCAA0000132

08-01789-cgm Doc 18901-3 Filed 07/23/19 Entered 07/23/19 18:12:58 Attachment
C Pg 134 of 153

1            A.      A back test is -- is if someone says,

2   I'm going to create a strategy, you know, I always

3   do this, or when these three things happen or this

4   happens I do this. Right? So any type of a

5   situation where you define a formal set of rules,

6   right, that if the proposal is, I'm considering

7   doing this going forward, right, and the answer is,

8   That's great, How was it done historically, and the

9   back test is a question of creating a -- a return

10   series or a bunch of them for different strategies

11   and for each one saying, Okay, What's the average

12   return, What's the standard deviation, What's the

13   best case, What's the worst case, In which cases

14   does it do poorly, What cases does it do well.

15            So it's a way to -- When someone is

16   thinking about doing something new, say it sounds

17   like a good idea, but how would it have done in the

18   past.

19           Q.      Did you and Mr. Markopolos ever

20   discuss back-testing or attempting to replicate the

21   strategy that Mr. Madoff reported to use?

22            MS. REISBAUM: Objection.

23           A.      Did he ask me to do that? No. When

24   I was playing around with the numbers did I do

25   anything that was a formal back test? No. Did I do

GRLCAA0000133

134

1    something that may have -- I didn't do a formal back

2    test of the strategy.

3         Q.        Again, to the best of your

4    recollection when you say "playing around with the

5    numbers" what are you talking about doing?

6                   MS. REISBAUM:  Objection.

7         Q.        You can answer.

8         A.        Well, seeing what the average return

9    of the S&P was, seeing what the standard deviation

10   was, seeing if you, you know, had different amounts

11   of all cash or collars, how wide it would be, what

12   the returns would look like, et cetera, seeing on

13   average, you know, what the volatility difference

14   was between the puts and the calls, and would you

15   make or lose money doing that, so -- So I guess that

16   would be -- so we were kind of looking at it, but a

17   back test would -- would mean, you know, getting

18   every single month a certain number and then

19   comparing it to something else.

20        Q.        And that wasn't discussed with

21   Mr. Markopolos, the official or more formal

22   back-testing.

23        A.        I may have looked at, you know, the

24   -- I may have pulled some data out to look at the

25   average returns and standard deviations in the S&P.

GRLCAA0000134

1   I may have looked at what the option profile looked
2   like, but I'm not sure -- In a half-hour I wouldn't
3   have time to put every single option in there. I
4   could have said whether the options are cheap or
5   rich, so I may have done a sketch of something but
6   not a back test.
7                    MR. FARLEY: I thank you for coming
8   in.
9                    MR. BOCCUZZI: We just discussed at
10  the beginning, Leon and Emily signed the
11  confidentiality protective order and Cleary signed
12  it previously. My understanding is that the
13  deposition is confidential and if it's required to
14  formally designate it I would also designate it as
15  confidential as well.
16                   MR. FARLEY: And also for the record,
17  we can speak with his counsel, but I may request a
18  copy of the severance agreement and confirm with you
19  that there are no documents. It was a little
20  confusing at the beginning in terms of whether a
21  search has been undertaken or not, but we can deal
22  with that.
23                   (Deposition concluded at 2:05 p.m.)
24
25

GRLCAA0000135

136

1                               JURAT

2           I, LEON J. GROSS, do hereby certify that I

3    have read the foregoing transcript of my testimony

4    taken on October 22, 2010, and have signed it

5    subject to the following changes:

6

7      PAGE   LINE                    CORRECTION

8

9

10

11

12

13

14

15

16

17

18                              _____

19                              LEON J. GROSS

20

21   Sworn and subscribed to before me on this day of

22   _____

23

24   NOTARY PUBLIC:            _____

25

BENDISH REPORTING, INC.
877.404.2193

GRLCAA0000136

137

1           C E R T I F I C A T E

2

3           I, PATRICIA MULLIGAN CARRUTHERS, a

4 Certified Court Reporter and Notary Public of the

5 States of New Jersey and New York, do hereby certify

6 that prior to the commencement of the examination

7 the witness was sworn by me to testify the truth,

8 the whole truth and nothing but the truth.

9           I DO FURTHER CERTIFY that the

10 foregoing is a true and accurate transcript of the

11 testimony as taken stenographically by and before me

12 at the time, place, and on the date hereinbefore set

13 forth.

14           I DO FURTHER CERTIFY that I am neither

15 a relative nor employee nor attorney nor counsel of

16 any party in this action and that I am neither a

17 relative nor employee of such attorney or counsel,

18 and that I am not financially interested in the

19 event nor outcome of this action.

20

21           _Patricia M Carruthers_

22 Notary Public of the State of New Jersey
     Notary Public of the State of New York

23 Certificate No. XI00780
     My commission expires October 23, 2015 (N.J.)

24 My commission expires December 21, 2010 (N.Y.)

25

BENDISH REPORTING, INC.
877.404.2193

**A**

ability 45:12 48:21
  103:22
able 35:4,9 44:19
  46:12 50:24 100:1
abroad 9:21
absolute 107:13
absolutely 6:8,24
  72:23 81:3 95:3
  100:23 128:7
abstract 89:21
accept 44:24
acceptable 101:1
account 19:19,21
  27:20 37:5,6 96:7
  116:20
accounts 12:2 13:25
  55:11
accurate 137:10
achieve 74:6
acting 108:19
action 137:16,19
active 42:15
activities 54:24
activity 36:17 37:17
  38:10 40:1,3 41:6
  42:12 43:3 55:19
  77:23 126:25
actual 89:4,20
Adam 109:13
add 53:23 120:10
additions 120:11
ADV 1:3
advance 4:24
advantage 107:2
advertise 55:14
  77:22
advertising 73:19
  77:21 87:20
advisory 55:11
  129:1
affect 88:1
afternoon 109:5
agency 53:17 108:25
  127:9
agenda 30:22
agent 108:19
aggregate 120:19
ago 8:4 69:17
agree 5:23 47:16,22
  131:12
agreed 45:13 48:3
  118:14
agreement 17:23,24
  18:2,10,13,23 19:2

130:4 135:18
ahead 56:23 127:14
Albin 3:22 109:13
allocating 54:12
allocation 96:24
allow 5:7
allowed 72:21
allowing 65:14
alternative 79:16,20
amazed 72:12 74:23
ambiguous 122:25
American 10:16
  11:2
Amir 16:1
amiss 35:22
amount 19:6,13,20
  19:23 52:9 96:10
amounts 134:10
analysis 12:6,19 25:5
  25:14 28:1 35:4
  47:17 124:17
  125:6 128:1
  130:18
analyst 79:16
analysts 14:15
Andrew 16:2,3
annual 49:14 72:15
  112:11
annually 112:9
answer 5:5 16:9
  25:10 28:22,23,24
  35:12 37:9 38:2,5
  38:7,8,12,15,22,24
  39:23,24 41:20,24
  41:25 42:5,6,17,21
  45:14,21 46:10
  47:19 48:7 49:1
  56:11 57:13 60:18
  60:24 61:6,9 66:1
  67:24 69:18 72:7
  74:8 78:3 83:22
  92:10 95:6 102:4
  102:16 103:17
  109:22 117:20
  118:9,10,16 119:4
  123:12 126:24
  127:14 133:7
  134:7
answered 43:12
  52:17 61:20 65:25
  69:3 108:5 119:7
  127:22
answering 82:2
answers 39:25 40:4
anybody 67:13
anymore 22:17

117:15
anyway 97:3
apart 49:6 50:6
  60:25 61:14
  107:20
Apartment 4:2
apologize 4:23 62:19
appeal 14:3
appears 63:10 80:14
appointments
  129:15
appreciate 53:2,6
  64:20 81:10
appropriate 13:19
  13:25 127:22
approximately 28:21
  28:24 36:4 123:17
arbitrage 13:21
area 41:8 42:25
  49:14,18 126:4
arm 21:7
aside 19:9 94:9
  110:21 117:2
asked 17:20 25:6,7
  36:16 38:1,8 40:14
  41:8 42:3 43:10
  61:7 65:24 76:6
  102:3 103:18
  104:5 107:24
  118:5 119:14
  121:11 122:13
  126:24
asking 8:19 9:2
  18:10 29:20 30:12
  32:13,15 34:20
  36:17 38:5,21,23
  39:15 40:10,13
  46:24 47:2 62:13
  62:15 64:18,19
  73:4,10 74:19
  78:19 88:5 95:2
  101:4,15 103:7
  108:17 109:15
  117:19 118:22,23
  122:17 128:11,12
  128:16 129:10
  130:11
asks 38:6 120:5
aspect 125:15
asset 78:2 87:15
  123:9
assets 77:16 78:4,10
  99:20
assistance 5:11
assistant 9:25 10:19
associated 21:2

26:14 44:16 96:20
  107:6 108:16
assorted 10:1
assume 29:20,20
  31:19 50:23 71:9
  82:9 102:11
  120:18
assumed 55:13,15
Assuming 111:4
assumption 66:13,19
attachment 109:16
attempt 35:10 61:10
  70:14
attempting 133:20
attention 66:23
attorney 137:15,17
attribute 44:19 73:3
audible 5:8
audibly 5:6
August 23:9 24:1
Auriga 121:6,12,18
Australia 119:3
auxiliary 21:13
available 40:15
average 50:9,14
  72:15 75:1 88:19
  88:22,23 90:25
  110:11,12 111:9
  113:25 114:5
  133:11 134:8,13
  134:25
aware 32:5 40:3,10
  68:11 77:18 99:14
  116:15 121:16
  123:16 128:24
  129:10
a.m 1:21

**B**

B 3:12,20 80:15
back 34:21 38:17
  41:23 42:21 43:1
  53:8 54:12 57:4
  59:16 70:10 86:13
  96:24 100:19
  103:13,15 109:5
  112:19 126:2
  132:16 133:1,9,25
  134:1,17 135:6
background 9:16,17
  10:8 35:5
backup 27:18
back-testing 132:25
  133:20 134:22
bad 55:25 72:1
bailed 24:21

bailout 24:18
bailouts 24:20
Baker 1:19 2:2,6
Baladi 16:3
bank 16:14,16,17
  122:2,22 123:21
bankruptcy 1:2 4:19
banks 78:20 94:11
  122:8
based 10:15 17:2
  26:19 116:6
basically 13:14 21:6
  27:25 31:10 34:14
  54:10 55:4 71:6
  90:20 103:19
basis 34:3 55:8 91:25
  94:8 98:16
Bates 3:15,16,18,20
  3:22 63:9 80:13
  109:7
bear 48:16
beast 65:17 100:22
becoming 123:13
beginning 40:15
  74:9 135:10,20
behalf 43:12
behaves 49:3,6
believe 7:5 8:14,25
  24:6,19 45:9 59:22
  63:25 72:10,13
  73:13 75:17,17
  87:22 105:7
believed 17:1 71:5
  74:24 75:14 87:20
bell 79:9
benchmark 76:4
  92:16 93:4
benchmarked 92:19
  92:24
BENDISH 1:23
Bernard 1:8,11
  18:25 19:1 24:25
  30:3 44:14 80:6
Bernie 40:17 65:7,8
  72:11 73:13 78:16
  78:24 80:8
Bernie's 78:9 80:2
best 5:3 8:3,13 18:2
  18:24 32:16 42:10
  48:21 57:16 58:19
  67:11 75:14 80:21
  81:21 98:24
  113:12 127:15
  131:8 133:13
  134:3
better 22:11 97:17

LEON J. GROSS  10/22/10          CONFIDENTIAL                    SIPC v. BLMIS

98:2,3,7 107:13
121:25
**big** 15:6,7 66:9 87:1
99:16,17,24 100:1
100:4,6
**bigger** 131:19
**billion** 78:9
**bills** 33:17 75:24
76:1
**biophysics** 9:25 10:5
**bird's-eye-view** 15:8
**bit** 9:17 81:18
126:17
**black-listing** 129:11
**blind** 65:11
**BLMIS** 8:6 25:5
30:4 78:16 108:7
108:10 115:6
**Bloomberg** 119:14
119:16,24 120:6
**Boccuzzi** 2:13 4:15
4:15 5:21 53:3
69:10 80:3 100:13
100:17 101:2,16
104:4 112:19
117:14 118:8,15
127:10 135:9
**boilerplate** 19:7
**bonds** 20:16 33:17
50:8
**book** 64:15 68:6
71:11,12,13,13,14
71:14,15,17
**bosses** 22:22
**Boston** 26:19 29:11
**bottom** 110:2
**branch** 76:22
**break** 5:12 26:9
83:14 109:3
**breakfast** 59:17
**Brian** 125:17,18
**Briefly** 9:15
**bring** 36:22 78:15
**BRL** 1:3
**broad** 14:4
**broader** 15:10
**broadest** 110:24
**broke** 71:18 79:6
117:12,13,22,25
128:13
**brokerage** 20:11
37:6 116:20
**broker/dealer** 16:14
30:5 31:20 55:15
55:16 63:4 73:18
77:19,20 130:21

**brought** 11:1 77:8
**building** 13:5 43:20
59:8 80:1
**buildings** 59:5
**bulk** 21:8
**bullish/bearish**
105:19
**bunch** 10:11 54:13
90:4 133:10
**business** 14:14 29:11
53:17,18 54:2,5
55:10 57:20 63:5
67:2 94:7 96:16
97:3 98:11,14
99:19,23 127:5
128:24 129:1
**buy** 76:2 83:8 84:14
87:9
**buying** 34:1,11

———————
**C**
———————
**C** 1:1 2:1 13:13
137:1,1
**cafeteria** 59:3,4,7,8
**calculate** 88:8
**calculation** 22:8
93:12
**calculations** 113:10
**calendar** 30:24
45:11,12 129:15
**calendars** 129:24
**call** 14:8 24:13 33:11
36:20 38:25 43:7
50:13 51:22 66:10
66:17 69:9 70:23
82:21 83:1,2,4,9
84:8,13,14,17,18
85:15,17,21,22,23
85:25 86:24 87:15
108:2,2 124:16,17
**called** 11:13,14,18
13:8 20:25 29:7,9
71:16 81:13 84:15
89:8 105:23
108:14 110:3,14
124:23
**calling** 29:7 70:10
**calls** 14:7 18:7 70:9
134:14
**campus** 10:2
**cancel** 53:23
**cap** 92:21,21 93:4,22
**capable** 48:4,23
72:13 74:25 75:11
75:12
**capacity** 101:11

118:25
**capital** 97:7
**capture** 114:8
**card** 57:20
**care** 42:6 62:11
86:13 89:21 90:21
90:24 93:1
**cared** 94:18
**Carmine** 2:13 4:15
**CARRUTHERS**
1:16 137:3
**Carsten** 16:2
**case** 8:11 19:3 49:4,8
49:19 52:23 107:4
111:14,18 114:4
133:13,13
**cases** 50:15 133:13
133:14
**case-by-case** 98:16
**cash** 65:16,19 105:24
134:11
**casino** 54:4
**categories** 52:14
**category** 14:3,4
120:4
**Catherine** 2:4 4:8
**CBOE** 92:14 93:7
94:25 98:17 100:9
**center** 2:3 20:24
21:4,17,18,22 45:5
**cents** 96:9,10
**certain** 13:16 16:14
27:19 28:1 38:15
41:8 68:12 86:17
88:25 97:23
107:11 134:18
**certainly** 35:1 62:7
72:3 107:2,5
**Certificate** 137:23
**Certified** 1:16 137:4
**certify** 136:2 137:5,9
137:14
**cetera** 13:13 18:21
23:14 24:8 25:12
28:5 36:14 44:1
52:6 60:7 76:5
92:25 96:19 99:23
100:3 112:15
114:10 119:14,25
120:7,11 125:4
127:17 134:12
**CG** 81:1
**CGHH00001301**
81:12
**CGMH00000332**
109:8

**CGMH00002769**
63:10
**CGMH0001286**
80:14
**CGMH0332** 3:22
**CGMH1286** 3:20
**CGMH2769** 3:18
**chance** 111:23
**change** 22:5 106:5
**changes** 136:5
**chaos** 23:11
**chaotic** 23:15
**characteristics**
53:12
**chart** 114:17
**chat** 66:18
**cheap** 89:7 135:4
**cheaper** 89:1 96:5,12
98:5,13,13
**cheapest** 87:13
**cheapness** 88:17
**checking** 107:20
**Chiang** 16:1
**Chicago** 9:19,22
10:9,23
**child** 23:20
**Chinese** 13:12
**choice** 107:8
**choosing** 54:11
**circumstance** 57:9
**circumstances** 17:15
26:22 30:8 59:10
**Citi** 6:16,22,25 7:11
7:11 8:20 10:21
11:5,5 13:2 15:12
17:12,24 18:13,20
19:8,14,20 20:24
22:19 24:3 25:3,6
25:10 27:7,14 32:4
55:20 56:12 57:11
60:21 61:3,16,23
61:23 62:20,24,24
62:25 64:16 68:5
68:12,22 69:24
76:25 77:4,9 78:14
78:20 94:10,14
100:20 101:14,17
115:14 116:24
117:9,15 118:1,6
118:25 121:8,9,13
121:16,22 123:20
125:10 126:10
127:23 128:3,6,13
128:23,24 129:4
129:14,25
**Citibank** 123:16

125:23
**cities** 26:25
**Citigroup** 2:14 4:17
6:16 7:13,17,25
16:5,12 29:1 39:5
41:17 79:16 80:23
125:23
**Citi's** 8:23 40:25
60:19 117:10
**Civil** 6:4
**claimed** 91:10
**Clarick** 2:9 4:14
**clarification** 16:9
81:10
**clarify** 81:2
**Clarke** 17:6
**class** 13:16
**classes** 10:6
**clear** 5:9,18 21:25
22:1,6 23:12,17,18
39:2 40:9 45:3
52:23 63:2 69:4
74:3,19 78:7,19
79:21 87:18 96:18
100:24 117:7,16
118:8 122:21
125:11 127:24
**clearing** 32:23 120:2
**clearly** 103:5
**Cleary** 2:12 4:16
57:2 135:11
**Cleveland** 2:4
**close** 49:7 82:9 85:21
87:5
**closed** 127:19
**closely** 21:2
**coached** 47:24
**code** 4:19
**cognizant** 5:14
**collar** 33:11,12,13
33:13,15 49:3,5,20
82:20 83:4,16,17
83:24,24,24 84:2,4
84:6,16,16,18,24
85:4,8,9 86:15
104:15 105:18,20
105:20,24 106:1,2
106:14
**collaring** 82:23,25
**collars** 86:5 134:11
**combination** 50:14
**come** 10:23 30:2,11
58:9 95:19 107:23
108:7,20,25
115:15 116:23
**comes** 132:18

**coming** 4:10 29:12
30:23 44:7,11
50:17 54:23 131:2
135:7
**commencement**
137:6
**commencing** 1:20
**comment** 81:2 92:7
**commission** 14:11
95:21,23 96:1,1,2
96:6 97:6 137:23
137:24
**commissions** 53:19
121:2
**commodities** 10:12
20:16
**common** 42:1 92:23
124:9 125:5,6
**communicate** 29:14
35:16 43:1
**communicated**
41:23
**communication** 58:6
64:23
**communications**
29:4 42:20
**companies** 24:20
**company** 23:11
24:23 25:23
**compare** 93:10
**compared** 14:22,24
115:22 116:2
**compares** 90:25
**comparing** 95:8
134:19
**compensated** 22:12
101:6
**completely** 101:3
122:18 132:19
**complicated** 12:8,13
21:10 98:9
**component** 90:1
91:12
**computer** 54:2
**concept** 112:2
132:24
**concepts** 25:21 89:22
**conceptual** 35:2
89:20
**conceptually** 50:7
**concern** 24:22
**concerns** 24:15
**concluded** 135:23
**conclusion** 34:17
35:19 36:19 47:25
74:14 86:23 95:20

105:9 130:15
**conclusions** 114:19
116:5 130:12
131:4
**conducted** 121:17
**conference** 30:21,22
43:24 57:19 58:2
58:11
**conferences** 12:10
**confidence** 23:16
**confidential** 135:13
135:15
**confidentiality**
135:11
**confirm** 135:18
**confirmation** 116:20
**conflict** 18:21
**confuse** 48:20
**confused** 48:19
**confusing** 106:24
135:20
**confusion** 127:13
**connected** 59:6
**connection** 86:3
**connotation** 21:19
**consequences** 73:24
**consider** 9:9 77:21
84:21 102:22
103:22,23 106:13
106:19
**considered** 90:4,5,11
91:6 104:24 105:4
105:8 106:20
**considering** 106:17
133:6
**consistent** 52:12
90:9
**constraints** 104:23
**consult** 38:9
**consultation** 38:14
**consulted** 121:22
**consulting** 12:5,16
40:25
**contact** 69:14 70:3,4
70:6,7 71:2
**content** 43:23 60:8
**context** 6:5 18:20
47:4,10,11,13
113:7
**contexts** 64:15
**continue** 7:7 23:10
**continuing** 18:1,11
**continuum** 115:2
**contracts** 108:8,20
**conversation** 5:16
14:12,14 30:9 31:4

31:10 32:6,8,17,18
32:19 36:5,12
37:15 38:19,25
44:12 55:17,22
56:3,15 57:4 58:13
58:15,16 67:17
78:24 79:1 80:1,5
82:11 112:21
117:9,19 118:1,7
118:13 128:19
131:25 132:1,5,20
**conversations** 44:4
60:20 61:14,15
62:20,23 68:24
107:19 108:6
114:11 115:13,17
118:6 126:6,9,13
132:14,21
**conversion** 33:10
37:13 82:13 83:2,6
83:7,9,11,13
**convertibles** 11:20
**cooperating** 18:18
**coordinated** 11:19
**copy** 71:12,14
116:19 130:3,7
135:18
**corner** 110:2
**Corp** 120:2
**CORPORATION**
1:5
**correct** 6:18 18:17
37:18 45:15,16
58:24 105:11,13
127:2 130:1
**CORRECTION**
136:7
**correctly** 23:25 48:3
129:23
**correlated** 115:24
**correlation** 85:11
115:18
**cost** 21:18 22:9,14
87:15 88:21 96:2
96:15,15,18,22
107:10
**costless** 84:16
**costs** 84:17,18 87:16
96:20 97:4,6,8,8
**counsel** 4:14 6:6
61:15 62:9,25
135:17 137:15,17
**counter** 40:23 91:13
91:18,20,23 92:1,6
93:22 94:2,4,22
96:4,4,17,22 97:16

98:3 102:10
**counterparties**
107:22 108:8
**counterparty** 40:17
118:19
**country** 26:25 76:4
**couple** 124:4 125:25
127:21
**course** 14:1 49:22
94:7 127:4
**courses** 9:24
**court** 1:2,16 53:5
57:1 137:4
**courtesy** 6:6 103:4
**cover** 27:11,16
**covered** 13:16 27:8
27:10,17
**covering** 12:1
**co-reported** 15:16
16:25 17:2
**create** 133:2
**created** 93:7
**creating** 133:9
**credit** 11:21
**curious** 128:17
**currencies** 20:16
**currency** 76:5
**currently** 19:8,14
20:21 76:7
**customer** 12:18 14:9
25:7,8,9,13 26:13
27:15,16 28:20
42:14 43:13 46:3
61:8 70:21 84:17
97:2,19,22 98:2
132:18
**customers** 12:3,4,5,9
12:11 13:19,20
26:25 27:15 28:3
44:3 98:10 99:18
119:5 121:1 123:4
124:18
**cut** 51:14

——— **D** ———
**D** 1:1 2:13 3:1
**daily** 112:8
**data** 27:25 28:1,2,3,9
29:20,22 68:25
69:1 112:13 113:2
113:3 125:16
134:24
**database** 125:2,3
**databases** 119:18
124:18,19 125:5
**date** 137:12

**dated** 3:17,21 33:17
63:11 68:20
**dates** 25:22 44:25
**David** 2:14 4:16 16:3
**day** 6:15 7:14 35:25
36:2,8 37:13 44:8
44:13 46:12 55:18
57:5 61:12 66:6
70:16 90:23
119:12,15 124:21
124:24 128:18
136:21
**deal** 97:10 135:21
**dealing** 32:8
**dealings** 117:10
**Debtor** 1:12
**December** 70:1
117:22 137:24
**decide** 51:25
**decision** 22:25 98:14
**decisions** 98:14
**default** 66:12
**Defendant** 1:9
**define** 11:25 133:5
**definitely** 17:9 46:10
84:25 114:3
**definition** 75:25
83:12 84:6 110:10
110:19
**delete** 66:11
**delta** 106:2,2
**department** 23:7
41:1
**departure** 17:16,22
17:24 57:7
**depended** 106:15
**depending** 15:13
33:18 39:9 87:5
95:24 106:1
**depends** 7:20 87:6
105:20
**deposed** 6:12
**deposition** 4:18 6:3
62:3 100:22,25
117:8 121:16
123:15 135:13,23
**derivative** 11:16,16
14:17 20:12 23:5
24:10 41:12
121:23
**derivatives** 11:6,19
11:23 13:23,24
15:8,12 20:5,5,24
23:6 24:4,8 35:5
82:22 122:8 123:8
**describe** 28:17 83:17

**described** 48:8,12,14
  48:23 54:21 67:19
  74:4 75:12,19,20
  82:15 90:14
  104:17 115:1
**describing** 89:22
**description** 3:13
  31:21 51:5 104:1,2
  109:19
**designate** 135:14,14
**designation** 27:18
**desk** 38:21 39:3,11
  41:1 42:2,18 55:21
  55:21 56:3 66:20
  67:4 76:21 101:17
  107:21 117:3,3
**desks** 39:4
**desk-based** 11:11
**details** 35:3
**determine** 9:6
**deviation** 110:11,14
  111:3 133:12
  134:9
**deviations** 111:17
  114:6 134:25
**devote** 67:20
**Dharmenda** 17:6
**diary** 129:15
**difference** 44:16
  134:13
**differences** 95:19
**different** 11:4 12:6
  13:7,19,25 16:17
  16:18 23:8 24:14
  26:24 28:19 33:5
  34:10,15 35:14
  39:4,5,10 44:3,4
  51:15 53:21 54:1
  59:21 83:20 84:1
  89:9,10 90:7 93:3
  95:18 96:2,14,17
  97:5 100:22
  103:19,20 104:23
  112:7,14 125:1
  132:19,21 133:10
  134:10
**difficult** 53:7 93:13
**dimensions** 89:5
  98:6
**Dimolayer** 17:8
**dinners** 12:11
**directed** 31:19
**directing** 15:4 31:23
**direction** 87:24
  89:19
**directly** 12:24 15:15

  21:2,25 23:5 61:9
**discrepancies** 34:20
  67:19
**discrepancy** 33:4,7
  33:24 35:9 75:18
  75:21 102:20
  105:10 130:16
**discuss** 8:22 115:7
  115:18 127:8
  132:7 133:20
**discussed** 18:8 27:25
  30:3 55:18,20 77:3
  82:4 114:16
  127:12 134:20
  135:9
**discussing** 36:12
  44:9 58:20 59:18
  69:6 101:23
  112:22,25 114:12
**discussion** 31:8,24
  32:2,3 34:6 43:15
  47:3,10 51:10 60:9
  60:14 62:9 72:18
  77:14 127:16
**discussions** 61:24
  77:14 79:22 115:5
  127:7,11
**disparaging** 18:19
**distance** 42:23
**distinction** 6:21
  61:22
**distracting** 103:5
**distributed** 14:6
**distribution** 111:4
**DISTRICT** 1:2
**diversified** 53:20
**divided** 110:11,13
  112:6
**document** 80:24
  81:1,8 109:17
  110:2
**documents** 7:2,6,9
  7:18,21,24 8:2,4
  8:14,25 9:3,7
  116:22 135:19
**doing** 11:9 21:12
  27:22,23 34:4,13
  51:2,2,6,19 53:17
  53:21 54:1,8,10
  55:1 62:19 65:22
  70:25 90:8 93:16
  94:15 96:16,16
  97:18 98:1 99:19
  110:16,17 124:16
  128:24 132:23
  133:7,16 134:5,15

**dollar** 22:8 88:15
**dollars** 19:21 78:9
  86:10
**domain** 12:13
**dotted** 16:22 17:1
**dotted-line** 16:6,20
**Dow** 92:18 93:25
**download** 119:16
**downloaded** 124:21
  124:21
**downside** 84:7 87:1
**DP** 17:7
**draw** 96:23 114:20
  116:6 130:12
**drawn** 131:5
**drive** 124:23
**due** 111:23
**duly** 4:4
**duties** 11:22
**dynamic** 52:4,7
  90:12

**E**

**E** 1:1 2:1,1,4 3:1,12
  3:16 4:1 137:1,1
**earlier** 22:10 82:4
  103:18 129:24
**earning** 72:14,16
  74:25
**East** 2:3
**economist** 110:20
**educational** 9:17
**effective** 7:16
**effort** 7:2 11:19 70:3
**efforts** 9:6
**either** 12:7 14:9,13
  27:2 34:14 35:21
  45:24 49:3 50:11
  50:12 51:12 61:9
  68:25 75:14 77:24
  87:24 90:13 98:15
  102:4 106:22
  108:24 112:5
  115:1 116:13
  125:3
**elaborate** 24:16
**electronic** 130:2
**eliminate** 24:4
**Elminger** 23:24
**email** 3:17,21 14:6
  29:15,19,21 43:8
  63:9,10,19,22 64:1
  64:4,4,6,8,14 65:4
  65:21 66:3,9,10,11
  66:13,15,17,22,23
  67:3,6,9,12 68:19

  68:22,23 69:2,17
  109:16
**emailed** 70:4
**emails** 29:24 66:6,7
**Emily** 2:10 4:13
  135:10
**employ** 68:5
**employed** 117:23
  128:5
**employee** 11:12 19:5
  137:15,17
**employees** 22:23
  24:9,13 62:24
  79:19
**employing** 106:10,11
**employment** 60:20
**enabled** 35:8
**endeavored** 116:24
**ended** 22:7
**engage** 101:10,23
**engaged** 122:23
**entering** 104:14
**entire** 124:21
**entirely** 52:23 62:1
  67:3,6 68:24 113:8
**entities** 6:23 11:5
**entity** 6:17 16:10,11
  55:13 108:13
  121:5,13,16,22
**enumerated** 103:21
**environment** 22:5
  23:15
**equations** 34:22
**equities** 20:14 23:3
  35:15 49:3 50:4
  84:3,5 104:15
  114:24 121:23
**equity** 11:16,18
  15:12 20:5,7,12,15
  20:23 28:7 41:12
  49:4,21,22,25 50:7
  50:9,16 105:17
  115:3 116:12
  120:5
**equivalent** 49:9
  82:16,20 109:24
  118:11
**error** 55:4
**Erwin** 124:1
**ESQ** 2:4,7,10,13,14
**essentially** 40:10
  104:8 120:21
**established** 104:7
**estimate** 98:25 99:5
**estimates** 99:14
**estimation** 100:6

**estimations** 99:6
**et** 13:13 18:21 23:14
  24:8 25:12 28:5
  36:14 44:1 52:6
  60:7 76:5 92:25
  96:19 99:23 100:3
  112:15 114:10
  119:14,25 120:7
  120:11 125:4
  127:17 134:12
**ETFs** 20:13,13 92:15
**Etienne** 17:7,9
**Europe** 119:3
**European** 118:19
**evaluate** 98:23
**evaluated** 101:8
**evaluating** 82:6
  106:8
**event** 137:19
**event-driven** 11:21
  13:22
**everybody** 15:21
**exact** 31:16 32:11
  82:14,18 83:1
  93:23 96:3 106:17
  106:20
**exactly** 25:18,24
  26:1 32:15,24 38:4
  39:14 65:1 71:4
  84:15 85:9,11,12
  97:20 125:14
  128:10 130:24
**examination** 1:7 3:5
  4:6 137:6
**examiner** 131:22
**example** 51:21 86:8
  122:2
**excess** 110:15 112:5
**exchange** 10:11,16
  11:3 40:22,23
  91:13 95:13 97:24
  98:19 102:1,8
  119:10,13,23,25
  120:7,12,15,16
**exchanged** 37:12
**exchanging** 29:24
**executed** 57:1,3
**executing** 21:9 91:10
**execution** 97:17
**exhausted** 103:19
**Exhibit** 56:23,24
  63:9,13,16 80:13
  80:17 109:7,10
**Exhibits** 56:20
**existed** 33:8
**existing** 83:25 84:3

85:2
**exotic** 39:6
**expect** 40:4 51:17
**expectations** 83:19
**expense** 107:5,8
**expensive** 87:9,11
  94:23 95:12,12
**experience** 9:18 10:7
  15:10 77:25 95:7
  95:11 102:6,9
**expert** 95:4 100:18
  101:9,14,17
**expertise** 14:19
**expertize** 101:5
**expiration** 91:1
**expires** 95:23,25
  137:23,24
**explain** 55:9 95:19
  132:25
**explained** 111:24
**explanation** 102:24
**exposure** 61:4 65:7
  68:13 106:3,7
  123:21 128:25
  129:5,12
**expressed** 72:19
**extent** 5:22 18:7
**extremely** 82:23
**extremes** 50:10

**F**

**F** 1:1 137:1
**face** 65:17
**fact** 5:14,15 21:5
  44:24 51:2 52:2
  53:7 117:18
  126:16
**factor** 65:11 112:10
**factors** 87:7
**fair** 7:22 15:22 52:9
  76:12 79:7 80:25
  89:1 100:17
  101:18,20 106:13
**Fairfield** 3:19 80:15
  80:20
**fairly** 5:13
**Fairman** 16:1
**Fall** 59:2
**familiar** 16:11 32:4
  37:23 68:10,18
  75:6 77:23 79:7
  82:23,25 91:19,22
  91:23 102:5
  109:13 110:6
  121:5,7 124:1,6
**familiarity** 78:4

122:19
**famous** 70:19 92:19
**far** 4:24 49:6 50:5
  81:22 86:25 87:3
**Farley** 2:7 3:5 4:6,8
  4:11 6:2,10 9:5,11
  26:10 28:15 55:25
  56:18 62:1 63:8
  81:24 95:3,16
  100:15,21 101:10
  101:14,19 103:2,9
  103:13 104:7
  109:2 116:10
  117:18 118:14
  123:14 125:24
  126:2 128:7,10
  135:7,16
**fashion** 92:1
**February** 7:16
  117:23
**Federal** 6:4
**feed** 65:16
**feeder** 8:5 68:14
  108:7 112:23
  116:25 122:4
**feel** 48:17
**field** 122:18
**fifties** 22:7
**figure** 36:14 90:20
  99:24 100:4
  107:15,17 114:17
  121:3 128:21
**figured** 47:15
**file** 46:22
**finance** 10:10
**financial** 22:16
  57:24 68:12
**financially** 137:18
**find** 33:3 37:11 38:7
  41:18,19 42:21
  46:17 56:1,11
  61:10 63:1 100:23
  108:1
**finding** 51:18 71:7
**fine** 6:2 17:12 33:1
  72:8
**finish** 5:7 103:17
**fire** 21:19
**firm** 10:15 11:3
  12:17 21:4,5 22:6
  24:16 26:14,16
  27:16,19 57:2
  76:11 78:6 98:15
  105:2 124:20
**firms** 14:22 23:1
  54:9

**first** 4:4 11:12 17:9
  21:19 25:16,25
  26:5,23 28:13,14
  32:7 33:2 59:9,14
  59:23 60:17 73:12
  74:10 79:10 80:19
  81:24 109:12
  111:14
**Fisher** 124:5
**Fishers** 124:7
**fit** 52:15
**fits** 98:11
**five** 15:15 29:2 49:11
  49:12 69:17 87:7
  98:5
**five-minute** 36:12
**fixed** 20:8 50:3,15
  114:22 115:2
  116:12
**fixed-income** 49:6,9
**Flanagan** 124:8
**floor** 10:10,17 11:9
  31:3,6 42:8 44:4
  59:9,16 66:25 84:7
  97:24 98:5
**flows** 65:16
**focus** 50:24
**focused** 14:19 15:5
  58:16 101:7
**focusing** 15:8
**FOF** 75:5
**FOFs** 72:12
**folders** 66:9,12
**follow** 44:1 69:4
  92:17 93:1
**following** 136:5
**follows** 4:5
**foregoing** 136:3
  137:10
**forgotten** 16:4
**form** 28:12
**formal** 31:2 44:2
  110:10,18 133:5
  133:25 134:1,21
**formally** 31:8 135:14
**format** 109:24
  120:13,13
**former** 101:12
**forth** 54:12 70:10
  96:24 137:13
**forward** 67:9,12
  112:1 133:7
**forwarded** 69:1
  71:24
**four** 69:17 87:7
  104:6 107:9

**Fowler** 17:5
**frame** 8:17 56:13
**framework** 89:21
**fraud** 57:24 59:25
  71:5 126:14
  131:22,23 132:11
**free-flowing** 101:9
**frequent** 29:3
**frequently** 26:24
**Friday** 1:20 63:11
**friend** 70:21
**front** 68:20 70:2,17
  70:22 95:22
**front-running** 115:7
  115:9,15
**frustrating** 5:2
**full** 26:16 65:9
**function** 13:1 125:12
  125:13,15
**functional** 22:20
**fund** 3:19 19:10
  26:21 52:13,14
  53:20,21 55:13
  68:16 72:12 74:23
  80:15,21 99:21
  112:17,23,23
  116:25 121:18
  122:4,22 123:1,1,2
  123:3,9,11,18
**fundamental** 13:22
**funds** 8:5 13:20,21
  26:20 53:21 54:8
  55:14 68:14 72:12
  74:23 77:21 108:7
  122:11 123:5,7,10
**further** 41:5 57:6,14
  127:25 128:20
  137:9,14
**future** 22:12 112:1
**futures** 10:12 34:6
  51:3 76:18 105:22
  106:4 107:1

**G**

**G** 4:1
**gather** 125:25
**general** 32:12 40:24
  42:11,24 47:13
  73:10 78:21 97:21
**generally** 87:9 95:10
  102:7 105:17
**generate** 48:14
  90:15 93:8
**generated** 32:8
  35:17,20,21 67:22
  88:1 102:21

**generating** 48:5,23
  51:7 90:2
**generation** 90:2
**generically** 8:22
**geographically**
  10:23
**Gerry** 17:5
**getting** 47:25 65:9
  66:7 70:9 98:6
  123:15 134:17
**Gill** 79:8,11
**give** 5:7,18 10:8,22
  36:23 37:5 42:11
  44:25 46:23 49:10
  49:12 50:6 111:3
  112:11,13,13
  120:23 125:24
  131:18
**given** 6:7 19:5 22:7
  22:13 86:18
  104:22 111:13
  113:15 126:4
**giving** 75:12
**global** 11:15 16:5,12
  16:17 23:5
**Globally** 15:13
**go** 23:9 25:20 26:24
  29:8 34:19 39:9
  56:23 59:16 74:18
  107:9 119:11
  127:14 128:8
**goes** 55:5 90:17
  101:4
**going** 4:23,25 5:1
  18:16 22:4,13 24:4
  38:20 48:12 56:8
  57:4 63:8 80:12,25
  81:19 82:3 83:10
  83:23 86:13,14
  87:17 90:16,17
  96:1,7,8,13,17,19
  96:22 97:20
  101:10 103:25
  105:24 109:12,16
  111:14,19,24
  112:6 116:15
  124:4 126:22
  127:17 130:20
  131:14,17,17
  133:2,7
**good** 4:7 5:19 25:20
  51:9,16 52:3 54:17
  99:11 109:5
  133:17
**Gottlieb** 2:12 4:16
**Gould** 16:1

08-01789-cgm   Doc 18901-3   Filed 07/23/19   Entered 07/23/19 18:12:58   Attachment
C   Pg 143 of 153

GRLCAA0000142

**government** 24:18
**graduate** 9:23
**graph** 113:11 114:16
**great** 44:25 133:8
**Greenwich** 59:6,6
**Gross** 1:8 3:4,14,18
 4:7,14,17,24 6:13
 8:24 9:6 15:18
 20:1 56:1,23,24,24
 62:19 63:9,11,15
 63:16,20 64:8 72:8
 74:3,19 80:12,13
 92:3 100:18 109:7
 118:9 125:19
 126:4 136:2,19
**Gross-1** 3:14 56:20
**Gross-2** 3:16 56:20
**Gross-3** 3:17 63:13
**Gross-4** 3:19 80:17
**Gross-5** 3:21 109:10
**group** 11:7,12,24
 13:1,3,5 14:25
 15:1,3,12 20:23,24
 21:1,3,3,7,14 24:4
 24:5,24,24 25:4,7
 29:21 38:15 39:10
 41:8,10,15 52:2
 69:1 121:21 122:1
 122:6,21,23
 124:15
**groups** 11:20 42:9
**growth** 92:21
**Gueron** 2:9 4:14
**guess** 7:20 8:16
 30:23 36:19 38:24
 47:12 65:15 68:17
 70:8 71:16 72:3,5
 73:9 83:6 99:22
 100:11,14 108:17
 108:23 116:1
 121:25 124:16
 126:12 134:15
**Gupta** 124:12
**Gupta's** 125:9
**guy** 25:22

**H**
**H** 3:12,18
**habit** 45:22
**half** 36:13 50:6,8,8
 88:11,12 112:4
**half-hour** 36:18
 135:2
**Hamilton** 2:12 4:17
**hand** 80:12
**handed** 63:16,17

**handing** 109:6
**happen** 23:13,16
 133:3
**happened** 8:20,21
 21:24 23:4 24:7
 34:7 42:3 43:10
 64:20 74:20 94:5
**happens** 76:10 133:4
**happy** 86:11,16
**Harry** 25:9 27:8,10
 31:5 43:21 46:13
 59:12 60:25 64:23
 70:2,8 71:6,7 72:4
 80:3,4 81:4 107:24
**Harry's** 71:14
**hats** 23:4
**Hazlitt** 79:8,10
**head** 11:13,15,15,17
 11:23 15:3 23:2,2
 23:6 24:7,10,11
 101:12 119:8
**header** 67:7
**heads** 15:16 22:19
 22:20,20
**hear** 62:10 65:5
 78:25 94:3
**heard** 38:22,23
 39:20 40:7 44:13
 44:15,19 60:2,5
 70:18,19,19 82:12
 82:14,15,18 94:1,2
 132:11
**hearing** 44:16 65:18
 73:4
**hedge** 13:20,21
 49:25 53:20 54:7
 55:13,14 77:21
 84:22,24 90:3
 107:10 121:18
 122:11,22 123:1,1
 123:2,3,4,7,9,10
 123:11,17
**hedging** 51:8 65:8
 85:1 93:17
**held** 76:8,10
**help** 12:6,17 60:2
 69:19 79:17
**helped** 10:13 21:15
 21:16,24 123:7
**helping** 27:25 71:7
**Heravi** 16:1
**hereinbefore** 137:12
**hey** 38:16 42:4 46:17
 131:11
**high** 86:22 113:14
 114:25 115:4,4

**higher** 89:13
**highly** 115:24
**hire** 132:15
**hired** 11:6,7
**historically** 133:8
**hold** 20:21 56:6 76:7
**holidays** 70:10
**Holly** 27:8 30:17
 59:12,13,15
**home** 8:14,25 9:1
 20:2,21 23:20
 128:8
**Hong** 119:3
**hope** 14:2
**Hostetler** 1:19 2:2,6
**hour** 36:13 74:11,16
 130:11
**hours** 67:2
**housekeeping** 56:22
**HSBC** 65:6,11
**hundred** 92:13 93:14
 132:21
**hundreds** 66:6
**hybrid** 33:20 50:4

**I**
**IBM** 85:7,8 119:19
 125:7
**idea** 14:5,9,10,11
 131:16 133:17
**ideas** 12:3,3,4 13:23
 14:2,3 73:3
**IDENT** 3:13
**identification** 56:21
 63:14 80:18
 109:11
**illness** 5:17
**important** 5:5,6 6:20
 42:2 51:1 88:20,21
 88:25 114:4
**impressions** 28:12
 32:21
**include** 75:24
**includes** 11:18
**including** 13:10
 65:22 78:20
 117:10 118:1,10
**income** 20:8 50:4,15
 91:2 114:22 115:3
 116:12
**inconsistent** 104:17
 113:22
**incorrect** 45:10
**incremental** 90:8
**index** 28:10 34:2,3,9
 34:12 38:16,21

39:3,7,11,19,21
 40:11,20,25 42:18
 55:21 56:3 83:8
 91:11,12,20,23
 92:15 93:11 94:23
 94:24 98:18,20,23
 100:7 102:6
 107:21 117:3
 119:9
**indicated** 47:21
**indicates** 130:24
**indication** 46:24
 131:18
**indicator** 53:11
**indices** 28:8
**indirectly** 61:9
**individual** 28:8 34:9
 34:11 39:8 54:16
 93:10
**industry** 62:16 83:6
 84:25 94:20
 105:24
**inferior** 98:1
**infinitely** 105:21
**informal** 5:13 38:18
 44:6 110:10
**information** 31:23
 42:1 47:3,4 52:22
 60:1 64:17 70:6
 71:1 76:24 77:3,7
 88:11,13 109:23
 109:25 110:25
 111:21,22 117:17
 119:22,23 120:8
 124:19 125:6,7
 126:18,21 130:22
 132:13
**initial** 36:25 67:17
 69:5
**initiative** 69:7
**input** 65:17
**inquiries** 43:3
**inquiry** 47:10 61:11
**inside** 27:19
**insights** 65:23
**instance** 13:16 51:20
**institutional** 12:1
**institutions** 68:12
**instrument** 49:7
**instruments** 106:5
**intending** 114:7
**intention** 101:19
**intents** 116:3
**interaction** 57:16
 70:13
**interactions** 69:24

**interchangeably**
 110:17
**interest** 110:15
 119:13,19 128:18
**interested** 70:23
 71:7,21 92:5
 132:15 137:18
**interesting** 93:8
 107:17
**internal** 12:16 129:4
 129:11
**international** 93:4
 121:6
**interpreting** 16:25
**introduced** 27:7
**investigate** 61:3
 127:5
**investigation** 18:18
 127:25,25
**investigations** 59:25
**investigator** 57:25
 132:11
**investment** 1:8 16:16
 19:1 25:1 44:14
 55:11 75:24 81:13
 125:20 128:25
**investments** 79:16
 79:20 125:22
**INVESTOR** 1:5
**investors** 65:16
 78:10 84:21
**involuntarily** 17:19
**involve** 52:8
**involved** 12:20 31:8
 37:16 52:4 61:3
 118:13 122:1,7,7
 122:10,12 123:8
**involvement** 8:23,23
 121:12 123:10
 131:19
**involves** 33:9 34:11
**involving** 11:20
 12:15 27:24 31:21
 35:14 57:16 60:10
 61:4,16,24 62:22
 71:24 94:2 98:4
 116:25 118:17
 128:25 129:5,12
**in-person** 58:5,7
**Irving** 2:5,8 4:9
**Israel** 9:21
**issue** 13:12 35:2
 102:22 107:21
 108:7,18,25
 115:14 131:22
**issued** 9:12

GRLCAA0000143

LEON J. GROSS  10/22/10          CONFIDENTIAL          SIPC v. BLMIS

**issues** 6:11 13:11
71:10
**items** 7:23

_____ **J** _____

**J** 1:8 3:4 4:1 109:13
136:2,19
**Japan** 119:3
**Jay** 15:25
**Jersey** 1:18 137:5,22
**Joanna** 16:4
**job** 11:2 22:22 57:20
57:22,23 58:17,18
60:3 76:19 132:8
132:23
**jobs** 10:1
**John** 16:1
**joined** 10:20 59:15
**Joseph** 23:24
**Journal** 70:3,5,18
**JR** 2:13
**July** 64:21
**June** 63:11 64:21,24
68:20
**junior** 9:21
**JURAT** 136:1

_____ **K** _____

**Kauer** 17:5
**keep** 98:17,21 101:2
124:20 129:14
**keeping** 45:22 46:5
99:20
**keeps** 98:19 120:19
**Keh** 16:4
**Kestner** 15:25
**kind** 57:24 66:24
90:11 132:23
134:16
**kinds** 66:8,11 92:22
129:8
**knew** 25:25 26:20
27:24 30:23 44:10
52:12,15 61:8
102:4 107:25
108:13 125:12,13
**know** 5:9 13:6 17:7
18:11 19:3,6 21:8
22:21 23:14 25:18
25:22,24 26:16
27:8,9,9 28:11
29:9,10,19 30:12
30:20,21 34:14
36:16,24 38:6,16
39:13,18,20 40:16
41:7 42:4,13,13,14

43:21 44:5,6,8
45:15 46:2,8,15
47:21 52:13 54:13
54:22 55:4,5 56:8
57:12 58:3,8,13
59:7,13,22 60:5,7
62:13,17 64:18
65:1,1,5,19 68:16
68:17 70:4,11,16
70:17,21,22 71:4
73:20,22,23,24
76:9 77:21,24
78:25 79:19 80:9,9
81:5,7 82:8 85:8
85:11 86:16 89:4
90:16,22 92:6,25
93:8,23 94:15,15
97:4,13,17 98:15
99:1,12,15,16,17
99:18,22,24,25
100:6,10,24
102:10,12 103:20
104:22 105:3
106:11,12,20
107:9,10 108:1,2,2
108:10 109:25
111:11 113:9
114:6,8,15 115:2
119:9 120:3,4,9,10
120:22,24 121:1
122:15 123:12
124:1,14,24
125:14,18 126:23
127:18 128:17
130:19,21,22
131:9 132:14
133:2 134:10,13
134:17,23
**knowing** 38:5 44:17
44:18 81:9 92:5
99:20 130:24
**knowledge** 8:3,13
18:3,24 67:11
98:24 100:24
129:3
**known** 16:16,17 17:6
**knows** 60:1
**Kong** 119:3

_____ **L** _____

**L** 1:1,8,11 3:14,18
4:1 19:1 24:25
**lab** 9:25 10:5
**labeled** 63:18
**laid** 24:1
**Lamia** 17:6

**large** 77:15 87:24
93:22 94:11
**Lars** 15:25
**lasted** 39:1
**late** 26:2,7
**law** 4:5 57:2
**lawyer** 117:10 118:2
118:10
**lawyers** 18:8
**layoff** 17:21 22:3
**Leach** 125:17,18
**lead** 14:11,12
**learn** 53:8 116:24
123:20
**learned** 43:2 76:24
**leave** 7:13 10:23
17:18 42:24
**leaves** 76:11
**leaving** 123:23
**left** 7:17,25 10:8,21
17:12 19:11,12
22:9 41:19 45:2
59:15 60:19 61:23
62:25 64:16 69:24
117:21 121:7,9
128:13 129:25
**left-hand** 110:2
**legal** 13:8
**Lehman** 24:21
**length** 48:16
**Leon** 1:8 3:4 65:5
72:10 73:12
135:10 136:2,19
**let's** 4:11 14:1 22:21
23:1 37:14 50:6
56:18,22 73:11
74:22 85:7 86:9,12
111:19 124:25
**level** 89:17
**levels** 22:18 23:1
**Leventhal** 16:3
**leverage** 106:7
**leveraged** 68:13
**Liberty** 2:12
**licenses** 76:7,9,16
**limine** 49:4,8
**limited** 6:5 16:6,12
20:19 40:22 80:15
85:3,20
**limiting** 49:19 50:15
**limits** 84:9
**line** 16:23 17:1 24:13
74:18,18 136:7
**linear** 50:13
**lines** 23:9 24:14
**linked** 20:14 92:15

122:3,11 123:1
**liquid** 55:7
**liquidity** 102:7
**list** 27:15 120:16
**listed** 28:7,7 91:13
94:24 95:8,13,21
96:3,9,16 97:14,18
100:12 102:1,11
119:10,22 120:6
120:14
**literature** 13:8
**Litigation** 1:24
**little** 9:16 20:6 81:18
102:9 114:23,23
135:19
**live** 86:12,13
**Livshiz** 2:14 4:16
**LLC** 1:8 19:1 25:1
**LLP** 2:2,6,9,12
**loan** 123:17
**locals** 10:11
**located** 11:3 13:5
**log** 46:6,7 118:12
**logged** 118:12
**London** 16:19 17:2
**long** 8:4 36:4 51:5
52:13 54:9,10 65:5
84:3,21 104:14
105:17 106:5
**longer** 7:10
**look** 7:2,9 24:19 25:7
25:11,24 33:16,21
33:21,22,23 35:9
45:12 46:12 48:1
50:7,9,10,13 51:23
51:24 52:18 54:16
54:17 71:25 82:1
88:14 89:2,5,5,6,7
89:17 92:18,20
94:19 98:6 102:17
105:1 109:9,15
111:9 113:8 114:4
119:15,18 120:6,6
131:10 134:12,24
**looked** 19:22 31:18
33:14 37:2 47:23
48:4 49:21 50:3,22
52:22 53:11 54:25
67:18 75:15,16
80:10 81:20 82:4
86:2 87:18 94:21
101:21 109:17
113:5 114:16
116:11 130:10
134:23 135:1,1
**looking** 31:22 36:14

47:8 53:10 55:10
55:16 74:4 86:21
89:16,25 91:9
104:5 110:1
112:16 113:11,16
117:17 134:16
**looks** 122:16
**lose** 55:3 111:17,20
134:15
**lost** 55:24
**lot** 49:24 50:2 77:11
97:3 114:24 123:9
124:7 132:5
**lots** 70:9
**love** 65:6
**low** 65:15 113:14
115:3,3
**lower** 89:14
**LP** 68:16
**lunch** 59:13 109:3
**Luncheon** 109:4

_____ **M** _____

**macro** 13:20
**Macroenvironment**
15:6
**Madoff** 1:8,11 7:6
8:5,5,22,23 9:2
18:25 19:1 24:25
30:3,10,13 32:4
36:6 37:16 38:10
39:19,20 40:17,17
41:6 42:12 43:3
44:9,14 45:19
54:19 56:12 57:6
58:9,21 60:10,22
61:4,4,16,24 62:22
62:25 63:3,4 64:13
65:7,8,13,18 67:21
68:1,14 69:6,10,11
69:12,13 71:10,11
72:11 73:13 76:25
77:4,7,15,16 78:16
78:24 79:23 80:6,8
87:20 89:24 91:10
101:22 106:9
108:12,14,18
112:23,24 114:12
114:14 115:6,7,15
116:20,25,25
117:11,11 118:4,4
122:4 123:21,21
125:20 126:7
127:9 128:1,1,25
129:5,5,6,12,13
131:22 133:21

**Madoff's** 55:9 65:10
65:12 128:25
**mail** 70:12
**maintain** 69:20
130:7
**major** 18:22
**majority** 52:20
**maker** 54:25 78:3
108:22,23,24
**making** 18:19 43:25
45:18 52:3 53:17
53:18 54:23 55:2,3
55:6 61:22 73:5,16
75:2
**manage** 26:19 46:9
91:2 94:21 99:20
**management** 11:10
11:11 21:22 22:19
22:24 23:1 24:5,11
24:12 77:17 91:4
**manager** 10:19
76:20 78:2 79:15
**managers** 92:24
93:17 99:24
**managing** 27:14
77:18 78:5,10,13
92:17 108:23
**Marc** 124:5
**margin** 96:14
**mark** 56:23 63:8
**marked** 56:20 63:13
80:17 109:7,10
**market** 16:12 23:16
36:17 37:17,23
38:10 41:6 42:15
43:3 49:4,22,22,25
50:7,9 51:19 52:5
53:17 54:23,25
55:1,3,19 75:16
77:23 78:3 83:19
87:3 88:19,22 89:6
89:19 90:17,17
91:20,23 92:6,13
95:11 98:7 99:9,10
99:11,17,25 100:1
100:4,6,9,12 102:7
102:8,10,12,22
103:22 104:3
105:13 106:15,25
108:22,23,24
119:17 120:25
121:3 126:4,17
127:6
**marketer** 65:14
**marketing** 12:9
16:17

**markets** 16:6 23:11
32:5 55:6 97:14
**market-neutral**
105:18,23
**market-research**
126:16
**marking** 80:13
**Markopolos** 3:18
25:9,15,17 26:12
26:23 27:7,12,22
28:13,18,25 29:4
30:3 31:1,11 32:10
32:20 35:18,23
36:5 37:15 42:21
43:2,18 44:7,13
45:8,18 46:13,23
55:9,18,22 56:16
57:5,10,17 58:1,25
60:11 63:11,23
64:12 65:23 67:18
68:2,20,22 69:5,15
69:21 71:2 72:10
72:19 73:2,6,12
76:23 77:2,8,14
78:8,15 79:23 82:5
82:6,12 86:3 87:19
101:22 102:20
106:9 107:20
109:18 112:22
113:18 114:12
115:6,18 116:18
126:7 127:8 130:9
130:13 131:2,3,14
131:21 133:19
134:21
**Markopolos's** 60:21
68:6 72:9
**math** 9:20,24
**mathematical** 34:22
130:18
**mathematically**
110:24
**mathematics** 110:21
**matter** 4:10 56:22
**maturities** 89:11
**maturity** 76:1
112:12
**mean** 7:20 26:5
27:11 29:16 30:5
34:25 39:3 42:7
45:11 48:20 69:7
83:24 112:17
113:23,24,25
123:1 128:5 130:5
134:17
**meaning** 18:21 23:7

44:20 51:14 54:17
82:14 85:15 99:10
105:21 111:1
**means** 12:17 13:9
14:10 22:20 49:5
50:14 82:21 85:7
113:1 124:24
**meant** 108:11 110:22
**measure** 98:22,25
99:3 110:23
111:22
**measurement** 100:5
**medication** 5:18
**meet** 25:17 26:25
28:25 80:8
**meeting** 30:18,25
31:3 36:25 38:18
44:1,2,6 45:1,18
46:11 57:10 58:5,7
58:10,21,25 59:11
59:19,23 60:8,10
69:5
**meetings** 25:20 27:5
46:3 56:9 57:11
**memorialize** 126:6
**memorialized**
126:17
**mention** 6:22 18:25
19:4 91:17
**mentioned** 5:22 10:4
16:24 23:21 24:15
25:15 26:13 37:2
45:17 58:4,14 68:6
71:18 93:2 106:22
114:1,21 132:24
**mercantile** 10:11
**merger** 45:5
**mergers** 10:20
**message** 70:13
**met** 12:9 25:18,25
26:5,23 28:13,14
45:8 57:19 64:24
65:3 130:9 131:21
**mid** 92:21
**middle** 87:13 110:3
**Miles** 27:9
**million** 79:18 123:17
**mind** 41:22 53:8
79:4 113:6 116:2
**mindful** 18:8
**minus** 86:17,18
88:10 110:13
111:2,8,10,12,15
111:18 114:9
**minute** 39:1
**minutes** 36:13,15,21

56:18 59:14,15
125:25
**mischaracterize**
105:6
**mischaracterized**
48:11
**Mishra** 124:10
**mispricing** 94:16
**mispricings** 94:18
**missing** 104:19
**misstate** 62:7
**misstated** 62:5
103:11
**mixture** 33:23
**model** 65:11
**modifier** 127:22
**money** 21:24 22:9,14
54:5 55:2,3,7
77:19 86:4,4,4,6
86:20,25 87:10,12
87:13,14,16,17,21
87:21,23 90:18,23
90:24,24 92:17
95:24 96:10 99:21
100:3 108:23
111:14,16,17,20
134:15
**monies** 87:12
**monitoring** 24:25
**month** 49:15,16 54:5
55:3 89:11 134:18
**monthly** 37:5 112:8
112:11 116:19
**months** 10:13,18
50:1,2 52:20 53:11
69:17 87:2 114:13
114:25 128:12
**morning** 4:7 129:24
**move** 5:3
**moved** 19:20 45:4
**moving** 23:19 98:7
**MULLIGAN** 1:16
137:3
**multiple** 66:16
119:22
**multistrategy** 11:18
**mutual** 19:10 99:21

_____
**N**
**N** 1:1,1 2:1 3:1 4:1
**name** 4:7 17:8,9
26:13,16 44:15,17
44:18 59:7 68:1
71:23 78:25 79:8
79:10,11,17
108:15 124:6,9

**named** 39:19,20
40:17 79:8 110:19
121:5,18
**names** 15:19 16:18
25:22 28:8 124:4
**narrow** 14:5 33:15
33:18
**natural** 6:24
**nature** 28:17 118:16
126:14
**near** 87:21,22
**need** 5:10 34:5 47:2
52:21 100:1
**needed** 12:17 42:1
47:15 59:25 76:19
**needs** 65:16 112:12
**negative** 21:19 52:11
52:21 114:9
**neither** 50:3 116:11
137:14,16
**net** 72:14,16,17 75:1
75:1 90:22
**never** 67:6 78:8,11
78:11 80:24 94:1,2
94:5 115:11
116:22 131:23
132:11,22
**new** 1:2,18,18,19,20
2:7,7,10,10,13,13
4:3,3 10:24 11:1
15:17 30:19 43:18
44:7 57:20,21,22
57:23 58:17,18
65:16,19 69:6
132:8,13 133:16
137:5,5,22,22
**news** 62:12,14 71:18
79:5 117:12,12,22
117:25 128:13
**night** 67:3
**nineties** 26:2,7
**Nobel** 110:20
**nonmanagement**
22:22
**normal** 94:7 111:4
122:6 127:4
**Nos** 3:18,20,22
**Notary** 1:17 136:24
137:4,22,22
**note** 46:18
**notebook** 45:23 46:8
46:22
**notes** 43:25 45:14,17
45:18,23 46:4,10
126:10
**November** 7:15,18

GRLCAA0000145

7:25 17:13 117:21
123:23
**number** 25:25 29:6
53:10 63:9 69:16
73:8 78:11,12
84:22 102:16
114:13 134:18
**numbers** 3:15,16
49:13,17 87:24
89:4 93:23 133:24
134:5
**N.J** 137:23

**O**

**O** 1:1 4:1,1
**oath** 18:20
**object** 6:11 103:8
**objection** 5:23,25
16:22 18:6 31:9
35:7,11 36:7 37:8
37:19 38:11 41:4
43:6,16 45:20 47:6
47:18 48:6,25
55:23 60:15,23
61:5,17,25 65:24
67:10,16,23 69:22
74:7 77:10 83:21
88:3 91:21 92:4,9
94:13 95:1,15
102:2,14,25 103:9
108:9 109:21
112:18 113:19
115:12 116:8
117:1 121:24
122:5,24 123:22
126:8,19 127:3,11
128:4 130:14
131:7,24 132:9
133:22 134:6
**objections** 6:4 62:2,3
95:16 103:3,5
**objective** 98:12
**objects** 5:24
**obligations** 18:2,12
**obviously** 6:10 76:4
88:7,8 90:16 93:3
101:8
**OCC** 120:1,2
**occasion** 118:18
**occasions** 12:11
**October** 1:20 136:4
137:23
**OEX** 40:20 91:24,25
92:6,13 93:6,7,14
93:19,21 94:4,12
94:17,23,24 95:8,9

98:18,20,23 100:7
102:6,10 119:9
**offered** 122:8
**offering** 65:6 68:13
121:23 122:3
**office** 7:14 27:2,3
30:11 57:19 61:1
64:25 128:3
**offices** 1:18 15:16
**official** 134:21
**officially** 7:15 13:7
117:22
**Oh** 2:4 39:4
**Okay** 33:17 73:11
95:10 103:3,6
104:12 133:11
**Olcheck** 16:2
**once** 29:12 70:20
93:20
**ones** 18:22 54:12
57:14 76:14,15,19
87:12 89:13 93:5
**one's** 96:12 98:13
**one-third** 111:5
**on-line** 20:10
**open** 19:19 46:15,19
119:13,19
**opening** 64:9 66:4
**operating** 121:21
**operation** 77:16
**opinion** 94:22 95:2
105:3
**opportunities** 94:19
**opposed** 15:8 21:25
38:17 41:9 51:3,19
73:9 89:23 97:11
107:12
**option** 28:4,4 72:13
86:23 87:6,10,14
87:17 88:18,21
89:11 95:24,25
96:4,4 118:20
124:25 135:1,3
**options** 10:12 19:15
20:4,17,17 26:21
27:24 28:6,7,8,10
31:21 34:5,9,10,11
34:12 35:6,15 39:6
39:7,8,19,21 40:11
40:20 51:1,4,6,19
51:20,24,24 74:24
76:16,18 85:6 86:3
86:6,19 87:4,11,21
87:22,25 89:1,7
90:1,7,25 91:12,13
91:13,23 92:14

93:11,11,19 94:12
94:23,24 95:11,21
96:15 98:18,20,23
99:3 100:7 101:12
101:14,15,17,25
106:4,22,23,23
107:6,22 108:8,19
118:18 119:9
120:1,5 124:22
125:7 135:4
**option-related** 20:4
**order** 3:14,16 21:10
21:10 41:19 56:24
56:25 57:2,3 59:25
135:11
**OTC** 98:23
**outcome** 137:19
**Outgenza** 17:6
**outlook** 83:19
129:18
**outperform** 51:25
85:14,19
**outperforming** 34:2
**outside** 16:16 20:20
24:19 55:21 111:6
**outstanding** 120:20
**outward** 99:15
**overall** 88:2
**overlaid** 83:25 84:2
**over-the-counter**
94:12 95:8,11,25
96:25 99:3 100:9
101:25 102:8
119:11 120:17,18
**owned** 78:5,6 123:18
**owning** 33:12,12,16
33:22,22 90:19

**P**

**P** 2:1,1,7
**package** 19:5
**page** 3:2,13 68:9
70:2,17,22 81:1,11
81:16 91:17
102:15 136:7
**paid** 22:15,23 95:22
**paper** 35:1 46:14
72:22 80:11
**papers** 10:1,5
**paperwork** 36:22
96:19,23 97:9
**para** 124:23
**paragraphs** 81:24
**paraphrasing** 73:25
**parent** 25:23
**Park** 16:3

**part** 12:17 13:4
17:20 21:9,13 22:3
26:20,20 32:1,3,7
44:1 51:1 60:4
65:18 97:3,25
112:3 113:23
122:19 123:10
129:18
**participants** 127:6
**participated** 30:25
**participating** 79:1
**particular** 36:8
43:18 44:21 61:12
65:4 89:23 110:1
119:15,15
**particularly** 14:19
**parts** 32:6 68:8,10
122:6
**party** 65:14 71:13,17
137:16
**Parviz** 124:2
**Patel** 17:6
**patience** 5:2 88:5
**patient** 40:14
**PATRICIA** 1:16
137:3
**pay** 22:24 82:21
84:12 96:5
**paying** 84:12 90:23
**peaked** 128:17
**pencil** 35:1
**people** 10:16,17
13:10 14:23,24
15:5,11,14,15,17
16:24 21:24 22:12
23:7 24:8 25:19
31:7 32:4 37:22
38:5,21 41:8,14
42:9,20,23 44:3
55:21 58:2 60:17
62:12,14,16,23
66:10,16,17 70:18
70:19 78:20 82:22
84:10,11 85:1
92:17,18,20,23
93:1 94:15,21
97:13,15,17,24
98:4,8 102:3
107:11 110:16
120:23 129:19
**percent** 49:12,13,18
49:23 50:1 72:14
72:16,17 75:1
85:16,17,17,18,22
85:23 86:10,14
88:16 93:24,25

99:10,11,12,14
100:2 111:2,2,8,8
111:10,10,11,14
111:15,20
**perfectly** 101:1
**performance** 52:11
**performing** 47:17
**period** 89:6 128:5
**person** 4:25 10:19
22:21 23:3,4,21
27:4,18 34:1,4,9
34:12 38:8 40:3
41:1 42:14 51:9,10
51:16 57:18 63:5
70:20 79:3 119:5
**personal** 7:23 9:8
22:2 23:19 57:21
100:24 118:23
125:20
**personally** 14:18
**perspective** 15:10
126:16
**Pete** 17:5
**Philip** 17:5
**philosophy** 9:22,24
10:4
**phone** 14:7 29:6,10
43:7 69:16 70:11
**Picard** 2:5,8 4:9
**pick** 29:10 43:7
50:20,25 85:24,25
90:8
**picked** 51:10
**picking** 51:9,17
**picture** 15:6,7
131:19
**pictures** 80:10
**piece** 46:14 72:21
**pieces** 82:24 83:14
**pitch** 65:14
**place** 31:13 45:1
79:17 137:12
**places** 25:22
**placing** 85:4
**Plaintiff-Applicant**
1:6
**plan** 23:6
**planning** 65:8
**platform** 20:12,13
**played** 14:15
**player** 99:12
**players** 94:11
**playing** 70:11
133:24 134:4
**Plaza** 1:19 2:6,12
**please** 5:8 6:11 48:2

103:6,14
**plural** 127:11
**plus** 85:13 86:17,18
  111:2,8,10,15,18
**PNC** 2:3
**point** 5:21 13:8
  15:22 22:14,16,25
  51:6 78:1 88:20
  89:16 90:21
  100:16 101:11,11
  105:23
**policies** 129:4,9
**policy** 98:15
**Ponzi** 64:13 65:3,17
  65:19 71:19
**poorly** 108:18
  133:14
**popular** 84:23,24
  93:1,18
**portfolio** 49:2 54:14
  84:8,9 85:2,5,7,10
  85:18 90:19
**portion** 37:14 73:1
**posed** 108:4
**position** 82:20 83:25
  84:3,5 90:3 99:8
  104:15 106:5
**positions** 11:4 20:21
  65:10
**positive** 52:21 72:14
  74:25 90:15
**possess** 7:7
**possession** 7:3,6,12
  9:8
**possibilities** 33:5
  34:15 51:15 90:5
  91:6 103:20
**possibility** 33:25
  50:19 90:6
**possible** 31:25 33:3
  48:10 50:23 55:7
  67:3,6 68:24 81:6
  81:8 113:9
**possibly** 5:10 96:14
**postgraduate** 10:3
**post9-11** 26:4
**potential** 85:22,23
  102:24
**potentially** 115:4
**practice** 46:5 66:24
  97:2 121:20
**precise** 36:3 82:8
**predict** 65:12
**prefer** 98:11 107:11
**preparation** 117:8
  121:15

**prepare** 25:4
**prepared** 123:16
**present** 43:14,21
  58:2
**presented** 111:23
**presenting** 120:14
**preserves** 5:25
**president** 79:15
**previous** 81:2
**previously** 135:12
**pre9-11** 26:4
**price** 38:16 86:16,17
  86:19 87:4,5,6,8
  87:25 88:7,9,10,12
  88:12,16,16 89:23
  96:3,6,8,9,10,11
  97:5 98:2,3,7
**prices** 51:23 84:15
  89:20
**pricing** 28:4 89:12
  89:14
**primarily** 11:25
  12:14 27:17 28:4
**primary** 58:13 92:12
  119:23
**principal** 108:19,25
**prior** 44:7 123:23
  137:6
**private** 31:12
**privilege** 6:11 103:4
  118:12
**privileged** 117:4,5
  117:17,19
**prize** 110:20
**PRO** 1:3
**probabilistic** 66:14
**probability** 66:20
  111:13
**probably** 11:17
  22:23 28:11 29:8
  31:19 35:24 36:11
  36:13,15,18,19,20
  59:24 74:17 80:1
  100:11 107:16
  110:18 111:19
  116:1 122:13
  125:14 126:13
**problematic** 75:22
**procedure** 6:4 94:3
  121:21
**proceeding** 5:13
**proceeds** 84:13
**process** 23:10,12
  34:24 96:18 112:7
  131:6
**processing** 97:12

**product** 11:9,10
  22:20 39:9 40:18
  40:19,21 65:15
  97:23 119:6
  121:23
**productive** 21:6
**products** 20:5,7 39:5
  39:7 68:14 132:15
**professional** 69:20
  93:17
**profile** 52:18,19
  53:12 83:18 88:24
  113:1,14,22,24
  114:7 115:22
  135:1
**profiles** 35:14 116:7
**profit** 20:24 21:3,17
  21:22 97:1
**program** 11:21
  99:22 119:20
**programmer** 10:19
**programming**
  124:15
**programs** 119:20
**prohibitions** 129:11
**projecting** 99:15
**projects** 14:21
**proposal** 133:6
**prospective** 80:20
**prospectus** 80:15
**protect** 103:4
**protecting** 70:7,8
**protection** 1:5 84:11
**protective** 3:14,16
  56:23,25 57:2,3
  135:11
**provide** 12:2,7,19
  13:1 28:1,2,9 70:5
  84:7 124:18
**provided** 14:16 28:3
  116:22 119:5
**provides** 65:7
**providing** 47:4
  116:19
**proxies** 116:3
**pry** 22:1
**Public** 1:17 136:24
  137:4,22,22
**publications** 8:8
**publicly** 45:8
**publicly-listed**
  122:12 123:6
**publish** 12:3
**published** 10:1,5
**publishes** 119:25
**publishing** 73:19

**pull** 119:21 124:25
  125:5
**pulled** 134:24
**pulling** 120:13
  124:24
**purchase** 84:6 88:11
**pure** 50:3,4,15,16
**purported** 74:5
  101:23
**purports** 73:3
**purposes** 93:10
  99:23 116:4
**pursuant** 4:18,20
  17:22 18:12 30:9
**put** 9:10 21:20 51:23
  53:8 54:14 66:8,18
  68:19 78:11 82:21
  83:9 84:6,14,17,19
  85:25 87:2 92:14
  135:3
**puts** 134:14
**putting** 104:15
  106:14
**puzzle** 47:14 105:4
  128:17
**p.m** 135:23

—————— **Q** ——————
**quantitative** 26:20
  52:5,9
**quarter** 79:18
**quarterbacking** 44:5
**queried** 117:3
**quest** 42:21
**question** 5:7,9 7:22
  8:16,18 22:11
  28:22 35:3 38:1,7
  38:8,10 39:24
  40:16,22,24 41:5
  41:11,12 42:3 47:7
  47:12 48:1 51:18
  53:4 55:24,25 56:7
  56:10 57:21 60:17
  61:20 69:18 72:7
  72:25 73:10 76:1
  80:19 81:19 82:3
  91:1,3 95:6 98:9,9
  98:12 99:15 102:3
  102:4,15 103:14
  103:15 107:3,24
  108:4,4 109:16
  118:9,21 119:15
  120:9,12 122:25
  126:24 127:14,22
  127:24 133:9
**questioned** 41:2

**questions** 5:6,22
  30:13 42:20 43:11
  46:25 77:24 82:1
  101:1,6,15 130:12
**quick** 26:8 56:10,10
**quote** 73:18 96:6,8
  96:10
**quoted** 71:23 120:22
**quotes** 96:2
**quoting** 96:9

—————— **R** ——————
**R** 2:1 4:1 137:1
**Ramesh** 124:12
**Rampart** 25:10
  26:15,17 27:22
**Randall** 15:25
**range** 86:17,18
  101:8 111:3,5,6,6
**ranges** 106:6
**rate** 49:10,14 75:15
  75:23,25 110:13
  110:15 121:17
**ratio** 110:4,6,8,9,22
  110:25 111:1,16
  111:21,22 112:3
  112:12,16,23
  113:14,18,21
  114:3,17
**ratios** 112:7,14
**RDR** 1:17
**reach** 70:14
**reached** 131:4
**reaction** 71:19
**read** 53:5 65:4 66:13
  66:15,17,21 68:7,8
  68:9 73:1 80:20
  81:16,22 103:13
  103:15 104:3,5
  106:12 113:10
  127:2 130:13
  136:3
**reading** 64:10 66:3
  71:22
**real** 24:22 89:4,20
  91:24 111:24
**really** 34:5,18 38:13
  42:6 44:15 52:15
  52:15 62:3,18
  66:22 92:8,19
  99:10 100:5
  104:21 106:25
  130:17
**reask** 53:4
**reason** 5:17 7:8 19:4
  27:24 45:9 59:22

60:4 63:25 107:14
  107:16
**reasons** 22:2 23:17
**recall** 27:6 30:15
  31:17 32:12 35:25
  41:14,20 42:19
  45:17 47:2 53:6,10
  57:10,11 58:4,10
  58:20 59:1,18 60:9
  60:13,17 63:22
  64:3,22 65:21
  72:18 73:6,14,16
  73:17 75:2,4 78:21
  79:22 112:22
  113:13 114:12
  116:18
**recalled** 58:23
**receive** 64:1 84:18
**received** 4:19 7:1
  8:11
**receiving** 63:22
  65:21 68:21
**recess** 26:11 56:19
  109:4 126:1
**recognize** 63:15
**Recognizing** 8:3
**recollection** 37:16
  42:10 46:21 57:16
  58:20 64:12 67:14
  67:15 68:21 73:5
  80:22 81:21
  113:12 127:15
  134:4
**recommend** 14:14
  94:16,17
**recommendations**
  52:3
**recommended** 82:24
**reconcile** 33:3
**record** 4:12 5:15
  39:2 57:1 109:6
  126:2,5,21 127:24
  135:16
**records** 54:8
**reducing** 91:8
**refer** 6:15 13:23
  39:25 63:3 83:16
**referenced** 122:3
**referred** 26:15 71:6
**referring** 6:17 63:3
  79:6 114:3 129:6,9
**refers** 82:10 89:9
**reflect** 112:1
**reflected** 119:24
**refresh** 73:5
**Reg** 13:13

**regard** 37:25 42:12
  43:5 75:3 103:24
**regarding** 36:6
  52:22 57:5 60:22
  79:23 94:4 115:6
  126:7 128:1
**region** 119:6
**regional** 15:16 22:19
**regular** 29:3 34:3
  55:8 91:25 94:8
**regularly** 29:17,24
**regulations** 13:6
**regulator** 120:19
**regulatory** 121:5
**Reisbaum** 2:9,10
  3:16 4:13,13,14
  6:9 9:9,13 16:22
  18:6 26:8 28:14
  29:16 31:9 35:7,11
  36:7 37:8,19 38:11
  41:4 43:6,16 45:20
  47:6,18 48:6,25
  55:23 56:6,25
  60:15,23 61:5,17
  61:25 62:5 65:24
  67:10,16,23 69:22
  74:7 77:10 81:22
  83:21 88:3 91:21
  92:4,9 94:13 95:1
  95:4,15 102:2,14
  102:25 103:7,11
  108:9 109:21
  112:18 113:19
  115:12 116:8
  117:1,16 121:24
  122:5,24 123:22
  126:8,19 127:3
  128:4,8 130:14
  131:7,24 132:9
  133:22 134:6
**related** 7:6 13:24
  20:15 62:15 63:7
**relationship** 27:14
  28:18 69:21,23
  87:8
**relative** 70:21 88:16
  88:17 90:19
  137:15,17
**relatives** 71:4
**religiously** 129:21
**rely** 46:8
**remarks** 18:19 73:5
  73:8
**remember** 15:18
  17:11 31:16,22,22
  32:11,23 37:1 38:4

38:4,20,23 47:1
  49:13,17 58:12
  64:9 65:2 66:3
  68:23 69:2 70:9,11
  70:12 74:1 76:14
  78:17,18 79:1
  106:17 112:25
  113:20 115:21
  116:17,18 131:9
  132:2,4,4,20
**remembered** 52:25
**remembering** 25:21
**repeat** 47:7 48:1
**repeating** 48:17
**replicate** 133:20
**replicating** 65:13
**reply** 64:4
**report** 16:6,7 24:10
  25:4 38:7
**reported** 15:18
  23:22 24:10 74:21
  75:21 114:14
  126:17 127:2
  133:21
**reporter** 1:17 5:15
  53:5 57:1 70:5
  103:16 137:4
**reporting** 1:23 16:20
  23:8 24:5,14 127:8
**reports** 124:17
**represent** 4:9 79:14
  110:22
**request** 9:5,10 43:12
  94:2,4 135:17
**requesting** 68:25
**requests** 9:2 25:14
  93:18
**required** 135:13
**requirements** 96:14
**requires** 15:9
**research** 10:19 11:7
  11:11,13,23 12:25
  13:1,1,2,4,10
  14:16,20 20:24
  42:3,4 93:9 101:16
  119:4,8 126:5,23
**resigned** 17:17
**resolve** 34:20 35:10
  67:19 102:19
  105:9
**respect** 32:7 43:2
  77:16 89:24 100:7
  102:20 129:4
**respond** 64:6 66:3
  66:21
**responded** 64:3

**responding** 25:13
  46:18 65:22
**response** 5:8 39:22
  40:5 41:23 42:16
**responsibilities**
  11:23 18:12 25:13
  98:21 127:5
**responsible** 25:19
  27:13,19 97:11
  119:2 125:4
**responsive** 7:3 8:15
  9:2,7
**restate** 53:3 55:24
**restrict** 13:15
**result** 22:23 53:16
  98:1 116:12,12
  130:18 131:20
**results** 90:23 111:25
**retail** 76:21
**return** 33:14,16
  35:13 49:24 50:17
  50:22 51:8 52:18
  52:19 53:12 54:15
  54:18 65:12 72:14
  72:15 74:25 75:1
  81:5 83:19 86:21
  87:23 88:8,24
  110:11,12,13,15
  112:4,5,5 113:22
  113:23,24 114:23
  115:22 133:9,12
  134:8
**returning** 75:12
  109:5
**returns** 31:24,25
  32:8 33:5 35:17,20
  48:5,14,24 49:10
  52:5,16 54:23
  55:19 67:22 74:5
  75:13,19,20 86:22
  88:1 90:2,8,15
  102:21 104:17
  105:10 109:20
  111:8,11 112:24
  115:3,4,19 116:6
  116:13,14 130:10
  134:12,25
**Reuters** 119:14,24
**reveal** 18:7
**revenue** 90:2
**reversal** 33:11 83:7
  83:10
**review** 37:7
**reviewed** 8:10 80:20
  109:18
**reward** 50:13

**rewrote** 10:14
**rich** 89:7 135:5
**richness** 88:18
**rid** 23:6
**riddle** 45:7
**right** 17:14 21:20
  36:11 44:17 51:16
  53:24 54:2,3,11,24
  70:22 72:5 81:6,11
  88:9,11 97:21 99:8
  104:17 112:6
  113:2,2,4 114:22
  120:6 124:22
  126:21 128:19
  133:4,6,7
**ring** 79:8
**risk** 50:6,12 52:9
  53:18 54:18 55:6
  83:18 91:2,4,8
  94:21 112:2,6
  114:1,7,23 115:3
**risks** 115:4
**risk-free** 75:15,23,25
  110:13
**risk-return** 113:13
**risk/reward** 112:25
**RMR** 1:17
**Robinson** 27:8 43:14
  79:22 80:6
**Rockefeller** 1:19 2:6
**role** 11:11,11 14:15
  14:17 21:13
  125:10
**roles** 12:2
**room** 4:25 21:20
  30:21,22 57:19
  58:2,11 66:18
**Rosen** 16:3
**roughly** 15:12
**Roy** 16:3
**RPR** 1:17
**ruin** 65:17
**Rule** 1:6 4:18
**rules** 6:4 13:7 66:8
  66:12 97:18,20,23
  133:5
**run** 76:21,21
**running** 54:3,20
  64:13 65:11,15,19
**Russell** 92:21
**Ryan** 2:7 4:8 16:1

─────────────
              **S**
─────────────
**S** 2:1 3:12 4:1,1
**sale** 84:8 86:17 88:12
**sales** 13:8 21:3,3,6,7

LEON J. GROSS  10/22/10                CONFIDENTIAL                SIPC v. BLMIS

21:12,13 24:11
25:19 55:21
125:12
**salespeople** 12:1
14:6,8,16,17 27:1
38:23 41:3,12,13
41:16 42:12,19
46:3,9 56:4 61:7
107:21 119:2,8
120:24
**salesperson** 21:11
27:3,4,6,13,15,17
29:9 30:12,15,15
43:25,25
**Salomon** 10:20
**Sara** 16:2
**Sarkar** 15:25
**save** 46:15 119:17
**saw** 21:22 33:4 54:21
54:25 55:14 67:6,7
70:20,24 77:19
80:24 82:25 86:22
105:10 108:14
113:7
**saying** 29:25 34:15
48:1 65:2 74:1
79:3 80:2,5 94:5,5
101:2 127:20
133:11
**says** 33:10 46:13,21
65:5 74:23 86:9
96:7 119:18 133:1
**scaling** 112:10
**schedule** 29:7
**scheduled** 27:1
30:18
**scheme** 64:13 71:19
**schemes** 65:20
**school** 9:23
**Schwarting** 16:2
**screen** 119:16
**scribble** 46:1,14,18
**Sean** 124:8
**search** 135:21
**SEC** 71:24 72:9,11
73:2,13,23 127:9
**second** 12:4 37:14
81:16
**second-opinion**
131:3
**section** 81:12
**securities** 1:5,8 19:1
25:1 108:12
116:21 117:11
118:4 122:12
123:6,7 125:21

128:2
**security** 78:6
**see** 27:3 46:12 51:11
51:17 52:6,7,11
53:20 55:2 64:17
67:1 71:22 72:21
80:2,4 81:13 90:13
108:3 110:2,4
120:22,22,24
**seeing** 134:8,9,10,12
**seen** 29:12 38:22,24
39:16,18 40:7,7
43:20,20 44:19
64:14,15,16 67:5
80:20 81:8
**selection** 34:7
**sell** 82:21 83:9 84:13
85:15,17
**selling** 22:8 34:12
54:2 84:14 97:12
105:22
**send** 66:10,12,15,16
96:23
**sense** 9:15 10:22
22:17 34:18 41:21
42:11 45:1 50:18
73:20 77:15 100:8
101:24 106:16,19
107:13 110:24
113:17 114:8
120:23 121:3
122:1 130:17,23
131:1
**sent** 29:19,21 63:19
69:17 96:19
**Sentry** 3:19 80:15,21
**separate** 13:5 21:20
82:7
**separately** 104:24
**separation** 7:16 19:5
**series** 33:14,16 49:24
50:22 54:15 76:13
76:13,13,13,20
81:5 86:21 87:23
119:21 125:1
133:10
**services** 1:24 119:5
**set** 27:4 133:5
137:12
**setting** 19:9 25:19
31:4 94:9 110:21
117:2
**settlement** 13:11
21:1
**settles** 88:10
**seven** 104:23

**severance** 17:23 19:2
19:7 130:4 135:18
**share** 76:24 77:3
130:13
**shared** 125:4 131:5
131:14
**shares** 3:20 19:11
80:16,21
**sharing** 77:7
**Sharpe** 110:3,6,8,9
110:19,22 111:16
111:21 112:3,7,12
112:14,16,23
113:14,18,21
114:2,17
**short** 33:17 50:21
52:13 65:19 90:16
107:9
**shorting** 34:1
**short-term** 49:10
50:8
**shout** 38:17
**shouting** 42:23
**show** 81:11 96:11
97:19
**showed** 36:11 57:20
71:5 74:10 81:4,7
87:19 106:9
109:19 115:24
**showing** 31:23
**shut** 72:11 73:13,23
73:23
**side** 5:23,25 23:19
**signals** 52:5 90:12
**signal-to-noise**
110:25
**signed** 56:24,25
135:10,11 136:4
**significance** 44:21
**signing** 71:15
**similar** 14:15,16
33:14,16 80:24
109:25 114:5
116:4
**similarities** 116:6
**Simone** 3:22
**simple** 12:7 93:15
98:8
**simpler** 33:12 93:13
**simply** 47:25 74:5
90:2,15 97:25
102:12
**simultaneously** 84:8
**single** 54:20 55:2
66:23 134:18
135:3

**sink** 20:10
**sir** 103:24
**sit** 41:18
**site** 14:7 31:18,20
37:3 54:22,25
77:20 108:15
130:23
**sitting** 43:24 64:11
128:3
**situation** 133:5
**situations** 15:9 20:19
**six** 10:13,18 29:2
49:11 98:5 104:23
**size** 91:24
**skeptical** 47:13,22
47:22 48:13,22
**skepticism** 47:14,16
47:20,23
**sketch** 135:5
**skew** 89:8,13,18
**skimmed** 68:9 81:25
**slip** 6:25
**small** 19:12,22 66:20
92:21 93:3 97:1
99:12
**smaller** 15:9
**smartest** 4:25
**social** 12:11 59:24
69:21
**software** 10:14 54:3
**sold** 19:19
**solver** 128:17
**somebody** 29:21,23
42:7 50:21 66:21
70:20 78:2,3 96:3
119:18 120:5
130:21 132:18
**someone's** 66:23
122:18 126:14
**something's** 130:24
**sorry** 17:7 19:17
21:9 32:13 40:13
72:6 75:19 80:4
91:12 120:17
**sort** 15:6 23:12
34:13 65:15 92:23
99:20 110:9,14
111:2 125:6
**sounds** 124:6 133:16
**source** 119:22,23
120:11
**SOUTHERN** 1:2
**span** 28:25
**speak** 29:8 37:17
42:24 44:3 55:19
56:12 113:21

135:17
**speaking** 43:17 56:2
78:22 95:10
105:17 132:2
**special** 14:18
**specific** 18:25 20:6
41:9 61:18 68:23
76:3 78:12 82:1
117:24
**specifically** 69:19
113:20 129:6
**specifics** 19:6
**specified** 112:12
**specify** 91:14,17
**spectrum** 87:14
**speculate** 100:19
101:4 104:20
**spend** 77:11
**spent** 36:13
**split** 33:10 37:13
82:12 83:2,13
**spoke** 12:10 25:21
28:20 70:12 113:9
123:5 132:22
**spoken** 62:24
**spot** 87:8
**spreadsheet** 35:2
46:15,19
**square** 127:1
**Stamp** 109:8
**stamps** 80:14
**standard** 8:8 19:4
46:20 66:24 82:22
83:6 84:20 85:1
93:5 94:3,20 100:3
110:11,14 111:3
111:17 114:5
121:20,21 133:12
134:9,25
**start** 9:15 14:13,14
**starting** 26:2
**state** 4:12 137:22,22
**stated** 48:5 102:21
115:19
**statement** 73:15,16
75:2
**statements** 37:6,6
74:21
**states** 1:2,18 72:10
73:12 137:5
**statistics** 120:1,3,3
**Steen** 2:12 4:16
**stenographically**
137:11
**step** 130:19
**sticking** 41:22

**sticks** 79:4
**stock** 10:16 11:2,21
 19:8,12,18,23
 20:17,19 22:7,10
 34:7 83:8 85:8
 86:8,9,16,19
**stocks** 33:12 34:1,2
 50:20,25 51:9,11
 51:17 92:13 93:14
**stored** 124:22 125:1
**stores** 71:13
**strange** 92:20
**strategies** 27:23
 35:14 52:10 53:22
 54:11,13,14
 115:19 133:10
**strategy** 11:14,16,20
 21:1 24:24 31:20
 31:24 32:1,9 33:4
 33:9,11 34:11,13
 35:9,17,20 36:14
 37:13 48:4,8,12,14
 48:22 51:1 52:4
 54:20,21 67:18,21
 72:13,15 73:19
 74:4,24 75:11,11
 75:20 81:13,20,21
 82:4,5,10,13 83:18
 86:2 87:19 88:2,15
 88:25 89:17,22,25
 90:12,14 91:9,14
 101:22 102:21
 104:3,8,14,16,18
 105:12,18,19,19
 106:8,14 109:20
 113:15,23 115:1
 116:14,14 122:1
 122:23 124:16
 130:10 132:16
 133:2,21 134:2
**stream** 65:12
**streamline** 22:25
**street** 2:3,9 4:2
 22:13 24:20 70:2,4
 70:18
**strike** 33:10 37:13
 82:12 83:2,8,12,13
 85:24,25 86:23
 87:2,3,5,8 123:14
**strikes** 34:10 49:5,7
 49:9 50:5 89:13,15
 105:21
**structure** 24:5,11,12
 89:8,10,18
**structured** 12:23
 39:6 68:14 122:16

**structuring** 12:12,14
 12:20 121:22
 123:8
**struggle** 21:11
**stuck** 23:12
**studied** 9:20,22
**stuff** 104:11 119:22
 120:6 122:11
**stupid** 72:13 74:24
**subject** 32:10 58:9
 69:6 78:15 115:11
 136:5
**submission** 73:2
**submissions** 72:9
**subpoena** 4:20,20
 7:1,3 8:10,15 9:11
**subscribed** 136:21
**subsequent** 80:5
**subset** 16:14
**substance** 72:20 75:3
 78:9 104:9
**suffice** 66:24
**sufficient** 42:5
**suggesting** 64:12
 74:20
**suitable** 54:4,6
**supervising** 44:5
**support** 1:24 119:1
 122:22 125:13,15
**supported** 11:25
**supposed** 23:10
**sure** 9:4 16:8 22:12
 22:15,16 26:1,10
 27:10 30:23 32:15
 32:24 44:10 47:20
 47:24 62:1 69:18
 75:9 76:17 82:18
 91:24 92:7 93:20
 93:21 100:4
 127:24 129:8
 135:2
**surprise** 72:3 92:11
**surprised** 71:22 72:2
**surprising** 94:6
**surrounding** 17:16
**surveys** 121:1
**survive** 22:6 24:16
 24:22,23
**suspect** 117:20
 123:12
**suspects** 126:14
**suspicions** 60:22
 64:24 72:4
**suspicious** 65:1,11
 65:13 131:10
**swap** 65:6 93:20

 105:22 107:7
 121:12,17
**swaps** 12:15,21,23
 39:8 68:14 122:3
**swim** 20:10
**Swiss** 121:17
**sworn** 4:4 136:21
 137:7
**system** 24:23 119:25
 120:7
**S&P** 28:10 33:14,23
 40:10 50:21 85:10
 85:14,16,18,19
 90:10 91:20 92:17
 93:2,11,25 94:17
 105:25 115:19,23
 116:2 134:9,25

————————
**T**
**T** 1:1 3:12 33:17
 137:1,1
**table** 6:1 113:1,7
**tag** 70:11
**take** 5:12 7:18,24
 10:6 25:11 26:8
 46:3 56:18 69:7
 71:25 73:9,11
 81:15 86:8 102:16
 106:5 109:2,8
 111:25 125:19
 126:10
**taken** 1:15 24:12
 26:11 56:19 109:4
 126:1 136:4
 137:11
**takes** 90:22,23 96:7
**talk** 5:1 9:13,18
 25:16 28:23 32:20
 37:12,14 48:15
 60:1 62:12 70:6
 74:22 84:5 85:1
 92:24 104:1 106:1
 112:8 115:21
 121:2
**talked** 56:2 62:14
 113:17 114:7
**talking** 7:23 26:12
 36:8 46:4 52:24
 81:19 89:23 90:18
 90:19 93:24 104:6
 134:5
**tasked** 24:25
**taught** 9:24
**teaching** 9:24
**technical** 125:15
**technically** 20:25

**telephone** 64:4
**tell** 9:16 15:21 16:9
 16:13,15 19:18
 32:25 35:23 41:16
 48:21 57:13,14
 62:22 66:4,11 68:9
 69:24 70:7 92:2
 96:12 97:21
 107:12 111:1
 112:11 115:25
**telling** 35:25 59:20
 65:9
**ten** 41:17 49:18,23
 85:15,16,17 111:1
 111:7,17
**tenure** 28:25
**term** 83:15 89:8,10
 89:18 113:21
**terminology** 23:3
 83:5
**terms** 12:25 21:23
 42:8 43:21,23
 50:12 52:13 55:10
 83:18,18,19 88:15
 88:15 89:3,4,20,22
 92:17,25 93:16
 96:18,22 97:8,9,9
 98:5,6,7,8 104:19
 104:20 106:21
 113:6 114:6
 119:21 126:15
 129:15 135:20
**test** 133:1,9,25 134:2
 134:17 135:6
**testifies** 4:5
**testify** 137:7
**testimony** 1:15 5:19
 62:6,8 67:8 103:12
 105:7 136:3
 137:11
**testing** 132:16
**thank** 4:10,23 6:9
 135:7
**thing** 12:5,16 13:16
 22:5 33:20 38:14
 42:2 43:10 44:3,6
 46:20 49:18 51:3
 53:19 57:21 59:24
 66:14 71:23 73:12
 82:22 84:20 85:1
 87:1 88:18 94:6
 96:13 100:3
 105:25 106:17
 108:15 120:16
 131:3 132:19
**things** 5:3 8:7 12:7,8

 12:10,15 13:9,18
 20:14 22:4 33:24
 42:7 46:9 52:12
 53:8,15 54:4 60:6
 64:20 66:9,12
 70:24 83:20 84:22
 84:25 88:4,17,17
 92:22,23 93:1
 99:19 104:18,24
 105:1,4,8,13,15
 113:8 114:4,9
 119:13,24 120:8
 129:22,22 130:16
 132:5,7,10,13,17
 133:3
**think** 18:22 19:24
 21:17,22 25:12
 26:3 34:22 42:8
 59:24 60:4 62:5
 66:4 69:3 75:10
 76:17,18 77:6 78:9
 79:19 83:5,7,11
 93:20 95:14 97:13
 97:15 99:2,9
 100:13,19 101:3,7
 101:18 103:11
 108:22 127:12
 131:11
**thinking** 32:25 67:20
 72:6 73:17 74:10
 74:12,13,15 77:12
 113:6,13 116:1
 130:11 133:16
**thinks** 72:15
**third** 65:14
**thought** 32:14 33:2,8
 33:25 34:8,12
 43:11 50:19 51:16
 54:6,22 72:3 73:21
 75:21 77:19 93:8
 103:25 104:7,22
 105:15 106:21
 108:22 113:11
**thoughts** 32:23
 35:16 72:20 73:3
 125:25 131:15
**thousand** 19:21
**thousands** 126:9,13
**three** 22:18,22 83:20
 84:23 96:8 99:12
 133:3
**throw** 46:1
**ticker** 120:4,20
**tie** 100:19
**tight** 105:21
**time** 5:8,12 8:4,16

GRLCAA0000150

**LEON J. GROSS  10/22/10**          **CONFIDENTIAL**          **SIPC v. BLMIS**

11:7,10,14 15:4,4
15:14 25:3 28:18
30:2 32:24,25 36:9
36:10 41:20 43:9
50:24 52:10,25
56:13 57:10 60:19
60:25 64:18 65:5
67:20,20,25 71:3
72:6 73:22 77:12
89:6 93:9,24 97:1
103:22 105:14
106:25 107:7
111:4,12,20 116:9
116:10,23 119:21
123:5 125:1 128:2
128:5 135:3
137:12
**timeline** 117:21
**times** 5:2 16:17,18
21:8,12 28:24
43:24 45:25 51:22
54:9,10 65:7 66:16
70:18 118:5
127:21
**timing** 102:22 104:3
105:13 106:15
**ting** 47:24
**title** 11:7
**today** 4:10 5:1,13,19
25:16 48:15 55:20
64:11 82:4 116:8
127:21 130:6
**told** 36:2 57:22
59:12 60:6 78:12
118:6
**Tony** 27:9
**topic** 58:13 62:12
118:13
**topical** 13:15
**topics** 62:14
**total** 119:19 120:19
121:17
**total-return** 12:21
68:13 122:3
**town** 59:24
**track** 54:8 55:24
92:23 98:17,19,21
99:21 120:19
124:20
**tracking** 85:11
**trade** 10:13 12:3
20:2,4,7,9,11,12
20:16,17,18 39:9
39:19 40:1,2,6
45:5 88:9 90:22
93:2 94:19,23

95:23 96:18,25
97:7,12,15,18,19
97:22,25 98:1
107:7 118:19
123:7
**traded** 39:5,6,7,8,8
40:23,23 94:24
98:18 100:8,11
119:10
**trader** 101:12,13
125:12
**traders** 21:15 38:16
39:10 61:8 120:23
**trades** 14:14 20:15
91:25 92:8,12
101:24 102:5
107:22 118:24
**trading** 10:12,15,16
10:17 11:21 20:3
20:20 24:11 31:3,6
32:5 35:6 37:23
39:4,20 40:11,18
42:8,12 59:16
66:20,25 67:21
93:17 123:6
**transacted** 98:24
**transaction** 97:10
121:12,17 122:16
**transactions** 12:13
61:4 97:4 116:25
118:17 122:11,22
129:4,9,12
**transcript** 1:15
136:3 137:10
**transparency** 97:14
**Travelers** 45:6
**traveling** 29:11
**Treasuries** 33:22
**Treasury** 75:24 76:1
**treat** 12:18
**treated** 21:18,21,21
**Tremont** 123:18
**trend** 89:5
**Tribeca** 59:8
**tried** 33:2,5 34:14
67:19 90:20
103:19
**trips** 26:25 27:2
**trouble** 72:16 97:9
**true** 137:10
**trustee** 2:5,8 4:9 6:7
**truth** 137:7,8,8
**try** 5:3,9 13:18,22
15:23,24 26:3
44:25 48:21 61:10
100:3

**trying** 5:15 8:24 13:2
22:1 32:16,21
34:19,23 36:3,14
37:11,20 39:16
41:21 47:9 53:8
56:1,4,11 60:16
61:19,21 62:7,18
63:1 64:21 78:7
90:7 99:24 101:5
102:19 106:25
113:16 121:25
122:9 126:12,15
128:20 131:5
**turn** 65:20 81:1
102:15
**turned** 72:5
**two** 14:1,2 16:4 22:4
23:1,4 29:13 32:6
50:1,10,15 56:18
57:11 76:15 79:24
81:24 84:23 85:19
88:16 114:3
128:12
**two-thirds** 111:4
**type** 8:7 12:25 14:4
17:23,23 20:3,7
28:2 32:1 38:14,18
39:25,25 40:4 44:2
44:6 46:9 53:19
54:2,4 84:4 109:17
131:3 132:7 133:4
**types** 12:4,6 13:19
13:25 14:20,20
28:6 35:14 90:7
129:9 132:17
**typically** 84:10
95:12

**U**

**unclear** 5:8 107:1,4
**undergraduate** 9:20
**underlying** 85:6
123:9
**underneath** 89:3,19
**underperform** 85:14
85:19
**understand** 4:21
6:16 8:24 13:2
19:25 23:25 26:17
27:21 29:25 32:22
34:23 37:15,20
39:17 47:9 48:3
54:19 55:12 56:9
60:16 61:2,19,21
63:3,7,17 64:21
79:15,25 83:13

88:24 89:2 90:1
98:10 104:22
115:9 118:21
122:9 125:9
126:12,15 129:23
131:5,13
**understanding** 24:3
35:13 73:22 75:7,8
86:1 91:11 94:9,10
104:19 135:12
**understood** 48:13
79:2 91:5,7
**undertake** 61:2
**undertaken** 135:21
**UNITED** 1:2
**universes** 93:3
**University** 9:19,22
10:9
**unmanageable** 66:8
**unquote** 73:18
**unusual** 113:15
**upside** 84:9 85:5,9
85:12,13,20,22,24
86:25
**upsides** 85:3
**upstairs** 10:17
**use** 34:5,5 75:8 83:1
83:15 84:13 92:23
93:13,17 107:1,2,3
110:17 113:8
115:23 118:19
125:2 129:19,21
133:21
**useful** 51:7
**usually** 38:6 46:3
86:5,15,18,19
**utility** 106:14
**U.S** 49:11

**V**

**v** 1:7
**valuable** 19:24 21:23
**value** 21:4,5,16
51:18 84:7 89:1
92:21 106:23
**variance** 12:15
**variation** 53:22
**variety** 12:3 16:18
18:16 52:12 54:11
**various** 12:2,4 52:14
91:6
**vary** 33:19 49:11
87:4
**vast** 52:20
**versus** 115:25
**vested** 19:19 22:10

**vice** 79:15
**view** 13:8 22:14,16
35:9 51:6 78:1
88:20 89:16 90:21
104:2 115:1
118:10 123:21
**viewed** 102:19
**Vishal** 124:10
**visibility** 65:10
**voice** 70:12
**volatilities** 28:5 89:9
**volatility** 12:15
13:21 51:21,24
52:14 89:12,14,18
134:13
**volume** 98:18,20,23
99:3 100:8 119:12
119:19 126:22
**volumes** 119:9 121:2
**voluntarily** 17:18,20

**W**

**Wait** 104:4,4
**waiver** 13:14
**wall** 13:12 24:20
70:2,4,17
**want** 5:12 13:18
15:20 18:11 25:11
36:20 62:10 70:23
81:11 84:11,11
85:24,25 100:14
105:6 119:18
120:9 127:12,23
132:15
**wanted** 13:14 23:20
38:15 66:22 71:12
119:9
**wants** 97:19,22
**warrants** 19:15
**wasn't** 22:6,11,15
23:12 24:21 30:20
30:21 31:2 34:13
37:12 38:13 45:22
52:12 55:13 58:12
58:14 67:4 71:12
71:12 77:18,22,22
78:1 94:3,7 101:17
105:3 108:21
113:1 125:11,12
126:22,22 127:4
132:1 134:20
**watch** 93:1
**way** 12:18 14:13
42:7 51:25 55:3
72:1 83:10 84:12
84:24 87:14,16

**BENDISH REPORTING, INC.**
**877.404.2193**

88:14 92:20 93:15
94:19,20 98:11,12
98:22 99:2,7 108:3
112:6 133:15
**ways** 99:18 107:9
125:2
**wear** 23:4
**web** 14:7 31:18,20
37:2 54:22,25
77:20 108:15
130:23
**weekend** 67:2
**weekly** 112:8
**weeks** 14:2
**weighted** 50:14
92:20
**weird** 132:19
**Wenbo** 16:2
**went** 9:19 34:21
39:11 71:13 88:19
88:22,22
**weren't** 13:4 21:21
35:20 51:6,7 87:1
122:7,10 126:13
**West** 2:9 4:2
**we'll** 5:10 6:20,25
9:5,9,17 25:16
28:23 37:12 48:15
74:18 84:5
**we're** 4:25 8:22 32:5
36:8 40:3 43:24
48:17 63:2 80:13
93:24 97:25 99:9
99:10,11,11,12
109:5 127:16
**we've** 56:2 82:23,24
101:23
**what's-happening**
15:7
**Wickford** 65:6 68:16
68:18
**wide** 33:13,18 49:5
49:20 105:25
106:1 134:11
**window** 47:8
**witness** 2:11,14 3:2
6:6 95:5 101:18,20
103:6 137:7
**witnesses** 6:7 101:4
**Woltering** 2:4 4:8
**won** 110:20
**word** 114:2
**words** 31:16 32:11
39:13 72:20 74:1
75:3 78:8 82:9,14
82:19 83:1 104:8

**work** 7:10,10 8:8 9:1
9:18 10:3,7 22:5,9
22:15,17 23:14,17
42:8 43:11 52:6,10
57:6 59:21 96:18
99:13 128:1,20
132:12
**worked** 6:17 9:25
10:10,15,18 11:9
15:11,14 16:15
23:5 41:17 51:11
61:16,22 62:16,21
62:21 68:11,22
78:6,14 94:14
115:14 117:9
**working** 7:10 8:20
11:8 23:13 59:21
60:7,21 61:13,21
62:20,23 66:25
67:4 80:23 126:10
**work-related** 7:11
7:24
**world** 8:23 25:24
45:4 78:21 94:6
122:19,20
**worse** 107:13
**worst** 133:13
**worth** 91:1 96:25
97:1
**worthless** 19:16
**wouldn't** 29:5 66:13
70:5 75:5 81:7
83:2,15 92:11
108:10 122:15
129:22 135:2
**write** 13:14,17,18
119:20 124:17
**writing** 9:10 69:2
**written** 8:9 82:24
**wrong** 17:8 18:23
55:5 73:18,20,21
74:1 76:18 130:20
130:20,24
**www.bendish.com**
1:25

_____

**X**

**x** 1:4,9,12 3:1,12
**XI00780** 137:23
**XYZ** 40:4

_____

**Y**

**Y** 2:14
**Yeah** 102:18
**year** 9:21,21 29:13
49:14,16 111:13

112:15 132:22
**years** 15:20 26:1
41:17 49:23,24
114:13 118:18
**year-to-date** 86:11
**York** 1:2,18,19,20
2:7,7,10,10,13,13
4:3,3 10:24 11:1
15:17 30:19 43:18
44:8 69:6 137:5,22

_____

**Z**

**zero** 86:13 87:16
106:7
**Zhou** 16:2

_____

**$**

**$10,000** 96:22
**$300** 123:17
**$56** 19:21

_____

**0**

**0334** 3:22
**08-01789** 1:3

_____

**1**

**1** 56:23 72:16 85:11
85:22 89:11 90:23
111:15
**1-11-07** 3:21
**1:22** 109:6
**1:51** 126:3
**10** 111:9,10,14,16,18
**10:10** 1:21
**100** 28:10 40:10 86:9
91:20 111:15
115:20
**100-percent** 106:7
**10006** 2:13
**10010** 2:10
**10023** 4:3
**101** 85:21
**10111** 2:7
**109** 3:21
**11** 99:14 111:9
**115** 86:12
**12** 15:13,20 72:14,16
74:25 85:18
**120** 85:23 86:10
**125** 86:12
**1320** 3:20 80:14
**15** 4:2 36:13 59:15
111:10,19
**16** 81:1,12,16
**17** 81:18,23 102:15
**19** 99:11

**1900** 2:3
**1993** 9:23

_____

**2**

**2** 56:24
**2.81** 112:16
**2:05** 135:23
**20** 59:14 78:9 85:23
86:10,10
**2004** 1:6 4:19 6:3
62:2 100:21,25
101:3 103:5
**2005** 45:9
**2006** 11:17
**2007** 11:17 63:12
64:22,24 68:21
**2008** 7:15,18,25
17:13,16 59:2,19
60:10,20 70:1
123:24
**2009** 7:16
**2010** 1:20 136:4
**2010(N.Y** 137:24
**2015** 137:23
**21** 137:24
**22** 1:20 136:4
**23** 137:23
**24** 76:14,20
**24B** 4:2
**25** 111:12
**25th** 2:9
**2780** 3:18
**29** 63:11 68:20

_____

**3**

**3** 63:9,16 65:7 66:16
76:13,18 89:11
96:10 102:16
**3.25** 65:7
**334** 109:8
**388** 59:6
**390** 59:5

_____

**4**

**4** 3:5 34:14 66:16
80:13
**4.80** 88:21 89:4
**40** 2:9 111:19
**44114-3485** 2:4
**45** 1:19 2:6

_____

**5**

**5** 34:14 93:25 109:7
111:12
**50** 86:14 106:2
**50-percent** 106:3

**500** 92:18 93:12
**56** 3:14,16

_____

**6**

**6** 89:11
**6-29-07** 3:17
**63** 3:17 76:13,17
**63rd** 4:2
**65** 111:11

_____

**7**

**7** 45:4 76:13

_____

**8**

**8** 15:13
**80** 3:19
**82** 9:20
**86** 9:20
**877.404.2193** 1:24

_____

**9**

**9** 111:9
**9th** 2:3
**93** 10:25
**94** 10:20
**95** 93:24
**98** 45:6

GRLCAA0000152