| | |
|---|---|
| Todd E. Duffy | **Hearing Date: September 19, 2019 at 10:00 a.m.** |
| Douglas A. Amedeo | **Objection Deadline: August 27, 2019** |
| DUFFYAMEDEO LLP | |
| 275 Seventh Avenue, 7th Floor | |
| New York, NY 10001 | |
| Telephone: (212) 729-5832 | |
| Email: tduffy@duffyamedeo.com | |
| damedeo@duffyamedeo.com | |
| *Attorneys for Alpha Prime Fund Ltd.* | |

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> HSBC BANK PLC, *et al.,* <br><br> Defendants. | Adv. Pro. No. 09-1364 (SMB) |

**NOTICE OF HEARING ON MOTION OF DEFENDANTS ALPHA PRIME FUND LIMITED FOR A JUDGMENT ON THE PLEADINGS**

PLEASE TAKE NOTICE that a hearing on the annexed motion (the "Motion"), dated July 27, 2019 (the "Motion"), of Alpha Prime Fund Ltd. will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Room 723 of the United States Bankruptcy Court for the Southern

District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004, on September 19, 2019, at 10:00 a.m. (Eastern Time), or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that any responses or objections to the Motion (the "Objections") must be in writing, shall conform to the Federal Rules of Bankruptcy Procedure and the Local Bankruptcy Rules for the Southern District of New York, and shall be filed with the Bankruptcy Court in accordance with General Order M-399 and the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York (available at www.nysb.uscourts.gov), with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, and shall be served upon the attorneys for Alpha Prime Fund Ltd, DuffyAmedeo LLP, 275 Seventh Avenue, 7th Floor, New York, NY 10001 so as to be received no later than August 27, 2019 (the "Objection Deadline").

PLEASE TAKE FURTHER NOTICE that if no Objections are timely filed and served with respect to the Motion, Alpha Prime Fund Ltd. may, on or after the Objection Deadline, submit to the Bankruptcy Court an order granting the requested relief, which order may be entered with no further notice or opportunity to be heard.

Dated: New York, New York
      August 27, 2019

**DUFFYAMEDEO LLP**

By: */s/ Todd E. Duffy*
    Todd E. Duffy
    Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
       damedeo@duffyamedeo.com
*Attorneys for Alpha Prime Fund Ltd*