**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>　　　　　　　　　　　　Debtor. | **Adv. Pro. No. 08-1789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)** |
| **IRVING L. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　　　　Plaintiff,<br>　　- against –<br>**HSBC BANK PLC, et. al.**<br>　　　　　　　　　　　　Defendants. | **Adv. Pro. No. 09-01364 (SMB)** |

## DECLARATION OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.　　I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On July 27, 2019, I caused to be served via electronic mail, true and correct copies of the Motion of Defendant Alpha Prime Fund Limited For Judgment On The Pleadings and all supporting documents upon the following parties:

| | |
|---|---|
| Oren Warshavsky<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>owarshavsky@bakerlaw.com | Geoffrey North<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111<br>gnorth@bakerlaw.com |

2. I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

_____
Todd E. Duffy

Dated: July 27, 2019