**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Jason S. Oliver

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                              Plaintiff,<br><br>           v.<br><br>  LEGACY CAPITAL LTD.,<br><br>                              Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**NOTICE OF FINAL PRETRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that on May 16, 2016, Defendant Legacy Capital Ltd. ("Legacy") filed an Answer to the Trustee's Amended Complaint (ECF No. 139) and pursuant to the First Amended Case Management Plan filed on December 13, 2016, the Trustee and Legacy (the "Parties") engaged in discovery (ECF No. 153).

**PLEASE TAKE FURTHER NOTICE** that on December 21, 2018, the Trustee moved for summary judgment to avoid and recover intentional fraudulent transfers from the BLMIS account held by Legacy pursuant to 11 U.S.C. §§ 548(a)(1)(A) and 550(a)(1). (ECF Nos. 191-193). On March 1, 2019, Legacy filed its opposition brief to the Trustee's motion for summary judgment. (ECF No. 199). On March 22, 2019, the Trustee filed his reply brief in further support of his motion for summary judgment. (ECF Nos. 201-02). On March 22, 2019, the Securities Investor Protection Corporation ("SIPC") also filed a reply brief in further support of the Trustee's motion for summary judgment. (ECF No. 204). On March 29, 2019, the Court permitted Legacy to file a sur-reply limited to ten pages (ECF No. 211) in response to SIPC's reply brief, which was filed on April 4, 2019. (ECF No. 212).

**PLEASE TAKE FURTHER NOTICE** that on June 25, 2019, the Court entered its memorandum decision and order denying, in part, the Trustee's motion for summary judgment and granting relief under Federal Rule of Civil Procedure 56(g). (ECF No. 221). On July 10, 2019, the Court filed an order settling its June 25, 2019 memorandum decision on the Trustee's motion for summary judgment and directing the Parties to trial on the remaining issues identified in the order. (ECF No. 222).

**PLEASE TAKE FURTHER NOTICE** that the final pretrial conference in this adversary proceeding has been scheduled for **September 5, 2019, at 10:00 a.m.** before the Honorable Stuart

M. Bernstein, United States Bankruptcy Judge and all trial counsel are required to attend.

Dated: July 30, 2019
      New York, New York

                **BAKER & HOSTETLER LLP**

                */s/ Oren J. Warshavsky*
                **BAKER & HOSTETLER LLP**
                45 Rockefeller Plaza
                New York, NY  10111
                Telephone:  (212) 589-4200
                Facsimile:  (212) 589-4201
                David J. Sheehan
                Email: dsheehan@bakerlaw.com
                Oren J. Warshavsky
                Email: owarshavsky@bakerlaw.com
                Jason S. Oliver
                Email: joliver@bakerlaw.com

                *Attorneys for Irving H. Picard, Trustee for the*
                *Substantively Consolidated SIPA Liquidation*
                *of Bernard L. Madoff Investment Securities*
                *LLC and the Estate of Bernard L. Madoff*