# EXHIBIT A

**EXHIBIT A**

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/4/2013 | 4803 | 23 | 4804 | 21 | 23 Q. As part of this strategy, the IA business would do what was<br>24 referred to as going into the market and purport to buy<br>25 securities, is that right?<br>1 A. Correct.<br>2 Q. Were you really buying securities?<br>3 A. No.<br>4 Q. Was this all just on paper?<br>5 A. Yes.<br>6 Q. Then, when you got out of the market, the IA business would<br>7 purport to buy treasury securities, right?<br>8 A. That's correct.<br>9 Q. Did you really buy treasury securities?<br>10 A. No.<br>11 Q. Were those all fake?<br>12 A. Yes.<br>13 Q. When that activity happened, would there be communications<br>14 sent to customers?<br>15 A. Every time.<br>16 Q. Are you familiar with the term "trade confirmation"?<br>1 7 A. Sure.<br>18 Q. Would trade confirmations be sent to customers?<br>19 A. Yes.<br>20 Q. Would that reflect the fake trades that you just described?<br>21 A. Exactly that. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/4/2013 | 4804 | 22 | 4805 | 14 | 22 Q. Would account statements that we have looked at be sent to<br>23 customers?<br>24 A. Yes.<br>25 Q. Would those account statements reflect the fake trading<br>1 that you testified about?<br>2 A. Yes.<br>3 Q. When you sent those trade confirmations and sent those<br>4 account statements to clients, did you know that you were<br>5 committing fraud?<br>6 A. Yes.<br>7 Q. In terms of going in and out of the market, who would make<br>8 the decision to do that activity?<br>9 A. Bernie made the final decision on that.<br>10 Q. When you made that decision, were you looking at historical<br>11 prices when you were trying to get out of the market?<br>12 A. Most of the time.<br>13 Q. At any point was any of the trading actually real?<br>14 A. No. |
| 12/5/2013 | 4920 | 23 | 4921 | 12 | 23 Q. Now, did you come to learn that there was a project to<br>24 re-do some of the ACF statements?<br>25 A. Yes.<br>1 Q. And who was involved in that project to re-do the ACF<br>2 statements?<br>3 A. Bernie, Annette and Jodi and, to a certain extent, myself.<br>4 Q. And how did you participate in re-doing the ACF statements?<br>5 A. I provided an array of U.S. treasury notes and researched<br>6 historical pricing mechanisms and fed information to Annette.<br>7 Q. And when you say you provided treasury notes, did you go<br>8 out and buy real treasuries to put in the ACF accounts?<br>9 A. No.<br>10 Q. Are you again speaking of just providing information for<br>11 fake trades?<br>12 A. Correct. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**
*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/5/2013 | 4930 | 6 | 4931 | 5 | 6 Q. Now, over the years, did Ms. Bongiorno ask you for treasury<br>7 bill information?<br>8 A. Yes.<br>9 Q. How often would she have conversations with you about<br>10 obtaining treasury bill information?<br>11 A. She would have conversations with either me or my staff<br>12 every month.<br>13 Q. And what would -- what, if anything, would she say that she<br>14 needed that treasury information for?<br>15 A. She wouldn't typically say what she needed it for.<br>16 Q. What would she say to you?<br>17 A. I need a treasury bill for this month.<br>18 Q. And how would you go about getting the treasury bill for<br>19 that month?<br>20 A. I'd look at where we are on the calendar. I'd estimate<br>21 about how long I wanted to be out in maturity; so if it was<br>22 December of 2013, I would look at a February or March 2014<br>23 treasury bill. I'd go to Bloomberg and ascertain the price and<br>24 give it to Annette.<br>25 Q. And when you would go to Bloomberg, would you look at<br>1 backdated prices?<br>2 A. Depending on the date that she asked me that she needed the<br>3 bill for.<br>4 Q. And was any treasury bill ever purchased?<br>5 A. Never. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/5/2013 | 4931 | 6 | 4932 | 12 | 6 Q. I'll ask you a question. Did the market making part of<br>7 Madoff Securities make a market in treasury bills?<br>8 A. No.<br>9 Q. So could you go to the market making part of the business<br>10 and get a treasury bill to put in an IA account?<br>11 A. No.<br>12 Q. From time to time did you get real treasury bills?<br>13 A. Yes.<br>14 Q. And what were those real treasury bills for?<br>15 A. To invest the excess cash in the IA checking account.<br>16 Q. And when you say to invest the excess cash in the IA<br>17 checking account, for what reason did you get a treasury bill<br>18 to do that?<br>19 A. So as to provide safety and an enhanced yield to what the<br>20 checking account interest rate was.<br>21 Q. So it would be fair to say it would be a way of getting<br>22 interest on the checking account?<br>23 A. More or less, yes.<br>24 Q. And when you bought those real treasury bills to earn<br>25 interest on the Madoff checking account, what did you have to<br>1 do?<br>2 A. I had to call my broker.<br>3 Q. And after you called your broker, was there a process to<br>4 going out and buying the treasury bill?<br>5 A. Yeah, I would tell the broker how much dollars I wanted to<br>6 commit to treasury bills and typically which one I wanted to<br>7 buy, and he would take down that information and call me back<br>8 and typically give me a report that I bought X amount of<br>9 treasury bills at this price.<br>10 Q. And then that would -- you would actually get a real<br>11 treasury bill?<br>12 A. Yeah. |

**EXHIBIT A**

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/5/2013 | 4932 | 13 | 4934 | 13 | 13 Q. Now, for on the IA side, when you had to provide -- when<br>14 you would provide the fake information, what would you do<br>15 there?<br>16 A. I'd look at a pricing service of historical prices of<br>17 treasury bills, ascertain the price on the date that I needed<br>18 and write a ticket and put it into the AS/400.<br>19 Q. And when you would go out and buy the real treasury bills,<br>20 was Ms. Crupi near you?<br>21 A. We worked in the same office.<br>22 Q. And when you were talking on the phone buying real treasury<br>23 bills, was she in the vicinity where she could overhear what<br>24 you were saying?<br>25 A. Yes.<br>1 Q. And would she be able to observe you, how you were on the<br>2 phone and what you were doing?<br>3 A. Certainly.<br>4 Q. Now, what was your understanding of what Ms. Bongiorno<br>5 would do with the treasury information that you gave to her?<br>6 A. She would put through a buy ticket that was approximately<br>7 equal to the cash credit balance reflected in the account she<br>8 was working on, and it would produce a confirmation and an<br>9 entry on the customer statement that he was now -- owned<br>10 treasuries.<br>11 Q. And as with the other trading that was on those accounts,<br>12 was any of it real?<br>13 A. No. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/5/2013 | 4961 | 15 | 4962 | 9 | 15 Q. Did Mr. Madoff propose a solution for how to deal with<br>16 this?<br>17 A. He either already had an account or two open or was about<br>18 to open a new account or a series of them, I don't recall. He<br>19 was basically giving that responsibility to me. He wanted<br>20 treasury notes, treasury bills only. As the CDs would get<br>21 unwound or, I don't remember, they might have unwound them<br>22 immediately, I'm not sure, but in short order I managed a group<br>23 of Bernard L. Madoff brokerage accounts that were held at other<br>24 brokerage firms for the purpose of purchasing short-term U.S.<br>25 government securities.<br>1 Q. These short-term U.S. securities were real, right?<br>2 A. Yes.<br>3 Q. This was just a way of getting interest on the real cash<br>4 that was in the 703 account?<br>5 A. Yes.<br>6 Q. What were some of the firms that you now had responsibility<br>7 for that had these brokerage accounts?<br>8 A. Bear Stearns, Fidelity, Bank of New York, Morgan Stanley,<br>9 Lehman Brothers. |
| 12/5/2013 | 4962 | 10 | 4962 | 22 | 10 Q. We talked a little bit about this earlier, when you were<br>11 buying these short-term securities, what steps would you have<br>12 to take to buy these real securities on those brokerage<br>13 accounts?<br>14 A. I typically picked up the phone and called the broker or<br>15 the representative of each of those organizations and<br>16 communicated my needs. Then he typically got or she typically<br>17 got back to me and told me what I had done. Sometimes those<br>18 conversations occurred in the form of faxes. Most of the time<br>19 they were on the telephone.<br>20 Q. This was different than just looking at historical prices<br>21 and writing something up for the fake trades, right?<br>22 A. Yes. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/9/2013 | 5091 | 22 | 5092 | 11 | 22 Q. So stepping back, prior to 2004 you had been providing<br>23 money from the 703 account to the BONY account side of the<br>24 business, fair?<br>25 A. When Tony died, they took the excess funds that Tony was<br>1 investing and they put me in charge of buying treasury bills<br>2 with that money. Occasionally they would call for some of that<br>3 money back, and I would take it from the treasury accounts and<br>4 bring it back to BONY, yes.<br>5 Q. And that was done using the brokerage accounts that you had<br>6 set up in connection with the treasury, right?<br>7 A. Accounts at Bear Stearns and Lehman and the like.<br>8 Q. And that was interest from the 703 account and not any sort<br>9 of trading commission; is that fair?<br>10 A. It was actually the capital of the 703 account that was<br>11 coming back. |
| 12/9/2013 | 5108 | 18 | 5108 | 25 | 18 Q. I want to keep going a little bit with the movement of<br>19 money from the 703 account to the BONY account. In the course<br>20 of your work you previously testified that there came a time<br>21 that you began handling the treasury bills in connection with<br>22 the 703 Chase account. Do you recall testifying about that?<br>23 A. Correct.<br>24 Q. Again, what business was the Chase 703 account used for?<br>25 A. Customer funds from the IA business. |

**EXHIBIT A**

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/10/2013 | 5344 | 9 | 5344 | 23 | 9 Q. What are we looking at?<br>10 A. The first page is something that I probably printed to get<br>11 a handle on what the industry standard would be in order to<br>12 collateralize an option position. I don't know what manual I<br>13 took that from. It might have been from the Internet, it might<br>14 have been from Bear Stearns, it might have been from any number<br>15 of sources. The point of what I would be reading there would<br>16 be how to margin or collateralize an option. This is the<br>17 calculation. That box in the middle was the answer to my<br>18 question.<br>19 Q. Whose handwriting is on this page?<br>20 A. Mine.<br>21 Q. When you say collateralize, does that mean in essence to<br>22 back up or to offer some protection to your counterparty?<br>23 A. Exactly that. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/10/2013 | 5344 | 24 | 5346 | 3 | 24 Q. Now can we go to the second page of this document. What is<br>25 this that we are looking at?<br>1 A. It's a spreadsheet that I created that was going to be the<br>2 nuts and bolts of this exercise. It was going to do a lot of<br>3 the calculation for me and allow the process to progress<br>4 swiftly instead of from month to month to month and client to<br>5 client to client calculate all sorts of stuff, and then have to<br>6 then create another side to that.<br>7 This spreadsheet, which is an Excel-based spreadsheet,<br>8 is identifying certain treasury bills across the top column.<br>9 The top row is the CUSIP of treasury bills and options. The<br>10 second row are the symbols of options and then a string of<br>11 treasury bills.<br>12 Going on the far left column are a string of account<br>13 numbers. Those are the accounts that Bernie told us he wanted<br>14 to use to be the counterparties of the customer option<br>15 positions. What this is doing is it's allowing me to randomly<br>16 assign, once I know the total of my customer option positions,<br>17 a quantity to each of those counterparties. Then, once I've<br>18 randomly defined what each counterparty's position is, this is<br>19 calculating what its margin or collateral requirement would be.<br>20 Once I established that, this spreadsheet allows me to<br>21 randomly pick a group of treasuries that were going to<br>22 represent that collateral, and then the whole total number<br>23 would circle back to what I needed. It's fairly complicated,<br>24 but it did all the grind work necessary to accomplish what<br>25 Bernie wanted.<br>1 Q. Were any of the treasury bills that are reflected on this<br>2 real?<br>3 A. No. |

# EXHIBIT A

**Page and Line Designations of Frank DiPascali Testimony**

*United States v. Bonventre*, No. 10-cr-228 (LTS) (S.D.N.Y.)

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 1/13/2014 | 6950 | 14 | 6951 | 9 | 14 Did Madoff Securities on the 18th<br>15 floor make a market in options?<br>16 A. No.<br>17 Q. Could any options trades be coming out of inventory from<br>18 upstairs?<br>19 A. Possibly as principal. But the reality was the trading<br>20 room upstairs had insignificant options inventory.<br>21 Q. Nothing like 20 percent of the market?<br>22 A. Nothing like 20 contracts much less 20 percent.<br>23 Q. It was a very, very small bit?<br>24 A. It was insignificant.<br>25 Q. How about treasuries?<br>1 A. What about them?<br>2 Q. Did they make a market in treasuries?<br>3 A. No.<br>4 Q. Could you be buying treasuries out of the inventory<br>5 upstairs, or did they have inventory -- strike that question.<br>6 Did they have inventory to be placing into the account of<br>7 treasuries upstairs that was equivalent to the amount that was<br>8 on the statements?<br>9 A. No. |