# **EXHIBIT B**

**Page and Line Designations of Frank DiPascali Cross-Examination and Re-Direct**
**United States v. Bonventre, No. 10-cr-228 (LTS) (S.D.N.Y.)**

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/16/2013 | 5939 | 21 | 5940 | 3 | 21 Q. You were involved in this transaction or in this revision<br>22 of these account statements in that you supplied information to<br>23 Ms. Bongiorno about T-bills for her to put in these account<br>24 statements, correct?<br>25 A. Treasury notes and treasury bills, yes.<br>1 Q. This statement is one of the statements that shows treasury<br>2 bills in the account, is that right?<br>3 A. Among other things, yes. |
| 12/19/2013 | 6425 | 14 | 6426 | 18 | 14 Q. All right. Now, on direct, Mr. Zach showed you the chart<br>15 on the -- that showed the flow of funds out of the accounts in<br>16 London?<br>17 A. Yes, sir.<br>18 Q. And you talked about the T-bill transactions that had to be<br>19 done?<br>20 A. Yes.<br>21 Q. And you talked about how your staff helped you with those<br>22 T-bill transactions, correct?<br>23 A. That is correct.<br>24 Q. They got the prices, they filled out the tickets?<br>25 A. That is correct.<br>1 Q. And that generic reference to your staff encompassed<br>2 Ms. Reardon?<br>3 A. Correct.<br>4 Q. Mr. Cardille?<br>5 A. I don't recall a situation where he did that, but there<br>6 might have been.<br>7 Q. Ms. Crupi?<br>8 A. Yes.<br>9 Q. Mr. Flores work on that?<br>10 A. No.<br>11 Q. Anyone else on 17 work on that project?<br>12 A. Possibly Eric.<br>13 Q. Eric Lipkin?<br>14 A. Yes, sir.<br>15 Q. Anyone else?<br>16 A. I don't think so.<br>17 Q. But certainly it was not just Miss Crupi?<br>18 A. No, by all means not. |

**Page and Line Designations of Frank DiPascali Cross-Examination and Re-Direct**
**United States v. Bonventre, No. 10-cr-228 (LTS) (S.D.N.Y.)**

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/19/2013 | 6445 | 17 | 6446 | 14 | 17 Q. Now, you are familiar with the 703 account? We've covered<br>18 it, correct?<br>19 A. Yes.<br>20 Q. It's true, is it not, that from time to time the company<br>21 would buy treasury instruments with the proceeds in the 703<br>22 account?<br>23 A. That is correct.<br>24 Q. Real, live, honest treasury instruments?<br>25 A. Yes.<br>1 Q. And that these treasury instruments were -- where were they<br>2 held?<br>3 A. They were held in an account, at the end, at JP Morgan<br>4 Chase. Prior to that, they were held at many different<br>5 brokerage firms, Bear Stearns, Lehman Brothers.<br>6 Q. Merrill Lynch?<br>7 A. I don't recall Merrill, but okay.<br>8 Q. You don't know for sure? Goldman Sachs?<br>9 A. No, sir.<br>10 Q. Bank of New York?<br>11 A. Yes, sir.<br>12 Q. And these real, real treasury instruments were sometimes<br>13 for billions of dollars?<br>14 A. They were. |

**EXHIBIT B**

**Page and Line Designations of Frank DiPascali Cross-Examination and Re-Direct**

**United States v. Bonventre, No. 10-cr-228 (LTS) (S.D.N.Y.)**

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/19/2013 | 6458 | 9 | 6459 | 12 | 9 Q. We talked also before the break about the T-bills that were<br>10 kept in brokerage accounts at various entities, correct?<br>11 A. Yes, sir.<br>12 Q. Is it fair to say that generally you were in charge of<br>13 those brokerage accounts at Madoff Securities?<br>14 A. Of the four or five accounts that wound up being funded<br>15 with the 703 proceeds?<br>16 Q. Yes, sir.<br>17 A. Yes.<br>18 Q. There were times in which the T-bills in these accounts<br>19 were in the billions of dollars?<br>20 A. They were.<br>21 Q. Would these entities that held these real T-bills send<br>22 statements to Madoff Securities from time to time?<br>23 A. They did.<br>24 Q. Showing the balance in the brokerage accounts at any<br>25 particular time?<br>1 A. That is correct.<br>2 Q. Deposits and withdrawals?<br>3 A. Yes, sir.<br>4 Q. Accrued interest or whatever?<br>5 A. A typical brokerage statement.<br>6 Q. A typical brokerage statement, except this one reflected<br>7  reality as opposed to some of the ones that were generated on<br>8 17?<br>9 A. That's correct.<br>10 Q. Were you aware of whether Mr. Madoff would show these<br>11 brokerage statements to people from time to time?<br>12 A. Are you referring to people in the office? |

**EXHIBIT B**

**Page and Line Designations of Frank DiPascali Cross-Examination and Re-Direct**

**United States v. Bonventre, No. 10-cr-228 (LTS) (S.D.N.Y.)**

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/19/2013 | 6459 | 13 | 6460 | 13 | 13 Q. Let's start with people generally, and then we will break<br>14 it down.<br>15 A. I am aware that he has shown at least one of those<br>16 statements to people.<br>17 Q. Did he show one or many of those brokerage statements or<br>18 any of those brokerage statements to anyone who was an employee<br>19 of Madoff Securities?<br>20 A. Did he show an employee is your question?<br>21 Q. A better formulation of my question, yes.<br>22 A. I have no recollection of that. I don't know.<br>23 Q. Did you ever show one of these brokerage statements to an<br>24 employee of Madoff Securities?<br>25 A. Yes.<br>1 Q. To whom did you show it?<br>2 A. Jodi.<br>3 Q. Anyone else?<br>4 A. Probably. There were many copies of the same statement<br>5 that were kept in various locations. Over the years I might<br>6 have brought a copy in to so-and-so, if you will.<br>7 Q. I understand. These statements, did they arrive from these<br>8 brokerage houses in the mail in the normal course?<br>9 A. I believe they did.<br>10 Q. Were they addressed to you?<br>11 A. They were not.<br>12 Q. To whom were they addressed?<br>13 A. To Bernie. |

**Page and Line Designations of Frank DiPascali Cross-Examination and Re-Direct**
**United States v. Bonventre, No. 10-cr-228 (LTS) (S.D.N.Y.)**

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 12/19/2013 | 6460 | 14 | 6461 | 10 | 14 Q. Then would he give t hem to you?<br>15 A. No. One set of statements was addressed to Bernie<br>16 attention Eleanor. I don't recall how the other ones were<br>17 physically addressed. Occasionally, I would go upstairs and<br>18 get copies from Eleanor or take them myself. He kept them in a<br>19 folder in his office, all past statements in just a hanging<br>20 green folder. So they were accessible to me. Sometimes I took<br>21 information I needed, made copies, or maybe took the original<br>22 and put it back, that kind of stuff.<br>23 Q. I think as you testified as to the way between things<br>24 evolved between you and Mr. Madoff, you could go into his<br>25 office from time to time and retrieve information or documents<br>1 that you thought you needed if he was not present?<br>2 A. That is correct.<br>3 Q. In fact, you did that on a regular basis?<br>4 A. I did.<br>5 Q. One last time and then we will change topics. These<br>6 statements reflected real transactions?<br>7 A. Yes, sir.<br>8 Q. Real money in real brokerage accounts in real brokerage<br>9 houses?<br>10 A. That is correct. |

**EXHIBIT B**

**Page and Line Designations of Frank DiPascali Cross-Examination and Re-Direct**

**United States v. Bonventre, No. 10-cr-228 (LTS) (S.D.N.Y.)**

| DATE | STARTING PAGE | STARTING LINE | ENDING PAGE | ENDING LINE | TESTIMONY |
|---|---|---|---|---|---|
| 1/13/2014 | 6950 | 17 | 6951 | 9 | 17 Q. Could any options trades be coming out of inventory from<br>18 upstairs?<br>19 A. Possibly as principal but the reality was the trading<br>20 room upstairs had insignificant options inventory.<br>21 Q. Nothing like 20 percent of the market?<br>22 A. Nothing like 20 contracts much less 20 percent.<br>23 Q. It was a very, very small bit?<br>24 A. It was insignificant.<br>25 Q. How about treasuries?<br>1 A. What about them?<br>2 Q. Did they make a market in treasuries?<br>3 A. No.<br>4 Q. Could you be buying treasuries out of the inventory<br>5 upstairs, or did they have inventory -- strike that question.<br>6 Did they have inventory to be placing into the account of<br>7 treasuries upstairs that was equivalent to the amount that was<br>8 on the statements?<br>9 A. No. |