**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Robertson Beckerlegge
Elyssa S. Kates

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>BRUCE D. PERGAMENT, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-05194 (SMB) |

## AMENDED CASE MANAGEMENT NOTICE

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management

Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the

"Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA

liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are

hereby made applicable to this adversary proceeding:

1.      The Initial Disclosures were due:  December 18, 2015.

2.      Fact Discovery shall be completed by:  November 22, 2019.

3.      The Disclosure of Case-in-Chief Experts shall be due:  January 28, 2020.

4.      The Disclosure of Rebuttal Experts shall be due:  March 3, 2020.

5.      The Deadline for Completion of Expert Discovery shall be:  March 30, 2020.

6.      The Deadline for Service of a Notice of Mediation Referral shall be:  April 6, 2020.

7.      The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: April 20, 2020.

8.      The Deadline for Conclusion of Mediation shall be:  August 14, 2020.

Dated: New York, New York
      August 2, 2019

BAKER & HOSTETLER LLP

By: */s/ Elyssa S. Kates*
David J. Sheehan
Keith R. Murphy
Robertson Beckerlegge
Elyssa S. Kates
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*