**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 09-01161 (SMB) |
| v. | |
| FEDERICO CERETTI, et al., | |
| Defendants. | |

**ORDER PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND
RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE
APPROVING A SETTLEMENT AGREEMENT BY AND AMONG THE TRUSTEE AND
KINGATE GLOBAL FUND, LTD. AND KINGATE EURO FUND, LTD.**

Upon the motion (the "Motion") of Irving H. Picard (the "Trustee"), as trustee for the

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. §§ 78aaa–*lll,* and the substantively consolidated Chapter 7 estate of

Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of the United States

Bankruptcy Code, 11 U.S.C. §§ 101 *et seq.,* and Rules 2002 and 9019 of the Federal Rules of

Bankruptcy Procedure, approving the agreement by and among the Trustee and Kingate Global

Fund, Ltd. and Kingate Euro Fund, Ltd. (together, the "Kingate Funds"), and as more

particularly set forth in the agreement annexed as Exhibit A to the Motion (the "Agreement");

and it appearing that due and sufficient notice has been given to all parties in interest as required

by Rule 2002 and 9019 of the Federal Rules of Bankruptcy Procedure; and no objection having

been filed; and the Trustee having filed a Certificate of No Objection pursuant to Local

Bankruptcy Rule 9075-2 representing that no objection, responsive pleading, or request for a

hearing with respect to the Motion has been made; and the Court having considered the

Declaration of Irving H. Picard in support of the Motion; and it further appearing the relief

sought in the Motion is appropriate; and it further appearing that this Court has jurisdiction to

consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; after

due deliberation; and sufficient cause appearing therefor; it is

ORDERED, that the settlement among the Trustee and the Kingate Funds is hereby

approved and authorized; and it is further

ORDERED, that each of the Trustee and the Kingate Funds shall comply with and carry

out the terms of the Agreement; and it is further

ORDERED, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order; **and further**

**ORDERED, that upon consummation of the settlement, the plaintiff shall submit a
proposed order dismissing this adversary proceeding. [SMB: 8/6/19]**

Dated:  New York, New York
        August **6th**, 2019

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE