**CHAITMAN LLP**  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: (888) 759-1114  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com

Hearing Date: September 25, 2019 10:00 AM  
Objection Date: September 18, 2019

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　　Plaintiff,<br>v.<br>CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant,<br>　　　　　　　　Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　　Plaintiff,<br>v.<br>CAROL NELSON,<br>　　　　　　　　Defendant. | Adv. Pro No. 10-04658 (SMB) |

## NOTICE OF MOTION

{00042213 1 }

**PLEASE TAKE NOTICE** that Defendants Carol Nelson and Stanley Nelson (the "Nelsons") in the two above-captioned cases, by their undersigned counsel, will move the United States Bankruptcy Court for the Southern District of New York at the Alexander Hamilton Customs House, One Bowling Green, New York, NY 10004, on September 25, 2019 at 10:00 AM for an order dismissing the Complaints in the above-captioned cases for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure 12(h)(3), made applicable to these bankruptcy proceedings pursuant to Federal Rule of Bankruptcy Procedure 7012.

WHEREFORE, the Nelsons respectfully request that the Court enter an Order granting the relief requested, and such other and further relief as the Court deems just and proper.

Dated:  New York, New York
        August 8, 2019

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     Gregory M. Dexter
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114
     hchaitman@chaitmanllp.com
     gdexter@chaitmanllp.com

     *Attorneys for Defendants Carol Nelson and Stanley Nelson*

{00042213 1 }