**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>      Plaintiff,<br>v.<br>CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant,<br>      Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>      Plaintiff,<br>v.<br>CAROL NELSON,<br>      Defendant. | Adv. Pro No. 10-04658 (SMB) |

## ORDER DISMISSING THE COMPLAINTS

This matter came before the Court on September 25, 2019 on the motion (the "Motion") of Defendants, Carol Nelson and Stanley Nelson (the "Nelsons"), for an order dismissing the Complaints for lack of subject-matter jurisdiction pursuant to Federal Rule of Civil Procedure

{00042214 1 }

12(h)(3), made applicable to these bankruptcy proceedings pursuant to Federal Rule of Bankruptcy Procedure 7012; and the Court having reviewed all the pleadings and other papers filed and submitted in connection with the Motion; and the Court having found that the Court lacks subject-matter jurisdiction, and good cause having been shown, it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Complaints are dismissed with prejudice, with costs for the Nelsons.

September ___, 2019

                                            Hon. Stuart M. Bernstein
                                            UNITED STATES BANKRUPTCY JUDGE