**CHAITMAN LLP**                                    **Hearing Date:  September 25,2019 10:00 AM**
465 Park Avenue                                    **Objection Date:  September 18, 20129**
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant,<br><br>Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>Plaintiff,<br><br>v.<br><br>CAROL NELSON,<br><br>Defendant. | Adv. Pro. No. 10-04658 (SMB) |

{00042215 1 }

## **<u>CERTIFICATE OF SERVICE</u>**

I, Helen Davis Chaitman, hereby certify that on August 8, 2019, I caused a true and correct

copy of the following documents:

- Notice of Motion to Dismiss for Lack of Subject-Matter Jurisdiction;

- The Nelsons' Memorandum of Law in Support of Motion to Dismiss for Lack of

   Subject-Matter Jurisdiction;

- Declaration of Helen Davis Chaitman in Support with Exhibits A through W; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive

electronic service through CM/ECF, and by electronic mail upon:

>David J. Sheehan, Esq.
>Dean Hunt, Esq.
>Baker & Hostetler LLP
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone:  212-589-4616
>Facsimile:  212-589-4201
>dsheehan@bakerlaw.com
>dhunt@bakerlaw.com

I declare under penalty of perjury that the foregoing statements are true and correct.


Dated:    August 8, 2019                                    */s/ Helen Davis Chaitman*
              New York, New York