**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff-Applicant, | No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor, | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-05383 (SMB) |
| Plaintiff, | |
| v. | |
| STANLEY SHAPIRO, *et al.*, | |
| Defendant. | |

**STIPULATION AND ORDER ADJOURNING DEADLINE TO SUBMIT PRE-TRIAL ORDER AND ADJOURNING PRE-TRIAL CONFERENCE**

**WHEREAS**, on February 7, 2019, the Court entered a So-Ordered Amendment to the Case Management Plan that required plaintiff Irving H. Picard, as trustee (the "Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC and the substantively consolidated estate of Bernard L. Madoff, and defendants in the above-captioned adversary proceeding to (i) submit a final pre-trial order by August 15, 2019, and (ii) set the final pre-trial conference for August 29, 2019 (ECF No. 132);

**WHEREAS**, on July 10, 2019, the Court entered a Stipulated Order of Mediation Referral and Mediator Selection, which ordered the parties to engage in mediation (ECF No. 134);

**WHEREAS**, on August 6, 2019, the parties notified the Court that they engaged in mediation on July 23 and 25, 2019, and have since reached a settlement in principle to resolve all the Trustee's claims against all defendants (ECF No. 136);

**NOW THEREFORE**, it is hereby stipulated and agreed by and between the parties, through their respective undersigned counsel, and **SO ORDERED** by the Court, that:

1. The deadline to submit a final pre-trial order is adjourned *sine die*; and

2. The final pre-trial conference is adjourned to September 25, 2019, at 10:00 a.m.

Dated: August 12, 2019
New York, New York

*/s/ Torello H. Calvani*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com

*and*

127 Public Square
Cleveland, Ohio 44114
James H. Rollinson
Email: jrollinson@bakerlaw.com

*Attorneys for Trustee*

*/s/ Barry R. Lax*
**LAX & NEVILLE LLP**
350 Fifth Avenue, Suite 4640
New York, New York 10118
Barry R. Lax
Email: blax@laxneville.com
Robert R. Miller
Email: rmiller@laxneville.com

*Attorneys for Defendants*

SO ORDERED this **12th** day of **August**, 2019.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE