**ALLEN & OVERY LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone:    (212) 610-6300
Facsimile:    (212) 610-6399

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), Defendant. | Adv. Pro. No. 10-05354 (SMB) |

## DECLARATION OF SERVICE

KURT R. VELLEK hereby declares under penalty of perjury, pursuant to 28 U.S.C. §1746, as follows:

1. I am employed as the managing clerk at Allen & Overy LLP, attorneys for ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.) in the above captioned matter.

2. On August 9, 2019, Allen & Overy LLP caused to be filed, *see Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)*, Adv. Pro. No. 10-05354 (SMB), a true and correct copy of each of the:

    a. Memorandum of Law in Opposition to the Trustee's Motion for Leave to File a Second Amended Complaint [ECF No. 182] (No. 18940 in Adv. Pro No. 08-1789)]; and

    b. The Declaration of Michael S. Feldberg in Support of ABN AMRO Bank N.V.'s (presently known as The Royal Bank of Scotland N.V.) Memorandum of Law in Opposition to the Trustee's Motion for Leave to File a Second Amended Complaint, with Exhibits A-I, [ECF No. 183 (No. 18941 in Adv. Pro No. 08-1789)].

3. Said documents were filed electronically with the Clerk of the Court, and served electronically on all counsel of record via CM/ECF, constituting good and sufficient service of such papers on all parties.

Dated: August 13, 2019
       New York, New York

                                                 /s/ Kurt R. Vellek
                                                 Kurt R. Vellek