**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION

Evelyn Berezin Wilenitz (the "Claimant"), having filed an objection (the "Wilenitz Objection", Docket No. 2422) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#011570), through the Estate of Evelyn Berezin Wilenitz and Kathleen P. Mullinix, as Executrix of the Estate of Evelyn Berezin Wilenitz hereby give notice that they withdraw such Objection.

Dated: August 19, 2019

                /s/ Randall L Martin
                Randall L. Martin on behalf of Kathleen P.
                Mullinix, as Executrix of the Estate of Evelyn
                Berezin Wilenitz
                Shearman & Sterling LLP
                599 Lexington Avenue
                New York, NY 10022
                Tel: (212) 848-7174
                Fax: (646) 848-7174