UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

---

SECURITIES INVESTOR PROTECTION CORPORATION,

        Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

        Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

---

## NOTICE OF WITHDRAWAL OF OBJECTION

The Trust U/Art Fourth O/W/O/ Israel Wilenitz (the "Claimant"), having filed an objection (the "Trust Objection", Docket No. 2878) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#011587), hereby gives notice that it withdraws such Objection.

Dated: July 29, ___, 2019

                                                    _/s/ Sara Seims_
                                                    Sara Seims, Trustee on behalf of Claimant

3