**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05354 (SMB) |
| Plaintiff, | |
| v. | **NOTICE OF WITHDRAWAL OF APPEARANCE** |
| ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), | |
| Defendant. | |

TO THE CLERK OF THE COURT AND ALL PARTIES OF RECORD:

PLEASE TAKE NOTICE that the undersigned counsel, Rachel N. Agress of Allen & Overy LLP, hereby withdraws her appearance as attorney for Defendant ABN AMRO Bank N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), and requests that her name be deleted from the CM/ECF electronic notification service, official mailing matrix and other service lists in this case.

Dated: New York, New York
August 26, 2019

                Respectfully submitted,

                ALLEN & OVERY LLP

                By: /s/ Rachel N. Agress___
                Rachel N. Agress
                1221 Avenue of the Americas
                New York, New York 10020
                Telephone: (212) 610-6300
                email: rachel.agress@allenovery.com