UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

STATE OF TEXAS          )
                        )   ss:
COUNTY OF DALLAS        )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 14, 2019, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Number T000731)

Executed on August 26, 2019.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 26 day of August, 2019



_____
Susan Crouch-Weaver

(SEAL)                                    Notary Public

2

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBER T000731**
**8/14/2019**

| X | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | Redacted for confidentiality reasons | | | | | | | X |
| | X | | Estate of John Lowth III | c/o Farrell Fritz, P.C. Attn: Eric Kramer | 400 RXR Plaza | | Uniondale | NY | 11556 | |
| | X | | Meegan Lowth | c/o Patricia Blake, P.C. | 451 Montauk Highway | | East Moriches | NY | 11940 | |
| | X | | John Peter Lowth IV | c/o Patricia Blake, P.C. | 451 Montauk Highway | | East Moriches | NY | 11940 | |
| | X | | Ryan Thomas Lowth | c/o Patricia Blake, P.C. | 451 Montauk Highway | | East Moriches | NY | 11940 | |
| | X | | Kerry Lowth | c/o Patricia Blake, P.C. | 451 Montauk Highway | | East Moriches | NY | 11940 | |