# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

August 27, 2019

Patrick T. Campbell
direct dial: 212.589.4643
pcampbell@bakerlaw.com

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004

Re:   Picard v. ABN Amro Bank N.V. (presently known as the Royal Bank of Scotland, N.V.),
      Adv. Pro. No. 10-05354 (SMB)

Dear Stuart M. Bernstein :

    We are counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78*aaa et seq*. We write to respectfully request an enlargement of the page limitation under Your Honor's Chambers Rules for the Trustee's reply brief in further support of his motion for leave to file a second amended complaint.

    In light of the various and complex issues in the current motion, the Trustee submits that a 10-page enlargement of Your Honor's 20-page limit for reply briefs is justified, and respectfully requests that this Court grant this enlargement. Defendant's counsel does not object to the Trustee's request.

Honorable Stuart M. Bernstein
August 27, 2019
Page 2

Respectfully submitted,

*/s/ Patrick T. Campbell*
Patrick T. Campbell

cc: Michael Feldberg

4828-9674-2818.1