**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>HSBC BANK PLC, et al.,<br><br>       Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**DECLARATION OF OREN J. WARSHAVSKY IN OPPOSITION TO ALPHA PRIME FUND LTD.'S MOTION FOR JUDGMENT ON THE PLEADINGS AND IN SUPPORT OF THE TRUSTEE'S CROSS-MOTION FOR SEVERANCE <u>AND FOR LEAVE TO AMEND THE COMPLAINT</u>**

I, Oren J. Warshavsky, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a partner at Baker & Hostetler LLP, counsel for Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities under the Securities Investor Protection Act, 15 U.S.C. § 78aaa, et seq., and the chapter 7 estate of Bernard L. Madoff.

2. I submit this declaration in opposition to Alpha Prime Fund Ltd.'s Motion for Judgment on the Pleadings and in support of the Trustee's Cross-Motion for Severance and for Leave to Amend the Complaint.

3. Attached hereto as **Exhibit A** is the Trustee's proposed Second Amended Complaint for review by the Court, and as further discussed in the accompanying Memorandum of Law in Opposition to Alpha Prime Fund Ltd.'s Motion for Judgment on the Pleadings and in Support of the Trustee's Cross-Motion for Severance and for Leave to Amend the Complaint.

4. Attached hereto as **Exhibit B** is a true and correct copy of a letter from Todd Duffy, Esq. to Geoffrey North, Esq. dated May 20, 2016.

I declare under penalty of perjury that the foregoing is true and correct. Executed on the 27th day of August 2019, at New York, New York.

                                                */s/ Oren J. Warshavsky*
                                                Oren J. Warshavsky