## BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Patrick T. Campbell
direct dial: 212.589.4643
pcampbell@bakerlaw.com

August 27, 2019

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004

Re:   *Picard v. ABN Amro Bank N.V. (presently known as the Royal Bank of Scotland, N.V.)*,
      Adv. Pro. No. 10-05354 (SMB)

Dear Stuart M. Bernstein :

    We are counsel to Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78*aaa et seq*. We write to respectfully request an enlargement of the page limitation under Your Honor's Chambers Rules for the Trustee's reply brief in further support of his motion for leave to file a second amended complaint.

    In light of the various and complex issues in the current motion, the Trustee submits that a 10-page enlargement of Your Honor's 20-page limit for reply briefs is justified, and respectfully requests that this Court grant this enlargement. Defendant's counsel does not object to the Trustee's request.

*Granted*
*SMB*
*8/27/19*

Honorable Stuart M. Bernstein
August 27, 2019
Page 2

Respectfully submitted,

*/s/ Patrick T. Campbell*
Patrick T. Campbell

cc: Michael Feldberg