**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 5, 2019 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.   Thirtieth Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2018 through March 31, 2019 for Baker & Hostetler, LLP, Trustee's Attorney, period: 12/1/2018 to 3/31/2019, fee:

    $31,008,908.43, expenses: $495,036.96 filed by Baker & Hostetler, L.L.P. (Filed: 7/15/2019) [ECF No. 18867]

B. Twenty-Ninth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2018 through March 31, 2019 and Request for Partial Release of Holdback for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $1,818,000.0, expenses: $15,764.90 filed by Windels Marx Lane & Mittendorf, LLP (Filed: 7/15/2019) [ECF No. 18868]

C. Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Schiltz & Schiltz, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $17,403.93, expenses: $1,131.26 filed by Schiltz & Schiltz (Filed: 7/15/2019) [ECF No. 18869]

D. Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Higgs & Johnson, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $10,863.86, expenses: $101.00 filed by Higgs & Johnson (Filed: 7/15/2019) [ECF No. 18870]

E. Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Soroker Agmon Nordman, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $444,872.64, expenses: $2,075.95 filed by Soroker Agmon Nordman (Filed: 7/15/2019) [ECF No. 18871]

F. Application of Graf & Pitkowitz Rechtsanwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Graf & Pitkowitz Rechtsanwalte GMBH, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $73,147.11, expenses: $2,295.78 filed by Graf & Pitkowitz Rechtsanwalte GMBH (Filed: 7/15/2019) [ECF No. 18872]

G. Application of Ritter Schierscher Rechtsanwalte as Special Counsel to the Trustee for Release of a Portion of Fees Held Back filed by Ritter Schierscher Rechtsanwalte (Filed: 7/15/2019) [ECF No. 18873]

H.     Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $14,316.03, expenses: $28.02 filed by Young Conaway Stargatt & Taylor, LLP (Filed: 7/15/2019) [ECF No. 18874]

I.     Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Williams, Barristers & Attorneys, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $167,417.10, expenses: $0 filed by Williams, Barristers & Attorneys (Filed: 7/15/2019) [ECF No. 18875]

J.     Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for UGGC & Associes, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $84,140.21, expenses: $0 filed by UGGC & Associes (Filed: 7/15/2019) [ECF No. 18876]

K.     Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Browne Jacobson, LLP, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $684,411.85, expenses: $30,257.92 filed by Browne Jacobson, LLP (Filed: 7/15/2019) [ECF No. 18877]

L.     Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Eugene F. Collins, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $17,158.65, expenses: $5.47 filed by Eugene F. Collins (Filed: 7/15/2019) [ECF No. 18878]

M.     Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $4,070.25, expenses: $121.88 filed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (Filed: 7/15/2019) [ECF No. 18879]

N.   Application of Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Scaletta Law Firm, PLLC, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $17,277.30, expenses: $42.44 filed by Scaletta Law Firm, PLLC (Filed: 7/15/2019) [ECF No. 18880]

O.   Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for SCA Creque, Special Counsel, period: 8/1/2018 to 3/31/2019, fee: $2,705.62, expenses: $160.00 filed by SCA Creque (Filed: 7/15/2019) [ECF No. 18881]

P.   Application of Kugler Kandestin, L.L.P. as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kugler Kandestin, L.L.P. (Filed: 7/15/2019) [ECF No. 18882]

Q.   Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2018 through March 31, 2019 and for Release of a Portion of Fees Held Back for Werder Vigano, Special Counsel, period: 12/1/2018 to 3/31/2019, fee: $429.96, expenses: $0.00 filed by Werder Vigano (Filed: 7/15/2019) [ECF No. 18883]

R.   Application of Bedell Cristin Guernsey Partnership as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Bedell Cristin Guernsey Partnership (Filed: 7/15/2019) [ECF No. 18884]

S.   Application of Munari Giudici Maniglio Panfili E Associati as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Munari Giudici Maniglio Panfili E Associati (Filed: 7/15/2019) [ECF No. 18885]

T.   Application of La Tanzi, Spaulding & Landreth, P.C. as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by La Tanzi, Spaulding & Landreth, P.C. (Filed: 7/15/2019) [ECF No. 18886]

U.   Application of Kelley, Wolter & Scott, Professional Association as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kelley, Wolter & Scott, Professional Association (Filed: 7/15/2019) [ECF No. 18887]

V.   Application of Cochran Allan as Special Counsel to the Trustee for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Cochran Allan (Filed: 7/15/2019) [ECF No. 18888]

Related Document:

W.  Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from December 1, 2018 through March 31, 2019 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/15/2019) [ECF No. 18889]

Responses Filed:

X.  Recommendation of the Securities Investor Protection Corporation in Support of Thirtieth Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18906]

Y.  Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses and for Release of a Portion of Fees Held Back filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18907]

Z.  Recommendation of the Securities Investor Protection Corporation in Support of the Twenty-Ninth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses and Request for Partial Release of Holdback filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18908]

AA.  Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Fifth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses and a Request for Portion of Fees Held Back filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18909]

BB.  Recommendation of the Securities Investor Protection Corporation in Support of Fifth Application of The Scaletta Law Firm PLLC for Interim Compensation and a Request for Release of a Portion of Fees Held filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18910]

CC.  Recommendation of the Securities Investor Protection Corporation in Support of Fifth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and a Request for Release of a Portion of Fees Held Back filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18911]

DD.  Recommendation of the Securities Investor Protection Corporation in Support of Application of Kelley, Wolter & Scott, P.A., for a Request for a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18912]

EE.  Recommendation of the Securities Investor Protection Corporation in Support of Application of La Tanzi Spaulding & Landreth, P.C., for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18913]

FF.  Recommendation of the Securities Investor Protection Corporation in Support of Application of Cochran Allan for a Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/29/2019) [ECF No. 18914]

Objections Due:     August 28, 2019

Objections Filed:    None

Status:              This matter is going forward.

2. **09-01305; Picard v. The Estate of Stanley Merwin Berman A/K/A Stanley M. Berman, et al.[1]**

   A.  This matter is going forward as a status conference.

**CONTESTED MATTERS**

3. **10-05286; Picard v. Legacy Capital Ltd.**

   A.  Notice of Final Pre-Trial Conference filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 7/30/2019) [ECF No. 226]

   Status:              This matter is going forward.

---

[1] This is the case caption contained on the proposed Eighth Amended Case Management Plan submitted to the Court on August 19, 2019. Due to the dismissal of The Estate of Stanley Merwin Berman a/k/a Stanley M. Berman, Joyce Berman individually and in her capacity as Executor of The Estate of Stanley Merwin Berman a/k/a Stanley M. Berman, and S & J Partnership from this Adversary Proceeding, which was so ordered by the Court on August 23, 2019, the current case caption is Picard v. Morton Kurzrok, et. al.

4.  **10-04925; Picard v. Alvin Gindel Revocable Trust, *et al.*;**
    **10-04401; Picard v. Rose Gindel Trust, *et al.*;**
    **10-04861; Picard v. Harold J. Hein Revocable Trust, *et al.*;**
    <u>**10-04357; Picard v. James Greiff**</u>

    A.  Letter to the Honorable Stuart M. Bernstein requesting conference to discuss delays in defendants' participation in mediation filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 8/19/2019) [ECF No. 18950]

    B.  Letter to Judge Bernstein in Advance of Status Conference filed by Arthur H. Ruegger on behalf of Alvin Gindel Revocable Trust, a Florida trust, Alvin Gindel, in his capacity as trustee of the Alvin Gindel Revocable Trust and individually as settlor and beneficiary thereof, Alvin Gindel, in his capacity as Trustee of the Rose Gindel Trust, Brent Gindel, in his capacity as Trustee of the Rose Gindel Trust, Rose Gindel, individually and in her capacity as Trustee of the Rose Gindel Trust, Michael Gindel, individually and in his capacity as Trustee of the Rose Gindel Trust, Rose Gindel Trust, Harold J. Hein Revocable Trust, Richard Hein, Robert Hein and James Greiff (Filed: 8/29/2019) [Adv. Pro No. 10-04925, ECF No. 90; Adv. Pro. No. 10-04401, ECF 94, Adv. Pro. No. 10-04861, ECF No. 104, Adv. Pro. No. 10-04357, ECF No. 100]

    <u>Status</u>:    This matter is going forward as a status conference.

Dated:  September 4, 2019
New York, New York

By:    */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*