**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-1789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant, Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. CAROL NELSON, Defendant. | Adv. Pro No. 10-04658 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN OPPOSITION TO TRUSTEE'S MOTION *IN LIMINE* NUMBER 2, TO ADMIT THE FORMER TESTIMONY OF FRANK DIPASCALI**

{00042395 1 }

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1.  I am a member of the bars of New York and New Jersey, and am admitted to practice in this Court. I am a member of Chaitman LLP, counsel for the Defendants Carol Nelson and Stanley Nelson (the "Defendants").

2.  I submit this Declaration in opposition to the Trustee's Motion *in limine* number 2, to admit the former testimony of Frank DiPascali.

3.  Attached hereto as **Exhibit A** is a true and accurate copy of excerpts from *U.S.A. v. Daniel Bonventre, et al.* 10 Cr. 228 (LTS) trial transcript dated December 16, 2013.

4.  Attached hereto as **Exhibit B** is a true and accurate copy of excerpts from *U.S.A. v. Daniel Bonventre, et al.* 10 Cr. 228 (LTS) trial transcript dated January 13, 2014.

New York, New York
September 5, 2019

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
Phone & Fax: (888)-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

{00042395 1 }