# EXHIBIT A

5785

```
 1  UNITED STATES DISTRICT COURT
    SOUTHERN DISTRICT OF NEW YORK
 2  ------------------------------x

 3  UNITED STATES OF AMERICA

 4           v.                              10 Cr. 228 (LTS)

 5  DANIEL BONVENTRE,
    JEROME O'HARA,
 6  GEORGE PEREZ,
    ANNETTE BONGIORNO,
 7  JOANN CRUPI,
                                             Jury Trial
 8             Defendants.

 9  ------------------------------x
                                             New York, N.Y.
10                                           December 16, 2013
                                             9:10
11
    Before:
12
              HON. LAURA TAYLOR SWAIN
13
                                             District Judge
14

15
              APPEARANCES
16

17  PREET BHARARA
         United States Attorney for the
18       Southern District of New York
    MATTHEW L. SCHWARTZ
19  RANDALL W. JACKSON
    JOHN T. ZACH
20       Assistant United States Attorneys

21

    GORDON MEHLER
22  SARAH LUM
         Attorneys for Defendant O'Hara
23


24  LARRY H. KRANTZ
    KIMBERLY A. YUHAS
25       Attorneys for Defendant Perez
```

```
 1              APPEARANCES

 2

   ANDREW J. FRISCH
 3 GARY VILLANUEVA
   AMANDA BASSEN
 4      Attorney for Defendant Bonventre

 5

   ROLAND G. RIOPELLE
 6 MAURICE H. SERCARZ
   ARIELLE PANKOWSKI
 7      Attorneys for Defendant Bongiorno

 8

   ERIC R. BRESLIN
 9 MELISSA S. GELLER
        Attorneys for Defendant Crupi

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1  Q.  Is there not a transaction number assigned to that
2  transaction?
3  A.  There is.
4  Q.  That number is 86467, correct?
5  A.  There is, yes.
6  Q.  Right below that there is a transaction date of September
7  29th.  Do I read that correctly?
8  A.  Yes.
9  Q.  If we look over, that relates to a transaction in the
10 shares of Novell, Inc., correct?
11 A.  Correct.
12 Q.  There is also a transaction number associated with that
13 transaction, am I right?
14 A.  Yes, sir.
15 Q.  That transaction number is 86466, one digit earlier than
16 the Microsoft transaction, correct?
17 A.  That is correct.
18 Q.  You mentioned a moment ago ACF Corporation or ACF Services
19 Corporation.  Your understanding was that that was some kind of
20 pension account, correct?
21 A.  That was my understanding, yes.
22 Q.  That was a pension account that you associated with Jeffrey
23 Picower in some way, correct?
24 A.  That is correct.
25 Q.  You were not directly involved in the day-to-day management

1   of that account, is that correct?
2   A.  Not at all.
3   Q.  But you did overhear discussions about that account between
4   Mr. Madoff and Ms. Bongiorno, is that correct?
5   A.  I did.
6   Q.  As I think you told it to us, you overheard Bernie Madoff
7   stating that he did not like the complexion of the account,
8   correct?
9   A.  That was my understanding, yes.
10  Q.  He wanted it to look differently than it looked at the time
11  he made this observation, correct?
12  A.  Yes, sir.
13  Q.  He wanted the account to be stated in T-bills or have
14  T-bills in it rather than simply securities, correct?
15  A.  That was my understanding, yes.
16  Q.  I think Government Exhibit 304A is in evidence, is that
17  correct?
18            THE COURT:  That 300-4A?
19            MR. RIOPELLE:  Yes, 300-4A.  Could we display that
20  one, please.
21  Q.  You were involved in this transaction or in this revision
22  of these account statements in that you supplied information to
23  Ms. Bongiorno about T-bills for her to put in these account
24  statements, correct?
25  A.  Treasury notes and treasury bills, yes.

08-01789-cgm    Doc 18979-2    Filed 09/05/19    Entered 09/05/19 17:24:26    Exhibit A
Pg 6 of 6
Case 1:10-cr-00228-LTS    Document 870    Filed 04/03/14    Page 156 of 164

Dcgrbon7                          DePascali - cross                    5940

1   Q.  This statement is one of the statements that shows treasury
2   bills in the account, is that right?
3   A.  Among other things, yes.
4   Q.  This statement would be one of the statements that was
5   prepared to change the complexion of the account, as Mr. Madoff
6   stated, correct?
7   A.  I believe it is the second generation of statement on this
8   account, yes.
9   Q.  You described this as a pension type account?
10  A.  Yes.
11  Q.  I think you told us that your understanding, and you are
12  not necessarily a pension expert but you know a little bit
13  about pensions, was that a pension plan of this kind was a pool
14  of money that had been earmarked to pay the retirement funds of
15  typically employees or something like that.  Do you remember
16  saying that?
17  A.  Yes.
18  Q.  I would like to show you now what's been marked Defendant's
19  Exhibit AB-10 in evidence.  Mr. DiPascali, at the time you were
20  working on the ACF Services Corporation pension plan
21  statements, were you aware that Jeffrey and Barbara Picower
22  were the only beneficiaries of that pension?
23  A.  No, I wasn't.
24  Q.  That is a fact that Mr. Madoff did not share with you,
25  correct?