# EXHIBIT A

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>CAROL NELSON, | Adv. Pro. No. 10-04658 (SMB) |

|  |  |
|---|---|
| Defendant. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant, | |
| Defendants. | |

## TRUSTEE'S TRIAL EXHIBIT LIST

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| **PRIOR TESTIMONY OF BLMIS EMPLOYEES** | | |
| 1. | Plea Allocution of Bernard Madoff | |
| 2. | Plea Allocution of Frank DiPascali | |
| 3. | Plea Allocution of David Kugel | |
| 4. | Plea Allocution of Irwin Lipkin | |
| 5. | Page and Line Designations for Mr. DiPascali's Testimony | |
| 6. | Attestation of Kevin O'Neill, | |
| 7. | Jan. 12, 2001 Form BD for Bernard L. Madoff Investment Securities LLC, | |
| 8. | Articles of Organization for BLMIS | |
| **DISCOVERY RELATED DOCUMENTS** | | |
| 9. | Trustee's First Set of Interrogatories to Stanley Nelson, Adv. Pro. No. 10-04377 | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---------|-------------|-----------|
| 10. | Stanley Nelson's Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04377, 07/29/2015 | |
| 11. | Trustee's First Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04377, 04/29/2015 | |
| 12. | Carol Nelson's Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04377, 07/29/2015 | |
| 13. | Carol and Stanley Nelson's Amended Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04377, 02/10/2016 | |
| 14. | Trustee's Second Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04377, 08/26/2015 | |
| 15. | Carol Nelsons' Objections and Responses to Trustee's Second Set of Interrogatories, Adv. Pro. No. 10-04377, 10/12/2015 | |
| 16. | Trustee's Second Set of Interrogatories to Stanley Nelson, Adv. Pro. No. 10-04377, 08/26/15 | |
| 17. | Stanley Nelsons' Objections and Responses to Trustee's Second Set of Interrogatories, Adv. Pro. No. 10-04377, 10/12/2015 | |
| 18. | Trustee's First Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04658, 04/29/2015 | |
| 19. | Carol Nelson's Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04658, 07/29/2015 | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 20. | Trustee's Second Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04658, 08/26/2015 | |
| 21. | Carol Nelson's Objections and Responses to Trustee's Second Set of Interrogatories, Adv. Pro. No. 10-04658, 10/12/2015 | |
| 22. | Carol Nelson's Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04377, 07/29/2015 | |
| 23. | Stanley Nelson's Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04377, 07/29/2015 | |
| 24. | Carol and Stanley Nelson's Amended Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04377, 02/10/2016 | |
| 25. | Carol Nelson's Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04658, 07/29/2015 | |
| 26. | Carol Nelson's Amended Response to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04658, 09/01/2015 | |
| **CUSTODIAN OF RECORDS AFFIDAVITS** | | |
| 27. | Chain of Custody Affidavit—Meaghan Schmidt | |
| 28. | Certification of Domestic Records by JP Morgan Chase Dated 12/13/2017 [Five Declarations] | |
| 29. | Certification of Domestic Records by Richard Oppenheim & Associates, Inc.. dated 01/15/2016 | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---------|-------------|-----------|
| 30. | Certification of Domestic Records by FISERV, Inc./Pensco Trust Co. dated 02/02/2015 | |
| 31. | Certification of Domestic Records by JP Morgan Chase (for Defendant's account docs) dated 02/13/2015 | JPMNELSON00002738 |
| 32. | Certification of Domestic Records by JP Morgan Chase (for Defendant's account docs) dated 03/03/2015 | JPMNELSON00002739 |
| **EXPERT RELATED MATERIALS** | | |
| 33. | Curriculum vitae of Bruce Dubinsky | |
| 34. | 08/20/13 Expert Report of Bruce Dubinsky | |
| 35. | Dubinsky Report Exhibit 27 | |
| 36. | Dubinsky Report Table 13 | |
| 37. | Dubinsky Report Figure 39 | |
| 38. | Dubinsky Report Figure 37 | |
| 39. | Dubinsky Report Table 8 | |
| 40. | Dubinsky Report Figure 15 | |
| 41. | VWAP Equation | |
| 42. | EXHIBIT REMOVED | |
| 43. | EXHIBIT REMOVED | |
| 44. | Dubinsky Report Table 1 | |
| 45. | Dubinsky Report Figure 16 | |
| 46. | Dubinsky Report Figure 21 | |
| 47. | Dubinsky Report Figure 17 | |
| 48. | Dubinsky Report Figure 18 | |
| 49. | Dubinsky Report Exhibit 11 | |
| 50. | Dubinsky Report Table 5 | |
| 51. | House 17 Manual | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 52. | Curriculum vitae of Lisa Collura | |
| 53. | 05/06/2016 Expert Report of Lisa Collura, Adv. Pro. No. 10-04377 | |
| 54. | 05/06/2016 Expert Report of Lisa Collura, Adv. Pro. No. 10-04658 | |
| 55. | Summary of Tracing for 1ZA283 | |
| 56. | Summary of Tracing for 1ZA284 | |
| 57. | Summary of Tracing for 1ZR265 | |
| 58. | Summary of Reconciliation for 1ZA283 | |
| 59. | Summary of Reconciliation for 1ZA284 | |
| 60. | Summary of Reconciliation for 1ZR265 | |
| 61. | JP Morgan 703 Statement, Aug. 2002 | JPMSAB0000100-151 |
| 62. | JP Morgan 509 Statement, Aug 2002 | JPMTAA0000026-28 |
| 63. | JP Morgan 703 Statement, Sept. 2002 | JPMSAB0000624-672 |
| 64. | JP Morgan 509 Statement, Sept 2002 | JPMTAA0000029-32 |
| 65. | 12/28/2005 IRA Distribution Request | FISERV-NELSON-00188-192 |
| 66. | Jan 2006 IRA Customer Statement, -3 | MDPTPP07596733 - 39 |
| 67. | 01/05/2006 BLMIS check | JPMSAF0041776 |
| 68. | 01/04/2006 FISERV authorization letter | FISERV-NELSON-00198-201 |
| 69. | January – March 2006 FISERV Statement | FISERV-NELSON-00059-061 |
| 70. | Curriculum vitae of Matthew Greenblatt | |
| 71. | 11/15/2012 Expert Report of Matthew Greenblatt- Methodology for the Principal Balance Calculation | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 72. | 05/16/2016 Expert Report of Matthew Greenblatt – Adv.Pro. No. 10-04658 | |
| 73. | 05/16/2016 Expert Report of Matthew Greenblatt – Adv. Pro. No. 10-04377 | |
| 74. | Ex. B to Complaint in Adv. Pro. No. 10-04658 | |
| 75. | Ex. B to Complaint in Adv. Pro. No. 10-04377 | |
| 76. | Principal Balance Calculation 1ZA283 | |
| 77. | Principal Balance Calculation 1ZA284 | |
| 78. | Principal Balance Calculation 1ZR265 | |
| **ACCOUNT NO. 1ZA283** | | |
| | **01/25/2007 Transaction (Withdrawal)** | |
| 79. | 01/24/2007 customer correspondence | AMF00008117 |
| 80. | 01/25/2007 BLMIS check | JPMSAF0053696 |
| 81. | 01/25/2007 BLMIS check | MADWAA00194889-90 |
| 82. | JP Morgan 509 Statement, Jan 2007 | JPMTAA0000214-216 |
| 83. | Jan 2007 Customer Statement | OPPENHEIM_0004950-55 |
| 84. | Jan 2007 Customer Statement | MDPTPP06018320-22 |
| | 04/10/2007 Transaction (Withdrawal) | |
| 85. | 04/09/2007 custom correspondence | AMF00008116 |
| 86. | 04/10/2007 BLMIS check | JPMSAF0056043 |
| 87. | 04/10/2007 BLMIS check | MADWAA00267312-13 |
| 88. | 04/10/2007 BLMIS Debit Memo | MS01187443 |
| 89. | JP Morgan 509 Statement, April 2007 | JPMTAA0000223-24 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 90. | April 2007 Customer Statement | OPPENHEIM_0004867-78 |
| 91. | April 2007 Customer Statement | OPPENHEIM_0004879-80 |
| 92. | April 2007 Customer Statement | MDPTPP06018337-342 |
| 93. | April 2007 Customer Statement | MDPTPP06018343 |
| | 05/03/2007 Transaction (Withdrawal) | |
| 94. | 04/30/2007 customer correspondence | AMF00008115 |
| 95. | 05/03/2007 BLMIS check | JPMSAF0056562 |
| 96. | 05/03/2007 BLMIS check | MADWAA00279118-19 |
| 97. | 05/03/2007 BLMIS Debit Memo | MS01187445 |
| 98. | JP Morgan 509 Statement, May 2007 | JPMTAA0000225-27 |
| 99. | May 2007 Customer Statement | OPPENHEIM_0004844-47 |
| 100. | May 2007 Customer Statement | OPPENHEIM_0004853 |
| 101. | May 2007 Customer Statement | MDPTPP06018344- 47 |
| 102. | May 2007 Customer Statement | MDPTPP06018348 |
| | 05/17/2007 Transaction (Withdrawal) | |
| 103. | 05/14/2007 customer correspondence | AMF00008114 |
| 104. | 05/17/2007 BLMIS check | JPMSAF0056724 |
| 105. | 05/17/2007 BLMIS check | MADWAA00278774-75 |
| 106. | 05/17/2007 BLMIS Debit Memo | MS01187447 |
| | 09/26/2007 Transaction (Withdrawal) | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 107. | 09/24/2007 customer correspondence | AMF00008113 |
| 108. | 09/26/2007 BLMIS check | JPMSAF0060079 |
| 109. | 09/26/2007 BLMIS check | MADWAA00276926-27 |
| 110. | 09/26/2007 BLMIS Debit Memo | MS01187449 |
| 111. | JP Morgan 509 Statement, Sept 2007 | JPMTAA0000241-250 |
| 112. | Sept 2007 Customer Statement | OPPENHEIM_0004748-59 |
| 113. | Sept 2007 Customer Statement | OPPENHEIM_0004760-61 |
| 114. | Sept 2007 Customer Statement | MDPTPP06018362 - 67 |
| 115. | Sept 2007 Customer Statement | MDPTPP06018368 |
|  | 12/06/2007 Transaction (Withdrawal) |  |
| 116. | 12/03/2007 customer correspondence | AMF00008112 |
| 117. | 12/06/2007 BLMIS check | JPMSAF0062333 |
| 118. | 12/06/2007 BLMIS check | MADWAA00291842-43 |
| 119. | 12/06/2007 BLMIS Debit Memo | MS01187451 |
| 120. | JP Morgan 509 Statement, Dec 2007 | JPMTAA0000257-259 |
| 121. | Dec 2007 Customer Statement | OPPENHEIM_0004676-85 |
| 122. | Dec 2007 Customer Statement | OPPENHEIM_0004696-97 |
| 123. | Dec 2007 Customer Statement | MDPTPP06018378 -82 |
| 124. | Dec 2007 Customer Statement | MDPTPP06018383 |
|  | 04/10/2008 Transaction (Withdrawal) |  |
| 125. | 04/07/2008 customer correspondence | AMF00008111 |
| 126. | 04/10/2008 BLMIS check | JPMSAF0066746 |
| 127. | 04/10/2008 BLMIS Debit Memo | MS00600249 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 128. | 04/10/2008 BLMIS check | MADWAA00297873-74 |
| 129. | JP Morgan 509 Statement, April 2008 | JPMTAA0000272-75 |
| 130. | Nelsons' Deposit slip, 04/10/2008 | JPMNELSON00000357 |
| 131. | Nelsons' JP Morgan Bank Statement, April 2008 | JPMNELSON00000321-356 |
| 132. | April 2008 Customer Statement | MDPTPP06018390 - 95 |
| 133. | April 2008 Customer Statement | MDPTPP06018396 |
| | 07/02/2008 Transaction (Withdrawal) | |
| 134. | 07/01/2008 customer correspondence | AMF00008110 |
| 135. | 07/02/2008 BLMIS check | JPMSAF0068779 |
| 136. | 07/02/2008 BLMIS Debit Memo | MS00600258 |
| 137. | 07/02/2008 BLMIS check | MADWAA00287134-35 |
| 138. | Nelsons' JP Morgan Bank Statement, July 2008 | JPMNELSON00002848 – 2855 |
| 139. | Nelsons' deposit slip, 07/02/2008 | JPMNELSON00002857 |
| 140. | JP Morgan 509 Statement, July 2008 | JPMTAA0000286-291 |
| 141. | July 2008 Customer Statement | MDPTPP06018406-07 |
| 142. | July 2008 Customer Statement | MDPTPP06018408 |
| | 11/18/2008 Transaction (Withdrawal) | |
| 143. | 11/17/2008 customer correspondence | AMF00008109 |
| 144. | 11/18/2008 BLMIS check | JPMSAF0072444 |
| 145. | 11/18/2008 BLMIS check | MADWAA00285753-54 |
| 146. | 11/18/2008 BLMIS Debit Memo | MADTSS00753914 |
| 147. | Nelsons' JP Morgan Bank statement, Nov. 2008 | JPMNELSON00002959-66 |
| 148. | Nelsons' deposit slip, 11/20/2008 | JPMNELSON00002969 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 149. | JP Morgan 703 Statement, Nov. 2008 | JPMSAB0004407-4454 |
| 150. | JP Morgan 509 Statement, Nov 2008 | JPMTAA0000310-315 |
| 151. | Nov 2008 Customer Statement | MWPTAP00064415-24 |
| 152. | Nov 2008 Customer Statement | MDPTPP06018424- 429 |
| 153. | Nov 2008 Customer Statement | MDPTPP06018430 |
| **ACCOUNT NO. 1ZR265** | | |
| | 01/04/2007 Transaction (Withdrawal) | |
| 154. | 01/02/2007 FISERV authorization letter | AMF00114544 |
| 155. | 01/02/2007 FISERV order form and authorization letter | FISERV-NELSON-00216-218 |
| 156. | 01/04/2007 BLMIS check | JPMSAF0053005 |
| 157. | 01/04/2007 BLMIS Debit Memo | MADTBB00006590 |
| 158. | 01/04/2007 BLMIS check | MADWAA00196482-83 |
| 159. | Jan 2007 IRA Customer Statement | OPPENHEIM_0004549-554 |
| 160. | Jan 2007 IRA Customer Statement | MDPTPP07596813 - 15 |
| 161. | Jan 2007-Mar 2007 FISERV Account Summary | FISERV-NELSON-00089-091 |
| 162. | 1099-R Form 2007 | FISERV-NELSON-00147 |
| | 09/24/2007 Transaction (Withdrawal) | |
| 163. | 09/20/2007 FISERV authorization letter | AMF00114543 |
| 164. | 09/24/2007 BLMIS Debit Memo | MADTBB00006592 |
| 165. | 09/24/2007 BLMIS check | MADWAA00276918-19 |
| 166. | 09/24/2007 BLMIS check | JPMSAF0060022 |
| 167. | Sept 2007 Customer Statement | OPPENHEIM_0004630-41 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 168. | Sept 2007 Customer Statement | OPPENHEIM_0004642-43 |
| 169. | Sept 2007 IRA Customer statement | MDPTPP07596856 – 61 |
| 170. | Sept 2007 IRA Customer statement | MDPTPP07596862 |
| 171. | FISERV Trading Authorization | FISERV-NELSON-00210-212 |
| 172. | FISERV Detail Report | FISERV-NELSON-00213-214 |
| 173. | FISERV Detail Report | FISERV-NELSON-00215 |
| 174. | July 2007-Sept 2007 FISERV Account Summary | FISERV-NELSON-00096-098 |
|  | 12/31/2007 Transaction (Withdrawal) |  |
| 175. | 12/27/2007 FISERV authorization letter | AMF00114542 |
| 176. | 12/27/2007 FISERV authorization letter | FISERV-NELSON-00244-246 |
| 177. | 12/31/2007 BLMIS Debit Memo | MADTBB00006594 |
| 178. | 12/31/2007 BLMIS check | MADWAA00288331-32 |
| 179. | 12/31/2007 BLMIS check | JPMSAF0063421 |
| 180. | Dec 2007 Customer Statement | OPPENHEIM_0004664-73 |
| 181. | Dec 2007 Customer Statement | OPPENHEIM_004674-75 |
| 182. | Dec 2007 IRA Customer Statement | MDPTPP07596872 - 76 |
| 183. | Dec 2007 IRA Customer Statement | MDPTPP07596877 |
| 184. | FISERV Customer Statement, Jan. 2008- Mar. 2008 | FISERV-NELSON-00074-76 |
| 185. | FISERV Customer Statement, April - June. 2008 | FISERV-NELSON-00078-80 |
| 186. | Oct 2007-Dec 2007 FISERV Account Summary | FISERV-NELSON-00099-101 |
| 187. | 1099-R Form 2008 | FISERV-NELSON-00148 |
| **ACCOUNT NO. 1ZA284** | | |
|  | 01/03/2007 Transaction (Withdrawal) |  |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 188. | 01/02/2007 customer correspondence | AMF00008197 |
| 189. | 01/03/2007 BLMIS check | JPMSAF0052952 |
| 190. | 01/03/2007 BLMIS check | MADWAA00196374-75 |
| 191. | 01/03/2007 Debit Memo | MS01187712 |
| 192. | Jan 2007 Customer Statement | OPPENHEIM_0004942-949 |
| 193. | Jan 2007 Customer Statement | MDPTPP06019524-27 |
| | 01/31/2007 Transaction (Withdrawal) | |
| 194. | 01/30/2007 customer correspondence | AMF00008196 |
| 195. | 01/31/2007 BLMIS check | JPMSAF0053776 |
| 196. | 01/31/2007 BLMIS check | MADWAA00199820-21 |
| 197. | Removed | Exhibit Removed- Duplicate |
| | 03/20/2007 Transaction (Withdrawal) | |
| 198. | 03/19/2007 customer correspondence | AMF00008195 |
| 199. | 03/20/2007 BLMIS check | JPMSAF0054502 |
| 200. | 03/20/2007 Debit Memo | MS01187718 |
| 201. | 03/20/2007 BLMIS check | MADWAA00204064-65 |
| 202. | JP Morgan 509 Statement, March 2007 | JPMTAA0000220-22 |
| 203. | March 2007 Customer Statement | OPPENHEIM_0004884-93 |
| 204. | March 2007 Customer Statement | OPPENHEIM_0004908-11 |
| 205. | March 2007 Customer Statement | MDPTPP06019535-39 |
| 206. | March 2007 Customer Statement | MDPTPP06019540-41 |
| | 04/10/2007 Transaction (Withdrawal) | |
| 207. | 04/09/2007 customer correspondence | AMF00008194 |
| 208. | 04/10/2007 Debit Memo | MS01187720 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 209. | 04/10/2007 BLMIS check | MADWAA00267314-15 |
| 210. | 04/10/2007 BLMIS check | JPMSAF0056044 |
| 211. | April 2007 Customer Statement | OPPENHEIM_0004855-866 |
| 212. | April 2007 Customer Statement | OPPENHEIM_0004881-82 |
| 213. | April 2007 Customer Statement | MDPTPP06019542-47 |
| 214. | April 2007 Customer Statement | MDPTPP06019548 |
| | 05/03/2007 Transaction (Withdrawal) | |
| 215. | 04/30/2007 customer correspondence | AMF00008193 |
| 216. | 05/03/2007 Debit Memo | MS01187726 |
| 217. | 05/03/2007 BLMIS check | JPMSAF0056563 |
| 218. | 05/03/2007 BLMIS check | MADWAA00279120-21 |
| 219. | May 2007 Customer Statement | OPPENHEIM_0004848-51 |
| 220. | May 2007 Customer Statement | OPPENHEIM_0004852 |
| 221. | May 2007 Customer Statement | MDPTPP06019549 - 52 |
| 222. | May 2007 Customer Statement | MDPTPP06019553 |
| | 06/04/2007 Transaction (Withdrawal) | |
| 223. | 06/01/2007 customer correspondence | AMF00008192 |
| 224. | 06/04/2007 BLMIS check | JPMSAF0057054 |
| 225. | 06/04/2007 Debit Memo | MS01187728 |
| 226. | 06/04/2007 BLMIS check | MADWAA00278166-67 |
| 227. | JP Morgan 509 Statement, June 2007 | JPMTAA0000228-230 |
| 228. | June 2007 Customer Statement | OPPENHEIM_0004819 -28 |
| 229. | June 2007 Customer Statement | OPPENHEIM_0004829-30 |
| 230. | June 2007 Customer Statement | MDPTPP06019554-58 |
| 231. | June 2007 Customer Statement | MDPTPP06019559 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| | 07/31/2007 Transaction (Withdrawal) | |
| 232. | 07/30/2007 customer correspondence | AMF00008191 |
| 233. | 07/31/2007 BLMIS check | JPMSAF0059034 |
| 234. | 07/31/2007 Debit Memo | MS01187730 |
| 235. | 07/31/2007 BLMIS check | MADWAA00279720-21 |
| 236. | JP Morgan 509 Statement, July 2007 | JPMTAA0000231-33 |
| 237. | July 2007 Customer Statement | OPPENHEIM_0004802-07 |
| 238. | July 2007 Customer Statement | OPPENHEIM_0004814-15 |
| 239. | July 2007 Customer Statement | MDPTPP06019560 - 62 |
| 240. | July 2007 Customer Statement | MDPTPP06019563 |
| | 09/21/2007 Transaction (Withdrawal) | |
| 241. | 09/19/2007 customer correspondence | AMF00008190 |
| 242. | 09/21/2007 Debit Memo | MS01187734 |
| 243. | 09/21/2007 BLMIS Check | JPMSAF0059998 |
| 244. | 09/21/2007 BLMIS check | MADWAA00276880-81 |
| 245. | Sept 2007 Customer Statement | OPPENHEIM_0004736-47 |
| 246. | Sept 2007 Customer Statement | OPPENHEIM_0004644-45 |
| 247. | Sept 2007 Customer Statement | MDPTPP06019567-72 |
| 248. | Sept 2007 Customer Statement | MDPTPP06019573 |
| | 11/06/2007 Transaction (Withdrawal) | |
| 249. | 11/05/2007 customer correspondence | AMF00008189 |
| 250. | 11/06/2007 Debit Memo | MS01187736 |
| 251. | 11/06/2007 BLMIS check | JPMSAF0061753 |
| 252. | 11/06/2007 BLMIS check | MADWAA00262099-100 |
| 253. | JP Morgan 509 Statement, Nov 2007 | JPMTAA0000254-256 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 254. | Nov 2007 Customer Statement | OPPENHEIM_0004698-4707 |
| 255. | Nov 2007 Customer Statement | OPPENHEIM_0004720-21 |
| 256. | Nov 2007 Customer Statement | MDPTPP06019577- 81 |
| 257. | Nov 2007 Customer Statement | MDPTPP06019582 |
|  | 12/26/2007 Transaction (Withdrawal) |  |
| 258. | 12/24/2007 customer correspondence | AMF00008188 |
| 259. | 12/26/2007 BLMIS check | JPMSAF0062809 |
| 260. | 12/26/2007 Debit Memo | MS01187740 |
| 261. | 12/26/2007 BLMIS check | MADWAA00292698-99 |
| 262. | Dec 2007 Customer Statement | MDPTPP06019583 - 87 |
| 263. | Dec 2007 Customer Statement | MDPTPP06019588 |
|  | 01/17/2008 Transaction (Deposit) |  |
| 264. | 01/15/2008 Nelsons' check | JPMSAI0012442 |
| 265. | 01/15/2008 Nelsons' check | MWPTAP00063866 |
| 266. | 01/15/2008 Nelsons' check | MWPTAP00167062 |
| 267. | JP Morgan 703 account statement, Jan 2008 | JPMSAB0004132-194 |
| 268. | 01/17/2008 BLMIS Deposit Slip | JPMSAI0012428 |
| 269. | 01/15/2008 Debit Memo | MS00600422 |
| 270. | 01/15/2008 Nelsons' check | JPMNELSON00000102 |
| 271. | Nelsons' Bank Statement, Jan 2008 | JPMNELSON00000001-40 |
| 272. | JP Morgan 509 Statement, Jan 2008 | JPMTAA0000260-263 |
| 273. | Jan 2008 Customer Statement | MDPTPP06019589 - 91 |
|  | 03/26/2008 Transaction (Withdrawal) |  |
| 274. | 03/25/2008 customer correspondence | AMF00008187 |
| 275. | 03/26/2008 BLMIS check | JPMSAF0065386 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 276. | 03/26/2008 Debit Memo | MS00600426 |
| 277. | 03/26/2008 BLMIS check | MADWAA00297222 -23 |
| 278. | 03/26/2008 Nelsons' check | JPMNELSON00000261 |
| 279. | JP Morgan 509 Statement, March 2008 | JPMTAA0000268 - 271 |
| 280. | Nelsons' JP Morgan Deposit Slip, 03/26/2008 | JPMNELSON00000260 |
| 281. | Nelsons' JP Morgan Bank Statement, March 2008 | JPMNELSON00000232-59 |
| 282. | March 2008 Customer Statement | MDPTPP06019594-96 |
|  | 04/10/2008 Transaction (Withdrawal) |  |
| 283. | 04/07/2008 customer correspondence | AMF00008186 |
| 284. | 04/10/2008 Debit Memo | MS00600429 |
| 285. | 04/10/2008 BLMIS check | JPMSAF0066747 |
| 286. | 04/10/2008 BLMIS check | MADWAA00297875-76 |
| 287. | Nelsons' JP Morgan deposit slip, 04/10/2008 | JPMNELSON000000357 |
| 288. | Nelsons' JP Morgan Bank Statement, April 2008 | JPMNELSON00000321-56 |
| 289. | April 2008 Customer Statement | MDPTPP06019597 - 602 |
| 290. | April 2008 Customer Statement | MDPTPP06019603 |
|  | 06/10/2008 Transaction (Withdrawal) |  |
| 291. | 06/09/2008 customer correspondence | AMF00008185 |
| 292. | 06/10/2008 Debit Memo | MS00600440 |
| 293. | 06/10/2008 BLMIS check | JPMSAF0067925 |
| 294. | 06/10/2008 BLMIS check | MADWAA00296172-73 |
| 295. | Nelsons' JP Morgan Bank Statement, June 2008 | JPMNELSON00000585-622 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 296. | Nelsons' JP Morgan deposit slip, June 2008 | JPMNELSON00000623 |
| 297. | JP Morgan 509 Statement, June 2008 | JPMTAA0000280-85 |
| 298. | June 2008 Customer Statement | MDPTPP06019610-12 |
| 299. | June 2008 Customer Statement | MDPTPP06019613 |
|  | 07/09/2008 Transaction (Withdrawal) |  |
| 300. | 07/08/2008 customer correspondence | AMF00008184 |
| 301. | 07/09/2008 BLMIS check | JPMSAF0069330 |
| 302. | 07/09/2008 Debit Memo | MS00600443 |
| 303. | 07/09/2008 BLMIS check | MADWAA00294711-12 |
| 304. | Nelsons' JP Morgan Bank Statement, July 2008 | JPMNELSON00000712-751 |
| 305. | Nelsons' deposit slip, 07/09/2008 | JPMNELSON00000752 |
| 306. | July 2008 Customer Statement | MDPTPP06019614-15 |
| 307. | July 2008 Customer Statement | MDPTPP06019616 |
|  | 09/05/2008 Transaction (Withdrawal) |  |
| 308. | 09/02/2008 customer correspondence | AMF00008183 |
| 309. | 09/05/2008 BLMIS check | JPMSAF0070192 |
| 310. | 09/05/2008 BLMIS check | MADWAA00302229-30 |
| 311. | JP Morgan 509 Statement, Sept 2008 | JPMTAA0000298-303 |
| 312. | Nelsons' JP Morgan Bank Statement, Sept 2008 | JPMNELSON00000966- 999 |
| 313. | Nelsons' deposit slip, 09/05/2008 | JPMNELSON00001000 |
| 314. | Sept 2008 Customer Statement | MDPTPP06019623-27 |
| 315. | Sept 2008 Customer Statement | MDPTPP06019628 |
|  | 10/01/2008 Transaction (Withdrawal) |  |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 316. | 09/30/2008 customer correspondence | AMF00008182 |
| 317. | 10/01/2008 BLMIS check | JPMSAF0071200 |
| 318. | 10/01/2008 Debit Memo | MS00600447 |
| 319. | 10/01/2008 BLMIS check | MADWAA00285071-72 |
| 320. | Nelsons' deposit slip, 10/01/2008 | JPMNELSON00001119 |
| 321. | Nelsons' JP Morgan Bank Statement, Oct 2008 | JPMNELSON00001077-118 |
| 322. | JP Morgan 509 Statement, Oct 2008 | JPMTAA0000304-309 |
| 323. | Oct 2008 Customer Statement | MDPTPP06019629-31 |
| 324. | Oct 2008 Customer Statement | MDPTPP06019632 |
| | 10/30/2008 Transaction (Withdrawal) | |
| 325. | 10/28/2008 customer correspondence | AMF00008181 |
| 326. | 10/30/2008 BLMIS check | JPMSAF0072159 |
| 327. | 10/30/2008 Debit Memo | MS00600448 |
| 328. | 10/30/2008 BLMIS check | MADWAA00305213-14 |
| 329. | Nelsons' deposit slip 10/30/2008 | JPMNELSON00001121 |
| | 11/24/2008 Transaction (Withdrawal) | |
| 330. | 11/21/2008 customer correspondence | AMF00008180 |
| 331. | 11/24/2008 BLMIS check | MADWAA00285895-96 |
| 332. | 11/24/2008 BLMIS check | JPMSAF0072529 |
| 333. | Nelsons' JP Morgan Bank Statement, Nov. 2008 | JPMNELSON00001219 – 1254 |
| 334. | Nelsons' deposit slip 11/24/2008 | JPMNELSON00001255 |
| 335. | Nov 2008 Customer Statement (version attached to Nelsons' claim) | MWPTAP00063868-877 |
| 336. | Nov 2008 Customer Statement | MDPTPP06019633 -38 |
| 337. | Nov 2008 Customer Statement | MDPTPP06019639 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| | **Account Documents** | |
| 338. | Account opening documents, Acct. 1ZA283 | AMF00008168-76 |
| 339. | Account opening documents, Acct. 1ZR265 | AMF00114567-74 |
| 340. | Account opening documents, Acct. 1ZA284 | AMF00008290-98 |
| 341. | Carol Nelson IRA Application | FISERV-NELSON-00229-30 |
| | **Claims Documents** | |
| 342. | Claim No. 000495 for Acct. No. 1ZA283 | MWPTAP00064411-4425 |
| 343. | Claim No. 001870 for Acct. No. 1ZA283 | MWPTAP00167079-7088 |
| 344. | 10/19/2009 Notice of Determination of Claim Nos. 000495 and 001870 (1ZA283) | MWPTAP01017318-7322 |
| 345. | Objection to Determination of Claim (1ZA283) | MWPTAP01103013-3030 |
| 346. | Claim No. 000531 for Acct. No. 1ZR265 | MWPTAP00066311-325 |
| 347. | Claim No. 001098 for Acct. No. 1ZR265 | MWPTAP00099513-9522 |
| 348. | Claim No. 001869 for Acct. No. 1ZR265 | MWPTAP00167069-7078 |
| 349. | 10/19/2009 Notice of Determination of Claim Nos. 000531, 001098, and 001869 (1ZR265) | MWPTAP01023062-3065 |
| 350. | Objection to Determination of Claim (1ZR265) | MWPTAP01102976-2993 |
| 351. | Claim No. 000480 for Acct. No. 1ZA284 | MWPTAP00063862-3878 |
| 352. | Claim No. 001868 for Acct. No. 1ZA284 | MWPTAP00167058-7068 |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 353. | 10/19/2009 Notice of Determination of Claim Nos. 000480 and 001868 | MWPTAP01017323-7328 |
| 354. | Objection to Determination of Claim (1ZA284) | MWPTAP01102994-3012 |
| **DIPASCALI TRIAL TESTIMONY** | | |
| 355. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 24, 12/02/2013 | |
| 356. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 25, 12/04/2013 | |
| 357. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.,* No. 10-cr-228 (S.D.N.Y)-  Day 26, 12/05/2013 | |
| 358. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 27, 12/09/2013 | |
| 359. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 28, 12/10/2013 | |
| 360. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 29, 12/11/2013 | |
| 361. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 30, 12/12/2013 | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---------|-------------|-----------|
| 362. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 31, 12/16/2013 | |
| 363. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 32, 12/17/2013 | |
| 364. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 33, 12/18/2013 | |
| 365. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)-  Day 34, 12/19/2013 | |
| 366. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.,* No. 10-cr-228 (S.D.N.Y)-  Day 36, 01/08/2014 | |
| 367. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 37, 01/09/2014 | |
| 368. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)-  Day 38, 01/13/2014 | |
| 369. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.,* No. 10-cr-228 (S.D.N.Y)- Day 40, 01/15/2014 | |
| 370. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- 02/11/2014 | |

| EX. NO. | DESCRIPTION | BATES NO. |
|---|---|---|
| 371. | Criminal Exhibit 105-D65A (referenced in DiPascali's testimony) | PUBLIC-USAO_0996744 |
| 372. | Criminal Exhibit 105-A455 (referenced in DiPascali's testimony) | PUBLIC-USAO_0963073 |
| 373. | Criminal Exhibit 105-C171 (referenced in DiPascali's testimony) | PUBLIC-USAO_0979896 |
| 374. | Criminal Exhibit 105-B230 (referenced in DiPascali's testimony) | PUBLIC-USAO_0967364 |
| 375. | Documents Supporting the Trustee's Summary Exhibits | Documents provided on CD |
| 376. | BLMIS Floor Plans – 17th, 18th, 19th Floors | LAZA-BR00000060-62 |
| 377. | BLMIS Customer File for account 1ZA873 | AMF00008106-8176 |
| 378. | BLMIS Customer File for account 1ZA874 | AMF00008177-8298 |
| 379. | BLMIS Customer File for account 1ZR265 | AMF000114538-4574 |

Dated:    May 1, 2019

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: /s/ Nicholas Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that a true and accurate copy of the foregoing was served this 1st day of May, 2019

by electronic and First Class mail upon the following:

**CHAITMAN, LLP**
Helen Chaitman
465 Park Avenue
New York, NY 10022
Telephone: (908) 303-4568
Email: hchaitman@chaitmanllp.com

/s/ <u>Nicholas Cremona</u>
*An Attorney for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L.*
*Madoff*

24