EXHIBIT B

# Documents Supporting the Trustee's Summary Exhibits Provided on Media