# EXHIBIT C

# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

May 6, 2019

**VIA HAND DELIVERY**

Helen Davis Chaitman
465 Park Avenue
New York, New York 10022

Re:  Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities LLC, Adv. Nos. 10-04377(SMB) and 10-04658(SMB) – Nelson Defendants

Dear Ms. Chaitman:

We are counsel to Irving H. Picard, as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff.

Please find enclosed:

- the Trustee's proposed demonstratives in advance of trial in the above-referenced adversary proceedings;
- the Trustee's May 6, 2019 cover letter transmitting his trial exhibits to the court with reformatted exhibit lists sorted both by exhibit number and document category;
- the Trustee's exhibit list as provided to you on May 1, 2019, updated to correct typographical and formatting errors; and
- a disc marked as TX375, which was inadvertently omitted from the Trustee's exhibits delivered to you on May 1, 2019.

Sincerely,

Nicholas J. Cremona
Partner

Enclosures