# EXHIBIT D

# BakerHostetler

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX  77002-6111

T  713.751.1600
F  713.751.1717
www.bakerlaw.com

Dean D. Hunt
direct dial: 713.646.1346
dhunt@bakerlaw.com

June 17, 2019

**VIA EMAIL AND FEDERAL EXPRESS**

Chaitman LLP
Attn: Sarah Howell (showell@chaitmanllp.com)
9160 Forum Corporate Parkway
Suite 350
Fort Myers, FL 33905

**VIA EMAIL WITHOUT ENCLOSURES**

Helen Davis Chaitman (hchaitman@chaitmanllp.com)

Re:     Exhibits and transcripts for consolidated trial of *Picard v. Nelson*, Adv. Pro. Nos. 10-
         04377 and 10-04658

Dear Ms. Chaitman:

Pursuant to the Stipulation and Order Setting Post Trial Briefing Schedule (ECF Nos. 157
& 160) in the consolidated trial of *Picard v. Nelson*, Adv. Pro. Nos. 10-04377 and 10-04658,
enclosed please find the Trustee's exhibit list and deposition and trial transcript designations list,
including two (2) discs containing copies of:

- Trustee's trial exhibits; and

- Transcripts of Enrica Cotellessa-Pitz, Bernard L. Madoff, and Frank DiPascali.

Both discs are encrypted and we will provide the password via email.  Further, for the
deposition and trial transcripts, please note that the Trustee's designations are highlighted in light
blue and Defendants' designations are highlighted in yellow.  If you have any questions, please
feel free to contact me at (713) 751-1600.

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Chaitman LLP
June 17, 2019
Page 2

Sincerely,

*/s/ Dean D. Hunt*

Dean D. Hunt
Partner

Enclosures