# EXHIBIT E

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |

|  | Defendant. |
|---|---|

| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant,<br><br>    Defendants. | Adv. Pro. No. 10-04377 (SMB) |
|---|---|

## TRUSTEE'S TRIAL EXHIBIT LIST

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| | **PRIOR TESTIMONY OF BLMIS EMPLOYEES** | | |
| 1. | Plea Allocution of Bernard Madoff | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 21:9-18. |
| 2. | Plea Allocution of Frank DiPascali | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 21:9-18. |
| 3. | Plea Allocution of David Kugel | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 21:9-18. |
| 4. | Plea Allocution of Irwin Lipkin | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 21:9-18. |
| 5. | Page and Line Designations for Mr. DiPascali's Testimony | | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
| 6. | Attestation of Kevin O'Neill | | Received into evidence by the Court; *see* 5/08/2019 Trial Tr. at 34:5-15. |
| 7. | Jan. 12, 2001 Form BD for Bernard L. Madoff Investment Securities LLC | | Received into evidence by the Court; *see* 5/08/2019 Trial Tr. at 34:5-15. |
| 8. | Articles of Organization for BLMIS | | Received into evidence by the Court; *see* 5/08/2019 Trial Tr. at 34:5-15. |
| **DISCOVERY RELATED DOCUMENTS** | | | |
| 9. | Trustee's First Set of Interrogatories to Stanley Nelson, Adv. Pro. No. 10-04377 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 10. | Stanley Nelson's Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04377, 07/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 11. | Trustee's First Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04377, 04/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 12. | Carol Nelson's Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04377, 07/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 13. | Carol and Stanley Nelson's Amended Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04377, 02/10/2016 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 14. | Trustee's Second Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04377, 08/26/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 15. | Carol Nelsons' Objections and Responses to Trustee's Second Set of Interrogatories, Adv. Pro. No. 10-04377, 10/12/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 16. | Trustee's Second Set of Interrogatories to Stanley Nelson, Adv. Pro. No. 10-04377, 08/26/15 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 17. | Stanley Nelsons' Objections and Responses to Trustee's Second Set of Interrogatories, Adv. Pro. No. 10-04377, 10/12/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 18. | Trustee's First Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04658, 04/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 19. | Carol Nelson's Objections and Responses to Trustee's First Set of Interrogatories, Adv. Pro. No. 10-04658, 07/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 20. | Trustee's Second Set of Interrogatories to Carol Nelson, Adv. Pro. No. 10-04658, 08/26/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 21. | Carol Nelson's Objections and Responses to Trustee's Second Set of Interrogatories, Adv. Pro. No. 10-04658, 10/12/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 22. | Carol Nelson's Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04377, 07/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 23. | Stanley Nelson's Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04377, 07/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 24. | Carol and Stanley Nelson's Amended Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04377, 02/10/2016 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 25. | Carol Nelson's Objections and Responses to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04658, 07/29/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| 26. | Carol Nelson's Amended Response to Trustee's First Set of Requests for Admission, Adv. Pro. No. 10-04658, 09/01/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 29:24—30:12. |
| **CUSTODIAN OF RECORDS AFFIDAVITS** | | | |
| 27. | Chain of Custody Affidavit—Meaghan Schmidt | | Exhibit is not being offered into evidence |
| 28. | Certification of Domestic Records by JP Morgan Chase Dated 12/13/2017 [Five Declarations] | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 30:13—31:4, 12-14; 32:23—33:4. |
| 29. | Certification of Domestic Records by Richard Oppenheim & Associates, Inc., dated 01/15/2016 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 30:13—31:4, 12-14; 32:23—33:4. |
| 30. | Certification of Domestic Records by FISERV, Inc./Pensco Trust Co. dated 02/02/2015 | | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 30:13—31:4, 12-14; 32:23—33:4. |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 31. | Certification of Domestic Records by JP Morgan Chase (for Defendant's account docs) dated 02/13/2015 | JPMNELSON00002738 | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 30:13—31:4, 12-14; 32:23—33:4. |
| 32. | Certification of Domestic Records by JP Morgan Chase (for Defendant's account docs) dated 03/03/2015 | JPMNELSON00002739 | Received into evidence by the Court; *see* 05/08/2019 Trial Tr. at 30:13—31:4, 12-14; 32:23—33:4. |
| **EXPERT RELATED MATERIALS** | | | |
| 33. | Curriculum vitae of Bruce Dubinsky | | Exhibit is not being offered into evidence |
| 34. | 08/20/13 Expert Report of Bruce Dubinsky | | |
| 35. | Dubinsky Report Exhibit 27 | | |
| 36. | Dubinsky Report Table 13 | | |
| 37. | Dubinsky Report Figure 39 | | Offered for Identification only |
| 38. | Dubinsky Report Figure 37 | | Offered for Identification only |
| 39. | Dubinsky Report Table 8 | | |
| 40. | Dubinsky Report Figure 15 | | |
| 41. | VWAP Equation | | Offered for Identification only |
| 42. | EXHIBIT REMOVED | | |
| 43. | EXHIBIT REMOVED | | |
| 44. | Dubinsky Report Table 1 | | Offered for Identification only |
| 45. | Dubinsky Report Figure 16 | | Offered for Identification only |
| 46. | Dubinsky Report Figure 21 | | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
| 47. | Dubinsky Report Figure 17 | | Offered for Identification only |
| 48. | Dubinsky Report Figure 18 | | Offered for Identification only |
| 49. | Dubinsky Report Exhibit 11 | | |
| 50. | Dubinsky Report Table 5 | | |
| 51. | House 17 Manual | | Exhibit is not being offered into evidence |
| 52. | Curriculum vitae of Lisa Collura | | Exhibit is not being offered into evidence |
| 53. | 05/06/2016 Expert Report of Lisa Collura, Adv. Pro. No.  10-04377 | | |
| 54. | 05/06/2016 Expert Report of Lisa Collura, Adv. Pro. No. 10-04658 | | |
| 55. | Summary of Tracing for 1ZA283 | | |
| 56. | Summary of Tracing for 1ZA284 | | |
| 57. | Summary of Tracing for 1ZR265 | | |
| 58. | Summary of Reconciliation for 1ZA283 | | |
| 59. | Summary of Reconciliation for 1ZA284 | | |
| 60. | Summary of Reconciliation for 1ZR265 | | |
| 61. | JP Morgan 703 Statement, Aug. 2002 | JPMSAB0000100-151 | |
| 62. | JP Morgan 509 Statement, Aug 2002 | JPMTAA0000026-28 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 63. | JP Morgan 703 Statement, Sept. 2002 | JPMSAB0000624-672 | |
| 64. | JP Morgan 509 Statement, Sept 2002 | JPMTAA0000029-32 | |
| 65. | 12/28/2005 IRA Distribution Request | FISERV-NELSON-00188-192 | |
| 66. | Jan 2006 IRA Customer Statement, -3 | MDPTPP07596733 - 39 | |
| 67. | 01/05/2006 BLMIS check | JPMSAF0041776 | |
| 68. | 01/04/2006 FISERV authorization letter | FISERV-NELSON-00198-201 | |
| 69. | January – March 2006 FISERV Statement | FISERV-NELSON-00059-061 | |
| 70. | Curriculum vitae of Matthew Greenblatt | | Exhibit is not being offered into evidence |
| 71. | 11/15/2012 Expert Report of Matthew Greenblatt- Methodology for the Principal Balance Calculation | | |
| 72. | 05/16/2016 Expert Report of Matthew Greenblatt – Adv. Pro. No. 10-04658 | | |
| 73. | 05/16/2016 Expert Report of Matthew Greenblatt – Adv. Pro. No. 10-04377 | | |
| 74. | Ex. B to Complaint in Adv. Pro. No. 10-04658 | | Exhibit is not being offered into evidence |
| 75. | Ex. B to Complaint in Adv. Pro. No. 10-04377 | | Exhibit is not being offered into evidence |
| 76. | Principal Balance Calculation 1ZA283 | | |
| 77. | Principal Balance Calculation 1ZA284 | | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 78. | Principal Balance Calculation 1ZR265 | | |
| ACCOUNT NO. 1ZA283 | | | |
| | 01/25/2007 Transaction (Withdrawal) | | |
| 79. | 01/24/2007 customer correspondence | AMF00008117 | |
| 80. | 01/25/2007 BLMIS check | JPMSAF0053696 | |
| 81. | 01/25/2007 BLMIS check | MADWAA00194889-90 | |
| 82. | JP Morgan 509 Statement, Jan 2007 | JPMTAA0000214-216 | |
| 83. | Jan 2007 Customer Statement | OPPENHEIM_0004950-55 | |
| 84. | Jan 2007 Customer Statement | MDPTPP06018320-22 | |
| | 04/10/2007 Transaction (Withdrawal) | | |
| 85. | 04/09/2007 custom correspondence | AMF00008116 | |
| 86. | 04/10/2007 BLMIS check | JPMSAF0056043 | |
| 87. | 04/10/2007 BLMIS check | MADWAA00267312-13 | |
| 88. | 04/10/2007 BLMIS Debit Memo | MS01187443 | |
| 89. | JP Morgan 509 Statement, April 2007 | JPMTAA0000223-24 | |
| 90. | April 2007 Customer Statement | OPPENHEIM_0004867-78 | |
| 91. | April 2007 Customer Statement | OPPENHEIM_0004879-80 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 92. | April 2007 Customer Statement | MDPTPP06018337-342 | |
| 93. | April 2007 Customer Statement | MDPTPP06018343 | |
| | 05/03/2007 Transaction (Withdrawal) | | |
| 94. | 04/30/2007 customer correspondence | AMF00008115 | |
| 95. | 05/03/2007 BLMIS check | JPMSAF0056562 | |
| 96. | 05/03/2007 BLMIS check | MADWAA00279118-19 | |
| 97. | 05/03/2007 BLMIS Debit Memo | MS01187445 | |
| 98. | JP Morgan 509 Statement, May 2007 | JPMTAA0000225-27 | |
| 99. | May 2007 Customer Statement | OPPENHEIM_0004844-47 | |
| 100. | May 2007 Customer Statement | OPPENHEIM_0004853 | |
| 101. | May 2007 Customer Statement | MDPTPP06018344- 47 | |
| 102. | May 2007 Customer Statement | MDPTPP06018348 | |
| | 05/17/2007 Transaction (Withdrawal) | | |
| 103. | 05/14/2007 customer correspondence | AMF00008114 | |
| 104. | 05/17/2007 BLMIS check | JPMSAF0056724 | |
| 105. | 05/17/2007 BLMIS check | MADWAA00278774-75 | |
| 106. | 05/17/2007 BLMIS Debit Memo | MS01187447 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
|  | 09/26/2007 Transaction (Withdrawal) |  |  |
| 107. | 09/24/2007 customer correspondence | AMF00008113 |  |
| 108. | 09/26/2007 BLMIS check | JPMSAF0060079 |  |
| 109. | 09/26/2007 BLMIS check | MADWAA00276926-27 |  |
| 110. | 09/26/2007 BLMIS Debit Memo | MS01187449 |  |
| 111. | JP Morgan 509 Statement, Sept 2007 | JPMTAA0000241-250 |  |
| 112. | Sept 2007 Customer Statement | OPPENHEIM_0004748-59 |  |
| 113. | Sept 2007 Customer Statement | OPPENHEIM_0004760-61 |  |
| 114. | Sept 2007 Customer Statement | MDPTPP06018362 - 67 |  |
| 115. | Sept 2007 Customer Statement | MDPTPP06018368 |  |
|  | 12/06/2007 Transaction (Withdrawal) |  |  |
| 116. | 12/03/2007 customer correspondence | AMF00008112 |  |
| 117. | 12/06/2007 BLMIS check | JPMSAF0062333 |  |
| 118. | 12/06/2007 BLMIS check | MADWAA00291842-43 |  |
| 119. | 12/06/2007 BLMIS Debit Memo | MS01187451 |  |
| 120. | JP Morgan 509 Statement, Dec 2007 | JPMTAA0000257-259 |  |
| 121. | Dec 2007 Customer Statement | OPPENHEIM_0004676-85 |  |
| 122. | Dec 2007 Customer Statement | OPPENHEIM_0004696-97 |  |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 123. | Dec 2007 Customer Statement | MDPTPP06018378 -82 | |
| 124. | Dec 2007 Customer Statement | MDPTPP06018383 | |
| | 04/10/2008 Transaction (Withdrawal) | | |
| 125. | 04/07/2008 customer correspondence | AMF00008111 | |
| 126. | 04/10/2008 BLMIS check | JPMSAF0066746 | |
| 127. | 04/10/2008 BLMIS Debit Memo | MS00600249 | |
| 128. | 04/10/2008 BLMIS check | MADWAA00297873-74 | |
| 129. | JP Morgan 509 Statement, April 2008 | JPMTAA0000272-75 | |
| 130. | Nelsons' JP Morgan Deposit Slip, 04/10/2008 | JPMNELSON00000357 | |
| 131. | Nelsons' JP Morgan Bank Statement, April 2008 | JPMNELSON00000321-356 | |
| 132. | April 2008 Customer Statement | MDPTPP06018390 - 95 | |
| 133. | April 2008 Customer Statement | MDPTPP06018396 | |
| | 07/02/2008 Transaction (Withdrawal) | | |
| 134. | 07/01/2008 customer correspondence | AMF00008110 | |
| 135. | 07/02/2008 BLMIS check | JPMSAF0068779 | |
| 136. | 07/02/2008 BLMIS Debit Memo | MS00600258 | |
| 137. | 07/02/2008 BLMIS check | MADWAA00287134-35 | |
| 138. | Nelsons' JP Morgan Bank Statement, July 2008 | JPMNELSON00002848 – 2855 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 139. | Nelsons' JP Morgan Deposit Slip, 07/02/2008 | JPMNELSON00002857 | |
| 140. | JP Morgan 509 Statement, July 2008 | JPMTAA0000286-291 | |
| 141. | July 2008 Customer Statement | MDPTPP06018406-07 | |
| 142. | July 2008 Customer Statement | MDPTPP06018408 | |
| | 11/18/2008 Transaction (Withdrawal) | | |
| 143. | 11/17/2008 customer correspondence | AMF00008109 | |
| 144. | 11/18/2008 BLMIS check | JPMSAF0072444 | |
| 145. | 11/18/2008 BLMIS check | MADWAA00285753-54 | |
| 146. | 11/18/2008 BLMIS Debit Memo | MADTSS00753914 | |
| 147. | Nelsons' JP Morgan Bank Statement, Nov. 2008 | JPMNELSON00002959-66 | |
| 148. | Nelsons' JP Morgan Deposit Slip, 11/20/2008 | JPMNELSON00002969 | |
| 149. | JP Morgan 703 Statement, Nov. 2008 | JPMSAB0004407-4454 | |
| 150. | JP Morgan 509 Statement, Nov 2008 | JPMTAA0000310-315 | |
| 151. | Nov 2008 Customer Statement | MWPTAP00064415-24 | |
| 152. | Nov 2008 Customer Statement | MDPTPP06018424- 429 | |
| 153. | Nov 2008 Customer Statement | MDPTPP06018430 | |
| ACCOUNT NO. 1ZR265 | | | |
| | 01/04/2007 Transaction (Withdrawal) | | |
| 154. | 01/02/2007 FISERV authorization letter | AMF00114544 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
| 155. | 01/02/2007 FISERV order form and authorization letter | FISERV-NELSON-00216-218 | |
| 156. | 01/04/2007 BLMIS check | JPMSAF0053005 | |
| 157. | 01/04/2007 BLMIS Debit Memo | MADTBB00006590 | |
| 158. | 01/04/2007 BLMIS check | MADWAA00196482-83 | |
| 159. | Jan 2007 IRA Customer Statement | OPPENHEIM_0004549-554 | |
| 160. | Jan 2007 IRA Customer Statement | MDPTPP07596813 - 15 | |
| 161. | Jan 2007-Mar 2007 FISERV Account Summary | FISERV-NELSON-00089-091 | |
| 162. | 1099-R Form 2007 | FISERV-NELSON-00147 | |
| | 09/24/2007 Transaction (Withdrawal) | | |
| 163. | 09/20/2007 FISERV authorization letter | AMF00114543 | |
| 164. | 09/24/2007 BLMIS Debit Memo | MADTBB00006592 | |
| 165. | 09/24/2007 BLMIS check | MADWAA00276918-19 | |
| 166. | 09/24/2007 BLMIS check | JPMSAF0060022 | |
| 167. | Sept 2007 Customer Statement | OPPENHEIM_0004630-41 | |
| 168. | Sept 2007 Customer Statement | OPPENHEIM_0004642-43 | |
| 169. | Sept 2007 IRA Customer statement | MDPTPP07596856 – 61 | |
| 170. | Sept 2007 IRA Customer statement | MDPTPP07596862 | |
| 171. | FISERV Trading Authorization | FISERV-NELSON-00210-212 | |
| 172. | FISERV Detail Report | FISERV-NELSON-00213-214 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 173. | FISERV Detail Report | FISERV-NELSON-00215 | |
| 174. | July 2007-Sept 2007 FISERV Account Summary | FISERV-NELSON-00096-098 | |
| | 12/31/2007 Transaction (Withdrawal) | | |
| 175. | 12/27/2007 FISERV authorization letter | AMF00114542 | |
| 176. | 12/27/2007 FISERV authorization letter | FISERV-NELSON-00244-246 | |
| 177. | 12/31/2007 BLMIS Debit Memo | MADTBB00006594 | |
| 178. | 12/31/2007 BLMIS check | MADWAA00288331-32 | |
| 179. | 12/31/2007 BLMIS check | JPMSAF0063421 | |
| 180. | Dec 2007 Customer Statement | OPPENHEIM_0004664-73 | |
| 181. | Dec 2007 Customer Statement | OPPENHEIM_004674-75 | |
| 182. | Dec 2007 IRA Customer Statement | MDPTPP07596872 - 76 | |
| 183. | Dec 2007 IRA Customer Statement | MDPTPP07596877 | |
| 184. | FISERV Customer Statement, Jan. 2008- Mar. 2008 | FISERV-NELSON-00074-76 | |
| 185. | FISERV Customer Statement, April - June. 2008 | FISERV-NELSON-00078-80 | |
| 186. | Oct 2007-Dec 2007 FISERV Account Summary | FISERV-NELSON-00099-101 | |
| 187. | 1099-R Form 2008 | FISERV-NELSON-00148 | |
| **ACCOUNT NO. 1ZA284** | | | |
| | 01/03/2007 Transaction (Withdrawal) | | |
| 188. | 01/02/2007 customer correspondence | AMF00008197 | |
| 189. | 01/03/2007 BLMIS check | JPMSAF0052952 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 190. | 01/03/2007 BLMIS check | MADWAA00196374-75 | |
| 191. | 01/03/2007 Debit Memo | MS01187712 | |
| 192. | Jan 2007 Customer Statement | OPPENHEIM_0004942-949 | |
| 193. | Jan 2007 Customer Statement | MDPTPP06019524-27 | |
| | 01/31/2007 Transaction (Withdrawal) | | |
| 194. | 01/30/2007 customer correspondence | AMF00008196 | |
| 195. | 01/31/2007 BLMIS check | JPMSAF0053776 | |
| 196. | 01/31/2007 BLMIS check | MADWAA00199820-21 | |
| 197. | Removed | - Duplicate | |
| | 03/20/2007 Transaction (Withdrawal) | | |
| 198. | 03/19/2007 customer correspondence | AMF00008195 | |
| 199. | 03/20/2007 BLMIS check | JPMSAF0054502 | |
| 200. | 03/20/2007 Debit Memo | MS01187718 | |
| 201. | 03/20/2007 BLMIS check | MADWAA00204064-65 | |
| 202. | JP Morgan 509 Statement, March 2007 | JPMTAA0000220-22 | |
| 203. | March 2007 Customer Statement | OPPENHEIM_0004884-93 | |
| 204. | March 2007 Customer Statement | OPPENHEIM_0004908-11 | |
| 205. | March 2007 Customer Statement | MDPTPP06019535-39 | |
| 206. | March 2007 Customer Statement | MDPTPP06019540-41 | |
| | 04/10/2007 Transaction (Withdrawal) | | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 207. | 04/09/2007 customer correspondence | AMF00008194 | |
| 208. | 04/10/2007 Debit Memo | MS01187720 | |
| 209. | 04/10/2007 BLMIS check | MADWAA00267314-15 | |
| 210. | 04/10/2007 BLMIS check | JPMSAF0056044 | |
| 211. | April 2007 Customer Statement | OPPENHEIM_0004855-866 | |
| 212. | April 2007 Customer Statement | OPPENHEIM_0004881-82 | |
| 213. | April 2007 Customer Statement | MDPTPP06019542-47 | |
| 214. | April 2007 Customer Statement | MDPTPP06019548 | |
| | 05/03/2007 Transaction (Withdrawal) | | |
| 215. | 04/30/2007 customer correspondence | AMF00008193 | |
| 216. | 05/03/2007 Debit Memo | MS01187726 | |
| 217. | 05/03/2007 BLMIS check | JPMSAF0056563 | |
| 218. | 05/03/2007 BLMIS check | MADWAA00279120-21 | |
| 219. | May 2007 Customer Statement | OPPENHEIM_0004848-51 | |
| 220. | May 2007 Customer Statement | OPPENHEIM_0004852 | |
| 221. | May 2007 Customer Statement | MDPTPP06019549 - 52 | |
| 222. | May 2007 Customer Statement | MDPTPP06019553 | |
| | 06/04/2007 Transaction (Withdrawal) | | |
| 223. | 06/01/2007 customer correspondence | AMF00008192 | |
| 224. | 06/04/2007 BLMIS check | JPMSAF0057054 | |
| 225. | 06/04/2007 Debit Memo | MS01187728 | |
| 226. | 06/04/2007 BLMIS check | MADWAA00278166-67 | |
| 227. | JP Morgan 509 Statement, June 2007 | JPMTAA0000228-230 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 228. | June 2007 Customer Statement | OPPENHEIM_0004819 -28 | |
| 229. | June 2007 Customer Statement | OPPENHEIM_0004829-30 | |
| 230. | June 2007 Customer Statement | MDPTPP06019554-58 | |
| 231. | June 2007 Customer Statement | MDPTPP06019559 | |
| | 07/31/2007 Transaction (Withdrawal) | | |
| 232. | 07/30/2007 customer correspondence | AMF00008191 | |
| 233. | 07/31/2007 BLMIS check | JPMSAF0059034 | |
| 234. | 07/31/2007 Debit Memo | MS01187730 | |
| 235. | 07/31/2007 BLMIS check | MADWAA00279720-21 | |
| 236. | JP Morgan 509 Statement, July 2007 | JPMTAA0000231-33 | |
| 237. | July 2007 Customer Statement | OPPENHEIM_0004802-07 | |
| 238. | July 2007 Customer Statement | OPPENHEIM_0004814-15 | |
| 239. | July 2007 Customer Statement | MDPTPP06019560 - 62 | |
| 240. | July 2007 Customer Statement | MDPTPP06019563 | |
| | 09/21/2007 Transaction (Withdrawal) | | |
| 241. | 09/19/2007 customer correspondence | AMF00008190 | |
| 242. | 09/21/2007 Debit Memo | MS01187734 | |
| 243. | 09/21/2007 BLMIS Check | JPMSAF0059998 | |
| 244. | 09/21/2007 BLMIS check | MADWAA00276880-81 | |
| 245. | Sept 2007 Customer Statement | OPPENHEIM_0004736-47 | |
| 246. | Sept 2007 Customer Statement | OPPENHEIM_0004644-45 | |
| 247. | Sept 2007 Customer Statement | MDPTPP06019567-72 | |
| 248. | Sept 2007 Customer Statement | MDPTPP06019573 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| | 11/06/2007 Transaction (Withdrawal) | | |
| 249. | 11/05/2007 customer correspondence | AMF00008189 | |
| 250. | 11/06/2007 Debit Memo | MS01187736 | |
| 251. | 11/06/2007 BLMIS check | JPMSAF0061753 | |
| 252. | 11/06/2007 BLMIS check | MADWAA00262099-100 | |
| 253. | JP Morgan 509 Statement, Nov 2007 | JPMTAA0000254-256 | |
| 254. | Nov 2007 Customer Statement | OPPENHEIM_0004698-4707 | |
| 255. | Nov 2007 Customer Statement | OPPENHEIM_0004720-21 | |
| 256. | Nov 2007 Customer Statement | MDPTPP06019577- 81 | |
| 257. | Nov 2007 Customer Statement | MDPTPP06019582 | |
| | 12/26/2007 Transaction (Withdrawal) | | |
| 258. | 12/24/2007 customer correspondence | AMF00008188 | |
| 259. | 12/26/2007 BLMIS check | JPMSAF0062809 | |
| 260. | 12/26/2007 Debit Memo | MS01187740 | |
| 261. | 12/26/2007 BLMIS check | MADWAA00292698-99 | |
| 262. | Dec 2007 Customer Statement | MDPTPP06019583 - 87 | |
| 263. | Dec 2007 Customer Statement | MDPTPP06019588 | |
| | 01/17/2008 Transaction (Deposit) | | |
| 264. | 01/15/2008 Nelsons' check | JPMSAI0012442 | |
| 265. | 01/15/2008 Nelsons' check | MWPTAP00063866 | |
| 266. | 01/15/2008 Nelsons' check | MWPTAP00167062 | |
| 267. | JP Morgan 703 account statement, Jan 2008 | JPMSAB0004132-194 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 268. | 01/17/2008 BLMIS Deposit Slip | JPMSAI0012428 | |
| 269. | 01/15/2008 Debit Memo | MS00600422 | |
| 270. | 01/15/2008 Nelsons' check | JPMNELSON00000102 | |
| 271. | Nelsons' JP Morgan Bank Statement, Jan 2008 | JPMNELSON00000001-40 | |
| 272. | JP Morgan 509 Statement, Jan 2008 | JPMTAA0000260-263 | |
| 273. | Jan 2008 Customer Statement | MDPTPP06019589 - 91 | |
| | 03/26/2008 Transaction (Withdrawal) | | |
| 274. | 03/25/2008 customer correspondence | AMF00008187 | |
| 275. | 03/26/2008 BLMIS check | JPMSAF0065386 | |
| 276. | 03/26/2008 Debit Memo | MS00600426 | |
| 277. | 03/26/2008 BLMIS check | MADWAA00297222 -23 | |
| 278. | 03/26/2008 Nelsons' check | JPMNELSON00000261 | |
| 279. | JP Morgan 509 Statement, March 2008 | JPMTAA0000268 - 271 | |
| 280. | Nelsons' JP Morgan Deposit Slip, 03/26/2008 | JPMNELSON00000260 | |
| 281. | Nelsons' JP Morgan Bank Statement, March 2008 | JPMNELSON00000232-59 | |
| 282. | March 2008 Customer Statement | MDPTPP06019594-96 | |
| | 04/10/2008 Transaction (Withdrawal) | | |
| 283. | 04/07/2008 customer correspondence | AMF00008186 | |
| 284. | 04/10/2008 Debit Memo | MS00600429 | |
| 285. | 04/10/2008 BLMIS check | JPMSAF0066747 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 286. | 04/10/2008 BLMIS check | MADWAA00297875-76 | |
| 287. | Nelsons' JP Morgan Deposit Slip, 04/10/2008 | JPMNELSON000000357 | |
| 288. | Nelsons' JP Morgan Bank Statement, April 2008 | JPMNELSON00000321-56 | |
| 289. | April 2008 Customer Statement | MDPTPP06019597 - 602 | |
| 290. | April 2008 Customer Statement | MDPTPP06019603 | |
| | 06/10/2008 Transaction (Withdrawal) | | |
| 291. | 06/09/2008 customer correspondence | AMF00008185 | |
| 292. | 06/10/2008 Debit Memo | MS00600440 | |
| 293. | 06/10/2008 BLMIS check | JPMSAF0067925 | |
| 294. | 06/10/2008 BLMIS check | MADWAA00296172-73 | |
| 295. | Nelsons' JP Morgan Bank Statement, June 2008 | JPMNELSON00000585-622 | |
| 296. | Nelsons' JP Morgan Deposit Slip, June 2008 | JPMNELSON00000623 | |
| 297. | JP Morgan 509 Statement, June 2008 | JPMTAA0000280-85 | |
| 298. | June 2008 Customer Statement | MDPTPP06019610-12 | |
| 299. | June 2008 Customer Statement | MDPTPP06019613 | |
| | 07/09/2008 Transaction (Withdrawal) | | |
| 300. | 07/08/2008 customer correspondence | AMF00008184 | |
| 301. | 07/09/2008 BLMIS check | JPMSAF0069330 | |
| 302. | 07/09/2008 Debit Memo | MS00600443 | |
| 303. | 07/09/2008 BLMIS check | MADWAA00294711-12 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 304. | Nelsons' JP Morgan Bank Statement, July 2008 | JPMNELSON00000712-751 | |
| 305. | Nelsons' JP Morgan Deposit Slip, 07/09/2008 | JPMNELSON00000752 | |
| 306. | July 2008 Customer Statement | MDPTPP06019614-15 | |
| 307. | July 2008 Customer Statement | MDPTPP06019616 | |
| | 09/05/2008 Transaction (Withdrawal) | | |
| 308. | 09/02/2008 customer correspondence | AMF00008183 | |
| 309. | 09/05/2008 BLMIS check | JPMSAF0070192 | |
| 310. | 09/05/2008 BLMIS check | MADWAA00302229-30 | |
| 311. | JP Morgan 509 Statement, Sept 2008 | JPMTAA0000298-303 | |
| 312. | Nelsons' JP Morgan Bank Statement, Sept 2008 | JPMNELSON00000966-999 | |
| 313. | Nelsons' JP Morgan Deposit Slip, 09/05/2008 | JPMNELSON00001000 | |
| 314. | Sept 2008 Customer Statement | MDPTPP06019623-27 | |
| 315. | Sept 2008 Customer Statement | MDPTPP06019628 | |
| | 10/01/2008 Transaction (Withdrawal) | | |
| 316. | 09/30/2008 customer correspondence | AMF00008182 | |
| 317. | 10/01/2008 BLMIS check | JPMSAF0071200 | |
| 318. | 10/01/2008 Debit Memo | MS00600447 | |
| 319. | 10/01/2008 BLMIS check | MADWAA00285071-72 | |
| 320. | Nelsons' JP Morgan Deposit Slip, 10/01/2008 | JPMNELSON00001119 | |
| 321. | Nelsons' JP Morgan Bank Statement, Oct 2008 | JPMNELSON00001077-118 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 322. | JP Morgan 509 Statement, Oct 2008 | JPMTAA0000304-309 | |
| 323. | Oct 2008 Customer Statement | MDPTPP06019629-31 | |
| 324. | Oct 2008 Customer Statement | MDPTPP06019632 | |
| | 10/30/2008 Transaction (Withdrawal) | | |
| 325. | 10/28/2008 customer correspondence | AMF00008181 | |
| 326. | 10/30/2008 BLMIS check | JPMSAF0072159 | |
| 327. | 10/30/2008 Debit Memo | MS00600448 | |
| 328. | 10/30/2008 BLMIS check | MADWAA00305213-14 | |
| 329. | Nelsons' JP Morgan Deposit Slip 10/30/2008 | JPMNELSON00001121 | |
| | 11/24/2008 Transaction (Withdrawal) | | |
| 330. | 11/21/2008 customer correspondence | AMF00008180 | |
| 331. | 11/24/2008 BLMIS check | MADWAA00285895-96 | |
| 332. | 11/24/2008 BLMIS check | JPMSAF0072529 | |
| 333. | Nelsons' JP Morgan Bank Statement, Nov. 2008 | JPMNELSON00001219 – 1254 | |
| 334. | Nelsons' JP Morgan Deposit Slip 11/24/2008 | JPMNELSON00001255 | |
| 335. | Nov 2008 Customer Statement (version attached to Nelsons' claim) | MWPTAP00063868-877 | |
| 336. | Nov 2008 Customer Statement | MDPTPP06019633 -38 | |
| 337. | Nov 2008 Customer Statement | MDPTPP06019639 | |
| **ACCOUNT DOCUMENTS** | | | |
| 338. | Account opening documents, Acct. 1ZA283 | AMF00008168-76 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
| 339. | Account opening documents, Acct. 1ZR265 | AMF00114567-74 | |
| 340. | Account opening documents, Acct. 1ZA284 | AMF00008290-98 | |
| 341. | Carol Nelson IRA Application | FISERV-NELSON-00229-30 | |
| **CLAIMS DOCUMENTS** | | | |
| 342. | Claim No. 000495 for Acct. No. 1ZA283 | MWPTAP00064411-4425 | |
| 343. | Claim No. 001870 for Acct. No. 1ZA283 | MWPTAP00167079-7088 | |
| 344. | 10/19/2009 Notice of Determination of Claim Nos. 000495 and 001870 (1ZA283) | MWPTAP01017318-7322 | |
| 345. | Objection to Determination of Claim (1ZA283) | MWPTAP01103013-3030 | |
| 346. | Claim No. 000531 for Acct. No. 1ZR265 | MWPTAP00066311-325 | |
| 347. | Claim No. 001098 for Acct. No. 1ZR265 | MWPTAP00099513-9522 | |
| 348. | Claim No. 001869 for Acct. No. 1ZR265 | MWPTAP00167069-7078 | |
| 349. | 10/19/2009 Notice of Determination of Claim Nos. 000531, 001098, and 001869 (1ZR265) | MWPTAP01023062-3065 | |
| 350. | Objection to Determination of Claim (1ZR265) | MWPTAP01102976-2993 | |
| 351. | Claim No. 000480 for Acct. No. 1ZA284 | MWPTAP00063862-3878 | |
| 352. | Claim No. 001868 for Acct. No. 1ZA284 | MWPTAP00167058-7068 | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 353. | 10/19/2009 Notice of Determination of Claim Nos. 000480 and 001868 | MWPTAP01017323-7328 | |
| 354. | Objection to Determination of Claim (1ZA284) | MWPTAP01102994-3012 | |
| **DIPASCALI TRIAL TESTIMONY** | | | |
| 355. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 24, 12/02/2013 | | |
| 356. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 25, 12/04/2013 | | |
| 357. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.,* No. 10-cr-228 (S.D.N.Y)-  Day 26, 12/05/2013 | | |
| 358. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 27, 12/09/2013 | | |
| 359. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 28, 12/10/2013 | | |
| 360. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 29, 12/11/2013 | | |
| 361. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 30, 12/12/2013 | | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
| 362. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 31, 12/16/2013 | | |
| 363. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 32, 12/17/2013 | | |
| 364. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 33, 12/18/2013 | | |
| 365. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 34, 12/19/2013 | | |
| 366. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.,* No. 10-cr-228 (S.D.N.Y)- Day 36, 01/08/2014 | | |
| 367. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)- Day 37, 01/09/2014 | | |
| 368. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)-  Day 38, 01/13/2014 | | |
| 369. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.,* No. 10-cr-228 (S.D.N.Y)- Day 40, 01/15/2014 | | |
| 370. | Criminal Testimony of Frank DiPascali, *United States v. Bonventre, et al.*, No. 10-cr-228 (S.D.N.Y)-  02/11/2014 | | |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 371. | Criminal Exhibit 105-D65A (referenced in DiPascali's testimony) | PUBLIC-USAO_0996744 | |
| 372. | Criminal Exhibit 105-A455 (referenced in DiPascali's testimony) | PUBLIC-USAO_0963073 | |
| 373. | Criminal Exhibit 105-C171 (referenced in DiPascali's testimony) | PUBLIC-USAO_0979896 | |
| 374. | Criminal Exhibit 105-B230 (referenced in DiPascali's testimony) | PUBLIC-USAO_0967364 | |
| 375. | Documents Supporting the Trustee's Summary Exhibits | Documents provided on CD | Offered in support of Summary Exhibits if so ordered by the Court |
| 376. | BLMIS Floor Plans – 17th, 18th, 19th Floors | LAZA-BR00000060-62 | Exhibit is not being offered into evidence |
| 377. | BLMIS Customer File for account 1ZA283 | AMF00008106-8176 | |
| 378. | BLMIS Customer File for account 1ZA284 | AMF00008177-8298 | |
| 379. | BLMIS Customer File for account 1ZR265 | AMF000114538-4574 | |
| **TRUSTEE'S DEMONSTRATIVES** | | | |
| 380. | Trustee's Demonstrative Exhibit No. 1 | | Offered for Identification only |
| 381. | Trustee's Demonstrative Exhibit No. 2 | | Offered for Identification only |
| 382. | Trustee's Demonstrative Exhibit No. 3 | | Offered for Identification only |
| 383. | Trustee's Demonstrative Exhibit No. 4 | | Offered for Identification only |
| 384. | Trustee's Demonstrative Exhibit No. 5 | | Offered for Identification only |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---|---|---|---|
| 385. | Trustee's Demonstrative Exhibit No. 6 | | Offered for Identification only |
| 386. | Trustee's Demonstrative Exhibit No. 7 | | Offered for Identification only |
| 387. | Trustee's Demonstrative Exhibit No. 8 | | Offered for Identification only |
| 388. | Trustee's Demonstrative Exhibit No. 9 | | Offered for Identification only |
| 389. | Trustee's Demonstrative Exhibit No. 10 | | Offered for Identification only |
| 390. | Trustee's Demonstrative Exhibit No. 11 | | Offered for Identification only |
| 391. | Trustee's Demonstrative Exhibit No. 12 | | Offered for Identification only |
| 392. | Trustee's Demonstrative Exhibit No. 13 | | Offered for Identification only |
| 393. | Trustee's Demonstrative Exhibit No. 14 | | Offered for Identification only |
| 394. | Trustee's Demonstrative Exhibit No. 15 | | Offered for Identification only |
| 395. | Trustee's Demonstrative Exhibit No. 16 | | Offered for Identification only |
| 396. | Trustee's Demonstrative Exhibit No. 17 | | Offered for Identification only |
| 397. | Trustee's Demonstrative Exhibit No. 18 | | Offered for Identification only |
| 398. | Trustee's Demonstrative Exhibit No. 19 | | Offered for Identification only |
| 399. | Trustee's Demonstrative Exhibit No. 20 | | Offered for Identification only |

| EX. NO. | DESCRIPTION | BATES NO. | RULING/NOTES |
|---------|-------------|-----------|--------------|
| 400. | Trustee's Demonstrative Exhibit No. 21 | | Offered for Identification only |

Dated:    June 17, 2019

Of Counsel:

**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-5018
Telephone: 713.751.1600
Facsimile: 713.751.1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: /s/ Nicholas J. Cremona
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities*
*LLC and the Estate of Bernard L. Madoff*