**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-1789 (SMB) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC | Adv. Pro No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |
| Defendant. | |

**CERTIFICATE OF SERVICE**

I hereby certify that on September 5, 2019, I caused a true and accurate copy of the

following documents:

{00042400 1 }

- Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law;

- Declaration of Helen Davis Chaitman in Support of Defendants' Post-Trial Proposed Findings of Fact and Conclusions of Law with Exhibits A through O, and Trial Exhibits;

- Declaration of Helen Davis Chaitman in Opposition to the Trustee's Evidentiary Rulings in His Post-Trial Proposed Findings of Fact and Conclusions of Law with Exhibits A through E;

- Defendants' Supplemental Memorandum of Law in Opposition to Trustee's Motion *In Limine* Number 2, to Admit the Former Testimony of Frank DiPascali;

- Declaration of Helen Davis Chaitman in Opposition to Trustee's Motion *In Limine* Number 2, to Admit the Former Testimony of Frank DiPascali with Exhibits A and B;

to be served upon all parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

> **BAKER & HOSTETLER LLP**
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: 212.589.4200
> Facsimile: 212.589.4201
> David J. Sheehan, Esq.
> Email: dsheehan@bakerlaw.com

I declare under penalty of perjury that the foregoing statements are true and correct.

New York, New York                    */s/ Helen Davis Chaitman*
September 5, 2019

{00042400 1 }