# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*hchaitman@chaitmanllp.com*

September 6, 2019

**VIA ECF AND ELECTRONIC MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

    Re:   *Irving H. Picard v. Carla Ginsburg* **(10-04753-SMB)**

Dear Judge Bernstein:

    This firm represents Defendant in the above-referenced Action. On August 20, 2019 this firm filed with the Courta Notice of Presentment of an Order Granting Application to Withdraw as Counsel with supporting documents [ECF No. 90 and in 08-01789 ECF No. 1895]. The presentment date is scheduled for September 18, 2019. This firm and the Defendant have reconciled our differences and we wish to withdraw said Notice.

    Respectfully submitted,

    */s/ Helen Daivs Chaitman*

    Helen Davis Chaitman

Encls.

cc:    *(Via Email:)*
        David J. Sheehan, Esq
        Carla Ginsburg

{00042440 1 }