# EXHIBIT A TO INTERIM FEE ORDER

Adv. Pro. No. 08-01789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: December 1, 2018 – March 31, 2019 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 07/15/2019 ECF No. 18867 | 12/01/2018 – 03/31/2019 | $31,008,908.43 | $31,008,908.43 | $27,908,017.59 | $11,433,697.74 | $39,341,715.33 | $495,036.96 | $495,036.96 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 07/15/2019 ECF No.18869 | 12/01/2018 – 03/31/2019 | $17,403.93 | $17,403.93 | $13,923.14 | $33,108.59 | $47,031.73 | $1,131.26 | $1,131.26 |
| Higgs & Johnson, Special Counsel to the Trustee | 07/15/2019 ECF No.18870 | 12/01/2018 – 03/31/2019 | $10,863.86 | $10,863.86 | $8,691.09 | $23,722.09 | $32,413.18 | $101.00 | $101.00 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 07/15/2019 ECF No.18871 | 12/01/2018 – 03/31/2019 | $444,872.64 | $444,872.64 | $355,898.11 | $305,898.80 | $661,796.91 | $2,075.95 | $2,075.95 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 07/15/2019 ECF No.18872 | 12/01/2018 – 03/31/2019 | $73,147.11 | $73,147.11 | $58,517.69 | $96,604.19 | $155,121.88 | $2,295.78 | $2,295.78 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 07/15/2019 ECF No.18874 | 12/01/2018 – 03/31/2019 | $14,316.03 | $14,316.03 | $11,452.82 | $35,188.26 | $46,641.08 | $28.02 | $28.02 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 07/15/2019 ECF No.18868 | 12/01/2018 – 03/31/2019 | $1,818,000.00 | $1,818,000.00 | $1,454,400.00 | $1,353,009.81 | $2,807,409.81 | $15,764.90 | $15,764.90 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | 07/15/2019 ECF No.18875 | 12/01/2018 – 03/31/2019 | $167,417.10 | $167,417.10 | $133,933.68 | $178,073.69 | $312,007.37 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 07/15/2019 ECF No.18876 | 12/01/2018 – 03/31/2019 | $84,140.21 | $84,140.21 | $67,312.17 | $68,652.33 | $135,964.50 | $0 | $0 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 07/15/2019 ECF No.18877 | 12/01/2018 – 03/31/2019 | $684,411.85 | $684,411.85 | $547,529.48 | $620,986.37 | $1,168,515.85 | $30,257.92 | $30,257.92 |
| Eugene F. Collins, Special Counsel to the Trustee | 07/15/2019 ECF No.18878 | 12/01/2018 – 03/31/2019 | $17,158.65 | $17,158.65 | $13,726.92 | $20,540.83 | $34,267.75 | $5.47 | $5.47 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 07/15/2019 ECF No.18880 | 12/01/2018 – 03/31/2019 | $17,277.30 | $17,277.30 | $13,821.84 | $8,354.25 | $22,176.09 | $42.44 | $42.44 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | 07/15/2019 ECF No.18879 | 12/01/2018 – 03/31/2019 | $4,070.25 | $4,070.25 | $3,256.20 | $41,828.85 | $45,085.05 | $121.88 | $121.88 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | 07/15/2019 ECF No.18873 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $1,785.70 | $1,785.70 | $0 | $0 |
| SCA Creque, Special Counsel to the Trustee | 07/15/2019 ECF No.18881 | 08/01/2018 – 03/31/2019 | $2,705.62 | $2,705.62 | $2,164.50 | $19,294.31 | $21,458.81 | $160.00 | $160.00 |
| Werder Vigano, Special Counsel to the Trustee | 07/15/2019 ECF No.18883 | 12/01/2018 – 03/31/2019 | $429.96 | $429.96 | $343.97 | $4,186.20 | $4,530.17 | $0 | $0 |
| Kugler Kandestin, LLP, Special Counsel to the Trustee | 07/15/2019 ECF No.18882 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $395.75 | $395.75 | $0 | $0 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | 07/15/2019 ECF No.18884 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $399.78 | $399.78 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Munari Giudici Maniglio Panfili E Associati, Special Counsel to the Trustee | 07/15/2019 ECF No.18885 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $977.65 | $977.65 | $0 | $0 |
| LaTanzi, Spaulding & Landreth, PC, Special Counsel to the Trustee | 07/15/2019 ECF No.18886 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $94.84 | $94.84 | $0 | $0 |
| Kelley, Wolter & Scott, PA, Special Counsel to the Trustee | 07/15/2019 ECF No.18887 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $1,465.72 | $1,465.72 | $0 | $0 |
| Cochran Allan, Special Counsel to the Trustee | 07/15/2019 ECF No.18888 | 12/01/2018 – 03/31/2019 | $0 | $0 | $0 | $653.06 | $653.06 | $0 | $0 |

Schedule A(1)            DATE: **9/5/2019**            INITIALS: **SMB**   USBJ

* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

**EXHIBIT B TO INTERIM FEE ORDER**

Adv. Pro. No. 08-1789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Summary – Cumulative of All Compensation Periods**

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel | $1,124,611,154.76 | $1,124,611,154.76 | $1,112,690,918.38 | $17,653,132.20 | $17,653,132.20 |
| AlixPartners, LLP, Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP, Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP, Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti, Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya, Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP, Counsel to the Receiver and AlixPartners LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing, Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP, Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C. Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C. Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A., Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Eugene F. Collins, Special Counsel to the Trustee | $754,332.83 | $754,332.83 | $733,792.01 | $49,174.55 | $49,174.55 |
| Schiltz & Schiltz, Special Counsel to the Trustee | $1,818,878.53 | $1,818,878.53 | $1,785,769.94 | $136,971.90 | $136,971.90 |
| Higgs & Johnson, Special Counsel to the Trustee | $1,417,601.96 | $1,417,601.96 | $1,393,879.87 | $127,535.73 | $127,535.73 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $6,047,964.64 | $6,047,964.64 | $5,951,360.45 | $246,713.23 | $246,713.23 |
| SCA Creque, Special Counsel to the Trustee | $1,411,064.65 | $1,411,064.65 | $1,391,770.34 | $11,643.30 | $11,643.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,531,305.65 | $1,531,305.65 | $1,496,117.38 | $49,056.67 | $49,056.67 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $71,141,783.16 | $71,141,783.16 | $64,346,355.89 | $639,904.09 | $639,904.09 |
| Williams, Barristers & Attorneys, Special Counsel to the Trustee | $6,743,746.14 | $6,743,746.14 | $6,565,672.46 | $101,527.25 | $101,527.25 |
| UGGC & Associés, Special Counsel to the Trustee | $2,263,971.41 | $2,263,971.41 | $2,195,319.08 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $317,566.57 | $317,566.57 | $313,380.37 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $8,902,056.38 | $8,902,056.38 | 8,596,157.28 | $343,496.14 | $343,496.14 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $18,975,262.38 | $18,975,262.38 | $18,354,276.01 | $1,262,475.25 | $1,262,475.25 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $140,706.91 | $140,706.91 | $138,921.20 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $85,902.69 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $92,346.75 | $92,346.75 | $90,881.03 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $104,836.95 | $104,836.95 | $96,482.70 | $322.60 | $322.60 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP  Special Counsel to the Trustee | $509,582.25 | $509,582.25 | $467,753.40 | $8,079.13 | $8,079.13 |

Schedule B(1)         DATE: **9/5/2019**         INITIALS:  : **SMB**  USBJ