# **PROPOSED ORDER**

## **EXHIBIT A**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Trustee-Applicant,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Trustee,<br><br>　　　　v.<br><br>NATIXIS, NATIXIS CORPORATE & INVESTMENT BANK (f/k/a IXIS CORPORATE & INVESTMENT BANK), NATIXIS FINANCIAL PRODUCTS INC., BLOOM ASSET HOLDINGS FUND, and TENSYR LIMITED,<br><br>　　　　Defendants. | Adv. Pro. No. 10-05353 (SMB) |

**ORDER GRANTING MOTION TO WITHDRAW
JAMES R. SERRITELLA AS ATTORNEY OF RECORD
PURSUANT TO LOCAL BANKRUPTCY RULE 2090-1(e)**

Upon the *Motion to Withdraw James R. Serritella as Attorney of Record Pursuant to Local Bankruptcy Rule 2090-1(e)* filed by Bruce M. Ginsberg, Esq. of Davis & Gilbert LLP, and for good cause shown therein,

IT IS HEREBY ORDERED that James R. Serritella, Esq., formerly of the law firm Davis & Gilbert LLP, is withdrawn as attorney of record, on behalf of the following

-2-

-3-

Defendants: Natixis S.A. (in its own capacity and as successor-in-interest to IXIS Corporate & Investment Bank), Natixis Financial Products LLC (as successor-in-interest to Natixis Financial Products Inc.), and Bloom Asset Holdings Fund.

IT IS FURTHER ORDERED that James R. Serritella, Esq. shall no longer receive electronic notices from the Court's CM/ECF system in this proceeding.

It is SO ORDERED.

Dated: September __, 2019
      New York New York

                                                      _____
                                                      HONORABLE STUART M BERNSTEIN
                                                      UNITED STATES BANKRUPTCY JUDGE