UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

## AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
| --- | --- | --- |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 5, 2019, I caused to be served by first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000736 - T000751)

Executed on September 9, 2019.

_____
Tassie Powers Barr

Sworn to and subscribed before me this __9__ day of September, 2019

(SEAL)

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

_____
Notary Public

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000736 - T000751**
9/05/2019

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | Serengeti Lycaon MM LP; Serengeti Multi Series Master LLC - Series E; Serengeti Multi-Series Master, LLC - Series SPC II | c/o Serengeti Asset Management LP, as Investment Adviser | Attn: Jim Johnston | 632 Broadway, 12th Floor | New York | NY | 10012 |