| | |
|---|---|
| **CHAITMAN LLP** | **Presentment Date: October 1, 2019 12:00 PM** |
| Helen Davis Chaitman | **Objection Date: September 24, 2019** |
| hchaitman@chaitmanllp.com | |
| 465 Park Avenue | |
| New York, New York 10022 | |
| Phone & Fax: 888-759-1114 | |

*Attorneys for Defendants Gunther K. Unflat
and Margaret Unflat*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05420 (SMB) |
| Plaintiff, | |
| v. | |
| GUNTHER K. UNFLAT, individually and as joint tenant, and MARGARET UNFLAT, individually and as joint tenant, | |
| Defendants. | |

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that on September 10, 2019 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

{00042495 1 }

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

<u>By electronic mail and USPS First Class Mail upon:</u>

Gunther K. Unflat & Margaret Unflat unflat@ltis.net
157 Whelan Willie Way
Hawley, PA 18428-9805

<u>By electronic mail upon:</u>

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  September 10, 2019              */s/ Helen Davis Chaitman*
        New York, New York