Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4    In the Matter

5    IRVING H. PICARD, TRUSTEE

6    FOR THE LIQUIDATION OF B,        Adv. Case No. 10-04377-SMB

7              Plaintiff,

8    VS.

9    NELSON, ET AL.

10             Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   In the Matter

13   IRVING H. PICARD, TRUSTEE

14   FOR THE LIQUIDATION OF B,        Adv. Case No. 10-04658-SMB

15             Plaintiff,

16   VS.

17   NELSON, ET AL.

18             Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20                      United States Bankruptcy Court

21                      One Bowling Green

22                      New York, New York 10004-1408

23                      May 9, 2019

24                      2:00 PM

25

1    B E F O R E:

2    HON. STUART M. BERNSTEIN

3    U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 3 of 91

Page 3

1      HEARING RE:  Adversary Proceeding: 10-04377-smb, Irving H.

2      Picard, Trustee for the Liquidation of B v Nelson, et al.,

3      Trial.

4

5      HEARING RE: Adversary Proceeding: 10-04377-smb, Irving h.

6      Picard, Trustee, for the Liquidation of B v. Nelson, et al.,

7      Trial.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25      Transcribed by:  Pamela A. Skaw and Tracey Williams

```
 1    A P P E A R A N C E S :

 2    BAKER HOSTETLER

 3        Attorneys for

 4        45 Rockefeller Plaza

 5        New York, NY 10111

 6

 7    BY:  DEAN D.  HUNT, ESQUIRE

 8        MARIE L. CARISLE, ESQUIRE

 9        AMY E. VANDERWAL, ESQUIRE

10        NICHOLAS J. CREMONA, ESQUIRE

11        MAXIMILLIAN S. SHIFRIN, ESQUIRE

12        SEANNA R. BROWN, ESQUIRE

13        DAVID J. SHEEHAN, ESQUIRE

14

15    CHAITMAN, LLP

16        Attorney for

17        465 Park Avenue

18        New York, NY 10022

19

20    BY:  HELEN DAVIS CHAIRMAN, ESQUIRE

21

22

23

24

25
```

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 5 of 91

Page 5

1                    P R O C E E D I N G S

2              THE CLERK:  All rise.

3              THE COURT:   Please be seated.

4              (Pause)

5              THE COURT:  Is Ms. Collura --

6              MR. HUNT:  She is, Your Honor.

7              Dean Hunt for the Trustee.  Just a couple of

8    housekeeping matters, if I may.

9              THE COURT:  Uh-huh.

10             MR. HUNT:  First of all, I want to say we have

11   Ms. Collura and Mr. Greenblatt here today.  I'd ask the

12   Defendants to identify their witnesses.

13             UNIDENTIFIED SPEAKER:  He doesn't know

14   (indiscernible).

15             MR. HUNT:  Second --

16             THE COURT:  Can you please keep your voices up?

17   It's --

18             MR. HUNT:   Okay.  We'll give it our best.  Sorry.

19             Second, my partners have advised me that I

20   referred to the Trustee's demonstrative exhibits one through

21   ten as just exhibits one through ten during Ms. Collura's

22   testimony.

23   ]        So, I wanted to clarify the record on that.

24   Good morning.

25             THE COURT:  Okay.  Thank you.

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 6 of 91

Page 6

1          MR. HUNT:  And, then, third, I would ask the Court

2    to seal the portion of the record yesterday dealing with

3    Mr. Dubinski's (ph) compensation.

4          THE COURT:  Why?

5          MR. HUNT:  It's highly personal and it is not

6    relevant to the case.

7          THE COURT:  It's arguably relevant to bias.

8          MR. HUNT:  But he'd already been qualified as an

9    expert by the time she asked that question.

10         THE COURT:  But it's still relevant to his bias,

11   to his opinion; isn't it?

12         MR. HUNT:  Okay.  But I just--

13         THE COURT:   In other words, he can be an expert

14   but he can be biased.

15         MR. HUNT:  I just -- if you would take that under

16   advisement because it is pretty personal information that

17   would be out in public everywhere.

18         THE COURT:  I just think that his compensation is

19   relevant to bias.

20         MR. HUNT:  Thank you, Your Honor.

21         THE COURT:   All right.  Ms. Collura.

22         (Pause)

23         THE COURT:  You're still under oath.  Do you

24   understand that?

25         THE WITNESS:  Yes, I do.

Page 7

1          THE COURT:  Okay.  Go ahead, Ms. Chaitman.

2          MS. DAVIS CHAITMAN:  Thank you, Your Honor.

3                    CROSS-EXAMINATION

4     BY MS. DAVIS CHAITMAN:

5     Q     Good afternoon, Ms. Collura.

6     A     Good afternoon.

7     Q     In putting together your report, you reviewed every

8     single transaction involving the Nelsons; didn't you?

9     A     The case transactions.  Yes.

10    Q     Okay.  And you reviewed all of the documents relating

11    to their accounts in the process of doing that; didn't you?

12    A     Which documents?  I -- their -- which documents are you

13    referring to?

14    Q     In preparing your report, did you review the Nelsons'

15    account documents?

16    A     I reviewed checks and bank records related to their

17    cash transactions.

18    Q     Okay.

19    A     I reviewed documents in their customer files related to

20    their accounts.

21    Q     Okay.  Okay.

22          Now, the payments to the Nelsons all came from the 509

23    account at J.P. Morgan Chase; isn't that true?

24    A     That's correct.

25    Q     Okay.  And let's look at the 509 account statements.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 8 of 91

Page 8

1          MS. DAVIS CHAITMAN:   Roy, if you'd be good enough to

2    pull up DX-Y.

3                (Pause)

4                MS. DAVIS CHAITMAN:   And if you could go to the

5    first page.   Yeah.   Thank you.

6                (Pause)

7    BY MS. DAVIS CHAITMAN:

8    Q    This is in DX-Y.   It's a compilation of global

9    electronic funding reports and if you look -- this one has a

10   Bates number of MADTSS01293772.

11               And if you look, this document is dated

12   January 2nd, 2007; do you see that?

13   A    I do.

14   Q    And the account number is listed ending in 509; do you

15   see that?

16   A    Yes.   I do.

17   Q    And do you see that the account name is in Bernard L.

18   Madoff?

19   A    Yes.   I do.

20   Q    Okay.

21               MS. DAVIS CHAITMAN:   And can you go to the next

22   document?

23               THE COURT:   Can I ask you what exhibit -- how is

24   this Exhibit marked?   I don't see the markings

25   (indiscernible).

1          MS. DAVIS CHAITMAN:  This is DX-Y, Exhibit DX-Y.

2          THE COURT:  Okay.  Thank you.

3          MS. DAVIS CHAITMAN:  And I'm not going through

4    every document in that Exhibit but I'm going through a bunch

5    of them.

6          THE COURT:  I just didn't see the exhibit marking

7    so it's identified.

8          MS. DAVIS CHAITMAN:  Okay.

9          THE COURT:  All right.

10         (Pause)

11   BY MS. DAVIS CHAITMAN:

12   Q    Okay.  This is statement dated December 18th, 2006 for

13   the 509 account.  It's also in the name of Bernard L.

14   Madoff; do you see that?

15   A    I do but I wouldn't refer to this as a statement for

16   the 509 account.

17   Q    Okay.

18   A    It's a document related to but I wouldn't call this a

19   statement.

20   Q    Right.  You're right.  It's an electronic funding

21   report.

22   A    Right.  That's the title of it.

23   Q    Right.

24        Without going through these, which I'm prepared to do

25   because they're in DX-Y, would you agree, Ms. Collura, that

Page 10

1    the 509 account was always maintained, according to J.P.

2    Morgan Chase's records in the name of Bernard L. Madoff?

3    A    No.  I would not agree with that.

4    Q    Okay.  Then, let's keep going.

5         Here's a document which is dated October 5th, 2005.

6    It's Bates number MADTSS01338921.  And this shows that the

7    509 account is in the name of Bernard Madoff as of

8    October 5th, 2005; do you agree?

9    A    Well, that's what this document shows.  I -- if you

10   have a copy of a statement, not for this -- for this time

11   period, yes, for 2005, the name on the monthly statement for

12   the 509 account will be different.

13   Q    Okay.  We'll go through that.

14   A    Okay.

15        MS. DAVIS CHAITMAN:  Can you pull up the next one,

16   please?

17   BY MS. DAVIS CHAITMAN:

18   Q    This is dated December 3rd, 2005 and, again, it's a

19   electronic funding report and it lists the name of the 509

20   account as Bernard L. Madoff; do you see that?

21   A    Yes.  That's what's on this document.

22   Q    Okay.  Okay.

23        Well, are you prepared, just to expedite this slightly,

24   that -- to agree that every electronic funding report is in

25   the name of Bernard L. Madoff?

Page 11

1    A    I can't testify to that.

2    Q    Okay. No problem.

3    A    I haven't look at every one.

4         THE COURT:  Aren't these in evidence?

5         MS. DAVIS CHAITMAN:  Well, they are.  I can -- I'm

6    putting the whole --

7         THE COURT:  Yeah.  I mean, she didn't prepare

8    them.  So, whatever they say, they say.

9         MS. DAVIS CHAITMAN:  Right.  Okay.

10        And could you pull up, please, for us DX-Z as in

11   Zebra?

12        (Pause)

13   BY MS. DAVIS CHAITMAN:

14   Q    If you look at this document, which is dated

15   May 16th, 2005 to May 20th, 2005, do you see that this shows

16   Bernard Madoff as the holder of the account ending in 509?

17        THE COURT:  Maybe I'm not seeing it but is this a

18   Bates labelled document?  It --

19        MS. DAVIS CHAITMAN:  It is.  It's on the side on

20   the upper right hand corner.

21        THE COURT:  Oh, okay.  Thank you.

22        MS. DAVIS CHAITMAN:  Do you want me to read it

23   into the record or are you okay?

24        THE COURT:  You can do what you want.  Well, let's

25   -- (indiscernible) the last five digits of the Bates number?

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 12 of 91

Page 12

```
 1              MS. DAVIS CHAITMAN:  It begins MAD and it ends

 2    with 74945.

 3              THE COURT:  Thank you.

 4    BY MS. DAVIS CHAITMAN:

 5    Q    And you would agree that this shows Bernard Madoff on

 6    this statement as being the owner of the 509 account, right?

 7    A    This document has Bernard L. Madoff on it but I

 8    wouldn't say that that indicates the holder of the account.

 9         The monthly statement for the 509 account would

10    indicate that.

11    Q    Okay.

12              MS. DAVIS CHAITMAN:  Can you go, please, Roy, to

13    DX-AA -- just DX-AA?

14         (Pause)

15    BY MS. DAVIS CHAITMAN:

16    Q    Okay.  This is a statement and this is actually, I

17    believe, the very last statement that was sent out by

18    J.P. Morgan Chase, right?

19    A    I think that there were statements in 2009.

20    Q    Okay.

21         Well, this covers the last period of when he was

22    operating?

23    A    Correct.

24    Q    Is that fair to say?  Okay.

25    A    Yes.  That's fair.
```

Page 13

1    Q    And the name of the account is Bernard L. Madoff

2    Investment Securities; do you see that?

3    A    I do.

4    Q    It doesn't say LLC; does it?

5    A    There's no LLC on the name here.  No.

6    Q    Okay.

7         And would you agree with me that you've never seen a

8    J.P. Morgan Chase monthly statement which read as the owner

9    of the account Bernard L. Madoff Investment Securities, LLC?

10   A    Not for the 509 account.

11   Q    You would agree with me that you have not seen it?

12   A    There -- I think there were some other bank accounts

13   that were held in the name with LLC.

14   Q    Just answer my specific question.  You'll have an

15   opportunity on redirect to say whatever you'd like.  But

16   just answer my questions.

17        Did you ever see a statement from the 509 account that

18   listed Bernard L. Madoff Investment Securities, LLC as the

19   holder of the account?

20   A    No.

21   Q    Thank you.

22        MS. DAVIS CHAITMAN:  Would be good enough to pull

23   up DX-E?

24        (Pause)

25   BY MS. DAVIS CHAITMAN:

Page 14

1    Q    Now, this is a December 1, 2000 statement for the 703

2    account; do you see that?

3    A    I do.

4    Q    And this is in the name of Bernard L. Madoff; is it

5    not?

6    A    It is.

7    Q    Okay.

8         MS. DAVIS CHAITMAN:  And, Roy, can you go to the

9    next document, please?

10        (Pause)

11   BY MS. DAVIS CHAITMAN:

12   Q    This is a statement as of December 31, 2001 and this is

13   also for the 703 account; is it not?

14   A    It is.

15   Q    And this is in the name of Bernard L. Madoff; isn't

16   that true?

17   A    It's true.

18   Q    And do you recall the date when the LLC was formed?

19   A    January 2001.

20   Q    Okay.  So, this is 11 months later and the account is

21   in the name of Bernard L. Madoff; isn't that right?

22   A    Yes, that's right.

23   Q    Okay.

24        MS. DAVIS CHAITMAN:  Roy, can you go to the next

25   document, please?

Page 15

1                    (Pause.)

2      BY MS. DAVIS CHAITMAN:

3      Q    Here's a statement dated December 31, 2002, for the 703

4      account, right?

5      A    Correct.

6      Q    And it says Bernard L. Madoff Investment Securities; do

7      you see that?

8      A    I do.

9      Q    There's no LLC, right?

10     A    There's no LLC.

11               MS. DAVIS CHAITMAN:  Can you go to the next

12     statement, please?

13               (Pause)

14     BY MS. DAVIS CHAITMAN:

15     Q    This is a statement dated December 31, 2003.  Same

16     thing.  This account is not in the name of the LLC; is it?

17     A    There's no LLC on the account name.

18     Q    Okay.

19               MS. DAVIS CHAITMAN:  Can you go to the next

20     statement, please, Roy?

21               (Pause)

22     BY MS. DAVIS CHAITMAN:

23     Q    Here we are on December 31st, 2004.  There's no LLC in

24     the account holder's name; is there?

25     A    No.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 16 of 91

Page 16

1              MS. DAVIS CHAITMAN:  Can you go to the next

2       statement, please?

3              (Pause)

4       BY MS. DAVIS CHAITMAN:

5       Q     This is December 30th, 2005.  There's no LLC in the 703

6       account statement's holder, the holder's name, is there?

7       A     No.

8              MS. DAVIS CHAITMAN:  Can you go to the next

9       document, please?

10             (Pause)

11      BY MS. DAVIS CHAITMAN:

12      Q     This is December 29th, 2006.  Same question.  Same

13      answer?

14      A     There's no LLC.

15      Q     Thank you.

16             MS. DAVIS CHAITMAN:  Can you go to the next

17      document, please, Roy?

18             (Pause)

19      BY MS. DAVIS CHAITMAN:

20      Q     This is December 2007; do you see that even as of

21      December 31, 2007, the name of the account is Bernard L.

22      Madoff Investment Securities without LLC.  Do you see that?

23      A     I see that.

24             (Pause)

25             MS. DAVIS CHAITMAN:  Roy, can you bring up DX-Y?

```
 1                    (Pause)

 2    BY MS. DAVIS CHAITMAN:

 3    Q    Now, this is a --

 4            THE COURT:  Could you identify it with Bates

 5    number please because these documents are all compilations

 6    of various --

 7            MS. DAVIS CHAITMAN:  Sure.

 8            THE COURT:  -- information.

 9            MS. DAVIS CHAITMAN:  It's in the documents --

10            THE COURT:  They're not necessarily all

11    (indiscernible).

12            MS. DAVIS CHAITMAN:  Sure.  It's MADTSS01284251.

13    It's in the lower right hand corner of the document.

14            Can you see it?

15            THE COURT:  I can see it.

16            MS. DAVIS CHAITMAN:  Okay.

17    BY MS. DAVIS CHAITMAN:

18    Q    Does this document indicate that it's in the name of

19    the LLC?

20    A    This is a document related to the 509 account and the

21    account name on this document is listed just as Bernard L.

22    Q    But you would agree that the 509 account was always in

23    the name of the LLC -- of Bernard L. Madoff, not the LLC,

24    right?

25    A    Well, no.  The 509 account was in the name of Bernard
```

1    L. Madoff until September 2002 when it changed to Bernard L.

2    Madoff Investment Securities.

3    Q    Okay.  The 509 account was never changed to Bernard L.

4    Madoff Investment Securities, LLC; was it?

5    A    That was never on the statements.

6    Q    Okay.

7        Now, you understand that at the time the LLC was

8    formed, since Madoff was operating as a sole proprietorship,

9    prior to that time, if he'd wanted to do business with banks

10   as the LLC, he had to send them written notice that he was

11   changing the name on the account; isn't that true?

12   A    I can't opine on that.  I don't know that.

13   Q    Okay.

14        MS. DAVIS CHAITMAN:  Can you pull up DX-U, please?

15   BY MS. DAVIS CHAITMAN:

16   Q    This is a document which is dated July 17th --

17        MS. DAVIS CHAITMAN:  Do you want me to read the

18   Bates number?  I'll read --

19        THE COURT:  If it's a one page document, that's

20   fine.

21        MS. DAVIS CHAITMAN:  Okay.

22   BY MS. DAVIS CHAITMAN:

23   Q    This is DX-U.  It's dated July 17, 1991 and it's on the

24   letterhead Bernard L. Madoff Investment Securities.

25        So, you're aware that Madoff was using that trade name

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 19 of 91

Page 19

1    as far back as 1991, right?

2    A    I'd seen Bernard L. Madoff Investment Securities, this

3    logo, on documents back --

4    Q    In the period --

5    A    Yeah.

6    Q    -- long, long before the LLC was formed; isn't that

7    true?

8    A    I've seen this logo on the documents prior to the LLC

9    being formed, yes.

10    Q    Okay.

11            MS. DAVIS CHAITMAN:  Can you pull up, please, Roy,

12    DX-HC to LT?

13            (Pause)

14    BY MS. DAVIS CHAITMAN:

15    Q    If we can quickly run through these checks.

16        Ms. Collura, I'd just like you to agree with me as to

17    the account holder as reflected on the documents, okay?

18        So, here's one as of March 29th, 1999, this is a check

19    to the Nelsons and it's from the account of Bernard L.

20    Madoff; isn't it not?

21    A    Yes.

22    Q    Okay.

23    A    In the 509 account.  Yes.

24    Q    Okay.

25            MS. DAVIS CHAITMAN:  Roy, you can move through

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 20 of 91

Page 20

1     these as I talk about them.

2     BY MS. DAVIS CHAITMAN:

3     Q     This is one dated April 9th, 1999.  Same thing, right?

4     It's in the name --

5     A     Yes.

6     Q     -- of Bernard L. Madoff?

7     A     Yes, from the 509 account.

8     Q     Okay.

9            And this is dated May 27th, 1999.  Same thing.  To the

10    Nelsons from Bernard L. Madoff, right?

11    A     Yes, on the 509 account.

12    Q     Okay.  Okay.

13           The same thing for 7/29/99, correct?

14    A     Correct.

15           MS. DAVIS CHAITMAN:  You can go to the next one.

16    Thanks.

17    BY MS. DAVIS CHAITMAN:

18    Q     Same thing for 8/19/99, correct?

19    A     Yes.

20           MS. DAVIS CHAITMAN:  Next, Roy.

21    BY MS. DAVIS CHAITMAN:

22    Q     Same thing for 11/22/99, right?

23    A     Yes.

24    Q     Okay.

25    A     The check's from the -- a check from the 509 account.

Page 21

1    Q    Okay.

2            Well, all of the checks that were paid to the

3    Nelsons were paid from the 509 account; isn't that true?

4    A    That's right.

5    Q    Okay.

6        And here's one dated 4/12/2000, same thing.  Bernard L.

7    Madoff is the holder of the account, right?

8    A    That's what -- his name is on this check, yes.

9    Q    Okay.

10       And here's one dated May 1, 2000, same thing, right?

11   A    Yes.

12   Q    June 1, 2000, same thing, right?  Bernard L. Madoff is

13   the holder of the account.

14   A    It's the name on this check, yes.

15   Q    Okay.

16            MS. DAVIS CHAITMAN:  Next one.

17            (Pause)

18   BY MS. DAVIS CHAITMAN:

19   Q    June 26th, 2000, same thing?

20   A    Yes.

21   Q    October 27th, 2000, same thing?

22   A    Yes.

23   Q    January 12th, 2001, same thing, right?

24   A    Yes.

25   Q    March 7th, 2001, same thing, right?

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 22 of 91

Page 22

```
 1    A    Yes.

 2    Q    Now, as of March 7th, 2001, the LLC had been formed;

 3    isn't that true?

 4    A    Yes.  I believe that happened in January of 2001.

 5    Q    Right.  Okay.

 6              MS. DAVIS CHAITMAN:  Next check, Roy, please.

 7              (Pause)

 8    BY MS. DAVIS CHAITMAN:

 9    Q    April 17th, 2001, same thing?

10    A    Yes.

11    Q    March 7, 2001, same thing?

12    A    Yes.

13    Q    June 22nd, 2001, same thing?

14    A    Yes.

15    Q    August 1st, 2001, same thing?

16    A    Yes.

17    Q    9/26/2001, same thing?

18    A    Yes.

19    Q    December 11th, 2001, same thing?

20    A    Yes.

21    Q    December 10th, 2002, same thing?

22              THE COURT:  I think that's -- you mischaracterized

23    the document.

24              Are all the 509 checks bearing the name Bernard

25    Madoff?
```

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 23 of 91

Page 23

1          MS. DAVIS CHAITMAN:  Let me skip to some of the

2    later ones.

3          THE COURT:  All right.

4          MS. DAVIS CHAITMAN:  Roy, if you can skip to, say,

5    2005.

6          THE COURT:  Because all she's doing is reading the

7    names off of the exhibits.

8          MS. DAVIS CHAITMAN:   Right.  Right.

9          (Pause)

10          MS. DAVIS CHAITMAN:   If you can go to one that

11    ends in 2005.

12          (Pause)

13    BY MS. DAVIS CHAITMAN:

14    Q    Okay.  Here's a check --

15          MS. DAVIS CHAITMAN:  If you could just blow that

16    up for us, Roy.

17          Thank you so much.

18    BY MS. DAVIS CHAITMAN:

19    Q    Okay.  So, here's a check which is dated

20    January 25th, 2005 and this is the same thing; the check was

21    from the account of Bernard L. Madoff, right?

22    A    Yes.  The difference in this time period the statement

23    for the 509 said Bernard L. Madoff Investment Securities.

24    Q    Right.  But they don't say LLC, right?

25    A    No LLC.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 24 of 91

Page 24

1    Q    Okay.  And you understand the difference between a

2    trade name and a limited liability company?

3    A    I --

4    Q    You don't?

5    A    No.

6            MR. HUNT:  Ms. Collura's not designated to testify

7    about corporate structures.

8            THE COURT:  Well, but she's asking her -- it goes

9    to the absence of LLC on the documents.

10   BY MS. DAVIS CHAITMAN:

11   Q    So, when you analyzed the work to do, your report, you

12   didn't perceive as any significance to whether a document

13   said LLC or just said Bernard L. Madoff Investment

14   Securities?

15   A    No.

16           MS. DAVIS CHAITMAN:  Can you skip to 2006, just

17   one check?

18           (Pause)

19   BY MS. DAVIS CHAITMAN:

20   Q    Okay.  So, in 2006, the checks were still on the

21   account of Bernard L. Madoff, right?

22   A    The check -- on the name -- on the check, it was

23   Bernard L. Madoff.  But the statement for the 509 account

24   was Bernard L. Madoff Investment Securities.

25   Q    Okay.  But it didn't say LLC, right?

Page 25

1    A    No.

2    Q    Okay.  And you recall that we just, a few minutes ago,

3    looked at documents showing that in 1991, Madoff was using

4    the trade name Bernard L. Madoff Investment Securities; do

5    you recall that?

6    A    I -- there was the logo on that account.  I don't -- I

7    don't know if I would call that a trade name.

8    Q    Okay.

9    A    But I would refer to that as a logo on a like

10   letterhead.

11   Q    Okay.

12        MS. DAVIS CHAITMAN:  Can you skip to 2007, Roy?

13   Just one check.

14        (Pause)

15   BY MS. DAVIS CHAITMAN:

16   Q    Same thing, right, Ms. Collura?

17   A    The same thing but in this time period the statement's

18   name was Bernard L. Madoff Investment Securities.

19   Q    Without the LLC, right?

20   A    Correct.

21   Q    Okay.  Thank you.

22        MS. DAVIS CHAITMAN:  And can I have one check from

23   2008, please, Roy?

24        (Pause)

25        MS. DAVIS CHAITMAN:  Oh.  We're going to get to

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 26 of 91

Page 26

1    those.  Okay.

2            Thank you.  This is perfect.

3    BY MS. DAVIS CHAITMAN:

4    Q    Here's a check dated March 26, 2008, same name on the

5    check, right?  Bernard L. Madoff.

6    A    Yes.

7    Q    Okay.

8    A    But if you'd look at the statements, it would say

9    Bernard L. Madoff Investment Securities.

10   Q    I -- it's wonderful that you repeat that.  I get that

11   point.

12            THE COURT:  Well, you keep asking her the same

13   question.

14            MS. DAVIS CHAITMAN:  I know.  That's true.  But

15   it's a different document, Your Honor.

16            THE COURT:  It's the same question.

17            MS. DAVIS CHAITMAN:  I can rephrase it each time.

18   It'll take me a little longer but --

19            THE COURT:  You try your case.

20            MS. DAVIS CHAITMAN:  Would you, Roy, bring up

21   DX-HW, please?

22            (Pause)

23   BY MS. DAVIS CHAITMAN:

24   Q    Now, I want to go through the checks that the Nelsons

25   sent into Madoff and if you looked -- I'm sure you looked at

1   these, didn't you, when you went through to do your report?

2   A    Yes, I did.

3   Q    Okay.  And this is a check dated March 15th, 2002 and

4   it was made out to Bernard L. Madoff Securities; do you see

5   that?

6   A    Yes.

7   Q    Okay.

8            MS. DAVIS CHAITMAN:  Roy, can you go to something

9   in 2003?

10           (Pause)

11           MS. DAVIS CHAITMAN:  Oh, excuse me.  Before you do

12   that.

13   BY MS. DAVIS CHAITMAN:

14   Q    Look at the endorsement on this check.  It says -- do

15   you see how it says pay to the order of Chase Manhattan Bank

16   for deposit only Bernard L. Madoff?

17   A    Yes.

18   Q    And you looked at the endorsements on the back of the

19   checks; didn't you?

20   A    It wasn't so relevant to me for deposited checks.  That

21   was -- I really used those endorsements for tracing checks

22   that were written from BLMIS.

23        But I'm -- you know, clearly, this is an endorsement

24   from BLMIS depositing it into their 703 account.

25   Q    Well, it says pay to the order of Chase Manhattan Bank

Page 28

1    for deposit only Bernard L. Madoff; do you see that?

2    A    I do.

3    Q    Okay.

4            MS. DAVIS CHAITMAN:   Can you go to the -- the

5    next check, please?

6            (Pause)

7    BY MS. DAVIS CHAITMAN:

8    Q    This is February 14th, 2003 and, again, it was made --

9            MS. DAVIS CHAITMAN:   Oh, you know what?   I'm

10   looking for the checks that are from the Nelsons to Madoff.

11   Sorry.

12           (Pause)

13           MS. DAVIS CHAITMAN:    There you go.   We're

14   skipping.

15   BY MS. DAVIS CHAITMAN:

16   Q    Here's one in January of 2008 and it's from Carol and

17   Stanley Nelson and it's also made out to Bernard Madoff

18   Securities; do you see that?

19   A    I do.

20   Q    And the stamp says for deposit only Bernard L. Madoff;

21   do you see that?

22   A    Yes.

23           (Pause)

24           MS. DAVIS CHAITMAN:   Can you pull up DX-HW,

25   please?

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 29 of 91

Page 29

1          (Pause)

2          MS. DAVIS CHAITMAN:  This is a -- we actually

3     looked at this.  This is the 2002 check that was deposited

4     into Bernard L. Madoff's account.

5          Can you pull up DX-JX, please, Roy?

6          (Pause)

7     BY MS. DAVIS CHAITMAN:

8     Q    Okay.  This is one dated January 15th, 2008 from the

9     Nelsons to Bernard Madoff Securities and, again, it was for

10    deposit only Bernard Madoff; do you see that?

11    A    Yes.

12    Q    Okay.

13         (Pause)

14    BY MS. DAVIS CHAITMAN:

15    Q    Now, you understand that when a corporate name is

16    changed that you have to notify any holder of any bank that

17    the company is doing with that the -- there's been a change

18    in the name; isn't that true?

19    A    I'm not -- but I'm not -- I can't opine --

20    Q    You're not aware that?

21    A    -- on that.

22    Q    Okay.

23         MS. DAVIS CHAITMAN:  Can you pull up DX-L,

24    please?

25         (Pause)

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 30 of 91

Page 30

1    BY MS. DAVIS CHAITMAN:

2    Q    This is dated January 1, 2001 and it's a letter from

3    Bernard L. Madoff Investment Securities, LLC; do you see

4    that?

5    A    Yes.

6    Q    And it's written to Bank of New York; do you see that?

7    A    Yes.

8    Q    And, in essence, the letter says, we have changed the

9    -- from the sole proprietorship.  It -- we've now formed

10   Bernard L. Madoff Investment Securities, LLC; do you see

11   that?

12   A    Yes.

13   Q    Okay.  And --

14         MS. DAVIS CHAITMAN:  Can you pull up DX-M, please,

15   Roy?

16         (Pause)

17   BY MS. DAVIS CHAITMAN:

18   Q    That same letter was sent to a whole bunch of different

19   companies; wasn't it?

20   A    I don't know who else it was sent to.  I see this one

21   was sent to the National Securities Clearing Corporation.

22   Q    The NESCC with which Madoff regularly did business,

23   right?

24         You don't know that?

25   A    I don't know that.

Page 31

1    Q    Okay.

2         MS. DAVIS CHAITMAN:  Could you pull up DX-N,

3    please?

4         (Pause)

5    BY MS. DAVIS CHAITMAN:

6    Q    Same letter sent to the Options Clearing Corporation,

7    also on January 1st, 2001; do you see that?

8    A    Yes.

9         MS. DAVIS CHAITMAN:  And could you pull up

10   DX-O, please?

11        (Pause)

12   BY MS. DAVIS CHAITMAN:

13   Q    Same letter to the Depository Trust Company; do you see

14   that?

15   A    Yes.

16   Q    Have you ever seen a letter like this that was

17   addressed to J.P. Morgan Chase instructing Chase to change

18   the name of the 703 and the 509 account to the LLC?

19   A    No, I have not.

20        (Pause)

21   BY MS. DAVIS CHAITMAN:

22   Q    Now, when you reconciled the Nelsons accounts, you

23   tried to utilize third party records, didn't you, to do

24   that?

25   A    I did.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 32 of 91

Page 32

1   Q    And you did that because third party records are a lot

2   more reliable than Madoff's internal records; isn't that

3   true?

4   A    They're more reliable in the sense that they're not --

5   that's they're -- I mean, third party bank records, to me,

6   are critical in an investigation and to do my

7   reconciliation.  So, they're -- they're clearly important in

8   my work.

9   Q    Why do you say they're critical?

10   A    Third party bank records?  Because they're -- they help

11   to verify transactions.

12   Q    Okay.  Because the bank records are third party

13   evidence that a check cleared through the payee's account;

14   isn't that right?

15   A    If it was a withdrawal from the account.

16   Q    Right.

17   A    Yes.

18   Q    Correct.

19        Now, you testified that you verified the deposits and

20   withdrawals in the last two years of the Nelsons' accounts;

21   isn't that right?

22   A    I testified that I reconciled the cash deposits and

23   withdrawals in the Nelson accounts to available records.

24   Q    Okay.  Well, you -- we went through yesterday your

25   charts of the last two years where you had bank records to

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 33 of 91

Page 33

1    support every withdrawal, right?

2    A    Yes.   That was my tracing analysis.

3    Q    Okay.   Now, if we went into earlier periods, you

4    actually didn't have bank records; did you?

5    A    What earlier periods?  Starting when?

6    Q    Well, the account was opened when?  Do you remember?

7    1992, right?

8    A    Which account?

9    Q    Both accounts.

10   A    Which both accounts?

11   Q    The two -- the 283 and 284.

12          THE COURT:  Aren't there -- because there are

13   three accounts, correct?

14          THE WITNESS:  Yes.

15          MS. DAVIS CHAITMAN:   Yes, you're right.

16          I'm not talking about the 57 account.   I'm sorry.

17   I confused you.

18   BY MS. DAVIS CHAITMAN:

19   Q    283 and 284 were both opened in 1992, right?

20   A    Yes.

21   Q    Okay.

22   A    Correct.

23   Q    So, let's look at your Exhibit 53 and let's go to your

24   Exhibit 7.

25   A    That's in here?

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 34 of 91

Page 34

1    Q    Yes.

2              MS. DAVIS CHAITMAN:  Your Honor, I don't have this

3    to pull up on the screen.

4              THE COURT:  That's all right.  53?

5              MS. DAVIS CHAITMAN:  Exhibit 53, Exhibit 7 within

6    Exhibit 53.  And it's page 35 of the document.

7              (Pause)

8              MS. DAVIS CHAITMAN:  Oh, brilliant.  Magic.  Thank

9    you.

10              So, Roy, now you've done this, can you blow up the

11    top half of the page?

12              (Pause)

13              MS. DAVIS CHAITMAN:  Perfect.

14              (Pause)

15              MS. DAVIS CHAITMAN:  You have to go -- I need you

16    to go to the right a little bit more.  I need this middle

17    box.  That's it.

18              THE WITNESS:  This is different than Exhibit 53,

19    page 35.

20              MS. DAVIS CHAITMAN:  I'm sorry.

21              THE COURT:  That's not Exhibit 53.

22              MS. DAVIS CHAITMAN:  Oh.  Okay.

23              So, you know what?  Let's go by what's in the book

24    then, okay?

25    BY MS. DAVIS CHAITMAN:

Page 35

1    Q    So, if I look at the first transaction.  This is for

2    account 1Z8284, right?

3                MR. HUNT:  Your Honor, I'm a little confused.

4    What exhibit are we looking at?

5                MS. DAVIS CHAITMAN:  We are in your Exhibit 53.

6                MR. HUNT:  Okay.  Thank you.

7                MS. DAVIS CHAITMAN:  Sorry.

8                THE COURT:  Page 35?

9                MS. DAVIS CHAITMAN:  Page 35.

10                Yeah.  It's Exhibit 7 of the -- is everybody with

11    me?  You're with me?

12                THE WITNESS:  Yes.

13                MS. DAVIS CHAITMAN:  Okay.

14    BY MS. DAVIS CHAITMAN:

15    Q    Okay.  So, the first transaction was on

16    December 8th, 1992, right?

17    A    Yes.

18    Q    Okay.  And you didn't have any bank records to verify

19    that transaction; did you?

20    A    No.

21    Q    And you didn't have any documents that the Trustee had

22    obtained from the third party; did you?

23    A    No.

24    Q    Okay.  So, what were you relying for that?

25    A    I reconciled this transaction to a document in the

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 36 of 91

Page 36

1    customer file for the 1Z8284 account.

2    Q    Well, what document?

3    A    It's referenced there, 1A -- I'm sorry, AMF0008167.

4    Q    Okay.  And that was -- that was a Madoff generated

5    document, right?

6    A    No, I don't think so.  I don't have it in front of me.

7    But the documents that were in the AMF file were

8    correspondence from the account holder.

9    Q    Okay.  So, you had a letter from the account holder?

10        Now, for the second transaction dated January 5th,

11    1993, this was a withdrawal or an advance?  This was a

12    deposit or a withdrawal?

13    A    The January 5th, 1993 transaction?

14    Q    Yes.

15    A    That was a deposit of five hundred thousand.

16    Q    Okay.  And, again, you verified that through a letter

17    from the client?

18    A    Yes.  Well, that was in the customer file --

19    Q    Okay.

20    A    -- for this account.

21    Q    Okay.  So, you didn't have a bank record.  You didn't

22    have a third party record.  But you did have a letter from

23    the Nelsons enclosing the check?

24    A    I think that's what this document is.

25    Q    Okay.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 37 of 91

Page 37

```
 1    A    But I don't have it front of me.  So, I'd have to see

 2    that document that's referenced AMF ending in 8288.

 3    Q    Okay.

 4         Now, if we go to the third line.  It's says CW; is that

 5    cash withdrawal?

 6    A    It is.

 7    Q    Okay.  And, so, here, you didn't have any record from

 8    Madoff's accounts, right?

 9    A    A bank record, no.

10    Q    You didn't have a bank record and you didn't have any

11    third party documents.  You had something from the customer,

12    right?

13    A    Yes.

14    Q    And that was a request that she get a withdrawal,

15    right?  Ms. Nelson wrote requesting a withdrawal, right?

16    A    To confirm that, I would want to look at those

17    documents.  But, yes, generally in the AMF file -- I'm

18    sorry, we refer to it as AMF, but the customer file

19    contained correspondence from the account holder.

20    Q    Right.  And you could not reconcile a document that was

21    not written by the account holder asking for a withdrawal,

22    right?

23         It had to have -- you couldn't get a letter from me

24    saying, please send me a check from Carol Nelson's account,

25    right?
```

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 38 of 91

Page 38

1    A    I'm sorry.  Can you repeat that?

2    Q    You had testified that Madoff kept the clients' letter

3    in a folder, right?

4    A    Yes.

5    Q    Okay.  And when you say you reviewed that folder and

6    that's what you're relying upon for that transaction, you're

7    relying upon a letter, sent by the account holder requesting

8    the withdrawal.

9    A    Yeah.  I'm hesitating because there was other documents

10   in the customer file that wasn't solely letters from the

11   customer.  That was many of the customer files contained

12   those.

13        If I had a copy of this referenced document, I could

14   tell you for sure.

15   Q    Okay.

16   A    I just -- I don't remember off the top of my head what

17   those documents are.

18   Q    What document, other than a letter from the client,

19   would satisfy you that the client had requested the

20   withdrawal?

21   A    I can't think of one off the top of my head.  Like I

22   said, the majority of the documents in the customer file

23   were --

24   Q    Okay.

25   A    -- from the client.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 39 of 91

Page 39

1    Q    Okay.  Well, in the course of me -- okay.  In the

2    course of my examination, if you think of any other kind of

3    document that would -- that you would use to reconcile a

4    withdrawal from a customer, let us know.

5    A    Okay.

6    Q    Okay.  So, the only evidence you had there was the

7    request from Carol Nelson, right?

8    A    If that's what this document is, then yes.

9    Q    Okay.  And, then, if we continue going down, every time

10   it says CW, if we go down to April 15th, 1996 -- so, we have

11   -- every CW you have no bank records, no third party

12   documents and you have yes in the customer file, right?

13   A    Yes.  For all of those transactions --

14   Q    Right.

15   A    -- that means that I reconciled to a document in the

16   customer file.

17   Q    Okay.  So, let's assume that Carol Nelson wrote a

18   letter on April 1st, 1994 and said, Dear Bernie, please send

19   me a check for $25,000.

20        That's the kind of letter that you are referring to

21   that's maintained in the customer file, right?

22   A    Requesting a withdrawal?

23   Q    Yeah.

24   A    Yes.

25   Q    Okay.  And what would have happened if Carol Nelson

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 40 of 91

Page 40

1    called up the next day and said, you know what, Bernie?

2    Forget it.  I don't need that money now.

3         You would have no way of knowing if that's what

4    happened because you can't verify that Carol Nelson ever got

5    a check for the amount shown on that line; isn't that true?

6    A    Well, there were often times where that did happen and

7    there would be a cancel transaction on the customer

8    statement.

9    Q    Okay.  But you're not saying that every single time

10   that happened, you observed that there was a notation on the

11   customer's statement; was there?

12   A    I'm saying that that happened often where there was a

13   cancelled transaction.

14   Q    You're saying the customer's statement showed a

15   cancelled transaction?

16   A    Yes.

17   Q    So, you're relying on whether or not there was a -- the

18   customer statement says deposits and withdrawals, right?

19   A    Yes.  It -- I mean, it doesn't say those words.

20   Q    Right.

21   A    But it has the transactions that indicate --

22   Q    Right.

23   A    -- a cash deposit or withdrawal.

24   Q    But isn't it a fact that what you're talking about is

25   where a check is actually issued and the payment was stopped

Page 41

1    on the check?

2    A    It could have been stopped.  It could have just been

3    returned.  It could have been cancelled.

4    Q    Have you ever seen, in all the work you've done on

5    Madoff, have you ever seen a statement which said, client

6    cancelled request for check?

7    A    It didn't say that on the statement.  It would say, CNX

8    or cancel check or returned check.  It would say that.

9    Q    But if the check had not been issued, I'm positing that

10   Carol Nelson requested a check and within 24 hours, she

11   calls up Bernie and says, I don't want that check.  Don't

12   bother issuing it.

13            MR. HUNT:  All right.  This is all assuming facts

14   not --

15            MS. DAVIS CHAITMAN:  I'm talking about a

16   situation --

17            MR. HUNT:  -- in evidence.

18            THE COURT:  Wait, wait, wait.  Hold on.

19            MS. DAVIS CHAITMAN:  I'm sorry.

20            THE COURT:  There's an objection?

21            MR. HUNT:  Yeah.  There's facts not in evidence.

22            THE COURT:  But, you know, she's an expert but it

23   is a hypothetical question.

24            MS. DAVIS CHAITMAN:  Well, she's --

25            THE COURT:  Is your client going to testify that

Page 42

1    she ever cancelled the check that appears on that list?

2         MS. DAVIS CHAITMAN:  Unfortunately, she's not in a

3    position to testify.

4         (Pause)

5    BY MS. DAVIS CHAITMAN:

6    Q    Did you ever, in the work you did for this case, did

7    you ever see any indication, on a statement, where a request

8    for a check was cancelled before the check was issued?

9    A    Not on the statement.  Not on the customer statement.

10   Q    Thank you.

11        (Pause)

12   BY MS. DAVIS CHAITMAN:

13   Q    And is it fair to say that with respect to your report,

14   Exhibit 54, that the same thing is true with respect to

15   account number 283?  That is, if a request for a check was

16   cancelled before the check was issued, there would be no

17   notation on the statement?

18   A    I'm sorry.  You're talking about Exhibit 54 now?

19   Q    Yes, I am.

20   A    What --

21   Q    I'm asking you the same question.  I -- we can go

22   through it in detail --

23   A    But --

24   Q    -- but I'm asking you the same question.  If, in fact,

25   if we look at Exhibit 7 --

Page 43

1    A    What page is that?  I'm sorry.

2    Q    That's on page 38 of Exhibit 54, Trustee's 54.

3    A    Okay.

4    Q    If you see in the -- in the -- there are a number of

5    transactions where checks -- it's indicated CW for cash

6    withdrawal but there's no indication of any third party

7    document and I'm asking you the same question I just asked

8    you.

9         In a situation where a customer cancels a letter

10   request for a withdrawal before the check is actually

11   issued, was there ever any documentary evidence indicating

12   that?

13   A    Sometimes there would be a letter in the file or some

14   notation in the customer file.

15        It wouldn't be on the customer statement because it

16   doesn't hit the customer statement until the check is

17   issued.

18   Q    Okay.  And, with respect to the Nelsons' accounts, do

19   you have specific recollection of seeing such notations?

20   A    No.

21             (Pause)

22             MS. DAVIS CHAITMAN:  I have no further questions.

23             THE COURT:  Redirect?

24             MR. HUNT:  Just a couple of questions.

25                   REDIRECT EXAMINATION

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 44 of 91

Page 44

1    BY MR. HUNT:

2    Q    Good afternoon, Mr. Collura.

3    A    Hello.

4    Q    You were asked a lot of questions about the 509 and 703

5    account just a couple of minutes ago.

6         During the entire time the 509 and the 703 account were

7    used, before and after the name change in September of 2002,

8    was the account number the same?

9    A    The account number was the same for the time period

10   that I had records for that account which was the December

11   1998 to December 2008.

12   Q    For what period did you have bank records?

13   A    That ten year period; December of 1998 to December of

14   2008.

15   Q    When you reconciled the bank records to the customer

16   statements, what was the result?

17   A    I reconciled over 99 percent of the cash transactions

18   on the customer statements to those bank records.

19   Q    As a forensic accountant, how did you use that

20   information to the information for the periods when you did

21   not have bank records?

22   A    I assumed that the cash transactions prior to that time

23   period were accurately stated because of the high

24   percentage, the over 99 percent that I did reconcile, when I

25   had records.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 45 of 91

Page 45

1   Q    Did you use internal records at BLMIS from the account

2   maintenance files to test that assumption?

3   A    For a specific customer accounts, I did, yes.

4   Q    And that would be the Nelsons' account, for example?

5   A    For example, yes.

6   Q    And in each instance that you looked at where there was

7   a withdrawal or deposit, you were able to find some record

8   internally that matched up with what the customer statement

9   said?

10  A    For the Nelson accounts, yes.

11  Q    And, during the period you had bank records, you

12  verified that with the bank records?

13  A    I did.  Correct.

14  Q    What's your conclusion about the accuracy of the

15  customer statements for the period that the Nelsons'

16  accounts were open?

17  A    My conclusion is that the cash transactions, the cash

18  deposits and withdrawals, on those customer statements were

19  accurately reported.

20        MR. HUNT:  No further questions.

21        THE COURT:  Thank you.  You can step down.

22        Call your next witness.

23        MR. HUNT:  Your Honor, I would just say at this

24  time we have offered Ms. Collura; she's reconciled all of

25  the accounts, she's traced the accounts in a two-year

Page 46

1   period.  I would ask if the defendants would stipulate to

2   the accuracy of exhibit B's.  If we can do that, we can skip

3   Mr. Greenblatt; if not, we'll put him on to do his principal

4   balance calculation.

5            MS. DAVIS CHAITMAN:  I can't do that for the

6   transactions where there's no evidence.

7            MR. HUNT:  Okay.

8            THE COURT:  Did you send notices to admit on these

9   issues?

10           MR. HUNT:  Notices to admit, no -- on what issues,

11   I'm sorry?

12           THE COURT:  On the deposits and withdrawals?

13           MR. HUNT:  We tried to reach a stipulation --

14           THE COURT:  But did you send requests for

15   admission?

16           MR. HUNT:  Yes, and they said they couldn't do

17   that.

18           THE COURT:  All right.

19           MR. HUNT:  So my colleague Mr. Shifrin will call

20   Mr. Greenblatt.

21           THE COURT:  Okay.  Would you raise your right

22   hand, please?

23              MATTHEW GREENBLATT, WITNESS, SWORN

24           THE COURT:  Okay, please take a seat, and speak

25   into the microphone.

Page 47

1          MR. SHIFRIN:  Good afternoon, Your Honor.

2          THE COURT:  Good afternoon.

3          MR. SHIFRIN:  Max Shifrin on behalf of the

4    Trustee.  Before I begin, unless Ms. Chaitman has any

5    objections, we suggest that we qualify Mr. Greenblatt as an

6    expert in forensic accounting just as we did with Ms.

7    Collura.  It will streamline the direct testimony and he's

8    been qualified before.

9          THE COURT:  Any objection?

10          MS. DAVIS CHAITMAN:  No objection.

11          THE COURT:  Okay, he's qualified as a forensic

12    accountant.

13                    DIRECT EXAMINATION

14    BY MR. SHIFRIN:

15    Q    Mr. Greenblatt, good afternoon.

16    A    Good morning.

17    Q    Please introduce yourself to the Court.

18    A    My name is Matthew Greenblatt, I'm a senior managing

19    director at FTI Consulting in the forensic and litigation

20    consulting division.

21    Q    When did FTI become involved in this matter?

22    A    We were retained in December of 2008.

23    Q    And what was FTI's role in the Madoff case?

24    A    We were retained to assist the Trustee with the

25    reconstruction of the books and records, and to assist

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 48 of 91

Page 48

1    counsel with the calculation of all of the principal balance

2    -- principal balance amounts in all of the customer

3    accounts.

4    Q    And how long have you been involved, sir?

5    A    Since December of 2008.

6    Q    Can you describe your role, please, for the Court?

7    A    So I was tasked with working with a team of FTI

8    professionals specifically for the reconstruction of the

9    debtor's books and records, the books and records that were

10   secured by the Trustee when he took control in December of

11   2008, and accumulating all of the cash and principal

12   transactions that were reported on the debtor's books and

13   records in order to calculate a cash-in-cash-out principal

14   balance.

15   Q    As a forensic accountant, what sort of records do you

16   typically review in connection with your investigations?

17   A    A forensic accountant is usually involved in looking at

18   financial transactions of any nature, usually in the context

19   of allegations of a fraud.  Those financial records could be

20   financial statements, they could be general ledgers, they

21   could be customer statements, bank statements; all types of

22   financial information.

23   Q    And did you do that for this matter?

24   A    I did, yes.

25   Q    Did you have access to all the information you needed

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 49 of 91

Page 49

1    to reach your conclusions?

2    A    I did, yes.

3    Q    Did you provide a list of documents and pieces of media

4    that you reviewed in connection with your analysis?

5    A    Yes, they're included in my report.

6    Q    And did you review all of those documents and pieces of

7    media yourself?

8    A    Personally myself, no.  I worked with a team of people

9    under my supervision and collectively we had reviewed all of

10   those.

11   Q    Okay.  Let's talk about your reports.  How many expert

12   reports have you issued in these Nelson cases?

13   A    In this Nelson matter, I've issued a total of three.

14   Q    Describe those reports, if you will.

15   A    So the first was what I often refer to as my global

16   report, which was the principal balance calculation

17   methodology report.  It was the report that outlined the

18   cash-in-cash-out methodology that was employed, talked about

19   the debtor's books and records that were relied upon, and

20   how the principal balance calculation was performed for all

21   of the 8,000-plus Madoff accounts, three of which included

22   the Nelson accounts.  The second and third reports were for

23   the three Nelson accounts specifically at issue in this case

24   and the principal balance for those.

25   Q    Are Trustee's Exhibits 71, 72, and 73 copies of your

Page 50

1   reports?  And those are located in the binder 4.

2       (Pause)

3   A    Yes, Exhibit 71 is the global report, and 72 and 73 are

4   the Nelson account-specific reports.

5   Q    Did you reach any conclusions regarding the principal

6   balance calculations for the three Nelson-related accounts?

7   A    I did, yes.

8   Q    Okay, let's briefly summarize those findings.  What did

9   you conclude with account 1ZA-284 specifically?

10  A    With account 1ZA-284, I concluded that the

11  accountholder withdrew funds in excess of principal

12  available in the two-year period prior to the bankruptcy in

13  the amount of $2,610,000.

14  Q    What did you conclude with respect to account 1ZA-283?

15  A    In account 1ZA-283, my conclusion was that the

16  accountholder withdrew funds in excess of principal

17  available in the two-year period prior to the bankruptcy in

18  the amount of $255,000.

19  Q    And what did you conclude with respect to account

20  number 1ZR-265?

21  A    In account 1ZR-265, I reached the conclusion that the

22  accountholder had withdrawn funds in excess of principal

23  available during the two-year period in the amount of

24  $200,077.

25  Q    Did you rely on your forensic accounting skills to

Page 51

1   reach these conclusions?

2   A     I did, yes.

3   Q     Can the results of your analysis be replicated by

4   someone with the same education, training, and expertise?

5   A     I believe so, yes.

6   Q     Is the method you used generally accepted in your

7   profession?

8   A     Yes, it is.

9   Q     And is your conclusion based on this methodology?

10  A     It is.

11  Q     Okay, let's talk about your three reports in greater

12  detail.  We'll start with the global principal balance

13  calculation.  How do you calculate the, quote, "principal

14  balance"?

15  A     The principal balance calculation is essentially cash

16  in and cash out.  So it takes into account all of the

17  customer deposits as additions to principal and all of the

18  customer withdrawals or inter-account transfers as principal

19  out.

20  Q     And how are the principal balance calculations then

21  used in this liquidation?

22  A     The Trustee and his counsel have used -- has used the

23  principal balance calculations at all points in time for

24  both assisting in determining claims, as well as assessing

25  causes of action and avoidance actions in bankruptcy court.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 52 of 91

Page 52

1   Q    What sort of transactions do you consider in your

2   analysis?

3   A    So the typical inflows, additions to principal, are the

4   cash deposits.  In the Nelson case specifically, all of the

5   inflows are customer cash deposits.  In other accounts not

6   in -- not relevant in this particular proceeding, there are

7   additional sources of principal such as inter-account

8   transfers from other accounts for which principal is moved

9   from one account to another, but for these accounts it is

10   the cash deposits.

11   Q    And what about documents, what sort of records do you

12   consider or rely on to conduct this analysis?

13   A    So I have relied on the debtor's books and records, and

14   specifically the monthly customer statements.

15   Q    Why the customer statements?

16   A    The customer statements are the most comprehensive and

17   complete of the debtor's books and records with respect to

18   transaction-by-transaction line item detail of the cash and

19   principal transactions, those are the statements that

20   contain the information such as a transaction date,

21   transaction amount, transaction descriptions, and

22   transaction codes.  It is also the document that is printed

23   and shared with the customer.  So the customer has the

24   opportunity to raise an objection if they have made a

25   deposit that doesn't show up on their customer statement or

Page 53

1   if the withdrawal that they made is reported at the

2   incorrect amount, they have the opportunity to raise that

3   objection.  So, for purposes of identifying cash and

4   principal transactions, it was the best and most

5   comprehensive document.

6   Q    What period of time does your principal balance

7   calculation cover?

8   A    In the global report, the principal balance calculation

9   covers the period from April 1st, 1981 through December

10  11th, 2008, but for the -- generally speaking, for the

11  Nelson accounts, it's from the account opening, which was

12  December of 1992, through December 11th of 2008.

13  Q    Okay.  So, generally speaking, the time period that you

14  conduct the analysis was 27 years?

15  A    Yes.

16  Q    And why did you choose that period specifically?

17  A    That was the full length of time for which we had the

18  information available to us in order to perform the

19  principal balance calculation.

20  Q    When were the -- just to remind the Court, when were

21  the defendants' accounts opened in these cases?

22  A    Two of the three accounts were opened in December of

23  1992 and the third was August of 1996.

24  Q    So did you have all of the customer statements

25  necessary to conduct this analysis?

1    A    Yes.  For the three Nelson accounts, I had every

2    monthly customer statement.

3    Q    How exactly did you use the customer statements to

4    conduct the principal balance calculation for the Nelson

5    accounts?

6    A    So, as I mentioned, the customer statements contained

7    information such as the transaction date, transaction

8    description, a transaction code, and the transaction amount.

9    And so, based on that information, I was able to identify

10   all of the cash and principal transactions, being the

11   deposits and the withdrawals, identify them all, put them in

12   chronological order, and quantify the principal balance

13   essentially every day from the account opening through to

14   December 11th, 2008.

15   Q    How did BLMIS maintain the customer statements?

16   A    So the customer statement data was maintained in the

17   debtor's books and records in two different forms over the

18   years.  For the period from December 1995 through November

19   of 2008, they were all available in electronic form on the

20   electronic servers at BLMIS; for the periods prior to

21   December of 1995, they were available on microfilm.

22   Q    Okay.

23        MR. SHIFRIN:  Let's pull up Trustee's Exhibits 193

24   and 192, please?

25        (Pause)

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 55 of 91

Page 55

1   BY MR. SHIFRIN:

2   Q    Do you recognize these documents, Mr. Greenblatt?

3   A    Yes.

4   Q    And what are they exactly?

5   A    The document on the top, as you can see from the

6   callout, is the customer statement from the electronic

7   server for account 1ZA-284 for the month of January 2007,

8   and the document on the bottom is that same customer

9   statement data printed out with the BLMIS letterhead over to

10  the top of it, printed out, mailed to the customer, and this

11  one is the one that was produced back to the Trustee by the

12  defendants' accountants.

13  Q    Okay.  And just to be clear, that's for account number

14  1ZA-284?

15  A    Correct, they both are 1ZA-284 for the month of January

16  2007.

17  Q    All right.

18          MR. SHIFRIN:  Let's turn to Trustee's Exhibits 114

19  and 112, please?

20  BY MR. SHIFRIN:

21  Q    Do you recognize these documents?

22  A    Right.  I think it's easier if we take the callout

23  boxes away momentarily just to -- and then put them back in.

24      (Pause)

25  A    Yeah.  So the document on top -- okay -- well, I just

Page 56

1    wanted to see the Bates reference on the bottom one, so you

2    can put the callout boxes back in.

3        The document on top is the electronically stored

4    customer statement for the 1ZA-283 account for the month of

5    September 2007 that was stored electronically by BLMIS.  The

6    document on the bottom is the printout of that, again with

7    the BLMIS letterhead placed over that same data, same

8    statement for the month of September 2007 for 1ZA-283,

9    that's the one that is printed, mailed to customers and, in

10   this case, this is the one that was produced back to the

11   Trustee by the defendants' accountants.

12   Q    And just to be clear, Mr. Greenblatt, the substantive

13   information on both account statements, how do they compare?

14   A    They're the same document -- they're the same --

15   they're the same data.  I can't call them the same document

16   because one prints with the letterhead.

17            MR. SHIFRIN:  Let's pull up Trustee's Exhibit 182

18   and 180, please?

19            THE WITNESS:  Okay.

20   BY MR. SHIFRIN:

21   Q    Do you recognize these documents?

22   A    I do.

23   Q    What are they?

24   A    The document on the top is the monthly customer

25   statement that was stored electronically by BLMIS for

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 57 of 91

Page 57

1   account 1ZR-265 for the month of December 2007, and the one

2   on the bottom is that same December 2007 customer statement

3   for 1ZR-265, simply adding the letterhead as it was printed,

4   mailed to the customer, and produced back to the Trustee by

5   the defendants' accountants.

6   Q    And, again, is the substantive information reflected on

7   both statements the same?

8   A    It's the same.

9   Q    Okay.  Are the records you just discussed the types of

10   records you -- that forensic accountants typically rely

11   upon?

12   A    Yes.

13   Q    Did you consider any of the purported trading activity

14   reflected on these statements?

15   A    Not for purposes of the principal balance calculation,

16   no; it's outside the scope of the methodology.

17   Q    Let's turn to the Nelson-specific report for account

18   number 1ZA-284.

19        MR. SHIFRIN:  And if we could pull up Trustee's

20   Exhibit 77, please?

21   BY MR. SHIFRIN:

22   Q    Can you identify this document, sir?

23   A    Yes, this is the principal balance calculation for

24   account 1ZA-284.

25   Q    So, starting from the left, can you walk the Court

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 58 of 91

Page 58

1    through what each of these columns mean?

2    A     Sure.  Columns -- as it's highlighted here, columns 1,

3    2, and 3 in this document are the information as it's

4    maintained and identified from the customer statement

5    itself.  So, as I mentioned before, the customer statements

6    have the transaction date, transaction description, and

7    transaction amounts reported on them.  So these are the

8    exact information that's contained on the customer

9    statements.  So by going through and identifying all of the

10   cash and principal transactions from the customer

11   statements, as I testified before, we created this

12   chronological listing.  So columns 1, 2, and 3 represent the

13   information on the customer statements.

14        Then that column 3 is then carried over into the

15   remaining columns, if you can -- there we go.  So columns 4

16   through 7 are how I categorized the amounts in the principal

17   transactions that were reported on the customer statements,

18   deposits are all captured in column 4 and represent

19   additions to principal, all of the withdrawals are in column

20   5 and reductions to principal.  And, as I mentioned before,

21   the Nelson accounts didn't have any inter-account transfer

22   activity, but that's where inter-account transfer activity

23   would be reflected in columns 6 and 7.

24        So all of the activity in column 3 is broken up into

25   columns 4 through 7, and column 8 is the calculation, that's

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 59 of 91

Page 59

1    the running balance of principal, adding for deposits and

2    deducting for withdrawals.

3         And then the balance of the schedule, columns 9 through

4    12, column 9 is a column that just captures the amounts of

5    withdrawals during the two-year period for purposes of this

6    proceeding; and then columns 10 and 11 are the individual

7    debtor's books and records, those are the Bates references

8    for the customer statements themselves that are -- that were

9    identified to have -- the monthly customer statements where

10   the individual cash and deposit and withdrawal transactions

11   were captured; and then column 12 is the third party

12   document that was produced back to the Trustee by the

13   defendants' accountants for the same monthly customer

14   statements.

15   Q    Did you reach a conclusion as to the principal balance

16   calculation of the 248 account?

17   A    I did.

18   Q    And what was that conclusion, sir?

19   A    I did.  As you can see from -- this is page 2 of 2 of

20   the document, but as you can see, in total, after all of the

21   deposits and withdrawals in this account, in total over the

22   life of the account, account 1ZA-284 had withdrawals in

23   excess of principal in a total amount of $6,405,000; and

24   during the two-year period, of that 6,405,000, $2,610,000

25   was withdrawn during the two-year period in excess of

Page 60

```
 1    principal available.

 2    Q    And just to be clear, Mr. Greenblatt, does Trustee's

 3    Exhibit 77 reference the source documents you used to create

 4    this summary?

 5    A    It does.  That was in columns 10 and 11 that had the

 6    individual Bates references for the customer statements

 7    themselves.

 8    Q    Are you confident in the results of the analysis

 9    reflected in Trustee's Exhibit 77 to a reasonable degree of

10    accounting certainty?

11    A    I am.

12    Q    And is Trustee's Exhibit 77 a fair and accurate summary

13    of the relevant information that was pulled from the BLMIS

14    customer statements belonging to the accountholder for 1ZA-

15    284?

16    A    Yes.

17            MR. SHIFRIN:  Let's turn to account 1ZA-283 and

18    pull up Trustee's Exhibit 76, please?

19    BY MR. SHIFRIN:

20    Q    Can you identify this document?

21    A    Yes, this is the principal balance calculation for 1ZA-

22    283.

23    Q    Do the columns in this document have the same meaning

24    that they had in Trustee's Exhibit 77?

25    A    Yes, they do.
```

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 61 of 91

Page 61

1    Q    Did you reach a conclusion as to the principal balance

2    of the 1ZA-283 account?

3    A    I did.

4    Q    Is it reflected in this exhibit, sir?

5    A    It is.  At the end of -- the sum of columns -- or the

6    end result of column 8 and column 9 show that in total, over

7    the life of the account, there was a total of $1.7 million

8    withdrawn in excess of principal and, of that amount,

9    $255,000 was withdrawn during the two-year period.

10    Q    And as with Trustee's Exhibit 77, does Trustee's

11    Exhibit 76 reflect the source documents considered in

12    creating this summary?

13    A    It does.  Columns 10 and 11 again reflect the Bates

14    references for the relevant monthly customer statements.

15    Q    Are you confident in the results of your analysis

16    reflected in Trustee's Exhibit 77 -- 76, excuse me, to a

17    reasonable degree of accounting certainty?

18    A    Yes.

19    Q    And is Trustee's Exhibit 76 a fair and accurate summary

20    of the relevant information from the BLMIS customer

21    statements for the 283 account?

22    A    Yes.

23        MR. SHIFRIN:  Let's turn to account number 1ZR-265

24    and pull up Trustee's Exhibit 78, please?

25    BY MR. SHIFRIN:

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 62 of 91

Page 62

1   Q    What is this document, Mr. Greenblatt?

2   A    This is now the principal balance calculation for that

3   account, 1ZR-265.

4   Q    Do the columns mean the same thing they meant in the

5   previous two exhibits?

6   A    Yes.

7   Q    And did you reach a conclusion as to the principal

8   balance for the 265 account?

9   A    Yes.

10   Q    What did you conclude?

11   A    So in total, in account 1ZR-265, the account over the

12   life of the account had withdrawn 401,748 more than it had

13   deposited and, of those withdrawals, $200,077 was withdrawn

14   in excess of principal available during the two-year period.

15   Q    And as with the previous two exhibits, does Trustee's

16   Exhibit 78 reference the source documents considered in your

17   analysis?

18   A    Yes, columns 10 and 11 again.

19   Q    Are you confident in the results of the analysis

20   reflected on Trustee's Exhibit 78 to a reasonable degree of

21   accounting certainty?

22   A    Yes.

23   Q    And is Trustee's Exhibit 78 a fair and accurate summary

24   of relevant information from the BLMIS customer statement

25   for the 265 account?

Page 63

1   A    It is.

2   Q    Statements, plural?

3   A    It is.

4   Q    Okay.  So just to summarize your testimony today, Mr.

5   Greenblatt, can you identify the withdrawals exceeding

6   principal in the two-year period for each of three Nelson-

7   related accounts, sir?

8   A    Yes.  For account 1ZA-284, I concluded that the

9   accountholder withdrew $2,610,000 in excess of principal

10  during the two-year period; for account 1ZA-283, the amount

11  withdrawn during that two-year period in excess of principal

12  was 255,000; and for account 1ZR-265, the accountholder

13  withdrew $200,077 in excess of principal during that two-

14  year period.  So, in total, the three were just under $3.1

15  million during the two-year period.

16  Q    Thank you, sir.

17           MR. SHIFRIN:  I have nothing further.

18           THE COURT:  Cross-examination?

19           MS. DAVIS CHAITMAN:  No questions.

20           THE COURT:  You can step down.  Thank you.

21           Does the Trustee have any further witnesses?

22           MR. HUNT:  Your Honor, you'll be happy to know

23  that the Trustee does not have any further witnesses.

24           THE COURT:  Ms. Chaitman, do you have any

25  witnesses?

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 64 of 91

Page 64

1            MS. DAVIS CHAITMAN:  I have no witnesses, Your

2       Honor.

3            THE COURT:  All right.  Both sides rest?

4            MR. HUNT:  We rest, Your Honor.

5            THE COURT:  All right.  I think it makes sense to

6       simply schedule post-trial findings and conclusions.

7       Just --

8            MR. HUNT:  I agree.

9            THE COURT:  -- a couple of style points on those

10      and reflecting on what I got after the PW proceeding, this

11      is for both parties.  If you're going to cite the

12      transcripts, cite to the page and the line in the

13      transcript.  The Trustee in particular was just citing the

14      pages, was my recollection, and I had to read the entire

15      page to find out what you were doing.  If you're citing to

16      multi-page exhibits, I would appreciate if you would cite to

17      the page in the exhibit that you want me to look at.

18            Please avoid long string cites of references.  One

19      of the problems I had with the PW is I would have a long

20      paragraph with really several findings in them and then at

21      the end of the paragraph there would be a string cite of

22      references, and I'd have to match the reference to the

23      finding.  You can use short -- short declarative sentences

24      are the best, by the way --

25            MR. HUNT:  Yes, sir, we'll be Ernest Hemingway in

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 65 of 91

Page 65

1    this.

2              THE COURT:  Yeah, fine.  He can be your model, he

3    was well known for his findings and conclusions.  So, to the

4    extent you could do that, I would appreciate it.

5              How much time does the Trustee need to submit his

6    proposed findings?

7              MR. HUNT:  So my proposal would be, Your Honor,

8    that we exchange objections to --

9              THE COURT:  Oh, we have to deal with the

10   objections also, I forgot.

11             MR. HUNT:  Yeah.  I was thinking two weeks to

12   exchange objections and then proposed findings of facts

13   about a month after that for us.  So, specifically, two

14   weeks to exchange objections, by May -- sorry -- May 17th --

15   no, May 31st.

16             THE COURT:  Does that work for you, Ms. Chaitman?

17             MS. DAVIS CHAITMAN:  It isn't for this reason,

18   Your Honor.  As you --

19             MR. HUNT:  So the parties exchange exhibit lists

20   May 17th, identifying the Bates numbers and pages that they

21   want to rely on.

22             THE COURT:  I also need designations.

23             MS. DAVIS CHAITMAN:  Yeah.

24             MS. DAVIS CHAITMAN:  Can I just ask for this, Your

25   Honor.  I am booked solid until the end of May, because I'm

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 66 of 91

Page 66

1    taking all those traders' depositions and, you know, I had a

2    trial, a jury trial two weeks ago and then I had this trial.

3    I just need to be able to use May to complete these traders'

4    depositions.

5              THE COURT:  What schedule do you propose?

6              MS. DAVIS CHAITMAN:  Well, I would say we should

7    -- by say June 15th we can exchange lists of exhibits and

8    then, by June 30th, we can exchange objections to each

9    other's exhibits.  And then I would ask again, if the Court

10   would be kind enough given my planned summer vacations --

11             THE COURT:  That's a lot of summers.

12             MS. DAVIS CHAITMAN:  Pardon?

13             THE COURT:  We've been going through this for a

14   lot of summers, that's --

15             MS. DAVIS CHAITMAN:  I know, but that's -- I do

16   take a vacation every summer.

17             MR. HUNT:  I haven't had a single one.

18             MS. DAVIS CHAITMAN:  It's just been a lot of

19   summers.  Could we have until August 20th to submit the

20   post-trial briefs?

21             THE COURT:  Well, I'd prefer to get it from the

22   Trustee first and then you can respond --

23             MS. DAVIS CHAITMAN:  And then -- okay.

24             THE COURT:  -- that makes more sense.

25             MS. DAVIS CHAITMAN:  Okay, so then --

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 67 of 91

Page 67

1            THE COURT:  Then if I want a reply, I'll ask the

2    Trustee.

3            MS. DAVIS CHAITMAN:  Okay.

4            MR. HUNT:  So how about --

5            THE COURT:  But one thing you left out of that, of

6    course I need deposition or, I guess, trial transcript

7    designations, again by line.  The best way to do it, if you

8    can do it, is, you know, one party can offer -- I think we

9    did this before where you highlight in different colors and

10   then you just have the objections highlighted in a different

11   color, if that makes sense.  If there aren't too many

12   designations, then you could just designate and I can read

13   it.

14            MS. DAVIS CHAITMAN:  There are a fair number, so

15   maybe we ought to organize.

16            THE COURT:  All right.  Well, why don't you do

17   that at the same time that you're doing these exhibit --

18            MS. DAVIS CHAITMAN:  Okay.

19            THE COURT:  -- lists, because those are separate.

20   So that --

21            MS. DAVIS CHAITMAN:  Okay.

22            THE COURT:  -- you can exchange -- why don't we do

23   this -- exchange your exhibit lists on June 15th and

24   exchange your deposition designations at the same time?  And

25   when I say deposition, I include any trial transcript, and

Page 68

1    then June 30th, objections to exhibits and any objections or

2    cross-designations in the transcripts.  I'll ask you to

3    embody this in a letter or an order so we don't lose track

4    of it.

5             MR. HUNT:  So based on her vacation schedule --

6             THE COURT:  Well, I'm just thinking whether the

7    objections should be resolved before, you know, the findings

8    of fact and conclusions -- well, my experience has been that

9    the depositions and the designations don't really make that

10   much of a difference in these cases, there's usually other

11   evidence; they may in this case, because Madoff didn't

12   testify, I recognize, personally.

13            MS. DAVIS CHAITMAN:  And also with respect to

14   (indiscernible) Pitts' criminal trial testimony.  I mean,

15   I've designated portions of it, the Trustee has --

16            THE COURT:  Well, it's the same thing.

17            MS. DAVIS CHAITMAN:  Yeah.  Maybe it would be

18   helpful --

19            THE COURT:  With the criminal trial testimony you

20   have the added issue of whether or not, you know, the other

21   party had the incentive to cross-examine --

22            MS. DAVIS CHAITMAN:  Exactly.

23            THE COURT:  -- to the same extent or had the

24   incentive to cross-examine.

25            MS. DAVIS CHAITMAN:  On the same issue.

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 69 of 91

Page 69

1          THE COURT:  On the same issue.  And I guess you

2     can object in the designations and then explain in some sort

3     of post-trial briefing -- or you can do it at the time of

4     the designations, if you want -- why that testimony should

5     or should not be considered.

6          MR. HUNT:  I think we should go ahead and explain

7     during the objections what they are --

8          THE COURT:  Okay.

9          MR. HUNT:  -- so that the parties agree.

10          THE COURT:  All right.  Then I need a response to

11     -- I guess I need a response, because if you say, you know,

12     there was no incentive to cross-examine, the other person is

13     going to come back and say there was, and it's going to work

14     both ways.

15          MS. DAVIS CHAITMAN:  Okay.  So June 30th I'm going

16     to get the Trustee's objections to exhibits -- oh, wait, I'm

17     sorry --

18          THE COURT:  No, June 15th you're going to exchange

19     -- exchange objections --

20          MS. DAVIS CHAITMAN:  Right.

21          THE COURT:  -- to exhibits.

22          MS. DAVIS CHAITMAN:  So you're saying --

23          MR. HUNT:  We're going to exchange exhibits --

24          THE COURT:  Exhibit lists, right.

25          MR. HUNT:  Yes, sir.  And then June 30th we'll --

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 70 of 91

Page 70

1          THE COURT:  Oh, and please put those on a separate

2     disk and separately identified when you send them in -- not

3     all the exhibits, just the ones you're relying on, as you

4     did the last time.  It's much easier to work with an

5     electronic disk.

6          June 30th, objections -- oh, and June 15th, so

7     it's the exhibit lists and the designations.

8          MR. HUNT:  Correct.

9          THE COURT:  June 30th, it's the objections to the

10    exhibits and objections to the designations and cross-

11    designations.

12         MR. HUNT:  Yes, sir.

13         THE COURT:  And then we have basically -- no, then

14    it's up to you to file the post -- first --

15         MR. HUNT:  So if we file our --

16         THE COURT:  -- do you --

17         MR. HUNT:  -- if we file our brief on findings of

18    fact and conclusions of law by July 30th, then she can file

19    her response by August 30th.

20         THE COURT:  Okay.

21         MS. DAVIS CHAITMAN:  I can do that.

22         THE COURT:  All right.  I mean, you know, to me

23    the two driving issues that have been raised are whether or

24    not it was actually a transfer of the LLC -- or it was a

25    transfer by LLC -- it's always the customer property, I

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 71 of 91

Page 71

1    guess -- but whether it was a transfer by LLC and this issue

2    about how you deal with -- and this is really more of a

3    legal issue, I guess -- it just seems to me that the IA

4    business wasn't doing any trading, that's my initial

5    reaction, the proprietary trading side of the business was

6    doing trading, and how that affects the determination

7    whether Madoff -- well, whether BLMIS was a Ponzi scheme or

8    not, or whether you just look at, you know, the IA business

9    separately from the basically two different businesses.

10          So those are kind of the two questions I think

11   that have arisen.  I know you took issue, Ms. Chaitman --

12   actually, with the former, I did notice that the custodian

13   said that the account was a BLMIS LCC account, the JPMorgan

14   custodian was in -- I guess anybody could put whatever they

15   want on a check, you know.

16          MS. DAVIS CHAITMAN:  Well, actually, we have not

17   seen -- and in fact I have an email from Mr. Shifrin

18   acknowledging that they have not seen any document changing

19   the name of the 703 account.

20          THE COURT:  I know, but JPMorgan's custodian said

21   that the accounts were held in the name of BLMIS LCC -- LLC.

22          MS. DAVIS CHAITMAN:  LLC.

23          THE COURT:  She can make that argument, but I just

24   --

25          MS. DAVIS CHAITMAN:  Right.

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 72 of 91

Page 72

1          THE COURT:  -- that one doesn't convince me.  I

2     think a more interesting argument concerns if you have a

3     part of the business conducting an ostensible legitimate

4     business, how that affects the determination of whether it's

5     a Ponzi scheme, and whether they really need the Ponzi

6     scheme presumption, whether they've just proven that all of

7     the transfers made to the IA customers were in fraud of

8     creditors, because the debtor was always insolvent and --

9          MS. DAVIS CHAITMAN:  Well, I think what the

10    evidence shows, Your Honor, is that the transfers were made

11    by Madoff personally, not by the LLC.

12         THE COURT:  I'm not sure I agree with you, but I

13    understand your argument.

14         MS. DAVIS CHAITMAN:  And, if that's true, then

15    based on your own decisions the Trustee would not have

16    standing to assert these claims.

17         THE COURT:  I understand the argument.  I'm not

18    sure I'm convinced by that, just because the name appears on

19    a check in a certain way.

20         MS. DAVIS CHAITMAN:  It's not just the check.

21    There's no letter -- in 2001, when the LLC was formed, there

22    were a series of letters sent to all the institutions that

23    the legitimate trading business did business with, Bank of

24    New York, its bank, the OCC, all of the -- the NSCC, but

25    nothing was sent to JPMorgan Chase.  The checks were always

Page 73

```
 1    endorsed by Madoff, that trade name has been in existence

 2    since 1991 --

 3              THE COURT:  That may be JPMorgan's problem that

 4    they were letting Madoff endorse the checks individually,

 5    because none of the checks were made out to Madoff, they

 6    were all --

 7              MS. DAVIS CHAITMAN:  They were all --

 8              THE COURT:  -- Bernard Madoff Securities.

 9              MS. DAVIS CHAITMAN:  -- Madoff Securities, which

10    was a trade name that he had used since 1991.

11              THE COURT:  So what if the account statements have

12    LLC on them?

13              MS. DAVIS CHAITMAN:  They didn't.  The --

14              THE COURT:  Yes, they did.

15              MS. DAVIS CHAITMAN:  No, the JPMorgan Chase --

16              THE COURT:  Not the bank account statements, the

17    BLMIS statements.

18              MS. DAVIS CHAITMAN:  The BLMIS statements may have

19    done that.  I have no idea why that was done, but the bank

20    statements, the money in the accounts was all in the name of

21    Madoff or his trade name.

22              THE COURT:  Well, that's what you say, I know the

23    argument.  I'll read it when you write it, but I have my

24    questions about that, particularly in light of the custodial

25    affidavits.
```

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 74 of 91

Page 74

1          MS. DAVIS CHAITMAN:  You know, I don't --

2          THE COURT:  Okay.

3          MS. DAVIS CHAITMAN:  -- it's not the first time in

4     the world the custodian was careless.  I mean, we --

5          THE COURT:  That's all I have.

6          MS. DAVIS CHAITMAN:  -- we have 20 -- yeah, but

7     we've got 20 years of evidence that every single check was

8     made payable to Madoff or to Madoff Securities and endorsed

9     by Madoff.

10          THE COURT:  It was endorsed by Madoff.

11          MS. DAVIS CHAITMAN:  Right.

12          THE COURT:  Again, that may be JPMorgan's issue.

13          All right, so just if you could embody that in a

14     consensual order or just a letter or something, so we have a

15     sense of the time frame.

16          MR. HUNT:  Absolutely, Your Honor.  Thank you.

17          THE COURT:  Okay?

18          MS. DAVIS CHAITMAN:  Okay.

19          MR. HUNT:  Thank you for your time, we appreciate

20     it.

21          MS. DAVIS CHAITMAN:  Thank you so much.

22          THE COURT:  All right, thank you.  In the findings

23     and conclusions, less is more.

24          MR. HUNT:  I hear you.

25          MS. DAVIS CHAITMAN:  I'm sorry, I didn't --

Page 75

1            THE COURT:  I said, in the findings and

2    conclusions, less is more.  Thank you very much.

3         (Whereupon, these proceedings were concluded at 3:18

4    p.m.)

5                        *  *  *  *  *

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                    I N D E X

2                 T E S T I M O N Y

3    PLAINTIFFS'

4    WITNESS                 EXAM BY                      PAGE

5    Lisa Collura            Ms. Davis Chaitman            7

6                            Mr. Hunt                     44

7

8    Matthew Greenblatt      Mr. Shifrin                  47

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 77

1

2                      C E R T I F I C A T I O N

3

4    I, Pamela A. Skaw, certify that the foregoing transcript is

5    a true and accurate record of the proceedings.

6    **Pamela A**    Digitally signed by Pamela A Skaw
                      DN: cn=Pamela A Skaw, o, ou,
                      email=digital1@veritext.com, c=US
7    **Skaw**         Date: 2019.05.13 16:39:55 -04'00'

8    Pamela A. Skaw

9    **Tracey**       Digitally signed by Tracey Williams
                      DN: cn=Tracey Williams, o, ou,
                      email=digital1@veritext.com, c=US
     **Williams**     Date: 2019.05.13 16:40:28 -04'00'
10

11   Tracey Williams

12

13   Date:  May 13, 2019

14

15

16

17

18

19   Veritext Legal Solutions

20   330 Old Country Road

21   Suite 300

22   Mineola, NY 11501

23

24

25

**1**

**1**  14:1 21:10,12 30:2 58:2,12
**1.7**  61:7
**10**  59:6 60:5 61:13 62:18
**10-04377**  1:6 3:1 3:5
**10-04658**  1:14
**10004-1408**  1:22
**10022**  4:18
**10111**  4:5
**10th**  22:21
**11**  14:20 59:6 60:5 61:13 62:18
**11/22/99**  20:22
**112**  55:19
**114**  55:18
**11501**  77:22
**11th**  22:19 53:10 53:12 54:14
**12**  59:4,11
**12th**  21:23
**13**  77:13
**14th**  28:8
**15th**  27:3 29:8 39:10 66:7 67:23 69:18 70:6
**16th**  11:15
**17**  18:23
**17th**  18:16 22:9 65:14,20
**180**  56:18
**182**  56:17
**18th**  9:12
**192**  54:24
**193**  54:23
**1981**  53:9
**1991**  18:23 19:1 25:3 73:2,10
**1992**  33:7,19 35:16 53:12,23

**1993**  36:11,13
**1994**  39:18
**1995**  54:18,21
**1996**  39:10 53:23
**1998**  44:11,13
**1999**  19:18 20:3,9
**1a**  36:3
**1st**  22:15 31:7 39:18 53:9
**1z8284**  35:2 36:1
**1za**  50:9,10,14,15 55:7,14,15 56:4,8 57:18,24 59:22 60:14,17,21 61:2 63:8,10
**1zr**  50:20,21 57:1 57:3 61:23 62:3 62:11 63:12

**2**

**2**  58:3,12 59:19,19
**2,610,000**  50:13 59:24 63:9
**20**  74:6,7
**200,077**  50:24 62:13 63:13
**2000**  14:1 21:10 21:12,19,21
**2001**  14:12,19 21:23,25 22:2,4,9 22:11,13,15,19 30:2 31:7 72:21
**2002**  15:3 18:1 22:21 27:3 29:3 44:7
**2003**  15:15 27:9 28:8
**2004**  15:23
**2005**  10:5,8,11,18 11:15,15 16:5 23:5,11,20
**2006**  9:12 16:12 24:16,20

**2007**  8:12 16:20 16:21 25:12 55:7 55:16 56:5,8 57:1 57:2
**2008**  25:23 26:4 28:16 29:8 44:11 44:14 47:22 48:5 48:11 53:10,12 54:14,19
**2009**  12:19
**2019**  1:23 77:13
**20th**  11:15 66:19
**22nd**  22:13
**24**  41:10
**248**  59:16
**25,000**  39:19
**255,000**  50:18 61:9 63:12
**25th**  23:20
**26**  26:4
**265**  50:20,21 57:1 57:3 61:23 62:3,8 62:11,25 63:12
**26th**  21:19
**27**  53:14
**27th**  20:9 21:21
**283**  33:11,19 42:15 50:14,15 56:4,8 60:17,22 61:2,21 63:10
**284**  33:11,19 50:9 50:10 55:7,14,15 57:18,24 59:22 60:15 63:8
**29th**  16:12 19:18
**2:00**  1:24
**2nd**  8:12

**3**

**3**  58:3,12,14,24
**3.1**  63:14
**300**  77:21
**30th**  16:5 66:8 68:1 69:15,25

70:6,9,18,19
**31**  14:12 15:3,15 16:21
**31st**  15:23 65:15
**330**  77:20
**35**  34:6,19 35:8,9
**38**  43:2
**3rd**  10:18

**4**

**4**  50:1 58:15,18,25
**4/12/2000**  21:6
**401,748**  62:12
**44**  76:6
**45**  4:4
**465**  4:17
**47**  76:8

**5**

**5**  58:20
**509**  7:22,25 8:14 9:13,16 10:1,7,12 10:19 11:16 12:6 12:9 13:10,17 17:20,22,25 18:3 19:23 20:7,11,25 21:3 22:24 23:23 24:23 31:18 44:4 44:6
**53**  33:23 34:4,5,6 34:18,21 35:5
**54**  42:14,18 43:2,2
**57**  33:16
**5th**  10:5,8 36:10 36:13

**6**

**6**  58:23
**6,405,000**  59:23 59:24

**7**

**7**  22:11 33:24 34:5 35:10 42:25 58:16 58:23,25 76:5

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 79 of 91

[7/29/99 - august]                                                      Page 2

**7/29/99**  20:13
**703**  14:1,13 15:3
  16:5 27:24 31:18
  44:4,6 71:19
**71**  49:25 50:3
**72**  49:25 50:3
**73**  49:25 50:3
**74945**  12:2
**76**  60:18 61:11,16
  61:19
**77**  57:20 60:3,9,12
  60:24 61:10,16
**78**  61:24 62:16,20
  62:23
**7th**  21:25 22:2

**8**

**8**  58:25 61:6
**8,000**  49:21
**8/19/99**  20:18
**8288**  37:2
**8th**  35:16

**9**

**9**  1:23 59:3,4 61:6
**9/26/2001**  22:17
**99**  44:17,24
**9th**  20:3

**a**

**aa**  12:13,13
**able**  45:7 54:9
  66:3
**absence**  24:9
**absolutely**  74:16
**accepted**  51:6
**access**  48:25
**account**  7:15,23
  7:25 8:14,17 9:13
  9:16 10:1,7,12,20
  11:16 12:6,8,9
  13:1,9,10,17,19
  14:2,13,20 15:4
  15:16,17,24 16:6
  16:21 17:20,21,22

17:25 18:3,11
19:17,19,23 20:7
20:11,25 21:3,7
21:13 23:21 24:21
24:23 25:6 27:24
29:4 31:18 32:13
32:15 33:6,8,16
35:2 36:1,8,9,20
37:19,21,24 38:7
42:15 44:5,6,8,9
44:10 45:1,4 50:4
50:9,10,14,15,19
50:21 51:16,18
52:7,9 53:11
54:13 55:7,13
56:4,13 57:1,17
57:24 58:21,22
59:16,21,22,22
60:17 61:2,7,21
61:23 62:3,8,11
62:11,12,25 63:8
63:10,12 71:13,13
71:19 73:11,16
**accountant**  44:19
  47:12 48:15,17
**accountants**
  55:12 56:11 57:5
  57:10 59:13
**accountholder**
  50:11,16,22 60:14
  63:9,12
**accounting**  47:6
  50:25 60:10 61:17
  62:21
**accounts**  7:11,20
  13:12 31:22 32:20
  32:23 33:9,10,13
  37:8 43:18 45:3
  45:10,16,25,25
  48:3 49:21,22,23
  50:6 52:5,8,9
  53:11,21,22 54:1
  54:5 58:21 63:7

**71:21 73:20
accumulating**
  48:11
**accuracy**  45:14
  46:2
**accurate**  60:12
  61:19 62:23 77:5
**accurately**  44:23
  45:19
**acknowledging**
  71:18
**action**  51:25
**actions**  51:25
**activity**  57:13
  58:22,22,24
**added**  68:20
**adding**  57:3 59:1
**additional**  52:7
**additions**  51:17
  52:3 58:19
**addressed**  31:17
**admission**  46:15
**admit**  46:8,10
**adv**  1:6,14
**advance**  36:11
**adversary**  3:1,5
**advised**  5:19
**advisement**  6:16
**affidavits**  73:25
**afternoon**  7:5,6
  44:2 47:1,2,15
**ago**  25:2 44:5 66:2
**agree**  9:25 10:3,8
  10:24 12:5 13:7
  13:11 17:22 19:16
  64:8 69:9 72:12
**ahead**  7:1 69:6
**al**  1:9,17 3:2,6
**allegations**  48:19
**amf**  36:7 37:2,17
  37:18
**amf0008167**  36:3

**amount**  40:5
  50:13,18,23 52:21
  53:2 54:8 59:23
  61:8 63:10
**amounts**  48:2
  58:7,16 59:4
**amy**  4:9
**analysis**  33:2 49:4
  51:3 52:2,12
  53:14,25 60:8
  61:15 62:17,19
**analyzed**  24:11
**answer**  13:14,16
  16:13
**anybody**  71:14
**appears**  42:1
  72:18
**appreciate**  64:16
  65:4 74:19
**april**  20:3 22:9
  39:10,18 53:9
**arguably**  6:7
**argument**  71:23
  72:2,13,17 73:23
**arisen**  71:11
**asked**  6:9 43:7
  44:4
**asking**  24:8 26:12
  37:21 42:21,24
  43:7
**assert**  72:16
**assessing**  51:24
**assist**  47:24,25
**assisting**  51:24
**assume**  39:17
**assumed**  44:22
**assuming**  41:13
**assumption**  45:2
**attorney**  4:16
**attorneys**  4:3
**august**  22:15
  53:23 66:19 70:19

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 80 of 91

[available - chaitman]                                                    Page 3

available  32:23
  50:12,17,23 53:18
  54:19,21 60:1
  62:14
avenue  4:17
avoid  64:18
avoidance  51:25
aware  18:25
  29:20

**b**

b  1:6,14 2:1 3:2,6
b's  46:2
back  19:1,3 27:18
  55:11,23 56:2,10
  57:4 59:12 69:13
baker  4:2
balance  46:4 48:1
  48:2,14 49:16,20
  49:24 50:6 51:12
  51:14,15,20,23
  53:6,8,19 54:4,12
  57:15,23 59:1,3
  59:15 60:21 61:1
  62:2,8
bank  7:16 13:12
  27:15,25 29:16
  30:6 32:5,10,12
  32:25 33:4 35:18
  36:21 37:9,10
  39:11 44:12,15,18
  44:21 45:11,12
  48:21 72:23,24
  73:16,19
bankruptcy  1:1
  1:20 2:3 50:12,17
  51:25
banks  18:9
based  51:9 54:9
  68:5 72:15
basically  70:13
  71:9
bates  8:10 10:6
  11:18,25 17:4

18:18 56:1 59:7
  60:6 61:13 65:20
bearing  22:24
begins  12:1
behalf  47:3
believe  12:17 22:4
  51:5
belonging  60:14
bernard  8:17 9:13
  10:2,7,20,25
  11:16 12:5,7 13:1
  13:9,18 14:4,15
  14:21 15:6 16:21
  17:21,23,25 18:1
  18:3,24 19:2,19
  20:6,10 21:6,12
  22:24 23:21,23
  24:13,21,23,24
  25:4,18 26:5,9
  27:4,16 28:1,17
  28:20 29:4,9,10
  30:3,10 73:8
bernie  39:18 40:1
  41:11
bernstein  2:2
best  5:18 53:4
  64:24 67:7
bias  6:7,10,19
biased  6:14
binder  50:1
bit  34:16
blmis  27:22,24
  45:1 54:15,20
  55:9 56:5,7,25
  60:13 61:20 62:24
  71:7,13,21 73:17
  73:18
blow  23:15 34:10
book  34:23
booked  65:25
books  47:25 48:9
  48:9,12 49:19
  52:13,17 54:17

59:7
bother  41:12
bottom  55:8 56:1
  56:6 57:2
bowling  1:21
box  34:17
boxes  55:23 56:2
brief  70:17
briefing  69:3
briefly  50:8
briefs  66:20
brilliant  34:8
bring  16:25 26:20
broken  58:24
brown  4:12
bunch  9:4 30:18
business  18:9
  30:22 71:4,5,8
  72:3,4,23,23
businesses  71:9

**c**

c  4:1 5:1 77:2,2
calculate  48:13
  51:13
calculation  46:4
  48:1 49:16,20
  51:13,15 53:7,8
  53:19 54:4 57:15
  57:23 58:25 59:16
  60:21 62:2
calculations  50:6
  51:20,23
call  9:18 25:7
  45:22 46:19 56:15
called  40:1
callout  55:6,22
  56:2
calls  41:11
cancel  40:7 41:8
cancelled  40:13
  40:15 41:3,6 42:1
  42:8,16

cancels  43:9
captured  58:18
  59:11
captures  59:4
careless  74:4
carisle  4:8
carol  28:16 37:24
  39:7,17,25 40:4
  41:10
carried  58:14
case  1:6,14 6:6 7:9
  26:19 42:6 47:23
  49:23 52:4 56:10
  68:11
cases  49:12 53:21
  68:10
cash  7:17 32:22
  37:5 40:23 43:5
  44:17,22 45:17,17
  48:11,13,13 49:18
  49:18 51:15,16
  52:4,5,10,18 53:3
  54:10 58:10 59:10
categorized  58:16
causes  51:25
certain  72:19
certainty  60:10
  61:17 62:21
certify  77:4
chairman  4:20
chaitman  4:15 7:1
  7:2,4 8:1,4,7,21
  9:1,3,8,11 10:15
  10:17 11:5,9,13
  11:19,22 12:1,4
  12:12,15 13:22,25
  14:8,11,24 15:2
  15:11,14,19,22
  16:1,4,8,11,16,19
  16:25 17:2,7,9,12
  17:16,17 18:14,15
  18:17,21,22 19:11
  19:14,25 20:2,15

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 81 of 91

[chaitman - court]

Page 4

20:17,20,21 21:16
21:18 22:6,8 23:1
23:4,8,10,13,15
23:18 24:10,16,19
25:12,15,22,25
26:3,14,17,20,23
27:8,11,13 28:4,7
28:9,13,15,24
29:2,7,14,23 30:1
30:14,17 31:2,5,9
31:12,21 33:15,18
34:2,5,8,13,15,20
34:22,25 35:5,7,9
35:13,14 41:15,19
41:24 42:2,5,12
43:22 46:5 47:4
47:10 63:19,24
64:1 65:16,17,23
65:24 66:6,12,15
66:18,23,25 67:3
67:14,18,21 68:13
68:17,22,25 69:15
69:20,22 70:21
71:11,16,22,25
72:9,14,20 73:7,9
73:13,15,18 74:1
74:3,6,11,18,21
74:25 76:5
**change** 29:17
31:17 44:7
**changed** 18:1,3
29:16 30:8
**changing** 18:11
71:18
**charts** 32:25
**chase** 7:23 12:18
13:8 27:15,25
31:17,17 72:25
73:15
**chase's** 10:2
**check** 19:18 20:25
21:8,14 22:6
23:14,19,20 24:17

24:22,22 25:13,22
26:4,5 27:3,14
28:5 29:3 32:13
36:23 37:24 39:19
40:5,25 41:1,6,8,8
41:9,10,11 42:1,8
42:8,15,16 43:10
43:16 71:15 72:19
72:20 74:7
**check's** 20:25
**checks** 7:16 19:15
21:2 22:24 24:20
26:24 27:19,20,21
28:10 43:5 72:25
73:4,5
**choose** 53:16
**chronological**
54:12 58:12
**cite** 64:11,12,16
64:21
**cites** 64:18
**citing** 64:13,15
**claims** 51:24
72:16
**clarify** 5:23
**clear** 55:13 56:12
60:2
**cleared** 32:13
**clearing** 30:21
31:6
**clearly** 27:23 32:7
**clerk** 5:2
**client** 36:17 38:18
38:19,25 41:5,25
**clients** 38:2
**cnx** 41:7
**code** 54:8
**codes** 52:22
**colleague** 46:19
**collectively** 49:9
**collura** 5:5,11
6:21 7:5 9:25
19:16 25:16 44:2

45:24 47:7 76:5
**collura's** 5:21
24:6
**color** 67:11
**colors** 67:9
**column** 58:14,18
58:19,24,25 59:4
59:4,11 61:6,6
**columns** 58:1,2,2
58:12,15,15,23,25
59:3,6 60:5,23
61:5,13 62:4,18
**come** 69:13
**companies** 30:19
**company** 24:2
29:17 31:13
**compare** 56:13
**compensation** 6:3
6:18
**compilation** 8:8
**compilations** 17:5
**complete** 52:17
66:3
**comprehensive**
52:16 53:5
**concerns** 72:2
**conclude** 50:9,14
50:19 62:10
**concluded** 50:10
63:8 75:3
**conclusion** 45:14
45:17 50:15,21
51:9 59:15,18
61:1 62:7
**conclusions** 49:1
50:5 51:1 64:6
65:3 68:8 70:18
74:23 75:2
**conduct** 52:12
53:14,25 54:4
**conducting** 72:3
**confident** 60:8
61:15 62:19

**confirm** 37:16
**confused** 33:17
35:3
**connection** 48:16
49:4
**consensual** 74:14
**consider** 52:1,12
57:13
**considered** 61:11
62:16 69:5
**consulting** 47:19
47:20
**contain** 52:20
**contained** 37:19
38:11 54:6 58:8
**context** 48:18
**continue** 39:9
**control** 48:10
**convince** 72:1
**convinced** 72:18
**copies** 49:25
**copy** 10:10 38:13
**corner** 11:20
17:13
**corporate** 24:7
29:15
**corporation** 30:21
31:6
**correct** 7:24 12:23
15:5 20:13,14,18
25:20 32:18 33:13
33:22 45:13 55:15
70:8
**correspondence**
36:8 37:19
**counsel** 48:1
51:22
**country** 77:20
**couple** 5:7 43:24
44:5 64:9
**course** 39:1,2 67:6
**court** 1:1,20 5:3,5
5:9,16,25 6:1,4,7

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 82 of 91
[court - designated]

Page 5

6:10,13,18,21,23
7:1 8:23 9:2,6,9
11:4,7,17,21,24
12:3 17:4,8,10,15
18:19 22:22 23:3
23:6 24:8 26:12
26:16,19 33:12
34:4,21 35:8
41:18,20,22,25
43:23 45:21 46:8
46:12,14,18,21,24
47:2,9,11,17 48:6
51:25 53:20 57:25
63:18,20,24 64:3
64:5,9 65:2,9,16
65:22 66:5,9,11
66:13,21,24 67:1
67:5,16,19,22
68:6,16,19,23
69:1,8,10,18,21
69:24 70:1,9,13
70:16,20,22 71:20
71:23 72:1,12,17
73:3,8,11,14,16
73:22 74:2,5,10
74:12,17,22 75:1
**cover** 53:7
**covers** 12:21 53:9
**create** 60:3
**created** 58:11
**creating** 61:12
**creditors** 72:8
**cremona** 4:10
**criminal** 68:14,19
**critical** 32:6,9
**cross** 7:3 63:18
68:2,21,24 69:12
70:10
**custodial** 73:24
**custodian** 71:12
71:14,20 74:4
**customer** 7:19
36:1,18 37:11,18

38:10,11,11,22
39:4,12,16,21
40:7,18 42:9 43:9
43:14,15,16 44:15
44:18 45:3,8,15
45:18 48:2,21
51:17,18 52:5,14
52:15,16,23,23,25
53:24 54:2,3,6,15
54:16 55:6,8,10
56:4,24 57:2,4
58:4,5,8,10,13,17
59:8,9,13 60:6,14
61:14,20 62:24
70:25
**customer's** 40:11
40:14
**customers** 56:9
72:7
**cw** 37:4 39:10,11
43:5

| d |
|---|

**d** 4:7 5:1 76:1
**data** 54:16 55:9
56:7,15
**date** 14:18 52:20
54:7 58:6 77:13
**dated** 8:11 9:12
10:5,18 11:14
15:3,15 18:16,23
20:3,9 21:6,10
23:19 26:4 27:3
29:8 30:2 36:10
**david** 4:13
**davis** 4:20 7:2,4
8:1,4,7,21 9:1,3,8
9:11 10:15,17
11:5,9,13,19,22
12:1,4,12,15
13:22,25 14:8,11
14:24 15:2,11,14
15:19,22 16:1,4,8
16:11,16,19,25

17:2,7,9,12,16,17
18:14,15,17,21,22
19:11,14,25 20:2
20:15,17,20,21
21:16,18 22:6,8
23:1,4,8,10,13,15
23:18 24:10,16,19
25:12,15,22,25
26:3,14,17,20,23
27:8,11,13 28:4,7
28:9,13,15,24
29:2,7,14,23 30:1
30:14,17 31:2,5,9
31:12,21 33:15,18
34:2,5,8,13,15,20
34:22,25 35:5,7,9
35:13,14 41:15,19
41:24 42:2,5,12
43:22 46:5 47:10
63:19 64:1 65:17
65:23,24 66:6,12
66:15,18,23,25
67:3,14,18,21
68:13,17,22,25
69:15,20,22 70:21
71:16,22,25 72:9
72:14,20 73:7,9
73:13,15,18 74:1
74:3,6,11,18,21
74:25 76:5
**day** 40:1 54:13
**deal** 65:9 71:2
**dealing** 6:2
**dean** 4:7 5:7
**dear** 39:18
**debtor** 72:8
**debtor's** 48:9,12
49:19 52:13,17
54:17 59:7
**december** 9:12
10:18 14:1,12
15:3,15,23 16:5
16:12,20,21 22:19

22:21 35:16 44:10
44:11,13,13 47:22
48:5,10 53:9,12
53:12,22 54:14,18
54:21 57:1,2
**decisions** 72:15
**declarative** 64:23
**deducting** 59:2
**defendants** 1:10
1:18 5:12 46:1
53:21 55:12 56:11
57:5 59:13
**degree** 60:9 61:17
62:20
**demonstrative**
5:20
**deposit** 27:16 28:1
28:20 29:10 36:12
36:15 40:23 45:7
52:25 59:10
**deposited** 27:20
29:3 62:13
**depositing** 27:24
**deposition** 67:6
67:24,25
**depositions** 66:1,4
68:9
**depository** 31:13
**deposits** 32:19,22
40:18 45:18 46:12
51:17 52:4,5,10
54:11 58:18 59:1
59:21
**describe** 48:6
49:14
**description** 54:8
58:6
**descriptions**
52:21
**designate** 67:12
**designated** 24:6
68:15

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 83 of 91
[designations - findings]                                                    Page 6

**designations**
65:22 67:7,12,24
68:2,9 69:2,4 70:7
70:10,11
**detail** 42:22 51:12
52:18
**determination**
71:6 72:4
**determining**
51:24
**difference** 23:22
24:1 68:10
**different** 10:12
26:15 30:18 34:18
54:17 67:9,10
71:9
**digits** 11:25
**direct** 47:7,13
**director** 47:19
**discussed** 57:9
**disk** 70:2,5
**district** 1:2
**division** 47:20
**document** 8:11,22
9:4,18 10:5,9,21
11:14,18 12:7
14:9,25 16:9,17
17:13,18,20,21
18:16,19 22:23
24:12 26:15 34:6
35:25 36:2,5,24
37:2,20 38:13,18
39:3,8,15 43:7
52:22 53:5 55:5,8
55:25 56:3,6,14
56:15,24 57:22
58:3 59:12,20
60:20,23 62:1
71:18
**documentary**
43:11
**documents** 7:10
7:12,12,15,19

17:5,9 19:3,8,17
24:9 25:3 35:21
36:7 37:11,17
38:9,17,22 39:12
49:3,6 52:11 55:2
55:21 56:21 60:3
61:11 62:16
**doing** 7:11 23:6
29:17 64:15 67:17
71:4,6
**driving** 70:23
**dubinski's** 6:3
**dx** 8:2,8 9:1,1,25
11:10 12:13,13
13:23 16:25 18:14
18:23 19:12 26:21
28:24 29:5,23
30:14 31:2,10

**e**

**e** 2:1,1 4:1,1,9 5:1
5:1 13:23 76:1,2
77:2
**earlier** 33:3,5
**easier** 55:22 70:4
**education** 51:4
**electronic** 8:9
9:20 10:19,24
54:19,20 55:6
70:5
**electronically**
56:3,5,25
**email** 71:17
**embody** 68:3
74:13
**employed** 49:18
**enclosing** 36:23
**endorse** 73:4
**endorsed** 73:1
74:8,10
**endorsement**
27:14,23
**endorsements**
27:18,21

**ends** 12:1 23:11
**entire** 44:6 64:14
**ernest** 64:25
**esquire** 4:7,8,9,10
4:11,12,13,20
**essence** 30:8
**essentially** 51:15
54:13
**et** 1:9,17 3:2,6
**everybody** 35:10
**evidence** 11:4
32:13 39:6 41:17
41:21 43:11 46:6
68:11 72:10 74:7
**exact** 58:8
**exactly** 54:3 55:4
68:22
**exam** 76:4
**examination** 7:3
39:2 43:25 47:13
63:18
**examine** 68:21,24
69:12
**example** 45:4,5
**exceeding** 63:5
**excess** 50:11,16
50:22 59:23,25
61:8 62:14 63:9
63:11,13
**exchange** 65:8,12
65:14,19 66:7,8
67:22,23,24 69:18
69:19,23
**excuse** 27:11
61:16
**exhibit** 8:23,24
9:1,4,6 33:23,24
34:5,5,6,18,21
35:4,5,10 42:14
42:18,25 43:2
46:2 50:3 56:17
57:20 60:3,9,12
60:18,24 61:4,10

61:11,16,19,24
62:16,20,23 64:17
65:19 67:17,23
69:24 70:7
**exhibits** 5:20,21
23:7 49:25 54:23
55:18 62:5,15
64:16 66:7,9 68:1
69:16,21,23 70:3
70:10
**existence** 73:1
**expedite** 10:23
**experience** 68:8
**expert** 6:9,13
41:22 47:6 49:11
**expertise** 51:4
**explain** 69:2,6
**extent** 65:4 68:23

**f**

**f** 2:1 77:2
**fact** 40:24 42:24
68:8 70:18 71:17
**facts** 41:13,21
65:12
**fair** 12:24,25
42:13 60:12 61:19
62:23 67:14
**far** 19:1
**february** 28:8
**file** 36:1,7,18
37:17,18 38:10,22
39:12,16,21 43:13
43:14 70:14,15,17
70:18
**files** 7:19 38:11
45:2
**financial** 48:18,19
48:20,22
**find** 45:7 64:15
**finding** 64:23
**findings** 50:8 64:6
64:20 65:3,6,12
68:7 70:17 74:22

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 84 of 91
[findings - instructing]                                                Page 7

75:1

**fine** 18:20 65:2

**first** 5:10 8:5 35:1
35:15 49:15 66:22
70:14 74:3

**five** 11:25 36:15

**folder** 38:3,5

**foregoing** 77:4

**forensic** 44:19
47:6,11,19 48:15
48:17 50:25 57:10

**forget** 40:2

**forgot** 65:10

**form** 54:19

**formed** 14:18
18:8 19:6,9 22:2
30:9 72:21

**former** 71:12

**forms** 54:17

**frame** 74:15

**fraud** 48:19 72:7

**front** 36:6 37:1

**fti** 47:19,21 48:7

**fti's** 47:23

**full** 53:17

**funding** 8:9 9:20
10:19,24

**funds** 50:11,16,22

**further** 43:22
45:20 63:17,21,23

**g**

**g** 5:1

**general** 48:20

**generally** 37:17
51:6 53:10,13

**generated** 36:4

**give** 5:18

**given** 66:10

**global** 8:8 49:15
50:3 51:12 53:8

**go** 7:1 8:4,21
10:13 12:12 14:8
14:24 15:11,19

16:1,8,16 20:15
23:10 26:24 27:8
28:4,13 33:23
34:15,16,23 37:4
39:10 42:21 58:15
69:6

**goes** 24:8

**going** 9:3,4,24
10:4 25:25 39:9
41:25 58:9 64:11
66:13 69:13,13,15
69:18,23

**good** 5:24 7:5,6
8:1 13:22 44:2
47:1,2,15,16

**greater** 51:11

**green** 1:21

**greenblatt** 5:11
46:3,20,23 47:5
47:15,18 55:2
56:12 60:2 62:1
63:5 76:8

**guess** 67:6 69:1,11
71:1,3,14

**h**

**h** 1:5,13 3:1,5

**half** 34:11

**hand** 11:20 17:13
46:22

**happen** 40:6

**happened** 22:4
39:25 40:4,10,12

**happy** 63:22

**hc** 19:12

**head** 38:16,21

**hear** 74:24

**hearing** 3:1,5

**held** 13:13 71:21

**helen** 4:20

**hello** 44:3

**help** 32:10

**helpful** 68:18

**hemingway** 64:25

**hesitating** 38:9

**high** 44:23

**highlight** 67:9

**highlighted** 58:2
67:10

**highly** 6:5

**hit** 43:16

**hold** 41:18

**holder** 11:16 12:8
13:19 16:6 19:17
21:7,13 29:16
36:8,9 37:19,21
38:7

**holder's** 15:24
16:6

**hon** 2:2

**honor** 5:6 6:20
7:2 26:15 34:2
35:3 45:23 47:1
63:22 64:2,4 65:7
65:18,25 72:10
74:16

**hostetler** 4:2

**hours** 41:10

**housekeeping** 5:8

**huh** 5:9

**hundred** 36:15

**hunt** 4:7 5:6,7,10
5:15,18 6:1,5,8,12
6:15,20 24:6 35:3
35:6 41:13,17,21
43:24 44:1 45:20
45:23 46:7,10,13
46:16,19 63:22
64:4,8,25 65:7,11
65:19 66:17 67:4
68:5 69:6,9,23,25
70:8,12,15,17
74:16,19,24 76:6

**hw** 26:21 28:24

**hypothetical**
41:23

**i**

**ia** 71:3,8 72:7

**idea** 73:19

**identified** 9:7 58:4
59:9 70:2

**identify** 5:12 17:4
54:9,11 57:22
60:20 63:5

**identifying** 53:3
58:9 65:20

**important** 32:7

**incentive** 68:21,24
69:12

**include** 67:25

**included** 49:5,21

**incorrect** 53:2

**indicate** 12:10
17:18 40:21

**indicated** 43:5

**indicates** 12:8

**indicating** 43:11

**indication** 42:7
43:6

**indiscernible** 5:14
8:25 11:25 17:11
68:14

**individual** 59:6,10
60:6

**individually** 73:4

**inflows** 52:3,5

**information** 6:16
17:8 44:20,20
48:22,25 52:20
53:18 54:7,9
56:13 57:6 58:3,8
58:13 60:13 61:20
62:24

**initial** 71:4

**insolvent** 72:8

**instance** 45:6

**institutions** 72:22

**instructing** 31:17

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 85 of 91
[inter - madoff]                                                          Page 8

**inter** 51:18 52:7 58:21,22

**interesting** 72:2

**internal** 32:2 45:1

**internally** 45:8

**introduce** 47:17

**investigation** 32:6

**investigations** 48:16

**investment** 13:2,9 13:18 15:6 16:22 18:2,4,24 19:2 23:23 24:13,24 25:4,18 26:9 30:3 30:10

**involved** 47:21 48:4,17

**involving** 7:8

**irving** 1:5,13 3:1,5

**issue** 49:23 68:20 68:25 69:1 71:1,3 71:11 74:12

**issued** 40:25 41:9 42:8,16 43:11,17 49:12,13

**issues** 46:9,10 70:23

**issuing** 41:12

**it'll** 26:18

**item** 52:18

## j

**j** 4:10,13

**j.p.** 7:23 10:1 12:18 13:8 31:17

**january** 8:12 14:19 21:23 22:4 23:20 28:16 29:8 30:2 31:7 36:10 36:13 55:7,15

**jpmorgan** 71:13 72:25 73:15

**jpmorgan's** 71:20 73:3 74:12

**judge** 2:3

**july** 18:16,23 70:18

**june** 21:12,19 22:13 66:7,8 67:23 68:1 69:15 69:18,25 70:6,6,9

**jury** 66:2

**jx** 29:5

## k

**keep** 5:16 10:4 26:12

**kept** 38:2

**kind** 39:2,20 66:10 71:10

**know** 5:13 18:12 25:7 26:14 27:23 28:9 30:20,24,25 34:23 39:4 40:1 41:22 63:22 66:1 66:15 67:8 68:7 68:20 69:11 70:22 71:8,11,15,20 73:22 74:1

**knowing** 40:3

**known** 65:3

## l

**l** 4:8 8:17 9:13 10:2,20,25 12:7 13:1,9,18 14:4,15 14:21 15:6 16:21 17:21,23 18:1,1,3 18:24 19:2,19 20:6,10 21:6,12 23:21,23 24:13,21 24:23,24 25:4,18 26:5,9 27:4,16 28:1,20 29:4,23 30:3,10

**labelled** 11:18

**law** 70:18

**lcc** 71:13,21

**ledgers** 48:20

**left** 57:25 67:5

**legal** 71:3 77:19

**legitimate** 72:3,23

**length** 53:17

**letter** 30:2,8,18 31:6,13,16 36:9 36:16,22 37:23 38:2,7,18 39:18 39:20 43:9,13 68:3 72:21 74:14

**letterhead** 18:24 25:10 55:9 56:7 56:16 57:3

**letters** 38:10 72:22

**letting** 73:4

**liability** 24:2

**life** 59:22 61:7 62:12

**light** 73:24

**limited** 24:2

**line** 37:4 40:5 52:18 64:12 67:7

**liquidation** 1:6,14 3:2,6 51:21

**lisa** 76:5

**list** 42:1 49:3

**listed** 8:14 13:18 17:21

**listing** 58:12

**lists** 10:19 65:19 66:7 67:19,23 69:24 70:7

**litigation** 47:19

**little** 26:18 34:16 35:3

**llc** 13:4,5,9,13,18 14:18 15:9,10,16 15:17,23 16:5,14 16:22 17:19,23,23 18:4,7,10 19:6,8 22:2 23:24,25

24:9,13,25 25:19 30:3,10 31:18 70:24,25 71:1,21 71:22 72:11,21 73:12

**llp** 4:15

**located** 50:1

**logo** 19:3,8 25:6,9

**long** 19:6,6 48:2 64:18,19

**longer** 26:18

**look** 7:25 8:9,11 11:3,14 26:8 27:14 33:23 35:1 37:16 42:25 64:17 71:8

**looked** 25:3 26:25 26:25 27:18 29:3 45:6

**looking** 28:10 35:4 48:17

**lose** 68:3

**lot** 32:1 44:4 66:11,14,18

**lower** 17:13

**lt** 19:12

## m

**m** 2:2 30:14 76:2

**mad** 12:1

**madoff** 8:18 9:14 10:2,7,20,25 11:16 12:5,7 13:1 13:9,18 14:4,15 14:21 15:6 16:22 17:23 18:1,2,4,8 18:24,25 19:2,20 20:6,10 21:7,12 22:25 23:21,23 24:13,21,23,24 25:3,4,18 26:5,9 26:25 27:4,16 28:1,10,17,20 29:9,10 30:3,10

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 86 of 91

[madoff - okay]                                                    Page 9

30:22 36:4 38:2
41:5 47:23 49:21
68:11 71:7 72:11
73:1,4,5,8,9,21
74:8,8,9,10
**madoff's** 29:4
32:2 37:8
**madtss01284251**
17:12
**madtss01293772**
8:10
**madtss01338921**
10:6
**magic** 34:8
**mailed** 55:10 56:9
57:4
**maintain** 54:15
**maintained** 10:1
39:21 54:16 58:4
**maintenance** 45:2
**majority** 38:22
**managing** 47:18
**manhattan** 27:15
27:25
**march** 19:18
21:25 22:2,11
26:4 27:3
**marie** 4:8
**marked** 8:24
**marking** 9:6
**markings** 8:24
**match** 64:22
**matched** 45:8
**matter** 1:4,12
47:21 48:23 49:13
**matters** 5:8
**matthew** 46:23
47:18 76:8
**max** 47:3
**maximillian** 4:11
**mean** 11:7 32:5
40:19 58:1 62:4
68:14 70:22 74:4

**meaning** 60:23
**means** 39:15
**meant** 62:4
**media** 49:3,7
**mentioned** 54:6
58:5,20
**method** 51:6
**methodology**
49:17,18 51:9
57:16
**microfilm** 54:21
**microphone** 46:25
**middle** 34:16
**million** 61:7 63:15
**mineola** 77:22
**minutes** 25:2 44:5
**mischaracterized**
22:22
**model** 65:2
**momentarily**
55:23
**money** 40:2 73:20
**month** 55:7,15
56:4,8 57:1 65:13
**monthly** 10:11
12:9 13:8 52:14
54:2 56:24 59:9
59:13 61:14
**months** 14:20
**morgan** 7:23 10:2
12:18 13:8 31:17
**morning** 5:24
47:16
**move** 19:25
**moved** 52:8
**multi** 64:16

---
**n**
---

**n** 4:1 5:1 31:2
76:1,2 77:2
**name** 8:17 9:13
10:2,7,11,19,25
13:1,5,13 14:4,15
14:21 15:16,17,24

16:6,21 17:18,21
17:23,25 18:11,25
20:4 21:8,14
22:24 24:2,22
25:4,7,18 26:4
29:15,18 31:18
44:7 47:18 71:19
71:21 72:18 73:1
73:10,20,21
**names** 23:7
**national** 30:21
**nature** 48:18
**necessarily** 17:10
**necessary** 53:25
**need** 34:15,16
40:2 65:5,22 66:3
67:6 69:10,11
72:5
**needed** 48:25
**nelson** 1:9,17 3:2
3:6 28:17 32:23
37:15 39:7,17,25
40:4 41:10 45:10
49:12,13,22,23
50:4,6 52:4 53:11
54:1,4 57:17
58:21 63:6
**nelson's** 37:24
**nelsons** 7:8,14,22
19:19 20:10 21:3
26:24 28:10 29:9
31:22 32:20 36:23
43:18 45:4,15
**nescc** 30:22
**never** 13:7 18:3,5
**new** 1:2,22,22 4:5
4:18 30:6 72:24
**nicholas** 4:10
**notation** 40:10
42:17 43:14
**notations** 43:19
**notice** 18:10 71:12

**notices** 46:8,10
**notify** 29:16
**november** 54:18
**nscc** 72:24
**number** 8:10,14
10:6 11:25 17:5
18:18 42:15 43:4
44:8,9 50:20
55:13 57:18 61:23
67:14
**numbers** 65:20
**ny** 4:5,18 77:22

---
**o**
---

**o** 2:1 5:1 31:10
76:2 77:2
**oath** 6:23
**object** 69:2
**objection** 41:20
47:9,10 52:24
53:3
**objections** 47:5
65:8,10,12,14
66:8 67:10 68:1,1
68:7 69:7,16,19
70:6,9,10
**observed** 40:10
**obtained** 35:22
**occ** 72:24
**october** 10:5,8
21:21
**offer** 67:8
**offered** 45:24
**oh** 11:21 25:25
27:11 28:9 34:8
34:22 65:9 69:16
70:1,6
**okay** 5:18,25 6:12
7:1,10,18,21,21
7:25 8:20 9:2,8,12
9:17 10:4,13,14
10:22,22 11:2,9
11:21,23 12:11,16
12:20,24 13:6

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 87 of 91
[okay - principal]

Page 10

14:7,20,23 15:18
17:16 18:3,6,13
18:21 19:10,17,22
19:24 20:8,12,12
20:24 21:1,5,9,15
22:5 23:14,19
24:1,20,25 25:2,8
25:11,21 26:1,7
27:3,7 28:3 29:8
29:12,22 30:13
31:1 32:12,24
33:3,21 34:22,24
35:6,13,15,18,24
36:4,9,16,19,21
36:25 37:3,7 38:5
38:15,24 39:1,1,5
39:6,9,17,25 40:9
43:3,18 46:7,21
46:24 47:11 49:11
50:8 51:11 53:13
54:22 55:13,25
56:19 57:9 63:4
66:23,25 67:3,18
67:21 69:8,15
70:20 74:2,17,18
**old**  77:20
**ones**  23:2 70:3
**open**  45:16
**opened**  33:6,19
53:21,22
**opening**  53:11
54:13
**operating**  12:22
18:8
**opine**  18:12 29:19
**opinion**  6:11
**opportunity**
13:15 52:24 53:2
**options**  31:6
**order**  27:15,25
48:13 53:18 54:12
68:3 74:14

**organize**  67:15
**ostensible**  72:3
**ought**  67:15
**outlined**  49:17
**outside**  57:16
**owner**  12:6 13:8

## p

**p**  4:1,1 5:1
**p.m.**  75:4
**page**  8:5 18:19
34:6,11,19 35:8,9
43:1,2 59:19
64:12,15,16,17
76:4
**pages**  64:14 65:20
**paid**  21:2,3
**pamela**  3:25 77:4
77:8
**paragraph**  64:20
64:21
**pardon**  66:12
**park**  4:17
**part**  72:3
**particular**  52:6
64:13
**particularly**
73:24
**parties**  64:11
65:19 69:9
**partners**  5:19
**party**  31:23 32:1
32:5,10,12 35:22
36:22 37:11 39:11
43:6 59:11 67:8
68:21
**pause**  5:4 6:22 8:3
8:6 9:10 11:12
12:14 13:24 14:10
15:1,13,21 16:3
16:10,18,24 17:1
19:13 21:17 22:7
23:9,12 24:18
25:14,24 26:22

27:10 28:6,12,23
29:1,6,13,25
30:16 31:4,11,20
34:7,12,14 42:4
42:11 43:21 50:2
54:25 55:24
**pay**  27:15,25
**payable**  74:8
**payee's**  32:13
**payment**  40:25
**payments**  7:22
**people**  49:8
**perceive**  24:12
**percent**  44:17,24
**percentage**  44:24
**perfect**  26:2 34:13
**perform**  53:18
**performed**  49:20
**period**  10:11
12:21 19:4 23:22
25:17 44:9,12,13
44:23 45:11,15
46:1 50:12,17,23
53:6,9,13,16
54:18 59:5,24,25
61:9 62:14 63:6
63:10,11,14,15
**periods**  33:3,5
44:20 54:20
**person**  69:12
**personal**  6:5,16
**personally**  49:8
68:12 72:11
**ph**  6:3
**picard**  1:5,13 3:2
3:6
**pieces**  49:3,6
**pitts**  68:14
**placed**  56:7
**plaintiff**  1:7,15
**plaintiffs**  76:3
**planned**  66:10

**plaza**  4:4
**please**  5:3,16
10:16 11:10 12:12
14:9,25 15:12,20
16:2,9,17 17:5
18:14 19:11 22:6
25:23 26:21 28:5
28:25 29:5,24
30:14 31:3,10
37:24 39:18 46:22
46:24 47:17 48:6
54:24 55:19 56:18
57:20 60:18 61:24
64:18 70:1
**plural**  63:2
**plus**  49:21
**pm**  1:24
**point**  26:11
**points**  51:23 64:9
**ponzi**  71:7 72:5,5
**portion**  6:2
**portions**  68:15
**positing**  41:9
**position**  42:3
**post**  64:6 66:20
69:3 70:14
**prefer**  66:21
**prepare**  11:7
**prepared**  9:24
10:23
**preparing**  7:14
**presumption**  72:6
**pretty**  6:16
**previous**  62:5,15
**principal**  46:3
48:1,2,11,13
49:16,20,24 50:5
50:11,16,22 51:12
51:13,15,17,18,20
51:23 52:3,7,8,19
53:4,6,8,19 54:4
54:10,12 57:15,23
58:10,16,19,20

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 88 of 91
[principal - reports]

Page 11

59:1,15,23 60:1
60:21 61:1,8 62:2
62:7,14 63:6,9,11
63:13
**printed**  52:22
55:9,10 56:9 57:3
**printout**  56:6
**prints**  56:16
**prior**  18:9 19:8
44:22 50:12,17
54:20
**problem**  11:2
73:3
**problems**  64:19
**proceeding**  3:1,5
52:6 59:6 64:10
**proceedings**  75:3
77:5
**process**  7:11
**produced**  55:11
56:10 57:4 59:12
**profession**  51:7
**professionals**  48:8
**property**  70:25
**proposal**  65:7
**propose**  66:5
**proposed**  65:6,12
**proprietary**  71:5
**proprietorship**
18:8 30:9
**proven**  72:6
**provide**  49:3
**public**  6:17
**pull**  8:2 10:15
11:10 13:22 18:14
19:11 28:24 29:5
29:23 30:14 31:2
31:9 34:3 54:23
56:17 57:19 60:18
61:24
**pulled**  60:13
**purported**  57:13

**purposes**  53:3
57:15 59:5
**put**  46:3 54:11
55:23 56:2 70:1
71:14
**putting**  7:7 11:6
**pw**  64:10,19

### q

**qualified**  6:8 47:8
47:11
**qualify**  47:5
**quantify**  54:12
**question**  6:9
13:14 16:12 26:13
26:16 41:23 42:21
42:24 43:7
**questions**  13:16
43:22,24 44:4
45:20 63:19 71:10
73:24
**quickly**  19:15
**quote**  51:13

### r

**r**  2:1 4:1,12 5:1
77:2
**raise**  46:21 52:24
53:2
**raised**  70:23
**reach**  46:13 49:1
50:5 51:1 59:15
61:1 62:7
**reached**  50:21
**reaction**  71:5
**read**  11:22 13:8
18:17,18 64:14
67:12 73:23
**reading**  23:6
**really**  27:21 64:20
68:9 71:2 72:5
**reason**  65:17
**reasonable**  60:9
61:17 62:20

**recall**  14:18 25:2
25:5
**recognize**  55:2,21
56:21 68:12
**recollection**  43:19
64:14
**reconcile**  37:20
39:3 44:24
**reconciled**  31:22
32:22 35:25 39:15
44:15,17 45:24
**reconciliation**
32:7
**reconstruction**
47:25 48:8
**record**  5:23 6:2
11:23 36:21,22
37:7,9,10 45:7
77:5
**records**  7:16 10:2
31:23 32:1,2,5,10
32:12,23,25 33:4
35:18 39:11 44:10
44:12,15,18,21,25
45:1,11,12 47:25
48:9,9,13,15,19
49:19 52:11,13,17
54:17 57:9,10
59:7
**redirect**  13:15
43:23,25
**reductions**  58:20
**refer**  9:15 25:9
37:18 49:15
**reference**  56:1
60:3 62:16 64:22
**referenced**  36:3
37:2 38:13
**references**  59:7
60:6 61:14 64:18
64:22
**referred**  5:20

**referring**  7:13
39:20
**reflect**  61:11,13
**reflected**  19:17
57:6,14 58:23
60:9 61:4,16
62:20
**reflecting**  64:10
**regarding**  50:5
**regularly**  30:22
**related**  7:16,19
9:18 17:20 50:6
63:7
**relating**  7:10
**relevant**  6:6,7,10
6:19 27:20 52:6
60:13 61:14,20
62:24
**reliable**  32:2,4
**relied**  49:19 52:13
**rely**  50:25 52:12
57:10 65:21
**relying**  35:24 38:6
38:7 40:17 70:3
**remaining**  58:15
**remember**  33:6
38:16
**remind**  53:20
**repeat**  26:10 38:1
**rephrase**  26:17
**replicated**  51:3
**reply**  67:1
**report**  7:7,14 9:21
10:19,24 24:11
27:1 42:13 49:5
49:16,17,17 50:3
53:8 57:17
**reported**  45:19
48:12 53:1 58:7
58:17
**reports**  8:9 49:11
49:12,14,22 50:1
50:4 51:11

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 89 of 91

[represent - sorry]

Page 12

**represent** 58:12
58:18
**request** 37:14
39:7 41:6 42:7,15
43:10
**requested** 38:19
41:10
**requesting** 37:15
38:7 39:22
**requests** 46:14
**resolved** 68:7
**respect** 42:13,14
43:18 50:14,19
52:17 68:13
**respond** 66:22
**response** 69:10,11
70:19
**rest** 64:3,4
**result** 44:16 61:6
**results** 51:3 60:8
61:15 62:19
**retained** 47:22,24
**returned** 41:3,8
**review** 7:14 48:16
49:6
**reviewed** 7:7,10
7:16,19 38:5 49:4
49:9
**right** 6:21 9:9,20
9:20,22,23 11:9
11:20 12:6,18
14:21,22 15:4,9
17:13,24 19:1
20:3,10,22 21:4,7
21:10,12,23,25
22:5 23:3,8,8,21
23:24,24 24:21,25
25:16,19 26:5
30:23 32:14,16,21
33:1,7,15,19 34:4
34:16 35:2,16
36:5 37:8,12,15
37:15,20,22,25

38:3 39:7,12,14
39:21 40:18,20,22
41:13 46:18,21
55:17,22 64:3,5
67:16 69:10,20,24
70:22 71:25 74:11
74:13,22
**rise** 5:2
**road** 77:20
**rockefeller** 4:4
**role** 47:23 48:6
**roy** 8:1 12:12 14:8
14:24 15:20 16:17
16:25 19:11,25
20:20 22:6 23:4
23:16 25:12,23
26:20 27:8 29:5
30:15 34:10
**run** 19:15
**running** 59:1

**s**

**s** 4:1,11 5:1 76:2
**satisfy** 38:19
**saying** 37:24 40:9
40:12,14 69:22
**says** 15:6 27:14,15
27:25 28:20 30:8
37:4 39:10 40:18
41:11
**schedule** 59:3
64:6 66:5 68:5
**scheme** 71:7 72:5
72:6
**scope** 57:16
**screen** 34:3
**seal** 6:2
**seanna** 4:12
**seat** 46:24
**seated** 5:3
**second** 5:15,19
36:10 49:22
**secured** 48:10

**securities** 13:2,9
13:18 15:6 16:22
18:2,4,24 19:2
23:23 24:14,24
25:4,18 26:9 27:4
28:18 29:9 30:3
30:10,21 73:8,9
74:8
**see** 8:12,15,17,24
9:6,14 10:20
11:15 13:2,17
14:2 15:7 16:20
16:22,23 17:14,15
27:4,15 28:1,18
28:21 29:10 30:3
30:6,10,20 31:7
31:13 37:1 42:7
43:4 55:5 56:1
59:19,20
**seeing** 11:17
43:19
**seen** 13:7,11 19:2
19:8 31:16 41:4,5
71:17,18
**send** 18:10 37:24
39:18 46:8,14
70:2
**senior** 47:18
**sense** 32:4 64:5
66:24 67:11 74:15
**sent** 12:17 26:25
30:18,20,21 31:6
38:7 72:22,25
**sentences** 64:23
**separate** 67:19
70:1
**separately** 70:2
71:9
**september** 18:1
44:7 56:5,8
**series** 72:22
**server** 55:7

**servers** 54:20
**shared** 52:23
**sheehan** 4:13
**shifrin** 4:11 46:19
47:1,3,3,14 54:23
55:1,18,20 56:17
56:20 57:19,21
60:17,19 61:23,25
63:17 71:17 76:8
**short** 64:23,23
**show** 52:25 61:6
**showed** 40:14
**showing** 25:3
**shown** 40:5
**shows** 10:6,9
11:15 12:5 72:16
**side** 11:19 71:5
**sides** 64:3
**significance** 24:12
**simply** 57:3 64:6
**single** 7:8 40:9
66:17 74:7
**sir** 48:4 57:22
59:18 61:4 63:7
63:16 64:25 69:25
70:12
**situation** 41:16
43:9
**skaw** 3:25 77:4,8
**skills** 50:25
**skip** 23:1,4 24:16
25:12 46:2
**skipping** 28:14
**slightly** 10:23
**smb** 1:6,14 3:1,5
**sole** 18:8 30:9
**solely** 38:10
**solid** 65:25
**solutions** 77:19
**sorry** 5:18 28:11
33:16 34:20 35:7
36:3 37:18 38:1
41:19 42:18 43:1

08-01789-cgm   Doc 18996-1   Filed 09/10/19   Entered 09/10/19 17:41:09   Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-   Pg 90 of 91

[sorry - transaction]

Page 13

46:11 65:14 69:17
74:25
sort   48:15 52:1,11
69:2
source   60:3 61:11
62:16
sources   52:7
southern   1:2
speak   46:24
speaker   5:13
speaking   53:10,13
specific   13:14
43:19 45:3 50:4
57:17
specifically   48:8
49:23 50:9 52:4
52:14 53:16 65:13
stamp   28:20
standing   72:16
stanley   28:17
start   51:12
starting   33:5
57:25
stated   44:23
statement   9:12,15
9:19 10:10,11
12:6,9,16,17 13:8
13:17 14:1,12
15:3,12,15,20
16:2 23:22 24:23
40:8,11,14,18
41:5,7 42:7,9,9,17
43:15,16 45:8
52:25 54:2,16
55:6,9 56:4,8,25
57:2 58:4 62:24
statement's   16:6
25:17
statements   7:25
12:19 18:5 26:8
44:16,18 45:15,18
48:20,21,21 52:14
52:15,16,19 53:24

54:3,6,15 56:13
57:7,14 58:5,9,11
58:13,17 59:8,9
59:14 60:6,14
61:14,21 63:2
73:11,16,17,18,20
states   1:1,20
step   45:21 63:20
stipulate   46:1
stipulation   46:13
stopped   40:25
41:2
stored   56:3,5,25
streamline   47:7
string   64:18,21
structures   24:7
stuart   2:2
style   64:9
submit   65:5 66:19
substantive   56:12
57:6
suggest   47:5
suite   77:21
sum   61:5
summarize   50:8
63:4
summary   60:4,12
61:12,19 62:23
summer   66:10,16
summers   66:11
66:14,19
supervision   49:9
support   33:1
sure   17:7,12
26:25 38:14 58:2
72:12,18
sworn   46:23

t

t   76:2,2 77:2,2
take   6:15 26:18
46:24 55:22 66:16
takes   51:16

talk   20:1 49:11
51:11
talked   49:18
talking   33:16
40:24 41:15 42:18
tasked   48:7
team   48:7 49:8
tell   38:14
ten   5:21,21 44:13
test   45:2
testified   32:19,22
38:2 58:11
testify   11:1 24:6
41:25 42:3 68:12
testimony   5:22
47:7 63:4 68:14
68:19 69:4
thank   5:25 6:20
7:2 8:5 9:2 11:21
12:3 13:21 16:15
23:17 25:21 26:2
34:8 35:6 42:10
45:21 63:16,20
74:16,19,21,22
75:2
thanks   20:16
thing   15:16 20:3,9
20:13,18,22 21:6
21:10,12,19,21,23
21:25 22:9,11,13
22:15,17,19,21
23:20 25:16,17
42:14 62:4 67:5
68:16
think   6:18 12:19
13:12 22:22 36:6
36:24 38:21 39:2
55:22 64:5 67:8
69:6 71:10 72:2,9
thinking   65:11
68:6
third   6:1 31:23
32:1,5,10,12

35:22 36:22 37:4
37:11 39:11 43:6
49:22 53:23 59:11
thousand   36:15
three   33:13 49:13
49:21,23 50:6
51:11 53:22 54:1
63:6,14
time   6:9 10:10
18:7,9 23:22
25:17 26:17 39:9
40:9 44:6,9,22
45:24 51:23 53:6
53:13,17 65:5
67:17,24 69:3
70:4 74:3,15,19
times   40:6
title   9:22
today   5:11 63:4
top   34:11 38:16
38:21 55:5,10,25
56:3,24
total   49:13 59:20
59:21,23 61:6,7
62:11 63:14
traced   45:25
tracey   3:25 77:11
tracing   27:21 33:2
track   68:3
trade   18:25 24:2
25:4,7 73:1,10,21
traders   66:1,3
trading   57:13
71:4,5,6 72:23
training   51:4
transaction   7:8
35:1,15,19,25
36:10,13 38:6
40:7,13,15 52:18
52:18,20,21,21,22
54:7,7,8,8 58:6,6
58:7

08-01789-cgm    Doc 18996-1    Filed 09/10/19    Entered 09/10/19 17:41:09    Transcript
regarding Hearing Held on 05/09/2019 at 2:00 PM RE: 10-04658 and 10-    Pg 91 of 91

[transactions - zebra]

Page 14

**transactions** 7:9
7:17 32:11 39:13
40:21 43:5 44:17
44:22 45:17 46:6
48:12,18 52:1,19
53:4 54:10 58:10
58:17 59:10
**transcribed** 3:25
**transcript** 64:13
67:6,25 77:4
**transcripts** 64:12
68:2
**transfer** 58:21,22
70:24,25 71:1
**transfers** 51:18
52:8 72:7,10
**trial** 3:3,7 64:6
66:2,2,2,20 67:6
67:25 68:14,19
69:3
**tried** 31:23 46:13
**true** 7:23 14:16,17
18:11 19:7 21:3
22:3 26:14 29:18
32:3 40:5 42:14
72:14 77:5
**trust** 31:13
**trustee** 1:5,13 3:2
3:6 5:7 35:21 47:4
47:24 48:10 51:22
55:11 56:11 57:4
59:12 63:21,23
64:13 65:5 66:22
67:2 68:15 72:15
**trustee's** 5:20
43:2 49:25 54:23
55:18 56:17 57:19
60:2,9,12,18,24
61:10,10,16,19,24
62:15,20,23 69:16
**try** 26:19
**turn** 55:18 57:17
60:17 61:23

**two** 32:20,25
33:11 45:25 50:12
50:17,23 53:22
54:17 59:5,24,25
61:9 62:5,14,15
63:6,10,11,13,15
65:11,13 66:2
70:23 71:9,10
**types** 48:21 57:9
**typical** 52:3
**typically** 48:16
57:10

**u**

**u** 18:14,23
**u.s.** 2:3
**uh** 5:9
**understand** 6:24
18:7 24:1 29:15
72:13,17
**unfortunately**
42:2
**unidentified** 5:13
**united** 1:1,20
**upper** 11:20
**use** 39:3 44:19
45:1 54:3 64:23
66:3
**usually** 48:17,18
68:10
**utilize** 31:23

**v**

**v** 3:2,6
**vacation** 66:16
68:5
**vacations** 66:10
**vanderwal** 4:9
**various** 17:6
**verified** 32:19
36:16 45:12
**verify** 32:11 35:18
40:4
**veritext** 77:19

**voices** 5:16
**vs** 1:8,16

**w**

**wait** 41:18,18,18
69:16
**walk** 57:25
**want** 5:10 11:22
11:24 18:17 26:24
37:16 41:11 64:17
65:21 67:1 69:4
71:15
**wanted** 5:23 18:9
56:1
**way** 40:3 64:24
67:7 72:19
**ways** 69:14
**we've** 30:9 66:13
74:7
**weeks** 65:11,14
66:2
**went** 27:1 32:24
33:3
**williams** 3:25
77:11
**withdrawal** 32:15
33:1 36:11,12
37:5,14,15,21
38:8,20 39:4,22
40:23 43:6,10
45:7 53:1 59:10
**withdrawals**
32:20,23 40:18
45:18 46:12 51:18
54:11 58:19 59:2
59:5,21,22 62:13
63:5
**withdrawn** 50:22
59:25 61:8,9
62:12,13 63:11
**withdrew** 50:11
50:16 63:9,13
**witness** 6:25
33:14 34:18 35:12

45:22 46:23 56:19
76:4
**witnesses** 5:12
63:21,23,25 64:1
**wonderful** 26:10
**words** 6:13 40:19
**work** 24:11 32:8
41:4 42:6 65:16
69:13 70:4
**worked** 49:8
**working** 48:7
**world** 74:4
**write** 73:23
**written** 18:10
27:22 30:6 37:21
**wrote** 37:15 39:17

**x**

**x** 1:3,11,19 76:1

**y**

**y** 8:2,8 9:1,1,25
16:25 76:2
**yeah** 8:5 11:7 19:5
35:10 38:9 39:23
41:21 55:25 65:2
65:11,23 68:17
74:6
**year** 44:13 45:25
50:12,17,23 59:5
59:24,25 61:9
62:14 63:6,10,11
63:14,15
**years** 32:20,25
53:14 54:18 74:7
**yesterday** 6:2
32:24
**york** 1:2,22,22 4:5
4:18 30:6 72:24

**z**

**z** 11:10
**zebra** 11:11