# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

September 13, 2019

Oren J. Warshavsky
direct dial: 212.589.4624
owarshavsky@bakerlaw.com

**(COURTESY COPY VIA ELECTRONIC MAIL)**
**VIA ECF**

Hon. Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   *Picard v. Legacy Capital Ltd.*, Adv. Pro. No. 10-05286 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff ("Madoff"), and plaintiff in the above-referenced adversary proceeding. Together with counsel for Legacy Capital Ltd. ("Legacy"), we write pursuant to Your Honor's instructions during the September 5, 2019 final pre-trial conference to provide this Court with alternate trial dates for this matter.

Trial is currently scheduled to begin on December 16, 2019. The parties anticipate that trial will take one to two days to complete for this adversary proceeding. In the event the Court has a conflict with the scheduled date, the parties report that all trial counsel and party witnesses are also available to proceed with trial during the weeks of January 27, 2020 and February 3, 2020.

We thank the Court for its continued attention to this matter. The parties remain available at the Court's convenience to discuss Your Honor's availability and preference for a trial start date.

Respectfully submitted,

/s/ Oren J. Warshavsky

Oren J. Warshavsky

cc:   All Counsel of Record (via ECF and electronic mail)

*Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver*
*Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC*