# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Geoffrey A. North
212-589-4642
gnorth@bakerlaw.com

September 16, 2019

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, NY 10004-1408

Re:    *Irving H. Picard as Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. HSBC Bank PLC, et al.*, Adv. Pro. No. 09-01364 (SMB)

Dear Judge Bernstein:

We write regarding the Application for *Pro Hac Vice* Admission of Dr. Christian Hausmaninger filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited on Friday, September 13. [ECF No. 557]. After communications with opposing counsel, we understand that Mr. Duffy will be withdrawing the motion later this afternoon. In the event that withdrawal does not take place, the Trustee respectfully requests the opportunity to object to the granting of the application.

Respectfully submitted,

/s/ Geoffrey A. North

Geoffrey A. North

cc:    Oren J. Warshavsky, Esq.
       Todd E. Duffy, Esq.
       Douglas A. Amedeo, Esq.