UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　Plaintiff-Applicant,<br><br>　　　　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of<br>Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　　　　　　　v.<br><br>HSBC BANK PLC, *et al.*,<br><br>　　　　　Defendants. | Adv. Pro. No. 09-1364 (SMB) |

### NOTICE OF WITHDRAWAL OF MOTION FOR ADMISSION TO PRACTICE *PRO HAC VICE*

Defendant Alpha Prime Fund Limited hereby withdraws its Motion for Admission to Practice *Pro Hac Vice* dated September 13, 2019 (ECF No. 557).

Dated: September 16, 2019
New York, NY

　　　　　　　　　　　　　　　　　　　　Respectfully submitted,
　　　　　　　　　　　　　　　　　　　　　**DuffyAmedeo LLP**

　　　　　　　　　　　　　　　　　　　　　　s/ Todd E. Duffy
　　　　　　　　　　　　　　　　　　　　Todd E. Duffy
　　　　　　　　　　　　　　　　　　　　Douglas A. Amedeo
　　　　　　　　　　　　　　　　　　　　275 Seventh Avenue, 7th floor
　　　　　　　　　　　　　　　　　　　　New York, NY 10001
　　　　　　　　　　　　　　　　　　　　Tel: (212) 729-5832