**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>                    v.<br><br>RICHARD M. GLANTZ, et al.,<br><br>                    Defendants. | Adv. Pro. No. 10-05394 (SMB) |

## AMENDED CASE MANAGEMENT STIPULATION AND ORDER

**WHEREAS**, on January 19, 2018, Irving H. Picard as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated chapter 7 estate of Bernard L. Madoff individually, and the defendants ("Defendants," and together with the Trustee, the "Parties") entered into a stipulation relating to the Trustee's filing

of a Second Amended Complaint in the above-captioned adversary proceeding (the "Adversary Proceeding"), and relating to Defendants' filing of an answer thereto, which stipulation was so ordered by this Court and entered on January 22, 2018 (the "Stipulation and Order"); and

**WHEREAS**, on January 22, 2018, the Trustee filed the Second Amended Complaint; and

**WHEREAS**, on March 23, 2018, Defendants filed their Answer and Affirmative Defenses to the Second Amended Complaint; and

**WHEREAS**, the Court so ordered an Amended Case Management Stipulation and Order on August 12, 2019, which the Parties now wish to amend.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and the Defendants, that the following provisions and deadlines are hereby made applicable to this adversary proceeding:

1. Fact Discovery will continue to be held in abeyance while the Parties conduct Mediation.

2. The deadline for the Conclusion of Mediation shall be on or before November 13, 2019.

3. The Parties shall file an Amended Case Management Stipulation and Order with this Court 14 days after the Mediator's Final Report is filed with this Court that provides updated fact and expert disclosure deadlines that are to be applicable to this adversary proceeding.

4. All of the agreements between the Parties regarding the scope of Fact Discovery, which are outlined in paragraph 1(a)-(c) of prior Case Management Stipulations and Orders (ECF Nos. 114, 125, 134, and 139), shall remain in effect.

5. This stipulation may be signed by the parties in any number of counterparts, each of which shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York

September 17, 2019

| | |
|---|---|
| BAKER & HOSTETLER LLP | LAW OFFICE OF RICHARD E. SIGNORELLI |
| | |
| By: /s/ Fernando J. Bohorquez | By: /s/ Richard E. Signorelli |
| 45 Rockefeller Plaza | 52 Duane Street, 7th Floor |
| New York, New York 10111 | New York, New York 10007 |
| Telephone: 212.589.4200 | Telephone: 212.254.4218 |
| Facsimile: 212.589.4201 | Facsimile: 212.254.1396 |
| David J. Sheehan | Richard E. Signorelli |
| Email: dsheehan@bakerlaw.com | Email: richardsignorelli@gmail.com |
| Fernando J. Bohorquez | Email: rsignorelli@nyclitigator.com |
| Email: fbohorquez@bakerlaw.com | Bryan Ha |
| Jonathan B. New | Email: bhanyc@gmail.com |
| Email: jnew@bakerlaw.com | |
| Joshua B. Rog | |
| Email: jrog@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants RICHARD M. GLANTZ, individually, as trustee of the Glantz-Ostrin Trust II, as personal representative of the Estate of Edward R. Glantz, and as administrator of the Estate of Thelma Glantz; EJS ASSOCIATES, L.P.; JELRIS & ASSOCIATES, L.P.; GRACE & COMPANY; THE ESTATE OF EDWARD R. GLANTZ; LAKEVIEW INVESTMENT, LP; VISTA MANAGEMENT CO.; LAW & MEDIATION OFFICES OF RICHARD M. GLANTZ, A PROFESSIONAL CORPORATION; ELAINE OSTRIN; THE ESTATE OF THELMA GLANTZ; and THE GLANTZ-OSTRIN TRUST II*

SO ORDERED

Dated: **September 17th, 2019**
New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

3