**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROL NELSON,<br><br>   Defendant. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>   Plaintiff,<br><br>  v.<br><br>CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant,<br><br>   Defendants. | Adv. Pro. No. 10-04377 (SMB) |

## **CERTIFICATE OF SERVICE**

I, Nathanael Kelley, hereby certify that on September 18, 2019, I caused the Securities Investor Protection Corporation's Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction to be served, by electronic mail, upon Counsel at the e-mail address listed on Exhibit A.

I further certify that on September 18, 2019, an electronic copy of the Memorandum was uploaded to the Court's electronic filing system.

                                               s/ *Nathanael S. Kelley*
                                               NATHANAEL S. KELLEY

# EXHIBIT A

**Defendant Counsel**

Helen Davis Chaitman
Chaitman LLP
Email: hchaitman@chaitmanllp.com
Attorney For: Carol Nelson, individually and as joint tenant, Stanley Nelson, individually and as
joint tenant