**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Tatiana Markel
Michelle R. Usitalo

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>　v.<br><br>HSBC BANK PLC, *et al.*,<br><br>　　　　Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 19, 2019 AT 10:00 A.M.**

**CONTESTED MATTER**

1. **09-01364; Picard v. HSBC Bank PLC, et al.**

   A. Motion of Defendant Alpha Prime Fund Limited for Judgment on the Pleadings filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed: 7/27/2019) [ECF No. 545]

   B. Declaration of Todd E. Duffy in Support of the Motion of Alpha Prime Fund Limited for Judgment on the Pleadings filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed: 7/27/2019) [ECF No. 546]

   Objections Due:    August 27, 2019

   Objections Filed:

   C. Memorandum of Law in Opposition to Alpha Prime Fund Ltd.'s Motion for Judgment on the Pleadings and in Support of the Trustee's Cross-Motion for Severance and for Leave to Amend the Complaint filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee (Filed: 8/27/2019) [ECF No. 548]

   D. Declaration of Oren J. Warshavsky in Opposition to Alpha Prime Fund Ltd.'s Motion for Judgment on the Pleadings and in Support of the Trustee's Cross-Motion for Severance and for Leave to Amend the Complaint filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee (Filed 8/27/2019) [ECF No. 549]

   Replies Due:    Defendant    September 7, 2019
                   Trustee      September 13, 2019

   Replies Filed:

   E. Reply Memorandum of Law in Further Support of Motion of Alpha Prime Fund Ltd. for Judgment on the Pleadings and in Opposition to the Trustee's Motion for Leave to Amend and for Severance filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed 9/7/2019) [ECF No. 552]

   F. Declaration of Todd E. Duffy in Connection with the Reply in Further Support of the Motion of Alpha Prime Fund Ltd for Judgment on the Pleadings and in Opposition to the Trustee's Motion for Leave to Amend and for Severance filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed 9/7/2019) [ECF No. 553]

   G. Reply Memorandum of Law in Further Support of the Trustee's Cross-Motion for Severance and for Leave to Amend the Complaint filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee (Filed 9/13/2019) [ECF No. 558]

Related Documents:

H. Notice of Hearing on Motion of Defendants Alpha Prime Fund Limited for a Judgment on the Pleadings filed by Todd E. Duffy on behalf of Alpha Prime Fund Limited (Filed 7/27/2019) [ECF No. 545-1]

I. Notice of Cross-Motion for Severance of Claims Against Alpha Prime and for Leave to File an Amended Complaint filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee (Filed 8/27/2019) [ECF No. 548-1]

J. Letter in response to Trustee's Severance Motion and enclosing Counter-Proposed Order filed by Thomas J. Moloney on behalf of HSBC Bank Bermuda Limited, HSBC Bank PLC, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Luxembourg) S.A. (Filed 9/6/2019) [ECF No. 551]

Status: This matter is going forward.

Dated:  September 18, 2019
    New York, New York

By: /s/ Oren J. Warshavsky
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Tatiana Markel
Email: tmarkel@bakerlaw.com
Michelle R. Usitalo
Email: musitalo@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*