**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Michael A. Sabella
msabella@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., as Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>PATRICE M. AULD, MERRIT KEVIN AULD, and JAMES P. MARDEN,<br><br>Defendants. | Adv. Pro. No. 10-04343 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 17560), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for September 25, 2019 has been further adjourned until **December 12, 2019 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  New York, New York
        September 18, 2019

                              BAKER & HOSTETLER LLP

                              By: */s/ Nicholas J. Cremona*
                              45 Rockefeller Plaza
                              New York, New York 10111
                              Telephone: 212.589.4200
                              Facsimile: 212.589.4201
                              David J. Sheehan
                              Email: dsheehan@bakerlaw.com
                              Nicholas J. Cremona
                              Email: ncremona@bakerlaw.com
                              Michael A. Sabella
                              Email: msabella@bakerlaw.com

                              *Attorneys for Plaintiff Irving H. Picard, Trustee for
                              the Substantively Consolidated SIPA
                              Liquidation of Bernard L. Madoff Investment
                              Securities LLC and the Estate of Bernard L. Madoff*