| | |
|---|---|
| **CHAITMAN LLP**<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: (888) 759-1114<br>Helen Davis Chaitman<br>hchaitman@chaitmanllp.com | **Hearing Date: September 25,2019 10:00 AM**<br>**Objection Date: September 18, 20129** |

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　　Plaintiff,<br>v.<br>CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant,<br>　　　　　　　　Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　　Plaintiff,<br>v.<br>CAROL NELSON,<br>　　　　　　　　Defendant. | Adv. Pro No. 10-04658 (SMB) |

{00042620 1 }

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that on September 20, 2019, I caused a true and correct copy of the following document(s):

- The Nelsons' Reply Memorandum of Law in Further Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction;

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and by electronic mail upon:

> David J. Sheehan, Esq.
> Dean Hunt, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone:  212-589-4616
> Facsimile:  212-589-4201
> dsheehan@bakerlaw.com
> dhunt@bakerlaw.com

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   September 20, 2019                                 */s/ Helen Davis Chaitman*
         New York, New York