# EXHIBIT 1

HARPER ENGRAVING  COLUMBUS, OHIO  800.848.5196

# BakerHostetler

602.56209

## REQUEST FOR MESSENGER SERVICES

**TO BE COMPLETED BY REQUESTOR**

☐ Pick-Up        Delivery ☒

Name: HELEN CHAITMAN

Company: CHAITMAN LLP

Address: 465 PARK AVENUE

Floor #: NEW YORK, NY 10022

Phone: 908-303-4569

Requestor Name: S. ACKERMAN   Emp. # _____

Date/Time Requested: 5/6/2019  7:40 P.M.

Deadline: NO LATER THAN 9:00 P.M.
(BE SPECIFIC)

YOU CAN LEAVE WITH THE DOOR MAN

Client/Matter Name: MADOFF/NELSON

Client/Matter Nos. 95879.21

*Use of a Firm Project code requires and explanation.*

**SPECIAL INSTRUCTIONS**

YOU CAN LEAVE WITH THE DOORMAN.

**TO BE COMPLETE BY MESSENGER:**

At: _____ A.M. _____ P.M.

Messenger Left At: _____ A.M. _____ P.M.

Messenger: _____

**RECEIVED BY:** X [signature]

**DATE AND TIME:** _____



**Completed**

Monday

06 May 2019

by: 8:13 pm

    

New Order | Driver Assigned | Next Stop Pickup | Pickup Complete | Next Stop Delivery

Delivery Complete

**Order Status:**

| Location | Time | Time Zone | Details |
|---|---|---|---|
|  | 5/6/2019 7:41:28 PM | EST | Shipment information received |
| New York, NY | 5/6/2019 7:57:00 PM | EST | Driver reached Pickup location |
| New York, NY | 5/6/2019 8:03:59 PM | EST | Pickup completed |
| New York, NY | 5/6/2019 8:12:00 PM | EST | Shipment reached Delivery location |
| New York, NY | 5/6/2019 8:13:00 PM | EST | Shipment completed and signed by [Jean Carlos (Doorman)] |

| | | | |
|---|---|---|---|
| OrderTrackingID: | 602.050619 | Client Matter# | 95879.21 |
| Ordered by: | Raquel | Attorney Name | STEPHANIE ACKERMAN |
| Department: |  | RefNo3 |  |
| Phone: | 212-459-4225 | RefNo4 |  |
| Email: | NYMAILROOM@BAKERLAW.COM | | |
| Special Instructions: | | | |

**POD Signature:**

*Jean*