# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Torello H. Calvani
direct dial: 212.589.4657
tcalvani@bakerlaw.com

September 23, 2019

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
Bernstein.chambers@nysb.uscourts.gov

Re: *Irving H. Picard v. Stanley Shapiro, et al.*, Adv. Pro. No. 10-05383 (SMB): Request for Adjournment of Pre-Trial Conference

Dear Judge Bernstein:

Plaintiff Irving H. Picard, as trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff, and defendant Stanley Shapiro and the other defendants named in the above-captioned proceeding respectfully request an adjournment of the final pre-trial conference in anticipation of settlement.

Following the Court's order referring this proceeding to mediation before the Honorable Faith S. Hochberg, United States District Judge (ret.) (ECF No. 134), the parties reached a settlement in principle to resolve all claims against all defendants. The Trustee prepared a draft settlement agreement, and the parties have exchanged comments and are working cooperatively to finalize the agreement. To allow additional time to finalize the agreement and move the Court for an order approving the agreement under Rule 9019 of the Federal Rules of Bankruptcy Procedure, the parties respectfully request an adjournment of the pre-trial conference from September 25, 2019 to October 30, 2019.

A proposed order to adjourn the pre-trial conference is enclosed for Your Honor's approval.

Honorable Stuart M. Bernstein
September 23, 2019
Page 2


Respectfully submitted,

**BAKER & HOSTETLER LLP**

By: */s/ Torello H. Calvani*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Torello H. Calvani
Email: tcalvani@bakerlaw.com

*and*

127 Public Square
Cleveland, Ohio 44114
Telephone: 216.621.0200
Facsimile: 216.696.0740
James H. Rollinson
Email: jrollinson@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard,*
*Trustee for the liquidation of Bernard L. Madoff*
*Investment Securities LLC and the consolidated*
*estate of Bernard L. Madoff*

cc:     Barry R. Lax, Esq., Lax & Neville LLP

Enclosure