**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Robert Korn Revocable Trust (the "Claimant"), having filed an objection (the "Objection", Docket No. 465) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013914), hereby gives notice that it withdraws such Objection.

Dated: September 23, 2019

                **GOLENBOCK EISEMAN ASSOR BELL**
                **& PESKOE LLP**

                By: /s/ *Michael S. Weinstein*
                711 Third Avenue
                New York, New York 10017
                Telephone: 212.907.7300
                Facsimile: 212.754.0777
                Jonathan L. Flaxer
                Email: jflaxer@golenbock.com
                Michael S. Weinstein
                Email: mweinstein@golenbock.com

                *Attorneys for Robert Korn Revocable Trust*