UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Korn Family Limited Partnership (the "Claimant"), having filed an objection (the "Objection", Docket No. 910) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013971), hereby gives notice that it withdraws such Objection.

Dated: September 23, 2019

GOLENBOCK EISEMAN ASSOR BELL
& PESKOE LLP

By: /s/ *Michael S. Weinstein*
711 Third Avenue
New York, New York 10017
Telephone: 212.907.7300
Facsimile: 212.754.0777
Jonathan L. Flaxer
Email: jflaxer@golenbock.com
Michael S. Weinstein
Email: mweinstein@golenbock.com

*Attorneys for The Korn Family Limited Partnership*