# EXHIBIT A

## DECLARATION I REGARDING JPMORGAN BANK RECORDS

### Case No.: 08-01789 (SMB)

Linda Coribello, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3. I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan"), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4. Bernard L. Madoff Investment Securities LLC ("BLMIS") maintained account numbers 140081703 and 6301428151509 (the "Accounts") at JPMorgan.

5. Based on my review of communications between the Trustee or his agents and JPMorgan, I understand that (A) on or about December 19, 2008, Irving H. Picard notified JPMorgan of his court appointment as Trustee ("Trustee") under the Securities Investor Protection Act for the liquidation of BLMIS, and requested bank records relating to the Accounts; (B) thereafter, the Trustee and his agents requested bank records relating to the Accounts from JPMorgan; and (C) between December 2008 and 2009, JPMorgan produced to the Trustee or his agents, bank documents relating to the Accounts, including but not limited to, Account Statements, Checks, and Spreadsheets Reflecting Wire Transfers.

6. I am familiar with and have knowledge of JPMorgan's practice of making, maintaining, and producing bank records such as those listed on Exhibit A hereto, including, but not limited to, Account Statements, Checks, and Spreadsheets Reflecting Wire Transfers.

7. Based on my knowledge of JPMorgan's practices and procedures, the bank records listed on Exhibit A hereto contain distinctive characteristics of original bank documents made and kept by JPMorgan in the ordinary course of business, including, but not limited to some or all of the following: Account numbers 140081703 and 6301428151509, the routing number of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity, Statement Codes, Reference numbers or descriptions, sequence numbers, serial numbers, transaction numbers, "Sequence number," "Sequence #" or "Prime Sequence" number, "Routing Transit" or "RoutTran" numbers, "Check/Serial" or "Check, Serial" numbers, "Serial Field," and "Bank No.," "Bank #" or "BankNum," and the logo or insignia of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity.

8. Based on my knowledge of JPMorgan's practices and procedures, the bank records listed on Exhibit A hereto also contain distinctive characteristics of bank documents produced by JPMorgan, including production notations labeled "GROUPID," "Operator," and other details regarding scanning and production of JPMorgan's customers' bank records in response to subpoenas, court orders, and requests for

SB 892924-F1

        documents, including records requests from current or former JPMorgan bank customers.

9. Based on my knowledge of JPMorgan's practices and procedures, the distinctive characteristics, including production notations, appearing on the records listed on Exhibit A are only placed on documents if they are JPMorgan business records. The bank records identified on Exhibit A appear to be JPMorgan business records.

10. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

11. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were kept in the regular course of JPMorgan's business.

12. It is JPMorgan's regular practice to make records of transactions such as those listed on Exhibit A in the ordinary course of business.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: *December 13, 2017*

By: *Linda Coribello*

Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

## EXHIBIT A

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | JPMSAB0000001 | 41. | JPMSAB0002150 | 81. | JPMSAB0004312 | 121. | JPMSAF0016198 | 161. | JPMSAF0032362 |
| 2. | JPMSAB0000049 | 42. | JPMSAB0002208 | 82. | JPMSAB0004356 | 122. | JPMSAF0016456 | 162. | JPMSAF0032497 |
| 3. | JPMSAB0000100 | 43. | JPMSAB0002274 | 83. | JPMSAB0004407 | 123. | JPMSAF0016682 | 163. | JPMSAF0032580 |
| 4. | JPMSAB0000152 | 44. | JPMSAB0002321 | 84. | JPMSAB0004455 | 124. | JPMSAF0016800 | 164. | JPMSAF0032819 |
| 5. | JPMSAB0000212 | 45. | JPMSAB0002381 | 85. | JPMSAB0004518 | 125. | JPMSAF0016901 | 165. | JPMSAF0034256 |
| 6. | JPMSAB0000255 | 46. | JPMSAB0002444 | 86. | JPMTAF0000001 | 126. | JPMSAF0017277 | 166. | JPMSAF0034489 |
| 7. | JPMSAB0000317 | 47. | JPMSAB0002491 | 87. | JPMSAF0000159 | 127. | JPMSAF0017279 | 167. | JPMSAF0034542 |
| 8. | JPMSAB0000375 | 48. | JPMSAB0002537 | 88. | JPMSAF0000642 | 128. | JPMSAF0017350 | 168. | JPMSAF0034638 |
| 9. | JPMSAB0000422 | 49. | JPMSAB0002581 | 89. | JPMSAF0001162 | 129. | JPMSAF0018651 | 169. | JPMSAF0035050 |
| 10. | JPMSAB0000465 | 50. | JPMSAB0002636 | 90. | JPMSAF0001678 | 130. | JPMSAF0019186 | 170. | JPMSAF0035399 |
| 11. | JPMSAB0000516 | 51. | JPMSAB0002690 | 91. | JPMSAF0001709 | 131. | JPMSAF0020627 | 171. | JPMSAF0035508 |
| 12. | JPMSAB0000569 | 52. | JPMSAB0002742 | 92. | JPMSAF0002013 | 132. | JPMSAF0020628 | 172. | JPMSAF0036079 |
| 13. | JPMSAB0000624 | 53. | JPMSAB0002810 | 93. | JPMSAF0002282 | 133. | JPMSAF0020938 | 173. | JPMSAF0036881 |
| 14. | JPMSAB0000673 | 54. | JPMSAB0002865 | 94. | JPMSAF0002434 | 134. | JPMSAF0021206 | 174. | JPMSAF0037138 |
| 15. | JPMSAB0000734 | 55. | JPMSAB0002926 | 95. | JPMSAF0002813 | 135. | JPMSAF0021346 | 175. | JPMSAF0037409 |
| 16. | JPMSAB0000795 | 56. | JPMSAB0002971 | 96. | JPMSAF0003336 | 136. | JPMSAF0021374 | 176. | JPMSAF0037658 |
| 17. | JPMSAB0000860 | 57. | JPMSAB0003022 | 97. | JPMSAF0004244 | 137. | JPMSAF0021951 | 177. | JPMSAF0038665 |
| 18. | JPMSAB0000923 | 58. | JPMSAB0003082 | 98. | JPMSAF0004357 | 138. | JPMSAF0023135 | 178. | JPMSAF0039359 |
| 19. | JPMSAB0000995 | 59. | JPMSAB0003129 | 99. | JPMSAF0004841 | 139. | JPMSAF0023530 | 179. | JPMSAF0039577 |
| 20. | JPMSAB0001048 | 60. | JPMSAB0003180 | 100. | JPMSAF0005193 | 140. | JPMSAF0023804 | 180. | JPMSAF0039744 |
| 21. | JPMSAB0001100 | 61. | JPMSAB0003234 | 101. | JPMSAF0005403 | 141. | JPMSAF0023988 | 181. | JPMSAF0039848 |
| 22. | JPMSAB0001149 | 62. | JPMSAB0003291 | 102. | JPMSAF0006726 | 142. | JPMSAF0024542 | 182. | JPMSAF0040162 |
| 23. | JPMSAB0001202 | 63. | JPMSAB0003358 | 103. | JPMSAF0006883 | 143. | JPMSAF0025159 | 183. | JPMSAF0040285 |
| 24. | JPMSAB0001244 | 64. | JPMSAB0003405 | 104. | JPMSAF0007173 | 144. | JPMSAF0026286 | 184. | JPMSAF0040393 |
| 25. | JPMSAB0001298 | 65. | JPMSAB0003457 | 105. | JPMSAF0007648 | 145. | JPMSAF0026751 | 185. | JPMSAF0040394 |
| 26. | JPMSAB0001353 | 66. | JPMSAB0003510 | 106. | JPMSAF0008878 | 146. | JPMSAF0026790 | 186. | JPMSAF0040402 |
| 27. | JPMSAB0001405 | 67. | JPMSAB0003581 | 107. | JPMSAF0009075 | 147. | JPMSAF0027043 | 187. | JPMSAF0041083 |
| 28. | JPMSAB0001452 | 68. | JPMSAB0003639 | 108. | JPMSAF0009215 | 148. | JPMSAF0027286 | 188. | JPMSAF0041772 |
| 29. | JPMSAB0001515 | 69. | JPMSAB0003705 | 109. | JPMSAF0009632 | 149. | JPMSAF0027400 | 189. | JPMSAF0042852 |
| 30. | JPMSAB0001568 | 70. | JPMSAB0003769 | 110. | JPMSAF0010311 | 150. | JPMSAF0028614 | 190. | JPMSAF0043317 |
| 31. | JPMSAB0001629 | 71. | JPMSAB0003831 | 111. | JPMSAF0011778 | 151. | JPMSAF0028850 | 191. | JPMSAF0043485 |
| 32. | JPMSAB0001680 | 72. | JPMSAB0003870 | 112. | JPMSAF0011972 | 152. | JPMSAF0029274 | 192. | JPMSAF0043974 |
| 33. | JPMSAB0001733 | 73. | JPMSAB0003915 | 113. | JPMSAF0012300 | 153. | JPMSAF0029364 | 193. | JPMSAF0044641 |
| 34. | JPMSAB0001791 | 74. | JPMSAB0003950 | 114. | JPMSAF0012365 | 154. | JPMSAF0029953 | 194. | JPMSAF0045495 |
| 35. | JPMSAB0001840 | 75. | JPMSAB0004010 | 115. | JPMSAF0012480 | 155. | JPMSAF0030086 | 195. | JPMSAF0045543 |
| 36. | JPMSAB0001885 | 76. | JPMSAB0004065 | 116. | JPMSAF0013113 | 156. | JPMSAF0031408 | 196. | JPMSAF0045814 |
| 37. | JPMSAB0001937 | 77. | JPMSAB0004091 | 117. | JPMSAF0014260 | 157. | JPMSAF0031641 | 197. | JPMSAF0045919 |
| 38. | JPMSAB0001983 | 78. | JPMSAB0004132 | 118. | JPMSAF0014633 | 158. | JPMSAF0031770 | 198. | JPMSAF0046139 |
| 39. | JPMSAB0002040 | 79. | JPMSAB0004195 | 119. | JPMSAF0014896 | 159. | JPMSAF0032176 | 199. | JPMSAF0046153 |
| 40. | JPMSAB0002089 | 80. | JPMSAB0004257 | 120. | JPMSAF0015207 | 160. | JPMSAF0032361 | 200. | JPMSAF0046355 |

| | | |
|---|---|---|
| 201. JPMSAF0046780 | 244. JPMSAF0062915 | 287. JPMSAI0006393 |
| 202. JPMSAF0046937 | 245. JPMSAF0063513 | 288. JPMSAI0006497 |
| 203. JPMSAF0047010 | 246. JPMSAF0064257 | 289. JPMSAI0006711 |
| 204. JPMSAF0048057 | 247. JPMSAF0064268 | 290. JPMSAI0006903 |
| 205. JPMSAF0048088 | 248. JPMSAF0064588 | 291. JPMSAI0007503 |
| 206. JPMSAF0048332 | 249. JPMSAF0064673 | 292. JPMSAI0007821 |
| 207. JPMSAF0048790 | 250. JPMSAF0064901 | 293. JPMSAI0007879 |
| 208. JPMSAF0049746 | 251. JPMSAF0065021 | 294. JPMSAI0008253 |
| 209. JPMSAF0049794 | 252. JPMSAF0065142 | 295. JPMSAI0008542 |
| 210. JPMSAF0050476 | 253. JPMSAF0065482 | 296. JPMSAI0009365 |
| 211. JPMSAF0050713 | 254. JPMSAF0066925 | 297. JPMSAI0012412 |
| 212. JPMSAF0051404 | 255. JPMSAF0067117 | 298. JPMSAI0012719 |
| 213. JPMSAF0051405 | 256. JPMSAF0067370 | |
| 214. JPMSAF0052073 | 257. JPMSAF0067443 | |
| 215. JPMSAF0052485 | 258. JPMSAF0067688 | |
| 216. JPMSAF0052866 | 259. JPMSAF0068716 | |
| 217. JPMSAF0053450 | 260. JPMSAF0068772 | |
| 218. JPMSAF0053836 | 261. JPMSAF0069608 | |
| 219. JPMSAF0054207 | 262. JPMSAF0069667 | |
| 220. JPMSAF0054608 | 263. JPMSAF0069836 | |
| 221. JPMSAF0054788 | 264. JPMSAF0070094 | |
| 222. JPMSAF0055976 | 265. JPMSAF0070451 | |
| 223. JPMSAF0056084 | 266. JPMSAF0070462 | |
| 224. JPMSAF0056122 | 267. JPMSAF0070616 | |
| 225. JPMSAF0056348 | 268. JPMSAF0070692 | |
| 226. JPMSAF0056509 | 269. JPMSAF0072002 | |
| 227. JPMSAF0056851 | 270. JPMSAF0072235 | |
| 228. JPMSAF0057018 | 271. JPMSAF0072307 | |
| 229. JPMSAF0057367 | 272. JPMSAF0072658 | |
| 230. JPMSAF0057592 | 273. JPMSAI0002126 | |
| 231. JPMSAF0059039 | 274. JPMSAI0002263 | |
| 232. JPMSAF0059094 | 275. JPMSAI0002413 | |
| 233. JPMSAF0059622 | 276. JPMSAI0002580 | |
| 234. JPMSAF0059702 | 277. JPMSAI0002737 | |
| 235. JPMSAF0059806 | 278. JPMSAI0002894 | |
| 236. JPMSAF0060142 | 279. JPMSAI0004236 | |
| 237. JPMSAF0061418 | 280. JPMSAI0004458 | |
| 238. JPMSAF0061457 | 281. JPMSAI0004580 | |
| 239. JPMSAF0061655 | 282. JPMSAI0004766 | |
| 240. JPMSAF0062248 | 283. JPMSAI0005638 | |
| 241. JPMSAF0062363 | 284. JPMSAI0006032 | |
| 242. JPMSAF0062725 | 285. JPMSAI0006179 | |
| 243. JPMSAF0062741 | 286. JPMSAI0006348 | |

## DECLARATION II REGARDING JPMORGAN BANK RECORDS

### Case No.: 08-01789 (SMB)

Linda Coribello, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3. I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan"), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4. Bernard L. Madoff Investment Securities LLC ("BLMIS") maintained account numbers 140081703 and 6301428151509 (the "Accounts") at JPMorgan.

5. Based on my review of communications between the Trustee or his agents and JPMorgan, I understand that (A) on or about December 19, 2008, Irving H. Picard notified JPMorgan of his court appointment as Trustee ("Trustee") under the Securities Investor Protection Act for the liquidation of BLMIS, and requested bank records relating to the Accounts; (B) thereafter, the Trustee and his agents requested bank records relating to the Accounts from JPMorgan on a rolling basis; and (C) between December 2008 and 2009, JPMorgan produced to the Trustee or his agents, bank documents relating to the Accounts, including but not limited to, Account Statements, List Post Reports, and Spreadsheets Reflecting Wire Transfers.

6. I am familiar with and have knowledge of JPMorgan's practice of making, maintaining, and producing bank records such as those listed on Exhibit A hereto, including, but not limited to, Account Statements, List Post Reports, "Check Research and Adjustments" System Output Records, and Spreadsheets Reflecting Wire Transfers.

7. Based on my knowledge of JPMorgan's practices and procedures, the bank records listed on Exhibit A hereto contain distinctive characteristics of original bank documents made and kept by JPMorgan in the ordinary course of business, including, but not limited to some or all of the following: Account numbers 140081703 and 6301428151509, the routing number of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity, Statement Codes, Reference numbers or descriptions, sequence numbers, serial numbers, transaction numbers, scan string numbers, hit numbers, a JPMorgan Uniform Resource Locator address, and the logo or insignia of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity.

8. Based on my knowledge of JPMorgan's practices and procedures, the bank records listed on Exhibit A hereto also contain distinctive characteristics of bank documents produced by JPMorgan, including production notations labeled "GROUPID," and other details regarding scanning and production of JPMorgan's customers' bank records in response to subpoenas, court orders, and requests for documents, including records requests from current or former JPMorgan bank customers.

SB 842924-F1

9. Based on my knowledge of JPMorgan's practices and procedures, the distinctive characteristics, including production notations, appearing on the records listed on Exhibit A are only placed on documents if they are JPMorgan business records. The bank records identified on Exhibit A appear to be JPMorgan business records.

10. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

11. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were kept in the regular course of JPMorgan's business.

12. It is JPMorgan's regular practice to make records of transactions such as those listed on Exhibit A in the ordinary course of business.

13. I declare under penalty of perjury that the foregoing is true and correct.
Dated: _December 13, 2017_

By: _[signature]_

Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

# EXHIBIT A

### ACCOUNT STATEMENTS (JPMorgan Account 140081703)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | JPMSAB0000001 | 18. | JPMSAB0000923 | 35. | JPMSAB0001840 | 52. | JPMSAB0002742 | 69. | JPMSAB0003705 |
| 2. | JPMSAB0000049 | 19. | JPMSAB0000995 | 36. | JPMSAB0001885 | 53. | JPMSAB0002810 | 70. | JPMSAB0003769 |
| 3. | JPMSAB0000100 | 20. | JPMSAB0001048 | 37. | JPMSAB0001937 | 54. | JPMSAB0002865 | 71. | JPMSAB0003831 |
| 4. | JPMSAB0000152 | 21. | JPMSAB0001100 | 38. | JPMSAB0001983 | 55. | JPMSAB0002926 | 72. | JPMSAB0003870 |
| 5. | JPMSAB0000212 | 22. | JPMSAB0001149 | 39. | JPMSAB0002040 | 56. | JPMSAB0002971 | 73. | JPMSAB0003915 |
| 6. | JPMSAB0000255 | 23. | JPMSAB0001202 | 40. | JPMSAB0002089 | 57. | JPMSAB0003022 | 74. | JPMSAB0003950 |
| 7. | JPMSAB0000317 | 24. | JPMSAB0001244 | 41. | JPMSAB0002150 | 58. | JPMSAB0003082 | 75. | JPMSAB0004010 |
| 8. | JPMSAB0000375 | 25. | JPMSAB0001298 | 42. | JPMSAB0002208 | 59. | JPMSAB0003129 | 76. | JPMSAB0004065 |
| 9. | JPMSAB0000422 | 26. | JPMSAB0001353 | 43. | JPMSAB0002274 | 60. | JPMSAB0003180 | 77. | JPMSAB0004091 |
| 10. | JPMSAB0000465 | 27. | JPMSAB0001405 | 44. | JPMSAB0002321 | 61. | JPMSAB0003234 | 78. | JPMSAB0004132 |
| 11. | JPMSAB0000516 | 28. | JPMSAB0001452 | 45. | JPMSAB0002381 | 62. | JPMSAB0003291 | 79. | JPMSAB0004195 |
| 12. | JPMSAB0000569 | 29. | JPMSAB0001515 | 46. | JPMSAB0002444 | 63. | JPMSAB0003358 | 80. | JPMSAB0004257 |
| 13. | JPMSAB0000624 | 30. | JPMSAB0001568 | 47. | JPMSAB0002491 | 64. | JPMSAB0003405 | 81. | JPMSAB0004312 |
| 14. | JPMSAB0000673 | 31. | JPMSAB0001629 | 48. | JPMSAB0002537 | 65. | JPMSAB0003457 | 82. | JPMSAB0004356 |
| 15. | JPMSAB0000734 | 32. | JPMSAB0001680 | 49. | JPMSAB0002581 | 66. | JPMSAB0003510 | 83. | JPMSAB0004407 |
| 16. | JPMSAB0000795 | 33. | JPMSAB0001733 | 50. | JPMSAB0002636 | 67. | JPMSAB0003581 | 84. | JPMSAB0004455 |
| 17. | JPMSAB0000860 | 34. | JPMSAB0001791 | 51. | JPMSAB0002690 | 68. | JPMSAB0003639 | 85. | JPMSAB0004518 |

### ACCOUNT STATEMENTS (JPMorgan Account 6301428151509)

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 86. | JPMTAA0000002 | 103. | JPMTAA0000054 | 120. | JPMTAA0000120 | 137. | JPMTAA0000190 | 154. | JPMTAA0000251 |
| 87. | JPMTAA0000005 | 104. | JPMTAA0000057 | 121. | JPMTAA0000140 | 138. | JPMTAA0000193 | 155. | JPMTAA0000254 |
| 88. | JPMTAA0000008 | 105. | JPMTAA0000060 | 122. | JPMTAA0000142 | 139. | JPMTAA0000196 | 156. | JPMTAA0000257 |
| 89. | JPMTAA0000011 | 106. | JPMTAA0000063 | 123. | JPMTAA0000146 | 140. | JPMTAA0000199 | 157. | JPMTAA0000260 |
| 90. | JPMTAA0000014 | 107. | JPMTAA0000066 | 124. | JPMTAA0000149 | 141. | JPMTAA0000202 | 158. | JPMTAA0000264 |
| 91. | JPMTAA0000017 | 108. | JPMTAA0000069 | 125. | JPMTAA0000153 | 142. | JPMTAA0000205 | 159. | JPMTAA0000268 |
| 92. | JPMTAA0000020 | 109. | JPMTAA0000072 | 126. | JPMTAA0000157 | 143. | JPMTAA0000208 | 160. | JPMTAA0000272 |
| 93. | JPMTAA0000023 | 110. | JPMTAA0000088 | 127. | JPMTAA0000160 | 144. | JPMTAA0000211 | 161. | JPMTAA0000276 |
| 94. | JPMTAA0000026 | 111. | JPMTAA0000091 | 128. | JPMTAA0000163 | 145. | JPMTAA0000214 | 162. | JPMTAA0000280 |
| 95. | JPMTAA0000029 | 112. | JPMTAA0000094 | 129. | JPMTAA0000166 | 146. | JPMTAA0000217 | 163. | JPMTAA0000286 |
| 96. | JPMTAA0000033 | 113. | JPMTAA0000098 | 130. | JPMTAA0000169 | 147. | JPMTAA0000220 | 164. | JPMTAA0000292 |
| 97. | JPMTAA0000036 | 114. | JPMTAA0000102 | 131. | JPMTAA0000172 | 148. | JPMTAA0000223 | 165. | JPMTAA0000298 |
| 98. | JPMTAA0000039 | 115. | JPMTAA0000105 | 132. | JPMTAA0000175 | 149. | JPMTAA0000225 | 166. | JPMTAA0000304 |
| 99. | JPMTAA0000042 | 116. | JPMTAA0000108 | 133. | JPMTAA0000178 | 150. | JPMTAA0000228 | 167. | JPMTAA0000310 |
| 100. | JPMTAA0000045 | 117. | JPMTAA0000111 | 134. | JPMTAA0000181 | 151. | JPMTAA0000231 | 168. | JPMTAA0000316 |
| 101. | JPMTAA0000048 | 118. | JPMTAA0000114 | 135. | JPMTAA0000184 | 152. | JPMTAA0000234 | 169. | JPMTAA0000322 |
| 102. | JPMTAA0000051 | 119. | JPMTAA0000117 | 136. | JPMTAA0000187 | 153. | JPMTAA0000241 | 170. | JPMTAA0000328 |

**LIST POST REPORTS**  (JPMorgan Account 6301428151509)

| | | | | |
|---|---|---|---|---|
| 171. JPMSAG0000002 | 188. JPMSAG0000365 | 205. JPMSAG0000786 | 222. JPMSAG0001159 | 239. JPMSAG0001562 |
| 172. JPMSAG0000024 | 189. JPMSAG0000385 | 206. JPMSAG0000808 | 223. JPMSAG0001182 | 240. JPMSAG0001583 |
| 173. JPMSAG0000046 | 190. JPMSAG0000407 | 207. JPMSAG0000828 | 224. JPMSAG0001216 | 241. JPMSAG0001604 |
| 174. JPMSAG0000065 | 191. JPMSAG0000429 | 208. JPMSAG0000850 | 225. JPMSAG0001238 | 242. JPMSAG0001631 |
| 175. JPMSAG0000086 | 192. JPMSAG0000451 | 209. JPMSAG0000871 | 226. JPMSAG0001260 | 243. JPMSAG0001650 |
| 176. JPMSAG0000109 | 193. JPMSAG0000472 | 210. JPMSAG0000890 | 227. JPMSAG0001289 | 244. JPMSAG0001669 |
| 177. JPMSAG0000131 | 194. JPMSAG0000493 | 211. JPMSAG0000913 | 228. JPMSAG0001312 | 245. JPMSAG0001688 |
| 178. JPMSAG0000151 | 195. JPMSAG0000513 | 212. JPMSAG0000935 | 229. JPMSAG0001333 | 246. JPMSAG0001708 |
| 179. JPMSAG0000173 | 196. JPMSAG0000537 | 213. JPMSAG0000957 | 230. JPMSAG0001360 | 247. JPMSAG0001731 |
| 180. JPMSAG0000195 | 197. JPMSAG0000559 | 214. JPMSAG0000979 | 231. JPMSAG0001380 | 248. JPMSAG0001752 |
| 181. JPMSAG0000215 | 198. JPMSAG0000578 | 215. JPMSAG0001000 | 232. JPMSAG0001403 | 249. JPMSAG0001773 |
| 182. JPMSAG0000237 | 199. JPMSAG0000614 | 216. JPMSAG0001023 | 233. JPMSAG0001429 | 250. JPMSAG0001795 |
| 183. JPMSAG0000255 | 200. JPMSAG0000654 | 217. JPMSAG0001043 | 234. JPMSAG0001449 | 251. JPMSAG0001816 |
| 184. JPMSAG0000277 | 201. JPMSAG0000696 | 218. JPMSAG0001066 | 235. JPMSAG0001470 | 252. JPMSAG0001837 |
| 185. JPMSAG0000299 | 202. JPMSAG0000720 | 219. JPMSAG0001086 | 236. JPMSAG0001495 | 253. JPMSAG0001861 |
| 186. JPMSAG0000318 | 203. JPMSAG0000742 | 220. JPMSAG0001107 | 237. JPMSAG0001516 | 254. JPMSAG0001881 |
| 187. JPMSAG0000341 | 204. JPMSAG0000765 | 221. JPMSAG0001140 | 238. JPMSAG0001537 | 255. JPMSDM0000001 |

**"CHECK RESEARCH AND ADJUSTMENTS" SYSTEM OUTPUT RECORDS**  (JPMorgan Account 6301428151509)

| | | | | |
|---|---|---|---|---|
| 256. JPMTAA0000075 | 263. JPMTAA0000082 | 270. JPMTAA0000124 | 277. JPMTAA0000131 | 284. JPMTAA0000138 |
| 257. JPMTAA0000076 | 264. JPMTAA0000083 | 271. JPMTAA0000125 | 278. JPMTAA0000132 | 285. JPMTAA0000139 |
| 258. JPMTAA0000077 | 265. JPMTAA0000084 | 272. JPMTAA0000126 | 279. JPMTAA0000133 | |
| 259. JPMTAA0000078 | 266. JPMTAA0000085 | 273. JPMTAA0000127 | 280. JPMTAA0000134 | |
| 260. JPMTAA0000079 | 267. JPMTAA0000086 | 274. JPMTAA0000128 | 281. JPMTAA0000135 | |
| 261. JPMTAA0000080 | 268. JPMTAA0000087 | 275. JPMTAA0000129 | 282. JPMTAA0000136 | |
| 262. JPMTAA0000081 | 269. JPMTAA0000123 | 276. JPMTAA0000130 | 283. JPMTAA0000137 | |

**CLEARANCE TELLER INTEROFFICE TICKET**  (JPMorgan Account 140081703)

286. JPMSAI0000082

**SPREADSHEET REFLECTING WIRE TRANSFERS**  (JPMorgan Account 140081703)

287. JPMTAF0000001

## DECLARATION III REGARDING JPMORGAN
## BANK RECORDS

Case No.: **08-01789 (SMB)**

Linda Coribello, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3. I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan"), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4. Bernard L. Madoff Investment Securities LLC ("BLMIS") maintained account numbers 140081703 and 6301428151509 (the "Accounts") at JPMorgan.

5. I am familiar with and have knowledge of JPMorgan's practice of regularly making and sending to its customers, bank records including, but not limited to, Account Statements and List Post Reports. Records of this type are routinely prepared for the purpose of providing periodic account updates to JPMorgan's customers.

6. Based on my knowledge of JPMorgan's practices and procedures, with the exception of any handwritten notations, the bank records listed on Exhibit A hereto contain distinctive characteristics of original bank documents made by JPMorgan, including, but not limited to, some or all of the following: Account numbers 140081703 and 6301428151509, the routing number of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity, Statement Codes, Reference numbers, Sequence or Prime Sequence numbers, Serial Fields, transaction numbers, and the logo, insignia or address of JPMorgan, The Chase Manhattan Bank or another JPMorgan related entity. Records of this type were routinely made and sent to JPMorgan's customer, BLMIS, in the ordinary course of business.

7. Based on my knowledge of JPMorgan's practices and procedures, the bank records identified on Exhibit A appear to be JPMorgan business records.

8. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

9. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records listed in Exhibit A, I conclude the JPMorgan bank records listed on Exhibit A were kept in the regular course of JPMorgan's business.

10. It is JPMorgan's regular practice to make records such those listed on Exhibit A in the ordinary course of business.

11. I declare under penalty of perjury that the foregoing is true and correct.

Dated: December 13, 2017

By: *[signature]*

Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

SB 89292Y-F1

# EXHIBIT A

ACCOUNT STATEMENTS {JPMorgan Account 140081703}

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 1. | MADWAA00038598 | 9. | MADWAA00131405 | 17. | MADWAA00188430 | 25. | MADWAA00378499 | 33. | MADWAA01072715 |
| 2. | MADWAA00048071 | 10. | MADWAA00139882 | 18. | MADWAA00189193 | 26. | MADWAA00379700 | 34. | MADWAA01072762 |
| 3. | MADWAA00049112 | 11. | MADWAA00142979 | 19. | MADWAA00190910 | 27. | MADWAA00384184 | 35. | MADWAA01072808 |
| 4. | MADWAA00051674 | 12. | MADWAA00145771 | 20. | MADWAA00242269 | 28. | MADWAA00384769 | 36. | MADWAA01072852 |
| 5. | MADWAA00085853 | 13. | MADWAA00146775 | 21. | MADWAA00243311 | 29. | MADWAA00389854 | 37. | MAITAE00000001 |
| 6. | MADWAA00086997 | 14. | MADWAA00147886 | 22. | MADWAA00244487 | 30. | MADWAA00391838 | 38. | MAITAE00000002 |
| 7. | MADWAA00097315 | 15. | MADWAOO 183297 | 23. | MADWAA00253260 | 31. | MADWAA01072627 | | |
| 8. | MADWAA00099936 | 16. | MADWAA00184733 | 24. | MADWAA00257807 | 32. | MADWAA01072668 | | |

ACCOUNT STATEMENTS {JPMorgan Account 6301428151509}

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 39. | MADWAA00377059 | 47. | MADWAA00051784 | 55. | MADWAA00142972 | 63. | MADWAA00190986 | 71. | MADWAA00332939 |
| 40. | MADWAA00384767 | 48. | MADWAA00056483 | 56. | MADWAA00145760 | 64. | MADWAA00221698 | 72. | MADWAA00378495 |
| 41. | MADWAA00085838 | 49. | MADWAA00086995 | 57. | MADWAA00146768 | 65. | MADWAA00242359 | 73. | MADWAA00379696 |
| 42. | MADWAA00099929 | 50. | MADWAA00097307 | 58. | MADWAA0014 7869 | 66. | MADWAA00243392 | 74. | MADWAA00389847 |
| 43. | MADWAA00038686 | 51. | MADWAA00098319 | 59. | MADWAA00183388 | 67. | MADWAA00244477 | 75. | MADWAA00391813 |
| 44. | MADWAA00043870 | 52. | MADWAA00102648 | 60. | MADWAA00184819 | 68. | MADWAA00247349 | 76. | MAITAA0016078 |
| 45. | MADWAA00048168 | 53. | MADWAOO 131385 | 61. | MADWAA00188428 | 69. | MADWAA00253351 | 77. | MAITAA0016084 |
| 46. | MADWAA00049200 | 54. | MADWAA00139873 | 62. | MADWAA00189261 | 70. | MADWAA00257903 | | |

RECONCILIATION REPORTS / LISTS {JPMorgan Account 6301428151509}

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 78. | MADWAA00038688 | 86. | MADWAA00097309 | 94. | MADWAA00146770 | 102. | MADWAA00243385 | 110. | MADWAA00257905 |
| 79. | MADWAA00043872 | 87. | MADWAA00098321 | 95. | MADWAA00147871 | 103. | MADWAA00244480 | 111. | MADWAA00378487 |
| 80. | MADWAA00048163 | 88. | MADWAA00099932 | 96. | MADWAA00183373 | 104. | MADWAA00247351 | 112. | MADWAA00379688 |
| 81. | MADWAA00049202 | 89. | MADWAA00102650 | 97. | MADWAA00184822 | 105. | MADWAA00253344 | 113. | MADWAA00384172 |
| 82. | MADWAA00051786 | 90. | MADWAA00131387 | 98. | MADWAA00188421 | 106. | MADWAA00257887 | 114. | MADWAA00389849 |
| 83. | MADWAA00056485 | 91. | MADWAA00139875 | 99. | MADWAA00189263 | 107. | MADWAA00257890 | 115. | MADWAA00391817 |
| 84. | MADWAA00085841 | 92. | MADWAA00142974 | 100. | MADWAA00190988 | 108. | MADWAA00257893 | | |
| 85. | MADWAA00087097 | 93. | MADWAA00145765 | 101. | MADWAA00242351 | 109. | MADWAA00257900 | | |

**DECLARATION IV REGARDING JPMORGAN BANK RECORDS**

Case No.: 08-01789 (SMB)

Linda Coribello, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3. I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan"), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4. Bernard L. Madoff Investment Securities LLC ("BLMIS") maintained account numbers 140081703 and 6301428151509 (the "Accounts") at JPMorgan.

5. Based on my review of communications between the Trustee or his agents and JPMorgan, I understand that (A) on or about December 19, 2008, Irving H. Picard notified JPMorgan of his court appointment as Trustee ("Trustee") under the Securities Investor Protection Act for the liquidation of BLMIS, and requested bank records relating to the Accounts; (B) thereafter, the Trustee and his agents requested bank records relating to the Accounts from JPMorgan; and (C) between December 2008 and 2009, JPMorgan produced to the Trustee or his agents, bank documents relating to the Accounts, including but not limited to, copies of checks and deposit slips.

6. Based on my review of communications between the Trustee or his agents and JPMorgan and my knowledge of JPMorgan's practices and procedures, I understand that Exhibits 1A-5H are examples of the types of checks and deposit slips produced by JPMorgan to the Trustee or his agents between December 2008 and 2009, as described in paragraph 5.

7. I am familiar with and have knowledge of JPMorgan's practice of making, maintaining, scanning and producing bank records such as those with Bates prefix "JPM" including the checks and deposit slips attached hereto as Exhibits 1A-5H.

8. The bank records attached hereto as Exhibits 1A-1J and labeled with Bates prefixes "JPMSAH" and "JPMSAI" are examples of checks written from Account 140081703.

9. Exhibits 2A-2J, labeled with Bates prefix "JPMSAI," are examples of deposited checks for Account 140081703.

10. Exhibits 3A-3I, labeled with Bates prefix "JPMSAI," are examples of deposit slips for Account 140081703.

11. Exhibits 4A-4G, labeled with Bates prefix "JPMSAI," are deposit slips and deposited checks for Account 140081703.

12. Exhibits SA-SH, labeled with Bates prefixes "JPMSAF," "JPMSAI" and "JPMSCQ," are examples of checks written from Account 6301428151509.

13. Based on my knowledge of JPMorgan's practices and procedures, the bank records attached hereto as Exhibits 1A-SH contain distinctive characteristics of original bank documents made and kept by JPMorgan in the ordinary course of business, including, but not limited to: Account number 140081703 or 6301428151509, "Sequence number," "Sequence #" or "Prime Sequence" number, "Routing Transit" or "RoutTran" numbers, "Check/Serial" or "Check, Serial" numbers, "Serial Field," and "Bank No.," "Bank #" or "Bank Num," the routing number of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity, and the logo, insignia or address of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity.

14. Based on my knowledge of JPMorgan's practices and procedures, the bank records attached hereto as Exhibits 1A-SH also contain distinctive characteristics of bank documents produced by JPMorgan, including but not limited to, production notations such as "GROUP ID," "Operator," and other details regarding scanning and production of JPMorgan's customers' bank records in response to subpoenas, court orders, and requests for documents, including records requests from current or former JPMorgan bank customers.

15. Where an Operator is identified on a bank record attached hereto in Exhibits 1A-SH, I have verified that such Operator was employed by JPMorgan and involved in scanning and producing J JPMorgan's customers' bank records made and maintained in the ordinary course of business.

16. Based on my knowledge of JPMorgan's practices and procedures, the distinctive characteristics, including production notations, appearing on the bank records attached hereto as Exhibits 1A-SH are only placed on documents if they are JPMorgan business records. Exhibits 1A-SH appear to be JPMorgan business records.

17. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records attached as Exhibits 1A-5H, I conclude the bank records attached hereto as Exhibits 1A-SH, and the document production from which they were obtained, were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

18. Based on my knowledge of JPMorgan's practices and procedures, records of this type were kept in the regular course of JPMorgan's business.

19. It is JPMorgan's regular practice to make records of the type attached hereto as Exhibits 1A-SH in the ordinary course of business.

2

20.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: *December 13, 2017*

SB 892924-F1

By: *Linda Coribello*
Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

3

## INDEX OF EXHIBITS

| | |
|---|---|
| Exhibit 1A | JPMSAH0000001 |
| Exhibit 1B | JPMSAH0000002 |
| Exhibit 1C | JPMSAH 0000030 |
| Exhibit 1D | JPMSAH0002012 |
| Exhibit 1E | JPMSAH0002873 |
| Exhibit 1F | JPMSAH0003565 |
| Exhibit 1G | JPMSAH0000178 |
| Exhibit 1H | JPMSAH0000358 |
| Exhibit 1I | JPMSAH0000617 |
| Exhibit 1J | JPMSAH0000943 |
| Exhibit 2A | JPMSAI0000002 |
| Exhibit 2B | JPMSAI0001344 |
| Exhibit 2C | JPMSAI0000133 |
| Exhibit 2D | JPMSAI0000190 |
| Exhibit 2E | JPMSAI0000264 |
| Exhibit 2F | JPMSAI0000375 |
| Exhibit 2G | JPMSAI0000418 |
| Exhibit 2H | JPMSAI0000524 |
| Exhibit 2I | JPMSAI0000585 |
| Exhibit 2J | JPMSAI0001430 |
| Exhibit 3A | JPMSAI0000001 |
| Exhibit 3B | JPMSAI0001241 |
| Exhibit 3C | JPMSAI0000429 |
| Exhibit 3D | JPMSAI0000757 |
| Exhibit 3E | JPMSAI0001062 |
| Exhibit 3F | JPMSAI0001216 |
| Exhibit 3G | JPMSAI0001354 |
| Exhibit 3H | JPMSAI0002140 |
| Exhibit 3I | JPMSAI0003371 |
| Exhibit 4A | JPMSAI0000335 |
| Exhibit 4B | JPMSAI0000343 |
| Exhibit 4C | JPMSAI0000345 |
| Exhibit 4D | JPMSAI0000347 |
| Exhibit 4E | JPMSAI0000349 |
| Exhibit 4F | JPMSAI0000353 |
| Exhibit 4G | JPMSAI0000355 |
| Exhibit 5A | JPMSAF0000001 |
| Exhibit 5B | JPMSAF0072931 |
| Exhibit 5C | JPMSAF0004816 |
| Exhibit 5D | JPMSAF0008109 |
| Exhibit 5E | JPMSAF0036313 |
| Exhibit 5F | JPMSAI0003443 |

| | |
|---|---|
| Exhibit 1A | JPMSAH0000001 |
| Exhibit 5G | JPMSCQ0000001 |
| Exhibit 5H | JPMSCQ0000028 |
| Exhibit 5I | JPMSAF0000523 |

5

## DECLARATION V REGARDING JPMORGAN BANK RECORDS

### Case No.: 08-01789 (SMB)

Linda Coribello, certifies and declares as follows:

1. I am over the age of 18 years and not a party to this action.

2. My business address is 4 Chase Metrotech Center, Floor 18, Brooklyn, New York 11245-0001.

3. I am a Document Review Sr. Specialist and Custodian of Records for JPMorgan Chase Bank, N.A. ("JPMorgan"), in the Subpoena Compliance Group, and I am authorized to make this declaration.

4. Bernard L. Madoff Investment Securities LLC ("BLMIS") maintained account numbers 140081703 and 6301428151509 (the "Accounts") at JPMorgan.

5. I am familiar with and have knowledge of JPMorgan's practice of regularly sending copies of checks to its customers for the purpose of providing records of account activity.

6. Exhibits 1A-1L, labeled with Bates prefix "MADWAA," are examples of checks written from Account 140081703.

7. Exhibits 2A-2J, labeled with Bates prefix "MADWAA," are examples of checks written from Account 6301428151509.

8. Based on my knowledge of JPMorgan's practices and procedures, with the exception of any handwritten notations, the checks attached hereto as Exhibits 1A-2J contain distinctive characteristics of original bank documents made and kept by JPMorgan in the ordinary course of business, including, but not limited to: Account number 140081703 or 6301428151509, the routing number of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity, and the logo, insignia or address of JPMorgan, The Chase Manhattan Bank, or another JPMorgan related entity. Records of this type were routinely made and sent to JPMorgan's customer, BLMIS, in the ordinary course of business.

9. Based on my knowledge of JPMorgan's practices and procedures, the checks attached hereto as Exhibits 1A-2J appear to be JPMorgan business records.

10. Based on my knowledge of JPMorgan's practices and procedures and my review of the relevant JPMorgan bank records attached hereto as Exhibits 1A-2J, I conclude the records attached hereto as Exhibits 1A-2J were made at or near the time of the occurrence of the matters set forth in the records by, or from information transmitted by, a person with knowledge of those matters.

11. Based on my knowledge of JPMorgan's practices and procedures, records of the type attached hereto as Exhibits 1A-2J were kept in the regular course of JPMorgan's business.

*SB 892924-F1*

12. It is JPMorgan's regular practice to make records such as the checks attached hereto as Exhibits 1A-2J in the ordinary course of business.

13. I declare under penalty of perjury that the foregoing is true and correct.

Dated: *December 13, 2017*

By: *[signature]*

Linda Coribello
Document Review Sr. Specialist
SUBPOENA COMPLIANCE GROUP

## INDEX OF EXHIBITS

| Exhibit 1A | MADWAA00040522 |
|---|---|
| Exhibit 1B | MADWAA00063827 |
| Exhibit 1C | MADWAA00129479 |
| Exhibit 1D | MADWAA00380042 |
| Exhibit 1E | MADWAA00040562 |
| Exhibit 1F | MADWAA00053293 |
| Exhibit 1G | MADWAA00072849 |
| Exhibit 1H | MADWAA00076338 |
| Exhibit 1I | MADWAA00083611 |
| Exhibit 1J | MADWAA00086923 |
| Exhibit 1K | MADWAA00376074 |
| Exhibit 1L | MADWAA00385350 |
| Exhibit 2A | MADWAA00268678 |
| Exhibit 2B | MADWAA00268702 |
| Exhibit 2C | MADWAA00065524 |
| Exhibit 2D | MADWAA00103078 |
| Exhibit 2E | MADWAA00123438 |
| Exhibit 2F | MADWAA00127600 |
| Exhibit 2G | MADWAA00155561 |
| Exhibit 2H | MADWAA00168925 |
| Exhibit 2I | MADWAA00288165 |
| Exhibit 2J | MADWAA00371970 |