**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

**Hearing Date: September 25, 2019 10:00 AM**
**Objection Date: September 18, 20129**

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>  Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>  Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>  Plaintiff, <br><br> v. <br><br> CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant, <br><br>  Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC <br><br>  Plaintiff, <br><br> v. <br><br> CAROL NELSON, <br><br>  Defendant. | Adv. Pro No. 10-04658 (SMB) |

{00042638 2 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that on September 24, 2019, I caused a true and correct copy of the following documents:

Supplemental Declaration of Helen Davis Chaitman in Further Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction, with Exhibits A and B

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and by electronic mail upon:

> David J. Sheehan, Esq.
> Dean Hunt, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: 212-589-4616
> Facsimile: 212-589-4201
> dsheehan@bakerlaw.com
> dhunt@bakerlaw.com

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   September 24, 2019                             */s/ Helen Davis Chaitman*
         New York, New York

{00042638 2 }