**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Regina Griffin
Oren J. Warshavsky
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 25, 2019 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-05355; Picard v. ABN AMRO Bank (Ireland) Ltd., *et al.***

    A. Memorandum of Law in Support of Trustee's Motion for Leave to File Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/22/2019) [ECF No. 165]

    B. Declaration of Regina Griffin in Support of the Trustee's Motion for Leave to File Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 2/22/2019) [ECF No. 166]

    Objections Due: April 23, 2019

    Objections Filed:

    C. Memorandum of Law in Opposition to the Trustee's Motion for Leave to File Second Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), ABN AMRO Retained Custodial Services (Ireland) Limited (Filed: 4/23/2019) [ECF No. 169]

    D. Declaration of Thomas J. Giblin in Support of the Defendants' Opposition to the Trustee's Motion for Leave to File Second Amended Complaint filed by Thomas J. Giblin on behalf of ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), ABN AMRO Retained Custodial Services (Ireland) Limited (Filed: 4/23/2019) [ECF No. 170]

    E. Memorandum of Law in Opposition to the Trustee's Motion for Leave to File Second Amended Complaint filed by Christopher Harris on behalf of ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), ABN AMRO Retained Custodial Services (Ireland) Limited (Filed: 4/29/2019) [ECF No. 174]

    F. Declaration of Thomas J. Giblin in Support of the Defendants' Opposition to the Trustee's Motion for Leave to File Second Amended Complaint filed by Thomas J. Giblin on behalf of ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited), ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.), ABN AMRO Retained Custodial Services (Ireland) Limited (Filed: 4/29/2019) [ECF No. 1750]

Replies Due:        May 23, 2019

Replies Filed:

G. Reply Memorandum of Law in Further Support of Trustee's Motion for Leave to File Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/23/2019) [ECF No. 179]

Related Documents:

H. Letter Requesting Enlargement of Page Limitation for the Trustee's Reply Brief Filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/10/2019) [ECF No. 176]

I. Memorandum Endorsed Order Signed On 5/10/2019. Re: Granting Request For A 10 Page Enlargement (Filed: 5/13/2019) [ECF No. 178]

Status:        This matter is going forward.

2. **10-04377; Picard v. Carol Nelson, *et al.*;**
   **10-04658; Picard v. Carol Nelson**

   A. The Nelsons' Memorandum of Law in Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 8/8/2019) [ECF No. 18935]

   B. Declaration of Helen Davis Chaitman in Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 8/8/2019) [ECF No. 18936]

   Objections Due:        September 18, 2019

   Objections Filed:

   C. Trustee's Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by David J. Sheehan on behalf of Irving H Picard (Filed: 9/18/19) [ECF No. 19014]

   D. Declaration of Dean D. Hunt in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by David J. Sheehan on behalf of Irving H Picard (Filed: 9/18/19) [ECF No. 19015]

E.      Securities Investor Protection Corporation's Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 9/18/2019) [ECF No. 19016]

Replies Filed:

F.      Reply Memorandum of Law in Further Support of Motion to Dismiss for Lack of Subject-Matter Jurisdiction filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 9/20/20190) [ECF No. 19025]

Related Documents:

G.      Notice of Motion filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 8/8/2019) [ECF No. 18934]

H.      Letter to Honorable Stuart M. Bernstein requesting adjournment of briefing schedule filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 8/27/2019) [ECF No. 18964]

I.      Supplemental Declaration of Helen Davis Chaitman in Further Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction filed by Helen Davis Chaitman on behalf of Carol Nelson, Stanley Nelson (Filed: 9/24/2019) [ECF No. 19037]

Status:      This matter is going forward.

3. **09-01239; Picard v. Fairfield Investment Fund Limited, *et al*.;
12-01701; Picard v. PF Trustees Limited, *et al*.;
<u>10-03800; Picard v. Fairfield Greenwich Group, *et al*.</u>**

   A.    This matter is going forward as a status conference.

Dated: September 24, 2019
       New York, New York

By:   */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Regina Griffin
Email: rgriffin@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*