# EXHIBIT A

# AGREEMENT

This Agreement, dated as of September 26, 2019, is made by and between Irving H. Picard, in his capacity as Trustee ("Trustee") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll* ("SIPA"), for the liquidation proceedings of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the substantively consolidated Chapter 7 case of Bernard L. Madoff ("Madoff"), on the one hand, and Cardinal Management, Inc. ("Cardinal Management") and Dakota Global Investments, Ltd. ("Dakota"), on the other hand. The Trustee, Cardinal Management, and Dakota shall be referred to herein as the "Parties" and each as a "Party."

# BACKGROUND

A.     BLMIS and its predecessors were registered broker-dealers and members of the Securities Investor Protection Corporation ("SIPC").

B.     On December 11, 2008 (the "Filing Date"), the Securities and Exchange Commission (the "SEC") filed a complaint in the United States District Court for the Southern District of New York (the "District Court") against BLMIS and Madoff.

C.     On December 15, 2008, the District Court entered an order under SIPA, which, in pertinent part, appointed the Trustee for the liquidation of the business of BLMIS under section 5(b)(3) of SIPA and removed the case to the Bankruptcy Court under section 5(b)(4) of SIPA, where it is pending as Case No. 08-01789 (SMB) (the "SIPA Proceeding"). The Trustee is duly qualified to serve and act on behalf of the consolidated BLMIS estate (the "BLMIS Estate"). By Order dated June 9, 2009, the Chapter 7 estate of Madoff ("Madoff Estate") was substantively consolidated with the BLMIS Estate.

D.     Cardinal Management is an international business company incorporated on February 4, 2005 and organized under the laws of St. Lucia.

E.     By Order dated April 26, 2013, the High Court of Justice Saint Lucia appointed Mr. Gwynn David Neville Hopkins as receiver and manager, without security, of all of the assets of Cardinal Management. By a separate Order dated March 16, 2017, the High Court of Justice Saint Lucia replaced Gwynn David Neville Hopkins as receiver of Cardinal Management with Paul Pretlove (the "Receiver").

F.     Dakota is a private mutual fund incorporated in the British Virgin Islands.

G.     Pursuant to Section 159(2) of the BVI Insolvency Act, 2003, William Tacon was appointed as Liquidator of Dakota on March 26, 2010 by a qualifying resolution of the sole member of Dakota. By an Order dated March 6, 2012, the High Court of Justice British Virgin Islands made an Order replacing William Tacon as Liquidator of Dakota with Stuart Mackellar. By an Order dated March 9, 2018, the High Court of Justice British Virgin Islands made an Order replacing Stuart Mackellar as Liquidator of Dakota with Paul Pretlove.

H.     Cardinal Management maintained an account with BLMIS. Cardinal Management's account was opened in 2005 and designated as account no. 1FR119 (the

"Account").

I.      From the opening of the Account to the Filing Date, Cardinal Management withdrew from the Account approximately Twenty-Eight Million, Seventy-Three Thousand United States Dollars ($28,073,000.00) (the "Transfers").

J.      In the ninety days prior to the Filing Date, Cardinal Management withdrew from the Account approximately Twenty-Four Million United States Dollars ($24,000,000.00) (the "90-Day Transfers").

K.      In the two years prior to the Filing Date, Cardinal Management withdrew from the Account, not including the 90-Day Transfers, approximately Four Million, Seventy-Three Thousand Dollars ($4,073,000.00) (the "Two-Year Transfers").

L.      Some or all of the 90-Day Transfers and the Two-Year Transfers were subsequently transferred to Dakota.

M.      On or about July 2, 2009, Cardinal Management filed a customer claim with the Trustee, which was designated as Claim # 14653. On or about July 2, 2009, Cardinal Management filed a second customer claim with the Trustee, which was designated as Claim # 15267. On or about July 7, 2009, Cardinal Management filed a third customer claim with the Trustee, which was designated as Claim # 70152 (collectively, the "Cardinal Management Customer Claims"). The Cardinal Management Customer Claims are listed on Attachment A to this Agreement. The Cardinal Management Customer Claims assert that Cardinal Management is entitled to a customer claim for money or the securities reflected on Cardinal Management's BLMIS account statement for the period ended November 30, 2008. The Parties agree that Cardinal Management's net equity equals Ninety-Six Million, Two Hundred Forty-Nine Thousand, Seven Hundred Sixty-Nine United States Dollars ($96,249,769.00).

N.      On November 24, 2010, the Trustee filed a complaint in the United States Bankruptcy Court for the Southern District of New York in the adversary proceeding captioned *Picard v. Cardinal Management, Inc., et al.*, Adv. Pro. No. 10-04287 (SMB) (the "Adversary Proceeding"). In the complaint, the Trustee asserted claims against Cardinal Management and Dakota to avoid and recover the 90-Day Transfers and Two-Year Transfers under 11 U.S.C. §§ 544, 547, 548, 550, 551, SIPA § 78fff-2(c)(3), New York Debtor and Creditor Law §§ 273-279, and claims to disallow the Cardinal Management Customer Claims pursuant to 11 U.S.C. § 502(d) and equitably subordinate the Cardinal Management Customer Claims pursuant to 11 U.S.C. §§ 510(c) and 105(a).

O.      On November 22, 2016, the Bankruptcy Court entered a Memorandum Decision dismissing the Trustee's claims against Dakota based on comity and/or extraterritoriality. The Trustee filed a timely notice of appeal to the United States Court of Appeals for the Second Circuit on March 16, 2017 (the "Appeal").

P.      On January 15, 2019, the Trustee filed an amended complaint in the Adversary Proceeding. In the amended complaint, the Trustee asserted claims against Cardinal Management to avoid and recover the Two-Year Transfers under 11 U.S.C. §§ 502, 548, 550, and 551, SIPA § 78fff-2(c)(3) and claims to disallow the Cardinal Management Customer

Claims pursuant to 11 U.S.C. § 502(d) and equitably subordinate the Cardinal Management Customer Claims pursuant to 11 U.S.C. §§ 510(c) and 105(a).

NOW, THEREFORE, in consideration of the foregoing, of the mutual covenants, promises, and undertakings set forth herein, and for good and valuable consideration, the mutual receipt and sufficiency of which are hereby acknowledged, the Parties agree:

1.    Recitals. The foregoing Recitals are incorporated into, and are a material part of, this Agreement.

2.    Payment to Trustee. At the Closing (as defined in paragraph 10), in consideration of the release by the Trustee set forth herein, Cardinal Management shall pay or cause to be paid to the Trustee, pursuant to the means set forth in paragraph 10, the sum of Eleven Million United States Dollars ($11,000,000.00) (the "Settlement Payment") in full and final settlement and satisfaction of the claims in the Adversary Proceeding, and any other past or present claims of the Trustee, the BLMIS Estate, or the Madoff Estate, of every kind and nature whatsoever that the Trustee, the BLMIS Estate, and Madoff Estate may have against Cardinal Management and/or Dakota arising from the Account or the Transfers.

3.    Allowance of Customer Claim. Upon the Closing (as defined in paragraph 10), the Trustee shall allow Cardinal Management a single customer claim equal in priority to other allowed customer claims against the BLMIS Estate in the amount of One Hundred Seven Million, Two Hundred Forty-Nine Thousand, Seven Hundred Sixty-Nine United States Dollars ($107,249,769.00) (the "Allowed Claim"), consisting of Cardinal Management's net equity of $96,249,769.00 and the Settlement Payment of $11,000,000.00. Based on the Allowed Claim and the interim distributions made to date by the Trustee, Cardinal Management will be entitled at Closing to a distribution of Seventy-One Million, Nine Hundred Sixty-Three Thousand, Seven Hundred Thirty-Eight United States Dollars and Fifty-Eight Cents ($71,963,738.58) (the "Catch-Up Distribution"). The Catch-Up Distribution includes the SIPC customer advance provided for under section 78fff-3(a) of SIPA applicable to the Allowed Claim in the amount of $500,000.00. In addition, Cardinal Management shall be entitled to ratable distributions owing on the Allowed Claim in due course as distributed by the Trustee and approved by the Bankruptcy Court from time to time on the same basis and timetable as the holders of admitted claims in the SIPA liquidation of the BLMIS Estate.

4.    Release by the Trustee. In consideration for the terms herein, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 10), the Trustee, on behalf of himself, BLMIS, and its consolidated estates, shall release, acquit, and forever discharge Cardinal Management and Dakota, including their successors and/or assigns, from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of, and any, liability or damages (including any allegation of, and any, duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature, or description, direct or indirect, in law, equity or arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise (including attorney's fees, costs, or disbursements), that are, have been, could have been, or

might in the future be asserted by the Trustee, on behalf of himself, BLMIS, and its consolidated estates, or based on, arising out of, or in any way related to BLMIS, Madoff or the claims in the Adversary Proceeding, except for any and all claims to enforce the obligations of Cardinal Management under this Agreement. The release granted by the Trustee hereunder shall extend to Cardinal Management's shareholders, directors, managers, third party service providers, agents and attorneys, and any subsequent transferees thereof, to the extent that any of them received transfers of money from Cardinal Management, but shall not include a release of claims that the Trustee may bring that are unrelated to Cardinal Management's account with investments in or withdrawals from BLMIS.

     5.   <u>Releases by Cardinal Management and Dakota</u>. In consideration for the covenants and agreements in this Agreement and for other good and valuable consideration, the receipt and sufficiency of which are hereby acknowledged, except with respect to the obligations, rights, and considerations arising under this Agreement, upon the Closing (as defined in paragraph 10), Cardinal Management and Dakota hereby release, acquit, and forever discharge the Trustee and all his agents, representatives, attorneys, employees, and professionals, the BLMIS Estate, and Madoff Estate from any and all past, present, or future claims or causes of action (including any suit, petition, demand, or other claim in law, equity, or arbitration) and from any and all allegations of, and any, liability or damages (including any allegation of, and any, duties, debts, reckonings, contracts, controversies, agreements, promises, damages, responsibilities, covenants, or accounts), of whatever kind, nature, or description, direct or indirect, in law, equity or arbitration, absolute or contingent, in tort, contract, statutory liability, or otherwise, based on strict liability, negligence, gross negligence, fraud, breach of fiduciary duty, or otherwise (including attorney's fees, costs, or disbursements), known or unknown (as defined in paragraph 6), existing as of the date of the Closing (as defined in paragraph 10) that are, have been, could have been, or might in the future be asserted by Cardinal Management or Dakota based on, arising out of, or in any way related to BLMIS or Madoff, except for the rights of Cardinal Management to enforce the obligations of the Trustee under this Agreement.

     6.   <u>Unknown Claims</u>. Unknown claims shall mean any released claims pursuant to paragraph 5 of this Agreement, as defined herein, that Cardinal Management or Dakota do not know or suspect to exist in its favor at the time of giving the release in this Agreement that if known by Cardinal Management or Dakota, might have affected its settlement and release in this Agreement. The Parties shall be deemed to have waived, and by operation of the Bankruptcy Court's approval of this Agreement, shall have expressly waived, the provisions, rights, and benefits of California Civil Code § 1542, (and any similar law, rule or regulation), which provides as follows:

> A GENERAL RELEASE DOES NOT EXTEND TO CLAIMS THAT THE CREDITOR OR RELEASING PARTY DOES NOT KNOW OR SUSPECT TO EXIST IN HIS OR HER FAVOR AT THE TIME OF EXECUTING THE RELEASE AND THAT IF KNOWN BY HIM OR HER WOULD HAVE MATERIALLY AFFECTED HIS OR HER SETTLEMENT WITH THE DEBTOR OR THE RELEASED PARTY.

Unknown claims further include any and all provisions, rights, and benefits conferred by

4

any law of any state or territory of the United States, or principle of common law or non-U.S. law, which is similar, comparable, or equivalent to California Civil Code § 1542.

7.    <u>Dismissal of Proceedings</u>. Promptly after the Closing, the Parties shall cooperate in taking all necessary steps to obtain dismissal of the Adversary Proceeding with prejudice and discontinuance of the Appeal with respect to Dakota, with each party bearing its own costs, attorney's fees, and expenses.

8.    <u>Filed Customer Claims</u>. The customer claims filed by Cardinal Management shall be deemed to be a single customer claim in the SIPA Proceeding.

9.    <u>Court Approval; Effective Date; Termination</u>.

    (a)    This Agreement is subject to and shall become effective and binding on the Parties upon the Bankruptcy Court's approval of this Agreement by an order that is no longer subject to appeal, review, or rehearing, except that for the purpose of clarity, if no objections are filed, the "<u>Effective Date</u>" shall be the date of the Bankruptcy Court's Approval Order (the "<u>Approval Order</u>").

    (b)    The Trustee shall use his reasonable efforts to obtain the Approval Order in the SIPA Proceeding as promptly as practicable after the execution of this Agreement. The Approval Order shall include an express provision allowing Cardinal Management's Allowed Claim. The form of the Approval Order shall be subject to the reasonable approval of the Parties.

    (c)    If this Agreement has not become effective as provided in this paragraph within 120 days after the date of this Agreement (or within such additional time as mutually agreed upon by the Parties), then (i) this Agreement (other than this paragraph) shall terminate and be void; (ii) all of the statements, concessions, consents, and agreements contained in the Agreement (other than this paragraph) shall be void; and (iii) neither the Trustee nor Cardinal Management may use or rely on any such statement, concession, consent, or agreement in any public statement or litigation involving the SIPA Proceeding, Adversary Proceeding, or any case or proceeding relating to Cardinal Management, BLMIS, or Madoff.

10.    <u>Closing</u>. There shall be a closing ("<u>Closing</u>") within five (5) business days after the Effective Date of this Agreement. At the Closing, the Trustee shall pay Cardinal Management the amount of the Catch-Up Distribution ($71,693,738.58) less the Settlement Payment amount of $11,000,00.00 by wire transfer using the instructions in Attachment B to this Agreement. Accordingly, at Closing, the Trustee shall pay Cardinal Management a net amount of Sixty Million, Nine Hundred Sixty-Three Thousand, Seven Hundred Thirty-Eight United Dollars and Fifty-Eight Cents ($60,963,738.58) and the Settlement Payment will be deemed to be satisfied in full.

11.    <u>The Parties' Authority</u>. Cardinal Management represents and warrants to the Trustee that, as of the date hereof, it has the full power, authority, and legal right to execute and

deliver, and to perform its respective obligations under this Agreement and has taken all
necessary action to authorize the execution, delivery, and performance of its respective
obligations under this Agreement.  The Trustee represents and warrants to Cardinal Management
that, as of the date hereof, and subject to the approval of the Bankruptcy Court as set forth in
paragraph 9 above, he has the full power, authority, and legal right to execute and deliver, and to
perform his obligations under this Agreement and has taken all necessary action to authorize the
execution, delivery, and performance of his respective obligations under this Agreement.

12.    Business Days.  For purposes of this Agreement the term "business days" shall
mean any day other than Saturday, Sunday, or a day that is a legal holiday in New York City.

13.    Further Assurances.  The Parties shall execute and deliver any document or
instrument reasonably requested by the other Party after the date of this Agreement to effectuate
the intent of this Agreement.

14.    Entire Agreement.  This Agreement constitutes the entire agreement and
understanding between the Parties and supersedes any and all prior agreements, representations,
and understandings of the Parties concerning the subject matter hereof.

15.    No Admission.  This Agreement and all negotiations, statements, and proceedings
in connection therewith are not, will not be argued to be, and will not be deemed to be a
presumption, concession, or admission by any Party of any fault, liability, or wrongdoing
whatsoever.  This Agreement and any matter relating thereto may not be offered or received in
evidence or otherwise referred to in any civil, criminal, or administrative action or proceeding as
evidence of any fault, liability, or wrongdoing whatsoever.

16.    Amendments; Waiver.  This Agreement may not be terminated, amended or
modified in any way except by written instrument signed by all of the Parties.  No waiver of any
provision of this Agreement shall be deemed to constitute a waiver of any other provision hereof,
whether or not similar, nor shall such waiver constitute a continuing waiver.

17.    Assignability.  No Party hereto may assign its rights under this Agreement
without the prior written consent of each of the other Parties hereto, except that nothing in this
Agreement shall prevent Cardinal Management's ability to assign all or part of Cardinal
Management's Allowed Claim pursuant to the Bankruptcy Court's November 10, 2010 Order
Establishing Procedures for the Assignment of Allowed Claims.

18.    Successors Bound.  This Agreement shall be binding upon and inure to the benefit
of each of the Parties and their respective successors and permitted assigns.

19.    No Third-Party Beneficiary.  Except as expressly provided in paragraphs 4 and 5,
the Parties do not intend to confer any benefit of or under this Agreement upon any person or
entity other than the Parties hereto and their respective successors and permitted assigns.

20.    Applicable Law.  This Agreement shall be construed and enforced in accordance
with the laws of the State of New York, without regard to its conflicts of law provisions.

21.    Exclusive Jurisdiction.  The Parties agree that the Bankruptcy Court shall have

exclusive jurisdiction over any and all disputes between Parties, whether in law or equity, arising out of or relating to this Agreement, or any provision thereof, and the Parties hereby consent to and submit to the jurisdiction of the Bankruptcy Court for any such action. In the event the BLMIS proceeding is closed by a final decree and not reopened, the Parties agree that any dispute arising out of this Agreement may be brought in the United States District Court for the Southern District of New York or the Supreme Court of the State of New York in New York County.

22.    <u>Captions and Rules of Construction</u>.  The captions in this Agreement are inserted only as a matter of convenience and for reference and do not define, limit, or describe the scope of this Agreement or the scope or content of any of its provisions.  Any reference in this Agreement to a paragraph is to a paragraph of this Agreement.  "Includes" and "including" are not intended to be limiting.

23.    <u>Notices</u>.  Any notices under this Agreement shall be in writing, shall be effective when received, and may be delivered only by hand, by overnight delivery service, by fax, or by electronic transmission to:

If to the Trustee:                           If to Cardinal Management and/or Dakota:

Irving H. Picard                             Jeff E. Butler
Baker & Hostetler LLP                        Clifford Chance US, LLP
45 Rockefeller Center                        31 West 52nd Street
New York, NY 10111                           New York, NY 10019
F: (212) 589-4201                            F. (212) 878-8375
E: ipicard@bakerlaw.com                      E. jeff.butler@cliffordchance.com

With copies to:
Seanna Brown:
Baker & Hostetler LLP
45 Rockefeller Center
New York, NY 10111
F: (212) 589-4201
E: sbrown@bakerlaw.com

24.    <u>Counterparts; Electronic Copy of Signatures</u>.  This Agreement may be executed and delivered in any number of counterparts, each of which so executed and delivered shall be deemed to be an original and all of which shall constitute one and the same document.  The Parties may evidence their execution of this Agreement by delivery to the other Party of scanned or faxed copies of their signatures, with the same effect as the delivery of an original signature.

25.    <u>Negotiated Agreement</u>.  This Agreement has been fully negotiated by the Parties. Each Party acknowledges and agrees that this Agreement has been drafted jointly, and the rule that ambiguities in an agreement or contract may be construed against the drafter shall not apply in the construction or interpretation of this Agreement.

26.    <u>Severability</u>.  In the event that any term or provision of this Agreement or any application thereof is deemed to be invalid and unenforceable, the remainder of this Agreement and any other application of such term or provision shall not be affected thereby.

*[Signature pages follow]*

IN WITNESS WHEREOF, the Parties hereto have caused this Agreement to be executed as of the date first above written.

Irving H. Picard, Trustee

_____

Sworn and subscribed before me this
27 day of Sept, 2019

_____
Notary Public

SONYA M. GRAHAM
Notary Public, State of New York
No. 01GR6133214
Qualified in Westchester County
Commission Expires: 9/12/20 21

Cardinal Management, Inc.

Name: PAUL LEWIS PRETLOVE FCCA FABRP FIPA

Title: Receiver

Sworn and subscribed before me this
26 day of Sept, 2019

Notary Public



Dakota Global Investments, Ltd.

Name: PAUL LEWIS PRETLOVE FCCA FABRP FIPA

Title: Liquidator

Sworn and subscribed before me this
26 day of Sept, 2019

Notary Public





# Attachment A

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U.S. Bankruptcy Court for the Southern District of New York
Claim Number:                    014653

## CUSTOMER CLAIM

Claim Number_____

Date Received_____

**RECEIVED**

JUL 0 2 2009

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

JUL 0 2 2009

**(Please print or type)**

Name of Customer: Cardinal Management Inc.
Mailing Address:   7 Mongiraud Street
City: Castries          State:  St. Lucia        Zip: _____
Account No.: 1-FR119-3-0 / 1-FR119-4=0
Taxpayer I.D. Number (Social Security No.): _____

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of        $ 124,323,000

    b.    I owe the Broker a Debit (Dr.) Balance of          $_____

    c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.                    $_____

    d.    If balance is zero, insert "None."          _____

MWPTAP00044966

MWPTAP00571792

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | _____ |
| b. | I owe the Broker securities | _____ | _____ |
| c. | If yes to either, please list below: |  |  |

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406

2

MWPTAP00044967

MWPTAP00571793

NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. |  | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) |  | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | X - Bernard L. Madoff |  |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. |  | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:_____

_____

502180406                                    3

MWPTAP00044968

MWPTAP00571794

01/07 2009 12:45

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

CARDINAL MANAGEMENT INC.

Date _July 1, 2009_   Signature _____   Title _Director_

Date _July 1, 2009_   Signature _____   _Director_

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

S02180406

4

MWPTAP00044969

**MWPTAP00571795**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

Period ending: 11/30/08   Page 1 A
Your account number: 1-FR119-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | CUSIP | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 6,045,505.58 | |
| 11/03 | | | | CHECK WIRE | CW | 14,000,000.00 | |
| 11/03 | | | | FIDELITY SPARTAN | DIV | | 9.05 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/03 | | | | U S TREASURY MONEY MARKET DIV 11/03/08 | CW | 2.72 | |
| | | | | W/H TAX DIV FDLXX | | | |
| 11/03 | 28,045 | | 23114 | FIDELITY SPARTAN | 1 | 28,045.00 | 28,045.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/03 | | 8,490,000 | 233800 | U S TREASURY BILL | .99,865 | | 8,488,525.00 |
| | | | | DUE 2/12/2009 | | | |
| 11/03 | | 5,500,000 | 232230 | U S TREASURY BILL | .99,928 | | 5,496,040.00 |
| | | | | DUE 12/18/2008 12/18/2008 | | | |
| 11/06 | 12,616 | | 23293 | FIDELITY SPARTAN | 1 | 12,616.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | 10,000 | | 304950 | ABBOTT LABORATORIES | 105.380 | 1,052,623.40 | |
| 11/06 | 17,920 | | 11210 | AMGEN INC | 55.090 | 987,928.80 | |
| 11/06 | 12,320 | | 11445 | BOEING CO | 60.350 | 744,004.00 | |
| 11/06 | 6,960 | | 311680 | BANK OF AMERICA | 51.120 | 458,393.20 | |
| 11/06 | 90,240 | | 11915 | BAXTER INTERNATIONAL INC | 233.840 | 1,390,770.60 | |
| 11/06 | 6,720 | | 12150 | | 60.600 | 407,500.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
New York (212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

CARDINAL HOLDINGS BV

PERIOD ENDING: 11/30/08
PAGE: 2 A
YOUR TAXPAYER IDENTIFICATION NUMBER
YOUR ACCOUNT NUMBER: 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRAN CODE | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----------|-------------|-----------------|-------------------------------|--------------------------------|
| 11/06 | 13,440 | | 12305 | BANK OF NEW YORK MELLON CORP | 32.290 | 434,514.60 | |
| 11/06 | 22,400 | | 12420 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 462,560.00 | |
| 11/06 | 74,640 | | 12605 | AMERISOURCEBERGEN CORP | 52.530 | 3,924,649.20 | |
| 11/06 | 69,760 | | 13300 | COTY GROUP INC | 33.530 | 389,169.20 | |
| 11/06 | 33,600 | | 13325 | CDMCAST CORP | 15.790 | 531,889.00 | |
| 11/06 | 17,920 | | 13560 | CONOCOPHILLIPS | 51.020 | 916,786.40 | |
| 11/06 | 16,800 | | 13580 | CISCO SYSTEMS INC | 14.920 | 1,539,398.40 | |
| 11/06 | 16,800 | | 14395 | CVS CAREMARK CORP | 30.510 | 513,240.40 | |
| 11/06 | 14,560 | | 14590 | CHEVRON CORP | 73.740 | 1,735,304.80 | |
| 11/06 | 23,520 | | 14265 | THE WALT DISNEY CO | 24.760 | 1,735,304.80 | |
| 11/06 | 222,400 | | 14800 | GENERAL ELECTRIC CO | 19.600 | 2,555,520.00 | |
| 11/06 | 119,840 | | 14735 | GOOGLE | 356.520 | 2,353,657.00 | |
| 11/06 | 2,240 | | 14970 | GOLDMAN SACHS GROUP INC | 91.870 | 798,693.80 | |
| 11/06 | 44,480 | | 15205 | HOME DEPOT INC | 23.330 | 411,756.60 | |
| 11/06 | 201,600 | | 15400 | HEWLETT PACKARD CO | 36.310 | 470,534.00 | |
| 11/06 | 28,000 | | 15675 | INTERNATIONAL BUSINESS MACHS | 92.600 | 1,017,800.00 | |
| 11/06 | 15,680 | | 15910 | INTEL CORP | 16.070 | 1,455,731.00 | |
| 11/06 | 25,040 | | 16145 | JOHNSON JOHNSON | 56.470 | 1,039,461.80 | |
| 11/06 | 421,680 | | 16610 | J P MORGAN CHASE CO | 40.310 | 1,742,831.60 | |
| 11/06 | 17,920 | | 16850 | KRAFT FOOD INC | 29.110 | 522,357.20 | |
| 11/06 | 22,400 | | 17085 | COCA COLA CO | 44.490 | 997,472.00 | |
| 11/06 | 33,440 | | 17530 | MCDONALDS CORP | 55.830 | 1,874,703.20 | |
| 11/06 | 27,440 | | 17660 | MEDTRONIC INC | 27.010 | 741,303.60 | |
| 11/06 | 7,840 | | 17790 | 3M COMPANY | 63.590 | 498,858.60 | |

*CONTINUED ON PAGE 3

MWPTAP00044971

MWPTAP00571797

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE PER SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 23,520 | | 18025 | ALTRIA GROUP INC | 19-160 | 451,503-20 | |
| 11/06 | 24,640 | | 18260 | MERCK & CO | 30-780 | 759,404-20 | |
| 11/06 | 209,720 | | 22310 | MICROSOFT CORP | 22-310 | 2,027,591-20 | |
| 11/06 | 56,920 | | 18470 | ORACLE CORPORATION | 18-200 | 1,033,447-20 | |
| 11/06 | 10,080 | | 19435 | OCCIDENTAL PETROLEUM CORP | 54-290 | 547,466-20 | |
| 11/06 | 17,920 | | 19570 | PEPSICO INC | 57 | 1,022,156-00 | |
| 11/06 | 77,300 | | 19905 | PFIZER INC | 17-690 | 1,370,174-20 | |
| 11/06 | 347,200 | | 20040 | PROCTER & GAMBLE CO | 64-570 | 22,423,258-40 | |
| 11/06 | 19,640 | | 20375 | PHILLIP MORRIS INTERNATIONAL | 42-730 | 1,053,852-20 | |
| 11/06 | 23,040 | | 20610 | FIDELITY SPARTAN | 31-510 | 729,653-40 | |
| 11/06 | 133,440 | | 20845 | SCHLUMBERGER LTD | 52-360 | 6,996,193-40 | |
| 11/06 | 67,200 | | 21080 | SAFEWAY INC | 26-980 | 1,815,764-00 | |
| 11/06 | 41,440 | | 21315 | TIME WARNER INC | 10-060 | 418,543-40 | |
| 11/06 | 11,200 | | 21550 | UNITED PARCEL SVC INC | 52-790 | 591,696-00 | |
| 11/06 | | | 21785 | US SUBANGOMERI | | | |
| 11/06 | 20,160 | | 22020 | UNITED TECHNOLOGIES CORP | 54-920 | 596,534-00 | |
| 11/06 | 11,200 | | 22255 | VERIZON COMMUNICATIONS | 29-980 | 615,552-00 | |
| 11/06 | 32,480 | | 22490 | WAL MART STORES INC | 53-800 | 759,049-40 | |
| 11/06 | 24,960 | | 22725 | WELLS FARGO & COMPANY | | 1,283,295-80 | |
| 11/06 | 60,480 | | 22960 | EXXON MOBIL CORP | 73-680 | 1,450,401-80 | |
| | | | | | | 4,458,585-40 | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U.S. TREASURY MONEY MARKET | | | .20 |
| 11/06 | | | | DIV DIV/06/08 | | | |
| | | | | W/H TAX PATH | CM | | |
| | | | | U.S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV 06/08 | | | .67 |
| | | | | CONTINUED ON PAGE 4 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT LTD

CARDINAL HOLDINGS BV
WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4   A

TAX YEAR END 11/30/08

YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | AMOUNT RECEIVED | SOLD BALANCE | PRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 29,566 | 29,566 | 10740 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,566.00 | |
| 11/06 | | 12,616 | 48257 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,616.00 |
| 11/06 | | 4,225,000 | 48473 | U S TREASURY BILL DUE 12/11/2008 | 99.989 | | 4,224,535.25 |
| 11/06 | | 3,850,000 | 48686 | U S TREASURY BILL DUE 12/18/2008 | 99.932 | | 3,847,382.00 |
| 11/06 | | 16,750,000 | 48687 | U S TREASURY BILL DUE 01/08/2009 | 99.961 | | 16,743,300.00 |
| 11/06 | | 16,750,000 | 49115 | U S TREASURY BILL DUE 01/22/2009 | 99.946 | | 16,740,955.00 |
| 11/06 | | 16,750,000 | 49329 | U S TREASURY BILL DUE 01/22/2009 | 99.934 | | 16,738,945.00 |
| 11/06 | | 16,750,000 | 49544 | U S TREASURY BILL DUE 01/29/2009 | 99.928 | | 16,737,940.00 |
| 11/06 | 7,090,000 | | 49986 | U S TREASURY BILL DUE 03/26/2009 | 99.902 | 7,084,350.00 | |

CONTINUED ON PAGE 5

MWPTAP00044973

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BY

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

TAX PERIOD: 11/30/08    PAGE 5    A

YOUR ACCOUNT NUMBER  1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | SYMBOL | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 7,900,000 | | 50215 | U S TREASURY BILL DUE 4/02/2009 | 99.751 | 7,880,329.00 | |
| 11/06 | 7,900,000 | | 50444 | U S TREASURY BILL DUE 04/09/2009 | 99.726 | 7,878,354.00 | |
| 11/07 | 6,975 | | 25796 | APPLE INC | 109.000 | 759,159.00 | |
| 11/07 | 124,000 | | 25675 | ABBOTT LABORATORIES | 20.750 | 2,576,000.00 | |
| 11/07 | 8,525 | | 23966 | AMGEN INC | 62.070 | 529,487.75 | |
| 11/07 | 6,200 | | 24201 | BOEING CO | 53.640 | 332,816.00 | |
| 11/07 | 39,725 | | 24936 | BANK OF AMERICA | 23.720 | 939,114.00 | |
| 11/07 | 8,525 | | 24437 | BANK OF NEW YORK MELLON CORP | 26.740 | 228,471.00 | |
| 11/07 | 8,525 | | 24906 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 291,981.25 | |
| 11/07 | 15,500 | | 25141 | ANHEUSER BUSCH COS INC | 64.190 | 326,430.00 | |
| 11/07 | 9,525 | | 25376 | CONOCOPHILLIPS | 52.060 | 348,447.75 | |
| 11/07 | 431,850 | | 25811 | CITIGROUP INC | 14.400 | 606,732.50 | |
| 11/07 | 22,475 | | 25846 | COMCAST CORP | 17.390 | 391,739.25 | |
| 11/07 | 117,025 | | 26081 | CONOCOPHILLIPS | 53.060 | 617,287.50 | |
| 11/07 | 45,725 | | 26316 | CISCO SYSTEMS INC | 17.580 | 805,674.50 | |
| 11/07 | 10,850 | | 26551 | CVS CAREMARK CORP | 31.720 | 344,596.00 | |
| 11/07 | 10,775 | | 25786 | CHEVRON CORP | 75.450 | 1,228,599.75 | |
| 11/07 | 41,375 | | 27256 | GENERAL ELECTRIC CO | 19.810 | 819,345.00 | |
| 11/07 | 1,550 | | 27491 | GOOGLE | 349.160 | 541,260.00 | |

CONTINUED ON PAGE 6

MWPTAP00044974

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| PERIOD ENDING | 11/30/08 |
| YOUR ACCOUNT NUMBER | 1-FR119-3-0 |
| PAGE | 6 | A |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 3,100 | | 27726 | GOLDMAN SACHS GROUP INC | 89.070 | 276,261.00 | |
| 11/07 | 13,175 | | 27961 | HOME DEPOT INC | 22.480 | 296,701.00 | |
| 11/07 | 19,375 | | 28395 | HEWLETT PACKARD CO | 38.820 | 752,952.50 | |
| 11/07 | 10,850 | | 28431 | INTERNATIONAL BUSINESS MACHS | 92.430 | 1,003,299.50 | |
| 11/07 | 43,400 | | 28065 | INTEL CORP | 16 | 696,136.00 | |
| 11/07 | 21,700 | | 28301 | JOHNSON & JOHNSON | 61.620 | 1,347,362.00 | |
| 11/07 | 29,450 | | 29135 | J.P. MORGAN CHASE & CO | 40.960 | 1,207,450.00 | |
| 11/07 | 11,625 | | 29791 | KRAFT FOOD INC | 29.710 | 345,843.75 | |
| 11/07 | 15,500 | | 29606 | COCA COLA CO | 46.500 | 722,610.00 | |
| 11/07 | 8,525 | | 28842 | MCDONALDS CORP | 57.510 | 490,573.75 | |
| 11/07 | 38,525 | | 30076 | MICRONSOFT CORP | 22.920 | 351,958.50 | |
| 11/07 | 5,475 | | 30011 | 3M COMPANY | 64.280 | 352,991.00 | |
| 11/07 | 16,275 | | 30546 | ALTRIA GROUP INC | 19.370 | 315,897.75 | |
| 11/07 | 17,000 | | 30781 | MERCK & CO | 30.480 | 520,366.00 | |
| 11/07 | 31,000 | | 31240 | PFIZER INC | 45.960 | 1,424,760.00 | |
| 11/07 | | | 32531 | ORACLE CORPORATION | 18 | | |
| 11/07 | 6,200 | | 31956 | OCCIDENTAL PETROLEUM CORP | 54.300 | 337,404.00 | |
| 11/07 | 12,400 | | 32191 | PEPSICO INC | 58.630 | 727,508.00 | |
| 11/07 | 50,700 | | 32435 | PROCTER & GAMBLE CO | 18 | 950,708.00 | |
| 11/07 | 20,475 | | 32411 | PROCTER & GAMBLE CO | 44.860 | 1,566,819.50 | |
| 11/07 | 16,175 | | 32896 | PHILLIP MORRIS INTERNATIONAL | 41.060 | 664,145.50 | |
| 11/07 | 13,175 | | 33131 | QUALCOMM INC | 37.690 | 497,092.75 | |
| 11/07 | 12,900 | | 33366 | SCHLUMBERGER LTD | 37.670 | 491,893.00 | |
| 11/07 | 44,950 | | 33660 | AT&T INC | 28.910 | 1,301,302.50 | |
| 11/07 | 27,900 | | 33836 | TIME WARNER INC | 10.110 | 283,185.00 | |
| | | | | CONTINUED ON PAGE 7 | | | |

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**A**

**PAGE 7**

**\*\*DUPLICATE\*\*  FOR ACCOUNT**  CARDINAL MANAGEMENT INC

**PERIOD ENDING** 11/30/08

**YOUR ACCOUNT NUMBER** 1-FR119-3-0

WESTBLAAK 89
NL-3012 KG ROTTERDAM
CARDINAL HOLDINGS BV
NETHERLANDS

| DATE | AMOUNT RECEIVED | SOLD OR DELIVERED | T/No. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 7,750 | | 34071 | UNITED PARCEL SVC INC CLASS B | 53.680 | 416,330.00 | |
| 11/07 | 13,950 | | 34306 | U S BANCORP | 30.790 | 430,078.50 | |
| 11/07 | 7,760 | | 34542 | UNITED TECHNOLOGIES CORP | 56. | 434,310.00 | |
| 11/07 | 21,700 | | 34776 | VERIZON COMMUNICATIONS | 31.810 | 691,145.00 | |
| 11/07 | 26,350 | | 35011 | WELLS FARGO & CO NEW | 34.080 | 899,062.00 | |
| 11/07 | 13,730 | | 35246 | EXXON MOBIL CORP | 73.730 | 1,011,925.25 | |
| 11/07 | 41,075 | | 35581 | EXXON MOBIL CORP | 75.280 | 3,093,769.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | .53 |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | .16 | |
| 11/07 | | | | W/H TAX DIV FDLXX | CM | | |
| 11/07 | | 291,586. | 10983 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 29,566.00 |
| 11/07 | 8,475,000 | | 11253 | U S TREASURY BILL DUE 02/05/09 | 99.923 | | 8,468,474.25 |
| 11/07 | | 10,425,000 | 11425 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 10,413,219.75 |
| 11/07 | | 10,425,000 | 11601 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 10,413,628.25 |
| | | | | 2/26/2009 | | | |
| | | | | CONTINUED ON PAGE | | | |

MWPTAP00044976

**MWPTAP00571802**

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT BV
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 8   A

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | AMOUNT SHARES (Purchased) | TRANS # | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/07 | 8,475,000 | 11894 | U S TREASURY BILL DUE 03/05/2009 | 99.866 | | 8,463,643.50 |
| 11/07 | 1,425,000 | 12228 | U'S TREASURY BILL DUE 04/09/2009 | 99.720 | 1,421,010.00 | |
| 11/07 | 17,425,000 | 12468 | U S TREASURY BILL DUE 4/16/2009 | 99.671 | 17,420,311.75 | |
| 11/07 | 31,300 | 12673 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,300.00 | |
| 11/10 | 8,668 | 35956 | APPLE INC | 108.720 | 931,854.96 | |
| 11/10 | 15,232 | 36191 | ABBOTT LABORATORIES | 55.910 | 852,230.12 | |
| 11/10 | 10,472 | 36426 | AMGEN INC | 59.620 | 624,758.64 | |
| 11/10 | 17,883 | 36661 | BANK OF AMERICA | 22.350 | 397,783.04 | |
| 11/10 | 49,504 | 38906 | BAXTER INTERNATIONAL INC | 24.050 | 1,192,651.20 | |
| 11/10 | 6,664 | 37131 | BANK OF NEW YORK MELLON CORP | 60.770 | 405,237.28 | |
| 11/10 | 11,424 | 37366 | BRISTOL MYERS SQUIBB COMPANY | 33.630 | 382,931.52 | |
| 11/10 | 9,092 | 37836 | ANHEUSER-BUSCH COS INC | 47.550 | 428,828.52 | |
| 11/10 | 1,368 | 37896 | CITI GROUP INC | 166.090 | 227,354.76 | |
| 11/10 | 54,264 | 38071 | COMCAST CORP | 14.270 | 776,517.28 | |
| 11/10 | 28,560 | 38306 | COCA CORP | 17.410 | 498,371.60 | |
| 11/10 | 25,232 | 38741 | CISCO COMPUTERS INC | 544.130 | 825,117.16 | |
| 11/10 | 58,072 | 38776 | CISCO SYSTEMS INC | 18.080 | 1,952,163.76 | |

CONTINUED ON PAGE

MWPTAP00044977

MWPTAP00571803

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT LTD
CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-FR119-3-0
PAGE: 9



| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 14,280 | | 39011 | CVS CAREMARK CORP | 31.300 | 447,535.00 | |
| 11/10 | 20,944 | | 39246 | CHEVRON CORP | 76.410 | 1,601,169.04 | |
| 11/10 | 18,090B | | 39601 | THE WALT DISNEY CO | 25.660 | 464,861.08 | |
| 11/10 | 101,766 | | 39760 | GENERAL ELECTRIC CO | 21.354 | 2,174,307.04 | |
| 11/10 | 1,904 | | 39951 | GOOGLE | 363.580 | 692,332.32 | |
| 11/10 | 4,760 | | 40186 | GOLDMAN SACHS GROUP INC | 92.680 | 441,346.80 | |
| 11/10 | 17,136 | | 40421 | HOME DEPOT INC | 23.030 | 395,327.08 | |
| 11/10 | 14,732 | | 40656 | HEWLETT PACKARD CO | 37.290 | 223,992.08 | |
| 11/10 | 13,328 | | 40891 | INTERNATIONAL BUSINESS MACHS | 92.660 | 1,235,565.48 | |
| 11/10 | 56,168 | | 41126 | INTEL CORP | 15.880 | 894,193.84 | |
| 11/10 | 27,608 | | 41361 | JOHNSON & JOHNSON | 57.320 | 1,696,026.56 | |
| 11/10 | 36,376 | | 41596 | JP/MORGAN CHASE & CO | 41.730 | 1,511,071.48 | |
| 11/10 | 15,232 | | 41831 | KRAFT FOOD INC | 30.100 | 459,092.20 | |
| 11/10 | 9,092 | | 42066 | COCA COLA CO | 45.500 | 459,535.20 | |
| 11/10 | 11,424 | | 42301 | MCDONALDS CORP | 57.200 | 654,281.52 | |
| 11/10 | 11,424 | | 42536 | MEDTRONIC INC | 40.300 | 460,843.20 | |
| 11/10 | 6,664 | | 42771 | 3M COMPANY | 64.690 | 431,360.16 | |
| 11/10 | 19,992 | | 43006 | ALTRIA GROUP INC | 18.890 | 378,447.68 | |
| 11/10 | 77,112 | | 43241 | MICROSOFT CORP | 20.200 | 1,792,082.40 | |
| 11/10 | 39,032 | | 43476 | ORACLE CORPORATION | 18.600 | 727,556.20 | |
| 11/10 | 8,568 | | 43711 | OCCIDENTAL PETROLEUM CORP | 56.010 | 480,235.68 | |
| 11/10 | | | 43946 | PEPSICO INC | 57.050 | 877,210.60 | |
| 11/10 | 25,252 | | 44181 | PFIZER INC | 97.550 | 1,216,655.32 | |
| 11/10 | 29,512 | | 44416 | PROCTER & GAMBLE CO | 65.230 | 1,926,247.76 | |
| | | | 45121 | CONTINUED ON PAGE 10 | | | |

MWPTAP00044978

MWPTAP00571804

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*\*DUPLICATE\*\*\*   FOR ACCOUNT   CARDINAL MANAGEMENT INC**
CARDINAL HOLDINGS BV

WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN# | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | 19,992 | | 45356 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 881,046.76 | |
| 11/10 | 16,196 | | 45501 | QUALCOMM INC | 37.310 | 604,472.04 | |
| 11/10 | 12,971 | | 45869 | SCHLUMBERGER LTD | 50.500 | 655,483.00 | |
| 11/10 | 59,722 | | 46051 | AT&T INC | 28.580 | 1,689,265.92 | |
| 11/10 | 34,272 | | 46296 | TIME WARNER INC | 11.010 | 378,704.72 | |
| 11/10 | 9,520 | | 46533 | UNITED PARCEL SVC INC | 54.420 | 518,458.40 | |
| 11/10 | 14,135 | | 46766 | UNITED TECHNOLOGIES CORP | 56.430 | 537,593.60 | |
| 11/10 | 9,520 | | 47001 | VERIZON COMMUNICATIONS | 32. | 915,062.00 | |
| 11/10 | 28,560 | | 47236 | WELLS FARGO & CO NEW | 34.600 | 1,323,226.80 | |
| 11/10 | 32,368 | | 47706 | WAL-MART STORES INC | 55.720 | 1,220,701.16 | |
| 11/10 | 51,408 | | 47941 | EXXON MOBIL CORP | 75.800 | 3,698,782.40 | |
| | | | | FIDELITY SPARTAN | DIV | | 1.70 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/20/09 | | | |
| 11/10 | | | | FIDELITY SPARTAN | CH | .51 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DUE XDIV | | | |
| 11/10 | | 3,300 | 12909 | FIDELITY SPARTAN | 1 | | 31,300.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | 8,475,000 | | 13110 | U S TREASURY BILL | 99.875 | 8,464,406.25 | |
| | | | | DUE 3/12/2009 | | | |
| 11/10 | 10,625,000 | | 13288 | U S TREASURY BILL | 99.867 | 10,610,863.75 | |
| | | | | DUE 03/19/2009 | | | |
| | | | | CONTINUED ON PAGE 11 | | | |

YOUR ACCOUNT NUMBER  1-FR119-3-0

PERIOD ENDING  11/30/08

YOUR TAXPAYER IDENTIFICATION NUMBER

PAGE 10

A

MWPTAP00044979

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
New York (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BY
WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

PAGE 11 A

YOUR ACCOUNT NUMBER: 1-FR119-3-0

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | TRAN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|------|-------------|------------------|-------------------------------|--------------------------------|
| 11/10 | | 7,900,000 | 13499 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 7,886,886.00 |
| 11/10 | 7,900,000 | | 13701 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | 7,881,830.00 | |
| 11/10 | | 9,325,000 | 13920 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 9,300,941.50 |
| 11/10 | 1,425,000 | | 14148 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 1,420,525.50 | |
| 11/10 | 50,000 | | 14371 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 49,843.00 | |
| 11/10 | | 107,765 | 14598 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 107,765.00 | |
| 11/18 | | 19,929 | 49344 | ANHEUSER BUSCH COS INC | 70 | 1,372,662.50 | |
| 11/18 | 1,375,000 | | 49579 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | 1,372,662.50 | |
| 11/18 | | 22,367 | 49817 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,367.00 | |
| 11/19 | 22,367 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.09 |
| | | | | CONTINUED ON PAGE 12 | | | |

MWPTAP00044980

MWPTAP00571806

# BERNARD L. MADOFF
## INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
From NY State (212) 888-4061

CARDINAL MANAGEMENT BV

**DUPLICATE*** FOR ACCOUNT
CARDINAL HOLDINGS BV
WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 12
**PERIOD ENDING** 11/30/08
**YOUR TAX PAYER IDENTIFICATION NUMBER** 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | TRANSACTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | 51132 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET W/H TAX DIV FDUXX | CW | .63 | |
| 11/19 | | 33,132 | 51516 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | 33,132.00 |
| 11/19 | 12,650,000 | | 56123 | U.S. TREASURY BILL DUE 03/26/2009 | 99.926 | 12,640,639.00 | |
| 11/19 | 16,677 | | 60557 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DUE 03/26/2009 | 1 | 16,677.00 | |
| 11/20 | 12,650,000 | | 63793 | U.S. TREASURY MONEY MARKET DUE 03/26/2009 | 99.962 | | 12,645,193.00 |
| 11/20 | | 12,650,000 | 64031 | U.S. TREASURY BILL 3/26/2009 | 99.947 | 12,643,295.50 | |
| 11/20 | 1,897 | | 64270 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 1,897.00 | |
| 11/25 | 30,387 | | 64512 | ABBOTT LABORATORIES | 54.070 | 285,713.99 | |
| 11/25 | 5,968 | | 64749 | ABBOTT LABORATORIES | 53.345 | 323,345.52 | |
| 11/25 | 4,103 | | 64987 | AMGEN INC | 53.630 | 220,207.89 | |
| 11/25 | 19,023 | | 65225 | BANK OF AMERICA | 12.980 | 247,679.54 | |
| 11/25 | 2,238 | | 65463 | BAXTER INTERNATIONAL INC | 52.570 | 117,760.66 | |
| 11/25 | 44,476 | | 65702 | BANK OF NEW YORK MELLON CORP | 24.690 | 1,101,691.44 | |
| 11/25 | 7,460 | | 65939 | BRISTOL-MYERS SQUIBB COMPANY | 20.140 | 150,542.40 | |

CONTINUED ON PAGE 13

MWPTAP00044981

MWPTAP00571807

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 13   A

**PERIOD ENDING** 11/30/06

***DUPLICATE*** FOR ACCOUNT
CARDINAL HOLDINGS BV

CARDINAL MANAGEMENT BV

WESTBLAAK 89
N1-3012 KG ROTTERDAM
NETHERLANDS

**YOUR ACCOUNT NUMBER** 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/25 | 21,634 | | CITI GROUP INC | 6,100 | 132,832.40 | |
| 11/25 | 1,865 | | COLGATE PALMOLIVE CO | 62,660 | 116,934.90 | |
| 11/25 | 10,017 | | COMCAST CORP | 23,970 | 131,545.49 | |
| 11/25 | | | CL C | | | |
| 11/25 | 5,968 | | CONOCOPHILLIPS | 45,100 | 269,396.80 | |
| 11/25 | 22,380 | | CISCO SYSTEMS INC | 14,970 | 335,923.60 | |
| 11/25 | 5,595 | | CVS CAREMARK CORP | 27,040 | 151,551.80 | |
| 11/25 | 7,833 | | CHEVRON CORP | 68,710 | 538,510.43 | |
| 11/25 | 7,017 | | THE WALT DISNEY CO | 19,760 | 140,322.12 | |
| 11/25 | 2,611 | | EXELON CORP | 48,740 | 127,364.14 | |
| 11/25 | 41,010 | | GENERAL ELECTRIC CO | 14,050 | 576,471.30 | |
| 11/25 | 766 | | GOOGLE INC | 255 | 205,179.00 | |
| 11/25 | 6,341 | | HOME DEPOT INC | 19,530 | 124,092.73 | |
| 11/25 | 9,325 | | HEWLETT PACKARD CO | 33,090 | 308,004.75 | |
| 11/25 | 4,222 | | INTERNATIONAL BUSINESS MACHS | 91,080 | 384,495.76 | |
| 11/25 | 21,634 | | INTEL CORP | 12,270 | 266,434.18 | |
| 11/25 | 10,817 | | JOHNSON & JOHNSON | 57,650 | 624,032.05 | |
| 11/25 | 14,174 | | J.P. MORGAN CHASE & CO | 27,760 | 394,936.24 | |
| 11/25 | 5,550 | | COCA COLA CO | 27,900 | 154,845.00 | |
| 11/25 | 4,605 | | KRAFT FOODS INC | 34,640 | 159,517.20 | |
| 11/25 | 4,103 | | MCDONALDS CORP | 55 | 225,829.00 | |
| 11/25 | 4,476 | | MEDTRONIC INC | 30,800 | 138,039.80 | |
| 11/25 | 2,611 | | 3M COMPANY | 59,280 | 152,273.08 | |
| 11/25 | 7,833 | | ALTRIA GROUP INC | 16,250 | 127,599.25 | |
| 11/25 | 8,206 | | MERCK & CO | 25 | 205,478.00 | |
| | | | CONTINUED ON PAGE 14 | | | |

MWPTAP00044982

MWPTAP00571808

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 14   **A**

**\*\*DUPLICATE\*\*** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

YOUR ACCOUNT NUMBER 1-FR119-3-0

11/30/08

| DATE | BOUGHT/RECEIVED | SOLD/DELIVERED | DESCRIPTION | SYM | PRICE | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 29,840 | | MICROSOFT CORP | 71689 | 18.100 | 541,297.00 | |
| 11/25 | 14,920 | | ORACLE CORPORATION | 72603 | 16.050 | 240,062.00 | |
| 11/25 | 3,357 | | OCCIDENTAL PETROLEUM CORP | 72773 | 44.570 | 143,755.49 | |
| 11/25 | 55,968 | | PEPSICO INC | 73075 | 51.800 | 309,380.440 | |
| 11/25 | 25,737 | | PFIZER INC | 73317 | 15.320 | 395,319.84 | |
| 11/25 | 11,459 | | PROCTER & GAMBLE CO | 73555 | 61.940 | 693,555.60 | |
| 11/25 | 6,929 | | PHILIP MORRIS INTERNATIONAL | 73793 | 26.380 | 285,227.94 | |
| 11/25 | 6,341 | | QUALCOMM INC | 74231 | 39.850 | 189,531.85 | |
| 11/25 | 44,476 | | SCHLUMBERGER LTD | 74269 | 46.270 | 2072,193.52 | |
| 11/25 | 22,380 | | AT&T INC | 74507 | 25 | 560,395.00 | |
| 11/25 | 33,801 | | TIME WARNER INC | 74749 | 79.010 | 133,098.01 | |
| 11/25 | 43,730 | | UNITED PARCEL SVC INC | 74983 | 504.760 | 189,483.80 | |
| | | | CLASS B | | | | |
| 11/25 | 64,714 | | U.S.BANCORP | 75221 | 23.400 | 157,375.60 | |
| 11/25 | 34,750 | | UNITED TECHNOLOGIES CORP | 75459 | 44.800 | 167,588.70 | |
| 11/25 | 109,817 | | VERIZON COMMUNICATIONS | 75697 | 264.570 | 287,839.69 | |
| 11/25 | 38,579 | | WELLS FARGO & CO NEW | 75935 | 23.820 | 347,090.54 | |
| 11/25 | 57,222 | | WAL-MART STORES INC | 76173 | 50.155 | 172,192.55 | |
| 11/25 | 201,142 | | WYETH | 76411 | 53.000 | 172,135.00 | |
| | | | EXXON MOBIL CORP | 76649 | 72 | 1,451,029.00 | |
| | | | FIDELITY SPARTAN | | DIV | | .55 |
| | | | U S TREASURY MONEY MARKET | | | | |
| 11/25 | | | FIDELITY SPARTAN | | CW | | 1.84 |
| | | | W/H TAX DIV FDLXX | | | | |
| | | | U S TREASURY MONEY MARKET | | | | |
| | | | CONTINUED ON PAGE 15 | | | | |

MWPTAP00044983

MWPTAP00571809

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

PAGE **15** A

YOUR ACCOUNT NUMBER **1-FR1119-3-0**

PERIOD ENDING **11/30/08**

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/25 | 18,574 | | 77222 | FIDELITY SPARTAN U. S. TREASURY MONEY MARKET | 1 | | 18,574.00 |
| 11/25 | | 14,075,000 | 77480 | U.S TREASURY BILL DUE 4/16/2009 | 99.870 | | 14,057,828.50 |
| 11/25 | 43,985 | | 77766 | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | 43,985.00 | |
| | | | | NEW BALANCE | | 19,342,367.92 | |
| | | | | SECURITY POSITIONS | NET PRICE | | |
| | 193,594 | | | ABBOTT INC | 28.560 | | |
| | 51,520 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 67,620 | | | ALTRIA GROUP INC | 16.080 | | |
| | 262,420 | | | AMGEN INC | 55.550 | | |
| | 28,980 | | | APPLE INC | 93.570 | | |
| | 166,292 | | | BANK OF AMERICA | 16.250 | | |
| | 37,865 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 204,272 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 322,716 | | | BRISTOL MYERS SQUIBB COMPANY | 22.630 | | |
| | 65,352 | | | CVS CAREMARK CORP | 24.700 | | |
| | 47,525 | | | CHEVRON CORP | 28.930 | | |
| | 69,572 | | | CISCO SYSTEMS INC | 79.010 | | |
| | 194,497 | | | CITI GROUP INC | 16.540 | | |
| | 130,466 | | | | 8.290 | | |
| | | | | CONTINUED ON PAGE 16 | | | |

MWPTAP00044984
MWPTAP00571810



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BY

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

YOUR ACCOUNT NUMBER: 1-FR119-3-0
PERIOD ENDING: 11/30/08
PAGE: 16   A

| DATE | BOUGHT (Received) | SOLD (Delivered) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 65,352 | | | COCA COLA CO | 46.870 | | |
| | 1,465 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 96,337 | | | COMCAST CORP A | 17.340 | | |
| | 50,745 | | | CONOCOPHILLIPS | 52.520 | | |
| | 62,300 | | | THE WALT DISNEY CO | 22.520 | | |
| | 34,505 | | | EXXON MOBIL CORP | 56.220 | | |
| | 176,205 | | | EXXON MOBIL CORP | 79.750 | | |
| | 346,013 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 12,350 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 66,440 | | | GOOGLE | 292.960 | | |
| | 81,452 | | | HEWLETT-PACKARD CO | 35.280 | | |
| | 156,412 | | | HOME DEPOT INC | 23.100 | | |
| | 185,042 | | | INTEL CORP | 13.480 | | |
| | 459,080 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 122,360 | | | J P MORGAN CHASE & CO | 41.650 | | |
| | 92,605 | | | JOHNSON & JOHNSON | 59.580 | | |
| | 377,092 | | | KRAFT FOODS INC | 27.210 | | |
| | 374,865 | | | MCDONALDS CORP | 56.750 | | |
| | 70,840 | | | MEDTRONIC INC | 30.520 | | |
| | 259,512 | | | MERCK & CO | 26.720 | | |
| | | | | MICROSOFT CORP | 20.220 | | |
| | 130,872 | | | ORACLE CORPORATION | 16.090 | | |
| | 51,520 | | | PEPSICO INC | 56.700 | | |

CONTINUED ON PAGE 17

MWPTAP00044985

MWPTAP00571811



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 888-4661

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC

CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

PAGE 17   A

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|---------------------------------|---------------------------------|
| | 223,309 | | | PFIZER INC | 16.430 | | |
| | 68,740 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 999,447 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 544,740 | | | QUALCOMM INC | 33.570 | | |
| | 394,592 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 49,985 | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET | 1 | | |
| | 225,540 | | | 3M COMPANY | 66.930 | | |
| | 117,413 | | | TIME WARNER INC | 9.050 | | |
| | 57,960 | | | U.S. BANCORP | 26.980 | | |
| | 322,000 | | | UNITED PARCEL SERVICE INC CLASS B | 57.600 | | |
| | 32,200 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 23,557 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 174,960 | | | WAL-MART STORES INC | 55.880 | | |
| | 119,365 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 5,222 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES - LONG/SHORT 137,597,352.07 | | | |

MWPTAP00044986

MWPTAP00571812



MWPTAP00044987

MWPTAP00571813

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7659 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC.
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

Page 1  A
Period ending 11/30/08
Your account number 1-FR119-4-0

| DATE | AMOUNT BOUGHT/RECEIVED | AMOUNT SOLD/DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | | | | BALANCE FORWARD | | | 6,045,506.00 |
| 11/06 | 1,120 | 1,120 | 18965 | S & P 100 INDEX | 20,300 | | 2,272,480.00 |
| 11/06 | 1,120 | | 19200 | NOVEMBER 470 CALL | 20,500 | 2,297,120.00 | |
| 11/07 | 775 | 775 | 31405 | S & P 100 INDEX | 322 | | 1,704,225.00 |
| 11/07 | 775 | | 31721 | NOVEMBER 470 CALL | 13,800 | 1,070,275.00 | |
| 11/10 | 952 | | 23836 | NOVEMBER 460 PUT | 322,400 | | 1,179,528.00 |
| 11/10 | 952 | | 44181 | S & P 100 INDEX | 16,800 | 1,600,312.00 | |
| 11/19 | 2,847 | | 30159 | NOVEMBER 475 PUT | 26 | | 7,399,353.00 |
| 11/19 | 2,847 | | 30397 | S & P 100 INDEX | 30 | 8,543,847.00 | |
| 11/19 | 1,895 | | 30633 | DECEMBER 420 PUT | 1,500 | 286,145.00 | |
| 11/19 | 952 | | 30873 | NOVEMBER 495 CALL | 900 | 86,632.00 | |
| 11/19 | 1,895 | | 31311 | NOVEMBER 460 PUT | 465 | | 6,525,605.00 |
| 11/19 | 952 | | 31349 | NOVEMBER 475 PUT | 59 | | 5,615,848.00 |

CONTINUED ON PAGE

MWPTAP00044988

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
NEW YORK (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**\*\*DUPLICATE\*\* FOR ACCOUNT   CARDINAL MANAGEMENT INC**

CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

PAGE 2   A

YOUR ACCOUNT NUMBER: 1-FR119-4-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/25 | | 373 | 721127 | S & P 100 INDEX | 34 | | 1,267,827.00 |
| 11/25 | 373 | | 723265 | DECEMBER 380 CALL S & P 100 INDEX DECEMBER 370 PUT | 21 | 783,673.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | | | |
| | | 2,847 | | S & P 100 INDEX | MKT PRICE 23.300 | | 19,342,368.00 |
| | | | | DECEMBER 430 CALL S & P 100 INDEX | 61 | | |
| | 373 | | | DECEMBER 380 CALL S & P 100 INDEX | 16.500 | | |
| | 2,847 | | | DECEMBER 420 PUT S & P 100 INDEX | 5.100 | | |
| | 373 | | | DECEMBER 370 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES  LONG    4,887,760.00   SHORT   84,908,810.00 | | | |

MWPTAP00571815

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL
U S Bankruptcy Court for the Southern District of New York
Claim Number          **015267**

**CUSTOMER CLAIM**

Claim Number _____

Date Received _____

**RECEIVED**

# BERNARD L. MADOFF INVESTMENT SECURITIES LLC

JUL 0 2 2009

In Liquidation

## DECEMBER 11, 2008

(Please print or type)

Name of Customer: Cardinal Management Inc.
Mailing Address: 7 Mongiraud Street
City: Castries          State: St. Lucia          Zip: _____
Account No.: 1-FR119-3-0 / 1-FR119-4-0
Taxpayer I.D. Number (Social Security No.): _____

NOTE:     BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.     Claim for money balances as of **December 11, 2008**:

     a.     The Broker owes me a Credit (Cr.) Balance of     $ 124,323,000

     b.     I owe the Broker a Debit (Dr.) Balance of          $_____

     c.     If you wish to repay the Debit Balance,

          please insert the amount you wish to repay and

          attach a check payable to "Irving H. Picard, Esq.,

          Trustee for Bernard L. Madoff Investment Securities LLC."

          If you wish to make a payment, **it must be enclosed**

          with this claim form.                              $_____

     d.     If balance is zero, insert "None."               _____

MWPTAP00045176

MWPTAP00580658

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  | YES | NO |
|---|---|---|
| a.    The Broker owes me securities | _____ | _____ |
| b.    I owe the Broker securities | _____ | _____ |

c.    If yes to either, please list below:

| Date of Transaction (trade date) | Name of Security | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| | | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

MWPTAP00045177

MWPTAP00580659

**NOTE:**  **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION
ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT
PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR
COMPLETION.**

|  |  | <u>YES</u> | <u>NO</u> |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | X – Bernard L. Madoff | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the
preparation of this claim form:_____

_____.

502180406                                             3

MWPTAP00045178

MWPTAP00580660

01/07 2009 12:45

If you cannot compute the amount of your claim, you may file an estimated claim. In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

CARDINAL MANAGEMENT INC.

Date _July 1, 2009_   Signature _____ Director
                                   Title:
Date _July 1, 2009_   Signature _____ Director

(If ownership of the account is shared, all must sign above. Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet. If other than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                              4

MWPTAP00045179

MWPTAP00580661

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

***DUPLICATE** FOR ACCOUNT
CARDINAL HOLDINGS BY

CARDINAL MANAGEMENT INC

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE | |
|---|---|---|---|
| 11/30/08 | | 1 | A |

YOUR ACCOUNT NUMBER: 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 6,045,505.58 | |
| 11/03 | | | | CHECK WIRE | CW | | |
| 11/03 | | | | FIDELITY SPARTAN | DIV | 14,000,000.00 | 9.05 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 11/03/08 | | | |
| 11/03 | | | | FIDELITY SPARTAN | CW | | |
| | | | | U S TREASURY MONEY MARKET | | 2.72 | |
| | | | | W/H TAX DIV FDLXX | | | |
| 11/03 | | 28,045 | 23114 | FIDELITY SPARTAN | 1 | | 28,045.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/03 | | 8,500,000 | 23180 | U S TREASURY BILL | 99.865 | | 8,488,525.00 |
| | | | | DUE 2/12/2009 | | | |
| | | | | 2/12/2009 | | | |
| 11/03 | | 5,500,000 | 23230 | U S TREASURY BILL | 99.928 | | 5,496,040.00 |
| | | | | DUE 12/18/2008 | | | |
| | | | | 12/18/2008 | | | |
| 11/03 | 12,616 | | 23293 | FIDELITY SPARTAN | 1 | 12,616.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/06 | 10,080 | | 10975 | APPLE INC | 105.380 | 1,062,633.40 | |
| 11/06 | 17,920 | | 11210 | ABBOTT LABORATORIES | 55.090 | 987,928.80 | |
| 11/06 | 12,320 | | 11445 | AMGEN INC | 60.350 | 744,004.00 | |
| 11/06 | 8,960 | | 11680 | BOEING CO | 51.120 | 458,371.20 | |
| 11/06 | 58,240 | | 11915 | BANK OF AMERICA | 23.840 | 1,390,770.60 | |
| 11/06 | 6,720 | | 12150 | BAXTER INTERNATIONAL INC | 60.600 | 407,500.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

MWPTAP00045180

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT, INC.
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

PAGE 2   A

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 13,440 | | 12385 | BANK OF NEW YORK MELLON CORP | 32.290 | 434,514.60 | |
| 11/06 | 22,400 | | 12620 | BRISTOL MYERS SQUIBB COMPANY | 20.610 | 462,560.00 | |
| 11/06 | 7,840 | | 12855 | ANHEUSER BUSCH COS INC | 62.430 | 489,764.20 | |
| 11/06 | 62,720 | | 13090 | CITI GROUP INC | 13.530 | 851,109.60 | |
| 11/06 | 35,600 | | 13325 | COMCAST CORP | 15.790 | 531,889.00 | |
| | | | | CL A | | | |
| 11/06 | 17,920 | | 13560 | CONOCOPHILLIPS | 51.120 | 916,786.40 | |
| 11/06 | 68,320 | | 13795 | CISCO SYSTEMS INC | 17.520 | 1,199,698.40 | |
| 11/06 | 16,800 | | 14030 | CVS CAREMARK CORP | 30.510 | 513,250.00 | |
| 11/06 | 23,520 | | 14265 | CHEVRON CORP | 73.740 | 1,735,304.80 | |
| 11/06 | 22,520 | | 14500 | THE WALT DISNEY CO | 24.760 | 555,520.00 | |
| 11/06 | 119,840 | | 14735 | GENERAL ELECTRIC CO | 19.600 | 2,353,657.00 | |
| 11/06 | 2,240 | | 14970 | GOOGLE | 356.520 | 798,693.80 | |
| 11/06 | 4,480 | | 15205 | GOLDMAN SACHS GROUP INC | 91.870 | 411,756.60 | |
| 11/06 | 20,160 | | 15440 | HOME DEPOT INC | 23.300 | 470,534.40 | |
| 11/06 | 28,000 | | 15675 | HEWLETT PACKARD CO | 38.310 | 1,073,800.00 | |
| 11/06 | 17,600 | | 15910 | INTERNATIONAL BUSINESS MACHS | 82.300 | 1,453,731.00 | |
| 11/06 | 63,840 | | 16145 | INTEL CORP | 16.070 | 1,028,461.80 | |
| 11/06 | 32,480 | | 16380 | JOHNSON & JOHNSON | 61.310 | 1,992,647.80 | |
| 11/06 | 42,560 | | 16615 | J.P. MORGAN CHASE & CO | 40.910 | 1,742,831.60 | |
| 11/06 | 17,920 | | 16850 | KRAFT FOOD INC | 29.110 | 522,357.20 | |
| 11/06 | 22,400 | | 17085 | COCA COLA CORP | 44.490 | 997,472.00 | |
| 11/06 | 13,440 | | 17320 | MCDONALDS CORP | 57.900 | 779,713.00 | |
| 11/06 | 17,840 | | 17555 | MEDTRONIC INC | 40.310 | 542,303.40 | |
| 11/05 | 7,840 | | 17790 | 3M COMPANY | 63.590 | 499,858.60 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

MWPTAP00045181

MWPTAP00580663

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 9222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

**\*\*DUPLICATE\*\* FOR ACCOUNT   CARDINAL MANAGEMENT INC**

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

PAGE 3   A

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER

YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 23,520 | | 18025 | ALTRIA GROUP INC | 19.160 | 451,583.20 | |
| 11/06 | 24,640 | | 18260 | MERCK & CO | 30.780 | 759,404.20 | |
| 11/06 | 90,720 | | 18495 | MICROSOFT CORP | 22.310 | 2,027,591.20 | |
| 11/06 | 45,920 | | 18730 | ORACLE CORPORATION | 18.110 | 833,447.20 | |
| 11/06 | 10,080 | | 19435 | OCCIDENTAL PETROLEUM CORP | 54.290 | 547,646.20 | |
| 11/06 | 17,920 | | 19670 | PEPSICO INC | 57 | 1,022,156.00 | |
| 11/06 | 77,280 | | 19905 | PFIZER INC | 17.690 | 1,370,174.20 | |
| 11/06 | 34,720 | | 20140 | PROCTER & GAMBLE CO | 64.570 | 2,243,258.40 | |
| 11/06 | 24,640 | | 20375 | PHILLIP MORRIS INTERNATIONAL | 42.730 | 1,053,852.20 | |
| 11/06 | 19,040 | | 20610 | QUALCOMM INC | 37.810 | 720,663.40 | |
| 11/06 | 19,040 | | 20845 | SCHLUMBERGER LTD | 51.860 | 986,191.40 | |
| 11/06 | 67,200 | | 21080 | AT&T INC | 26.980 | 1,815,744.00 | |
| 11/06 | 41,440 | | 21315 | TIME WARNER INC | 10.060 | 418,543.40 | |
| 11/06 | 11,200 | | 21550 | UNITED PARCEL SVC INC CLASS B | 52.790 | 591,696.00 | |
| 11/06 | 20,160 | | 21785 | U S BANCORP | 29.550 | 596,534.00 | |
| 11/06 | 11,200 | | 22020 | UNITED TECHNOLOGIES CORP | 54.920 | 615,552.00 | |
| 11/06 | 32,480 | | 22255 | VERIZON COMMUNICATIONS | 29.980 | 975,049.40 | |
| 11/06 | 38,080 | | 22490 | WELLS FARGO & CO NEW | 33.660 | 1,283,295.80 | |
| 11/06 | 25,760 | | 22725 | WAL-MART STORES INC | 56.560 | 1,458,015.60 | |
| 11/06 | 60,480 | | 22960 | EXXON MOBIL CORP | 73.680 | 4,459,585.40 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/06/08 | DIV | | .67 |
| 11/06 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CM | .20 | |

CONTINUED ON PAGE   4

MWPTAP00045182

MWPTAP00580664

**BERNARD L. MADOFF**
MADF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PERIOD ENDING** 11/30/08

**PAGE** 4

**A**

**\*\*DUPLICATE\*\*  FOR ACCOUNT  CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV**

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

**YOUR ACCOUNT NUMBER** 1-FR110-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|------|-------------|-----------------|--------------------------------|----------------------------------|
| 11/06 | 29,566 | | 10740 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,566.00 | |
| 11/06 | | 12,616 | 48257 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 12,616.00 |
| 11/06 | | 4,225,000 | 48473 | U S TREASURY BILL DUE 12/11/2008 | 99.989 | | 4,224,535.25 |
| 11/06 | | 3,850,000 | 48686 | U S TREASURY BILL 12/31/2008 DUE 12/18/2008 | 99.932 | | 3,847,382.00 |
| 11/06 | | 16,750,000 | 48905 | U S TREASURY BILL 12/18/2008 DUE 01/08/2009 | 99.960 | | 16,743,300.00 |
| 11/06 | | 16,750,000 | 49115 | U S TREASURY BILL 1/08/2009 DUE 01/15/2009 | 99.946 | | 16,740,955.00 |
| 11/06 | | 16,750,000 | 49329 | U S TREASURY BILL 1/15/2009 DUE 03/27/2009 | 99.934 | | 16,738,945.00 |
| 11/06 | | 16,750,000 | 49544 | U S TREASURY BILL 3/22/2009 DUE 01/29/2009 | 99.928 | | 16,737,940.00 |
| 11/06 | 7,900,000 | | 49986 | U S TREASURY BILL 1/29/2009 DUE 03/26/2009 | 99.802 | 7,884,358.00 | |
| | | | | CONTINUED ON PAGE  5 | | | |

MWPTAP00045183

MWPTAP00580665

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC FBO
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 11/30/08 | 1-FR119-3-0 | 5 A |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 7,900,000 | | 50215 | U S TREASURY BILL DUE 4/02/2009   4/02/2009 | 99.751 | 7,880,329.00 | |
| 11/06 | 7,900,000 | | 50444 | U S TREASURY BILL DUE 04/09/2009   4/09/2009 | 99.726 | 7,878,354.00 | |
| 11/07 | 6,975 | | 23496 | APPLE INC | 108.800 | 759,159.00 | |
| 11/07 | 12,400 | | 23731 | ABBOTT LABORATORIES | 56.590 | 702,212.00 | |
| 11/07 | 9,525 | | 23966 | AMGEN INC | 52.070 | 529,487.75 | |
| 11/07 | 6,200 | | 24201 | BOEING CO | 53.640 | 332,816.00 | |
| 11/07 | 39,525 | | 24436 | BANK OF AMERICA | 23.720 | 939,114.00 | |
| 11/07 | 4,650 | | 24671 | BAXTER INTERNATIONAL INC | 61.740 | 287,277.00 | |
| 11/07 | 8,525 | | 24906 | BANK OF NEW YORK MELLON CORP | 34.210 | 291,981.25 | |
| 11/07 | 15,500 | | 25141 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 326,430.00 | |
| 11/07 | 5,425 | | 25376 | ANHEUSER BUSCH COS INC | 64.190 | 348,447.75 | |
| 11/07 | 41,850 | | 25611 | CITI GROUP INC | 14.410 | 604,732.50 | |
| 11/07 | 22,475 | | 25846 | COMCAST CORP CL A | 17.390 | 391,739.25 | |
| 11/07 | 11,625 | | 26081 | CONOCOPHILLIPS | 53.060 | 617,287.50 | |
| 11/07 | 45,785 | | 26316 | CISCO SYSTEMS INC | 17.580 | 805,674.50 | |
| 11/07 | 10,750 | | 26551 | CVS CAREMARK CORP | 31.920 | 344,499.75 | |
| 11/07 | 16,275 | | 26786 | CHEVRON CORP | 75.450 | 1,228,599.75 | |
| 11/07 | 14,725 | | 27021 | THE WALT DISNEY CO | 25.620 | 377,843.50 | |
| 11/07 | 81,375 | | 27256 | GENERAL ELECTRIC CO | 19.810 | 1,615,293.75 | |
| 11/07 | 1,550 | | 27491 | GOOGLE | 349.160 | 541,260.00 | |
| | | | | CONTINUED ON PAGE    6 | | | |

CONTINUED ON PAGE 6

MWPTAP00045184

MWPTAP00580666

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC

CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 6
PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-------|-------------|-----------------|--------------------------------|---------------------------------|
| 11/07 | 3,100 | | 27726 | GOLDMAN SACHS GROUP INC | 89.070 | | 276,241.00 |
| 11/07 | 13,175 | | 27961 | HOME DEPOT INC | 22.480 | | 296,701.00 |
| 11/07 | 19,375 | | 28196 | HEWLETT PACKARD CO | 38.820 | | 752,912.50 |
| 11/07 | 10,850 | | 28431 | INTERNATIONAL BUSINESS MACHS | 92.430 | | 1,003,299.50 |
| 11/07 | 43,400 | | 28666 | INTEL CORP | 16. | | 696,136.00 |
| 11/07 | 23,700 | | 28901 | JOHNSON & JOHNSON | 61.020 | | 1,342,362.00 |
| 11/07 | 29,450 | | 29136 | J.P. MORGAN CHASE & CO | 40.960 | | 1,206,450.00 |
| 11/07 | 11,625 | | 29371 | KRAFT FOOD INC | 29.710 | | 345,843.75 |
| 11/07 | 15,500 | | 29606 | COCA COLA CO | 46.580 | | 722,610.00 |
| 11/07 | 8,525 | | 29841 | MCDONALDS CORP | 57.510 | | 490,613.75 |
| 11/07 | 8,525 | | 30076 | MEDTRONIC INC | 41.240 | | 351,059.50 |
| 11/07 | 5,425 | | 30311 | 3M COMPANY | 64.880 | | 352,971.00 |
| 11/07 | 16,275 | | 30546 | ALTRIA GROUP INC | 17.370 | | 315,897.75 |
| 11/07 | 17,050 | | 30781 | MERCK & CO | 30.480 | | 520,366.00 |
| 11/07 | 62,000 | | 31016 | MICROSOFT CORP | 22.940 | | 1,424,760.00 |
| 11/07 | 31,000 | | 31251 | ORACLE CORPORATION | 18.470 | | 573,810.00 |
| 11/07 | 6,200 | | 31956 | OCCIDENTAL PETROLEUM CORP | 54.380 | | 337,404.00 |
| 11/07 | 12,400 | | 31921 | PEPSICO INC | 58.630 | | 727,509.00 |
| 11/07 | 52,700 | | 32456 | PFIZER INC | 18.120 | | 950,709.00 |
| 11/07 | 24,025 | | 32691 | PROCTER & GAMBLE CO | 65.180 | | 1,566,910.50 |
| 11/07 | 16,275 | | 32896 | PHILLIP MORRIS INTERNATIONAL | 43.640 | | 710,892.00 |
| 11/07 | 13,175 | | 33131 | QUALCOMM INC | 37.690 | | 497,092.75 |
| 11/07 | 9,300 | | 33366 | SCHLUMBERGER LTD | 51.770 | | 481,833.00 |
| 11/07 | 44,950 | | 33601 | AT&T INC | 28.910 | | 1,301,302.50 |
| 11/07 | 27,900 | | 33836 | TIME WARNER INC | 10.110 | | 283,105.00 |

CONTINUED ON PAGE 7

MWPTAP00045185

MWPTAP00580667

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Madmf (212) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT PTR LTD
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| PAGE | 7 | A |
| PERIOD ENDING | 11/30/08 | |
| YOUR ACCOUNT NUMBER | 1-FR119-3-0 | |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | 7,750 | | 34071 | UNITED PARCEL SVC INC CLASS B | 53.680 | 416,330.00 | |
| 11/07 | 13,950 | | 34306 | U S BANCORP | 30.790 | 430,078.50 | |
| 11/07 | 7,750 | | 34541 | UNITED TECHNOLOGIES CORP | 56 | 434,310.00 | |
| 11/07 | 21,700 | | 34776 | VERIZON COMMUNICATIONS | 31.810 | 691,145.00 | |
| 11/07 | 26,350 | | 35011 | WELLS FARGO & CO NEW | 34.080 | 899,052.00 | |
| 11/07 | 17,825 | | 35246 | WAL-MART STORES INC | 56.730 | 1,011,925.25 | |
| 11/07 | 41,075 | | 35481 | EXXON MOBIL CORP | 75.280 | 3,093,769.00 | |
| | | | | FIDELITY SPARTAN DIV 11/07/08 | DIV | | .53 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | FIDELITY SPARTAN | CW | .16 | |
| | | | | U S TREASURY MONEY MARKET W/H TAX FDLXX | | | |
| 11/07 | 29,566 | | 10983 | FIDELITY SPARTAN | 1 | | 29,566.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/07 | 8,475,000 | | 11253 | U S TREASURY BILL DUE 02/05/09 | 99.923 | | 8,468,474.25 |
| | | | | 2/05/2009 | | | |
| 11/07 | 10,425,000 | | 11465 | U S TREASURY BILL DUE 02/19/2009 | 99.887 | | 10,413,219.75 |
| | | | | 2/19/2009 | | | |
| 11/07 | 10,425,000 | | 11681 | U S TREASURY BILL DUE 02/26/2009 | 99.889 | | 10,413,428.25 |
| | | | | 2/26/2009 | | | |
| | | | | CONTINUED ON PAGE 8 | | | |

MWPTAP00045186

MWPTAP00580668

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC

CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 8 A
PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-FR1119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 8,475,000 | 11894 | U S TREASURY BILL DUE 03/05/09 | 99.866 | | 8,463,643.50 |
| 11/07 | 1,425,000 | | 12228 | U S TREASURY BILL DUE 04/09/2009 | 99.720 | 1,421,010.00 | |
| 11/07 | 1,425,000 | | 12448 | U S TREASURY BILL DUE 4/16/2009 | 99.671 | 1,420,311.75 | |
| 11/07 | 31,300 | | 12673 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 31,300.00 | |
| 11/10 | 8,568 | | 35956 | APPLE INC | 108.720 | 931,854.96 | |
| 11/10 | 15,232 | | 36191 | ABBOTT LABORATORIES | 55.910 | 852,230.12 | |
| 11/10 | 10,472 | | 36426 | AMGEN INC | 59.620 | 624,758.64 | |
| 11/10 | 7,616 | | 36661 | BOEING CO | 52.190 | 397,783.04 | |
| 11/10 | 49,504 | | 36896 | BANK OF AMERICA | 24.090 | 1,192,551.28 | |
| 11/10 | 6,664 | | 37131 | BAXTER INTERNATIONAL INC | 60.770 | 405,237.28 | |
| 11/10 | 11,424 | | 37366 | BANK OF NEW YORK MELLON CORP | 33.480 | 382,931.52 | |
| 11/10 | 19,992 | | 37601 | BRISTOL MYERS SQUIBB COMPANY | 21.310 | 426,828.52 | |
| 11/10 | 6,664 | | 37836 | ANHEUSER BUSCH COS INC | 64.090 | 427,361.76 | |
| 11/10 | 54,264 | | 38071 | CITI GROUP INC | 14.270 | 776,517.28 | |
| 11/10 | 28,560 | | 38306 | COMCAST CORP CL A | 17.410 | 498,371.60 | |
| 11/10 | 15,232 | | 38541 | CONOCOPHILLIPS | 54.130 | 825,117.16 | |
| 11/10 | 58,072 | | 38776 | CISCO SYSTEMS INC | 18.080 | 1,052,263.76 | |

CONTINUED ON PAGE 9

MWPTAP00045187

MWPTAP00580669



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 9    A

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

YOUR ACCOUNT NUMBER: 1-FR119-3-0
PERIOD ENDING: 11/30/08

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | 14,280 | | 39011 | CVS CAREMARK CORP | 31-300 | 447,535.00 | |
| 11/10 | 20,944 | | 39246 | CHEVRON CORP | 76-410 | 1,601,168.04 | |
| 11/10 | 18,088 | | 39481 | THE WALT DISNEY CO | 25-650 | 464,861.08 | |
| 11/10 | 103,768 | | 39716 | GENERAL ELECTRIC CO | 20-530 | 2,134,507.04 | |
| 11/10 | 1,904 | | 39951 | GOOGLE | 363-580 | 692,332.32 | |
| 11/10 | 4,760 | | 40186 | GOLDMAN SACHS GROUP INC | 92-680 | 441,346.80 | |
| 11/10 | 17,136 | | 40421 | HOME DEPOT INC | 23-030 | 395,327.08 | |
| 11/10 | 24,752 | | 40656 | HEWLETT PACKARD CO | 37-290 | 923,992.08 | |
| 11/10 | 13,328 | | 40891 | INTERNATIONAL BUSINESS MACHS | 92-860 | 1,235,505.48 | |
| 11/10 | 56,488 | | 41126 | INTEL CORP | 15-800 | 894,153.84 | |
| 11/10 | 27,608 | | 41361 | JOHNSON & JOHNSON | 61-320 | 1,694,026.56 | |
| 11/10 | 36,176 | | 41596 | J.P. MORGAN CHASE & CO | 41-730 | 1,511,071.48 | |
| 11/10 | 15,232 | | 41831 | KRAFT FOOD INC | 30-100 | 459,092.20 | |
| 11/10 | 19,992 | | 42066 | COCA COLA CO | 45-500 | 910,435.00 | |
| 11/10 | 11,424 | | 42301 | MCDONALDS CORP | 57-230 | 654,251.52 | |
| 11/10 | 11,424 | | 42536 | MEDTRONIC INC | 40-320 | 460,613.20 | |
| 11/10 | 6,664 | | 42771 | 3M COMPANY | 64-690 | 431,360.16 | |
| 11/10 | 6,664 | | 43006 | ALTRIA GROUP INC | 18-890 | 378,447.88 | |
| 11/10 | 20,944 | | 43241 | MERCK & CO | 30-510 | 639,838.44 | |
| 11/10 | 77,112 | | 43476 | MICROSOFT CORP | 23-200 | 1,792,082.40 | |
| 11/10 | 39,032 | | 43711 | ORACLE CORPORATION | 18-600 | 727,556.20 | |
| 11/10 | 16,588 | | 44416 | OCCIDENTAL PETROLEUM CORP | 56-010 | 929,335.68 | |
| 11/10 | 15,236 | | 44651 | PEPSICO INC | 57-550 | 877,210.60 | |
| 11/10 | 67,592 | | 44886 | PFIZER INC | 17-960 | 1,216,655.32 | |
| 11/10 | 29,512 | | 45121 | PROCTER & GAMBLE CO | 65-230 | 1,925,247.76 | |

CONTINUED ON PAGE 10

MWPTAP00045188

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC PW

CARDINAL HOLDINGS BV
WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

PAGE: 10   PERIOD ENDING: 11/30/08   YOUR ACCOUNT NUMBER: 1-FR119-3-0   A

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | 19,992 | | 45356 | PHILLIP MORRIS INTERNATIONAL | 44.030 | 881,046.76 | |
| 11/10 | 16,184 | | 45591 | QUALCOMM INC | 37.310 | 604,472.04 | |
| 11/10 | 12,376 | | 45826 | SCHLUMBERGER LTD | 50.500 | 625,483.00 | |
| 11/10 | 59,024 | | 46061 | AT&T INC | 28.580 | 1,689,265.92 | |
| 11/10 | 34,272 | | 46296 | TIME WARNER INC | 11.010 | 378,704.72 | |
| 11/10 | 9,520 | | 46531 | UNITED PARCEL SVC INC CLASS B | 54.420 | 518,458.40 | |
| 11/10 | 17,136 | | 46766 | U S BANCORP | 31.510 | 540,640.36 | |
| 11/10 | 9,520 | | 47001 | UNITED TECHNOLOGIES CORP | 56.430 | 537,593.60 | |
| 11/10 | 28,560 | | 47236 | VERIZON COMMUNICATIONS | 32 | 915,062.00 | |
| 11/10 | 32,368 | | 47471 | WELLS FARGO & CO NEW | 34.600 | 1,121,226.80 | |
| 11/10 | 21,896 | | 47706 | WAL-MART STORES INC | 55.710 | 1,220,701.16 | |
| 11/10 | 51,408 | | 47941 | EXXON MOBIL CORP | 75.800 | 3,898,782.40 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | 1.70 |
| | | | | DIV 11/20/09 | | | |
| | | | | FIDELITY SPARTAN U.S.TREASURY MONEY MARKET W/H TAX DIV FDLXX | CM | .51 | |
| 11/10 | | 31,300 | 12909 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 31,300.00 |
| 11/10 | | 8,475,000 | 13110 | U S TREASURY BILL DUE 3/12/2009 | 99.875 | | 8,464,406.25 |
| | | | | 3/12/2009 | | | |
| 11/10 | | 10,625,000 | 13288 | U S TREASURY BILL DUE 03/19/2009 | 99.867 | | 10,610,868.75 |
| | | | | 3/19/2009 | | | |

CONTINUED ON PAGE 11

MWPTAP00045189

MWPTAP00580671

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

PERIOD ENDING: 11/30/08
YOUR ACCOUNT NUMBER: 1-FR119-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER
PAGE: 11
A

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|----------------------------------|
| 11/10 | | 7,900,000 | 13499 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 7,886,986.00 |
| 11/10 | | 7,900,000 | 13701 | U S TREASURY BILL DUE 4/02/2009 | 99.770 | | 7,881,830.00 |
| 11/10 | | 9,325,000 | 13920 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 9,300,941.50 |
| 11/10 | | 1,425,000 | 14148 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | | 1,420,525.50 |
| 11/10 | 50,000 | | 14371 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 49,843.00 | |
| 11/10 | 10,765 | | 14598 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 10,765.00 | |
| 11/18 | | 19,929 | 49344 | ANHEUSER BUSCH COS INC. | 70 | 1,372,662.50 | |
| 11/18 | 1,375,000 | | 49579 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | | 1,395,030.00 |
| 11/18 | 22,367 | | 49817 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 22,367.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.09 |
| | | | | CONTINUED ON PAGE   12 | | | |

MWPTAP00045190

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC

CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | | CM | | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | | .63 | |
| 11/19 | | 33,132 | 51518 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,132.00 |
| 11/19 | 12,650,000 | | 56123 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 12,640,639.00 | |
| 11/19 | 16,677 | | 60557 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 3/26/2009 | 1 | 16,677.00 | |
| 11/20 | | 12,650,000 | 63793 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.962 | | 12,645,193.00 |
| 11/20 | 12,650,000 | | 64031 | U S TREASURY BILL 4/16/2009 | 99.947 | 12,643,295.50 | |
| 11/20 | 1,897 | | 64270 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 1,897.00 | |
| 11/25 | 3,357 | | 64511 | APPLE INC | 85.070 | 285,713.99 | |
| 11/25 | 5,968 | | 64749 | ABBOTT LABORATORIES | 54.140 | 323,345.52 | |
| 11/25 | 4,103 | | 64987 | AMGEN INC | 53.630 | 220,207.89 | |
| 11/25 | 19,023 | | 65225 | BANK OF AMERICA | 12.980 | 247,678.54 | |
| 11/25 | 21,238 | | 65463 | BAXTER INTERNATIONAL INC | 52.570 | 1,116,476.66 | |
| 11/25 | 4,476 | | 65701 | BANK OF NEW YORK MELLON CORP | 24.670 | 110,693.44 | |
| 11/25 | 7,460 | | 65939 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 150,542.40 | |
| | | | | CONTINUED ON PAGE   13 | | | |

YOUR ACCOUNT NUMBER   1-FR119-3-0

PERIOD ENDING   11/30/08

PAGE   12   A

MWPTAP00045191

MWPTAP00580673

**BERNARD L. MADOFF**
**MADF** INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| PERIOD ENDING | PAGE | A |
|---|---|---|
| 11/30/08 | 13 | |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-FR119-3-0 | |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 21,634 | | 66177 | CITI GROUP INC | 6.100 | 132,832.40 | |
| 11/25 | 1,865 | | 66415 | COLGATE PALMOLIVE CO | 62.660 | 116,934.90 | |
| 11/25 | 10,817 | | 66653 | COMCAST CORP | 13.970 | 151,545.49 | |
| 11/25 | 5,968 | | 66891 | CONOCOPHILLIPS | 45.100 | 269,394.80 | |
| 11/25 | 22,380 | | 67129 | CISCO SYSTEMS INC | 14.970 | 335,923.60 | |
| 11/25 | 5,595 | | 67367 | CVS CAREMARK CORP | 27.040 | 151,511.80 | |
| 11/25 | 7,833 | | 67605 | CHEVRON CORP | 68.710 | 538,518.43 | |
| 11/25 | 7,087 | | 67843 | THE WALT DISNEY CO | 19.760 | 140,322.12 | |
| 11/25 | 2,611 | | 68081 | EXELON CORP | 48.740 | 127,250.14 | |
| 11/25 | 41,010 | | 68319 | GENERAL ELECTRIC CO | 14.010 | 574,471.30 | |
| 11/25 | 746 | | 68557 | GOOGLE | 275 | 205,179.00 | |
| 11/25 | 6,341 | | 68795 | HOME DEPOT INC | 19.530 | 124,092.73 | |
| 11/25 | 9,325 | | 69033 | HEWLETT PACKARD CO | 32.990 | 308,004.75 | |
| 11/25 | 5,222 | | 69271 | INTERNATIONAL BUSINESS MACHS | 75.080 | 392,275.76 | |
| 11/25 | 21,634 | | 69509 | INTEL CORP | 12.270 | 266,434.18 | |
| 11/25 | 10,817 | | 69747 | JOHNSON & JOHNSON | 57.230 | 619,032.05 | |
| 11/25 | 14,174 | | 69985 | J.P. MORGAN CHASE & CO | 27.760 | 394,036.24 | |
| 11/25 | 5,595 | | 70223 | KRAFT FOOD INC | 25.900 | 145,133.50 | |
| 11/25 | 7,460 | | 70461 | COCA COLA CO | 42.040 | 313,916.40 | |
| 11/25 | 4,103 | | 70699 | MCDONALDS CORP | 55 | 225,829.00 | |
| 11/25 | 4,476 | | 70937 | MEDTRONIC INC | 30.800 | 138,059.00 | |
| 11/25 | 2,611 | | 71175 | 3M COMPANY | 58.320 | 152,273.08 | |
| 11/25 | 7,845 | | 71413 | ALTRIA GROUP INC | 16.250 | 127,599.25 | |
| 11/25 | 8,206 | | 71651 | MERCK & CO | 25 | 205,478.00 | |
| | | | | CONTINUED ON PAGE 14 | | | |

MWPTAP00045192

MWPTAP00580674

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

PAGE 14   A

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | 29,840 | | 71889 | MICROSOFT CORP | 18.100 | 541,297.00 | |
| 11/25 | 14,920 | | 72603 | ORACLE CORPORATION | 16.050 | 240,062.00 | |
| 11/25 | 3,357 | | 72861 | OCCIDENTAL PETROLEUM CORP | 44.570 | 149,755.49 | |
| 11/25 | 5,968 | | 73079 | PEPSICO INC | 51.800 | 309,380.40 | |
| 11/25 | 25,737 | | 73317 | PFIZER INC | 15.320 | 395,319.84 | |
| 11/25 | 11,190 | | 73555 | PROCTER & GAMBLE CO | 61.940 | 693,555.60 | |
| 11/25 | 7,833 | | 73793 | PHILLIP MORRIS INTERNATIONAL | 36.380 | 285,277.54 | |
| 11/25 | 6,341 | | 74031 | QUALCOMM INC | 29.850 | 189,531.85 | |
| 11/25 | 4,676 | | 74269 | SCHLUMBERGER LTD | 44.270 | 207,283.52 | |
| 11/25 | 22,380 | | 74507 | AT&T INC | 25 | 560,395.00 | |
| 11/25 | 13,801 | | 74745 | TIME WARNER INC | 8.010 | 111,098.01 | |
| 11/25 | 3,730 | | 74983 | UNITED PARCEL SVC INC | 50.760 | 189,483.80 | |
| | | | | CLASS B | | | |
| 11/25 | 6,714 | | 75221 | U S BANCORP | 23.400 | 157,375.60 | |
| 11/25 | 3,730 | | 75459 | UNITED TECHNOLOGIES CORP | 44.890 | 167,588.70 | |
| 11/25 | 10,817 | | 75697 | VERIZON COMMUNICATIONS | 26.570 | 287,839.69 | |
| 11/25 | 14,547 | | 75935 | WELLS FARGO & CO NEW | 23.860 | 347,090.54 | |
| 11/25 | 8,579 | | 76173 | WAL-MART STORES INC | 51.450 | 441,732.55 | |
| 11/25 | 5,222 | | 76411 | WYETH | 33 | 172,534.00 | |
| 11/25 | 20,142 | | 76649 | EXXON MOBIL CORP | 72 | 1,451,029.00 | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | DIV 11/25/08 | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/25 | | | | FIDELITY SPARTAN | CM | .55 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | 1.84 |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 15 | | | |

MWPTAP00045193

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| | | | |
|---|---|---|---|
| PERIOD ENDING | 11/30/08 | PAGE | 15 |
| YOUR TAX PAYER IDENTIFICATION NUMBER | | | A |
| YOUR ACCOUNT NUMBER | 1-FR1119-3-0 | | |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/25 | | 18,574 | 77222 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 18,574.00 |
| 11/25 | | 14,075,000 | 77480 | U S TREASURY BILL DUE 4/16/2009 4/16/2009 | 99.878 | | 14,057,828.50 |
| 11/25 | 43,985 | | 77766 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 43,985.00 | |
| | | | | NEW BALANCE | | 19,342,367.92 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 193,554 | | | AT&T INC | 28.560 | | |
| | 51,520 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 67,620 | | | ALTRIA GROUP INC | 16.080 | | |
| | 35,420 | | | AMGEN INC | 55.540 | | |
| | 28,980 | | | APPLE INC | 92.670 | | |
| | 166,292 | | | BANK OF AMERICA | 16.250 | | |
| | 317,865 | | | BANK OF NEW YORK MELLON CORP | 30.210 | | |
| | 20,272 | | | BAXTER INTERNATIONAL INC | 52.900 | | |
| | 22,776 | | | BOEING CO | 42.630 | | |
| | 65,352 | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 | | |
| | 47,525 | | | CVS CAREMARK CORP | 28.930 | | |
| | 60,577 | | | CHEVRON CORP | 79.010 | | |
| | 154,540 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 180,468 | | | CITI GROUP INC | 8.290 | | |
| | | | | CONTINUED ON PAGE   16 | | | |

MWPTAP00045194

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(800) 888-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT
CARDINAL HOLDINGS BV
CARDINAL MANAGEMENT LTD

WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

PAGE 16    A
PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-FR119-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 65,352 | | | COCA COLA CO | 46.870 | | |
| | 1,865 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| | 95,452 | | | COMCAST CORP | 17.340 | | |
| | | | | CL A | | | |
| | 50,745 | | | CONOCOPHILIPS | 52.520 | | |
| | 62,300 | | | THE WALT DISNEY CO. | 22.520 | | |
| | 2,611 | | | EXELON CORP. | 56.210 | | |
| | 173,105 | | | EXXON MOBIL CORP | 80.150 | | |
| | 346,013 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | 12,340 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| | 6,440 | | | GOOGLE | 292.960 | | |
| | 81,452 | | | HEWLETT PACKARD CO | 35.280 | | |
| | 56,812 | | | HOME DEPOT INC | 23.110 | | |
| | 185,042 | | | INTEL CORP INC | 13.800 | | |
| | 45,000 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 122,360 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 92,605 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 50,372 | | | KRAFT FOOD INC | 27.210 | | |
| | 37,492 | | | MCDONALDS CORP | 58.750 | | |
| | 37,865 | | | MEDTRONIC INC | 30.520 | | |
| | 70,840 | | | MERCK & CO | 26.720 | | |
| | 259,672 | | | MICROSOFT CORP | 20.220 | | |
| | 28,205 | | | OCCIDENTAL PETROLEUM CORP | 54.140 | | |
| | 130,872 | | | ORACLE CORPORATION | 16.090 | | |
| | 51,520 | | | PEPSICO INC | 56.700 | | |
| | | | | CONTINUED ON PAGE 17 | | | |

CONTINUED ON PAGE 17

MWPTAP00045195

MWPTAP00580677

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**PAGE** 17
**A**

**PERIOD ENDING** 11/30/08

**YOUR ACCOUNT NUMBER** 1-FR119-3-0

\*\*DUPLICATE\*\* FOR ACCOUNT
CARDINAL HOLDINGS BY  CARDINAL MANAGEMENT INC

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 223,309 | | | PFIZER INC | 16.430 | | |
| | 68,740 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 99,447 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 54,740 | | | QUALCOMM INC | 33.570 | | |
| | 39,592 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 43,985 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 22,540 | | | 3M COMPANY | 66.930 | | |
| | 117,413 | | | TIME WARNER INC | 9.050 | | |
| | 57,960 | | | U S BANCORP | 26.980 | | |
| | 32,200 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 32,200 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | 93,557 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 74,060 | | | WAL-MART STORES INC | 55.880 | | |
| | 111,345 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | 5,222 | | | WYETH | 36.010 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG            SHORT | | | |
| | | | | 137,597,352.07 | | | |

MWPTAP00045196

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT  CARDINAL MANAGEMENT, INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| PERIOD ENDING | YOUR ACCOUNT NUMBER | PAGE |
|---|---|---|
| 11/30/08 | 1-FR119-3-0 | 18  A |

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 961,484.17 |
| | | | | GROSS PROCEEDS FROM SALES | | | 906,400,990.23 |

MWPTAP00045197

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
(212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1
A

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC.
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

PROCESS DATE 11/30/08
YOUR ACCOUNT NUMBER 1-FR1119-4-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|---------------------------------|
| | | | | BALANCE FORWARD | | | 6,045,506.00 |
| 11/06 | | 1,120 | 18965 | S & P 100 INDEX NOVEMBER 470 CALL | 20.300 | | 2,272,480.00 |
| 11/06 | 1,120 | | 19200 | S & P 100 INDEX NOVEMBER 460 PUT | 20.500 | 2,297,120.00 | |
| 11/07 | | 775 | 31486 | S & P 100 INDEX NOVEMBER 470 CALL | 22 | | 1,704,225.00 |
| 11/07 | 775 | | 31721 | S & P 100 INDEX NOVEMBER 460 PUT | 13.800 | 1,070,275.00 | |
| 11/10 | | 952 | 43946 | S & P 100 INDEX NOVEMBER 485 CALL | 12.400 | | 1,179,528.00 |
| 11/10 | 952 | | 44181 | S & P 100 INDEX NOVEMBER 475 PUT | 16.800 | 1,600,312.00 | |
| 11/19 | | 2,847 | 30159 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 7,399,353.00 |
| 11/19 | 2,847 | | 30397 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 8,543,847.00 | |
| 11/19 | 1,895 | | 30635 | S & P 100 INDEX NOVEMBER 470 CALL | 1.500 | 286,145.00 | |
| 11/19 | 952 | | 30873 | S & P 100 INDEX NOVEMBER 460 PUT | .900 | 86,632.00 | |
| 11/19 | | 1,895 | 31111 | S & P 100 INDEX NOVEMBER 475 PUT | 45 | | 8,525,605.00 |
| 11/19 | | 952 | 31349 | S & P 100 INDEX | 59 | | 5,615,848.00 |
| | | | | CONTINUED ON PAGE 2 | | | |

CONTINUED ON PAGE 2

MWPTAP00045198

MWPTAP00580680

**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
□ New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
London W1J 8DT
Mayfair, Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NI-3012 KG ROTTERDAM
NETHERLANDS

YOUR ACCOUNT NUMBER: 1-FR119-4-0
PERIOD ENDING: 11/30/08
PAGE: 2
A

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|----------------------------------|
| 11/25 | | 373 | 72127 | S & P 100 INDEX<br>DECEMBER 380 CALL | 34 | | 1,267,827.00 |
| 11/25 | 373 | | 72365 | S & P 100 INDEX<br>DECEMBER 370 PUT | 21 | 783,673.00 | |
| | | | | NEW BALANCE | | | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | 2,847 | | S & P 100 INDEX | 23,300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | 373 | | S & P 100 INDEX | 61 | | |
| | | | | DECEMBER 380 CALL | | | |
| | 2,847 | | | S & P 100 INDEX | 16,500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | 373 | | | S & P 100 INDEX | 5,100 | | |
| | | | | DECEMBER 370 PUT | | | |

MARKET VALUE OF SECURITIES
LONG        4,887,780.00
SHORT       8,908,810.00-

MWPTAP00045199

## Sklar, Jeff

| | |
|---|---|
| **From:** | Sklar, Jeff |
| **Sent:** | Wednesday, July 01, 2009 3:04 PM |
| **To:** | 'JFranks@alixpartners.com' |
| **Cc:** | Webber, Eric; Steinberg, Howard |
| **Subject:** | RE: Madoff Customer Claim Form |
| **Attachments:** | Cardinal mgt BLMIS Executed Claim Form 7.1.09.pdf.PDF |

**VIA EMAIL AND FEDEX**

John,

Pursuant to the instructions in your e-mail below, I submit the attached customer claim of Cardinal Management Inc. Please confirm receipt of the claim form.

We will send a copy of this form to the Claims Processing Center in Dallas via FedEx, and will also send an original signed form to the Claims Processing Center as soon as we receive it.

Although we submit this customer claim form on Cardinal's behalf, please note that we do not represent Cardinal in the BLMIS liquidation or other matters, and that we are not authorized to accept service of process on or notices to Cardinal.

Please contact me if you have any questions.


**Jeff Sklar**
Irell & Manella LLP
1800 Ave. of the Stars, Ste. 900 / Los Angeles, CA 90067
Direct: 310-203-7592 / Fax: 310-203-7199


---

**From:** Franks, John [mailto:JFranks@alixpartners.com]
**Sent:** Tuesday, June 30, 2009 4:56 PM
**To:** Sklar, Jeff
**Subject:** Madoff Customer Claim Form

As a responsible party for the claims agent to the Bernard L. Madoff Investment Securities liquidation, this email serves as confirmation that a timely submitted fax signature copy of the claim form sent to me via email that is then supplemented with an original version will be considered properly filed. Please send the original to the BLMIS claims center at the address below:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201


Thanks,
John



7/1/2009

MWPTAP00045200

John S. Franks
**AlixPartners, LLP**
2100 McKinney Avenue
Suite 800
Dallas, TX  75201
W: 214 647-7619
F: 214 647-7503
E: jfranks@alixpartners.com

Confidential: This electronic message and all contents contain information from the firm of
AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure.
The information is intended to be for the addressee only. If you are not the addressee, any disclosure,
copy, distribution or use of the contents of this message is prohibited. If you have received this
electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original
message and all copies.

7/1/2009

MWPTAP00045201

MWPTAP00580683



MWPTAP00045202

MWPTAP00580684

**CUSTOMER CLAIM**

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number    **070152**

### BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

RECEIVED

JUL 07 2009

(Please print or type)

Name of Customer: Cardinal Management  Inc.
Mailing Address:  7 Mongiraud Street
City: Castries                          State:  St. Lucia        Zip:
Account No.: 1-FR119-3-0 / 1-FR119-4-0
Taxpayer I.D. Number (Social Security No.):

NOTE:  BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.  CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*********************************************************************

1.    Claim for money balances as of **December 11, 2008**:

    a.    The Broker owes me a Credit (Cr.) Balance of    $ 124,323,000

    b.    I owe the Broker a Debit (Dr.) Balance of    $

    c.    If you wish to repay the Debit Balance,
        please insert the amount you wish to repay and
        attach a check payable to "Irving H. Picard, Esq.,
        Trustee for Bernard L. Madoff Investment Securities LLC."
        If you wish to make a payment, it must be enclosed
        with this claim form.    $

    d.    If balance is zero, insert "None."

500180406                                    1



MWPTAP00045529

2.     Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | _____ | _____ |
| b. | I owe the Broker securities | _____ | _____ |
| c. | If yes to either, please list below: | | |

|  |  | Number of Shares or Face Amount of Bonds | |
|---|---|---|---|
| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |
| _____ | _____ | _____ | _____ |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                                    2



MWPTAP00045530

**MWPTAP00594169**

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. |  | x |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? |  | x |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? |  | x |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) |  | x |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. |  | x |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | X – Bernard L. Madoff | |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970? if so, give name of that broker. |  | x |

Please list the full name and address of anyone assisting you in the preparation of this claim form: _____

502180406

3

MWPTAP00045531

MWPTAP00594170

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

CARDINAL MANAGEMENT  INC.

Date _July 1 2009_    Signature _____ Director

                                          TITLE:

Date _July 1 2009_    Signature _____ Director

(If ownership of the account is shared, all must sign above.  Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet.  If other
than a personal account, e.g., corporate, trustee, custodian, etc., also state your capacity
and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406                                    4

MWPTAP00045532

MWPTAP00594171

**BERNARD L. MADOFF**
**M** INVESTMENT SECURITIES LLC
New York ◦ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

Madoff Securities International Limited
12 Berkeley Street
London, W1J 8DT
Tel 0(1 703) 6)22

YOUR ACCOUNT NUMBER  1-FR115-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|-------------|------|------|------|
| | | | | BALANCE FORWARD | | 5,045,557.58 | |
| 11/03 | | | | CHECK WIRE | | 34,000,000.00 | |
| 11/03 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | CW DIV | | 9.05 |
| 11/03 | | | | DIV 11/03/08 FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | CW | | 2.72 |
| 11/03 | 28,045 | | 23214 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 28,045.00 |
| 11/03 | 84,500,000 | | 23186 | U S TREASURY BILL DUE 2/12/2009 | 99.865 | 84,386,525.00 | |
| 11/03 | 55,500,000 | | 23230 | U S TREASURY BILL DUE 2/12/2009 | 94,928 | 54,996,040.00 | |
| 11/03 | 12,616 | | 23293 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 12,616.00 | |
| 11/06 | 10,080 | | 10975 | APPLE INC | 105.380 | 1,062,633.40 | |
| 11/06 | 17,925 | | 11210 | ABBOTT LABORATORIES | 55.090 | 987,928.80 | |
| 11/06 | 12,320 | | 11445 | AMGEN INC | 60.350 | 744,064.00 | |
| 11/06 | 6,960 | | 11680 | BOEING CO | 65.550 | 456,393.20 | |
| 11/06 | 58,243 | | 11915 | BANK OF AMERICA | 23.840 | 1,390,770.60 | |
| 11/06 | 6,720 | | 12150 | BAXTER INTERNATIONAL INC | 60.600 | 407,500.00 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PAGE 1

MWPTAP00045533



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT DIV.
CARDINAL HOLDINGS BV

WESTBLAAK 89
N1-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKR | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
| 11/06 | 13,440 | | 12385 | BANK OF NEW YORK MELLON CORP | 32-290 | 434,514.60 | |
| 11/06 | 42,600 | | 12620 | BRISTOL MYERS SQUIBB COMPANY | 22-510 | 962,560.00 | |
| 11/06 | 7,840 | | 12855 | ANHEUSER BUSCH COS INC | 62-430 | 489,766.20 | |
| 11/06 | 62,720 | | 13000 | CITI GROUP INC | 13-530 | 851,094.60 | |
| 11/06 | 33,600 | | 13325 | COMCAST CORP | 15-790 | 531,580.00 | |
| | | | | CL A | | | |
| 11/06 | 17,920 | | 13560 | CONOCOPHILLIPS | 51-120 | 916,785.40 | |
| 11/06 | 668,320 | | 13795 | CISCO SYSTEMS INC | 17-520 | 11,749,609.40 | |
| 11/06 | 16,800 | | 14050 | CVS CAREMARK CORP* | 30-510 | 513,240.00 | |
| 11/06 | 23,520 | | 14265 | CHEVRON CORP | 72-740 | 1,735,324.00 | |
| 11/06 | 22,400 | | 14500 | THE WALT DISNEY CO | 24-760 | 555,520.00 | |
| 11/06 | 119,840 | | 14735 | GENERAL ELECTRIC CO | 19-600 | 2,353,657.00 | |
| 11/06 | 2,240 | | 14970 | GOOGLE | 356-520 | 798,693.80 | |
| 11/06 | 4,480 | | 15205 | GOLDMAN SACHS GROUP INC | 93-070 | 421,730.40 | |
| 11/06 | 20,160 | | 15440 | HOME DEPOT INC | 23-300 | 470,534.00 | |
| 11/06 | 28,000 | | 15675 | HEWLETT PACKARD CO | 38-310 | 1,073,800.00 | |
| 11/06 | 155,680 | | 15910 | INTERNATIONAL BUSINESS MACHS | 92-010 | 14,356,731.40 | |
| 11/06 | 63,840 | | 16145 | INTEL CORP | 16-070 | 1,028,461.80 | |
| 11/06 | 32,480 | | 16380 | JOHNSON & JOHNSON | 61-320 | 1,992,647.80 | |
| 11/06 | 42,560 | | 16615 | J.P. MORGAN CHASE & CO | 42-020 | 1,787,431.60 | |
| 11/06 | 17,920 | | 16850 | KRAFT FOOD INC | 29-110 | 522,367.20 | |
| 11/06 | 22,400 | | 17085 | COCA COLA CO | 44-490 | 997,477.00 | |
| 11/06 | 13,440 | | 17320 | MCDONALDS CORP | 57-900 | 778,312.60 | |
| 11/06 | 13,440 | | 17555 | MEDTRONIC INC | 40-310 | 542,303.40 | |
| 11/06 | 7,840 | | 17790 | 3M COMPANY | 63-599 | 499,876.60 | |
| | | | | | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

MWPTAP00045534

MWPTAP00594173



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343

***DUPLICATE** - FOR ACCOUNT   CARDINAL MANAGEMENT...
CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TIN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| 11/06 | 23,520 | | 18025 | ALTRIA GROUP INC | 59-260 | 1,451,563.20 | |
| 11/06 | 24,640 | | 18260 | MERCK & CO | 30-780 | 759,402.20 | |
| 11/06 | 90,720 | | 18495 | MICROSOFT CORP | 22-310 | 2,027,591.20 | |
| 11/06 | 45,920 | | 18730 | ORACLE CORPORATION | 18-110 | 833,447.20 | |
| 11/06 | 10,080 | | 19435 | OCCIDENTAL PETROLEUM CORP | 54-290 | 547,646.20 | |
| 11/06 | 17,920 | | 19670 | PEPSICO INC | 57 | 1,022,156.00 | |
| 11/06 | 77,280 | | 19905 | PFIZER INC | 17-690 | 1,370,174.20 | |
| 11/06 | 34,720 | | 20140 | PROCTER & GAMBLE CO | 64-570 | 2,243,258.40 | |
| 11/06 | 24,640 | | 20375 | PHILLIP MORRIS INTERNATIONAL | 42-770 | 1,053,852.20 | |
| 11/06 | 19,040 | | 20610 | QUALCOMM INC | 37-010 | 723,463.40 | |
| 11/06 | 13,440 | | 20845 | SCHLUMBERGER LTD | 51-760 | 696,191.40 | |
| 11/06 | 67,200 | | 21080 | AT&T INC | 26-980 | 1,815,744.00 | |
| 11/06 | 44,440 | | 21315 | TIME WARNER INC | 10-060 | 449,043.40 | |
| 11/06 | 11,200 | | 21550 | UNITED PARCEL SVC INC | 52-790 | 591,699.00 | |
| | | | | CLASS B | | | |
| 11/06 | 20,160 | | 21785 | U S BANCORP | 29-550 | 596,534.00 | |
| 11/06 | 11,200 | | 22020 | UNITED TECHNOLOGIES CORP | 54-920 | 615,552.00 | |
| 11/06 | 32,480 | | 22255 | VERIZON COMMUNICATIONS | 29-980 | 975,049.40 | |
| 11/06 | 30,080 | | 22490 | WELLS FARGO CO NEW | 33-660 | 1,013,490.40 | |
| 11/06 | 25,760 | | 22725 | WAL-MART STORES INC | 56-560 | 1,458,015.60 | |
| 11/06 | 60,400 | | 22960 | EXXON MOBIL CORP | 73-650 | 4,458,585.40 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | J S TREASURY MONEY MARKET | | | |
| 11/06 | | | | DIV 11/06/08 | DIV | | .20 |
| | | | | FIDELITY SPARTAN | | | |
| | | | | J S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | CW | | |

CONTINUED ON PAGE   4

MWPTAP00045535

**BERNARD L. MADOFF**
INVESTMENT SECURITIES
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800-334-1343
New York (212) 888-4061

**DUPLICATE** FOR ACCOUNT    CARDINAL MANAGEMENT BV
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
0845 / 6000 0000

| DATE | BOUGHT (RECEIVED) | SOLD (DELIVERED) | ITEM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 29,566 | | 10740 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 29,566.00 |
| 11/06 | | 12,616 | 40257 | FIDELITY SPARTAN | 1 | 12,616.00 | |
| 11/06 | | 4,225,000 | 48473 | U S TREASURY BILL DUE 12/11/2008 | 99.499 | | 4,224,575.25 |
| 11/05 | 3,850,000 | | 48686 | U S TREASURY BILL DUE 12/18/2008 | 99.932 | | 3,847,382.00 |
| 11/06 | 16,750,000 | | 48905 | U S TREASURY BILL DUE 12/10/2009 | 99.960 | | 16,743,300.00 |
| 11/06 | 16,750,000 | | 49115 | U S TREASURY BILL DUE 01/08/2009 | 99.946 | | 16,740,975.00 |
| 11/06 | 16,750,000 | | 49329 | U S TREASURY BILL DUE 01/15/2009 | 99.934 | | 16,718,945.00 |
| 11/06 | 16,750,000 | | 49544 | U S TREASURY BILL DUE 01/22/2009 | 99.928 | | 16,737,940.00 |
| 11/06 | 7,950,000 | | 49998 | U S TREASURY BILL DUE 01/29/2009 | 99.802 | 7,064,358.00 | |
| | | | | DUE 03/26/2009 | | | |

CONTINUED ON PAGE 5

TAX YEAR 11/30/08    PAGE 4    ACCOUNT NUMBER 1-F8119-4-0

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334 1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493-6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC

CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

1-ZB112-3-0

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/06 | 7,900,000 | | 50215 | U S TREASURY BILL DUE 4/02/2009 | 99.751 | 7,880,329.00 | |
| 11/06 | 7,900,000 | | 50444 | U S TREASURY BILL DUE 04/09/2009 | 99.726 | 7,878,354.00 | |
| 11/07 | 6,975 | | 23496 | APPLE INC | 106.800 | 759,159.00 | |
| 11/07 | 12,400 | | 23731 | ABBOTT LABORATORIES | 56.590 | 702,212.00 | |
| 11/07 | 8,525 | | 23966 | AMGEN INC | 62.070 | 529,487.75 | |
| 11/07 | 6,200 | | 24201 | BOEING CO | 53.640 | 332,814.00 | |
| 11/07 | 39,525 | | 24436 | BANK OF AMERICA | 23.770 | 939,914.00 | |
| 11/07 | 4,650 | | 24671 | BAXTER INTERNATIONAL INC | 61.740 | 287,271.00 | |
| 11/07 | 8,525 | | 24906 | BANK OF NEW YORK MELLON CORP | 34.210 | 291,981.25 | |
| 11/07 | 15,500 | | 25141 | BRISTOL MYERS SQUIBB COMPANY | 21.020 | 325,639.00 | |
| 11/07 | 46,525 | | 25376 | ANHEUSER BUSCH COS INC | 64.190 | 349,447.75 | |
| 11/07 | 41,850 | | 25611 | CITI GROUP INC | 14.430 | 604,732.50 | |
| 11/07 | 22,475 | | 25846 | COMCAST CORP CL A | 17.390 | 391,739.25 | |
| 11/07 | 11,625 | | 26081 | COMCAST PHILIPS | 53.060 | 617,287.50 | |
| 11/07 | 46,725 | | 26316 | CISCO SYSTEMS INC | 17.580 | 805,674.50 | |
| 11/07 | 10,850 | | 26551 | CINEMARK CORP | 31.720 | 344,596.00 | |
| 11/07 | 16,275 | | 26786 | CHEVRON CORP | 75.450 | 1,228,574.75 | |
| 11/07 | 14,725 | | 27021 | THE WALT DISNEY CO | 25.620 | 377,843.50 | |
| 11/07 | 81,375 | | 27256 | GENERAL ELECTRIC CO | 19.810 | 1,615,293.75 | |
| 11/07 | 1,550 | | 27491 | GOOGLE | 349.160 | 541,269.00 | |
| | | | | CONTINUED ON PAGE   6 | | | |

MWPTAP00045537

MWPTAP00594176

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC

New York · London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**CARDINAL MANAGEMENT**

**INVESTMENT ADVISORS**

11/30/07

**6**

\*\*DUPLICATE\*\* FOR ACCOUNT CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

1-FR119-3-0

| DATE | BOUGHT (RECEIVED) | SOLD (DELIVERED) | FIRM | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/07 | 3,100 | | 27728 | GOLDMAN SACHS GROUP INC | 89.670 | 276,241.00 |
| 11/07 | 33,175 | | 27961 | HOME DEPOT INC | 22.480 | 766,792.00 |
| 11/07 | 19,375 | | 28196 | HEWLETT PACKARD CO | 38.420 | 752,932.00 |
| 11/07 | 19,850 | | 28431 | INTERNATIONAL BUSINESS MACHS | 92.430 | 1,003,299.50 |
| 11/07 | 43,400 | | 28666 | INTEL CORP | 16 | 696,336.00 |
| 11/07 | 21,700 | | 28901 | JOHNSON & JOHNSON | 65.020 | 1,343,362.00 |
| 11/07 | 29,450 | | 29136 | J.P. MORGAN CHASE & CO | 40.960 | 1,207,450.00 |
| 11/07 | 11,625 | | 29371 | KRAFT FOOD INC | 29.710 | 345,843.75 |
| 11/07 | 15,500 | | 29606 | COCA COLA CO | 44.530 | 722,610.00 |
| 11/07 | 8,525 | | 29841 | MCDONALDS CORP | 57.510 | 490,613.75 |
| 11/07 | 5,425 | | 30076 | MEDTRONIC INC | 41.140 | 351,059.50 |
| 11/07 | 16,275 | | 30311 | 3M COMPANY | 64.080 | 393,291.00 |
| 11/07 | 9,050 | | 30546 | ALTRIA GROUP INC | 19.370 | 355,897.75 |
| 11/07 | 62,050 | | 30781 | MERCK & CO | 104.480 | 532,365.00 |
| 11/07 | 31,000 | | 31016 | MICROSOFT CORP | 72.940 | 1,424,760.00 |
| 11/07 | 44,050 | | 31251 | ORACLE CORPORATION | 18.470 | 573,810.00 |
| 11/07 | 12,400 | | 31486 | OCCIDENTAL PETROLEUM CORP | 54.380 | 674,040.00 |
| 11/07 | 52,700 | | 32191 | PEPSICO INC | 58.630 | 727,505.00 |
| 11/07 | 264,025 | | 32426 | PFIZER INC | 18 | 950,708.00 |
| 11/07 | 16,275 | | 32661 | PROCTER & GAMBLE CO | 85.180 | 1,799,788.50 |
| 11/07 | 13,175 | | 32896 | PHILLIP MORRIS INTERNATIONAL | 43.640 | 710,872.50 |
| 11/07 | 33,175 | | 33131 | QUALCOMM INC | 37.690 | 491,092.75 |
| 11/07 | 33,900 | | 33366 | SCHLUMBERGER LTD | 51.770 | 752,472.50 |
| 11/07 | 444,950 | | 33601 | AT&T INC | 28.910 | 1,301,302.50 |
| 11/07 | 27,950 | | 33836 | TIME WARNER INC | 10.110 | 283,185.00 |
| | | | | CONTINUED ON PAGE 7 | | |

MWPTAP00045538

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT    CARDINAL MANAGEMENT LLC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT OR RECEIVED | SOLD OR DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/07 | 7,750 | | 34071 | UNITED PARCEL SVC INC CLASS B | 53,680 | 416,330.00 | |
| 11/07 | 13,950 | | 34306 | U S BANCORP | 30,790 | 430,798.90 | |
| 11/07 | 7,750 | | 34541 | UNITED TECHNOLOGIES CORP | 56 | 434,330.00 | |
| 11/07 | 21,700 | | 34776 | VERIZON COMMUNICATIONS | 31,010 | 691,165.00 | |
| 11/07 | 26,950 | | 35011 | WELLS FARGO & CO NEW | 34,080 | 809,052.00 | |
| 11/07 | 17,825 | | 35246 | WAL-MART STORES INC | 56,730 | 1,011,925.25 | |
| 11/07 | 41,075 | | 35481 | EXXON MOBIL CORP | 75,280 | 3,093,769.00 | |
| | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | DIV | | .53 |
| | | | | DIV 11/07/09 | | | |
| 11/07 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 04 | .16 | |
| | | | | W/H TAX DIV FDLXX | | | |
| 11/07 | 279,566 | | 10983 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 279,566.00 |
| 11/07 | 8,475,000 | | 11253 | U S TREASURY BILL DUE 02/05/09 | 99,923 | | 8,469,474.25 |
| 11/07 | | 10,425,000 | 11465 | U S TREASURY BILL DUE 02/05/09 2/05/2009 | 99,837 | 10,413,219.75 | |
| | | | | DUE 02/19/2009 2/19/2009 | | | |
| 11/07 | | 10,425,000 | 11681 | U S TREASURY BILL DUE 02/26/2009 2/26/2009 | 99,889 | 10,413,428.25 | |

CONTINUED ON PAGE    8

MWPTAP00045539

MWPTAP00594178

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT INC

WESTRALAX 09
NZ-3012 KG ROTTERDAM
NETHERLANDS

| Account No. 8 |
| Date 11/30/09 |
| 1-FR1170-3-3 |

| DATE | BOUGHT (RECEIVED) | SOLD (DELIVERED) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/07 | | 0,475,000 | 11894 | U S TREASURY BILL DUE 03/05/09 | 99.864 | | 0,467,643.50 |
| 11/07 | 1,425,000 | | 12228 | U S TREASURY BILL DUE 3/05/2009 3/05/09 | 99.720 | 1,421,013.00 | |
| 11/07 | 1,425,000 | | 12448 | U S TREASURY BILL DUE 04/09/2009 4/09/09 | 99.671 | 1,420,311.75 | |
| 11/07 | 31,300 | | 12673 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/16/2009 | 1 | 31,300.00 | |
| 11/10 | 8,568 | | 35996 | APPLE INC | 108.720 | 931,854.96 | |
| 11/10 | 15,432 | | 36191 | ABBOTT LABORATORIES | 55.910 | 952,730.12 | |
| 11/10 | 74,616 | | 36426 | AMEREN INC | 59.620 | 624,755.664 | |
| 11/10 | 449,504 | | 36661 | BOEING CO | 52.190 | 397,783.664 | |
| 11/10 | 6,864 | | 36896 | BANK OF AMERICA | 24.690 | 1,492,555.20 | |
| 11/10 | 11,424 | | 37131 | BAXTER INTERNATIONAL INC | 60.770 | 1,405,317.28 | |
| 11/10 | 191,992 | | 37366 | BANK OF NEW YORK MELLON CORP | 33.480 | 382,931.52 | |
| 11/10 | 6,864 | | 37601 | BRISTOL MYERS SQUIBB COMPANY | 21.010 | 426,281.76 | |
| 11/10 | 54,264 | | 37836 | ANHEUSER BUSCH COS INC | 64.090 | 427,363.76 | |
| 11/10 | 20,590 | | 38071 | CITI GROUP INC | 14.270 | 776,517.28 | |
| 11/10 | | | 38306 | COMCAST CORP CLA | 17.410 | 498,371.60 | |
| 11/10 | 15,232 | | 38541 | CONOCOPHILLIPS | 54.130 | 525,117.16 | |
| 11/10 | 56,072 | | 38776 | CISCO SYSTEMS INC | 18.030 | 1,052,263.76 | |

CONTINUED ON PAGE 9



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
FAX (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT NV

WESTBLAAK 69
NL-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | T/K | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 11/10 | 14,280 | | 39011 | CVS CAREMARK CORP | 31.300 | 447,535.00 |
| 11/10 | 20,944 | | 39246 | CHEVRON CORP | 76.410 | 1,601,169.04 |
| 11/10 | 18,080 | | 39481 | THE WALT DISNEY CO | 25.660 | 464,865.08 |
| 11/10 | 103,769 | | 39716 | GENERAL ELECTRIC CO | 20.530 | 2,134,507.04 |
| 11/10 | 1,904 | | 39951 | GOOGLE | 362.900 | 692,332.32 |
| 11/10 | 4,760 | | 40186 | GOLDMAN SACHS GROUP INC | 92.680 | 441,546.30 |
| 11/10 | 17,136 | | 40421 | HOME DEPOT INC | 23.030 | 395,327.08 |
| 11/10 | 24,752 | | 40656 | HEWLETT PACKARD CO | 37.290 | 923,492.08 |
| 11/10 | 33,320 | | 40891 | INTERNATIONAL BUSINESS MACHS | 92.660 | 3,235,595.40 |
| 11/10 | 56,168 | | 41126 | INTEL CORP | 15.880 | 894,193.84 |
| 11/10 | 27,608 | | 41361 | JOHNSON & JOHNSON | 61.320 | 1,694,026.56 |
| 11/10 | 34,176 | | 41596 | J.P. MORGAN CHASE & CO | 41.770 | 1,511,071.68 |
| 11/10 | 15,232 | | 41831 | KRAFT FOOD INC | 30.130 | 459,092.20 |
| 11/10 | 19,992 | | 42066 | COCA COLA CO | 45.520 | 910,495.00 |
| 11/10 | 11,424 | | 42301 | MCDONAL CORP | 57.250 | 654,251.52 |
| 11/10 | 11,424 | | 42536 | MEDTRONIC INC | 40.300 | 460,863.20 |
| 11/10 | 6,664 | | 42771 | 3M COMPANY | 64.690 | 431,360.16 |
| 11/10 | 29,992 | | 43006 | ALTRIA GROUP INC | 18.490 | 378,467.08 |
| 11/10 | 20,944 | | 43241 | MERCK & CO | 30.510 | 639,038.44 |
| 11/10 | 77,112 | | 43476 | MICROSOFT CORP | 23.200 | 1,792,082.43 |
| 11/10 | 39,032 | | 43711 | ORACLE CORPORATION | 18.600 | 480,536.68 |
| 11/10 | 9,568 | | 44416 | OCCIDENTAL PETROLEUM CORP | 56.010 | 877,210.60 |
| 11/10 | 15,232 | | 44651 | PEPSICO INC | 57.550 | 1,074,636.92 |
| 11/10 | 67,592 | | 44886 | PFIZER INC | 17.460 | ... |
| 11/10 | 29,552 | | 45121 | PROCTER & GAMBLE CO | 65.230 | 1,925,247.78 |

CONTINUED ON PAGE   10

MWPTAP00045541

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ◆ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT OF CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT Received | SOLD Delivered | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 11/10 | 19,992 | | 45355 | PHILLIP MORRIS INTERNATIONAL | 44,030 | 881,046.76 | |
| 11/10 | 16,184 | | 45591 | QUALCOMM INC | 37,310 | 604,472.04 | |
| 11/10 | 12,376 | | 45825 | SCHLUMBERGER LTD | 50,580 | 625,483.00 | |
| 11/10 | 59,024 | | 46081 | AT&T INC | 28,580 | 1,689,255.92 | |
| 11/10 | 34,272 | | 46296 | TIME WARNER INC | 11,010 | 378,704.72 | |
| 11/10 | 9,520 | | 46531 | UNITED PARCEL SVC INC | 54,420 | 518,450.40 | |
| | | | | CLASS B | | | |
| 11/10 | 17,135 | | 46766 | U S BANCORP | 31,510 | 540,640.26 | |
| 11/10 | 9,520 | | 47001 | UNITED TECHNOLOGIES CORP | 56,430 | 537,593.65 | |
| 11/10 | 28,560 | | 47236 | VERIZON COMMUNICATIONS | 32 | 917,062.00 | |
| 11/10 | 32,368 | | 47471 | WELLS FARGO & CO NEW | 34,600 | 1,121,226.80 | |
| 11/10 | 21,896 | | 47706 | WAL-MART STORES INC | 55,710 | 1,220,781.16 | |
| 11/10 | 51,408 | | 47941 | EXXON MOBIL CORP | 77,830 | 3,999,782.40 | |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | | | | DIV 11/20/08 | | .51 | |
| | | | | FIDELITY SPARTAN | | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | CW | | 1.70 |
| 11/10 | | 31,300 | 12909 | FIDELITY SPARTAN | 1 | | 31,302.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 11/10 | 9,475,000 | | 13110 | U S TREASURY BILL | 99,875 | | 8,464,464.25 |
| | | | | DUE 3/12/2009 | | | |
| | | | | 3/12/2009 | | | |
| 11/10 | 10,625,000 | | 13288 | U S TREASURY BILL | 94,867 | | 10,619,863.75 |
| | | | | DUE 03/19/2009 | | | |
| | | | | 3/19/2009 | | | |

CONTINUED ON PAGE 11

Member of the
Madoff Securities International Limited
12 Berkeley Street
London W1J 8DT
Tel 020 7493 6222

MWPTAP00045542

MWPTAP00594181

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC.

CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

11/30/08    11    A

| DATE | BOUGHT (Received) | SOLD (Delivered) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/10 | | 7,900,000 | 13490 | U S TREASURY BILL DUE 03/26/2009 | 99.834 | | 7,886,386.00 |
| 11/10 | | 7,900,000 | 13701 | U S TREASURY BILL DUE 4/02/2009 | 99.772 | | 7,881,830.00 |
| 11/10 | | 9,325,000 | 13920 | U S TREASURY BILL DUE 04/09/2009 | 99.742 | | 9,300,941.50 |
| 11/10 | | 1,425,000 | 14148 | U S TREASURY BILL DUE 4/09/2009 | 99.686 | | 1,420,525.50 |
| 11/10 | 50,900 | | 14371 | U S TREASURY BILL DUE 4/16/2009 | 99.686 | 49,843.00 | |
| 11/10 | 10,765 | | 14598 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 10,765.00 | |
| 11/10 | | 19,929 | 49344 | ANHEUSER BUSCH COS INC | 70 | 1,372,662.50 | |
| 11/10 | 1,375,000 | | 49579 | U S TREASURY BILL DUE 4/16/2009 | 99.830 | | 1,370,030.00 |
| 11/28 | 22,367 | | 49817 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 22,367.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 2.79 |

CONTINUED ON PAGE   12

MWPTAP00045543

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair London W1J 8DT
Tel 020 7493 6222

**DUPLICATE**  FOR ACCOUNT  CARDINAL MANAGEMENT LTD

CARDINAL HOLDINGS BV

WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET W/H TAX DIV FDLXX | | .63 | |
| 11/19 | | 33,132 | 51518 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 33,132.00 |
| 11/19 | 12,650,000 | | 56123 | U S TREASURY BILL DUE 03/26/2009 | 99.926 | 12,640,639.20 | |
| 11/19 | 16,677 | | 60557 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 16,677.00 | |
| 11/20 | 12,650,000 | | 63793 | U S TREASURY BILL DUE 03/26/2009 | 99.962 | | 12,645,193.00 |
| 11/20 | | 12,650,000 | 64031 | U S TREASURY BILL 3/26/2009 DUE 4/16/2009 | 99.947 | 12,643,295.50 | |
| 11/20 | 1,897 | | 64270 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 1,897.00 | |
| 11/25 | 3,957 | | 64811 | FIDELITY SPARTAN | 85.070 | 285,713.99 | |
| 11/25 | 9,968 | | 64740 | ABBOTT LABORATORIES | 54.140 | 353,245.95 | |
| 11/25 | 4,103 | | 64987 | AMGEN INC | 53.630 | 227,202.89 | |
| 11/25 | 19,025 | | 65225 | BANK OF AMERICA | 12.980 | 247,076.54 | |
| 11/25 | 2,238 | | 65663 | BAXTER INTERNATIONAL INC | 52.570 | 117,740.66 | |
| 11/25 | 4,476 | | 65701 | BANK OF NEW YORK MELLON CORP | 24.690 | 110,691.44 | |
| 11/25 | 7,460 | | 65939 | BRISTOL MYERS SQUIBB COMPANY | 20.140 | 150,542.40 | |

CONTINUED ON PAGE  13

1-FB119-3-0

PAGE   12

A

11/30/09

MWPTAP00045544

MWPTAP00594183

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT
CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| DATE | QUANTITY | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|
| 11/25 | 21,534 | 66177 | CITI GROUP INC | 6-100 | 132,632.40 |
| 11/25 | 1,865 | 66415 | COLGATE PALMOLIVE CO | 62-660 | 116,934.90 |
| 11/25 | 20,517 | 66653 | COMCAST CORP | 13-970 | 151,545.49 |
| 11/25 | | | CL A | | |
| 11/25 | 5,968 | 66891 | CONOCOPHILLIPS | 45-100 | 269,394.80 |
| 11/25 | 22,380 | 67129 | ALLIED SYSTEMS INC | 14-970 | 335,929.65 |
| 11/25 | 5,595 | 67367 | CVS CAREMARK CORP | 27-040 | 151,511.80 |
| 11/25 | 7,833 | 67605 | CHEVRON CORP | 68-710 | 538,510.43 |
| 11/25 | 7,017 | 67843 | THE WALT DISNEY CO | 19-760 | 140,322.12 |
| 11/25 | 2,611 | 68081 | EXELON CORP | 48-740 | 127,366.14 |
| 11/25 | 43,010 | 68319 | GENERAL ELECTRIC CO | 14-010 | 976,471.30 |
| 11/25 | 746 | 68557 | GOOGLE | 275 | 205,179.40 |
| 11/25 | 6,341 | 68795 | HOME DEPOT INC | 19-530 | 124,092.73 |
| 11/25 | 9,325 | 69033 | HEWLETT PACKARD CO | 32-990 | 309,094.75 |
| 11/25 | 5,222 | 69271 | INTERNATIONAL BUSINESS MACHS | 75-080 | 392,279.76 |
| 11/25 | 21,634 | 69509 | INTEL CORP | 12-270 | 266,314.10 |
| 11/25 | 10,817 | 69747 | JOHNSON & JOHNSON | 57-650 | 624,032.05 |
| 11/25 | 14,174 | 69985 | J.P. MORGAN CHASE & CO | 27-760 | 394,050.24 |
| 11/25 | 7,460 | 70223 | KRAFT FOOD INC | 25-900 | 146,133.50 |
| 11/25 | 4,103 | 70461 | COCA COLA CO | 42-040 | 313,016.40 |
| 11/25 | 4,476 | 70699 | MCDONALDS CORP | 55 | 313,859.60 |
| 11/25 | 2,611 | 70937 | METRONIC INC | 30-800 | 136,574.00 |
| 11/25 | 7,853 | 71175 | ALTRIA GROUP INC | 58-280 | 152,273.08 |
| 11/25 | 8,206 | 71413 | MERCK & CO | 16-250 | 227,852.00 |
| 11/25 | | 71651 | | 25 | 205,478.00 |

CONTINUED ON PAGE   14

MWPTAP00045545

MWPTAP00594184

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
☐ New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT   CARDINAL MANAGEMENT
CARDINAL HOLDINGS NV
WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT RECEIVED | SOLD DELIVERED | TKN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-----------------|----------------|-----|-------------|-----------------|--------------------------------|---------------------------------|
| 11/25 | 29,840 | | 71589 | MICROSOFT CORP | 18*10C | | 541,297.00 |
| 11/25 | 14,920 | | 72603 | EXXON CORPORATION | 16*090 | | 240,062.00 |
| 11/25 | 3,367 | | 72841 | OCCIDENTAL PETROLEUM CORP | 44*570 | | 149,755.49 |
| 11/25 | 5,958 | | 73079 | PEPSICO INC | 51*800 | | 309,380.40 |
| 11/25 | 25,737 | | 73317 | PFIZER INC | 15*320 | | 309,159.84 |
| 11/25 | 111,190 | | 73555 | PROCTER & GAMBLE CO | 63*460 | | 693,555.60 |
| 11/25 | 7,833 | | 73793 | PHILLIP MORRIS INTERNATIONAL | 36*980 | | 285,777.54 |
| 11/25 | 6,341 | | 74031 | QUALCOMM INC | 29*050 | | 189,531.65 |
| 11/25 | 4,476 | | 74269 | SCHLUMBERGER LTD | 46*270 | | 227,781.57 |
| 11/25 | 22,430 | | 74507 | ATXT INC | 25 | | 560,395.00 |
| 11/25 | 14,001 | | 74745 | TIME WARNER INC | 8*010 | | 111,098.01 |
| 11/25 | 3,730 | | 74983 | UNITED PARCEL SVC INC | 95*760 | | 283,983.80 |
| | | | | CLASS B | | | |
| 11/25 | 6,714 | | 75221 | U S BANCORP | 23*400 | | 157,558.40 |
| 11/25 | 3,730 | | 75459 | UNITED TECHNOLOGIES CORP | 44*890 | | 157,538.70 |
| 11/25 | 10,817 | | 75697 | VERIZON COMMUNICATIONS | 26*570 | | 287,839.69 |
| 11/25 | 14,947 | | 75935 | WELLS FARGO & CO NEW | 23*820 | | 441,732.55 |
| 11/25 | 8,579 | | 76173 | WAL-MART STORES INC | 51*450 | | 447,732.55 |
| 11/25 | 5,222 | | 76411 | WYETH | 33 | | 172,534.00 |
| 11/25 | 20,142 | | 76649 | EXXON MOBIL CORP | 72 | | 1,451,024.00 |
| | | | | FIDELITY SPARTAN | DIV | | |
| | | | | DIV 11/25/08 | | | |
| 11/25 | | | | FIDELITY SPARTAN | CX | | .55 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | W/H TAX DIV FDLXX | | | |
| | | | | CONTINUED ON PAGE   15 | | | |

CONTINUED ON PAGE 15

11/30/08   1-FR1169(3+J)   14   A
1-34

MWPTAP00045546

MWPTAP00594185



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS NV

WESTBLAAK 89
VI-3012 KG ROTTERDAM
NETHERLANDS

| DATE | BOUGHT (RECEIVED) | SOLD (DELIVERED) | TRN | DESCRIPTION | PRICE OR SYMBOL | | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------|------------------|-----|-------------|-----------------|---|--------------------------------|---------------------------------|
| 11/25 | | 10,574 | 77222 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | | 10,574.00 |
| 11/25 | | 14,075,000 | 77480 | U S TREASURY BILL DUE 4/16/2009 | 99.879 | | | 14,057,028.56 |
| 11/25 | 43,985 | | 77766 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 43,985.20 | |
| | | | | NEW BALANCE | | | 19,342,367.92 | |

|  | | | | SECURITY POSITIONS | MKT PRICE |
|---|---|---|---|---|---|
| 193,554 | | | | ATCT INC | 29.560 |
| 51,520 | | | | ABBOTT LABORATORIES | 52.390 |
| 67,520 | | | | ALTRIA GROUP INC | 16.080 |
| 35,423 | | | | AMGEN INC | 55.540 |
| 24,990 | | | | APPLE INC | 92.670 |
| 166,292 | | | | BANK OF AMERICA | 16.250 |
| 37,865 | | | | BANK OF NEW YORK MELLON CORP | 30.210 |
| 20,272 | | | | BAXTER INTERNATIONAL INC | 52.900 |
| 22,276 | | | | BRISTOL MYERS SQUIBB COMPANY | 20.700 |
| 65,392 | | | | CVS CAREMARK CORP | 28.930 |
| 43,525 | | | | CHEVRON CORP | 79.010 |
| 68,572 | | | | CISCO SYSTEMS INC | 16.540 |
| 194,497 | | | | CITI GROUP INC | 8.290 |
| 180,468 | | | | | |

CONTINUED ON PAGE 16



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel: 020 7493 6222

**DUPLICATE** FOR ACCOUNT    CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV

WESTBLAAK 89
NT-3012 KG ROTTERDAM
NETHERLANDS

| AMOUNT | BOUGHT OR RECEIVED | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| 65,352 | | | COCA COLA CO | 46.870 | | |
| 1,865 | | | COLGATE PALMOLIVE CO | 65.070 | | |
| 99,452 | | | COMCAST CORP | 17.340 | | |
| | | | CL A | | | |
| 50,745 | | | CONOCOPHILLIPS | 52.520 | | |
| 62,300 | | | THE WALT DISNEY CO | 22.520 | | |
| 2,651 | | | EXELON CORP | 56.210 | | |
| 179,105 | | | EXXON MOBIL CORP | 80.150 | | |
| 344,013 | | | GENERAL ELECTRIC CO | 17.170 | | |
| 12,342 | | | GOLDMAN SACHS GROUP INC | 78.990 | | |
| 6,440 | | | GOOGLE | 292.960 | | |
| 81,492 | | | HEWLETT PACKARD CO | 35.280 | | |
| 56,012 | | | HOME DEPOT INC | 23.110 | | |
| 105,042 | | | INTEL CORP | 13.800 | | |
| 122,360 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| 92,695 | | | J-P-J MORGAN CHASE & CO | 31.660 | | |
| 50,172 | | | JOHNSON & JOHNSON | 58.580 | | |
| 27,402 | | | KRAFT FOODS INC | 27.210 | | |
| 37,855 | | | MCDONALDS CORP | 56.790 | | |
| 70,640 | | | MEDTRONIC INC | 30.570 | | |
| 259,672 | | | MERCK & CO | 26.720 | | |
| 29,205 | | | MICROSOFT CORP | 20.220 | | |
| 137,272 | | | OCCIDENTAL PETROLEUM CORP | 54.340 | | |
| 51,520 | | | ORACLE CORPORATION | 16.090 | | |
| | | | PEPSICO INC | 56.700 | | |
| | | | | | | |
| | | | CONTINUED ON PAGE    17 | | | |

MWPTAP00045548

MWPTAP00594187



MWPTAP00045549



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 0207 493 6222

**DUPLICATE** FOR ACCOUNT CARDINAL MANAGEMENT INC
CARDINAL HOLDINGS BV
WESTBLAAK 89
NL-3012 KG ROTTERDAM
NETHERLANDS

| DATE | ACCOUNT NUMBER | BOUGHT (Long) | SOLD (Short) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---------------|---------------|--------------|-----|-------------|------------------|-------------------------------|--------------------------------|
| | | | | | BALANCE FORWARD | | | 6,645,505.00 |
| 11/06 | | 1,120 | | 18965 | S & P 100 INDEX | 20.300 | | 2,273,480.00 |
| 11/06 | 1,120 | | | 19200 | NOVEMBER 470 CALL | 20.500 | 7,497,120.00 | |
| | | | | | NOVEMBER 460 PUT | 22 | | |
| 11/07 | | 775 | | 31486 | S & P 100 INDEX | | | 1,704,275.00 |
| 11/07 | 775 | | | 31721 | NOVEMBER 470 CALL | 13.830 | 1,070,275.00 | |
| | | | | | NOVEMBER 460 PUT | 12.400 | | |
| 11/10 | | 952 | | 43946 | S & P 100 INDEX | | | 1,779,528.00 |
| 11/10 | 952 | | | 44181 | NOVEMBER 465 CALL | 16.890 | 1,600,312.00 | |
| | | | | | NOVEMBER 475 PUT | 26 | | |
| 11/19 | | 2,847 | | 30359 | S & P 100 INDEX | 30 | | 7,399,353.00 |
| 11/19 | 2,847 | | | 30397 | DECEMBER 435 CALL | | 8,543,847.00 | |
| | | | | | DECEMBER 425 PUT | 1.500 | | |
| 11/19 | | 1,895 | | 30635 | S & P 100 INDEX | | 285,145.00 | |
| 11/19 | | | | 30973 | NOVEMBER 470 CALL | .900 | 94,632.00 | |
| | | | | | NOVEMBER 405 CALL | 45 | | |
| 11/19 | | 1,895 | | 31111 | S & P 100 INDEX | | | 8,525,605.00 |
| 11/19 | 952 | | | 31349 | NOVEMBER 460 PUT | 59 | | 5,615,845.00 |
| | | | | | S & P 100 INDEX | | | |
| | | | | | NOVEMBER 475 PUT | | | |
| | | | | | CONTINUED ON PAGE   2 | | | |

MWPTAP00045551



MWPTAP00045552

IRELL & MANELLA LLP
A REGISTERED LIMITED LIABILITY LAW PARTNERSHIP
INCLUDING PROFESSIONAL CORPORATIONS

840 NEWPORT CENTER DRIVE, SUITE 400
NEWPORT BEACH, CA 92660-6324
TELEPHONE (949) 760-0991
FACSIMILE (949) 760-5200

1800 AVENUE OF THE STARS, SUITE 900
LOS ANGELES, CALIFORNIA 90067-4276

TELEPHONE (310) 277-1010
FACSIMILE (310) 203-7199
WEBSITE www.irell.com

WRITER'S DIRECT
TELEPHONE (310) 203-7592
FACSIMILE (310) 203-6739
JSklar@irell.com

July 6, 2009

**VIA FEDEX**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment
Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Re:    Customer Claim Form of Cardinal Management Inc.

To whom it may concern:

Enclosed please find the executed original customer claim form of Cardinal
Management Inc. A copy was submitted via e-mail on July 1, 2009, pursuant to the
instructions in the enclosed message from John Franks dated June 30, 2009.

Sincerely,

Jeff Sklar

JS:dfm

Enclosures

2086865.1 01

MWPTAP00045553

## Sklar, Jeff

| | |
|---|---|
| **From:** | Sklar, Jeff |
| **Sent:** | Wednesday, July 01, 2009 3:04 PM |
| **To:** | 'JFranks@alixpartners.com' |
| **Cc:** | Webber, Eric; Steinberg, Howard |
| **Subject:** | RE: Madoff Customer Claim Form |
| **Attachments:** | Cardinal mgt BLMIS Executed Claim Form 7.1.09.pdf.PDF |

**VIA EMAIL AND FEDEX**

John,

Pursuant to the instructions in your e-mail below, I submit the attached customer claim of Cardinal Management Inc. Please confirm receipt of the claim form.

We will send a copy of this form to the Claims Processing Center in Dallas via FedEx, and will also send an original signed form to the Claims Processing Center as soon as we receive it.

Although we submit this customer claim form on Cardinal's behalf, please note that we do not represent Cardinal in the BLMIS liquidation or other matters, and that we are not authorized to accept service of process on or notices to Cardinal.

Please contact me if you have any questions.

Jeff Sklar
Irell & Manella LLP
1800 Ave. of the Stars, Ste. 900 / Los Angeles, CA 90067
Direct: 310-203-7592 / Fax: 310-203-7199

**From:** Franks, John [mailto:JFranks@alixpartners.com]
**Sent:** Tuesday, June 30, 2009 4:56 PM
**To:** Sklar, Jeff
**Subject:** Madoff Customer Claim Form

As a responsible party for the claims agent to the Bernard L. Madoff Investment Securities liquidation, this email serves as confirmation that a timely submitted fax signature copy of the claim form sent to me via email that is then supplemented with an original version will be considered properly filed.  Please send the original to the BLMIS claims center at the address below:

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

Thanks,
John

7/6/2009

MWPTAP00045554

John S. Franks
**AlixPartners, LLP**
2100 McKinney Avenue
Suite 800
Dallas, TX  75201
W: 214 647-7619
F: 214 647-7503
E: jfranks@alixpartners.com

Confidential: This electronic message and all contents contain information from the firm of AlixPartners, LLP and its affiliates which may be confidential or otherwise protected from disclosure. The information is intended to be for the addressee only. If you are not the addressee, any disclosure, copy, distribution or use of the contents of this message is prohibited. If you have received this electronic message in error, please notify us immediately at +1 (248) 358-4420 and destroy the original message and all copies.

7/6/2009

MWPTAP00045555



MWPTAP00045556

MWPTAP00594195