**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Russell L. Dusek (the "Claimant"), having filed an objection (the "Dusek Objection," Docket No. 2001) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002927), hereby gives notice that he withdraws such Objection.

Dated: October 1, 2019

 _/s/ Helen Chaitman_____
Helen Chaitman, on behalf of Russell L. Dusek
Chaitman LLP
465 Park Avenue
New York, NY 10022