**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

Russell L. Dusek II (the "Claimant"), having filed an objection (the "Dusek II Objection," Docket No. 2000) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#002879), hereby gives notice that he withdraws such Objection.

Dated: October 1, 2019

                                                                         */s/ Helen Chaitman*
                                                                         Helen Chaitman, on behalf of Russell L. Dusek II
                                                                         Chaitman LLP
                                                                         465 Park Avenue
                                                                         New York, NY 10022