**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,　　　　　　　　　　　　　　Plaintiff-Applicant,　　　　　v.　BERNARD L. MADOFF INVESTMENT SECURITIES LLC,　　　　　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)　SIPA LIQUIDATION　(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION

Russell Laslow Dusek III (the "Claimant"), having filed an objection (the "Dusek III Objection," Docket No. 605) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#002878), hereby gives notice that he withdraws such Objection.

Dated: October 1, 2019

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Helen Chaitman*
　　　　　　　　　　　　　　　　　　　　　　　　Helen Chaitman, on behalf of Russell Laslow Dusek III
　　　　　　　　　　　　　　　　　　　　　　　　Chaitman LLP
　　　　　　　　　　　　　　　　　　　　　　　　465 Park Avenue
　　　　　　　　　　　　　　　　　　　　　　　　New York, NY 10022