**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Kathryn M. Zunno
Esterina Giuliani

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>MORTON KURZROK, *et al.*,<br><br>　　　　Defendants. | Adv. Pro. No. 09-01305 (SMB) |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF
DEFENDANT JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT
FROM ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendant Jane M. Delaire a/k/a Jane Delaire Hackett (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On June 22, 2009, the Trustee commenced this adversary proceeding (the "Adversary Proceeding") against Jane M. Delaire a/k/a Jane Delaire Hackett, as well as other defendants who remain in the Adversary Proceeding by filing his original complaint (ECF No. 1).

2. On October 8, 2009, the Trustee filed his First Amended Complaint (the "FAC") in the Adversary Proceeding against Jane M. Delaire a/k/a Jane Delaire Hackett, as well as other defendants who remain in the Adversary Proceeding (ECF No. 82).

3. Defendant Jane M. Delaire a/k/a Jane Delaire Hackett submitted a response to the FAC by way of a letter to the Trustee dated October 4, 2011.

4. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 (Case No. 08-01789, Dkt. No. 3181), the Trustee and Jane M. Delaire a/k/a Jane Delaire Hackett entered into a Settlement Agreement and Release dated September 28, 2019 (the "Settlement Agreement").

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against the Jane M. Delaire a/k/a Jane Delaire Hackett in the Adversary Proceeding, with each of the Parties to bear its own attorney's fees and costs.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit

of the Parties and their respective estates, personal representatives, executors, administrators, heirs, successors and assigns, and upon all creditors and parties in interest.

7.  This Stipulation may be signed by the Parties, through their counsel, in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8.  Upon the dismissal of Jane M. Delaire a/k/a Jane Delaire Hackett, the caption of the Adversary Proceeding is hereby amended to delete Jane M. Delaire a/k/a Jane Delaire Hackett from the caption. The amended caption shall appear as indicated in Exhibit A to this Stipulation.

Dated: October 2, 2019
New York, New York

| **BAKER HOSTETLER LLP** | **JANE M. DELAIRE A/K/A JANE DELAIRE HACKETT** |
|---|---|
| By: */s/ Kathryn Zunno-Freaney* | By: */s/ Jane M. Delaire* |
| Kathryn Zunno-Freaney | Jane M. Delaire a/k/a |
| 45 Rockefeller Plaza | Jane Delaire Hackett |
| New York, New York 10111 | *Pro Se* |
| Telephone: 212.589.4200 | 550 Okeechobee BLVD |
| Facsimile: 212.589.4201 | #501 |
| Email: kzunno@bakerlaw.com | West Palm Beach, Florida 33401 |
| David J. Sheehan | Telephone: (917) 968-6544 |
| Email: dsheehan@bakerlaw.com | Email: j.delaire@yahoo.com |
| Esterina Giuliani | |
| Email: egiuliani@bakerlaw.com | |

*Attorneys for Plaintiff Irving H. Picard,
Trustee for the Substantively Consolidated
SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and
the Chapter 7 estate of Bernard L. Madoff*

**SO ORDERED** this **2nd** day of **October** 2019.

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
United States Bankruptcy Judge

3