| | |
|---|---|
| **From:** | Alan M <alanrmelton@gmail.com> |
| **Sent:** | Monday, October 07, 2019 8:36 AM |
| **To:** | Kyu Paek; Chantel Barrett; NYSBml_Bernstein's_Chambers_Staff; Jorian L. Rose |
| **Subject:** | Scheduled Court Date Oct 30  change |

Honorable Judge Bernstein

I am currently scheduled for a hearing on October 30, 2019 in your court.

I am asking for a continuance for several months until my health recuperates.

I am currently under the care of several physicians and do not think it wise to travel from out of town so soon.

I ask the courts indulgence to issue a continuance of this important matter.

Thank you

Alan R Melton MD

## MEMORANDUM ENDORSEMENT AND ORDER

This matter is adjourned *sine die*. Dr. Melton should inform the Court and the Trustee's attorney by letter or email when he is ready to proceed.

So ordered.

Dated: New York, NY
October 7, 2019

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge