UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Jane M. Delaire a/k/a Jane Delaire Hackett (the "Claimant"), having filed an objection (the "Objection", Docket No. 2785) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #010446, hereby gives notice that she withdraws such Objection.

Dated: 9/28, ___, 2019

_____
Jane M. Delaire a/k/a Jane Delaire Hackett