**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Bruce Leventhal, as trustee of the Bruce Leventhal 2001 Irrevocable Trust (the "Claimant"), having filed an objection (the "Leventhal Objection," Docket No. 2084) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #002415, hereby gives notice that it withdraws such Objection.

Dated: October 25, 2019

　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Steven Davis*
　　　　　　　　　　　　　　　　　　　　　　Steven Davis on behalf of Claimant
　　　　　　　　　　　　　　　　　　　　　　Lax & Neville LLP
　　　　　　　　　　　　　　　　　　　　　　350 Fifth Avenue, Suite 4640
　　　　　　　　　　　　　　　　　　　　　　New York, NY 10118
　　　　　　　　　　　　　　　　　　　　　　Tel. No. 212-696-1999