UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

       Plaintiff,

   v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

       Defendant.
------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

       Debtor.
------------------------------------------------------------X

IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC,

       Plaintiff,

   v.

CITIBANK, N.A., CITICORP NORTH
AMERICA, INC., and CITIGROUP GLOBAL
MARKETS LIMITED,

       Defendants.
------------------------------------------------------------X

Adv. Proc. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

Adv. Proc. No. 10-05345 (SMB)

## ERRATA ORDER

**MEMORANDUM DECISION DENYING TRUSTEE'S
MOTION FOR LEAVE TO FILE AMENDED COMPLAINT**

**A P P E A R A N C E S:**

BAKER & HOSTETLER LLP
*Attorneys for Irving H. Picard, Trustee*

45 Rockefeller Plaza
New York, NY 10111

>David J. Sheehan, Esq.
>Seanna R. Brown, Esq.
>Matthew D. Feil, Esq.
>Andres A. Munoz, Esq.
>Chardaie C. Charlemagne, Esq.
>>Of Counsel

CLEARY GOTTLIEB STEEN &
HAMILTON LLP
*Attorneys for the Defendants*
One Liberty Plaza
New York, NY 10006

>Carmine D. Boccuzzi, Jr., Esq.
>Pascale Bibi, Esq.
>>Of Counsel

**STUART M. BERNSTEIN**
**United States Bankruptcy Judge**

ORDERED, that the *Memorandum Decision Denying Trustee's Motion for Leave to File Amended Complaint*, dated Oct. 18, 2019 (ECF Doc. # 170), be changed as follows:

A. On page 2, footnote 1, line 2, one of the two periods at the end of the sentence should be deleted.

B. Page 25, lines 15 – 16, which state, "As stated, the Trustee must plead that the Defendants took the subsequent transfers in good faith and without knowledge of the avoidability of the initial transfer." should be changed to "As stated, the Trustee must plead that the Defendants lacked good faith when they took the subsequent transfers and had knowledge of the avoidability of the initial transfer."

Dated: New York, New York
October 28, 2019

>/s/ *Stuart M. Bernstein*
>STUART M. BERNSTEIN
>United States Bankruptcy Court

- 2 -