**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Patrick T. Campbell

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 30, 2019 AT 10:00 A.M.**

## CONTESTED MATTERS

1. **10-05354; Picard v. ABN AMRO Bank N.V. (presently known as The Royal Bank of Scotland, N.V.)**

   A. Memorandum of Law in Support of Trustee's Motion for Leave to File Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/10/2019) [ECF No. 179]

   B. Declaration of Patrick T. Campbell in Support of the Trustee's Motion for Leave to File Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/10/2019) [ECF No. 180]

   Objections Due:     August 9, 2019

   Objections Filed:

   C. Defendant ABN AMRO Bank N.V.'s (presently known as the Royal Bank of Scotland, N.V.) Memorandum of Law in Opposition to the Trustee's Motion for Leave to File a Second Amended Complaint filed by Michael S. Feldberg on behalf of ABN AMRO Bank, N.V. (presently known as the Royal Bank of Scotland, N.V.) (Filed: 8/9/2019) [ECF No. 182]

   D. Declaration of Michael S. Feldberg in Opposition the Trustee's Motion for Leave to File a Second Amended Complaint filed by Michael S. Feldberg on behalf of ABN AMRO Bank, N.V. (presently known as the Royal Bank of Scotland, N.V.) (Filed: 8/9/2019) [ECF No. 183]

   Replies Due:     September 9, 2019

   Replies Filed:

   E. Reply Memorandum of Law in Further Support of Trustee's Motion for Leave to File Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 9/9/2019) [ECF No. 189]

   Related Documents:

   F. Notice of Motion for Leave to File a Second Amended Complaint filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 6/10/2019) [ECF No. 179-1]

   Status:     This matter is going forward.

2. **10-04390; Picard v. Michael Mann,** *et al.*

   A. Notice of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 10/3/2019) [ECF No. 176]

   B. Letter to the Honorable Stuart M. Bernstein dated October 25, 2019 Filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 10/25/2019) [ECF No. 178]

   Status:            This matter is going forward.

Dated: October 29, 2019
   New York, New York

Respectfully submitted,

*/s/ David J. Sheehan*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Patrick T. Campbell
Email: pcampbell@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*