**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Nicholas J. Cremona
Tatiana Markel

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>BRUCE LEVENTHAL 2001 IRREVOCABLE TRUST and BRUCE LEVENTHAL, individually and in his capacity as trustee to the Bruce Leventhal 2001 Irrevocable Trust,<br><br>   Defendants. | Adv. Pro. No. 10-04573 (SMB) |

## STIPULATION OF AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and defendants Bruce Leventhal 2001 Irrevocable Trust (the "Leventhal Trust") and Bruce Leventhal, individually and in his capacity as trustee of the Leventhal Trust ("Defendants"), by and through their counsel, Steven T. Davis of Lax & Neville LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee commenced the above-captioned adversary proceeding (the "Adversary Proceeding") by filing and serving the Complaint against Defendants.

2. On September 18, 2015, Defendants served an answer on the Trustee.

3. On August 26, 2019, the Parties entered into a settlement agreement (the "Agreement") pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [ECF No. 3181].

4. Dismissal pursuant to this Order will be with prejudice and without costs to either the Defendants or the Trustee.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall

4827-7134-0715.2                                  2

be deemed an original.

Dated:  November 4, 2019

        **BAKER & HOSTETLER LLP**

        By:  */s/ Tatiana Markel*
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone:  212.589.4200
        Facsimile:  212.589.4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com
        Keith R. Murphy
        Email:  kmurphy@bakerlaw.com
        Nicholas J. Cremona
        Email:  ncremona@bakerlaw.com
        Tatiana Markel
        Email:  tmarkel@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**LAX & NEVILLE LLP**

By:  */s/ Steven Davis*
350 Fifth Avenue Suite 4640
New York, NY 10118
Telephone:  212-696-1999
Facsimile:  212-566-4531
Steven T. Davis
Email:  sdavis@laxneville.com

*Attorney for Defendants*

**SO ORDERED**

**Dated:** **November 5th, 2019**
**New York, New York**

        **/s/ STUART M. BERNSTEIN**
        **HONORABLE STUART M. BERNSTEIN**
        **UNITED STATES BANKRUPTCY JUDGE**