**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants Carol Nelson and Stanley Nelson*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br><br>v.<br><br>CAROL NELSON, individually and as joint tenant, and STANLEY NELSON, individually and as joint tenant,<br><br>      Defendants. | Adv. Pro No. 10-04377 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>      Plaintiff,<br><br>v.<br><br>CAROL NELSON,<br><br>      Defendant. | Adv. Pro No. 10-04658 (SMB) |

{00043093 1 }

## **CERTIFICATE OF SERVICE**

I, Helen Davis Chaitman, hereby certify that on November 6, 2019, I caused a true and correct copy of the following documents:

> Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and by electronic mail upon:

> David J. Sheehan, Esq.
> Dean Hunt, Esq.
> Baker & Hostetler LLP
> 45 Rockefeller Plaza
> New York, NY 10111
> Telephone: 212-589-4616
> Facsimile: 212-589-4201
> dsheehan@bakerlaw.com
> dhunt@bakerlaw.com

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   November 6, 2019                                        */s/ Helen Davis Chaitman*
              New York, New York

{00043093 1 }