**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Benjamin D. Pergament
Email: bpergament@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> OREADES SICAV represented by its Liquidator INTER INVESTISSEMENTS S.A. and INTER INVESTISSEMENTS S.A. (f/k/a INTER CONSEIL S.A.), <br><br> Defendants. | Adv. Pro. No. 10-05120 (SMB) |

## <u>NOTICE OF ADJOURNMENT OF PRE-TRIAL CONFERENCE</u>

**PLEASE TAKE NOTICE** that the pre-trial conference in the above-referenced adversary proceeding which was previously scheduled for November 20, 2019 has been adjourned to **February 26, 2020 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated:  November 6, 2019
   New York, New York

       By:  */s/ Nicholas J. Cremona*
       Baker & Hostetler LLP
       45 Rockefeller Plaza
       New York, New York 10111
       Telephone: 212.589.4200
       Facsimile: 212.589.4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Nicholas J. Cremona
       Email: ncremona@bakerlaw.com
       Benjamin D. Pergament
       Email: bpergament@bakerlaw.com

       *Attorneys for Plaintiff Irving H. Picard, Trustee for*
       *the Substantively Consolidated SIPA Liquidation of*
       *Bernard L. Madoff Investment Securities LLC and*
       *the Estate of Bernard L. Madoff*