**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL NELSON,<br><br>    Defendant. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant,<br><br>    Defendants. | Adv. Pro. No. 10-04377 (SMB) |

**DECLARATION OF DEAN D. HUNT IN SUPPORT OF TRUSTEE'S
SUPPLEMENTAL MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANTS'
<u>MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION</u>**

I, Dean D. Hunt, pursuant to 28 U.S.C. § 1746, declare as follows:

1. I am a Partner with the law firm of Baker & Hostetler LLP and counsel to the Trustee. I submit this declaration in support of Trustee's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss for Lack of Subject Matter Jurisdiction.

2. Attached hereto as Exhibit A is a true and correct copy of the transcript of the Hearing re: Motion to Dismiss for Lack of Subject Matter Jurisdiction, dated September 25, 2019.

3. I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 6, 2019　　　　　　　　*/s/ Dean D. Hunt*
　　　　New York, New York　　　　　　Dean D. Hunt