# EXHIBIT B

EXHIBIT B
SUMMARY OF THIRTY-FIRST INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2019 THROUGH JULY 31, 2019

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 998.00 | 238.40 | 237,923.20 |
| | Sheehan, David J. | 1968 | 998.00 | 521.10 | 520,057.80 |
| | Matthias, Michael R. | 1973 | 746.00 | 7.40 | 5,520.40 |
| | Bash, Brian A. | 1975 | 804.00 | 18.00 | 14,472.00 |
| | Long, Thomas L. | 1976 | 992.00 | 258.90 | 256,828.80 |
| | Greene, Bruce R. | 1976 | 820.00 | 6.20 | 5,084.00 |
| | Ponto, Geraldine E. | 1982 | 998.00 | 414.20 | 413,371.60 |
| | Montesano, Carmela T. | 1984 | 725.00 | 20.30 | 14,717.50 |
| | Smith, Elizabeth A. | 1985 | 907.00 | 11.80 | 10,702.60 |
| | Burke, John J. | 1988 | 787.00 | 92.30 | 72,640.10 |
| | Goldberg, Steven H. | 1991 | 998.00 | 77.10 | 76,945.80 |
| | Douthett, Breaden M. | 1991 | 502.00 | 43.50 | 21,837.00 |
| | Hunt, Dean D. | 1991 | 890.00 | 455.30 | 405,217.00 |
| | Griffin, Regina L. | 1993 | 998.00 | 568.90 | 567,762.20 |
| | Thomas, Erika K. | 1994 | 764.00 | 396.80 | 303,155.20 |
| | Brennan, Terry M. | 1995 | 600.00 | 38.90 | 23,340.00 |
| | Cole, Tracy L. | 1996 | 905.00 | 491.80 | 445,079.00 |
| | Murphy, Keith R. | 1997 | 998.00 | 318.60 | 317,962.80 |
| | Hoang, Lan | 1997 | 950.00 | 768.50 | 730,075.00 |
| | Fish, Eric R. | 1998 | 865.00 | 411.90 | 356,293.50 |
| | Rollinson, James H. | 1998 | 580.00 | 291.20 | 168,896.00 |
| | Rose, Jorian L. | 1998 | 904.00 | 195.80 | 177,003.20 |
| | New, Jonathan B. | 1998 | 998.00 | 13.50 | 13,473.00 |
| | Warshavsky, Oren J. | 1998 | 998.00 | 616.10 | 614,867.80 |
| | Pergament, Benjamin D. | 1999 | 810.00 | 278.70 | 225,747.00 |
| | Cremona, Nicholas J. | 2000 | 980.00 | 700.10 | 686,098.00 |
| | Bohorquez, Fernando A. | 2000 | 925.00 | 427.70 | 395,622.50 |
| | Zeballos, Gonzalo S. | 2001 | 902.00 | 434.10 | 391,558.20 |
| | Beckerlegge, Robertson D. | 2001 | 755.00 | 566.60 | 427,783.00 |
| | Bell, Stacey A. | 2001 | 825.00 | 613.70 | 506,302.50 |
| | North, Geoffrey A. | 2002 | 800.00 | 717.40 | 573,920.00 |
| | Song, Brian W. | 2002 | 750.00 | 557.70 | 418,275.00 |
| | Shields, Nkosi D. | 2003 | 615.00 | 407.60 | 250,674.00 |
| | Oliver, Jason S. | 2003 | 760.00 | 536.60 | 407,816.00 |
| | Gongolevsky, May Tal | 2003 | 707.00 | 1.50 | 1,060.50 |
| | Sherer, James A. | 2003 | 710.00 | 58.20 | 41,322.00 |
| | Hochmuth, Farrell A. | 2003 | 605.00 | 115.40 | 69,817.00 |
| | Smith, Rachel M. | 2004 | 605.00 | 68.40 | 41,382.00 |
| | Gabriel, Jessie M. | 2004 | 755.00 | 69.70 | 52,623.50 |
| | Hartman, Ruth E. | 2005 | 470.00 | 66.90 | 31,443.00 |
| | Carvalho, Melissa M. | 2005 | 728.00 | 52.60 | 38,292.80 |
| | Proano, David F. | 2005 | 455.00 | 21.90 | 9,964.50 |
| | Allen, Brian F. | 2005 | 651.00 | 56.60 | 36,846.60 |
| | Vanderwal, Amy E. | 2006 | 730.00 | 580.50 | 423,765.00 |
| | Carlisle, Marie L. | 2006 | 575.00 | 688.30 | 395,772.50 |
| | Longstaff, Carrie | 2006 | 656.00 | 676.90 | 444,046.40 |
| | Kosack, Melissa L. | 2006 | 685.00 | 706.00 | 483,610.00 |
| | Patel, Tayan B. | 2007 | 595.00 | 15.60 | 9,282.00 |
| | Forman, Jonathan A. | 2007 | 687.00 | 168.30 | 115,622.10 |
| | Giuliani, Esterina | 2007 | 810.00 | 354.80 | 287,388.00 |
| | Calvani, Torello H. | 2007 | 750.00 | 689.80 | 517,350.00 |
| | Brown, Seanna R. | 2007 | 810.00 | 579.30 | 469,233.00 |
| | Zunno-Freaney, Kathryn M. | 2008 | 745.00 | 462.50 | 344,562.50 |
| | Keranen, Kristin L. | 2008 | 738.00 | 6.70 | 4,944.60 |
| | Campbell, Patrick T. | 2009 | 695.00 | 316.80 | 220,176.00 |
| | Blattmachr, Jonathan D. | 2009 | 625.00 | 618.60 | 386,625.00 |
| | Markel, Tatiana | 2009 | 650.00 | 676.90 | 439,985.00 |
| | Molina, Marco | 2009 | 655.00 | 251.50 | 164,732.50 |
| | Shively, Douglas L. | 2009 | 415.00 | 30.50 | 12,657.50 |
| | Fein, Amanda E. | 2010 | 655.00 | 164.40 | 107,682.00 |
| Partners and of Counsel Total | | | 799.74 | 19,015.30 | 15,207,207.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 489.00 | 546.50 | 267,238.50 |
| | Kates, Elyssa S. | 2000 | 707.00 | 50.20 | 35,491.40 |
| | Lorkowski, Michael J. | 2001 | 265.00 | 16.30 | 4,319.50 |
| | DeSouza, Karen | 2001 | 253.00 | 4.90 | 1,239.70 |
| | Wlodek, Heather | 2003 | 651.00 | 450.60 | 293,340.60 |
| | Idzior, Ryan C. | 2004 | 253.00 | 16.50 | 4,174.50 |
| | Hemby Jr., William E. | 2004 | 265.00 | 14.30 | 3,789.50 |
| | Cowherd, Matthew K. | 2005 | 497.00 | 457.60 | 227,427.20 |
| | Hiatt, Eric B. | 2005 | 605.00 | 184.70 | 111,743.50 |
| | Carter, Kermesha L. | 2005 | 253.00 | 10.30 | 2,605.90 |
| | Mezibov, Jonathan G. | 2006 | 260.00 | 724.00 | 188,240.00 |
| | Feil, Matthew D. | 2006 | 651.00 | 704.60 | 458,694.60 |
| | Goldmark, Jena B. | 2007 | 475.00 | 692.90 | 329,127.50 |
| | Wasick, Joanna F. | 2007 | 764.00 | 658.10 | 502,788.40 |
| | Rovine, Jacqlyn | 2008 | 605.00 | 23.00 | 13,915.00 |
| | McCurrach, Elizabeth G. | 2008 | 625.00 | 575.20 | 359,500.00 |
| | Sabella, Michael A. | 2008 | 564.00 | 212.60 | 119,906.40 |
| | Choi, David | 2008 | 605.00 | 343.50 | 207,817.50 |
| | Usitalo, Michelle R. | 2008 | 605.00 | 654.30 | 395,851.50 |
| | Attard, Lauren T. | 2008 | 579.00 | 59.20 | 34,276.80 |
| | Mattera, Marshall J. | 2009 | 605.00 | 839.00 | 507,595.00 |
| | Shapiro, Peter B. | 2009 | 605.00 | 534.50 | 323,372.50 |
| | Jones, Allison D. | 2009 | 545.00 | 9.90 | 5,395.50 |
| | Nickodem, Robert G. | 2009 | 267.00 | 700.80 | 187,113.60 |
| | Khan, Ferve E. | 2009 | 605.00 | 598.00 | 361,790.00 |
| | Hilsheimer, Lauren M. | 2009 | 570.00 | 61.90 | 35,283.00 |
| | Perkins Austin, Francesca | 2009 | 589.00 | 67.30 | 39,639.70 |
| | McGourty, Cara | 2010 | 584.00 | 405.50 | 236,812.00 |
| | White, A. Mackenna | 2010 | 605.00 | 154.40 | 93,412.00 |
| | Mahida, Michelle Marie Hoff | 2010 | 260.00 | 690.80 | 179,608.00 |
| | Hansford, Melissa L. | 2010 | 267.00 | 60.30 | 16,100.10 |
| | Prabucki, Kenneth | 2010 | 369.00 | 23.00 | 8,487.00 |
| | Chandler, Tara R. | 2010 | 267.00 | 874.70 | 233,544.90 |
| | Biondo, Lindsay J. | 2010 | 267.00 | 837.80 | 223,692.60 |
| | Cohen, Ian R. | 2010 | 451.00 | 134.60 | 60,704.60 |
| | Rouach, Sophie | 2010 | 475.00 | 509.60 | 242,060.00 |
| | Rog, Joshua B. | 2010 | 584.00 | 241.50 | 141,036.00 |
| | Maytal, Anat | 2010 | 584.00 | 773.50 | 451,724.00 |
| | Bent, Camille C. | 2010 | 564.00 | 609.10 | 343,532.40 |
| | McMillan, David M. | 2010 | 584.00 | 591.80 | 345,611.20 |
| | Boga-Lofaro, Csilla | 2010 | 492.00 | 243.40 | 119,752.80 |
| | Ubaid, Maryland H. | 2010 | 267.00 | 659.30 | 176,033.10 |
| | Rollins, Jennifer B. | 2010 | 260.00 | 718.40 | 186,784.00 |
| | Krishna, Ganesh | 2011 | 564.00 | 745.90 | 420,687.60 |
| | Gottesman, Joel D. | 2011 | 267.00 | 686.40 | 183,268.80 |
| | Oliva, Frank M. | 2011 | 564.00 | 644.90 | 363,723.60 |
| | Shifrin, Maximillian S. | 2011 | 584.00 | 385.70 | 225,248.80 |
| | Slavin, Jeffrey A. | 2011 | 490.00 | 24.20 | 11,858.00 |
| | White, Jason T. | 2011 | 267.00 | 764.50 | 204,121.50 |
| | Fedeles, Emily R. | 2011 | 564.00 | 342.20 | 193,000.80 |
| | Barhorst, Damon C. | 2011 | 260.00 | 625.70 | 162,682.00 |
| | Crook, Darren A. | 2011 | 359.00 | 48.30 | 17,339.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Durbin, Damon M. | 2011 | 302.00 | 235.20 | 71,030.40 |
| | Sinclair, Jordan A. | 2011 | 487.00 | 183.80 | 89,510.60 |
| | Wangsgard, Kendall E. | 2011 | 584.00 | 17.10 | 9,986.40 |
| | Blanchard, Jason I. | 2011 | 518.00 | 374.90 | 194,198.20 |
| | Vonderhaar, Douglas A. | 2011 | 323.00 | 12.60 | 4,069.80 |
| | Feldstein, Robyn M. | 2011 | 564.00 | 423.70 | 238,966.80 |
| | Patrick, Stacey M. | 2011 | 267.00 | 559.70 | 149,439.90 |
| | Rose, Nicholas M. | 2011 | 584.00 | 313.40 | 183,025.60 |
| | Hough, Shawn P. | 2012 | 564.00 | 576.90 | 325,371.60 |
| | Raile, Richard B. | 2012 | 565.00 | 58.50 | 33,052.50 |
| | Ackerman, Stephanie | 2012 | 518.00 | 746.90 | 386,894.20 |
| | Gallagher, Christopher B. | 2012 | 564.00 | 597.30 | 336,877.20 |
| | Rice, David W. | 2012 | 564.00 | 361.70 | 203,998.80 |
| | Sterling, Nichole L. | 2013 | 482.00 | 31.80 | 15,327.60 |
| | Tanney, Michelle N. | 2013 | 518.00 | 472.10 | 244,547.80 |
| | Barrow Clark, Erica | 2013 | 497.00 | 139.80 | 69,480.60 |
| | Gillingham, Ross M. | 2013 | 260.00 | 756.80 | 196,768.00 |
| | Lewis, Alexis D. | 2013 | 260.00 | 6.80 | 1,768.00 |
| | Weaver, Casey E. | 2013 | 446.00 | 11.60 | 5,173.60 |
| | Brumbach, Maxim G. | 2013 | 260.00 | 687.60 | 178,776.00 |
| | Charlemagne, Chardaie C. | 2013 | 518.00 | 557.10 | 288,577.80 |
| | Friedman, Matthew B. | 2013 | 538.00 | 81.10 | 43,631.80 |
| | Mosher, Sarah E. | 2013 | 260.00 | 725.30 | 188,578.00 |
| | Trahanas, Elias D. | 2014 | 497.00 | 261.50 | 129,965.50 |
| | Tranbaugh, Mary H. | 2014 | 461.00 | 36.30 | 16,734.30 |
| | Goertemiller, Noah J. | 2014 | 260.00 | 713.80 | 185,588.00 |
| | Horning, Nathan T. | 2014 | 267.00 | 783.30 | 209,141.10 |
| | Lyster, Lauren P. | 2015 | 482.00 | 121.90 | 58,755.80 |
| | Weinberg, Lauren R. | 2015 | 497.00 | 112.10 | 55,713.70 |
| | Porembski, Daniel P. | 2015 | 260.00 | 605.50 | 157,430.00 |
| | Serrao, Andrew M. | 2015 | 497.00 | 397.80 | 197,706.60 |
| | Turner, Tara E. | 2015 | 466.00 | 604.30 | 281,603.80 |
| | Kennedy, Joyce R. | 2015 | 267.00 | 806.20 | 215,255.40 |
| | Howley, Thomas F. | 2015 | 497.00 | 45.60 | 22,663.20 |
| | Martin, Lauren E. | 2016 | 260.00 | 638.50 | 166,010.00 |
| | Hoover, Marianne E. | 2016 | 260.00 | 572.50 | 148,850.00 |
| | Berry, Joshua L. | 2016 | 260.00 | 690.00 | 179,400.00 |
| | Miguel, Nickoli X. | 2016 | 267.00 | 703.30 | 187,781.10 |
| | Molony, Matthew E. | 2016 | 260.00 | 737.20 | 191,672.00 |
| | Stewart, Matthew L. | 2016 | 260.00 | 690.80 | 179,608.00 |
| | Nadworny, Bari R. | 2016 | 482.00 | 14.60 | 7,037.20 |
| | Shalodi, Amani | 2016 | 267.00 | 742.40 | 198,220.80 |
| | Cantu, Michael R. | 2016 | 270.00 | 883.50 | 238,545.00 |
| | Stork, Victoria L. | 2017 | 466.00 | 528.80 | 246,420.80 |
| | Maw, Darley | 2017 | 505.00 | 140.00 | 70,700.00 |
| | Pollawit, Panida A. | 2017 | 466.00 | 225.30 | 104,989.80 |
| | de Dios, Maria A. | 2017 | 466.00 | 455.90 | 212,449.40 |
| | Santiago, Anthony R. | 2017 | 267.00 | 793.80 | 211,944.60 |
| | Fischetti, Chloe S. | 2018 | 426.00 | 170.50 | 72,633.00 |
| | Gotsis, Christina O. | 2019 | 420.00 | 194.30 | 81,606.00 |
| | Silversmith, Jordan R. | 2019 | 420.00 | 178.20 | 74,844.00 |
| | Yantis, Brittany A. | 2019 | 420.00 | 199.40 | 83,748.00 |
| | Corrigan, Megan A. | 2019 | 420.00 | 86.60 | 36,372.00 |
| | Cardenas, Samantha A. | #N/A | 260.00 | 692.30 | 179,998.00 |
| Associates Total | | | 414.48 | 42,764.10 | 17,724,941.10 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | | | | | |
| | Cabrera, Ramon C. | #N/A | 288.00 | 256.90 | 73,987.20 |
| | Bookout, Kimberly M. | #N/A | 246.00 | 6.20 | 1,525.20 |
| | Pulsipher, Eric K. | #N/A | 338.00 | 313.20 | 105,861.60 |
| | Sweet, Karen R. | #N/A | 257.00 | 118.10 | 30,351.70 |
| | Graham, Sonya M. | #N/A | 282.00 | 20.10 | 5,668.20 |
| | Chan, Angeline | #N/A | 274.00 | 319.60 | 87,570.40 |
| | Montani, Christine A. | #N/A | 368.00 | 551.70 | 203,025.60 |
| | Szalay, Sarah M. | #N/A | 206.00 | 380.80 | 78,444.80 |
| | Iskhakova, Yuliya | #N/A | 380.00 | 751.90 | 285,722.00 |
| | Kinne, Tanya M. | #N/A | 351.00 | 379.70 | 133,274.70 |
| | Gibbons, Michael E. | #N/A | 403.00 | 62.90 | 25,348.70 |
| | Reyes, Lucinda A. | #N/A | 207.00 | 565.50 | 117,058.50 |
| | Nunes, Silas T. | #N/A | 325.00 | 482.60 | 156,845.00 |
| | Villamayor, Fidentino L. | #N/A | 385.00 | 616.50 | 237,352.50 |
| | Blaber, Theresa A. | #N/A | 358.00 | 33.10 | 11,849.80 |
| | McKenna, Patrice M. | #N/A | 292.00 | 582.80 | 170,177.60 |
| | Weaver, Scott | #N/A | 353.00 | 701.70 | 247,700.10 |
| | Martin, Joseph D. | #N/A | 256.00 | 7.70 | 1,971.20 |
| | Bryan, Katrina E. | #N/A | 350.00 | 122.70 | 42,945.00 |
| | Landrio, Nikki M. | #N/A | 397.00 | 512.40 | 203,422.80 |
| | McDonald, Michael H. | #N/A | 206.00 | 37.80 | 7,786.80 |
| | Tineo, Nicole L. | #N/A | 460.00 | 428.90 | 197,294.00 |
| | Monge, Tirsa | #N/A | 368.00 | 133.70 | 49,201.60 |
| | McIntosh, Casey | #N/A | 213.00 | 390.80 | 83,240.40 |
| | Bekier, James M. | #N/A | 468.00 | 334.00 | 156,312.00 |
| | Fishelman, Benjamin D. | #N/A | 448.00 | 428.10 | 191,788.80 |
| | Bluett, Marie V. | #N/A | 272.00 | 12.70 | 3,454.40 |
| | Stone, Adrian | #N/A | 322.00 | 478.60 | 154,109.20 |
| | Godsen, Brian J. | #N/A | 180.00 | 12.00 | 2,160.00 |
| | von Collande, Constance M. | #N/A | 363.00 | 551.10 | 200,049.30 |
| | Glanzman, Adam J. | #N/A | 369.00 | 197.00 | 72,693.00 |
| | Lasko, Seth D. | #N/A | 385.00 | 130.00 | 50,050.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 423.00 | 632.70 | 267,632.10 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 346.41 | 10,553.50 | 3,655,874.20 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 799.74 | 19,015.30 | 15,207,207.70 |
| Associates Total | 414.48 | 42,764.10 | 17,724,941.10 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 346.41 | 10,553.50 | 3,655,874.20 |
| Blended Attorney Rate | 533.06 | | |
| | | | |
| Total Fees Incurred | | 72,332.90 | 36,588,023.00 |

| | | |
|---|---|---|
| **Less 10% Public Interest Discount** | | (3,658,802.30) |
| **Grand Total** | $ | 32,929,220.70 |