# EXHIBIT C

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-FIRST INTERIM PERIOD
OF APRIL 1, 2019 THROUGH JULY 31, 2019

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 11,294.00 | $ 6,339,061.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 234.50 | 134,643.20 |
| 03 | Feeder Funds | 107.40 | 79,101.60 |
| 04 | Asset Search Recovery and Sale | 5.30 | 5,289.40 |
| 05 | Internal Office Meetings with Staff | 678.60 | 391,128.10 |
| 07 | Billing | 1,043.00 | 424,623.10 |
| 08 | Case Administration | 2,172.20 | 903,632.30 |
| 11 | Press Inquires and Responses | 198.50 | 140,933.20 |
| 12 | Document Review | 10,187.80 | 2,805,907.40 |
| 13 | Discovery - Depositions and Document Productions | 7,115.60 | 2,559,731.30 |
| 14 | International | 114.50 | 64,578.00 |
| 19 | Non-Bankruptcy Litigation | 1.20 | 476.40 |
| 20 | Governmental Agencies | 2.00 | 1,877.70 |
| 21 | Allocation | 8.40 | 8,172.70 |
| 000005 | Customer Claims | 935.60 | 459,594.90 |
| 000007 | Madoff Family | 370.40 | 247,462.20 |
| 000009 | Fairfield Greenwich | 2,233.40 | 1,464,219.40 |
| 000011 | Cohmad Securities Corporation | 173.90 | 116,711.40 |
| 000012 | Picower | 163.70 | 102,463.40 |
| 000013 | Kingate | 8,319.00 | 3,532,676.50 |
| 000019 | Ruth Madoff | 210.20 | 147,983.10 |
| 000029 | Rye/Tremont | 714.10 | 393,168.00 |
| 000030 | HSBC | 5,786.70 | 3,571,233.20 |
| 000032 | LuxAlpha/UBS | 1,289.30 | 965,167.60 |
| 000034 | Citibank | 1,887.90 | 1,115,835.20 |
| 000035 | Natixis | 106.40 | 63,329.90 |
| 000037 | ABN AMRO | 1,654.60 | 874,418.10 |
| 000039 | Fortis | 807.90 | 526,317.50 |
| 000040 | Medici Enterprise | 88.90 | 70,295.50 |
| 000042 | Equity Trading | 24.30 | 18,400.70 |
| 000051 | Crupi | 70.40 | 38,115.20 |
| 000053 | Magnify | 4,159.20 | 2,566,255.60 |
| 000059 | Stanley Shapiro | 1,761.60 | 1,077,489.90 |
| 000060 | Avellino & Bienes | 3,661.70 | 2,482,592.80 |
| 000062 | Subsequent Transfer | 2,036.30 | 1,253,125.60 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 12.30 | 9,963.00 |
| 000065 | Legacy Capital Ltd | 714.80 | 486,090.50 |
| 000071 | Square One | 704.10 | 375,032.00 |
| 000073 | BNP Paribas | 40.00 | 28,700.10 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 1,172.60 | 691,214.10 |
| 000077 | Extraterritoriality Appeal | 70.60 | 51,012.20 |
| Grand Total | | 72,332.90 | 36,588,023.00 |
| | **Less 10% Public Interest Discount** | | (3,658,802.30) |
| | **Grand Total** | | $ 32,929,220.70 |

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 32,929,220.70 |
| | Interim Compensation Paid | | (29,636,298.62) |
| | Interim Compensation Deferred | | $ 3,292,922.08 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 1,124,611,154.76 |
| | Interim Compensation Paid | | $ (1,112,690,918.38) |
| | Interim Compensation Deferred | | $ 11,920,236.38 |