# EXHIBIT D

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-FIRST
INTERIM PERIOD OF APRIL 1, 2019 THROUGH JULY 31, 2019

| | | |
|---|---|---|
| E101 | Copying (E101) | 12,714.30 |
| E102 | Outside Printing (E102) | 8,032.18 |
| E104 | Facsimile (E104) | 0.20 |
| E106 | Online Research (E106) | 41,713.79 |
| E107 | Delivery Services/ Messengers (E107) | 6,738.75 |
| E108 | Postage (E108) | 960.94 |
| E110 | Out-of-Town Travel (E110) | 239,848.06 |
| E112 | Court Fees (E112) | 12,212.87 |
| E114 | Witness Fees (E114) | 813.38 |
| E115 | Deposition Transcripts (E115) | 60,190.93 |
| E116 | Trial Transcripts (E116) | 2,761.52 |
| E119 | Experts (E119) | 16,646.35 |
| E123 | Other Professionals (E123) | 60,844.03 |
| E124 | Other (E124) | 115,228.23 |
| Grand Total | | **578,705.53** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded          $ 17,653,132.20