## **Exhibit B**

SUMMARY OF THIRTIETH INTERIM FEE APPLICATION OF WINDELS MARX LANE
& MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2019 THROUGH
JULY 31, 2019

| Name | Year Admitted | Apr-Jul 2019 Standard Hourly Rate | Apr-Jul 2019 Total Hours Billed | Apr-Jul 2019 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 625.00 | 216.60 | $ 135,375.00 |
| Kim M. Longo | 2002 | 495.00 | 410.70 | $ 203,296.50 |
| Antonio J. Casas | 1992 | 495.00 | 9.40 | $ 4,653.00 |
| **Total Partners** | | | **636.70** | **$343,324.50** |
| **Special Counsel** | | | | |
| Brian W. Kreutter | 2003 | 400.00 | 3.60 | $ 1,440.00 |
| John J. Tepedino | 2005 | 405.00 | 556.00 | $ 225,180.00 |
| **Total Special Counsel** | | | **559.60** | **$226,620.00** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 473.80 | $ 208,472.00 |
| Carol LaFond | 2000 | 410.00 | 592.20 | $ 242,802.00 |
| Lindsay H. Sklar | 2014 | 380.00 | 132.10 | $ 50,198.00 |
| Alan D. Lawn | 2009 | 380.00 | 603.40 | $ 229,292.00 |
| Alex Jonatowski | 2007 | 365.00 | 589.00 | $ 214,985.00 |
| Ariel Kirshenbaum | | 300.00 | 26.00 | $ 7,800.00 |
| **Total Associates** | | | **2,416.50** | **$953,549.00** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 250.00 | 1.40 | $ 350.00 |
| Matthew Corwin | | 240.00 | 29.30 | $ 7,032.00 |
| **Total Paraprofessionals** | | | **30.70** | **$ 7,382.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 636.70 | 343,324.50 |
| **Special Counsel** | 559.60 | 226,620.00 |
| **Associates** | 2,416.50 | 953,549.00 |
| **Paraprofessionals** | 30.70 | 7,382.00 |
| | | |
| **Blended Attorney Rate** | 421.69 | |
| **Blended Rate All Professionals** | 420.17 | |
| **GRAND TOTAL** | 3,643.50 | $ 1,530,875.50 |

{11744933:1}