08-01789-cgm    Doc 19119-3    Filed 11/12/19    Entered 11/12/19 12:27:25    Exhibit C
Pg 1 of 1

**Exhibit C**

SUMMARY OF THIRTIETH INTERIM FEE APPLICATION OF WINDELS
MARX LANE & MITTENDORF, LLP FOR EXPENSES INCURRED FROM
APRIL 1, 2019 THROUGH AND INCLUDING JULY 31, 2019

| Code Description | Amount |
|---|---:|
| Reproduction | $ 207.00 |
| Telephone - Reimbursements | $ 12.84 |
| Air Courier/Messenger | $ 374.39 |
| Online Research | $ 11,470.95 |
| **TOTAL** | **$ 12,065.18** |

{11744933:1}