**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTIETH INTERIM PERIOD OF APRIL 1, 2019 THROUGH AND INCLUDING JULY 31, 2019

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 8.30 | $ 3,514.50 |
| | | 007 | Fee Application | 53.50 | 22,711.00 |
| | | 020 | Internal Office Meetings | 13.50 | 5,595.00 |
| | | 041 | Discovery, Document Review, Document Production | 31.50 | 13,935.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 337.00 | 142,550.00 |
| 8 | Madoff Family Entities | 010 | Litigation | 2.90 | 1,228.50 |
| 12 | Credit Suisse | 010 | Litigation | 15.20 | 6,182.00 |
| 13 | Solon Capital | 010 | Litigation | 116.50 | 42,522.50 |
| 14 | Zephyros | 010 | Litigation | 200.80 | 83,248.50 |
| 15 | Mistral | 010 | Litigation | 32.30 | 11,726.50 |
| 16 | Societe Generale | 010 | Litigation | 302.80 | 118,848.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 626.60 | 251,378.00 |
| 18 | Clariden Leu | 010 | Litigation | 80.00 | 29,200.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 61.70 | 22,520.50 |
| 20 | Coordinated Cases | 010 | Litigation | 658.90 | 308,887.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,102.00 | 466,828.00 |
| | | | **TOTALS** | **3,643.50** | **$ 1,530,875.50** |

{11744933:1}