Baker & Hostetler LLP  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
Irving H. Picard  
Email: ipicard@bakerlaw.com  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Seanna R. Brown  
Email: sbrown@bakerlaw.com  
Heather R. Wlodek  
Email: hwlodek@bakerlaw.com  

Hearing Date: December 12, 2019  
Hearing Time: 10:00 a.m. (EST)  
Objection Deadline: December 5, 2019  
Time: 4:00 p.m. (EST)

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

**NOTICE OF HEARING ON APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM APRIL 1, 2019 THROUGH JULY 31, 2019**

**PLEASE TAKE NOTICE**, that on **December 12, 2019 at 10:00 a.m.**, a hearing (the

"Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge,

at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the applications for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by applicants from April 1, 2019 through July 31, 2019 (the "Applications") of the following parties:

**FEES REQUESTED**[1]

| **Applicants** | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee<br>Baker & Hostetler LLP, Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>90%:<br>Expenses: | $32,929,220.70<br>$29,636,298.62<br>$578,705.53 |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $158,856.72<br>$127,085.37<br>$12,651.01 |
| Higgs & Johnson<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $3,190.51<br>$2,552.40<br>$222.52 |
| Soroker Agmon Nordman<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $509,305.46<br>$407,444.37<br>$47,308.59 |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $143,753.05<br>$115,002.44<br>$5,561.26 |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $31,795.97<br>$25,436.77<br>$1,543.64 |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $1,530,875.50<br>$1,224,700.40<br>$12,065.18 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

| | | |
|---|---|---:|
| Williams Barristers & Attorneys<br>Special Counsel to the Trustee<br>(April 1, 2019 through October 8, 2019) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $97,380.26<br>N/A[2]<br>$0<br>$178,073.68 |
| UGGC & Associés<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $120,137.13<br>$96,109.70<br>$0 |
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $578,030.22<br>$462,424.18<br>$5,688.01 |
| Eugene F. Collins<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $7,075.58<br>$5,660.46<br>$41.41 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $82,036.35<br>$65,629.08<br>$770.44 |
| The Scaletta Law Firm, PLLC<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $16,074.45<br>$12,859.56<br>$42.44 |
| SCA Creque<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $50,670.77<br>$40,536.61<br>$160.00 |
| Werder Vigano<br>Special Counsel to the Trustee<br>(April 1, 2019 through July 31, 2019) | Fees:<br>80%:<br>Expenses: | $3,681.33<br>$2,945.07<br>$0 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

---

[2] This is the final application for allowance of compensation for services rendered by Williams Barristers & Attorneys; thus, its fees are not subject to the 20% holdback.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on December 5, 2019**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

Dated:  New York, New York
        November 12, 2019

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*