UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS         )
                       ) ss:
COUNTY OF DALLAS       )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 12, 2019 I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1. Motion For Approval Of A Scheduling Order Relating To The Trustee's Determination Of The Claim Of Richard L. Cohen (Docket Number 19113)
    2. Notice Of Presentment Of Scheduling Order Relating To The Trustee's Determination Of The Claim Of Richard L. Cohen (Docket Number 19113-2)

Executed on November 12, 2019

_____
Tassie Powers Barr

Sworn to and subscribed before me this 12 day of November, 2019

(SEAL)

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

_____
Notary Public

# Exhibit A

Exhibit A
November 12, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | Cohen Law Group, PC | 301 East 78th St., Suite 16A | New York | NY | 10075 | Counsel |

Page 1