Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 12, 2019

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

**VIA ECF AND VIA ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York  10004-1408

Re:   *Picard v. Alvin Gindel Revocable Trust, et al., Adv. Pro. No. 10-04925 (SMB)*;
      *Picard v. Rose Gindel Revocable Trust, et al., Adv. Pro. No. 10-04401 (SMB)*;
      *Picard v. Harold J. Hein Revocable Trust, Adv. Pro. No. 10-04861 (SMB)*; and
      *Picard v. James Greiff, Adv. Pro. No. 10-04357 (SMB)*

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa et seq. and the chapter 7 estate of Bernard L. Madoff.

We write to advise your Honor of the progress made in the above-referenced adversary proceedings (the "Adversary Proceedings") since the conference before this Court on September 6, 2019.  The parties are pleased to report that we have successfully mediated three of the Adversary Proceedings and are currently engaged in mediation on the remaining case.  Given that progress, the parties respectfully request that the status conference currently scheduled for 10:00 a.m. on November 14, 2019, be adjourned until January 29, 2020.

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver*
*Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Honorable Stuart M. Bernstein
November 12, 2019
Page 2

The parties are available should your Honor have any questions in connection with the instant request.

Respectfully submitted,

*/s/ Nicholas J. Cremona*

Nicholas J. Cremona
Partner

cc:    Arthur Ruegger, Esq. (via Electronic Mail)
       Carole Neville, Esq. (via Electronic Mail)
       Deborah Reperowitz, Esq. (via Electronic Mail)