| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | Hearing Date: December 17, 2019<br>Time: 10:00 a.m.<br>Objections Due: December 10, 2019<br>Time: 5:00 p.m. |

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>   Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>   Plaintiff,<br>v.<br>DEFENDANTS LISTED ON ECF NO. 14283,<br>   Defendants. | Adv. Pro. Nos. 10-04995<br>10-04818<br>10-04914<br>10-04826<br>10-04644<br>10-04541<br>10-04728<br>10-04905<br>10-04621 |

**NOTICE OF MOTION FOR FEES AND EXPENSES
PURSUANT TO FED. R. CIV. P. 37(a)(5)(B)**

**PLEASE TAKE NOTICE THAT** Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **December 17, 2019 at 10:00 a.m.**, or as soon thereafter

as counsel may be heard, for fees and expenses pursuant to Fed. R. Civ. P. 37(a)(5)(B) (the "Motion"), as more particularly set forth in the Memorandum of Law in Support of the Motion and the Declaration of Maximillian S. Shifrin in Support of the Motion (the "Shifrin Affidavit"), annexed hereto.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on December 10, 2019** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 10, Washington, DC 20006 Attn: Kevin Bell.

**PLEASE TAKE FURTHER NOTICE** that failure to file timely objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

Dated: New York, New York
November 15, 2019

Respectfully submitted,

**BAKER & HOSTETLER LLP**

By:  /s/ David J. Sheehan
David J. Sheehan
45 Rockefeller Plaza
New York, NY  10111
Telephone: 212-589-4200  212.589.4200
Facsimile: 212-589-4201
Email:  dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff*

2