# EXHIBIT A

**EXHIBIT A**
**Joint Letter to Judge Maas**

| Attorney | Date | Hours | Rate | Total | Narrative |
|---|---|---|---|---|---|
| Shifrin Maximillian | 09/04/2018 | 1.70 | 570.00 | 969.00 | Review proposed arbitration submission provided by Ms. Chaitman; confer with Ms. Brown and Mr. Cremona regarding same, and review related materials in connection with analysis of same. |
| Shifrin Maximillian | 09/05/2018 | 0.50 | 570.00 | 285.00 | Confer with Ms. Brown and Mr. Cremona regarding negotiations with Ms. Chaitman regarding letter to arbitrator. |
| Shifrin Maximillian | 09/05/2018 | 1.00 | 570.00 | 570.00 | Review submission by Ms. Chaitman to Judge Maas; confer with Mr. Cremona and Ms. Brown regarding same. |
| Shifrin Maximillian | 09/07/2018 | 4.30 | 570.00 | 2,451.00 | Review Chaitman LLP Judge Maas submission; draft Trustee's response. |
| Shifrin Maximillian | 09/09/2018 | 4.00 | 570.00 | 2,280.00 | Draft response to Chaitman LLP Judge Maas submission; transmit same to Mr. Cremona and Ms. Brown. |
| Shifrin Maximillian | 09/18/2018 | 0.20 | 570.00 | 114.00 | Confer with Ms. Chaitman regarding joint submission to Judge Maas |
| Shifrin Maximillian | 09/21/2018 | 2.10 | 570.00 | 1,197.00 | Review joint submission and draft email to Judge Maas in connection with same; confer with Mr. Cremona, Ms. Brown, and Ms. Vanderwal regarding same. |

**Total: 13.8 hours/$7,866**