# EXHIBIT B

**EXHIBIT B**
**Arbitration Before Judge Maas**

| Attorney | Date | Hours | Rate | Total | Narrative |
|---|---|---|---|---|---|
| Shifrin Maximillian | 11/18/2018 | 3.80 | 570.00 | 2,166.00 | Prepare for arbitration in connection with Chaitman LLP discovery dispute. |
| Shifrin Maximillian | 11/19/2018 | 2.40 | 570.00 | 1,368.00 | Address issues related to Chaitman LLP arbitration before Judge Maas, including drafting of supplemental email to Judge Maas regarding arbitration; review records in connection with same. |
| Shifrin Maximillian | 11/19/2018 | 2.50 | 570.00 | 1,425.00 | Participate in Chaitman LLP arbitration before Judge Maas; confer with Mr. Cremona regarding same. |
| Shifrin Maximillian | 11/19/2018 | 2.80 | 570.00 | 1,596.00 | Prepare for Chaitman LLP arbitration before Judge Maas; confer with Mr. Cremona regarding same. |

**Total: 11.5 hours/$6,555**