# EXHIBIT C

**EXHIBIT C**
**Opposition to Supplemental Request Post-Arbitration**

| Attorney | Work Date | Hours | Rate | Total | Narrative |
|---|---|---|---|---|---|
| Shifrin Maximillian | 11/20/2018 | 4.80 | 570.00 | 2,736.00 | Address various issues related to Chaitman LLP arbitration before Judge Maas, including review of transcript and supplemental letter submitted by Ms. Chaitman, and draft Trustee's response; confer with Mr. Cremona and Good Faith Trial Team regarding same. |
| Shifrin Maximillian | 11/24/2018 | 6.70 | 570.00 | 3,819.00 | Review various materials related to Chaitman LLP discovery dispute, including transcript of arbitration and supplemental letter submitted by Ms. Chaitman; draft response to same. |

**Total: 11.5 hours/$6,555**