# EXHIBIT D

**EXHIBIT D**
**Opposition to Request for Leave to Appeal**

| Attorney | Work Date | Hours | Rate | Total | Narrative |
|---|---|---|---|---|---|
| Shifrin Maximillian | 01/16/2019 | 3.50 | 584.00 | 2,044.00 | Review appeal filed by Ms. Chaitman in Wilenitz and confer with Mr. Cremona regarding same; review relevant orders and decisions and draft letter response in connection with same. |
| Shifrin Maximillian | 01/17/2019 | 3.50 | 584.00 | 2,044.00 | Review appeal letter and declaration submitted by Ms. Chaitman in Wilenitz and related orders and decisions; draft letter responses and confer with Mr. Cremona regarding same. |
| Shifrin Maximillian | 01/22/2019 | 5.70 | 584.00 | 3,328.80 | Research relevant case law and draft letter regarding Defendants' appeal of Judge Maas's order and confer with Mr. Cremona, Ms. Lan, and Ms. Carlisle regarding same; finalize and coordinate filing of same with Ms. Landrio. |

**Total: 12.7 hours/$7,416.80**