# EXHIBIT E

**EXHIBIT E**
**Appeal of January 2019 Order**

| Attorney | Work Date | Hours | Rate | Total | Narrative |
|---|---|---|---|---|---|
| Shifrin Maximillian | 03/18/2019 | 1.80 | 584.00 | 1,051.20 | Review Chaitman LLP appeal regarding trading records dispute; confer with Good Faith Trial Team regarding same. |
| Shifrin Maximillian | 03/20/2019 | 3.60 | 584.00 | 2,102.40 | Draft opposition to Chaitman LLP appeal of January 2019 Order entered by Judge Maas. |
| Shifrin Maximillian | 03/21/2019 | 3.80 | 584.00 | 2,219.20 | Address opposition to Chaitman LLP appeal from January 2019 Order entered by Judge Maas. |
| Shifrin Maximillian | 03/22/2019 | 2.30 | 584.00 | 1,343.20 | Address opposition to Chaitman LLP appeal from January 2019 Order by Judge Maas. |
| Shifrin Maximillian | 03/23/2019 | 3.60 | 584.00 | 2,102.40 | Address opposition to Chaitman LLP appeal from January 2019 Order by Judge Maas. |
| Shifrin Maximillian | 03/25/2019 | 5.20 | 584.00 | 3,036.80 | Draft opposition to Chaitman appeal from Judge Maas's January 2019 Order; confer with Madoff Litigation Support regarding same. |
| Shifrin Maximillian | 03/26/2019 | 1.80 | 584.00 | 1,051.20 | Address Chaitman LLP discovery dispute; confer with Ms. Boga and Mr. Dexter regarding same. |
| Shifrin Maximillian | 03/26/2019 | 2.50 | 584.00 | 1,460.00 | Draft opposition to Chaitman LLP appeal from Judge Maas's January 2019 Order. |
| Shifrin Maximillian | 03/27/2019 | 2.20 | 584.00 | 1,284.80 | Draft opposition to Chaitman LLP appeal from Judge Maas's January 2019 Order. |
| Shifrin Maximillian | 03/28/2019 | 5.70 | 584.00 | 3,328.80 | Draft opposition to Chaitman LLP appeal of Judge Maas's January 2019 Order; confer with Ms. Turner and Mr. Villamayor regarding same. |
| Shifrin Maximillian | 03/28/2019 | 5.90 | 584.00 | 3,445.60 | Draft opposition to Chaitman LLP appeal of Judge Maas's January 2019 Order; confer with Ms. Turner and Mr. Villamayor regarding same. |
| Shifrin Maximillian | 03/29/2019 | 5.80 | 584.00 | 3,387.20 | Draft opposition to Chaitman LLP appeal of Judge Maas's January 2019 Order; confer with Ms. Turner regarding same. |
| Shifrin Maximillian | 03/29/2019 | 4.90 | 584.00 | 2,861.60 | Draft opposition to Chaitman LLP appeal of Judge Maas's January 2019 Order; confer with Ms. Turner regarding same. |

# **EXHIBIT E**
## **Appeal of January 2019 Order**

| | | | | | |
|---|---|---|---|---|---|
| Shifrin Maximillian | 03/30/2019 | 4.50 | 584.00 | 2,628.00 | Draft opposition to Chaitman LLP appeal of Judge Maas's January 2019 Order; confer with Ms. Turner regarding same and research cases in connection with same. |
| Shifrin Maximillian | 03/31/2019 | 5.20 | 584.00 | 3,036.80 | Draft opposition to Chaitman LLP appeal of Judge Maas's January 2019 Order; confer with Ms. Turner regarding same and research cases in connection with same. |
| Shifrin Maximillian | 04/01/2019 | 3.60 | 584.00 | 2,102.40 | Draft, review, and revise brief in opposition to Chaitman LLP appeal from Judge Maas's January 2019 Order; confer with Mr. Cremona, Ms. Brown, and Ms. Turner regarding same. |
| Shifrin Maximillian | 04/01/2019 | 4.50 | 584.00 | 2,628.00 | Review and finalize brief in opposition to Chaitman LLP appeal from Judge Maas's January 2019 Order; confer with Mr. Cremona, Ms. Brown, and Ms. Turner regarding same, and coordinate drafting of related documents and indices. |
| Shifrin Maximillian | 04/01/2019 | 1.90 | 584.00 | 1,109.60 | Coordinate filing of brief in opposition to Chaitman LLP appeal from Judge Maas's January 2019 Order; confer with Mr. Cremona, Ms. Brown, and Ms. Turner regarding same. |

**Total: 68.8 hours/$40,179.20**