# EXHIBIT F



**INVOICE**

| | | |
|---|---|---|
| | **Invoice Date** | **Invoice Number** |
| | 10/31/18 | 0004603240-425 |

To: **Yuliya Iskhakova**
**Baker Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**

| | | |
|---|---|---|
| Reference #: | 1425022252 | KM |
| Billing Specialist: | Erwin Gonzalez | |
| Email: | egonzalez@jamsadr.com | |
| Telephone: | (949) 224-4642 | |
| Employer ID: | 68-0542699 | |

RE: **In re: Bernard L. Madoff Investment Securities, LLC. et al.**
Representing: **Good Faith - Adv. Pro. 10-04995 (SMB)**   Neutral(s): **Hon. Frank Maas (Ret.)**
Hearing Type: **Court Reference**   **Rep# 16**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 10/15/18 | Hon. Frank Maas (Ret.) | 0.50 | 630.00 | 315.00 | 1 | 315.00 |
| | 10/15/2018 - Initial review of Wilenitz letter application. | | | | | |
| 10/25/18 | Hon. Frank Maas (Ret.) | 1.25 | 630.00 | 787.50 | 1 | 787.50 |
| | 10/25/2018 - Further review of correspondence re Wilenitz issue. | | | | | |

| | |
|---|---|
| Fees | 1,102.50 |
| Total | $ 1,102.50 |

Invoice total is based on the fee split agreed upon by all parties. If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

**Standard mail:**
**P.O. Box 845402**
**Los Angeles, CA 90084**

**Overnight mail:**
**18881 Von Karman Ave. Suite 350**
**Irvine, CA 92612**



**INVOICE**

**Invoice Date**  
11/30/18

**Invoice Number**  
0004644624-425

To: **Yuliya Iskhakova**  
**Baker Hostetler LLP**  
**45 Rockefeller Plaza**  
**New York, NY 10111**

| | |
|---|---|
| Reference #: | 1425022252 |
| Billing Specialist: | Erwin Gonzalez |
| Email: | egonzalez@jamsadr.com |
| Telephone: | (949) 224-4642 |
| Employer ID: | 68-0542699 |

KM

RE: **In re: Bernard L. Madoff Investment Securities, LLC. et al.**  
Representing: **Good Faith - Adv. Pro. 10-04995 (SMB)**  Neutral(s): **Hon. Frank Maas (Ret.)**  
Hearing Type: **Court Reference**  **Rep# 16**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 11/18/18 | Hon. Frank Maas (Ret.) | 0.50 | 630.00 | 315.00 | 1 | 315.00 |
| | 11/18/2018 - Further review of Wilenitz letter | | | | | |
| 11/19/18 | Hon. Frank Maas (Ret.) | 2.00 | 630.00 | 1,260.00 | 1 | 1,260.00 |
| | 11/19/2018 - Further preparation for Wilenitz motion to compel hearing; conduct hearing. | | | | | |

| | |
|---|---|
| Fees | 1,575.00 |
| Total | $ 1,575.00 |

Invoice total is based on the fee split agreed upon by all parties.  If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

**Standard mail:**  
**P.O. Box 845402**  
**Los Angeles, CA 90084**

**Overnight mail:**  
**18881 Von Karman Ave. Suite 350**  
**Irvine, CA 92612**



# INVOICE

| | |
|---|---|
| **Invoice Date** | **Invoice Number** |
| 12/31/18 | 0004671788-425 |

To: **Yuliya Iskhakova**
**Baker Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**

| | | KM |
|---|---|---|
| Reference #: | 1425022252 | |
| Billing Specialist: | Erwin Gonzalez | |
| Email: | egonzalez@jamsadr.com | |
| Telephone: | (949) 224-4642 | |
| Employer ID: | 68-0542699 | |

RE: **In re: Bernard L. Madoff Investment Securities, LLC. et al.**
Representing: **Good Faith - Adv. Pro. 10-04995 (SMB)**   Neutral(s):   **Hon. Frank Maas (Ret.)**
Hearing Type: **Court Reference**                                                     **Rep# 16**

| Date/Time | Description | Hours | Rate/Hr. | Total Billed | Parties Billed | Your Share |
|---|---|---|---|---|---|---|
| 12/18/18 | Hon. Frank Maas (Ret.) | 1.75 | 630.00 | 1,102.50 | 1 | 1,102.50 |
| | 12/18/2018 - Review transcripts and related materials re Wilenitz defendants' motion to compel | | | | | |
| 12/19/18 | Hon. Frank Maas (Ret.) | 0.75 | 630.00 | 472.50 | 1 | 472.50 |
| | 12/19/2018 - Continue work on Wilenitz defendants' motion to compel | | | | | |
| 12/21/18 | Hon. Frank Maas (Ret.) | 6.20 | 630.00 | 3,906.00 | 1 | 3,906.00 |
| | 12/21/2018 - Continue work on Wilenitz motion to compel | | | | | |
| 12/22/18 | Hon. Frank Maas (Ret.) | 3.50 | 630.00 | 2,205.00 | 1 | 2,205.00 |
| | 12/22/2018 - Finish drafting order re trading records; arrange for distribution via ECF. | | | | | |

| | |
|---|---|
| Fees | 7,686.00 |
| Total | $ 7,686.00 |

Invoice total is based on the fee split agreed upon by all parties.  If the case cancels or continues, fees are due per our cancellation and continuance policy. Please make checks payable to JAMS, Inc. **Payment is due upon receipt.**

| Standard mail: | Overnight mail: |
|---|---|
| **P.O. Box 845402** | **18881 Von Karman Ave. Suite 350** |
| **Los Angeles, CA 90084** | **Irvine, CA 92612** |