**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>   v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC,<br><br>        Defendants. | Adv. Pro. No. 09-01239 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff, | Adv. Pro. No. 12-01701 (SMB) |

|  |  |
|---|---|
| v.<br><br>PF TRUSTEES LIMITED, in its capacity as trustee of RD TRUST, SAFEHAND INVESTMENTS, and STRONGBACK HOLDINGS<br><br>                    Defendants. |  |
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, as assignee of Fairfield Sentry Limited,<br><br>                    Plaintiff,<br><br>          v.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH (BERMUDA) LIMITED, FAIRFIELD GREENWICH ADVISORS, LLC, FAIRFIELD GREENWICH LIMITED, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER M. NOEL, JR., JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, AND CORINA NOEL PIEDRAHITA,<br><br>                    Defendants. | Adv. Pro. No. 10-03800 (SMB) |
| FAIRFIELD GREENWICH (BERMUDA) LIMITED,<br><br>                 Third-Party Plaintiff,<br>   vs.<br><br>FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),<br><br>Third-Party Defendant. |  |

2

## SECOND ORDER CONCERNING MEDIATION

**WHEREAS**, on October 15, 2019, this Court issued an order staying the above-captioned actions (the "Actions") and holding all deadlines in the Actions in abeyance through December 31, 2019 and ordering the parties to report to the Court on the progress of the mediation at a status conference scheduled for November 26, 2019 (the "Status Conference");

**NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

1. The Status Conference is adjourned to February 26, 2020. The parties shall provide the Court with a written progress report on the mediation by February 19, 2020.

2. The Actions shall be stayed, and all deadlines in the Actions held in abeyance, through March 31, 2020 and until such time as the Court has entered a further order extending the stay of the Actions or resetting the deadlines held in abeyance under this order.

It is **SO ORDERED**.

Dated: November **19th**, 2019   　　　　　　　　　　**/s/ STUART M. BERNSTEIN**
　　　　New York, New York 　　　　　　　　　　HONORABLE STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE