UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTION**

The Alvin Gindel Revocable Trust, having filed an objection (the "Objection", Docket No. 863) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010207), hereby gives notice that it withdraws such Objection.

Dated: November 21, 2019

                   By: /s/    Arthur Ruegger
                   **DENTONS US LLP**
                   1221 Avenue of the Americas
                   New York, NY  10020
                   Telephone: 212.768.6881
                   Facsimile: 212.768.6800
                   Arthur H. Ruegger
                   Email: Arthur.Ruegger@dentons.com
                   Carole Neville
                   Email: Carole.Neville@dentons.com