**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Rose Gindel Revocable Trust, having filed an objection (the "Objection", Docket No. 2384) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010208), hereby gives notice that it withdraws such Objection.

Dated: November 21, 2019

By: /s/    Arthur Ruegger
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY  10020
Telephone: 212.768.6881
Facsimile: 212.768.6800
Arthur H. Ruegger
Email: Arthur.Ruegger@dentons.com
Carole Neville
Email: Carole.Neville@dentons.com