**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Esq., Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

### NOTICE OF RESCHEDULED
### AVOIDANCE ACTION OMNIBUS HEARING DATE

**PLEASE TAKE NOTICE** that in accordance with the Court's Order dated November 10, 2010 (the "Order") establishing omnibus case management procedures for avoidance actions subject to the Court's Order, the Avoidance Action Omnibus Hearing (as defined in the Order) previously scheduled for January 29, 2020 has been rescheduled, at the direction of the Court, to **January 22, 2020 at 10:00 a.m.**;

**PLEASE TAKE FURTHER NOTICE**, that the remaining Avoidance Action Omnibus Hearings shall be held February 26, 2020, March 25, 2020, April 29, 2020, May 27, 2020, June 24, 2020, July 29, 2020, August 26, 2020, September 30, 2020, October 28, 2020, November 18, 2020, December 16, 2020, or as soon thereafter as counsel may be heard, before the Honorable Stuart M. Bernstein, United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 1004.  Thereafter, Avoidance Action Omnibus Hearings shall be scheduled approximately every thirty (30) days at the convenience of the Court and once the hearings are scheduled, the Trustee will file and serve an updated Notice of Avoidance Action Omnibus Hearing Dates in accordance with the Order.

Dated: New York, New York
November 21, 2019

**Baker & Hostetler LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*