# **<u>Exhibit 1</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br>v.<br>LEGACY CAPITAL LTD.,<br><br>                Defendant. | Adv. Pro. No. 10-05286 (SMB)<br><br>BC 19,0045 |

## FINAL JUDGMENT AND ORDER

Plaintiff Irving H. Picard (the "Trustee") commenced this adversary proceeding on December 6, 2010 seeking to avoid and recover fraudulent transfers allegedly received by Legacy Capital Ltd. ("Legacy") in connection with BLMIS account 1FR071.

**IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Pursuant to the terms of the Stipulation and Order for Entry of Final Judgment dated November 8, 2019, judgment is hereby entered in favor of the Trustee and against Legacy in the amount of $79,125,781.00. The Clerk is instructed to enter judgment for the Trustee in such

08-01789-cgm Doc 19164-1 Filed 11/22/19 Entered 11/22/19 13:48:03 Exhibit 1 Pg 2 of 2

10-09280-smb Doc 231 Filed 11/12/19 Entered 11/12/19 12:06:02 Main Document
11/12/2019 Final Judgment and Order of Bankruptcy Court   Pg 3 of 3

amount; and

2. The Clerk shall enter judgment and close the case.

**Dated: <u>November 12, 2019</u>**

**IT IS SO ORDERED:**  /s/ STUART M. BERNSTEIN

_____

**HON. STUART M. BERNSTEIN**
**United States Bankruptcy Judge**

- 2 -