**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br><br>v.<br><br>THE ALVIN GINDEL REVOCABLE TRUST, and ALVIN GINDEL, in his capacity as Trustee of the Alvin Gindel Revocable Trust,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04925 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and the Alvin Gindel Revocable Trust ("Gindel Trust") and Brent Gindel in his capacity as successor trustee of the Gindel Trust ("Defendants"), by and through their counsel, Arthur Ruegger and Carole Neville, Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against the Gindel Trust and Alvin Gindel in his capacity as trustee of the Gindel Trust.

2. On September 15, 2015, the Gindel Trust and Alvin Gindel filed and served their Answer to the Complaint on the Trustee.

3. Alvin Gindel died on April 22, 2019, and Brent Gindel became the successor trustee of the Gindel Trust.

4. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on November 20, 2019.

5. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims in the above-captioned adversary proceeding and dismissal of the adversary proceeding with prejudice.

6. The provisions of this Stipulation shall be binding upon and shall inure to the

benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[Remainder of page intentionally left blank]*

Date: November 22, 2019
New York, New York

| **BAKER & HOSTETLER LLP** | **DENTONS US LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Arthur Ruegger* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americas |
| New York, New York 10111 | New York, NY 10020 |
| Telephone: (212) 589-4200 | Telephone: (212) 768-6700 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 768-6800 |
| David J. Sheehan | Arthur Ruegger |
| Email: dsheehan@bakerlaw.com | Email: Arthur.ruegger@dentons.com |
| Nicholas J. Cremona | Carole Neville |
| Email: ncremona@bakerlaw.com | Email: carole.neville@dentons.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | *Attorneys for Defendants the Alvin Gindel Revocable Trust and Alvin Gindel, in his capacity as Trustee of the Alvin Gindel Revocable Trust* |

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

SO ORDERED:

**/s/ STUART M. BERNSTEIN**
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

Dated: **November 22$^{nd,}$** 2019
New York, New York