Presentment Date and Time: **January 17, 2020 at 10:00 a.m. (EST)**
Objection Deadline: **January 10, 2020, at 4:00 p.m. (EST)**

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Brian A. Bash
Jason I. Blanchard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**AMENDED NOTICE OF PRESENTMENT OF SCHEDULING ORDER RELATING TO THE TRUSTEE'S DETERMINATION OF THE CLAIM OF RICHARD COHEN**

**PLEASE TAKE NOTICE** that Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, the "Debtor"), through his undersigned counsel, will present the attached stipulated scheduling order (the "Scheduling

Order")[1] to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, for signature and entry on **January 17, 2020, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Scheduling Order must be made in writing and filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004, with proof of service, by no later than **4:00 p.m., on January 10, 2020** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler, LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000 Washington, DC 20005-1620, Attn: Kevin H. Bell, Esq. and Nathanael Kelley, Esq.

**PLEASE TAKE FURTHER NOTICE** that, unless objections are timely served and filed, the Scheduling Order may be signed without a hearing.

**PLEASE TAKE FURTHER NOTICE** that if a written objection is timely served and filed, a hearing will be held to consider the Scheduling Order on a date and time to be set by the Court.

---

[1] Since the filing of the *Motion for Approval of a Scheduling Order relating to the Trustee's Determination of the Claim of Richard L. Cohen* (ECF No. 19113), counsel to the Trustee and Richard Cohen have conferred and have now agreed to the schedule set forth in the Scheduling Order.

| | |
|---|---|
| Dated: New York, New York<br>November 26, 2019 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Brian A. Bash<br>Email: bbash@bakerlaw.com<br>Jason I. Blanchard<br>Email: jblanchard@bakerlaw.com<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff* |