**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY  10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Tracy Cole
Fernando Bohorquez
Ganesh Krishna
Michelle N. Tanney

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MAGNIFY INC., et al.,<br><br>    Defendants. | Adv. Pro. No. 10-05279 (SMB) |

## AMENDED CASE MANAGEMENT STIPULATION AND ORDER

Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, and Defendants Magnify, Inc. ("Magnify"), Strand International Investments Ltd. ("Strand"), Premero Investments Ltd. ("Premero"), Yair Green ("Green"), the Yeshaya Horowitz Association ("Yeshaya"), and Express Enterprises Inc. ("Express") (the Trustee, together with the Defendants, are collectively referred to herein as the "Parties") hereby submits the Proposed Thirteenth Amended Case Management Plan, pursuant to Federal Rules of Civil Procedure 16 and 26, as incorporated into Bankruptcy Rules 7016 and 7026, as follows:

**WHEREAS**, on September 29, 2017, the Trustee filed the Second Amended Complaint; and

**WHEREAS**, on October 30, 2017, Defendants filed a Motion to Dismiss the Trustee's Second Amended Complaint; and

**WHEREAS**, on January 31, 2018, the Court held a hearing on Defendants' Motion to Dismiss the Trustee's Second Amended Complaint; and

**WHEREAS,** on April 13, 2018, the Court issued its decision Denying Defendants' Motion to Dismiss the Trustee's Second Amended Complaint; and

**WHEREAS**, on June 18, 2019, the Court ordered mediation of this Adversary Proceeding pursuant to General Order M-452 and Local Bankruptcy Rule 9019-1; and

**WHEREAS**, on July 11, 2019, the Court issued its Order Appointing Mr. Ted Berkowitz as Mediator; and

**WHEREAS**, the Parties engaged in mediation from September 11-12, 2019 in the U.S., and previously in Israel from May 27-30, 2019; and

**WHEREAS**, in good faith, following those mediations, and over the course of several months, the Parties engaged in settlement negotiations in an attempt to resolve this Adversary Proceeding and related litigation brought by the Trustee in Israel against certain individual defendants; and

**WHEREAS**, the Parties have reached a settlement in principle in the U.S. and in one of the two actions in Israel, C.C. 18907-12-15 currently before the District Court of Tel Aviv, Israel; and

**WHEREAS**, the Parties now wish to amend the Twelfth Amended Case Management Plan, which the Court So Ordered on June 24, 2019.

**IT IS THEREFORE MUTUALLY AGREED AND STIPULATED**, by and between the Trustee and the Defendants, that the following provisions and deadlines are hereby made applicable to this adversary proceeding:

1. All upcoming deadlines outlined in the Discovery Plan of the Twelfth Amended Case Management Order are adjourned *sine die* while the Parties move forward with finalizing a settlement agreement.

2. This stipulation may be signed by the Parties in any number of counterparts, each of which shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this stipulation shall be deemed an original.

Dated: New York, New York
November 27, 2019

BAKER & HOSTETLER LLP

By: /s/ *Tracy Cole*
45 Rockefeller Plaza
New York, New York 10111

EMMET, MARVIN & MARTIN, LLP

By: /s/ *Paul T. Weinstein*
120 Broadway, 32th Floor
New York, New York 10271

Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Tracy Cole
Email:  tcole@bakerlaw.com
Fernando Bohorquez
Email:  fbohorquez@bakerlaw.com
Ganesh Krishna
Email:  gkrishna@bakerlaw.com
Michelle N. Tanney
Email:  mtanney@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

Telephone: (212) 238-3090
Facsimile: (212) 238-3100
Paul. T. Weinstein
Email: pweinstein@emmetmarvin.com

*Attorneys for Defendants
Magnify Inc., Premero Investments Ltd.,
Strand International Investments Ltd.,
The Yeshaya Horowitz Association, Yair Green,
and Express Enterprises Inc.*


SO ORDERED


Dated: _____, 2019
New York, New York

_____
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4