UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                            )  ss:
COUNTY OF DALLAS            )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On November 27, 2019 I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   1. **AMENDED NOTICE OF PRESENTMENT OF SCHEDULING ORDER RELATING TO THE TRUSTEE'S DETERMINATION OF THE CLAIM OF RICHARD COHEN**
   2. **[PROPOSED] STIPULATED SCHEDULING ORDER**

Executed on November 27, 2019

_____
Tassie Powers Barr

Sworn to and subscribed before me this 27th day of November, 2019

SUSAN CROUCH WEAVER
Notary ID #408918
My Commission Expires
April 18, 2023

_____
Susan Crouch-Weaver
Notary Public

(SEAL)

2

# Exhibit A

Exhibit A

November 27, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | Cohen Law Group, PC | 301 East 78th St., Suite 16A | New York | NY | 10075 | Counsel |