**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Torello H. Calvani
Joanna F. Wasick

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>BNP PARIBAS S.A., BNP PARIBAS ARBITRAGE SNC, BNP PARIBAS BANK & TRUST (CAYMAN) LIMITED, BNP PARIBAS SECURITIES SERVICES S.A.,<br><br>       Defendants. | Adv. Pro. No. 12-01576 (SMB) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority to Stipulate to Extensions of Time to Respond and Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 19027), the pre-trial conference in the above-captioned adversary proceeding, which was previously scheduled for December 18, 2019 has been adjourned to **April 29, 2020 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the pre-trial conference will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: December 3, 2019
       New York, New York

By:   */s/ David J. Sheehan*
      Baker & Hostetler LLP
      45 Rockefeller Plaza
      New York, New York 10111
      Telephone: 212.589.4200
      Facsimile: 212.589.4201
      David J. Sheehan
      Email:  dsheehan@bakerlaw.com
      Torello H. Calvani
      Email:  tcalvani@bakerlaw.com
      Joanna F. Wasick
      Email:  jwasick@bakerlaw.com

      *Attorneys for Irving H. Picard, Trustee for the
      Substantively Consolidated SIPA Liquidation
      of Bernard L. Madoff Investment Securities LLC
      and the Estate of Bernard L. Madoff*