**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff,<br><br>   Plaintiff,<br>   v.<br><br>CITIBANK, N.A., CITIBANK NORTH AMERICA, INC. and CITIGROUP GLOBAL MARKETS LIMITED,<br><br>   Defendants. | Adv. Pro. No. 10-05345 (SMB) |

### CERTIFICATION TO COURT OF APPEALS BY ALL PARTIES[1]

  A notice of appeal having been filed in this matter on November 27, 2019, ECF No. 177, the appellant Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa *et seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, together with appellees Citibank, N.A. and Citicorp North

---

[1] This certification complies with Official Bankruptcy Form 424.

America, Inc. (together with the Trustee, the "Parties"), hereby certify to the Court under 28 U.S.C. § 158(d)(2)(A) that a circumstance specified in 28 U.S.C. § 158(d)(2) exists as stated below.

Leave to appeal in this matter:

☐ is required under 28 U.S.C. § 158(a)
☒ is not required under 28 U.S.C. § 158(a)

This certification arises in an appeal from a final judgment, order, or decree of the United States Bankruptcy Court for the Southern District of New York entered on November 19, 2019 ECF No. 176.

The Parties agree that certification is appropriate because an immediate appeal from the judgment may materially advance the progress of the case or proceeding in which the appeal is taken. *See* 28 U.S.C. § 158(d)(2)(A)(iii).

The Trustee also believes certification is appropriate because: (1) the judgment involves a question of law as to which there is no controlling decision of the court of appeals for the circuit or of the Supreme Court of the United States, or involves a matter of public importance; and (2) the judgment involves a question of law requiring resolution of conflicting decisions. *See* 28 U.S.C. § 158(d)(2)(A)(i)-(ii).

SIGNED:    December 3, 2019
           New York, New York

By: */s/ Seanna R. Brown*  
**BAKER & HOSTETLER LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Email: dsheehan@bakerlaw.com  
Seanna R. Brown  
Email: sbrown@bakerlaw.com  
Matthew D. Feil  
Email: mfeil@bakerlaw.com  
Chardaie C. Charlemagne  
Email: ccharlemagne@bakerlaw.com  

*Attorneys for Appellant Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

By: */s/ Carmine D. Boccuzzi, Jr.*  
**CLEARY GOTTLIEB STEEN & HAMILTON LLP**  
One Liberty Plaza  
New York, New York 10006  
Telephone: (212) 225-2000  
Facsimile: (212) 225-3999  
Carmine D. Boccuzzi, Jr.  
Email: cboccuzzi@cgsh.com  
Pascale Bibi  
Email: pbibi@cgsh.com  

*Attorneys for Appellees Citibank, N.A. and Citicorp North America, Inc.*