**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff., | Adv. Pro. No. 10-04658 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, | |
| Defendant. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, | Adv. Pro. No. 10-04377 (SMB) |
| Plaintiff, | |
| v. | |
| CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant, | |
| Defendants. | |

## <u>NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER</u>

PLEASE TAKE NOTICE that attorney Robert J. Nelson, Lieff Cabraser Heimann &

Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413 shall be

substituted in place of the attorney and law firm Helen Davis Chaitman of Chaitman LLP, as

counsel of record for defendants Carol Nelson, Individually and as Joint Tenant; and Stanley

Nelson, Individually and as Joint Tenant ("Defendants") in the above-captioned adversary

proceedings (the "Adversary Proceedings").  All notices given or required to be given in these

Adversary Proceedings shall be given to and served upon the following

>Robert J. Nelson, Esq.
>Lieff Cabraser Heimann & Bernstein, LLP
>250 Hudson Street, 8th Floor
>New York, New York  10013-1413
>Telephone:  212.355.9500
>Facsimile:  212.355.9592
>Email:  rnelson@lchb.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and

consent to this substitution of counsel.

Dated:  New York, New York
    December 4, 2019

Dated:  New York, New York
    December 4, 2019

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman
CHAITMAN LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Telephone:     (908) 303-4568
Facsimile:      (888) 759-1114

*/s/ Robert J. Nelson*

Robert J. Nelson
Lieff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York  10013-1413
Telephone:  212.355.9500
Facsimile:  212.355.9592
Email:  rnelson@lchb.com

**Dated:  New York, New York**
    **December ___, 2019**

**SO ORDERED:**

**_____**
**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**