**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff.,<br><br>        Plaintiff,<br>    v.<br><br>CAROL NELSON,<br><br>        Defendant. | Adv. Pro. No. 10-04658 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br>    v.<br><br>CAROL NELSON, Individually and as Joint Tenant; and STANLEY NELSON, Individually and as Joint Tenant,<br><br>        Defendants. | Adv. Pro. No. 10-04377 (SMB) |

## NOTICE OF SUBSTITUTION OF COUNSEL AND ORDER

PLEASE TAKE NOTICE that attorney Robert J. Nelson, Lieff Cabraser Heimann &

Bernstein, LLP, 250 Hudson Street, 8th Floor, New York, New York 10013-1413 shall be

substituted in place of the attorney and law firm Helen Davis Chaitman of Chaitman LLP, as counsel of record for defendants Carol Nelson, Individually and as Joint Tenant; and Stanley Nelson, Individually and as Joint Tenant ("Defendants") in the above-captioned adversary proceedings (the "Adversary Proceedings"). All notices given or required to be given in these Adversary Proceedings shall be given to and served upon the following

>    Robert J. Nelson, Esq.
>    Lieff Cabraser Heimann & Bernstein, LLP
>    250 Hudson Street, 8th Floor
>    New York, New York  10013-1413
>    Telephone:  212.355.9500
>    Facsimile:  212.355.9592
>    Email:  rnelson@lchb.com

PLEASE TAKE FURTHER NOTICE that the Defendants have knowledge of and consent to this substitution of counsel.

| Dated:  New York, New York | Dated: New York, New York |
|---|---|
| December 4, 2019 | December 4, 2019 |
| | |
| */s/ Helen Davis Chaitman* | */s/ Robert J. Nelson* |
| Helen Davis Chaitman | Robert J. Nelson |
| CHAITMAN LLP | Lieff Cabraser Heimann & Bernstein, LLP |
| 465 Park Avenue | 250 Hudson Street, 8th Floor |
| New York, New York 10022 | New York, New York  10013-1413 |
| hchaitman@chaitmanllp.com | Telephone:  212.355.9500 |
| Telephone:     (908) 303-4568 | Facsimile:  212.355.9592 |
| Facsimile:      (888) 759-1114 | Email:  rnelson@lchb.com |

**Dated:  New York, New York**         **SO ORDERED:**
     **December 4th, 2019**

**/s/ STUART M. BERNSTEIN**
**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**