**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Epic Ventures LLC, having filed an objection to the Notice of Trustee's Determination of Claim respecting customer claim #013379 (Docket No. 12116), hereby gives notice that it withdraws such Objection with prejudice.

Dated: November 26, 2019

_____
Arthur H. Ruegger, Esq., on behalf of
Epic Ventures LLC

Dentons US LLP
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700

*Attorneys for Epic Ventures LLC*