**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Michael A. Sabella
msabella@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05118 (SMB) |
| Plaintiff, | |
| v. | |
| CHARLOTTE M. MARDEN; THE CHARLOTTE M. MARDEN IRREVOCABLE INSURANCE TRUST, a Florida trust; NEAL J. NISSEL, as trustee; JAMES P. | |

MARDEN; PATRICE M. AULD; ALEXANDRIA K.
MARDEN; GABRIELLE Z. MARDEN; MEGHAN
M. AULD; ELIZABETH C. AULD; AND O.A., a
minor,

                                   Defendants.

### NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority

To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro.

No. 08-01789, ECF No. 19027), the pre-trial conference in the above-referenced adversary

proceeding previously scheduled for December 12, 2019 has been further adjourned until **March**

**25, 2020 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held

before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
         December 6, 2019

                         BAKER & HOSTETLER LLP

                         By: */s/ Nicholas J. Cremona*
                         45 Rockefeller Plaza
                         New York, New York 10111
                         Telephone: 212.589.4200
                         Facsimile: 212.589.4201
                         David J. Sheehan
                         Email: dsheehan@bakerlaw.com
                         Nicholas J. Cremona
                         Email: ncremona@bakerlaw.com
                         Michael A. Sabella
                         Email: msabella@bakerlaw.com

                         *Attorneys for Irving H. Picard, Trustee for the*
                         *Substantively Consolidated SIPA Liquidation*
                         *of Bernard L. Madoff Investment Securities LLC*
                         *and the Chapter 7 Estate of Bernard L. Madoff*