**CHAITMAN LLP**  
Helen Davis Chaitman  
hchaitman@chaitmanllp.com  
465 Park Avenue  
New York, New York 10022  
Phone & Fax: 888-759-1114  

Hearing Date: January 22, 2020  
Time: 2:00 p.m.  
Objection Deadline: January 13, 2020  
Time: 5:00 p.m.  

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff,<br><br>              v.<br><br>DEFENDANTS LISTED ON ECF NO. 14283,<br><br>                    Defendants. | Adv. Pro. Nos. 10-04995<br>10-04818<br>10-04914<br>10-04826<br>10-04644<br>10-04541<br>10-04728<br>10-04905<br>10-04621 |

## NOTICE OF ADJOURNMENT OF HEARING

**PLEASE TAKE NOTICE** that the hearing on the *Trustee's Motion for Fees & Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B)* (the "Motion"), ECF No. 19138-1, previously noticed to be held on December 17, 2019 has been rescheduled to **January 22, 2020 at 2:00 p.m.**

{00043312 2}

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004, by no later than **Monday, January 13, 2020** (the "Objection Deadline"), with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein, U.S.B.J., and served upon Baker & Hostetler LLP, counsel for the Trustee.

**PLEASE TAKE FURTHER NOTICE** that the Trustee's reply to the objections must be in writing by no later than **Friday, January 17, 2020 at 4:00 p.m.** with a courtesy copy delivered to the chambers of the Honorable Stuart M. Bernstein, U.S.B.J., and served upon Chaitman LLP, counsel for the defendants.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, Courtroom 723, New York, NY 10004, on **January 22, 2019 at 2:00 p.m**.

Respectfully submitted,

Dated: New York, New York
December 9, 2019

**CHAITMAN LLP**

By:   */s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

{00043312 2}   2