**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

      Debtor.

---

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION AND MEMORANDUM OF
LAW TO AFFIRM HIS DETERMINATIONS DENYING THE CLAIMS OF
NEIL E. BOTWINOFF, ROBERT E. HELPERN, JOEL S. HIRSCHTRITT,
RALPH A. SICILIANO, VINCENT J. SYRACUSE AND MICHAEL G. TANNENBAUM**

Upon consideration of the Trustee's Motion and Memorandum of Law to Affirm His

Determinations Denying the Claims of Neil E. Botwinoff, Robert E. Helpern, Joel S. Hirschtritt,

Ralph A. Siciliano, Vincent J. Syracuse and Michael G. Tannenbaum (the "Motion") (ECF No.

_____), filed by Irving H. Picard, trustee ("Trustee") for the substantively consolidated

liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor

Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff; and due

and proper notice of the Motion having been given and it appearing that no other or further

notice need be provided; and the Claims[1] to be disallowed and Objection to be overruled are

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

identified in Exhibit 1 to the Declaration of Vineet Sehgal in support of the Motion (the "Sehgal Declaration") (ECF No. _____); and the Court having reviewed the Motion, the Sehgal Declaration and the Declaration of Jason I. Blanchard; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit 1 hereto under the hearing "Claims and Objections" are disallowed and the Trustee's Claims determinations are affirmed; and it is further

ORDERED that the Objections listed on Exhibit 1 hereto under the heading "Claims and Objections" are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.

Dated: _____, 2020
      New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE