# EXHIBIT 7

**Mick, Mary K.**

| | |
|---|---|
| From: | SHARON HANSON [shanson@american-securities.com] |
| Sent: | Tuesday, August 22, 2006 3:48 PM |
| To: | Mick, Mary K. |
| Subject: | PJ Documents |
| Attachments: | PJ Acct Admin Agmnt.pdf; PJ LLC Agmnt.pdf |

Hi Mary,
Attached please find the PJ Administrator LLC Agreement and the Account Administration Agreement. On Schedule A of the Account Admin Agmnt please fill in the name and address of the individual's IRA and then have it signed by them.
Make two copies, one for your files and one for ours, return both to me and I will have David Steinmann sign and then return your copy to you.
Please call me with any questions.
Regards,
Sharon

Sharon Hanson
American Securities
666 Third Avenue, 29th Fl.
New York, NY 10017
P: 212-476-8083
F: 212-867-0429
shanson@american-securities.com

*[Handwritten annotations:]*
- LISA Call me
- PJ (circled)
- JP Morgan Chase
- ABA # 021000021
- FBO PJ Administrator LLC
- Redacted 8090
- WIRE INSTRUCTIONS
- exact amts
- JSH
- VJS
- RCH
- acct #
- JSH IRA rollover
- RAS
- NEB
- MGT
- On PJ letterhead
- Get Bear Stearns
- 2 Forms
- Evidence Blup

9/19/2006

THSH_PJ 0000825