# EXHIBIT 10

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

E-mail: look@thshlaw.com
Writer's Direct Dial: 212-702-3145

September 15, 2006

**BY HAND**

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison – 24th Floor
New York, NY

Dear Bernadette:

Enclosed please find six checks to fund new IRA Rollover accounts with Bear Stearns as follows:

| | | |
|---|---|---|
| Botwinoff, Neil E. | $ 55,282.14 | Redacted 01-16 |
| Helpern, Robert E. | $ 276,272.52 | 00-17 |
| Hirschtritt, Joel S. | $ 279,910.11 | 97-15 |
| Siciliano, Ralph A. | $ 35,707.57 | 02-15 |
| Syracuse, Vincent J. | $ 89,342.82 | 99-13 |
| Tannenbaum, Michael G. | $ 276,272.52 | 98-14 |

If there is any additional information you require, please do not hesitate to contact me at 212-702-3145.

Sincerely,

Bing Look
Controller / CFO

Enclosures

**Check 1137**

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE
TANNENBAUM HELPERN SYRACUSE
Redacted

Date: Sept. 14, 2006
80-568/1012

Pay to the Order of: Bear Stearns FBO Joel S. Hirschtritt    $279,910.11

Two Hundred Seventy Nine Thousand Nine Hundred Ten and 11/xx Dollars

Fidelity Investments®
United Missouri Bank, Warsaw, Missouri

SS#: Redacted 3866
For A/C: Redacted 27-15

Signature: Joel Hirschtritt

⑆101205681⑆ 1137⑉ Redacted 6515⑉

---

**Check 1136**

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE
TANNENBAUM HELPERN SYRACUSE
Redacted

Date: Sept. 14, 2006
80-568/1012

Pay to the Order of: Bear Stearns FBO Robert E. Helpern    $276,272.52

Two Hundred Seventy Six Thousand Two Hundred Seventy Two and 52/xx Dollars

Fidelity Investments®
United Missouri Bank, Warsaw, Missouri

SS#: Redacted 6266
For A/C: Redacted 00-17

Signature: Joel Hirschtritt

⑆101205681⑆ 1136⑉ Redacted 6515⑉

---

**Check 1135**

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE
TANNENBAUM HELPERN SYRACUSE
Redacted

Date: Sept. 14, 2006
80-568/1012

Pay to the Order of: Bear Stearns FBO Neil E. Botwinoff    $55,282.14

Fifty Five Thousand Two Hundred Eighty Two and 14/xx Dollars

Fidelity Investments®
United Missouri Bank, Warsaw, Missouri

SS#: Redacted 5874
For A/C: Redacted 01-16

Signature: Joel Hirschtritt

⑆101205681⑆ 1135⑉ Redacted 6515⑉

**Check 1138**

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE
TANNENBAUM HELPERN SYRACUSE
Redacted

Date Sept. 14, 2006
80-568/1012

Pay to the Order of: Bear Stearns FBO Ralph A. Siciliano    $35,707.57

Thirty Five Thousand Seven Hundred Seven and 57/XX ———— Dollars

United Missouri Bank, Warsaw, Missouri
Fidelity Investments®

SS#: Redacted 2511
For A/C: Redacted 02-15

Signed: Joel Hirschtritt

⑈101 20568⑈: 1138⑈ Redacted 6515⑈

---

**Check 1139**

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE
TANNENBAUM HELPERN SYRACUSE
Redacted

Date Sept. 14, 2006
80-568/1012

Pay to the Order of: Bear Stearns FBO Vincent J. Syracuse    $89,342.82

Eighty Nine Thousand Three Hundred Forty Two and 82/XX ———— Dollars

United Missouri Bank, Warsaw, Missouri
Fidelity Investments®

SS#: Redacted 7678
For A/C: Redacted 99-13

Signed: Joel Hirschtritt

⑈101 20568⑈: 1139⑈ Redacted 6515⑈

---

**Check 1140**

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE
TANNENBAUM HELPERN SYRACUSE
Redacted

Date Sept. 14, 2006
80-568/1012

Pay to the Order of: Bear Stearns FBO Michael G. Tannenbaum    $276,272.52

Two Hundred Seventy Six Thousand Two Hundred Seventy Two and 52/XX Dollars

United Missouri Bank, Warsaw, Missouri
Fidelity Investments®

SS#: Redacted 1402
For A/C: Redacted 98-14

Signed: Joel Hirschtritt

⑈101 20568⑈: 1140⑈ Redacted 6515⑈

THSH_PJ 0000753