# EXHIBIT 11

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

September 21, 2006

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison Avenue
24th Floor
New York, New York

Dear Bernadette:

Please wire $276,272.52 from my IRA account; Redacted 98-14 to:

JP Morgan Chase
ABA# 021000021
FBO: PJ Administrator LLC
Acct #: Redacted 3090

If any further information is needed, please do not hesitate to contact me. Thank you.

Sincerely,

Michael G. Tannenbaum

[788136-1]

THSH_PJ 0000638

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

September 21, 2006

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison Avenue
24th Floor
New York, New York

Dear Bernadette:

Please wire $35,707.57 from my IRA account Redacted 02-15 to:

JP Morgan Chase
ABA# 021000021
FBO:  PJ Administrator LLC
Acct #: Redacted 8090

If any further information is needed, please do not hesitate to contact me. Thank you.

Sincerely,

Ralph A. Siciliano

[788136-1]

THSH_PJ 0000656

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

September 21, 2006

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison Avenue
24th Floor
New York, New York

Dear Bernadette:

Please wire $279,910.11 from my IRA account Redacted 97-15 to:

JP Morgan Chase
ABA# 021000021
FBO: PJ Administrator LLC
Acct #: Redacted 3090

If any further information is needed, please do not hesitate to contact me. Thank you.

Sincerely,

Joel S. Hirschtritt

[788136-1]

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE
NEW YORK, NEW YORK 10022-4775
(212) 508-6700
FACSIMILE: (212) 371-1084

September 21, 2006

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison Avenue
24th Floor
New York, New York

Dear Bernadette:

Please wire $276,272.52 from my IRA account Redacted 00-17 to:

P Morgan Chase
ABA# 021000021
FBO: PJ Administrator LLC
Acct #: Redacted 8090

If any further information is needed, please do not hesitate to contact me. Thank you.

Sincerely,

Robert E. Helpern

[788136-1]

THSH_PJ 0000692

**TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP**

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

September 21, 2006

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison Avenue
24th Floor
New York, New York

Dear Bernadette:

Please wire $89,342.82 from my IRA account Redacted99-13 to:

JP Morgan Chase
ABA# 021000021
FBO: PJ Administrator LLC
Acct #: Redacted8090

If any further information is needed, please do not hesitate to contact me. Thank you.

Sincerely,

Vincent J. Syracuse

[788136-1]

THSH_PJ 0000710

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE

NEW YORK, NEW YORK 10022-4775

(212) 508-6700

FACSIMILE: (212) 371-1084

September 21, 2006

Ms. Bernadette Bucchere
Bear Stearns and Company
383 Madison Avenue
24th Floor
New York, New York

Dear Bernadette:

Please wire $55,282.14 from my IRA account Redacted 01-16 to:

J P Morgan Chase
ABA# 021000021
FBO: PJ Administrator LLC
Acct #: Redacted 8090

If any further information is needed, please do not hesitate to contact me. Thank you.

Sincerely,

Neil E. Botwinoff

THSH_PJ 0000861