# EXHIBIT 12

**PJ Administrator LLC**
The Chrysler Center
666 Third Avenue, 29th Floor
New York, N.Y. 10017

**Private Investment
Representation Letter
For Bear Stearns Retirement Accounts**

Bear, Stearns Securities Corp.

C/F __Michael G. Tannenbaum__ Account
[insert Account Holder's name]

Date: 9/21/06

Account number: Redacted 98.14
Cashiers Department
C/O Private Placement
P.O. Box 6215
Cadman Plaza #021395
Brooklyn, New York 11202-1395

Re: __Michael G. Tannenbaum__
[insert Account Holder's name]

Dear Bear, Stearns Securities Corp:

I am the __AUTHORIZED SIGNATORY__ of
[Insert General Partner/Managing Member/Officer or Trustee]

__PJ ADMINISTRATOR LLC__ (the "Private Investment").
[insert name of investment]

This letter serves to evidence: (please check all that apply)

- [ ] ownership and valuation of interests in the Private Investment (complete 1 and 2 below)
- [✓] ownership and purchase of interests in the Private Investment (complete 1 and 3 below)
- [ ] ownership and transfer of interests in the Private Investment (complete 1 and 2 below)
- [ ] ownership and partial redemption of interests in the Private Investment (complete 1 and 4 below)
- [ ] full redemption of interests in the Private Investment (complete 1 and 4 below)

On behalf of the Private Investment, I hereby make the acknowledgments and representations below to Bear, Stearns Securities Corp. as custodian for account __Michael G. Tannenbaum IRA Rollover__ ("Account").
[insert Account Holder and account number]

| 1 | The Account's ownership interests (including any certificates or other evidence of ownership) in the Private Investment will be/are correctly registered to: | Bear, Stearns Securities Corp., Custodian FBO:<br>__Michael G. Tannenbaum, IRA__<br>Redacted 98.14<br>Tax ID # [ Redacted 402 ]<br>P.O. Box 6215, Cadman Plaza, Brooklyn, NY 11202-1395 |
|---|---|---|

v.2. 5-31-06

| 2 | As of _____ the most recent (Insert Date) valuation of the Account's investment in the Private Investment was: | Total $ value of each share/unit | Total value of the Account's interest |
|---|---|---|---|
| | | | |

| 3 | As of _____ the Account (Insert Date) purchased: | Total $ value of purchase | Share/unit quantity |
|---|---|---|---|
| | | 276,272.52 | 276,272.52 |

| 4 | Interests in the Private Investment are being redeemed as of _____. Insert date |  |  |
|---|---|---|---|
| | The following information applies to the redemption: | Total $ value | Share/unit quantity |
| | • Prior to the redemption, the Account's investment consisted of: | | |
| | • The redemption consists of: (For a full redemption, insert all of the Account's interests) | | |
| | • After the redemption, the Account's investment consists of: (For a full redemption, insert 0) | | |

The undersigned, as an authorized representative of the Private Investment, agrees that the Account's interest in the Private Investment will only be changed upon written request from Bear, Stearns Securities Corp. The undersigned has advised or will advise the Account holder, prior to purchase, if there is the possibility of "unrelated business taxable income" and/or any adverse tax consequences to the Account as a tax-exempt investor. If "unrelated business taxable income" is generated, the Private Investment will timely provide IRS Schedule K-1 (Form 1065) to Bear, Stearns Securities Corp. Any distributions arising or in connection with the investment in the Private Investment will be made to Bear, Stearns Securities Corp. on behalf of the Account, and not directly to the Account holder.

If you have any questions on any of this information, please contact the undersigned at:

Name: _____ DAVID CAMHI _____
Telephone Number: ——— Redacted ———
Address: ——————————————

Sincerely,

X _____/s/_____
Signature
DAVID P. STEINMANN        AUTHORIZED SIGNATORY
Print Name of General Partner/Managing Member/Officer or Trustee    Title

v.2. 5-31-06

THSH_PJ 0000648

**PJ Administrator LLC**
The Chrysler Center
666 Third Avenue, 29th Floor
New York, N.Y. 10017

**Private Investment
Representation Letter
For Bear Stearns Retirement Accounts**

Bear, Stearns Securities Corp.

C/F _Ralph A. Siciliano_ Account     9/21/06
       [insert Account Holder's name]                          Date

Account number: Redacted 52-15
Cashiers Department
C/O Private Placement
P.O. Box 6215
Cadman Plaza #021395
Brooklyn, New York 11202-1395

Re: _Ralph A. Siciliano_
    [Insert Account Holder's name]

Dear Bear, Stearns Securities Corp:

I am the _____AUTHORIZED  SIGNATORY_____ of
         [Insert General Partner/Managing Member/Officer or Trustee]
_____PJ ADMINISTRATOR  LLC_____ (the "Private Investment").
         [insert name of investment]

This letter serves to evidence: (please check all that apply)

- [ ] ownership and valuation of interests in the Private Investment (complete 1 and 2 below)
- [x] ownership and purchase of interests in the Private Investment (complete 1 and 3 below)
- [ ] ownership and transfer of interests in the Private Investment (complete 1 and 2 below)
- [ ] ownership and partial redemption of interests in the Private Investment (complete 1 and 4 below)
- [ ] full redemption of interests in the Private Investment (complete 1 and 4 below)

On behalf of the Private Investment, I hereby make the acknowledgments and representations below to Bear, Stearns Securities Corp. as custodian for account _____Ralph A. Siciliano, IRA Rollover_____ ("Account").
[insert Account Holder and account number]

| 1 | The Account's ownership interests (including any certificates or other evidence of ownership) in the Private Investment will be/are correctly registered to: | Bear, Stearns Securities Corp., Custodian FBO:<br>_Ralph A. Siciliano, IRA_<br>Name<br>Redacted 52-15<br>Account Number<br>Tax ID # [ Redacted 2511 ]<br>P.O. Box 6215, Cadman Plaza, Brooklyn, NY 11202-1395 |

v.2. 5-31-06

THSH_PJ 0000665

| 2 | As of _____ the most recent (Insert Date) valuation of the Account's investment in the Private Investment was: | Total $ value of each share/unit | Total value of the Account's interest |
|---|---|---|---|
| 3 | As of _____ the Account (Insert Date) purchased: | Total $ value of purchase  35,707.⁵⁷ | Share/unit quantity  35,707.⁵⁷ |

| 4 | Interests in the Private Investment are being redeemed as of _____ . Insert date  The following information applies to the redemption: | | |
|---|---|---|---|
| | | Total $ value | Share/unit quantity |
| | • Prior to the redemption, the Account's investment consisted of: | | |
| | • The redemption consists of: (For a full redemption, insert all of the Account's interests) | | |
| | • After the redemption, the Account's investment consists of: (For a full redemption, insert 0) | | |

The undersigned, as an authorized representative of the Private Investment, agrees that the Account's interest in the Private Investment will only be changed upon written request from Bear, Stearns Securities Corp. The undersigned has advised or will advise the Account holder, prior to purchase, if there is the possibility of "unrelated business taxable income" and/or any adverse tax consequences to the Account as a tax-exempt investor. If "unrelated business taxable income" is generated, the Private Investment will timely provide IRS Schedule K-1 (Form 1065) to Bear, Stearns Securities Corp. Any distributions arising or in connection with the investment in the Private Investment will be made to Bear, Stearns Securities Corp. on behalf of the Account, and not directly to the Account holder.

If you have any questions on any of this information, please contact the undersigned at:

Name: _____ DAVID CAMHI _____
Telephone Number: _____
Address: _____ Redacted _____

Sincerely,

X _[signature]_____
Signature
DAVID P. STEINMANN         AUTHORIZED SIGNATORY
Print Name of General Partner/Managing Member/Officer or Trustee     Title

v.2. 5-31-06

**PJ Administrator LLC**
The Chrysler Center
666 Third Avenue, 29th Floor
New York, N.Y. 10017

**Private Investment
Representation Letter
For Bear Stearns Retirement Accounts**

Bear, Stearns Securities Corp.                                               9/21/06
C/F  _JOEL S. HIRSCHTRITT_ Account  Redacted 97-15
      [Insert Account Holder's name]                               Date

Account number: _Redacted 97-15_
Cashiers Department
C/O Private Placement
P.O. Box 6215
Cadman Plaza #021395
Brooklyn, New York 11202-1395

Re: _JOEL S. HIRSCHTRITT_  Redacted 97-15
    [Insert Account Holder's name]

Dear Bear, Stearns Securities Corp:

I am the _AUTHORIZED SIGNATORY_ of
        [Insert General Partner/Managing Member/Officer or Trustee]
_PJ ADMINISTRATOR LLC_ (the "Private Investment").
       [insert name of investment]

This letter serves to evidence: (please check all that apply)

☐ ownership and valuation of interests in the Private Investment (complete 1 and 2 below)
☑ ownership and purchase of interests in the Private Investment (complete 1 and 3 below)
☐ ownership and transfer of interests in the Private Investment (complete 1 and 2 below)
☐ ownership and partial redemption of interests in the Private Investment (complete 1 and 4 below)
☐ full redemption of interests in the Private Investment (complete 1 and 4 below)

On behalf of the Private Investment, I hereby make the acknowledgments and representations below to Bear, Stearns Securities Corp. as custodian for account
_JOEL S. HIRSCHTRITT, IRA ROCOVER_ ("Account").
        [insert Account Holder and account number]

| 1 | The Account's ownership interests (including any certificates or other evidence of ownership) in the Private Investment will be/are correctly registered to: | Bear, Stearns Securities Corp., Custodian FBO: <br> _JOEL S. HIRSCHTRITT, IRA_ <br> Account Holder's Name <br> Redacted 97-15 <br> Account Number <br> Tax ID # [ Redacted 3866 ] <br> P.O. Box 6215, Cadman Plaza, Brooklyn, NY 11202-1395 |
|---|---|---|

v.2. 5-31-06

| 2 | As of _____ the most recent<br>(Insert Date)<br>valuation of the Account's investment in the Private Investment was: | Total $ value of each share/unit | Total value of the Account's interest |
|---|---|---|---|
| | | | |

| 3 | As of _____ the Account<br>(Insert Date)<br>purchased: | Total $ value of purchase | Share/unit quantity |
|---|---|---|---|
| | | 279,910.11 | 279,910.11 |

| 4 | Interests in the Private Investment are being redeemed as of _____<br>Insert date<br><br>The following information applies to the redemption: | | |
|---|---|---|---|
| | | Total $ value | Share/unit quantity |
| | • Prior to the redemption, the Account's investment consisted of: | | |
| | • The redemption consists of:<br>(For a full redemption, insert all of the Account's interests) | | |
| | • After the redemption, the Account's investment consists of:<br>(For a full redemption, insert 0) | | |

The undersigned, as an authorized representative of the Private Investment, agrees that the Account's interest in the Private Investment will only be changed upon written request from Bear, Stearns Securities Corp. The undersigned has advised or will advise the Account holder, prior to purchase, if there is the possibility of "unrelated business taxable income" and/or any adverse tax consequences to the Account as a tax-exempt investor. If "unrelated business taxable income" is generated, the Private Investment will timely provide IRS Schedule K-1 (Form 1065) to Bear, Stearns Securities Corp. Any distributions arising or in connection with the investment in the Private Investment will be made to Bear, Stearns Securities Corp. on behalf of the Account, and not directly to the Account holder.

If you have any questions on any of this information, please contact the undersigned at:

Name: _____DAVID CAMHI_____
Telephone Number: === **Redacted** ===
Address:

Sincerely,

X _[signature]_____
Signature

_DAVID P. STEINMANN_        _AUTHORIZED SIGNATORY_
Print Name of General Partner/Managing Member/Officer or Trustee    Title

v.2. 5-31-06

THSH_PJ 0000684

**PJ Administrator LLC**
The Chrysler Center
666 Third Avenue, 29th Floor
New York, N.Y. 10017

**Private Investment
Representation Letter
For Bear Stearns Retirement Accounts**

Bear, Stearns Securities Corp.

C/F __Robert E. Helpern__ Account        __9/21/06__
    [insert Account Holder's name]                   Date

Account number: __Redacted00.17__
Cashiers Department
C/O Private Placement
P.O. Box 6215
Cadman Plaza #021395
Brooklyn, New York 11202-1395

Re: __Robert E. Helpern__
    [Insert Account Holder's name]

Dear Bear, Stearns Securities Corp:

I am the __AUTHORIZED SIGNATORY__ of
        [Insert General Partner/Managing Member/Officer or Trustee]
__PJ ADMINISTRATOR LLC__ (the "Private Investment").
      [insert name of investment]

This letter serves to evidence: (please check all that apply)

☐ ownership and valuation of interests in the Private Investment (complete 1 and 2 below)
☑ ownership and purchase of interests in the Private Investment (complete 1 and 3 below)
☐ ownership and transfer of interests in the Private Investment (complete 1 and 2 below)
☐ ownership and partial redemption of interests in the Private Investment (complete 1 and 4 below)
☐ full redemption of interests in the Private Investment (complete 1 and 4 below)

On behalf of the Private Investment, I hereby make the acknowledgments and representations below to Bear, Stearns Securities Corp. as custodian for account

__Robert E. Helpern, IRA Rollover__ ("Account").
    [insert Account Holder and account number]

| 1 | The Account's ownership interests (including any certificates or other evidence of ownership) in the Private Investment will be/are correctly registered to: | Bear, Stearns Securities Corp., Custodian FBO:<br>__Robert E. Helpern, IRA__<br>Redacted00.17<br>Tax ID # [ Redacted 6266 ]<br>P.O. Box 6215, Cadman Plaza, Brooklyn, NY 11202-1395 |
|---|---|---|

v.2. 5-31-06

| 2 | As of _____(Insert Date)_____ the most recent valuation of the Account's investment in the Private Investment was: | Total $ value of each share/unit | Total value of the Account's interest |
|---|---|---|---|
| 3 | As of _____(Insert Date)_____ the Account purchased: | Total $ value of purchase<br>276,272.52 | Share/unit quantity<br>276,272.52 |
| 4 | Interests in the Private Investment are being redeemed as of _____Insert date_____.<br>The following information applies to the redemption: | Total $ value | Share/unit quantity |
| | • Prior to the redemption, the Account's investment consisted of: | | |
| | • The redemption consists of:<br>(For a full redemption, insert all of the Account's interests) | | |
| | • After the redemption, the Account's investment consists of:<br>(For a full redemption, insert 0) | | |

The undersigned, as an authorized representative of the Private Investment, agrees that the Account's interest in the Private Investment will only be changed upon written request from Bear, Stearns Securities Corp. The undersigned has advised or will advise the Account holder, prior to purchase, if there is the possibility of "unrelated business taxable income" and/or any adverse tax consequences to the Account as a tax-exempt investor. If "unrelated business taxable income" is generated, the Private Investment will timely provide IRS Schedule K-1 (Form 1065) to Bear, Stearns Securities Corp. Any distributions arising or in connection with the investment in the Private Investment will be made to Bear, Stearns Securities Corp. on behalf of the Account, and not directly to the Account holder.

If you have any questions on any of this information, please contact the undersigned at:

Name: DAVID CAMHI
Telephone Number: ═══ Redacted ═══
Address:

Sincerely,

X _____[signature]_____
Signature
DAVID P. STEINMANN          AUTHORIZED SIGNATORY
Print Name of General Partner/Managing Member/Officer or Trustee     Title

v.2. 5-31-06

**PJ Administrator LLC**
The Chrysler Center
666 Third Avenue, 29th Floor
New York, N.Y. 10017

**Private Investment
Representation Letter
For Bear Stearns Retirement Accounts**

Bear, Stearns Securities Corp,
C/F  **VINCENT J. SYRACUSE**  Account
  [insert Account Holder's name]

Date: **9/21/06**

Account number: **Redacted99.13**
Cashiers Department
C/O Private Placement
P.O. Box 6215
Cadman Plaza #021395
Brooklyn, New York 11202-1395

Re: **Vincent J. Syracuse**
  [Insert Account Holder's name]

Dear Bear, Stearns Securities Corp:

I am the ___**AUTHORIZED SIGNATORY**___ of
  [Insert General Partner/Managing Member/Officer or Trustee]

___**PJ ADMINISTRATOR LLC**___ (the "Private Investment").
  [insert name of investment]

This letter serves to evidence: (please check all that apply)

☐ ownership and valuation of interests in the Private Investment (complete 1 and 2 below)
☑ ownership and purchase of interests in the Private Investment (complete 1 and 3 below)
☐ ownership and transfer of interests in the Private Investment (complete 1 and 2 below)
☐ ownership and partial redemption of interests in the Private Investment (complete 1 and 4 below)
☐ full redemption of interests in the Private Investment (complete 1 and 4 below)

On behalf of the Private Investment, I hereby make the acknowledgments and representations below to Bear, Stearns Securities Corp. as custodian for account

___**Vincent J. Syracuse IRA Rollover**___ ("Account").
  [insert Account Holder and account number]

| 1 | The Account's ownership interests (including any certificates or other evidence of ownership) in the Private Investment will be/are correctly registered to: | Bear, Stearns Securities Corp., Custodian FBO:<br>**Vincent J. Syracuse, IRA**<br>  's Name<br>**Redacted99.13**<br>Tax ID # [ **Redacted7608** ]<br>P.O. Box 6215, Cadman Plaza, Brooklyn, NY 11202-1395 |
|---|---|---|

v.2. 5-31-06

| 2 | As of _____ the most recent (Insert Date) valuation of the Account's investment in the Private Investment was: | Total $ value of each share/unit | Total value of the Account's interest |
|---|---|---|---|
| 3 | As of _____ the Account (Insert Date) purchased: | Total $ value of purchase  89,342.82 | Share/unit quantity  89,342.82 |

| 4 | Interests in the Private Investment are being redeemed as of _____. Insert date |  |  |
|---|---|---|---|
|   | The following information applies to the redemption: | Total $ value | Share/unit quantity |
|   | • Prior to the redemption, the Account's investment consisted of: |  |  |
|   | • The redemption consists of: (For a full redemption, insert all of the Account's interests) |  |  |
|   | • After the redemption, the Account's investment consists of: (For a full redemption, insert 0) |  |  |

The undersigned, as an authorized representative of the Private Investment, agrees that the Account's interest in the Private Investment will only be changed upon written request from Bear, Stearns Securities Corp. The undersigned has advised or will advise the Account holder, prior to purchase, if there is the possibility of "unrelated business taxable income" and/or any adverse tax consequences to the Account as a tax-exempt investor. If "unrelated business taxable income" is generated, the Private Investment will timely provide IRS Schedule K-1 (Form 1065) to Bear, Stearns Securities Corp. Any distributions arising or in connection with the investment in the Private Investment will be made to Bear, Stearns Securities Corp. on behalf of the Account, and not directly to the Account holder.

If you have any questions on any of this information, please contact the undersigned at:

Name: DAVID CAMHI
Telephone Number: Redacted
Address:

Sincerely,

X _____ [signature]
Signature

DAVID P. STEINMANN                          AUTHORIZED SIGNATORY
Print Name of General Partner/Managing Member/Officer or Trustee    Title

v.2. 5-31-06

THSH_PJ 0000720

**PJ Administrator LLC**
The Chrysler Center
666 Third Avenue, 29th Floor
New York, N.Y. 10017

**Private Investment
Representation Letter
For Bear Stearns Retirement Accounts**

Bear, Stearns Securities Corp.

C/F   NEIL E. Botwinoff     Account Redacted 01-16
     [insert Account Holder's name]

9/21/06
Date

Account number: Redacted 01-16
Cashiers Department
C/O Private Placement
P.O. Box 6215
Cadman Plaza #021395
Brooklyn, New York 11202-1395

Re:   Neil E. Botwinoff     Redacted 01-16
     [Insert Account Holder's name]

Dear Bear, Stearns Securities Corp:

I am the _____AUTHORIZED SIGNATORY_____ of
         [Insert General Partner/Managing Member/Officer or Trustee]
_____PJ ADMINISTRATOR LLC_____ (the "Private Investment").
         [insert name of investment]

This letter serves to evidence: (please check all that apply)

☐ ownership and valuation of interests in the Private Investment (complete 1 and 2 below)
☑ ownership and purchase of interests in the Private Investment (complete 1 and 3 below)
☐ ownership and transfer of interests in the Private Investment (complete 1 and 2 below)
☐ ownership and partial redemption of interests in the Private Investment (complete 1 and 4 below)
☐ full redemption of interests in the Private Investment (complete 1 and 4 below)

On behalf of the Private Investment, I hereby make the acknowledgments and representations below to Bear, Stearns Securities Corp. as custodian for account

_____Neil E. Botwinoff IRA Rollover_____ ("Account").
         [insert Account Holder and account number]

| 1 | The Account's ownership interests (including any certificates or other evidence of ownership) in the Private Investment will be/are correctly registered to: | Bear, Stearns Securities Corp., Custodian FBO:<br><br>Neil E. Botwinoff, IRA<br>         Holder's Name<br>Redacted 01-16<br>         Account Number<br>Tax ID # [ Redacted 7951 ]<br>P.O. Box 6215, Cadman Plaza, Brooklyn, NY 11202-1395 |
|---|---|---|

v.2. 5-31-06

| 2 | As of _____ the most recent (Insert Date) valuation of the Account's investment in the Private Investment was: | Total $ value of each share/unit | Total value of the Account's interest |
|---|---|---|---|
| 3 | As of _____ the Account (Insert Date) purchased: | Total $ value of purchase 55,282.14 | Share/unit quantity 55,282.14 |

| 4 | Interests in the Private Investment are being redeemed as of _____. Insert date | | |
|---|---|---|---|
| | The following information applies to the redemption: | Total $ value | Share/unit quantity |
| | • Prior to the redemption, the Account's investment consisted of: | | |
| | • The redemption consists of: (For a full redemption, insert all of the Account's interests) | | |
| | • After the redemption, the Account's investment consists of: (For a full redemption, insert 0) | | |

The undersigned, as an authorized representative of the Private Investment, agrees that the Account's interest in the Private Investment will only be changed upon written request from Bear, Stearns Securities Corp. The undersigned has advised or will advise the Account holder, prior to purchase, if there is the possibility of "unrelated business taxable income" and/or any adverse tax consequences to the Account as a tax-exempt investor. If "unrelated business taxable income" is generated, the Private Investment will timely provide IRS Schedule K-1 (Form 1065) to Bear, Stearns Securities Corp. Any distributions arising or in connection with the investment in the Private Investment will be made to Bear, Stearns Securities Corp. on behalf of the Account, and not directly to the Account holder.

If you have any questions on any of this information, please contact the undersigned at:

Name: DAVID CAMHI
Telephone Number: Redacted
Address:

Sincerely,

X _____ [Signature]

DAVID P. STEINMANN        AUTHORIZED SIGNATORY
Print Name of General Partner/Managing Member/Officer or Trustee    Title

v.2. 5-31-06