# EXHIBIT 13

May 1, 2007

Ms. Bernadette Bucchere
Bear Stearns
383 Madison Avenue
New York, NY 10179

Dear Ms. Bucchere:

Please wire **$745.75** from:

Neil E. Botwinoff IRA
A/C # Redacted 01-16

to:

JP Morgan Chase
ABA: 021 000 021
FBO: PJ Administrator LLC
A/C # Redacted 8-090

This wire is for an additional purchase of PJ Administrator LLC.

Thank you very much.

Very truly yours,

Neil E. Botwinoff

May 1, 2007

Ms. Bernadette Bucchere
Bear Stearns
383 Madison Avenue
New York, NY 10179

Dear Ms. Bucchere:

Please wire **$1,205.23** from:

Vincent J. Syracuse IRA
A/C # Redacted 99-13

to:

JP Morgan Chase
ABA: 021 000 021
FBO: PJ Administrator LLC
A/C # Redacted 8-090

This wire is for an additional purchase of PJ Administrator LLC.

Thank you very much.

Very truly yours,

Vincent J. Syracuse

May 1, 2007

Ms. Bernadette Bucchere
Bear Stearns
383 Madison Avenue
New York, NY 10179

Dear Ms. Bucchere:

Please wire **$3,775.99** from:

Joel S. Hirschtritt IRA
A/C # Redacted 97-15

to:

JP Morgan Chase
ABA: 021 000 021
FBO: PJ Administrator LLC
A/C # Redacted 8-090

This wire is for an additional purchase of PJ Administrator LLC.

Thank you very much.

Very truly yours,

Joel S. Hirschtritt

May 1, 2007

Ms. Bernadette Bucchere
Bear Stearns
383 Madison Avenue
New York, NY 10179

Dear Ms. Bucchere:

Please wire **$3,726.92** from:

Robert E. Helpern IRA
A/C # Redacted 00-17

to:

JP Morgan Chase
ABA: 021 000 021
FBO: PJ Administrator LLC
A/C # Redacted 8-090

This wire is for an additional purchase of PJ Administrator LLC.

Thank you very much.

Very truly yours,

Robert E. Helpern

May 1, 2007

Ms. Bernadette Bucchere
Bear Stearns
383 Madison Avenue
New York, NY 10179

Dear Ms. Bucchere:

Please wire **$481.69** from:

Ralph A. Siciliano IRA
A/C #Redacted02-15

to:

JP Morgan Chase
ABA: 021 000 021
FBO: PJ Administrator LLC
A/C #Redacted8-090

This wire is for an additional purchase of PJ Administrator LLC.

Thank you very much.

Very truly yours,

Ralph A. Siciliano

May 1, 2007

Ms. Bernadette Bucchere
Bear Stearns
383 Madison Avenue
New York, NY 10179

Dear Ms. Bucchere:

Please wire **$3,726.92** from:

Michael G. Tannenbaum IRA
A/C #Redacted98-14

to:

JP Morgan Chase
ABA: 021 000 021
FBO: PJ Administrator LLC
A/C #Redacted8-090

This wire is for an additional purchase of PJ Administrator LLC.

Thank you very much.

Very truly yours,

Michael G. Tannenbaum

TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP

900 THIRD AVENUE, NEW YORK, NEW YORK 10022-4775

**TO:** SHARON HANSON
AMERICAN SECURITIES
666 THIRD AVE, 29th FL.
NEW YORK, NEW YORK 10017
212-476-8083

RECIEVED BY

Sharon Hanson