# EXHIBIT 14

| Schedule K-1 (Form 1065) | **2007** | | | ☐ Final K-1 ☐ Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|---|---|

| | | |
|---|---|---|
| **Schedule K-1 (Form 1065)** For calendar year 2007, or tax year beginning _____ ending _____ Department of the Treasury Internal Revenue Service **Partner's Share of Income, Deductions, Credits, etc.** ▶ See separate instructions. | **2007** | **Part III** **Partner's Share of Current Year Income, Deductions, Credits, and Other Items** |

**Part I    Information About the Partnership**

**A** Partnership's employer identification number
Redacted9792

**B** Partnership's name, address, city, state, and ZIP code

P.J. ADMINISTRATOR, LLC
666 THIRD AVE, 28TH FLOOR
NEW YORK, NY  10017-4011

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II    Information About the Partner**

**E** Partner's identifying number
Redacted6266

**F** Partner's name, address, city, state, and ZIP code

ROBERT HELPERN IRA
Redacted

**G** ☐ General partner or LLC member-manager    ☒ Limited partner or other LLC member

**H** ☒ Domestic partner    ☐ Foreign partner

**I** What type of entity is this partner? EXEMPT ORGANIZATION

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 284,011. |
| Capital contributed during the year | $ | 3,727. |
| Current year increase (decrease) | $ | 30,975. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 318,713. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| 1 Ordinary business income (loss) | 0. |
|---|---|
| 2 Net rental real estate income (loss) | |
| 3 Other net rental income (loss) | |
| 4 Guaranteed payments | |
| 5 Interest income | 8,855. |
| 6a Ordinary dividends | 2,618. |
| 6b Qualified dividends | |
| 7 Royalties | |
| 8 Net short-term capital gain (loss) | 16,004. |
| 9a Net long-term capital gain (loss) | |
| 9b Collectibles (28%) gain (loss) | |
| 9c Unrecaptured sec 1250 gain | |
| 10 Net section 1231 gain (loss) | |
| 11 Other income (loss) C | 3,577. |
| 12 Section 179 deduction | |
| 13 Other deductions V* | 79. |
| 14 Self-employment earnings (loss) | |

| 15 Credits | |
|---|---|
| 16 Foreign transactions | |
| 17 Alternative min tax (AMT) items | |
| 18 Tax-exempt income and nondeductible expenses | |
| 19 Distributions | |
| 20 Other information A | 11,473. |

*See attached statement for additional information.

JWA  **For Paperwork Reduction Act Notice, see Instructions for Form 1065.**                    Schedule K-1 (Form 1065) 2007

THSH_PJ 0000563

P.J. ADMINISTRATOR, LLC

---

## SCHEDULE K-1       OTHER DEDUCTIONS, BOX 13, CODE V

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| OTHER DEDUCTIONS | | 79. |
| TOTAL TO SCHEDULE K-1, BOX 13, CODE V | | 79. |

---

## SCHEDULE K-1       CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| INTEREST INCOME | 8,855. | |
| DIVIDEND INCOME | 2,618. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 16,004. | |
| OTHER INCOME (LOSS) | 3,577. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 31,054. |
| OTHER DEDUCTIONS | -79. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -79. |
| TOTAL TO SCHEDULE K-1, ITEM L | | 30,975. |

---

## SCHEDULE K-1       FOOTNOTES

ALL INTEREST ON LINE 5 IS FROM US TREASURY BILLS

THSH_PJ 0000564

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions for your income tax return.

| | | Report on |
|---|---|---|
| 1. | Ordinary business income (loss). You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows: | |
| | | Report on |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions |
| 3. | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4. | Guaranteed payments | Schedule E, line 28, column (j) |
| 5. | Interest income | Form 1040, line 8a |
| 6a. | Ordinary dividends | Form 1040, line 9a |
| 6b. | Qualified dividends | Form 1040, line 9b |
| 7. | Royalties | Schedule E, line 4 |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions |
| 11. | Other income (loss) | |
| | Code | |
| | A Other portfolio income (loss) | See the Partner's Instructions |
| | B Involuntary conversions | See the Partner's Instructions |
| | C Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D Mining exploration costs recapture | See Pub. 535 |
| | E Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F Other income (loss) | See the Partner's Instructions |
| 12. | Section 179 deduction | See the Partner's Instructions |
| 13. | Other deductions | |
| | A Cash contributions (50%) | |
| | B Cash contributions (30%) | |
| | C Noncash contributions (50%) | |
| | D Noncash contributions (30%) | See the Partner's Instructions |
| | E Capital gain property to a 50% organization (30%) | |
| | F Capital gain property (20%) | |
| | G Investment interest expense | Form 4952, line 1 |
| | H Deductions - royalty income | Schedule E, line 18 |
| | I Section 59(e)(2) expenditures | See the Partner's Instructions |
| | J Deductions - portfolio (2% floor) | Schedule A, line 23 |
| | K Deductions - portfolio (other) | Schedule A, line 28 |
| | L Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | M Educational assistance benefits | See the Partner's Instructions |
| | N Dependent care benefits | Form 2441, line 14 |
| | O Preproductive period expenses | See the Partner's Instructions |
| | P Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | Q Pensions and IRAs | See the Partner's Instructions |
| | R Reforestation expense deduction | See the Partner's Instructions |
| | S Domestic production activities information | See Form 8903 Instructions |
| | T Qualified production activities income | Form 8903, line 7 |
| | U Employer's Form W-2 wages | Form 8903, line 15 |
| | V Other deductions | See the Partner's Instructions |
| 14. | Self-employment earnings (loss) | |

Note: If you have a section 179 deduction or any partner-level deductions, see the Partner's Instructions before completing Schedule SE.

| | | |
|---|---|---|
| | A Net earnings (loss) from self-employment | Schedule SE, Section A or B |
| | B Gross farming or fishing income | See the Partner's Instructions |
| | C Gross non-farm income | See the Partner's Instructions |
| 15. | Credits | |
| | A Low-income housing credit (section 42(j)(5)) | |
| | B Low-income housing credit (other) | |
| | C Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| | D Other rental real estate credits | |
| | E Other rental credits | |
| | F Undistributed capital gains credit | Form 1040, line 70; check box a |
| | G Credit for alcohol used as fuel | |
| | H Work opportunity credit | |
| | I Welfare-to-work credit | See the Partner's Instructions |
| | J Disabled access credit | |

| | | Report on |
|---|---|---|
| | K Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | L Credit for increasing research activities | |
| | M New markets credit | See the Partner's Instructions |
| | N Credit for employer social security and Medicare taxes | |
| | O Backup withholding | Form 1040, line 64 |
| | P Other credits | See the Partner's Instructions |
| 16. | Foreign transactions | |
| | A Name of country or U.S. possession | |
| | B Gross income from all sources | Form 1116, Part I |
| | C Gross income sourced at partner level | |
| | Foreign gross income sourced at partnership level | |
| | D Passive category | |
| | E General category | Form 1116, Part I |
| | F Other | |
| | Deductions allocated and apportioned to partner level | |
| | G Interest expense | Form 1116, Part I |
| | H Other | Form 1116, Part I |
| | Deductions allocated and apportioned at partnership level to foreign source income | |
| | I Passive category | |
| | J General category | Form 1116, Part I |
| | K Other | |
| | Other information | |
| | L Total foreign taxes paid | Form 1116, Part II |
| | M Total foreign taxes accrued | Form 1116, Part II |
| | N Reduction in taxes available for credit | Form 1116, line 12 |
| | O Foreign trading gross receipts | Form 8873 |
| | P Extraterritorial income exclusion | Form 8873 |
| | Q Other foreign transactions | See the Partner's Instructions |
| 17. | Alternative minimum tax (AMT) items | |
| | A Post-1986 depreciation adjustment | |
| | B Adjusted gain or loss | See the Partner's Instructions and the instructions for Form 6251 |
| | C Depletion (other than oil & gas) | |
| | D Oil, gas, & geothermal - gross income | |
| | E Oil, gas, & geothermal - deductions | |
| | F Other AMT items | |
| 18. | Tax-exempt income and nondeductible expenses | |
| | A Tax-exempt interest income | Form 1040, line 8b |
| | B Other tax-exempt income | See the Partner's Instructions |
| | C Nondeductible expenses | See the Partner's Instructions |
| 19. | Distributions | |
| | A Cash and marketable securities | See the Partner's Instructions |
| | B Other property | See the Partner's Instructions |
| 20. | Other information | |
| | A Investment income | Form 4952, line 4a |
| | B Investment expenses | Form 4952, line 5 |
| | C Fuel tax credit information | Form 4136 |
| | D Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E Basis of energy property | See the Partner's Instructions |
| | F Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H Recapture of investment credit | Form 4255 |
| | I Recapture of other credits | See the Partner's Instructions |
| | J Look-back interest - completed long-term contracts | Form 8697 |
| | K Look-back interest - income forecast method | Form 8866 |
| | L Dispositions of property with section 179 deductions | |
| | M Recapture of section 179 deduction | |
| | N Interest expense for corporate partners | |
| | O Section 453(l)(3) information | |
| | P Section 453A(c) information | See the Partner's Instructions |
| | Q Section 1260(b) information | |
| | R Interest allocable to production expenditures | |
| | S CCF nonqualified withdrawals | |
| | T Information needed to figure depletion - oil and gas | |
| | U Amortization of reforestation costs | |
| | V Unrelated business taxable income | |
| | W Other information | |

651107

| Schedule K-1 (Form 1065) | **2007** | | Final K-1 | Amended K-1 | OMB No. 1545-0099 |
|---|---|---|---|---|---|

For calendar year 2007, or tax year beginning ___ ending ___

Department of the Treasury
Internal Revenue Service

**Partner's Share of Income, Deductions, Credits, etc.**

► See separate instructions.

**Part III  Partner's Share of Current Year Income, Deductions, Credits, and Other Items**

| | | | |
|---|---|---|---|
| 1 Ordinary business income (loss) | 0. | 15 Credits | |
| 2 Net rental real estate income (loss) | | 16 Foreign transactions | |
| 3 Other net rental income (loss) | | | |
| 4 Guaranteed payments | | | |
| 5 Interest income | 1,145. | | |
| 6a Ordinary dividends | 338. | 17 Alternative min tax (AMT) items | |
| 6b Qualified dividends | | | |
| 7 Royalties | | 18 Tax-exempt income and nondeductible expenses | |
| 8 Net short-term capital gain (loss) | 2,069. | | |
| 9a Net long-term capital gain (loss) | | | |
| 9b Collectibles (28%) gain (loss) | | 19 Distributions | |
| 9c Unrecaptured sec 1250 gain | | | |
| 10 Net section 1231 gain (loss) | | 20 Other information | A  1,483. |
| 11 Other income (loss) | C  462. | | |
| 12 Section 179 deduction | | | |
| 13 Other deductions | V*  10. | | |
| 14 Self-employment earnings (loss) | | | |

**Part I   Information About the Partnership**

**A** Partnership's employer identification number
Redacted9792

**B** Partnership's name, address, city, state, and ZIP code

P.J. ADMINISTRATOR, LLC
666 THIRD AVE, 28TH FLOOR
NEW YORK, NY  10017-4011

**C** IRS Center where partnership filed return
OGDEN, UT

**D** ☐ Check if this is a publicly traded partnership (PTP)

**Part II   Information About the Partner**

**E** Partner's identifying number
Redacted 2511

**F** Partner's name, address, city, state, and ZIP code

RALPH SICILIANO IRA
900 THIRD AVENUE
NEW YORK, NY 10022

**G** ☐ General partner or LLC member-manager   ☒ Limited partner or other LLC member

**H** ☒ Domestic partner   ☐ Foreign partner

**I** What type of entity is this partner?  EXEMPT ORGANIZATION

**J** Partner's share of profit, loss, and capital:

| | Beginning | Ending |
|---|---|---|
| Profit | VARIOUS% | VARIOUS% |
| Loss | VARIOUS% | VARIOUS% |
| Capital | VARIOUS% | VARIOUS% |

**K** Partner's share of liabilities at year end:

| | | |
|---|---|---|
| Nonrecourse | $ | |
| Qualified nonrecourse financing | $ | |
| Recourse | $ | 0. |

*See attached statement for additional information.

**L** Partner's capital account analysis:

| | | |
|---|---|---|
| Beginning capital account | $ | 36,724. |
| Capital contributed during the year | $ | 482. |
| Current year increase (decrease) | $ | 4,004. |
| Withdrawals & distributions | $( | ) |
| Ending capital account | $ | 41,210. |

☒ Tax basis   ☐ GAAP   ☐ Section 704(b) book
☐ Other (explain)

For IRS Use Only

JWA   For Paperwork Reduction Act Notice, see Instructions for Form 1065.

Schedule K-1 (Form 1065) 2007

711261
12-31-07

THSH_PJ 0000625

P.J. ADMINISTRATOR, LLC

Redacted 9792

---

## SCHEDULE K-1     OTHER DEDUCTIONS, BOX 13, CODE V

| DESCRIPTION | PARTNER FILING INSTRUCTIONS | AMOUNT |
|---|---|---|
| OTHER DEDUCTIONS | | 10. |
| TOTAL TO SCHEDULE K-1, BOX 13, CODE V | | 10. |

---

## SCHEDULE K-1     CURRENT YEAR INCREASES (DECREASES)

| DESCRIPTION | AMOUNT | TOTALS |
|---|---|---|
| INTEREST INCOME | 1,145. | |
| DIVIDEND INCOME | 338. | |
| SHORT-TERM CAPITAL GAIN (LOSS) | 2,069. | |
| OTHER INCOME (LOSS) | 462. | |
| SCHEDULE K-1 INCOME SUBTOTAL | | 4,014. |
| OTHER DEDUCTIONS | -10. | |
| SCHEDULE K-1 DEDUCTIONS SUBTOTAL | | -10. |
| TOTAL TO SCHEDULE K-1, ITEM L | | 4,004. |

---

## SCHEDULE K-1     FOOTNOTES

ALL INTEREST ON LINE 5 IS FROM US TREASURY BILLS

THSH_PJ 0000626

Schedule K-1 (Form 1065) 2007                                                                                      Page **2**

This list identifies the codes used on Schedule K-1 for all partners and provides summarized reporting information for partners who file
Form 1040. For detailed reporting and filing information, see the separate Partner's Instructions for Schedule K-1 and the instructions
for your income tax return.

| | | Report on |
|---|---|---|
| 1. | Ordinary business income (loss). You must first determine whether the income (loss) is passive or nonpassive. Then enter on your return as follows: | |
| | Passive loss | See the Partner's Instructions |
| | Passive income | Schedule E, line 28, column (g) |
| | Nonpassive loss | Schedule E, line 28, column (h) |
| | Nonpassive income | Schedule E, line 28, column (j) |
| 2. | Net rental real estate income (loss) | See the Partner's Instructions |
| 3. | Other net rental income (loss) | |
| | Net income | Schedule E, line 28, column (g) |
| | Net loss | See the Partner's Instructions |
| 4. | Guaranteed payments | Schedule E, line 28, column (j) |
| 5. | Interest income | Form 1040, line 8a |
| 6a. | Ordinary dividends | Form 1040, line 9a |
| 6b. | Qualified dividends | Form 1040, line 9b |
| 7. | Royalties | Schedule E, line 4 |
| 8. | Net short-term capital gain (loss) | Schedule D, line 5, column (f) |
| 9a. | Net long-term capital gain (loss) | Schedule D, line 12, column (f) |
| 9b. | Collectibles (28%) gain (loss) | 28% Rate Gain Worksheet, line 4 (Schedule D Instructions) |
| 9c. | Unrecaptured section 1250 gain | See the Partner's Instructions |
| 10. | Net section 1231 gain (loss) | See the Partner's Instructions |
| 11. | Other income (loss) | |

| | Code | |
|---|---|---|
| | A | Other portfolio income (loss) | See the Partner's Instructions |
| | B | Involuntary conversions | See the Partner's Instructions |
| | C | Sec. 1256 contracts & straddles | Form 6781, line 1 |
| | D | Mining exploration costs recapture | See Pub. 535 |
| | E | Cancellation of debt | Form 1040, line 21 or Form 982 |
| | F | Other income (loss) | See the Partner's Instructions |
| 12. | Section 179 deduction | See the Partner's Instructions |
| 13. | Other deductions | |
| | A | Cash contributions (50%) | |
| | B | Cash contributions (30%) | |
| | C | Noncash contributions (50%) | |
| | D | Noncash contributions (30%) | See the Partner's Instructions |
| | E | Capital gain property to a 50% organization (30%) | |
| | F | Capital gain property (20%) | |
| | G | Investment interest expense | Form 4952, line 1 |
| | H | Deductions - royalty income | Schedule E, line 18 |
| | I | Section 59(e)(2) expenditures | See the Partner's Instructions |
| | J | Deductions - portfolio (2% floor) | Schedule A, line 23 |
| | K | Deductions - portfolio (other) | Schedule A, line 28 |
| | L | Amounts paid for medical insurance | Schedule A, line 1 or Form 1040, line 29 |
| | M | Educational assistance benefits | See the Partner's Instructions |
| | N | Dependent care benefits | Form 2441, line 14 |
| | O | Preproductive period expenses | See the Partner's Instructions |
| | P | Commercial revitalization deduction from rental real estate activities | See Form 8582 Instructions |
| | Q | Pensions and IRAs | See the Partner's Instructions |
| | R | Reforestation expense deduction | See the Partner's Instructions |
| | S | Domestic production activities information | See Form 8903 instructions |
| | T | Qualified production activities income | Form 8903, line 7 |
| | U | Employer's Form W-2 wages | Form 8903, line 15 |
| | V | Other deductions | See the Partner's Instructions |

14. Self-employment earnings (loss)

Note: If you have a section 179 deduction or any partner-level deductions, see
the Partner's Instructions before completing Schedule SE.

| | A | Net earnings (loss) from self-employment | Schedule SE, Section A or B |
|---|---|---|---|
| | B | Gross farming or fishing income | See the Partner's Instructions |
| | C | Gross non-farm income | See the Partner's Instructions |

15. Credits

| | A | Low-income housing credit (section 42(j)(5)) | |
|---|---|---|---|
| | B | Low-income housing credit (other) | |
| | C | Qualified rehabilitation expenditures (rental real estate) | See the Partner's Instructions |
| | D | Other rental real estate credits | |
| | E | Other rental credits | |
| | F | Undistributed capital gains credit | Form 1040, line 70; check box a |
| | G | Credit for alcohol used as fuel | See the Partner's Instructions |
| | H | Work opportunity credit | |
| | I | Welfare-to-work credit | See the Partner's Instructions |
| | J | Disabled access credit | |

| | Code | | Report on |
|---|---|---|---|
| | K | Empowerment zone and renewal community employment credit | Form 8844, line 3 |
| | L | Credit for increasing research activities | |
| | M | New markets credit | See the Partner's Instructions |
| | N | Credit for employer social security and Medicare taxes | |
| | O | Backup withholding | Form 1040, line 64 |
| | P | Other credits | See the Partner's Instructions |
| 16. | Foreign transactions | |
| | A | Name of country or U.S. possession | |
| | B | Gross income from all sources | Form 1116, Part I |
| | C | Gross income sourced at partner level | |
| | | Foreign gross income sourced at partnership level | |
| | D | Passive category | |
| | E | General category | Form 1116, Part I |
| | F | Other | |
| | | Deductions allocated and apportioned to partner level | |
| | G | Interest expense | Form 1116, Part I |
| | H | Other | Form 1116, Part I |
| | | Deductions allocated and apportioned at partnership level to foreign source income | |
| | I | Passive category | |
| | J | General category | Form 1116, Part I |
| | K | Other | |
| | | Other information | |
| | L | Total foreign taxes paid | Form 1116, Part II |
| | M | Total foreign taxes accrued | Form 1116, Part II |
| | N | Reduction in taxes available for credit | Form 1116, line 12 |
| | O | Foreign trading gross receipts | Form 8873 |
| | P | Extraterritorial income exclusion | Form 8873 |
| | Q | Other foreign transactions | See the Partner's Instructions |
| 17. | Alternative minimum tax (AMT) items | |
| | A | Post-1986 depreciation adjustment | |
| | B | Adjusted gain or loss | See the Partner's |
| | C | Depletion (other than oil & gas) | Instructions and |
| | D | Oil, gas, & geothermal - gross income | the Instructions for |
| | E | Oil, gas, & geothermal - deductions | Form 6251 |
| | F | Other AMT items | |
| 18. | Tax-exempt income and nondeductible expenses | |
| | A | Tax-exempt interest income | Form 1040, line 8b |
| | B | Other tax-exempt income | See the Partner's Instructions |
| | C | Nondeductible expenses | See the Partner's Instructions |
| 19. | Distributions | |
| | A | Cash and marketable securities | See the Partner's Instructions |
| | B | Other property | See the Partner's Instructions |
| 20. | Other information | |
| | A | Investment income | Form 4952, line 4a |
| | B | Investment expenses | Form 4952, line 5 |
| | C | Fuel tax credit information | Form 4136 |
| | D | Qualified rehabilitation expenditures (other than rental real estate) | See the Partner's Instructions |
| | E | Basis of energy property | See the Partner's Instructions |
| | F | Recapture of low-income housing credit (section 42(j)(5)) | Form 8611, line 8 |
| | G | Recapture of low-income housing credit (other) | Form 8611, line 8 |
| | H | Recapture of investment credit | Form 4255 |
| | I | Recapture of other credits | See the Partner's Instructions |
| | J | Look-back interest - completed long-term contracts | Form 8697 |
| | K | Look-back interest - income forecast method | Form 8866 |
| | L | Dispositions of property with section 179 deductions | |
| | M | Recapture of section 179 deduction | |
| | N | Interest expense for corporate partners | |
| | O | Section 453(l)(3) information | |
| | P | Section 453A(c) information | |
| | Q | Section 1260(b) information | See the Partner's |
| | R | Interest allocable to production expenditures | Instructions |
| | S | CCF nonqualified withdrawals | |
| | T | Information needed to figure depletion - oil and gas | |
| | U | Amortization of reforestation costs | |
| | V | Unrelated business taxable income | |
| | W | Other information | |

THSH_PJ 0000627