# **EXHIBIT 15**

# *P.J. Administrator LLC*

666 Third Avenue, 29th Floor
New York, NY 10017-4001

Dear P.J. Administrator LLC Participant:

Enclosed please find Forms 1099-INT and 1099-DIV for the years 2005, 2006 and 2007 (the "Open Years"). The enclosed forms reflect the interest and dividends from your account held at Bernard L. Madoff Investment Securities, LLC ("BMIS") in the Open Years, as reported to us by BMIS and as previously reported to you on Schedule K-1s. We are issuing the enclosed forms to correct the reporting methodology. The enclosed forms replace the Schedule K-1s previously issued to you. We intend to notify the Internal Revenue Service (the "IRS") that the enclosed forms should replace the Schedule K-1s previously filed with the IRS.

We are also enclosing a summary of the activity in your account. The summary starts with your account balance as of December 31, 2004 (your opening balance as of January 1, 2005). This balance reflects all items of income and deductions reported to you as well as all deposits you made to your account and all withdrawals you made from your account from its inception through December 31, 2004. The summary then sets forth the activity in your account for the period January 1, 2005 through December 31, 2008. Again, this includes all items of income and deductions previously reported to you as well as all deposits you made to your account and all withdrawals you made from your account during this period. You will note that for the period January 1, 2008 through December 31, 2008 the summary reflects deposits and withdrawals but does not reflect any items of income or deduction, as we have been informed by the Liquidating Trustee that BMIS will not provide any tax information for this period. The summary ends with your account balance as of December 31, 2008. This information may be useful if you decide, in consultation with your tax advisor, to reverse items of income and deduction previously reported by you in your income tax returns for the Open Years and/or claim a theft loss deduction. Please be advised that these amounts are based upon the books and records of P.J. Administrator LLC and, where applicable, should correspond with amounts previously reported to you.

We urge you to consult with your own tax advisor to determine how to best use the enclosed information in connection with amending any past, and filing any future, income tax returns.

If you have any questions, please contact Joel Zbar at 212-455-9651 or at jzbar@eisnerllp.com.

**IRS Circular 230 Disclosure:** To ensure compliance with requirements imposed by the IRS, we inform you that any U.S. federal tax advice contained in this document (including any attachment) is not intended or written by us to be used, and cannot be used, (i) by any taxpayer for the purpose of avoiding tax penalties under the Internal Revenue Code or (ii) for promoting, marketing or recommending to another party any transaction or matter addressed herein.

P.J. Administrator LLC

THSH_PJ 0000514

SUMMARY OF RALPH SICILIANO (IRA) - MADOFF TRANSACTIONS FROM 2005 FORWARD

| YEAR | OPENING BALANCE | DEPOSITS | INTEREST INCOME | DIVIDENDS | SHORT TERM GAIN | LONG TERM GAIN | OTHER INCOME | OTHER DEDUCTIONS | TOTAL INCOME | WITHDRAWALS | ENDING BALANCE |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2005 | - | | | | | | | | - | | - |
| 2006 | - | 35,708 | 167 | 145 | 1,103 | (398) | | (1) | 1,016 | | 36,724 |
| 2007 | 36,724 | 482 | 1,145 | 338 | 2,069 | | 462 | (10) | 4,004 | | 41,210 |
| 2008 | 41,210 | | | | | | | | - | | 41,210 |
| TOTALS | | 36,190 | 1,312 | 483 | 3,172 | (398) | 462 | (11) | 5,020 | - | 41,210 |

THSH_PJ 0000515

| Form **1099-INT** | ☐ CORRECTED (if checked) | | (keep for your records) |
|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no.<br>P.J. ADMINISTRATOR, LLC<br>666 THIRD AVENUE<br>28TH FLOOR<br>NEW YORK NY 10017-4011 | Payer's RTN (optional)<br><br>1 Interest income<br>$  167.00<br>2 Early withdrawal penalty<br>$ | OMB No. 1545-0112<br>**2006**<br>Form **1099-INT** | **Interest Income**<br><br>38-2099803<br>Department of the Treasury -- IRS |
| PAYER'S federal identification number<br>Redacted9792 | RECIPIENT'S identification number<br>Redacted-2511 | 3 Interest on U.S. Savings Bonds and Treas. obligations<br>$ | **Copy B**<br>**For Recipient** |
| RECIPIENT'S name, address, and ZIP code<br>RALPH SICILIANO IRA<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | | 4 Federal income tax withheld<br>$ | 5 Investment expenses<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. |
| | | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | |
| | | 8 Tax-exempt interest<br>$ | 9 Specified private activity bond interest<br>$ | |
| Account number (see instructions) | | | | |

THSH_PJ 0000516

| Form **1099-INT** | ☐ CORRECTED (if checked) | (keep for your records) | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and telephone no. P.J. ADMINISTRATOR, LLC  666 THIRD AVENUE  28TH FLOOR  NEW YORK NY 10017-4011 | Payer's RTN (optional) | OMB No. 1545-0112 | | |
| | **1** Interest income $ 1145.00 | **2007** Form **1099-INT** | **Interest Income** 38-2099803 Department of the Treasury -- IRS | |
| | **2** Early withdrawal penalty $ | | | |
| PAYER'S federal identification number Redacted 9792 | RECIPIENT'S identification number Redacted 2511 | **3** Interest on U.S. Savings Bonds and Treas. obligations $ | **Copy B For Recipient** | |
| RECIPIENT'S name, address, and ZIP code RALPH SICILIANO IRA  900 THIRD AVENUE  NEW YORK NY 10022 | **4** Federal income tax withheld $ | **5** Investment expenses $ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | |
| | **6** Foreign tax paid $ | **7** Foreign country or U.S. possession | | |
| | **8** Tax-exempt interest $ | **9** Specified private activity bond interest $ | | |
| Account number (see instructions) | | | | |

7 **B99INTB**   NTF 2571303   **BINTREC**   Copyright 2007 Greatland/Nelco – Forms Software Only

THSH_PJ 0000517

| Form 1099-DIV | ☐ CORRECTED (if checked) | (keep for your records) | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and phone no.<br><br>P.J. ADMINISTRATOR, LLC<br>666 THIRD AVENUE<br>28TH FLOOR<br>NEW YORK NY 10017-4011 | 1a Total ordinary dividends<br>$ 145.00<br>1b Qualified dividends<br>$ | OMB No. -0110<br><br>**2006**<br><br>Form 1099-DIV | **Dividends and Distributions**<br>39-1908647<br>Department of the Treasury — IRS | |
| | 2a Total capital gain distr.<br>$ | 2b Unrecap. Sec. 1250 gain<br>$ | **Copy B**<br>**For Recipient** | |
| PAYER'S federal identification number<br>Redacted 9792 | RECIPIENT'S identification number<br>Redacted 2511 | | | |
| RECIPIENT'S name, address, and ZIP code<br><br>RALPH SICILIANO IRA<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | 2c Section 1202 gain<br>$ | 2d Collectibles (28%) gain<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | |
| | 3 Nondividend distributions<br>$ | 4 Federal income tax withheld<br>$ | | |
| | | 5 Investment expenses<br>$ | | |
| | 6 Foreign tax paid<br>$ | 7 Foreign country or U.S. possession | | |
| Account number (see instructions) | 8 Cash liquidation distributions<br>$ | 9 Noncash liquidation distributions<br>$ | | |

6 1099DBI    NTF 2562547    Copyright 2006 Greatland/Nelco – Forms Software Only

## Instructions to Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1a.** Shows total ordinary dividends that are taxable. Include this amount on line 9a of Form 1040 or 1040A. Also, report it on Schedule B (Form 1040) or Schedule 1 (Form 1040A), if required.

The amount shown may be a distribution from an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040/1040A but treat it as a plan distribution, not as investment income, for any other purpose.

**Box 1b.** Shows the portion of the amount in box 1a that may be eligible for the 15% or 5% capital gains rates. See the Form 1040/1040A instructions for how to determine this amount. Report the eligible amount on line 9b, Form 1040 or 1040A.

**Box 2a.** Shows total capital gain distributions (long-term) from a regulated investment company or real estate investment trust. Report the amounts shown in box 2a on Schedule D (Form 1040), line 13. But, if no amount is shown in boxes 2c-2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on line 13 of Form 1040 (line 10 of Form 1040A) rather than Schedule D. See the Form 1040/1040A instructions.

**Box 2b.** Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. Report this amount on the Unrecaptured Section 1250 Gain Worksheet-Line 19 in the Schedule D instructions (Form 1040).

**Box 2c.** Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to a 50% exclusion. See the Schedule D (Form 1040) instructions.

**Box 2d.** Shows 28% rate gain from sales or exchanges of collectibles.

If required, use this amount when completing the 28% Rate Gain Worksheet-Line 18 in the instructions for Schedule D (Form 1040).

**Box 3.** Shows the part of the distribution that is nontaxable because it is a return of your cost (or other basis). You must reduce your cost (or other basis) by this amount for figuring gain or loss when you sell your stock. But if you get back all your cost (or other basis), report future distributions as capital gains. See Pub. 550, Investment Income and Expenses.

**Box 4.** Shows backup withholding. For example, a payer must backup withhold on certain payments at a 28% rate if you did not give your taxpayer identification number to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows your share of expenses of a nonpublicly offered regulated investment company, generally a nonpublicly offered mutual fund. If you file Form 1040, you may deduct these expenses on the "Other expenses" line on Schedule A (Form 1040) subject to the 2% limit. This amount is included in box 1a.

**Box 6.** Shows the foreign tax you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Boxes 8 and 9.** Shows cash and noncash liquidation distributions.

**Nominees.** If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-DIV with the IRS for each of the other owners to show their share of the income, and you must furnish a Form 1099-DIV to each. A husband or wife is not required to file a nominee return to show amounts owned by the other. See the 2006 General Instructions for Forms 1099, 1098, 5498, and W-2G.

1099-DIV
39-1908647

THSH_PJ 0000518

| Form **1099-DIV** | ☐ CORRECTED (if checked) | (keep for records) | | |
|---|---|---|---|---|
| PAYER'S name, street address, city, state, ZIP code, and phone no.<br>P.J. ADMINISTRATOR, LLC<br>666 THIRD AVENUE<br>28TH FLOOR<br>NEW YORK NY 10017-4011 | **1a** Total ordinary dividends<br>$ 338.00<br>**1b** Qualified dividends<br>$ | OMB 45-0110<br>**2007**<br>Form **1099-DIV** | **Dividends and Distributions**<br>38-2099803<br>Department of the Treasury -- IRS | |
| | **2a** Total capital gain distr.<br>$ | **2b** Unrecap. Sec. 1250 gain<br>$ | **Copy B**<br>**For Recipient** | |
| PAYER'S federal identification number<br>Redacted9792 | RECIPIENT'S identification number<br>Redacted-2511 | | | |
| RECIPIENT'S name, address, and ZIP code<br>RALPH SICILIANO IRA<br>900 THIRD AVENUE<br>NEW YORK NY 10022 | **2c** Section 1202 gain<br>$ | **2d** Collectibles (28%) gain<br>$ | This is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction may be imposed on you if this income is taxable and the IRS determines that it has not been reported. | |
| | **3** Nondividend distributions<br>$ | **4** Federal income tax withheld<br>$ | | |
| | | **5** Investment expenses<br>$ | | |
| | **6** Foreign tax paid<br>$ | **7** Foreign country or U.S. possession | | |
| Account number (see instructions) | **8** Cash liquidation distributions<br>$ | **9** Noncash liquidation distributions<br>$ | | |

7 **99DIVBI**   NTF 2571325   Copyright 2007 Greatland/Nelco - Forms Software Only

---

## Instructions for Recipients

**Account number.** May show an account or other unique number the payer assigned to distinguish your account.

**Box 1a.** Shows total ordinary (short-term) dividends that are taxable. Include this amount on line 9a of Form 1040 or 1040A. Also, report it on Schedule B (Form 1040) or Schedule 1 (Form 1040A), if required.

The amount shown may be a distribution from an employee stock ownership plan (ESOP). Report it as a dividend on your Form 1040/1040A but treat it as a plan distribution, not as investment income, for any other purpose.

**Box 1b.** Shows the portion of the amount in box 1a that may be eligible for the 15% or 5% capital gains rates. See the Form 1040/1040A instructions for how to determine this amount. Report the eligible amount on line 9b, Form 1040 or 1040A.

**Box 2a.** Shows total capital gain distributions (long-term) from a regulated investment company or real estate investment trust. Report the amounts shown in box 2a on Schedule D (Form 1040), line 13. But, if no amount is shown in boxes 2c-2d and your only capital gains and losses are capital gain distributions, you may be able to report the amounts shown in box 2a on line 13 of Form 1040 (line 10 of Form 1040A) rather than Schedule D. See the Form 1040/1040A instructions.

**Box 2b.** Shows the portion of the amount in box 2a that is unrecaptured section 1250 gain from certain depreciable real property. Report this amount on the Unrecaptured Section 1250 Gain Worksheet -- Line 19 in the Schedule D instructions (Form 1040).

**Box 2c.** Shows the portion of the amount in box 2a that is section 1202 gain from certain small business stock that may be subject to a 50% exclusion. See the Schedule D (Form 1040) instructions.

**Box 2d.** Shows 28% rate gain from sales or exchanges of collectibles. If required, use this amount when completing the 28% Rate Gain Worksheet -- Line 18 in the instructions for Schedule D (Form 1040).

**Box 3.** Shows the part of the distribution that is nontaxable because it is a return of your cost (or other basis). You must reduce your cost (or other basis) by this amount for figuring gain or loss when you sell your stock. But if you get back all your cost (or other basis), report future distributions as capital gains. See Pub. 550, Investment Income and Expenses.

**Box 4.** Shows backup withholding. For example, a payer must backup withhold on certain payments at a 28% rate if you did not give your taxpayer identification number to the payer. See Form W-9, Request for Taxpayer Identification Number and Certification, for information on backup withholding. Include this amount on your income tax return as tax withheld.

**Box 5.** Shows your share of expenses of a nonpublicly offered regulated investment company, generally a nonpublicly offered mutual fund. If you file Form 1040, you may deduct these expenses on the "Other expenses" line on Schedule A (Form 1040) subject to the 2% limit. This amount is included in box 1a.

**Box 6.** Shows the foreign tax you may be able to claim as a deduction or a credit on Form 1040. See the Form 1040 instructions.

**Boxes 8 and 9.** Shows cash and noncash liquidation distributions.

**Nominees.** If this form includes amounts belonging to another person, you are considered a nominee recipient. You must file Form 1099-DIV with the IRS for each of the other owners to show their share of the income, and you must furnish a Form 1099-DIV to each. A husband or wife is not required to file a nominee return to show amounts owned by the other. See the 2007 General Instructions for Forms 1099, 1098, 5498, and W-2G.

1099-DIV
38-2099803

NTF 0487

WONEPERF

THSH_PJ 0000519