# EXHIBIT 1

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT 1 – CLAIMS AND OBJECTIONS**

| Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|
| 006429 | 4525 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | PJ Administrator, LLC | 1KW387 |
| 006430 | 4525 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | PJ Administrator, LLC | 1KW387 |
| 006431 | 4525 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | PJ Administrator, LLC | 1KW387 |
| 006432 | 4525 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | PJ Administrator, LLC | 1KW387 |
| 006433 | 4525 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | PJ Administrator, LLC | 1KW387 |
| 006434 | 4525 | Tannenbaum Helpern Syracuse & Hirschtritt LLP | PJ Administrator, LLC | 1KW387 |