# EXHIBIT 5



BERNARD L. MADOFF

8/12 20 05   166752

PAY TO THE ORDER OF   PJ ADMINISTRATOR, LLC   $ ***300000.00

******THREE HUNDRED THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-KW387-3

BERNARD L. MADOFF
By [signature]

⑈166752⑈ ⑆031100267⑆ 6301428151 509⑈   ⑈0030000000⑈

MADWAA00155505

2815-09



MADWAA00155506