# EXHIBIT 6

```
**DUPLICATE** FOR ACCOUNT PJ ADMINISTRATOR, LLC
STERLING EQUITIES
                                                                    9/30/04        1
ATTN: ARTHUR FRIEDMAN
111 GREAT NECK ROAD
GREAT NECK        NY 11021                    1-KW387-4-0    Redacted 9792


                              BALANCE FORWARD                          1,395,033.00

9/15      222          18253   S & P 100 INDEX       7        155,622.00
                               SEPTEMBER 540 CALL
9/15              222  18395   S & P 100 INDEX       .300                  6,438.00
                               SEPTEMBER 535 PUT
9/16      362          24501   S & P 100 INDEX       4.200    152,402.00
                               SEPTEMBER 540 CALL
9/16              362  24640   S & P 100 INDEX       .300                 10,498.00
                               SEPTEMBER 535 PUT
9/17      191          30769   S & P 100 INDEX       4         76,591.00
                               SEPTEMBER 540 CALL
9/17              191  30911   S & P 100 INDEX       .300                  5,539.00
                               SEPTEMBER 535 PUT
9/20      235          37344   S & P 100 INDEX       5.100    120,085.00
                               SEPTEMBER 540 CALL
9/20              235          S & P 100 INDEX       DELV
                               SEPTEMBER 535 PUT
                               EXPIRED WORTHLESS

                              NEW BALANCE                                912,808.00
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                        4/30/05        1
ATTN: ABE MASTBAUM 29TH FL
666 THIRD AVENUE
NEW YORK           NY 10017                         1-KW387-3-0   Redacted 9792


                                BALANCE FORWARD                              868,981.61
4/01                            COCA COLA CO              DIV                  5,843.88
                                DIV 3/15/05 4/01/05
4/01                            MERCK & CO                DIV                  9,037.92
                                DIV 3/04/05 4/01/05
4/01                            VIACOM INC                DIV                  1,318.03
                                CLASS B NON VOTING SHS
                                DIV 2/28/05 4/01/05
4/07                            HEWLETT PACKARD CO        DIV                  1,306.08
                                DIV 3/16/05 4/07/05
4/11                            ALTRIA GROUP INC          DIV                 12,978.67
                                DIV 3/15/05 4/11/05
4/13                            FIDELITY SPARTAN          DIV                     43.39
                                U S TREASURY MONEY MARKET
                                DIV 04/13/05
4/13            42,402     3890 FIDELITY SPARTAN           1                  42,402.00
                                U S TREASURY MONEY MARKET
4/13  42,446              13087 FIDELITY SPARTAN           1      42,446.00
                                U S TREASURY MONEY MARKET
4/14                            CHECK WIRE                CW     500,000.00
4/20                            FIDELITY SPARTAN          DIV                     18.16
                                U S TREASURY MONEY MARKET
                                DIV 04/20/05
4/20            42,446    15683 FIDELITY SPARTAN           1                  42,446.00
                                U S TREASURY MONEY MARKET

                                CONTINUED ON PAGE    2
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                          4/30/05        2
ATTN: ABE MASTBAUM 29TH FL
666 THIRD AVENUE
NEW YORK          NY 10017                          1-KW387-3-0   Redacted 9792


4/20                     725,000  15898  U S TREASURY BILL         99.631              722,324.75
                                         DUE 06/09/2005
                                                6/09/2005
4/20     250,000                  15991  U S TREASURY BILL         99.638    249,095.00
                                         DUE 06/09/2005
                                                6/09/2005
4/20      15,693                  16138  FIDELITY SPARTAN             1       15,693.00
                                         U S TREASURY MONEY MARKET
4/25                                     GENERAL ELECTRIC CO        DIV                 25,344.22
                                         DIV 2/28/05  4/25/05
4/29      50,000                  16989  U S TREASURY BILL         99.696     49,848.00
                                         DUE 06/09/2005
                                                6/09/2005
4/29       5,981                  19103  FIDELITY SPARTAN             1        5,981.00
                                         U S TREASURY MONEY MARKET

                                         NEW BALANCE                                   868,981.71

                                         SECURITY POSITIONS      MKT PRICE
          21,674                         FIDELITY SPARTAN            1
                                         U S TREASURY MONEY MARKET
         300,000                         U S TREASURY BILL         99.697
                                         DUE 06/09/2005
                                                6/09/2005
       4,150,000                         U S TREASURY BILL         99.641
                                         DUE 6/16/2005
                                                6/16/2005

                                         CONTINUED ON PAGE    3
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                      4/30/05        3
ATTN: ABE MASTBAUM 29TH FL
666 THIRD AVENUE
NEW YORK          NY 10017                        1-KW387-3-0    Redacted 9792


   4,150,000              U S TREASURY BILL       99.581
                          DUE 6/23/2005
                                  6/23/2005
   4,150,000              U S TREASURY BILL       99.528
                          DUE 6/30/2005
                                  6/30/2005
   5,275,000              U S TREASURY BILL       99.475
                          DUE 7/7/2005
                                  7/07/2005
   5,275,000              U S TREASURY BILL       99.411
                          DUE 7/14/2005
                                  7/14/2005
   5,275,000              U S TREASURY BILL       99.354
                          DUE 7/21/2005
                                  7/21/2005
   5,600,000              U S TREASURY BILL       99.290
                          DUE 7/28/2005
                                  7/28/2005
   5,600,000              U S TREASURY BILL       99.221
                          DUE 8/04/2005
                                  8/04/2005
   5,600,000              U S TREASURY BILL       99.154
                          DUE 8/11/2005
                                  8/11/2005
   3,750,000              U S TREASURY BILL       99.094
                          DUE 8/18/2005
                                  8/18/2005

                          CONTINUED ON PAGE  4
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                              4/30/05           4
ATTN: ABE MASTBAUM 29TH FL
666 THIRD AVENUE
NEW YORK          NY 10017                          1-KW387-3-0    Redacted 9792


   3,750,000              U S TREASURY BILL              99.033
                          DUE 8/25/2005
                                   8/25/2005
   3,750,000              U S TREASURY BILL              98.965
                          DUE 9/01/2005
                                   9/01/2005

                          MARKET VALUE OF SECURITIES
                                LONG              SHORT
                          56,261,240.00
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                        4/30/05          5
ATTN: ABE MASTBAUM 29TH FL
666 THIRD AVENUE
NEW YORK          NY 10017                    1-KW387-3-0    Redacted 9792
```

YEAR-TO-DATE SUMMARY

```
DIVIDENDS                                                          202,296.51
GROSS PROCEEDS FROM SALES                                      121,188,985.35
```

MDPTPP04133114

```
**DUPLICATE** FOR ACCOUNT PJ ADMINISTRATOR, LLC
STERLING EQUITIES
                                                                         7/31/05          1
ATTN: ARTHUR FRIEDMAN
111 GREAT NECK ROAD
GREAT NECK         NY 11021                          1-KW387-3-0     Redacted 9792
```

| Date | | | | Description | | | Amount |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 635,201.60 |
| 7/01 | | | | ALLSTATE  DIV 5/31/05 7/01/05 | DIV | | 1,857.28 |
| 7/01 | | | | COCA COLA CO  DIV 6/15/05 7/01/05 | DIV | | 5,292.00 |
| 7/01 | | | | MERCK & CO  DIV 6/03/05 7/01/05 | DIV | | 6,894.72 |
| 7/01 | | | | VIACOM INC  CLASS B NON VOTING SHS  DIV 6/07/05 7/01/05 | DIV | | 1,005.48 |
| 7/06 | | | | HEWLETT PACKARD CO  DIV 6/15/05 7/06/05 | DIV | | 1,976.32 |
| 7/08 | | | | SCHLUMBERGER LTD  DIV 6/08/05 7/08/05 | DIV | | 1,111.32 |
| 7/11 | | | | ALTRIA GROUP INC  DIV 6/15/05 7/11/05 | DIV | | 12,693.24 |
| 7/25 | | | | GENERAL ELECTRIC CO  DIV 6/27/05 7/25/05 | DIV | | 19,572.08 |
| 7/29 | 50,000 | | 95462 | U S TREASURY BILL  DUE 09/15/2005  9/15/2005 | 99.576 | 49,788.00 | |
| 7/29 | 615 | | 97648 | FIDELITY SPARTAN  U S TREASURY MONEY MARKET | 1 | 615.00 | |
| | | | | NEW BALANCE | | | 635,201.04 |
| | 155,185 | | | SECURITY POSITIONS  FIDELITY SPARTAN  U S TREASURY MONEY MARKET | MKT PRICE  1 | | |

CONTINUED ON PAGE    2

```
**DUPLICATE** FOR ACCOUNT PJ ADMINISTRATOR, LLC
STERLING EQUITIES
                                                              7/31/05          2
ATTN: ARTHUR FRIEDMAN
111 GREAT NECK ROAD
GREAT NECK        NY 11021              1-KW387-3-0    Redacted 9792


    4,925,000           U S TREASURY BILL            99.952
                        DUE 8/04/2005
                                  8/04/2005
    4,925,000           U S TREASURY BILL            99.891
                        DUE 8/11/2005
                                  8/11/2005
    4,925,000           U S TREASURY BILL            99.641
                        DUE 9/8/2005
                                  9/08/2005
      725,000           U S TREASURY BILL            99.576
                        DUE 09/15/2005
                                  9/15/2005
    5,275,000           U S TREASURY BILL            99.375
                        DUE 10/6/2005
                                 10/06/2005
    5,275,000           U S TREASURY BILL            99.312
                        DUE 10/13/2005
                                 10/13/2005
    5,275,000           U S TREASURY BILL            99.239
                        DUE 10/20/2005
                                 10/20/2005
    5,525,000           U S TREASURY BILL            99.170
                        DUE 10/27/2005
                                 10/27/2005
    5,525,000           U S TREASURY BILL            99.100
                        DUE 11/03/2005
                                 11/03/2005

                        CONTINUED ON PAGE     3
```

```
**DUPLICATE** FOR ACCOUNT PJ ADMINISTRATOR, LLC
STERLING EQUITIES
                                                              7/31/05        3
ATTN: ARTHUR FRIEDMAN
111 GREAT NECK ROAD
GREAT NECK        NY 11021                     1-KW387-3-0    Redacted 9792


  5,525,000            U S TREASURY BILL             99.024
                       DUE 11/10/2005
                              11/10/2005
  5,475,000            U S TREASURY BILL             98.955
                       DUE 11/17/2005
                              11/17/2005
  5,475,000            U S TREASURY BILL             98.823
                       DUE 12/01/2005
                              12/01/2005

                       MARKET VALUE OF SECURITIES
                            LONG            SHORT
                       58,596,133.50
```

MDPTPP04134028

```
**DUPLICATE** FOR ACCOUNT PJ ADMINISTRATOR, LLC
STERLING EQUITIES
                                                        7/31/05        4
ATTN: ARTHUR FRIEDMAN
111 GREAT NECK ROAD
GREAT NECK       NY 11021              1-KW387-3-0    Redacted 9792


                    YEAR-TO-DATE SUMMARY

            DIVIDENDS                                        280,067.98
            GROSS PROCEEDS FROM SALES                    241,934,603.92
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                      7/31/08        1
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK           NY 10017                    1-KW387-3-0    ******9792


                                BALANCE FORWARD                  703,901.19

7/21      4,000      58675 APPLE INC                 169.690     678,920.00
7/21      6,800      58897 ABBOTT LABORATORIES        57.550     391,612.00
7/21     11,600      59119 AMERICAN INTL GROUP INC    20.770     241,396.00
7/21      4,800      59341 AMGEN INC                  52.220     250,848.00
7/21      5,200      59563 AMERICAN EXPRESS COMPANY   37.120     193,232.00
7/21      3,200      59785 BOEING CO                  63.620     203,712.00
7/21     19,200      60007 BANK OF AMERICA            19.100     367,488.00
7/21      2,800      60229 BAXTER INTERNATIONAL INC   66.590     186,564.00
7/21      8,800      60451 BRISTOL MYERS SQUIBB COMPANY 21.600   190,432.00
7/21      3,200      60673 ANHEUSER BUSCH COS INC     66.610     213,280.00
7/21     23,600      60895 CITI GROUP INC             14.730     348,572.00
7/21      2,800      61117 CATERPILLAR INC            66.730     186,956.00
7/21     12,800      61339 COMCAST CORP               18.300     234,752.00
                           CL A
7/21      6,800      61561 CONOCOPHILIPS              84.040     571,744.00
7/21     26,400      61783 CISCO SYSTEMS INC          20.610     545,160.00
7/21      6,400      62005 CVS CAREMARK CORP          37.840     242,432.00
7/21      9,200      62227 CHEVRON CORP               88.570     815,212.00
7/21      8,800      62449 DELL INC                   22.470     198,088.00
7/21      8,400      62671 THE WALT DISNEY CO         29.240     245,952.00
7/21      2,800      62893 EXELON CORP                86.880     243,376.00
7/21     43,600      63115 GENERAL ELECTRIC CO        26.520   1,158,016.00
7/21      1,200      63337 GOOGLE                    513.680     616,464.00

                              CONTINUED ON PAGE    2
```

MDPTPP04133601

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                              7/31/08        2
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK          NY 10017                              1-KW387-3-0    ******9792


7/21       1,600       63559 GOLDMAN SACHS GROUP INC     159.920      255,936.00
7/21      10,800       63781 HEWLETT PACKARD CO           41.110      444,420.00
7/21       6,000       64003 INTERNATIONAL BUSINESS MACHS 122.410     734,700.00
7/21      24,800       64225 INTEL CORP                   20.810      517,080.00
7/21      12,400       64447 JOHNSON & JOHNSON            67.550      838,116.00
7/21      14,400       64669 J.P. MORGAN CHASE & CO       32.100      462,816.00
7/21       6,800       64891 KRAFT FOOD INC               29.150      198,492.00
7/21       8,800       65113 COCA COLA CO                 51.330      452,056.00
7/21       4,800       65335 MCDONALDS CORP               58.310      280,080.00
7/21       4,800       65557 MEDTRONIC INC                53.440      256,704.00
7/21       3,200       65779 3M COMPANY                   67.390      215,776.00
7/21       9,200       66001 ALTRIA GROUP INC             20.610      189,980.00
7/21       9,200       66223 MERCK & CO                   36.630      337,364.00
7/21      35,200       66445 MICROSOFT CORP               26.020      917,312.00
7/21      17,200       67111 ORACLE CORPORATION           20.160      347,440.00
7/21       6,800       67333 PEPSICO INC                  65.210      443,700.00
7/21      29,600       67555 PFIZER INC                   17.490      518,888.00
7/21      13,600       67777 PROCTER & GAMBLE CO          63.460      863,600.00
7/21       9,200       67999 PHILLIP MORRIS INTERNATIONAL 52.610      484,380.00
7/21       5,200       68221 SCHLUMBERGER LTD             96.210      500,500.00
7/21      26,000       68443 AT&T INC                     31.780      827,320.00
7/21      15,600       68661 TIME WARNER INC              13.880      217,152.00
7/21       4,400       68883 UNITED PARCEL SVC INC        56.550      248,996.00
                             CLASS B
7/21       4,400       69105 UNITED TECHNOLOGIES CORP     59.270      260,964.00

                             CONTINUED ON PAGE      3
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                           7/31/08          3
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK           NY 10017                            1-KW387-3-0      ******9792


 7/21    12,400            69327 VERIZON COMMUNICATIONS    34.570       429,164.00
 7/21    12,400            69549 WELLS FARGO & CO NEW      23.480       291,648.00
 7/21    10,000            69771 WAL-MART STORES INC       55.930       559,700.00
 7/21    23,200            69993 EXXON MOBIL CORP          81.040     1,881,056.00
 7/21                            FIDELITY SPARTAN            DIV                              66.85
                                 U S TREASURY MONEY MARKET
                                 DIV 07/21/08
 7/21            54,172    70379 FIDELITY SPARTAN            1                             54,172.00
                                 U S TREASURY MONEY MARKET
 7/21         3,050,000    70761 U S TREASURY BILL         99.885                       3,046,492.50
                                 DUE 8/21/2008
                                     8/21/2008
 7/21         4,875,000    71163 U S TREASURY BILL         99.830                       4,866,712.50
                                 DUE 9/04/2008
                                     9/04/2008
 7/21        11,000,000    71377 U S TREASURY BILL         99.808                      10,978,880.00
                                 DUE 9/11/2008
                                     9/11/2008
 7/21         6,800,000    71591 U S TREASURY BILL         99.760                       6,783,680.00
                                 DUE 9/25/2008
                                     9/25/2008
 7/21  3,225,000           71804 U S TREASURY BILL         99.508     3,209,133.00
                                 DUE 11/13/2008
                                     11/13/2008
 7/21    16,923            72950 FIDELITY SPARTAN            1           16,923.00
                                 U S TREASURY MONEY MARKET

                           CONTINUED ON PAGE    4
```

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                           7/31/08        4
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK          NY 10017                              1-KW387-3-0    ******9792


7/22    475,000              73187 U S TREASURY BILL         99.516    472,701.00
                                   DUE 11/13/2008
                                          11/13/2008
7/22      6,899              73408 FIDELITY SPARTAN               1      6,899.00
                                   U S TREASURY MONEY MARKET
7/23              6,600,000 73945 U S TREASURY BILL          99.722               6,581,652.00
                                   DUE 10/02/2008
                                          10/02/2008
7/23  6,025,000              74181 U S TREASURY BILL         99.450  5,991,862.50
                                   DUE 11/20/08
                                          11/20/2008
7/23                               FIDELITY SPARTAN          DIV                         1.58
                                   U S TREASURY MONEY MARKET
                                   DIV 07/23/08
7/23              23,822 73722    FIDELITY SPARTAN               1                    23,822.00
                                   U S TREASURY MONEY MARKET
7/23     14,413              74412 FIDELITY SPARTAN               1     14,413.00
                                   U S TREASURY MONEY MARKET
7/28                               CHECK WIRE                CW        500,000.00
7/28                               FIDELITY SPARTAN          DIV                         2.78
                                   U S TREASURY MONEY MARKET
                                   DIV 07/28/08
7/28              14,413 74646    FIDELITY SPARTAN               1                    14,413.00
                                   U S TREASURY MONEY MARKET
7/28             500,000 74823    U S TREASURY BILL          99.669                  498,345.00
                                   DUE 10/09/2008
                                          10/09/2008

                                   CONTINUED ON PAGE    5
```

MDPTPP04133604

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                    7/31/08         5
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK            NY 10017                        1-KW387-3-0    ******9792


7/28    12,761           74875  FIDELITY SPARTAN            1       12,761.00
                                U S TREASURY MONEY MARKET

                                NEW BALANCE                         379,901.48

                                SECURITY POSITIONS         MKT PRICE
        26,000                  AT&T INC                    30.810
         6,800                  ABBOTT LABORATORIES         56.340
         9,200                  ALTRIA GROUP INC            20.350
         5,200                  AMERICAN EXPRESS COMPANY    37.120
        11,600                  AMERICAN INTL GROUP INC     26.050
         4,800                  AMGEN INC                   62.630
         3,200                  ANHEUSER BUSCH COS INC      67.760
         4,000                  APPLE INC                  158.950
        19,200                  BANK OF AMERICA             32.900
         2,800                  BAXTER INTERNATIONAL INC    68.610
         3,200                  BOEING CO                   61.110
         8,800                  BRISTOL MYERS SQUIBB COMPANY 21.120
         6,400                  CVS CAREMARK CORP           36.500
         2,800                  CATERPILLAR INC             69.520
         9,200                  CHEVRON CORP                84.560
        26,400                  CISCO SYSTEMS INC           21.990
        23,600                  CITI GROUP INC              18.690
         8,800                  COCA COLA CO                51.500
        12,800                  COMCAST CORP                20.620
                                CL A

                                CONTINUED ON PAGE     6
```

MDPTPP04133605

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                      7/31/08        6
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK           NY 10017                       1-KW387-3-0    ******9792


       6,800          CONOCOPHILIPS                    81.620
       8,800          DELL INC                         24.570
       8,400          THE WALT DISNEY CO               30.350
       2,800          EXELON CORP                      78.620
      23,200          EXXON MOBIL CORP                 80.430
      43,600          GENERAL ELECTRIC CO              28.290
       1,600          GOLDMAN SACHS GROUP INC         184.040
       1,200          GOOGLE                          473.750
      10,800          HEWLETT PACKARD CO               44.800
      24,800          INTEL CORP                       22.190
       6,000          INTERNATIONAL BUSINESS MACHS    127.980
      14,400          J.P. MORGAN CHASE & CO           40.630
      12,400          JOHNSON & JOHNSON                68.470
       6,800          KRAFT FOOD INC                   31.820
       4,800          MCDONALDS CORP                   59.790
       4,800          MEDTRONIC INC                    52.830
       9,200          MERCK & CO                       32.900
      35,200          MICROSOFT CORP                   25.720
      17,200          ORACLE CORPORATION               21.530
       6,800          PEPSICO INC                      66.560
      29,600          PFIZER INC                       18.670
       9,200          PHILLIP MORRIS INTERNATIONAL     51.650
      13,600          PROCTER & GAMBLE CO              65.480
       5,200          SCHLUMBERGER LTD                101.600
      12,761          FIDELITY SPARTAN                      1
                      U S TREASURY MONEY MARKET

                      CONTINUED ON PAGE     7
```

MDPTPP04133606

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                  7/31/08        7
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK            NY 10017                     1-KW387-3-0   ******9792


     3,200              3M COMPANY                70.390
    15,600              TIME WARNER INC           14.320
     4,400              UNITED PARCEL SVC INC     63.080
                        CLASS B
 6,100,000              U S TREASURY BILL         99.689
                        DUE 10/09/2008
                                10/09/2008
 6,600,000              U S TREASURY BILL         99.656
                        DUE 10/16/2008
                                10/16/2008
 4,875,000              U S TREASURY BILL         99.624
                        DUE 10/23/2008
                                10/23/2008
 4,875,000              U S TREASURY BILL         99.585
                        DUE 10/30/2008
                                10/30/2008
 3,700,000              U S TREASURY BILL         99.513
                        DUE 11/13/2008
                                11/13/2008
 6,025,000              U S TREASURY BILL         99.484
                        DUE 11/20/08
                                11/20/2008
     4,400              UNITED TECHNOLOGIES CORP  63.980
    12,400              VERIZON COMMUNICATIONS    34.040
    10,000              WAL-MART STORES INC       58.620
```

CONTINUED ON PAGE    8

MDPTPP04133607

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                                      7/31/08       8
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK           NY 10017                          1-KW387-3-0   ******9792


    12,400               WELLS FARGO & CO NEW        30.270

                       MARKET VALUE OF SECURITIES
                             LONG          SHORT
                        55,299,160.75
```

MDPTPP04133608

```
PJ ADMINISTRATOR, LLC
C/O AMERICAN SECURITIES, LP                              7/31/08         9
ATTN: DAVID CAMHI
666 THIRD AVENUE
NEW YORK        NY 10017              1-KW387-3-0    ******9792


                    YEAR-TO-DATE SUMMARY

           DIVIDENDS                                       249,212.01
           GROSS PROCEEDS FROM SALES                   222,918,153.67
```

MDPTPP04133609