# EXHIBIT 10

CUSTOMER CLAIM

Bernard L. Madoff Investment Securities LLC

Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

Claim Number:                     006433

Claim Number
Date Received

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**DECEMBER 11, 2008**

**RECEIVED**

MAR 0 4 2009

**(Please print or type)**

**Name of Customer:** Ralph A. Siciliano ("Claimant")

**Mailing Address:** Redacted

**City:** Redacted    **State:** Redacted    **Zip:** Redacted

**Account No.:** Claimant maintained account number Redacted5002 at Bear Stearns, which functioned as IRA custodian for Claimant's IRA investment in P.J. Administrator LLC, which, in turn, wholly invested with Bernard L. Madoff Investment Securities LLC ("Broker") through account numbers 1-KW387-3-0 and 1-FN086-4-0 (collectively, the "Accounts").

**Taxpayer I.D. Number (Social Security No.):** Redacted2511

NOTE: **BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY THE ACCOMPANYING INSTRUCTION SHEET. A SEPARATE CLAIM FORM SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE RECEIVED BY THE TRUSTEE ON OR BEFORE MARCH 4, 2009. CLAIMS RECEIVED AFTER THAT DATE, BUT ON OR BEFORE JULY 2, 2009, WILL BE SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY CERTIFIED MAIL – RETURN RECEIPT REQUESTED.**

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

Claim for money balances as of **December 11, 2008**:

1.

   a.    The Broker owes me a Credit (Cr.) Balance of      $36,189.26[1]

   b.    I owe the Broker a Debit (Dr.) Balance of      $    N/A

   c.    If you wish to repay the Debit Balance, please insert the amount you wish to repay and attach a check payable to "Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC." If you wish to make a payment, **it must be enclosed** with this claim form.      $    N/A

     If balance is zero, insert "None."      N/A

---

[1] On February 20, 2009, the SIPC Trustee presided over the first meeting of the Broker's creditors. At that meeting, the Trustee stated that he had found no evidence that the Broker purchased any securities for his customers for at least 13 years. As a result, the Trustee indicated that claims for reimbursement will be based on the net of investors' cash deposits and withdrawals with the Broker. For these reasons, the answer to question 1(a) above reflects the net cash that Claimant deposited with Bear Stearns as custodian for Claimant's IRA. That IRA was fully invested with P.J. Administrator LLC ("PJ"). PJ, in turn, deposited Claimant's net cash into the Accounts with the Broker.

Attached hereto as Exhibit 1 is a copy of a cancelled check, made payable to Bear Stearns FBO Ralph A. Siciliano, in the amount of $35,707.57, which was used as initial funding for Claimant's IRA. Exhibit 2 is a copy of Claimant's Bear Stearns IRA account statement for the period March 31, 2007 through April 30, 2007, which shows Claimant's additional deposit of $481.69 on page 5 thereof. These deposits, totaling $36,189.26, were fully invested with PJ. The schedule that Claimant received from PJ, which sets forth Claimant's entire investment activity (Exhibit 3), reflects PJ's receipt and credit of the two deposits mentioned above. That Exhibit also confirms Claimant's net cash deposits of $36,189.26. As explained above, PJ deposited Claimant's net cash into the Accounts with the Broker.

2.    Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|   |   | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| | The Broker owes Claimant a total of $44,548 in securities.[2] | | |
| | | | |
| | | | |

Number of Shares or Face Amount of Bonds

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclosed, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation. You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.

---

[2] This total balance is reflected in the last column of Exhibit 3. Exhibit 4 is a schedule that Claimant received from PJ setting forth the securities that the Broker claimed to have purchased on behalf of Claimant in November 2008.

[851975-2]                                    2

MWPTAP00386519

**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:  IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A
SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM
FORM WILL BE RETURNED FOR YOUR COMPLETION.**

| | | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or polices of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in ay way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | X[3] | |
| 9. | Have you or any member of you family ever filed a claim under the Securities Investor Protection Act of 1970?  If so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form:

---

[3] Claimant granted PJ discretionary authority to execute securities transactions with the Broker. PJ's address is PJ Administrator LLC, 666 Third Avenue, 29th Floor, New York, New York 10017-4001.

[851975-2]                                                        3

MWPTAP00386520

If you cannot compute the amount of your claim, you may file an estimated claim.  In that case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM. CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY INFORMATION AND BELIEF.**

Date _____3/3/09_____        Signature _____

Date _____        Signature _____

(If ownership of the account is shared, all must sign above.  Give each owner's name, address, phone number, and extent of ownership on a signed separate sheet.  If other than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity and authority.  Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly, together with supporting documentation, etc. to:**

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX  75201

[851975-1]                    4

MWPTAP00386521

**EXHIBIT 1**

MWPTAP00386522

JOEL S HIRSCHTRITT TTEE
MICHAEL G TANNENBAUM TTEE    14    091506    0092253185
TANNENBAUM HELPERN SYRACUSE
900 3RD AVE
NEW YORK, NY 10022

1138

80-568/1012

Date Sept. 14, 2006

Pay to the
Order of  Bear Stearns FBO Ralph A. Siciliano                  $ 35,707.57

Thirty Five Thousand Seven Hundred Seven And 57/XX                Dollars

**Fidelity Investments®**

United Missouri Bank
Warsaw, Missouri

EXPENSE CODE

SS#: Redacted_2511
For A/c: Redacted 02-15

⑆10 20568⑆ ⑆1 1138⑆⑆ Redacted 6515⑆⑆ ⑆00035707 57⑆

MWPTAP00386523

PAY TO THE ORDER OF

CITIBANK

BEAR STEARNS SECURITIES CORP.

a/c              3-186

to the credit of the within named account

ABSENCE of Endorsement Guaranteed

BEAR STEARNS SECURITIES CORP.

MWPTAP00386524

**EXHIBIT 2**

MWPTAP00386525

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

RALPH A SICILIANO IRA R/O

| | |
|---|---|
| STATEMENT PERIOD | March 31, 2007 |
| THROUGH | April 30, 2007 |
| ACCOUNT NUMBER | Redacted2 R/2 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | March 30, 2007 |

INVESTMENT PROFESSIONAL   FLEISHMAN,NELSON
TELEPHONE/EMAIL   (212)272-666-/ nfleishman@bear.com
VISIT OUR WEBSITE   www.bearstearns.com

## What's In This Statement

| | |
|---|---|
| Financial Summary ...................................... | 3 |
| Your Portfolio Holdings .............................. | 4 |
| Transaction Detail ...................................... | 5 |
| Fund Activity ............................................. | 5 |
| Your Messages .......................................... | 6 |

RALPH A SICILIANO IRA R/O
BEAR STEARNS SEC CORP CUST
Redacted

## Your Portfolio at a Glance

| | |
|---|---|
| MONEY MARKET FUND BALANCE | 504   Cash & Equivalent |
| NET EQUITY THIS PERIOD | $504 |
| NET EQUITY LAST STATEMENT | 22 |
| CHANGE SINCE LAST STATEMENT | 482 |

*This portfolio includes one or more unpriced securities that are not reflected in the Total Value of Securities and the Net Equity This Period.

There are no "Stop Loss" orders or other pending buy or sell orders on file for your account.

## Market Value of Your Portfolio

$22   Current market value

Last statement's market value

$504

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to client Services at 800-434-1420; or write to Client Services at Bear, Stearns Securities Corp., One Metrotech Center North, Brooklyn, N.Y., 11201-3859.

027

SIPC This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for our records. See reverse side for important information.

05f01s07s08s34   001                    V009

MWPTAP00386526

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

RALPH A SICILIANO IRA R/O

2 of 6

STATEMENT BACKER IS PRINTED ON THIS PAGE

V009

05/01/07/08/34  001

027

MWPTAP00386527

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

RALPH A SICILIANO IRA R/O

| | |
|---|---|
| STATEMENT PERIOD | March 31, 2007 |
| THROUGH | April 30, 2007 |
| ACCOUNT NUMBER | Redacted: RJ2 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | March 30, 2007 |

3 of 6

## Cash Flow Analysis

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| OpeningBalance | $0.00 | |
| Money Fund | 0.71 | |
| Funds Deposited | 481.69 | |
| Amount Credited | $482.40 | |
| Money Fund | -482.40 | |
| Amount Debited | $-482.40 | |
| ClosingBalance | $0.00 | |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Dividends | 0.71 | 1.14 |
| Total | $0.71 | $1.14 |

## Retirement Plan
### TRADITIONAL/IRA ACCOUNT

| | 2007 (YTD) | 1996 (YTD) |
|---|---|---|
| Contributions | 0.00 | 0.00 |
| Catch-Up Contributions | 0.00 | 0.00 |
| Rollovers | 481.69 | |
| Distributions | 0.00 | |
| Federal Tax Withheld | 0.00 | |
| State Tax Withheld | 0.00 | |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | 504 |
| Total | $504 |

**Your Portfolio Allocation**



Cash & Equivalent
100%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

V009

0501/07.0834 001

027



MWPTAP00386528

08-01789-cgm   Doc 19204-10   Filed 12/09/19   Entered 12/09/19 18:26:19   Exhibit 10
Pg 13 of 23

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY
Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

RALPH A SICILIANO IRA R/O

STATEMENT PERIOD   March 31, 2007
THROUGH   April 30, 2007

ACCOUNT NUMBER   Redacted-2 RI2
TAXPAYER NUMBER   On File
LAST STATEMENT   March 30, 2007

4 d 6

## Your Portfolio Holdings

### CASH & CASH EQUIVALENTS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE |
|---|---|---|---|---|
| BEAR STEARNS TEMPFUND | BTVXX | 503.98 | 1.0000 | 504 |
| PRIVATE CLIENT SHS | | | | |
| TOTAL CASH & CASH EQUIVALENTS | | | | $504 |

## EQUITIES

### Equities & Options

Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of this research be sent to them.

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | ESTIMATED YIELD (%) |
|---|---|---|---|---|---|---|---|
| PJ ADMINISTRATOR LLC PVT PLACEMENT | 9313636 | CASH | 35,707 | Unpriced | $0 | $0 | |
| Total Equities& Options | | | | | $0 | $0 | |
| TOTAL EQUITIES | | | | | | | |

| YOUR PRICED PORTFOLIO HOLDINGS | | | | $504 |
|---|---|---|---|---|

027

050/0197-03-24 001

V009



MWPTAP00386529

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co., Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

RALPH A SICILIANO IRA R/O

| | |
|---|---|
| STATEMENT PERIOD | March 31, 2007 |
| THROUGH | April 30, 2007 |
| ACCOUNT NUMBER | Redacted₂ R/2 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | March 30, 2007 |

5 of 6

## Transaction Detail

### DEPOSITS AND WITHDRAWALS

| DATE | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 04/20/07 | DEPOSIT | TANNENBAUM HELPER OO BS R A SICILIANO  A/O 4/19 CRTBK  DIRECT R/O | | 481.69 |
| TOTAL | | | | $481.69 |

### MONEY FUND ACTIVITY

| DATE MO/DAY | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/31/07 | | OPENING BALANCE | | 21.58 | | | |
| 04/20/07 | FUND | BEAR STEARNS TEMPFUND PRIVATE CLIENT SHS INTRA-DAY  PURCHASE | BTVXX | 481.69 | | 481.69 | |
| 04/30/07 | DIVIDEND | BEAR STEARNS TEMPFUND PRIVATE CLIENT SHS MONTHLY DIVIDEND   3/30- 4/29 | BTVXX | | | | 0.71 |
| 04/30/07 | REINVEST | BEAR STEARNS TEMPFUND PRIVATE CLIENT SHS MONTHLY DIVIDEND  REINVESTED | BTVXX | 0.71 | | 0.71 | |
| 04/30/07 | | CLOSING BALANCE | | 503.98 | | | |
| TOTAL | | | | | | $-482.40 | $0.71 |

027

0S00197-08:34  001

V099

MWPTAP00386530

# BEAR STEARNS

6 of 6

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co., Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

RALPH A SCILIANO IRA R/O

| STATEMENT PERIOD | March 31, 2007 |
| THROUGH | April 30, 2007 |

| ACCOUNT NUMBER | Redacted2, R12 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | March 30, 2007 |

## Your messages

You are advised to promptly report any inaccuracy or discrepancy in your account to your broker and Bear, Stearns Securities Corp. ("BSSC") at the telephone numbers listed on the front of this statement. In order to protect your rights, including any rights under the Securities Investor Protection Act ("SIPA"), any such communications should be reconfirmed in writing to your broker and BSSC at the addresses which appear on the front of this statement.

 STOP ****** End of Statement******

0501007.06:34 001

027

V009

MWPTAP00386531

**EXHIBIT 3**

MWPTAP00386532

TOTAL SUMMARY OF TRANSACTIONS - Ralph Siciliano IRA

| YEAR/ MONTH | OPENING BALANCE | ADDITIONS | WITHDRAWALS | INCOME | ENDING BALANCE | |
|---|---|---|---|---|---|---|
| 1996 | | | | | | |
| 1997 | - | | | | - | |
| 1998 | - | | | | - | |
| 1999 | - | | | | - | |
| 2000 | - | | | | - | |
| 2001 | - | | | | - | |
| 2002 | - | | | | - | |
| 2003 | - | | | | - | |
| 2004 | - | | | | - | |
| 2005 | - | | | | - | |
| Jan-06 | | | | | - | |
| Feb-06 | - | | | | - | |
| Mar-06 | - | | | | - | |
| Apr-06 | - | | | | - | |
| May-06 | - | | | | - | |
| Jun-06 | - | | | | - | |
| Jul-06 | - | | | | - | |
| Aug-06 | - | | | | - | |
| Sep-06 | - | | | | - | |
| Oct-06 | - | 35,708 | | 463 | 36,171 | |
| Nov-06 | 36,171 | | | 338 | 36,509 | |
| Dec-06 | 36,509 | | | 215 | 36,724 | (235) |
| Jan-07 | 36,724 | | | 190 | 36,914 | |
| Feb-07 | 36,914 | | | (76) | 36,838 | |
| Mar-07 | 36,838 | | | 810 | 37,648 | |
| Apr-07 | 37,648 | | | 481 | 38,129 | |
| May-07 | 38,129 | 482 | | 348 | 38,959 | |
| Jun-07 | 38,959 | | | 360 | 39,319 | |
| Jul-07 | 39,319 | | | 179 | 39,498 | |
| Aug-07 | 39,498 | | | 188 | 39,686 | |
| Sep-07 | 39,686 | | | 501 | 40,187 | |
| Oct-07 | 40,187 | | | 241 | 40,428 | |
| Nov-07 | 40,428 | | | 542 | 40,970 | |
| Dec-07 | 40,970 | | | 240 | 41,210 | 73 |
| Jan-08 | 41,210 | | | 290 | 41,500 | |
| Feb-08 | 41,500 | | | 180 | 41,680 | |
| Mar-08 | 41,680 | | | 216 | 41,896 | |
| Apr-08 | 41,896 | | | 399 | 42,295 | |
| May-08 | 42,295 | | | 574 | 42,869 | |
| Jun-08 | 42,869 | | | 144 | 43,013 | |
| Jul-08 | 43,013 | | | 76 | 43,089 | |
| Aug-08 | 43,089 | | | 433 | 43,522 | |
| Sep-08 | 43,522 | | | 478 | 44,000 | |
| Oct-08 | 44,000 | | | 86 | 44,086 | |
| Nov-08 | 44,086 | | | 462 | 44,548 | |
| Dec-08 | 44,548 | | | | 44,548 | |
| | | | | | | |
| | | | | | | |
| Total | | 36,190 | - | 8,358 | 44,548 | |

MWPTAP00386533

**EXHIBIT 4**

MWPTAP00386534

RALPH SICILIANO IRA

| TRADE DATE | STOCK | TYPE OF ASSET | # OF SHARES BOUGHT |
|---|---|---|---|
| 11/6/2008 | 3M COMPANY | COMMON STOCK | 2.62 |
| 11/7/2008 | 3M COMPANY | COMMON STOCK | 1.81 |
| 11/10/2008 | 3M COMPANY | COMMON STOCK | 2.23 |
| 11/25/2008 | 3M COMPANY | COMMON STOCK | 0.88 |
| 11/6/2008 | ABBOTT LABORATORIES | COMMON STOCK | 5.99 |
| 11/7/2008 | ABBOTT LABORATORIES | COMMON STOCK | 4.13 |
| 11/10/2008 | ABBOTT LABORATORIES | COMMON STOCK | 5.10 |
| 11/25/2008 | ABBOTT LABORATORIES | COMMON STOCK | 2.00 |
| 11/6/2008 | ALTRIA GROUP INC. | COMMON STOCK | 7.86 |
| 11/7/2008 | ALTRIA GROUP INC. | COMMON STOCK | 5.43 |
| 11/10/2008 | ALTRIA GROUP INC. | COMMON STOCK | 6.69 |
| 11/25/2008 | ALTRIA GROUP INC. | COMMON STOCK | 2.63 |
| 11/6/2008 | AMGEN INC. | COMMON STOCK | 4.12 |
| 11/7/2008 | AMGEN INC. | COMMON STOCK | 2.84 |
| 11/10/2008 | AMGEN INC. | COMMON STOCK | 3.51 |
| 11/25/2008 | AMGEN INC. | COMMON STOCK | 1.38 |
| 11/6/2008 | APPLE INC. | COMMON STOCK | 3.37 |
| 11/7/2008 | APPLE INC. | COMMON STOCK | 2.33 |
| 11/10/2008 | APPLE INC. | COMMON STOCK | 2.87 |
| 11/25/2008 | APPLE INC. | COMMON STOCK | 1.13 |
| 11/6/2008 | AT&T INC. | COMMON STOCK | 22.46 |
| 11/7/2008 | AT&T INC. | COMMON STOCK | 14.99 |
| 11/10/2008 | AT&T INC. | COMMON STOCK | 19.76 |
| 11/25/2008 | AT&T INC. | COMMON STOCK | 7.52 |
| 11/6/2008 | BANK OF AMERICA | COMMON STOCK | 19.46 |
| 11/7/2008 | BANK OF AMERICA | COMMON STOCK | 13.18 |
| 11/10/2008 | BANK OF AMERICA | COMMON STOCK | 16.57 |
| 11/25/2008 | BANK OF AMERICA | COMMON STOCK | 6.39 |
| 11/6/2008 | BANK OF NEW YORK MELLON CORP. | COMMON STOCK | 4.49 |
| 11/7/2008 | BANK OF NEW YORK MELLON CORP. | COMMON STOCK | 2.84 |
| 11/10/2008 | BANK OF NEW YORK MELLON CORP. | COMMON STOCK | 3.82 |
| 11/25/2008 | BANK OF NEW YORK MELLON CORP. | COMMON STOCK | 1.50 |
| 11/6/2008 | BAXTER INTERNATIONAL INC. | COMMON STOCK | 0.68 |
| 11/7/2008 | BAXTER INTERNATIONAL INC. | COMMON STOCK | 1.55 |
| 11/10/2008 | BAXTER INTERNATIONAL INC. | COMMON STOCK | 2.23 |
| 11/25/2008 | BAXTER INTERNATIONAL INC. | COMMON STOCK | 0.75 |
| 11/6/2008 | BOEING CO. | COMMON STOCK | 2.99 |
| 11/7/2008 | BOEING CO. | COMMON STOCK | 2.07 |
| 11/10/2008 | BOEING CO. | COMMON STOCK | 2.55 |
| 11/6/2008 | BRISTOL MAYERS SQUIBB COMPANY | COMMON STOCK | 7.49 |
| 11/7/2008 | BRISTOL MAYERS SQUIBB COMPANY | COMMON STOCK | 5.17 |
| 11/10/2008 | BRISTOL MAYERS SQUIBB COMPANY | COMMON STOCK | 6.69 |
| 11/25/2008 | BRISTOL MAYERS SQUIBB COMPANY | COMMON STOCK | 2.51 |
| 11/6/2008 | CHEVRON CORP. | COMMON STOCK | 7.86 |
| 11/7/2008 | CHEVRON CORP. | COMMON STOCK | 5.43 |
| 11/10/2008 | CHEVRON CORP. | COMMON STOCK | 7.01 |
| 11/25/2008 | CHEVRON CORP. | COMMON STOCK | 2.63 |
| 11/6/2008 | CISCO SYSTEMS INC. | COMMON STOCK | 22.83 |
| 11/7/2008 | CISCO SYSTEMS INC. | COMMON STOCK | 15.25 |
| 11/10/2008 | CISCO SYSTEMS INC. | COMMON STOCK | 19.44 |
| 11/25/2008 | CISCO SYSTEMS INC. | COMMON STOCK | 7.52 |

MWPTAP00386535

| | | | |
|---|---|---|---|
| 11/6/2008 | CITIGROUP INC. | COMMON STOCK | 20.96 |
| 11/7/2008 | CITIGROUP INC. | COMMON STOCK | 13.95 |
| 11/10/2008 | CITIGROUP INC. | COMMON STOCK | 18.17 |
| 11/25/2008 | CITIGROUP INC. | COMMON STOCK | 7.27 |
| 11/6/2008 | COCA COLA INC. | COMMON STOCK | 7.49 |
| 11/7/2008 | COCA COLA INC. | COMMON STOCK | 5.17 |
| 11/10/2008 | COCA COLA INC. | COMMON STOCK | 6.69 |
| 11/25/2008 | COCA COLA INC. | COMMON STOCK | 2.51 |
| 11/25/2008 | COLGATE POLMOLIVE CO | COMMON STOCK | 0.63 |
| 11/6/2008 | COMCAST CORP | COMMON STOCK | 11.23 |
| 11/7/2008 | COMCAST CORP | COMMON STOCK | 7.49 |
| 11/10/2008 | COMCAST CORP | COMMON STOCK | 9.56 |
| 11/25/2008 | COMCAST CORP | COMMON STOCK | 3.63 |
| 11/6/2008 | CONOCOPHILIPS | COMMON STOCK | 5.99 |
| 11/7/2008 | CONOCOPHILIPS | COMMON STOCK | 3.88 |
| 11/10/2008 | CONOCOPHILIPS | COMMON STOCK | 5.10 |
| 11/25/2008 | CONOCOPHILIPS | COMMON STOCK | 2.00 |
| 11/6/2008 | CVS CAREMARK CORP. | COMMON STOCK | 5.61 |
| 11/7/2008 | CVS CAREMARK CORP. | COMMON STOCK | 3.62 |
| 11/10/2008 | CVS CAREMARK CORP. | COMMON STOCK | 4.78 |
| 11/25/2008 | CVS CAREMARK CORP. | COMMON STOCK | 1.88 |
| 11/25/2008 | EXELON CORP | COMMON STOCK | 0.88 |
| 11/6/2008 | EXXON MOBIL CORP. | COMMON STOCK | 20.21 |
| 11/7/2008 | EXXON MOBIL CORP. | COMMON STOCK | 13.70 |
| 11/10/2008 | EXXON MOBIL CORP. | COMMON STOCK | 17.21 |
| 11/25/2008 | EXXON MOBIL CORP. | COMMON STOCK | 6.77 |
| 11/6/2008 | GENERAL ELECTRIC  CO. | COMMON STOCK | 40.05 |
| 11/7/2008 | GENERAL ELECTRIC  CO. | COMMON STOCK | 27.13 |
| 11/10/2008 | GENERAL ELECTRIC  CO. | COMMON STOCK | 34.74 |
| 11/25/2008 | GENERAL ELECTRIC  CO. | COMMON STOCK | 13.78 |
| 11/6/2008 | GOLDMAN SACHS GROUP INC. | COMMON STOCK | 1.50 |
| 11/7/2008 | GOLDMAN SACHS GROUP INC. | COMMON STOCK | 1.03 |
| 11/10/2008 | GOLDMAN SACHS GROUP INC. | COMMON STOCK | 1.59 |
| 11/6/2008 | GOOGLE | COMMON STOCK | 0.75 |
| 11/7/2008 | GOOGLE | COMMON STOCK | 0.52 |
| 11/10/2008 | GOOGLE | COMMON STOCK | 0.64 |
| 11/25/2008 | GOOGLE | COMMON STOCK | 0.25 |
| 11/6/2008 | HEWLETT PACKARD CO. | COMMON STOCK | 9.36 |
| 11/7/2008 | HEWLETT PACKARD CO. | COMMON STOCK | 6.46 |
| 11/10/2008 | HEWLETT PACKARD CO. | COMMON STOCK | 8.29 |
| 11/25/2008 | HEWLETT PACKARD CO. | COMMON STOCK | 3.13 |
| 11/6/2008 | HOME DEPOT INC. | COMMON STOCK | 6.74 |
| 11/7/2008 | HOME DEPOT INC. | COMMON STOCK | 4.39 |
| 11/10/2008 | HOME DEPOT INC. | COMMON STOCK | 5.74 |
| 11/25/2008 | HOME DEPOT INC. | COMMON STOCK | 2.13 |
| 11/6/2008 | INTEL CORP | COMMON STOCK | 21.34 |
| 11/7/2008 | INTEL CORP | COMMON STOCK | 14.47 |
| 11/10/2008 | INTEL CORP | COMMON STOCK | 18.80 |
| 11/25/2008 | INTEL CORP | COMMON STOCK | 7.27 |
| 11/6/2008 | INTERNATIONAL BUSINESS MACHS | COMMON STOCK | 5.24 |
| 11/7/2008 | INTERNATIONAL BUSINESS MACHS | COMMON STOCK | 3.62 |
| 11/10/2008 | INTERNATIONAL BUSINESS MACHS | COMMON STOCK | 4.46 |
| 11/25/2008 | INTERNATIONAL BUSINESS MACHS | COMMON STOCK | 1.75 |
| 11/6/2008 | J.P. MORGAN CHASE & CO. | COMMON STOCK | 14.22 |

MWPTAP00386536

| Date | Company | Type | Value |
|---|---|---|---|
| 11/7/2008 | J.P. MORGAN CHASE & CO. | COMMON STOCK | 9.82 |
| 11/10/2008 | J.P. MORGAN CHASE & CO. | COMMON STOCK | 12.11 |
| 11/25/2008 | J.P. MORGAN CHASE & CO. | COMMON STOCK | 4.76 |
| 11/6/2008 | JOHNSON & JOHNSON | COMMON STOCK | 10.86 |
| 11/7/2008 | JOHNSON & JOHNSON | COMMON STOCK | 7.24 |
| 11/10/2008 | JOHNSON & JOHNSON | COMMON STOCK | 9.24 |
| 11/25/2008 | JOHNSON & JOHNSON | COMMON STOCK | 3.63 |
| 11/6/2008 | KRAFT FOOD INC. | COMMON STOCK | 5.99 |
| 11/7/2008 | KRAFT FOOD INC. | COMMON STOCK | 3.88 |
| 11/10/2008 | KRAFT FOOD INC. | COMMON STOCK | 5.10 |
| 11/25/2008 | KRAFT FOOD INC. | COMMON STOCK | 1.88 |
| 11/6/2008 | MCDONALDS CORP. | COMMON STOCK | 4.49 |
| 11/7/2008 | MCDONALDS CORP. | COMMON STOCK | 2.84 |
| 11/10/2008 | MCDONALDS CORP. | COMMON STOCK | 3.82 |
| 11/25/2008 | MCDONALDS CORP. | COMMON STOCK | 1.38 |
| 11/6/2008 | MEDTRONIC INC. | COMMON STOCK | 4.49 |
| 11/7/2008 | MEDTRONIC INC. | COMMON STOCK | 2.84 |
| 11/10/2008 | MEDTRONIC INC. | COMMON STOCK | 3.82 |
| 11/25/2008 | MEDTRONIC INC. | COMMON STOCK | 1.50 |
| 11/6/2008 | MERCK & CO. | COMMON STOCK | 8.23 |
| 11/7/2008 | MERCK & CO. | COMMON STOCK | 5.69 |
| 11/10/2008 | MERCK & CO. | COMMON STOCK | 7.01 |
| 11/25/2008 | MERCK & CO. | COMMON STOCK | 2.76 |
| 11/6/2008 | MICROSOFT CORP. | COMMON STOCK | 30.32 |
| 11/7/2008 | MICROSOFT CORP. | COMMON STOCK | 20.67 |
| 11/10/2008 | MICROSOFT CORP. | COMMON STOCK | 25.82 |
| 11/25/2008 | MICROSOFT CORP. | COMMON STOCK | 10.02 |
| 11/6/2008 | OCCIDENTAL PETROLEUM CORP. | COMMON STOCK | 3.37 |
| 11/7/2008 | OCCIDENTAL PETROLEUM CORP. | COMMON STOCK | 2.07 |
| 11/10/2008 | OCCIDENTAL PETROLEUM CORP. | COMMON STOCK | 2.87 |
| 11/25/2008 | OCCIDENTAL PETROLEUM CORP. | COMMON STOCK | 1.13 |
| 11/6/2008 | ORACLE CORPORTION | COMMON STOCK | 15.35 |
| 11/7/2008 | ORACLE CORPORTION | COMMON STOCK | 10.34 |
| 11/10/2008 | ORACLE CORPORTION | COMMON STOCK | 13.07 |
| 11/25/2008 | ORACLE CORPORTION | COMMON STOCK | 5.01 |
| 11/6/2008 | PEPSICO INC. | COMMON STOCK | 5.99 |
| 11/7/2008 | PEPSICO INC. | COMMON STOCK | 4.13 |
| 11/10/2008 | PEPSICO INC. | COMMON STOCK | 5.10 |
| 11/25/2008 | PEPSICO INC. | COMMON STOCK | 2.00 |
| 11/6/2008 | PFIZER IINC. | COMMON STOCK | 25.83 |
| 11/7/2008 | PFIZER IINC. | COMMON STOCK | 17.57 |
| 11/10/2008 | PFIZER IINC. | COMMON STOCK | 22.63 |
| 11/25/2008 | PFIZER IINC. | COMMON STOCK | 8.65 |
| 11/6/2008 | PHILLIP MORRIS INTERNATIONAL | COMMON STOCK | 8.23 |
| 11/7/2008 | PHILLIP MORRIS INTERNATIONAL | COMMON STOCK | 5.43 |
| 11/10/2008 | PHILLIP MORRIS INTERNATIONAL | COMMON STOCK | 6.69 |
| 11/25/2008 | PHILLIP MORRIS INTERNATIONAL | COMMON STOCK | 2.63 |
| 11/6/2008 | PROCTER & GAMBLE CO. | COMMON STOCK | 11.60 |
| 11/7/2008 | PROCTER & GAMBLE CO. | COMMON STOCK | 8.01 |
| 11/10/2008 | PROCTER & GAMBLE CO. | COMMON STOCK | 9.88 |
| 11/25/2008 | PROCTER & GAMBLE CO. | COMMON STOCK | 3.76 |
| 11/6/2008 | QUALCOMM INC. | COMMON STOCK | 6.36 |
| 11/7/2008 | QUALCOMM INC. | COMMON STOCK | 4.39 |
| 11/10/2008 | QUALCOMM INC. | COMMON STOCK | 5.42 |

MWPTAP00386537

| Date | Name | Type | Amount |
|---|---|---|---|
| 11/25/2008 | QUALCOMM INC. | COMMON STOCK | 2.13 |
| 11/6/2008 | SCHLUMBERGER LTD. | COMMON STOCK | 4.49 |
| 11/7/2008 | SCHLUMBERGER LTD. | COMMON STOCK | 3.10 |
| 11/10/2008 | SCHLUMBERGER LTD. | COMMON STOCK | 4.14 |
| 11/25/2008 | SCHLUMBERGER LTD. | COMMON STOCK | 1.50 |
| 11/6/2008 | THE WALT DISNEY CO. | COMMON STOCK | 7.49 |
| 11/7/2008 | THE WALT DISNEY CO. | COMMON STOCK | 4.91 |
| 11/10/2008 | THE WALT DISNEY CO. | COMMON STOCK | 6.06 |
| 11/25/2008 | THE WALT DISNEY CO. | COMMON STOCK | 2.38 |
| 11/6/2008 | TIME WARNER INC. | COMMON STOCK | 13.85 |
| 11/7/2008 | TIME WARNER INC. | COMMON STOCK | 9.30 |
| 11/10/2008 | TIME WARNER INC. | COMMON STOCK | 11.47 |
| 11/25/2008 | TIME WARNER INC. | COMMON STOCK | 4.64 |
| 11/6/2008 | U S BANCORP | COMMON STOCK | 6.74 |
| 11/7/2008 | U S BANCORP | COMMON STOCK | 4.65 |
| 11/10/2008 | U S BANCORP | COMMON STOCK | 5.74 |
| 11/25/2008 | U S BANCORP | COMMON STOCK | 2.26 |
| 11/6/2008 | UNITED PARCEL SVC. INC. | COMMON STOCK | 3.74 |
| 11/7/2008 | UNITED PARCEL SVC. INC. | COMMON STOCK | 2.58 |
| 11/10/2008 | UNITED PARCEL SVC. INC. | COMMON STOCK | 3.19 |
| 11/25/2008 | UNITED PARCEL SVC. INC. | COMMON STOCK | 1.25 |
| 11/6/2008 | UNITED TECHNOLOGIES CORP. | COMMON STOCK | 3.74 |
| 11/7/2008 | UNITED TECHNOLOGIES CORP. | COMMON STOCK | 2.58 |
| 11/10/2008 | UNITED TECHNOLOGIES CORP. | COMMON STOCK | 3.19 |
| 11/25/2008 | UNITED TECHNOLOGIES CORP. | COMMON STOCK | 1.25 |
| 11/6/2008 | VERIZON COMMUNICATIONS | COMMON STOCK | 10.86 |
| 11/7/2008 | VERIZON COMMUNICATIONS | COMMON STOCK | 7.24 |
| 11/10/2008 | VERIZON COMMUNICATIONS | COMMON STOCK | 9.56 |
| 11/25/2008 | VERIZON COMMUNICATIONS | COMMON STOCK | 3.63 |
| 11/6/2008 | WAL-MART STORES INC | COMMON STOCK | 8.61 |
| 11/7/2008 | WAL-MART STORES INC | COMMON STOCK | 5.94 |
| 11/10/2008 | WAL-MART STORES INC | COMMON STOCK | 7.33 |
| 11/25/2008 | WAL-MART STORES INC | COMMON STOCK | 2.88 |
| 11/6/2008 | WELLS FARGO & CO. NEW | COMMON STOCK | 12.73 |
| 11/7/2008 | WELLS FARGO & CO. NEW | COMMON STOCK | 8.79 |
| 11/10/2008 | WELLS FARGO & CO. NEW | COMMON STOCK | 10.84 |
| 11/25/2008 | WELLS FARGO & CO. NEW | COMMON STOCK | 4.89 |
| 11/25/2008 | WYETH | COMMON STOCK | 1.75 |
| 11/28/2008 | FIDELITY SPARTAN | MONEY MARKET | 0.23 |

**# OF OPTIONS**
**(LOTS OF 100)**

| Date | Name | Type | Amount |
|---|---|---|---|
| 11/19/2008 | S & P 100 Index - December $430 call | SHORT | (0.95) |
| 11/25/2008 | S & P 100 Index - December $380 call | SHORT | (0.13) |
| 11/19/2008 | S & P 100 Index - December $420 put | LONG | 0.95 |
| 11/25/2008 | S & P 100 Index - December $370 put | LONG | 0.13 |
| | | | |

MWPTAP00386538

