**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                             Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>                                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                                      Plaintiff,<br>      v.<br><br>DEFENDANTS LISTED ON ECF NO. 14283,<br>                                      Defendants. | Adv. Pro. Nos. 10-04995<br>10-04818<br>10-04914<br>10-04826<br>10-04644<br>10-04541<br>10-04728<br>10-04905<br>10-04621 |

## CERTIFICATE OF SERVICE

I hereby certify that on December 9, 2019, I caused a true and correct copy of Defendants' Notice of Adjournment of Hearing on the *Trustee's Motion for Fees & Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B)* to be filed electronically with the Court and served upon the parties in this

{00043328 1 }

action who receive electronic service through CM/ECF and by electronic mail upon:

> Maximillian S. Shifrin, Esq.
> mshifrin@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York  10111

I declare under penalty of perjury that the foregoing is true and correct.

Dated:   December 10, 2019                               */s/ Helen Davis Chaitman*
         New York, New York