UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Carol Nelson (the "Claimant"), having filed an objection (the "Objection", Docket No. 646) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#000531), hereby gives notice that she withdraws such Objection.

Dated: December 5, 2019

/s/ Robert J. Nelson
Robert J. Nelson on behalf of Carol Nelson
Leiff Cabraser Heimann & Bernstein, LLP
250 Hudson Street, 8th Floor
New York, New York 1013-1413
Telephone: 212.355-9500