UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Carol and Stanley Nelson (the "Claimants"), having filed an objection (the "Objection", Docket No. 647) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim (#000480), hereby gives notice that they withdraw such Objection.

Dated: December 5, 2019

                                                                       Robert J. Nelson on behalf of Carol Nelson
                                                                       Leiff Cabraser Heimann & Bernstein, LLP
                                                                       250 Hudson Street, 8th Floor
                                                                       New York, New York 1013-1413
                                                                       Telephone: 212.355-9500