UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Carol Nelson (the "Claimant"), having filed an objection (the "Objection", Docket No. 648 to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#000495), hereby gives notice that she withdraws such Objection.

Dated: December 5, 2019

　　　　　　　　　　　　　　　　　　　　　/s/ Robert J. Nelson
　　　　　　　　　　　　　　　　　　　　　Robert J. Nelson on behalf of Carol Nelson
　　　　　　　　　　　　　　　　　　　　　Leiff Cabraser Heimann & Bernstein, LLP
　　　　　　　　　　　　　　　　　　　　　250 Hudson Street, 8th Floor
　　　　　　　　　　　　　　　　　　　　　New York, New York 1013-1413
　　　　　　　　　　　　　　　　　　　　　Telephone: 212.355-9500