**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                      ) ss:
COUNTY OF DALLAS      )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 11, 2019 I caused to be served, via prepaid Fed Ex standard overnight delivery, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING THE CLAIMS OF NEIL E. BOTWINOFF, ROBERT E. HELPERN, JOEL S. HIRSCHTRITT, RALPH A. SICILIANO, VINCENT J. SYRACUSE AND MICHAEL G. TANNENBAUM (Docket 19202)
2. DECLARATION OF JASON I. BLANCHARD IN SUPPORT OF THE TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING THE CLAIMS OF NEIL E. BOTWINOFF, ROBERT E. HELPERN, JOEL S. HIRSCHTRITT, RALPH A. SICILIANO, VINCENT J. SYRACUSE AND MICHAEL G. TANNENBAUM (Docket 19203)
3. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION AND MEMORANDUM OF LAW TO AFFIRM HIS DETERMINATIONS DENYING THE CLAIMS OF NEIL E. BOTWINOFF, ROBERT E. HELPERN, JOEL S. HIRSCHTRITT, RALPH A. SICILIANO, VINCENT J. SYRACUSE AND MICHAEL G. TANNENBAUM (Docket 19204)

Executed on December 11, 2019

_____
Tassie Powers Barr

Sworn to and subscribed before me this **11** day of **December**, 2019

KASANDRA COLEMAN
Notary Public, State of Texas
Comm. Expires 04-09-2022
Notary ID 124167320

_____
(SEAL)                                                       Notary Public

# Exhibit A

December 11, 2019

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Tannenbaum Helpern Syracuse & Hirschtritt LLP | David J. Kanfer | 900 Third Avenue | New York | NY | 10022 | Counsel |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |