**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 12, 2019 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Thirty-First Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2019 through July 31, 2019 for Baker & Hostetler, LLP, Trustee's Attorney, period: 4/1/2019 to 7/31/2019, fee:

        $32,929,220.70, expenses: $578,705.53 filed by Baker & Hostetler, LLP (Filed: 11/12/2019) [ECF No. 19116]

B.     Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for Schiltz & Schiltz, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $158,856.72, expenses: $12,651.01 filed by Schiltz & Schiltz (Filed: 11/12/2019) [ECF No. 19117]

C.     Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2019 through July 31, 2019 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $3,190.51, expenses: $222.52 filed by Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) (Filed: 11/12/2019) [ECF No. 19118]

D.     Thirtieth Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2019 through July 31, 2019 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $1,530,875.50, expenses: $12,065.18 filed by Windels Marx Lane & Mittendorf, LLP (Filed: 11/12/2019) [ECF No. 19119]

E.     Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for Soroker Agmon Nordman, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $509,305.46, expenses: $47,308.59 filed by Soroker Agmon Nordman (Filed: 11/12/2019) [ECF No. 19120]

F.     Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $143,753.05, expenses: $5,561.26 filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 11/12/2019) [ECF No. 19121]

G.     Final Application of Williams, Barristers & Attorneys as Special Counsel to the Trustee for Allowance of Compensation for Services Rendered from April 1, 2019 through October 8, 2019 and Release of Fees Previously Held Back for Williams, Barristers & Attorneys, Special Counsel, period: 4/1/2019 to 10/8/2019, fee: $97,380.26, expenses: $0 filed by Williams, Barristers & Attorneys (Filed: 11/12/2019) [ECF No. 19123]

H. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2019 through July 31, 2019 for UGGC & Associes, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $120,137.13, expenses: $0 filed by UGGC & Associes (Filed: 11/12/2019) [ECF No. 19124]

I. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2019 through July 31, 2019 for Browne Jacobson, LLP, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $578,030.22, expenses: $5,688.01 filed by Browne Jacobson, LLP (Filed: 11/12/2019) [ECF No. 19125]

J. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for Eugene F. Collins, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $7,075.58, expenses: $41.41 filed by Eugene F. Collins (Filed: 11/12/2019) [ECF No. 19126]

K. Sixth Application of The Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for The Scaletta Law Firm, PLLC, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $16,074.45, expenses: $42.44 filed by The Scaletta Law Firm, PLLC (Filed: 11/12/2019) [ECF No. 19128]

L. Twenty-Sixth Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2019 Through July 31, 2019 for Young Conaway Stargatt & Taylor LLP, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $31,795.97, expenses: $1,543.64 filed by Young Conaway Stargatt & Taylor LLP (Filed: 11/12/2019) [ECF No. 19129]

M. Sixth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $82,036.35, expenses: $770.44 filed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (Filed: 11/12/2019) [ECF No. 19131]

N. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2019 through July 31, 2019 for SCA Creque, Special

      Counsel, period: 4/1/2019 to 7/31/2019, fee: $50,670.77, expenses: $160 filed by SCA Creque (Filed: 11/12/2019) [ECF No. 19132]

O.    Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2019 through July 31, 2019 for Werder Vigano, Special Counsel, period: 4/1/2019 to 7/31/2019, fee: $3,681.33, expenses: $0 filed by Werder Vigano (Filed: 11/12/2019) [ECF No. 19133]

**Related Document**:

P.    Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from April 1, 2019 through July 31, 2019 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/12/2019) [ECF No. 19134]

**Responses Filed**:

Q.    Recommendation of the Securities Investor Protection Corporation in Support of Thirty-First Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 11/20/2019) [ECF No. 19150]

R.    Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for (I) Interim Compensation and Reimbursement of Expenses and (II) Final Compensation and Release of Holdback by Williams Barristers & Attorneys filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 11/20/2019) [ECF No. 19151]

S.    Recommendation of the Securities Investor Protection Corporation in Support of the Thirtieth Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 11/20/2019) [ECF No. 19152]

T.    Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Sixth Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 11/20/2019) [ECF No. 19153]

U.    Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of The Scaletta Law Firm PLLC for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 11/20/2019) [ECF No. 19154]

V.  Recommendation of the Securities Investor Protection Corporation in Support of Sixth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 11/20/2019) [ECF No. 19155]

**Objections Due**:    December 5, 2019

**Objections Filed:**    None

**Status**:    This matter is going forward.

Dated:  December 11, 2019
New York, New York

By:    /s/ David J. Sheehan
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*