Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3

4    - - - - - - - - - - - - - - - - - - - - - - - - - - - x

5    SECURITIES INVESTOR

6    PROTECTION CORPORATION,

7              Plaintiff,

8    v.                        Adv. Case No. 08-01789(SMB)

9    BERNARD L. MADOFF

10   INVESTMENT SECURITIES

11   LLC,

12             Defendant.

13   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

14

15              U.S. Bankruptcy Court

16              One Bowling Green

17              New York, New York 10004-1408

18

19              December 12, 2019

20              10:00 AM

21

22

23   B E F O R E :

24   HON STUART M. BERNSTEIN

25   U.S. BANKRUPTCY JUDGE

Page 2

1    Hearing re:  Thirty-First Application of Trustee and Baker &

2    Hostetler LLP for Allowance of Interim Compensation for

3    Services Rendered and Reimbursement of Actual and Necessary

4    Expenses Incurred from April 1, 2019 through July 31, 2019

5    for Baker & Hostetler, L.L.P., Trustee's Attorney, period:

6    4/1/2019 to 7/31/2019, fee: $32929220.70, expenses:

7    $578,705.53.

8

9    Hearing re:  Application of Schiltz & Schiltz as Special

10   Counsel to the Trustee for Allowance of Interim Compensation

11   for Services Rendered and Reimbursement of Expenses Incurred

12   from April 1, 2019 through July 31, 2019 for Schiltz &

13   Schiltz, Special Counsel, period: 4/1/2019 to 7/31/2019,

14   fee: $158,856.72, expenses: $12,651.01.

15

16   Hearing re:  Application of Higgs & Johnson )Formerly Higgs

17   Johnson Truman Bodden & Co.) as Special Counsel to the

18   Trustee for Allowance of Interim Compensation for Services

19   Rendered from April 1, 2019 through July 31, 2019 for Higgs

20   & Johnson (formerly Higgs Johnson Truman Bodden & Co.),

21   Special Counsel, period: 4/1/2019 to 7/31/2019, fee:

22   $3,190.51, expenses: $222.52.

23

24   Hearing re:  Thirtieth Application of Windels Marx Lane &

25   Mittendorf, LLP for Allowance of Interim Compensation for

1   Services Rendered and Reimbursement of Actual and Necessary

2   Expenses Incurred from April 1, 2019 through July 31, 2019

3   for Windels Marx Lane & Mittendorf, LLP, Special Counsel,

4   period: 4/1/2019 to 7/31/2019, fees: $1,530,875.50,

5   expenses: $12,065.18.

6

7   Hearing re:  Application of Soroker Agmon Nordman as Special

8   Counsel to the Trustee for Allowance of Interim Compensation

9   for Services Rendered and Reimbursement of Expenses Incurred

10  from April 1, 2019 through July 31, 2019 for Soroker Agmon

11  Nordman, Special Counsel, period: 4/1/2019 to 7/31/2019,

12  fee: $509.305.46, expenses: $47,308.59.

13

14  Hearing re:  Application of Graf & Pitkowitz Rechtsanwalte

15  GmbH as Special Counsel to the Trustee for Allowance of

16  Interim Compensation for Services Rendered and Reimbursement

17  of Expenses Incurred from April 1, 2019 through July 31,

18  2019 for Graf & Pitkowitz Rechtsanwalte GmbH, Special

19  Counsel, period: 4/1/2019 to 7/31/2019, fee: $143,753.05,

20  expenses: $5,561.26.

21

22  Hearing re:  Twenty-Fifty Application of Young Conaway

23  Stargatt & Taylor, LLP as Special Counsel to the Trustee for

24  Allowance of Interim Compensation for Services Rendered and

25  Reimbursement for Young Conaway Stargatt & Taylor LLP,

Page 4

1    Special Counsel, period: 4/1/2019 to 7/31/2019, fee:

2    $31,795.97, expenses: $1,543.64.

3

4    Hearing re:  Final Application of Williams, Barristers &

5    Attorneys as Special Counsel to the Trustee for Allowance of

6    Compensation for Services Rendered from April 1, 2019

7    through October 8, 2019 and Release of Fees Previously Held

8    Back for Williams, Barristers & Attorneys, Special Counsel,

9    period: 4/1/2019 to 10/8/2019, fee: $97,380.26, expense: $0.

10

11   Hearing re:  Application of UGGC & Associes as Special

12   Counsel to the Trustee for Allowance of Interim Compensation

13   for Services Rendered from April 1, 2019 through July 31,

14   2019 for UGGC & Associes, Special Counsel, period: 4/1/2019

15   to 7/31/2019, fee: $120,137.13, expenses: $0.

16

17   Hearing re:  Application of Browne Jacobson, LLP as Special

18   Counsel to the Trustee for Allowance of Interim Compensation

19   for Services Rendered and Reimbursement of Actual and

20   Necessary Expenses Incurred from April 1, 2019 through July

21   31, 2019 for Browne Jacobson, LLP, Special Counsel, period:

22   4/1/2019 to 7/31/2019, fee: $578,030.22, expenses:

23   $5,688.01.

24

25   Hearing re:  Application of Eugene F. Collins as Special

1    Counsel to the Trustee for Allowance of Interim Compensation

2    for Services Rendered and Reimbursement of Expenses Incurred

3    from April 1, 2019 through July 31, 2019 for Eugene F.

4    Collins, Special Counsel, period: 4/1/2019 to 7/31/2019,

5    fee: $7,075.58, expense: $41.41.

6

7    Hearing re:  Application of Robbins, Russell, Englert,

8    Orseck, Untereiner & Sauber LLP as Special Counsel to the

9    Trustee for Allowance of Interim Compensation for Services

10   Rendered and Reimbursement of Expenses Incurred from April

11   1, 2019 through July 31, 2019 for Robbins, Russell, Englert,

12   Orseck, Untereiner & Sauber LLP, Special Counsel, period:

13   4/1/2019 to 7/31/2019, fee: $82,036.35, expenses: $770.44.

14

15   Hearing re:  Sixth Application of The Scaletta Law Firm,

16   PLLC as Special Counsel to the Trustee for Allowance of

17   Interim Compensation for Services Rendered and Reimbursement

18   of Expenses Incurred from April 1, 2019 through July 31,

19   2019 for The Scaletta Law Firm, PLLC, Special counsel,

20   period: 4/1/2019 to 7/31/2019, fee: $16,074.45, expenses:

21   $42.44.

22

23   Hearing re:  Twenty-Sixth Application of Young Conaway

24   Stargatt & Taylor, LLP as Special Counsel to the Trustee for

25   Allowance of Interim Compensation for Services Rendered and

Page 6

1   Reimbursement of Actual and Necessary Expenses Incurred from

2   April 1, 2019 Through July 31, 2019 for Young Conaway

3   Stargatt & Taylor, LLP, Special Counsel, period: 4/1/2019 to

4   7/31/2019, fee: $31,795.97, expenses: $1,543.64.

5

6   Hearing re:  Sixth Application of Robbins, Russell, Englert,

7   Orseck, Untereiner & Sauber LLP as Special Counsel to the

8   Trustee for Allowance of Interim Compensation for Services

9   Rendered and Reimbursement of Expenses Incurred from April

10   1, 2019 through July 31, 2019 for Robbins, Russell, Englert,

11   Orseck, Untereiner & Sauber LLP, Special Counsel, period:

12   4/1/2019 to 7/31/2019, fee: $82,036.35, expenses: $770.44.

13

14   Hearing re:  Application of SCA Creque as Special Counsel to

15   the Trustee for Allowance of Interim Compensation for

16   Services Rendered and Reimbursement of Expenses Incurred

17   from April 1, 2019 through July 31, 2019 for SCA Creque,

18   Special Counsel, period: 4/1/2019 to 7/31/2019, fee:

19   $50.670.77, expenses: $160.

20

21   Hearing re:  Application of Werder Vigano as Special Counsel

22   to the Trustee for Allowance of Interim Compensation for

23   Services Rendered from April 1, 2019 through July 31, 2019

24   for Werder Vigano, Special Counsel, period: 4/1/2019 to

25   7/31/2019, fee: $3,681.33, expenses: $0.

Page 7

```
 1   A P P E A R A N C E S :

 2   BAKER HOSTETLER

 3        Attorney for the Trustee

 4        45 Rockefeller Plaza

 5        New York, NY 10111

 6

 7   BY:  DAVID J. SHEEHAN, ESQ.

 8

 9   SECURITIES INVESTOR PROTECTION CORPORATION

10        Attorney for SPIC

11        1667 K. Street, N.W., Suite 1000

12        Washington, D.C. 20006-1620

13

14   BY:  KEVIN H. BELL,ESQ.

15

16

17

18

19

20

21

22

23

24

25   Transcribed by:  Dawn South
```

1                      P R O C E E D I N G S

2              THE COURT:  Please be seated.  Good morning.

3    Madoff?

4              MR. SHEEHAN:  Good morning, Your Honor --

5              THE COURT:  Good morning.

6              MR. SHEEHAN:  -- David Sheehan from Baker

7    Hostetler for the trustee and for the firm in the Madoff

8    matter.

9              This is the 31st fee application, so you certainly

10   know what we've submitted.  And I really want to talk very

11   briefly about this morning is the foreign applications would

12   show was due since you're very familiar with what's going on

13   in virtually every case now in the United States side, and

14   since I'm going that why don't I talk about Israel first.

15             This -- recently we advised you that there are two

16   actions.  The one here obviously in front of you and then

17   one in -- over in Israel.  We have settled with the initial

18   transferee R. Green (ph) and his family, that -- and now

19   we're contemplating -- well we haven't sued in Israel

20   against the subsequents there --

21             THE COURT:  The charitable organization?

22             MR. SHEEHAN:  The charitable organization.  So as

23   a result they're moving it along.  There's a hearing next

24   Monday in the courthouse there with regard to that.

25   Probably be another hearing some time six months later.  And

1   then their trial after that.

2          So very well -- we're not sure -- and you have

3   asked me this question before, and quite frankly I think

4   that it is more likely they'll -- we'll end up trying to

5   case in Israel, that was not our preference, but it seems to

6   be moving that way.

7          THE COURT:  Does that prevent the settlements from

8   going forward here?

9          MR. SHEEHAN:  No, and what we're doing now in the

10  hearing that's going to take place, we have hired a mediator

11  in Israel, and he's gotten -- as you might suspect the

12  charities aren't very interested in talking to us -- so

13  we're working with him.  We think it would settle with

14  (indiscernible), that it wasn't a lot of money of course in

15  terms of what we've collected in other cases, but since it's

16  behind us and he was indeed on the boards of many of these

17  places, has intimate familiarity with them, we think that'll

18  lend itself towards a settlement, in which we intend to be

19  very reasonable since the nature of the defendant is there

20  as well.

21         So hopefully over the next month or two we'll have

22  some real movement in this case beyond just sharp reading.

23         You'll see substantial numbers of course again

24  with our attorneys in England.  Given the reporting period,

25  which in the recent months is back further, that was when we

Page 10

1   were doing King Gate and they were heavily involved and

2   (indiscernible) action in the United Kingdom, we had many

3   court hearings there, they assisted us in all those,

4   represented us really because we couldn't really appear in

5   the UK, and so you'll see probably in the future a real drop

6   off of those hours.

7         Similarly Williams, which was the attorney in

8   Bermuda, this will be his last fee application and we're

9   recommending that he be paid for all of his hold back as a

10  result of that, because there's no longer a need to be in

11  Bermuda.

12        And Luxenburger (ph) is a little bit higher

13  because what has happened there is there have been hearings

14  taking place in which we have an interest in one of the

15  witnesses there, he's a central figure in our Lucsofa (ph)

16  case, so that's Mr. Peel (ph), and he's testifying, and so

17  we sent trial attorneys over to work with our local counsel,

18  Schultz, who's representing us in those hearings and work

19  with them.  So you see that those are all cases that are

20  moving along and the hours reflect that.

21        So in terms of the firm, as I said you're very

22  familiar with everything that's transpiring there.

23        There are no objections to the fee applications,

24  and I would respectfully request that the order -- Your

25  Honor enter an order approving them.

Page 11

1            THE COUT:  Thank you.

2            MR. SHEEHAN:  All right?  Thank you.

3            THE COURT:  Mr. Bell?

4            MR. BELL:  Good morning, Your Honor --

5            THE COURT:  Good morning.

6            MR. BELL:  -- Kevin Bell on behalf of the

7    Securities Investor Protection Corporation.

8            Day 4,019, day 2 of years 12.  This has been a

9    long trek.  I think your decision of three weeks ago has

10   sent the message that I think you sent on Valentine's Day

11   2014 about strict liability, and since your decision three

12   defendants have decided either to change counsel and have

13   settled, and I expect that will happen, because I think that

14   decision and your order of Monday will cause people to

15   reconsider and possibly a lot of the good faith actions by

16   the next time we're here will have moved forward.

17           So you know, as we entered the -- as we're in the

18   133rd month of this case it's been a long trek, you may have

19   seen the Supreme Court ask the solicitor general on Monday

20   when the solicitor general would do that report is

21   questionable, so I couldn't tell you when --

22           THE COURT:  Uh-huh.

23           MR. BELL:  -- and I can't tell my principals when

24   that will occur based on history, but I think that, you

25   know, as you see with our recommendations, as I say all the

Page 12

1    time and as I do all the time, I read every entry, and we

2    make suggestions of reductions, and you'll see in Baker's at

3    paragraph 5 there's been a reduction of 14.38 percent, which

4    is above the 10 percent voluntary, and in Windel's in

5    paragraph 3 there's a reduction of 17.31 percent above -- a

6    little bit above the 10 percent.

7              So -- and Mr. Sheehan has talked about the

8    foreigns, SIPC recommends payment of the final for

9    Mr. Williams and his firm, and the King Gate settlement has

10   had -- will have a major effect on the number of lawyers,

11   counsel, and the amounts they will charge going forward,

12   because King Gate has been a major case, it's the third

13   largest settlement in this proceeding as the Court knows.

14             Therefore, SIPC would ask of the Court to -- enter

15   an order to approve the fees and to enter an order approving

16   all of these requests of money.

17             THE COURT:  What's the hold back that we've been

18   using in these cases?

19             MR. BELL:  Baker has 10 percent, everybody else is

20   20 percent, Your Honor.

21             THE COURT:  Okay.

22             MR. BELL:  And has you know --

23             THE COURT:  What's the reason for the

24   distinguishing Baker from everyone else?

25             MR. BELL:  Negotiation.

1          THE COURT:  Okay.  All right.  Does anyone else

2    want to be heard in connection with the fee applications?

3          Hearing no response I'll approve -- AND nobody has

4    said it, but it sounds to me like the estate is still

5    administratively insolvent so I have to accept SIPC's --

6          MR. SHEEHAN:  Yeah --

7          THE COURT:  -- recommendation.

8          MR. SHEEHAN:  I don't want to contradict my

9    colleague here, but I think --

10         THE COURT:  Hope springs eternal, but --

11         MR. SHEEHAN:  (Indiscernible) spring eternal, but

12   we're at 14.2 with the King Gate settlement.  Because of the

13   502(h), the amount is now about $20 billion.

14         THE COURT:  Right.

15         MR. SHEEHAN:  So it's (indiscernible) that's

16   taking place.

17         So to get another $6 billion is going to be very

18   difficult, so I think the chances of a general estate are

19   very slim to none.

20         THE COURT:  Based upon that representation and

21   SIPC's recommendation I will allow Baker's fees subject to a

22   ten percent hold back.

23         What have we been doing with the trustee, the same

24   thing?  Does the trustee get a commission in --

25         MR. BELL:  Excuse me, Your Honor?

1            THE COURT:  Does the trustee get a commission?

2            MR. BELL:  No.

3            THE COURT:  No, okay.  I'll allow the Bermuda

4    counsel as a final fee application in full, and the rest of

5    the applications 20 percent on an interim basis, and I

6    didn't mention it, but 100 percent of the expenses on an

7    interim basis.

8            You can submit an order.  Thank you.

9            MR. SHEEHAN:  All right.  Thank you, Your Honor.

10            MR. BELL:  Thank you, Your Honor.

11        (Whereupon these proceedings were concluded at 10:26

12    AM)

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 15

1                           I N D E X

2                           RULINGS

3                                                    PAGE

4    All Fee Applications Approved                    13

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 16

1                    C E R T I F I C A T I O N

2

3    I, Dawn South, certify that the foregoing transcript is a

4    true and accurate record of the proceedings.

5    Sonya Ledanski          Digitally signed by Sonya Ledanski Hyde
                             DN: cn=Sonya Ledanski Hyde, o, ou,
                             email=digital@veritext.com, c=US
6    Hyde                    Date: 2019.12.13 13:45:25 -05'00'
     _____

7    Dawn South

8    Certified Electronic Transcriber

9

10

11

12

13

14

15   Date:  December 13, 2019

16

17

18

19

20

21

22    Veritext Legal Solutions

23    330 Old Country Road

24    Suite 300

25    Mineola, NY 11501

| & |
| --- |
| **&**  2:1,5,9,12,16,17 2:20,20,24 3:3,14 3:18,23,25 4:4,8 4:11,14 5:8,12,24 6:3,7,11 |

| 0 |
| --- |
| **0**  4:9,15 6:25 |
| **08-01789**  1:8 |

| 1 |
| --- |
| **1**  2:4,12,19 3:2,10 3:17 4:6,13,20 5:3 5:11,18 6:2,10,17 6:23 |
| **1,530,875.50**  3:4 |
| **1,543.64.**  4:2 6:4 |
| **10**  12:4,6,19 |
| **10/8/2019**  4:9 |
| **100**  14:6 |
| **1000**  7:11 |
| **10004-1408**  1:17 |
| **10111**  7:5 |
| **10:00**  1:20 |
| **11501**  16:25 |
| **12**  1:19 11:8 |
| **12,065.18.**  3:5 |
| **12,651.01.**  2:14 |
| **120,137.13**  4:15 |
| **13**  15:4 16:15 |
| **133rd**  11:18 |
| **14.2**  13:12 |
| **14.38**  12:3 |
| **143,753.05**  3:19 |
| **158,856.72**  2:14 |
| **16,074.45**  5:20 |
| **160**  6:19 |
| **1667**  7:11 |
| **17.31**  12:5 |

| 2 |
| --- |
| **2**  11:8 |
| **20**  12:20 13:13 14:5 |

| 20006-1620  7:12 |
| --- |
| **2014**  11:11 |
| **2019**  1:19 2:4,4,12 2:12,19,19 3:2,2 3:10,10,17,18 4:6 4:7,13,14,20,21 5:3,3,11,11,18,19 6:2,2,10,10,17,17 6:23,23 16:15 |
| **222.52.**  2:22 |

| 3 |
| --- |
| **3**  12:5 |
| **3,190.51**  2:22 |
| **3,681.33**  6:25 |
| **300**  16:24 |
| **31**  2:4,12,19 3:2 3:10,17 4:13,21 5:3,11,18 6:2,10 6:17,23 |
| **31,795.97**  4:2 6:4 |
| **31st**  8:9 |
| **32929220.70**  2:6 |
| **330**  16:23 |

| 4 |
| --- |
| **4,019**  11:8 |
| **4/1/2019**  2:6,13,21 3:4,11,19 4:1,9,14 4:22 5:4,13,20 6:3 6:12,18,24 |
| **41.41.**  5:5 |
| **42.44.**  5:21 |
| **45**  7:4 |
| **47,308.59.**  3:12 |

| 5 |
| --- |
| **5**  12:3 |
| **5,561.26.**  3:20 |
| **5,688.01.**  4:23 |
| **50.670.77**  6:19 |
| **502**  13:13 |
| **509.305.46**  3:12 |
| **578,030.22**  4:22 |

| 578,705.53.  2:7 |
| --- |

| 6 |
| --- |
| **6**  13:17 |

| 7 |
| --- |
| **7,075.58**  5:5 |
| **7/31/2019**  2:6,13 2:21 3:4,11,19 4:1 4:15,22 5:4,13,20 6:4,12,18,25 |
| **770.44.**  5:13 6:12 |

| 8 |
| --- |
| **8**  4:7 |
| **82,036.35**  5:13 6:12 |

| 9 |
| --- |
| **97,380.26**  4:9 |

| a |
| --- |
| **accept**  13:5 |
| **accurate**  16:4 |
| **action**  10:2 |
| **actions**  8:16 11:15 |
| **actual**  2:3 3:1 4:19 6:1 |
| **administratively**  13:5 |
| **adv**  1:8 |
| **advised**  8:15 |
| **agmon**  3:7,10 |
| **ago**  11:9 |
| **allow**  13:21 14:3 |
| **allowance**  2:2,10 2:18,25 3:8,15,24 4:5,12,18 5:1,9,16 5:25 6:8,15,22 |
| **amount**  13:13 |
| **amounts**  12:11 |
| **appear**  10:4 |
| **application**  2:1,9 2:16,24 3:7,14,22 4:4,11,17,25 5:7 5:15,23 6:6,14,21 |

| 8:9 10:8 14:4 |
| --- |
| **applications**  8:11 10:23 13:2 14:5 15:4 |
| **approve**  12:15 13:3 |
| **approved**  15:4 |
| **approving**  10:25 12:15 |
| **april**  2:4,12,19 3:2 3:10,17 4:6,13,20 5:3,10,18 6:2,9,17 6:23 |
| **asked**  9:3 |
| **assisted**  10:3 |
| **associes**  4:11,14 |
| **attorney**  2:5 7:3 7:10 10:7 |
| **attorneys**  4:5,8 9:24 10:17 |

| b |
| --- |
| **b**  1:23 |
| **back**  4:8 9:25 10:9 12:17 13:22 |
| **baker**  2:1,5 7:2 8:6 12:19,24 |
| **baker's**  12:2 13:21 |
| **bankruptcy**  1:1 1:15,25 |
| **barristers**  4:4,8 |
| **based**  11:24 13:20 |
| **basis**  14:5,7 |
| **behalf**  11:6 |
| **bell**  7:14 11:3,4,6 11:6,23 12:19,22 12:25 13:25 14:2 14:10 |
| **bermuda**  10:8,11 14:3 |
| **bernard**  1:9 |
| **bernstein**  1:24 |

**beyond** 9:22
**billion** 13:13,17
**bit** 10:12 12:6
**boards** 9:16
**bodden** 2:17,20
**bowling** 1:16
**briefly** 8:11
**browne** 4:17,21

**c**

**c** 7:1 8:1 16:1,1
**case** 1:8 8:13 9:5
  9:22 10:16 11:18
  12:12
**cases** 9:15 10:19
  12:18
**cause** 11:14
**central** 10:15
**certainly** 8:9
**certified** 16:8
**certify** 16:3
**chances** 13:18
**change** 11:12
**charge** 12:11
**charitable** 8:21,22
**charities** 9:12
**colleague** 13:9
**collected** 9:15
**collins** 4:25 5:4
**commission** 13:24
  14:1
**compensation** 2:2
  2:10,18,25 3:8,16
  3:24 4:6,12,18 5:1
  5:9,17,25 6:8,15
  6:22
**conaway** 3:22,25
  5:23 6:2
**concluded** 14:11
**connection** 13:2
**contemplating**
  8:19
**contradict** 13:8

**corporation** 1:6
  7:9 11:7
**counsel** 2:10,13
  2:17,21 3:3,8,11
  3:15,19,23 4:1,5,8
  4:12,14,18,21 5:1
  5:4,8,12,16,19,24
  6:3,7,11,14,18,21
  6:24 10:17 11:12
  12:11 14:4
**country** 16:23
**course** 9:14,23
**court** 1:1,15 8:2,5
  8:21 9:7 10:3 11:3
  11:5,19,22 12:13
  12:14,17,21,23
  13:1,7,10,14,20
  14:1,3
**courthouse** 8:24
**cout** 11:1
**creque** 6:14,17

**d**

**d** 8:1 15:1
**d.c.** 7:12
**date** 16:15
**david** 7:7 8:6
**dawn** 7:25 16:3,7
**day** 11:8,8,10
**december** 1:19
  16:15
**decided** 11:12
**decision** 11:9,11
  11:14
**defendant** 1:12
  9:19
**defendants** 11:12
**difficult** 13:18
**distinguishing**
  12:24
**district** 1:2
**doing** 9:9 10:1
  13:23

**drop** 10:5
**due** 8:12

**e**

**e** 1:23,23 7:1,1 8:1
  8:1 15:1 16:1
**effect** 12:10
**either** 11:12
**electronic** 16:8
**england** 9:24
**englert** 5:7,11 6:6
  6:10
**enter** 10:25 12:14
  12:15
**entered** 11:17
**entry** 12:1
**esq** 7:7,14
**estate** 13:4,18
**eternal** 13:10,11
**eugene** 4:25 5:3
**everybody** 12:19
**excuse** 13:25
**expect** 11:13
**expense** 4:9 5:5
**expenses** 2:4,6,11
  2:14,22 3:2,5,9,12
  3:17,20 4:2,15,20
  4:22 5:2,10,13,18
  5:20 6:1,4,9,12,16
  6:19,25 14:6

**f**

**f** 1:23 4:25 5:3
  16:1
**faith** 11:15
**familiar** 8:12
  10:22
**familiarity** 9:17
**family** 8:18
**fee** 2:6,14,21 3:12
  3:19 4:1,9,15,22
  5:5,13,20 6:4,12
  6:18,25 8:9 10:8
  10:23 13:2 14:4
  15:4

**fees** 3:4 4:7 12:15
  13:21
**fifty** 3:22
**figure** 10:15
**final** 4:4 12:8 14:4
**firm** 5:15,19 8:7
  10:21 12:9
**first** 2:1 8:14
**foregoing** 16:3
**foreign** 8:11
**foreigns** 12:8
**formerly** 2:16,20
**forward** 9:8 11:16
  12:11
**frankly** 9:3
**front** 8:16
**full** 14:4
**further** 9:25
**future** 10:5

**g**

**g** 8:1
**gate** 10:1 12:9,12
  13:12
**general** 11:19,20
  13:18
**given** 9:24
**gmbh** 3:15,18
**going** 8:12,14 9:8
  9:10 12:11 13:17
**good** 8:2,4,5 11:4
  11:5,15
**gotten** 9:11
**graf** 3:14,18
**green** 1:16 8:18

**h**

**h** 7:14 13:13
**happen** 11:13
**happened** 10:13
**heard** 13:2
**hearing** 2:1,9,16
  2:24 3:7,14,22 4:4
  4:11,17,25 5:7,15
  5:23 6:6,14,21

[hearing - possibly]                                                                    Page 3

8:23,25 9:10 13:3
**hearings** 10:3,13
  10:18
**heavily** 10:1
**held** 4:7
**higgs** 2:16,16,19
  2:20
**higher** 10:12
**hired** 9:10
**history** 11:24
**hold** 10:9 12:17
  13:22
**hon** 1:24
**honor** 8:4 10:25
  11:4 12:20 13:25
  14:9,10
**hope** 13:10
**hopefully** 9:21
**hostetler** 2:2,5 7:2
  8:7
**hours** 10:6,20
**huh** 11:22

### i

**incurred** 2:4,11
  3:2,9,17 4:20 5:2
  5:10,18 6:1,9,16
**indiscernible** 9:14
  10:2 13:11,15
**initial** 8:17
**insolvent** 13:5
**intend** 9:18
**interest** 10:14
**interested** 9:12
**interim** 2:2,10,18
  2:25 3:8,16,24
  4:12,18 5:1,9,17
  5:25 6:8,15,22
  14:5,7
**intimate** 9:17
**investment** 1:10
**investor** 1:5 7:9
  11:7

**involved** 10:1
**israel** 8:14,17,19
  9:5,11
**it's** 13:15

### j

**j** 7:7
**jacobson** 4:17,21
**johnson** 2:16,17
  2:20,20
**judge** 1:25
**july** 2:4,12,19 3:2
  3:10,17 4:13,20
  5:3,11,18 6:2,10
  6:17,23

### k

**k** 7:11
**kevin** 7:14 11:6
**king** 10:1 12:9,12
  13:12
**kingdom** 10:2
**know** 8:10 11:17
  11:25 12:22
**knows** 12:13

### l

**l** 1:9
**l.l.p.** 2:5
**lane** 2:24 3:3
**largest** 12:13
**law** 5:15,19
**lawyers** 12:10
**legal** 16:22
**lend** 9:18
**liability** 11:11
**little** 10:12 12:6
**llc** 1:11
**llp** 2:2,25 3:3,23
  3:25 4:17,21 5:8
  5:12,24 6:3,7,11
**local** 10:17
**long** 11:9,18
**longer** 10:10

**lot** 9:14 11:15
**lucsofa** 10:15
**luxenburger**
  10:12

### m

**m** 1:24
**madoff** 1:9 8:3,7
**major** 12:10,12
**marx** 2:24 3:3
**matter** 8:8
**mediator** 9:10
**mention** 14:6
**message** 11:10
**mineola** 16:25
**mittendorf** 2:25
  3:3
**monday** 8:24
  11:14,19
**money** 9:14 12:16
**month** 9:21 11:18
**months** 8:25 9:25
**morning** 8:2,4,5
  8:11 11:4,5
**moved** 11:16
**movement** 9:22
**moving** 8:23 9:6
  10:20

### n

**n** 7:1 8:1 15:1
  16:1
**n.w.** 7:11
**nature** 9:19
**necessary** 2:3 3:1
  4:20 6:1
**need** 10:10
**negotiation** 12:25
**new** 1:2,17,17 7:5
**nordman** 3:7,11
**number** 12:10
**numbers** 9:23
**ny** 7:5 16:25

### o

**o** 1:23 8:1 16:1
**objections** 10:23
**obviously** 8:16
**occur** 11:24
**october** 4:7
**okay** 12:21 13:1
  14:3
**old** 16:23
**order** 10:24,25
  11:14 12:15,15
  14:8
**organization** 8:21
  8:22
**orseck** 5:8,12 6:7
  6:11

### p

**p** 7:1,1 8:1
**page** 15:3
**paid** 10:9
**paragraph** 12:3,5
**payment** 12:8
**peel** 10:16
**people** 11:14
**percent** 12:3,4,5,6
  12:19,20 13:22
  14:5,6
**period** 2:5,13,21
  3:4,11,19 4:1,9,14
  4:21 5:4,12,20 6:3
  6:11,18,24 9:24
**ph** 8:18 10:12,15
  10:16
**pitkowitz** 3:14,18
**place** 9:10 10:14
  13:16
**places** 9:17
**plaintiff** 1:7
**plaza** 7:4
**please** 8:2
**pllc** 5:16,19
**possibly** 11:15

[preference - transcriber]                                                                 Page 4

**preference**  9:5
**prevent**  9:7
**previously**  4:7
**principals**  11:23
**probably**  8:25
  10:5
**proceeding**  12:13
**proceedings**
  14:11 16:4
**protection**  1:6 7:9
  11:7

**q**

**question**  9:3
**questionable**
  11:21
**quite**  9:3

**r**

**r**  1:23 7:1 8:1,18
  16:1
**read**  12:1
**reading**  9:22
**real**  9:22 10:5
**really**  8:10 10:4,4
**reason**  12:23
**reasonable**  9:19
**rechtsanwalte**
  3:14,18
**recommendation**
  13:7,21
**recommendations**
  11:25
**recommending**
  10:9
**recommends**  12:8
**reconsider**  11:15
**record**  16:4
**reduction**  12:3,5
**reductions**  12:2
**reflect**  10:20
**regard**  8:24
**reimbursement**
  2:3,11 3:1,9,16,25
  4:19 5:2,10,17 6:1

6:9,16
**release**  4:7
**rendered**  2:3,11
  2:19 3:1,9,16,24
  4:6,13,19 5:2,10
  5:17,25 6:9,16,23
**report**  11:20
**reporting**  9:24
**representation**
  13:20
**represented**  10:4
**representing**
  10:18
**request**  10:24
**requests**  12:16
**respectfully**  10:24
**response**  13:3
**rest**  14:4
**result**  8:23 10:10
**right**  11:2 13:1,14
  14:9
**road**  16:23
**robbins**  5:7,11 6:6
  6:10
**rockefeller**  7:4
**rulings**  15:2
**russell**  5:7,11 6:6
  6:10

**s**

**s**  7:1 8:1
**sauber**  5:8,12 6:7
  6:11
**sca**  6:14,17
**scaletta**  5:15,19
**schiltz**  2:9,9,12,13
**schultz**  10:18
**seated**  8:2
**securities**  1:5,10
  7:9 11:7
**see**  9:23 10:5,19
  11:25 12:2
**seen**  11:19

**sent**  10:17 11:10
  11:10
**services**  2:3,11,18
  3:1,9,16,24 4:6,13
  4:19 5:2,9,17,25
  6:8,16,23
**settle**  9:13
**settled**  8:17 11:13
**settlement**  9:18
  12:9,13 13:12
**settlements**  9:7
**sharp**  9:22
**sheehan**  7:7 8:4,6
  8:6,22 9:9 11:2
  12:7 13:6,8,11,15
  14:9
**show**  8:12
**side**  8:13
**similarly**  10:7
**sipc**  12:8,14
**sipc's**  13:5,21
**six**  8:25
**sixth**  5:15,23 6:6
**slim**  13:19
**smb**  1:8
**solicitor**  11:19,20
**solutions**  16:22
**soroker**  3:7,10
**sounds**  13:4
**south**  7:25 16:3,7
**southern**  1:2
**special**  2:9,13,17
  2:21 3:3,7,11,15
  3:18,23 4:1,5,8,11
  4:14,17,21,25 5:4
  5:8,12,16,19,24
  6:3,7,11,14,18,21
  6:24
**spic**  7:10
**spring**  13:11
**springs**  13:10
**stargatt**  3:23,25
  5:24 6:3

**states**  1:1 8:13
**street**  7:11
**strict**  11:11
**stuart**  1:24
**subject**  13:21
**submit**  14:8
**submitted**  8:10
**subsequents**  8:20
**substantial**  9:23
**sued**  8:19
**suggestions**  12:2
**suite**  7:11 16:24
**supreme**  11:19
**sure**  9:2
**suspect**  9:11

**t**

**t**  16:1,1
**take**  9:10
**talk**  8:10,14
**talked**  12:7
**talking**  9:12
**taylor**  3:23,25
  5:24 6:3
**tell**  11:21,23
**ten**  13:22
**terms**  9:15 10:21
**testifying**  10:16
**thank**  11:1,2 14:8
  14:9,10
**that's**  13:15
**thing**  13:24
**think**  9:3,13,17
  11:9,10,13,24
  13:9,18
**third**  12:12
**thirtieth**  2:24
**thirty**  2:1
**three**  11:9,11
**time**  8:25 11:16
  12:1,1
**transcribed**  7:25
**transcriber**  16:8

[transcript - young]                                                                Page 5

| | |
|---|---|
| **transcript** 16:3 | **windel's** 12:4 |
| **transferee** 8:18 | **windels** 2:24 3:3 |
| **transpiring** 10:22 | **witnesses** 10:15 |
| **trek** 11:9,18 | **work** 10:17,18 |
| **trial** 9:1 10:17 | **working** 9:13 |
| **true** 16:4 | **x** |
| **truman** 2:17,20 | **x** 1:4,13 15:1 |
| **trustee** 2:1,10,18 | **y** |
| 3:8,15,23 4:5,12 | **yeah** 13:6 |
| 4:18 5:1,9,16,24 | **years** 11:8 |
| 6:8,15,22 7:3 8:7 | **york** 1:2,17,17 7:5 |
| 13:23,24 14:1 | **young** 3:22,25 |
| **trustee's** 2:5 | 5:23 6:2 |
| **trying** 9:4 | |
| **twenty** 3:22 5:23 | |
| **two** 8:15 9:21 | |

**u**

**u.s.** 1:15,25
**uggc** 4:11,14
**uh** 11:22
**uk** 10:5
**united** 1:1 8:13
  10:2
**untereiner** 5:8,12
  6:7,11

**v**

**v** 1:8
**valentine's** 11:10
**veritext** 16:22
**vigano** 6:21,24
**virtually** 8:13
**voluntary** 12:4

**w**

**want** 8:10 13:2,8
**washington** 7:12
**way** 9:6
**we've** 8:10 9:15
  12:17
**weeks** 11:9
**werder** 6:21,24
**williams** 4:4,8
  10:7 12:9