**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
John J. Tepedino

*Special Counsel to Irving H. Picard, Trustee for the Substantively*
*Consolidated SIPA Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>STANLEY I. LEHRER, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS.<br><br>Defendant. | Adv. Pro. No. 10-05259 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING

Irving H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, et seq. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Windels Marx Lane & Mittendorf, LLP, and defendant Stanley I. Lehrer, in his capacity as administrator of the Stanley I. Lehrer and Stuart M. Stein, J/T WROS ("Defendant," and together with Trustee, the "Parties"), hereby stipulate and agree to the following:

1.      In accordance with Federal Rule of Bankruptcy Procedure 7041, and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal of the adversary proceeding without costs to either party.

2.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties in interest.

3.      This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

2

Dated: New York, New York
     December 18, 2019

By: /s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Windels Marx Lane & Mittendorf, LLP
156 West 56th Street
New York, New York 10019
Telephone:  (212) 237-1000

*Special Counsel for Irving H. Picard, Esq., Trustee for the*
*Substantively Consolidated SIPA Liquidation of Bernard L.*
*Madoff Investment Securities LLC and Bernard L. Madoff*


Dated: Delray Beach, Florida
     December 18, 2019

By: /s/ Stanley I. Lehrer
Stanley I. Lehrer, in his capacity as administrator of the
Stanley I. Lehrer and Stuart M. Stein, J/T WROS
Delray Beach, Florida 33446

*Defendant*


SO ORDERED

**/s/ STUART M. BERNSTEIN**

Dated: **December 19, 2019**

HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE