**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>        Plaintiff,<br>v.<br><br>LEGACY CAPITAL LTD.,<br>        Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**LEGACY CAPITAL LTD.'S DESIGNATION OF ADDITIONAL ITEMS
TO BE INCLUDED IN RECORD AND COUNTER-STATEMENT OF
<u>ISSUES TO BE PRESENTED ON APPEAL</u>**

  Pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, Appellee-Cross-Appellant Legacy Capital Ltd. ("Legacy"), by and through its undersigned counsel, respectfully submits the following designation of additional items to be included in the record on appeal and counter-statement of the issues to be presented on appeal and cross-appeal (the "Counter-Statement") in response to the Trustee's Designation of Items to be Included in the Record on Appeal and Statement of Issues to be Presented, dated December 6, 2019 [Adv. Pro. Dkt. No. 238], submitted by Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated

1

estate of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa, et seq., and Bernard L. Madoff, individually.[1]

## I. DESIGNATION OF ADDITIONAL ITEMS TO BE INCLUDED IN THE RECORD ON APPEAL

Legacy designates for inclusion in the record on appeal the additional items listed below from the docket in *Picard v. Legacy Capital Ltd.*, Adv. Pro. No. 10-05286:

| Proceeding No. | Filing Date | Doc No. | Docket Text |
|---|---|---|---|
| 10-05286 (Bankr. S.D.N.Y.) | 09/07/2016 | 141 | Statement /*Notice of Motion for Judgment on the Pleadings* filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 10/26/2016 at 10:00 AM at Courtroom 723 (SMB) (Attachments: # 1 Proposed Order) (Warshavsky, Oren) (Entered: 09/07/2016) |
| 10-05286 (Bankr. S.D.N.Y.) | 09/07/2016 | 142 | Motion to Approve /*Memorandum of Law in Support of Trustee's Motion for Judgment on the Pleadings* (related document(s)141) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 09/07/2016) |

---

[1] The Trustee's Notice of Appeal was filed on November 22, 2019 [Adv. Pro. Dkt. No. 232], and Legacy's Notice of Cross-Appeal was filed on November 26, 2019 [Adv. Pro. Dkt. No. 234]. Thereafter, the parties submitted a Certification concerning direct appeal to the Court of Appeals [Adv. Pro. Dkt. 235].

| Proceeding No. | Filing Date | Doc No. | Docket Text |
|---|---|---|---|
| 10-05286 (Bankr. S.D.N.Y.) | 09/07/2016 | 143 | Motion to Approve /*Declaration of Oren J. Warshavsky in Support of Trustee's Motion for Judgment on the Pleadings* (related document(s)141, 142) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit Madoff Allocution # 2 Exhibit DiPascali Plea Allocution # 3 Exhibit Kugel Plea Allocution) (Warshavsky, Oren) (Entered: 09/07/2016) |
| 10-05286 (Bankr. S.D.N.Y.) | 10/07/2016 | 147 | Opposition Brief *Memorandum Of Law In Opposition To Trustee's Motion For Judgment On The Pleadings* (related document(s)143, 142) filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. with hearing to be held on 11/3/2016 at 10:30 AM at Courtroom 723 (SMB) (Attachments: # 1 Exhibit A - Amici Brief) (Kajon, Nicholas) (Entered: 10/07/2016) |
| 10-05286 (Bankr. S.D.N.Y.) | 10/25/2016 | 149 | Reply to Motion /*Reply Memorandum of Law in Support of Trustee's Motion for Judgment on the Pleadings* (related document(s)143, 142) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 10/25/2016) |

| Proceeding No. | Filing Date | Doc No. | Docket Text |
| --- | --- | --- | --- |
| 10-05286 (Bankr. S.D.N.Y.) | 12/09/2016 | 154 | Transcript regarding Hearing Held on 11/03/16 at 10:44 AM RE: Motion for Judgment on the Pleadings. Remote electronic access to the transcript is restricted until 3/9/2017. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/16/2016. Statement of Redaction Request Due By 12/30/2016. Redacted Transcript Submission Due By 1/9/2017. Transcript access will be restricted through 3/9/2017. (Cales, Humberto) (Entered: 12/20/2016) |
| 10-05286 (Bankr. S.D.N.Y.) | 06/20/2017 | 162 | Letter *to Judge Bernstein regarding Pre-Motion Conference dated June 20, 2017* Filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 06/20/2017) |
| 10-05286 (Bankr. S.D.N.Y.) | 08/17/2017 | 164 | Letter *Letter to Honorable Stuart M. Bernstein* Filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. Attachments: # 1 Exhibit A - Transcript of 6/28/17 Hearing # 2 Exhibit B - Chain of Three Emails 7- 17-17, 7-18-17 & 8-14-17)(Kajon, Nicholas) (Entered: 08/17/2017) |
| 10-05286 (Bankr. S.D.N.Y.) | 08/22/2017 | 165 | Letter *to Honorable Stuart M. Bernstein* Filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. (Kajon, Nicholas) (Entered: 08/22/2017) |

| Proceeding No. | Filing Date | Doc No. | Docket Text |
| --- | --- | --- | --- |
| 10-05286 (Bankr. S.D.N.Y.) | 12/27/2017 | 166 | Transcript regarding Hearing Held on 6/28/2017 10:08 AM RE: Summary Judgment Conference. Remote electronic access to the transcript is restricted until 3/27/2018. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/3/2018. Statement of Redaction Request Due By 1/17/2018. Redacted Transcript Submission Due By 1/29/2018. Transcript access will be restricted through 3/27/2018. (Ortiz, Carmen) (Entered: 01/08/2018) |
| 10-05286 (Bankr. S.D.N.Y.) | 12/21/2018 | 190 | Motion for Summary Judgment / *Notice of Motion of Summary Judgment* filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. with hearing to be held on 4/3/2019 at 10:00 AM at Courtroom 723 (SMB) (Warshavsky, Oren) (Entered: 12/21/2018) |
| 10-05286 (Bankr. S.D.N.Y.) | 12/21/2018 | 191 | Motion for Summary Judgment / *Trustee's Memorandum of Law in Support of Motion for Summary Judgment* (related document(s)190) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 12/21/2018) |
| 10-05286 (Bankr. S.D.N.Y.) | 12/21/2018 | 192 | Motion for Summary Judgment / *Statement of Material Facts In Support Trustee's Motion for Summary Judgment* (related document(s)190, 191) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 12/21/2018) |

| Proceeding No. | Filing Date | Doc No. | Docket Text |
|---|---|---|---|
| 10-05286 (Bankr. S.D.N.Y.) | 12/21/2018 | 193 | Declaration *of Oren J. Warshavsky In Support of Plaintiff's Motion for Summary Judgment* (related document(s)191, 190, 192) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 (Part 1 of 3) # 3 Exhibit 2 (Part 2 of 3) # 4 Exhibit 2 (Part 3 of 3) # 5 Exhibit 3 (Part 1 of 2) # 6 Exhibit 3 (Part 2 of 2) # 7 Exhibit 4 # 8 Exhibit 5 (Part 1 of 2) # 9 Exhibit 5 (Part 2 of 2) # 10 Exhibit 6 # 11 Exhibit 7 # 12 Exhibit 8 # 13 Exhibit 9) (Warshavsky, Oren) (Entered: 12/21/2018) |

| Proceeding No. | Filing Date | Doc No. | Docket Text |
| --- | --- | --- | --- |
| 10-05286 (Bankr. S.D.N.Y.) | 03/01/2019 | 199 | Opposition *Memorandum of Law In Opposition To Trustee's Motion for Summary Judgment* (related document(s)191, 190, 192) filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. (Attachments: # 1 Declaration of Nicholas F. Kajon # 2 Kajon Decl., Exhibit A # 3 Kajon Decl., Exhibit B # 4 Kajon Decl., Exhibit C # 5 Kajon Decl., Exhibit D # 6 Kajon Decl., Exhibit E # 7 Kajon Decl., Exhibit F # 8 Kajon Decl., Exhibit G # 9 Kajon Decl., Exhibit H # 10 Kajon Decl., Exhibit I # 11 Declaration of Rafael Mayer # 12 Mayer Decl., Exhibit 1 # 13 Mayer Decl., Exhibit 2 # 14 Mayer Decl., Exhibit 3 # 15 Mayer Decl., Exhibit 4 # 16 Mayer Decl., Exhibit 5 # 17 Mayer Decl., Exhibit 6 # 18 Mayer Decl., Exhibit 7 # 19 Mayer Decl., Exhibit 8 # 20 Mayer Decl., Exhibit 9 # 21 Mayer Decl., Exhibit 10 # 22 Mayer Decl., Exhibit 11 # 23 Mayer Decl., Exhibit 12 # 24 Mayer Decl., Exhibit 13 # 25 Mayer Decl., Exhibit 14 # 26 Mayer Decl., Exhibit 15 # 27 Mayer Decl., Exhibit 16 # 28 Mayer Decl., Exhibit 17 # 29 Mayer Decl., Exhibit 18 # 30 Mayer Decl., Exhibit 19 # 31 Mayer Decl., Exhibit 20 # 32 Mayer Decl., Exhibit 21 # 33 Mayer Decl., Exhibit 22 # 34 Mayer Decl., Exhibit 23 # 35 Mayer Decl., Exhibit 24 # 36 Mayer Decl., Exhibit 25 # 37 Mayer Decl., Exhibit 26 # 38 Mayer Decl., Exhibit 27 # 39 Mayer Decl., Exhibit 28 # 40 Mayer Decl., Exhibit 29 # 41 Mayer Decl., Exhibit 30 # 42 Mayer Decl., Exhibit 31 # 43 Mayer Decl., Exhibit 32 # 44 Mayer Decl., Exhibit 33 # 45 Mayer Decl., Exhibit 34 # 46 Mayer Decl., Exhibit 35 # 47 Legacy Capital Ltd.'s Response to Trustee's Statement of Material Facts Pursuant to Local Bankruptcy Rule 7056-1) (Kajon, Nicholas) (Entered: 03/01/2019) |

| Proceeding No. | Filing Date | Doc No. | Docket Text |
|---|---|---|---|
| 10-05286 (Bankr. S.D.N.Y.) | 03/22/2019 | 201 | Response /*Trustee's Reply Memorandum of Law In Further Support of Motion For Summary Judgment* filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 03/22/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 03/22/2019 | 202 | Declaration /*Reply Declaration of Oren J. Warshavsky In Support of The Trustee's Motion For Summary Judgment* (related document(s)201) filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Attachments: # 1 Exhibit 1 # 2 Exhibit 2 # 3 Exhibit 3 # 4 Exhibit 4 # 5 Exhibit 5 # 6 Exhibit 6) (Warshavsky, Oren) (Entered: 03/22/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 03/22/2019 | 204 | Reply to Motion *Reply Memorandum of Law of the Securities Investor Protection Corporation in Support of the Trustee's Motion for Summary Judgment* (related document(s)191) filed by Nathanael Kelley on behalf of SIPC. (Attachments: # 1 Certificate of Service) (Kelley, Nathanael) (Entered: 03/22/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 03/28/2019 | 208 | Letter *to the Honorable Stuart M. Bernstein on Legacy's Motion to Strike Section II.C. of SIPC's Reply Brief* (related document(s)204) Filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. (Kajon, Nicholas) (Entered: 03/28/2019) |

8

| Proceeding No. | Filing Date | Doc No. | Docket Text |
|---|---|---|---|
| 10-05286 (Bankr. S.D.N.Y.) | 03/29/2019 | 210 | Letter *Letter re Legacy Capital Ltd.'s Letter Request* (related document(s)208) Filed by Nathanael Kelley on behalf of SIPC. (Attachments: # 1 Certificate of Service)(Kelley, Nathanael)    (Entered: 03/29/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 03/29/2019 | 211 | Memorandum Endorsed Order Signed On 3/29/2019 Re: Legacy May Submit A Sur-Reply, Limited To Ten Pages, In Response To SIPC's Discussion Of UCC 8-502. So Ordered., (related document(s)204, 201, 190, 202, 199, 192, 193, 191). (Mercado, Tracey) (Entered: 03/29/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 04/04/2019 | 212 | Response *Sur-Reply of Legacy Capital Ltd. In Response To Reply Memorandum of Law Of The Securities Investor Protection Corporation In Support of The Trustee's Motion for Summary Judgment* (related document(s)204) filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. (Kajon, Nicholas) (Entered: 04/04/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 04/11/2019 | 218 | Transcript regarding Hearing Held on 4/9/19 at 10:29 AM RE: Trustees Motion for Summary Judgment. Remote electronic access to the transcript is restricted until 7/10/2019. The transcript may be viewed at the Bankruptcy Court Clerks Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.) (RE: related document(s) 191). Notice of Intent to Request Redaction Deadline Due By 4/18/2019. Statement of Redaction Request Due By 5/2/2019. Redacted Transcript Submission Due By 5/13/2019. Transcript access will be restricted through 7/10/2019. (Cales, Humberto) (Entered: 04/25/2019) |

| Proceeding No. | Filing Date | Doc No. | Docket Text |
|---|---|---|---|
| 10-05286 (Bankr. S.D.N.Y.) | 04/17/2019 | 214 | Letter *in Connection with the Trustee's Pending Motion for Summary Judgment* Filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 04/17/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 04/24/2019 | 216 | Letter *to the Honorable Stuart M. Bernstein in response to the Trustee's letter dated April 17, 2019* Filed by Nicholas F. Kajon on behalf of Legacy Capital Ltd.. (Kajon, Nicholas). **(Related document(s) 214)** Modified on 4/24/2019 (Richards, Beverly). (Entered: 04/24/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 05/06/2019 | 219 | Letter *in Response to Defendant Legacy Capital Ltd.'d April 24, 2019 Letter* (related document(s)216) Filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff. (Warshavsky, Oren) (Entered: 05/06/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 06/25/2019 | 221 | Written Opinion Signed On 6/25/2019. Re: Memorandum Decision And Order Granting Relief Under Federal Civil Rule 56(g) (related document(s)190) (Barrett, Chantel) (Entered: 06/25/2019) |
| 10-05286 (Bankr. S.D.N.Y.) | 07/10/2019 | 222 | Order Signed On 7/9/2019 Re: Denying The Trustees Motion For Summary Judgment And Granting Relief Under Federal Rule Of Civil Procedure 56(G) (Related Doc # 190). (Barrett, Chantel) (Entered: 07/10/2019) |

**II.     COUNTER-STATEMENT OF ISSUES TO BE PRESENTED ON APPEAL AND CROSS-APPEAL**

A.  Whether the Bankruptcy Court erred in ruling that the Trustee had met his burden on summary judgment to demonstrate that Bernard L. Madoff Investment Securities LLC was a Ponzi scheme.

B.  Whether the Bankruptcy Court erred in ruling that the Trustee was entitled to rely on the Ponzi scheme presumption in establishing that transfers were made with actual intent to defraud.

C.  Whether the Bankruptcy Court erred in entering an order finding certain facts to be established in the case pursuant to Rule 56(g) of the Federal Rules of Civil Procedure.

D.  Whether the Bankruptcy Court erred in determining that, with respect to any transfers in excess of the amount of Legacy's invested principal, Legacy did not provide value within the meaning of Section 548(c).

Dated: December 20, 2019  
New York, New York

By: /s/ Eric. B. Fisher  
**BINDER & SCHWARTZ LLP**  
366 Madison Avenue, Sixth Floor  
New York, New York 10006  
Telephone: (212) 510-7008  
Facsimile: (212) 510-7299  
Eric B. Fisher  
Email: efisher@binderschwartz.com  
Lindsay A. Bush  
Email: lbush@binderschwartz.com

*Attorneys for Appellee/Cross-Appellant Legacy Capital Ltd.*