**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## <u>AFFIDAVIT OF MAILING</u>

| | | |
|---|---|---|
| STATE OF TEXAS | ) | |
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

TASSIE POWERS BARR, being duly sworn, deposes and says:

1.   I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.   I am over the age of eighteen years and am not a party to the above-captioned action.

3.   On December 20, 2019, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Motion for an Order Approving Eleventh Allocation of Property to the Fund of Customer Property and Authorizing Eleventh Interim Distribution to Customers with Exhibit Thereto and Proposed Order (Docket Number 19226)

    2.  Affidavit of Vineet Sehgal in Support of the Trustee's Motion for an Order Approving the Eleventh Allocation of Property to the Fund of Customer Property and Authorizing Eleventh Interim Distribution to Customers (Docket Number 19227)

Executed on December 27, 2019

_____

Tassie Powers Barr

Sworn to and subscribed before me this 27th day of Dec , 2019

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____
(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
December 30, 2019

| PayeeName | Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

Exhibit A
December 30, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A

December 30, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
December 30, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit F
December 30, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
December 30, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
December 20, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A
December 20, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit A

December 26, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit Ar
December 20, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Exhibit Ar
December 20, 2019

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons