**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>v.<br><br>HAROLD J. HEIN REVOCABLE TRUST; RICHARD HEIN, in his capacity as successor trustee of the Harold J. Hein Revocable Trust; and ROBERT HEIN, in his capacity as successor trustee of the Harold J. Hein Revocable Trust, | Adv. Pro. No. 10-04861 (SMB) |

Defendants.

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Harold J. Hein Revocable Trust ("Hein Trust"); Richard Hein, in his capacity as successor trustee of the Hein Trust; and Robert Hein, in his capacity as successor trustee of the Hein Trust, by and through their counsel, Arthur Ruegger and Carole Neville, Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against the Hein Trust and Harold J. Hein, in his capacity as trustee of the Hein Trust ("Defendants").

2. On August 17, 2015, Defendants filed and served their Answer to the Complaint.

3. On February 20, 2016, Defendant Harold J. Hein died.

4. On November 9, 2016, Richard Hein and Robert Hein, in their capacities as successor trustees of the Hein Trust, were substituted as defendants for Harold J. Hein.

5. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on December 6, 2019.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims in the above-captioned adversary proceeding and dismissal of the adversary

2

proceeding with prejudice.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

9. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[Remainder of page intentionally left blank]*

Date: December 20, 2019
New York, New York

| **BAKER & HOSTETLER LLP** | **DENTONS US LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Arthur Ruegger* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americas |
| New York, New York 10111 | New York, NY 10020 |
| Telephone: (212) 589-4200 | Telephone: (212) 768-6700 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 768-6800 |
| David J. Sheehan | Arthur Ruegger |
| Email: dsheehan@bakerlaw.com | Email: Arthur.ruegger@dentons.com |
| Nicholas J. Cremona | Carole Neville |
| Email: ncremona@bakerlaw.com | Email: Carole.neville@dentons.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*Attorneys for Defendants Harold J. Hein Revocable Trust; Richard Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust; and Robert Hein, in his capacity as successor trustee of the Harold J. Hein Revocable Trust*

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

SO ORDERED:

Dated: **December 23rd,** 2019    /s/ STUART M. BERNSTEIN
New York, New York       Hon. Stuart M. Bernstein
              United States Bankruptcy Judge

4