**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

--------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION : 
CORPORATION, :     Adv. Pro. No. 08-1789 (SMB)
: 
          Plaintiff-Applicant, :     SIPA LIQUIDATION
: 
    - against - :     (Substantively Consolidated)
: 
BERNARD L. MADOFF INVESTMENT : 
SECURITIES LLC, : 
: 
       Defendant. : 

--------------------------------------------------------------x

IRVING H. PICARD, Trustee for the Liquidation :     Adv. Pro. No. 10-05384 (SMB)
of Bernard L. Madoff Investment Securities LLC, : 
: 
       Plaintiff, : 
: 
    - against - : 
: 
NEIL REGER PROFIT SHARING KEOGH and : 
NEIL REGER, individually and in his capacity as : 
sole trustee of the Neil Reger Profit Sharing Keogh, : 
: 
       Defendants. : 

--------------------------------------------------------------x

### ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Dentons US LLP (the "Application"), for an order

pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Neil Reger Profit Sharing

Keogh and Neil Reger, (the "Defendants"); and due and sufficient notice of the Application having

been given; and the Court having reviewed all pleadings and other papers filed in connection with

the Application; and based upon the record of the case; and the Court having determined that the

relief requested in the Application is in the best interests of the Defendants; and good and sufficient

appearing therefor; it is hereby

ORDERED that Dentons US LLP is granted leave to withdraw as counsel for the

Defendants and is hereby removed as counsel for the Defendants in this proceeding.


Dated: **December 31st, 2019**        **/s/ STUART M. BERNSTEIN**
      New York, New York           Hon. Stuart M. Bernstein
                                    UNITED STATES BANKRUPTCY JUDGE