UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATIONS OF CERTAIN CUSTOMER CLAIMS

Bruce D. Pergament, Pergament & Pergament Realty LLC, Murray Pergament 1999 Trust FBO Bruce Pergament, and Linda Horowitz Spousal Trust FBO Richard Horowitz, f/k/a Murray Pergament 1999 Trust FBO Linda Horowitz (collectively, the "Claimants"), having filed objections (Docket Nos. 5166, 5173, 5170, and 5169, respectively) to the Trustee's Notices of Determination of Claim respecting Claimants' customer claims #011575, 013428, 011893, and 011553, respectively, hereby give notice that they withdraw their respective objections.

Dated: December 23, 2019

                                              PRYOR CASHMAN LLP

                                              _____
                                              Richard Levy, Jr.
                                              7 Times Square
                                              New York, NY 10036
                                              Tel. No. 212-421-4100

                                              *Attorneys for Claimants*