**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, <br><br> Plaintiff, <br> v. <br><br> LEGACY CAPITAL LTD., <br><br> Defendant. | Adv. Pro. No. 10-05286 (SMB) |

**TRUSTEE'S DESIGNATION OF ADDITIONAL ITEM**
**TO BE INCLUDED IN THE RECORD ON APPEAL**

Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa-78*lll*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, individually, hereby designates, pursuant to Rule 8009 of the Federal Rules of Bankruptcy Procedure, the following additional item to be included in the record on appeal in response to Legacy Capital Ltd.'s Designation of Additional Items to be Included in Record and Counter-Statement of Issues to be Presented on Appeal, *Picard v. Legacy Capital Ltd.*, Adv. Pro.

No. 10-05286 (Bankr. S.D.N.Y. Dec. 20, 2019), ECF No. 241, including parallel citations to the main docket, *Sec. Investor Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC (In re BLMIS)*, Adv. Pro. No., 08-01789 (SMB) (Bankr. S.D.N.Y.):

| Designation Number | Date | ECF Number (APN 10-05286) | ECF Number (APN 08-01789) | Docket Text |
|---|---|---|---|---|
| 1 | 01/13/2017 | 155 | 14851 | So Ordered Stipulation Signed On 1/13/2017. Re: As To Undisputed Transfers (Barrett, Chantel) (Entered: 01/13/2017) |

January 3, 2020　　　　　　　　　　　　By: */s/ David J. Sheehan*
New York, New York　　　　　　　　　　**BAKER & HOSTETLER LLP**
　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　Telephone: (212) 589-4200
　　　　　　　　　　　　　　　　　　　Facsimile: (212) 589-4201
　　　　　　　　　　　　　　　　　　　David J. Sheehan
　　　　　　　　　　　　　　　　　　　Email: dsheehan@bakerlaw.com
　　　　　　　　　　　　　　　　　　　Oren J. Warshavsky
　　　　　　　　　　　　　　　　　　　Email: owarshavsky@bakerlaw.com

　　　　　　　　　　　　　　　　　　　*Attorneys for Appellant/Cross-Appellee Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*