**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01364 (SMB) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, *et al.* | |
| Defendants. | |

### [PROPOSED] ORDER ISSUING A LETTER OF REQUEST FOR SERVICE ABROAD OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS

Upon the Motion (the "Motion"), dated January 10, 2020, brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in Austria to obtain the

testimony of Gerald Pistracher; and it appearing that due and sufficient notice of the Motion has

been given under the circumstances; and it further appearing that the relief sought in the Motion

is appropriate based upon the information provided in the Motion and in the record; and it further

appearing that this Court has jurisdiction to consider the Motion and the relief requested therein

pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation; and sufficient cause

appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be

signed and sealed by the Court for transmission to the appropriate judicial authority in Austria so

that valid service of process may be effectuated upon Gerald Pistracher.


Dated: _____
        New York, New York

                                _____
                                HONORABLE STUART M. BERNSTEIN
                                UNITED STATES BANKRUPTCY JUDGE