**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>Defendants. | Adv. Pro. No. 10-04468 (SMB) |

25859055.2

## NOTICE OF HEARING

**PLEASE TAKE NOTICE** that, Young Conaway Stargatt & Taylor, LLP is counsel to Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa et seq. and the substantively consolidated estate of Bernard L. Madoff, and is counsel of record for the Trustee in the above-captioned adversary proceeding (the "Adversary Proceeding").

**PLEASE TAKE FURTHER NOTICE** that, on December 30, 2019, Defendant, Kenneth W. Brown (the "Defendant") filed a *Motion to Extend Fact Discovery* [Adv. Docket No. 140] (the "Motion").

**PLEASE TAKE FURTHER NOTICE**, on December 30, 2019, the Trustee filed a letter response to the Motion [Adv. Docket No. 141] (the "Letter").

**PLEASE TAKE FURTHER NOTICE** that, at the direction of the Court, a hearing on the Motion and the Letter has been scheduled for **February 4, 2020 at 10:00 a.m. (ET)** (the "Hearing").

*[Remainder of Page Intentionally Left Blank]*

**PLEASE TAKE FURTHER NOTICE** that, the Hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: January 13, 2020
New York, New York

YOUNG CONAWAY STARGATT & TAYLOR, LLP

By: */s/ Matthew B. Lunn*
Matthew B. Lunn
Justin P. Duda
Rockefeller Center
1270 Avenue of the Americas, Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Email: *mlunn@ycst.com*
*jduda@ycst.com*

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC*