# EXHIBIT G





UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

In the Matters of:

SECURITIES INVESTOR PROTECTION CORPORATION,

Plaintiff,

v. Adv. Case No. 08-01789-smb

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, ET AL,

Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, ET AL,

Plaintiff,

v. Adv. Case No. 10-04898-smb

SAREN-LAWRENCE

Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC, ET AL,
Plaintiff,
v. Adv. Case No. 10-04946-smb
GOLDENBERG,
Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC, ET AL,
Plaintiff,
v. Adv. Case No. 11-02760-smb
ABN AMRO BANK N.V.,
Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC, ET AL,
Plaintiff,
v. Adv. Case No. 10-04377-smb
NELSON, ET AL,
Defendants.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC, ET AL,
Plaintiff,
v. Adv. Case No. 10-04658-smb
NELSON,
Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x
IRVING H. PICARD, TRUSTEE FOR THE
LIQUIDATION OF BERNARD L. MADOFF
INVESTMENT SECURITIES, LLC, ET AL,
Plaintiff,
v. Adv. Case No. 10-04728-smb
DIGIULIAN,
Defendant.
- - - - - - - - - - - - - - - - - - - - - - - - - - - - x

U.S. Bankruptcy Court
One Bowling Green
New York, NY

May 31, 2017
10:40 AM

B E F O R E :

HON STUART M. BERNSTEIN

U.S. BANKRUPTCY JUDGE

Hearing re: Discovery Conference re Subpoenas to Depose BLMIS Employees

Hearing re: Discovery Conference to Request to Set Single Rebuttal Expert Report Deadline

Hearing re: Discovery Conference re Application of Discovery Arbitrator's Orders

Hearing re: Adversary proceeding: 10-04898-smb Irving H. Picard, Trustee for the Liquidation of B v. Saren-Lawrence. Pre-Trial Conference

Hearing re: Adversary proceeding: 10-04946-smb Irving R. Picard, Trustee for the Liquidation of B v. Goldenberg. Pre-Trial Conference

Hearing re: Adversary proceeding: 11-02760-smb Irving H. Picard, Trustee for the Liquidation of B v. ABN AMRO BANK N.V. Conference re Status of Memorandum Decision Denying Certification

Hearing re: Adversary proceeding: 10-04377-smb Irving H. Picard, Trustee for the Liquidation of B v. Nelson, et al. Pre-Trial Conference

Hearing re: Adversary proceeding: 10-04658-smb Irving H. Picard, Trustee for the Liquidation of B v. Nelson, et al.

Pre-Trial Conference

Hearing re: Adversary proceeding: 10-04728-smb Irving H. Picard, Trustee for the Liquidation of B v. Digiulian.

Cross-Motion to Dismiss

Hearing re: Adversary proceeding: 10-04728-smb

Motion for Substitution of Defendant

Transcribed by: Tracey Williams, Nicole Yawn

A P P E A R A N C E S :

BAKER HOSTETLER

Attorneys for Trustee, Irving H. Picard

45 Rockefeller Plaza

New York, NY 10111-0100

BY: DAVID SHEEHAN, ESQ.

EDWARD J. JACOBS, ESQ.

STACY DASARO, ESQ.

BAKER HOSTETLER

Attorneys for Trustee, Irving H. Picard

811 Main Street

Suite 1100

Houston, TX 77002-6111

BY: DEAN D. HUNT, ESQ.

FARRELL A. HOCHMUTH, ESQ.

A P P E A R A N C E S : (Contd.)

BAKER HOSTETLER

Attorney for Trustee, Irving H. Picard
Capitol Square, Suite 2100
65 East State Street
Columbus, OH 43215

BY: CATHERINE E. WOLTERING, ESQ.

CHAITMAN LLP

Attorney for Defendants Digiulian, Nelson and Saren Lawrence
465 Park Avenue
New York, NY 10022

BY: HELEN DAVIS CHAITMAN, ESQ.

ALLEN & OVERY

Attorney for Defendant ABN AMRO BANK N.V.
1221 Avenue of the Americas
New York, NY 10020

BY: MICHAEL S. FELDBERG, ESQ.

A P P E A R A N C E S : (Contd.)

MILBERG LLP

Attorney for Defendant Goldenberg

One Pennsylvania Plaza

New York, NY 10119

BY: J. BIRT REYNOLDS, ESQ.

THE COURT: -- I'm familiar with the background.

MS. CHAITMAN: Okay. So when I was before you on May 17th, 2016 on my motion to compel the trustee to produce documents to us and other issues, Your Honor said to the trustee and I quote -- well, you said in court, "If the trustee has additional documents, he's got to supplement the disclosure or the production, which he does by adding them to the data room." The trustee completely ignored what you said.

THE COURT: What does this have to do with your request for a single date for an expert deadline?

MS. CHAITMAN: Because the -- every -- the discovery is ongoing, until we get to the truth, which the trustee has deliberately concealed, we are unable to get --

THE COURT: Well, let's stop with the recriminations and all that. You want a single discovery deadline or a single deadline for expert reports, right?

MS. CHAITMAN: Right, because those expert reports are going to be based upon the discovery that we're now getting. The trustee -- Magistrate Judge Moss ordered the trustee --

THE COURT: What is the deadline that you are proposing?

MS. CHAITMAN: There are different deadlines --

THE COURT: But you're asking for single one. So

THE COURT: Well --

MR. JACOBS: -- in any event. I would like --

THE COURT: -- I'll decide that after trial.

MR. JACOBS: Understood. I would like to correct the record. There was never a motion to compel the trustee to produce any documents pending in this Court, that's a fiction.

THE COURT: But I thought I directed you to produce the documents.

MR. JACOBS: We said that when the Court allowed the deposition of Mr. Madoff for the specific, narrow purpose of examining as a preliminary matter, as a precursor to an omnibus fraud trial, the start date of the fraud and the Court opened the door to that evidence, we undertook a voluntary effort to search for and identify any material that we may have in BLMIS' possession that would evidence trading --

THE COURT: Did Ms. Chaitman --

MR. JACOBS: -- from that period.

THE COURT: -- did Ms. Chaitman ever ask for trading records in any of her discovery requests?

MR. JACOBS: She did. She's been asking for trading records for a very long time, for a couple of years now, starting with the subpoena she served on the Depository Trust Clearing Company. That subpoena was limited in time

for 2002 to 2008. We had already served our own subpoena on that entity and produced all of that material. She later expanded the scope of that inquiry to periods prior to 2002. We undertook a diligent and reasonable search for those records, there weren't any, so we didn't produce any.

Then the Court allowed Mr. Madoff's deposition on the narrow issue of the start date of the fraud. We voluntarily represented in both this Court and before Judge Moss, the discovery arbitrator, that we would voluntarily undertake an effort to look again for any third party verifiable trading records that would evidence real securities being bought or sold on behalf of IA customers and there weren't any.

We have produced recently, in the past six months since we took all of these issues to the discovery arbitrator, a lot of additional documents, but those are various iterations of BLMIS reports, very much like the customer statements, very much like the reports that are in the data room, very much like the tens of thousands, if not hundreds of thousands of documents we've already produced and made available in this litigation that we restored from microfilm at the cost of about half a million dollars in another attempt to try to find earlier trading records and they don't exist because there was no trading for those customers.

C E R T I F I C A T I O N

We, Tracey Williams and Nicole Yawn, certify that the foregoing transcript is a true and accurate record of the proceedings.

__________________________

Tracey Williams

AAERT Certified Electronic Transcriber CET-914

__________________________

Nicole R. Yawn

Date: June 2, 2017

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501