# EXHIBIT H

                                                                    Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-01789-smb

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

 5   SECURITIES INVESTOR PROTECTION CORPORATION,

 6              Plaintiff,

 7         v.

 8   BERNARD L. MADOFF INVESTMENT SECURITIES, L.L.C.,

 9              Defendants.

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

11   Adv. Case No. 10-04292-smb

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

13   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

14   MADOFF INVESTMENT SECURITIES LLC,

15              Plaintiff,

16         v.

17   ROBERT ROMAN,

18              Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

20

21

22

23

24

25

**Page 2**

1       U.S. Bankruptcy Court
2       One Bowling Green
3       New York, NY  10004
4
5       June 29, 2017
6       11:02 AM
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21  BEFORE:
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:  K. SU

1  Hearing re:  08-01789-smb Conference re Form of Order
2  Applying Discovery Arbitrator's Orders to Other Cases
3
4  Hearing re:  08-01789-smb Conference re Madoff Day 2
5  Deposition Topics
6
7  Hearing re:  08-01789-smb Notice of Agenda for Matters
8  Scheduled for Hearing on June 29, 2017
9
10 Hearing re:  10-04292-smb Trustee's Motion to Compel
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25 Transcribed by:  Sonya Ledanski Hyde

Page 4

1  A P P E A R A N C E S :

2

3  MCDERMOTT WILL & EMERY LLP

4       Attorneys for

5       340 Madison Avenue

6       New York, NY 10173

7

8  BY:   MICHAEL R. HUTTENLOCHER

9

10  CHAITMAN LLP

11       Attorneys for

12       465 Park Avenue

13       New York, NY 10022

14

15  BY:   HELEN DAVIS CHAITMAN, ESQ.

16

17  BAKER HOSTETLER

18       Attorneys for the Trustee

19       45 Rockefeller Plaza

20       New York, NY 10111

21

22  BY:   STACEY A. BELL

23       MAXIMILLIAN S. SHIFRIN

24       EDWARD J. JACOBS

25       DAVID J. SHEEHAN

```
 1   DENTONS US LLP
 2        Attorneys for
 3        1221 Avenue of the Americas
 4        New York, NY 10020
 5
 6   BY:   CAROLE NEVILLE
 7
 8   SCHULTE ROTH & ZABEL LLP
 9        Attorneys for Picower Parties
10        919 Third Avenue
11        New York, NY 10022
12
13   BY:   MICHAEL KWON
14
15   HUNTON & WILLIAMS LLP
16        Attorneys for
17        200 Park Avenue
18        New York, NY 10166
19
20   BY:   ROBERT A. RICH
21
22
23
24
25
```

**Page 6**

1    **ALSO PRESENT TELEPHONICALLY:**

2

3    **KEVIN H. BELL**

4    **JAMES H. BURBAGE**

5    **NICHOLAS J. CREMONA**

6    **PATRICK MOHAN**

7    **DAVID J. SHEEHAN**

8    **CATHERINE E. WOLTERING**

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1                DAVID SHEEHAN:  It sounds easy.

2                THE COURT:  All right.

3                DAVID SHEEHAN:  But we've been doing that for a

4     year and a half with Ms. Chaitman.

5                MS. CHAITMAN:  That is untrue.

6                THE COURT:  No, no, stop.  I don't know what's in

7     there, you don't know what's in there, and on that basis,

8     you can't say I'm not going to turn it over.

9                DAVID SHEEHAN:  Yeah, but she hasn't shown to you

10    what she's saying is true.

11               THE COURT:  There are two orders directing you --

12               DAVID SHEEHAN:  But why does she get discovery

13    when she can't even prove what she's saying?

14               THE COURT:  There are two orders directing you to

15    turn over the documents.  You haven't told me that they're

16    not relevant.  You --

17               DAVID SHEEHAN:   I'm going to look at it, and if I

18    don't think they are, I'm going to tell Your Honor that.

19               THE COURT:  You haven't made a motion for a

20    protective order, and there are two orders to turn over the

21    documents.

22               DAVID SHEEHAN:  I'd like the protective order.

23    Well, I do.

24               MS. CHAITMAN:  Well, Judge, you know --

25               DAVID SHEEHAN:  It's about time she put up or shut

1                C E R T I F I C A T I O N

2

3       I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  July 3, 2017