# EXHIBIT P

**From:** Keranen, Kristin L. [mailto:kkeranen@bakerlaw.com]
**Sent:** Thursday, July 27, 2017 5:03 PM
**To:** Kratenstein, Andrew; Helen Chaitman
**Cc:** Sabella, Michael A.
**Subject:** RE: 1980s trading records

Hi, Andrew,

My apologies for the confusion.  Mr. Sheehan misspoke yesterday.  While we did provide the hit results to you and Ms. Chaitman (see attached), we have not produced the documents.  I believe the search terms as currently drafted would return over 3 million documents, not including the 800,000 already in EDR1.  If you would like these documents produced from the BLMIS database, we are open to discussing that with you.

Regards,
Kristin

**Kristin Keranen**
Counsel

<image004.jpg>
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4600

kkeranen@bakerlaw.com
bakerlaw.com
<image002.jpg><image003.jpg>

{00043554 1 }