# EXHIBIT U

| | |
|---|---|
| **From:** | Shifrin, Maximillian S. <mshifrin@bakerlaw.com> |
| **Sent:** | Tuesday, January 02, 2018 4:08 PM |
| **To:** | Helen Chaitman |
| **Cc:** | Sheehan, David J. |
| **Subject:** | RE: Follow up |

Helen,

Happy New Year to you as well.  As we stated in our December 21, 2017 responses and objections to your discovery requests, our search and review of additional records is ongoing, and we anticipate making a supplemental production of any additional records that we identify within four weeks. In addition, as we also stated in our responses and discussed at our meet and confer, we are using known BLMIS bank account numbers to run searches in our Third Party Documents, and are reviewing that population to ensure that we identify and produce the specific types of records that you seek.

As soon as these steps are completed, we will produce any additional responsive records that we identify.

Thanks,
Max

-----Original Message-----
From: Helen Chaitman [mailto:hchaitman@chaitmanllp.com]
Sent: Tuesday, January 02, 2018 7:58 AM
To: Shifrin, Maximillian S. <mshifrin@bakerlaw.com>
Cc: Sheehan, David J. <dsheehan@bakerlaw.com>
Subject: RE: Follow up

Happy new year to both of you.  It is now a month and a half since you promised me that you would search the BLMIS data base for third party trading records and, to date, I have not received a single document as a result of that search.  Can you please explain to me what steps you have taken to fulfill your representation to me and when I can expect to receive the documents you have located?  Thanks.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

-----Original Message-----
From: Shifrin, Maximillian S. [mailto:mshifrin@bakerlaw.com]
Sent: Wednesday, November 15, 2017 11:01 AM
To: Helen Chaitman <hchaitman@chaitmanllp.com>
Subject: Follow up

Helen,

Thanks again for coming in yesterday--I think it was a productive meeting.

1

After consulting internally, we have identified a list that we created of BLMIS account numbers with various banks. We can apply those search terms across our third party records to get a preliminary idea of what kind of universe of documents that would yield. That way, you don't have to go digging up those numbers yourself.

We will circle back with our results. In the meantime, let me know if you have any questions or would otherwise like to discuss.

Thanks,
Max

_____

This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.