# EXHIBIT X

Page 1

```
 1  UNITED STATES BANKRUPTCY COURT
 2  SOUTHERN DISTRICT OF NEW YORK
 3  Lead Case No. 08-99000-smb
 4  Case No. 08-01789-smb
 5  - - - - - - - - - - - - - - - - - - - - - - - - - -x
 6  In the Matter of:
 7  SECURITIES INVESTOR PROTECTION CORPORATION,
 8              Plaintiff,
 9          v.
10  BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, et al.,
11              Defendants.
12
13  - - - - - - - - - - - - - - - - - - - - - - - - - -x
14              United States Bankruptcy Court
15              One Bowling Green
16              New York, NY  10004
17
18              July 25, 2018
19              10:10 AM
20
21  B E F O R E :
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:   UNKNOWN
```

Page 2

1  HEARING re Conference re Motion for an Order Establishing
2  Omnibus Proceeding for the Purpose of Determining the
3  Existence, Duration and Scope of the Ponzi Scheme at BLMIS

25  Transcribed by:  Sonya Ledanski Hyde

Page 3

```
 1   A P P E A R A N C E S :
 2
 3   BAKER HOSTETLER
 4        Attorneys for Trustee BLMIS
 5        45 Rockefeller Plaza
 6        New York, NY 10111
 7
 8   BY:  NICHOLAS J. CREMONA
 9        AMANDA E. FEIN
10        STACEY A. BELL
11        MELISSA L. KOSACK
12        MAXIMILLIAN S. SHIFRIN
13
14   DENTONS US LLP
15        Attorneys for Defendants
16        1221 Avenue of the Americas
17        New York, NY 10020
18
19   BY:  CAROLE NEVILLE
20
21
22
23
24
25
```

Page 4

```
 1   PRYOR CASHMAN LLP
 2        Attorneys for the Defendants
 3        7 Times Square
 4        New York, NY 10036
 5
 6   BY:  RICHARD LEVY, JR.
 7
 8   MCDERMOTT WILL & EMERY LLP
 9        Attorneys for Sage Associates, Sage Realty, Malcolm
10        Sage, Martin Sage, Ann Sage
11        340 Madison Avenue
12        New York, NY 10173
13
14   BY:  ANDREW B. KRATENSTEIN
15
16   HUNTON ANDREWS KURTH LLP
17        Attorneys for Defendants
18        200 Park Avenue
19        New York, NY 10166
20
21   BY:  RICHARD A. RICH
22
23
24
25
```

Page 5

```
 1   FISHERBROYLES LLP
 2        Attorneys for Defendants
 3        445 Park Avenue
 4        New York, NY 10022
 5
 6   BY:  RICHARD A. KIRBY
 7
 8   STEVENS & LEE
 9        Attorneys for Legacy Capital
10        485 Madison Avenue, 20th Floor
11        New York, NY 10022
12
13   BY:  NICHOLAS F. KAJON
14
15   CHAITMAN LLP
16        Attorneys for Defendants
17        465 Park Avenue
18        New York, NY 10022
19
20   BY:  HELEN DAVIS CHAITMAN
21
22
23
24
25
```

Page 6

1  ALSO PRESENT TELEPHONICALLY:
2
3  KEVIN H. BELL
4  PATRICK MOHAN
5  JOSHUA TUCKER
6  DAVID J. SHEEHAN
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

1           MS. BELL:  For the BLMIS database.

2           THE COURT:  And what's involved in making them

3    available mechanically?

4           MS. BELL:  Your Honor, I think we have to proceed

5    pursuant to Rule 26 of the Federal Rules of Civil Procedure,

6    and there are some technical issues.

7           THE COURT:  What's involved in producing those?

8           MS. BELL:  So, here's what I'd say, Your Honor.

9    We had -- in the first meet and confer that we had, where we

10   thought we were making progress, one of the things, because

11   we had I thought, tentatively at least -- I conceptually

12   agreed to a consolidated discovery proceeding.

13          In the context of that discussion, the BLMIS

14   database came up and Mr. Sheehan did represent that the

15   Trustee is certainly open to producing that database.  There

16   are some logistical issues that we will need to talk about

17   with Defendants.  There are cost concerns, there are

18   concerns.  And so we had set aside another meeting --

19          THE COURT:  Well, that's what I want to know.  I

20   want to know who's going to bear the cost of this.

21          MS. BELL:  And that's what -- we had a meet and

22   confer that was set up as of the date of the last hearing

23   that -- that meet and confer did not happen because we had

24   to come here.  We set up another meet and confer and we did

25   not continue that discussion because at that time,

```
 1                    C E R T I F I C A T I O N

 2

 3        I, Sonya Ledanski Hyde, certified that the foregoing

 4    transcript is a true and accurate record of the proceedings.

 5

 6

 7

 8    Sonya Ledanski Hyde

 9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:
```