# EXHIBIT Y

# BakerHostetler

Baker & Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

September 17, 2018

Maximillian S. Shifrin
direct dial: 212.589.4252
mshifrin@bakerlaw.com

**VIA E-MAIL**

Helen Davis Chaitman
Chaitman, LLP
465 Park Avenue
New York, New York 10022

Re: *Trust U/Art Fourth O/W/O Israel Wilenitz, et. al.,* Adv. Pro. No. 10-04995 (SMB)

Dear Helen:

On September 4, 2018, your colleague, Greg Dexter, sent me your portion of a draft joint letter to Judge Maas pursuant to his March 15, 2017 order governing your request for "trading records." We subsequently sent you the Trustee's position on September 10, 2018, and we were under the impression that you would be submitting the joint letter shortly thereafter.

You have yet to do so, however, and have instead sent us a separate letter, dated September 14, 2018, in which you continue to obfuscate and misrepresent the relevant history of this dispute. At this juncture, given the multitude of inaccuracies in this recent letter, it is clear to us that we will need Judge Mass's assistance if we are to come to any resolution, and we therefore encourage you to submit the joint letter at your earliest convenience. As a reminder, please send us a final version of the letter before submitting it to Judge Maas.

With respect to the saved search functionality of E-Data Room 1, in my recent email to Ms. Cole, I invited her to consult with our Litigation Support Manager and discuss any proposed technical solutions she may have. I also informed her that, as an alternative solution, we were willing to make a conventional production of all the documents in E-Data Room 1 so that you can load them onto your own review platform without any restrictions. The Trustee stands by this offer, so please let us know how you would like to proceed.

Atlanta   Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa   Denver
Houston   Los Angeles   New York   Orlando   Philadelphia   Seattle   Washington, DC

September 17, 2018
Page 2

Sincerely,

*/s/ Maximillian S. Shifrin*

Maximillian S. Shifrin
Associate