# EXHIBIT AA

**From:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Sent:** Wednesday, September 05, 2018 3:04 PM
**To:** Cremona, Nicholas J. <ncremona@bakerlaw.com>
**Cc:** Greg Dexter <gdexter@chaitmanllp.com>
**Subject:** RE: Draft Joint Letter to Judge Maas

While normally I would always accept an invitation for a meet and confer, I cannot do so in this instance.  We have had two years of such opportunities and they have still not resulted in the Trustee's compliance with two court orders.  Moreover, Judge Bernstein has rejected your proposal to take the discovery you describe below and it is time-barred under all of the case management orders entered in the cases I am defending.

Please let me know whether you want to add to our proposed letter to Magistrate Judge Maas.  If not, we will send it to Judge Maas as is, with a copy of this email exchange.

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell:  (908) 303-4568
Fax:  (888) 759-1114

**From:** Cremona, Nicholas J. [mailto:ncremona@bakerlaw.com]
**Sent:** Wednesday, September 05, 2018 3:08 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Subject:** FW: Draft Joint Letter to Judge Maas

Helen,

I am resending the below email since I received an error message that is was undeliverable. Hopefully it comes through this time.

**Nicholas J. Cremona**
Partner



45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4682

ncremona@bakerlaw.com
bakerlaw.com

TA583