# EXHIBIT AG

## QUEENS WAREHOUSE PRODUCTION DOCUMENTS NOT FOUND IN E-DATA ROOM

**(Beginning Bates Numbers)**

1.  MADTSS01305346
2.  MADTSS01305345
3.  MADTSS01305344
4.  MADTSS01308834
5.  MADTSS01313947
6.  MADTSS01317737
7.  MADTSS01317745
8.  MADTSS01317746
9.  MADWAA00199527
10. MADTSS01385314
11. MADTSS01385316
12. MADWAA00011342
13. MADWAA00011346
14. MADWAA00011548
15. MADWAA00017400
16. MADWAA00012205
17. MADWAA00017655
18. MADWAA00017657
19. MADWAA00017747
20. MADTSS01375468
21. MADTSS01375472
22. MADTSS01375470
23. MADTSS01375474
24. MADTSS01375480
25. MADTSS01375476
26. MADTSS01375510
27. MADTSS01375506
28. MADTSS01375512

| 29. | MADTSS01375516 |
| 30. | MADTSS01375508 |
| 31. | MADTSS01375520 |
| 32. | MADTSS01375518 |
| 33. | MADTSS01375514 |
| 34. | MADTSS01375524 |
| 35. | MADTSS01375522 |
| 36. | MADTSS01375536 |
| 37. | MADTSS01375526 |
| 38. | MADTSS01375530 |
| 39. | MADTSS01375528 |
| 40. | MADTSS01375532 |
| 41. | MADTSS01375534 |
| 42. | MADTSS01375540 |
| 43. | MADTSS01375542 |
| 44. | MADTSS01375538 |
| 45. | MADTSS01375548 |
| 46. | MADTSS01375546 |
| 47. | MADTSS01375482 |
| 48. | MADTSS01375484 |
| 49. | MADTSS01375486 |
| 50. | MADTSS01375492 |
| 51. | MADTSS01375488 |
| 52. | MADTSS01375490 |
| 53. | MADTSS01375494 |
| 54. | MADTSS01375504 |
| 55. | MADTSS01375544 |
| 56. | MADTSS01375496 |
| 57. | MADTSS01375498 |
| 58. | MADTSS01375502 |
| 59. | MADTSS01375550 |

| | |
|---|---|
| 60. | MADTSS01375554 |
| 61. | MADTSS01375552 |
| 62. | MADTSS01375556 |
| 63. | MADTSS01375576 |
| 64. | MADTSS01375574 |
| 65. | MADTSS01375568 |
| 66. | MADTSS01375566 |
| 67. | MADTSS01375570 |
| 68. | MADTSS01375572 |
| 69. | MADTSS01375564 |
| 70. | MADTSS01375560 |
| 71. | MADTSS01375562 |
| 72. | MADTSS01375558 |
| 73. | MADTSS01375580 |
| 74. | MADTSS01375582 |
| 75. | MADTSS01375578 |
| 76. | MADTSS01375586 |
| 77. | MADTSS01375588 |
| 78. | MADTSS01375584 |
| 79. | MADTSS01375590 |
| 80. | MADTSS01375594 |
| 81. | MADTSS01375592 |
| 82. | MADTSS01375596 |
| 83. | MADTSS01375598 |
| 84. | MADTSS01375600 |
| 85. | MADTSS01375606 |
| 86. | MADTSS01375604 |
| 87. | MADTSS01375602 |
| 88. | MADTSS01375608 |
| 89. | MADTSS01375624 |
| 90. | MADTSS01375610 |

| 91. | MADTSS01375614 |
| 92. | MADTSS01375612 |
| 93. | MADTSS01375616 |
| 94. | MADTSS01375618 |
| 95. | MADTSS01375620 |
| 96. | MADTSS01375622 |
| 97. | MADTSS01375648 |
| 98. | MADTSS01375626 |
| 99. | MADTSS01375628 |
| 100. | MADTSS01375630 |
| 101. | MADTSS01375634 |
| 102. | MADTSS01375638 |
| 103. | MADTSS01375636 |
| 104. | MADTSS01375632 |
| 105. | MADTSS01375642 |
| 106. | MADTSS01375652 |
| 107. | MADTSS01375646 |
| 108. | MADTSS01375640 |
| 109. | MADTSS01375644 |
| 110. | MADTSS01375650 |
| 111. | MADTSS01375654 |
| 112. | MADTSS01375392 |
| 113. | MADTSS01375394 |
| 114. | MADTSS01375398 |
| 115. | MADTSS01375396 |
| 116. | MADTSS01375390 |
| 117. | MADTSS01375402 |
| 118. | MADTSS01375400 |
| 119. | MADTSS01375408 |
| 120. | MADTSS01375404 |
| 121. | MADTSS01375406 |

122.    MADTSS01375416

123.    MADTSS01375414

124.    MADTSS01375412

125.    MADTSS01375410

126.    MADTSS01375418

127.    MADTSS01375420

128.    MADTSS01375422

129.    MADTSS01375430

130.    MADTSS01375428

131.    MADTSS01375424

132.    MADTSS01375426

133.    MADTSS01375436

134.    MADTSS01375432

135.    MADTSS01375434

136.    MADTSS01375440

137.    MADTSS01375438

138.    MADTSS01375442

139.    MADTSS01375460

140.    MADTSS01375444

141.    MADTSS01375446

142.    MADTSS01375448

143.    MADTSS01375456

144.    MADTSS01375458

145.    MADTSS01375450

146.    MADTSS01368301

147.    MADTSS01375462

148.    MADTSS01375466

149.    MADTSS01375464

150.    MADTSS01375452

151.    MADTSS01375454

152.    MADWAA00016840

153. **MADTSS01251807**

154. **MADTSS01250652**

155. **MADTSS01250653**

156. **MADTSS01250656**

157. **MADTSS01250560**

158. **MADTSS01326014**

159. **MADTSS01326063**

160. **MADTSS01326089**

161. **MADTSS01327552**

162. **MADTSS01327555**

163. **MADTSS01327557**

164. **MADTSS01327559**

165. **MADTSS01327569**

166. **MADTSS01327571**

167. **MADTSS01327573**

168. **MADTSS01327581**

169. **MADTSS01327661**

170. **MADTSS01327689**

171. **MADTSS01327704**

172. **MADTSS01327717**

173. **MADTSS01327719**

174. **MADTSS01327720**

175. **MADTSS01327722**

176. **MADTSS01327723**

177. **MADTSS01327725**

178. **MADTSS01327789**

179. **MADTSS01327798**

180. **MADTSS01327800**

181. **MADTSS01327804**

182. **MADTSS01327806**

183. **MADTSS01327808**

184. **MADTSS01327811**

185. **MADTSS01327815**

186. **MADTSS01327818**

187. **MADTSS01327852**

188. **MADTSS01327870**

189. **MADTSS01327934**

190. **MADTSS01327936**

191. **MADTSS01328022**

192. **MADTSS01328026**

193. **MADTSS01328029**

194. **MADTSS01328030**

195. **MADTSS01328065**

196. **MADTSS01328068**

197. **MADTSS01328075**

198. **MADTSS01328077**

199. **MADTSS01328093**

200. **MADTSS01328109**

201. **MADTSS01328098**

202. **MADTSS01328238**

203. **MADTSS01328068**

204. **MADTSS01327650**

205. **MADTSS01326089**

206. **MADTSS01328123**

207. **MADTSS01328185**

208. **MADTSS01328198**

209. **MADTSS01328275**

210. **MADTSS01328277**

211. **MADTSS01328284**

212. **MADTSS01328297**

213. **MADTSS01328299**

214. **MADTSS01328304**

215.    MADTSS01328358

216.    MADTSS01328363

217.    MADTSS01328364

218.    MADTSS01318118

219.    MADTSS01317745

220.    MADTSS01317723

221.    MADTSS01317744

222.    MADTSS01317737

223.    MADTSS01250654

224.    MADTSS01250658

225.    MADTSS01328613

226.    MADTSS01328685

227.    MADTSS01317292

228.    MADTSS01316442

229.    MADTSS01330685

230.    MADTSS01332822

231.    MADTSS01333277

232.    MADTSS01333763

233.    MADTSS01333998

234.    MADTSS01334252

235.    MADTSS01334539

236.    MADTSS01335145

237.    MADTSS01340819

238.    MADTSS01344470

239.    MADWAA00381327

240.    MADTSS01255886

241.    MADTSS01375274

242.    MADWAA00016531

243.    MADWAA00016662

244.    MADTSS01249224

245.    MADTSS01249646

246. **MADTSS01252204**

247. **MADWAA00012240**

248. **MADWAA00012242**

249. **MADWAA00012244**

250. **MADWAA00017576**

251. **MADWAA00017599**

252. **MADWAA00017628**

253. **MADWAA00017640**

254. **MADWAA00017679**

255. **MADWAA00017677**

256. **MADWAA00017798**