**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants-Appellants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> DEFENDANTS LISTED ON ECF NO. 14283, <br><br> Defendants-Appellants. | Adv. Pro. Nos. 10-04995 <br> 10-04818 <br> 10-04914 <br> 10-04826 <br> 10-04644 <br> 10-04541 <br> 10-04728 <br> 10-04905 <br> 10-04621 |

## CERTIFICATE OF SERVICE

I hereby certify that on January 13, 2020, I caused a true and correct copy of Defendants'

Memorandum of Law in Opposition to the *Trustee's Motion for Attorneys' Fees and Expenses*

*Pursuant to Fed. R. Civ. P. 37(a)(5)(B)* and Declaration of Helen Davis Chaitman with Exhibits

{00043558 1 }

A –AG to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF and by electronic mail upon:

> David J. Sheehan, Esq.
> dsheehan@bakerlaw.com
> Maximillian S. Shifrin, Esq.
> mshifrin@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York  10111

I declare under penalty of perjury that the foregoing is true and correct.

Dated:  January 14, 2020                               */s/ Helen Davis Chaitman*
          New York, New York