**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARY 22 AT 2:00 P.M.**

**UNCONTESTED MATTERS**

1.  **10-04818; Picard v. Toby Harwood;**
  **10-04914; Picard v. Edyne Gordon;**
  **10-04826; Picard v. Boyer Palmer;**
  **10-04541; Picard v. Kenneth W. Perlman,** *et al.***;**
  **10-04905; Picard v. Train Klan, a Partnership,** *et al.***;**
  **10-04621; Picard v. Donald A. Benjamin**

  A.    Trustee's Motion for Fees & Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B) filed by David J. Sheehan on behalf of Irving H Picard (Filed: November 15, 2019) [ECF No. 19138-1]

Objections Due:    January 13, 2020

Objections Filed:

  B.    Defendants' Memorandum of Law in Opposition to the Trustee's Motion for Attorneys' Fees & Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B) filed by Helen Davis Chaitman on behalf of Donald A. Benjamin, Bruno Digiulian, Bruno L. Digiulian, Russell L Dusek, Russell Laslow Dusek, Estate of Boyer Palmer, Estate of Boyer Palmer, Estate of Evelyn Berezin, Estate of Evelyn Berezin Wilenitz, Edyne Gordon, Toby Harwood, Felice J. Perlman, Sanford S. Perlman, Train Klan, a Partnership (Filed: January 13, 2020) [ECF No. 19252]

Replies Due:    January 17, 2020

Reply Filed:

  C.    Trustee's Reply Memorandum of Law in Further Support of His Application for Fees & Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B) filed by David J. Sheehan on behalf of Irving H Picard (Filed: January 17, 2020) [ECF No. 19258]

Status:    This matter is going forward.

Dated: January 21, 2020
New York, New York

By:    */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*