**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Dean D. Hunt
Email: dhunt@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br>  v.<br><br>ESTATE OF ARMAND L. GREENHALL, PENG YAN, individually and as Personal Representative of the Estate of Armand L. Greenhall, and DEIDRE SWEENEY, as Personal Representative of the Estate of Armand L. Greenhall,<br><br>         Defendants. | Adv. Pro. No. 10-05048 (SMB) |

## NOTICE OF MEDIATOR SELECTION

On November 10, 2010, this Court entered the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order")[1] [Adv. Pro. No. 08-01789 (SMB), Dkt. No. 3141]. Pursuant to the Notice of Applicability filed by Plaintiff Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually ("Madoff"), in this Adversary Proceeding on December 1, 2010 [Dkt. No. 2], the Order and the avoidance procedures contained therein (the "Avoidance Procedures") are applicable to the instant matter.

Pursuant to the Avoidance Procedures, on January 22, 2020, the Trustee filed with this Court the Notice of Mediation Referral [Dkt. No. 117], wherein the Trustee and Defendants (the "Parties") jointly agreed to enter mediation without further court order.

Through this Notice of Mediator Selection, and pursuant to the Avoidance Procedures and the Mediation Order, made applicable to the Parties upon the filing of the Notice of Mediation Referral, the Parties hereby mutually select the Honorable Faith S. Hochberg, United States District Judge (ret.) to act as Mediator in this matter. The Parties further agree to contact Judge Hochberg as soon as practicable after this Notice of Mediator Selection is filed with the Court.

The Parties further agree that no person shall act as Mediator if that person, or that person's law firm, currently represents a party with respect to the BLMIS proceeding, unless the Parties provide prior written consent that the person may act as Mediator.

---

[1] All terms not defined herein shall be given the meaning ascribed to them in the Order.

Pursuant to the Avoidance Procedures, the Parties agree that this mediation will conclude within 120 days from the date that this Notice of Mediator Selection is filed, unless that deadline is extended by mutual consent of the Parties and the Mediator.

Dated: New York, New York
January 22, 2020

| | |
|---|---|
| Of Counsel: | **BAKER & HOSTETLER LLP** |
| **BAKER & HOSTETLER LLP** | By: */s/ Nicholas J. Cremona* |
| | 45 Rockefeller Plaza |
| 811 Main, Suite 1100 | New York, New York 10111 |
| Houston, Texas 77002 | Telephone: 212.589.4200 |
| Telephone: (713)751-1600 | Facsimile: 212.589.4201 |
| Facsimile: (713)751-1717 | David J. Sheehan |
| Dean D. Hunt | Email: dsheehan@bakerlaw.com |
| Email: dhunt@bakerlaw.com | Nicholas J. Cremona |
| Farrell A. Hochmuth | Email: ncremona@bakerlaw.com |
| Email: fhochmuth@bakerlaw.com | |
| | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |
| **LAW OFFICE OF JOSEPH F. KEENAN** | **LAX & NEVILLE, LLP** |
| By: */s/ Joseph F. Keenan* | By: */s/ Brian J. Neville* |
| 114-04 Beach Channel Drive | Empire State Building |
| Rockaway Park, NY 11694 | 350 Fifth Ave., Suite 4640 |
| Telephone: (718) 747-8850 | New York, New York 10118 |
| Joseph F. Keenan | Telephone: (212) 696-1999 |
| Email: jfkeenan@joekeenanlaw.com | Facsimile: (212) 566-4531 |
| | Barry R. Lax |
| *Attorneys for Defendants Estate of Armand L. Greenhall and Deidre Sweeney, as Personal Representative of the Estate of Armand L. Greenhall* | Email: blax@laxneville.com |
| | Brian J. Neville |
| | Email: bneville@laxneville.com |
| | Robert R. Miller |
| | Email: rmiller@laxneville.com |
| | *Attorneys for Defendant Peng Yan, individually and as Personal Representative of the Estate of Armand L. Greenhall* |