**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>      Plaintiff,<br>v.<br>RAR ENTREPRENEURIAL FUND, LTD., RUSSELL OASIS, ALAN POTAMKIN, ROBERT POTAMKIN, and TAMIAMI TOWER CORPORATION,<br>      Defendants. | Adv. Pro No. 10-04352 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE PURSUANT TO 28 U.S.C. § 157(d) AND FED. R. BANKR. P. 5011**

**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendant RAR Entrepreneurial Fund, Ltd. ("Defendant"), with respect to the Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and

{00043647 2 }

Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

    2.    The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

New York, New York  
Dated:                                                                     _____  
                                                                                   Hon.  
                                                                                   United States District Judge

{00043647 2 }