**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant RAR Entrepreneurial Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>        Plaintiff,<br>v.<br>RAR ENTREPRENEURIAL FUND, LTD., RUSSELL OASIS, ALAN POTAMKIN, ROBERT POTAMKIN, and TAMIAMI TOWER CORPORATION,<br>        Defendants. | Adv. Pro No. 10-04352 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF DEFENDANT'S
<u>MOTION TO WITHDRAW THE REFERENCE</u>**

    HELEN DAVIS CHAITMAN hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

    1.  I am a member of the bars of New York and New Jersey, and of this Court. I am a member of Chaitman LLP, counsel for Defendant RAR Entrepreneurial Fund, Ltd., ("RAR").

{00043656 2 }

2. I submit this Declaration in support of Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint filed by the Trustee, dated November 12, 2010.

4. Attached hereto as **Exhibit B** is a true and accurate copy of the Amended Complaint filed by the Trustee, dated December 14, 2011.

5. Attached hereto as **Exhibit C** is a true and accurate copy of RAR's Answer and Affirmative Defenses, dated September 17, 2015.

Dated: New York, New York
January 31, 2020

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman

{00043656 2}    2