**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 4, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **10-04468; Picard v. Ken-Wen Family Limited Partnership, et al.**

    A. Defendant Kenneth W. Brown's Motion to Extend Fact Discovery filed by Mark S. Roher on behalf of Kenneth W. Brown, in his capacity as a General Partner of the Ken Wen Family Limited Partnership (Filed: 12/30/2019) [ECF No. 140]

**Related Documents:**

B.   Letter to the Honorable Stuart M. Bernstein Regarding Defendant Kenneth W. Brown's Motion to Extend Fact Discovery and a proposed Fourteenth Case Management Notice filed by Matthew B. Lunn on behalf of Irving H. Picard (Filed: 12/30/2019) [ECF No. 141]

C.   Notice of Hearing Regarding Defendant Kenneth W. Brown's Motion to Extend Fact Discovery filed by Matthew B. Lunn on behalf of Irving H. Picard (Filed: 1/13/20) [ECF No. 142]

**Status:**   This matter is going forward.

Dated:  February 3, 2020
New York, New York

By:   */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*