**CHAITMAN LLP**

465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant RAR Entrepreneurial Fund, Ltd.*

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                               Plaintiff-Applicant,<br>         v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>                        Plaintiff,<br>v.<br>RAR ENTREPRENEURIAL FUND, LTD., RUSSELL OASIS, ALAN POTAMKIN, ROBERT POTAMKIN, and TAMIAMI TOWER CORPORATION,<br>                        Defendants. | Adv. Pro No. 10-04352 (SMB) |

<u>**CERTIFICATE OF SERVICE**</u>

       I, Helen Davis Chaitman, hereby certify that on January 31, 2020 I caused a true and correct

copy of the following documents:

- Notice of Motion to Withdraw the Reference;

- Proposed Order;

{00043685 1 }

- Memorandum of Law in Support of Defendant's Motion to Withdraw the Reference; and

- Declaration of Helen Davis Chaitman in Support of Defendant's Motion to Withdraw the Reference with Exhibits A - C

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail upon:

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:    February 3, 2020          /s/ Helen Davis Chaitman
          New York, New York