**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br>        Plaintiff,<br>v.<br>THE ESTATE OF ROBERT SHERVYN SAVIN, and BARBARA L. SAVIN, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin,<br>        Defendants. | Adv. Pro No. 10-04889 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION FOR MANDATORY WITHDRAWAL OF THE REFERENCE AND TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendants The Estate of Robert Shervyn Savin, and Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin ("Defendant"), with respect to the Defendant's motion for mandatory withdrawal of the reference and to dismiss for lack of subject-matter jurisdiction, and the Court having reviewed all pleadings and other papers filed and

{00043683 3 }

submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1. Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**;

2. Defendant's motion to dismiss for lack of subject-matter jurisdiction is **GRANTED**; and

3. The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

4. The case is dismissed in its entirety.

New York, New York
Dated:                                              _____
                                                    Hon.
                                                    United States District Judge

{00043683 3 }