# EXHIBIT A

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 4   In the Matter

 5   IRVING H. PICARD, TRUSTEE

 6   FOR THE LIQUIDATION OF B,        Adv. Case No. 10-04377-SMB

 7            Plaintiff,

 8   VS.

 9   NELSON, ET AL.

10            Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   In the Matter

13   IRVING H. PICARD, TRUSTEE

14   FOR THE LIQUIDATION OF B,        Adv. Case No. 10-04658-SMB

15            Plaintiff,

16   VS.

17   NELSON, ET AL.

18            Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20                    United States Bankruptcy Court

21                    One Bowling Green

22                    New York, New York 10004-1408

23                    May 9, 2019

24                    2:00 PM

25
```

1    B E F O R E:

2    HON. STUART M. BERNSTEIN

3    U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 13

1   Q    And the name of the account is Bernard L. Madoff

2   Investment Securities; do you see that?

3   A    I do.

4   Q    It doesn't say LLC; does it?

5   A    There's no LLC on the name here.  No.

6   Q    Okay.

7        And would you agree with me that you've never seen a

8   J.P. Morgan Chase monthly statement which read as the owner

9   of the account Bernard L. Madoff Investment Securities, LLC?

10  A    Not for the 509 account.

11  Q    You would agree with me that you have not seen it?

12  A    There -- I think there were some other bank accounts

13  that were held in the name with LLC.

14  Q    Just answer my specific question.  You'll have an

15  opportunity on redirect to say whatever you'd like.  But

16  just answer my questions.

17       Did you ever see a statement from the 509 account that

18  listed Bernard L. Madoff Investment Securities, LLC as the

19  holder of the account?

20  A    No.

21  Q    Thank you.

22           MS. DAVIS CHAITMAN:  Would be good enough to pull

23  up DX-E?

24           (Pause)

25  BY MS. DAVIS CHAITMAN:

Page 18

1    L. Madoff until September 2002 when it changed to Bernard L.

2    Madoff Investment Securities.

3    Q    Okay.  The 509 account was never changed to Bernard L.

4    Madoff Investment Securities, LLC; was it?

5    A    That was never on the statements.

6    Q    Okay.

7         Now, you understand that at the time the LLC was

8    formed, since Madoff was operating as a sole proprietorship,

9    prior to that time, if he'd wanted to do business with banks

10   as the LLC, he had to send them written notice that he was

11   changing the name on the account; isn't that true?

12   A    I can't opine on that.  I don't know that.

13   Q    Okay.

14        MS. DAVIS CHAITMAN:  Can you pull up DX-U, please?

15   BY MS. DAVIS CHAITMAN:

16   Q    This is a document which is dated July 17th --

17        MS. DAVIS CHAITMAN:  Do you want me to read the

18   Bates number?  I'll read --

19        THE COURT:  If it's a one page document, that's

20   fine.

21        MS. DAVIS CHAITMAN:  Okay.

22   BY MS. DAVIS CHAITMAN:

23   Q    This is DX-U.  It's dated July 17, 1991 and it's on the

24   letterhead Bernard L. Madoff Investment Securities.

25        So, you're aware that Madoff was using that trade name

Page 19

1    as far back as 1991, right?

2    A    I'd seen Bernard L. Madoff Investment Securities, this

3    logo, on documents back --

4    Q    In the period --

5    A    Yeah.

6    Q    -- long, long before the LLC was formed; isn't that

7    true?

8    A    I've seen this logo on the documents prior to the LLC

9    being formed, yes.

10   Q    Okay.

11          MS. DAVIS CHAITMAN:  Can you pull up, please, Roy,

12   DX-HC to LT?

13          (Pause)

14   BY MS. DAVIS CHAITMAN:

15   Q    If we can quickly run through these checks.

16        Ms. Collura, I'd just like you to agree with me as to

17   the account holder as reflected on the documents, okay?

18        So, here's one as of March 29th, 1999, this is a check

19   to the Nelsons and it's from the account of Bernard L.

20   Madoff; isn't it not?

21   A    Yes.

22   Q    Okay.

23   A    In the 509 account.  Yes.

24   Q    Okay.

25          MS. DAVIS CHAITMAN:  Roy, you can move through

```
                                                            Page 29

 1                  (Pause)

 2                  MS. DAVIS CHAITMAN:  This is a -- we actually

 3       looked at this.  This is the 2002 check that was deposited

 4       into Bernard L. Madoff's account.

 5                  Can you pull up DX-JX, please, Roy?

 6                  (Pause)

 7       BY MS. DAVIS CHAITMAN:

 8       Q    Okay.  This is one dated January 15th, 2008 from the

 9       Nelsons to Bernard Madoff Securities and, again, it was for

10       deposit only Bernard Madoff; do you see that?

11       A    Yes.

12       Q    Okay.

13                  (Pause)

14       BY MS. DAVIS CHAITMAN:

15       Q    Now, you understand that when a corporate name is

16       changed that you have to notify any holder of any bank that

17       the company is doing with that the -- there's been a change

18       in the name; isn't that true?

19       A    I'm not -- but I'm not -- I can't opine --

20       Q    You're not aware that?

21       A    -- on that.

22       Q    Okay.

23                  MS. DAVIS CHAITMAN:  Can you pull up DX-L,

24       please?

25                  (Pause)
```

Page 30

1   BY MS. DAVIS CHAITMAN:

2   Q    This is dated January 1, 2001 and it's a letter from

3   Bernard L. Madoff Investment Securities, LLC; do you see

4   that?

5   A    Yes.

6   Q    And it's written to Bank of New York; do you see that?

7   A    Yes.

8   Q    And, in essence, the letter says, we have changed the

9   -- from the sole proprietorship.  It -- we've now formed

10  Bernard L. Madoff Investment Securities, LLC; do you see

11  that?

12  A    Yes.

13  Q    Okay.  And --

14          MS. DAVIS CHAITMAN:  Can you pull up DX-M, please,

15  Roy?

16          (Pause)

17  BY MS. DAVIS CHAITMAN:

18  Q    That same letter was sent to a whole bunch of different

19  companies; wasn't it?

20  A    I don't know who else it was sent to.  I see this one

21  was sent to the National Securities Clearing Corporation.

22  Q    The NESCC with which Madoff regularly did business,

23  right?

24          You don't know that?

25  A    I don't know that.

1    Q    Okay.

2             MS. DAVIS CHAITMAN:   Could you pull up DX-N,

3    please?

4             (Pause)

5    BY MS. DAVIS CHAITMAN:

6    Q    Same letter sent to the Options Clearing Corporation,

7    also on January 1st, 2001; do you see that?

8    A    Yes.

9             MS. DAVIS CHAITMAN:   And could you pull up

10   DX-O, please?

11            (Pause)

12   BY MS. DAVIS CHAITMAN:

13   Q    Same letter to the Depository Trust Company; do you see

14   that?

15   A    Yes.

16   Q    Have you ever seen a letter like this that was

17   addressed to J.P. Morgan Chase instructing Chase to change

18   the name of the 703 and the 509 account to the LLC?

19   A    No, I have not.

20            (Pause)

21   BY MS. DAVIS CHAITMAN:

22   Q    Now, when you reconciled the Nelsons accounts, you

23   tried to utilize third party records, didn't you, to do

24   that?

25   A    I did.