# EXHIBIT C



# Bernard L. Madoff
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

NEW YORK, 2/09/79

| | |
|---|---|
| LEAR SIEGLER INC | 8.92 |

**CLIENT'S ACCOUNT NUMBER**

GUNTHER & MARGARET UNFLAT
78-02 79TH STREET
GLENDALE NY 11227

1-02103-1-8