# EXHIBIT D

# BERNARD L. MADOFF

TEL. 212-825-3910

**INVESTMENT SECURITIES**

110 WALL STREET, NEW YORK, N. Y. 10005

WE HAVE THIS DAY **CREDITED** YOUR
ACCOUNT WITH THE FOLLOWING:

NEW YORK, Feb 7, 1979

| Check | $50,000.00 |

**CLIENT'S ACCOUNT NUMBER**

**CR. A/C**

Gunther & Margaret Unflat
78-02 79th Street
Glendale, N.Y. 11227

**CLIENT'S COPY**