# EXHIBIT F

| | | |
|---|---|---|
| **MADF** | **BERNARD L. MADOFF**<br>**Investment Securities**<br>885 Third Avenue  New York, NY 10022-4834 | **BERNARD L. MADOFF INVESTMENT**<br>**SECURITIES LLC**<br>885 Third Avenue<br>New York, NY  10022 |

212 230-2424
800 334-1343
Telex 235130
Fax 212 486-8178

January 1, 2001

National Securities Clearing Corporation
55 Water Street
New York, New York 10041

Ladies and Gentlemen:

On January 1, 2001, Bernard L. Madoff, a sole proprietorship (the "Sole Proprietorship") changed its legal status from a sole proprietorship to a limited liability company. The name of the limited liability company is Bernard L. Madoff Investment Securities LLC (the "Company"), a New York limited liability company (the "Company"). The sole member of the Company is Bernard L. Madoff. In connection with the Company's application to become a member of the National Securities Clearing Corporation ("NSCC"), the Sole Proprietorship, the Company and Bernard L. Madoff as the sole member of the Company have delivered to the NSCC certain agreements, certificates, resolutions and other documentation (collectively, the "Documents"). Please be advised that each of the Documents so delivered were true and complete when completed, executed and delivered and are true and complete at the date hereof, with the same effect as though executed and delivered this date.

Very truly yours,

BERNARD L. MADOFF, a sole proprietorship      BERNARD L. MADOFF
                                              INVESTMENT SECURITIES LLC

By: _____          By: _____
    Bernard L. Madoff, sole proprietor            Bernard L. Madoff, sole member

_____
Bernard L. Madoff, as sole member of the Company

**Affiliated with:**
**Madoff Securities International Limited**
**12 Berkeley Street, Mayfair, London W1X 5AD. Tel 0171-493 6222**

MADTEE00544438