# EXHIBIT J

CHASE

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

Account No: 140-081703
Statement Start Date: 01 MAR 2000
Statement End Date: 31 MAR 2000
Statement Code: 000-USA-11
Statement No: 003
Page 11 of 47

MADWAA01072725

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 06MAR | | 06MAR | USD | YOUR: 0021303060001000<br>OUR: 0307213066FF | | 800,000.00 | MBOURG OBI=B O BNP LUXEMBOURG SA F<br>SSN: 0069914<br>FEDWIRE CREDIT<br>VIA: NATIONSBANK<br>/111000025<br>B/O: WOLF MOUNTAIN RESORTS L C<br>REF: CHASE NYC/CTR/BNF=BERNARD L M.<br>DOFF NEW YORK NY 10022-4834/AC-000<br>40081703 RFB=0021303060001000 OBI=(<br>ONTACT BERNARD MADOFF BBI=/BNF/FBO<br>ROBERT S SAVIN/TIME/15:19<br>IMAD: 0306K1QJA01C001719 |
| 06MAR | | * | USM | DEP REF #       460 | | 948,128.70 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000460<br>*VALUE DATE: 03/06        50,000<br>                03/07       170,000<br>                03/08       597,628<br>                03/09       130,500 |
| 06MAR | | 06MAR | USD | YOUR: PAYA00662C001762<br>OUR: 0946600066FC | | 1,760,000.00 | CHIPS CREDIT<br>VIA: BANQUE NATIONALE DE PARIS<br>/0768<br>B/O: BNP LUXEMBOURG SA<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br> NY 10022-4834/AC-000140081703 ORG=<br>BNP LUXEMBOURG SA OGB=BANQUE NATION<br>ALE DE PARIS LUXEMBOURG L-2952 LUXE<br>MBOURG OBI=B O BNP LUXEMBOURG OREAI<br>SSN: 0070452 |
| 06MAR | | 06MAR | USD | YOUR: PHN OF 00/03/06<br>OUR: 0025600066GP | | 6,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: STERLING DOUBLEDAY ENTERPRISES<br>FLUSHING NY 11368<br>REF: REF: 1KW247-3-0 |
| 06MAR | | | USD | YOUR: NC9361135903060001<br>OUR: 0006600703IN | | 19,009,005.21 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 00030<br>3 TO 000306 RATE 5.6875 |
| 06MAR | | | USD | OUR: 0000000520IB | | 25,000,000.00 | MATURITY<br>REF: MATURITY        COMMERCIAL PA<br>PER        TICKET # 000520 |
| 06MAR | | | USD | DEP REF #       370 | | 77,000,000.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000370 |
| 06MAR | | | USD | | 109,310.00 | | CHECK PAID #    11155 |
| 06MAR | | | USD | | 150,000.00 | | CHECK PAID #    11163 |
| 06MAR | | | USD | | 150,000.00 | | CHECK PAID #    11162 |
| 06MAR | | | USD | | 150,000.00 | | CHECK PAID #    11161 |