# EXHIBIT K

08-01789-cgm   Doc 19289-14   Filed 02/03/20   Entered 02/03/20 22:52:31   Exhibit K
Pg 2 of 2



# The Chase Manhattan Bank

## Statement of Account

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

Account No: 140-081703
Statement Start Date: 30 DEC 2000
Statement End Date: 31 JAN 2001
Statement Code: 000-USA-11
Statement No: 001

Page 39 of 58

MADWAA00147962

| Ledger Date | Adj Ledger Date | Value Date | F/T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 17JAN | | | | **** Balance **** | | 2,161,190.79 | CLOSING LEDGER BALANCE |
| 17JAN | | | | **** Balance **** | | 2,104,983.79 | CLOSING COLLECTED BALANCE |
| 18JAN | | 18JAN | USD | YOUR: O/B CITIBANK NYC<br>OUR: 0024702018FF | | 5,000.00 | FEDWIRE CREDIT<br>VIA: CITIBANK<br>/021000089<br>B/O: CARLSTON FAMILY PARTNER-<br>CA 94563<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B CITIBANK NYC OBI=F<br>URTHER CREDIT TO: CARLSTON FAMILY P<br>IMAD: 0118B1Q8024C001552 |
| 18JAN | | | USD | OUR: 0000001115IB | | 5,445.29 | INTEREST<br>REF: INTEREST           COMMERCIAL PA<br>PER           TICKET # 001115 |
| 18JAN | | | USD | OUR: 0000000910IB | | 63,097.22 | INTEREST<br>REF: INTEREST<br>TICKET # 000910 |
| 18JAN | | | * | USM  DEP REF #        185 | | 112,097.66 | DEPOSIT CASH LETTER<br>CASH LETTER 0000000185<br>*VALUE DATE: 01/18      108,501<br>                 01/19        3,381<br>                 01/22          215 |
| 18JAN | | 18JAN | USD | YOUR: 200101181513<br>OUR: 0406209018FF | | 700,000.00 | FEDWIRE CREDIT<br>VIA: FIRST SECURITY BANK NATL ASSOC<br>/124000012<br>B/O: FIRST AMERICAN TITLE<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=200101181513 BBI=/BNF/<br>CHARGES HAVE BEEN PAID BY THE REMIT<br>TER/TIME/17:01<br>IMAD: 0118L4LFFS1C000763 |
| 18JAN | | 18JAN | USD | YOUR: 010118000790<br>OUR: 3860100018FC | | 2,262,238.00 | CHIPS CREDIT<br>VIA: CITIBANK<br>/0008<br>B/O: BTDL<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br> NY 10022-4834/AC-000140081703 ORG=<br>BTDL OGB=BANK OF BERMUDA LTD.,THE D<br>UBLIN IRELAND OBI=NET SUBS AND REDS<br> MONIES VALUE DATE 18 1 01<br>SSN: 0220107 |
| 18JAN | | | USD | YOUR: NC9681128701180101<br>OUR: 0101800585IN | | 14,002,309.03 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>ATTN: TONY TILETNICK |