# EXHIBIT L

ROBERT S. SAVIN
1045 Nautilus Lane
Mamaroneck, New York

Friday
Jan 19, 01

Bernard L Madoff
ATT Robert Cardile

Dear Robert,
I hereby inform you
that seven hundred thousand
dollars ($700,000) was wire
transferred from First
American Security in
Park City Utah to be
Placed IN MY ACCOUNT
by no later than Today
Jan 19, 01
Sincerely
Robert S Savin
ACCT# 1 5041 2-3-0

MADTSS01115837

FACSIMILE TRANSMISSION

DATE: Jan 19, 01                    TIME: 3:25 Pm

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

A# Robert Cardilli /co Bernard L Madoff

FROM: R Savin             TOTAL NO. OF PAGES
                          INCLUDING THIS PAGE: 2

COMMENTS: See personal stationary
attached
Please call me at 914 698 8470
to Confirm
          Thank You

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL:

NAME: Bob Savin

                    FAX NO.: (914) 698 8471

OFFICE NOS.: (914) 686 6440    R Savin, 914 6988470 Home

MADTSS01115838