# EXHIBIT M

18Dec08-372
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372
18-Dec-08

# JPMorganChase

JPMorgan Chase Bank

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

CM

In US Dollars
Account No: 140-081703
Statement Start Date: 30 NOV 2002
Statement End Date: 31 DEC 2002
Statement Code: 000-USA-11
Statement No: 012
Page 40 of 60

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 20DEC | | | | | **** Balance **** | 1,812,000.64 | CLOSING LEDGER BALANCE |
| 20DEC | | | | | **** Balance **** | .64 | CLOSING COLLECTED BALANCE |
| 23DEC | | | USD | YOUR: 31Y9974057357 OUR: 3571004057XP | | 272.52 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $4,302,778 AT AIP RATE=00.76% FOR AIP INVESTMENT DATED 12/20/02 AIP REFERENCE=31Y9999709354 EFFECTIVE YIELD=00.76%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 23DEC | | | USD | OUR: 0000001074IB | | 1,750.15 | INTEREST REF: INTEREST    COMMERCIAL PA PER    TICKET # 001074 |
| 23DEC | | | USD | OUR: 0000001280IB | | 2,187.82 | INTEREST REF: INTEREST    COMMERCIAL PA PER    TICKET # 001280 |
| 23DEC | | | USD | OUR: 0000001008IB | | 2,917.01 | INTEREST REF: INTEREST    COMMERCIAL PA PER    TICKET # 001008 |
| 23DEC | | | USD | OUR: 0000001273IB | | 5,250.92 | INTEREST REF: INTEREST    COMMERCIAL PA PER    TICKET # 001273 |
| 23DEC | 23DEC | | USD | YOUR: O/B FRONTIER BK OUR: 0472914357FF | | 58,461.51 | FEDWIRE CREDIT VIA: FRONTIER BANK, FSB /124384631 B/O: PARK CITY TITLE CO PARK CITY UT REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 RFB=O/B FRONTIER BK OBI=FBO: ROBERT S SAVIN ACCT 1-50412-3-0 IMAD: 1223L4QFND2D000009 |
| 23DEC | 24DEC | | US1 | DEP REF #    978 | | 200,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000978 |
| 23DEC | 23DEC | | USD | YOUR: O/B DOMINION ROA OUR: 0150213357FF | | 250,000.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BANK-VA /051400549 B/O: FIRST CLEARING CORPORATION GLEN ALLEN, VA 23060 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 RFB=O/B DOMINION ROA OBI=OBI ACCT 1CM678 3 0 OBI NAME PAUL AN IMAD: 1223E3QPAA6C000404 |
| 23DEC | | * | USM | DEP REF #    977 | | 1,127,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000977 *VALUE DATE: 12/23    304,000 |

JPMSAB0000191