# EXHIBIT N

**11-Jan-09**                                                                  06Jan09-1156

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G06Jan09-1156
Sequence number 003100710401  Posting date 14-MAY-04

AcctNum: 000000041132122202 Amount: 000000007500000

Memo: 0000000445 PostDate: 20040514 Sequence: 003100710401

BankNum: 0802 AppCode: 1014 Field4: 0000 ImageStat: 05

UDK: 080204051400310071040l BOFD: CapSEC: N

TranCode: 0000   RouteTran: 04400080   DocType: 8

EntryNum:  ItemType: