# EXHIBIT O



CONFIDENTIAL

MADWAA00132643



CONFIDENTIAL

MADWAA00132644