# EXHIBIT P



CONFIDENTIAL
MADWAA00100060



CONFIDENTIAL

MADWAA00100061