# EXHIBIT Q

37513 scanned on B1-S08 by Operator BPITTMAN on Feb 24, 2009 at 08:12:05 AM - Page 8 of 43.

**BERNARD L. MADOFF**

62-26/311    2815-09

130690

12/18 20 01

PAY TO THE ORDER OF  ROBERT S SAVIN    $ ****60000.00

EXACTLY *****60,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF
BY [signature]

FOR_____

⑆00130690⑆ ⑈031100267⑈ 630142815 509⑈    ⑆00060000000⑆