# EXHIBIT R



JPMSAF0002081



JPMSAF0002082