# EXHIBIT S



JPMSAF0003288