# EXHIBIT T

37537 scanned on B1-S03 by Operator LJONES on Feb 25, 2009 at 03:25:42 PM - Page 1 of 2.

**BERNARD L. MADOFF**

62-26
311

2815-09

134475

4/16 20 02

PAY TO THE ORDER OF    ROBERT S SAVIN                                              $ ***140000.00

EXACTLY ****140,000DOLLARS00CENTS                                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-50412-3

BERNARD L. MADOFF

FOR                                                                    By

⑆00134475⑆ ⑆031100267⑆ 630142815⑆ 509⑆          ⑆0014000000⑆

FOR DEPOSIT ONLY
TO MLPF&S INC. 546
ABSENT ENDORSEMENT GUARANTEED