# EXHIBIT U



JPMSAF0004323