# EXHIBIT V

37544 scanned on B1-S08 by Operator SDIXON on Feb 25, 2009 at 10:44:31 PM - Page 4 of 27.

**BERNARD L. MADOFF**

62-26 / 311   2815-08

135222

6/05 20 02

PAY TO THE ORDER OF ROBERT S SAVIN   $ ***100000.00

EXACTLY ****100,000DOLLARS00CENTS   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____   By _[signature]_   BERNARD L. MADOFF

⑈00135222⑈ ⑉031100267⑉ 630148151 509⑈   ⑈0010000000⑈

JPMSAF0004889