# EXHIBIT W

37606 scanned on B1-S18 by Operator DCOWAN on Mar 02, 2009 at 10:17:38 AM - Page 39 of 65.

**BERNARD L. MADOFF**

62-26
311
2815-08

137342

8/27 20 02

PAY TO THE ORDER OF ROBERT S. SAVIN     $ *****50000.00

EXACTLY:*****50,000DOLLARS00CENTS DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

040417052 404 01 663 BERNARD L. MADOFF

FOR 1-S0412-3     By [signature]

⑈137342⑈ ⑆031100267⑆ 6301428151 509⑈   ⑈000500000⑈

Endorsement: Robert S. Savin / For deposit only

JPMSAF0007026