# EXHIBIT X

37588 scanned on B1-S08 by Operator BPITTMAN on Feb 27, 2009 at 07:59:53 AM - Page 57 of 59.

**BERNARD L. MADOFF**

82-26/311   2815-a

140035

12/11 20 02

PAY TO THE ORDER OF ROBERT S SAVIN    $ ****27000.00

EXACTLY *****27,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____    BERNARD L. MADOFF   By [signature]

⑈00140035⑈ ⑆031100267⑆ 63014 28151 509⑈  /0002700000/

JPMSAF0009861