# EXHIBIT Y

37602 scanned on B1-S05 by Operator DLANDRUM on Feb 27, 2009 at 10:35:09 AM - Page 21 of 104.



**BERNARD L. MADOFF**

141070

1/08 20 03

PAY TO ROBERT S. SAVIN

EXACTLY ***35,000DOLLARS00CENTS                          DOLLARS

Chase Manhattan Bank Delaware
201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

⑆141070⑆ ⑆031100267⑆ 6301428151 509⑆            ⑆0003500000⑆

JPMSAF0011025