# EXHIBIT Z

37815 scanned on B1-S02 by Operator GWALLACE on Mar 03, 2009 at 11:24:18 PM - Page 16 of 42.

**BERNARD L. MADOFF**

62-26
311    2815-08

141633

1/15 20 03

080280991   A04-01-6591-6536

PAY TO THE ORDER OF    ROBERT S SAVIN

$ *****27000.00

EXACTLY *****27,000DOLLARS00CENTS

**DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF

FOR _____    By _____

⑈0014l633⑈ ⑊031100267⑊ 6301428151 509⑈    ⑈000270000⑈

JPMSAF0011687