# EXHIBIT AA

37846 scanned on B1-REJ1 by Operator CTHOMAS on Mar 04, 2009 at 08:26:48 AM - Page 18 of 31.

**BERNARD L. MADOFF**

82-26 / 311    2815-cs

142410

3/10 20 03

PAY TO THE ORDER OF ROBERT S SAVIN    $ ****30000.00

EXACTLY *****30,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-S0412-3

FOR _____

BERNARD L. MADOFF

BY [signature]

⑈00142410⑈ ⑆031100267⑆ 6301428151 509⑈    ⑈000３0000000⑈

JPMSAF0012402