# EXHIBIT AB

37871 scanned on B1-S02 by Operator DCOWAN on Mar 05, 2009 at 10:14:38 AM - Page 76 of 129.

**BERNARD L. MADOFF**

62-26 / 311      2815-09

143969

4/10 20 03

PAY TO THE ORDER OF   ROBERT S SAVIN         $ ****25000.00

EXACTLY *****25,000DOLLARS00CENTS                              DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-S0412-3

FOR _____

BERNARD L. MADOFF

BY [signature]

⑈00143969⑈ ⑆031100267⑆ 630142151 509⑈       ⑈00025000000⑈

JPMSAF0013890