# EXHIBIT AC

37887 scanned on B1-S07 by Operator EWILLIAMS on Mar 05, 2009 at 01:37:08 PM - Page 15 of 19.

**BERNARD L. MADOFF**

82-26/311    2815-09

144267

5/01 20 03

Pay to the Order of ROBERT S SAVIN    $ ****25000.00

EXACTLY *****25,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

By [signature]

⑈00144267⑈ ⑆031100267⑆ 6301428151 509⑈    ⑈0002500000⑈

JPMSAF0014197