# EXHIBIT AD

| | 62-26/311 | 2315-cs |
|---|---|---|
| BERNARD L. MADOFF | | 144916 |

6/12 2003

PAY TO THE ORDER OF ROBERT S. SAVIN     $ ****25000.00

EXACTLY *****25,000DOLLARS00CENTS   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____

BERNARD L. MADOFF
by [signature]

⑈001449116⑈ ⑆031100267⑆ 6301428151 509⑈   ⁄000250000⁄

JPMSAF0014865



JPMSAF0014866