# EXHIBIT AE



37911 scanned on B1-S11 by Operator DOROTHYC on Mar 06, 2009 at 12:40:13 PM - Page 21 of 21

JPMSAF0014867