# EXHIBIT AF

36985 scanned on B1-S09 by Operator SDIXON on Mar 11, 2009 at 07:32:21 PM - Page 19 of 20.

**BERNARD L. MADOFF**

62-26
311
2815-08

146750

030127651   405   18   6511   8/14/03

PAY TO THE ORDER OF: ROBERT S SAVIN

$ ****10000.00

EXACTLY *****10,000DOLLARS00CENTS  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF

By [signature]

FOR _____

⑈00146750⑈  ⑆031100267⑆  6301428151  509⑈       ⑆000 1000000⑆

Robert Savin
For deposit only

FOR DEPOSIT ONLY
ABSENT ENDORSEMENT

JPMSAF0016611