# EXHIBIT AG

37990 scanned on B1-S09 by Operator SDIXON on Mar 11, 2009 at 11:40:49 PM - Page 19 of 25.

**BERNARD L. MADOFF**

62-26
311    2815-

146833

8/20 20 03

1500015956

PAY TO THE ORDER OF ROBERT S SAVIN     $ ****10000*00

EXACTLY *****10,000DOLLARS00CENTS     DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____     BERNARD L. MADOFF
By [signature]

⑈00146833⑈ ⑆031100267⑆ 6301428151 509⑈     ⑆000100000⑆