# EXHIBIT AH

37993 scanned on B1-REJ1 by Operator CTHOMAS on Mar 12, 2009 at 09:26:31 AM - Page 31 of 32.

**BERNARD L. MADOFF**

62-28/311    2815-

146977

8/29 20 03

PAY TO THE ORDER OF  ROBERT S SAVIN    $ ****10000.00

EXACTLY *****10,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR

BERNARD L. MADOFF

BY

⑈00146977⑈ ⑉031100267⑉ 630142815⑈ 509⑈    ⑈000100000⑉

JPMSAF0016826