# EXHIBIT AI

38005 scanned on B1-S01 by Operator MWILLIAMS on Mar 13, 2009 at 07:34:06 AM - Page 13 of 17.

**BERNARD L. MADOFF**

52-26/311   2815-09

147206

9/10 20 03

PAY TO THE ORDER OF  ROBERT S SAVIN     $ ****12000.00

EXACTLY *****12,000DOLLARS00CENTS   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF

FOR_____

⑆00147206⑆ ⑈031100267⑈ 630142815ⅼ 509⑆   ⑆000120000⑆