# EXHIBIT AJ

38007 scanned on B1-S02 by Operator DCOWAN on Mar 12, 2009 at 02:26:04 PM - Page 6 of 15.

**BERNARD L. MADOFF**

62-26 / 311    2815-09

147272

160085146 403 18 5646 5625
9/12/2003

PAY TO THE ORDER OF  ROBERT S SAVIN    $ ****30000.00

EXACTLY *****30,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____

BERNARD L. MADOFF
By [signature]

⑈001472721⑈ ⑇031100267⑇ 6301428151 509⑈    ⑇000300000⑇

FOR DEPOSIT ONLY
TO ML ... IN
ABSENT ENDORSEMENT

JPMSAF0017106