# EXHIBIT AK

38618 scanned on B1-S03 by Operator LJONES on Apr 15, 2009 at 12:05:43 PM - Page 18 of 37.
Best Copy Available



**BERNARD L. MADOFF**

62-26 / 311    2815-09

150788

1/07 20 04

PAY TO THE ORDER OF ROBERT S SAVIN    $ ****19000.00

EXACTLY *****19,000DOLLARS00CENTS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF
By [signature]

⑊"00150788⑊" ⑊:031100267⑊: 6301428151 509⑊"    ⑊"0001900000⑊"

JPMSAF0019956