# EXHIBIT AL

38624 scanned on B1-REJ1 by Operator BREDMOND on Apr 13, 2009 at 04:53:51 PM - Page 6 of 16.

**BERNARD L. MADOFF**

62-26
311 2815-09

151406

1/15 20 04

PAY TO THE ORDER OF ROBERT S SAVIN        $ ***11000*00

EXACTLY *****11,000DOLLARS00CENTS        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF

FOR _____        By [signature]

⑆151406⑆ ⑉031100267⑉ 6301428151 509⑈        ⑆00011000000⑆

⑆151406⑆ ⑉031100267⑉ 6301428151509⑈        ⑆00011000000⑆

[Endorsement: "For deposit only" with signature Robert Savin]

[Stamp: FOR DEPOSIT ONLY TO MLPF&S INC. 546 ABSENT ENDORSEMENT GUARANTEED]

JPMSAF0020620