# EXHIBIT AM

scanned on B1-S11 by Operator DOROTHYC on Apr 14, 2009 at 01:06:47 PM - Page 1(

**BERNARD L. MADOFF**

62-26
311   2815-09

151426

1/16, 20 04

PAY TO THE ORDER OF  ROBERT S SAVIN        $ ****25000.00

EXACTLY *****25,000DOLLARS00CENTS                              DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19901
1-S0412-3
FOR _____                            BERNARD L. MADOFF

⑈00151426⑈ ⑆031100267⑆ 630142151 509⑈   ⑆0002500000⑆

JPMSAF0020642