# EXHIBIT AN

38663 scanned on B1-S11 by Operator DOROTHYC on Apr 15, 2009 at 11:06:00 AM - Page 3 of 10

**BERNARD L. MADOFF**

152280

3/11 200_

Pay to the order of: ROBERT S SAVIN

$ *****16,000.00

EXACTLY *****16,000DOLLARS00CENTS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF

FOR _____

⑆00152280⑆ ⑈031100267⑈ 630142815150⑆ ⑆000150000⑆

[Endorsement on back:]
Robert Savin
For deposit only

FOR DEPOSIT ONLY
TO MLPF&S INC. S/A#
ABSENT ENDORSEMENT GT'D

JPMSAF0021540