# EXHIBIT AO

23-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003100683883  Posting date 05-APR-04



```
AcctNum: 0000063014281515O9  Amount: 000000002500000
Xerno: 0000152601  PostDate: 20040405  Sequence: 003100683883
BankNum: 0802  AppCode: 1013  Field4: 0000  ImageStat: 05
UDK: 080204040500310O683883  BOFD:     CapSRC: N
TranCode: 0000    RouteTran: 03110026    DocType: 8
EntryNum:   ItemType:
```

JPMSAF0021869