# EXHIBIT AP

23-Jan-09 06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003300265585  Posting date 22-APR-04

BERNARD L. MADOFF

153923

4/19 /04

PAY TO THE ORDER OF ROBERT S. SAVIN $ ****20,000.00

EXACTLY *****20,000DOLLARS00CENTS DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-50412-3

FOR

⑆00153923⑆ ⑈031100267⑈ 630142815 509⑉ ⑇00020000000⑇

AcctNum: 0000063014281515O9  Amount: 000000002000000
Xerno: 0000153923  PostDate: 20040422  Sequence: 003300265585
BankNum: 0802  AppCode: 1013  Field4: 0000  ImageStat: 05
UDK: 080204042200330026558S  BOFD:    CapSRC: N
TranCode: 0000    RouteTran: 0311002G    DocType: 8
EntryNum:    ItemType:

JPMSAF0023300