# EXHIBIT AQ

23-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003200178115  Posting date 01-JUN-04



```
AcctNum: 000006301428151509 Amount: 000000003500000
Xerno: 0000154460 PostDate: 20040601 Sequence: 003200178115
BankNum: 0802 AppCode: 1013 Field4: 0000 ImageStat: 05
UDK: 000204060100320017815 BOFD:  CapSRC: N
TranCode: 0000   RouteTran: 03110026   DocType: 8
EntryNum:  ItemType:
```