# EXHIBIT AR

38736 scanned on B1-S12 by Operator DCOWAN on Apr 16, 2009 at 12:46:15 PM - Page 44 of 75.

**BERNARD L. MADOFF**

62-28/311    2815

154930

6/25 20 04

PAY TO THE ORDER OF ROBERT S SAVIN    $ ****15000.00

EXACTLY *****15,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-50412-3

BERNARD L. MADOFF

By [signature]

⑆000154930⑆ ⑉031100267⑉ 6301428151 509⑈    /0001500000/

FOR DEPOSIT ONLY
TO MLPF&S INC. 545

JPMSAF0024378