# EXHIBIT AS



JPMSAF0025927