# EXHIBIT AT

38764 scanned on B1-S02 by Operator MWILLIAMS on Apr 17, 2009 at 07:42:03 AM - Page 1 of 1.
Best Copy Available

**BERNARD L. MADOFF**

62-26
311  2815-09

156538

8/09 20 04

PAY TO THE ORDER OF ROBERT S SAVIN   $ ****10000.00

EXACTLY ******10,000DOLLARS00CENTS   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

⑆00156538⑆ ⑈031100267⑈ 6301428151 509⑈   ⑆000010000000⑆

JPMSAF0026396