# EXHIBIT AU

23-Jan-09                                                                                  06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 005500521427  Posting date 13-SEP-04

---

BERNARD L. MADOFF                                                         62-20
                                                                          311      2815-09

                                                                    156988
                                                           9/08    04

PAY TO THE ORDER OF  ROBERT S SAVIN                                $ ****35000*00

EXACTLY *****35,000DOLLARS00CENTS                                       DOLLARS

Chase Manhattan Bank Delaware                                   BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR  1-S0412-3                                           By /s/ Bernard L. Madoff

⑈00156988⑈ ⑆031100267⑆ 6301428151⑆ 509⑈         ⑈0003500000⑈

---

AcctNum: 0000063014281151509 Amount: 000000003500000
Xerno: 0000156988 PostDate: 20040913 Sequence: 005500521427
BankNum: 0002 AppCode: 1013 Field4: 0000 ImageStat: 05
UDK: 0802040913005500521427 BOFD:     CapSRC: N
TranCode: 0000   RouteTran: 03110026   DocType: 0
EntryNum:    ItemType:

JPMSAF0026889