# EXHIBIT AV

23-Jan-09                                                                                      06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003400310482  Posting date 20-SEP-04

BERNARD L. MADOFF

157176

9/16 20 04

PAY TO THE ORDER OF   ROBERT S. SAVIN                                $ ****19,000.00

EXACTLY ******19,000DOLLARS00CENTS                    DOLLARS

Chase Manhattan Bank, Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-S0412-3                                                       BERNARD L. MADOFF

⑴"000157176⑴"  ⑴:031100267⑴:  6301428151509⑴"      ⑴0000190000⑴

```
AcctNum: 0000063014281515C9 Amount: 000000001900000
Xerno: 0000157176 PostDate: 20040920 Sequence: 003400310482
BankNum: 0802 AppCode: 1013 Field4: 0000 ImageStat: 05
UDK: 080204092000340031D482 BOFD:     CapSRC: N
TranCode: 0000    RouteTran: 03110026    DocType: 8
EntryNum:    ItemType:
```