# EXHIBIT AW

23-Jan-09  06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003400351464 Posting date 14-DEC-04

---

**BERNARD L. MADOFF**

159408

12/07, 2004

PAY TO THE ORDER OF ROBERT S SAVIN $ ****10000.00

EXACTLY:*****10,000DOLLARS00CENTS DOLLARS

Chase Manhattan Bank, Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

⑆000159408⑆ ⑈03110026⑈ 6301428151 509⑆ ⑆000100000⑆

---

```
AcctNum: 000006301428151509  Amount: 000000001000000
Xerno:   0000159408 PostDate: 20041214  Sequence: 003400351464
BankNum: 0802 AppCode: 1013 Field4: 0000 ImageStat: 05
UDK:  08020412140034000351464 BOFD:    CapSRC: N
TranCode: 0000    RouteTran: 03110026   DocType: 8
EntryNum:    ItemType:
```

JPMSAF0029397