# EXHIBIT AX

23-Jan-09 06Jan09-1158
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003400647849 Posting date 11-JAN-05

BERNARD L. MADOFF

161079

1/07, 2005

PAY TO THE ORDER OF ROBERT S SAVIN $ ***30000-00

EXACTLY *****30,000DOLLARS00CENTS DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

⑆00161079⑆ ⑈031100267⑈ 630142815 509⑆ ⑈0003000000⑆

```
AcctNum: 000006301428151509  Amount: 000000003000000
Xerno:  0000161079  PostDate: 20050111  Sequence: 003400647849
BankNum: 0802  AppCode: 1013  Field4: 0000  ImageStat: 05
UDK: 08020501110034006478 49  BOFD:  CapSRC: H
TranCode: 0000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:
```

JPMSAF0031323