# EXHIBIT AY

38922 scanned on B1-S15 by Operator BPITTMAN on Apr 21, 2009 at 01:35:56 PM - Page 9 of 13.

BERNARD L. MADOFF

62-26
311    2815-08

161147

1/12 20 05

PAY TO THE ORDER OF   ROBERT S SAVIN                                         $ ****20000.00

EXACTLY *****20,000DOLLARS00CENTS
                                                                                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
      1-S0412-3
FOR

BERNARD L. MADOFF
By [signature]

⑆00161147⑆ ⑈031100267⑈ 630142815l 509⑊    ⑉000 2000000⑉

⑆00161147⑆ ⑈031100267⑈    630142815l509⑊    ⑉000 2000000⑉

For Deposit Only

FOR DEPOSIT ONLY
TO MLFE&S INC
ABSENCE OF ENDORSEMENT G'TEED

JPMSAF0031397