# EXHIBIT AZ

38960 scanned on B1-REJ by Operator LPAYNE on Apr 21, 2009 at 10:02:22 PM - Page 9 of 22.

BERNARD L. MADOFF

62-26
311
2815-09

162017

3/10 20 05

PAY TO THE ORDER OF    ROBERT S SAVIN                    $ *****5000.00

******FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-SD412-3

FOR

BERNARD L. MADOFF

By

⑈0016 2017⑈  ⑆031100267⑆  630 4428151  509⑈   ⑈0000500000⑈

JPMSAF0032334