# EXHIBIT BA

08-01789-cgm    Doc 19289-56    Filed 02/03/20    Entered 02/03/20 22:52:31    Exhibit BA
Pg 2 of 2
23-Jan-09                                                                                              06Jan09-1158
THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003200505708  Posting date 11-APR-05



```
AcctNum: 0000063014281515l509  Amount: 000000004100000
Xerno: 0000163552  PostDate: 20050411  Sequence: 003200505708
BankNum: 0802  AppCode: 1013  Field4: 0000  ImageStat: 05
UDK: 080205041100320050570B  DOFD:       CapSRC: N
TranCode: 0000    RouteTran: 03110026    DocType: 8
EntryNum:    ItemType:
```

JPMSAF0033934