# EXHIBIT BB

38984 scanned on B1-S07 by Operator EWILLIAMS on Apr 22, 2009 at 03:03:57 PM - Page 26 of 56.

**BERNARD L. MADOFF**

62-26 / 311    2815-os

163744

4/12 20 05

PAY TO THE ORDER OF: ROBERT S. SAVIN      $ *****7000.00

******SEVEN THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____

BERNARD L. MADOFF

By [signature]

⑈00163744⑈ ⑉031100267⑉ 6301428151 509⑈   ⑊00000700000⑊

---

[Endorsement on back:]
Robert S. Savin
for deposit only

FOR DEPOSIT ONLY
TO MLPF&S INC-546
ABSENT ENDORSEMENT G'TEED

JPMSAF0034138