# EXHIBIT BC

23-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 000900330511  Posting date 13-JUN-05

BERNARD L. MADOFF

62-26
311        2815-09

164703

6/08  20 05

PAY TO THE ORDER OF:  ROBERT S SAVIN                          $ ****25000-00

*****TWENTY FIVE THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-50412-3

BERNARD L. MADOFF

FOR _____

⑈00164703⑈ ⑈031100267⑈ 6301428151 509⑈          ⑈0002500000⑈

JPMORGAN CHASE BANK, NA
CARLSTADT, NJ  06/13/05
462 ENDGE14 004          N
0900330511

AcctNum: 000006301428151509  Amount: 000000002500000
Xerno: 0000164703  PostDate: 20050613  Sequence: 000900330511
BankNum: 0802  AppCode: 1013  Field4: 0000  ImageStat: 05
UDK: 080205061300090330511  DOFD:   CapSRC: N
TranCode: 0000   RouteTran: 03110026   DocType: 8
EntryNum:  ItemType:

JPMSAF0035192