# EXHIBIT BD

**BERNARD L. MADOFF**

165095

6/30 20 05

PAY TO THE ORDER OF ROBERT S SAVIN    $ ****30000.00

******THIRTY THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-S0412-3

⑈00165095⑈ ⑆031100267⑆ 6301428151 509⑈ ⑇000030000000⑇

| | |
|---|---|
| Posting Date | 2005 Jul 14 |
| Prime Sequence | 135304024 |
| Amount | $30,000.00 |
| Bank | 31100267 |
| Account: | 6301428151509 |
| Serial Field | 000000165095 |
| Bank No. | 802 |
| item type | |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

4/28/2009

JPMSAF0035589