# EXHIBIT BE

Page 7 of 20



**BERNARD L. MADOFF**

9/07 2005   167214

Pay to the order of ROBERT S SAVIN        $ ****10000=00

******TEN THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

| Posting Date | 2005 Sep 16 |
|---|---|
| Prime Sequence | 14762458 |
| Amount | $10,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000167214 |
| Bank No. | 802 |
| item type | |
| IRD | |
| Cost Center | |
| Teller Number | |