# EXHIBIT BF

23-Jan-09                                                                 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003600846150  Posting date 19-OCT-05

---

**BERNARD L. MADOFF**                                            82-26 / 311    2815-09

168796

10/13 20 05

PAY TO THE ORDER OF  ROBERT S SAVIN                            $ ****20000-00

******TWENTY THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-S0412-3                                                 BERNARD L. MADOFF
                                                               By [signature]

⑈'00168796⑈' ⑊'031100267⑊' 6301428151 509⑈'     ⑈'000 2000000⑈'

1514476882

AcctNum: 0000005301428151509  Amount: 000000002000000
Memo: 0000168796  PostDate: 20051019  Sequence: 003600846150
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 080205101903600846150  BOFD:  CapSRC: 79
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0039477