# EXHIBIT BG

23-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 005900736350  Posting date 20-DEC-05

---

**BERNARD L. MADOFF**

82-26
311   2815-89

169903

12/16 20 05

PAY TO THE ORDER OF   ROBERT S SAVIN        $ ****40000.00

******FORTY THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-S0412-3

BERNARD L. MADOFF

⑈001699031⑈  ⑆031100267⑆  6301428151  509⑈     ⑆000⒋000000⑆

---

AcctNum: 0000006301428151509  Amount: 000000004000000
Serno: 0000169903  PostDate: 20051220  Sequence: 005900736350
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 080205132005900736350  BOFD:  CapSRC: 74
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0040715