# EXHIBIT BH

LJ



| | |
|---|---|
| Posting Date | 2006 Jan 05 |
| Prime Sequence | 6700464485 |
| Amount | $20,000.00 |
| Bank | 03110026 |
| Account | 6301428151509 |
| Serial Field | 000000170059 |
| Bank No. | 802 |
| item type | |
| IRD | |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |

4/7/2009

JPMSAF0040883