# EXHIBIT BI

23-Jan-09                                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006700800779  Posting date 15-FEB-06

---

**BERNARD L. MADOFF**                                                   82-26 / 311    2815

                                                                        2/03  20 06      171876

PAY TO THE ORDER OF  ROBERT S SAVIN                                       $ ****15000.00

                                                ******FIFTEEN THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                               BERNARD L. MADOFF

FOR  I-S0412-3                                                     By [signature]

⑂00171876⑂  ⑆03110026⑉:  6301428151 509⑂       /000150000 0/

[endorsement stamps]

FOR DEPOSIT ONLY

▶0312007304◀
WACHOVIA NA SVC752 2871I
PHILA, PA 02142006  28PX

PAID
02/15/06
6700800779                          0120835357

AcctNum: 0000006301428151509  Amount: 000000001500000
Serno: 00000171876  PostDate: 20060215  Sequence: 006700800779
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 0802060021500670080 0779  BOFD:  CapSRC: 78
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0042896