# EXHIBIT BJ

23-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006800727745 Posting date 17-MAR-06**

*031000040*
03/17/2006
6512276696

This is a LEGAL COPY of your check. You can use it the same way you would use the original check

C122100024J 03/16/2006
005390813102

BERNARD L. MADOFF

2015-03

172410

3/09 2006

Pay to the order of ROBERT S SAVIN $****5000.00

*****FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

⑈00172410⑈ ⑆031100267⑆ 630142815150 9⑈ ⑈0000500000⑈

0113123844
03172006
031000040 FRB-PHILA
ENT=1623 TRC=1626 PR=05

912106158130

JPMORGAN CHASE BANK, N.A.
> 111901331 < POSITION
03/15/2006 9440068092 6901
11 0000000911230952 655273

PAID 1
03/17/06

↓Do not endorse or write below this line.↓

AcctNum: 000006301428151509 Amount: 000000000500000
Xerno: 0000172410 PostDate: 20060317 Sequence: 006800727745
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 08020603170068007277745 BOFD: CapSRC: 78
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: ItemType:

