# EXHIBIT BK

23-Jan-09                                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 007400558254  Posting date 05-APR-06

---

**BERNARD L. MADOFF**

62-26 / 311     2815-09

172634

3/24 2006

PAY TO THE ORDER OF  ROBERT S SAVIN            $ *****5000.00

******FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-S0412-3

BERNARD L. MADOFF
By [signature]

⑈000172634⑈ ⑆031100267⑆ 6301428151 509⑈  /00000500000/

1515720631
04052006
031000040 FRB-PHILA
[illegible endorsement stamps]
MLPF&S ABSENCE OF ENDORSEMENT GUARANTEED
1896 MERRILL LYNCH DRIVE NJ (609) 274-5226

021000021     0919
PAID
04/05/06    039    30    61

7400558254

AcctNum: 0000063014281515O9  Amount: 000000000500000
Xerpo:  0000172634  PostDate: 20060405  Sequence: 007400558254
BankNum: 0802  AppCode: 0011  Field4: 0000  ImageStat: 05
UDK: 08020604050740O558254  BOFD:  CapSRC: 78
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:   ItemType:

---

JPMSAF0043712