# EXHIBIT BL

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 007000290621  Posting date 13-APR-06

**BERNARD L. MADOFF**

82-26
311      2815-os

173446

4/04   20 06

PAY
TO THE
ORDER OF  ROBERT S SAVIN                              | $ ****10000.00

******TEN THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR     1-S0612-3

BERNARD L. MADOFF

BY

⑈"00173446⑈  ⑈031100267⑈  6301428151  509⑈     /00010000000/

1516992422
04132006
031000040  FRB-PHILA

FOR DEPOSIT ONLY
TO MLPF&S INC. 566
ABSENT ENDORSEMENT G'TEED

PAID   7
34/15/06   699   39  62

7000290621

0628941921

AcctNum: 000006301428151509  Amount: 000000001000000
Serno: 000001734446  PostDate: 20060413  Sequence: 007000290621
BankNum: 00000000  Field4: 0000  ImageStat: 05
MDK: 080020804  SRD: 007000290621  BOFD: CapSeq: 78
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType: