# EXHIBIT BM

08-01789-cgm    Doc 19289-68    Filed 02/03/20    Entered 02/03/20 22:52:31    Exhibit BM

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006400383519  Posting date 11-APR-06

**BERNARD L. MADOFF**

82-26 / 311    2815-03

173974

4/07 20 06

PAY TO THE ORDER OF: ROBERT S SAVIN

$ ****25000.00

******TWENTY FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-S0412-3
FOR _____

BERNARD L. MADOFF

By [signature]

⑆000173974⑆ ⑈031100267⑉ 6301428151 509⑈    ⑆0002500000⑆

JPMORGAN CHASE BANK, NA
[illegible stamp]
6400383519

```
AcctNum: 000006301428151509  Amount: 000000002500000
Xerno:  000173974  PostDate: 20060411  Sequence: 006400383519
BankNum: 0802  AppCode: 0090  Field4: 0000  ImageStat: 05
UDK: 080206041100640038519  BOFD:       CapSRC: 75
TranCode: 000000  RouteTran: 03110026   DocType: 8
EntryNum:        ItemType:
```

JPMSAF0045215