# EXHIBIT BN

**BERNARD L. MADOFF**

82-26/311  2815-09

175104

6/05 20 06

Pay to the order of ROBERT S SAVIN    $ ***20000.00

****** TWENTY THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-S0412-3

⑈00175104⑈ ⑆031100267⑆ 6301428151 509⑈  /0002000000/

AcctNum: 0000006301428151509  Amount: 000000002000000
Xerno: 0000175104  PostDate: 20060609  Sequence: 006600368848
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 0502060609006600368848  BOFD:  CapSRC: 75
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0046457