# EXHIBIT BO

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006900626609  Posting date 29-JUN-06

**BERNARD L. MADOFF**

82-26
311   2815-09

175412

6/21 20 06

Pay to the order of ROBERT S SAVIN                                $ ****10000.00

******TEN THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF

⑆00175412⑆ ⑈031100267⑈ 6301428151 509⑈    /0001000000/

AcctNum: 0000006301428151509  Amount: 000000001000000
Xerno: 0000175412  PostDate: 20060629  Sequence: 006900626609
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 080206062906900626609  BOFD:  CapSRC: 78
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0046770