# EXHIBIT BP

23-Jan-09                                                                                           06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 007600064267   Posting date 26-JUL-06

**BERNARD L. MADOFF**

82-26 / 311    2815-08

176779

7/18 20 06

Pay to the order of ROBERT S SAVIN                                    $ ****7000-00

******SEVEN THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR 1-S0412-3                                                          BERNARD L. MADOFF

⑆001776779⑆  ⑈031100267⑈  6301428151 509⑈  /00000700000/

PAID 1
07/26/06

7600064267                     0527167264

AcctNum: 0000006301428151509  Amount: 000000000700000
Xerno: 0000176779  PostDate: 20060726  Sequence: 007600064267
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 08020607600064267  BOFD:   CapSRC: 78
TranCode: 000000  RouteTran: 03110026   DocType: 8
EntryNum:    ItemType:

JPMSAF0048103