# EXHIBIT BQ

23-Jan-09                                                                                              06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006500063092  Posting date 06-SEP-06

---

**BERNARD L. MADOFF**                                                              62-25 / 311    2815-08

                                                                                    8/30  20 06   177410

PAY TO THE ORDER OF   ROBERT S SAVIN                                                $  ****20000.00

******TWENTY THOUSAND 00/100                                                       DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
    1-50412-3                                                           BERNARD L. MADOFF
FOR _____                                            By /s/

⑆00177410⑆ ⑈03110026⑈ 630 1428 151 509⑈    ⑆000 2000000⑆

AcctNum: 000006301428151509  Amount: 000000002000000
Xerno: 0000177410  PostDate: 20060906  Sequence: 006500063092
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 0802060906006500063092  BOFD:  CapSRC: 75
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0048684