# EXHIBIT BR

23-Jan-09
06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 006500490492  Posting date 26-SEP-06



Check from BERNARD L. MADOFF, No. 177785, dated 9/15/06, Pay to the order of ROBERT S SAVIN, $*****5000.00, *****FIVE THOUSAND 00/100 DOLLARS, Chase Manhattan Bank Delaware, 1-50412-3

JPMSAF0049028