# EXHIBIT BS

JED

Page 6 of 14





| | |
|---|---|
| Posting Date | 2006 Nov 03 |
| Prime Sequence | 2235858 |
| Amount | $35,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000179419 |
| Bank No. | 802 |
| Item type | |
| IRD | |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |

JPMSAF0050604