# EXHIBIT BT

JED                                                                 Page 1 of 19



| | |
|---|---|
| Posting Date | 2006 Nov 29 |
| Prime Sequence | 3781632 |
| Amount | $10,000.00 |
| Bank | 03110026 |
| Account | 6301428151509 |
| Serial Field | 000000179788 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

4/10/2009

JPMSAF0051077