# EXHIBIT BV

23-Jan-09                                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 008900019035  Posting date 28-DEC-06

---

**BERNARD L. MADOFF**                                                          62-26/311   2815-08

                                                                      12/21  20 06      180552

PAY TO THE ORDER OF  ROBERT S SAVIN                                          $ ****25,000.00

******TWENTY FIVE THOUSAND 00/100                                                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-S0412-3                                              BERNARD L. MADOFF

⑈00180552⑈ ⑆031100267⑆ 6301428151 509⑈    ⑈000 2500000⑈

AcctNum: 0000006301428151509  Amount: 000000002500000
Xerno: 0000180552  PostDate: 20061228  Sequence: 008900019035
BankNum: 0802  AppCode: 0002  Field4: 0000  ImageStat: 05
UDK: 080206122800890019035  BOFD: 021000021  CapSRC: PO
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 2935  ItemType: P

JPMSAF0052254