# EXHIBIT BX

Posting Date:        2007-02-20
Sequence #:          18174106
Account #:           6301428151509
Routing Transit:     03110026
Amount #:            $15000.00
Check/Serial #:      000000182506
Bank #:              802
Tran Code:           000000
IRD:                 0
ItemType:            P
BOFD:                021000021
Cost Center:         N/A
Teller Number:       N/A
Teller Seq Number:   N/A
Processing Date:     N/A



https://instantimage.bankone.net/Star/action/Print.do?OflReqId=1234917092512u000404&nTotalItems=9...    2/18/2009

JPMSAF0053884