# EXHIBIT CB

24-Jan-09                                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 008300046005  Posting date 12-JUN-07

---

**BERNARD L. MADOFF**                                               62-26 / 311    2815-09

                                                                        185943
                                                        6/07  20 07

PAY TO THE ORDER OF  ROBERT S SAVIN                          $ ****20000.00

******TWENTY THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                         BERNARD L. MADOFF
FOR  1-S0412-3                                               By [signature]

⑈⑈00185943⑈⑈ ⑆031100267⑆ 6301428151 509⑈    /0002000000/

925420655215

JPMORGAN CHASE BANK, N.A.
> 021000021 < POSITION
06/11/2007   9670646657 4846  8
01           0000004661021875 000466
M6    3997   23
     6/12/2007
     021000021

8370046005

AcctNum: 0000063014281515509  Amount: 000000002000000
Serno: 0000185943 PostDate: 20070612 Sequence: 008300046005
BankNum: 0802 AppCode: 0002 Field4: 0000 ImageStat: 05
UDK: 080207061008300046005 BOFD: 021000021 CapSRC: PO
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 3997 ItemType: P