# EXHIBIT CD

Rosa





| | |
|---|---|
| Posting Date | 2007 Aug 15 |
| Prime Sequence | 6477349 |
| Amount | $2,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000188043 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |

JPMSAF0059154