# EXHIBIT CF

24-Jan-09                                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670723948  Posting date 29-AUG-07

[Check image: Bernard L. Madoff check #188280, dated 8/21/07, Pay to the order of ROBERT S SAVIN, amount $4,000.00, Four Thousand 00/100 Dollars, drawn on Chase Manhattan Bank Delaware, for 1-S0412-3]

JPMSAF0059360