# EXHIBIT CG

24-Jan-09                                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 009070593027  Posting date 04-SEP-07

---

BERNARD L. MADOFF                                                                                   82-26/311    2815-09

188390

8/28 20 07

PAY TO THE ORDER OF  ROBERT S SAVIN                                                      $ ****15000.00

******FIFTEEN THOUSAND 00/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-S0412-3
FOR_____                                                            BERNARD L. MADOFF

⑈00188390⑈ ⑉031100267⑈ 6301428151 509⑈     ⑉000 1500000⑈

JPMORGAN CHASE BANK, N.A.
> 021000021 < POSITION
08/31/2007  5970254049  4422  5
000000466102187S  000466

9070593027

AcctNum: 000006301428151509  Amount: 000000001500000
Xerno: 0000188390  PostDate: 20070904  Sequence: 009070593027
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 08020709040090705930227  BOFD: 000000000  CapSRC: PO
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 3925  ItemType: P

JPMSAF0059464