# EXHIBIT CH

24-Jan-09                                                                                   06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003570091160  Posting date 11-OCT-07



JPMSAF0060713