# EXHIBIT CI

24-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 003670767185 Posting date 21-NOV-07



JPMSAF0061809