# EXHIBIT CJ

Rosa



| | |
|---|---|
| Posting Date | 2007 Nov 29 |
| Prime Sequence | 3570208003 |
| Amount | $5,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000190976 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/19/2009

JPMSAF0061960