# EXHIBIT CK

24-Jan-09                                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 003670498595  Posting date 27-DEC-07

```
*031000040*
12/27/2007
6337835450
```

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

BERNARD L. MADOFF

191440

12/11/07

PAY TO THE ORDER OF  ROBERT S SAVIN                    $ ***15000.00

******FIFTEEN THOUSAND 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-50612-3

FOR _____                        BERNARD L. MADOFF

⑆000191440⑆ ⑈031100267⑈ 6301428151 509⑉

"000191440"   ":031100267:"   6301428151509"   ."000150000,"

AcctNum: 000006301428151509  Amount: 000000001500000
Xerno: 0000191440 PostDate: 20071227 Sequence: 003670498595
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 0802071227003670498595 BOFD: 000000000 CapSRC: FO
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 1499 ItemType: P

JPMSAF0062437