# EXHIBIT CL

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008770369993  Posting date 08-JAN-08

---

**BERNARD L. MADOFF**

62-26 / 377    2815-09

192486

1/02 2008

PAY TO THE ORDER OF: ROBERT S SAVIN

$ ****25000.00

******TWENTY FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF
By [signature]

⑈00192486⑈ ⑆031100267⑆ 6301428151 509⑈    ⑈000 2500000⑈

925420364107

JPMORGAN CHASE BANK, N.A.
> 074909962 < POSITION
*01/07/2008  4370627931 5510  5
[illegible]
8770369993

[endorsement: Robert S Savin, 1/66 102 1875]

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DO NOT WRITE/SIGN/STAMP/SEAL/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

```
AcctNum: 0000063014281515509  Amount: 000000002500000
Xerno:   0000192486  PostDate: 20080108  Sequence: 008770369993
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK:     0902080108008770369993  BOFD: 000000000  CapSRC: PO
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 2698  ItemType: P
```

JPMSAF0063460