# EXHIBIT CM

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008970676773 Posting date 17-JAN-08

---

**BERNARD L. MADOFF**

62-26 / 311   2815-09

193295

1/14 20 08

PAY TO THE ORDER OF: ROBERT S SAVIN

$ ****12500.00

******TWELVE THOUSAND FIVE HUNDRED 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-S0412-3

By [signature]

⑆00193295⑆ ⑈031100267⑈ 6301428151 509⑆   /0001250000/

JPMORGAN CHASE BANK, N.A.

AcctNum: 0000006301428151509  Amount: 000000001250000
Xerno: 0000193295 PostDate: 20080117 Sequence: 008970676773
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 08020801170689707677 BOFD: 000000000 CapSRC: PO
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 2192 ItemType: P

JPMSAF0064252