# EXHIBIT CN

24-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 006510274549  Posting date 06-MAR-08

---

**BERNARD L. MADOFF**

62-26/311   2815-09

193981

2/25 20 08

PAY TO THE ORDER OF  ROBERT S SAVIN            $ ****20000.00

******TWENTY THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-S0412-3

FOR _____          BERNARD L. MADOFF
                                    By /s/

⑆00193981⑆ ⑉031100267⑉ 6301428151 509⑈

```
AcctNum: 000006301428151509  Amount: 000000002000000
SerNo:   0000193981  PostDate: 20080306  Sequence: 006510274549
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 080208030600651027454  BOFD: 000000000  CapSRC: PY
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 1074  ItemType: P
```

JPMSAF0064882