# EXHIBIT CO

24-Jan-09                                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 008870232012  Posting date 31-MAR-08

---

BERNARD L. MADOFF                                    62-26 / 311    2815-09

194481

3/25 20 08

PAY TO THE ORDER OF ROBERT S SAVIN                   $ ****20000.00

******TWENTY THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR 1-50412-3                                        BERNARD L. MADOFF
                                                     By [signature]

⑆00194481⑆ ⑈031100267⑈ 6301428151 509⑆    ⑈000 2000000⑈

925422511708

JPMORGAN CHASE BANK, N.A
[endorsement data]

008870232012

AcctNum: 000006301428151509  Amount: 000000002000000
Xero: 0000194481 PostDate: 20080331 Sequence: 008870232012
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
ODR: 080208033100887023201 BOFD: 000000000 CapSRC: PO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 3340 ItemType: P

JPMSAF0065353