# EXHIBIT CP

24-Jan-09                                                                                               06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 002410588819   Posting date 24-APR-08

---

**BERNARD L. MADOFF**

62-26 / 311     2815-09

195964

4/14 20 08

PAY TO THE ORDER OF   ROBERT S SAVIN          $ ****25000.00

******TWENTY FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
4201 Market Street
Wilmington, DE 19801
1-S0412-3

BERNARD L. MADOFF
By [signature]

FOR

⑈001959640⑈ ⑆031100267⑆ 630142815150⑈

```
AcctNum: 0000063014281515089   Amount: 000000002500000
Verno: 0000195964 PostDate: 20080424 Sequence: 002410588819
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080208042400241058819 BOFD: 000000000 CapSRC: PY
TranCode: 000000 RouteTran: 03110026   DocType: S
EntryNum: 1972 ItemType: P
```

JPMSAF0066810