# EXHIBIT CQ

24-Jan-09                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 002410815456  Posting date 19-MAY-08

---

BERNARD L. MADOFF                                                         62-26/311    2815-09

                                                                          196422

                                                                          5/09  20 08

PAY TO THE ORDER OF   ROBERT S SAVIN                              $ ****15000.00

******FIFTEEN THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                              BERNARD L. MADOFF

FOR  1-S0412-3                                                    By [signature]

⑆0019642 2⑆  ⑈0311002 67⑈  6301428151 509⑆

154:464521 5/18/2008 DEPOSIT TO MLPFS *ABSENCE ENDRSMNT GUARANTEED*

Endorsement: Robert S Savin

AcctNum: 000006301428151509  Amount: 000000001500000
Serno: 00196422  PostDate: 20080519  Sequence: 002410815456
BankNum: 0802  IpoCode: 0001  Field4: 0000  ImageSeq: 01
OOK: 08020805190024108154356  BOFD: 000000000  CapSRC: PY
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 5298  ItemType: P

JPMSAF0067262