# EXHIBIT CR

24-Jan-09                                                                                06Jan09-1158
**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
GROUP ID G06Jan09-1158
Sequence number 008770394385   Posting date 10-JUN-08

---

**BERNARD L. MADOFF**                                                       62-26 / 311    2815-09

                                                                                  **197024**

                                                                               6/06   20 08

PAY TO THE ORDER OF  ROBERT S SAVIN                                      $ ****25000.00

******TWENTY FIVE THOUSAND 00/100                                                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-50412-3                                                            BERNARD L. MADOFF
                                                                          By [signature]

⑆00197024⑆ ⑈031100267⑈ 630 14 28151 509⑆   /0002500000/

---

925420701420

JPMORGAN CHASE BANK, N.A.
> 074909962 < POSITION
06/09/2008   6170869122 5575   5
02            0000004661021875 000466

Endorsement: Rogers Sav / For deposit only / Bob Sav Inc. / 4681 201 964

AcctNum: 00000630142815150 9   Amount: 000000002500000
Xerno: 0000197024   PostDate: 20080610   Sequence: 008770394385
BankNum: 0802   AppCode: 0001   Field4: 0000   ImageStat: 05
DDK: 08020806100087 70394385   BOFD: 000000000   CapSrc: PO
TranCode: 000000   RouteTran: 03110026   DocType: 8
EntryNum: 3836   ItemType: P

JPMSAF0067856