# EXHIBIT CS

24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 108570439037  Posting date 07-JUL-08