# EXHIBIT CT

24-Jan-09                                                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 007380246249   Posting date 30-JUL-08

---

**BERNARD L. MADOFF**

82-26 / 311   2815-09

198751

7/23 20 08

PAY TO THE ORDER OF: ROBERT S SAVIN

$ ****10000-00

******TEN THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF
By [signature]

⑈00198751⑈ ⑉03110026 7⑉ 6301428151 509⑈

AcctNum: 0000006301428151509  Amount: 0000000001000000
Serno: 0000198751  PostDate: 20080730  Sequence: 007380246249
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageSeq: 05
ODK: 08020807300073802462 49  BOFD: 000000000  CapSRC: PV
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 8062  ItemType: P

JPMSAF0069519