# EXHIBIT CU

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006580611306  Posting date 03-DEC-08

---

**BERNARD L. MADOFF**

62-26 / 311    2815-09

201906

11/24 20 08

PAY TO THE ORDER OF ROBERT S SAVIN         $ ****20000.00

******TWENTY THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

BERNARD L. MADOFF
By [signature]

⑆00201906⑆ ⑈03110026⑈ 6301428151 509⑉

---

AcctNum: 000006301428151509  Amount: 000000002000000
SerNo: 000000201906  PostDate: 20081203  Sequence: 006580611306
BankNum: 0000  AppCode: 0001  Field4: 0000  ImageStat: 05
UDK: 080208120300658061306  BOFD: 000000000  CapSRC: PV
TranCode: 000000  RouteTran: 03110026  DocType: B
EntryNum: 5400  ItemType: P

JPMSAF0072525