# EXHIBIT CV

24-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006580713409 Posting date 17-DEC-08**

BERNARD L. MADOFF

62-26
311

2815-09

202268

12/10 2008

PAY TO THE ORDER OF ROBERT S SAVIN $ ****20000.00

******TWENTY THOUSAND 00/100 DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-S0412-3

By

⑈00202268⑈ ⑆031100267⑆ 630142815 1509⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

Robert S Savin

For deposit only

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

AcctNum: 000006301428151509 Amount: 000000002000000
Xerno: 0000202268 PostDate: 20081217 Sequence: 006580713409
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080208121700658071340 9 BOFD: 000000000 CapSRC: PV
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 5421 ItemType: P