# EXHIBIT CW

The Chase Manhattan Bank



MADWAA00139882

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 DEC 2000 |
| Statement End Date: | 29 DEC 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |

Page 1 of 47

|lul|lhulhuulhlulhlhulhlulhlulhuul|lhlhluull

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 198 | 4,210,325,881.04 |
| Total Debits (incl. checks) | 247 | 4,193,567,092.98 |
| Total Checks Paid | 92 | 2,277,877,180.83 |

### BALANCES

| Opening (01 DEC 2000) | | Closing (29 DEC 2000) | |
|---|---|---|---|
| Ledger | 3,734,855.26 | Ledger | 20,493,643.32 |
| Collected | 2,386,831.26 | Collected | 18,360,324.32 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 92 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **** Balance **** | 3,734,855.26 | OPENING LEDGER BALANCE |
| 01 DEC | | | | | **** Balance **** | 2,386,831.26 | OPENING COLLECTED BALANCE |
| 01 DEC | | USD | | OUR: 0000001098IB | | 15,005.00 | INTEREST |
| | | | | | | | REF: INTEREST           COMMERCIAL PA |
| | | | | | | | PER          TICKET # 001098 |
| 01 DEC | | * | USM | DEP REF #          281 | | 350,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 000000281 |
| | | | | | | | *VALUE DATE: 12/01          200,000 |
| | | | | | | | 12/04          125,000 |
| | | | | | | | 12/05           25,000 |
| 01 DEC | 01 DEC | USD | | YOUR: O/B MELLON PIT | | 600,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0104307336FF | | | VIA: MELLON BANK N.A. |
| | | | | | | | /043000261 |
| | | | | | | | B/O: BUCKINGHAM RAF PARTNERS LP |
| | | | | | | | NEW YORK NY 10017-6705 |
| | | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 BNF=JEROME & ANNE FISH ER/ |
| | | | | | | | AC-1F015530 40 RFB=O/B MELLON PIT B |
| | | | | | | | IMAD: 1201D3QCI20C001253 |
| 01 DEC | 01 DEC | USD | | YOUR: ATTN.BELLES | | 600,000.00 | CHIPS CREDIT |
| | | | | OUR: 3761600336FC | | | VIA: CITIBANK |
| | | | | | | | /0008 |
| | | | | | | | B/O: HERMES WORLD CHF FUND |
| | | | | | | | REF: NBBK=BERNARD L MADOFF NEW YORK |
| | | | | | | | NY 10022-4834/AC-000140081703 BNF= |
| | | | | | | | LAGOON INVESTMENT C ACCOUNT ORG=HER |

**FT CODE:**

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

The Chase Manhattan Bank

 CHASE

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 DEC 2001 |
| Statement End Date: | 31 DEC 2001 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 1 of 48 |

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 228 | 5,598,840,323.89 | Opening (01 DEC 2001) | | Closing (31 DEC 2001) | | Credits | 0 |
| Total Debits (incl. checks) | 241 | 5,577,901,256.38 | Ledger | 5,641,935.59 | Ledger | 26,581,003.10 | Debits | 0 |
| Total Checks Paid | 107 | 3,437,377,804.58 | Collected | 4,949,112.59 | Collected | 22,754,312.10 | Checks | 107 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **** Balance **** | 5,641,935.59 | OPENING LEDGER BALANCE |
| 01 DEC | | | | | **** Balance **** | 4,949,112.59 | OPENING COLLECTED BALANCE |
| 03DEC | | USD | | OUR: 0000001718IB | | 1,541.90 | INTEREST |
| | | | | | | | REF: INTEREST          COMMERCIAL PA |
| | | | | | | | PER               TICKET # 001718 |
| 03DEC | | USD | | OUR: 0000001473IB | | 17,062.50 | INTEREST |
| | | | | | | | REF: INTEREST |
| | | | | | | | TICKET # 001473 |
| 03DEC | 03DEC | USD | | YOUR: O/B BK OF NYC | | 401,132.68 | FEDWIRE CREDIT |
| | | | | OUR: 0311902337FF | | | VIA: BANK OF NEW YORK |
| | | | | | | | /021000018 |
| | | | | | | | B/O: KOHL FAMILY PARTNERSHIP LP |
| | | | | | | | WOODBURY NY 11797-2702 |
| | | | | | | | REF: CHASE NYC/CTR/BBK=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 BNF=KOHL FAMILY PARTNERSHI |
| | | | | | | | P LP WOODBURY NY 11797-2702/AC-1ZA5 |
| | | | | | | | IMAD: 1203B1Q8152C003989 |
| 03DEC | 03DEC | USD | | YOUR: O/B SIGNAL W STP | | 1,000,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0504302337FF | | | VIA: SIGNAL BANK, INC. |
| | | | | | | | /096016794 |
| | | | | | | | B/O: BOYER H PALMER |
| | | | | | | | PLYMOUTH, MN |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 RFB=O/B SIGNAL W STP BBI=/ |
| | | | | | | | BNF/FOR FINAL CREDIT TO BOYER & FE |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.



06-01789-cgm  Doc 19289-104  Filed 02/03/20  Entered 02/03/20 22:52:31  Exhibit
CM  Pg 4 of 10

**JPMorgan Chase Bank**

# JPMorganChase

### Statement of Account

**In US Dollars**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 NOV 2002 |
| Statement End Date: | 31 DEC 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 1 of 60 |

IudIIIuIIIuuuIdIdIdbdIuIuuIIuIuIuduIIIuIduII

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 257 | 2,140,578,753.03 | Opening (30 NOV 2002) | | Closing (31 DEC 2002) | | Credits | 0 |
| Total Debits (incl. checks) | 287 | 2,139,847,421.20 | Ledger | 1,670,299.53 | Ledger | 2,401,631.36 | Debits | 0 |
| Total Checks Paid | 91 | 82,400,691.58 | Collected | .53 | Collected | .36 | Checks | 91 |

**Need to reconcile your accounts as soon as possible?** Take advantage of our promotional offer for **Internet Statements**. Download the statements for your accounts two business days after the statement cycle ends. Search for transactions listed in your statement. Export data as a text or formatted Excel file. **Best of all, receive your first three Internet Statements free of charge.** Please contact your JPMorgan Relationship Manager for further information.

| Ledger Date | Adj Ledger Date | Value Date | F T | References | | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|---|
| 30 NOV | | | | | **** Balance **** | | 1,670,299.53 | OPENING LEDGER BALANCE |
| 30 NOV | | | | | **** Balance **** | | 0.53 | OPENING COLLECTED BALANCE |
| 02DEC | | USD | | YOUR: 31Y9973971336 OUR: 3361003971XP | | | 399.09 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $6,560,587 AT AIP RATE=00.73% FOR AIP INVESTMENT DATED 11/29/02 AIP REFERENCE=31Y9996693333 EFFECTIVE YIELD=00.73%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 02DEC | | USD | | OUR: 0000001407IB | | | 3,450.66 | INTEREST REF: INTEREST          COMMERCIAL PA PER          TICKET # 001407 |
| 02DEC | | USD | | OUR: 0000001139IB | | | 7,109.38 | INTEREST REF: INTEREST          TICKET # 001139 |
| 02DEC | | 02DEC USD | | YOUR: O/B CITIBANK NYC OUR: 0258213336FF | | | 500,000.00 | FEDWIRE CREDIT VIA: CITIBANK /021000089 B/O: 00037024647 10021 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMSAB0000152

JPMorgan Chase Bank

# JPMorganChase

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

CM

| | In US Dollars |
|---|---|
| **Account No:** | 140-081703 |
| **Statement Start Date:** | 29 NOV 2003 |
| **Statement End Date:** | 31 DEC 2003 |
| **Statement Code:** | 000-USA-11 |
| **Statement No:** | 012 |
| | Page 1 of 65 |

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 249 | 3,811,205,678.81 | **Opening (29 NOV 2003)** | | **Closing (31 DEC 2003)** | | Credits | 0 |
| Total Debits (incl. checks) | 260 | 3,807,230,735.13 | Ledger | 86,713.01 | Ledger | 4,061,656.69 | Debits | 0 |
| Total Checks Paid | 28 | 4,305,505.49 | Collected | .01 | Collected | .69 | Checks | 28 |

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 29 NOV | | | | | **** Balance **** | 86,713.01 | OPENING LEDGER BALANCE |
| 29 NOV | | | | | **** Balance **** | 0.01 | OPENING COLLECTED BALANCE |
| 01DEC | | USD | | YOUR: 31Y9973746335 OUR: 3351003746XP | | 843.84 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $19,855,264 AT AIP RATE=00.51% FOR AIP INVESTMENT DATED 11/28/03 AIP REFERENCE=31Y9999743332 EFFECTIVE YIELD=00.51%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 01DEC | | USD | | OUR: 0000000254IB | | 4,500.34 | INTEREST REF: INTEREST          COMMERCIAL PA PER          TICKET # 000254 |
| 01DEC | | USD | | OUR: 000000093BIB | | 10,159.72 | INTEREST REF: INTEREST          TICKET # 00093B |
| 01DEC | 01DEC | USD | | YOUR: SWF OF 03/12/01 OUR: 5703700335FS | | 38,211.30 | BOOK TRANSFER CREDIT B/O: CANADIAN IMPERIAL BANK OF COMM TORONTO ONTARIO CANADA M5J2S-8 ORG: BAILLIE LAW CORPORATION REF: FFC STORY FAMILY TRUST NO 2 AC CT 1 ZA475 3/CHGS/USD0,/CHGS/USD15, 00/OCMT/USD38226,30/ |
| 01DEC | 01DEC | USD | | YOUR: CSB OF 03/12/01 OUR: 0082300335ET | | 45,000.00 | BOOK TRANSFER CREDIT B/O: NEPHROLOGY ASSOCIATES P C NEW ROCHELLE NY 10804-221 REF: /BNF/FBO: NEPHROLOGY ASSOCIATE S PC PENSION PLAN 1-CM135-3-0 JPMOR |

FT CODE:
USD - SAME DAY FUNDS     US1 - ONE DAY FLOAT     US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS     US2 - TWO DAY FLOAT     US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMSAB0000795

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMorgan Chase Bank, N.A.


**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 DEC 2004 |
| Statement End Date: | 31 DEC 2004 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 1 of 63 |

lmllllmllmmllmlmlmllmllmdmlmllmllmlmll

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 225 | 5,119,048,471.10 | Opening (01 DEC 2004) | | Closing (31 DEC 2004) | | Credits | 0 |
| Total Debits (incl. checks) | 292 | 5,118,254,320.63 | Ledger | 290,450.03 | Ledger | 1,084,600.50 | Debits | 0 |
| Total Checks Paid | 30 | 6,725,935.50 | Collected | .03 | Collected | .50 | Checks | 30 |

| Ledger Date | Adj Ledger Date | Value Date | C T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **** Balance **** | 290,450.03 | OPENING LEDGER BALANCE |
| 01 DEC | | | | | **** Balance **** | 0.03 | OPENING COLLECTED BALANCE |
| 01DEC | | USD | | YOUR: 31Y9972864336 DUR: 3361002864XP | | 594.67 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $14,272,125 AT AIP RATE=01.50% FOR AIP INVESTMENT DATED 11/30/04 AIP REFERENCE=31Y9998412335 EFFECTIVE YIELD=01.51%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 01DEC | | USD | | DUR: 0000001631B | | 66,354.17 | INTEREST REF: INTEREST TICKET # 000163 |
| 01DEC | 01DEC | USD | | YOUR: O/B BOSTON PRIVA DUR: 0384503336FF | | 100,000.00 | FEDWIRE CREDIT VIA: BOSTON PRIVATE BANK & TRUST CO /011002343 B/O: TURBO INVESTORS LLC NEWTON MA 02459 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B BOSTON PRIVA OBI=T URBO INVESTORS LLC AC 1-T 0052 3 0 IMAD: 1201A1Q2801E000017 |
| 01DEC | 01DEC | USD | | YOUR: SWF OF 04/12/01 DUR: 8579500336JS | | 102,805.86 | BOOK TRANSFER CREDIT B/O: GOLDMAN SACHS & CO NEW YORK NY 10274- ORG: /01025155101 R BRADFORD MALT TRUSTEE |

FT CODE:
USD - SAME DAY FUNDS
USN - NEXT DAY FUNDS
US1 - ONE DAY FLOAT
US2 - TWO DAY FLOAT
US3 - THREE DAY FLOAT
US4 - FOUR DAY FLOAT
US5 - FIVE DAY FLOAT
USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

JPMSAB0001452

**JPMorganChase**

JPMorgan Chase Bank, N.A.

**Statement of Account**

CN
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 DEC 2005 |
| Statement End Date: | 30 DEC 2005 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 1 of 61 |

**ᴵᵘᵈᴵᴵᴵᵘᵈᴵᵘᵘᵇᴵᵈᴵᵇᴵᵇᴵᵈᴵᵘᴵᵈᴵᵘᴵᵘᴵᴵᴵᴵᵇᴵᵇᴵᵇ**

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 200 | 3,569,237,928.70 | **Opening (01 DEC 2005)** | | **Closing (30 DEC 2005)** | | Credits | 0 |
| Total Debits (incl. checks) | 264 | 3,569,203,682.06 | Ledger | 288,971.09 | Ledger | 323,217.73 | Debits | 0 |
| Total Checks Paid | 6 | 13,500.00 | Collected | .09 | Collected | .73 | Checks | 6 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **\*\*\*\* Balance \*\*\*\*** | 288,971.09 | OPENING LEDGER BALANCE |
| 01 DEC | | | | | **\*\*\*\* Balance \*\*\*\*** | 0.09 | OPENING COLLECTED BALANCE |
| 01DEC | 29NOV | 29NOV | USD | YOUR: 31Y9811175335 OUR: 3351019979XP | | .03 | B/V INTEREST ADJUSTMENTS CHANGE IN INTEREST FOR AIP INVESTMENT DATED 11/28/2005 - PREVIOUS AMT: $1,852.53 CURRENT AMT: $1,852.56 AIP REFERENCE=31Y9811175335 |
| 01DEC | 30NOV | 30NOV | USD | YOUR: 31Y9811176335 OUR: 3351019980XP | | .03 | B/V INTEREST ADJUSTMENTS CHANGE IN INTEREST FOR AIP INVESTMENT DATED 11/29/2005 - PREVIOUS AMT: $4,200.51 CURRENT AMT: $4,200.54 AIP REFERENCE=31Y9811176335 |
| 01DEC | | | USD | YOUR: 31Y9811177335 OUR: 3351019981XP | | .03 | B/V INTEREST ADJUSTMENTS CHANGE IN INTEREST FOR AIP INVESTMENT DATED 11/30/2005 - PREVIOUS AMT: $1,997.26 CURRENT AMT: $1,997.29 AIP REFERENCE=31Y9811177335 |
| 01DEC | 22NOV | 22NOV | USD | YOUR: 31Y9811171335 OUR: 3351019975XP | | 42.49 | B/V INTEREST ADJUSTMENTS CHANGE IN INTEREST FOR AIP INVESTMENT DATED 11/21/2005 - PREVIOUS AMT: $1,613.81 CURRENT AMT: $1,656.30 AIP REFERENCE=31Y9811171335 |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0002089



JPMorgan Chase Bank, N.A.

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

CM

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 DEC 2006 |
| Statement End Date: | 29 DEC 2006 |
| Statement Code: | 000-USA-11 |
| Statement No: | 012 |
| | Page 1 of 68 |

## TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 206 | 12,286,195,100.58 |
| Total Debits (incl. checks) | 256 | 12,286,410,245.18 |
| Total Checks Paid | 4 | 9,000.00 |

## BALANCES

| Opening (01 DEC 2006) | | Closing (29 DEC 2006) | |
|---|---|---|---|
| Ledger | 609,844.65 | Ledger | 394,700.05 |
| Collected | .65 | Collected | .05 |

## ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 4 |

| Ledger Date | Adj Ledger Date | Value Date | S | Reference | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | | | 609,844.65 | OPENING LEDGER BALANCE |
| 01 DEC | | | | | | | 0.65 | OPENING COLLECTED BALANCE |
| 01DEC | | USD | | YOUR: 31Y9973133335 OUR: 3351003133XP | | 2,058.00 | | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $15,729,915.00 AT AIP RATE=04.71% FOR AIP INVESTMENT DATED 11/30/06 AIP REFERENCE=31Y9998654334 EFFECTIVE YIELD=04.82%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 01DEC | | * | USM | DEP REF # 2257 | | 131,500.00 | | DEPOSIT CASH LETTER CASH LETTER 0000002257 *VALUE DATE: 12/01    120,000 12/04    3,000 12/05    8,500 |
| 01DEC | 01DEC | USD | | YOUR: O/B BK OF NYC OUR: 5355400335FC | | 1,000,000.00 | | CHIPS CREDIT VIA: BANK OF NEW YORK /0001 B/O: JPMORGAN CHASE BANK N.A. 1-212-635-6790 REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF= THE YOUNG FAMILY PARTNERS LLC SOL & BETTY YOUNG MANAGERS/AC-Y-0008-3 O SSN: 0291852 |
| 01DEC | 01DEC | USD | | YOUR: 061201400611 OUR: 0767601335FF | | 1,000,000.00 | | FEDWIRE CREDIT VIA: WACHOVIA BANK NA |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE NEW YORK UNIFORM COM-
MERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN
OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING
OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS. KINDLY REFER TO THE INSTRUCTIONS ON THE REVERSE SIDE OF THIS STATEMENT IN ORDER TO
DIRECT YOUR INQUIRIES TO THE PROPER DEPARTMENT FOR PROMPT ACTION.

18Dec08-344

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

JPMSAB0002742

## JPMorganChase ⬣

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

00000032 CEN 802 7  00108 - NNN  1  000000007  H1 0000
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

December 01, 2007 -
December 31, 2007

**Page 1 of 52**

**Account Number**
000000140081703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer
Service Professional.



**Future DDA Statements will be Printed on Both Sides.**

In an effort to help reduce paper consumption, JPMorgan Chase, will begin printing DDA
statements on both sides.  This change will begin with statements printed after January 20,
2008.

If you would like to eliminate paper statements altogether, Internet-based statements are
also available.  Please contact your service representative to sign up for Internet statements
or visit **www.jpmorganchase.com/visit/ecodda** for more information.

JPMorgan Chase continues to improve our services and strives to minimize our impact to
the environment.

## Commercial Checking

### Summary

|  | Number | Amount |
|---|---|---|
| Opening Ledger Balance |  | $188,333.03 |
| Opening Collected Balance |  | $.03 |
| Deposits and Credits | 192 | $13,567,434,695.88 |
| Withdrawals and Debits | 302 | $13,566,863,619.86 |
| Checks Paid | 7 | $17,100.00 |
| **Ending Ledger Balance** |  | **$742,309.05** |
| **Ending Collected Balance** |  | **$.05** |
| Sweep Investment Account(s): |  |  |
| Other |  | $32,435,254.00 |
| **Combined Ledger Balance** |  | **$33,177,563.05** |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is
subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge
to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty
days of the mailing or availability of the first statement on which the error or charge appears.

JPMSAB0003405

**JPMorganChase** 

JPMORGAN CHASE BANK, N.A
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

00000043 CEN 802 7  00109 - NNN  1  000000001  H1 0000

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

November 29, 2008 -
December 31, 2008

**Page 1 of 25**

**Account Number**
000000140081703

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $560,000.60 |
| Opening Collected Balance | | $.60 |
| Deposits and Credits | 122 | $3,219,564,477.98 |
| Withdrawals and Debits | 71 | $2,990,715,212.29 |
| Checks Paid | 1 | $2,000.00 |
| **Ending Ledger Balance** | | **$229,407,266.29** |
| **Ending Collected Balance** | | **$229,407,266.29** |

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 11/29 | | OPENING LEDGER BALANCE | *** Balance *** | $560,000.60 |
| 11/29 | | OPENING COLLECTED BALANCE | *** Balance *** | $.60 |
| 12/01 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER CPSWP112808 . TRN: 3332003179XN YOUR REF: 31Y9996772333 | | $10,871,514.00 |
| 12/01 | | CHIPS CREDIT VIA: THE BANK OF NEW YORK MELLON/0001 B/O: BERNARD L MADOFF INVESTMENT NEW YORK ,NY 10022 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/8661126621 NEW YORK ,NY 10022 SSN: 0222435 TRN: 4372200336FC YOUR REF: CHASE | | $150,000,000.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

JPMSAB0004065