# EXHIBIT CX

**JPMorganChase** ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

636
November 29, 2008 -
December 31, 2008

**Page 1 of 4**

**Account Number**
006301428151509

00001713 CEN 802 R  00109 - NNN  1  000000271  P5 0000
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BONVENTRE
885 THIRD AVE 18TH FL
NEW YORK NY 10022

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



## Commercial Checking

### Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Opening Collected Balance | | $.00 |
| Deposits and Credits | 23 | $23,845,193.11 |
| Withdrawals and Debits | 1 | $100,000.00 |
| List Posted Items | 271 | $20,480,064.70 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$3,265,128.41** |
| **Ending Collected Balance** | | **$3,265,128.41** |

### Activity

| Ledger Date | Value Date | Description | | Debit | Amount |
|---|---|---|---|---|---|
| **11/29** | | **OPENING LEDGER BALANCE** | | *** Balance *** | $.00 |
| **11/29** | | **OPENING COLLECTED BALANCE** | | *** Balance *** | $.00 |
| 12/01 | | FUNDING XFER FROM 000000140081703 TRN: 0190006300RJ | | | $1,356,638.45 |
| 12/01 | | LIST POSTED ITEMS QUANTITY | 24 | $1,356,638.45 | |
| **12/01** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | $.00 |
| **12/01** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | $.00 |
| 12/02 | | FUNDING XFER FROM 000000140081703 TRN: 0190006431RJ | | | $3,296,402.00 |
| 12/02 | | LIST POSTED ITEMS QUANTITY | 29 | $3,296,402.00 | |
| **12/02** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | $.00 |
| **12/02** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | $.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account (including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or availability of the first statement on which the error or charge appears.

**JPMorganChase**

636
November 29, 2008 -
December 31, 2008

**Page 2 of 4**

**Account Number**
006301428151509

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/03 | | FUNDING XFER FROM 000000140081703 TRN: 0190006304RJ | | $3,523,469.17 |
| 12/03 | | LIST POSTED ITEMS QUANTITY          46 | $3,523,469.17 | |
| **12/03** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/03** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/04 | | FUNDING XFER FROM 000000140081703 TRN: 0190006107RJ | | $1,013,700.00 |
| 12/04 | | LIST POSTED ITEMS QUANTITY          22 | $1,013,700.00 | |
| **12/04** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/04** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/05 | | FUNDING XFER FROM 000000140081703 TRN: 0190006115RJ | | $3,191,385.18 |
| 12/05 | | LIST POSTED ITEMS QUANTITY          36 | $3,191,385.18 | |
| **12/05** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/05** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/08 | | FUNDING XFER FROM 000000140081703 TRN: 0190006473RJ | | $1,261,117.98 |
| 12/08 | | LIST POSTED ITEMS QUANTITY          26 | $1,261,117.98 | |
| **12/08** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/08** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/09 | | FUNDING XFER FROM 000000140081703 TRN: 0190006395RJ | | $3,359,163.23 |
| 12/09 | 12/02 | RESEARCH ADJ 3329-04DEC08  DEBIT FOR AN ENCODING ERROR. AN ITEM FOR $150,000.00,POSTED TO YOUR ACCOUNT AS $50,000.00 ON 12/02/08. OUR CASE#3329-04DEC08. | $100,000.00 | |
| 12/09 | | LIST POSTED ITEMS QUANTITY          41 | $3,259,163.23 | |
| **12/09** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/09** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/10 | | FUNDING XFER FROM 000000140081703 TRN: 0190006356RJ | | $2,446,259.36 |
| 12/10 | | LIST POSTED ITEMS QUANTITY          29 | $2,446,259.36 | |
| **12/10** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/10** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/11 | | FUNDING XFER FROM 000000140081703 TRN: 0190006181RJ | | $1,131,929.33 |
| 12/11 | | LIST POSTED ITEMS QUANTITY          18 | $1,131,929.33 | |
| **12/11** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **12/11** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 12/12 | | REVERSAL | | $300,000.00 |
| 12/12 | | REVERSAL | | $150,000.00 |
| 12/12 | | REVERSAL | | $125,000.00 |
| 12/12 | | REVERSAL | | $125,000.00 |
| 12/12 | | REVERSAL | | $85,000.00 |
| 12/12 | | REVERSAL | | $75,000.00 |

JPMTAA0000317

08-01789-cgm   Doc 19288-105   Filed 02/03/20   Entered 02/03/20 22:52:31   Exhibit
CX   Pg 4 of 23

**JPMorganChase ⬡**

636
November 29, 2008 -
December 31, 2008

**Page 3 of 4**

**Account Number**
006301428151509

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 12/12 | | REVERSAL | | $65,000.00 |
| 12/12 | | REVERSAL | | $60,000.00 |
| 12/12 | | REVERSAL | | $50,000.00 |
| 12/12 | | REVERSAL | | $30,000.00 |
| 12/12 | | REVERSAL | | $21,750.00 |
| 12/12 | | REVERSAL | | $15,949.67 |
| 12/12 | | REVERSAL | | $10,000.00 |
| 12/12 | | CLOSING LEDGER BALANCE | *** Balance *** | $1,112,699.67 |
| 12/12 | | CLOSING COLLECTED BALANCE | *** Balance *** | $1,112,699.67 |
| 12/15 | | FUNDING XFER FROM 000000140081703 TRN: 0190006491RJ | | $2,152,428.74 |
| 12/15 | | CLOSING LEDGER BALANCE | *** Balance *** | $3,265,128.41 |
| 12/15 | | CLOSING COLLECTED BALANCE | *** Balance *** | $3,265,128.41 |

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMTAA0000318

This Page Left Intentionally Blank

JPMTAA0000319

08-01789-cgm  Doc 19289-105  Filed 02/03/20  Entered 02/03/20 22:52:31  Exhibit
CX  Pg 6 of 23

**JPMorganChase** ⬡

636
November 29, 2008 -
December 31, 2008

**Page 4 of 4**

**Account Number**
006301428151509

BERNARD L MADOFF INVESTMENT SECURITIES



**Commercial Checking**
(continued)

**Stop Payment Renewal Notice**

Account Number 006301428151509                                   Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period.  You may revoke a Stop prior to the
renewal date by simply returning a signed copy of this form with an 'X' placed next to each item you may wish
to revoke.  The revoking of stop payments will be effective on the renewal date listed on your statement.  To
immediately remove a current stop payment, please contact your Customer Service Professional.  Please
allow 10 - 15 days for mail and processing times.  Please ensure that an authorized signature is placed in the
space provided and mailed to the return address listed at the bottom of the page.  Any stops that are revoked
will expire on the renewal date.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| ___ | 0000174 | 02/28/2008 | 02/28/2009 | 193838 | $4,050.38 |
| ___ | 0000175 | 02/28/2008 | 02/28/2009 | 193850 | $50,000.00 |
| ___ | 0000176 | 02/28/2008 | 02/28/2009 | 193857 | $6,015.00 |
| ___ | 0000177 | 03/18/2008 | 03/18/2009 | 194243 | $60,000.00 |
| ___ | 0000178 | 03/25/2008 | 03/25/2009 | 194202 | $500,000.00 |

Authorized Signature: _____        Date: _____

BERNARD L MADOFF INVESTMENT SECURITIES          JPMORGAN CHASE BANK, N.A.
ATTN DANIEL BONVENTRE                            NORTHEAST MARKET
885 THIRD AVE 18TH FL                            P O BOX 260180
NEW YORK NY 10022                                BATON ROUGE LA 70826-0180

JPMTAA0000320

This Page Left Intentionally Blank

JPMTAA0000321

# ◧ JPMorganChase

**Chase Manhattan Bank USA, N.A.**
**Wilmington, Delaware**

TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022                    DS

| | |
|---|---|
| Account No: | 6301-428151-509 |
| Statement Start Date: | 30 APR 2005 |
| Statement End Date: | 31 MAY 2005 |
| Statement Code: | 000-USA-12 |
| Statement No: | 005    698 |
| | Page 1 of 3 |

MADWAA00174942

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 27 | 56,468,096.54 | Opening (30 APR 2005) | | Closing (31 MAY 2005) | | Credits | 0 |
| Total Debits (incl. checks) | 25 | 56,468,096.54 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 21 | 55,138,096.54 | | | | | Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 30 APR | | | | | **** *Balance* **** | 0.00 | OPENING LEDGER BALANCE |
| 02MAY | | USD | | OUR: 1400400124DW | | 1,362,894.86 | CDS FUNDING |
| 02MAY | | USD | | OUR: 1400300128DW | 1,362,894.86 | | LIST POST        AA01 |
| 02MAY | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 03MAY | | USD | | OUR: 1400400117DW | | 9,384,578.67 | CDS FUNDING |
| 03MAY | | USD | | OUR: 1400300112DW | 9,384,578.67 | | LIST POST        AA01 |
| 03MAY | | | | | **** *Balance* **** | .00 ╱ | CLOSING LEDGER BALANCE |
| 04MAY | | USD | | OUR: 0100300007DW | | 40,000.00 | 0000163970 050405 ENCODING ERROR |
| 04MAY | | USD | | OUR: 0100300004DW | | 50,000.00 ╱ | 0000163969 050405 ENCODING ERROR |
| 04MAY | | USD | | OUR: 0300200002DW | | 360,000.00 | ADDITIONAL FUNDING FOR ENCODING ERROR |
| 04MAY | | USD | | OUR: 0300200003DW | | 450,000.00 ╱ | ADDITIONAL FUNDING FOR ENCODING ERROR |
| 04MAY | | USD | | OUR: 1400400118DW | | 2,087,087.32 | CDS FUNDING |
| 04MAY | | USD | | OUR: 0100300008DW | 400,000.00 ╱ | | 0000163970 050405 ENCODING ERROR |
| 04MAY | | USD | | OUR: 0100300005DW | 500,000.00 ╱ | | 0000163969 050405 ENCODING ERROR |
| 04MAY | | USD | | OUR: 1400300113DW | 2,087,087.32 | | LIST POST        AA01 |
| 04MAY | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 05MAY | | USD | | OUR: 1400400120DW | | 2,211,792.55 | CDS FUNDING |
| 05MAY | | USD | | OUR: 1400300117DW | 2,211,792.55 | | LIST POST        AA01 |
| 05MAY | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 06MAY | | USD | | OUR: 1400400120DW | | 1,213,376.83 | CDS FUNDING |
| 06MAY | | USD | | OUR: 1400300117DW | 1,213,376.83 | | LIST POST        AA01 |
| 06MAY | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 09MAY | | USD | | OUR: 1400400118DW | | 2,531,808.05 | CDS FUNDING |
| 09MAY | | USD | | OUR: 1400300137DW | 2,531,808.05 | | LIST POST        AA01 |
| 09MAY | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.



**Chase Manhattan Bank USA, N.A.**
**Wilmington, Delaware**

TS

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY   10022                                    DS

| | | | | Account No: | 6301-428151-509 |
| Statement Start Date: | 30 APR 2005 |
| Statement End Date: | 31 MAY 2005 |
| Statement Code: | 000-USA-12 |
| Statement No: | 005    698 |
| | Page 2 of 3 |

MADWAA00174943

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 10MAY | | USD | | OUR: 1400400115DW | | 3,184,966.27 | CDS FUNDING |
| 10MAY | | USD | | OUR: 1400300126DW | 3,184,966.27 | | LIST POST      AA01 |
| 10MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 11MAY | | USD | | OUR: 1400400117DW | | 2,446,443.95 | CDS FUNDING |
| 11MAY | | USD | | OUR: 1400300118DW | 2,446,443.95 | | LIST POST      AA01 |
| 11MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 12MAY | | USD | | OUR: 0100300006DW | | 3,000.00/ | 0000163734 051205 |
| | | | | | | | LA INVALID AMOUNT |
| 12MAY | | USD | | OUR: 0100600002DW | | 40,000.00/ | 0000164007 051105 |
| | | | | | | | LA INVALID AMOUNT |
| 12MAY | | USD | | OUR: 1400400005DW | | 330,500.00 | CDS FUNDING |
| 12MAY | | USD | | OUR: 0100300005DW | 30,000.00/ | | 0000163734 051205 |
| | | | | | | | SB CORRECT AMOUNT |
| 12MAY | | USD | | OUR: 1400300108DW | 330,500.00 | | LIST POST      AA01 |
| 12MAY | | USD | | OUR: 0100600001DW | 400,000.00 | | 0000164007 051105 |
| | | | | | | | SB CORRECT AMOUNT |
| 12MAY | | | | **** Balance **** | | 387,000.00- | CLOSING LEDGER BALANCE |
| 13MAY | | USD | | OUR: 1400400120DW | | 11,860,148.34 | CDS FUNDING |
| 13MAY | | USD | | OUR: 1400300115DW | 11,473,148.34 | | LIST POST      AA01 |
| 13MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 16MAY | | USD | | OUR: 1400400114DW | | 1,603,799.24 | CDS FUNDING |
| 16MAY | | USD | | OUR: 1400300112DW | 1,603,799.24 | | LIST POST      AA01 |
| 16MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 17MAY | | USD | | OUR: 1400400115DW | | 2,347,772.50 | CDS FUNDING |
| 17MAY | | USD | | OUR: 1400300113DW | 2,347,772.50 | | LIST POST      AA01 |
| 17MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 18MAY | | USD | | OUR: 1400400121DW | | 2,486,689.29 | CDS FUNDING |
| 18MAY | | USD | | OUR: 1400300129DW | 2,486,689.29 | | LIST POST      AA01 |
| 18MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 19MAY | | USD | | OUR: 1400400117DW | | 2,941,580.83 | CDS FUNDING |
| 19MAY | | USD | | OUR: 1400300112DW | 2,941,580.83 | | LIST POST      AA01 |
| 19MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 20MAY | | USD | | OUR: 1400400124DW | | 2,689,470.00 | CDS FUNDING |
| 20MAY | | USD | | OUR: 1400300131DW | 2,689,470.00 | | LIST POST      AA01 |
| 20MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 23MAY | | USD | | OUR: 1400400120DW | | 1,355,394.02 | CDS FUNDING |
| 23MAY | | USD | | OUR: 1400300123DW | 1,355,394.02 | | LIST POST      AA01 |
| 23MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 24MAY | | USD | | OUR: 1400400117DW | | 440,111.60 | CDS FUNDING |
| 24MAY | | USD | | OUR: 1400300125DW | 440,111.60 | | LIST POST      AA01 |
| 24MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 25MAY | | USD | | OUR: 1400400119DW | | 649,515.20 | CDS FUNDING |
| 25MAY | | USD | | OUR: 1400300118DW | 649,515.20 | | LIST POST      AA01 |
| 25MAY | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 26MAY | | USD | | OUR: 1400400113DW | | 1,108,800.00 | CDS FUNDING |
| 26MAY | | USD | | OUR: 1400300106DW | 1,108,800.00 | | LIST POST      AA01 |

 **JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022                    DS

Account No:        6301-428151-509
Statement Start Date:    30 APR 2005
Statement End Date:    31 MAY 2005
Statement Code:    000-USA-12
Statement No:    005    698
Page 3 of 3

MADWAA00174944

| Ledger Date | Adj Ledger Date | Value Date | F | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 26MAY | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 27MAY | | USD | | OUR: 1400400116DW | | 519,240.00 | CDS FUNDING |
| 27MAY | | USD | | OUR: 1400300115DW | 519,240.00 | | LIST POST    AA01 |
| 27MAY | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31MAY | | USD | | OUR: 1400400119DW | | 2,769,127.02 | CDS FUNDING |
| 31MAY | | USD | | OUR: 1400300120DW | 2,769,127.02 | | LIST POST    AA01 |
| 31MAY | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |


**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022                          DS

| | |
|---|---|
| Account No: | 6301-428151-509 |
| Statement Start Date: | 01 DEC 2006 |
| Statement End Date: | 29 DEC 2006 |
| Statement Code: | 000-USA-12 |
| Statement No: | 012   542 |
| | Page 1 of 2 |

**MADWAA00205475**

| TRANSACTIONS | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 21 | 91,956,445.09 | **Opening  (01 DEC 2006)** | | **Closing  (29 DEC 2006)** | | Credits | 0 |
| Total Debits (incl. checks) | 20 | 91,956,445.09 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 20 | 91,956,445.09 | | | | | Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | **** *Balance* **** | | 0.00 | OPENING LEDGER BALANCE |
| 01DEC | | USD | OUR: | 1400400097DW | | 1,408,991.00 | CDS FUNDING |
| 01DEC | | USD | OUR: | 1400300090DW | 1,408,991.00 | | LIST POST       AA01 |
| 01DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 04DEC | | USD | OUR: | 1400400094DW | | 3,014,042.00 | CDS FUNDING |
| 04DEC | | USD | OUR: | 1400300093DW | 3,014,042.00 | | LIST POST       AA01 |
| 04DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 05DEC | | USD | OUR: | 1400400100DW | | 2,714,550.53 | CDS FUNDING |
| 05DEC | | USD | OUR: | 1400300107DW | 2,714,550.53 | | LIST POST       AA01 |
| 05DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 06DEC | | USD | OUR: | 1400400102DW | | 1,640,028.73 | CDS FUNDING |
| 06DEC | | USD | OUR: | 1400300104DW | 1,640,028.73 | | LIST POST       AA01 |
| 06DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 07DEC | | USD | OUR: | 1400400099DW | | 1,370,073.79 | CDS FUNDING |
| 07DEC | | USD | OUR: | 1400300093DW | 1,370,073.79 | | LIST POST       AA01 |
| 07DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 08DEC | | USD | OUR: | 1400400096DW | | 2,703,531.75 | CDS FUNDING |
| 08DEC | | USD | OUR: | 1400300095DW | 2,703,531.75 | | LIST POST       AA01 |
| 08DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 11DEC | | USD | OUR: | 1400400101DW | | 2,746,971.04 | CDS FUNDING |
| 11DEC | | USD | OUR: | 1400300105DW | 2,746,971.04 | | LIST POST       AA01 |
| 11DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 12DEC | | USD | OUR: | 1400400097DW | | 4,498,146.03 | CDS FUNDING |
| 12DEC | | USD | OUR: | 1400300098DW | 4,498,146.03 | | LIST POST       AA01 |
| 12DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 13DEC | | USD | OUR: | 1400400097DW | | 1,543,037.63 | CDS FUNDING |
| 13DEC | | USD | OUR: | 1400300093DW | 1,543,037.63 | | LIST POST       AA01 |
| 13DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |
| 14DEC | | USD | OUR: | 1400400101DW | | 1,051,876.89 | CDS FUNDING |
| 14DEC | | USD | OUR: | 1400300096DW | 1,051,876.89 | | LIST POST       AA01 |
| 14DEC | | | | **** *Balance* **** | | .00 | CLOSING LEDGER BALANCE |

| FT CODE: | USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
|---|---|---|---|---|
| | USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

08-01789-cgm   Doc 19289-105   Filed 02/03/20   Entered 02/03/20 22:52:31   Exhibit
CX - Pg 12 of 23

**JPMorganChase**

TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY   10022                          DS

| | | | |
|---|---|---|---|
| **Account No:** | 6301-428151-509 |
| **Statement Start Date:** | 01 DEC 2006 |
| **Statement End Date:** | 29 DEC 2006 |
| **Statement Code:** | 000-USA-12 |
| **Statement No:** | 012   542 |
| | **Page 2 of 2** |

MADWAA00205476

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15DEC | | USD | | OUR: 1400400094DW | | 1,495,995.97 | CDS FUNDING |
| 15DEC | | USD | | OUR: 1400300093DW | 1,495,995.97 | | LIST POST      AA01 |
| 15DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 18DEC | | USD | | OUR: 1400400094DW | | 2,622,614.48 | CDS FUNDING |
| 18DEC | | USD | | OUR: 1400300099DW | 2,622,614.48 | | LIST POST      AA01 |
| 18DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 19DEC | | USD | | OUR: 1400400094DW | | 2,663,008.32 | CDS FUNDING |
| 19DEC | | USD | | OUR: 1400300095DW | 2,663,008.32 | | LIST POST      AA01 |
| 19DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 20DEC | | USD | | OUR: 0810100020DW | | 80,167.80 | 0000180303 121906 |
| | | | | | | | SP RET ITEM |
| 20DEC | | USD | | OUR: 1400400096DW | | 5,558,510.15 | CDS FUNDING |
| 20DEC | | USD | | OUR: 1400300091DW | 5,558,510.15 | | LIST POST      AA01 |
| 20DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | 80,167.80 | CLOSING LEDGER BALANCE |
| 21DEC | | USD | | OUR: 1400400099DW | | 1,905,669.25 | CDS FUNDING |
| 21DEC | | USD | | OUR: 1400300093DW | 1,985,837.05 | | LIST POST      AA01 |
| 21DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 22DEC | | USD | | OUR: 1400400098DW | | 2,515,861.47 | CDS FUNDING |
| 22DEC | | USD | | OUR: 1400300097DW | 2,515,861.47 | | LIST POST      AA01 |
| 22DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 26DEC | | USD | | OUR: 1400400101DW | | 19,624,842.40 | CDS FUNDING |
| 26DEC | | USD | | OUR: 1400300099DW | 19,624,842.40 | | LIST POST      AA01 |
| 26DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 27DEC | | USD | | OUR: 1400400096DW | | 6,853,314.36 | CDS FUNDING |
| 27DEC | | USD | | OUR: 1400300099DW | 6,853,314.36 | | LIST POST      AA01 |
| 27DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 28DEC | | USD | | OUR: 1400400098DW | | 19,318,024.70 | CDS FUNDING |
| 28DEC | | USD | | OUR: 1400300097DW | 19,318,024.70 | | LIST POST      AA01 |
| 28DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |
| 29DEC | | USD | | OUR: 1400400095DW | | 6,627,186.80 | CDS FUNDING |
| 29DEC | | USD | | OUR: 1400300094DW | 6,627,186.80 | | LIST POST      AA01 |
| 29DEC | | | | \*\*\*\* *Balance* \*\*\*\* | | .00 | CLOSING LEDGER BALANCE |

JPMORGAN CHASE
STATEMENT PROOF
AS OF 12/31/06

TEAM.......... 542
ACCOUNT........ 6301428151509
ACCOUNT NAME... BERNARD MADOFF XXX

OPENING BALANCE......................                                    .00

        TOTAL DEPOSITS................. +      91,876,277.29

        CREDIT MEMOS .................. +               .00

        RETURN ITEM CREDITS ........... +          80,167.80

        ACH/EFT CREDITS................ +               .00

        MISCELLANEOUS CREDITS.......... +               .00

TOTAL NEW CREDITS................... =                       91,956,445.09

-------------------------------------------------------------------

        CHECKS AS PAID PER DDA......... -      91,956,445.09

        DEBIT MEMOS ................... -               .00

        ACH/EFT DEBITS................. -               .00

        MISCELLANEOUS DEBITS........... -               .00

TOTAL NEW DEBITS.................... =                       91,956,445.09

CLOSING BALANCE..................... =                              .00

PREP BY:

JPMORGANCHASE 5801 EAST TAFT ROAD, NORTH SYRACUSE, NY 13212
TELEPHONE: 800 235 6286 FACSIMILE: 315 452 4396

MADWAA00205477

```
                        JPMORGAN CHASE
                        PAYMENT PROOF
                        AS OF 12/31/06


TEAM........... 542
ACCOUNT........ 6301428151509
ACCOUNT NAME... BERNARD MADOFF XXX


TOTAL CHECKS PAID PER RECONCILIATION...... +              91,876,277.29

    UNPOSTED PAID EXCEPTIONS............. +                        .00

         TOTAL ......................... =              91,876,277.29

------------------------------------------------------------------------

CHECKS PAID AS PER DDA....................                91,956,445.09

CURRENT PERIOD ADJUSTMENTS:
    RETURN ITEM CREDITS.................. -                   80,167.80

    CHECK CHARGED TWICE OR IN ERROR...... -        .00
    CREDIT ADJUSTMENTS FOR ENCODING ERROR -        .00
         SUBTOTAL CREDIT MEMOS........... =                         .00

    CHECK NOT CHARGED.................... +        .00
    DEBIT ADJUSTMENTS FOR ENCODING ERROR. +        .00
         SUBTOTAL DEBIT MEMOS............ =                         .00

FUTURE PERIOD ADJUSTMENTS:
    RETURN ITEM CREDITS.................. -                         .00

    CHECK CHARGED TWICE OR IN ERROR...... -        .00
    CREDIT ADJUSTMENTS FOR ENCODING ERROR -        .00
         SUBTOTAL CREDIT MEMOS........... =                         .00

    CHECK NOT CHARGED.................... +        .00
    DEBIT ADJUSTMENTS FOR ENCODING ERROR. +        .00
         SUBTOTAL DEBIT MEMOS............ =                         .00

ADJUSTED DDA CHECKS PAID TOTAL............                91,876,277.29

PROOF DIFFERENCE......................... +/-                      .00
```

JPMORGANCHASE 5801 EAST TAFT ROAD, NORTH SYRACUSE, NY 13212
TELEPHONE: 800 235 6286 FACSIMILE: 315 452 4396

A00007

MADWAA00205478

```
TEAM...........542
ACCOUNT.........6301428151509
ACCOUNT NAME....BERNARD MADOFF XXX
```

Return Item Credits Current Period

| Date | Check # | Explanation | Amount |
|------|---------|-------------|--------|
| 121906 | 180303 | DATE PRESENTED RETURN | 80,167.80 |
| | | Total.................. | 80,167.80 |
| | | | ================= |

MADWAA00205479

09-01789-cgm  Doc 19288-105   Filed 02/03/20   Entered 02/03/20 22:52:31   Exhibit
CK  Pg 16 of 23



| SERIAL NUM | AMOUNT | DATE | SERIAL NUM | AMOUNT | DATE | SERIAL NUM | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 169927 | 60000.00 | 12/21/05 | | | | | | |

|  | TOTAL | COUNT | AMOUNT |
|---|---|---|---|
|  | EXPIRED STOPS | 1 | 60,000.00 |

*** END OF REPORT - PRINTED    12/23/06  04:51:18 ***

MADWAA00205480



| BANK/ACCT: | 802 6301428151509 | | ARP/SERVICE MANAGEMENT SYSTEM | | | DEPT ARP | | PAGE: 1 |

COMPANY: BERNARD MADOFF XXX
OPER/TEAM: 542               ------------------ EXPIRED STOP REPORT   ------------------        SMS485 /6.1   419
RUN DATE: 12/21/06          ------------------------------------------------------------      12/22/06  04:25:39

| SERIAL NUM | AMOUNT | DATE | SERIAL NUM | AMOUNT | DATE | SERIAL NUM | AMOUNT | DATE |
|---|---|---|---|---|---|---|---|---|
| 169697 | 5000.00 | 12/20/05 | 169760 | 13000.00 | 12/20/05 | | | |

|  | TOTAL | COUNT | AMOUNT |
|---|---|---|---|
|  | EXPIRED STOPS | 2 | 18,000.00 |

*** END OF REPORT - PRINTED   12/22/06  04:50:43 ***

MADWAA00205481

DUPLICATE

## JPMorganChase ⬡

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE  LA  70826-0180

July 01, 2008 -
July 31, 2008

**Page 1 of 5**

**Account Number**
006301428151509

---

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.



00002132 CEN 802 S  21408 - NNN   1  000001363  P5
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BONVENTRE
885 THIRD AVE 18TH FL
NEW YORK NY 10022

## Commercial Checking

## Summary

| | Number | Amount |
|---|---|---|
| Opening Ledger Balance | | $.00 |
| Opening Collected Balance | | $.00 |
| Deposits and Credits | 22 | $102,543,908.67 |
| Withdrawals and Debits | 1 | $157,500.00 |
| List Posted Items | 1,363 | $102,386,408.67 |
| Checks Paid | 0 | $.00 |
| **Ending Ledger Balance** | | **$.00** |
| **Ending Collected Balance** | | **$.00** |

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| **07/01** | | **OPENING LEDGER BALANCE** | *** Balance *** | $.00 |
| **07/01** | | **OPENING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 07/01 | | FUNDING XFER FROM 000000140081703 TRN: 0190000229RF | | $2,311,245.48 |
| 07/01 | | LIST POSTED ITEMS QUANTITY 29 | $2,311,245.48 | |
| **07/01** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **07/01** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |
| 07/02 | | FUNDING XFER FROM 000000140081703 TRN: 0190000240RF | | $3,020,281.00 |
| 07/02 | | LIST POSTED ITEMS QUANTITY 17 | $3,020,281.00 | |
| **07/02** | | **CLOSING LEDGER BALANCE** | *** Balance *** | $.00 |
| **07/02** | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

MADWAA00293779

# JPMorganChase ⬡

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | | Debit | Amount | |
|---|---|---|---|---|---|---|
| 07/03 | | FUNDING XFER FROM 000000140081703 TRN: 0190000235RF | | | $7,016,567.06 | / |
| 07/03 | | LIST POSTED ITEMS QUANTITY | 150 | $7,016,567.06 | | |
| **07/03** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/03** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/07 | | FUNDING XFER FROM 000000140081703 TRN: 0190000239RF | | | $4,798,378.87 | / |
| 07/07 | | LIST POSTED ITEMS QUANTITY | 115 | $4,798,378.87 | | |
| **07/07** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/07** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/08 | | FUNDING XFER FROM 000000140081703 TRN: 0190000234RF | | | $5,138,084.87 | / |
| 07/08 | | LIST POSTED ITEMS QUANTITY | 124 | $5,138,084.87 | | |
| **07/08** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/08** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/09 | | FUNDING XFER FROM 000000140081703 TRN: 0190000237RF | | | $20,130,340.59 | / |
| 07/09 | | LIST POSTED ITEMS QUANTITY | 130 | $20,130,340.59 | | |
| **07/09** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/09** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/10 | | FUNDING XFER FROM 000000140081703 TRN: 0190000222RF | | | $6,690,294.87 | / |
| 07/10 | | LIST POSTED ITEMS QUANTITY | 113 | $6,690,294.87 | | |
| **07/10** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/10** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/11 | | FUNDING XFER FROM 000000140081703 TRN: 0190000228RF | | | $11,392,346.06 | / |
| 07/11 | | LIST POSTED ITEMS QUANTITY | 173 | $11,392,346.06 | | |
| **07/11** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/11** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/14 | | FUNDING XFER FROM 000000140081703 TRN: 0190000227RF | | | $8,790,793.11 | / |
| 07/14 | | LIST POSTED ITEMS QUANTITY | 111 | $8,790,793.11 | | |
| **07/14** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/14** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/15 | | FUNDING XFER FROM 000000140081703 TRN: 0190000232RF | | | $6,044,321.86 | / |
| 07/15 | | LIST POSTED ITEMS QUANTITY | 108 | $6,044,321.86 | | |
| **07/15** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/15** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/16 | | FUNDING XFER FROM 000000140081703 TRN: 0190000235RF | | | $1,719,715.09 | / |
| 07/16 | | LIST POSTED ITEMS QUANTITY | 44 | $1,719,715.09 | | |
| **07/16** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/16** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |

**JPMorganChase** 🏦

BERNARD L MADOFF INVESTMENT SECURITIES



# Commercial Checking
(continued)

# Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 07/17 | | FUNDING XFER FROM 000000140081703 TRN: 0190000223RF | | $4,286,361.10 |
| 07/17 | | LIST POSTED ITEMS QUANTITY          25 | $4,286,361.10 | |
| **07/17** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/17** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/18 | | FUNDING XFER FROM 000000140081703 TRN: 0190000221RF | | $6,402,832.76 |
| 07/18 | | LIST POSTED ITEMS QUANTITY          33 | $6,402,832.76 | |
| **07/18** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/18** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/21 | | FUNDING XFER FROM 000000140081703 TRN: 0190006557RJ | | $2,990,968.39 |
| 07/21 | | LIST POSTED ITEMS QUANTITY          33 | $2,990,968.39 | |
| **07/21** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/21** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/22 | | FUNDING XFER FROM 000000140081703 TRN: 0190006580RJ | | $2,561,146.22 |
| 07/22 | | LIST POSTED ITEMS QUANTITY          32 | $2,561,146.22 | |
| **07/22** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/22** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/23 | | FUNDING XFER FROM 000000140081703 TRN: 0190006450RJ | | $1,119,511.63 |
| 07/23 | | LIST POSTED ITEMS QUANTITY          14 | $1,119,511.63 | |
| **07/23** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/23** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/24 | | FUNDING XFER FROM 000000140081703 TRN: 0190006342RJ | | $2,106,097.01 |
| 07/24 | | LIST POSTED ITEMS QUANTITY          22 | $2,106,097.01 | |
| **07/24** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/24** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/25 | | FUNDING XFER FROM 000000140081703 TRN: 0190006278RJ | | $837,834.54 |
| 07/25 | | LIST POSTED ITEMS QUANTITY          18 | $837,834.54 | |
| **07/25** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/25** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| 07/28 | | FUNDING XFER FROM 000000140081703 TRN: 0190006589RJ | | $1,797,852.67 |
| 07/28 | | RESEARCH ADJ 6167-14JUL08 DEBIT FOR AN ENCODING ERROR POSTED ON 07/08/08. AN ITEM FOR $175,000.00, DEPOSITED TO YOUR ACCOUNT $17,500.00. OUR CASE #6167-14JUL08. | $157,500.00 | |
| 07/28 | | LIST POSTED ITEMS QUANTITY          24 | $1,640,352.67 | |
| **07/28** | | **CLOSING LEDGER BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |
| **07/28** | | **CLOSING COLLECTED BALANCE** | ***\*\*\* Balance \*\*\**** | **$0.00** |

MADWAA00293781

**JPMorganChase** ⬡

July 01, 2008 -
July 31, 2008

**Page 4 of 5**

**Account Number**
006301428151509

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | | Debit | Amount | |
|---|---|---|---|---|---|---|
| 07/29 | | FUNDING XFER FROM 000000140081703 TRN: 0190006538RJ | | | $936,337.30 | ✓ |
| 07/29 | | LIST POSTED ITEMS QUANTITY | 18 | $936,337.30 | | |
| **07/29** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/29** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/30 | | FUNDING XFER FROM 000000140081703 TRN: 0190006415RJ | | | $1,122,484.76 | ✓ |
| 07/30 | | LIST POSTED ITEMS QUANTITY | 18 | $1,122,484.76 | | |
| **07/30** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/30** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |
| 07/31 | | FUNDING XFER FROM 000000140081703 TRN: 0190006340RJ | | | $1,330,113.43 | ✓ |
| 07/31 | | LIST POSTED ITEMS QUANTITY | 12 | $1,330,113.43 | | |
| **07/31** | | **CLOSING LEDGER BALANCE** | | *** Balance *** | **$.00** | |
| **07/31** | | **CLOSING COLLECTED BALANCE** | | *** Balance *** | **$.00** | |

Your service charges, fees and earnings credit have been calculated through account analysis.

08-01789-cgm    Doc 19289-105    Filed 02/03/20    Entered 02/03/20 22:52:31    Exhibit
CX    Pg 22 of 23





BERNARD L MADOFF INVESTMENT SECURITIES

# Commercial Checking
(continued)

# Stop Payment Renewal Notice

Account Number 006301428151509

Bank Number: 802

The following Stop Payments will automatically renew for a 1-year period. You may revoke a Stop prior to the renewal date by simply returning a signed copy of this form with an 'X' placed next to each item you may wish to revoke. The revoking of stop payments will be effective on the renewal date listed on your statement. To immediately remove a current stop payment, please contact your Customer Service Professional. Please allow 10 - 15 days for mail and processing times. Please ensure that an authorized signature is placed in the space provided and mailed to the return address listed at the bottom of the page. Any stops that are revoked will expire on the renewal date.

| Revoke Stop | Sequence Number | Date Entered | Renewal Date | Low Range or Check Number | High Range or Amount |
|---|---|---|---|---|---|
| — | 0000143 | 10/12/2007 | 10/12/2008 | | |
| — | 0000144 | 10/15/2007 | 10/15/2008 | | |
| — | 0000145 | 10/16/2007 | 10/16/2008 | | |
| — | 0000146 | 10/18/2007 | 10/18/2008 | | |
| — | 0000147 | 10/19/2007 | 10/19/2008 | | |

Authorized Signature: _____    Date: _____

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BONVENTRE
885 THIRD AVE 18TH FL
NEW YORK NY 10022

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

MADWAA00293783

This Page Left Intentionally Blank

MADWAA00293784