# EXHIBIT CZ

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Adv. Case No. 10-04377-smb
4  Adv. Case No. 10-04658-smb
5  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
6  IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.
7  MADOFF INVESTMENT SECURITIES LLC,
8              Plaintiff,
9       v.
10  NELSON et al.,
11             Defendants.
12  - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
13
14             United States Bankruptcy Court
15             One Bowling Green
16             New York, NY   10004
17
18             May 8, 2019
19             10:22 AM
20
21  B E F O R E :
22  HON STUART M. BERNSTEIN
23  U.S. BANKRUPTCY JUDGE
24
25  ECRO:   NAROTAM RAI

1  earlier just said Bernard L. Madoff. Now this one says
2  Bernard L. Madoff Investment Securities.
3  Q   Okay.
4        MS. CHAITMAN: Can you go to the next year?
5  Q   Okay. This is December 2005. It doesn't say LLC on
6  the account, does it?
7  A   I agree with you it does not.
8  Q   Okay.
9        MS. CHAITMAN: Can you go to 2006?
10 Q   Doesn't say LLC on December 2006, does it?
11 A   It does not.
12 Q   Okay.
13       MS. CHAITMAN: Can you go to 2007?
14 Q   It doesn't say LLC on 2007, does it, December 2007?
15 A   I would agree with you, yes, does not.
16 Q   Okay.
17       MS. CHAITMAN: Can you go to any statements we
18 have in 2008?
19 Q   Okay. This is December -- November 29th to December
20 31, 2008. Do you see it says Bernard L. Madoff Investment
21 Securities?
22 A   I see that.
23 Q   Okay. So in the entire period applicable to the case
24 against the Nelsons, J.P. Morgan Chase never issued a
25 statement in the name of the LLC; isn't that true?

1   A   Well, you showed me a statement that first started as
2   Bernard L. Madoff when it was a sole proprietor.  Then we
3   both agreed that it became an LLC in January of 2001.
4   There's then a name change on the J.P. Morgan Chase
5   statements that then says Bernard L. Madoff Investment
6   Securities; that certainly wouldn't be an individual.  But I
7   agree with you it does not say the letters LLC on any of
8   these.
9   Q   You're aware, are you not, that Mr. Madoff used the
10  trade name Bernard L. Madoff Investment Securities prior to
11  his formation of the LLC?
12  A   Yes.  I saw it on many documents, yes.
13  Q   Okay.  And, in fact, we just pulled up something, DX-X,
14  which is dated December 19th, 1996.  And do you see that
15  even as far back as December 1996, he was using Bernard L.
16  Madoff Investment Securities?
17  A   I see that, yes.
18  Q   So that was really just a trade name that he used,
19  right?
20          MR. HUNT:  Objection, Your Honor.  This witness is
21  not qualified to talk about trade names, corporate
22  structure.
23  Q   You know the difference between a trade name and an
24  LLC, don't you?
25          THE COURT:  Well, there's an objection.  Do you