# EXHIBIT DB



1S0412   30/40
Robert S Savin

**Name & Address File Maintenance**

Action (1) _A_    (Note: A = Add  C= Change  D= Delete)    *AGENCY _X_

Account Number (6) _150412_
Type (1) _|_  (Note 1 = Name & Address  2 = Duplicate # _____  # = Mailing)

P____ S____ A____ H____ N____

Line 1 _Robert S. Savin_
Line 2 _BARBARA L. SAVIN / JTWROS_

Line 3 _____

Line 4 _1045 Nautilus Lane_
City _Mamaroneck_  - State _NY_    Zip _10543_

Check Name 1 _Sec Line 1_
Check Name 2 _____

SS- ID# _045 - 16 - 1641_    SS - ID# Confirmed ____

Short Name _Savin R_    Group  Name _Konigsberg_    Margin Acct _X_
Foreign ____  F.A. W/H Rate ____ 1042S→Recipient ____ Exempt ____  Country ____

Comps ____    Memos ____  Statements ____    1099 Forms ____
(Note: N = Do Not Print )

|  | Profits | Dividend | Interest | Type | Batch |
|---|---|---|---|---|---|
| (Note S = Send  R= Reinvest) | | | | | |
| 2- Long Account (Special) | - | - | - | - | - |
| 3- Long Account (Regular) | - | - | - | - | - |
| 4- Option Account | - | - | - | (F) | 8 |
| 5- Hedge Account | - | - | - | - | - |
| 6- Bond Account | - | - | - | - | - |
| 7- Short Against Box | - | - | - | - | - |

Type 3
Line 1 _____
Line 2 _____
Line 3 _____
Line 4 _____
City _____    State _____    Zip _____

MADTSS01115742

**Robert S. Savin**

# Fax



| To: BERNARD MADOFF WITHDRAWAL ACCT | From: ROBERT S SAVIN |
|---|---|
| Fax: 212-838-4061 | FAX 914-698-8471  (including cover page) |
| Phone: 212-230-2424 | PHONE 914-698-8470 |
| Re: WITHDRAWAL | DATE July 22, 08 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF 10,000 ✓

Ten thousand

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU, *Robert Savin*

| BOB SAVIN | Fax No.: (914) 698-8471 |
|---|---|
| Home No.: (914) 8470 | Cell No.: (914) 261-7268 |

7/23

MADTSS01115743

# Fax

| | | | |
|---|---|---|---|
| To | BERNARD MADOFF INVESTMENT | From | ROBERT S SAVIN |
| Fax | 212-838-4061 | Fax No. | 838-8471 |
| Phone | 212-230-2424 | Phone | 914-838-8470 |
| Re | WITHDRAWAL | Date | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

* Comments: If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF     *Thirty Thousand Dollars*
                                            *30,000.00*

SEND TO:
ROBERT S SAVIN
1045 MAYFLOWER LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU. *Robert S Savin*

Bob Savin _____    Fax No. (914) 838-8471

Home No. (914) 8470          Cell No. (914) 261-7268

*501/M*                    *S -6/30*

MADTSS01115744



Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 398-8471

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                        FAX 914-698-8471

**Phone:** 212-230-2424                      PHONE: 914-698-8470

**Re:**                                  **cc:** AMG

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:**

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Twenty five thousand_

_$25,000.00_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

_Robert S Savin_

526m          5-6/6

MADTSS0111574

Office (914) 690-0440
Home (914) 698-8470
Fax (914) 398-8471



# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061        FAX 914-698-8471

**Phone:** 212-230-2424        PHONE: 914-698-8470

**Re:**        cc: PYG

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

PLEASE SEND ME A CHECK IN THE AMOUNT OF  15,000 ⁰⁰  Fifteen Thousand

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY   10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert S Savin*

5/9

Robert S. Savin

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL | | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | | **FAX** 914-698-8471 | (including cover page) |
| **Phone:** 212-230-2424 | | **PHONE** 914-698-8470 | |
| **Re:** WITHDRAWAL | | **DATE** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty five Thousand*
25,000 00/00

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, *Robert S Savin*

BOB SAVIN _____    Fax No.: (914) 698-8471

Home No.: (914) 8470    Cell No.: (914) 261-7268

54 PM

S- 4/14/08

MADTSS01115747

Robert S. Savin

# Fax

**To:** BERNARD MADOFF WITHDRAWAL    **From:** ROBERT S SAVIN

**Fax:** 212-838-4061    **FAX** 914-698-8471    (including cover page)

**Phone:** 212-230-2424    **PHONE** 914-698-8470

**Re:** WITHDRAWAL    **DATE**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF    _20,000 00_

_Twenty Thousand_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1B0412-3

THANK YOU,    _Robert S Savin_

3/25

BOB SAVIN    Fax No.: (914) 698-8471

Home No.: (914) 8470    Cell No.: (914) 261-7268

MADTSS01115748

*From - Robert Savin*

To Frank De Pasqualle,

I hearby authorize you to speak to Amanda Doria , at the law office of Roy Kozupsky, on my behalf. This is regarding changing my account to a joint account with my wife, Barbara Savin.
Amanda can be reached at 212-686-3636.

Thank you,

My account number is 1-S0412-3

My wife's account number is 1-EM180-3-0

Please call me at 914-698-8470 if you have any questions.

MADTSS01115749

MADOFF

March 24, 08

To Whom It MAY CONCERN,

I hereby authorize you to add my wife's name, Barbara L Savin, to my account # 1 50412-3-0, thus making it a joint account.

Thank you,

Robert J Savin

SENT
JT FORM
3/24

MADTSS01115750

Robert S. Savin

# Fax

| | | | |
|---|---|---|---|
| **To** BERNARD MADOFF WITHDRAWAL | | **From** ROBERT S SAVIN | |
| **Fax** 212-838-4061 | | **Fax** (914) 698-8471 | (Including cover page) |
| **Phone** 212-230-2424 | | **Phone** 914-698-8470 | |
| **Re** WITHDRAWAL | | **Date** Feb 22, 08 | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

* **Comments:** If you do not receive all of the pages, please contact Bob Savin.

PLEASE SEND ME A CHECK IN THE AMOUNT OF  *Twenty Thousand*

*($20,000)*

**SEND TO:**
**ROBERT S SAVIN**
**1045 NAUTILUS LANE**
**MAMARONECK, NY 10543**

**FROM MY ACCOUNT** 1S0412-3

**THANK YOU,**   *Robert Savin*

| | | |
|---|---|---|
| S2S SAVIN | **Fax No.:** (914) 61 698-8471 | |
| Home No.: (914)  8470 | **Cell No.:** (914) 261-7258 | |

2/25    OK

25,2008                                                                    January

I hereby authorize you to add my wife's name , Barbara L Savin, to my account.   1-50412-3-0

Thank you,

*Robert S Savin*

*Barbara L Savin*

1/25  SENT
FORMS
(JT+TIC)

MADTSS01115752

Robert S. Savin

# Fax

To: BERNARD MADOFF INVESTMENT        ROBERT S SAVIN

Fax: 212-838-4061        FAX NO: 914-698-8471    (including cover page)

Phone: 212-230-2424        PHONE: 914-698-5470

Re: WITHDRAWAL        Date:

☑ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

• Comments: If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF    TWELVE THOUSAND

2ND 500 Dollars        (12,500)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU,    Robert S Savin

BOB SAVIN        Fax No: (914)  1  698-8471

Home No: (914)  8470    914 6933420        Cel No: (914)    261-7168

Robert S. Savin

# Fax

To: BERNARD MADOFF WITHDRAWAL DEPT.    ROBERT S SAVIN

Fax: 212-838-4061    FAX No: 608-8471    (Including cover page)

Phone: 212-230-2424    PHONE: 914-698-8470

Re: WITHDRAWAL    Date: Dec 31, 07

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

• Comments: If you do not receive all of the pages, please contact Bob Savin.

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Twenty five_

_Thousand (25,000) 25,000_

SEND TO:
ROBERT S SAVIN
104B NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 100412-3

THANK YOU,    _Robert S Savin_

BOB SAVIN ____    Fax No: (914) 41 698-8471

Home No: (914) __8470    Cell No: (914) __761-7260

1/2





**To:** BERNARD MADOFF WITHDRAWAL DATE   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061   FAX 914-698-8471   (including cover page)

**Phone:** 212-230-2424   PHONE 914-698-8470

**Re:** WITHDRAWAL   DATE

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _FIFTEEN thousand_

_dollars (15,000 °°)_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, _Robert J Savin_

BOB SAVIN   Fax No.: (914)   698-8471

Home No.: (914) 8470   Cell No.: (914)   261-7268

_616A_   _5-12/11_

MADTSS0111575



# Fax

| To: | BERNARD MADOFF WITHDRAWAL DATE | From: | ROBERT S SAVIN |
|-----|---|---|---|

| Fax: | 212-838-4061 | FAX: 914-698-8471 | (including cover page) |

| Phone: | 212-230-2424 | PHONE: 914-698-8470 |

| Re: | WITHDRAWAL | DATE |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**

---

• **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Five Thousand*

(5,000 00)

SEND TO:

ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,    *Robert S Savin*

BOB SAVIN _____    Fax No.: (914) 698-8471

Home No.: (914) 8470    Cell No.: (914) 261-7268

**Robert S. Savin**

# Fax



| | | |
|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | FAX 914-698-8471 | (including cover page) |
| **Phone:** 212-230-2424 | PHONE 914-698-8470 | |
| **Re:** WITHDRAWAL | DATE | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Ten thousand Dollars_

_($ 10,000 $)_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU,    _Robert S Savin_

_11/9_

| | |
|---|---|
| **BOB SAVIN** | **Fax No.:** (914) 698-8471 |
| **Home No.:** (914) 8470 | **Cell No.:** (914) 261-7268 |

MADTSS01115757

Robert S. Savin

# Fax



| To: | BERNARD MADOFF WITHDRAWAL DEPT | From: | ROBERT S SAVIN |
| --- | --- | --- | --- |
| Fax: | 212-838-4061 | Fax: 914-698-8471 | (including cover page) |
| Phone: | 212-230-2424 | Phone: 914-698-8470 | |
| Re: | WITHDRAWAL | Date: Sept 29, 07 | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments: If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _TEN Thousand Dollars_
_( 10,000 ⁰⁰/₀₀ )_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU,  _Robert S Savin_

BOB SAVIN _____   Fax No.: (914) ___ 698-8471

Home No.: (914) __ 8470   Cell No.: (914) ___ 261-7268

637A                           5 - 10/2

MADTSS01115758

Robert S. Savin

# Fax

| | | |
|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | **Fax:** 914-698-8471 | (including cover page) |
| **Phone:** 212-230-2424 | **Phone:** 914-698-8470 | |
| **Re:** WITHDRAWAL | **Date:** | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _FIFTEEN THOUSAND_

(15,000 00)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1G0412-3

THANK YOU, *Robert S Savin*

| | |
|---|---|
| BOB SAVIN | Fax No.: (914) 698-8471 |
| Home No.: (914) 8470 | Cell No.: (914) 261-7268 |

8/28

**Robert S. Savin**

# Fax

| | | |
|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | FAX 914-698-8471 | (Including cover page) |
| **Phone:** 212-230-2424 | PHONE 914-698-8470 | |
| **Re:** WITHDRAWAL | **DATE** Aug 19/07 | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**

---

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Four Thousand Dollars_

( 4 000 00/00 )

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,   _Robert S Savin_

---

BOB SAVIN _____    Fax No.: (914) 698-8471

Home No.: (914) 8470 _____    Cell No.: (914) 261-7268

640 00                    S-8/21

MADTSS01115760

Robert S. Savin

# Fax

To: BERNARD MADOFF INVESTMENTS    From: ROBERT S SAVIN
Fax: 212-838-4061    FAX No: 698-8471    (including cover page)
Phone: 212-230-2424    PHONE: 914-698-8470

Re: WITHDRAWAL    Date:

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

• Comments: If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF    1200 00

twelve thousand and 00

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1G0412-3

THANK YOU,    Robert S Savin

BOB SAVIN    Fax No: (914)    698-8471
Home No: (914)    8470    Cell No: (914)    281-7268

Robert S. Savin

# Fax

| | | |
|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL TAPE | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | FAX 914-698-8471 | (Including cover page) |
| **Phone:** 812-230-2424 | PHONE 914-698-8470 | |
| **Re:** WITHDRAWAL | DATE | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Two Thousand_
_Dollars_ ( _2,000.00_ )

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, _Robert S Savin_

BOB SAVIN _____   Fax No.: (914) ___ 698-8471

Home No.: (914) __ 8470 _____   Cell No.: (914) ____ 261-7268

MADTSS01115703

**Robert S. Savin**

# Fax



**To:** BERNARD MADOFF WITHDRAWAL DEPT   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061   **FAX** 914-698-8471   (including cover page)

**Phone:** 212-230-2424   **PHONE** 914-698-8470

**Re:** WITHDRAWAL   **DATE**

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Ten Thousand Dollars ( 10,000 )*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, *Robert S Savin*

BOB SAVIN   Fax No.: (914) 698-8471
Home No.: (914) 8470   Call No.: (914) 261-7268

*6 00*   *5 - 7/10*

MADTSS01115763

**Robert S. Savin**


# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061        **FAX** 914-698-8471   (Including cover page)

**Phone:** 212-230-2424      **PHONE** 914-698-8470

**Re:** WITHDRAWAL          **DATE** June 4, 07

☐ Urgent   ☐ For Review   ☐ Please Comment   ☑ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF  20,000 00

Twenty Thousand

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,   Robert S Savin

BOB SAVIN _____   Fax No.: (914) 698-8471

Home No.: (914) 8470           Cell No.: (914) 261-7268

MADTSS01115764



# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061   FAX 914-698-8471   (including cover page)

**Phone:** 212-230-2424   PHONE 914-698-8470

**Re:** WITHDRAWAL   **Date** May 18, 07

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF $30,000

Thirty thousand

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-0412-3

THANK YOU,   Robert S Savin

BOB SAVIN _____   Fax No.: (914) 698-8471

Home No.: (914) 914 698 8490   Cell No.: (914)   261-7268

5|23

MADTSS01115765

**Robert S. Savin**

# Fax



| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | | **FAX** 914-698-8471 | (Including cover page) |
| **Phone:** 212-230-2424 | | **PHONE** 914-698-8470 | |
| **Re:** WITHDRAWAL | | **DATE** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *10,000 ºº*

*TEN THOUSAND*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,   *Robert P Savin*

BOB SAVIN_____   Fax No.: (914) *___* 698-8471
Home No.: (914) *~~____~~ 698 8470*   Cell No.: (914) ___ 261-7268

*718A*                    *S-3/26*

MADTSS01115766

Robert S. Savin

# Fax

To **BERNARD MADOFF WITHDRAWAL** Date **ROBERT S SAVIN**

From **212-838-4061** Fax No. **698-8471** (including cover page)

Phone **212-230-2424** Phone **914-698-8470**

Re **WITHDRAWAL** Date

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments: If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF **25,000**

*Twenty five Thousand*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 100412-3

THANK YOU, *Robert C Savin*

BOB SAVIN _____ Fax No: (914) 698-8471

Home No.: (914) 8470 Cell No.: (914) 261-2268

3/14

MADTSS01115767

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DATE | | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | | **FAX:** 914-698-8471 | (including cover page) |
| **Phone:** 312-230-2424 | | **PHONE:** 914-698-8470 | |
| **Re:** WITHDRAWAL | | DATE | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Fifteen Thousand*

*($15,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-80412-3

THANK YOU, *Robert S Savin*

BOB SAVIN_____   Fax No.: (914)___698-8471_____

Home No.: (914)___8470_____   Cell No.: (914)___261-7268_____

MADTSS01115768

Robert S. Savin

# Fax

| To: | BERNARD MADOFF WITHDRAWAL | DATE: | ROBERT S SAVIN | |
|---|---|---|---|---|
| Fax: | 212-828-4061 | FAX 914-698-8471 | | (including cover page) |
| Phone: | 212-230-2424 | PHONE 914-698-8470 | | |
| Re: | WITHDRAWAL | DATE | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments: If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty Five Thousand*
*(25,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1B0412-3

THANK YOU, *Robert J Savin*

BOB SAVIN_____   Fax No.: (914) .:. 698-8471_____
Home No.: (914)  8470_____   Cell No.: (914)    261-7268_____

*1/25*

MADTSS01115769

**Robert S. Savin**

# Fax

| | | | | |
|---|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | | **From:** ROBERT S SAVIN | | |
| **Fax:** 212-838-4061 | | **FAX:** 914-698-8471 | (including cover page) | |
| **Phone:** 212-230-2424 | | **PHONE:** 914-698-8470 | | |
| **Re:** WITHDRAWAL | | **DATE:** Dec 19, 06 | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Fifteen thousand*

($15,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, *Robert S Savin*

BOB SAVIN_____     Fax No.: (914) __698-8471___
Home No.: (914) __8470___     Cell No.: (914) __261-7268___

12/21

MADTSS01115770

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL | | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | | **FAX** 914-698-8471 | (including cover page) |
| **Phone:** 212-230-2424 | | **PHONE** 914-698-8470 | |
| **Re:** WITHDRAWAL | | **DATE** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Fifteen Thousand_

(°15,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU,

| | | |
|---|---|---|
| BOB SAVIN | Fax No.: (914) 698-8471 | |
| Home No.: (914) 8470 | Cell No.: (914) 261-7268 | |

MADTSS01115771

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | **FAX** 914-698-8471 | (including cover page) |
| **Phone:** 212-230-2424 | **PHONE** 914-698-8470 | |
| **Re:** WITHDRAWAL | **DATE** NOV 16, 06 | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Ten thousand_

( $10,000.$ )

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-80412-3

THANK YOU, _Robert S Savin_

11/17

BOB SAVIN_____   Fax No.: (914) _698-8471_

Home No.: (914) _8470_   Cell No.: (914) _261-7268_

MADTSS01115772

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061   FAX 914-698-8471   (Including cover page)

**Phone:** 212-230-2424   PHONE 914-698-8470

**Re:** WITHDRAWAL   DATE

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _35,000_

_Thirty five thousand only_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,   _Robert S Savin_

BOB SAVIN _____   Fax No.: (914) _698-8471_

Home No.: (914) _8470_   Cell No.: (914) _261-7268_

_8|3A_   _5-10|25_

MADTSS01115773

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | **From:** ROBERT S SAVIN | | |
| **Fax:** 212-838-4061 | **FAX** 914-698-8471 | (including cover page) | |
| **Phone:** 212-230-2424 | **PHONE** 914-698-8470 | | |
| **Re:** WITHDRAWAL | **Date** | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF 5000 $\frac{00}{x}$

Five Thousand

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 150412-3  1S0x/1-3

THANK YOU, Robert J Savin

| | | |
|---|---|---|
| **BOB SAVIN** | **Fax No.:** (914) 698-8471 | |
| **Home No.:** (914) 8470 | **Cell No.:** (914) 261-7268 | |

78/AA

S-9/15

MADTSS01115774

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061   **FAX:** 914-698-8471   (including cover page)

**Phone:** 212-230-2424   **PHONE:** 914-698-8470

**Re:** WITHDRAWAL   **DATE:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● Comments: If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty thousand*
(*$20,000.00*)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-80412-3

THANK YOU,

8/30

BOB SAVIN _____   Fax No.: (914)   698-8471

Home No.: (914)   8470   Cell No.: (914)   261-7268

MADTSS01115775

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | **From:** ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | **FAX** 914-698-8471 | (Including cover page) |
| **Phone:** 212-230-2424 | **PHONE** 914-698-8470 | |
| **Re:** WITHDRAWAL | **DATE** | |

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Seven Thousand_

_($7,000)_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, _Robert S Savin_

7/18

| | |
|---|---|
| BOB SAVIN | Fax No.: (914) 698-8471 |
| Home No.: (914) 8470 | Cell No.: (914) 261-7268 |

MADTSS01115776

Robert S. Savin

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | **From:** ROBERT S SAVIN | | |
| **Fax:** 212-838-4061 | **FAX** 914-698-8471 | (Including cover page) | |
| **Phone:** 312-230-2424 | **PHONE** 914-698-8470 | | |
| **Re:** WITHDRAWAL | **DATE** | | |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Ten Thousand Dollars* (*$10,000*)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU, *Robert J Savin*

| | | |
|---|---|---|
| **BOB SAVIN** | **Fax No.: (914)** 698-8471 | |
| **Home No.: (914)** 8470 | **Cell No.: (914)** 261-7268 | |

832A

$ - 6/21

MADTSS01115777

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.    **From:** ROBERT S SAVIN

**Fax:** 212-838-4061    FAX 914-698-8471    (including cover page)

**Phone:** 212-230-2424    PHONE 914-698-8470

**Re:** WITHDRAWAL    **Date:** JUNE 2, 06

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**

---

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty Thousand*

*Dollars ($20,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU, *Robert S Savin*

---

BOB SAVIN_____    Fax No.: (914) ___ 698-8471_____

Home No.: (914)__8470_____    Cell No.: (914)____261-7268_____

MADTSS01115778

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT    **From:** ROBERT S SAVIN

**Fax:**    212-838-4061    **FAX** 914-698-8471    (including cover page)

**Phone:** 212-230-2424    **PHONE** 914-698-8470

**Re:** WITHDRAWAL    **DATE** MARCH 31, 06

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Ten thousand Dollars (10000)_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-0412-3

THANK YOU, _Robert S Savin_

BOB SAVIN    Fax No.: (914)    698-8471

Home No.: (914)    8470    Cell No.: (914)    261-7268

819 AA    S-4/4

MADTSS01115779

**Re:**                                        ca *BMG*

☐ **Urgent**     ☐ **For Review**     ☐ **Please Comment**     ☐ **Please Reply**     ☐ **Please Recycle**

● **Comments:** It ___ ... ... of the notes, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty five Thousand ($25,500)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert S Savin*

MADTSS01115780

Office (914) 980-0440
Home (914) 698-8470
Cell (914) 309-8471

# Robert S. Savin

# Fax

| To: BERNARD MADOFF WITHDRAWAL DEPT. | From: ROBERT S SAVIN |
|---|---|
| Fax: 212-838-4061 | Pages: FAX 914-698-8471 |
| Phone: 212-230-2424 | Date: PHONE: 914-698-8470 |
| Re: Withdrawal | cc: PTG March 23, 06 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments: If _____ ...... with all the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Five thousand dollars ($5,000)*

SEND TO:
ROBERT S SAVIN
1043 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0A12-3

THANK YOU,

*Robert S Savin*

3/22

MADTSS01115781

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT | **From:** | ROBERT S SAVIN | |
| **Fax:** 212-838-4061 | **FAX** 914-698-8471 | (including cover page) | |
| **Phone:** 212-230-2424 | **PHONE** 914-698-8470 | | |
| **Re:** WITHDRAWAL | **DATE** | | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *! Five Thousand Dollars*

*( 5000.00 )*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1S0412-3

THANK YOU,   *Robert S Savin*

| | |
|---|---|
| **BOB SAVIN** | **Fax No.: (914)** 698-8471 |
| **Home No.: (914)** 8470 | **Cell No.: (914)** 261-7268 |

3/9

852

MADTSS01115782

**Robert S. Savin**

# Fax

| To: | BERNARD MADOFF WITHDRAWAL DEPT | From: | ROBERT S SAVIN |
|---|---|---|---|
| Fax: | 212-838-4061 | FAX 914-698-8471 | (including cover page) |
| Phone: | 212-230-2424 | PHONE 914-698-8470 | |
| Re: | WITHDRAWAL | DATE Feb-1, 06 | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Fifteen Thousand* (15,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU, *Robert S Savin*

| BOB SAVIN | Fax No.: (914) 698-8471 |
|---|---|
| Home No.: (914) ~~8470~~ 698 8470 | Cell No.: (914) 261-7268 |

862A

S-2/3/06

MADTSS01115783

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL Dept | **From:** ROBERT S SAVIN | | |
| **Fax:** 212-838-4061 | FAX 914-698-8471 | (including cover page) | |
| **Phone:** 212-230-2424 | PHONE 914-698-8470 | | |
| **Re:** WITHDRAWAL | DATE Dec 71, 05 | | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**

---

**● Comments:** If you do not receive all of the pages, please contact: Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty Thousand* (20,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,   *Robert S Savin*

BOB SAVIN _____   Fax No.: (914) 698-8471

Home No.: (914) 8470 _____   Cell No.: (914) 261-7268

869

MADTSS01115784



# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.    **From:** ROBERT S SAVIN

**Fax:** 212-838-4061          **FAX** 910-698-8471

**Phone:** 212-230-2424        **PHONE:** 914-698-8420

**Re:** WITHDRAWAL          **on** Dec 15, 05

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Forty thousand ~~00~~*

$40,000

SEND TO:
ROBERT S SAVIN
1043 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-30412-3

THANK YOU,

*Robert S Savin*

12/16

881

MADTSS01115785

Office (914) 690-0440
Home (914) 698-8470
Fax  (914) 398-8471

Robert S. Savin

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT. | **From:** ROBERT S SAVIN |
| **Fax:** 212-838-4061 | **FAX** 914-698-8471 |
| **Phone:** 212-230-2424 | **PHONE:** 914-698-8470 |
| **Re:** Withdrawl | **CC:** ATTG  OCT 11, 05 |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:**

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty thousand Dollars (20,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU.

*Robert J Savin*

10/13

904

MADTSS01115786

Office (914) 690-0440
Home (914) 698-8470
Fax  (914) 398-8471

Robert S. Savin

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.   **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                          **Fax:** FAX 914-698-8471

**Phone:** 212-230-2424                        **Phone:** 914-698-8470

**Re:** Withdrawl                              **CC:** AMG SepT 6, 05

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● Comments:

PLEASE SEND ME A CHECK IN THE AMOUNT OF Ten Thousand dollar ( 10,000 00/100 )

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

897.00                     S- 9/7

MADTSS01115787

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 398-8471

 Robert S. Savin

# Fax

**To:** BERNARD MADOFF WITHDRAWAL  DEPT.  **From:** ROBERT S SAVIN

**Fax:** 212-838-4061            **Page:** FAX 914-698-8471

**Phone:** 212-230-2424          **Date:** PHONE: 914-698-8470

**Re:** Withdrawal            **cc:** ATG  June 29, 05

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If ____ ___ ____ all of the pages, please contact Bob Savin.

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Thirty Thousand (30,000 00)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU.

*Robert S Savin*

6/30  



MADTSS01115788

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 368-8471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL  DEPT. **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                    **Pages:** FAX 914-698-8471

**Phone:** 212-230-2424                 **Date:** PHONE: 914-698-8470

**Re:** Withdrawal            **CC:** BMG  June 6, 05

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** It _____ the all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty Thousand (20,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543                   25,000

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert J Savin*

Ck Out
6|8

943

MADTSS01115789

Office (914) 860-1440
Home (914) 698-8470
Fax (914) 698-8471



# Fax

To: BERNARD MADOFF WITHDRAWAL  DEPT. From: ROBERT S SAVIN

Fax: 212-838-4061

Fax: 914-698-8471

Phone: 212-230-2424

Phone: 914-698-8470

Re: Withdrawal

cc: BM  april 11, 05

☐ Urgent  ☐ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

● Comments:

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Seven Thousand_ ($7,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

_Robert S Savin_

937 PA

S - 4/12

MADTSS01115790

Office (914) 880-0440
Home (914) 698-8470
Fax   (914) 388-8471


**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.    **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                        FAX 914-698-8471

**Phone:** 212-230-2424                      PHONE: 914-698-8470

**Re:** withdrawal              **cc:** BMG April 4, 05

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If ... ... ive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Forty One Thousand* (41,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-SO412-3

THANK YOU,

*Robert S Savin*

Ck out
4|6



MADTSS01115791

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 398-9471

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT. | **From:** ROBERT S SAVIN | | |
| **Fax:** 212-838-4061 | FAX 914-698-8471 | | |
| **Phone:** 212-230-2424 | PHONE: 914-698-8470 | | |
| **Re:** | cc *BMG* March 8, 05 | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:**

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Five Thousand (5000<sup>00</sup>)_

SEND TO:
ROBERT S SAVIN
1043 NAUTILUS LANE
MAMARONECK, NY   10543

FROM MY ACCOUNT 1-SQ412-3

THANK YOU,

_Robert S Savin_

3/10

MADTSS01115792

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 398-8471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.    **From:** ROBERT S SAVIN

**Fax:** 212-838-4061    FAX 914-698-8471

**Phone:** 212-230-2424    PHONE: 914-698-8470

**Re:**    cc BTG

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● **Comments:** If you receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF _twenty thousand (20,000 $\frac{00}{00}$ )_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

_Robert S Savin_

Ck Out
1/12  Ⓐ



MADTSS01115793

Office (914) 660-0440
Home (914) 698-8470
Fax    (914) 395-9471

Robert S. Savin

# Fax

| To: BERNARD MADOFF WITHDRAWAL DEPT. | From: ROBERT S SAVIN |
| --- | --- |
| Fax: 212-838-4061 | FAX: 914-698-8471 |
| Phone: 212-230-2424 | PHON1: 914-698-8470 |
| Re: wiThdrawzl | cc: BMG JUNC,05 |

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

● Comments: It ....... all of the pages, please contact Dear Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *thirTy Thousand Dollars* ($30,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

Office (914) 680-0440
Home (914) 698-6470
Fax   (914) 398-5471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.  **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                 **Phone:** FAX 914-698-8471

**Phone:** 212-230-2424              **Date:** PHONE: 914-698-8470

**Re:** *Withdrawal*        **cc** PMG *Dec 6, 04*

☐ Urgent  ☑ For Review  ☐ Please Comment  ☐ Please Reply  ☐ Please Recycle

---

● **Comments:** It ~~...~~ of the pages, please contact ... savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Ten Thousand Dollars ($10,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY 10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU.

*Robert S. Savin*

985 *m*        5 - 12/7

MADTSS01115795

Office (914) 680-4440
Home (914) 698-8470
Fax  (914) 398-8471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.  **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                     FAX 914-698-8471

**Phone:** 212-230-2424                   PHONE: 914-698-8470

**Re:**                            **cc** BJG

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If ... ... ... all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF ___19,000___ *Nineteen Thousand*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert S Savin*



|Mil            S-9/16

MADTSS01115796

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 398-8471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT. **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                         **Fax:** FAX 914-698-8471

**Phone:** 212-230-2424                       **PHONE:** 914-698-8470

**Re:**                                        cc ATG

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** It ___ ... ... all of the pages, please contact Bob savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Thirty Five thousand (35,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

MADTSS01115797

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT. **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                    **Pages:** FAX 914-698-8471

**Phone:** 212-230-2424                  **Date:** PHONE: 914-698-8470

**Re:**                                  **cc:** DTC aug 6, 04

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Ten thousand Dollar (10,000⁰⁰)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY   10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert S Savin*

*Mil*          *S-8/9*

MADTSS01115798

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** BERNARD MADOFF WITHDRAWAL DEPT. | **From:** ROBERT S SAVIN | | |
| **Fax:** 212-838-4061 | **Pages:** FAX 914-698-8471 | | |
| **Phone:** 212-230-2424 | **Date:** PHONE: 914-698-8470 | | |
| **Re:** | **CC:** $B_2 T_G$ | | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If you do not receive all of the pages, please contact Bob Savin.

PLEASE SEND ME A CHECK IN THE AMOUNT OF 5000 (five thousand)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

CK out
7/9

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 698-8471



# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.  **From:** ROBERT S SAVIN

**Fax:** 212-938-4061  **Pages:** FAX 914-698-8471

**Phone:** 212-230-2424  **Date:** PHONE: 914-698-8470

**Re:** Withdrawal  **cc:** Date June 18, 04

☐ Urgent    ☐ For Review    ☐ Please Comment    ☐ Please Reply    ☐ Please Recycle

---

● **Comments:** If you did not receive all of the pages, please contact Bob Savin.

PLEASE SEND ME A CHECK IN THE AMOUNT OF _Fifteen Thousand dollars @ 15,000_

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

_Robert Savin_

4/25

MADTSS01115800

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 698-8471

## Robert S. Savin

# Fax

**To:** BERNARD MADOFF WITHDRAWAL  DEPT.  **From:** ROBERT S SAVIN

**Fax:** 212-838-4061                    **Pages:** FAX 914-698-8471

**Phone:** 212-230-2424                  **Date:** PHONE: 914-698-8470

**Re:**                          **CC:** DaTe *May 25 04*

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If you do not receive all of the pages, please contact Bob Savin.

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Thirty five Thousand ($35,000)*

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY  10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert J Savin*

*5/26*

MADTSS01115801



MEMO from
R.S. Savin

Form PP-96 Wheeler Group Inc.—1974

MADTSS01115802

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

**To:** BERNARD MADOFF WITHDRAWAL DEPT.    **From:** ROBERT S SAVIN

**Fax:** 212-838-4061    **Pages:** FAX 914-698-8471

**Phone:** 212-230-2424    **Date:** PHONE: 914-698-8470

**Re:**    **CC:**

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☑ **Please Reply**    ☐ **Please Recycle**

---

• **Comments:** If you do not receive all of the pages, please contact Bob Savin

PLEASE SEND ME A CHECK IN THE AMOUNT OF *Twenty Thousand dollars* ($20,000)

SEND TO:
ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK, NY    10543

FROM MY ACCOUNT 1-S0412-3

THANK YOU,

*Robert J Savin*

Ck Out
4/18

Office (914) 680-0440
Home (914) 898-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** Bernard L Madoff | | **From:** Robert S Savin | |
| **Fax:** 212 838 4061 | | **Pages:** 2 INCl Fax | |
| **Phone:** 212 230 2424 | | **Date:** March 29, 04 | |
| **Re:** | | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☐ **Please Reply**   ☐ **Please Recycle**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

Please send a check in the
amount of twenty-five thousand dollars
(25,000) to Robert S Savin
1045 Nautilus Lane
Mamaroneck N.Y 10543
From my account # 1 S0412-3
thank you
Robert S Savin

3/30

MADTSS01115804

# MEMO from R.S. Savin

Wednesday
Mar 10, 64

Attention withdrawal Department
c/o Bernard L Madoff

Dear firm

Please send a
check in the amount of
sixteen thousand dollars
($16,000.00) from my account
1 SC 412—3—0 in the
name of Robert Slavin
to my address
1045 Nautilus Lane
Mamaroneck N.Y. 10543
thank You

Robert Slavin

3/11

MADTSS01115805

# MEMO from R.S. Savin

Tuesday
Jan 6, 04

Dear Lenore Mari

Please send me two (2)
checks one in the
amount of nineteen
thousand dollars (19,000⁰⁰)
and one check in
the amount of Eleven
thousand dollars (11,000⁰⁰)
from my account
1-50412-3-0 in
the name of Robert Savin
to my address
ROBERT S SAVIN
1045 NAUTILUS Lane
MAMARONECK - N.Y 10543

Sincerely, Robert Savin

Form PP-96 Wheeler Group Inc.—1974

MADTSS01115806

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 698-8471

## Robert S. Savin

# Fax

| To: | Bernard L Madoff | From: | Robert S Savin |
|---|---|---|---|
| Fax: | 212 838-4661 | Pages: | 2 incl Fax |
| Phone: | | Date: | Jan 6, 04 |
| Re: | Withdrawl | CC: | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

*see attached instructions*

MADTSS01115807

1 — SO 412-3

$11,000—

Missed request
on 1/7 fax.

S-1/15

MADTSS01115808

# memo *from* *R. S. Savin*

Att Robert
c/o Bernard L Madoff

Tuesday
Jan 13, 04

Dear Robert,

Please send me
a check in the amount
of twenty five thousand
($25,000) from my
account # 1 S0 412 -3-0
in the name of Robert
S Savin to my
address

Attention Robert
S Savin
1045 Nautilus Lane
Mamaroneck NY 10543
thank you
Robert S Savin

| Mil        S-1|16

MADTSS01115809

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

NH Robert

**To:** Bernard L Madoff **From:** Robert J Savin

**Fax:** 212-8384061 **Pages:** 2 INCl Fax

**Phone:** 1800 3341343 **Date:** Jan 13, 04

**Re:** Withdrawl **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If you do not receive all of the pages, please contact Bob Savin

MADTSS01115810

# memo *from* R. S. Savin

To Bernard L Madoff

Tuesday
Sept 9, '03

Dear Swanthus -

Please send me
a check in the amount
of Thirty thousand dollars
($30,000⁰⁰) to Robert S Savin
1045 Nautilus Lane
Mamaroneck, N.Y 10543
from my account #
1-S0912-3

S-9/12

Sincerely
Robert S Savin

|mil|

MADTSS01115811

# MEMO from R.S. Savin

Mon 224
Sept 8, 03

Dear Sir or Mrs

Please send me a check in the amount of twelve thousand dollars ($12,000) to Robert S. Savin 1045 Nautilus Lane Mamaroneck N.Y 10543 from my account # 1-S0412-3

Sincerely
Robert S. Savin

/ml

MADTSS01115812

# MEMO

from
R.S. Savin

Tuesday
Aug 26, 03

Dear Sir or Mrs

Please send me
a check in the amount
of Ten thousand dollars
($10,000) to Robert S Savin
1045 nautilus lane
Mamaroneck N.Y 10543
from my account #
1-50492-3

8/29

S-

Please send it out on
Friday Aug 29, 03
as I will be out of Town
until Wednesday Sep 3, all

Sincerely, Robert S Savin

1.1mil

Form HP-96 Wheeler Group Inc. --1974

MADTSS01115813

# MEMO from
## R.S. Savin

Wednesday
Aug 19, 03

Dear Sirvon Madon

Please send me
a Check in the amount
of $10,000 ⁰⁰/₀₀ Ten thousand dollars
to Robert Savin
1045 Nautilus Lane
Mamaroneck N.Y 10543
from my Account
#( S 504-12-3-0

thank You

— Robert S Savin

CK out
8/20 ⓒ /

⑪

Form PP-96 Wheeler Group Inc. —1974

# MEMO from R.S. Savin

Tuesday
Aug 12, 03

Dear Norman
    Please send
me Two checks (2)
in the amount of
Ten thousand dollars each
(10,000 ea) to
Robert F Savin
1045 Nautilus Lane
Mamaroneck NY 10543
From my account
# 3 SO4-12-3-0
        Sincerely
        Robert F Savin

3/14

Form PP-96 Wheeler Group Inc.—1974

Jan. 06 2002 08:42AM P2        FAX NO. : 3        FROM :

MADTSS01115815

# Robert S. Savin

## FACSIMILE TRANSMISSION

DATE: _Aug 12, 03_   TIME: _3.40 PM_

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

_Bernard / Madoff - Withdrawal_
_Fax # 212 838 4061_

FROM: ROBERT S. SAVIN   TOTAL NO. OF PAGES INCLUDING
THIS PAGE _2_

COMMENTS: _Please Call me to Confirm_
_Receipt of Fax_
_Thank You_

Name: ___BOB SAVIN___   Fax No.: (914) _____

Home No.: _914 648 8470_   Cell No.:
(914)_____

MADTSS0111581

# MEMO from
R. S. Savin

To Bernard L Madoff

Monday
June 9, 03

Dear Brother:

Please send me
Two checks one in the amount
of Twenty five Thousand $25,000 00
and one in the amount of
One hundred and sixty thousand
$160,000 00 to my attention
Robert S Savin
1045 Nantucket Lane
Mamaroneck N.Y 10543
from my account #
8 504-12-3-0

Sincerely,
Robert Savin

Ck Out
6/12

(1.2)

# MEMO from R.S. Savin

Wednesday
April 30, 03

Dear Jan

Please send me a
c check in the amount of
twenty five thousand dollars
($25,000⁰⁰) from my account
1S04-12-30 To my address
attention Robert S Savin
1045 Nautilus Lane
Mamaroneck, N.Y 10543
10543

Sincerely

Robert S Savin

1.2 mil – S-51

Form PP.96 Wheeler Group Inc.—1974

MADTSS01115818

# MEMO from R.S. Savin

Wendsday
april 9, 03

Dexter

Please send me a
a check in the amount of
twenty five thousand dollars
($25,000⁰⁰) from my account
1S04-12-30 To my address
attention Robert S Savin
1045 Nautilus Lane
Mamaroneck, N.Y 10543
10543

Sincerly

Robert S Savin.

1.3 mil    5-4/10

Form PP-96 Wheeler Group Inc.—1974

MADTSS01115819

# MEMO

from
R. S. Savin

Thursday
March 9, 03

Dear Irwin

Please send me
a check in the amount
of thirty thousand dollars
($30,000) from my account
# 1 SOY - 12 - 30
to my attention
Robert S Savin
1045 Nautilus Lane
Mamaroneck N.Y 10543

Sincerely

Robert Savin

3/10/03

(1.2 mil)

MADTSS01115820

# memo *from* *R. S. Savin*

Monday
Jan 13, 03

Dear Jim

Please send me
a check in the amount
of twenty seven thousand
dollars (27,000⁰⁰) from
my account # 1504-12-3-0
to my attention and
address below

att Robert S. Savin
1045 Nautilus Lane
Mamaro Neck NY 10543

Sincerely
Robert J Savin

P.S. Please disregard
first fax of March 3rd

1/5/03

MADTSS01115821

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax



| | |
|---|---|
| **To:** Bernard L Madoff | **From:** Robert J Savin |
| **Fax:** 212 838-4061 | **Pages:** 2 incl Fax |
| **Phone:** 212 230 2424 | **Date:** |
| **Re:** Withdrawal | **CC:** |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

---

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

MADTSS01115822

# MEMO from R.S. Savin

Tuesday
Jan 7, 83

Dear Mr

Please send me a check in the amount of Thirty five thousand dollars ($35,000) from my account 1504-12-3-0 to my address attention Robert S Savin 1045 Nautilus Lane Mamaroneck N.Y 10543

Sincerely,

Robert Savin

1/8/03

(.3 mil)

Form PP-06 Wheeler Group Inc. 1974

MADTSS01115823

Office (914) 680-0440
Home (914) 698-8470
Fax    (914) 698-8471

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Bernard L Madoff | **From:** | Robert S Savin |
| **Fax:** | 212 838-4061 | **Pages:** | 2 incl Fax |
| **Phone:** | 212 230 2424 | **Date:** | |
| **Re:** | Withdrawal | **CC:** | |

☐ **Urgent**    ☐ **For Review**    ☐ **Please Comment**    ☐ **Please Reply**    ☐ **Please Recycle**

---

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

MADTSS01115824

# MEMO from R.S. Savin

Tuesday
Dec 10, 82

To Bernard L Madoff

Dear Sir

Please send a check
in the amount of Twenty
seven thousand dollars $27,000⁰⁰

from my account 1-504-12-3-0
To my address
Attention Robert S Savin
1045 Nautilus Lane
Mamaroneck N.Y. 10543
Sincerely
Robert S Savin

12/11

Form PP-56 Wheeler Group Inc.—1974

MADTSS01115825

# MEMO from
### R.S. Savin

Friday
Oct 30/02

to Bernard L Madoff

Dear Bernie

Please send me
a check in the amount
of $30,000 from my account
# 1 50412-3 to my
address

attention Robert J Savin
1045 Nautilus Lane
Mamaroneck, NY 10543

Sincerely
Robert J Savin

9/23

Form PP-98 Wheeler Group Inc.—1974

MADTSS01115826

Office (914) 660-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** | Barnard L Madoff | **From:** | Robert S Savin |
| **Fax:** | 212 838 4061 | **Pages:** | 2 INC Fax |
| **Phone:** | 212 230 2424 | **Date:** | Sept 20 02 |
| **Re:** | Withdrawal Request | **CC:** | |

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

# MEMO from R.S. Savin

Mon
Aug 26, 02

Dear Mr

Please Fed Ex me
overnight a check in the
amount of 50,000
from my account #
1 50412-3-0
in the name of Robert J Savin
to my address 1045
Nautilus Jane
Mamaroneck N.Y 10543
My Fed Ex acct number
is 1583-1869-5
Thank you for your
help
Robert J Savin

1.3 mil

Form P.P.06 Wheeler Group Inc.—1974

8/27

MADTSS01115828

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

Attention Evin

**To:** Bernard L Madoff   **From:** Robert S. Savin

**Fax:** 212 838 4061   **Pages:** ONE INCl Fax

**Phone:** 212 2424   **Date:** Aug 31, 02

**Re:** Withdrawal   **CC:**

☐ Urgent   ☐ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

• **Comments:** If you do not receive all of the pages, please contact: Bob Savin

Dear Evin

Please Fed Ex me a check in the amount of One hundred thousand dollars (100,000) from my account # 150412-3-0 in the name of Robert S. Savin To my address at 1045 Nautilus lane Mamaroneck N.Y 10543 My Fed Ex accet no. is 1583-1869-5 Thank you for your assistance Sincerely Robert S. Savin

Home phone # is 914 6988470

6/5
pe

MADTSS0111582

# MEMO from R.S. Savin

Nyon
april 29, 02

Dear Irm

Please Fed Ex me
a check in the amount
of thirty thousand dollar
$30,000.00 from my
account # 150412-3-0
in the name of
Robert J Savin to my
my address 1045 Nautilus
Lane Mamaroneck NY 10543
My Fed Ex account number
is 1583-1869-5 overnite
Thank you for your Please
assistance Robert J Savin

1.3 mil

5/1

MADTSS01115830

# MEMO

from
R.S. Savin

Friday
April 12, 02

Dear Mr

Please mail me a
check in the amount
of One hundred and
forty thousand dollars
$140,000.⁰⁰ from
my account # 1S0412-3-0
in the name of
Robert S Savin
to my address
1045 Nautilus Lane
Mamaroneck N.Y. 10543
Thank you
Sincerely
Robert S Savin

Form PP-96 Wheeler Group Inc.—1974

1.5 mil

4/16

MADTSS01115831

ROBERT S. SAVIN
1045 NAUTILUS LANE
MAMARONECK, NEW YORK 10543

Wed:
Mar 27, 02

To Bernard L Madoff
Fax # 212 838 4061
Tel    212 230 2424

dear mm

Please send me a
check in the amount of
Fifty thousand dollars (*50,000)
from my account # 1-50412-3
to the above address
(Report attention ROBERT S SAVIN
1045 NAUTILUS LANE
MAMARONECK NY 10543
thank you
Sincerely
Robert S Savin

1.4    4/v

MADTSS01115832

FAX                                02/04/02

To EVIN   c/o  Bernard L. Madoff
Fax # 212 838 4061
Tel      212 230 2424

Dear Erin,
        Please send me a
check in the amount of thirty five
thousand dollars (35,000.00) out of
my account # 1-S0412-3 to the
address below.

        Roberts Savin
        85  Eight Avenue
        Apt. 6U
        New York, NY  10011
                Thanks.
                Sincerely,
                Robert S Savin
                (914) 261-7268

2/5/02
R

MADTSS01115833

Office (914) 680-0440
Home (914) 698-8470
Fax   (914) 698-8471

**Robert S. Savin**

# Fax

| | | | |
|---|---|---|---|
| **To:** Caron | | **From:** Robert S Savin | |
| **Fax:** 212 838-4061 | | **Pages:** | |
| **Phone:** 914 6988470 | | **Date:** Dec 17, 01 | |
| **Re:** Withdrawl | | **CC:** | |

☐ **Urgent**   ☐ **For Review**   ☐ **Please Comment**   ☑ **Please Reply**   ☐ **Please Recycle**

● **Comments:** If you do not receive all of the pages, please contact: Bob Savin

Dear Caron,
Please send me a check
in the amount of Sixty thousand Dollars
($60,000 ) out of my account
# 1-50412-3 To the address
below

Robert S Savin
1045 Nautilus Lane
Mamaroneck N.Y. 10543

Sincerely
Robert S Savin

Ck out 12/18/0

MADTSS01115834

ROBERT S. SAVIN
1045 NAUTILUS LANE
MAMARONECK, NEW YORK 10543

Thursday
august 30, 01

To Bernard L Madoff
Attention Frank D. Dipascali

Dear Frank
This letter serves
as authorization To send me
a check out of my account
Robert S Savin  Acct # 1-S0412-3
in the amount of sixty thousand
dollars (60,000⁰⁰) To my address
listed above

Thankyou and Best Regards

Robert Savin

9/5

Attention Elaine Cowell
or Jodi Crupi

Attention: Bernard L Madoff Investment Securities
855 Third Ave N.Y. NY 10022

Re: Account 1-50412-3-0

Please wire transfer into my Merrill Lynch account, Park City
Entertainment Center Inc.

The amount of: $ 75,000 oo/100

Bank: Mellon Bank, Pittsburgh PA
ABA# 043000261
Merrill Lynch account # 101-1730

For further credit to: Park City Entertainment Center Inc.
c/o Robert S. Savin
Account # 879-07H93

Sincerely,

Robert S. Savin

4/16

ROBERT S. SAVIN
1045 Nautilus Lane
Mamaroneck, New York

Friday
Jan 19, 01

Bernard L Madoff
ATT Robert Cardili

Dear Robert,

I hereby inform you
that seven hundred thousand
dollars ($700,000) was wire
transfered from First
American security in
Park City UTah to be
Placed IN my ACCOUNT
by no later than Today
Jan 19, 01

Sincerely
Robert S Savin

ACCT# 1 S0412-3-0

MADTSS01115837

### FACSIMILE TRANSMISSION

DATE: _Jan 19, 01_                    TIME: _3:25 Pm_

PLEASE DELIVER THE FOLLOWING PAGE(S) TO:

_Att Robert Cardilli/co Bernard L Madoff_

FROM: _R Savin_         TOTAL NO. OF PAGES
                         INCLUDING THIS PAGE: _2_

COMMENTS: _See personal stationary_
_attached_
_Please call me at 914 698 8470_
_to Confirm_
_Thank You_

IF YOU DO NOT RECEIVE ALL OF THE PAGES, PLEASE CALL:

NAME: _Bob Savin_         FAX NO.: (914) _698 8471_

OFFICE NOS.: (914) _686 4401_   _R savin, 914 698 8470 Home_

Jun. 16 1999 09:07AM P1          FAX NO. : 3          FROM :

MADTSS01115838

ROBERT S. SAVIN
1045 Nautilus Lane
Mamaroneck, New York

Ms Eleanor Plaia
c/o Bernard L Madoff
885 Third Ave NY 10022

Monday
Jan 17, 2000

Dear Ms Plaia,

Enclosed please find the enclosed documents which Mr Madoff requested to be sent to me. My wife Barbara also has an account with the Company which is registered in her own name —

My account will be registered in my name.

I would appreciate a copy of the enclosed documents when they all signed off.

I will also wire transfer funds in the very near future.

Thank you for your cooperation

Sincerely

Robert Savin

MADTSS01115839