UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>　　　　　Defendants. | Adv. Pro. No. 10-04468 (SMB) |

**ORDER DENYING DEFENDANT KENNETH W. BROWN'S MOTION TO EXTEND FACT DISCOVERY AND SETTING DATE FOR DEPOSITION OF DEFENDANT WENDY BROWN**

Upon the motion dated December 30, 2019, of Defendant Kenneth W. Brown to extend the fact discovery deadline in the above-referenced adversary proceeding [Adv. Docket No. 140] (the "Motion") and the letter response dated December 30, 2019 [Adv. Docket No. 141] (the "Letter Response") of Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the substantively consolidated chapter 7 estate of

25993498.1

Bernard L. Madoff; and the Court having considered the Motion and the Letter Response; and due notice of the Motion having been given; and for the reasons set forth at the hearing held on the Motion and the Letter Response on February 4, 2020; and after due deliberation, it is hereby

**ORDERED THAT:**

1. The relief requested in the Motion is **DENIED**.

2. The deposition of Defendant Wendy Brown shall commence at 9:30 a.m. (ET) on Tuesday, February 25, 2020 **at the office of the Defendant's attorney or, if that location is unavailable, at a place designated by the Plaintiff in Fort Lauderdale, FL** . [SMB: 2/5/20]

3. The Court shall retain jurisdiction to hear and determine all matters and disputes arising out of or relating to the implementation or interpretation of this Order.

Dated: New York, New York
February 5, 2020

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge