**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), <br><br> Defendant. | Adv. Pro. No. 10-5354 (SMB) <br><br><br> **STIPULATION AND ORDER OF SUBSTITUTION OF ATTORNEY** |

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned that, pursuant to Rule 1.4 of the Local Rules of the Southern and Eastern Districts of New York and Local Bankruptcy Rule 2090-1, Michael S. Feldberg of Reichman Jorgensen LLP be substituted as counsel of record for Defendant ABN AMRO Bank N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), in the place and stead of Allen & Overy LLP.

Dated: New York, New York
       February 3, 2020

| REICHMAN JORGENSEN LLP | ALLEN & OVERY LLP |
|---|---|
| By: /s/Michael S. Feldberg | By: /s/ Jacob S. Pultman |
| Michael S. Feldberg | Jacob S. Pultman |
| 750 Third Avenue, Suite 2400 | 1221 Avenue of the Americas |
| New York, New York 10017 | New York, New York 10020 |
| Telephone: (212) 381-4970 | Telephone: (212) 610-6300 |
| email: mfeldberg@reichmanjorgensen.com | email: jacob.pultman@allenovery.com |

SO ORDERED this **5th** day of February 2020

**/s/ STUART M. BERNSTEIN**
STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE