**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br> v.<br><br>HSBC BANK PLC, *et al.*<br><br>    Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**ORDER FOR BRIEFING SCHEDULE ON**
**TRUSTEE'S MOTIONS FOR ISSUANCE OF LETTERS OF REQUEST**
**FOR BRIAN PETTITT AND SAVERIO FIORINO**

Upon the Motion for the Issuance of Letter of Request dated May 24, 2019 (ECF No. 526) (the "Pettitt Motion"), and upon the Motion for the Issuance of Letter of Request dated January 21, 2020 (ECF No. 579) (the "Fiorino Motion," together with the Pettitt Motion, the "Motions"), brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC,

and the Chapter 7 estate of Bernard L. Madoff; and counsel for the Trustee and HSBC Bank plc having agreed upon a briefing schedule for the Motions;

It is hereby **ORDERED** as follows:

1. HSBC Bank plc and/or Saverio Fiorino shall file any opposition to the Fiorino Motion on or before February 11, 2020;

2. The Trustee shall file his reply to any opposition to the Fiorino Motion filed by HSBC Bank plc and/or Saverio Fiorino on or before February 25, 2020;

3. The Trustee shall file his reply to the opposition to the Pettitt Motion previously filed by HSBC Bank plc and Brian Pettitt on June 3, 2019 (ECF No. 529) on or before February 11, 2020;

4. HSBC Bank plc and Brian Pettitt may file a sur-reply for the Pettitt Motion on or before February 25, 2020;

5. The Court will hold argument for the Motions on March 25, 2020.

Dated: **February 6, 2020**
New York, New York

                                               **/s/ STUART M. BERNSTEIN**
                                               HONORABLE STUART M. BERNSTEIN
                                               UNITED STATES BANKRUPTCY JUDGE