UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Richard L. Cohen (the "Claimant"), having filed objections (the "Objections," ECF Nos. 445, 1845) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#001813), hereby gives notice that he withdraws such Objections.

Dated: February 5, 2020

LACHTMAN COHEN, P.C.
245 Main Street, Suite 230
White Plains, NY 10601
Telephone: (914) 505-6093
Brian S. Cohen
Email: bcohen@lcpclaw.com

*Attorneys for Richard L. Cohen*