| | |
|---|---|
| **DUFFYAMEDEO LLP**<br>275 Seventh Avenue, 7th Fl<br>New York, New York 10010<br>Tel: (212) 729-5832<br>Todd E. Duffy<br>Douglas A. Amedeo | **Hearing Date:** February 26, 2020 @ 10:00 AM<br>**Objection Deadline:** February 19, 2020<br>**Reply Deadline:** February 21, 2020 |

*Attorneys for Alpha Prime Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING H. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>**ALPHA PRIME FUND LIMITED** *et al.*,<br><br>Defendants. | Adv. Pro. No. 09-01364 (SMB) |

### NOTICE OF AMENDED MOTION OF ALPHA PRIME FUND LTD FOR THE ISSUANCE OF LETTERS OF REQUEST

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781, this Court's inherent authority, and in light of the comity between the United States and Austria and upon the accompanying Motion for an Order Issuing a Letter of Request (the "Motion"), Alpha Prime Fund Ltd. ("Alpha Prime"), will move before The Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, One Bowling Green, New York, New Yok 10004, on **February 26, 2020, at 10:00 a.m.,** seeking entry of an order Issuing a Letter of

Request for Service Abroad of Judicial or Extrajudicial Documents in Civil or Commercial Matters (the "Order").

**PLEASE TAKE FURTHER NOTICE** that any objection to the Motion ("Objection") shall: (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the Objection(s) and specific grounds therefor; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of The Honorable Stuart M. Bernstein, One Bowling Green, New York 10004; (v) be served upon Todd E. Duffy, Esq., DuffyAmedeo LLP, 275 Seventh Avenue, 7th Floor, New York, NY 10001 so as to be received no later than **February 19, 2020**.

**PLEASE TAKE FURTHER NOTICE** that failure to timely file Objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that a proposed form of Order is submitted herewith.

Alpha Prime has made no prior request to this Court or any other court for the relief requested by the Motion.

Dated: New York, New York
February 7, 2020

**DuffyAmedeo LLP**

/s/ Todd E. Duffy
Todd E. Duffy
Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Tel:  (212) 729-5832
Fax:  (212) 208-2437
*Counsel to Alpha Prime Fund Ltd.*