**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re:** | ) |
| **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | ) ) ) **Adv. Pro. No. 08-01789** ) **(SMB)** |
| **Debtor.** | ) ) **SIPA LIQUIDATION** ) ) **(Substantively Consolidated)** |
| **IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,** | ) ) ) ) ) |
| **Plaintiff,** | ) ) |
| **v.** | ) ) **Adv. Pro. No. 09-01364** ) **(SMB)** |
| **ALPHA PRIME FUND LIMITED** *et al.*, | ) ) |
| **Defendants.** | ) |

**[PROPOSED] ORDER ISSUING A LETTER OF REQUEST**
**FOR SERVICE ABROAD OF JUDICIAL OR**
**EXTRAJUDICIAL DOCUMENTS IN CIVIL OR**
**COMMERCIAL MATTERS**

Upon the Amended Motion (the "Motion"), dated February 7, 2020, brought by Alpha Prime Fund Ltd. ("Alpha Prime") seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in Austria to obtain the testimony of Gerald Pistracher; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the

Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334(b); and after due

deliberation; and sufficient cause appearing therefor; it is hereby

     **ORDERED** that the Motion is granted; and it is further

     **ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be

signed and sealed by the Court for transmission to the appropriate judicial authority in Austria so

that valid service of process may be effectuated upon Gerald Pistracher.

Dated: New York, New York
      February \_\_\_, 2020

                                          _____
                                          HONORABLE STUART M. BERNSTEIN
                                          UNITED STATES BANKRUPTCY JUDGE