**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>Debtor. | **Adv. Pro. No. 08-1789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)** |
| **IRVING L. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>Plaintiff,<br> - against –<br>**HSBC BANK PLC, et. al.**<br>Defendants. | **Adv. Pro. No. 09-01364 (SMB)** |

## CERTIFICATE OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1. I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On February 7, 2020, I caused to be served via electronic mail and/or ECF a true and correct copy of the following motions along with all accompanying documents upon those parties listed in Exhibit A annexed hereto:

    a. Amended Motion for the issuance of Letters of Request for International Judicial Assistance to Bundesministerium für Verfassung, Reformen Dereguilierung und Justiz of the Republic of Austria for the examination of Austrian resident, Gerald Pistracher [ECF No. 594].

    b. Amended Motion for the issuance of Letters of Request for International Judicial Assistance to Bundesministerium für Verfassung, Reformen Dereguilierung und Justiz of the Republic of Austria for the examination of Austrian resident, Wilhem Holzer [ECF No. 595].

2.     I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

Dated: February 7, 2020

_____
Todd E. Duffy

**Exhibit A**

| | |
|---|---|
| Oren Warshavsky, Esq.<br>owarshavsky@bakerlaw.com<br>Geoffrey A. North, Esq.<br>gnorth@bakerlaw.com<br>Shawn P Hough, Esq.<br>shough@bakerlaw.com<br>Robertson D. Beckerlegge, Esq.<br>rbeckerlegge@bakerlaw.com<br>Eric R. Fish, Esq. efish@bakerlaw.com<br>Michelle R. 'Usitalo, Esq. musitalo@bakerlaw.com<br>Baker Hostetler LLP<br>Counsel to the Trustee | Mitchell C. Stein<br>Sullivan & Worcester LLP<br>Email: mstein@sandw.com<br>Attorney For: BA Worldwide Fund Management Ltd. |
| Diarra Guthrie<br>Jessa DeGroote<br>Joseph M. Kay<br>S. Ellie Norton<br>Thomas J. Moloney<br>Cleary Gottlieb Steen & Hamilton LLP<br>Email: dguthrie@cgsh.com<br>Email: jdegroote@cgsh.com<br>Email: jkay@cgsh.com<br>Email: snorton@cgsh.com<br>Email: tmoloney@cgsh.com<br>Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A. | Frank Velie<br>Jonathan Kortmansky<br>Pierce Bainbridge Beck Price & Hecht LLP<br>Email: fvelie@piercebainbridge.com<br>Email: jkortmansky@piercebainbridge.com<br>Attorney For: BA Worldwide Fund Management Ltd |

3