**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>EDYNE GORDON, in her capacity as the executrix and beneficiary of the Estate of Allen Gordon,<br><br>    Defendant. | Adv. Pro. No. 10-04914 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant, Edyne Gordon, in her capacity as the executrix and beneficiary of the Estate of Allen Gordon, (the "Defendant"); and due and sufficient notice of the Application having been given; and the Court having reviewed all pleadings and other papers filed in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Defendant; and good and sufficient appearing therefor; it is hereby

{00043348 1 }

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendant and is hereby removed as counsel for the Defendant in this proceeding.

Dated: **February 7th, 2020**　　　　　　　　　　　**/s/ STUART M. BERNSTEIN**
　　　　New York, New York　　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE