**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　　　Plaintiff,<br><br>v.<br><br>THE ESTATE OF ALLEN MEISELS, PEGGY A. MEISELS, in her capacity as Executrix of the Estate of Allen Meisels, and DAVID T. MULDBERG, in his capacity as Executor of the Estate of Allen Meisels,<br><br>　　　　　　　　　　Defendants. | Adv. Pro No. 10-04428 (SMB) |

**CERTIFICATE OF SERVICE**

{00043758 1 }

I, Helen Davis Chaitman, hereby certify that on February 7, 2020 I caused a true and correct copy of the following documents:

- Notice of Motion to Withdraw the Reference;
- Proposed Order;
- Memorandum of Law in Support of Defendants' Motion to Withdrawal the Reference; and
- Declaration of Helen Davis Chaitman in Support of Motion to Withdrawal the Reference with Exhibits A - B

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail upon:

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  February 10, 2020              */s/ Helen Davis Chaitman*
        New York, New York

{00043758 1}                                2