

HUNTON ANDREWS KURTH LLP
200 PARK AVENUE
NEW YORK, NY 10166-0005

TEL  212 • 309 • 1000
FAX  212 • 309 • 1100

ROBERT A. RICH
DIRECT DIAL: 212-309-1132
EMAIL: rrich2@huntonak.com

FILE NO: 99997.32244

February 11, 2020

**VIA ECF**
The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
 for the Southern District of New York
Alexander Hamilton Custom House
One Bowling Green
New York, New York  10004

    *In re: Bernard L. Madoff Investment Securities LLC*, Case No. 08-01789
    *Picard v. Edward A. Zraick, et al.*, Adv. Pro No. 10-05257

Dear Judge Bernstein:

This firm is counsel to Edward A. Zraick, Jr., Nancy Zraick, Patricia Zraick De Luca, and Karen M. Rich (collectively, "**Defendants**") in the above-referenced adversary proceeding.

Discovery and mediation in this adversary proceeding has been completed. Pursuant to section 7.A. of the *Avoidance Procedures* approved on November 10, 2010 [ECF 3141], Defendants respectfully request a status conference on February 26, 2020 at 10:00 a.m., which is the next scheduled omnibus hearing date.

Respectfully submitted,

Robert A. Rich

cc: all counsel of record (via ECF)