**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky

Presentment Date: February 21, 2020
Time: 12:00 pm
Objections Due: February 18, 2020
Time: 11:00 am

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC and*
*the estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>  Plaintiff,<br><br>  v.<br><br>UBS AG, *et al.*,<br><br>  Defendants. | Adv. Pro. No. 10-05311 (SMB) |

### NOTICE OF PRESENTMENT OF TRUSTEE'S MOTION FOR ORDER ISSUING LETTER ROGATORY TO AA ALTERNATIVE INVESTMENT PLC ON BEHALF OF LANDMARK INVESTMENT FUND IRELAND

**PLEASE TAKE NOTICE** that pursuant to 28 U.S.C. § 1781, this Court's inherent authority, and in light of the comity between the United States and the Republic of Ireland, and upon the accompanying Motion for Order Issuing Letter Rogatory to AA Alternative Investment plc, on behalf of its sub-fund Landmark Investment Fund Ireland, Irving H. Picard, Trustee, through his undersigned counsel, will present the Proposed Order (the "Order"), annexed hereto, to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, for signature on **February 21, 2020**, at **12:00 pm**.

**PLEASE TAKE FURTHER NOTICE** that an objection to the proposed Order must: (i) be in writing, (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders, (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and specific grounds therefor, (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York, 10004, (v) be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: Oren J. Warshavsky, Esq.; (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq.; (c) Norton Rose Fulbright, counsel for AA Alternative Investment plc, on behalf of its sub-fund, Landmark Investment Fund Ireland, 1301 Avenue of the Americas, New York, NY, 10019-6022 Attn: Thomas J. Hall, Esq. so as to be received no later than **11:00 am** on **February 18, 2020**.

**PLEASE TAKE FURTHER NOTICE** that if an objection is timely served and filed, a

2

hearing may be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at a date to be scheduled by the Court, upon such additional notice as the Court may direct. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE** that, unless Objections are timely served and filed, the proposed Order may be signed without a hearing.

The Trustee made no prior request to this Court or to any other court for the relief requested by the Motion.

Dated: New York, New York
        February 12, 2020

Respectfully submitted,

*/s/ Oren J. Warshavsky*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com