**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

----------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| | : | |
| Plaintiff-Applicant, | : | Adv. Pro. No. 08-01789 (SMB) |
| | : | |
| -against- | : | SIPA LIQUIDATION |
| | : | |
| BENARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| | : | |
| Defendant. | : | |

----------------------------------------------------------X

| | |
|---|---|
| In re: | : |
| | : |
| BERNARD L. MADOFF, | : |
| | : |
| Debtor. | : |

----------------------------------------------------------X

| | | |
|---|---|---|
| IRVING H. PICARD, Trustee for the Liquidation of: | | |
| Bernard L. Madoff Investment Securities LLC, | : | |
| | : | |
| Plaintiff, | : | Adv. Pro. No. 11-02571 (SMB) |
| | : | |
| -against- | : | |
| | : | |
| Banque Privee Espirito Santo S.A., f/k/a | : | |
| Compagnie Bancaire Espirito Santo SA, | : | |
| | : | |
| | : | |
| Defendant. | : | |

----------------------------------------------------------X

## <u>NOTICE OF MOTION TO WITHDRAW AS COUNSEL</u>

PLEASE TAKE NOTICE that, upon the annexed Declaration of John F. Zulack in Support of Motion to Withdraw as Counsel, dated February 12, 2020, Allegaert Berger & Vogel LLP, counsel of record for Defendant Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA (the "Defendant"), will move this Court, at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, New York 10004, at a date and time to be determined by the Court, for an Order pursuant to this

Court's Local Rule 2090-1, allowing Allegaert Berger & Vogel LLP to withdraw as counsel of

record for Defendant in the above-captioned actions, and terminating John F. Zulack from the

dockets.

Dated:   New York, New York
         February 12, 2020


                                   ALLEGAERT BERGER & VOGEL LLP


                                   By: _____s/ John F. Zulack_____
                                           John F. Zulack

                                   111 Broadway, 20th Floor
                                   New York, New York 10006
                                   Tel.: (212) 571-0550
                                   Email: jzulack@abv.com

                                   *Attorneys for Defendant*