**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

-------------------------------------------------------------X

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | : | |
| Plaintiff-Applicant, | : | Adv. Pro. No. 08-01789 (SMB) |
| -against- | : | SIPA LIQUIDATION |
| BENARD L. MADOFF INVESTMENT SECURITIES LLC, | : | (Substantively Consolidated) |
| Defendant. | : | |

-------------------------------------------------------------X

In re:

BERNARD L. MADOFF,

        Debtor.

-------------------------------------------------------------X

IRVING H. PICARD, Trustee for the Liquidation of:
Bernard L. Madoff Investment Securities LLC,

        Plaintiff,    :    Adv. Pro. No. 11-02571 (SMB)

        -against-

Banque Privee Espirito Santo S.A., f/k/a
Compagnie Bancaire Espirito Santo SA,

        Defendant.

-------------------------------------------------------------X

## **CERTIFICATE OF SERVICE**

        I, John F. Zulack, hereby certify that on February 12, 2020, I caused a true and correct copy of the following documents:

- Notice of Motion to Withdraw as Counsel;

- Declaration of John F. Zulack in Support of Motion to Withdraw as Counsel; and

- Proposed Order Granting Motion to Withdraw as Counsel,

to be filed electronically with the Court and served as indicated below:

<u>By electronic mail and USPS First Class Mail upon:</u>

Banque Privee Espirito Santo SA en liquidation
Attn: Carrard Consulting SA
1, place St-Francois
1003 Lausanne, Switzerland
Daniel.Staehelin@kellerhals-carrard.ch
jean-luc.chenaux@kellerhals-carrard.ch
frederic.rochat@kellerhals-carrard.ch
alexandre.gachet@kellerhals-carrard.ch

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:  New York, New York
        February 12, 2020

                              ALLEGAERT BERGER & VOGEL LLP

                              By:      s/ John F. Zulack
                                       John F. Zulack

                              111 Broadway, 20th Floor
                              New York, New York 10006
                              Tel.: (212) 571-0550
                              Email: callegaert@abv.com

                              *Attorneys for Defendant*