**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant The Estate of Robert Shervyn Savin and Barbara L. Savin, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>    Plaintiff,<br><br>v.<br><br>THE ESTATE OF ROBERT SHERVYN SAVIN, and BARBARA L. SAVIN, in her capacity as Personal Representative of the Estate of Robert Shervyn Savin,<br><br>    Defendants. | Adv. Pro No. 10-04889 (SMB) |

**CERTIFICATE OF SERVICE**

{00043770 1 }

I, Helen Davis Chaitman, hereby certify that on February 12, 2020 I caused a true and correct copy of the following document:

- Letter to Judge Bernstein in response to the Trustee's request for a Rule 7056-1(a) pre-motion conference (Adv. Pro. No. 10-04889)

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

By electronic mail upon:

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Nicholas J. Cremona, Esq. ncremona@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 12, 2020      */s/ Helen Davis Chaitman*
New York, New York

{00043770 1}                              2