**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01239 (SMB) |
| Plaintiff, | |
| v. | |
| FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC, | |
| Defendants. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>PF TRUSTEES LIMITED, in its capacity as trustee of RD TRUST, SAFEHAND INVESTMENTS, and STRONGBACK HOLDINGS<br><br>Defendants. | Adv. Pro. No. 12-01701 (SMB) |
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, as assignee of Fairfield Sentry Limited,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH (BERMUDA) LIMITED, FAIRFIELD GREENWICH ADVISORS, LLC, FAIRFIELD GREENWICH LIMITED, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER M. NOEL, JR., JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, AND CORINA NOEL PIEDRAHITA,<br><br>Defendants. | Adv. Pro. No. 10-03800 (SMB) |

2

FAIRFIELD GREENWICH (BERMUDA) LIMITED,

Third-Party Plaintiff,

vs.

FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),

Third-Party Defendant.

### THIRD ORDER CONCERNING MEDIATION

**WHEREAS**, on November 19, 2019, this Court issued an order staying the above-caption actions (the "Actions") and holding all deadlines in the Actions in abeyance through March 31, 2020, scheduling a status conference for February 26, 2020 (the "Status Conference"), and ordering the parties to provide the Court with a written progress report on the mediation by February 19, 2020;

**NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

1.      The Status Conference is adjourned to May 27, 2020.  The parties shall provide the Court with a written progress report on the mediation by May 19, 2020.

2.      The Actions shall be stayed, and all deadlines in the Actions held in abeyance, through June 30, 2020 and until such time as the Court has entered a further order extending the stay of the Actions or resetting the deadlines held in abeyance under this order.

**It is SO ORDERED.**

Dated: **February 19ᵗʰ, 2020**              _/s/ STUART M. BERNSTEIN
    **New York, New York**                  **HONORABLE STUART M. BERNSTEIN**
                                             **UNITED STATES BANKRUPTCY JUDGE**