**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-05355 (SMB) |
| Plaintiff, | |
| v. | |
| ABN AMRO BANK (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and | |
| ABN AMRO CUSTODIAL SERVICES (IRELAND) LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.), | |
| Defendants. | |

## NOTICE OF APPEAL

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the

liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under

the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa *et seq.*, and the substantively

consolidated Chapter 7 estate of Bernard L. Madoff, individually, hereby appeals to the United

States District Court for the Southern District of New York pursuant to 28 U.S.C. § 158(a)(1), from each and every aspect of the final judgment annexed hereto as Exhibit 1 (the "Final Judgment") of the Honorable Stuart M. Bernstein of the United States Bankruptcy Court for the Southern District of New York, entered in the above-captioned adversary proceeding (the "Adversary Proceeding"), *Picard v. ABN AMRO Bank (Ireland) et al.*, Adv. Pro. No. 10-05355 (SMB) (Bankr. S.D.N.Y. Feb. 6, 2020), ECF No. 189, and in the main adversary proceeding, *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re BLMIS)*, Adv. Pro. No. 08-01789 (SMB) (Bankr. S.D.N.Y. Feb. 6, 2020), ECF No. 19273, resulting in the dismissal of all of the Trustee's claims against the defendants, ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a/ Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) in this Adversary Proceeding, including without limitation the following:

1. Memorandum Decision Denying Trustee's Motion for Leave to File Amended Complaint (annexed hereto as Exhibit 2).  *Picard v. ABN AMRO Bank (Ireland) et al.*, Adv. Pro. No. 10-05355 (SMB) (Bankr. S.D.N.Y. Jan. 23, 2020), ECF No. 188;

2. Memorandum Decision Denying the Trustee's Motion for Discovery Pursuant to Rule 26(d) (annexed hereto as Exhibit 3).  *Picard v. ABN AMRO Bank (Ireland) et al.*, 590 B.R. 200 (Bankr. S.D.N.Y. June 5, 2018) (Adv. Pro. No. 10-05355 (SMB)), ECF No. 155;

3. Order of the United States Bankruptcy Court for the Southern District of New York (Bernstein, J.), dated June 18, 2018, denying the Trustee's motion for limited discovery pursuant to Federal Rules of Civil Procedure 26(d) (annexed hereto as Exhibit 4). *Picard v. ABN AMRO Bank (Ireland) et al*., Adv. Pro. No. 10-05355 (SMB) (Bankr. S.D.N.Y. June 18, 2018), ECF No. 158;

4. Opinion and Order of the United States District Court for the Southern District of New York (Rakoff, J.), dated April 28, 2014 (annexed hereto as Exhibit 5). *Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC (In re Madoff Sec.)*, 516 B.R. 18 (S.D.N.Y. 2014) (No. 12-mc-115 (JSR)), ECF No. 524.

The names of the relevant parties to the Final Judgment appealed, and the contact information of their attorneys, are as follows:

| Trustee / Appellant | Counsel for Trustee / Appellant |
|---|---|
| Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff | BAKER & HOSTETLER LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Regina Griffin<br>Email: rgriffin@bakerlaw.com<br>Elizabeth McCurrach<br>Email: emccurrach@bakerlaw.com |

| Defendant / Appellee | Counsel for Defendant / Appellee |
|---|---|
| ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a/ Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.) | LATHAM & WATKINS LLP<br>885 Third Avenue<br>New York, New York 10022<br>Telephone: (212) 906-1200<br>Facsimile: (212) 751-4684<br>Christopher Harris<br>Email: Christopher.harris@lw.com<br>Thomas Giblin<br>Email: Thomas.giblin@lw.com |

| | |
|---|---|
| Dated: February 19, 2020<br>New York, New York | By: */s/ David J. Sheehan*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Regina Griffin<br>Email: rgriffin@bakerlaw.com<br>Elizabeth McCurrach<br>Email: emccurrach@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |