**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and Theresa R. Ryan, individually and in her capacities as Trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br>v.<br>THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATJON OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN | Adv. Pro. No. 10-05124 (SMB) |

{00043710 1 }

| |
|---|
| AND THERESA R. RYAN REVOCABLE LIVING TRUST and THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED 11/20/1991,<br><br>                                             Defendants. |

## NOTICE OF PRESENTMENT OF AN ORDER
## <u>GRANTING APPLICATION TO WITHDRAW AS COUNSEL</u>

**PLEASE TAKE NOTICE** that, upon the annexed Stipulation of Substitution of Counsel in Support of Application to Withdraw as Counsel, dated February 13, 2020 Chaitman LLP, attorney of record for Defendants, The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and Theresa R. Ryan, individually and in her capacities as Trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991, (the "Defendants") in the above Adversary Proceeding, submits the attached proposed order to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge at the United States Bankruptcy Court for the Southern District of New York at One Bowling Green, New York, NY 10004, for signature.

Dated: February 20, 2020
New York, New York

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and Theresa R. Ryan, individually and in her capacities as Trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991*