UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>      Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC,<br>      Plaintiff,<br>v.<br>THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST and THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED 11/20/1991,<br>      Defendants. | Adv. Pro. No. 10-05124 (SMB) |

## STIPULATION OF SUBSTITUTION OF COUNSEL

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned that Defendants The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and Theresa R. Ryan, individually and in her capacities as Trustee of The Lawrence J. Ryan and Theresa R. Ryan

Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991 be and hereby are substituted as *pro se*.

| | |
|---|---|
| **CHAITMAN LLP**<br>Outgoing Counsel | *Pro se* |
| By: /s/ *Helen Davis Chaitman*<br>Helen Davis Chaitman<br>465 Park Avenue<br>New York, New York 10022<br>Tel: (908) 303-4568<br>Fax: (888) 759-1114<br>Email: hchaitman@chaitmanllp.com<br><br>*Attorneys for Defendants The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and Theresa R. Ryan, individually and in her capacities as Trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991*<br><br>Dated: February 5, 2020 | By: *Theresa R. Ryan* (signature)<br>Theresa R. Ryan, individually and for The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and in her capacities as Trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991<br><br>Dated: February 13, 2020 |