**BAKER & HOSTETLER LLP**                    .

45 Rockefeller Plaza
New York, NY 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Oren J. Warshavsky

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01364 (SMB) |
| Plaintiff, | |
| v. | |
| HSBC BANK PLC, *et al.* | |
| Defendants. | |

## CERTIFICATE OF NO OBJECTION TO TRUSTEE'S
## <u>MOTION FOR THE ISSUANCE OF LETTER OF REQUEST</u>

Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*,

and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his

undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and

respectfully represents:

1.      On January 10, 2020, pursuant to 28 U.S.C. § 1781, the Trustee filed the Motion

for the Issuance of Letter of Request for International Judicial Assistance to Bundesministerium

für Verfassung, Reformen, Dereguilierung und Justiz of the Republic of Austria for the

examination of Austrian resident, Gerald Pistracher (the "Motion").  (ECF 574.)

2.      The deadline for filing objections to the Motion expired on January 17, 2020 at

11:00 a.m.  The Motion was scheduled to be presented to this Court on February 26, 2020 at

10:00 a.m.

3.      The Notice of the Presentment was timely provided by U.S. Mail postage prepaid

or email to defendants in the adversary proceeding and all parties that filed a notice of

appearance in this case, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after

expiration of the time to file an objection, and to date, no objection, or responsive pleading with

respect to the Motion appears thereon.  Additionally, no party has indicated to the Trustee that it

intends to oppose the relief requested in the Motion.

5.      An electronic copy of the proposed order (the "Order"), that is substantially in the

form of the proposed order that was annexed to the Motion will be submitted to the Court, along

with this certificate.

6.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing.


Dated: New York, New York
        February 20, 2020

                                        Respectfully submitted,

                                         */s/ Oren J. Warshavsky*
                                        **Baker & Hostetler LLP**
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone: (212) 589-4200
                                        Facsimile: (212) 589-4201
                                        David J. Sheehan
                                        Email: dsheehan@bakerlaw.com
                                        Oren J. Warshavsky
                                        Email: owarshavsky@bakerlaw.com

                                        *Attorneys for Irving H. Picard, Trustee for the*
                                        *Substantively Consolidated SIPA Liquidation of*
                                        *Bernard L. Madoff Investment Securities LLC*
                                        *and the Chapter 7 estate of Bernard L. Madoff*