**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| 10-05124In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATJON OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST and THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED 1l/20/1991, <br><br> Defendants. | Adv. Pro. No. 10-05124 (SMB) |

## ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants, The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated, 11/20/1991, and Theresa R. Ryan, individually and in her capacities

{00043709 1 }

as Trustee of The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust and The Lawrence J. Ryan By-Pass Trust Under Declaration of Trust Dated L L/20/1991, (the "Defendants"); and the Court having reviewed all pleadings and other papers filed in connection with the Application; and based upon the record of the case; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendants in this proceeding**; and it is further**

**ORDERED that nothing herein authorizes the Defendant to represent themselves <u>pro se</u> in this adversary proceeding. [SMB: 2/20/20]**

Dated:   February **20th**, 2020          **/s/ STUART M. BERNSTEIN**
         New York, New York                Hon. Stuart M. Bernstein
                                           UNITED STATES BANKRUPTCY JUDGE

{00043709 1 }                              2