**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br>  v.<br><br>ELAINE DINE LIVING TRUST DATED 5/12/96 and ELAINE DINE,<br><br>        Defendants. | Adv. Pro No. 10-04491 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

  **THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendants Elaine Dine Living Trust Dated 5/12/96 and Elaine Dine ("Defendants"), (collectively, "Defendants"), with respect to Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

{00043837 1 }

**IT IS HEREBY ORDERED THAT:**

1. Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

2. The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

New York, New York
Dated: _____

   Hon.
   United States District Judge

{00043837 1 }