**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                Plaintiff,<br><br>v.<br><br>TRAIN KLAN, A PARTNERSHIP; FELICE T. LONDA, in her capacity as Partner in Train Klan; CLAUDIA HELMIG, in her capacity as a Partner in Train Klan; TIMOTHY LANDRES, in his capacity as a Partner in Train Klan; JESSICA LONDA, in her capacity as a Partner in Train Klan; PETER LONDA, in his capacity as a Partner in Train Klan; TIMOTHY HELMIG, in his capacity as a Partner in Tran Klan; and WENDY LANDRES, in her capacity as a Partner in Train Klan,<br><br>                Defendants. | Adv. Pro. No. 10-04905 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants, Train Klan, a Partnership; Felice T. Londa, in her capacity as a Partner in Train Klan; Claudia Helmig, in her capacity as a Partner in Train Klan; Timothy Landres in his capacity as a Partner in Train Klan;

{00043714 1 }

Jessica Londa, in her capacity as a Partner in Train Klan; Peter Londa, in his capacity as a Partner in Train Klan; Timothy Helmig, in his capacity as a Partner in Train Klan; and Wendy Landres; in her capacity as a Partner in Train Klan (the "Defendants"); and due and sufficient notice of the Application having been given; and the Court having reviewed all pleadings and other papers filed in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendants and is hereby removed as counsel for the Defendant in this proceeding.

Dated:   March __, 2020
         New York, New York

Hon. Stuart M. Bernstein
UNITED STATES BANKRUPTCY JUDGE