**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>HSBC BANK PLC, *et al.*<br><br>　　　　　Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**ORDER ISSUING A LETTER OF REQUEST FOR SERVICE**
**ABOUT OF JUDICIAL OR EXTRAJUDICIAL DOCUMENTS IN**
**CIVIL OR COMMERCIAL MATTERS**

Upon the Motion (the "Motion"), dated January 10, 2020, brought by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in Austria to obtain the

testimony of Wilhelm Holzer; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and no objection having been filed; and the Trustee having filed a Certificate of No Objection pursuant to Local Bankruptcy Rule 9075-2 representing that no objection, responsive pleading, or request for a hearing with respect to the Motion has been made; **and the Trustee having made further revisions to the form of the Letter of Request at the Court's instruction;** and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157(a) and 1334(b); and after due deliberation; and sufficient cause appearing therefor; it is hereby **[SMB: 2/24/20]**

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be signed and sealed by the Court for transmission to the appropriate judicial authority in Austria so that valid service of process may be effectuated upon Wilhelm Holzer.

Dated: **February 24, 2020**
      New York, New York

                                               **/s/ STUART M. BERNSTEIN**
                                            HONORABLE STUART M. BERNSTEIN
                                            UNITED STATES BANKRUPTCY JUDGE

4825-8007-8517.1