**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantially Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>        Plaintiff,<br><br>        v.<br><br>UBS AG, *et al.*<br><br>        Defendants. | Adv. Pro. No. 10-05311 (SMB) |

**ORDER GRANTING TRUSTEE'S MOTION FOR ORDER**
**ISSUING LETTER ROGATORY TO AA ALTERNATIVE ADVANTAGE**
**INVESTMENT PLC ON BEHALF OF LANDMARK INVESTMENT FUND IRELAND**

Upon the Motion for Order Issuing Letter Rogatory to AA Alternative Advantage plc ("Alternative Advantage"), on behalf of its sub-fund, Landmark Investment Fund, Ireland ("Landmark"), pursuant to 18 U.S.C. § 1781(b)(2), (the "Motion"), filed by Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff, seeking entry of an order (the "Order") issuing the Letter Rogatory to Alternative Advantage to be transmitted, via the appropriate channels, to The High Court Justice of Ireland; and counsel for the Trustee and Alternative Advantage/Landmark); and it appearing that (i) due and sufficient notice of the Motion has been given under the circumstances, and no objections have been filed, (ii) the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record, and (iii) this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§1334(b) and 157(a); and after due deliberation and sufficient cause appearing therefor; it is hereby

ORDERED, ADJUDGED AND DECREED THAT:

1. the Motion is GRANTED as set forth herein;
2. This Court shall transmit the Letter Rogatory, attached as Exhibit A to this Order, to The High Court Justice of Ireland in the Republic of Ireland so that valid service of process may be effectuated upon Alternative Advantage;
3. Notice of the Motion as provided therein shall be deemed good and sufficient notice of such Motion;
4. The requirements set forth in Local Bankruptcy Rule 9013-1(b) are satisfied by the contents of the Motion; and

5. This Court shall retain jurisdiction with respect to all matters arising from or related to the implementation or interpretation of this Order.

Dated: **February 25, 2020**
New York, New York

/s/ STUART M. BERNSTEIN
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE