**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

## UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>      v.<br><br>   HSBC BANK PLC, et al.,<br><br>        Defendants. | Adv. Pro. No. 09-01364 (SMB) |

## DECLARATION OF OREN J. WARSHAVSKY IN FURTHER SUPPORT OF THE TRUSTEE'S MOTION FOR THE ISSUANCE OF LETTER OF REQUEST FOR SAVERIO FIORINO

I, Oren J. Warshavsky, pursuant to 28 U.S.C. § 1746, declare as follows:

1.      I am a partner at Baker & Hostetler LLP, counsel for Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the chapter 7 estate of Bernard L. Madoff.

2.      I submit this declaration in further support of the Trustee's Motion for the Issuance of Letter of Request for Saverio Fiorino.

3.      Attached hereto as **Exhibit 1** is a true and correct copy of relevant excerpts of the Disclosures of Alpha Prime Fund Ltd and Alpha Prime Fund Asset Management Ltd Pursuant to Federal Rule of Bankruptcy Procedure 7026 and Federal Rule of Civil Procedure 26(a)(1)(A), dated November 9, 2015.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on the 25th day of February, 2020, at New York, New York.

                 */s/ Oren J. Warshavsky*
                 Oren J. Warshavsky