# EXHIBIT 1

Pg 2 of 4

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　Plaintiff,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　Defendant. | Adv, Pro. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| 　In re:<br>BERNARD L. MADOFF,<br>　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　Plaintiff,<br><br>　　　v.<br><br>HSBC BANK PLC, et al.,<br>　　　Defendants | Adv. Pro. No. 09-01364 |

**DISCLOSURES OF ALPHA PRIME FUND LTD AND ALPHA PRIME FUND ASSET MANAGEMENT LTD PURSUANT TO FEDERAL RULE OF BANKRUPTCY PROCEDURE 7026 AND FEDERAL RULE OF CIVIL PROCEDURE 26(a)(1)(A)**

Pursuant to Federal Rule of Civil Procedure 26(a)(1)(A), made applicable to this adversary proceeding pursuant Federal Rule of Bankruptcy Procedure 7026, Defendants Alpha Prime Fund Ltd. and Alpha Prime Fund Asset Management Ltd. (collectively, "Alpha Prime"), through its undersigned counsel make the following disclosures ("Disclosures"):

1

| Michael May | HSBC<br>16, boulevard d'Avranches<br>L-1160 Luxembourg | HSSL CRM procedures and history; Communication of HSBC with Madoff and Kohn; |
|---|---|---|
| Saverio Fiorino | HSBC<br>16, boulevard d'Avranches<br>L-1160 Luxembourg | HSSL CRM procedures and history; Head of Business Development, visited BLMIS, expert of all aspects of BLMIS strategy, provided expertise and analyses for registration, license, listing and taxation issues, Concerning Madoff's handling of index options (puts and calls) as set forth in the BOB Primeo analysis; Bank of Bermuda Agreement; Communication of HSBC with Madoff and Kohn |
| Filip Majcen | HSBC<br>SA 40 AVENUE MONTEREY<br>B.P. 413 L-2014<br>LUXEMBOURG<br><br>OR<br>European Commission, Rue de la loi Brussels, 1049 Belgium | HSSL CRM procedures and history; Relationship Manager in charge also for Primeo and Herald, upon request of Radel 1. informs that custody arrangements with Madoff do not include a key man clause and 2. confirms control procedures in place regarding Madoff transactions, corporate actions, pricing and offers that HSBC confirms this "in an official document prepared by KPMG"; EU Directive 2003/48/EC on taxation of savings    income in the form of interest payments (ESD); HSBC Claim, Exemption of the Fund; AML Certificate IXIS, Sub-Custody Agreement; FMG; Statements; update prospectus; Agenda Board meeting; Security Agreement; Custody Cash account deed; ISDA Draft; FX Agreement; UOD Agreement; new credit documentation; Anfrage VWD; Timing for 97% redemption, online accounts; |

judgment.

Dated: New York, New York
November 9, 2015

                                                          **DUFFYAMEDEO LLP**
                                                          By: /s/ Todd E. Duffy
                                                              Todd E. Duffy
                                                              Douglas A. Amedeo
                                          275 Seventh Avenue, 7th Floor
                                          New York, NY 10001
                                          Tel:    (212) 729-5832
                                          Fax:   (212) 208-2437
                                          Attorneys for Alpha Prime Fund Ltd. and Alpha Prime Asset Management Ltd.