**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>             Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>             Defendant. | SIPA LIQUIDATION<br><br>No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>             Debtor, | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>             Plaintiff,<br>v.<br><br>JO ANN CRUPI and JUDITH BOWEN,<br><br>             Defendants. | Adv. Pro. No. 10-04216 (SMB) |

**[*PROPOSED*] ORDER, PURSUANT TO SECTION 105(a)**
**OF THE BANKRUPTCY CODE AND RULES 2002 AND 9019**
**OF THE FEDERAL RULES OF BANKRUPTCY PROCEDURE,**
**APPROVING SETTLEMENT AGREEMENT**

Upon the motion (the "Motion")[1] of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff, seeking entry of an order, pursuant to section 105(a) of title 11, United States Code, 11 U.S.C. §§ 101 *et seq*., and Rules 2002(a)(3) and 9019(a) of the

---

[1] All capitalized terms not otherwise defined herein shall have the meaning ascribed to them in the Motion.

Federal Rules of Bankruptcy Procedure, approving the Settlement Agreement dated January 23, 2020 (the "Agreement"), by and between the Trustee and Defendants Jo Ann Crupi and Judith Bowen ("Defendants"); and it appearing that due and sufficient notice of the Motion and the relief requested therein have been given to all parties in interest as required by Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure and no other or further notice needs to be given; and the Trustee having filed a certificate of no objection representing that no objection has been received and no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion; and the Court having considered the Motion and the Declaration of Irving H. Picard in support of the Motion; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334; and after due deliberation; and sufficient cause appearing therefor; **IT IS HEREBY**:

**ORDERED** that the Motion is granted to the extent set forth in this Order; and it is further

**ORDERED** that the Trustee and Defendants shall comply with and carry out the terms of the Agreement; and it is further

**ORDERED** that this Court shall retain exclusive jurisdiction to hear, enforce, and determine all matters arising from or related to this Order.

Dated: _____ \_\_\_, 2020
New York, New York

_____
**HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE**

4818-6480-1205.1