# EXHIBIT B

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X

In re BERNARD L. MADOFF
INVESTMENT SECURITIES LLC,

                                                                                                          18 **CIVIL** 9916 (VSB)

-----------------------------------------------------------X      19 **CIVIL** 812 (VSB)

In re BERNARD MADOFF INVESTMENT            **JUDGMENT**
SECURITIES LLC,
                      Debtor
-----------------------------------------------------------X

IRVING H, PICARD
Trustee for the Liquidation of Bernard L.
Madoff Investment Securities LLC,

                Plaintiff-Appellee,

            -against-

BAM L.P., et al.,
                Defendant-Appellants.
-----------------------------------------------------------X

      It is, **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in

the Court's Opinion and Order dated February 26, 2020, that Defendants' motion to withdraw the

reference (Doc. !), is denied; it is further ORDERRED that Defendants' motion for leave to appeal,

(In re: Bernard L. Madoff Investment Securities LLC, 19-cv-812, Doc.1), is denied; the motion at

Document 1 of 18-cv-9916, is terminated, and the appeal at In Re: Bernard L. Madoff Investment

Securities LLC, 19-cv-812, Doc.1 is closed.

**Dated:** New York, New York
          February 27, 2020

                                                        **RUBY J. KRAJICK**
                                                            Clerk of Court
                                        BY:
                                                              Deputy Clerk

                                                        THIS DOCUMENT WAS ENTERED
                                                        ON THE DOCKET ON