**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　Plaintiff,<br>v.<br>Philip F. Palmedo,<br>　　　　　　　　Defendant. | Adv. Pro. No. 10-04749 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF DEFENDANT'S
MOTION TO WITHDRAW THE REFERENCE**

　　　　HELEN DAVIS CHAITMAN hereby declares, under penalty of perjury pursuant to 28

U.S.C. § 1746, as follows:

　　　　1.　　I am a member of the bars of New York and New Jersey, and of this Court. I am a

member of Chaitman LLP, counsel for Defendant, Philip F. Palmedo ("Defendant").

{00043877 1 }

2. I submit this Declaration in support of Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint filed by the Trustee, dated December 1, 2010.

4. Attached hereto as **Exhibit B** is a true and accurate copy of Defendant's Answer and Affirmative Defenses, dated August 13, 2015.

Dated: New York, New York
February 28, 2020

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman