**EXHIBIT A**

**<u>PROPOSED ORDER</u>**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
|        Plaintiff-Applicant, | SIPA LIQUIDATION |
|    v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
|        Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
|        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
|        Plaintiff, | Adv. Pro. No. 10-05257 (SMB) |
|    v. | |
| Edward A. Zraick, Jr., *et al.*, | |
|        Defendants. | |

### ORDER SHORTENING NOTICE PERIOD AND SCHEDULING EXPEDITED HEARING TO CONSIDER APPROVAL OF ZRAICK DEFENDANTS' MOTION *IN LIMINE* TO STRIKE THE "SUPPLEMENTAL" EXPERT REPORTS OF BRUCE G. DUBINSKY AND LISA M. COLLURA

Upon consideration of the *ex parte* motion (the "Motion")[1] of Defendants Edward A.
Zraick, Jr., Nancy Zraick, Patricia DeLuca, and Karen Rich (collectively, the "Defendants") for
the entry of an order, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure
(the "Bankruptcy Rules") and Rule 9077-1(b) of the Local Bankruptcy Rules for the Southern
District of New York (the "Local Rules"), shortening the notice period with respect to the hearing
on the *Zraick Defendants' Motion In Limine to Strike the "Supplemental" Expert Reports of*

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the  Motion.

*Bruce G. Dubinsky and Lisa M. Collura* (the "Motion in Limine"); and good and sufficient cause

exists for the granting of the relief granted herein after having given due deliberation upon the

Motion, the Rich Declaration, and any responses thereto,

**IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:**

1.      The Motion is **GRANTED**.

2.      The hearing (the "Hearing") on the Motion in Limine shall take place before the

Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Room 723 of the United States

Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House,

One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on March __, 2020,

at __:__ _.m. (ET).

3.      Any deadlines and/or notice periods established by the Bankruptcy Rules and/or

Local Rules, to the extent applicable, shall be modified and suspended to the extent necessary to

consider the Motion In Limine at the Hearing.

4.      Responses or objections, if any, to approval of the Motion in Limine must (a) be in

writing; (b) set forth with particularity the basis for the response or objection; (c) be filed with the

Clerk of the Bankruptcy Court (with a courtesy copy delivered directly to Chambers of the

Honorable Stuart M. Bernstein, United States Bankruptcy Court for the Southern District of New

York, Alexander Custom House, New York, New York 10004); and (d) be served on counsel for

the Defendants, Hunton Andrews Kurth LLP, Attn: Robert A. Rich, 200 Park Avenue, New York,

New York 10166 so as to actually be received by March __, 2020, at __:__ _.m. (the "Objection

Deadline").

Dated: March___, 2020
      New York, New York

_____

THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE