# **EXHIBIT 8**

## ~~IX~~**X**. LIST OF EXHIBITS

Exhibit 1: Curriculum Vitae

Exhibit 2: Documents Considered

Exhibit 3: List of Known BLMIS/Bernard L. Madoff Bank and Brokerage Accounts

Exhibit 4: Excel Spreadsheet "JPMC 703 Account Activity – December 1998 to December 2008"

Exhibit 5: Excel Spreadsheet "JPMC 509 Account Activity – December 1998 to December 2008"

Exhibit 6: Excel Spreadsheet "BT 599 Account Activity – December 1998 to May 1999"

Exhibit 7: ~~List of All Cash Transactions in the Zraick Accounts~~**Example of a Handwritten Ledger**

~~Exhibit 8: Letter from BLMIS Customer Files for the Zraick Accounts~~

**Exhibit 8.1: Example of Daily Sheets Pre-November 1998**

**Exhibit 8.2: Example of a Daily Sheet Post-November 1998**

Exhibit 9: ~~Results of Tracing~~**Example of** Analysis ~~– Zraick Accounts (*During the Two*~~ **of Handwritten Documents in 10** Year Period~~)~~

Exhibit 10: ~~Reconciliation and Tracing Results – Zraick Accounts~~**Example of Analysis of Handwritten Documents in Pre-10 Year Period**

**Exhibit 11: Summary Chart of Short-Term Investments in the 703 Account**

**Exhibit 12: Treasury Bill Activity in JPMC G 13414 Account**

**Exhibit 13: Detail of Other Wires and Checks in/out of the 703 Account**

**Exhibit 14: Summary Chart of the 8 Brokerage Accounts**

**Exhibit 15.1: Bear Stearns 698 Account Activity**

**Exhibit 15.2: Fidelity 043 Account Activity**

**Exhibit 15.3: Lehman 398 Account Activity**

**Exhibit 15.4: Lehman 152 Account Activity**

**Exhibit 15:5: Morgan Stanley 719 Account Activity**

**Exhibit 15.6: BONY 239 Account Activity**

**Exhibit 15.7: Lehman 435 Account Activity**

**Exhibit 15.8: M&T 039 Account Activity**

**Exhibit 16: Treasury Bill Activity in Six of the 8 Brokerage Accounts**

**Exhibit 17: IA Business Monthly Cash & Investment Balances**

**Exhibit 18: Interest Earned on Treasury Bills vs. Total BLMIS Customer Withdrawals**