**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Keith R. Murphy
Maximillian S. Shifrin

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>  v.<br><br>LANX BM INVESTMENTS, LLC, THE LANX FUND II, LP, WOLFSON COUSINS, LP, EDARA PARTNERSHIP, and SARAH TRUST,<br><br>        Defendants. | Adv. Pro. No. 10-04384 (SMB) |

**AMENDED CASE MANAGEMENT NOTICE**

PLEASE TAKE NOTICE, that pursuant to the Order (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order (the "Order") [Dkt. No. 3141] entered by the Bankruptcy Court in the above captioned SIPA liquidation, Adv. Pro. No. 08-01789 (SMB), on November 10, 2010, the following deadlines are hereby made applicable to this adversary proceeding:

1. The Initial Disclosures were due: December 20, 2017.

2. Fact Discovery was completed by: June 24, 2019.

3. The Disclosure of Case-in-Chief Experts were due: September 5, 2019.

4. The Disclosure of Rebuttal Experts were due: October 4, 2019.

5. The Deadline for Completion of Expert Discovery was October 30, 2019.

6. The Deadline for Service of a Notice of Mediation Referral shall be: July 3, 2020.

7. The Deadline to Choose a Mediator and File a Notice of Mediator Selection shall be: July 17, 2020.

8. The Deadline for Conclusion of Mediation shall be: November 13, 2020.

Dated: New York, New York  
       March 5, 2020

BAKER & HOSTETLER LLP

By: */s/Keith R. Murphy*  
David J. Sheehan  
Email:  dsheehan@bakerlaw.com  
Keith R. Murphy  
Email:  kmurphy@bakerlaw.com  
Maximillian S. Shifrin  
Email:  mshifrin@bakerlaw.com  
45 Rockefeller Plaza  
New York, NY 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee  
for the Substantively Consolidated SIPA  
Liquidation of Bernard L. Madoff Investment  
Securities LLC and the Chapter 7 Estate of  
Bernard L. Madoff*