# Exhibit A

## Exhibit A

| No. | APN | Case Name |
|---|---|---|
| 1. | 10-04292 | Robert Roman |
| 2. | 10-04302 | Joan Roman |
| 3. | 10-04327 | Gertrude E. Alpern Revocable Trust, et al. |
| 4. | 10-04352 | RAR Entrepreneurial Fund LTD, et al. |
| 5. | 10-04367 | Benjamin T. Heller |
| 6. | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 7. | 10-04428 | Allen Meisels |
| 8. | 10-04438 | Estate of Seymour Epstein, et al. |
| 9. | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10. | 10-04469 | Carol L. Kamenstein, individually and in her capacity as joint tenant |
| 11. | 10-04489 | Marlene Krauss |
| 12. | 10-04491 | Elaine Dine Living Trust dated 5/12/06, et al. |
| 13. | 10-04503 | Judd Robbins |
| 14. | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 15. | 10-04541 | Kenneth W Perlman, et al. |
| 16. | 10-04545 | Jerome Goodman, et al. |
| 17. | 10-04570 | Jacob M. Dick Rev Living Trust DTD 4/6/01, et al. |
| 18. | 10-04610 | The Whitman Partnership, et al. |
| 19. | 10-04614 | Robert S. Whitman |
| 20. | 10-04621 | Donald A. Benjamin |
| 21. | 10-04648 | Peter D. Kamenstein |
| 22. | 10-04669 | Zieses Investment Partnership, et al. |
| 23. | 10-04709 | Andrew M. Goodman |
| 24. | 10-04740 | Robert Hirsch, as an individual, and as joint tenant, et al. |
| 25. | 10-04748 | Mark Horowitz |
| 26. | 10-04749 | Philip F. Palmedo |
| 27. | 10-04752 | Kuntzman Family LLC, et al. |
| 28. | 10-04753 | Carla Ginsburg |
| 29. | 10-04762 | James M. Goodman |
| 30. | 10-04768 | Placon2, William R. Cohen, et al. |
| 31. | 10-04806 | Kenneth M. Kohl, as an individual and as a joint tenant, et al. |
| 32. | 10-04818 | Toby Harwood |
| 33. | 10-04823 | Frank DiFazio, et al. |
| 34. | 10-04826 | Boyer Palmer |
| 35. | 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood , et al. |
| 36. | 10-04867 | Estate of Steven I. Harnick, et al. |
| 37. | 10-04878 | Lisa Beth Nissenbaum Trust, et al. |
| 38. | 10-04889 | Estate of Robert Shervyn Savin, et al. |

| No. | APN | Case Name |
|---|---|---|
| **39.** | 10-04905 | Train Klan, a Partnership, et al. |
| **40.** | 10-04912 | Harry Smith Revocable Living Trust, et al. |
| **41.** | 10-04920 | Glenhaven Limited, et al. |
| **42.** | 10-04956 | D. M. Castelli |
| **43.** | 10-04961 | Sylvan Associates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| **44.** | 10-04979 | James M. New Trust dtd 3/19/01, et al. |
| **45.** | 10-04991 | Guiducci Family Limited Partnership, et al. |
| **46.** | 10-05037 | Barbara L. Savin |
| **47.** | 10-05079 | Estate of James M. Goodman, et al. |
| **48.** | 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| **49.** | 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. |
| **50.** | 10-05128 | JABA Associates LP, et al. |
| **51.** | 10-05130 | Barbara Kotlikoff Harman |
| **52.** | 10-05133 | Boyer H. Palmer, individually, et al. |
| **53.** | 10-05150 | Plafsky Family LLC Retirement Plan, Robert Plafsky, et al. |
| **54.** | 10-05151 | Palmer Family Trust, et al. |
| **55.** | 10-05157 | The Harnick Brothers Partnership, et al. |
| **56.** | 10-05184 | Laura Ann Smith Revocable Living Trust, et al. |
| **57.** | 10-05196 | Whitman 1990 Trust U/A DTD 4/13/90, et al. |
| **58.** | 10-05312 | Doron Tavlin Trust U/A 2/4/91, et al. |
| **59.** | 10-05377 | Richard G. Eaton |
| **60.** | 10-05435 | Keith Schaffer, et al. |