**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA LIQUIDATION |
| | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro No. 10-04748 (SMB) |
| Plaintiff, | |
| v. | |
| Mark Horowitz, individually and as joint tenant, | |
| Defendant. | |

## <u>PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE</u>

**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendant Mark Horowitz, individually and as joint tenant with respect to Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.      Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and

Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

2.     The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

New York, New York
Dated:

_____
Hon.
United States District Judge