**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                                     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                                       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                                     Plaintiff,<br>v.<br><br>Mark Horowitz, individually and as joint tenant,<br>                                     Defendant. | Adv. Pro No. 10-04748 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE**

      HELEN DAVIS CHAITMAN hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

{00043936 1 }

1. I am a member of the bars of New York and New Jersey, and of this Court. I am a member of Chaitman LLP, counsel for Defendant, Mark Horowitz, individually and as joint tenant ("Defendant").

2. I submit this Declaration in support of Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure.

3. Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint filed by the Trustee, dated December 1, 2010.

4. Attached hereto as **Exhibit B** is a true and accurate copy of Defendant's Answer and Affirmative Defenses, dated August 14, 2015.

Dated: New York, New York
       March 6, 2020

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman

{00043936 1}                                        2