# CHAITMAN LLP
**465 PARK AVENUE**
**NEW YORK, NY 10022**
**(888) 759-1114**
TELEPHONE & FAX

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

March 6, 2020

**VIA ECF, EMAIL AND HAND DELIVERY**

The Honorable Stuart M. Bernstein, U.S.B.J.
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:    Chaitman LLP Adversary Proceedings Listed on Exhibit A

Dear Judge Bernstein:

This firm represents the Defendants listed on Exhibit A. I write in response to the letter of counsel for Irving H. Picard (the "Trustee"), Trustee for the liquidation of Bernard L. Madoff Investment Securities, LLC, sent on March 5, 2020 to request that these cases be added to the next scheduled omnibus hearing on March 25, 2020 at 10:00 a.m.

I will be unavailable on March 25, 2020. Since there is a conference already scheduled for March 17, 2020 at 10:00 a.m. in *Picard v. Savin*, Adv. Pro. No. 10-04889 we request, with the Trustee's consent, that these cases be added to that conference instead.

Respectfully submitted,

*/s/ Helen Davis Chaitman*

Helen Davis Chaitman

HDC/aws

cc:    *(Via email and ECF)*
       Nicholas J. Cremona, Esq. (ncremona@bakerlaw.com)

{00043943 2 }