# **EXHIBIT A**

**Transcript omitted from filing pursuant to the Judicial Conference 90-day Restriction Policy, making transcripts unavailable on ECF for 90 days from the date of filing of the transcript.**