DENTONS US LLP
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>JAMES GREIFF,<br><br>          Defendant. | Adv. Pro. No. 10-04357 (SMB) |

**NOTICE OF MOTION AND MOTION FOR**
**(A) EXPEDITED HEARING AND (B) STAY OF TRIAL PURSUANT**
**TO RULE 5011(C) PENDING RULING BY THE DISTRICT COURT**
**<u>ON DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE</u>**

**PLEASE TAKE NOTICE** that Defendant James Greiff, by his undersigned counsel, will respectfully move the Court, on a date to be determined by the Court, for entry of an order pursuant to Local Rule 9077-1 and Rule 5011(c) of the Federal Rules of Bankruptcy Procedure, (a) expediting a hearing on their motion for a stay and (b) staying further proceedings with respect to the claims asserted against the Defendants in the above captioned adversary proceeding pending a ruling by the United States District Court for the Southern District of New on the Defendant's Motion to Withdraw the Reference of the adversary proceeding for trial by a jury, for the reasons set forth in the accompanying Memorandum of Law and Declaration of Arthur H. Ruegger, and exhibits.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

| | |
|---|---|
| Dated: March 9, 2020<br>New York, New York | **DENTONS US LLP**<br><br>By: */s/ Arthur H. Ruegger*<br>Arthur H. Ruegger<br>Carole Neville<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: arthur.ruegger@dentons.com<br><br>*Attorneys for Defendant* |