DENTONS US LLP
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> JAMES GREIFF, <br><br> Defendant. | Adv. Pro. No. 10-04357 (SMB) |

## **AFFIDAVIT OF SERVICE**

Pursuant to the Order to Show Cause entered today, I, the undersigned, hereby affirm that on March 10, 2020, I caused true and correct copies of the following documents to be served upon

US_Active\114417006\V-1

2

the parties to these actions who receive electronic service through CM/ECF and upon the parties listed on the Service List attached hereto in the manner indicated therein:

- *Notice of Motion and for (a) Expedited Hearing and (b) Stay of the Trial Pursuant to Rule 5011(c) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference* [Docket No. 114] and [Docket No. 19376];

- *Defendant's Memorandum of Law in Support of (a) an Expedited Hearing and (b) Motion for Stay of Trial Pursuant to Rule 5011(c) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference* [Docket No. 115] and [Docket No. 19377];

- *Declaration of Arthur H Ruegger in Support of Defendant's (a) Request for an Expedited Hearing and (b) Motion for Stay of Trail Pursuant to Rule 5011(c) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference* [Docket No. 116] and [Docket No. 19378];

- *Declaration of Arthur H. Ruegger Pursuant to Local Rule 9077-1 in Support of Order to Show Cause Scheduling a Hearing on Shortened Notice on the Defendant's Motion Pursuant to Rule 5011(c) Staying the Proceedings in the Bankruptcy Court* [Docket No. 117] and [Docket No. 19379]; and

- **Order to Show Cause** (Executed) [Docket No. 118] and [Docket No. 19380].

Dated: March 10, 2020  
       New York, New York

**DENTONS US LLP**

By: */s/ Arthur H. Ruegger*  
Arthur H. Ruegger  
Carole Neville  
1221 Avenue of the Americas  
New York, New York 10020  
Telephone: (212) 768-6700  
Facsimile: (212) 768-6800  
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

## **SERVICE LIST**

**BY HAND DELIVERY**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408

**BY ELECTRONIC MAIL AND OVERNIGHT MAIL**

Dean D. Hunt, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Email:  dhunt@bakerlaw.com

Nicholas J. Cremona, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Email:  ncremona@bakerlaw.com

Nathanael S. Kelley, Esq.
Securities Investor Protection Corp.
805 15th Street, N.W.,
Suite 800
Washington, D.C. 20005
Email:  nkelly@sipc.org

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br> v. <br><br> JAMES GREIFF, <br><br> Defendant. | Adv. Pro. No. 10-04357 (SMB) |

## ORDER TO SHOW CAUSE

**THIS MATTER** having been brought to the Court's attention in connection with the Motion for (A) Expedited Hearing and (B) Stay of Trial Pursuant to Rule 5001(c) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference, dated March 9, 2020 (the "Stay Motion"), and the accompanying Declaration of Arthur H. Ruegger Pursuant to Local Rule 9077-1 in Support of Order to Show Cause Scheduling a Hearing on Shortened Notice on the Defendant's Motion Pursuant to Rule 5011(c) Staying the Proceedings in the Bankruptcy Court, dated March 9, 2020 (the "Ruegger Declaration"); and

**UPON REVIEW AND CONSIDERATION** of the Stay Motion and the supporting Ruegger Declaration, the memorandum of law in support of the Stay Motion and all of the prior proceedings, pleadings and other submissions in this and related actions;

Now, therefore, **IT IS HEREBY**:

**ORDERED** that the Trustee show cause before this Court, United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York, 10004 on the **18th of March, 2020, at 10 a.m.**, as to why the Court should not issue an Order **staying the scheduled trial pending the disposition of the Defendant's motion to withdraw the reference; and [SMB: 3/10/20]**

**IT IS FURTHER ORDERED** that any responses or objections to the relief sought shall be filed and served upon counsel for the counsel to the Defendant on or before **noon on the 17th of March, 2020**; and it is further

**ORDERED** that the Defendant shall serve a copy of this Order to Show Cause, the Defendant's Stay Motion, and the Ruegger Declaration, on counsel of record for the Trustee by **7:00 p.m. on the 10th of March, 2020**; and it is further

**ORDERED** that all service hereunder shall be made via ~~electronic mail, facsimile, overnight delivery, and/or hand delivery, as well as~~ the Court's electronic filing system**; and it is further [SMB: 3/10/20]**

**ORDERED**, that this Court shall retain jurisdiction with respect to all matters relating to the interpretation or implementation of this Order.

Dated: March 10, 2020
      New York, New York

/s/ *Stuart M. Bernstein*
STUART M. BERNSTEIN
United States Bankruptcy Judge

- 2 -