**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>    Plaintiff-Applicant,<br> v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>    Plaintiff,<br> v.<br>Edward A. Zraick, Jr., *et al*.,<br>    Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**ORDER SHORTENING NOTICE PERIOD AND SCHEDULING EXPEDITED HEARING TO CONSIDER APPROVAL OF ZRAICK DEFENDANTS' MOTION *IN LIMINE* TO STRIKE THE "SUPPLEMENTAL" EXPERT REPORTS OF BRUCE G. DUBINSKY AND LISA M. COLLURA**

Upon consideration of the *ex parte* motion (the "Motion")[1] of Defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca, and Karen Rich (collectively, the "Defendants") for the entry of an order, pursuant to Rule 9006(c)(1) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") and Rule 9077-1(b) of the Local Bankruptcy Rules for the Southern District of New York (the "Local Rules"), shortening the notice period with respect to the hearing on the *Zraick Defendants' Motion in Limine to Strike the "Supplemental" Expert Reports of Bruce G. Dubinsky and Lisa M. Collura* (the "Motion in Limine"); and good and sufficient cause

---

[1] Capitalized terms not defined herein shall have the meanings ascribed to such terms in the Motion.

exists for the granting of the relief granted herein after having given due deliberation upon the Motion, the Rich Declaration, and any responses thereto,

        **IT IS HEREBY ORDERED, ADJUDGED, and DECREED THAT:**

1.     The Motion is GRANTED **to the extent provided herein**. **[SMB: 3/11/20]**

2.     The hearing (the "Hearing") on the Motion in Limine shall take place before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Room 723 of the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York 10004 (the "Bankruptcy Court") on March 18, 2020, at 10:00 a.m. (ET).

3.     ~~Any deadlines and/or notice periods established by the Bankruptcy Rules and/or Local Rules, to the extent applicable, shall be modified and suspended to the extent necessary to consider the Motion in Limine at the Hearing.~~ **[SMB: 3/11/20/]**

4.     **The Defendants are directed to serve a copy of this order and the Motion in Limine (to the extent not already served) by filing the papers to be served on the Court's CM/ECF system by 2:00 p.m. (ET) on March 11, 2020. [SMB: 3/11/20]**

5.     Responses or objections, if any, to approval of the Motion in Limine must (a) be in writing; (b) set forth with particularity the basis for the response or objection; (c) be filed with the Clerk of the Bankruptcy Court **on the Court's CM/ECF system** (with a courtesy copy delivered directly to Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Court for the Southern District of New York, Alexander Custom House, New York, New York 10004)~~; and (d) be served on counsel for the Defendants, Hunton Andrews Kurth LLP, Attn: Robert A. Rich, 200 Park Avenue, New York,~~

~~New York 10166 so as to actually be received~~ by March 17, 2020, at noon (the "Objection Deadline"). **[SMB:3/11/20]**

Dated: March 11, 2020
     New York, New York

                                        /s/ *Stuart M. Bernstein*
                                        STUART M. BERNSTEIN
                                        United States Bankruptcy Judge