# EXHIBIT B

EXHIBIT B
SUMMARY OF THIRTY-SECOND INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 998.00 | 216.70 | 216,266.60 |
| | Sheehan, David J. | 1968 | 998.00 | 536.60 | 535,526.80 |
| | Matthias, Michael R. | 1973 | 746.00 | 8.50 | 6,341.00 |
| | Bash, Brian A. | 1975 | 804.00 | 32.60 | 26,210.40 |
| | Long, Thomas L. | 1976 | 992.00 | 365.50 | 362,576.00 |
| | Ponto, Geraldine E. | 1982 | 998.00 | 535.30 | 534,229.40 |
| | Jones, Mark L. | 1985 | 710.00 | 4.00 | 2,840.00 |
| | Smith, Elizabeth A. | 1985 | 907.00 | 9.70 | 8,797.90 |
| | McDonald, Heather J. | 1986 | 724.00 | 2.50 | 1,810.00 |
| | Douthett, Breaden M. | 1991 | 502.00 | 17.00 | 8,534.00 |
| | Goldberg, Steven H. | 1991 | 998.00 | 117.40 | 117,165.20 |
| | Hunt, Dean D. | 1991 | 890.00 | 344.40 | 306,516.00 |
| | Griffin, Regina L. | 1993 | 998.00 | 635.40 | 634,129.20 |
| | Thomas, Erika K. | 1994 | 764.00 | 385.50 | 294,522.00 |
| | Brennan, Terry M. | 1995 | 600.00 | 3.40 | 2,040.00 |
| | Cole, Tracy L. | 1996 | 905.00 | 288.40 | 261,002.00 |
| | Murphy, Keith R. | 1997 | 998.00 | 195.70 | 195,308.60 |
| | Hoang, Lan | 1997 | 968.42 | 615.70 | 596,256.00 |
| | Warshavsky, Oren J. | 1998 | 998.00 | 582.00 | 580,836.00 |
| | Rose, Jorian L. | 1998 | 951.46 | 79.90 | 76,022.00 |
| | New, Jonathan B. | 1998 | 998.00 | 11.50 | 11,477.00 |
| | Fish, Eric R. | 1998 | 865.00 | 397.30 | 343,664.50 |
| | Rollinson, James H. | 1998 | 803.47 | 129.90 | 104,371.00 |
| | Pergament, Benjamin D. | 1999 | 810.00 | 262.10 | 212,301.00 |
| | Cremona, Nicholas J. | 2000 | 980.00 | 594.40 | 582,512.00 |
| | Bohorquez, Fernando A. | 2000 | 925.00 | 353.00 | 326,525.00 |
| | Bell, Stacey A. | 2001 | 825.00 | 604.20 | 498,465.00 |
| | Beckerlegge, Robertson D. | 2001 | 755.00 | 572.50 | 432,237.50 |
| | Zeballos, Gonzalo S. | 2001 | 902.00 | 174.10 | 157,038.20 |
| | Song, Brian W. | 2002 | 750.00 | 645.70 | 484,275.00 |
| | North, Geoffrey A. | 2002 | 853.28 | 696.70 | 594,481.00 |
| | Sherer, James A. | 2003 | 710.00 | 108.40 | 76,964.00 |
| | Malchow, Jessica P. | 2003 | 460.00 | 6.90 | 3,174.00 |
| | Oliver, Jason S. | 2003 | 760.00 | 579.20 | 440,192.00 |
| | Hochmuth, Farrell A. | 2003 | 605.00 | 223.20 | 135,036.00 |
| | Shields, Nkosi D. | 2003 | 615.00 | 294.10 | 180,871.50 |
| | Gabriel, Jessie M. | 2004 | 755.00 | 87.90 | 66,364.50 |
| | Allen, Brian F. | 2005 | 651.00 | 87.80 | 57,157.80 |
| | Hartman, Ruth E. | 2005 | 470.00 | 42.40 | 19,928.00 |
| | Carvalho, Melissa M. | 2005 | 728.00 | 64.30 | 46,810.40 |
| | Feil, Matthew D. | 2006 | 651.00 | 402.20 | 261,832.20 |
| | Kosack, Melissa L. | 2006 | 717.99 | 815.10 | 585,231.50 |
| | Carlisle, Marie L. | 2006 | 575.00 | 436.10 | 250,757.50 |
| | Vanderwal, Amy E. | 2006 | 844.15 | 531.90 | 449,005.00 |
| | Longstaff, Carrie | 2006 | 656.00 | 586.10 | 384,481.60 |
| | Giuliani, Esterina | 2007 | 825.57 | 57.40 | 47,388.00 |
| | Calvani, Torello H. | 2007 | 750.00 | 578.50 | 433,875.00 |
| | Forman, Jonathan A. | 2007 | 687.00 | 338.40 | 232,480.80 |
| | Wasick, Joanna F. | 2007 | 764.00 | 680.20 | 519,672.80 |
| | Brown, Seanna R. | 2007 | 948.13 | 427.20 | 405,039.00 |
| | Patel, Tayan B. | 2007 | 595.00 | 4.90 | 2,915.50 |
| | Zunno-Freaney, Kathryn M. | 2008 | 846.15 | 545.60 | 461,659.50 |
| | Usitalo, Michelle R. | 2008 | 605.00 | 624.70 | 377,943.50 |
| | Blattmachr, Jonathan D. | 2009 | 625.00 | 593.50 | 370,937.50 |
| | Markel, Tatiana | 2009 | 704.22 | 605.70 | 426,547.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| | Campbell, Patrick T. | 2009 | 695.00 | 297.60 | 206,832.00 |
| | Molina, Marco | 2009 | 720.50 | 167.90 | 120,971.50 |
| | Wangsgard, Kendall E. | 2011 | 584.00 | 11.90 | 6,949.60 |
| Partners and of Counsel Total | | | 810.31 | 18,616.70 | 15,085,294.50 |
| Associates | Meisels, Naomi P. | 1984 | 626.00 | 1.40 | 876.40 |
| | Bieler, Philip | 1994 | 489.00 | 393.60 | 192,470.40 |
| | Kates, Elyssa S. | 2000 | 707.00 | 49.40 | 34,925.80 |
| | McQueen, Ramona A. | 2002 | 265.00 | 8.50 | 2,252.50 |
| | Wlodek, Heather | 2003 | 651.00 | 396.80 | 258,316.80 |
| | Cowherd, Matthew K. | 2005 | 497.00 | 573.10 | 284,830.70 |
| | Hiatt, Eric B. | 2005 | 605.00 | 71.60 | 43,318.00 |
| | Mezibov, Jonathan G. | 2006 | 260.00 | 465.30 | 120,978.00 |
| | Goldmark, Jena B. | 2007 | 475.00 | 508.40 | 241,490.00 |
| | Cayette-Contreras, Roshanda N. | 2007 | 265.00 | 6.40 | 1,696.00 |
| | McCurrach, Elizabeth G. | 2008 | 625.00 | 667.00 | 416,875.00 |
| | Sabella, Michael A. | 2008 | 564.00 | 300.10 | 169,256.40 |
| | Choi, David | 2008 | 605.00 | 210.50 | 127,352.50 |
| | Rovine, Jacqlyn | 2008 | 605.00 | 2.80 | 1,694.00 |
| | Shapiro, Peter B. | 2009 | 605.00 | 619.80 | 374,979.00 |
| | Khan, Ferve E. | 2009 | 605.00 | 481.20 | 291,126.00 |
| | Mattera, Marshall J. | 2009 | 605.00 | 839.90 | 508,139.50 |
| | Nickodem, Robert G. | 2009 | 267.00 | 817.30 | 218,219.10 |
| | Perkins Austin, Francesca | 2009 | 589.00 | 422.20 | 248,675.80 |
| | Roberts, Parker J. | 2009 | 265.00 | 6.40 | 1,696.00 |
| | Rog, Joshua B. | 2010 | 584.00 | 55.60 | 32,470.40 |
| | Rollins, Jennifer B. | 2010 | 260.00 | 676.70 | 175,942.00 |
| | Maytal, Anat | 2010 | 584.00 | 330.80 | 193,187.20 |
| | Mahida, Michelle Marie Hoff | 2010 | 260.00 | 776.20 | 201,812.00 |
| | Iannuzzi, Michael M. | 2010 | 513.00 | 6.10 | 3,129.30 |
| | Boga-Lofaro, Csilla | 2010 | 492.00 | 146.90 | 72,274.80 |
| | Cohen, Ian R. | 2010 | 451.00 | 3.40 | 1,533.40 |
| | Biondo, Lindsay J. | 2010 | 267.00 | 737.80 | 196,992.60 |
| | Bernard, Zachary E. | 2010 | 470.00 | 4.40 | 2,068.00 |
| | Ubaid, Maryland H. | 2010 | 267.00 | 459.40 | 122,659.80 |
| | Hansford, Melissa L. | 2010 | 267.00 | 142.10 | 37,940.70 |
| | Rouach, Sophie | 2010 | 475.00 | 426.40 | 202,540.00 |
| | Bent, Camille C. | 2010 | 564.00 | 682.40 | 384,873.60 |
| | McMillan, David M. | 2010 | 584.00 | 401.10 | 234,242.40 |
| | McGourty, Cara | 2010 | 584.00 | 522.70 | 305,256.80 |
| | Chandler, Tara R. | 2010 | 267.00 | 534.50 | 142,711.50 |
| | Durbin, Damon M. | 2011 | 302.00 | 290.50 | 87,731.00 |
| | Oliva, Frank M. | 2011 | 564.00 | 662.50 | 373,650.00 |
| | White, Jason T. | 2011 | 267.00 | 600.60 | 160,360.20 |
| | Gottesman, Joel D. | 2011 | 267.00 | 577.80 | 154,272.60 |
| | Feldstein, Robyn M. | 2011 | 564.00 | 521.70 | 294,238.80 |
| | Fedeles, Emily R. | 2011 | 564.00 | 146.20 | 82,456.80 |
| | Barhorst, Damon C. | 2011 | 260.00 | 486.90 | 126,594.00 |
| | Crook, Darren A. | 2011 | 359.00 | 3.50 | 1,256.50 |
| | Krishna, Ganesh | 2011 | 564.00 | 605.70 | 341,614.80 |
| | Vonderhaar, Douglas A. | 2011 | 323.00 | 153.10 | 49,451.30 |
| | Shifrin, Maximillian S. | 2011 | 584.00 | 316.90 | 185,069.60 |
| | Sinclair, Jordan A. | 2011 | 487.00 | 209.40 | 101,977.80 |
| | Blanchard, Jason I. | 2011 | 518.00 | 283.60 | 146,904.80 |
| | Slavin, Jeffrey A. | 2011 | 490.00 | 50.10 | 24,549.00 |
| | Patrick, Stacey M. | 2011 | 267.00 | 580.80 | 155,073.60 |
| | Rose, Nicholas M. | 2011 | 584.00 | 182.00 | 106,288.00 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Gallagher, Christopher B. | 2012 | 564.00 | 718.10 | 405,008.40 |
| | Raile, Richard B. | 2012 | 565.00 | 19.10 | 10,791.50 |
| | Rice, David W. | 2012 | 564.00 | 191.90 | 108,231.60 |
| | Hough, Shawn P. | 2012 | 564.00 | 735.50 | 414,822.00 |
| | Ackerman, Stephanie | 2012 | 518.00 | 664.80 | 344,366.40 |
| | Brumbach, Maxim G. | 2013 | 260.00 | 623.50 | 162,110.00 |
| | Charlemagne, Chardaie C. | 2013 | 518.00 | 447.80 | 231,960.40 |
| | Friedman, Matthew B. | 2013 | 538.00 | 452.40 | 243,391.20 |
| | Gillingham, Ross M. | 2013 | 260.00 | 705.90 | 183,534.00 |
| | Weaver, Casey E. | 2013 | 446.00 | 3.70 | 1,650.20 |
| | Sterling, Nichole L. | 2013 | 482.00 | 59.10 | 28,486.20 |
| | Barrow Clark, Erica | 2013 | 497.00 | 4.40 | 2,186.80 |
| | Tanney, Michelle N. | 2013 | 518.00 | 456.60 | 236,518.80 |
| | Mosher, Sarah E. | 2013 | 260.00 | 599.70 | 155,922.00 |
| | Goertemiller, Noah J. | 2014 | 260.00 | 668.40 | 173,784.00 |
| | Trahanas, Elias D. | 2014 | 497.00 | 162.30 | 80,663.10 |
| | Horning, Nathan T. | 2014 | 267.00 | 785.60 | 209,755.20 |
| | Tranbaugh, Mary H. | 2014 | 461.00 | 8.70 | 4,010.70 |
| | Gases, Matthew D. | 2014 | 530.00 | 4.30 | 2,279.00 |
| | Porembski, Daniel P. | 2015 | 260.00 | 126.70 | 32,942.00 |
| | Wallace, Kevin M. | 2015 | 497.00 | 4.30 | 2,137.10 |
| | Weinberg, Lauren R. | 2015 | 497.00 | 124.40 | 61,826.80 |
| | Kennedy, Joyce R. | 2015 | 267.00 | 871.90 | 232,797.30 |
| | Turner, Tara E. | 2015 | 466.00 | 666.70 | 310,682.20 |
| | Howley, Thomas F. | 2015 | 497.00 | 46.70 | 23,209.90 |
| | Serrao, Andrew M. | 2015 | 497.00 | 267.40 | 132,897.80 |
| | Nadworny, Bari R. | 2016 | 482.00 | 136.10 | 65,600.20 |
| | Berry, Joshua L. | 2016 | 260.00 | 552.60 | 143,676.00 |
| | Molony, Matthew E. | 2016 | 260.00 | 697.00 | 181,220.00 |
| | Miguel, Nickoli X. | 2016 | 267.00 | 646.40 | 172,588.80 |
| | Martin, Lauren E. | 2016 | 260.00 | 626.00 | 162,760.00 |
| | Stewart, Matthew L. | 2016 | 260.00 | 649.20 | 168,792.00 |
| | Shalodi, Amani | 2016 | 267.00 | 574.50 | 153,391.50 |
| | Cantu, Michael R. | 2016 | 270.00 | 675.90 | 182,493.00 |
| | Santiago, Anthony R. | 2017 | 267.00 | 78.90 | 21,066.30 |
| | Maw, Darley | 2017 | 505.00 | 33.50 | 16,917.50 |
| | Dindiyal, Ariana G. | 2017 | 435.00 | 337.80 | 146,943.00 |
| | Pollawit, Panida A. | 2017 | 466.00 | 266.90 | 124,375.40 |
| | Satter, Joshua A. | 2017 | 515.00 | 27.80 | 14,317.00 |
| | Stork, Victoria L. | 2017 | 466.00 | 554.20 | 258,257.20 |
| | Fischetti, Chloe S. | 2018 | 426.00 | 588.80 | 250,828.80 |
| | Yantis, Brittany A. | 2019 | 420.00 | 327.80 | 137,676.00 |
| | Gotsis, Christina O. | 2019 | 420.00 | 211.90 | 88,998.00 |
| | Corrigan, Megan A. | 2019 | 420.00 | 134.10 | 56,322.00 |
| | Bordner, Alexa T. | 2019 | 430.00 | 322.00 | 138,460.00 |
| | Hayes, Sarah M. | 2019 | 250.00 | 34.90 | 8,725.00 |
| | Silversmith, Jordan R. | 2019 | 420.00 | 385.80 | 162,036.00 |
| | Cardenas, Samantha A. | #N/A | 260.00 | 484.40 | 125,944.00 |
| | Van Duyn, Audrey J. | #N/A | 430.00 | 225.90 | 97,137.00 |
| | Sternbach, Lauren E. | #N/A | 430.00 | 161.20 | 69,316.00 |
| | Sullivan, Kayley B. | #N/A | 430.00 | 131.50 | 56,545.00 |
| | Waldrop, Patrick R. | #N/A | 430.00 | 18.10 | 7,783.00 |
| Associates Total | | | 409.79 | 36,722.60 | 15,048,424.50 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | McKenna, Patrice M. | #N/A | 292.00 | 525.50 | 153,446.00 |
| | Lasko, Seth D. | #N/A | 385.00 | 39.70 | 15,284.50 |
| | Bookout, Kimberly M. | #N/A | 246.00 | 0.50 | 123.00 |
| | Cabrera, Ramon C. | #N/A | 288.00 | 86.80 | 24,998.40 |
| | Sweet, Karen R. | #N/A | 257.00 | 26.40 | 6,784.80 |
| | Graham, Sonya M. | #N/A | 282.00 | 5.40 | 1,522.80 |
| | Marshall, Amanda S. | #N/A | 200.00 | 17.10 | 3,420.00 |
| | Montani, Christine A. | #N/A | 368.00 | 526.00 | 193,568.00 |
| | Landrio, Nikki M. | #N/A | 397.00 | 477.90 | 189,726.30 |
| | Iskhakova, Yuliya | #N/A | 380.00 | 754.90 | 286,862.00 |
| | von Collande, Constance M. | #N/A | 363.00 | 545.30 | 197,943.90 |
| | Gibbons, Michael E. | #N/A | 403.00 | 33.70 | 13,581.10 |
| | Tineo, Nicole L. | #N/A | 460.00 | 438.30 | 201,618.00 |
| | Nunes, Silas T. | #N/A | 325.00 | 316.50 | 102,862.50 |
| | Stone, Adrian | #N/A | 322.00 | 582.00 | 187,404.00 |
| | Blaber, Theresa A. | #N/A | 358.00 | 25.80 | 9,236.40 |
| | McIntosh, Casey | #N/A | 213.00 | 272.10 | 57,957.30 |
| | Weaver, Scott | #N/A | 353.00 | 349.30 | 123,302.90 |
| | Martin, Joseph D. | #N/A | 256.00 | 6.00 | 1,536.00 |
| | Bryan, Katrina E. | #N/A | 350.00 | 449.80 | 157,430.00 |
| | Chan, Angeline | #N/A | 274.00 | 283.80 | 77,761.20 |
| | Monge, Tirsa | #N/A | 368.00 | 133.10 | 48,980.80 |
| | Kinne, Tanya M. | #N/A | 351.00 | 448.00 | 157,248.00 |
| | Bekier, James M. | #N/A | 468.00 | 324.20 | 151,725.60 |
| | Villamayor, Fidentino L. | #N/A | 385.00 | 533.60 | 205,436.00 |
| | Glanzman, Adam J. | #N/A | 369.00 | 148.10 | 54,648.90 |
| | Fishelman, Benjamin D. | #N/A | 448.00 | 423.20 | 189,593.60 |
| | Oliver-Weeks, Marcella J. | #N/A | 423.00 | 610.00 | 258,030.00 |
| | Reyes, Lucinda A. | #N/A | 207.00 | 358.50 | 74,209.50 |
| | Eyler, Carly D. | #N/A | 154.00 | 5.40 | 831.60 |
| | Szalay, Sarah M. | #N/A | 206.00 | 312.00 | 64,272.00 |
| | Wong, Sun Kei | #N/A | 285.00 | 39.10 | 11,143.50 |
| | LaFalce, Stephen P. | #N/A | 190.00 | 25.10 | 4,769.00 |
| | Clark, Nancy L. | #N/A | 257.00 | 5.40 | 1,387.80 |
| Paralegals, Clerks, Library Staff and Other Non- | | | 353.69 | 9,128.50 | 3,228,645.40 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 810.31 | 18,616.70 | 15,085,294.50 |
| Associates Total | 409.79 | 36,722.60 | 15,048,424.50 |
| | | | |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 353.69 | 9,128.50 | 3,228,645.40 |
| Blended Attorney Rate | 544.53 | | |
| | | | |
| Total Fees Incurred | | 64,467.80 | 33,362,364.40 |

| | | |
|---|---|---|
| **Less 10% Public Interest Discount** | | (3,336,236.44) |
| **Grand Total** | | $ 30,026,127.96 |