# EXHIBIT C

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-SECOND INTERIM PERIOD
OF AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 10,009.10 | 4,790,966.50 |
| 02 | Bankruptcy Court Litigation and Related Matters | 258.60 | 188,768.10 |
| 03 | Feeder Funds | 29.70 | 20,280.20 |
| 05 | Internal Office Meetings with Staff | 686.00 | 402,813.80 |
| 07 | Billing | 965.60 | 384,594.90 |
| 08 | Case Administration | 1,911.50 | 812,443.40 |
| 11 | Press Inquires and Responses | 122.60 | 84,072.50 |
| 12 | Document Review | 11,339.20 | 3,159,843.10 |
| 13 | Discovery - Depositions and Document Productions | 2,133.30 | 1,053,477.80 |
| 14 | International | 165.20 | 99,069.80 |
| 19 | Non-Bankruptcy Litigation | 0.80 | 798.40 |
| 20 | Governmental Agencies | 5.00 | 4,159.80 |
| 21 | Allocation | 3.70 | 3,150.20 |
| 000005 | Customer Claims | 558.20 | 256,276.50 |
| 000007 | Madoff Family | 265.30 | 209,319.50 |
| 000009 | Fairfield Greenwich | 1,287.40 | 920,188.40 |
| 000011 | Cohmad Securities Corporation | 1,084.70 | 676,971.60 |
| 000012 | Picower | 213.40 | 156,040.80 |
| 000013 | Kingate | 167.70 | 105,435.10 |
| 000029 | Rye/Tremont | 561.70 | 312,152.00 |
| 000030 | HSBC | 5,336.30 | 3,207,020.00 |
| 000032 | LuxAlpha/UBS | 807.40 | 633,316.20 |
| 000033 | Nomura Bank International PLC | 79.30 | 42,617.30 |
| 000034 | Citibank | 476.80 | 315,416.70 |
| 000035 | Natixis | 143.60 | 74,755.10 |
| 000036 | Merrill Lynch | 342.70 | 201,098.70 |
| 000037 | ABN AMRO | 1,227.70 | 748,563.80 |
| 000039 | Fortis | 414.00 | 231,885.50 |
| 000051 | Crupi | 52.90 | 38,725.70 |
| 000053 | Magnify | 2,984.90 | 1,871,815.60 |
| 000059 | Stanley Shapiro | 263.60 | 180,540.50 |
| 000060 | Avellino & Bienes | 6,326.50 | 3,753,414.60 |
| 000062 | Subsequent Transfer | 11,303.20 | 6,575,277.30 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 53.60 | 43,131.10 |
| 000065 | Legacy Capital Ltd | 1,355.50 | 904,814.10 |
| 000071 | Square One | 874.60 | 460,058.40 |
| 000073 | BNP Paribas | 127.50 | 86,659.20 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 328.80 | 182,241.80 |
| 000077 | Extraterritoriality Appeal | 200.20 | 170,190.40 |
| | | | |
| Grand Total | | 64,467.80 | 33,362,364.40 |

**Less 10% Public Interest Discount** (3,336,236.44)

**Grand Total** $ 30,026,127.96

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| | **Current Application** | | |
| | Interim Compensation Requested | | $ 30,026,127.96 |
| | Interim Compensation Paid | | (27,023,515.17) |
| | Interim Compensation Deferred | | $ 3,002,612.79 |
| | | | |
| | **Prior Applications** | | |
| | Interim Compensation Requested | | $ 1,157,540,375.46 |
| | Interim Compensation Paid | | $ (1,142,327,217.00) |
| | Interim Compensation Deferred | | $ 15,213,158.46 |