# EXHIBIT D

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-SECOND
INTERIM PERIOD OF AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019

| | | |
|---|---|---:|
| E101 | Copying (E101) | 3,352.80 |
| E102 | Outside Printing (E102) | 4,402.95 |
| E106 | Online Research (E106) | 32,233.88 |
| E107 | Delivery Services/ Messengers (E107) | 5,807.07 |
| E108 | Postage (E108) | 1,239.28 |
| E110 | Out-of-Town Travel (E110) | 53,420.37 |
| E112 | Court Fees (E112) | 7,310.10 |
| E113 | Subpoena Fees (E113) | 1,727.00 |
| E115 | Deposition Transcripts (E115) | 46,876.28 |
| E116 | Trial Transcripts (E116) | 2,946.37 |
| E119 | Experts (E119) | 11,961.58 |
| E120 | Private Investigators (E120) | 1,000.00 |
| E123 | Other Professionals (E123) | 60,043.75 |
| E124 | Other (E124) | 84,564.23 |
| Grand Total | | 316,885.66 |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded     $   18,231,837.73