# Exhibit B

SUMMARY OF THIRTY-FIRST INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019

| Name | Year Admitted | Aug-Nov 2019 Standard Hourly Rate | Aug-Nov 2019 Total Hours Billed | Aug-Nov 2019 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 625.00 | 384.60 | $ 240,375.00 |
| Kim M. Longo | 2002 | 495.00 | 639.90 | $ 316,750.50 |
| Antonio J. Casas | 1992 | 495.00 | 31.80 | $ 15,741.00 |
| **Total Partners** | | | **1,056.30** | **$572,866.50** |
| **Special Counsel** | | | | |
| John J. Tepedino | 2005 | 405.00 | 617.10 | $ 249,925.50 |
| **Total Special Counsel** | | | **617.10** | **$249,925.50** |
| **Associates** | | | | |
| Karen M. Cullen | 1981 | 440.00 | 498.90 | $ 219,516.00 |
| Carol LaFond | 2000 | 410.00 | 572.70 | $ 234,807.00 |
| Lindsay H. Sklar | 2014 | 380.00 | 58.10 | $ 22,078.00 |
| Alan D. Lawn | 2009 | 380.00 | 671.10 | $ 255,018.00 |
| Alex Jonatowski | 2007 | 365.00 | 591.80 | $ 216,007.00 |
| Ariel Kirshenbaum | | 300.00 | 2.00 | $ 600.00 |
| **Total Associates** | | | **2,394.60** | **$948,026.00** |
| **Paraprofessionals** | | | | |
| Joel Solomon | | 250.00 | 1.60 | $ 400.00 |
| Matthew Corwin | | 240.00 | 22.50 | $ 5,400.00 |
| **Total Paraprofessionals** | | | **24.10** | **$ 5,800.00** |

|  | Hours | Total Fees |
|---|---|---|
| **Partners** | 1,056.30 | 572,866.50 |
| **Special Counsel** | 617.10 | 249,925.50 |
| **Associates** | 2,394.60 | 948,026.00 |
| **Paraprofessionals** | 24.10 | 5,800.00 |
| **Blended Attorney Rate** | 435.30 | |
| **Blended Rate All Professionals** | 434.16 | |
| **GRAND TOTAL** | 4,092.10 | $ 1,776,618.00 |

{11778361:1}