**Exhibit C**

SUMMARY OF THIRTY-FIRST INTERIM FEE APPLICATION OF WINDELS
MARX LANE & MITTENDORF, LLP FOR EXPENSES INCURRED FROM
AUGUST 1, 2019 THROUGH AND INCLUDING NOVEMBER 30, 2019

| Code Description | Amount | |
|---|---|---|
| Reproduction | $ | 132.70 |
| Telephone - Reimbursements | $ | 6.74 |
| Postage | $ | 0.50 |
| Air Courier/Messenger | $ | 156.04 |
| Online Research | $ | 7,828.20 |
| Filing Fees | $ | 20.00 |
| Professional Services | $ | 2,083.84 |
| Search Fees | $ | 635.07 |
| **TOTAL** | **$** | **10,863.09** |

{11778361:1}