**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTY-FIRST INTERIM PERIOD OF AUGUST 1, 2019 THROUGH AND INCLUDING NOVEMBER 30, 2019

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 14.00 | $ 6,468.00 |
| | | 007 | Fee Application | 45.50 | 18,982.00 |
| | | 041 | Discovery, Document Review, Document Production | 24.70 | 11,071.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 171.80 | 77,460.00 |
| 14 | Zephyros | 010 | Litigation | 114.40 | 51,490.50 |
| 15 | Mistral | 010 | Litigation | 2.80 | 951.50 |
| 16 | Societe Generale | 010 | Litigation | 13.10 | 5,297.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 2.30 | 678.00 |
| 20 | Coordinated Cases | 010 | Litigation | 3,195.20 | 1,359,698.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 508.30 | 244,520.50 |
| | | | **TOTALS** | **4,092.10** | **$ 1,776,618.00** |

{11778361:1}