| | |
|---|---|
| Baker & Hostetler LLP | Hearing Date: April 29, 2020 |
| 45 Rockefeller Plaza | Hearing Time: 10:00 a.m. (EST) |
| New York, New York 10111 | Objection Deadline: April 22, 2020 |
| Telephone: (212) 589-4200 | Time: 4:00 p.m. (EST) |
| Facsimile: (212) 589-4201 | |

Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**NOTICE OF HEARING ON APPLICATIONS FOR INTERIM COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS FROM AUGUST 1, 2019 THROUGH NOVEMBER 30, 2019**

**PLEASE TAKE NOTICE**, that on **April 29, 2020 at 10:00 a.m.**, a hearing (the "Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the

United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the applications for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by applicants from August 1, 2019 through November 30, 2019 (the "Applications") of the following parties:

**FEES REQUESTED**[1]

| **Applicants** | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee<br>Baker & Hostetler LLP, Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019) | Fees:<br>90%:<br>Expenses: | $30,026,127.96<br>$27,023,515.17<br>$316,885.66 |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $108,636.57<br>$86,909.26<br>$7,061.38 |
| Higgs & Johnson<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $181.45<br>$145.16<br>$0 |
| Soroker Agmon Nordman<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $348,224.99<br>$278,580.00<br>$17,341.92 |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $39,471.26<br>$31,577.01<br>$2,305.53 |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $18,871.20<br>$15,096.96<br>$308.10 |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $1,776,618.00<br>$1,421,294.40<br>$10,863.09 |
| UGGC & Associés<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019 | Fees:<br>80%:<br>Expenses: | $69,388.22<br>$55,510.58<br>$0 |

---

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

2

| | | |
|---|---|---|
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019) | Fees:<br>80%:<br>Expenses: | $327,311.18<br>$261,848.95<br>$489.56 |
| Eugene F. Collins<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019) | Fees:<br>80%:<br>Expenses: | $6,393.65<br>$5,114.92<br>$71.02 |
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019) | Fees:<br>80%:<br>Expenses: | $182,848.50<br>$146,278.80<br>$8,104.56 |
| The Scaletta Law Firm, PLLC<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019) | Fees:<br>80%:<br>Expenses: | $18,589.50<br>$14,871.60<br>$0 |
| SCA Creque<br>Special Counsel to the Trustee<br>(August 1, 2019 through November 30, 2019) | Fees:<br>80%:<br>Expenses: | $10,185.17<br>$8,148.13<br>$0 |
| Ritter Schierscher Rechtsanwalte<br>Special Counsel to the Trustee<br>(June 1, 2019 through November 30, 2019) | Fees:<br>80%:<br>Expenses: | $549.92<br>$439.94<br>$0 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities

Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620,

Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on April 22, 2020**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do not object to the relief requested in the Applications.

| | |
|---|---|
| Dated: New York, New York<br>March 11, 2020 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>Irving H. Picard<br>Email: ipicard@bakerlaw.com<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Seanna R. Brown<br>Email: sbrown@bakerlaw.com<br>Heather R. Wlodek<br>Email: hwlodek@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* |