**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 17, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04889; Picard v. The Estate of Robert Shervyn Savin, et al.**

    A.  Letter to Judge Bernstein requesting Rule 7056-1(a) pre-motion conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 2/10/2020) [ECF No. 86]

    B.    Letter to Judge Bernstein in response to the Trustee's request for a Rule 7056-1(a) pre-motion conference filed by Helen Davis Chaitman on behalf of Barbara L. Savin, The Estate of Robert Shervyn Savin (Filed: 2/12/2020) [ECF No. 90]

**Related Documents**:

    C.    Letter to Hon. Stuart M. Bernstein re: March 17, 2020 conference filed by Helen Davis Chaitman on behalf of Barbara L. Savin, The Estate of Robert Shervyn Savin (Filed: 3/9/2020) [ECF No. 93]

    D.    Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 95]

**Status:**    This matter is going forward.

2. **08-01789; SIPC v. BLMIS**

    A.    Letter to Judge Bernstein re: remaining Chaitman LLP adversary proceedings filed by Nicholas Cremona on behalf of Irving H Picard (Filed: 3/5/2020) [ECF No. 19370]

    B.    Letter in response to Trustee's letter to Judge Bernstein re: remaining Chaitman LLP Adv. Pro. Listed on Exhibit A Filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

**Status:**    This matter is going forward.

Dated: March 16, 2020
New York, New York

By:    */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

2