**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MARCH 18, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04357; Picard v. James Greiff**

    A. Memorandum of Law of Defendant in Support of (A) an Expedited Hearing and (B) Motion for Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference filed by Arthur H. Ruegger on behalf of James Greiff. (Filed: 3/10/2020) [ECF No. 110]

B.  Declaration of Arthur H. Ruegger in Support of Defendant's (A) Request for an Expedited Hearing and (B) Motion for Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference filed by Arthur H. Ruegger on behalf of James Greiff (Filed: 3/10/2020) [ECF No. 116]

**Objections Due**:    March 17, 2020

**Objections Filed**:

C.  Trustee's Memorandum of Law in Opposition to Motion for a Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by District Court on Defendant's Motion to Withdraw the Reference filed by Nicholas Cremona on behalf of Irving H. Picard, (Filed: 3/17/2020) [ECF No. 121]

D.  Declaration of Nicholas J. Cremona in Support of Memorandum of Law in Opposition to Motion for a Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by District Court on Defendant's Motion to Withdraw the Reference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/17/2020) [ECF No. 122]

**Related Documents**:

E.  Notice of Motion and Motion for (A) Expedited Hearing and (B) Stay of Trial Pursuant to Rule 5011(C) Pending Ruling by the District Court on Defendant's Motion to Withdraw the Reference filed by Arthur H. Ruegger on behalf of James Greiff (Filed: 3/10/2020) [ECF No. 114]

F.  Declaration of Arthur H. Ruegger Pursuant to Local Rule 9077-1 in Support of Order to Show Cause Scheduling a Hearing on Shortened Notice on the Defendant's Motion Pursuant to Rule 5011(C) Staying the Proceedings in the Bankruptcy Court filed by Arthur H. Ruegger on behalf of James Greiff (Filed: 3/10/2020) [ECF No. 117]

G.  Order to Show Cause (Filed: 3/10/2020) [ECF No. 118]

**Status**:    This matter is going forward.

2. **10-05257; Picard v. Edward A. Zraick, Jr., et al.**

   A. Zraick Defendants' Motion *in Limine* to Strike the "Supplemental" Expert Reports of Bruce G. Dubinsky and Lisa M. Collura filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr (Filed: 3/4/2020) [ECF No. 117]

   B. Declaration of Robert A. Rich in Support of Zraick Defendants' Motion *in Limine* to Strike the "Supplemental" Expert Reports of Bruce G. Dubinsky and Lisa M. Collura filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 3/4/2020) [ECF No. 119]

   **Objections Due**: March 17, 2020

   **Objections Filed**:

   C. Trustee's Memorandum of Law in Opposition to Zraick Defendants' Motion in Limine to Strike the Supplemental Expert Reports of Bruce G. Dubinsky and Lisa M. Collura filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/17/2020) [ECF No. 127]

   **Related Documents**:

   D. Zraick Defendants' *Ex Parte* Motion to Shorten Notice and For Expedited Hearing on Motion *in Limine* to Strike the "Supplemental" Expert Reports of Bruce G. Dubinsky and Lisa M. Collura filed by Robert A. Rich on behalf of Patricia DeLuca, Karen M. Rich, Nancy Zraick, Edward A. Zraick, Jr. (Filed: 3/4/2020) [ECF No. 118]

   E. Order Shortening Notice Period and Scheduling Expedited Hearing to Consider Approval of Zraick Defendants' Motion *in Limine* to Strike the "Supplemental" Expert Reports of Bruce G. Dubinsky and Lisa M. Collura (Filed: 3/11/2020) [ECF No. 125]

   **Status**: This matter is going forward.

Dated: March 17, 2020
      New York, New York

By:   */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

4