**LATHAM & WATKINS LLP**
Christopher Harris
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (212) 751-4864

*Attorneys for Defendants-Appellees ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>ABN AMRO BANK (IRELAND) LTD., (f/k/a FORTIS PRIME FUND SOLUTIONS BANK (IRELAND) LIMITED) and | Adv. Pro. No. 10-05355 (SMB) |

ABN AMRO CUSTODIAL SERVICES (IRELAND), LTD. (f/k/a FORTIS PRIME FUND SOLUTIONS CUSTODIAL SERVICES (IRELAND) LTD.),

Defendants.

## CERTIFICATE OF SERVICE

I, Christopher Harris, hereby certify that on March 18, 2020, I caused a true and correct copy of Defendants' Counter-Designation of Additional Items to be Included in the Record on Appeal, dated March 18, 2020, to be served via the CM/ECF filing system upon all counsel of record.

Dated: March 18, 2020
New York, New York

**LATHAM & WATKINS LLP**

By: /s/ Christopher Harris
Christopher Harris
885 Third Avenue
New York, New York 10022
Telephone: (212) 906-1200
Facsimile: (751) 751-4864
Email: christopher.harris@lw.com

*Attorneys for ABN AMRO Bank (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Bank (Ireland) Ltd.) (n/k/a ABN AMRO Retained Custodial Services (Ireland) Limited) and ABN AMRO Custodial Services (Ireland) Ltd. (f/k/a Fortis Prime Fund Solutions Custodial Services (Ireland) Ltd.)*