**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>Edward A. Zraick, Jr., *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**ORDER DENYING ZRAICK DEFENDANTS' MOTION *IN LIMINE*
TO STRIKE THE SUPPLEMENTAL EXPERT REPORTS
OF BRUCE G. DUBINSKY AND LISA M. COLLURA**

Upon consideration of the Zraick Defendants' Motion in Limine to Strike the

Supplemental Expert Reports of Bruce G. Dubinsky and Lisa M. Collura (the "Motion"), dated

March 4, 2020 (ECF No. 19360); and a hearing having been held on the Motion on March 18,

2020 (the "Hearing"); and the Court having reviewed the Motion, the Trustee's Memorandum of

Law in Opposition to the Motion (ECF No. 19405), the arguments of counsel at the Hearing, and the record in this case:

**IT IS HEREBY ORDERED** that the Motion is **DENIED**; and

**IT IS HEREBY FURTHER ORDERED**:

1. the Zraick Defendants may depose the Trustee's experts Bruce G. Dubinsky and Lisa M. Collura on their Supplemental Reports within **sixty days** of entry of this Order, provided that this time may be extended by the parties' agreement or court approval if the parties are unable to find a mutually agreeable date for deposition;

2. the Trustee shall make his experts Bruce G. Dubinsky and Lisa M. Collura available for depositions via video-conferencing or other mutually acceptable format;

3. the Trustee shall bear the cost of the court reporter and transcripts of the Zraick Defendants' depositions of experts Bruce G. Dubinsky and Lisa M. Collura; and

4. the trial in the above-captioned proceeding, originally scheduled for May 6 through May 7, 2020, is adjourned *sine die* subject to further Order of this Court.

Dated: March **20th**, 2020  
New York, New York

**/S/ STUART M. BERNSTEIN**  
**THE HONORABLE STUART M. BERNSTEIN**  
**UNITED STATES BANKRUPTCY JUDGE**