**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | |
| v. | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | Adv. Pro. No. 10-04216 (SMB) |
| v. | |
| JO ANN CRUPI and JUDITH BOWEN, | |
| Defendants. | |

**CERTIFICATE OF NO OBJECTION TO TRUSTEE'S MOTION,**
**PURSUANT TO SECTION 105(a) OF THE BANKRUPTCY CODE AND**
**RULES 2002 AND 9019 OF THE FEDERAL RULES OF BANKRUPTCY**
**PROCEDURE, FOR ENTRY OF AN ORDER APPROVING**
**SETTLEMENT AGREEMENT**

1

Irving H. Picard (the "Trustee"), as trustee for the liquidation of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*,

and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his

undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and

respectfully represents:

1.      On February 28, 2020, the Trustee filed the Motion, Pursuant to Section 105(a) of

the Bankruptcy Code and Rules 2002 and 9019 of the Federal Rules of Bankruptcy Procedure,

Approving a Settlement Agreement (the "Motion") (Adv. Pro. No. 10-04216 (SMB), ECF No.

117).

2.      The deadline for filing objections to the Motion expired on March 18, 2020 at

5:00 p.m.  A hearing on the Motion has been scheduled for March 25, 2020 at 10:00 a.m.

3.      Pursuant to the Order Establishing Notice Procedures (*Sec. Inv'r Prot. Corp. v.*

*Bernard L. Madoff Inv. Sec. LLC,* No. 08-1789 (SMB), ECF No. 4560) (the "Notice Order"),

Notice of Motion was provided by U.S. Mail postage prepaid or email to: (i) defendants in the

adversary proceeding; (ii) all parties included in the Master Service List as defined in the Notice

Order; (iii) all parties that filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi)

the Acting United States Attorney for the Southern District of New York; and (vii) SIPC.

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after

expiration of the time to file an objection, and to date, no objection, responsive pleading, or

request for a hearing with respect to the Motion appears thereon.  Additionally, no party has

indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      An electronic copy of the proposed order (the "Order"), that is substantially in the

form of the proposed order that was annexed to the Motion will be submitted to the Court, along

with this certificate.

6.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that

the Order be entered without a hearing.

Dated: March 20, 2020                    Respectfully submitted,
       New York, New York

                                         By:     /s/ Nicholas J. Cremona
                                                 **BAKER & HOSTETLER LLP**
                                                 45 Rockefeller Plaza
                                                 New York, New York 10111
                                                 Telephone: (212) 589-4200
                                                 Facsimile: (212) 589-4201
                                                 David J. Sheehan
                                                 Email:  dsheehan@bakerlaw.com
                                                 Nicholas J. Cremona
                                                 Email: ncremona@bakerlaw.com

                                                 *Attorneys for Irving H. Picard, Trustee for the*
                                                 *Substantively Consolidated SIPA Liquidation of*
                                                 *Bernard L. Madoff Investment Securities LLC*
                                                 *and the Estate of Bernard L. Madoff*