# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

March 23, 2020

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, NY  10004-1408

Re:  *Picard v. Sage Associates, et al.*, Adv. Pro. No. 10-04362 (SMB), *Picard v. Sage Realty, et al.*, Adv. Pro. No. 10-04400 (SMB)

Dear Judge Bernstein:

We are counsel to Irving Picard, Esq., the Trustee for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. The final pre-trial conferences in the above-referenced adversary proceedings have been scheduled for March 25, 2020 (Adv. Pro. 10-04362 (SMB), ECF No. 105; Adv. Pro. No. 10-04400 (SMB), ECF No. 105).

Given the uncertainty created by COVID-19, the Trustee's counsel respectfully requests that the Court adjourn the pre-trial conferences until July 29, 2020 to allow the parties to complete all pre-trial matters. On July 29, the Court and the parties can evaluate the feasibility of a trial and/or necessary arrangements to conduct the trial via video, teleconferencing, or some other means approved by the Court.

The Trustee's counsel also proposes the following schedule for pre-trial matters:

| Pretrial Activity | Deadline |
| --- | --- |
| Parties to Exchange Draft Joint Pre-Trial Order *(45 Days Prior)* | Monday, June 15, 2020 |
| Parties to Exchange Exhibits and Deposition Designations *(30 Days Prior)* | Monday, June 29, 2020 |

Honorable Stuart M. Bernstein
March 23, 2020
Page 2

| | |
|---|---|
| Objections to Exhibits and Deposition Designations to be Exchanged *(14 Days Prior)* | Wednesday, July 15, 2020 |
| Motions in *Limine* Filed *(14 Days Prior)* | Wednesday, July 15, 2020 |
| Oppositions to Motions in *Limine* Filed *(7 Days Prior)* | Wednesday, July 22, 2020 |
| Submit Final Joint Pre-Trial Order to Judge Bernstein's Chambers *(7 Days Prior)* | Wednesday, July 22, 2020 |
| Proposed Pre-Trial Conference Date | Wednesday, July 29, 2020 |

The Trustee contacted counsel for the Defendants and he advised that they are considering the Trustee's proposals. Counsel for the Trustee is available should Your Honor have any questions in connection with the foregoing.

Respectfully submitted,

*/s/ Nicholas J. Cremona*

Nicholas J. Cremona
Partner

cc:   Andrew B. Kratenstein (Email)
      David J. Sheehan, Esq. (Email)
      Kevin H. Bell, Esq. (Email)
      Nathanael S. Kelley, Esq. (Email).