**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**<u>FOR HEARING ON MARCH 25, 2020 AT 10:00 A.M.</u>**

## **CONTESTED MATTERS**

1. **10-04362; Picard v. Sage Associates, et al.; 10-04400; Picard v. Sage Realty, et al.**

    A. Letter to Honorable Stuart M. Bernstein regarding Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/23/2020) [ECF No. 19435]

    B. Letter from Andrew Kratenstein to Honorable Stuart M. Bernstein in response to Trustee's counsel letter dated 3/23/2020 filed by Andrew B. Kratenstein on behalf of Sage Associates, Sage Realty, Malcolm H Sage, Martin A. Sage, and Ann M Sage Passer (Filed: 3/24/2020) [ECF No. 19436]

    Status:         This matter is going forward as a status conference.

Dated: March 24, 2020
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*