**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,Plaintiff-Applicant,v.BERNARD L. MADOFF INVESTMENT SECURITIES LLC,Defendant. | Adv. Pro. No. 08-01789 (SMB)SIPA LIQUIDATION(Substantively Consolidated) |
| In re:BERNARD L. MADOFF,Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,Plaintiff,v.SAGE ASSOCIATES;MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES, INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES; ANDANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES,Defendants. | Adv. Pro. No. 10-04362 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE REALTY;<br><br>MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY, INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;<br><br>MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY; AND<br><br>ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY,<br><br>Defendants. | Adv. Pro. No. 10-04400 (SMB) |

## ORDER SETTING PRE-TRIAL DEADLINES AND
## SCHEDULING FINAL PRE-TRIAL CONFERENCE

THIS MATTER having been scheduled for a final pre-trial conference on March 25, 2020 at 10:00 A.M. before the Court; and the Plaintiff having filed a letter, dated March 23, 2020, requesting adjournment of the final pre-trial conference and the scheduling of certain pre-trial deadlines (the "Plaintiff's Letter"); and the Defendants having filed a letter, dated March 24, 2020, in opposition to the Plaintiff's Letter (the "Defendants' Letter," and, with the Plaintiff's Letter, the "Letters"); and, upon receipt of the Letters, the Court having scheduled a status conference in this matter for March 25, 2020 at 10:00 A.M. (the "Conference"); and counsel for the Plaintiff and

4822-3998-4312.2

counsel for the Defendants having appeared at the Conference and having made oral arguments on the issues raised in the Letters; and the Court, upon due consideration of the Letters and the arguments raised at the Conference, having issued a bench ruling at the conclusion of the Conference; and the Court having directed Plaintiff's counsel to submit an order consistent with the bench ruling issued at the Conference, it is hereby:

**ORDERED**, that the final pre-trial conference in this matter shall commence on August 26, 2020 at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further

**ORDERED**, that the parties shall exchange a draft Joint Pre-Trial Order on or before July 15, 2020; and it is further

**ORDERED**, that the parties shall exchange exhibits and deposition designations on or before July 29, 2020; and it is further

**ORDERED**, that the parties shall exchange objections to exhibits and deposition designations on or before August 7, 2020; and it is further

**ORDERED**, that the parties shall file any motions in limine on or before August 14, 2020; and it is further

**ORDERED**, that the parties shall file any oppositions to motions in limine on or before August 21, 2020; and it is further

**ORDERED**, that the parties shall submit a final Joint Pre-Trial Order to Chambers on or before August 21, 2020; and it is further

**ORDERED**, that this Court shall retain jurisdiction over enforcement and implementation of this Order.

Dated: March 26th, 2020
      New York, New York

/s/ **STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE