UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------ x
SECURITIES INVESTOR PROTECTION
CORPORATION,

                 Plaintiff,

  -against-

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC, et al,

                 Defendants.
------------------------------------------------------------------ x

Index No.: 08-01789 (SMB)

**NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF SERVICE**

**PLEASE TAKE NOTICE** that Jennifer B. Zourigui hereby withdraws her appearance in this case on behalf of Defendants,

- Charles E. Nadler,
- Charles E. Nadler, in his capacity as Personal Representative of the Estate of George E. Nadler and as a subsequent beneficiary,
- George E. Nadler,
- Estate of George E. Nadler,
- Janice H. Nadler, as a subsequent beneficiary,
- Candice Nadler,
- Candice Nadler Revocable Trust DTD 10/18/01,
- Janis Berman,

and requests that she be removed from the ECF service list.

Dated: New York, New York
       March 26, 2020

                                      **INGRAM YUZEK GAINEN
                                       CARROLL & BERTOLOTTI, LLP**

                                       By:   /s/ *Jennifer B. Zourigui*
                                              Jennifer B. Zourigui
                                     Attorneys for Defendants
                                     150 East 42nd Street, 19th Floor
                                     New York, New York 10017
                                     (212) 907-9600

644840_1/99999-0999