**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Maximillian S. Shifrin

Settlement Deadline: April 1, 2020
Time: 12:00 pm

Objections Due: March 31, 2020
Time: 12:00 pm

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>            Plaintiff,<br><br>v.<br><br>DEFENDANTS LISTED ON ECF NO. 14283,<br><br>            Defendants. | |

**NOTICE OF SETTLEMENT OF ORDER GRANTING TRUSTEE'S MOTION FOR**
**FEES AND EXPENSES PURSUANT TO FED. R. CIV. P. 37(a)(5)(B)**

**PLEASE TAKE NOTICE** that pursuant to this Court's March 20, 2020 decision granting the Trustee's Motion for Fees and Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B) (ECF No. 19423) in the above-referenced proceeding, and in accordance with Local Bankruptcy Rule 9074-1(a), the undersigned counsel to Plaintiff Irving H. Picard, as trustee (the "Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff, individually, will present the proposed order, attached hereto as **Exhibit 1** (the "Proposed Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for settlement and signature on **April 1, 2020.**

**PLEASE TAKE FURTHER NOTICE** that the Trustee provided the Proposed Order to counsel for defendants in the above-referenced proceeding but the Trustee has not received consent from defendants for the filing of the attached Proposed Order.

**PLEASE TAKE FURTHER NOTICE** that any counter-proposed orders and/or objections to the proposed order must be in writing and must be filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than **Noon** on **March 31, 2020** and must be served upon (a) Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 1667 K St. N.W., Suite 1000, Washington, D.C. 20006 -1620, Attn: Kevin H. Bell, Esq.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the proposed order.  Unless a counter-proposed order and/or written objection to the proposed order are received before the objection deadline, the

proposed order may be signed and entered.

Dated: New York, New York
       March 30, 2020

                                                    /s/ Nicholas J. Cremona
                                                 **BAKER & HOSTETLER LLP**
                                                 45 Rockefeller Plaza
                                                 New York, New York 10111
                                                 Telephone: (212) 589-4200
                                                 David J. Sheehan
                                                 Email: dsheehan@bakerlaw.com
                                                 Nicholas J. Cremona
                                                 Email: ncremona@bakerlaw.com
                                                 Maximillian S. Shifrin
                                                 Email: mshifrin@bakerlaw.com

                                                 *Attorneys for Irving H. Picard, Trustee for the
                                                 Substantively Consolidated SIPA Liquidation
                                                 of Bernard L. Madoff Investment Securities
                                                 LLC and the Estate of Bernard L. Madoff*

To:

Helen Davis Chaitman
CHAITMAN LLP
465 Park Avenue
New York, New York 10022
(888) 759-1114
Email: hchaitman@chaitmanllp.com

*Counsel for Defendants*

Richard A. Kirby
RKInvest Law
1725 Eye Street, NW
Suite 300
Washington, DC 20006

*Counsel for Helen Davis Chaitman*

3