# EXHIBIT 1

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| | (Substantively Consolidated) |
| Defendant. | |
| In re: BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, | |
| Plaintiff, | |
| v. | |
| DEFENDANTS LISTED ON ECF NO. 14283, | |
| Defendants. | |

**ORDER GRANTING TRUSTEE'S MOTION FOR FEES AND EXPENSES**
**PURSUANT TO FED. R. CIV. P. 37(a)(5)(B)**

Upon consideration of the Trustee's Motion for Fees and Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B), dated November 15, 2019 (ECF No. 19138); and a hearing having been held on the Motion on January 22, 2020 (the "Hearing"); and the Court having reviewed the Motion, the Defendants' Memorandum of Law in Opposition to the Motion (ECF No. 19252), the arguments of counsel at the Hearing, the supplemental submissions by the parties (ECF Nos. 19277 and 19298), and the record in this case; and the Court having issued its Memorandum

Decision Granting Fees and Expenses Pursuant to Fed. R. Civ. P. 37(a)(5)(B) (the "Decision") (ECF No. 19423):

**IT IS HEREBY ORDERED** that the Motion is **GRANTED** to the extent indicated in the Decision; and

**IT IS HEREBY FURTHER ORDERED** that the Trustee is awarded $48,019.75 in attorneys' fees and $9,327.15 in expenses, for a total award of $57,346.90; and

**IT IS HEREBY FURTHER ORDERED** that Helen Davis Chaitman of Chaitman LLP shall personally pay the Trustee the sum of $57,346.90 pursuant to FED. R. CIV. P. 37(a)(5)(B) within 14 days of the entry of this Order; and

**IT IS HEREBY FURTHER ORDERED** that this Court shall retain jurisdiction over enforcement and implementation of this Order.

Dated:  April ___, 2020
        New York, New York

**THE HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

3