# **EXHIBIT B**

**Proposed Order**

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## ORDER AMENDING PRIOR RETENTION ORDER OF
## RETAIN ROBBINS, RUSSELL, ENGLERT, ORSECK, UNTEREINER & SAUBER LLP
## AS SPECIAL COUNSEL

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff to amend the prior order of this Court that approved the retention of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP ("Robbins Russell") as special counsel, and upon the declaration of Mr. Roy T. Englert, Jr. submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Court finds that Robbins Russell is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

3.  The Trustee is authorized to expand the retention of Robbins Russell as special counsel to the Trustee as provided in the Application.

Dated: _____ \_\_\_\_, 2020
 New York, New York

                                                   _____
                                                 HONORABLE STUART M. BERNSTEIN
                                                 UNITED STATES BANKRUPTCY JUDGE