

March 30, 2020

By ECF

The Honorable Stuart M. Bernstein
United States Bankruptcy Judge
United States Bankruptcy Court
  for the Southern District of New York
One Bowling Green
New York, NY 10004-1408

Re:    *Picard v. Defendants Listed on ECF No. 14283*, (Bankr. SDNY) – proposed order

Dear Judge Bernstein:

    We represent Helen Chaitman individually in connection with this sanctions matter. Ms. Chaitman has no objection to the proposed order submitted by the Trustee as ECF No. 19455.

                                                       Respectfully,

                                                       Richard A. Kirby

cc:  All counsel via ECF

1725 Eye Street, NW | Suite 300 | Washington, DC 20006