DENTONS US LLP
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES GREIFF,<br><br>Defendant. | Adv. Pro. No. 10-04357 (SMB) |

**SUPPLEMENTAL DECLARATION OF ARTHUR H. RUEGGER IN SUPPORT**
**OF DEFENDANT'S REPLY MEMORANDUM OF LAW, IN SUPPORT OF**
**MOTION FOR STAY OF PROCEEDINGS, ON THE ISSUE OF THE TRUSTEE'S NOTICE**
**OF DETERMINATION AND ALLEGED PRESERVATION OF THE CUSTOMER CLAIM**

I, Arthur H. Ruegger, hereby declare under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1. I am a Senior Counsel at Dentons US LLP, counsel to defendant, James Greiff. I am a member of the bar of New York and I am admitted to practice in this Court.

2. I submit this declaration in support of Defendant's Reply Memorandum of Law, in Support of Motion for Stay of Proceedings, on the Issue of the Trustee's Notice of Determination and Alleged Preservation of the Customer Claim.

3. Attached hereto as **Exhibit A** is a true and correct copy of the Trustee's Ex-Parte Application for Entry of an Order Approving Form and Manner of Publication and Mailing of Notices, Specifying Procedures for Filing, Determination, and Adjudication of Claims; and Providing Other Relief, filed December 21, 2008 with Exhibits A - H thereto [Main Case ECF No. 8].

4. Attached hereto as **Exhibit B** is a true and correct copy of the initial portion of the the general docket reflecting appearances for the consolidated appeals titled *Securities Investor Protection Corp. v. BLMIS,* Court of Appeals Docket No. 10-2378, from the United States Court of Appeals for the Second Circuit.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 1, 2020
New York, New York

_____
ARTHUR H. RUEGGER