**General Docket**
**Court of Appeals, 2nd Circuit**

| | |
|---|---|
| **Court of Appeals Docket #:** 10-2378 | **Docketed:** 06/16/2010 |
| **Nature of Suit:** 3422 STATUTES-Bkrup Appeals 801 | **Termed:** 08/16/2011 |
| Securities Investor Protection v. Bernard L. Madoff Investment S | |
| **Appeal From:** SDNY (NEW YORK CITY) | |
| **Fee Status:** Paid | |

**Case Type Information:**
  **1)** Bankruptcy
  **2)** Bankruptcy Court
  **3)** none

**Originating Court Information:**
  **District:** 0208-1 : 08-ap-1789
  **Trial Judge:** Burton R. Lifland, U.S. Bankruptcy Judge
  **Date Filed:** 12/11/2008
  **Date Order/Judgment:**                    **Date NOA Filed:**                  **Date Rec'd COA:**
  03/08/2010                                   06/16/2010                            06/16/2010

**Prior Cases:**
  10-974     **Date Filed:** 03/18/2010     **Date Disposed:** 06/16/2010     **Disposition:** Order on mot/pet signed by Jud

**Current Cases:**

| | Lead | Member | Start | End |
|---|---|---|---|---|
| Consolidated | | | | |
| | 10-2378 | 10-2676 | 07/07/2010 | |
| | 10-2378 | 10-2677 | 07/06/2010 | |
| | 10-2378 | 10-2679 | 07/07/2010 | |
| | 10-2378 | 10-2684 | 07/07/2010 | |
| | 10-2378 | 10-2685 | 07/06/2010 | |
| | 10-2378 | 10-2687 | 07/07/2010 | |
| | 10-2378 | 10-2691 | 07/07/2010 | |
| | 10-2378 | 10-2693 | 07/07/2010 | |
| | 10-2378 | 10-2694 | 07/07/2010 | |
| | 10-2378 | 10-2718 | 07/06/2010 | |
| | 10-2378 | 10-3188 | 07/07/2010 | |
| | 10-2378 | 10-3579 | 09/09/2010 | |
| | 10-2378 | 10-3675 | 09/15/2010 | |

| **Panel Assignment:** | Not available |
|---|---|

| | |
|---|---|
| Securities Investor Protection Corporation | Lauren T. Attard, Esq., - |
| Plaintiff - Appellee | Direct: 202-371-8300 |
| | [COR NTC Retained] |
| | Securities Investor Protection Corporation |
| | Suite 1000 |
| | 1667 K Street, NW |
| | Washington, DC 20006 |
| | |
| | Kevin H. Bell, Esq., - |
| | Direct: 202-371-8300 |
| | [COR NTC Retained] |
| | Securities Investor Protection Corporation |
| | Suite 1000 |
| | 1667 K Street, NW |
| | Washington, DC 20006 |
| | |
| | Hemant Sharma, Esq., - |
| | Direct: 202-371-8300 |
| | [NTC -] |
| | Securities Investor Protection Corporation |
| | Suite 1000 |
| | 1667 K Street, NW |
| | Washington, DC 20006 |
| | |
| | Josephine Wang, Esq., - |
| | Direct: 202-371-8300 |
| | [COR NTC Retained] |
| | Securities Investor Protection Corporation |

|                                          | Suite 1000
                                             1667 K Street, NW
                                             Washington, DC 20006 |

--------------------------

| BLMIS claimants<br>     Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>Becker & Poliakoff, LLP<br>45 Broadway<br>New York, NY 10006 |

Karen E. Wagner, Esq., -
Direct: 212-450-4404
[COR LD NTC Retained]
Davis Polk & Wardwell LLP
450 Lexington Avenue
New York, NY 10017

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR NTC Retained]
Shearman & Sterling LLP
599 Lexington Avenue
New York, NY 10022

Brian Neville, Esq., -
Direct: 212-696-1999
[COR NTC Retained]
Lax & Neville, LLP
Suite 1407
1412 Broadway
New York, NY 10018

| Sterling Equities Associates<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| Arthur Sidney Friedman<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| David Katz<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| Gregory Katz<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| Michael Katz<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| Saul Katz<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| L. Thomas Osterman<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404<br>[COR LD NTC Retained]<br>(see above) |

| Marvin Tepper<br>     Appellant | Karen E. Wagner, Esq., -<br>Direct: 212-450-4404 |

[COR LD NTC Retained]
(see above)

Fred Wilpon                                    Karen E. Wagner, Esq., -
    Appellant                     Direct: 212-450-4404
                                               [COR LD NTC Retained]
                                               (see above)

Jeff Wilpon                                    Karen E. Wagner, Esq., -
    Appellant                     Direct: 212-450-4404
                                               [COR LD NTC Retained]
                                               (see above)

Richard Wilpon                                 Karen E. Wagner, Esq., -
    Appellant                     Direct: 212-450-4404
                                               [COR LD NTC Retained]
                                               (see above)

Mets Limited Partnership                       Karen E. Wagner, Esq., -
    Appellant                     Direct: 212-450-4404
                                               [COR LD NTC Retained]
                                               (see above)

Diane Peskin                                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Roger Peskin                                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Maureen Ebel                                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Alan English                                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Rita English                                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Michael Epstein                                Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Joan Epstein                                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Donald A. Benjamin                             Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

David Wingate                                  Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Sandra Busel Revocable Trust                   Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Joel Busel Revocable Trust                     Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Martin Lifton                                  Helen Davis Chaitman, Esq., -
    Appellant                     [COR LD NTC Retained]
                                               (see above)

Robert F. Ferber
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Armand Lindenbaum
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Linda Waldman
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Mike Stein
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Norman Feinberg
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Sondra Feinberg
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Chaitmani/Schwebel LLC
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Ronald Gene Wohl Credit Shelter Trust
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Theresa Rose Ryan
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Thomas A. Sherman
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Barbara Vogel
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Robert J. Vogel
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Howard Israel
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Nancy Feldman
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

David Glodstein
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Susan Glodstein
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Brad E. Avergon
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Cynthia B. Avergon
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Ronnie Sue Ambrosino                          Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Gross Associates                              Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Sanford Harwood                               Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Stephen Ehrlich                               Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Leslie Ehrlich                                Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Dara Norman Simons                            Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Hannah P. Norman Revocable Trust              Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Paul Allen                                    Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Allen Family Trust                            Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Cynthia Arenson                               Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Ted Arenson                                   Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Jacqueline Avergon                            Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Robert Avergon                                Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

William I. Bader                              Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Berkowitz-Blau Foundation, Inc.               Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Morrey Berkwitz                               Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Roz Bessel                                    Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Hemy Bessel                                   Helen Davis Chaitman, Esq., -
        Appellant                             [COR LD NTC Retained]
                                              (see above)

Michael Brillante                                      Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Anna Cohn                                              Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Russell Dusek                                          Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Sabra and Marvin Englebardt Retirement Plan            Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Alan English                                           Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Ritz English                                           Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Mark Feldman                                           Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Leonard Forrest Revocable Trust                        Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Barbara Gaba                                            Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Richard Gaba                                            Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Sol Ganes                                              Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Kuntzman Family LLC                                    Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Carla Ginsburg                                         Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Sidney Glodstein                                       Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Elaine Glodstein                                       Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Leslie Goldsmith                                       Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

Susan Greer                                            Helen Davis Chaitman, Esq., -
    Appellant                      [COR LD NTC Retained]
                                                       (see above)

WDG Associates Inc. Retirement Trust
    Appellant

Helen Davis Chaitman, Esq., -
[COR LD NTC Retained]
(see above)

Robert Halio                                    Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Estelle Harwood Family LP                       Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Sanford Harwood Family LP                       Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Toby Harwood                                    Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Annette Jungreis Trust                          Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Irving Jungreis Trust                           Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Saulius Kajota                                  Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Carol Kamenstein                                Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Sloan Kamenstein                                Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Tracy Kamenstein                                Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Ken Kohl                                        Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Myrna Kohl                                      Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Miller Partnership                              Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Miller Trust Partnership                        Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Mishkin Family Trust                            Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

Grace Mishkin                                   Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

William Mishkin                                 Helen Davis Chaitman, Esq., -
        Appellant                               [COR LD NTC Retained]
                                                (see above)

| | |
|---|---|
| Carol Nelson<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Stanley Nelson<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Martin R. Harnick<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Steven Norton<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Preffer Family Trust<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Realty Negotiators Inc. Defined Benefit Plan<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Defined Benefit Plan<br>**Terminated:** 06/28/2010<br>Appellant | |
| Marvin Plateis<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Roberta Plateis<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Alan Rosenthal<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Linda Rosenthal<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Helen Saren-Lawrence<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Elaine Schaffer Revocable Trust<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Elaine Ruth Schaffer<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Alice Schindler<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Jeffrey Shankman<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Herbert Silvera<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Shirley Stone<br>Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |

| | |
|---|---|
| Gunther Unflat<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Carla Szymanski Revocable Trust<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Whitman Partnership<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Wohl George Partners LP<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Robert Yaffe<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Trangle Properties #39<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| R.R. Rosenthal Associates<br>    Appellant | Helen Davis Chaitman, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Michael Schur<br>    Appellant | David B. Bernfeld, Attorney<br>Direct: 212-661-1661<br>[COR LD NTC Retained]<br>Bernfeld, Dematteo & Bernfeld LLP<br>suite 1500<br>600 3rd Avenue<br>New York, NY 10016 |
| Edith A. Schur<br>    Appellant | David B. Bernfeld, Attorney<br>Direct: 212-661-1661<br>[COR LD NTC Retained]<br>(see above) |
| Lawrence Elins<br>    Appellant | David Parker, Esq., -<br>[COR LD NTC Retained]<br>Kleinberg, Kaplan, Wolff & Cohen, P.C.<br>551 5th Avenue<br>New York, NY 10176 |
| Malibu Trading and Investing, L.P.<br>    Appellant | David Parker, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Mary Albanese<br>    Appellant | Brian Neville, Esq., -<br>Direct: 212-696-1999<br>[COR LD NTC Retained]<br>(see above)<br><br>Barry R. Lax, Esq., -<br>[COR NTC Retained]<br>Lax & Neville, LLP<br>1412 Broadway<br>New York, NY 10018<br><br>Brian Maddox, Esq., -<br>Direct: 212-696-1999<br>[COR NTC Retained]<br>Lax & Neville, LLP<br>Suite 1407<br>1412 Broadway<br>New York, NY 10018 |

The Brown Family Partnership
    Appellant

Brian Neville, Esq., -
Direct: 212-696-1999
[COR LD NTC Retained]
(see above)

Barry R. Lax, Esq., -
[COR NTC Retained]
(see above)

Brian Maddox, Esq., -
Direct: 212-696-1999
[COR NTC Retained]
(see above)

Allen Goldstein
    Appellant

Brian Neville, Esq., -
Direct: 212-696-1999
[COR LD NTC Retained]
(see above)

Barry R. Lax, Esq., -
[COR NTC Retained]
(see above)

Brian Maddox, Esq., -
Direct: 212-696-1999
[COR NTC Retained]
(see above)

Laurence Kaye
    Appellant

Brian Neville, Esq., -
Direct: 212-696-1999
[COR LD NTC Retained]
(see above)

Barry R. Lax, Esq., -
[COR NTC Retained]
(see above)

Brian Maddox, Esq., -
Direct: 212-696-1999
[COR NTC Retained]
(see above)

Suzanne Kaye
    Appellant

Brian Neville, Esq., -
Direct: 212-696-1999
[COR LD NTC Retained]
(see above)

Barry R. Lax, Esq., -
[COR NTC Retained]
(see above)

Brian Maddox, Esq., -
Direct: 212-696-1999
[COR NTC Retained]
(see above)

Rose Less
    Appellant

Brian Neville, Esq., -
Direct: 212-696-1999
[COR LD NTC Retained]
(see above)

Barry R. Lax, Esq., -
[COR NTC Retained]
(see above)

Brian Maddox, Esq., -
Direct: 212-696-1999
[COR NTC Retained]
(see above)

Gordon Bennett
    Appellant

Brian Neville, Esq., -
Direct: 212-696-1999

|  | [COR LD NTC Retained]<br>(see above) |
|---|---|
|  | Barry R. Lax, Esq., -<br>[COR NTC Retained]<br>(see above) |
|  | Brian Maddox, Esq., -<br>Direct: 212-696-1999<br>[COR NTC Retained]<br>(see above) |
| The Aspen Company<br>    Appellant | Matthew Gluck, Esq., -<br>Direct: 212-946-9411<br>[COR LD NTC Retained]<br>Milberg LLP<br>1 Penn Plaza<br>New York, NY 10119 |
|  | Parvin K. Aminolroaya, Esq., -<br>[COR NTC Retained]<br>Seeger Weiss LLP<br>77 Water Street<br>New York, NY 10005 |
|  | Jonathan M. Landers, Esq., -<br>Direct: 212-946-9410<br>[NTC -]<br>Milberg LLP<br>49th Floor<br>1 Penn Plaza<br>New York, NY 10119 |
|  | Christopher M. Van de Kieft, Esq., -<br>Direct: 212-584-0700<br>[COR NTC Retained]<br>Seeger Weiss LLP<br>77 Water Street<br>New York, NY 10005 |
|  | Stephen A. Weiss, Esq., -<br>Direct: 212-584-0700<br>[COR NTC Retained]<br>Seeger Weiss LLP<br>26th Floor<br>77 Water Street<br>New York, NY 10005 |
|  | Jennifer Leigh Young, Esq., -<br>Direct: 646-733-5718<br>[NTC -]<br>Milberg LLP<br>48th Floor<br>1 Penn Plaza<br>New York, NY 10119 |
| Ann Denver<br>    Appellant | Matthew Gluck, Esq., -<br>Direct: 212-946-9411<br>[COR LD NTC Retained]<br>(see above) |
|  | Parvin K. Aminolroaya, Esq., -<br>[COR NTC Retained]<br>(see above) |
|  | Brad N. Friedman, Esq., -<br>Direct: 212-594-5300<br>[NTC -]<br>Milberg LLP<br>1 Penn Plaza<br>New York, NY 10119 |

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Norton Eisenberg
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Export Technicians Inc.
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Stephen R. Goldenberg
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Judith Rock Goldman
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]

(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Albert J. Goldstein, U/W FBO Ruth E. Goldstein
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Jerry Guberman
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700

[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Anita Karimian
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Michael Mathias
    Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -

|  |  |
|---|---|
|  | Direct: 646-733-5718<br>[NTC -]<br>(see above) |
| Stacey Mathias<br>    Appellant | Matthew Gluck, Esq., -<br>Direct: 212-946-9411<br>[COR LD NTC Retained]<br>(see above) |
|  | Parvin K. Aminolroaya, Esq., -<br>[COR NTC Retained]<br>(see above) |
|  | Brad N. Friedman, Esq., -<br>Direct: 212-594-5300<br>[NTC -]<br>(see above) |
|  | Jonathan M. Landers, Esq., -<br>Direct: 212-946-9410<br>[NTC -]<br>(see above) |
|  | Christopher M. Van de Kieft, Esq., -<br>Direct: 212-584-0700<br>[COR NTC Retained]<br>(see above) |
|  | Stephen A. Weiss, Esq., -<br>Direct: 212-584-0700<br>[COR NTC Retained]<br>(see above) |
|  | Jennifer Leigh Young, Esq., -<br>Direct: 646-733-5718<br>[NTC -]<br>(see above) |
| Martin Rappaport<br>    Appellant | Matthew Gluck, Esq., -<br>Direct: 212-946-9411<br>[COR LD NTC Retained]<br>(see above) |
|  | Parvin K. Aminolroaya, Esq., -<br>[COR NTC Retained]<br>(see above) |
|  | Brad N. Friedman, Esq., -<br>Direct: 212-594-5300<br>[NTC -]<br>(see above) |
|  | Jonathan M. Landers, Esq., -<br>Direct: 212-946-9410<br>[NTC -]<br>(see above) |
|  | Christopher M. Van de Kieft, Esq., -<br>Direct: 212-584-0700<br>[COR NTC Retained]<br>(see above) |
|  | Stephen A. Weiss, Esq., -<br>Direct: 212-584-0700<br>[COR NTC Retained]<br>(see above) |
|  | Jennifer Leigh Young, Esq., -<br>Direct: 646-733-5718<br>[NTC -]<br>(see above) |

10-2378 Docket                                                                                          Page 17 of 56
   08-01789-cgm    Doc 19463-2    Filed 04/01/20    Entered 04/01/20 16:53:11    Exhibit B
                                       Pg 17 of 25

Paul J. Robinson
        Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Bernard Seldon
        Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Harold A. Thau
        Appellant

Matthew Gluck, Esq., -
Direct: 212-946-9411
[COR LD NTC Retained]
(see above)

Parvin K. Aminolroaya, Esq., -
[COR NTC Retained]
(see above)

Brad N. Friedman, Esq., -
Direct: 212-594-5300
[NTC -]
(see above)

Jonathan M. Landers, Esq., -
Direct: 212-946-9410
[NTC -]
(see above)

Christopher M. Van de Kieft, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Stephen A. Weiss, Esq., -
Direct: 212-584-0700
[COR NTC Retained]
(see above)

Jennifer Leigh Young, Esq., -
Direct: 646-733-5718
[NTC -]
(see above)

Herbert Barbanel
    Appellant

Chryssa V. Valletta, Esq., -
[COR LD NTC Retained]
Phillips Nizer LLP
666 5th Avenue
New York, NY 10103

Alice Barbanel
    Appellant

Chryssa V. Valletta, Esq., -
[COR LD NTC Retained]
(see above)

Carl J. Shapiro
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR LD NTC Retained]
(see above)

Andrew Jaffe Trust, U/D/T DTD 5/12/75 As Amended
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR LD NTC Retained]
(see above)

Andrew N. Jaffe 1993 Irrev. Trust, U/D/T DTD 6/11/93 As Amended
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR LD NTC Retained]
(see above)

Carl Shapiro Trust, U/D/T 4/9/03
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR LD NTC Retained]
(see above)

Carl Shapiro and Ruth Shapiro Family Foundation
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR LD NTC Retained]
(see above)

Ellen Jaffe Trust, U/D/T DTD 5/8/03 As Amended
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424
[COR LD NTC Retained]
(see above)

Jaffe Family 2004 Irrevocable Trust
    Appellant

Stephen Fishbein, Esq., -
Direct: 212-848-4424

|                                                                 | [COR LD NTC Retained]<br>(see above)                                        |
| --------------------------------------------------------------- | --------------------------------------------------------------------------- |
| Jaffe GC-1 LLC<br>    Appellant             | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Jennifer Segal Herman Trust, U/D/T DTD 5/1/67 As Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Jennifer Segal Herman 1985 Trust Dated 4/16/84<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Jonathan M. Segal Trust, U/D/T DTD 12/1/70<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Jonathan M. Segal 1989 Trust, U/D/T DTD 3/8/89 As Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Jonathan M. Segal 2007 Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Kimberly Strauss 1988 Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Kimberly Strauss 2006 Irrevocable Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| L. Shapiro Family Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Linda Shapiro Family Trust Dated 12/03/76<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Linda Shapiro Waintrup 1992 Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| LSW 2006 Irrevocable Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Michael S. Jaffe Trust, U/D/T 9/25/71 As Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Michael Jaffe 1989 Trust, U/D/T DTD 8/24/89 As Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424 |

10-2378 Docket                                                        Page 20 of 56
  08-01789-cgm    Doc 19463-2    Filed 04/01/20    Entered 04/01/20 16:53:11    Exhibit B
                   Pg 20 of 25

|  |  |
|---|---|
|  | [COR LD NTC Retained]<br>(see above) |
| Michael S. Jaffe 2007 Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Rhonda Shapiro Zinner 1993 Trust, U/D/T DTD 7/7/93 As<br>Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| RSZ-JSH Partnership<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Ruth Shapiro Trust, U/D/T 4/9/03<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Samantha Strauss 1985 Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Samantha L. Strauss 2003 Irrevocable Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Shapiro Family CLAT Joint Venture<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Shapiro Family Ltd. Partnership<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Shapiro GGC-1 LLC<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Steven C. Jaffe Trust, U/D/T DTD 9/25/71 As Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Steven Jaffe 1989 Trust, U/D/T DTD 8/24/89 As Amended<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Steven C. Jaffe 2007 Trust<br>    Appellant | Stephen Fishbein, Esq., -<br>Direct: 212-848-4424<br>[COR LD NTC Retained]<br>(see above) |
| Michael Mann<br>    Appellant | Carole Neville, Esq., -<br>[COR LD NTC Retained]<br>Dentons US LLP<br>1221 Avenue of the Americas<br>New York, NY 10020 |
| Meryl Mann<br>    Appellant |  |

|                                                                              | Carole Neville, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| --- | --- |
| Barry Weisfeld<br>    Appellant | Carole Neville, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Marsha Peshkin IRA<br>    Appellant | Carole Neville, Esq., -<br>[COR LD NTC Retained]<br>(see above) |
| Ellen G. Victor, in her capacity as holder of Bernard L. Madoff<br>Investment Securities LLC Accounts 1-ZA128-3 and 1-ZA128-4<br>    Appellant | Kelly A. Librera, Esq., -<br>Direct: 212-294-4622<br>[COR LD NTC Retained]<br>Winston & Strawn LLP<br>200 Park Avenue<br>New York, NY 10166 |
| Donald G. Rynne<br>    Appellant | Jeffrey A. Mitchell, Esq., -<br>[COR LD NTC Retained]<br>Gibbons P.C.<br>1 Pennsylvania Plaza<br>New York, NY 10119 |
| Jeffrey A. Berman<br>    Appellant | Daniel M. Glosband, Esq., -<br>Direct: 617-570-1000<br>[COR LD NTC Retained]<br>Goodwin Procter LLP<br>100 Northern Avenue<br>Boston, MA 02210<br><br>Larkin M. Morton, Esq., -<br>Direct: 212-813-8800<br>[NTC Retained]<br>Goodwin Procter LLP<br>The New York Times Building<br>620 8th Avenue<br>New York, NY 10018 |
| Russell deLucia<br>    Appellant | Daniel M. Glosband, Esq., -<br>Direct: 617-570-1000<br>[COR LD NTC Retained]<br>(see above)<br><br>Larkin M. Morton, Esq., -<br>Direct: 212-813-8800<br>[NTC Retained]<br>(see above) |
| Normal I. Lesser Rev. 11/97 Rev. Trust<br>    Appellant | Daniel M. Glosband, Esq., -<br>Direct: 617-570-1000<br>[COR LD NTC Retained]<br>(see above)<br><br>Larkin M. Morton, Esq., -<br>Direct: 212-813-8800<br>[NTC Retained]<br>(see above) |
| Paula E. Lesser 11/97 Rev. Trust<br>    Appellant | Daniel M. Glosband, Esq., -<br>Direct: 617-570-1000<br>[COR LD NTC Retained]<br>(see above)<br><br>Larkin M. Morton, Esq., -<br>Direct: 212-813-8800<br>[NTC Retained]<br>(see above) |
| Lawrence R. Velvel<br>    Appellant | Lawrence Robert Velvel, Esq., -<br>Direct: 978-681-0800 |

|  |  |
|---|---|
|  | [COR LD Retained]<br>Massachusetts School of Law<br>500 Federal Street<br>Andover, MA 01810 |
| Lee Mellis<br>    Appellant | Stan Cohen, Esq., -<br>Direct: 212-686-8200<br>[COR LD NTC Retained]<br>Stan Cohen, Esq.<br>Suite 4-F<br>Firm: 212-686-8200<br>41 Park Avenue<br>New York, NY 10016 |
| Jean Pomerantz<br>    Appellant | Stan Cohen, Esq., -<br>Direct: 212-686-8200<br>[COR LD NTC Retained]<br>(see above) |
| Bonnie Savitt<br>    Appellant | Stan Cohen, Esq., -<br>Direct: 212-686-8200<br>[COR LD NTC Retained]<br>(see above) |

------------------------------

James H. Cohen Special Trust
**Terminated:** 10/05/2010
    Creditor

| Bernard L. Madoff Investment Securities LLC<br>    Defendant - Appellee | Mark W. Smith, Esq., -<br>Direct: 212-755-5200<br>[COR LD NTC Retained]<br>Smith Valliere, PLLC<br>12th Floor<br>1501 Broadway<br>New York, NY 10036 |
|---|---|

--------------------------

| Irving H. Picard<br>    Appellee | David J. Sheehan, Esq., -<br>Direct: 212-589-4200<br>[COR LD NTC Retained]<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
|---|---|
|  | Seanna R. Brown, Esq., -<br>Direct: 212-589-4200<br>[NTC -]<br>Baker & Hostetler LLP<br>45 Rockefeller Plaza<br>New York, NY 10111 |
|  | Wendy J. Gibson, Esq., -<br>Direct: 216-861-7650<br>[COR NTC Retained]<br>Baker & Hostetler LLP<br>Suite 3200<br>Key Tower, 127 Public Square<br>Cleveland, OH 44114 |
|  | Thomas D. Warren, Esq., -<br>[COR NTC Retained]<br>Baker & Hostetler LLP<br>Key Tower, 127 Public Square<br>Cleveland, OH 44114 |
| Network For Investor Action And Protection<br>    Amicus Curiae | Lawrence Robert Velvel, Esq., -<br>Direct: 978-681-0800<br>[COR LD NTC Retained]<br>(see above) |

| United States Securities and Exchange Commission<br>Amicus Curiae | Katharine B. Gresham, United States Attorney<br>Direct: 202-551-5148<br>[COR LD NTC Retained]<br>United States Securities and Exchange Commission<br>8116<br>100 F Street, NE<br>Washington, DC 20549<br><br>Michael Andrew Conley, Solicitor<br>Direct: 202-551-5127<br>[NTC US Attorney]<br>United States Securities and Exchange Commission<br>100 F Street, NE<br>Washington, DC 20549 |

In Re: Bernard L. Madoff Investment Securities LLC,

      Debtor.

| Date | Doc | Description |
|---|---|---|
| 06/16/2010 | ☐ 1<br>238 pg, 1.3 MB | NOTICE OF BANKRUPTCY APPEAL, with bankruptcy court docket, on behalf of Appellant BLMIS claimants, FILED. [54158] [10-2378]--[Edited 06/17/2010 by YL] [Entered: 06/17/2010 10:18 AM] |
| 06/23/2010 | ☐ 2<br>18 pg, 165.38 KB | MOTION, to amend caption, on behalf of Appellant BLMIS claimants, FILED. Service date 06/23/2010 by CM/ECF. [57282] [10-2378] [Entered: 06/23/2010 11:46 AM] |
| 06/24/2010 | ☐ 7<br>1 pg, 22.04 KB | MOTION ORDER, granting motion to amend caption filed by Appellant BLMIS claimants, (RCW), FILED. [57881][7] [10-2378] [Entered: 06/24/2010 10:10 AM] |
| 06/24/2010 | ☐ 8<br>1 pg, 28.82 KB | CAPTION, pursuant to the Order filed 6/24/2010, AMENDED.[57882] [10-2378] [Entered: 06/24/2010 10:11 AM] |
| 06/28/2010 | ☐ 10<br>455 pg, 2.25 MB | FORM C, on behalf of Appellant Lawrence Elins and Malibu Trading and Investing, L.P., FILED. Service date 06/28/2010 by CM/ECF.[59887] [10-2378] [Entered: 06/28/2010 03:13 PM] |
| 06/28/2010 | ☐ 11<br>1 pg, 36.93 KB | ACKNOWLEDGMENT AND NOTICE OF APPEARANCE, on behalf of Appellant Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein, Jerry Guberman, Anita Karimian, Michael Mathias, Stacey Mathias, Martin Pappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau and The Aspen Company, FILED. Service date 06/28/2010 by CM/ECF. [59895] [10-2378] [Entered: 06/28/2010 03:17 PM] |
| 06/28/2010 | ☐ 12<br>313 pg, 1.65 MB | FORM C, on behalf of Appellant Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein, Jerry Guberman, Anita Karimian, Michael Mathias, Stacey Mathias, Martin Pappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau and The Aspen Company, FILED. Service date 06/28/2010 by CM/ECF.[59911] [10-2378] [Entered: 06/28/2010 03:28 PM] |
| 06/28/2010 | ☐ 13<br>2 pg, 47.56 KB | FORM D, on behalf of Appellant Ann Denver, Norton Eisenberg, Export Technicians Inc., Stephen R. Goldenberg, Judith Rock Goldman, Albert J. Goldstein, Jerry Guberman, Anita Karimian, Michael Mathias, Stacey Mathias, Martin Pappaport, Paul J. Robinson, Bernard Seldon, Harold A. Thau and The Aspen Company, FILED. Service date 06/28/2010 by CM/ECF.[59914] [10-2378] [Entered: 06/28/2010 03:30 PM] |
| 06/28/2010 | ☐ 15<br>423 pg, 1.42 MB | FORM C, on behalf of Appellant Paul Allen, Allen Family Trust, Ronnie Sue Ambrosino, Annette Jungreis Trust, Cynthia Arenson, Ted Arenson, Brad E. Avergon, Cynthia B. Avergon, Jacqueline Avergon, Robert Avergon, BLMIS claimants, William I. Bader, Donald A. Benjamin, Berkowitz-Blau Foundation, Inc., Morrey Berkwitz, Hemy Bessel, Roz Bessel, Michael Brillante, Carla Szymanski Revocable Trust, ChaitmaniSchwebel LLC, Anna Cohn, Russell Dusek, Maureen Ebel, Leslie Ehrlich, Stephen Ehrlich, Elaine Schaffer Revocable Trust, Alan English, Alan English, Rita English, Ritz English, Joan Epstein, Michael Epstein, Estelle Harwood Family LP, Norman Feinberg, Sondra Feinberg, Mark Feldman, Nancy Feldman, Robert F. Ferber, Barbara Gaba, Richard Gaba, Sol Ganes, Carla Ginsburg, David Glodstein, Elaine Glodstein, Sidney Glodstein, Susan Glodstein, Leslie Goldsmith, Susan Greer, Gross Associates, Robert Halio, Hannah P. Norman Revocable Trust, Martin R. Harnick, Sanford Harwood, Toby Harwood, Irving Jungreis Trust, Howard Israel, Joel Busel Revocable Trust, Saulius Kajota, Carol Kamenstein, Sloan Kamenstein, Tracy Kamenstein, Ken Kohl, Myrna Kohl, Kuntzman Family LLC, Leonard Forrest Revocable Trust, Martin Lifton, Armand Lindenbaum, Miller Partnership, Miller Trust Partnership, Grace Mishkin, William Mishkin, Mishkin Family Trust, Carol Nelson, Stanley Nelson, Steven Norton, Diane Peskin, Roger Peskin, Marvin Plateis, Roberta Plateis, Preffer Family Trust, R.R. Rosenthal Associates, Realty Negotiators Inc. Defined Benefit Plan, Ronald Gene Wohl Credit Shelter Trust, Alan Rosenthal, Linda Rosenthal, Theresa Rose Ryan, Sabra and Marvin Englebardt Retirement Plan, Sandra Busel Revocable Trust, Sanford Harwood Family LP, Helen Saren-Lawrence, Elaine Ruth Schaffer, Alice Schindler, Jeffrey Shankman, Thomas A. Sherman, Herbert Silvera, Dara Norman Simons, Mike Stein, Shirley Stone, Trangle Properties #39, Gunther Unflat, Barbara Vogel, Robert J. Vogel, WDG Associates Inc. Retirement Trust, Linda Waldman, Whitman Partnership, David Wingate, Wohl George Partners LP and Robert Yaffe, FILED. Service date 06/28/2010 by CM/ECF.[59954] [10-2378] [Entered: 06/28/2010 03:45 PM] |
| 06/28/2010 | ☐ 16<br>2 pg, 45.51 KB | FORM D, on behalf of Appellant Paul Allen, Allen Family Trust, Ronnie Sue Ambrosino, Annette Jungreis Trust, Cynthia Arenson, Ted Arenson, Brad E. Avergon, Cynthia B. Avergon, Jacqueline Avergon, Robert Avergon, BLMIS claimants, William I. Bader, Donald A. Benjamin, Berkowitz-Blau Foundation, Inc., Morrey Berkwitz, Hemy Bessel, Roz Bessel, Michael Brillante, Carla Szymanski Revocable Trust, ChaitmaniSchwebel LLC, Anna Cohn, Russell Dusek, Maureen Ebel, Leslie Ehrlich, Stephen Ehrlich, Elaine Schaffer Revocable Trust, Alan English, Alan English, Rita English, Ritz English, Joan Epstein, Michael Epstein, Estelle Harwood Family LP, Norman Feinberg, Sondra Feinberg, Mark Feldman, Nancy Feldman, Robert F. Ferber, Barbara Gaba, Richard Gaba, Sol Ganes, Carla Ginsburg, David Glodstein, Elaine Glodstein, Sidney Glodstein, Susan Glodstein, Leslie Goldsmith, Susan Greer, Gross Associates, Robert Halio, Hannah P. Norman Revocable Trust, Martin R. Harnick, Sanford Harwood, Toby Harwood, Irving Jungreis Trust, Howard Israel, Joel Busel Revocable Trust, Saulius Kajota, Carol Kamenstein, Sloan Kamenstein, Tracy Kamenstein, Ken Kohl, Myrna Kohl, Kuntzman Family LLC, Leonard Forrest Revocable Trust, Martin Lifton, Armand Lindenbaum, Miller Partnership, Miller Trust Partnership, Grace Mishkin, William Mishkin, Mishkin Family Trust, Carol Nelson, Stanley Nelson, Steven Norton, Diane Peskin, Roger Peskin, Marvin Plateis, Roberta Plateis, Preffer Family Trust, R.R. Rosenthal Associates, Realty Negotiators Inc. Defined Benefit Plan, Ronald Gene Wohl Credit Shelter Trust, Alan Rosenthal, Linda Rosenthal, Theresa Rose Ryan, Sabra and Marvin Englebardt Retirement Plan, Sandra Busel Revocable Trust, Sanford Harwood Family LP, Helen Saren-Lawrence, Elaine Ruth Schaffer, Alice Schindler, Jeffrey Shankman, Thomas A. Sherman, Herbert Silvera, Dara Norman Simons, Mike Stein, |