DENTONS US LLP
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br>v.<br><br>JAMES GREIFF,<br><br>   Defendant. | Adv. Pro. No. 10-04357 (SMB) |

**CERTIFICATE OF SERVICE**

  I, the undersigned, hereby affirm that on April 1, 2020, I caused true and correct copies of the following documents to be served upon the parties to these actions who receive electronic

US_Active\114554222\V-1

service through CM/ECF and upon the parties listed on the Service List attached hereto in the manner indicated therein:

- ***Defendant's Reply Memorandum of Law, in Support of Motion for Stay of Proceedings, on the Issue of the Trustee's Notice of Determination and Alleged Preservation of the Customer Claim*** [Docket No. 126] and [Docket No. 19462]; and

- ***Supplemental Declaration of Arthur H. Ruegger in Support of Defendant's Reply Memorandum of Law, in Support of Motion for Stay of Proceedings, on the Issue of the Trustee's Notice of Determination and Alleged Preservation of the Customer Claim*** [Docket No. 127] and [Docket No. 19463].

Dated: April 1, 2020
New York, New York

**DENTONS US LLP**

By: */s/ Arthur H. Ruegger*
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

# SERVICE LIST

**BY ELECTRONIC & OVERNIGHT MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Email: bernstein.chambers@nysb.uscourts.gov

Dean D. Hunt, Esq.
Nicholas J. Cremona, Esq.
Seanna R. Brown, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Email: dhunt@bakerlaw.com
ncremona@bakerlaw.com
sbrown@bakerlaw.com

Kevin H. Bell, Esq.
Nathanael S. Kelley, Esq.
Securities Investor Protection Corp.
SECURITIES INVESTOR PROTECTION
CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Email: nkelley@sipc.org
kbell@sipc.org