| | |
|---|---|
| **PORZIO BROMBERG & NEWMAN P.C.**<br>Brett S. Moore (BM-0014)<br>156 West 56th Street<br>Suite 803<br>New York, New York 10019-3800<br>(212) 265-6888 (telephone)<br>(212) 957-3983 (fax) | **HEARING DATE:** MAY 27, 2020<br>**Time:** 10:00 a.m.<br><br>**Objection Deadline:** May 4, 2020 |

*Attorneys for Defendants Luxalpha Sicav as represented by its Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxalpha Sicav*

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>-v-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC.<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>-v-<br><br>UBS AG, *et al*.<br><br>Defendants. | Adv. Pro. No. 10-04285 (SMB) |

### NOTICE OF LUXALPHA'S CROSS-MOTION FOR CLAIM DETERMINATION AND ALLOWANCE

**PLEASE TAKE NOTICE** that upon the accompanying Memorandum of Law, and the

Declaration of Brett S. Moore, and its accompanying exhibits, Defendants Luxalpha Sicav

("Luxalpha") as represented by its Liquidators Maitre Alain Rukavina and Mr. Paul Laplume,

1

4444150

and Maitre Alain Rukavina and Mr. Paul Laplume, in their capacities as liquidators and representatives of Luxalpha Sicav (collectively, the "Liquidators"), by and through their undersigned counsel, shall appear before the Honorable Stuart M. Bernstein on **May 27, 2020 at 10:00 a.m.** (eastern time) (the "Hearing") at the United States Bankruptcy Court for the Southern District of New York, Alexander Hamilton Custom House, One Bowling Green, New York, New York, 10002-1408, and present the Cross-Motion for Claim Determination and Allowance (the "Cross-Motion").

**PLEASE TAKE FURTHER NOTICE** that the Hearing may be continued or adjourned thereafter from time to time without further notice other than an announcement of the adjourned date or dates at the Hearing or at a later hearing.

**PLEASE TAKE FURTHER NOTICE** that objections, if any, to the Cross-Motion must comply with the Federal Rules of Bankruptcy Procedure and the Local Rules of the United States Bankruptcy Court for the Southern District of New York, must be set forth (i) in writing, conform to applicable rules of this Court, (ii) must specifically state the interest that that the objecting party has in these proceedings and the specific basis of any objection to the Cross-Motion and (iii) filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **May 4, 2020 at 4:00 p.m.** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon Porzio, Bromberg & Newman, P.C., Attn: Brett S. Moore, 156 West 56th Street, Suite 803, New York, New York 10019-3800.

**PLEASE TAKE FURTHER NOTICE** that failure to file timely objections may result in the entry of an order granting the relief requested in the Cross-Motion without further notice to any party or an opportunity to be heard.

**PLEASE TAKE FURTHER NOTICE** that Luxalpha shall file a reply, if any, by no later than 4:00 p.m. on May 18, 2020.

Dated: April 3, 2020

Respectfully submitted,

**PORZIO BROMBERG & NEWMAN P.C.**

/s/     Brett S. Moore
Brett S. Moore (BM-0014)
156 West 56th Street
Suite 803
New York, New York 10019-3800
(212) 265-6888 (telephone)
(212) 957-3983 (fax)
bsmoore@pbnlaw.com

*Attorneys for Defendants Luxalpha Sicav as represented by its Liquidators Maitre Alain Rukavina and Paul Laplume, Maitre Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxalpha Sicav*