# EXHIBIT D

*Access International Advisors - Market Pack - Correspondant :HYPOSWISS PRIVATE BANK GENEVA S.A. (EX ANGLO IR*

---

Report date : oct. 04 2006                                                                                     Wrote by :   PLITTAYE

Report type : Phone

Report Ref. : AIA1575435

Topics

BMI

Attendees

Bernard Madoff   [BERNARD L. MADOFF INVESTMENT SECURITIES LLC.]

Patrick Littaye   [P ALTERNATIVE]

Report

S.RUFFINO HAD SENT A QUERY TO F. DI PASCALI ASKING WHO THE COUNTERPARTS WERE FOR THE OPTIONS IN OUR PROGRAM. THERE WAS NO ANSWER. RATHER THAN LEAVE THE SUBJECT IN THE LIMBO, THEY SENT AGAIN THE QUERY, WITH A COVER LETTER FROM D. MC ADAMS SAYING THIS WAS A QUERY FROM EARNST AND YOUNG, THEIR AUDITORS. BM CALLS ME TO SAY THAT THEY DISCLOSE THEIR COUNTERPARTIES FOR THE EQUITY SIDE BUT THEY CANNOT DO IT FOR THE OPTIONS . WHAT HE CAN SAY IS THAT THERE IS NO RISK THERE BECAUSE THOSE OPTIONS ARE PART OF " PORTFOLIO ASSURANCE PROGRAMS " ( AT SOME POINT IN THE CONVERSATION I HEAR " PERFORMANCE ASSURANCE " ).
THE ONLY MOMENT HE WOULD DISCLOSE THE INFO WOULD BE IN CASE OF DEFAULT.
I TELL HIM I WILL TRANSMIT THE ANSWER AND CALL HIM BACK.

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
Report Sent by email the 10/4/2006 to :
,gverclause@aiagroup.com,tdumbauld@aiagroup.com,tdelavillehuchet   @aiagroup.com from : PL with this comment :
FYI. AND WHAT ON EARTH IS A PORTFOLIO/ OR PERFORMANCE ASSURANCE ?
>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>
Report Sent by email the 10/4/2006 to : ,wogsberg@aiagroup.com from : PL with this comment :

>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>>

Documents Attached :

Todos

From : PLITTAYE            Assigned to : PLITTAYE       Status : Completed                Date :   05/10/2006
FOLLOW UP