# EXHIBIT E

Strictly Private and Confidential



# Manager Analysis

## Redacted

| | | | |
|---|---|---|---|
| Company | **Redacted** | Report | 26.01.2002 |
| Manager | **Redacted** | Author | MP |
| Address | **Redacted** | | |
| Tel: Fax: | **Redacted** | | |
| AUM | **Redacted** | | |

## Executive Summary

## I. Description of Management Group

**Redacted**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBS 000440
UBSVAE0000089

*Redacted*

*Redacted*

## II. Staffing and Biography

*Redacted*

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBS 000441
UBSVAE0000090

Redacted

## III. Investment Methodology

Redacted

## IV. Research of Opportunities

Redacted

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBS 000442
UBSVAE0000091

**Redacted**

## VI. Opportunity Selection

**Redacted**

CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER

UBS 000443
UBSVAE0000092

**Redacted**

### VI. Opportunity Exploitation and Implementation

**Redacted**

### VI. Portfolio construction

**Redacted**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**UBS 000444**
UBSVAE0000093

Redacted

## VII. Current Portfolio Activities

Jan 02 Portfolio:
Redacted

## VII. Performance History and Analysis

Redacted

## IX. Risk Management, Liquidity and Leverage

Redacted

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**UBS 000445**
UBSVAE0000094

**Redacted**

## X. Investment Restrictions

**Redacted**

## X. Investment Vehicle

**Redacted**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**UBS 000446**
UBSVAE0000095

**Redacted**

**Redacted**

## X. Summary and Recommendation

## XIV. Comments

**Redacted**

**Redacted**

**Redacted**

**Redacted**

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**UBS 000447**
UBSVAE0000096

Redacted

- One particularly strange investment is the Broad Market Fund, run by Madoff. The fund seems to do very well, but there are voices in the industry warning because generating such consistent returns with such a strategy is more or less impossible. However,          argues that they know more than anyone else about Madoff because they have got a great relationship with Madoff.

**O'Connor:**

Redacted

We understand there is a particular concentration in Broad Market, which is run by Madoff. They have done very well, and I will send you an article about them (sent to fax 5590). We have missed that one, perhaps a big mistake on our part, but if you read the article, you'll know why. We consider ourselves pretty smart and no one in their firm has properly explained their strategy to match the return profile to us, so we avoid stuff like that.

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**UBS 000448**
UBSVAE0000097

Redacted
*CORPORATE ORGANIZATION CHART*

Redacted

**CONFIDENTIAL PURSUANT TO PROTECTIVE ORDER**

**UBS 000449**
UBSVAE0000098