**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>     Plaintiff,<br>v.<br><br>ZIESES INVESTMENT PARTNERSHIP, MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R. ZIESES, CARYN ZIESES, BARRY INGER, ALLAN INGER, and SUSAN B. ALSWANGER,<br><br>     Defendants. | Adv. Pro No. 10-04669 (SMB) |

**NOTICE OF MOTION TO WITHDRAW THE REFERENCE**

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

  **PLEASE TAKE NOTICE** that Defendants, Zieses Investment Partnership, Marshall Zieses as general partner of Zieses Investment Partnership, Debra S. Zieses as general partner of

Zieses Investment Partnership, Neil R. Zieses as general partner of Zieses Investment Partnership, Caryn Zieses as general partner of Zieses Investment Partnership, Barry Inger as general partner of Zieses Investment Partnership, Allan Inger as general partner of Zieses Investment Partnership, and Susan B. Alswanger as general partner of Zieses Investment Partnership, ("Defendants"), respectfully move the United States District Court for the Southern District of New York at the United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be determined by the Court, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy Procedure, and Rule 5011-1 of the Local Rules for the Southern District of New York, for an Order withdrawing the reference of the above-captioned adversary proceeding from the United States Bankruptcy Court for the Southern District of New York for the reasons set forth in the accompanying Memorandum of Law.

WHEREFORE, Defendants respectfully request that the Court enter an Order granting the relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:   New York, New York
        April 3, 2020

**CHAITMAN LLP**

By:   */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114
     hchaitman@chaitmanllp.com

*Attorneys for Defendants*

{00044179 2 }