**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　　Plaintiff-Applicant,<br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>　　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>　　　　　　　　　　Plaintiff,<br>v.<br><br>ZIESES INVESTMENT PARTNERSHIP, MARSHALL ZIESES, DEBRA S. ZIESES, NEIL R. ZIESES, CARYN ZIESES, BARRY INGER, ALLAN INGER, and SUSAN B. ALSWANGER,<br><br>　　　　　　　　　　Defendants. | Adv. Pro No. 10-04669 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE**

　　**THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel

{00044180 1 }

for Defendants, Zieses Investment Partnership, Marshall Zieses as general partner of Zieses Investment Partnership, Debra S. Zieses as general partner of Zieses Investment Partnership, Neil R. Zieses as general partner of Zieses Investment Partnership, Caryn Zieses as general partner of Zieses Investment Partnership, Barry Inger as general partner of Zieses Investment Partnership, Allan Inger as general partner of Zieses Investment Partnership, and Susan B. Alswanger as general partner of Zieses Investment Partnership, ("Defendants") with respect to Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

    **IT IS HEREBY ORDERED THAT:**

    1.    Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

    2.    The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

New York, New York  
Dated:

                                                            Hon.  
                                                            United States District Judge

{00044180 1 }