| | |
|---|---|
| **Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, NY  10111<br>Telephone: (212) 589-4200<br>Facsimile:  (212) 589-4201<br>David J. Sheehan<br>Marco Molina<br>Ganesh Krishna | **Presentment Date:  April 14, 2020**<br>**Time:  12:00 p.m.**<br><br>**Objections Due:  April 14, 2020**<br>**Time:  11:00 a.m.** |

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                             Plaintiff,<br>          v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                             Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                             Debtor. | |

**NOTICE OF PRESENTMENT OF TRUSTEE'S APPLICATION**
**FOR AN ORDER APPROVING THE RETENTION**
<u>**OF MONFRINI BITTON KLEIN AS SPECIAL COUNSEL**</u>

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, by the Trustee's undersigned counsel, will present the order approving the retention of Monfrini Bitton Klein as special counsel, a copy of which is

annexed hereto as <u>Exhibit B</u> (the "Order"), to the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, for signature on **April 14, 2020 at 12:00 p.m.**

**PLEASE TAKE FURTHER NOTICE**, that objections, if any, to the Order ("Objections"), shall (i) be in writing; (ii) conform to the Federal Rules of Bankruptcy Procedure, Local Bankruptcy Rules and General Orders; (iii) specify the name of the objecting party and state with specificity the basis of the objection(s) and the specific grounds therefore; (iv) be filed in accordance with the electronic filing procedures for the United States Bankruptcy Court for the Southern District of New York, with a proof of service, and a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, One Bowling Green, New York, New York 10004; and (v) be served upon (a) Baker & Hostetler LLP, Counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq., and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., so as to be received no later than **April 14, 2020 at 11:00 a.m.**

**PLEASE TAKE FURTHER NOTICE**, that in the event any Objections are timely served and filed, the parties will contact the Courtroom Deputy for a hearing date and the moving party will notify other parties entitled to receive notice. The moving and objecting parties are required to attend the hearing, and failure to attend in person or by counsel may result in the relief being granted or denied upon default.

**PLEASE TAKE FURTHER NOTICE,** that the ECF docket number to which the filing relates shall be included in the upper right hand corner of the caption of all Objections.

**PLEASE TAKE FURTHER NOTICE**, that if no timely Objections are served or filed the proposed Order may be signed without a hearing.

Dated: April 8, 2020
New York, New York

By: */s/ Marco Molina*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Marco Molina
Email: mmolina@bakerlaw.com
Ganesh Krishna
Email: gkrishna@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*