**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Lapin Children LLC, who filed objections (the "Objections", Docket Nos. 2119 and 2202) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#006964), hereby gives notice that it withdraws such Objections.

Dated: April 8, 2020

By: */s/ Arthur H. Ruegger*
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY 10020
Telephone: 212.768.6881
Facsimile: 212.768.6800
Arthur H. Ruegger
Email: Arthur.Ruegger@dentons.com