```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------X
                                          :
IRVING H. PICARD, Trustee for the         :
Liquidation of Bernard L. Madoff          :
Investment Securities LLC,                :      20cv2525 (DLC)
                                          :
                    Plaintiff,            :      ORDER
            -v-                           :
                                          :
MARK HOROWITZ, individually and as        :
joint tenant,                             :
                                          :
                    Defendant.            :
                                          :
-----------------------------------------X
```

DENISE COTE, District Judge:

On March 24, 2020, the defendant filed a motion to withdraw the bankruptcy reference. By a letter of April 7, the Trustee consented to withdrawal of the reference and indicated that the parties are ready to proceed with summary judgment briefing. Accordingly, it is hereby

ORDERED that defendant's March 24 motion to withdraw the bankruptcy reference is GRANTED.

IT IS FURTHER ORDERED that any motion for summary judgment is due **May 18, 2020**. Any opposition is due **June 22**. Any reply is due **July 9**. At the time any reply is served, the moving party shall supply Chambers with two (2) courtesy copies of all motion papers by

mailing or delivering them to the United States Courthouse, 500 Pearl Street, New York, New York.

Dated:    New York, New York
          April 9, 2020

                                    _____
                                         DENISE COTE
                                    United States District Judge