**大成 DENTONS**

Arthur H. Ruegger
arthur.ruegger@dentons.com
D    +1 212-768-6881

Dentons US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
United States

dentons.com

April 14, 2020

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, NY 10004-1408

Re:    Picard v. Mann, *et al.*,
       Adv. Proc. No. 10-04390 (SMB)

Dear Judge Bernstein:

We are counsel to all the defendants in the above-titled adversary proceeding, and we are writing to respectfully request approval of short extensions of the deadlines for various pre-trial proceedings. Counsel for the plaintiff, Trustee Irving H. Picard, Esq., has courteously consented to this request.

As the Court may recall, the Trustee submitted a letter to the Court on March 23, 2020 (Adv. Proc. ECF No. 189) (copy is **Attachment A** hereto for the Court's ease of reference), advising the Court of the parties' joint request, in light of the uncertainties created by COVID-19, to adjourn the final pre-trial conference (then scheduled for March 25, 2020) to May 27, 2020, and also to schedule related pre-trial matters that normally precede a final pre-trial conference. As noted in the Trustee's March 23rd letter, as of that time defendants' counsel did not have access to our office files and we reserved the right to ask the Court for changes in the pre-trial schedule if we did not obtain office access in the near future. We still do not have access to our office, which has the defendants' only copies of records and reports needed to prepare and exchange the various lists and other documents required in the Pre-Trial Order. Consequently, we wrote the Trustee asking for his consent to our request to the Court for short extensions of approximately one month for the final pre-trial conference and the preceding pre-trial deadlines. The Trustee has courteously agreed to our request for these deadline extensions, and has further offered to provide defendants with copies of any reports, documents or other materials the defendants request so that further preparation of the requisite pre-trial materials can promptly begin during the additional time. We will be taking the Trustee up on his offer, and anticipate forwarding to the Trustee in the near future a list of the reports and materials we need.

Consequently, with the consent of the Trustee, the defendants respectfully request that the Court adjourn the pre-trial conference until a date convenient to the Court on or about Wednesday, July 1, 2020. As noted in the Trustee's March 23rd letter, at that conference, the Court and counsel can evaluate the feasibility of

**Lee International ► Kensington Swan ► Bingham Greenebaum ► Cohen & Grigsby ► Sayarh & Menjra ► Larraín Rencoret ► Hamilton Harrison & Mathews ► Mardemootoo Balgobin ► HPRP ► Zain & Co. ► Delany Law ► Dinner Martin ► For more information on the firms that have come together to form Dentons, go to dentons.com/legacyfirms**

US_Active\114615621\V-1

大成 DENTONS

Honorable Stuart M. Bernstein
April 14, 2020
Page 2

dentons.com

a trial and/or arrangement necessary to conduct the trial via video, teleconferencing, or some other means approved by the Court.

In addition, also with the consent of the Trustee, the defendants propose the following schedule for pre-trial matters:

| Pretrial Activity | Deadline |
|---|---|
| Parties to Exchange Draft Joint Pre-Trial Order *(45 Days Prior)* | Friday, May 15, 2020 |
| Parties to Exchange Exhibits and Deposition Designations *(30 Days Prior)* | Friday, May 29, 2020 |
| Objections to Exhibits and Deposition Designations to be Exchanged *(14 Days Prior)* | Monday, June 15, 2020 |
| Motions in *Limine* Filed *(14 Days Prior)* | Wednesday, June 17, 2020 |
| Oppositions to Motions in *Limine* Filed *(7 Days Prior)* | Wednesday, June 24, 2020 |
| Submit Final Joint Pre-Trial Order to Judge Bernstein's Chambers *(7 Days Prior)* | Wednesday, June 24, 2020 |
| Proposed Pre-Trial Conference Date | Wednesday, July 1, 2020 |

In light of the Trustee's offer to produce to us copies of reports and other documents we request to prepare the pre-trial materials, we do not anticipate problems with the above schedule. Nonetheless, if unanticipated events impact the schedule, defendants do not waive the right to raise those events and request further changes from this Court.

Counsel for the defendants is available should Your Honor have any questions in connection with the foregoing.

Respectfully submitted,

Arthur H. Ruegger

AR:io
Attachment

cc:   Nicholas J. Cremona, Esq. (Email)
      David J. Sheehan, Esq. (Email)
      Kevin H. Bell, Esq. (Email)
      Nathanael S. Kelley, Esq. (Email)
      Carole Neville, Esq. (Email)

# ATTACHMENT A

# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

March 23, 2020

**VIA ECF AND EMAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, NY 10004-1408

Re:   *Picard v. Michael Mann*, Adv. Pro. No. 10-04390 (SMB)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, Esq., the Trustee for the substantively consolidated liquidation proceedings of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the estate of Bernard L. Madoff under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. The final pre-trial conference in the above-referenced adversary proceeding has been scheduled for March 25, 2020 (ECF No. 187) to address the sole remaining issue of disputed fact identified in this Court's memorandum decision granting the Trustee relief under Rule 56(g): whether the Two-Year Transfers were transfers by BLMIS within the meaning of SIPA § 78fff-2(c)(3) and 11 U.S.C. § 548 (a)(1)(A). (ECF Nos. 174, 175).

Given the uncertainty created by COVID-19, the Trustee's counsel has conferred with counsel for the Defendants, and the parties jointly respectfully request that the Court adjourn the pre-trial conference until May 27, 2020. The parties will use this time to complete all pre-trial matters. On May 27, the Court and the parties can evaluate the feasibility of a trial and/or arrangements necessary to conduct the trial via video, teleconferencing, or some other means approved by the Court.

On consent, the parties also jointly propose the following schedule for pre-trial matters:

| **Pretrial Activity** | **Deadline** |
|---|---|
| Parties to Exchange Draft Joint Pre-Trial Order *(45 Days Prior)* | Monday, April 13, 2020 |

Honorable Stuart M. Bernstein
March 23, 2020
Page 2

| Parties to Exchange Exhibits and Deposition Designations *(30 Days Prior)* | Monday, April 27, 2020 |
|---|---|
| Objections to Exhibits and Deposition Designations to be Exchanged *(14 Days Prior)* | Monday, May 11, 2020 |
| Motions in *Limine* Filed *(14 Days Prior)* | Wednesday, May 13, 2020 |
| Oppositions to Motions in *Limine* Filed *(7 Days Prior)* | Wednesday, May 20, 2020 |
| Submit Final Joint Pre-Trial Order to Judge Bernstein's Chambers *(7 Days Prior)* | Wednesday, May 20, 2020 |
| Proposed Pre-Trial Conference Date | Wednesday, May 27, 2020 |

Counsel for the Defendants, however, currently do not have access to their office files, and request the right to apply to the Court for changes to the proposed schedule in the event access to those files is not obtained in the near future.

Counsel for the Trustee is available should Your Honor have any questions in connection with the foregoing.

Respectfully submitted,

*/s/ Nicholas J. Cremona*

Nicholas J. Cremona
Partner


cc: Arthur H. Ruegger, Esq. (Email)
    David J. Sheehan, Esq. (Email)
    Kevin H. Bell, Esq. (Email)
    Nathanael S. Kelley, Esq. (Email).