UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**ORDER GRANTING THE TRUSTEE'S APPLICATION TO
RETAIN MONFRINI BITTON KLEIN AS SPECIAL COUNSEL**

Upon the Second Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the estate of Bernard L. Madoff, for authority to retain Monfrini Bitton Klein ("MBK") as special counsel in Geneva, Switzerland, and upon the declaration of Mr. Yves Klein submitted in connection therewith; and due and proper notice having been given under the circumstances of this case, and after due deliberation,

    **IT IS HEREBY ORDERED THAT:**

    1.  The Application is **GRANTED**.

    2.  The Court finds that MBK is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

- 2 -

3.   The Trustee is authorized to retain MBK as special counsel in Geneva, Switzerland to the Trustee as provided in the Application.


Dated:  April 14, 2020
       New York, New York                          /s/ STUART M. BERNSTEIN

HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE