UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          ) ss:
COUNTY OF DALLAS          )

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On April 9, 2020, I caused to be served by email transmittal, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   A. Notice of Transfer of Allowed Claim (Transfer Numbers T000756 – T000759)

Executed on April 10, 2020.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 10 day of April, 2020

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

_____
Theresa K Petry
Notary Public

(SEAL)

# Exhibit A

**SERVICE LIST A**
**TRANSFER NUMBERS T000756 - T000759**
**4/09/2020**

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality reasons | | | | | | |
| | X | Corbin ERISA Opportunity Fund, Ltd. | c/o Corbin Capital Partners, L.P. | Attn: Corbin Operations | 590 Madison Ave., 31st Floor | New York | NY | 10022 |