Todd E. Duffy
Douglas A. Amedeo
DUFFYAMEDEO LLP
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
       damedeo@duffyamedeo.com
*Attorneys for Alpha Prime Fund Ltd.*

Hearing Date: May 27, 2020 at 10:00 AM

UNITED STATES BANKRUTPCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, *et al.,*<br><br>Defendants. | Adv. Pro. No. 09-1364 (SMB) |

**NOTICE OF ADJOURNMENT OF HEARING ON MOTIONS OF DEFENDANT ALPHA PRIME FUND LIMITED FOR THE ISSUANCE OF LETTERS OF REQUEST**

PLEASE TAKE NOTICE that a hearing on the motions of Alpha Prime Fund Ltd. for the Issuance of Letters of Request **[ECF NOS. 594, 595, 588, 589]** (collectively, the "Motion"), was scheduled for February 26, 2020 at 10:00 AM.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion was adjourned to March 17, 2020, March 25, 2020 and then to April 29, 2020 at 10:00 AM.

PLEASE TAKE FURTHER NOTICE that the hearing on the Motion has been further **adjourned to May 27, 2020 at 10:00 AM** and will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, in Room 723 of the United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court"), One Bowling Green, New York, New York 10004 or as soon thereafter as counsel may be heard.

PLEASE TAKE FURTHER NOTICE that the Hearing on the Motions may be further adjourned from time to time without further notice other than an announcement at the Hearing.

Dated: New York, New York
April 23, 2020

**DUFFYAMEDEO LLP**

By: */s/ Todd E. Duffy*
Todd E. Duffy
Douglas A. Amedeo
275 Seventh Avenue, 7th Floor
New York, NY 10001
Telephone: (212) 729-5832
Email: tduffy@duffyamedeo.com
damedeo@duffyamedeo.com
*Attorneys for Alpha Prime Fund Ltd*

2