**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>v.<br><br>HSBC BANK PLC, *et al.*,<br><br>    Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S**
**MOTIONS FOR THE ISSUANCE OF LETTERS OF**
**REQUEST FOR BRIAN PETTITT AND SAVERIO FIORINO**

    **PLEASE TAKE NOTICE** that the hearing on the Trustee's Motions for the Issuance for

Letters of Request for Brian Pettitt (ECF No. 526) and Saverio Fiorino (ECF No. 579) scheduled

pursuant to the Order for Briefing Schedule on Trustee's Motions for the Issuance of Letters of

Request for Brian Pettitt and Saverio Fiorino (ECF No. 593), previously adjourned to April 29, 2020 has been further adjourned to **June 24, 2020 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: April 23, 2020
New York, New York

By: /s/ *Oren J. Warshavsky*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Geoffrey A. North
Email: gnorth@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*