DENTONS US LLP
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>MICHAEL MANN, MERYL MANN and BAM L.P.,<br><br>          Defendants. | Adv. Pro. No. 10-04390 (SMB) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm that:

1) on April 14, 2020, I caused a true and correct copy of the *April 14, 2020 letter to the Honorable Judge Bernstein requesting approval of short extensions of the deadlines for various pre-trial proceedings, filed April 14, 2020, in the above-referenced action and in the main case proceeding,* [Dockets No. 193 and No. 19479 respectively]; and

2) on April 20, 2020, I caused a true and correct copy of the *Notice of Adjournment of Pre-Trial Conference filed April 17, 2020, in the above-referenced action and in the main case proceeding* [Dockets No. 194 and No. 19483 respectively] to be served upon the parties to these actions who receive electronic service through CM/ECF and upon the parties listed on the Service List attached hereto in the manner indicated therein.

Dated: April 24, 2020
      New York, New York

**DENTONS US LLP**

By: */s/ Arthur H. Ruegger*
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendant*

2

## SERVICE LIST

**BY ELECTRONIC & OVERNIGHT MAIL**

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, NY 10004-1408
Email: bernstein.chambers@nysb.uscourts.gov

Dean D. Hunt, Esq.
Nicholas J. Cremona, Esq.
David J. Sheehan, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Email: ncremona@bakerlaw.com
　　　　dsheehan@bakerlaw.com

Nathanael S. Kelley, Esq.
Kevin H. Bell, Esq.
Securities Investor Protection Corp.
SECURITIES INVESTOR PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Email: nkelley@sipc.org
　　　　kbell@sipc.org