**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON APRIL 29, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.   Thirty-Second Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2019 through November 30, 2019 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 8/1/2019 to

|   |   |
|---|---|
| | 11/30/2019, fee: $30,026,127.96, expenses: $316,885.66 filed by Baker & Hostetler, LLP (Filed: 3/11/2020) [ECF No. 19383] |
| B. | Thirty-First Application of Windels Marx Lane & Mittendorf, LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2019 through November 30, 2019 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $1,776,618.00, expenses: $10,863.09 filed by Windels Marx Lane & Mittendorf, LLP (Filed: 3/11/2020) [ECF No. 19385] |
| C. | Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2019 through November 30, 2019 for Schiltz & Schiltz, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $108,636.57, expenses: $7,061.38 filed by Schiltz & Schiltz (Filed: 3/11/2020) [ECF No. 19386] |
| D. | Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2019 through November 30, 2019 for Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.), Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $181.45, expenses: $0.00 filed by Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) (Filed: 3/11/2020) [ECF No. 19387] |
| E. | Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2019 through November 30, 2019 for Soroker Agmon Nordman, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $348,224.99, expenses: $17,341.92 filed by Soroker Agmon Nordman (Filed: 3/11/2020) [ECF No. 19388] |
| F. | Application of Graf & Pitkowitz Rechtsanwalte GmbH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2019 through November 30, 2019 for Graf & Pitkowitz Rechtsanwalte GmbH, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $39,471.26, expenses: $2,305.53 filed by Graf & Pitkowitz Rechtsanwalte GmbH (Filed: 3/11/2020) [ECF No. 19389] |
| G. | Twenty-Seventh Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2019 through November 30, 2019 for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $18,871.20, expenses: $308.10 filed by Young Conaway Stargatt & Taylor, LLP (Filed: 3/11/2020) [ECF No. 19390] |

H. Application of UGGC & Associes as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2019 through November 30, 2019 for UGGC & Associes, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $69,388.22, expenses: $0.00 filed by UGGC & Associes (Filed: 3/11/2020) [ECF No. 19391]

I. Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from August 1, 2019 through November 30, 2019 for Browne Jacobson, LLP, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $327,311.18, expenses: $489.56 filed by Browne Jacobson, LLP (Filed: 3/11/2020) [ECF No. 19392]

J. Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2019 through November 30, 2019 for Eugene F. Collins, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $6,393.65, expenses: $71.02 filed by Eugene F. Collins (Filed: 3/11/2020) [ECF No. 19393]

K. Seventh Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from August 1, 2019 through November 30, 2019 for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $182,848.50, expenses: $8,104.56 filed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (Filed: 3/11/2020) [ECF No. 19394]

L. Seventh Application of The Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2019 through November 30, 2019 for The Scaletta Law Firm, PLLC, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $18,589.50, expenses: $0.00 filed by The Scaletta Law Firm, PLLC (Filed: 3/11/2020) [ECF No. 19395]

M. Application of SCA Creque as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from August 1, 2019 through November 30, 2019 for SCA Creque, Special Counsel, period: 8/1/2019 to 11/30/2019, fee: $10,185.17, expenses: $0.00 filed by SCA Creque (Filed: 3/11/2020) [ECF No. 19396]

N. Application of Ritter Schierscher Rechtsanwalte as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from June 1, 2019 through November 30, 2019 for Ritter Schierscher Rechtsanwalte, Special Counsel, period: 6/1/2019 to 11/30/2019, fee: $549.92, expenses: $0.00 filed by Ritter Schierscher Rechtsanwalte (Filed: 3/11/2020) [ECF No. 19397]

**Related Document**:

O.  Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by Applicants from August 1, 2019 through November 30, 2019 filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 3/11/2020) [ECF No. 19398]

**Responses Filed**:

P.  Recommendation of the Securities Investor Protection Corporation in Support of Thirty-Second Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/25/2020) [ECF No. 19446]

Q.  Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/25/2020) [ECF No. 19447]

R.  Recommendation of the Securities Investor Protection Corporation in Support of the Thirty-First Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/25/2020) [ECF No. 19448]

S.  Recommendation of the Securities Investor Protection Corporation in Support of Twenty-Seventh Application of Young Conaway Stargatt & Taylor, LLP, for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/25/2020) [ECF No. 19449]

T.  Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of The Scaletta Law Firm PLLC for Interim Compensation filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/25/2020) [ECF No. 19450]

U.  Recommendation of the Securities Investor Protection Corporation in Support of Seventh Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 3/25/2020) [ECF No. 19451]

| | |
|---|---|
| **Objections Due**: | April 22, 2020 |
| **Objections Filed:** | None |
| **Status**: | This matter is going forward. |

Dated: April 28, 2020
      New York, New York

By:    */s/ Nicholas J. Cremona*
        **BAKER & HOSTETLER LLP**
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email: dsheehan@bakerlaw.com
        Nicholas J. Cremona
        Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*