**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER APPROVING APPLICATIONS FOR ALLOWANCE OF INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT OF EXPENSES**

Upon consideration of the application (the "Application")[1] of Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), and the Chapter 7 estate of Bernard L. Madoff ("Madoff", and together with BLMIS, each a "Debtor" and collectively, the "Debtors"), and Baker & Hostetler LLP ("B&H"), counsel to the Trustee (together with the Trustee, the "Applicants"), with the support and approval of the Securities Investor Protection Corporation ("SIPC"), for entry of an order for interim allowance, pursuant to section 78eee(b)(5) of the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"),[2] sections 330(a) and 331 of title 11 of the United States Code (the "Bankruptcy Code"), Rule 2016 of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules"), and Rule 2016-1 of the Local Rules

---

[1] Capitalized terms not otherwise defined herein shall have the meanings ascribed to them in the Application.

[2] For convenience, future reference to SIPA will not include "15 U.S.C."

for the Bankruptcy Court for the Southern District of New York (the "Local Rules"), for

compensation for professional services rendered and for reimbursement of actual and necessary

expenses incurred during the period August 1, 2019 through and including November 30, 2019

(the "Compensation Period") in the amounts listed on Exhibit A attached hereto pursuant to the

Order Pursuant to Section 78eee(b)(5) of SIPA, Sections 105, 330 and 331 of the Bankruptcy

Code, Bankruptcy Rule 2016(a) and Local Bankruptcy Rule 2106-1 Establishing Procedures

Governing Interim Monthly Compensation of Trustee and Baker & Hostetler LLP, dated

February 25, 2009 (ECF No. 126), as amended on December 17, 2009 and June 1, 2011 (ECF

Nos. 1078 and 4125) (collectively, the "Second Amended Compensation Order"), as more fully

set forth in the Application (ECF No. 19383); and the applications of special counsel to the

Trustee ("Special Counsel Applications") (ECF Nos. 19385-19397) as listed on Exhibit A

attached hereto; and the Court having jurisdiction to consider the Application, the Special

Counsel Applications, and the relief requested therein in accordance with section 78eee(b)(4) of

SIPA, the Protective Decree entered on December 15, 2008 by the United States District Court

for the Southern District of New York in Case No. 08 Civ. 10791, and 28 U.S.C. §§ 157 and

1334; and it appearing that sufficient notice of the Application and Special Counsel Applications

having been given by March 11, 2020 (ECF No. 19398), and no other notice being necessary;

and SIPC having filed its recommendations in support of the Application and Special Counsel

Applications on March 25, 2020 (ECF Nos. 19446-19451) pursuant to section 78eee(b)(5)(C) of

SIPA; and no objections having been filed; and the Trustee having filed a certificate of no

objection representing that no objection has been received and that no party has indicated to the

Trustee that it intends to oppose the relief requested in the Application and Special Counsel

Applications; and the Court having determined that the legal and factual bases set forth in the

Application and Special Counsel Applications establish just cause for the relief granted therein;

and after due deliberation and sufficient cause appearing therefore; and for the reasons stated on

the record at the Hearing, it is hereby

>**ORDERED, ADJUDGED** and **DECREED** that:

1.    The Application is granted.

2.    The Special Counsel Applications are granted.

3.    The Trustee is authorized to pay the amounts as set forth on Exhibit A.

Dated: New York, New York
       April 29th, 2020

>**/s/ STUART M. BERNSTEIN**
>HONORABLE STUART M. BERNSTEIN
>UNITED STATES BANKRUPTCY JUDGE

**EXHIBIT A TO INTERIM FEE ORDER**

Adv. Pro. No. 08-01789 (SMB)
*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

**Current Compensation Period: August 1, 2019 – November 30, 2019 (or as otherwise indicated)**

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Irving H. Picard, Trustee Baker & Hostetler LLP, Counsel to the Trustee | 3/11/2020 ECF No. 19383 | 8/01/2019 – 11/30/2019 | $30,026,127.96 | $30,026,127.96 | $27,023,515.17 | $0 | $27,023,515.17 | $316,885.66 | $316,885.66 |
| Schiltz & Schiltz, Special Counsel to the Trustee | 3/11/2020 ECF No. 19386 | 8/01/2019 – 11/30/2019 | $108,636.57 | $108,636.57 | $86,909.26 | $0 | $86,909.26 | $7,061.38 | $7,061.38 |
| Higgs & Johnson, Special Counsel to the Trustee | 3/11/2020 ECF No. 19387 | 8/01/2019 – 11/30/2019 | $181.45 | $181.45 | $145.16 | $0 | $145.16 | $0 | $0 |
| Soroker Agmon Nordman, Special Counsel to the Trustee | 3/11/2020 ECF No. 19388 | 8/01/2019 – 11/30/2019 | $348,224.99 | $348,224.99 | $278,580.00 | $0 | $278,580.00 | $17,341.92 | $17,341.92 |
| Graf & Pitkowitz Rechtsanwälte GmbH, Special Counsel to the Trustee | 3/11/2020 ECF No. 19389 | 8/01/2019 – 11/30/2019 | $39,471.26 | $39,471.26 | $31,577.01 | $0 | $31,577.01 | $2,305.53 | $2,305.53 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | 3/11/2020 ECF No. 19390 | 8/01/2019 – 11/30/2019 | $18,871.20 | $18,871.20 | $15,096.96 | $0 | $15,096.96 | $308.10 | $308.10 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | 3/11/2020 ECF No. 19385 | 8/01/2019 – 11/30/2019 | $1,776,618.00 | $1,776,618.00 | $1,421,294.40 | $0 | $1,421,294.40 | $10,863.09 | $10,863.09 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | 3/11/2020 ECF No. 19397 | 6/01/2019 – 11/30/2019 | $549.92 | $549.92 | $439.94 | $0 | $439.94 | $0 | $0 |
| UGGC & Associés, Special Counsel to the Trustee | 3/11/2020 ECF No. 19391 | 8/01/2019 – 11/30/2019 | $69,388.22 | $69,388.22 | $55,510.58 | $0 | $55,510.58 | $0 | $0 |
| Browne Jacobson LLP, Special Counsel to the Trustee | 3/11/2020 ECF No. 19392 | 8/01/2019 – 11/30/2019 | $327,311.18 | $327,311.18 | $261,848.95 | $0 | $261,848.95 | $489.56 | $489.56 |
| Eugene F. Collins, Special Counsel to the Trustee | 3/11/2020 ECF No. 19393 | 8/01/2019 – 11/30/2019 | $6,393.65 | $6,393.65 | $5,114.92 | $0 | $5,114.92 | $71.02 | $71.02 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | 3/11/2020 ECF No. 19395 | 8/01/2019 – 11/30/2019 | $18,589.50 | $18,589.50 | $14,871.60 | $0 | $14,871.60 | $0 | $0 |

| Applicant | Date and ECF No. of Application | Compensation Period | Interim Compensation Requested | Interim Compensation Awarded | Interim Compensation To Be Paid For Current Fee Period | Interim Compensation To Be Paid For Prior Fee Periods | Interim Compensation To Be Paid | Expenses Requested | Expenses Awarded |
|---|---|---|---|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | 3/11/2020 ECF No. 19394 | 8/01/2019 – 11/30/2019 | $182,848.50 | $182,848.50 | $146,278.80 | $0 | $146,278.80 | $8,104.56 | $8,104.56 |
| SCA Creque, Special Counsel to the Trustee | 3/11/2020 ECF No. 19396 | 8/01/2019 – 11/30/2019 | $10,185.17 | $10,185.17 | $8,148.13 | $0 | $8,148.13 | $0 | $0 |

Schedule A(1)                    DATE: 4/_29_/2020_              INITIALS: _SMB      USBJ

\* Each Applicant's requested amount includes (at least) a 10% discount from normal hourly rates.

## EXHIBIT B TO INTERIM FEE ORDER

Adv. Pro. No. 08-1789 (SMB)

*Securities Investor Protection Corp. v. Bernard L. Madoff Investment Securities LLC*
*In re Bernard L. Madoff*

### Summary – Cumulative of All Compensation Periods

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Irving H. Picard, Trustee<br>Baker & Hostetler LLP, Counsel | $1,187,566,503.42 | $1,187,566,503.42 | $1,169,350,732.17 | $18,548,723.39 | $18,548,723.39 |
| AlixPartners, LLP,<br>Consultant to the Receiver | $316,000.00 | $316,000.00 | $316,000.00 | $15,000.00 | $15,000.00 |
| Windels Marx Lane & Mittendorf, LLP,<br>Counsel to the Chapter 7 Trustee | $199,500.00 | $199,500.00 | $199,500.00 | $2,770.46 | $2,770.46 |
| Hogan Lovells International LLP,<br>Special Counsel to the Trustee | $2,324,779.63 | $2,324,779.63 | $2,324,779.63 | $180,941.69 | $180,941.69 |
| Schifferli Vafadar Sivilotti,<br>Special Counsel to the Trustee | $17,410.00 | $17,410.00 | $17,410.00 | $0 | $0 |
| Mishcon de Reya,<br>Special Counsel to the Trustee | $1,826,160.26 | $1,826,160.26 | $1,826,160.26 | $139,765.97 | $139,765.97 |
| Receiver, Richards Kibbe & Orbe LLP,<br>Counsel to the Receiver and AlixPartners<br>LLP, Consultant to Receiver | $300,000.00 | $300,000.00 | $300,000.00 | $6,449.08 | $6,449.08 |
| Taylor Wessing,<br>Special Counsel to the Trustee | $23,891,237.16 | $23,891,237.16 | $23,891,237.16 | $10,267,356.60 | $10,267,356.60 |
| Greenfield Stein & Senior LLP,<br>Special Counsel to the Trustee | $50,346.06 | $50,346.06 | $50,346.06 | $747.63 | $747.63 |
| Spizz Cohen & Serchuk, P.C.<br>Special Counsel to the Trustee | $14,726.25 | $14,726.25 | $14,726.25 | $0 | $0 |
| Goldstein & Russell, P.C.<br>Special Counsel to the Trustee | $133,848.00 | $133,848.00 | $133,848.00 | $0 | $0 |
| Osborne & Osborne, P.A.,<br>Special Counsel to the Trustee | $2,677.05 | $2,677.05 | $2,677.05 | $35.21 | $35.21 |
| Williams, Barristers & Attorneys,<br>Special Counsel to the Trustee | $6,841,126.40 | $6,841,126.40 | $6,841,126.40 | $101,527.25 | $101,527.25 |
| Eugene F. Collins,<br>Special Counsel to the Trustee | $767,802.06 | $767,802.06 | $744,567.39 | $49,286.98 | $49,286.98 |
| Schiltz & Schiltz,<br>Special Counsel to the Trustee | $2,086,371.82 | $2,086,371.82 | $1,999,764.57 | $156,684.29 | $156,684.29 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Higgs & Johnson, Special Counsel to the Trustee | $1,420,973.92 | $1,420,973.92 | $1,396,577.43 | $127,758.25 | $127,758.25 |
| Kugler Kandestin, L.L.P., Special Counsel to the Trustee | $35,263.31 | $35,263.31 | $34,867.57 | $1,219.87 | $1,219.87 |
| Graf & Pitkowitz Rechtsanwälte GmbH Special Counsel to the Trustee | $6,231,188.95 | $6,231,188.95 | $6,097,939.90 | $254,580.02 | $254,580.02 |
| SCA Creque, Special Counsel to the Trustee | $1,471,920.59 | $1,471,920.59 | $1,440,455.08 | $11,803.30 | $11,803.30 |
| Young Conaway Stargatt & Taylor, LLP, Special Counsel to the Trustee | $1,581,972.82 | $1,581,972.82 | $1,536,651.11 | $50,908.41 | $50, 908.41 |
| Windels Marx Lane & Mittendorf, LLP, Special Counsel to the Trustee | $74,449,276.66 | $74,449,276.66 | $66,992,350.69 | $662,832.36 | $662,832.36 |
| UGGC & Associés, Special Counsel to the Trustee | $2,453,496.76 | $2,453,496.76 | $2,346,939.36 | $94,996.23 | $94,996.23 |
| Werder Vigano, Special Counsel to the Trustee | $321,247.90 | $321,247.90 | $316,325.44 | $1,546.91 | $1,546.91 |
| Soroker - Agmon, Special Counsel to the Trustee | $9,759,586.83 | $9,759,586.83 | $9,282,181.65 | $408,146.65 | $408,146.65 |
| Browne Jacobson LLP, Special Counsel to the Trustee | $19,880,603.78 | $19,880,603.78 | $19,078,549.14 | $1,268,652.82 | $1,268,652.82 |
| La Tanzi, Spaulding & Landreth, P.C., Special Counsel to the Trustee | $8,451.00 | $8,451.00 | $8,356.16 | $457.30 | $457.30 |
| Triay Stagnetto Neish, Special Counsel to the Trustee | $998,806.68 | $998,806.68 | $946,843.97 | $43,133.30 | $43,133.30 |
| Ritter Schierscher Rechtsanwalte, Special Counsel to the Trustee | $141,256.83 | $141,256.83 | $139,361.14 | $3,553.43 | $3,553.43 |
| Bedell Cristin Guernsey Partnership, Special Counsel to the Trustee | $35,622.97 | $35,622.97 | $35,223.19 | $27.56 | $27.56 |
| Munari Guidici Maniglio Panfili E Associati, Special Counsel to the Trustee | $86,880.33 | $86,880.33 | $85,902.69 | $207.15 | $207.15 |
| Kelley, Wolter & Scott, Special Counsel to the Trustee | $92,346.75 | $92,346.75 | $90,881.03 | $583.00 | $583.00 |
| Cochran Allan, Special Counsel to the Trustee | $37,959.75 | $37,959.75 | $37,306.70 | $0 | $0 |
| Tarter Krinsky & Drogin LLP Special Counsel to the Trustee | $21,719.25 | $21,719.25 | $20,264.06 | $0 | $0 |
| The Scaletta Law Firm, PLLC Special Counsel to the Trustee | $139,500.90 | $139,500.90 | $124,213.86 | $365.04 | $365.04 |

| Applicant | Total Interim Compensation Requested | Total Interim Compensation Awarded | Total Paid | Total Expenses Requested | Total Expenses Awarded |
|---|---|---|---|---|---|
| Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP Special Counsel to the Trustee | $774,467.10 | $774,467.10 | $679,661.28 | $16,954.13 | $16,954.13 |

Schedule B(1)                    DATE: _4_/_29_/_2020_          INITIALS:  : __ SMB        USBJ

B-3