**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X
SECURITIES INVESTOR PROTECTION :
CORPORATION, :
       Plaintiff-Applicant, : Adv. Pro. No. 08-01789 (SMB)
  :
       -against- : SIPA LIQUIDATION
  :
BENARD L. MADOFF INVESTMENT : (Substantively Consolidated)
SECURITIES LLC, :
       Defendant. :
-------------------------------------------------------------X
In re: :
  :
BERNARD L. MADOFF, :
  :
       Debtor. :
-------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation of :
Bernard L. Madoff Investment Securities LLC, :
  :
       Plaintiff, : Adv. Pro. No. 11-02571 (SMB)
  :
       -against- :
  :
Banque Privee Espirito Santo S.A., f/k/a :
Compagnie Bancaire Espirito Santo SA, :
  :
  :
       Defendant. :
-------------------------------------------------------------X

## ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL

      Upon consideration of the motion (the "Motion") of Allegaert Berger & Vogel LLP for entry of an order pursuant to Local Rule 2090-1(e) to withdraw as attorneys of record for Defendant Banque Privee Espirito Santo SA f/k/a Compagnie Bancaire Espirito Santo SA (the "Defendant") in the above-captioned proceedings and the Declaration of John F. Zulack, dated February 12, 2020 submitted therewith; and due and sufficient notice of the Motion having been given under the circumstances to the Defendant; and the Court having reviewed all

pleadings and other papers filed or submitted in connection with the Motion; and after due deliberation and sufficient cause appearing therefor; it is hereby:

ORDERED that Allegaert Berger & Vogel LLP and John F. Zulack are granted leave to withdraw as counsel for the Defendant and are hereby deemed removed as counsel for Defendant in these and any consolidated or related case; and it is further

ORDERED, that the Clerk of Court and all parties in interest in this case are authorized and directed to take all actions necessary to effectuate the relief granted pursuant to this Order.

Dated: May 8th, 2020           **/s/ STUART M. BERNSTEIN**
                                                  Hon. Stuart M. Bernstein
                                                  UNITED STATES BANKRUPTCY JUDGE