**Baker & Hostetler LLP**

45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jorian L. Rose
Amy E. Vanderwal
Jason I. Blanchard

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the chapter 7 estate of Bernard L. Madoff*

Hearing Date: May 27, 2020
Hearing Time:  10:00 a.m. (EST)
Objections Due: May 20, 2020
Objection Time:  5:00 p.m. (EST)

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>          Plaintiff-Applicant, <br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br>          Debtor. | |

## <u>NOTICE OF TELEPHONIC HEARING</u>

**PLEASE TAKE NOTICE** that on September 11, 2019, Dr. Alan Melton sent email

correspondence to the Court along with a letter, dated August 8, 2019, regarding the Trustee's

determination of a claim related to Dr. Melton and his family members (collectively, the

"Letter"). On September 13, 2019, the Clerk of the Court docketed the Letter in the above

captioned matter (ECF No. 19001).

**PLEASE TAKE FURTHER NOTICE** that the Court has scheduled a telephonic hearing on the Letter, which will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on **May 27, 2020 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to appear at the Hearing must make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than 12:00 p.m. (Eastern Time) one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that the Trustee may file an objection to the Letter with the Clerk of the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m., on May 20, 2020** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein), which must be served upon Dr. Melton.

**PLEASE TAKE FURTHER NOTICE** that the moving and any objecting parties are required to attend the Hearing, and failure to attend may result in relief being granted or denied upon default.

Dated: May 8, 2020                    Respectfully submitted,
      New York, New York

*/s/ David J. Sheehan*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Jorian L. Rose
Email: jrose@bakerlaw.com
Amy E. Vanderwal
Email: avanderwal@bakerlaw.com
Jason I. Blanchard
Email: jblanchard@bakerlaw.com
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the chapter 7 estate of Bernard L. Madoff*