**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 14, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.   Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

B.    Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

C.    Letter to Hon. Stuart M. Bernstein re March 17, 2020 conference (10-04889) filed by Helen Davis Chaitman on behalf of Barbara L. Savin, Robert S. Savin (Filed: 3/9/2020) [ECF No. 19375]

**Related Documents:**

D.    Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

E.    Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020 (Filed: 3/17/2020) [ECF No. 19412]

Status:    This matter is going forward as a status conference.

Dated: May 13, 2020
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*