**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                              Plaintiff-Applicant,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                              Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                              Plaintiff,<br><br>v.<br><br>JABA ASSOCIATES LP; ESTATE OF JAMES GOODMAN; AUDREY GOODMAN, in her capacity as a General Partner of JABA Associates LP and in her capacity as Personal Representative of the Estate of James Goodman; BRUCE GOODMAN, in his capacity as a General Partner of JABA Associates LP; and ANDREW GOODMAN, in his capacity as a General Partner of JABA Associates LP,<br><br>                              Defendants. | Adv. Pro No. 10-05128 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF DEFENDANTS'
MOTION TO WITHDRAW THE REFERENCE**

HELEN DAVIS CHAITMAN hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

1.      I am a member of the bars of New York and New Jersey, and of this Court.  I am a member of Chaitman LLP, counsel for Defendants JABA Associates LP; Estate of James Goodman; Audrey Goodman, in her capacity as a General Partner of JABA Associates LP and in her capacity as Personal Representative of the Estate of James Goodman; Bruce Goodman, in his capacity as a General Partner of JABA Associates LP; and Andrew Goodman, in his capacity as a General Partner of JABA Associates LP ("Defendants").

2.      I submit this Declaration in support of Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure.

3.      Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint filed by the Trustee, dated December 2, 2010.

4.      Attached hereto as **Exhibit B** is a true and accurate copy of Defendants' Answer and Affirmative Defenses, dated September 16, 2015.

Dated:  New York, New York
        May 15, 2020

                                        /s/   *Helen Davis Chaitman*
                                        Helen Davis Chaitman