# EXHIBIT 3

# UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

               Plaintiff-Applicant,

    v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

               Defendant.

Adv. Pro. No. 08-01789-BRL

SIPA Liquidation

## AFFIDAVIT OF PUBLICATION

I, JOHN FRANKS, being duly sworn, depose and say that:

1.      I am a Director at the Dallas, Texas office of AlixPartners, LLP ("AlixPartners").
AlixPartners is employed by the Trustee (as defined) as claims agent, in part.

2.      I have personal knowledge of the matters herein.

3.      On December 15, 2008, the United States District Court for the Southern District of
New York entered an order appointing Irving H. Picard, Esq. ("the Trustee") as trustee for the
liquidation of Bernard L. Madoff Investment Securities LLC, the debtor herein ("the Debtor"), under
the Securities Investor Protection Act of 1970, 15 U.S.C. § 78aaa *et seq.*, as amended ("SIPA").

4.      On December 23, 2008, an order ("the Order") was entered in this proceeding
authorizing and directing the Trustee to cause notice of the commencement of this liquidation
proceeding (the "Notice") to be published one time in the following newspapers on or before January
9, 2009: *The New York Times*, all editions; *The Wall Street Journal*, all editions; *The Financial*

*Times*, all editions; *USA Today*, all editions; *Jerusalem Post*, all editions; and *Ye'diot Achronot*, all editions (the "Newspapers").

5.      The Notice was entitled "Notice To Customers And Creditors Of Bernard L. Madoff Investment Securities LLC And To All Other Parties In Interest." A copy of the Notice is attached hereto as Exhibit A.

6.      The Notice was published in each of the Newspapers on January 2, 2009. A copy of the Verification of Publication for each newspaper and the Notice as it appeared in each newspaper is attached hereto as Exhibits B through H.

I declare under penalty of perjury that the foregoing is true and correct.

Executed in Dallas, Texas this 2nd day of February, 2009.

John Franks
Director
AlixPartners LLP

Subscribed and sworn to before me
this 2nd day of February, 2009.

Notary Public   March 27, 2010

KASANDRA B. COLEMAN
Notary Public, State of Texas
My Commission Expires
March 27, 2010

# EXHIBIT A

**The Notice**

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adversary Proceeding |
| Plaintiff-Applicant, | No. 08-01789-BRL |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

## COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving

H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing

Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. **Customer claims will be deemed filed**

**only when received by the Trustee.**

        Forms for the filing of customers' claims are being mailed to customers of the Debtor as

their name and addresses appear on the Debtor's books and records. Customers who do not receive

such forms within seven (7) days from the date of this Notice may obtain them by writing to the

Trustee at the address shown above.

        Claims by broker-dealers for the completion of open contractual commitments must be

filed with the Trustee at the above address within thirty (30) days after the date of this Notice.

**Broker-dealer claims will be deemed to be filed only when received by the Trustee.** Claim

forms may be obtained by writing to the Trustee at the address shown above.

        All other creditors of the Debtor must file formal proofs of claim with the Trustee at the

address shown above within six (6) months after the date of this Notice. **All such claims will be**

**deemed filed only when received by the Trustee.**

        **No claim of any kind will be allowed unless received by the trustee within six (6)**

**months after the date of this Notice.**

## AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

        **NOTICE IS HEREBY GIVEN** that as a result of the issuance of the Protective Decree,

certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C.

§ 362 and by order of the United States District Court for the Southern District of New York entered

on December 15, 2008 by the Honorable Louis A. Stanton.

## MEETING OF CREDITORS

**NOTICE IS HEREBY GIVEN** that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

## HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

**NOTICE IS HEREBY GIVEN** that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

**NOTICE IS HEREBY GIVEN** that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's

website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website,
www.madofftrustee.com. From time to time in the future, other updated information and notices
concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.


Dated:  January 2, 2009
         New York, New York


                              Irving H. Picard, Esq.
                              Trustee for the Liquidation of the
                              Business of Bernard L. Madoff Investment
                              Securities LLC

08-01789-smb    Doc 17-5    Filed 02/02/09    Entered 02/02/09 17:34:16    Exhibit A b 3
Pg 8 of 39

## EXHIBIT B

**Jerusalem Post and Ye'diot Achronot**

B-1

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff-Applicant,

        v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

Adversary Proceeding

No. 08-01789-BRL

## AFFIDAVIT OF PUBLICATION

I, Adam B. Levin, being duly sworn, hereby certify that (a) I am Senior Account
Executive at Miller Advertising Agency, Inc., an advertising agency, and (b) that the
advertisement of which the annexed is a copy was published in the following
publications:

*Jerusalem Post Daily (Israel) Edition* in the issue dated 1/2/09
*Jerusalem Post International Edition* in the issue dated 1/2/09
*Yedioth Ahronoth Daily (Israel) Edition* in the issue dated 1/2/09
*Yedioth Ahronoth International Edition* in the issue dated 1/2/09

x _____
(Signature)

_____
(Title)

Sworn to before me this: _____ 12ᵗʰ _____ day of ____ January ____ , 2009

_____
Notary Public

"OFFICIAL SEAL"
Lori Hummel
Notary Public, State of Illinois
Commission Expires 12/20/2010





## אילן טורס
טיולים מודרכים בשפה העברית

הטיולים כוללים ארוחות בוקר, כניסות לאתרים,
וטיסות הלוך וחזור לאזור

## מסלולי הטיולים לעונת החורף!

מוזרים
אטרקטיביים

משופדת

קובה

718.924.7544
הרשמה ופירוט לטיול בטלפון:

15 West 34th, St., Floor 5, NY, NY 10001
Tel: 212-689-2323
E-mail:Concourse.travel@gmail.com

**Corporate Accounts Welcome**
Last Minute Booking at Low
Advanced Purchase Prices

**CIT   Concourse International Travel, Inc.**

## משרדי עו"ד
## מאיר מוצא
לשעבר תובע המחוז מני-יורק
**FORMER PROSECUTOR**

ייצוג אמין תקיף ומקצועי!

כל התיקים הפליליים
עבירות תנועה
כל סוגי התביעות האזרחיות
תביעות שוכר / משכיר
דובר עברית

www.mozaLaw.com

(718) 470-1206    (516) 741-0003
Queens                    Nassau
ניתן להשיג 24 שעות





יורם נחימובסקי, עו"ד

עסקים ומקומות בינלאומיים,
הם חוזהנותנת תמפיחות שלנו!

## קונ"ץ KUNST

212-964-5056 טל.
212-267-1199 פקס.

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,
v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protections afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their names and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proof of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website

Dated:  January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



# "הוא גרם לי להפ

### כ-4,000 המומלצות כבר הגיעו לתחרות "המורה של המדינה"



בואו לבחור את
**המורה של המדינה**
יום המורה הארצי של ישראל

מאת גנה אולמצ'ר

# בית כנסת
# לא במשרד

### שופטת קבעה כי משרד הדתות יפצה שלושה בתי כנסת רפורמים ע...

מאת ניסן שטראוכלר

# הדרכון אבד לכנ
# שלמו 1,000 שקל

מאת נורית פלוטר

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that, on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA now may file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within six months period may result in less protection for the customer. Each claim should be mailed to the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor whose names and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time the place where customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON APPOINTMENT OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received not less than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



**12 DEFENSE**

Sights on Gaza



Reflections on
the stock market

**24 BUSINESS**

From Harry
Potter to the Nazis

**28 ARTS**

---

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
　　　　　　Plaintiff-Applicant,
　　　　v.　　　　　　　　　　　　　　Adversary Proceeding
　　　　　　　　　　　　　　　　　　No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
　　　　　　Defendant.

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the address shown within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., in Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009　　　　　　　Irving H. Picard, Esq.
　　　New York, New York　　　　　　Trustee for the Liquidation of the Business of
　　　　　　　　　　　　　　　　　　　Bernard L. Madoff Investment Securities LLC

---



# Weigh your options.

Get the scales tipping in your favor.
Advertise in The Jerusalem Post

For details contact Sigal Nahissi at 212 742 0505 | ext. 106| sigah@jpost.com

FOREIGN JOURNALISTS reporting from Sderot have been influenced by first-hand experience of life under rocket fire. Meanwhile IDF spokesman Avi Benayahu (inset) says new media is the future for communicating Israel's message. (Ariel Schalit/AP)

Brig.-Gen. Avi Benayahu, the IDF's spokesman, considers Post.

...who has overseen a new era in the spokesman's office and these on-line out-taking his unit's persona to an intensive new workshop at the Interdisciplinary Center, Herzliya in...

This has translated into a division of new initiatives at the IDF...

...the new media. YouTube channel established the IDF a day after fighting began has become the second-most popular channel on the popular video-sharing site, with over 386,000 page views in the first half of Thursday.

Meanwhile, the IDF has been in regular contact with over 50 major American blogs covering the fighting.

Within Israel, a new video-on-demand channel will launch over the weekend on the HOT cable network carrying nothing but IDF footage from the fighting. Even Israel's major cellular companies, Pelephone, Cellcom and Orange, will begin offering the army footage over 3G cell phones in the coming days.

"The new media lets you present your content at all times on all existing platforms, so it's there when the consumer wants to see it," explains Lt.-Col. Dinor Shavit, commander of the Filming Unit in the IDF Spokesman's Unit. Shavit is the coordinator for the dissemination of...

...the 23 videos and 48 still photos the IDF has released to the world so far.

"The army is creating, initiating, thinking ahead. We have photographers embedded in all the units preparing to enter Gaza, and we already have incredible footage that we are planning to release [it] we go in," he says.

"Explaining your actions is a kind of ammunition in this sort of war," says Benayahu, and Israel has entered the new media arena in true military style, with broad coordination across government agencies.

To that end, one of Shavit's most crucial missions is to disseminate the material within the Israeli government itself, to the Foreign Ministry in Jerusalem and military attaches and ambassadors around the world.

The coordination and dissemination of information to journalists and – through the internet – the wider world, has replaced the traditional wartime press conference held regularly by the IDF Spokesman's Unit during the 2006 Second Lebanon War.

Instead, IDF spokespeople are in direct real-time communication with journalists and offer quiet background briefings to Israeli officials and foreign reporters."An army has to fight, not to spend its time in front of television cameras," insists Benayahu.

...sufficient" by the Tel Aviv-based Foreign Press Association, which had petitioned the court on the matter.

The move was the latest in an ongoing legal battle between the government and the group representing foreign journalists in Israel, following a two-month-old ban on foreign correspondents entering Gaza.

Israel originally imposed the blanket ban following an upswing in Palestinian rocket attacks, but the issue took on added urgency in the wake of this week's massive assault against Hamas targets in the Strip.

"We have respectfully asked that the court allow more than the eight people that the state agreed to," said Glenys Sugarman, executive secretary of the FPA.

She said that 12 was the "absolute minimum" number that would meet the needs of the motley of journalists – including television, radio, print and photographers – eager to gain entry to the coastal strip, and that cutting the number down by one-third was "hugely problematic."

"We don't think that the number that the state came back with has any logic," said Sugarman.

...out of the Hamas-ruled territory, giving them an "exclusive monopoly" on Gaza news. "Sometimes this is all right, but others times it is not," he said.

The court is now expected to rule on the exact number.

In the past, Israel has voiced its displeasure with the international media's coverage of events in Gaza, arguing that such coverage inflamed Palestinian rocket attacks, but were not always making clear that Israeli military actions were in response to Palestinian attacks.

The head of the Government Press Office said Wednesday that he actually preferred Palestinian attaches and reporters covering the news from Gaza instead of foreign journalists, since international journalists were routinely used and exploited by the Islamic regime.

"Based on our experience from the war in Lebanon and the way the foreign press has conducted itself in Gaza, we know that Hamas is in complete control of the news, and that reports from Gaza are carried out under duress," GPO director Danny Seaman said.

"Foreign media in Gaza will become fig leaves for the news, and will give credibility to the 'reporting,'" he said.

# groups give gov't top grades ...andling of Gaza operation

...edia outreach that gained previous Israeli of the past decade. happening in Gaza, continued, has been transparent than the in Lebanon, where it was deliberately ...g the number of its had been killed.

same time, she said the initial reporting...

provided a good amount of context and background about the current fighting – for example, that Israel had been facing years of rocket attacks before taking this action – that information was harder to find as the media rushed to keep up with the unfolding events.

Though Mizrahi succeeded in holding recent...

events with Israeli officials in which hundreds of journalists have participated, she also expressed frustration that the larger context for Israel's actions was often being lost with the day-to-day coverage.

"The unfortunate thing is that people in the news business tend to cover only what's new today," she said.

# THE JERUSALEM POST

## NATIONAL ELECTIONS 2009

### English Language Forums

will be inviting our readers to meet and hear representatives at all the major parties in a series of meetings.

Put your calendars. Further details to come.

| | | | |
|---|---|---|---|
| ...ary 13 | 8 pm | HAIFA | Menahem Hall (adjacent to Rambam Synagogue), 39 Rechov Hahistim, Neve Shaanan (co-sponsored by EMUNAH) |
| ...ary 18 | 8 pm | NETANYA | AACI Hall, 28 Shmuel Hanatziv (co-sponsored by AACI) |
| ...ary 25 | 8 pm | RA'ANANA | to be announced |
| ...ary 31 | 8 pm | JERUSALEM | The Jerusalem Great Synagogue, 56 Rechov King George (co-sponsored by AACI and The Jerusalem Great Synagogue) |
| ...uary 1 | 8 pm | TEL AVIV | Ben Daniel, 62 Rechov B'nei Dan (co-sponsored by AACI) |

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
    Plaintiff-Applicant,
        v.                                                    Adversary Proceeding
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,        No. 08-01789-BRL
    Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in loss protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so as to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madoff.bakertrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:   January 2, 2009                           Irving H. Picard, Esq.
         New York, New York                        Trustee for the Liquidation of the Business of
                                                   Bernard L. Madoff Investment Securities LLC

**EXHIBIT C**

**USA Today (National Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA
COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L.
MADOFF INVESTMENT....** published in the national edition of **USA Today.**

Principal Clerk of USA TODAY
January 5th 2009

This _5_ day of _January_ month
_2009_ year.

Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012








At PepsiCo: Indra Nooyi ranks No. 3 on Forbes magazine's list of the 100 most powerful women and is the highest ranked CEO, ahead of non-CEOs such as Sen. Hillary Rodham Clinton and Queen Elizabeth.

At DuPont: Ellen Kullman became CEO on Thursday.

At Kraft: Irene Rosenfeld has been CEO of Kraft since 2006.

At Avon: Stock is up 65% during CEO Andrea Jung's nine years.

## How stocks have performed

The stock market suffered its worst year since 1937, and female CEOs did not escape the devastation.

| CEO | Company | Fortune 200 rank | Change in 2008 | Change in career |
|---|---|---|---|---|
| Angela Braly | WellPoint | 33 | -61.2% | -48.5% |
| Patricia Woertz | Archer Daniels Midland | 52 | -37.9% | -30.2% |
| Lynn Laverty Elsenhans | Sunoco | 56 | -40.8% | -4.2% |
| Indra Nooyi | PepsiCo | 59 | -27.8% | -16.1% |
| Irene Rosenfeld | Kraft Foods | 63 | -17.7% | -15.2% |
| Carol Meyrowitz | TJX | 132 | -28.4% | -30.3% |
| Mary Sammons | Rite Aid | 142 | -84.9% | -93.1% |
| Anne Mulcahy | Xerox | 144 | -50.8% | 0.3% |
| Brenda Barnes | Sara Lee | 203 | -39.0% | -48.3% |
| Andrea Jung | Avon Products | 265 | -37.7% | 65.4% |
| Susan Ivey | Reynolds American | 290 | -35.8% | 20.8% |
| Christina Gold | Western Union | 473 | -40.0% | -17.4% |
| S&P 500 Index | | | -38.5% | |

## USA TODAY MARKETPLACE TODAY

www.marketplace.usatoday.com
To advertise call 1.800.397.0070 Toll-free in the U.S. only
usatoday.com

### NOTICES

#### LEGAL NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.                                                    Adversary Proceeding
                                                      No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA").

Dated: January 7, 2009
New York, New York
                                                      Irving H. Picard, Esq.
                                                      Trustee for the Liquidation of the Business of
                                                      Bernard L. Madoff Investment Securities LLC

## **EXHIBIT D**

**USA Today (International Edition)**



7950 Jones Branch Drive • McLean, Virginia 22108
(703) 854-3400


GANNETT

## VERIFICATION OF PUBLICATION

**COMMONWEALTH OF VIRGINIA**
**COUNTY OF FAIRFAX**

Being duly sworn, Antoinette Chase says that she is the principal clerk of USA TODAY,
and is duly authorized by USA TODAY to make this affidavit, and is fully acquainted
with the facts stated herein: January 2nd 2009 on the following legal advertisement-
**SECURITIES INVESTOR PROTECTION CORPORATION v. BERNARD L.**
**MADOFF INVESTMENT** published in the international edition of **USA Today.**

Principal Clerk of USA TODAY
January 7th 2009

This _____ day of _____ month
_____ year.

_____
Notary Public

Marcus Dane Edmonds
Notary Public ID 7165468
Commonwealth of Virginia
My commission expires
09/30/2012

 






## MARKETPLACE TODAY

www.marketplace.usatoday.com

To advertise call 1.800.397.0070 Toll-free in the U.S. only

### NOTICES

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789 BRL

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of
the United States District Court for the Southern District of New York, entered an Order granting the
application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective
Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"),
are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C.
§§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation
of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee.
Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA
are required to file their claims with the Trustee within sixty (60) days after the date of this Notice.
Customers may file their claims up to six months after the date of this Notice; however, the filing of
claims after the sixty (60) day period but within the six month period may result in less protection for the
customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L.
Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas,
TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name
and addresses appear on the Debtor's books and records. Customers who do not receive such forms
within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the
address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with
the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer
claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by
writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address
shown above within six (6) months after the date of this Notice. All such claims will be deemed filed
only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after
the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts
and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by
order of the United States District Court for the Southern District of New York entered on December 15,
2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on
February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern
District of New York, One Bowling Green, New York, New York 10004, at which time and place
customers and creditors may attend, examine the Debtor, and transact such other business as may
properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the
United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New
York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland,
United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq.,
as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not
qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less
than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker &
Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so as
to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer
claim form, and instructions as well as the SIPC brochure may also be found at SIPC's website at
www.sipc.org under Proceedings/Legislation and at the Trustee's website, www.madofftrustee.com.
From time to time in the future, other updated information and notices concerning this proceeding may
also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

## EDUCATION TODAY

### Distance Learning Offers Flexibility and Opportunity to Update Skills in Uncertain Times

## EXHIBIT E

**The New York Times (International Herald Tribune)**



620 Eighth Avenue, New York, NY 10018 USA
Tel: (212) 556-7723   Fax: (212) 556-7706

## DECLARATION OF PUBLICATION

**NOTICE: AlixPartners**

The undersigned says:

I am over the age of 18 years and a citizen of the United States.
I am not a party to and have no interest in this matter. I am a principal
of the International Herald Tribune, a newspaper published in Paris,
France and circulated in major cities in Europe, North Africa, the Middle
East. Far East and the Americas. The notice, a true copy of which is attached,
was published on the following date(s):

January 2, 2009

I declare under penalty that the forgoing is true and correct.

Executed in New York, N.Y. on  January 5, 2009

_Judith King_
Judith King, Legal Notice Manager

Sworn before me on this 5ᵗʰ day of _January_ 2009 in the state of New York.

_Gail Arena_
            Notary Public

**Gail Arena
Notary Public, State of NY
No. 01AR4769887
Qualified in Nassau County
Commission Expires May 31, 2010**

THE WORLD'S DAILY NEWSPAPER

## usic died for owners of Zune

the way the device handles a
Apparently the Zune had
cting 2008 to have 365 days,

for the glitchful Patience. The
aid the internal clocks on the
are expected to reset them-
a.m. on the East Coast of the
aces on Thursday. Microsoft
ne owners to drain the batter-
ee turn the players back on
time. Those who had been
provide the soundtrack to
s Eve parties were out of luck.
Zune owners, like Geoffry
53-year-old entrepreneur in
, were frustrated by the

acusable," Houze said. "It's
that Microsoft wouldn't

have been aware of something like this.
They're fortunate the problem will re-
solve itself. They dodged a very large
truck here."

Microsoft has had trouble getting
traction for the Zune against the iPod,
from Apple, which dominates the port-
able player market. It says North Amer-
ican sales of all Zune devices topped
three million units in November, but it
would not say how many were 30-giga-
byte models.

The end-of-year timing led some
Zune owners to rail the problem
"Z2K9." To some it offered a quick re-
minder of how full daily life is of highly
complex systems that sometimes be-
have in unpredictable ways.

"Sure, a Zune breaks and no one
cares. No one is really affected," said

Peter Neumann, a security expert and
principal scientist at SRI International,
a nonprofit research institute in Menlo
Park, California. "But if this were to
happen on a much larger scale, in a life-
critical situation like with a defense
system or even a shuttle system, it
would be a serious problem."

Another big Microsoft venture into
hardware, the Xbox 360 video gaming
console, has had its own share of break-
downs, the result of a manufacturing
flaw. The company has offered to fix
faulty machines free of charge, and it
set aside a reported $1.1 billion for the
repairs.

Zune fans are hoping that the player
will not be quite so troublesome.

Microsoft plans to release an update
for the player's internal software.

## MARKETS WITH REUTERS

### BREAKINGVIEWS.COM

## t countries
## d be losers

luge policy mistakes, the
wnturn will not rival the
pression, when U.S. gross
product dropped by 27
d the unemployment rate
percent. Even the worst
do not expect a GDP
double-digit percentage
t there is a chance of a sort
pression — which could
ulti-decade decline in living
in rich countries.
between developing and
world living standards is
GDP per person in the
ates is 4.6 times as high as the
uge.
alization — in trade,
nations and knowledge — is
the difference. Both poor
ave gotten richer, though the
got richer faster.
uld change. The growth of
tight start to come at the
f the rich.
t: that income gap of 4.6
es in the next 15 years while
a GDP keeps growing at the
it did between 1960 and
6 percent. If that happens,
pita GDP will
ically be 27 percent lower in
in 2007 — the same fall as in
Depression, just spread out
more years.
ustries can actually get
se average Argentina was 9
oorer in 1945 than in 1928. It
e doses of wasteful
nomic policy to get that
: the current rich-country
f huge government deficits
nterest rates are not growth-
ver the long term.
reversed quickly, this mix
ad to bigger governments,
he budget deficits and —
ly dangerous inflation.
olicies could make a bad
worse. In the United States
wealthy countries, the result
: downward-sloping saw-
attern of output, in which
ery is feebler than the
downturn.
nds, the poor are closely tied
, so China and its peers are
from the troubles in their big
rkets. That could change.
poorer countries learn to rely
-value exports. Instead, they
e a self-sustaining upward
seful investments, improved
ity and rising incomes. Such a
g would be highly advisable if
ries turned to the economic
t of self-harming behavior.

Even if the rich get one-third poorer,
they will be much richer than their
ancestors were in 1929, before the
Great Depression started. But the
psychological effect of losing income
for so many years could be just as
great. Talk about depressing.
— Martin Hutchinson

### Credit Suisse
### drops problem

Credit Suisse has found a new home
for its perennial problem child. The
Swiss bank is offloading the bulk of its
non-Swiss fund management business
— which guards about $58 billion in
assets — to Aberdeen Asset
Management of Britain, in an all-stock
deal. The timing of the agreement,
announced just before the end of the
year, is neat.

But otherwise the deal is messy. The
Swiss bank clearly wanted a fix for
this drag on performance.

Asset management has been a
headache for Credit Suisse, with high
costs, poor investment performance
and management walkouts. So it
makes sense to carve it out and sell to
a dedicated asset manager with more
time to devote to fixing it.

But Credit Suisse's short patience is
writ large in the terms of the deal.
Aberdeen is snapping up the fund-
management business for just 0.6
percent of the value of its total assets—
a stake more than it paid for Deutsche
Bank's asset management business in
2005. If Aberdeen can apply a 30
percent margin on this $571 million in
revenues it hopes to get this year, it
would make an after-tax profit of about
$41 million — a generous return on its
investment of 11 percent.

Moreover, Credit Suisse has not
achieved a clean break. It has swapped
the business for as much as $363
million worth of shares in Aberdeen.
That is small enough not to have much
strategic value, and big enough to be
inconvenient. The Swiss bank has to
retain its shares for at least a year, but
after that it is not clear it has an exit
plan. An outright sale for cash would
have been preferable.

Aberdeen gets an insurance policy,
too. The price goes down if revenues
fall over the next six months. If revenue
halves, it can walk away. That
extraordinary concession is a pretty
clear indication of how much Credit
Suisse wanted a deal — even one as
imperfect as this.
— John Foley

### breakingviews.com

For more independent commentary and
analysis, visit www.breakingviews.com

---

**UNITED STATES BANKRUPTCY COURT**
**FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
  Plaintiff-Applicant,
                                      Adversary Proceeding
  v.                                  No. 08-01789-BRL

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
  Defendant.

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file their formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b) (6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/ Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated: January 2, 2009                Irving H. Picard, Esq.
  New York, New York                  Trustee for the Liquidation of the Business of
                                      Bernard L. Madoff Investment Securities LLC

08-01789-smb    Doc 17-5    Filed 02/02/09    Entered 02/02/09 17:34:16    Exhibit E-H
Pg 5 of 14

# EXHIBIT F

**The New York Times**

SEC 3   PG.

# CERTIFICATION OF PUBLICATION

__Lane Weber__ , in my capacity as a Principal Clerk of the Publisher of **The New York Times** a daily newspaper of general circulation printed and published in the City, County and State of New York, hereby certify that the advertisement annexed hereto was published in the editions of **The New York Times** on the following date or dates, to wit on

JAN 0 2 2009                              20____

JAN 0 2 2009                              20____

Approved:

_Marie Pannello_

THIS CERTIFICATION
NOT VALID
WITHOUT NYT EMBED SEAL

---

**The New York Times**
620 8TH AVENUE • NEW YORK, NY 10018

Advertising Proof of Publication
No. 08-01789-BRL

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
            Plaintiff-Applicant,
            v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
            Defendant.

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

COMMENCEMENT OF LIQUIDATION PROCEEDING

MEETING OF CUSTOMERS AND CREDITORS

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

Dated: January 2, 2009
New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of

# UNITED STATES BANKRUPTCY COURT
## FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

## NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, AND TO ALL OTHER PARTIES IN INTEREST

### COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. § § 78aaa et seq. ("SIPA").

...

### AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

### MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, ...

### COMMENCING AN INDEPENDENT RESPONSE OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, ...

Dated:   January 2, 2009
         New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

**THE GLORY YEARS IN THE BRONX!!!**

The New York Times
STORE

Commemorate the Stadium's Final Season

The New York Yankees have won more world championships than any other team in sports history. Every championship is now captured in a special framed commemorative. Works of Art.

"World Champions, 28 Times," available only through The New York Times.

This handsome keepsake displays the triumphant Yanks' Series teams as presented in The Times. Reprints of the actual front pages, reproduced with the type still sharp and continuing through 2000, surround this unique souvenir; a limited-edition facsimile of a special framed reproduction and a capsule of dirt from the stadium.

"World Champions, 28 Times" comes with a black-wood frame (24" x 26"), gray mat and plexiglass.

$150   NSAP1839

TO ORDER: visit our Web site or call (800) 671-4332.

The New York Times
nytimes.com/store

# EXHIBIT G

**The Wall Street Journal**

STATE OF TEXAS         )
                        )  ss:
CITY AND COUNTY OF DALLAS)

I, Erin Ostenson, being duly sworn, depose and say that I am the Advertising Clerk of the

Publisher of THE WALL STREET JOURNAL (Global), a daily national newspaper

published and of general circulation in The United States of America, Asia, Europe and

that the attached advertisement has been published in THE WALL STREET JOURNAL

(Global) for one insertion(s) on the following date(s): January 2, 2009; advertiser

Securities Investor Protection Corporation and that the foregoing statements are true and

correct to the best of my knowledge, information, and belief.

_____

Sworn to before me this

16th day of January 2009

_____
Notary Public

ALBERT FOX
Notary Public, State of Texas
My Commission Expires
February 15, 2012

E WALL STREET JOURNAL.        FRIDAY - SUNDAY, JANUARY 2 - 4, 2009  **15**

# THE MART

PUBLIC NOTICES

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
            Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
            Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111; attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:  January 2, 2009
        New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

08-01789-smb   Doc 17-5   Filed 02/02/09   Entered 02/02/09 17:34:16   Exhibit H
Pg 31 of 39

## EXHIBIT H

### The Financial Times

# AFFIDAVITS

**IN THE MATTER OF:**    ALIX PARTNERS

**STATE OF NEW YORK:** |

        **SS:** ı

**COUNTY OF NEW YORK:** |

I, Tim Hart, being duly sworn, hereby certify that (a) I am the Vice President - Financial Advertising of FT Publications, Inc., Publisher of the FINANCIAL TIMES, a daily newspaper general circulation in the City and County of New York, and (b) that the Notice of which the annexed is a copy was published in the WORLDWIDE EDITIONS OF THE FINANCIAL TIMES on the

**2nd day of January 2009**

**VICE-PRESIDENT OF ADVERTISING -FINANCIAL ADVERTISING:**

**SWORN TO BEFORE ME THIS:**

Hope Kaye

**NOTARY PUBLIC**

HOPE KAYE
Notary Public, State of New York
No. 21 5016197
Qualified in New York County
Commission Expires ......

# LEGAL NOTICES

GLOBAL, NATIONAL, REGIONAL
TO ADVERTISE CALL 1.800.366.3975
FAX: 214.640.7900

ADVERTISING.WSJ.COM.

## PUBLIC NOTICES

### UNITED STATES BANKRUPTCY COURT
### FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
Defendant.

Adversary Proceeding
No. 08-01789-BRL

### NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

#### COMMENCEMENT OF LIQUIDATION PROCEEDING

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

#### AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

#### MEETING OF CREDITORS

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

#### HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so as to received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:   January 2, 2009
     New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC

THE WALL STREET JOURNAL.          FRIDAY - SUNDAY, JANUARY 2 - 4, 2009    27

# THE MART

**PUBLIC NOTICES**

**UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION CORPORATION,
                    Plaintiff-Applicant,
          v.
BERNARD L. MADOFF INVESTMENT SECURITIES LLC.
                    Defendant.

Adversary Proceeding
No. 08-01789-BRL

**NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST**

**COMMENCEMENT OF LIQUIDATION PROCEEDING**

NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.

Forms for the filing of customers' claims are being mailed to customers of the Debtor as their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain them by writing to the Trustee at the address shown above.

Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.

All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.

No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

**AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR**

NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

**MEETING OF CREDITORS**

NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

**HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE**

NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78cee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., so to be received no fewer than five (5) days before the hearing.

NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madofftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted at SIPC's and/or the Trustee's website.

Dated:  January 2, 2009
          New York, New York

Irving H. Picard, Esq.
Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities LLC



Mitch McConnell (centre) with senators-elect Joe Riche (left) and Mike Johanns. "As of right now, Americans are left with more questions than answers," Mr McConnell said

# Republicans threaten to delay stimulus

**News analysis**

**The party has made it clear there will be no rubber stamp for Obama's legislation, writes Andrew Ward**

Members of Congress are poised to resume negotiations over Barack Obama's proposed fiscal stimulus today, amid Republican warnings against hasty legislation laden with wasteful spending.

The president-elect wants Congress to have a bill ready to sign soon after he takes office on January 20, but Republicans are threatening to delay the process.

Mr Obama's advisers have proposed a $675bn-$775bn (€480bn-€550bn, £460bn-

$530bn) stimulus to shore up the economy, with the price likely to rise above $800bn after additions from congressional lawmakers.

But Republican leaders made clear there would be no rubber stamp approval, warning that the bill faced "tough scrutiny and oversight".

"Taxpayers are in no mood to have a single dollar wasted," said Mitch McConnell, Republican leader in the Senate.

The Obama administration will need support from some Republicans to pass the bill because the Democrats fall narrowly short of a filibuster-proof Senate majority in November's election.

Many Republicans on Capitol Hill have cautiously accepted the need for stimulus measures to avoid a deeper economic crisis, creating the potential for bipartisan agreement. But Mr

McConnell said his party would act as a watchdog against excess, raising the prospect of conflict over the scale and contents of the package.

The Kentucky senator urged hearings on the stimulus and at least a week to review the legislation before a vote, casting doubt on the fast-track approval mooted by Democratic leaders. "As of right now, Americans are left with more questions than answers about this unprecedented government spending," he said. "I believe the taxpayers deserve to know a lot more about where it will be spent before we consider passing it."

Mr McConnell and Republicans spoke out after the right mix of tax relief and other measures", signalling his hope to place greater emphasis on tax cuts rather than spending.

In addition to tax cuts for

the middle class, Mr Obama's plan would also include aid to cash-strapped state governments and massive investment in infrastructure, school construction, energy efficiency, broadband access and healthcare technology.

Republicans face a

**"Taxpayers are in no mood to have a single dollar wasted"**

*Mitch McConnell, Senate minority leader*

dilemma over how aggressively to challenge the proposals, given the risk of being blamed for stifling economic recovery. But this week's strongly worded statements by Mr McConnell and others suggest that the party is bristling for a fight.

"We should have a simple test: will the yet-unwritten, reportedly trillion-dollar spending bill really create jobs and grow the economy – or will it simply create more government spending, more bureaucrats and deeper deficits?" said Mr McConnell.

As Senate minority leader, Mr McConnell will become the most powerful Republican in Washington after President George W. Bush leaves office, at a time when the party is struggling to agree a new direction.

Many Republicans are eager to reassert the party's fiscal conservative principles, which were tarnished by the Bush administration's heavy deficit spending even before recent bail-outs for the financial and car sectors.

As state and local governments line up for a slice of the stimulus, Republicans have seized on questionable funding requests to highlight the risk of waste and fraud. Among them: $4.8m for a polar bear exhibit in Rhode Island, a $1.5m water park ride in Miami, and $6m for snowmaking at a ski resort in Minnesota.

Mr Obama has warned against special interest "overstretching" on the stimulus, but must remain focused on projects that create the most jobs. He has already started reaching across the aisle with phone calls to moderate Republican senators such as Olympia Snowe of Maine. She subsequently praised the president-elect for his "collaborative" approach.

The next few weeks will provide the first big test of Mr Obama's election pledge to break the partisan gridlock in Washington – and of Mr McConnell's ability to impose discipline on the Republican caucus.

*www.ft.com/obama*

---

# ...volution party not over

before 3,000 people led by President Raúl Castro in eastern Santiago de Cuba, where the revolution began.

A phone survey found people across the land managed to obtain the party, fidel Castro took Santiago 50 years ago he followed up his speech by leading a ragtag caravan of guerrillas on a week-long sojourn across the island. He made a spectacular entry into Havana on January 8, where

said a few days ago that "structural and conceptual changes" were on the agenda of a Communist Party Congress due in late 2009. When Fidel Castro took he spoke at a military garrison now turned into a complex of schools called "Liberty City".

The government said exemplary citizens would copy the caravan's route beginning on Friday and end at Liberty City on Thursday.

Foreign leaders, noticeably absent from yesterday's event – such as allies Hugo Chávez of Venezuela and Bolivia's Evo Morales – may well attend the final act, a local Communist party official said.

Those who hope to see Fidel Castro, 82, one more time speculated that he might appear. The former president has not been seen in public since intestinal surgery in July 2006.

**Raúl Castro said 'structural and conceptual changes' were on Communist agenda**

People said there was plenty of talk at the dinner table about the future. The Castro era is coming to an end, a new administration is taking over in Washington and President Raúl Castro

*Richard Lapper*

---

# ...onent of S African regime

ment, which ultimately became the Progressive Federal party, in 1966.

She was the sole representative for the PFP between 1961 and 1974, as well as for many years the only woman in the legislature, becoming known as a skilful parliamentarian.

Year after year she delivered dozens of parliamentary speeches on a wide range of issues, and cleverly used parliamentary questions, bringing to light information that would otherwise have remained hidden.

She took a special interest in prison conditions, being

dubbed "Our Lady of the Prisons" by Breyten Breytenbach, the Afrikaans poet, apartheid opponent and political prisoner, and was one of the very few people permitted to visit former president Nelson Mandela during his imprisonment on Robben Island.

In his autobiography, Mr Mandela writes: "It was an odd and wonderful sight to see this courageous woman peering into our cells and strutting around our courtyard." After the end of apartheid Mr Mandela awarded her the same "quiet diplomacy" towards President Robert Mugabe in Zimbabwe.

Ms Suzman was also forthright in pointing out the shortcomings of the black empowerment policies championed by Mr Mbeki, arguing that these had simply banished a handful of politically connected individuals and that more needed to be done to develop the skills of the majority black population.

But it will be for her brave opposition in apartheid that Ms Suzman will be remembered. She was awarded more than 20 honorary doctorates from international institutions, received the United Nations award of the International League for Human Rights, was made Dame of the British Empire, and was twice nominated for the Nobel Peace prize.

with Mr Mandela – who is one year her junior – was warm.

But her dealings with Mr Mandela's African National Congress were not always cordial. During the apartheid years Ms Suzman had opposed the ANC's use of violence and the call for international sanctions against South Africa.

When Thabo Mbeki took over the presidency from Mr Mandela in 1999, he found her a staunch critic of his bizarre policy on HIV and Aids and so-called



Suzman shakes hands with Mandela in 1990

---

**Legal Notices**

UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

SECURITIES INVESTOR PROTECTION CORPORATION,
                        Plaintiff-Applicant,
                                v.                           Adversary Proceeding
                                                             No. 08-01789-BRL
BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
                        Defendant.

NOTICE TO CUSTOMERS AND CREDITORS OF BERNARD L. MADOFF INVESTMENT
SECURITIES LLC AND TO ALL OTHER PARTIES IN INTEREST

COMMENCEMENT OF LIQUIDATION PROCEEDING
        NOTICE IS HEREBY GIVEN that on December 15, 2008, the Honorable Louis A. Stanton of the United States District Court for the Southern District of New York, entered an Order granting the application of the Securities Investor Protection Corporation ("SIPC") for issuance of a Protective Decree adjudicating that the customers of Bernard L. Madoff Investment Securities LLC (the "Debtor"), are in need of the protection afforded by the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa et seq. ("SIPA"). Irving H. Picard, Esq. ("Trustee") was appointed Trustee for the liquidation of the business of the Debtor, and Baker & Hostetler LLP was appointed as counsel to the Trustee. Customers of the Debtor who wish to avail themselves of the protection afforded to them under SIPA are required to file their claims with the Trustee within sixty (60) days after the date of this Notice. Customers may file their claims up to six months after the date of this Notice; however, the filing of claims after the sixty (60) day period but within the six month period may result in less protection for the customer. Such claims should be filed with the Trustee at Irving H. Picard, Esq., Trustee for Bernard L. Madoff Investment Securities LLC, Claims Processing Center, 2100 McKinney Ave., Suite 800, Dallas, TX 75201. Customer claims will be deemed filed only when received by the Trustee.
        Forms for the filing of customers' claims are being mailed to customers of the Debtor at their name and addresses appear on the Debtor's books and records. Customers who do not receive such forms within seven (7) days from the date of this Notice may obtain those by writing to the Trustee at the address shown above.
        Claims by broker-dealers for the completion of open contractual commitments must be filed with the Trustee at the above address within thirty (30) days after the date of this Notice. Broker-dealer claims will be deemed to be filed only when received by the Trustee. Claim forms may be obtained by writing to the Trustee at the address shown above.
        All other creditors of the Debtor must file formal proofs of claim with the Trustee at the address shown above within six (6) months after the date of this Notice. All such claims will be deemed filed only when received by the Trustee.
        No claim of any kind will be allowed unless received by the trustee within six (6) months after the date of this Notice.

AUTOMATIC STAY OF ACTIONS AGAINST THE DEBTOR
        NOTICE IS HEREBY GIVEN that as a result of the issuance of the Protective Decree, certain acts and proceedings against the Debtor and its property are stayed as provided in 11 U.S.C. § 362 and by order of the United States District Court for the Southern District of New York entered on December 15, 2008 by the Honorable Louis A. Stanton.

MEETING OF CREDITORS
        NOTICE IS HEREBY GIVEN that the first meeting of customers and creditors will be held on February 20, 2009, at 10:00 a.m., at the Auditorium at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, at which time and place customers and creditors may attend, examine the Debtor, and transact such other business as may properly come before said meeting.

HEARING ON DISINTERESTEDNESS OF TRUSTEE AND COUNSEL TO THE TRUSTEE
        NOTICE IS HEREBY GIVEN that on February 4, 2009, at 10:00 a.m., at Courtroom 601 of the United States Bankruptcy Court, Southern District of New York, One Bowling Green, New York, New York 10004, has been set as the time and place for the hearing before the Honorable Burton R. Lifland, United States Bankruptcy Judge, of objections, if any, to the retention in office of Irving H. Picard, Esq., as Trustee, and Baker & Hostetler LLP, as counsel to the Trustee, upon the ground that they are not qualified or not disinterested as provided in SIPA § 78eee(b)(6). Objections, if any, must be filed not less than five (5) days prior to such hearing, with a copy to be served on counsel for the Trustee at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, attn: Douglas E. Spelfogel, Esq., to be received no fewer than five (5) days before the hearing.
        NOTICE IS HEREBY GIVEN that copies of this Notice, the letter to customers, the customer claim form, and instructions as well as the SIPC brochure may be found on SIPC's website at www.sipc.org under Proceedings/Liquidations and on the Trustee's website, www.madoftrustee.com. From time to time in the future, other updated information and notices concerning this proceeding may also be posted on SIPC's and/or the Trustee's website.
Dated: January 2, 2009
        New York, New York
                                Irving H. Picard, Esq.
                                Trustee for the Liquidation of the Business of
                                Bernard L. Madoff Investment Securities LLC

David J. Sheehan (DS 4818)
Email: dsheehan@bakerlaw.com
Douglas E. Spelfogel (DS 7097)
Email: dspelfogel@bakerlaw.com
Richard J. Bernard (RB 6371)
Email: rbernard@bakerlaw.com
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York  10111
Telephone:    (212) 589-4200
Facsimile:     (212) 589-4201

*Attorneys for Irving H. Picard, Esq.,*
*Trustee for the SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Appellant, | Adv. Pro. No. 08-01789 (BRL) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## CERTIFICATE OF SERVICE

I hereby certify that on February 2, 2009, I caused true copies of the Affidavit of Publication to be served upon counsel for those parties who receive electronic service through ECF and by email and/or overnight mail to those parties as set forth on the attached Schedule A.

Dated:  February 2, 2009                Respectfully submitted,


                                        /s/ David J. Sheehan
                                        David J. Sheehan (DS 4818)
                                        Douglas E. Spelfogel (DS 7097)
                                        Richard J. Bernard (RB 6371)
                                        BAKER & HOSTETLER LLP
                                        45 Rockefeller Plaza
                                        New York, New York 10111
                                        Telephone:    (212) 589-4200
                                        Facsimile:    (212) 589-4201

                                        *Attorneys for Irving H. Picard, Esq.,*
                                        *Trustee for the SIPA Liquidation of*
                                        *Bernard L. Madoff Investment Securities LLC*

<u>Schedule A</u>

<u>Via Overnight Mail:</u>

Howard Kleinhendler, Esq.
Wachtel & Masyr, LLP
110 East 59th Street
New York, NY 10022

Internal Revenue Service
120 Church Street
New York, NY 10008
Attn: Bankruptcy Department

Craig Kugel
c/o William Gogel, Esq.
321 Broadway – 2nd Floor
New York, NY 10007

<u>Via U.S. First Class Mail</u>

U.S. Department of Justice, Tax Division
Box 55
Ben Franklin Station
Washington, DC 20044

Jonathan Lee Riches
P.O. Box 340
Salters, SC 29590

<u>Via Email:</u>

Sean Lane – sean.lane@usdoj.gov

Robert Yalen – robert.yalen@usdoj.gov

Alexander Mircea Vasilescu - vasilescua@sec.gov

Israel E. Friedman – friedmani@sec.gov

Preethi Krishnamurthy - krishnamurthyp@sec.gov

Kevin Bell - kbell@sipc.org

Lewis Liman - lliman@cgsh.com

- 3 -

Andrew Kosloff – andrew.r.kosloff@chase.com