# EXHIBIT 4

Bernard L. Madoff Investment Securities LLC
Case No 08-01789-BRL

U.S. Bankruptcy Court for the Southern District of New York

**CUSTOMER CLAIM**       Claim Number:        **008649**

Date Received_____

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

**RECEIVED**

**DECEMBER 11, 2008**

APR 28 2009

(Please print or type)

Name of Customer: Melton Family LLC
Mailing Address: 20 Balfour Drive
City: West Hartford          State: CT          Zip: 06117
Account No.: 1ZA894
Taxpayer I.D. Number (Social Security No.): Redacted 1416

NOTE:    BEFORE COMPLETING THIS CLAIM FORM, BE SURE TO READ CAREFULLY
THE ACCOMPANYING INSTRUCTION SHEET.  A SEPARATE CLAIM FORM
SHOULD BE FILED FOR EACH ACCOUNT AND, TO RECEIVE THE FULL
PROTECTION AFFORDED UNDER SIPA, ALL CUSTOMER CLAIMS MUST BE
RECEIVED BY THE TRUSTEE ON OR BEFORE March 4, 2009.   CLAIMS
RECEIVED AFTER THAT DATE, BUT ON OR BEFORE July 2, 2009, WILL BE
SUBJECT TO DELAYED PROCESSING AND TO BEING SATISFIED ON TERMS
LESS FAVORABLE TO THE CLAIMANT. PLEASE SEND YOUR CLAIM FORM BY
CERTIFIED MAIL - RETURN RECEIPT REQUESTED.

*******************************************************************************

1.    Claim for money balances as of **December 11, 2008**:

   a.    The Broker owes me a Credit (Cr.) Balance of        $    0

   b.    I owe the Broker a Debit (Dr.) Balance of           $    0

   c.    If you wish to repay the Debit Balance,

        please insert the amount you wish to repay and

        attach a check payable to "Irving H. Picard, Esq.,

        Trustee for Bernard L. Madoff Investment Securities LLC."

        If you wish to make a payment, **it must be enclosed**

        with this claim form.                               $

   d.    If balance is zero, insert "None."                 None

502180406                         1

MWPTAP00450593

2.        Claim for securities as of **December 11, 2008**:

**PLEASE DO NOT CLAIM ANY SECURITIES YOU HAVE IN YOUR POSSESSION.**

|  |  | YES | NO |
|---|---|---|---|
| a. | The Broker owes me securities | X | |
| b. | I owe the Broker securities | | X |
| c. | If yes to either, please list below: | | |

Number of Shares or
Face Amount of Bonds

| Date of Transaction (trade date) | Name of Security | The Broker Owes Me (Long) | I Owe the Broker (Short) |
|---|---|---|---|
| See Nov. 30, 2008 ZA894 statements, attached hereto as Exhibit A | | | |
| $2,301,573.17 (market value of securities long, per ZA894-3 statement) | | | |
| 79,200.00 (market value of securities long, per ZA894-4 statement) | | | |
| (111,840.00) (market value of securities short per ZA894-4 statement) | | | |
| Total  $2,268,933.17 | | | |

**Proper documentation can speed the review, allowance and satisfaction of your claim and shorten the time required to deliver your securities and cash to you. Please enclose, if possible, copies of your last account statement and purchase or sale confirmations and checks which relate to the securities or cash you claim, and any other documentation, such as correspondence, which you believe will be of assistance in processing your claim. In particular, you should provide all documentation (such as cancelled checks, receipts from the Debtor, proof of wire transfers, etc.) of your deposits of cash or securities with the Debtor from as far back as you have documentation.  You should also provide all documentation or information regarding any withdrawals you have ever made or payments received from the Debtor.** See Exhibits A and B, and documents submitted herewith.

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement.  If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

502180406                             2

MWPTAP00450594

**NOTE:** **IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT.  IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008?  If so, please explain. | | X |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | | X |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | | X |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker?  If so, give name(s) | | X |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank?  If so, provide documentation with respect to each public customer on whose behalf you are claiming. | | X |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf?  Give names, addresses and phone numbers. | | X |
| 9. | Have you or any member of your family ever filed a claim under the Securities Investor Protection Act of 1970?  if so, give name of that broker. | | X |

Please list the full name and address of anyone assisting you in the preparation of this claim form: Joshua Keller, Esq., Milberg LLP
One Pennsylvania Plaza, New York, New York 10119                    .

MWPTAP00450595

9.     Have you or any member of your family
       ever filed a claim under the Securities
       Investor Protection Act of 1970? if
       so, give name of that broker.                    _____    _____

       Please list the full name and address of anyone assisting you in the
       preparation of this claim form:_____
       _____.

If you cannot compute the amount of your claim, you may file an estimated claim. In that
case, please indicate your claim is an estimated claim.

**IT IS A VIOLATION OF FEDERAL LAW TO FILE A FRAUDULENT CLAIM.
CONVICTION CAN RESULT IN A FINE OF NOT MORE THAN $50,000 OR
IMPRISONMENT FOR NOT MORE THAN FIVE YEARS OR BOTH.**

**THE FOREGOING CLAIM IS TRUE AND ACCURATE TO THE BEST OF MY
INFORMATION AND BELIEF.**

Date ___1/29/09___              Signature _____

Date _____            Signature _____

(If ownership of the account is shared, all must sign above. Give each owner's name,
address, phone number, and extent of ownership on a signed separate sheet. If other
than a personal account, *e.g.*, corporate, trustee, custodian, etc., also state your capacity
and authority. Please supply the trust agreement or other proof of authority.)

**This customer claim form must be completed and mailed promptly,
together with supporting documentation, etc. to:**

Irving H. Picard, Esq.,
Trustee for Bernard L. Madoff Investment Securities LLC
Claims Processing Center
2100 McKinney Ave., Suite 800
Dallas, TX 75201

502180406

**information regarding any withdrawals you have ever made or payments received from the Debtor.**

Please explain any differences between the securities or cash claimed and the cash balance and securities positions on your last account statement. If, at any time, you complained in writing about the handling of your account to any person or entity or regulatory authority, and the complaint relates to the cash and/or securities that you are now seeking, please be sure to provide with your claim copies of the complaint and all related correspondence, as well as copies of any replies that you received.
**PLEASE CHECK THE APPROPRIATE ANSWER FOR ITEMS 3 THROUGH 9.**

**NOTE:    IF "YES" IS MARKED ON ANY ITEM, PROVIDE A DETAILED EXPLANATION ON A SIGNED ATTACHMENT. IF SUFFICIENT DETAILS ARE NOT PROVIDED, THIS CLAIM FORM WILL BE RETURNED FOR YOUR COMPLETION.**

|  |  | YES | NO |
|---|---|---|---|
| 3. | Has there been any change in your account since December 11, 2008? If so, please explain. | _____ | _____ |
| 4. | Are you or were you a director, officer, partner, shareholder, lender to or capital contributor of the broker? | _____ | _____ |
| 5. | Are or were you a person who, directly or indirectly and through agreement or otherwise, exercised or had the power to exercise a controlling influence over the management or policies of the broker? | _____ | _____ |
| 6. | Are you related to, or do you have any business venture with, any of the persons specified in "4" above, or any employee or other person associated in any way with the broker? If so, give name(s) | _____ | _____ |
| 7. | Is this claim being filed by or on behalf of a broker or dealer or a bank? If so, provide documentation with respect to each public customer on whose behalf you are claiming. | _____ | _____ |
| 8. | Have you ever given any discretionary authority to any person to execute securities transactions with or through the broker on your behalf? Give names, addresses and phone numbers. | _____ | _____ |

502180406                                    3

Exhibit A

MWPTAP00450598

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC
20 BALFOUR DRIVE
WEST HARTFORD          CT  06117

PAGE: 2
PERIOD ENDING: 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416
YOUR ACCOUNT NUMBER: 1-ZA094-3-0

| DATE | BOUGHT RECEIVED ON LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 720 | | 75289 | SCHLUMBERGER LTD | 49.480 | 35,653.60 | |
| 11/12 | 1,728 | | 75791 | COMCAST CORP CL A | 16.510 | 28,598.28 | |
| 11/12 | 3,408 | | 79615 | AT&T INC | 27 | 92,152.00 | |
| 11/12 | 864 | | 80117 | CONOCOPHILLPS | 52.510 | 45,402.64 | |
| 11/12 | 576 | | 83941 | UNITED PARCEL SVC INC CLASS B | 52.040 | 29,998.04 | |
| 11/12 | 3,504 | | 84443 | CISCO SYSTEMS INC | 16.730 | 58,761.92 | |
| 11/12 | 1,008 | | 88267 | U S BANCORP | 29.530 | 29,806.24 | |
| 11/12 | 1,200 | | 88769 | CHEVRON CORP | 73.430 | 88,164.00 | |
| 11/12 | 576 | | 92593 | UNITED TECHNOLOGIES CORP | 53.160 | 30,643.16 | |
| 11/12 | 6,036 | | 93095 | GENERAL ELECTRIC CO | 19.830 | 119,907.48 | |
| 11/12 | 1,632 | | 96919 | VERIZON COMMUNICATIONS | 30.410 | 49,694.12 | |
| 11/12 | 144 | | 97421 | GOOGLE | 337.400 | 48,590.60 | |
| | | 2,225,000 | 23852 | U S TREASURY BILL DUE 2/12/2009 | 99.936 | | 2,223,576.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 1.06 |
| 11/12 | | 2,842 | 18956 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 2,842.00 |
| 11/12 | 42,683 | | 28324 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,683.00 | |
| 11/19 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/19/08 | DIV | | 5.26 |

CONTINUED ON PAGE  3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450599



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

MELTON FAMILY LLC
20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

PERIOD ENDING 11/30/08
YOUR ACCOUNT NUMBER 1-ZA894-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER ******1616

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 139,436.95 |
| 1/12 | 2,016 | | 1246 | WELLS FARGO & CO NEW | 29.900 | 60,156.80 | |
| 1/12 | 1,440 | | 1748 | HEWLETT PACKARD CO | 34.900 | 50,315.00 | |
| 1/12 | 1,248 | | 5572 | WAL-MART STORES INC | 55.830 | 69,724.04 | |
| 1/12 | 816 | | 6074 | INTERNATIONAL BUSINESS MACHS | 87.270 | 71,244.32 | |
| 1/12 | 3,024 | | 9858 | EXXON MOBIL CORP | 72.800 | 220,509.12 | |
| 1/12 | 3,312 | | 10400 | INTEL CORP | 14.510 | 48,189.12 | |
| 1/12 | 1,584 | | 14726 | JOHNSON & JOHNSON | 59.500 | 94,437.72 | |
| 1/12 | 2,160 | | 19051 | J.P. MORGAN CHASE & CO | 38.530 | 83,310.80 | |
| 1/12 | 1,152 | | 23377 | COCA COLA CO | 44.660 | 51,499.32 | |
| 1/12 | 672 | | 27703 | MCDONALDS CORP | 55.370 | 37,234.64 | |
| 1/12 | 1,248 | | 32029 | MERCK & CO | 28.550 | 35,679.40 | |
| 1/12 | 4,560 | | 36355 | MICROSOFT CORP | 21.810 | 99,635.60 | |
| 1/12 | 2,304 | | 40681 | ORACLE CORPORATION | 17.300 | 39,951.20 | |
| 1/12 | 912 | | 53659 | PEPSICO INC | 56.410 | 51,481.92 | |
| 1/12 | 528 | | 54161 | APPLE INC | 100.780 | 53,232.84 | |
| 1/12 | 3,088 | | 57985 | PFIZER INC | 16.940 | 66,017.72 | |
| 1/12 | 912 | | 58487 | ABBOTT LABORATORIES | 54.010 | 49,360.12 | |
| 1/12 | 1,728 | | 62311 | PROCTER & GAMBLE CO | 64.010 | 110,799.24 | |
| 1/12 | 624 | | 62813 | AMGEN INC | 59.160 | 36,939.84 | |
| 1/12 | 1,200 | | 66637 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 52,368.00 | |
| 1/12 | 2,880 | | 67139 | BANK OF AMERICA | 21.590 | 62,294.20 | |
| 1/12 | 960 | | 70963 | QUALCOMM INC | 33.770 | 32,457.20 | |
| 1/12 | 3,120 | | 71465 | CITI GROUP INC | 12.510 | 39,155.20 | |

CONTINUED ON PAGE 2

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450600

MADF | INVESTMENT SECURITIES LLC
New York □ London

(212) 230-2424
800 334-1343
Fax (212) 838-4061

Tel 020 7493 6222

PAGE: 3

NELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT  06117

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-ZA894-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 42,883 | 53850 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 42,883.00 |
| 11/19 | 175,000 | | 58304 | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.926 | 174,870.50 | |
| 11/19 | 11,826 | | 62886 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 11,826.00 | |
| | | | | NEW BALANCE | | 273,548.57 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,408 | | | AT&T INC | 28.560 | | |
| | 912 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 624 | | | AMGEN INC | 55.540 | | |
| | 528 | | | APPLE INC | 92.670 | | |
| | 2,880 | | | BANK OF AMERICA | 16.250 | | |
| | 3,504 | | | CHEVRON CORP | 79.010 | | |
| | 3,120 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 1,152 | | | CITI GROUP INC | 8.290 | | |
| | 1,728 | | | COCA COLA CO | 46.870 | | |
| | | | | COMCAST CORP CL A | 17.340 | | |
| | 864 | | | CONOCOPHILLIPS | 52.520 | | |
| | 3,024 | | | EXXON MOBIL CORP | 80.150 | | |
| | 6,096 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE  4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450601

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******1416

YOUR ACCOUNT NUMBER 1-ZA894-3-0

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

| DATE | BOUGHT | SOLD | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED | AMOUNT CREDITED |
|---|---|---|---|---|---|---|---|
| | 144 | | | GOOGLE | 292.960 | | |
| | 1,440 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 3,312 | | | INTEL CORP | 13.800 | | |
| | 816 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,160 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,584 | | | JOHNSON & JOHNSON | 58.530 | | |
| | 672 | | | MCDONALDS CORP | 58.750 | | |
| | 1,248 | | | MERCK & CO | 26.720 | | |
| | 4,560 | | | MICROSOFT CORP | 20.220 | | |
| | 2,304 | | | ORACLE CORPORATION | 16.090 | | |
| | 912 | | | PEPSICO INC | 56.700 | | |
| | 3,888 | | | PFIZER INC | 16.430 | | |
| | 1,200 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,728 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 960 | | | QUALCOMM INC | 33.570 | | |
| | 720 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 11,826 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 1,008 | | | U S BANCORP | 26.980 | | |
| | 576 | | | UNITED PARCEL SVC INC | 57.600 | | |
| | | | | CLASS B | | | |
| | 175,000 | | | U S TREASURY BILL | 99.971 | | |
| | | | | DUE 03/26/2009   3/26/2009 | | | |
| | 576 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |
| | | | | CONTINUED ON PAGE   5 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450602



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    06117

| DAY | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | 1,632 | | VERIZON COMMUNICATIONS | 32.650 | | |
| | | 1,243 | | WAL-MART STORES INC | 55.880 | | |
| | | 2,016 | | WELLS FARGO & CO NEW | 28.090 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | | | |
| | | | | 2,301,573.17 | | | |

PERIOD ENDING: 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416

YOUR ACCOUNT NUMBER: 1-ZA094-3-0

PAGE: 5

MWPTAP00450603



MWPTAP00450604

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

PERIOD ENDING: 11/30/08    PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA094-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 139,637.00 |
| 11/12 | | 48 | 45007 | S & P 100 INDEX | 15.800 | | 75,792.00 |
| 11/12 | 48 | | 49333 | NOVEMBER 460 CALL | | | |
| | | | | S & P 100 INDEX | 17.800 | 85,488.00 | |
| 11/19 | | 48 | 35437 | NOVEMBER 450 PUT | | | |
| | | | | S & P 100 INDEX | 26 | | 124,752.00 |
| 11/19 | 48 | | 39762 | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 30 | 144,068.00 | |
| 11/19 | 48 | | 44087 | DECEMBER 420 PUT | | | |
| | | | | S & P 100 INDEX | 3 | | 144,448.00 |
| 11/19 | | 48 | 48412 | NOVEMBER 460 CALL | | | |
| | | | | S & P 100 INDEX | 37 | | 177,552.00 |
| | | | | NOVEMBER 450 PUT | | | |
| | | | | NEW BALANCE | | | 273,549.00 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | | | | S & P 100 INDEX | 23.300 | | |
| | | | | DECEMBER 430 CALL | | | |
| | | | | S & P 100 INDEX | 16.500 | | |
| | | | | DECEMBER 420 PUT | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG 79,200.00    SHORT 111,840.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450605

Exhibit B

MWPTAP00450606

## EXHIBIT B:

1. This Claim Form, exhibits, and supporting documentation (collectively "Claim Form") is submitted pursuant to the December 23, 2008 Order of the Honorable Burton R. Lifland and the instructions disseminated by Irving H. Picard, Trustee for Bernard L. Madoff Investment Securities LLC ("Trustee"), on December 11, 2008.

2. The information provided in the Claim Form is based on information provided in the Claimant's latest Madoff account statement and additional information known by the Claimant as of the date of the submission of the Claim Form. The Claimant reserves the right to amend and/or supplement this Claim Form upon the receipt of further information, or upon request by the Trustee for additional information.

3. The Claimant reserves the right to amend the Claim Form in the event of any recoveries by the Trustee or any other party under the avoidance powers of the Bankruptcy Code or otherwise, or in the event of rejections of executory contracts pursuant to Bankruptcy Code Section 365, whether such amendments are made pursuant to Bankruptcy Code Sections 105, 502(g), or 502(h), Bankruptcy Rule 3002(c)(3), (4), other provisions of applicable bankruptcy law, or general principles of law or equity.

4. The Claimant hereby requests that the Claim Form be considered as a proof of claim in *In re Bernard L. Madoff Investment Securities LLC*, No. 08-01789 (Bankr. S.D.N.Y.).

5. This Claim Form is required to be submitted pursuant to the Court's January 2, 2009 Order and the Trustee's instructions to the Claimant. To the extent permitted by applicable law, the Claimant does not, by submitting the Claim Form, consent to the jurisdiction of the Bankruptcy Court nor does Claimant waive any right to trial by jury.

6. The Claimant reserves all rights, claims, and/or defenses as to and/or against any and all parties potentially liable for the losses sustained by the Claimant, including, without limitation, Bernard L. Madoff Investment Securities LLC and its owners, partners, employees, and affiliates, as well as any potentially liable third parties including, without limitation, investment advisors, "feeder funds," accountants, and auditors.

7. The Claimant further reserves all rights, claims, and/or defenses as to and/or against any persons and/or creditors asserting claims against Bernard L. Madoff Investment Securities LLC, its employees, owners, and/or affiliates, in bankruptcy or otherwise.

8. The Claimant reserves all objections as to the competence, relevance, materiality, privilege, or admissibility of evidence in any subsequent proceeding or trial of this or any other action for any purpose whatsoever, notwithstanding the submission of any such information to the Trustee.

9. To the extent the Claimant has disclosed to the Trustee documents containing accounting and/or legal advice, the Claimant does not waive any potential privileges applicable thereto.

MWPTAP00450607

10. The Claimant reserves all rights with respect to submitting information to the Internal Revenue Service regarding gains, losses, and/or theft of assets.

11. The Claim Form and supporting documents contain confidential information. The Claimant submits this information to the Trustee subject to the condition that this information will not to be disclosed to any third parties, other than under seal to the Court, absent the Claimant's express consent or Court order.

12. The Claimant submits herewith documents in support of the Claimant's claim, including documents containing information regarding account transactions, such as contributions and/or withdrawals. The Claimant reserves any arguments that such documents are not relevant to the Trustee's inquiry. The Claimant further reserves the right to supplement this submission, including the submission of additional documents, if deemed necessary. Below is a list of the documents submitted herewith:

**2002:**
- Madoff Account Statement for period ending 12/31

**2003:**
- Madoff Account Statement for period ending 12/31

**2004:**
- Madoff Account Statement for period ending 12/31

**2005:**
- Madoff Account Statement for period ending 12/31

**2006:**
- Madoff Account Statement for period ending 12/31

**2007:**
- Madoff Account Statement for period ending 12/31
- Operating Agreement of Melton Family LLC

**2008:**
- Madoff Account Statement for period ending 11/30

MWPTAP00450608



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    - CT    06117

PERIOD ENDING: 12/31/02    PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA894-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted 1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | | 214,316.60 |
| 12/02 | | | | INTEL CORP DIV 11/07/02 12/01/02 | DIV | | 56.00 |
| 12/02 | | | | WELLS FARGO & CO NEW DIV 11/08/02 12/01/02 | DIV | | 196.00 |
| 12/05 | | | | PFIZER INC DIV 11/15/02 12/05/02 | DIV | | 332.15 |
| 12/09 | | | | ANHEUSER BUSCH COS INC DIV 11/11/02 12/09/02 | DIV | | 68.25 |
| 12/10 | | | | EXXON MOBIL CORP DIV 11/12/02 12/10/02 | DIV | | 619.85 |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/08/02 12/10/02 | DIV | | 110.25 |
| 12/10 | | | | JOHNSON & JOHNSON DIV 11/19/02 12/10/02 | DIV | | 243.95 |
| 12/16 | | | | DU PONT E I DE NEMOURS & CO DIV 11/15/02 12/14/02 | DIV | | 147.00 |
| 12/31 | | 775,000 | 8303 | U S TREASURY BILL DUE 3/6/2003 | 99.796 | | 773,419.00 |
| 12/31 | 775,000 | | 12136 | U.S. TREASURY BILL DUE 3/13/2003  3/06/2003 | 99.772 | 773,233.00 | |
| 12/31 | | | | FIDELITY SPARTAN U.S. TREASURY MONEY MARKET DIV 12/31/02 | DIV | | 89.51 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450609

MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/02 | 2 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA894-3-0 | Redacted 1616 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | | |
| 12/31 | | 51,698. | 1903 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 214,316.00 | 51,698.00 |
| 12/31 | 800,000 | | 21695 | U S TREASURY BILL DUE 5/1/2003 | 99.603 | 796,824.00 | |
| 12/31 | 800,000 | | 25790 | U S TREASURY BILL DUE 5/8/2003 | 99.580 | 799,640.00 | |
| 12/31 | 6,749 | | 30070 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 6,749.00 | |
| | | | | NEW BALANCE | | | -56 |
| | | | | SECURITY POSITIONS FIDELITY SPARTAN | MKT PRICE 1 | | |
| | 6,749 | | | U S TREASURY BILL DUE 5/1/2003 | 99.603 | | |
| | 800,000 | | | U S TREASURY BILL DUE 5/8/2003 | 99.580 | | |
| | 800,000 | | | MARKET VALUE OF SECURITIES LONG          SHORT 1,600,213.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450610



Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

PERIOD ENDING 12/31/02    PAGE 3

YOUR ACCOUNT NUMBER 1-ZA894-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER Redacted 416

YEAR—TO—DATE SUMMARY

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | DIVIDENDS | | | 10,597.63 |
| | | | | GROSS PROCEEDS FROM SALES | | | 21,280,303.82 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD         CT   06117

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/02 | 1 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA894-4-0 | Redacted 1416 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | | | | BALANCE FORWARD | | | |
| | | | | TRANS FROM 30 ACCT | JRNL | 214,316.00 | 214,316.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450612



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

NELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    06117

YOUR ACCOUNT NUMBER: 1-ZA896-3-0
PERIOD ENDING: 12/31/03
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted 1616
PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 135,163.80 |
| 12/01 | | | | INTEL CORP | DIV | | 65.82 |
| | | | | DIV 11/07/03 12/01/03 | | | |
| 12/01 | | | | WELLS FARGO & CO NEW | DIV | | 261.00 |
| | | | | DIV 11/07/03 12/01/03 | | | |
| 12/04 | | | | PFIZER INC | DIV | | 413.25 |
| | | | | DIV 11/14/03 12/04/03 | | | |
| 12/09 | | | | JOHNSON & JOHNSON | DIV | | 250.56 |
| | | | | DIV 11/18/03 12/09/03 | | | |
| 12/10 | | | | EXXON MOBIL CORP | DIV | | 587.25 |
| | | | | DIV 11/12/03 12/10/03 | | | |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 97.44 |
| | | | | DIV 11/10/03 12/10/03 | | | |
| 12/12 | | | | 3M COMPANY | DIV | | 95.70 |
| | | | | DIV 11/21/03 12/12/03 | | | |
| 12/31 | | | | FIDELITY SPARTAN | DIV | | 4.63 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 12/31/03 | | | |
| 12/31 | | | 80 | TRANS TO 40 ACCT | JRNL | | |
| 12/31 | | | | FIDELITY SPARTAN | 1 | 135,163.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | 1,550,000 | | 7172 | U S TREASURY BILL | 99.755 | | 1,546,202.50 |
| | | | | DUE 04/08/2004 | | | |
| | | 7,578 | | 4/08/2004 | | | 7,578.00 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450613

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020-7493 6222

PERIOD ENDING **12/31/03**    PAGE **2**

YOUR ACCOUNT NUMBER **1-ZAB94-3-0**    YOUR TAX PAYER IDENTIFICATION NUMBER Redacted **1416**

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/31 | 775,000 | | 12793 | U S TREASURY BILL DUE 4/22/2004 | 99.718 | 772,814.50 | |
| 12/31 | 775,000 | | 17130 | U S TREASURY BILL DUE 4/29/2004 | 99.700 | 772,675.00 | |
| 12/31 | 10,047 | | 21556 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/29/2004 | 1 | 10,047.00 | |
| | | | | NEW BALANCE | | | .25 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 10,047 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 775,000 | | | U S TREASURY BILL DUE 4/22/2004 | 99.718 | | |
| | 775,000 | | | U S TREASURY BILL DUE 4/29/2004 | 99.700 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 1,555,536.50 SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450614



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    06117

PAGE **3**

PERIOD ENDING **12/31/03**

YOUR ACCOUNT NUMBER **1-ZA894-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER Redacted **1616**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | **YEAR-TO-DATE SUMMARY** | | | |
| | | | | DIVIDENDS | | | 15,347.77 |
| | | | | GROSS PROCEEDS FROM SALES | | | 23,287,584.74 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450615



MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD      CT   06117

**PERIOD ENDING** 12/31/03

**PAGE** 1

**YOUR TAX PAYER IDENTIFICATION NUMBER** Redacted 1416

**YOUR ACCOUNT NUMBER** 1-ZA894-4-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/31 | | | | BALANCE FORWARD | | | |
| | | | | TRANS FROM 30 ACCT | JRNL | | 135,163.00 |
| | | | | NEW BALANCE | | 135,163.00 | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450616



**BERNARD L. MADOFF**
MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE: 1

PERIOD ENDING: 12/31/04

YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted 1,416

YOUR ACCOUNT NUMBER: 1-ZA096-3-0

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  |  |  |  | BALANCE FORWARD |  |  | 15,937.90 |
| 12/02 |  |  |  | MICROSOFT CORP | DIV |  | 326.88 |
|  |  |  |  | DIV 11/17/04 12/02/04 |  |  |  |
| 12/02 |  |  |  | MICROSOFT CORP | DIV |  | 12,183.00 |
|  |  |  |  | DIV 11/17/04 12/02/04 |  |  |  |
| 12/03 |  |  |  | PFIZER INC | DIV |  | 479.57 |
|  |  |  |  | DIV 11/12/04 12/03/04 |  |  |  |
| 12/07 |  |  |  | JOHNSON E JOHNSON | DIV |  | 318.06 |
|  |  |  |  | DIV 11/16/04 12/07/04 |  |  |  |
| 12/08 | 4,743 |  | 38661 | FIDELITY SPARTAN | 1 | 4,763.00 |  |
|  |  |  |  | U S TREASURY MONEY MARKET |  |  |  |
| 12/10 |  | 1,240 | 487 | SBC COMMUNICATIONS INC | 25.570 |  | 31,706.80 |
| 12/10 |  | 1,922 | 1031 | CITI GROUP INC | 46.230 |  | 88,950.16 |
| 12/10 |  | 1,705 | 4761 | TIME WARNER INC. | 18.230 |  | 31,157.40 |
| 12/10 |  | 2,511 | 5305 | CISCO SYSTEMS INC | 20.070 |  | 50,395.77 |
| 12/10 |  | 744 | 9035 | TYCO INTERNATIONAL LTD | 33.840 |  | 25,176.96 |
| 12/10 |  | 775 | 11037 | THE WALT DISNEY CO | 27.200 |  | 21,080.00 |
| 12/10 |  | 713 | 13140 | U S BANCORP | 29.430 |  | 20,983.59 |
| 12/10 |  | 3,968 | 15286 | GENERAL ELECTRIC CO | 35.360 |  | 140,308.48 |
| 12/10 |  | 551 | 17394 | VIACOM INC | 36.100 |  | 23,501.10 |
|  |  |  |  | CLASS B NON VOTING SHS |  |  |  |
| 12/10 |  | 837 | 19560 | HOME DEPOT INC. | 41.950 |  | 35,112.15 |
| 12/10 |  | 1,023 | 21668 | VERIZON COMMUNICATIONS | 41.560 |  | 42,515.88 |
| 12/10 |  | 1,116 | 23704 | HEWLETT PACKARD CO | 21.310 |  | 23,781.95 |
|  |  |  |  | CONTINUED ON PAGE 2 |  |  |  |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450617

MADF **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

**PAGE** 2

**PERIOD ENDING** 12/31/04

**YOUR TAX PAYER IDENTIFICATION NUMBER** Redacted 1416

**YOUR ACCOUNT NUMBER** 1-ZA896-3-0

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117



| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | | 620 | 25942 | WELLS FARGO & CO NEW | 62.100 | | 38,502.00 |
| 12/10 | | 620 | 27966 | INTERNATIONAL BUSINESS MACHS | 97.320 | | 60,338.40 |
| 12/10 | | 1,581 | 30216 | WAL-MART STORES INC | 52.770 | | 83,429.37 |
| 12/10 | | 2,418 | 32240 | INTEL CORP | 23.760 | | 57,451.68 |
| 12/10 | | 2,449 | 34490 | EXXON MOBIL CORP | 49.560 | | 121,617.34 |
| 12/10 | | 1,116 | 36514 | JOHNSON & JOHNSON | 61.150 | | 68,263.40 |
| 12/10 | | 1,333 | 40788 | J.P. MORGAN CHASE & CO | 38.050 | | 50,720.65 |
| 12/10 | | 899 | 45062 | COCA COLA CO | 40.250 | | 36,186.75 |
| 12/10 | | 465 | 49336 | MEDTRONIC INC | 48.900 | | 22,738.50 |
| 12/10 | | 279 | 53610 | 3M COMPANY | 79.300 | | 22,124.70 |
| 12/10 | | 775 | 57884 | ALTRIA GROUP INC | 57.960 | | 44,919.00 |
| 12/10 | | 837 | 62158 | MERCK & CO | 28.210 | | 23,611.77 |
| 12/10 | | 4,061 | 66432 | MICROSOFT CORP | 27.260 | | 110,702.86 |
| 12/10 | | 403 | 70583 | MORGAN STANLEY | 53.570 | | 21,588.71 |
| 12/10 | | 1,922 | 83394 | ORACLE CORPORATION | 13.290 | | 25,563.38 |
| 12/10 | | 961 | 83936 | AMERICAN INTL GROUP INC | 64.610 | | 62,090.21 |
| 12/10 | | 520 | 87668 | PEPSICO INC | 50.610 | | 31,378.20 |
| 12/10 | | 496 | 88210 | AMGEN INC | 62.620 | | 31,059.52 |
| 12/10 | | 2,821 | 91942 | PFIZER INC | 27.450 | | 77,464.66 |
| 12/10 | | 465 | 92402 | AMERICAN EXPRESS COMPANY | 55.680 | | 25,891.20 |
| 12/10 | | 961 | 96216 | PROCTER & GAMBLE CO | 54.330 | | 52,211.13 |
| 12/10 | | 1,519 | 96756 | BANK OF AMERICA | 46.200 | | 70,177.30 |
| | | | | EXXON MOBIL CORP | DIV | | 561.23 |
| | | | | DIV 11/12/04 12/10/04 | | | |
| 12/10 | | | | INTERNATIONAL BUSINESS MACHS | DIV | | 111.60 |
| | | | | DIV 11/09/04 12/10/04 | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450618

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING **12/31/04**

PAGE **3**

YOUR TAX PAYER IDENTIFICATION NUMBER
Redacted **1416**

YOUR ACCOUNT NUMBER
**1-ZA894-3-0**

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    .06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/10 | 825,000 | | 42952 | U S TREASURY BILL DUE 02/03/2005 | 99.684 | 822,393.00 | |
| 12/10 | 825,000 | | 47230 | U S TREASURY BILL DUE 2/10/2005 2/03/2005 | 99.640 | 822,030.00 | |
| 12/10 | 28,247 | | 51510 | FIDELITY SPARTAN 2/10/2005 U S TREASURY MONEY MARKET | 1 | 28,247.00 | |
| 12/13 | | | | 3M COMPANY DIV 11/19/04 12/12/04 | DIV | | 100.44 |
| 12/15 | | | | COCA COLA CO DIV 12/01/04 12/15/04 | DIV | | 226.75 |
| 12/15 | | | | HOME DEPOT INC DIV 12/02/04 12/16/04 | DIV | | 71.15 |
| 12/17 | | | | AMERICAN INTL GROUP INC DIV 12/03/04 12/17/04 | DIV | | 72.08 |
| 12/22 | | | | BANK OF AMERICA DIV 12/03/04 12/22/04 | DIV | | 683.55 |
| 12/31 | | 850,000 | 79433 | U S TREASURY BILL DUE 02/03/2005 | 99.844 | | 848,674.00 |
| 12/31 | | 825,000 | 83660 | U S TREASURY BILL DUE 2/10/2005 2/03/2005 | 99.801 | | 823,358.25 |
| 12/31 | | | | FIDELITY SPARTAN 2/10/2005 U S TREASURY MONEY MARKET DIV 12/31/04 | DIV | | 31.45 |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450619



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PERIOD ENDING 12/31/04   PAGE 4

YOUR ACCOUNT NUMBER 1-ZA394-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER Redacted 1416

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD     CT   06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/31 | | | | TRANS TO 40 ACCT | JRNL | | |
| 12/31 | 31,381 | | 73 | FIDELITY SPARTAN | 1 | 12,194.00 | |
| | | | | U S TREASURY MONEY MARKET | 1 | 31,331.00 | |
| 12/31 | | 33,309 | 74519 | FIDELITY SPARTAN | 1 | | 33,309.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | 850,000 | | 91126 | U S TREASURY BILL | 99.396 | 844,856.00 | |
| | | | | DUE 04/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| 12/31 | 850,000 | | 95557 | U S TREASURY BILL | 99.336 | 844,356.00 | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| | | | | NEW BALANCE | | | .39 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 31,381 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 850,000 | | | U S TREASURY BILL | 99.396 | | |
| | | | | DUE 04/07/2005 | | | |
| | | | | 4/07/2005 | | | |
| | 850,000 | | | U S TREASURY BILL | 99.336 | | |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG                    SHORT | | | |
| | | | | 1,720,603.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450620

MadF BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

PAGE: 5

PERIOD ENDING: 12/31/04

YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted 1416

YOUR ACCOUNT NUMBER: 1-ZA894-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 26,894.24 |
| | | | | GROSS PROCEEDS FROM SALES | | | 17,700,309.05 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450621



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

PAGE 1

PERIOD ENDING 12/31/04

YOUR TAX PAYER IDENTIFICATION NUMBER  Redacted 1616

YOUR ACCOUNT NUMBER  1-ZA894-6-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|-------------------------|-------------------------|-----|-------------|-----------------|-------------------------------|--------------------------------|
|      |                         |                         |     | BALANCE FORWARD |             | 16,937.00 |                          |
| 12/08 | 31 |                |  | 74846 | S & P 100 INDEX DECEMBER 570 CALL | 1.850 | 5,765.00 |              |
| 12/08 |   | 31              | 79120 | S & P 100 INDEX DECEMBER 560 PUT | 3.400 |     | 10,509.00 |
| 12/31 |   |                 |     | TRANS FROM 30 ACCT | JRNL |      | 12,194.00 |
|      |   |                 |     | NEW BALANCE |               |       |                 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450622



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC.
New York □ London

MADF

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING **12/31/05**

YOUR ACCOUNT NUMBER **1-ZA894-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER Redacted**1416**

PAGE **1**

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 19,187.71 |
| 12/01 | | | | INTEL CORP DIV 11/07/05 12/01/05 | DIV | | 203.28 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/04/05 12/01/05 | DIV | | 360.36 |
| 12/06 | | | | PFIZER INC DIV 11/11/05 12/06/05 | DIV | | 589.38 |
| 12/08 | | | | MICROSOFT CORP DIV 11/17/05 12/08/05 | DIV | | 306.24 |
| 12/09 | | | | EXXON MOBIL CORP DIV 11/10/05 12/09/05 | DIV | | 775.17 |
| 12/12 | | | | CHEVRON CORP DIV 11/18/05 12/12/05 | DIV | | 430.65 |
| 12/12 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/05 12/10/05 | DIV | | 132.00 |
| 12/13 | | | | JOHNSON & JOHNSON DIV 11/22/05 12/13/05 | DIV | | 413.82 |
| 12/13 | 1,452 | | 37118 | J.P. MORGAN CHASE & CO | 39.500 | | 57,354.00 |
| 12/13 | | 1,452 | 37118 | J.P. MORGAN CHASE & CO | 39.500 | 57,354.00 | |
| 12/15 | | | | COCA COLA CO DIV 12/01/05 12/15/05 | DIV | | 240.24 |
| 12/15 | | | | HOME DEPOT INC DIV 12/01/05 12/15/05 | DIV | | 89.10 |
| 12/15 | | | | TIME WARNER INC DIV 11/30/05 12/15/05 | DIV | | 97.35 |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450623



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

PAGE: 2

PERIOD ENDING: 12/31/05

YOUR ACCOUNT NUMBER: 1-ZA894-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted 1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 1,155 | 2909 | VERIZON COMMUNICATIONS | 30.800 | | 35,574.00 |
| 12/16 | | 957 | 3060 | CHEVRON CORP | 59.840 | | 57,266.88 |
| 12/16 | | 693 | 7166 | WELLS FARGO & CO NEW | 63.400 | | 43,936.20 |
| 12/16 | | 990 | 7317 | DELL INC | 33.070 | | 32,739.30 |
| 12/16 | | 1,056 | 11423 | WAL-MART STORES INC | 49.470 | | 52,240.32 |
| 12/16 | | 4,389 | 11575 | GENERAL ELECTRIC CO | 35.450 | | 155,590.05 |
| 12/16 | | 2,673 | 15680 | EXXON MOBIL CORP | 59.600 | | 159,310.80 |
| 12/16 | | 891 | 15833 | HOME DEPOT INC | 42.160 | | 37,564.56 |
| 12/16 | | 1,188 | 20090 | HEWLETT PACKARD CO | 29.320 | | 34,832.16 |
| 12/16 | | 660 | 24347 | INTERNATIONAL BUSINESS MACHS | 84.470 | | 55,750.20 |
| 12/16 | | 2,541 | 28604 | INTEL CORP | 26.740 | | 67,946.34 |
| 12/16 | | 1,254 | 32863 | JOHNSON & JOHNSON | 60.330 | | 75,653.82 |
| 12/16 | | 1,452 | 37118 | J.P. MORGAN CHASE & CO | 39.500 | | 57,354.00 |
| 12/16 | | 858 | 41375 | COCA COLA CO | 41.080 | | 35,246.64 |
| 12/16 | | 495 | 45632 | MEDTRONIC INC | 56.380 | | 27,908.10 |
| 12/16 | | 396 | 48230 | MERRILL LYNCH & CO INC | 68.690 | | 27,201.24 |
| 12/16 | | 858 | 52240 | ALTRIA GROUP INC | 74.090 | | 63,569.22 |
| 12/16 | | 924 | 56437 | MERCK & CO | 29.030 | | 26,823.72 |
| 12/16 | | 3,828 | 60683 | MICROSOFT CORP | 27.310 | | 104,542.68 |
| 12/15 | | 462 | 64636 | MORGAN STANLEY | 57.440 | | 26,537.28 |
| 12/16 | | 660 | 69041 | ABBOTT LABORATORIES | 39.520 | | 26,083.20 |
| 12/16 | | 1,089 | 73298 | AMERICAN INTL GROUP INC | 66.170 | | 72,059.13 |
| 12/16 | | 693 | 77364 | PEPSICO INC | 59.110 | | 40,963.23 |
| 12/16 | | 528 | 77555 | AMGEN INC | 77.530 | | 40,935.84 |
| 12/16 | | 3,102 | 81621 | PFIZER INC | 22.140 | | 68,678.28 |
| | | | | | | | |
| | | | | CONTINUED ON PAGE    3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 3

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT      06117

PERIOD ENDING 12/31/05

YOUR ACCOUNT NUMBER 1-ZA194-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER Redacted 1416

| DATE | BOUGHT Received or Long | SOLD Delivered or Short | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/16 | | 528 | 81808 | AMERICAN EXPRESS COMPANY | 51 | | 26,928.00 |
| 12/16 | | 1,452 | 85878 | PROCTER & GAMBLE CO | 58.530 | | 84,985.56 |
| 12/16 | | 1,683 | 86065 | BANK OF AMERICA | 46.580 | | 78,394.14 |
| 12/16 | | 1,221 | 90135 | SPRINT NEXTEL CORP | 25.170 | | 30,732.57 |
| 12/16 | | 2,145 | 90322 | CITI GROUP INC | 49.590 | | 106,370.55 |
| 12/16 | | 1,386 | 94389 | AT&T INC | 24.990 | | 34,636.14 |
| 12/16 | | 924 | 94550 | COMCAST CORP CL A | 26.660 | | 24,633.84 |
| 12/16 | | 1,947 | 98646 | TIME WARNER INC | 17.850 | | 34,753.95 |
| 12/16 | | 2,673 | 98802 | CISCO SYSTEMS INC | 17.510 | | 46,804.23 |
| 12/16 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/16/05 | DIV | | 33.11 |
| 12/16 | | | | AMERICAN INTL GROUP INC DIV 12/02/05 12/16/05 | DIV | | 163.35 |
| 12/16 | 21,675 | | 49165 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 21,675.00 |
| 12/16 | 950,000 | | 53508 | U S TREASURY BILL DUE 4/06/2006  4/06/2006 | 98.794 | 938,543.00 | |
| 12/16 | 950,000 | | 57765 | U S TREASURY BILL DUE 4/13/2006  4/13/2006 | 98.705 | 937,697.50 | |
| 12/16 | 13,878 | | 62766 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,878.00 | |

CONTINUED ON PAGE    4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450625

BERNARD L. MADOFF
MADF INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020 7493 6222

**PAGE 4**

**PERIOD ENDING** 12/31/05

**YOUR ACCOUNT NUMBER** 1-ZA894-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** Redacted1416

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|---|---|---|---|---|---|---|
| 12/22 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/22/05 | DIV | | 8.00 |
| 12/22 | | 13,878 | 69150 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,878.00 |
| 12/22 | 13,886 | | 73844 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 13,886.00 | |
| 12/23 | | | | BANK OF AMERICA DIV 12/02/05 12/23/05 | DIV | | 841.50 |
| 12/30 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/30/05 | DIV | | 10.68 |
| 12/30 | | | | SPRINT NEXTEL CORP DIV 12/09/05 12/30/05 | DIV | | 30.53 |
| 12/30 | | 950,000 | 1771 | TRANS TO 40 ACCT U S TREASURY BILL DUE 5/18/2006 5/18/2006 | JRNL 98-405 | 45,323.00 934,847.50 | |
| 12/30 | 26,540 | | 6767 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 26,540.00 | |
| 12/30 | | 13,886 | 78762 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 13,886.00 |
| 12/30 | | 950,000 | 86328 | U S TREASURY BILL DUE 4/06/2006 4/06/2006 | 98-909 | | 939,635.50 |
| | | | | CONTINUED ON PAGE 5 | | | |

MWPTAP00450626



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC
20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

YOUR ACCOUNT NUMBER: 1-ZAB94-3-0
PERIOD ENDING: 12/31/05
PAGE: 5
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/30 | | 950,000 | 90765 | U S TREASURY BILL DUE 4/13/2006          4/13/2006 | 98.824 | | 939,828.00 |
| 12/30 | 950,000 | | 97334 | U S TREASURY BILL DUE 5/11/2006          5/11/2006 | 98.489 | 935,645.50 | |
| | | | | NEW BALANCE | | | .64 |
| | | | | SECURITY POSITIONS | | | |
| | 26,540 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | MKT PRICE 1 | | |
| | 950,000 | | | U S TREASURY BILL DUE 5/11/2006 | 98.489 | | |
| | 950,000 | | | U S TREASURY BILL DUE 5/18/2006 | 98.405 | | |
| | | | | MARKET VALUE OF SECURITIES       LONG       SHORT 1,897,033.00 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450627



MWPTAP00450628



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

PERIOD ENDING: 12/31/05
PAGE: 1

YOUR ACCOUNT NUMBER: 1-ZA894-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: Redacted 1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 19,187.00 | |
| 12/14 | 33 | | 68B50 | S & P 100 INDEX DECEMBER 570 CALL | 8.200 | 27,093.00 | |
| 12/14 | | 33 | 73107 | S & P 100 INDEX DECEMBER 565 PUT | .300 | | 957.00 |
| 12/30 | | | JRNL | TRANS FROM 30 ACCT | JRNL | | 45,323.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450629



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 2493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD                CT    06117

PAGE: 1
PERIOD ENDING: 12/31/06
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1416
YOUR ACCOUNT NUMBER: 1-7A894-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | 65,696.75 | |
| 12/01 | | | | INTEL CORP DIV 11/07/06 12/01/06 | DIV | | 205.90 |
| 12/01 | | | | WELLS FARGO & CO NEW DIV 11/03/06 12/01/06 | DIV | | 332.92 |
| 12/05 | | | | PFIZER INC DIV 11/10/06 12/05/06 | DIV | | 626.40 |
| 12/11 | | | | CHEVRON CORP DIV 11/17/06 12/11/06 | DIV | | 407.16 |
| 12/11 | | | | EXXON MOBIL CORP DIV 11/13/06 12/11/06 | DIV | | 677.44 |
| 12/11 | | | | INTERNATIONAL BUSINESS MACHS DIV 11/10/06 12/09/06 | DIV | | 165.30 |
| 12/11 | | | | UNITED TECHNOLOGIES CORP DIV 11/17/06 12/10/06 | DIV | | 92.22 |
| 12/12 | | | | JOHNSON & JOHNSON DIV 11/28/06 12/12/06 | DIV | | 391.50 |
| 12/14 | | | | HOME DEPOT INC DIV 11/30/06 12/14/06 | DIV | | 163.13 |
| 12/14 | | | | MICROSOFT CORP DIV 11/16/06 12/14/06 | DIV | | 307.40 |
| 12/15 | | | | AMERICAN INTL GROUP INC DIV 12/01/06 12/15/06 | DIV | | 153.12 |
| 12/15 | | | | COCA COLA CO DIV 12/01/06 12/15/06 | DIV | | 224.75 |
| | | | | CONTINUED ON PAGE    2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450630

**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE **2**

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

PERIOD ENDING **12/31/06**

YOUR ACCOUNT NUMBER **1-ZA894-3-0**

YOUR TAX PAYER IDENTIFICATION NUMBER *******1616**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/15 | | | | TIME WARNER INC DIV 11/30/06 12/15/06 | DIV | | 79.75 |
| 12/15 | | | | WACHOVIA CORP NEW DIV 11/30/06 12/15/06 | DIV | | 389.76 |
| 12/21 | | 1,131 | 1405 | PROCTER & GAMBLE CO | 64.120 | | 72,474.72 |
| 12/21 | | 1,769 | 3655 | CITI GROUP INC. | 54.580 | | 96,482.02 |
| 12/21 | | 406 | 5655 | SCHLUMBERGER LTD | 67 | | 27,186.00 |
| 12/21 | | 725 | 7905 | COMCAST CORP CL A | 43.140 | | 31,247.50 |
| 12/21 | | 1,392 | 9905 | AT&T INC. | 35.810 | | 49,792.52 |
| 12/21 | | 2,204 | 12155 | CISCO SYSTEMS INC | 27.730 | | 61,028.92 |
| 12/21 | | 1,450 | 14155 | TIME WARNER INC | 21.710 | | 31,421.50 |
| 12/21 | | 783 | 16405 | CHEVRON CORP | 75.110 | | 58,780.13 |
| 12/21 | | 377 | 18405 | UNITED PARCEL SVC INC CLASS B | 76.630 | | 28,874.51 |
| 12/21 | | 3,683 | 20655 | GENERAL ELECTRIC CO | 37.630 | | 138,644.29 |
| 12/21 | | 348 | 22597 | UNITED TECHNOLOGIES CORP | 62.410 | | 21,705.68 |
| 12/21 | | 145 | 24905 | GOLDMAN SACHS GROUP INC | 201.700 | | 29,241.50 |
| 12/21 | | 696 | 26837 | WACHOVIA CORP NEW | 57.430 | | 39,944.28 |
| 12/21 | | 725 | 29155 | HOME DEPOT INC. | 40.080 | | 29,029.00 |
| 12/21 | | 1,189 | 31087 | WELLS FARGO & CO NEW | 35.750 | | 42,459.75 |
| 12/21 | | 986 | 33405 | HEWLETT PACKARD CO | 40.020 | | 39,420.72 |
| 12/21 | | 870 | 35337 | WAL-MART STORES INC | 46.640 | | 40,542.80 |
| 12/21 | | 551 | 37655 | INTERNATIONAL BUSINESS MACHS | 95.800 | | 52,763.80 |
| 12/21 | | 2,117 | 39587 | EXXON MOBIL CORP | 76.800 | | 162,501.60 |
| | | | | CONTINUED ON PAGE   3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELTON FAMILY LLC
20 BALFOUR DRIVE
WEST HARTFORD    CT   06117

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZA894-3-0 | 12/31/06 | *****1616 | 3 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/21 | | 2,059 | 41905 | INTEL CORP | 21.100 | | 43,362.90 |
| 12/21 | | 1,044 | 46155 | JOHNSON & JOHNSON | 66.780 | | 69,677.32 |
| 12/21 | | 1,218 | 50404 | J.P. MORGAN CHASE & CO | 48.410 | | 58,915.38 |
| 12/21 | | 725 | 54654 | COCA COLA CO | 48.990 | | 35,488.75 |
| 12/21 | | 319 | 58904 | MERRILL LYNCH & CO INC | 91.960 | | 29,323.24 |
| 12/21 | | 754 | 63154 | ALTRIA GROUP INC | 85.910 | | 64,746.14 |
| 12/21 | | 783 | 67404 | MERCK & CO | 44 | | 34,421.00 |
| 12/21 | | 377 | 71654 | MORGAN STANLEY | 80.620 | | 30,378.74 |
| 12/21 | | 3,074 | 75904 | MICROSOFT CORP | 30.110 | | 92,436.14 |
| 12/21 | | 551 | 82450 | ABBOTT LABORATORIES | 48.170 | | 26,519.67 |
| 12/21 | | 228 | 86694 | AMERICAN INTL GROUP INC | 72.790 | | 67,512.12 |
| 12/21 | | 1,450 | 88654 | ORACLE CORPORATION | 18.050 | | 26,114.50 |
| 12/21 | | 406 | 90944 | AMGEN INC | 70.630 | | 28,659.78 |
| 12/21 | | 580 | 92904 | PEPSICO INC | 63.210 | | 36,638.80 |
| 12/21 | | 435 | 95159 | AMERICAN EXPRESS COMPANY | 62.270 | | 27,070.45 |
| 12/21 | | 2,610 | 97154 | PFIZER INC | 25.870 | | 67,416.70 |
| 12/21 | | 1,624 | 99404 | BANK OF AMERICA | 53.690 | | 87,128.56 |
| 12/21 | 1,850,000 | | 43975 | U S TREASURY BILL DUE 3/01/2007 | 99.063 | 1,832,665.50 | |
| 12/21 | 21,662 | | 48216 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 21,662.00 | |
| 12/22 | | | | BANK OF AMERICA DIV 12/01/06 12/22/06 | DIV | | 909.44 |
| 12/29 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/29/06 | DIV | | 109.03 |

CONTINUED ON PAGE   4

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450632

BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 12/31/06    PAGE: 4

YOUR ACCOUNT NUMBER: 1-ZA896-3-0    YOUR TAX PAYER IDENTIFICATION NUMBER: *******1616

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 12/29 | | | | TRANS FROM 40 ACCT | JRNL | | 40,873.00 |
| 12/29 | 975,000 | | 4189 | U S TREASURY BILL | 98.682 | 962,149.50 | |
| | | | | DUE 4/5/2007 | | | |
| 12/29 | 9,258 | | 8886 | FIDELITY SPARTAN | 1 | 9,258.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 45,124 | 85550 | FIDELITY SPARTAN | 1 | | 45,124.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 12/29 | | 1,900,000 | 90832 | U S TREASURY BILL | 99.166 | | 1,884,154.00 |
| | | | | DUE 3/01/2007 | | | |
| | | | | 3/01/2007 | | | |
| 12/29 | 975,000 | | 99717 | U S TREASURY BILL | 98.780 | 963,105.00 | |
| | | | | DUE 3/29/2007 | | | |
| | | | | 3/29/2007 | | | |
| | | | | NEW BALANCE | | | .90 |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 9,258 | | | FIDELITY SPARTAN | 1 | | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | 975,000 | | | U S TREASURY BILL | 98.780 | | |
| | | | | DUE 3/29/2007 | | | |
| | 975,000 | | | U S TREASURY BILL | 98.682 | | |
| | | | | DUE 4/5/2007 | | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 1,934,512.50 | SHORT | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450633



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020/7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

| PERIOD ENDING | PAGE |
|---|---|
| 12/31/06 | 5 |

YOUR ACCOUNT NUMBER: 1-ZA894-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1616

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 35,168.79 |
| | | | | GROSS PROCEEDS FROM SALES | | | 17,631,728.17 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450634



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

PERIOD ENDING: **12/31/06**
PAGE: **1**

YOUR ACCOUNT NUMBER: **1-ZA894-4-0**
YOUR TAX PAYER IDENTIFICATION NUMBER: **\*\*\*\*\*\*1416**

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|----|----|----|----|----|----|----|
| | | | | BALANCE FORWARD | | | 65,697.00 |
| 12/18 | | 29 | 64718 | S & P 100 INDEX | 6.600 | | 19,111.00 |
| 12/18 | | | 69156 | JANUARY 660 CALL | | | |
| 12/18 | | | | S & P 100 INDEX | 2.700 | 7,859.00 | |
| 12/18 | | 29 | 73594 | DECEMBER 655 CALL | | | |
| 12/18 | | | | S & P 100 INDEX | 5 | 14,529.00 | |
| 12/18 | | 29 | 78032 | JANUARY 650 PUT | | | |
| 12/18 | | | | S & P 100 INDEX | .300 | | 841.00 |
| 12/21 | | 29 | 80154 | DECEMBER 645 PUT | | | |
| 12/21 | | | | S & P 100 INDEX | 10.500 | 30,479.00 | |
| 12/21 | | 29 | 84404 | JANUARY 660 CALL | | | |
| 12/21 | | | | S & P 100 INDEX | 2.800 | 40,873.00 | |
| 12/29 | | | | JANUARY 650 PUT | | | |
| | | | | TRANS TO 30 ACCT | JRNL | | 8,091.00 |
| | | | | NEW BALANCE | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
| 1-ZA894-3-0 | 12/31/07 | ******1416 | 1 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 24,328.66 |
| 12/10 | | | | CHEVRON CORP | DIV | | 487.20 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/10 | | | | UNITED TECHNOLOGIES CORP | DIV | | 124.80 |
| | | | | DIV 11/16/07 12/10/07 | | | |
| 12/11 | | | | JOHNSON & JOHNSON | DIV | | 460.65 |
| | | | | DIV 11/27/07 12/11/07 | | | |
| 12/13 | | | | MICROSOFT CORP | DIV | | 343.20 |
| | | | | DIV 11/15/07 12/13/07 | | | |
| 12/17 | | | | COCA COLA CO | DIV | | 255.00 |
| | | | | DIV 12/01/07 12/15/07 | | | |
| 12/17 | | | | WACHOVIA CORP NEW | DIV | | 460.80 |
| | | | | DIV 11/30/07 12/17/07 | | | |
| 12/21 | 2,640 | | 2813 | PFIZER INC | 23.040 | | 60,720.60 |
| 12/21 | 990 | | 4357 | AMERICAN INTL GROUP INC | 55.900 | | 55,302.00 |
| 12/21 | 1,200 | | 7106 | PROCTER & GAMBLE CO | 73.300 | | 87,912.00 |
| 12/21 | 300 | | 8399 | BOEING CO | 87.310 | | 26,181.00 |
| 12/21 | 480 | | 11399 | SCHLUMBERGER LTD | 91.270 | | 43,790.60 |
| 12/21 | 1,710 | | 12683 | BANK OF AMERICA | 42.050 | | 71,752.00 |
| 12/21 | 2,340 | | 15692 | AT&T INC | 40.920 | | 95,559.80 |
| 12/21 | 1,860 | | 16976 | CITI GROUP INC | 31.250 | | 58,051.00 |
| 12/21 | 390 | | 19952 | UNITED PARCEL SVC INC | 72.250 | | 28,162.50 |
| | | | | CLASS B | | | |
| 12/21 | 630 | | 21269 | CONOCOPHILIPS | 83.280 | | 52,441.40 |
| | | | | CONTINUED ON PAGE  2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450636



BERNARD L. MADOFF
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

PAGE 2

PERIOD ENDING 12/31/07

YOUR TAX PAYER IDENTIFICATION NUMBER *****1616

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

YOUR ACCOUNT NUMBER 1-ZA094-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/21 | | 390 | 24160 | UNITED TECHNOLOGIES CORP | 75.830 | | 29,558.70 |
| 12/21 | | 2,310 | 25562 | CISCO SYSTEMS INC | 27.900 | | 64,126.00 |
| 12/21 | | 1,110 | 28461 | VERIZON COMMUNICATIONS | 43.450 | | 48,185.50 |
| 12/21 | | 840 | 29855 | CHEVRON CORP | 90.600 | | 76,071.00 |
| 12/21 | | 720 | 32723 | WACHOVIA CORP NEW | 39.740 | | 28,584.80 |
| 12/21 | | 3,930 | 34148 | GENERAL ELECTRIC CO | 36.490 | | 143,248.70 |
| 12/21 | | 1,260 | 37016 | WELLS FARGO & CO NEW | 30.060 | | 37,825.60 |
| 12/21 | | 90 | 38441 | GOOGLE | 670.400 | | 60,333.00 |
| 12/21 | | 930 | 41309 | WAL-MART STORES INC | 48.220 | | 44,807.60 |
| 12/21 | | 150 | 42713 | GOLDMAN SACHS GROUP INC | 209.200 | | 31,374.00 |
| 12/21 | | 2,430 | 45602 | EXXON MOBIL CORP | 92.900 | | 191,402.00 |
| 12/21 | | 990 | 47027 | HEWLETT-PACKARD CO | 51.200 | | 50,698.50 |
| 12/21 | | 510 | 51320 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 53,295.40 |
| 12/21 | | 2,220 | 55613 | INTEL CORP | 25.900 | | 57,610.00 |
| 12/21 | | 1,110 | 59906 | JOHNSON & JOHNSON | 67.600 | | 74,992.00 |
| 12/21 | | 1,290 | 64198 | J&P. MORGAN-CHASE & CO | 44.570 | | 57,444.30 |
| 12/21 | | 750 | 68491 | COCA COLA CO | 62.580 | | 46,905.00 |
| 12/21 | | 810 | 72784 | ALTRIA GROUP INC | 76.070 | | 61,584.70 |
| 12/21 | | 840 | 77077 | MERCK & CO | 59.930 | | 50,308.20 |
| 12/21 | | 3,120 | 83370 | MICROSOFT CORP | 34.460 | | 107,391.20 |
| 12/21 | | 1,500 | 94228 | ORACLE CORPORATION | 21.040 | | 31,500.00 |
| 12/21 | | 330 | 99571 | APPLE INC | 186. | | 61,367.00 |
| 12/21 | | 630 | 98519 | PEPSICO INC | 77.530 | | 48,818.90 |
| 12/21 | | 600 | 99864 | ABBOTT LABORATORIES | 57.100 | | 34,236.00 |
| 12/21 | 2,075,000 | | 51000 | U S TREASURY BILL | 99.124 | 2,056,823.00 | |
| | | | | DUE 4/10/2008 | | | |
| | | | | CONTINUED ON PAGE 3 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450637



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 0204/0405 6222

PERIOD ENDING
12/31/07

PAGE
3

YOUR TAX PAYER IDENTIFICATION NUMBER
******1416

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

YOUR ACCOUNT NUMBER
1-ZA894-3-0

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| 12/21 | | | | AMERICAN INTL GROUP INC DIV 12/07/07 12/21/07 | DIV | | 198.00 |
| 12/21 | 9,158 | | 55284 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 9,158.00 | |
| 12/28 | | | | BANK OF AMERICA DIV 12/07/07 12/28/07 | DIV | | 1,094.40 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/07 | DIV | | 227.09 |
| 12/31 | | | | TRANS TO 40 ACCT | JNL | | |
| 12/31 | | 60,213 | 60645 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 29,783.00 | 60,213.00 |
| 12/31 | | 2,075,000 | 67266 | U S TREASURY BILL DUE 4/10/2008 | 99.133 | | 2,057,009.75 |
| 12/31 | 2,125,000 | | 74807 | U S TREASURY BTLL 4/10/2008 DUE 04/03/2008 | 99.149 | 2,106,916.25 | |
| 12/31 | 13,958 | | 79431 | FIDELITY SPARTAN U S TREASURY MONEY MARKET 4/03/2008 | 1 | 13,958.00 | |
| | | | | NEW BALANCE | MKT PRICE | | .30 |
| | | | | SECURITY POSITIONS | 1 | | |
| 12/31 | 13,958 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | | | |
| | | | | CONTINUED ON PAGE 4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450638

| MADF | **BERNARD L. MADOFF** |
| --- | --- |
| | INVESTMENT SECURITIES LLC |
| | New York ☐ London |

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD           CT   06117

**PERIOD ENDING** 12/31/07

**PAGE** 4

**YOUR ACCOUNT NUMBER** 1-ZA894-3-0

**YOUR TAX PAYER IDENTIFICATION NUMBER** *******1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 2,125,000 | | 06117 | U S TREASURY BILL DUE 04/03/2008 | 99.149 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | 2,120,874.25 | | | |
| | | | | SHORT | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450639



MADF | **BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

PERIOD ENDING: 12/31/07

YOUR ACCOUNT NUMBER: 1-ZA894-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416

PAGE 5

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 21,722.92 |
| | | | | GROSS PROCEEDS FROM SALES | | | 20,249,925.80 |

*(handwritten) $12 − div =*
*$7555 +*
*Total*

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450640



**MADF | BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PERIOD ENDING: 12/31/07
YOUR ACCOUNT NUMBER: 1-ZA894-4-0
YOUR TAX PAYER IDENTIFICATION NUMBER: *****1416
PAGE: 1

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD       CT   06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN. | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
|  |  |  |  | BALANCE FORWARD |  |  |  |
| 12/21 | 30 |  | 85663 | S & P 100 INDEX | 5.900 | 24,328.00 |  |
| 12/21 |  | 30 | 89956 | DECEMBER 685 CALL | 4.100 | 17,730.00 | 12,270.00 |
|  |  |  |  | S & P 100 INDEX |  |  |  |
|  |  |  |  | DECEMBER 675 PUT |  |  |  |
| 12/31 |  |  |  | TRANS FROM 30 ACCT | JRNL |  | 29,788.00 |
|  |  |  |  | NEW BALANCE |  |  |  |

MWPTAP00450641



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT    06117

PERIOD ENDING: 11/30/08

YOUR ACCOUNT NUMBER: 1-ZA894-3-0

YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416

PAGE: 1

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|------|------|------|------|------|------|------|------|
| | | | | BALANCE FORWARD | | 139,436.95 | |
| 11/12 | 2,016 | | 1246 | WELLS FARGO & CO NEW | 29.800 | 60,156.80 | |
| 11/12 | 1,440 | | 1748 | HEWLETT PACKARD CO | 34.900 | 50,313.00 | |
| 11/12 | 1,248 | | 5572 | WAL-MART STORES INC | 55.830 | 69,724.84 | |
| 11/12 | 816 | | 6074 | INTERNATIONAL BUSINESS MACHS | 87.270 | 71,244.32 | |
| 11/12 | 3,024 | | 9898 | EXXON MOBIL CORP | 72.880 | 220,509.12 | |
| 11/12 | 3,312 | | 10400 | INTEL CORP | 14.510 | 48,189.12 | |
| 11/12 | 1,584 | | 14726 | JOHNSON & JOHNSON | 59.580 | 94,437.72 | |
| 11/12 | 2,160 | | 19051 | J&P. MORGAN CHASE & CO | 38.530 | 83,310.80 | |
| 11/12 | 1,152 | | 23377 | COCA COLA CO | 44.660 | 51,494.32 | |
| 11/12 | 672 | | 27703 | MCDONALDS CORP | 55.370 | 37,234.64 | |
| 11/12 | 1,248 | | 32029 | MERCK & CO | 28.550 | 35,679.40 | |
| 11/12 | 4,560 | | 36355 | MICROSOFT CORP | 21.810 | 99,635.60 | |
| 11/12 | 2,304 | | 40681 | ORACLE CORPORATION | 17.300 | 39,951.20 | |
| 11/12 | 912 | | 53659 | PEPSICO INC | 56.410 | 51,481.92 | |
| 11/12 | 528 | | 54161 | APPLE INC | 100.780 | 53,232.84 | |
| 11/12 | 3,888 | | 57985 | PFIZER INC | 16.940 | 66,017.72 | |
| 11/12 | 912 | | 58487 | ABBOTT LABORATORIES | 54.610 | 49,840.32 | |
| 11/12 | 1,728 | | 62311 | PROCTER & GAMBLE CO | 64.080 | 110,799.24 | |
| 11/12 | 624 | | 62813 | AMGEN INC | 59.160 | 36,939.84 | |
| 11/12 | 1,200 | | 66637 | PHILLIP MORRIS INTERNATIONAL | 43.600 | 52,368.00 | |
| 11/12 | 2,880 | | 67139 | BANK OF AMERICA | 21.590 | 62,294.20 | |
| 11/12 | 950 | | 70963 | QUALCOMM INC | 33.770 | 32,457.20 | |
| 11/12 | 3,120 | | 71465 | CITI GROUP INC | 12.510 | 39,155.20 | |
| | | | | CONTINUED ON PAGE 2 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450642



**BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York □ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020 7493 6222

PAGE 2
PERIOD ENDING 11/30/08
YOUR TAX PAYER IDENTIFICATION NUMBER *****1416
YOUR ACCOUNT NUMBER 1-ZA894-3-0

MELTON FAMILY LLC
20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/12 | 720 | | 75289 | SCHLUMBERGER LTD | 49.480 | 35,653.60 | |
| 11/12 | 1,728 | | 75791 | COMCAST CORP CL A | 16.510 | 28,598.28 | |
| 11/12 | 3,408 | | 79615 | AT&T INC | 27 | 92,152.00 | |
| 11/12 | 864 | | 80117 | CONOCOPHILLIPS | 52.510 | 45,402.64 | |
| 11/12 | 576 | | 83941 | UNITED PARCEL SVC INC CLASS B | 52.040 | 29,996.04 | |
| 11/12 | 3,504 | | 84443 | CISCO SYSTEMS INC | 16.730 | 58,761.92 | |
| 11/12 | 1,008 | | 88267 | U S BANCORP | 29.530 | 29,806.24 | |
| 11/12 | 1,200 | | 88769 | CHEVRON CORP | 73.430 | 88,164.00 | |
| 11/12 | 576 | | 92593 | UNITED TECHNOLOGIES CORP | 53.160 | 30,643.16 | |
| 11/12 | 6,096 | | 93095 | GENERAL ELECTRIC CO | 19.630 | 119,907.48 | |
| 11/12 | 1,632 | | 96919 | VERIZON COMMUNICATIONS | 30.410 | 49,694.12 | |
| 11/12 | 144 | | 97421 | GOOGLE | 337.400 | 48,590.60 | |
| 11/12 | | 2,225,000 | 23852 | U S TREASURY BILL DUE 2/12/2009 2/12/2009 | 99.936 | | 2,223,576.00 |
| 11/12 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/12/08 | DIV | | 1.06 |
| 11/12 | | 2,842 | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | 2,842.00 |
| 11/12 | 42,883 | | 18956 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 42,883.00 | |
| 11/19 | | | 28324 | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 11/29/08 | DIV | | 5.26 |

CONTINUED ON PAGE 3

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450643

| MADF | **BERNARD L. MADOFF**<br>INVESTMENT SECURITIES LLC<br>New York ☐ London | 885 Third Avenue<br>New York, NY 10022<br>(212) 230-2424<br>800 334-1343<br>Fax (212) 838-4061 | Affiliated with<br>Madoff Securities International Limited<br>12 Berkeley Street<br>Mayfair, London W1J 8DT<br>Tel 020 7493 6222 |

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD        CT    06117

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 3 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA894-3-0 | *****1416 |

| DATE | BOUGHT<br>RECEIVED OR LONG | SOLD<br>DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED<br>TO YOUR ACCOUNT | AMOUNT CREDITED<br>TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| 11/19 | | 42,883 | 53850 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | | 42,883.00 |
| 11/19 | 175,000 | | 58304 | U S TREASURY BILL<br>DUE 03/26/2009<br>3/26/2009 | 99.926 | 174,870.50 | |
| 11/19 | 11,826 | | 62886 | FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | 1 | 11,826.00 | |
| | | | | NEW BALANCE | | 273,548.57 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 3,408 | | | AT&T INC | 28.560 | | |
| | 912 | | | ABBOTT LABORATORIES | 52.390 | | |
| | 624 | | | AMGEN INC | 55.540 | | |
| | 528 | | | APPLE INC | 92.670 | | |
| | 2,880 | | | BANK OF AMERICA | 16.250 | | |
| | 1,200 | | | CHEVRON CORP | 79.010 | | |
| | 3,504 | | | CISCO SYSTEMS INC | 16.540 | | |
| | 3,120 | | | CITI GROUP INC | 8.290 | | |
| | 1,152 | | | COCA COLA CO | 46.870 | | |
| | 1,728 | | | COMCAST CORP<br>CL A | 17.340 | | |
| | 864 | | | CONOCOPHILIPS | 52.520 | | |
| | 3,024 | | | EXXON MOBIL CORP | 80.150 | | |
| | 6,096 | | | GENERAL ELECTRIC CO | 17.170 | | |
| | | | | CONTINUED ON PAGE    4 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 2493 6222

PAGE 4

PERIOD ENDING 11/30/08

YOUR TAX PAYER IDENTIFICATION NUMBER ******1416

YOUR ACCOUNT NUMBER 1-ZA894-3-0

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT    06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 144 | | | GOOGLE | 292.960 | | |
| | 1,440 | | | HEWLETT PACKARD CO | 35.230 | | |
| | 3,312 | | | INTEL CORP | 13.800 | | |
| | 816 | | | INTERNATIONAL BUSINESS MACHS | 81.600 | | |
| | 2,160 | | | J.P. MORGAN CHASE & CO | 31.660 | | |
| | 1,584 | | | JOHNSON & JOHNSON | 58.580 | | |
| | 672 | | | MCDONALDS CORP | 58.750 | | |
| | 1,248 | | | MERCK & CO | 26.720 | | |
| | 4,560 | | | MICROSOFT CORP | 20.220 | | |
| | 2,304 | | | ORACLE CORPORATION | 16.090 | | |
| | 912 | | | PEPSICO INC | 56.700 | | |
| | 3,888 | | | PFIZER INC | 16.430 | | |
| | 1,200 | | | PHILLIP MORRIS INTERNATIONAL | 42.160 | | |
| | 1,728 | | | PROCTER & GAMBLE CO | 64.350 | | |
| | 960 | | | QUALCOMM INC | 33.570 | | |
| | 720 | | | SCHLUMBERGER LTD | 50.740 | | |
| | 11,826 | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | | |
| | 1,008 | | | U S BANCORP | 26.980 | | |
| | 576 | | | UNITED PARCEL SVC INC CLASS B | 57.600 | | |
| | 175,000 | | | U S TREASURY BILL DUE 03/26/2009 3/26/2009 | 99.971 | | |
| | 576 | | | UNITED TECHNOLOGIES CORP | 48.530 | | |

CONTINUED ON PAGE 5

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450645



| BERNARD L. MADOFF | | | | | | |
|---|---|---|---|---|---|---|

MADF INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 0DT
Tel 020 7493 6222

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

YOUR ACCOUNT NUMBER: 1-ZA894-3-0
PERIOD ENDING: 11/30/08
PAGE: 5
YOUR TAX PAYER IDENTIFICATION NUMBER: ******1416

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 1,632 | | | VERIZON COMMUNICATIONS | 32.650 | | |
| | 1,248 | | | WAL-MART STORES INC | 55.880 | | |
| | 2,016 | | | WELLS FARGO & CO NEW | 28.890 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG | | | |
| | | | | SHORT | | | |
| | | | | 2,301,573.17 | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450646

MADF **BERNARD L. MADOFF**
**INVESTMENT SECURITIES LLC**
New York ☐ London

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel (020) 7493 6222

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT      06117

| PERIOD ENDING | PAGE |
|---|---|
| 11/30/08 | 6 |

| YOUR ACCOUNT NUMBER | YOUR TAX PAYER IDENTIFICATION NUMBER |
|---|---|
| 1-ZA094-3-0 | *******1616 |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | YEAR-TO-DATE SUMMARY | | | |
| | | | | DIVIDENDS | | | 15,807.62 |
| | | | | GROSS PROCEEDS FROM SALES | | | 13,104,812.95 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450647



**BERNARD L. MADOFF**
INVESTMENT SECURITIES LLC
New York ☐ London

885 Third Avenue
New York, NY 10022
(212) 230-2424
800 334-1343
Fax (212) 838-4061

Affiliated with
Madoff Securities International Limited
12 Berkeley Street
Mayfair, London W1J 8DT
Tel 020 7493 6222

PAGE 1

PERIOD ENDING 11/30/08

YOUR ACCOUNT NUMBER 1-ZA894-4-0

YOUR TAX PAYER IDENTIFICATION NUMBER ******1616

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT   06117

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARD | | | 139,437.00 |
| 11/12 | | 48 | 45007 | S & P 100 INDEX NOVEMBER 460 CALL | 15.800 | | 75,792.00 |
| 11/12 | 48 | | 49333 | S & P 100 INDEX NOVEMBER 450 PUT | 17.800 | 85,488.00 | |
| 11/19 | | 48 | 35437 | S & P 100 INDEX DECEMBER 430 CALL | 26 | | 124,752.00 |
| 11/19 | 48 | | 39762 | S & P 100 INDEX DECEMBER 420 PUT | 30 | 144,048.00 | |
| 11/19 | 48 | | 44087 | S & P 100 INDEX NOVEMBER 460 CALL | 3 | 14,448.00 | |
| 11/19 | | 48 | 48412 | S & P 100 INDEX NOVEMBER 450 PUT | 37 | | 177,552.00 |
| | | | | NEW BALANCE | | | 273,549.00 |
| | | | | SECURITY POSITIONS | MKT PRICE 23-300 | | |
| | 48 | | | S & P 100 INDEX DECEMBER 430 CALL | | | |
| | | 48 | | S & P 100 INDEX DECEMBER 420 PUT | 16-500 | | |
| | | | | MARKET VALUE OF SECURITIES LONG 79,200.00 SHORT 111,840.00- | | | |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES

MWPTAP00450648

OPERATING AGREEMENT

OF

MELTON FAMILY LLC

A CONNECTICUT LIMITED LIABILITY COMPANY

MWPTAP00450649

APR-20-2009 10:41 PM    MELTON                    Redacted                    P.04

# ARTICLE I

## DEFINITIONS

The following terms used in this Operating Agreement shall have the following meanings (unless otherwise expressly provided herein):

"Articles of Organization" shall mean the Articles of Organization of the Company, as filed with the Secretary of the State of Connecticut, as the same may be amended from time to tune. A copy of the Articles of Organization are attached hereto as Exhibit A.

"Capital Account" as of any given date shall mean the Capital Contribution to the Company by a Member as adjusted up to the date in question pursuant to Article VII.

"Capital Contribution" shall mean any agreed contribution to the capital of the Company in cash, property or services by a Member, whenever made.

"Code" shall mean the Internal Revenue Code of 1986 or corresponding provisions of subsequent superseding federal revenue laws.

"Company" shall mean MELTON FAMILY LLC.

"Company Interest" shall mean with respect to each Member, such Member's percentage interest in the profits and losses of the Company as set forth on bit attached hereto.

"Connecticut Act" shall mean the Connecticut Limited Liability Company Act (C.G.S.A. §34-100 et seq.), as amended.

"Deficit Capital Account" shall mean, with respect to any Member, the deficit balance, if any, in such Member's Capital Account as of the end of the taxable year.

"Distributable Cash" shall mean all cash, revenues and funds received by the Company from Company operations, less the sum of the following to the extent paid or set aside by the Company: (i) all principal and interest payments on indebtedness of the Company and all other sums paid to lenders; (ii) all cash expenditures incurred incident to the normal operation of the Company's business; (iii) such Reserves as the Manager deems reasonably necessary to the proper operation of the Company's business.

"Economic Interest" shall mean an interest in the Company's Net Profits, Net Losses and distributions of the Company's assets pursuant to this Operating Agreement and the Connecticut Act, but shall not include any right to participate in the management or affairs of the Company, including the right to vote on, consent to or otherwise participate in any decision of the Members or Manager.

MWPTAP00450650

APR-20-2009 10:41 PM    MELTON                    Redacted                              P.05

"Economic Interest Owner" shall mean the owner of an Economic Interest who is not a Member.

"Entity" shall mean a general partnership, a limited partnership, a limited liability company, a trust, an estate, an association, a corporation or any other legal or commercial entity.

" Fiscal Year" shall mean the Company's fiscal year, which shall be the calendar year.

"Gifting Member" shall mean any Member or Economic Interest Owner who gifts, bequeaths or otherwise transfers for no consideration (by operation of law or otherwise, except with respect to bankruptcy) all or any part of its Membership Interest or Economic Interest.

"Initial Capital Contribution" shall mean the initial contribution to the capital of the Company pursuant to this Operating Agreement as set forth on Exhibit B attached hereto.

"Initial Manager" shall mean Alan R. Melton, M.D.

"Majority Interest" shall mean one or more Interests of Members which taken together exceed 50% of the aggregate of all Company Interests.

"Manager" shall mean one or more managers designated in the manner provided in this Agreement.

"Member" shall mean each of the parties who executes a counterpart of this Operating Agreement as a Member and each person who may hereafter become a Member as permitted herein. To the extent a Manager has acquired a Membership Interest in the Company, he will have all the rights of a Member with respect to such Membership Interest, and the term "Member" as used herein shall include a Manager to the extent he has acquired such Membership Interest in the Company. If a Person is a Member immediately prior to the purchase or other acquisition by such Person of an Economic Interest, such Person shall have all the rights of a Member with respect to such purchased or otherwise acquired. Membership Interest or Economic Interest, as the case may be.

"Membership Interest" shall mean a Member's entire interest in the Company including such Member's Economic Interest and the right to participate in the management of the business and affairs of the Company, including the right to vote on, consent to, or otherwise participate in any decision or action of or by the Members granted pursuant to this Operating Agreement or the Connecticut Act.

"Net Profits" and "Net Losses" shall mean the income, gain, loss, deductions and credits of the Company in the aggregate or separately stated, as appropriate, determined in accordance with the method of accounting selected by the Manager at the close of each fiscal year on the Company's information tax return filed for federal income tax purposes.

"Operating Agreement" shall mean this Operating Agreement as originally executed and as amended from time to time.

MWPTAP00450651

APR-20-2009 10:42 PM    MELTON                    Redacted                    P.06

"Person" shall mean an individual or Entity, and the heirs, executors, administrators, legal representatives, successors, and assigns of such "Person" where the context so permits.

"Reserves" shall mean, with respect to any fiscal period, funds set aside or amounts allocated during such period to reserves which shall be maintained in amounts deemed sufficient by the Manager for capital expenditures, working capital and to pay taxes, insurance, debt service or other costs or expenses incident to the ownership or operation of the Company's business.

"Selling Member" shall mean any Member or Economic Interest Owner which sells, assigns, or otherwise transfers for consideration all or any portion of its Membership Interest or Economic Interest.

"Transferring Member" shall mean a Selling Member or a Gifting Member.

"Treasury Regulations" shall include proposed, temporary and final regulations promulgated under the Code its effect as of the date of filing the Articles of Organization and the corresponding sections of any regulations subsequently issued that amend or supersede such regulations.

## ARTICLE II

## FORMATION OF COMPANY

Section 2.1- Formation. The Company was formed as a limited liability company under the Connecticut Act by the filing of its Articles of Organization with the Secretary of the State of Connecticut _____.

## ARTICLE III

## BUSINESS Of COMPANY

Section 3.1 - Permitted Businesses. The business of the Company shall be as set forth in its Articles of Organization.

## ARTICLE IV

## NAMES AND ADDRESSES OF MEMBERS

The names and residence addresses of the initial Members are as set forth on Exhibit B attached hereto and incorporated herein by reference.

## ARTICLE V

### RIGHTS AND DUTIES OF MANAGER

Section 5.1 - Management. The business and affairs of the Company shall be managed by its Manager. The Manager shall direct, manage and control the business of the Company to the best of his ability. Except for situations in which the approval of the Members is expressly required by this Operating Agreement or by nonwaivable provisions of applicable law, the Manager shall have full and complete authority, power and discretion to manage and control the business, affairs and properties of the Company, to make all decisions regarding those matters and to perform any and all other acts ox activities customary or incident to the management of the Company's business. At any time when there is more than one Manager, any one Manager may exercise all of the powers delegated to the Managers herein and may take any action permitted to be taken by the Managers, unless the approval of more than one of the Managers is expressly required pursuant to this Operating Agreement.

Section 5.2 – Number, Identity, Tenure and Qualifications. The Company shall initially have two Managers.

The Initial Manager shall be: Alan R. Melton, M.D.

The residence address of the Initial Manager is:          Redacted
Redacted

Upon the death, resignation or incapacity of the Initial Manager, the number of Managers of the Company shall be fixed from time to time by the majority vote or written consent of the Members. Each Manager shall hold office until his successor shall have been elected and qualified or such earlier time as he may resign or be removed as provided herein. Managers shall be elected by the majority vote or written consent of Members. A Manager need not be a Member.

Section 5.3 - Certain Powers of Manager. Without limiting the generality of Section 5.1, the Manager shall have power and authority on behalf of the Company:

(a)    To acquire property from any Person as the Manager may determine;

(b)    To borrow money for the Company from banks, other lending institutions, the Manager, Members, of affiliates of the Manager or Members on such terms as the Manager deems appropriate, and in connection therewith, to mortgage, hypothecate, encumber and grant security interests in the assets of the Company to secure repayment of the borrowed sums;

(c)    To purchase liability and other insurance to protect the Company's property and business;

MWPTAP00450653

APR-20-2009 10:42 PM   MELTON                          Redacted                    P.08

(d)  To hold and own any Company real and/or personal properties in the name of the Company;

(e)  To invest any company funds temporarily (by way of example but not limitation) in time deposits, short-team governmental, obligations, commercial paper or other investments;

(f)  To sell or otherwise dispose of all or substantially all of the assets of the Company as part of a single transaction or plan, without the approval of the Members while the Initial Manager is serving as Manager and, upon the affirmative vote or written consent of Members holding at least two-thirds of all Company Interests, while any successor Manager is serving;

(g)  To execute on behalf of the Company all instruments and documents, including, without limitation, checks; drafts; notes and other negotiable instruments; mortgages or deeds of trust; security agreements; financing statements; documents providing for the acquisition, mortgage or disposition of the Company's property; assignments; bills of sale; leases; partnership agreements, operating agreements of other limited liability companies; and any other instruments or documents necessary or appropriate, in the opinion of the Manager, to the business of the Company;

(h)  To employ accountants, legal counsel, managing agents or other experts to perform services for the Company and to compensate them from Company funds;

(i)  To enter into any and all other agreements on behalf of the Company, with any other Person for any purpose, in such forms as the Manager may approve, and

(j)  To do and perform all other acts as may be necessary or appropriate to the conduct of the Company's business.

Unless authorized to so do by this Operating Agreement or by written authorization of the Manager, no attorney-in-fact, employee or other agent of the Company shall have any power or authority to bind the Company in any way, to pledge its credit or to render it liable for any purpose, No Member (other than a Member who is also a Manager) shall have any power or authority to bind the Company unless the Member has been authorized by the Manager to act as an agent of the Company in accordance with the previous sentence.

Section 5.4 – Manager Has No Exclusive Duty to Company. The Manager shall not be required to manage the Company as his sole and exclusive function and he may have other business interests and may engage in other activities in addition to those relating to the Company.

Section 5.5 - Bank Accounts. The Manager may from time to time open bank accounts in the name of the Company, and the Manager shall be the sole signatory thereon, unless the Manager determines otherwise.

MWPTAP00450654

APR-20-2009 10:43 PM  MELTON                                Redacted                    P.09

Section 5.6 – Company Books. In accordance with Section 9.2 herein, the Manager shall maintain and preserve, during the term of the Company, and for five (5) years thereafter, all accounts, books, and other relevant Company documents. Upon reasonable request, each Member and Economic Interest Owner shall have the right, during ordinary business hours, to inspect and copy such Company documents at the requesting Member's and Economic Interest Owner's expense.

Section 5.7 – Indemnification of Manager. The Company shall indemnify the Manager and hold him harmless from and against any and all loss, cost or expense, including legal fees and expenses, arising out of any claim by any third party seeking monetary damages against such Manager arising out of such Manager performance of his duties in good faith, in accordance with Section 34-143 of the Connecticut Act.

Section 5.8 – Resignation. The Manager may resign at any time by giving written notice to the Members of the Company. The resignation of the Manager shall take effect upon receipt of notice thereof or at such later time as shall be specified in such notice; and, unless otherwise specified therein, the acceptance of such resignation shall not be necessary to make it effective. The resignation of a Manager who is also a Member shall not, by itself, affect the Manager's rights as a Member and shall not constitute a withdrawal of a Member.

Section 5. 9 - Removal. The Initial Manager may only be remove without the necessity for any court proceeding if at any time during the continuance of the Company, such Initial Manager shall become mentally or physically incapacitated from attending to his affairs. In order to remove the Initial Manager who is mentally or physically incapacitated from, attending to his or her own affairs the following shall occur:

(1)     A certificate shall be furnished to the Members from two competent physicians of good repute in the community in which the alleged incapacitated Initial Manager, shall at that time reside, or in the nearest metropolitan area thereto, one of said physicians who shall if possible, be the attending physician of the alleged incapacitated Initial Manager, stating in the physicians opinion such Initial Manager, is mentally or physically incapacitated from attending to his or her affairs; and

(2)     A majority of the Members by an affirmative vote determine that the alleged incapable Initial Manager is incapable of attending to his or her affairs.

MWPTAP00450655

The Initial Manager, removed due to incapacity, upon recovery from the mental or physical incapacity (to be determined by two competent physicians) shall resume his position as Initial Manager, and any successor Manager shall resign. Any successor Managers may be removed at any time with or without cause, by the affirmative vote or written consent of Members holding a Majority Interest. The removal of a Manager who is also a Member shall not, by itself, affect the Manager's rights as a Member and shall not constitute a withdrawal of a Member.

Section 5.10 - Vacancies. Subject to Section 5.2, any vacancy occurring for any reason in the number of Managers of the Company may be filled by the affirmative vote or written consent of Members holding a Majority Interest.

Section 5.11 – Compensation of Manager. A Manager may receive reasonable compensation for his or her services, such compensation to be determined by the unanimous agreement of the Managers then serving. The Manager shall be entitled to reimbursement of all out-of-pocket expenses incurred on behalf of the Company.

## ARTICLE VI

## RIGHTS AND OBLIGATIONS OF MEMBERS

Section 6.1 - Limitation of Liability. Each Member's liability shall be limited as set forth in this Operating Agreement, the Connecticut Act and other applicable law.

Section 6.2 - List of Members. Upon written request of any Member, the Manage' shall provide a list showing the names, addressees and Company Interests of all Members and Economic Interest Owners.

Section 6 3 - Approval of Sale of All Assets. While the initial Manager is serving as Manager, the Members shall not have the right to approve the sale, exchange or other disposition of all, or substantially all, of the Company's assets which is to occur as part of a single transaction or plan. When any successor Manager is serving as Manager, the Members shall have the tight to approve the sale or exchange or other disposition of all or substantially all of the Company's assets which is to occur as part of a single transaction or plan, which transaction shall require the approval by written consent of Members holding at least two-thirds of all Company Interests.

Section 6.4 – Priority and Return of Capital. Except as may be expressly provided in Article VIII, no Member or Economic Interest Owner shall have priority over any other Member or Economic Interest Owner, either as to the return of Capital Contributions or as to Net Profits, Net Losses or distributions; provided, however, that this Section shall not apply to repayment of loans (as distinguished from Capital Contributions) which a Member has made to the Company.

MWPTAP00450656

APR-20-2009 10:44 PM   MELTON                    Redacted                    P.11

# ARTICLE VII

## CONTRIBUTIONS TO THE COMPANY AND CAPITAL ACCOUNTS

**Section 7.1 – Members' Initial Capital Contributions.** Each Member shall contribute such cash, property or services as is set forth in Exhibit B hereto as its share of the Initial Capital Contribution.

**Section 7.2 – Additional Contributions.** Except as set forth in Section 7.1, no Member shall be required to make any Capital Contribution. The Manager may determine from time to time that additional Capital Contributions are necessary or appropriate in connection, with the conduct of the Company's business (including without limitation, expansion or diversification or to meet operating deficits). The Manager shall give written notice of such determination and the Members shall have the opportunity (but not the obligation) to participate in such additional Capital Contributions on a pro rata basis in accordance with their respective Company Interests.

In the event any Member shall fail to contribute his full, pro-rata abate of any additional Capital Contribution within thirty (30) days following notice of determination by the Manager that additional Capital Contributions are necessary or appropriate, then the Company Interests of all of the Members shall be adjusted to reflect such additional Capital Contributions as are actually made. In making such adjustments, the Manager shall assume, for purposes of calculation, that the value all property or services constituting Initial Capital Contributions was in proportion to the cash contribution made, based on the initial Company Interests of all the Members.

### Section 7.3 - Capital Accounts.

(a)      A separate Capital Account will be maintained for each Member. In general, each Member's Capital Account will be increased by (i) the amount of money contributed by such Member to the Company, (ii) the agreed fair market value of property or services contributed by such Member to the Company (net of liabilities secured by such contributed property that the Company is considered to assume or take subject to under Section 752 of the Code), and (iii) allocations to such Member of Net Profits; and decreased by (i) the amount of money distributed to such Member by the Company, (ii) the fair market value of property distributed to such Member by the Company (net of liabilities secured by such distributed property that such Member is considered to assume or take subject to under Section 752 of the Code), and (iii) allocations of Net Losses to such Member. Capital Accounts will be maintained in accordance with the requirements of 704(b) of the Code and the Treasury Regulations promulgated thereunder.

(b)      In the event of a permitted sale or exchange of a Membership Interest or an Economic Interest in the Company, the Capital Account of the. transferor shall become the Capital Account of the transferee to the extent it relates to the transferred Membership Interest or Economic Interest in accordance with Section 1.704-1(b)(2Xiv) of the Treasury Regulations.

MWPTAP00450657

(c)    Upon liquidation of the Company, liquidating distributions will be made in accordance with the positive Capital Account balances of the Members and Economic Interest Owners, as determined after taking into account all Capital Account adjustments for the Company's taxable year during which the liquidation occurs. Liquidation proceeds will be paid within sixty days after the end of the taxable year (or, if later, within 120 days after the date of the liquidation). The Company may offset liability for damages for breach of this Operating Agreement by a Member or Economic Interest Owner whose interest is liquidated (either upon the withdrawal of the Member or the liquidation of the Company) against the amount otherwise distributable to such Member.

(d)    Except as otherwise required in the Connecticut Act (and subject to Section 7.1 and 7.2), no Member or Economic Interest Owner shall have any liability to restore all or any portion of a deficit balance in such Member's or Economic Interest Owner's Capital Account.

## ARTICLE VII

## ALLOCATIONS, INCOME TAX AND DISTRIBUTIONS

Section 8 I – Allocations of Profits and Losses. The Net Profits and Net Losses of the Company for each Fiscal Year will be allocated to the Members in the manner determined by the Manager to reasonably reflect the Members' respective Company Interests and in compliance with applicable tax law.

Section 8.2 - Distributions. Except as provided in Section 7.3(c), all distributions of cash or other property shall be made to the Members pro-rata in proportion to the respective Company Interests of the Members on the record date of such distribution. All distributions of Distributable Cash and property shall be made at such time as determined by the Manager. No Member shall have the right to demand and receive property other than cash, irrespective of the nature of its Capital Contribution. All amounts withheld pursuant to the Code or any provision of state or local tax law with respect to any payment or distribution to the Members from the Company shall be treated as amounts distributed to the relevant Member or Members pursuant to this Section 8.2.

Section 8.3 - Limitation on Distributions. No distribution shall be declared and paid unless, after the distribution is made, the assets of the Company are in excess of all liabilities of the Company.

Section 8.4 – Interest on and Return of Capital Contributions. No Member shall be entitled to interest on its Capital Contribution or to return of its Capital Contribution, except as otherwise specifically provided for herein.

Section 8.5 - Loans to Company. Nothing in this Operating Agreement shall prevent say Member from making secured or unsecured loans to the Company by agreement with the Company.

MWPTAP00450658

## EXHIBIT A

### ARTICLES OF ORGANIZATION
#### of
### MELTON FAMILY LLC

The undersigned, hereby forms a limited liability company under the Connecticut Limited Liability Company Act.

FIRST:    The name of the limited liability company (the "Company") is: MELTON FAMILY LLC.

SECOND:    The management of the Company shall be vested in a manager or managers.

THIRD:    The purposes to be promoted or carried out by the Company shall be to engage in any lawful act or activity for which limited liability companies may be formed under the Connecticut Limited Liability Company Act and also to provide management and preservation of assets within the Weiner family, by accomplishing the following:

(a)    Maintain control of Melton family assets;
(b)    Increase Melton family wealth;
(c)    Establish a method by which annual gifts can be made without fractionalizing
(d)    assets;
(d)    Provide protection from creditors of Melton family members;
(e)    Provide resolution of any disputes which may arise among the Melton family in order to preserve family harmony and avoid expense and problems of litigation;
(f)    Facilitate the administration and reduce the cost associated with the disability or probate of the estate of Melton family members, and
(g)    Maintain, lease, and develop real estate.

FOURTH:    The principal office of the Company shall be 20 Balfour Drive, West Hartford, Connecticut 06117.

FIFTH:    The Agent for Service of Process for the Company shall be Daniel Blume, Esq., Blume & Associates LLC, 433 South Main Street, Suite 111, West Hartford, CT 06110.

MWPTAP00450659

### MELTON FAMILY LLC
### UNANIMOUS CONSENT IN LIEU OF
### MEETING OF MEMBERS

The undersigned, being all of the Members of **MELTON FAMILY LLC** (the "Company"), hereby consent to and adopt the following resolutions pursuant to the Connecticut Limited Liability Company Act:

RESOLVED: That, effective January 1, 2008, **DIANE MELTON, ALAN MELTON,** and **MATTHEW MELTON** are hereby elected to serve as the Managers of the Company until their successors are elected.

RESOLVED: That the Managers of the Company are hereby authorized and directed to take any actions and to execute on behalf of the Company and its Members any documents that shall be necessitated by the business of the Company.

The actions taken by this consent shall have the same force and effect as if taken at meetings of the Members of the Company, duly called and constituted pursuant to the laws of the State of Connecticut, and the Managers of the Company are hereby directed to file the same with the minutes of the Company.

MWPTAP00450660

APR-20-2009 10:45 PM   MELTON                                    P.15

**EXHIBIT B**

**Members**

of

**MELTON FAMILY LLC**

Names and Residences

Diane Melton

Redacted

Alan Melton

Redacted

David Melton                 Redacted

Redacted

Matthew Melton

Redacted

Randi Melton

Redacted

2008word24248744.101

MWPTAP00450661

Redacted   P.16

_____

Alan Melton, Member
Dated: December 25, 2007

_____

Diane Melton, Member
Dated: December 25, 2007

_____

Randi Melton, Member
Dated: December 25, 2007

_____

David Melton, Member
Dated: December 25, 2007

_____

Matthew Melton, Member
Dated: December 25, 2007

DB/lss
2007word/24248744.100

MWPTAP00450662

 **MILBERG** LLP

NEW YORK
LOS ANGELES
TAMPA
DETROIT

Joshua Keller
Direct Dial: 212-946-9318
jkeller@milberg.com

April 27, 2009

VIA FEDERAL EXPRESS

Irving H. Picard, Esq.
Trustee for Bernard L. Madoff
Investment Securities LLC
Claims Processing Center
2100 McKinney Avenue
Suite 800
Dallas, TX 75201

Re:    *Bernard L. Madoff Investment Securities LLC*
       Claims of The Melton Family LLC

Dear Mr. Picard:

We represent The Melton Family LLC in the above-referenced liquidation proceeding. Enclosed, please find the foregoing entity's completed and signed Customer Claim form with exhibits and supporting documents.

Should you have any questions, please contact the undersigned.

Sincerely,

Joshua Keller

JK
Enclosure

MWPTAP00450663



RT 777 1 B
7001
04.28

FZ 779

Ship Date: 21APR09
ActWgt: 1 LB
System#: 4083160FXRS0776
Account#: Redacted120

Delivery Address Bar Code

Ref #: 08311-B-00001
Invoice #:
PO #:
Dept #:

PRIORITY OVERNIGHT                    TUE
                                   Deliver By:
                                    28APR09
TRK# 7301 9770 7001              DFW    A1
                          FORM
                          0201
75201  -TX-US            XH RBDA

From:  Origin ID: TSSA  (212) 594 5300
NEWMAN DUBE
MILBERG LLP
1 PENN PLAZA
STE 4800
NEW YORK, NY 10119

SHIP TO:  (212) 594 5300            BILL SENDER
Trustee for BMIS LLC
Irving H. Picard Esq.
Claims Processing Center
2100 McKinney Ave Suite 800
Dallas, TX 75201

MWPTAP00450664