# EXHIBIT 7

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re: | Adv. Pro. No. 08-01789 (SMB) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | SIPA LIQUIDATION |
| Debtor, | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                           )      ss:
COUNTY OF DALLAS           )

JOHN S. FRANKS, being duly sworn, deposes and says:

1.  I am a Director of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On December 11, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    1.  Trustee's Sixth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew [Docket No. 12240]
    2.  Declaration of Vineet Sehgal in Support of the Trustee's Sixth Omnibus Motion to Overrule Objections of Claimants Who Invested More Than They Withdrew [Docket No. 12241]

4.  On December 11, 2015,  I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit B, a true and correct copy of the following:

    1.  Trustee's Seventh Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity [Docket No. 12242]
    2.  Declaration of Vineet Sehgal in Support of the Trustee's Seventh Omnibus Motion to Overrule Objections of Claimants Who Have No Net Equity [Docket No. 12243]

Executed on ___Dec. 14___, 2015

_____
John S. Franks

Sworn to and subscribed before me this _14th_ day of _Dec._, 2015

MARY S. BETIK
MY COMMISSION EXPIRES
March 12, 2018

_____
(SEAL)

_____
Notary Public

2

# Exhibit A

**Exhibit A**

**December 11, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Moses & Singer LLP | Alan E. Gamza and Howard R. Herman | The Chrysler Building, 405 Lexington Avenue | New York | NY | 10174 | |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | |
| Rosen & Associates, P.C. | Sanford P. Rosen | 747 Third Avenue | New York | NY | 10017-2803 | |
| Seeger Weiss LLP | Stephen A Weiss | One William Street | New York | NY | 10004 | |
| Covington & Burling | Susan Power Johnson | The New York Times Bldg, 620 Eighth Avenue | New York | NY | 10018 | |

08-01789-cgm    Doc 12395    Filed 12/21/15    Entered 12/21/15 23:53:51    Main Document
Pg 9 of 7

Exhibit B

08-01789-smb    Doc 12309    Filed 12/21/15    Entered 12/21/15 20:58:57    Main Document

Exhibit B-7
December 11, 2015



**Page 1 of 2**

**Exhibit B**

**December 11, 2015**

| Contact | Address1 | Address2 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Lax & Neville, LLP | Brian J. Neville and Barry R. Lax | 1450 Broadway, 35th Floor | New York | NY | 10018 | |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | |
| Reitler Kailas & Rosenblatt LLC | Edward P. Grosz | 800 Third Avenue | New York | NY | 10022 | |
| FOX ROTHSCHILD | ERNEST EDWARD BADWAY, FRED STEVENS | 100 PARK AVENUE, SUITE 1500 | NEW YORK | NY | 10017 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Gibbons P.C. | Jeffrey A. Mitchell | One Pennsylvania Plaza, 37th Floor | New York | NY | 10119-3701 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |
| Seeger Weiss LLP | Stephen A Weiss | One William Street | New York | NY | 10004 | |
| [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] | [redacted] |