# EXHIBIT 8

# Fax

| | | | |
|---|---|---|---|
| **To:** | Frank : Madoff Investments | **From:** | Alan Melton |
| **Fax:** | 212-838-4061 | **Pages:** | 2 |
| **Phone:** | 800-334-1343 | **Date:** | 9/18/2002 |
| **Re:** | My Account 1-ZA894-3-0 | **CC:** | |

☐ Urgent   ☒ For Review   ☐ Please Comment   ☐ Please Reply   ☐ Please Recycle

● **Comments:** Frank : Enclosed is a copy of the LLC that was formed for my account-
Alan R Melton ET AL T/I/C 1-ZA894-3-0. My SSN: [Redacted] 7206

Please change name on account to Melton Family LLC and change the Tax Payer ID number

From [Redacted] 7206 to the new EIN [Redacted] 1416.

Thank you.

Can you please confirm the changes, with a confirmation fax to me at [Redacted]

*Alan R Melton* (signature)

Alan R Melton

AMF00022979