# EXHIBIT 9

1ZA894-30/40
9/11/97
FIX TITLE

1ZA894-30/40
MELTON FAMILY

AMF00022964

NAME & ADDRESS FILE MAINTENANCE

Action         (1) __A__  (Note: A-Add C-Change D-Delete
Account Number (6) __1ZA894__
Type           (1) __1__  (Note: 1-Name & Address 2-Duplicate /_____ 3- Mailing

P___ S___ A___ " ___ " ___ MELTON FAMILY LLC
Line 1 (30) ~~Alan R Melton et al~~ LLC
Line 2 (30) _____
Line 3 (30) _____
Line 4 (30) Redacted
City (20) Redacted                              (2) Redacted  Zip Redacted

                                                   © Redacted, 416
Note: Type 1 Information only)                    Redacted ~~7206~~
Short Name (12) __Melton A__   SS-107 (11) _____ 1007
Foreign Acct _____   Margin Acct _____
Group Name (10) __A + B - ~~All~~ GM__
Compu____ Memo____ Statements____  (Note: N- Do Not Print)

                Profit    Dividends    Interest    (Note: S-Send R-Reinvest

Type 1    —    —    —
     2    —    —    —
     3    —    —    —    ⑨
     4    —    —    —
Done     5    —    —    —
1/5/95   6    —    —    —
DK       7    —    —    —
         8    —    —    —              FOREIGN  Y
Dup #1   9    —    —    —              MARGIN   Y
Melton                                  1007     N

AMF00022965

9/24 1) Say rate
2) Fix Tax ID #

AMF00023002