# EXHIBIT 10

Bernard Madoff Investment Securities
885 3rd Ave
NY,NY 10022

August 22, 2002

I would like to withdraw $50,000 from my account
1-ZA894-4
Alan R Melton ET AL T/I/C

Please send the check to address on the account.

Thank you,

Alan R Melton, MD

Tel Number work (860) 229-2059
home    REDACTED

TOTAL P.01

March 26, 2003

Bernard L. Madoff
Investment Securities, LLC
885 Third Avenue
New York, NY 10022

Re: Melton Family LLC
    Alan R Melton, Manager
    Account #1-ZA894-3-0

I would like to withdraw $100,000 from Account #1-ZA894-3-0. Please send the check to my attention at the following address:

> Alan R. Melton
> Melton Family LCC
> 20 Balfour Drive
> West Hartford, CT 06117

Thank you,

Sincerely,

*[signature: Alan R Melton MD]*

Alan R Melton MD
Melton Family LLC

*[handwritten annotations: "1.5mil" circled; other illegible marks]*

AMF00022978