# EXHIBIT 11

```
ALAN R MELTON ET AL T/I/C                                    12/31/01    1

20 BALFOUR DRIVE
WEST HARTFORD        CT 06117              1-ZA894-3-0    Redacted-7206


                     BALANCE FORWARD                                           1,524.90

12/03                INTEL CORP                      DIV                          40.94
                     DIV 11/07/01 12/01/01
12/03                MCDONALDS CORP                  DIV                          72.00
                     DIV 11/15/01 12/03/01
12/03                WELLS FARGO & CO NEW            DIV                         125.58
                     DIV 11/09/01 12/01/01
12/06                PFIZER INC                      DIV                         194.81
                     DIV 11/16/01 12/06/01
12/10                EXXON MOBIL CORP                DIV                         460.23
                     DIV 11/09/01 12/10/01
12/10                INTERNATIONAL BUSINESS MACHS    DIV                          70.84
                     DIV 11/09/01 12/10/01
12/14                DU PONT E I DE NEMOURS & CO     DIV                          91.00
                     DIV 11/15/01 12/14/01
12/31                FIDELITY SPARTAN                DIV                          45.47
                     U S TREASURY MONEY MARKET
                     DIV 12/31/01
12/31                TRANS TO 40 ACCT               JRNL          1,524.00
12/31    650,000 1983 U S TREASURY BILL             99.660                   647,790.00
                     DUE 3/14/2002
                         3/14/2002
12/31    725,000 8815 U S TREASURY BILL             99.320      720,070.00
                     DUE 5/23/2002
                         5/23/2002

                     CONTINUED ON PAGE    2
```

```
ALAN R MELTON ET AL T/I/C

20 BALFOUR DRIVE
WEST HARTFORD        CT 06117                              1-ZA894-3-0          12/31/01     2
                                                                              Redacted-7206

12/31   725,000       12802 U S TREASURY BILL                  99.280        719,780.00
                            DUE 5/30/2002
                                   5/30/2002
12/31     8,502       16919 FIDELITY SPARTAN                       1           8,502.00
                            U S TREASURY MONEY MARKET
12/31            26,688 89755 FIDELITY SPARTAN                     1                          26,688.00
                            U S TREASURY MONEY MARKET
12/31           125,000 93992 U S TREASURY BILL                99.830                        124,787.50
                            DUE 2/7/2002
                                   2/07/2002
12/31           650,000 98115 U S TREASURY BILL                99.690                        647,985.00
                            DUE 3/7/2002
                                   3/07/2002

                            NEW BALANCE                                                              .27

                            SECURITY POSITIONS             MKT PRICE
          8,502             FIDELITY SPARTAN                   1
                            U S TREASURY MONEY MARKET
        725,000             U S TREASURY BILL                 99.320
                            DUE 5/23/2002
                                   5/23/2002
        725,000             U S TREASURY BILL                 99.280
                            DUE 5/30/2002
                                   5/30/2002

                            MARKET VALUE OF SECURITIES
                                   LONG             SHORT
                                 1,448,352.00
```

MDPTPP06588442

MDPTPP06588443

ALAN R MELTON ET AL T/I/C                         12/31/01           3

20 BALFOUR DRIVE
WEST HARTFORD        CT 06117        1-ZA894-3-0   Redacted-7206

YEAR-TO-DATE SUMMARY

DIVIDENDS                                                  8,135.28
INTEREST                                                      51.44
GROSS PROCEEDS FROM SALES                             12,762,136.10

```
MELTON FAMILY LLC                                        12/31/04   1

20 BALFOUR DRIVE
WEST HARTFORD      CT 06117            1-ZA894-3-0   Redacted1416

                         BALANCE FORWARD                              16,937.90

12/02                    MICROSOFT CORP              DIV                 324.88
                         DIV 11/17/04 12/02/04
12/02                    MICROSOFT CORP              DIV              12,183.00
                         DIV 11/17/04 12/02/04
12/03                    PFIZER INC                  DIV                 479.57
                         DIV 11/12/04 12/03/04
12/07                    JOHNSON & JOHNSON           DIV                 318.06
                         DIV 11/16/04 12/07/04
12/08           38661    FIDELITY SPARTAN             1              4,743.00
      4,743              U S TREASURY MONEY MARKET
12/10    1,240    487    SBC COMMUNICATIONS INC    25.570            31,706.80
12/10    1,922   1031    CITI GROUP INC            46.280            88,950.16
12/10    1,705   4761    TIME WARNER INC           18.280            31,167.40
12/10    2,511   5305    CISCO SYSTEMS INC         20.070            50,395.77
12/10      744   9035    TYCO INTERNATIONAL LTD    33.840            25,176.96
12/10      775  11037    THE WALT DISNEY CO        27.200            21,080.00
12/10      713  13140    U S BANCORP               29.430            20,983.59
12/10    3,968  15286    GENERAL ELECTRIC CO       35.360           140,308.48
12/10      651  17394    VIACOM INC                36.100            23,501.10
                         CLASS B NON VOTING SHS
12/10      837  19560    HOME DEPOT INC            41.950            35,112.15
12/10    1,023  21668    VERIZON COMMUNICATIONS    41.560            42,515.88
12/10    1,116  23704    HEWLETT PACKARD CO        21.310            23,781.96

                         CONTINUED ON PAGE     2
```

MDPTPP06588661

```
MELTON FAMILY LLC                                                 12/31/04      2

20 BALFOUR DRIVE
WEST HARTFORD        CT 06117                        1-ZA894-3-0   Redacted 1416

12/10      620 25942  WELLS FARGO & CO NEW             62.100             38,502.00
12/10      620 27966  INTERNATIONAL BUSINESS MACHS     97.320             60,338.40
12/10    1,581 30216  WAL-MART STORES INC              52.770             83,429.37
12/10    2,418 32240  INTEL CORP                       23.760             57,451.68
12/10    2,449 34490  EXXON MOBIL CORP                 49.660            121,617.34
12/10    1,116 36514  JOHNSON & JOHNSON                61.150             68,243.40
12/10    1,333 40788  J.P. MORGAN CHASE & CO           38.050             50,720.65
12/10      899 45062  COCA COLA CO                     40.250             36,184.75
12/10      465 49336  MEDTRONIC INC                    48.900             22,738.50
12/10      279 53610  3M COMPANY                       79.300             22,124.70
12/10      775 57884  ALTRIA GROUP INC                 57.960             44,919.00
12/10      837 62158  MERCK & CO                       28.210             23,611.77
12/10    4,061 66432  MICROSOFT CORP                   27.260            110,702.86
12/10      403 70583  MORGAN STANLEY                   53.570             21,588.71
12/10    1,922 83394  ORACLE CORPORATION               13.290             25,543.38
12/10      961 83936  AMERICAN INTL GROUP INC          64.610             62,090.21
12/10      620 87668  PEPSICO INC                      50.610             31,378.20
12/10      496 88210  AMGEN INC                        62.620             31,059.52
12/10    2,821 91942  PFIZER INC                       27.460             77,464.66
12/10      465 92482  AMERICAN EXPRESS COMPANY         55.680             25,891.20
12/10      961 96216  PROCTER & GAMBLE CO              54.330             52,211.13
12/10    1,519 96756  BANK OF AMERICA                  46.200             70,177.80
12/10                 EXXON MOBIL CORP                    DIV                 661.23
                      DIV 11/12/04 12/10/04
12/10                 INTERNATIONAL BUSINESS MACHS        DIV                 111.60
                      DIV 11/10/04 12/10/04

                      CONTINUED ON PAGE    3
```

MDPTPP06588662

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD          CT 06117                              1-ZA894-3-0    12/31/04    Redacted1416    3

| Date | | | | | | | |
|---|---|---|---|---|---|---|---|
| 12/10 | 825,000 | | 42952 | U S TREASURY BILL DUE 02/03/2005 2/03/2005 | 99.684 | 822,393.00 | |
| 12/10 | 825,000 | | 47230 | U S TREASURY BILL DUE 2/10/2005 2/10/2005 | 99.640 | 822,030.00 | |
| 12/10 | 28,247 | | 51510 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 28,247.00 | |
| 12/13 | | | | 3M COMPANY DIV 11/19/04 12/12/04 | DIV | | 100.44 |
| 12/15 | | | | COCA COLA CO DIV 12/01/04 12/15/04 | DIV | | 224.75 |
| 12/16 | | | | HOME DEPOT INC DIV 12/02/04 12/16/04 | DIV | | 71.15 |
| 12/17 | | | | AMERICAN INTL GROUP INC DIV 12/03/04 12/17/04 | DIV | | 72.08 |
| 12/22 | | | | BANK OF AMERICA DIV 12/03/04 12/22/04 | DIV | | 683.55 |
| 12/31 | | 850,000 | 79433 | U S TREASURY BILL DUE 02/03/2005 2/03/2005 | 99.844 | | 848,674.00 |
| 12/31 | | 825,000 | 83660 | U S TREASURY BILL DUE 2/10/2005 2/10/2005 | 99.801 | | 823,358.25 |
| 12/31 | | | | FIDELITY SPARTAN U S TREASURY MONEY MARKET DIV 12/31/04 | DIV | | 31.45 |

CONTINUED ON PAGE    4

```
MELTON FAMILY LLC                                                          12/31/04       4

20 BALFOUR DRIVE
WEST HARTFORD       CT 06117                              1-ZA894-3-0      Redacted 1416
```

| Date | | | Description | | Price | Amount |
|---|---|---|---|---|---|---|
| 12/31 | | | TRANS TO 40 ACCT | | JRNL | 12,194.00 |
| 12/31 | 31,381 | 73 | FIDELITY SPARTAN | | 1 | 31,381.00 |
| 12/31 | 33,309 | 74519 | U S TREASURY MONEY MARKET FIDELITY SPARTAN | | 1 | 33,309.00 |
| 12/31 | 850,000 | 91126 | U S TREASURY MONEY MARKET U S TREASURY BILL DUE 04/07/2005 4/07/2005 | | 99.396 | 844,866.00 |
| 12/31 | 850,000 | 95557 | U S TREASURY BILL DUE 4/14/2005 4/14/2005 | | 99.336 | 844,356.00 |

```
                                NEW BALANCE                                               .39

                                SECURITY POSITIONS                         MKT PRICE
                    31,381      FIDELITY SPARTAN                               1
                                U S TREASURY MONEY MARKET
                   850,000      U S TREASURY BILL                           99.396
                                DUE 04/07/2005    4/07/2005
                   850,000      U S TREASURY BILL                           99.336
                                DUE 4/14/2005    4/14/2005

                                MARKET VALUE OF SECURITIES
                                        LONG              SHORT
                                   1,720,603.00
```

MDPTPP06588663

MDPTPP06588664

MELTON FAMILY LLC

20 BALFOUR DRIVE
WEST HARTFORD    CT 06117

1-ZA894-3-0    Redacted 1416    12/31/04    5

YEAR-TO-DATE SUMMARY

| | |
|---|---:|
| DIVIDENDS | 26,894.24 |
| GROSS PROCEEDS FROM SALES | 17,700,300.05 |