I have no attorney of record representing me.

I am the sole Beneficiary of the Melton Family LLC. Any other parties named as beneficiaries or members of the LLC have revoked their status in the LLC in the attached notarized statements.
Alan R Melton's wife and three children have opted out of their claims voluntarily so that Alan R Melton can represent the LLC pro se.

There are no creditors or the Melton Family LLC.

PLEASE TAKE FURTHER NOTICE that the Court has scheduled a telephonic
hearing on the Letter, which will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, on May 27, 2020 at 10:00 a.m. (the "Hearing")

PLEASE TAKE FURTHER NOTICE that the Plaintiff complied already with the Court's instructions regarding the teleconferencing.

PLEASE TAKE FURTHER NOTICE that the Defendant has submitted pdf's to me, and I presume the Court, on 5/20/2020.

Respectfully submitted,

*[signature]*

Alan R Melton MD
Dated May 21, 2020