**From:** Alan M alanrmelton@gmail.com
**Subject:** a
**Date:** May 13, 2020 at 12:10 PM
**To:** alan Melton alanrmelton@gmail.com
**Cc:** Alan Melton alanrmelton@gmail.com



I, Diane Melton, disclaim all interest as a Beneficiary, in the Melton Family LLC - 30-0111416

DIANE MELTON                                        May 14, 2020
_____            _____
Diane Melton (spelled out)                     Date Signed

_____
Diane Melton (signature)

                                                              5/14/2020
_____            _____
Notary                                                    Date

BAZELAIRE AUREDY
Notary Public, State of Florida
Commission# GG 979010
My comm. expires April 15, 2024

Stamp:

Page 1 of 1

STATE OF Florida
COUNTY OF Palm Beach

The foregoing instrument was acknowledged before me this 14 day of May, 2020, by Diane F Melton

_____   Bazelaire Auredy
Notary Public's Signature            Notary Name
Personally Known _____ OR
Type of Identification Produced Florida Drivers License

BAZELAIRE AUREDY
Notary Public, State of Florida
Commission# GG 979010
My comm. expires April 15, 2024

I, David Melton, disclaim all interest as a Beneficiary, in the Melton Family LLC 30-0111416

David F Melton                                         05/13/2020
―――――――――――――――――――――                                  ―――――――――――――――――――
David Melton (spelled out)                             Date Signed

*David F Melton*
―――――――――――――――――――――
David Melton (signature)


*Kimberly A Baker*                                     05/13/2020
―――――――――――――――――――――                                  ―――――――――――――――――――
Notary   Kimberly A Baker                              Date

Stamp:  

KIMBERLY A. BAKER
NOTARY PUBLIC
STATE OF TEXAS
ID NUMBER 126357146
COMMISSION EXPIRES
AUGUST 2, 2020

Notarized online using audio-video communication

I, Matthew Melton, disclaim all interest as a Beneficiary, in the Melton Family LLC - 30-0111416

Matthew Melton

*Matthew Melton*            May 15, 2020
_____     _____
                                                                                                    Date

See attached Acknowledgement
_____     _____
Notary                                                                                                         Date

Stamp:

# ALL-PURPOSE ACKNOWLEDGMENT

State/Commonwealth of __VIRGINIA__ )
)
☐ City ☑ County of __Chesapeake City__ )

On __05/15/2020__ before me, __Richard William Parker__,
     Date                                                         Notary Name

personally appeared __Mattehew Lawrence Melton__
                                                 Name(s) of Signer(s)

☐ personally known to me  -- OR --

☐ proved to me on the basis of the oath of _____ -- OR --
                                               Name of Credible Witness

☑ proved to me on the basis of satisfactory evidence: __driver_license__
                                                             Type of ID Presented

to be the individual(s) whose name(s) is (are) subscribed to the within instrument, and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies) and by proper authority, and that by his/her/their signature(s) on the instrument, the individual(s), or the person(s) or entity upon behalf of which the individual(s) acted, executed the instrument for the purposes and consideration therein stated.

WITNESS my hand and official seal.

Notary Public Signature: _Richard William Parker_

**Richard William Parker**
REGISTRATION NUMBER
7207725
COMMISSION EXPIRES
May 31, 2024

Notary Name: __Richard William Parker__
Notary Commission Number: __7207725__
Notary Commission Expires: __05/31/2024__
*Notarized online using audio-video communication*

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Release of Interest__
Document Date: __05/15/2020__       Number of Pages (w/ certificate): __2__
Signer(s) Other Than Named Above: __None__

**Capacity(ies) Claimed by Signer(s)**            **Capacity(ies) Claimed by Signer(s)**
Signer's Name: __Matthew Lawrence Melton__       Signer's Name: ____N/A____

☐ Corporate Officer  Title: _____            ☐ Corporate Officer  Title: _____
☐ Partner – ☐ Limited ☐ General                 ☐ Partner – ☐ Limited ☐ General
☑ Individual  ☐ Attorney in Fact                ☐ Individual  ☐ Attorney in Fact
☐ Trustee  ☐ Guardian of Conservator            ☐ Trustee  ☐ Guardian of Conservator
☐ Other: _____                        ☐ Other: _____
Signer Is Representing: __Self__                Signer Is Representing: _____

( 2 )

I, Randi M. Pinkowitz, disclaim all interest as a Beneficiary, in the Melton Family LLC 30-0111416

| Randi M. Pinkowitz | 05/16/2020 |
|---|---|
| Randi M. Pinkowitz (spelled out) | Date Signed |

*[signature]*

Randi M. Pinkowitz (signature)

*[signature]* Paula A. Piatek

Notary

05/16/2020

Date

Please see attached Notarize.com Certificate

Stamp:

# JURAT

State/Commonwealth of __FLORIDA__ )
☐ City ☑ County of __Lee__ )

On __05/16/2020__, before me, __Paula A Piatek__,
      Date                                               Notary Name

the foregoing instrument was subscribed and sworn (or affirmed) before me by:

__Randi Pinkowitz__
Name of Affiant(s)

☐ Personally known to me -- OR --

☐ Proved to me on the basis of the oath of _____ -- OR --
                                             Name of Credible Witness

☑ Proved to me on the basis of satisfactory evidence: __driver_license__
                                                                Type of ID Presented

WITNESS my hand and official seal.

Notary Public Signature: _[signature]_

PAULA A PIATEK
Notary Public - State of Florida
Commission # GG345479
Expires on June 16, 2023

Notary Name: __Paula A Piatek__
Notary Commission Number: __GG345479__
Notary Commission Expires: __06/16/2023__

*Notarized online using audio-video communication*

Electronic Notary Public

## DESCRIPTION OF ATTACHED DOCUMENT

Title or Type of Document: __Beneficiary Disclaimer__

Document Date: __5-16-2020__

Number of Pages (including notarial certificate): __2__