**UNITED STATES BANKRUPTCY COURT FOR**
**THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br>v.<br><br>Marlene Krauss,<br><br><br>        Defendant. | Adv. Pro No. 10-04489 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE**

  **THIS MATTER** having come before the Court on the request of Chaitman LLP, counsel for Defendant, Marlene Krauss ("Defendant") with respect to Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

  **IT IS HEREBY ORDERED THAT:**

  1.  Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and

{00044475 1 }

Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

2. The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety.

New York, New York
Dated:

                                                Hon.
                                                United States District Judge

{00044475 1 }