**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>        Plaintiff,<br>v.<br><br>Marlene Krauss,<br><br>        Defendant. | Adv. Pro No. 10-04489 (SMB) |

**DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF DEFENDANT'S MOTION TO WITHDRAW THE REFERENCE**

  HELEN DAVIS CHAITMAN hereby declares, under penalty of perjury pursuant to 28 U.S.C. § 1746, as follows:

{00044471 1}

1.  I am a member of the bars of New York and New Jersey, and of this Court. I am a member of Chaitman LLP, counsel for Defendant, Marlene Krauss ("Defendant").

2.  I submit this Declaration in support of Defendant's motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure.

3.  Attached hereto as **Exhibit A** is a true and accurate copy of the Complaint filed by the Trustee, dated November 30, 2010,

4.  Attached hereto as **Exhibit B** is a true and accurate copy of Defendant's Answer and Affirmative Defenses, dated August 13, 2015.

Dated: New York, New York
       May 22, 2020

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman

{00044471 1}                                    2