**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Jason I. Blanchard

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON MAY 27, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.  **08-01789; SIPC v. BLMIS**

    A.   Letter filed by Alan R. Melton (Filed: 9/13/2019) [ECF No. 19001]

    B.   Letter Dated 8/8/2019 Re: New Evidence Uncovered filed by Alan R. Melton (Filed: 9/16/2019) [ECF No. 19008]

**Objections Due:**   May 20, 2020

**Objections Filed:**

C.  Trustee's Opposition to the Letter of Dr. Alan Melton Requesting Relief from the Court filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/20/2020) [ECF No. 19532]

**Related Documents:**

D.  Declaration of Vineet Sehgal in Support of the Trustee's Opposition to the Letter of Dr. Alan Melton Requesting Relief from the Court filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/20/2020) [ECF No. 19533]

E.  Notice of Telephonic Hearing filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 5/8/2020) [ECF No. 19518]

F.  Declaration of Alan R. Melton in regards to Melton Family LLC filed by Alan R. Melton (Filed: 5/21/2020) [ECF No. 19536]

**Status:**   This matter is going forward.

Dated:  May 26, 2020
New York, New York

By:   */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Jason I. Blanchard
Email: jblanchard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*