UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| In re: | SIPA LIQUIDATION |
|---|---|
| BERNARD L. MADOFF INVESTMENTS SECURITIES, LLC | Case No. 08-01789 |

### AFFIDAVIT OF MAILING

| STATE OF TEXAS | ) | |
|---|---|---|
| | ) | ss: |
| COUNTY OF DALLAS | ) | |

Tassie Powers Barr, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On May 18, 2020, I caused to be served by email transmittal, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

    A. Notice of Transfer of Allowed Claim (Transfer Numbers T000760 – T000761)

Executed on May 26, 2020.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 26 day of May, 2020



THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

_____

(SEAL)                                    Notary Public

2

| TRANSFEROR | TRANSFEREE | NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE |
|---|---|---|---|---|---|---|---|---|
| X | | Redacted for confidentiality purposes | | | | | | |
| | X | BMIS Funding IDC, L.L.C. | c/o Farallon Capital Management, L.L.C. | One Maritime Plaza | Suite 2100 | San Francisco | CA | 94111 |