**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Case No. 1:20-cv-03684 (VEC) |
| Plaintiff, | |
| v. | |
| ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.), | |
| Defendant. | |

**NOTICE OF APPEARANCE**

PLEASE TAKE NOTICE that the following attorney appears as counsel on behalf Defendant-Appellee ABN AMRO Bank N.V., presently known as the Royal Bank of Scotland N.V. in the above captioned action:

>Michael S. Feldberg
>REICHMAN JORGENSEN LLP
>750 Third Avenue, Suite 2400
>New York, NY 10017
>Tel.: (212) 381-1965
>Email: mfeldberg@reichmanjorgensen.com

Dated: New York, New York      Respectfully Submitted,
       June 1, 2020

REICHMAN JORGENSEN LLP

By: /s/ Michael S. Feldberg

Michael S. Feldberg
*mfeldberg@reichmanjorgensen.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (212) 381-1965

*Attorneys for Appellee-Defendant ABN AMRO Bank N.V.*