**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                 Plaintiff-Applicant,<br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                 Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                 Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                 Appellant,<br>   v.<br><br>ABN AMRO BANK N.V. (presently known as THE ROYAL BANK OF SCOTLAND, N.V.),<br><br>                 Appellees. | Case No. 1:20-cv-03684 (VEC) |

**RULE 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Federal Rule of Civil Procedure 7.1, Appellee ABN AMRO Bank N.V. (now known as NatWest Markets N.V.), , by and through its undersigned counsel, hereby states that it is wholly owned by RBS Holdings N.V., which is wholly owned by NatWest Markets Plc, which is wholly owned by The Royal Bank of Scotland Group plc, which is publicly held. No publicly

held corporation owns 10% or more of the stock of The Royal Bank of Scotland Group plc.

Dated: New York, New York
      June 1, 2020

Respectfully Submitted,

REICHMAN JORGENSEN LLP

By: /s/ Michael S. Feldberg

Michael S. Feldberg
*mfeldberg@reichmanjorgensen.com*
750 Third Avenue
Suite 2400
New York, NY 10017
Tel.: (212) 381-1965

*Attorneys for Appellee-Defendant ABN AMRO Bank N.V. (now known as NatWest Markets N.V.)*