| | |
|---|---|
| **From:** | Alan M |
| **To:** | NYSBml_Bernstein"s_Chambers_Staff; Kyu Paek; Chantel Barrett |
| **Cc:** | Jorian L. Rose |
| **Subject:** | Alan R Melton et al |
| **Date:** | Wednesday, May 27, 2020 10:39:25 AM |

Judge Bernstein

Thank you for today.

The Trustee was objecting to me representing the Melton Family LLC.
I was representing Alan R Melton TIC, based on your decision with my mother's case, (transferor with positive or negative equity). The Alan Melton TIC was never represented by a lawyer, because
It was never acknowledged and subsequently, there was never a notification from the Trustee to
Alan Melton TIC .


Sincerely yours,

Alan Melton, MD