Ernest Edward Badway, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, New York 10178
Telephone: (212) 878-7986
Facsimile: (212) 692-0940 (fax)
E-mail: ebadway@foxrothschild.com

*Attorneys for Jonathan B. Greenberg, Schaum & Wiener Profit Sharing Plan & Trust FBO Martin Schaum; Wiener Family Holding Corporation; Wiener Family Limited Partnership; Carolyn B. Wiener; Charles E. Wiener; Carolyn B. Wiener; Charles E. Wiener; Iris Schaum; Marvin M. Wiener; Martin Schaum; Sondra M. Wiener; and Iris Schaum*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------x

| | |
|---|---|
| In re: : | |
| : | Chapter 11 |
| Securities Investor Protection Corporation, : | |
| : | Case No. 08-01789-smb |
| v. : | |
| : | |
| Bernard L. Madoff Investment Securities, LLC. et al., : | |
| : | |
| : | |
| Debtors. : | |

-----------------------------------------------------------x

## WITHDRAWAL OF APPEARANCE AND DEMAND FOR SERVICE OF PAPERS

**PLEASE TAKE NOTICE** that pursuant to Federal Rule of Bankruptcy Procedure 9010(b), Fox Rothschild LLP, as counsel to defendants Jonathan B. Greenberg, Schaum & Wiener Profit Sharing Plan & Trust FBO Martin Schaum; Wiener Family Holding Corporation; Wiener Family Limited Partnership; Carolyn B. Wiener; Charles E. Wiener; Carolyn B. Wiener; Charles E. Wiener; Iris Schaum; Marvin M. Wiener; Martin Schaum; Sondra M. Wiener; and Iris Schaum (collectively, the "Defendants"), creditors and parties in interest in the bankruptcy case of Bernard L. Madoff Investment Securities, LLC. et al., the above-captioned debtors, hereby withdraws its appearance on behalf of the Defendants, and further

111016268

requests that it be removed from the electronic and paper noticing and service for the above-captioned case effective immediately.

| | |
|---|---|
| Dated: New York, New York<br>June 3, 2020 | FOX ROTHSCHILD LLP<br>*Attorneys for Jonathan B. Greenberg, Schaum & Wiener Profit Sharing Plan & Trust FBO Martin Schaum; Wiener Family Holding Corporation; Wiener Family Limited Partnership; Carolyn B. Wiener; Charles E. Wiener; Carolyn B. Wiener; Charles E. Wiener; Iris Schaum; Marvin M. Wiener; Martin Schaum; Sondra M. Wiener; and Iris Schaum*<br><br>By: */s/ Ernest Edward Badway*<br>Ernest Edward Badway<br>101 Park Avenue, 17th Floor<br>New York, New York 10178<br>Telephone: (212) 878-7986<br>Facsimile: (212) 692-0940 (fax)<br>E-mail: ebadway@foxrothschild.com |

2