UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation
of Bernard L. Madoff Investment Securities LLC,
and Bernard L. Madoff,

                                      Plaintiff,

-against-

MARLENE KRAUSS.,

                                      Defendant.
------------------------------------------------------------X

20 Civ. 4086 (LGS)

ORDER

LORNA G. SCHOFIELD, District Judge:

WHEREAS, on May 28, 2020, Defendant filed a motion to withdraw the bankruptcy reference (Dkt. No. 1);

WHEREAS, on June 2, 2020, Plaintiff was directed to file any response by June 23, 2020 (Dkt. No. 3);

WHEREAS, on June 4, 2020, Plaintiff filed a letter consenting to the withdrawal of the reference (Dkt. No. 4). The letter also sought permission to file a motion for summary judgment. Defendant responded to Plaintiff' letter on June 4, 2020 (Dkt. No. 5). It is hereby

**ORDERED** that the motion to withdraw the bankruptcy reference at Dkt. No. 1 is GRANTED for substantially the reasons identified in the motion. The above-captioned adversary proceeding is withdrawn from the Bankruptcy Court in its entirety and shall be immediately transferred to this Court pursuant to 28 U.S.C. § 157(d) and Rule 5011(a) of the Federal Rules of Bankruptcy Procedure. It is further

**ORDERED** that the order at Dkt. No. 3 is VACATED. It is further

**ORDERED** that the parties shall brief Plaintiff's proposed motion for summary judgment in accordance with the following schedule:

- By **July 3, 2020**, Plaintiff shall file the motion for summary judgment;

- By **July 31, 2020**, Defendant shall file her opposition; and

- By **August 7, 2020**, Plaintiff shall file the reply.

The parties shall comply with this Court's Individual Rules, including those with respect to page and exhibit limits, in filing their motion papers.

The Clerk of Court is respectfully requested to close the motions at Dkt. Nos. 1 and 4.

Dated: June 5, 2020
New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE