**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Estate of Barbara Berdon, through its Executrixes Allison Berwitz and Sharon Kristol, on behalf of Barbara Berdon, who filed an objection (the "Objection", Docket No. 2379) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#010279), hereby gives notice that it withdraws such Objection.

Dated: June 8, 2020

By: */s/ Arthur H. Ruegger*
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY  10020
Telephone: 212.768.6881
Facsimile: 212.768.6800
Arthur H. Ruegger
Email: Arthur.Ruegger@dentons.com