USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- X
IRVING H. PICARD, Trustee for the
Liquidation of Bernard L. Madoff Investment
Securities LLC, and Bernard L. Madoff,

                              Plaintiff,

-v-

MURIEL EPSTEIN, as beneficiary of the Estate
of Seymour Epstein and/or Trusts created by
Last Will and Testament of Seymour Epstein, as
Executor of the Estate and/or Trustee of the
Trusts Created, HERBERT C. KANTOR, as
trustee of Trusts created by the Last Will and
Testament of Seymour Epstein, RANDY
EPSTEIN AUSTIN, as beneficiary of the Estate
of Seymour Epstein and/or the Trusts Created
by the last Will and Testament of Seymour
Epstein, ROBERT EPSTEIN, as beneficiary of
the Estate of Seymour Epstein and/or Trusts
created by the Last Will and Testament of
Seymour Epstein, JANE EPSTEIN, as
beneficiary of the Estate of Seymour Epstein
and/or the Trusts created by the Last Will and
Testament of Seymour Epstein, SUSAN
EPSTEIN GROSS, as beneficiary of the Estate
of Seymour Epstein and/or the Trusts created by
the Last Will and Testament of Seymour Epstein,
and SHELBURNE SHIRT COMPANY, INC.
                              Defendants.

------------------------------------------------------------- X

1:20-cv-01377-GHW

<u>ORDER</u>

GREGORY H. WOODS, United States District Judge:

      On February 18, 2020, Defendants submitted a motion to withdraw the bankruptcy reference. Dkt No. 1. The Court understands that Plaintiff intends to move for summary judgment on at least some claims in the underlying action. The Court thus declines to withdraw the bankruptcy reference and will instead refer the proposed motion for summary judgment for

proposed findings of fact and conclusions of law.

    SO ORDERED.

Dated: June 8, 2020

                                                        _____
                                                          GREGORY H. WOODS
                                                      United States District Judge