# EXHIBIT A

Page 1

```
 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   Case No. 08-99000-smb

 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 5   In the Matter of:

 6   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

 7            Debtor.

 8   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 9   Adv. Case No. 08-01789-smb

10   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

11   SECURITIES INVESTOR PROTECTION CORPORATION,

12                 Plaintiff,

13            v.

14   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

15                 Defendant.

16   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

17   Adv. Case No. 10-04889-smb

18   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

19   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF THE BERNARD

20   L. MADOFF TRUST,

21                 Plaintiff,

22            v.

23   THE ESTATE OF ROBERT SHERVYR,

24                 Defendant.

25   - - - - - - - - - - - - - - - - - - - - - - - - - - - x
```

Page 2

1          United States Bankruptcy Court

2          One Bowling Green

3          New York, NY  10004

4

5          March 17, 2020

6          10:04 AM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   B E F O R E :

22   HON STUART M. BERNSTEIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO: SHEA

Page 3

1    HEARING re 08-01789-smb Conference on Letter of Baker &

2    Hostetler dated March 5, 2020 re Mediation

3

4    HEARING re 10-04889-smb Status Conference

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

Page 4

1    A P P E A R A N C E S :

2

3    CHAITMAN LLP

4          Attorneys for the Shervy Defendants

5          465 Park Avenue

6          New York, NY 10022

7

8    BY:   HELEN CHAITMAN (TELEPHONICALLY)

9

10   BAKER HOSTETLER LLP

11         Attorneys for the Trustee

12         45 Rockefeller Plaza

13         New York, NY 10111

14

15   BY:   NICHOLAS J. CREMONA

16

17   ALSO PRESENT TELEPHONICALLY:

18

19   KEVIN H. BELL

20   DAVID J. SHEEHAN

21   JENNIFER ALLIM

22

23

24

25

1          THE COURT:  Let me tell you what my thought is.  I

2     don't have a problem with trying this one mediation that

3     gets scheduled.  Is the mediator going forward in light of,

4     you know, the coronavirus?

5          MR. CREMONA:  At the moment we have a mediation

6     scheduled for a half day on April 24th at 9 a.m.  That's

7     part of the difficulty that we were having with JAMS.  And,

8     you know, I have not met Mr. Hurkin-Torres, who Ms. Chaitman

9     is recommending, and who we've agreed to.  And I assume he

10    has -- he's more than capable, he just does not have that

11    much availability, which, hence, is why we are out to April

12    24.

13         THE COURT:  Things are going to slow down.

14         MR. CREMONA:  I understand completely, Your Honor.

15    And everything is fluid.  So as of now, that is scheduled to

16    go forward.  That's all I can say.

17         THE COURT:  Okay.  Here's what I thought we should

18    do, and you can respond.  Go forward with the one mediation.

19    Given the history of the parties or the counsel, if it

20    doesn't -- if mediation doesn't work, I don't see the

21    purpose to putting everybody through the time and effort of

22    mediation in the 59 other cases.

23         And what I would do -- this is something -- what

24    I've been thinking about doing, and this is something that

25    we talked about two or three years ago, is having a

Page 10

1    consolidated trial on certain issues that seem to affect

2    every single case.  For example, whether the accounts from

3    which the transfers were made were held or owned by BLMIS or

4    Madoff personally.  I don't see the reason to try that case

5    -- that issue 60 times, if it can be avoided.  This issue of

6    whether or not it was a Ponzi Scheme, and if so, when it

7    began.  Whether there are other badges of fraud.  I don't

8    know if -- I think that could be done on an omnibus basis,

9    not on a case-by-case basis.  And this issue of allocation,

10   when BLMIS was buying T-bills and equity securities through

11   the proprietary trading market, whether it was allocating

12   those trades to customers.  It just seems to me that we

13   could try those issues in a consolidated trial.  And, you

14   know, then we can have individualized trials on the deposits

15   and withdrawals, once those are resolved, assuming they're

16   resolved in favor of the Trustee.

17          So what I'm suggesting then, for today, go forward

18   with your arbitration, we'll -- I'm sorry, mediation.  We'll

19   -- I'll schedule another conference for about two months

20   out, which is May already, we'll do it telephonically.

21          By the way, Mr. Cremona, I'm going to do these --

22   all these conferences telephonically now, we're going to

23   just telework.

24          MR. CREMONA:  I understand from the Clerk.

25          THE COURT:  And if it works, fine.  Then we'll

1              All right.  Thank you very much.  I think that

2       takes care of your one matter.  Right, Ms. Chaitman?

3              MR. CREMONA:  Actually, Your Honor --

4              MS. CHAITMAN:  No, there's --

5              THE COURT:  Oh, there's another one?

6              MR. CREMONA:  Yeah, the other matter is a request

7       by the Trustee for a 7056 Conference, which we would now

8       like to convert, but I'm happy to discuss that.  That's in

9       the Savin case, which is Adversary Proceeding Number 10-

10      4889.

11             THE COURT:  You know my view on these summary

12      judgment --

13             MR. CREMONA:  I completely --

14             THE COURT:  -- motions, particularly on the issues

15      I've identified, I have to try it.

16             MR. CREMONA:  I understand.  And that's -- what I

17      -- so, Your Honor, when I filed this letter, it was February

18      10, it was in response to a motion to withdraw the reference

19      that Ms. Chaitman filed in the Savin matter, which is now

20      pending before Judge Swain.  And the Trustee had since filed

21      his opposition to that motion.

22             THE COURT:  Oh, all right.

23             MR. CREMONA:  So at that point in time, we had

24      requested a 7056 Conference, but we've gotten subsequent

25      guidance from Your Honor, and subsequent guidance from Judge

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4     transcript is a true and accurate record of the proceedings.

5

6

7

8     Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20     Veritext Legal Solutions

21     330 Old Country Road

22     Suite 300

23     Mineola, NY 11501

24

25     Date:  March 18, 2020