**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>          Plaintiff,<br><br>v.<br><br>ESTATE OF BARBARA BERDON; SHARON KRISTOL, in her capacity as executor of the Estate of Barbara Berdon; and ALLISON BERWITZ, in her capacity as executor of the Estate of Barbara Berdon, | Adv. Pro. No. 10-04415 (SMB) |

|              |
|--------------|
| Defendants.  |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and the Estate of Barbara Berdon, Sharon Kristol, in her capacity as executor of the Estate of Barbara Berdon, and Allison Berwitz, in her capacity as executor of the Estate of Barbara Berdon ("Defendants"), by and through their counsel, Arthur Ruegger and Carole Neville, Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Barbara J. Berdon.

2. On August 17, 2015, Defendant Barbara J. Berdon filed and served her Answer to the Complaint.

3. On June 11, 2016, Barbara J. Berdon died.

4. On December 16, 2016, a Stipulation and Order for Substitution of Defendant was filed, substituting the Estate of Barbara Berdon, Sharon Kristol, in her capacity as executor of the Estate of Barbara Berdon, and Allison Berwitz, in her capacity as executor of the Estate of Barbara Berdon for the decedent, Barbara J. Berdon.

5. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on June 8, 2020.

6. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismiss the Trustee's claims against Defendants in the above-captioned adversary proceeding and to dismiss the adversary proceeding without prejudice, subject to the right of the Trustee to move *ex parte* to re-open this adversary proceeding in the event of an uncured default under the terms of the Settlement Agreement.

7. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

8. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

9. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

*[Remainder of page intentionally left blank.]*

Date: June 12, 2020
New York, New York

| | |
|---|---|
| **BAKER & HOSTETLER LLP** | **DENTONS US LLP** |
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Arthur Ruegger* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americans |
| New York, New York 10111 | New York, NY 10020 |
| Telephone: (212) 589-4200 | Telephone: (212) 421-4100 |
| Facsimile: (212) 589-4201 | Arthur Ruegger |
| David J. Sheehan | Email: Arthur.Ruegger@dentons.com |
| Email: dsheehan@bakerlaw.com | Carole Neville |
| Nicholas J. Cremona | Email: Carole.Neville@dentons.com |
| Email: ncremona@bakerlaw.com | |
| | *Attorneys for Defendants* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | |

Of Counsel:
**BAKER & HOSTETLER LLP**
811 Main Street, Suite 1100
Houston, Texas 77002-6111
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com
Farrell A. Hochmuth
Email: fhochmuth@bakerlaw.com

                                                            SO ORDERED:

Dated: June 12, 2020                  **/s/ STUART M. BERNSTEIN**
New York, New York                Hon. Stuart M. Bernstein
                                                     United States Bankruptcy Judge