**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendant*

**UNITED STATES BANKRUPTCY COURT FOR
THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                                    Plaintiff-Applicant,<br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br>SIPA LIQUIDATION<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br><br>                                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC<br><br>                                    Plaintiff,<br>                    v.<br><br>  ANDREW M. GOODMAN,<br><br><br>                                    Defendant. | Adv. Pro No. 10-04709 (SMB) |

## NOTICE OF MOTION TO WITHDRAW THE REFERENCE

**TO THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

      **PLEASE TAKE NOTICE** that Defendant, Andrew M. Goodman ("Defendant")

respectfully moves the United States District Court for the Southern District of New York at the

United States Courthouse, 500 Pearl Street, New York, NY 10007, on a date to be determined by

the Court, pursuant to 28 U.S.C. § 157(d), Rule 5011 of the Federal Rules of Bankruptcy

Procedure, and Rule 5011-1 of the Local Rules for the Southern District of New York, for an Order

withdrawing the reference of the above-captioned adversary proceeding from the United States

Bankruptcy Court for the Southern District of New York for the reasons set forth in the

accompanying Memorandum of Law.

WHEREFORE, Defendant respectfully requests that the Court enter an Order granting the

relief requested herein, and such other and further relief as the Court deems just and proper.

Dated:   New York, New York
         June 15, 2020

**CHAITMAN LLP**

By:   */s/ Helen Davis Chaitman*
      Helen Davis Chaitman
      465 Park Avenue
      New York, New York 10022
      Phone & Fax: 888-759-1114
      hchaitman@chaitmanllp.com

      *Attorneys for Defendant*

{00044609 1 }