# EXHIBIT B

Bam LP
Alternative Investment Calculations
1999-2008

Statutory Interest Rate - 9% Annual Compounding

| Date | Contribution | Distribution | Return | Balance | 4/24/2000 | 10/1/2000 | 10/11/2000 | 11/6/2000 | 12/18/2000 | 1/15/2001 | 12/20/2001 | 4/22/2002 | 6/24/2002 | 12/11/2002 | 4/15/2003 | 1/5/2004 | 3/1/2005 | 4/7/2005 | 12/7/2005 | 1/4/2006 | 4/16/2007 | 7/24/2007 | 10/23/2007 | 1/22/2008 | 4/22/2008 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3/26/1999 | 495,000 | | | 495,000 | | | | | | | | | | | | | | | | | | | | | |
| 3/26/1999 | 495,000 | | - | 990,000 | | | | | | | | | | | | | | | | | | | | | |
| 3/26/1999 | 10,000 | | - | 1,000,000 | 97,794 | | | | | | | | | | | | | | | | | | | | |
| 4/25/2000 | | 52,000 | 97,794 | 1,045,794 | | 41,001 | | | | | | | | | | | | | | | | | | | |
| 10/2/2000 | 200,000 | | 41,001 | 1,286,795 | | | | | | | | | | | | | | | | | | | | | |
| 10/3/2000 | 200,000 | | - | 1,486,795 | | | 2,933 | | | | | | | | | | | | | | | | | | |
| 10/12/2000 | | 43,000 | 2,933 | 1,446,728 | | | | 8,918 | | | | | | | | | | | | | | | | | |
| 11/7/2000 | | 750,000 | 8,918 | 705,646 | | | | | 7,134 | | | | | | | | | | | | | | | | |
| 12/19/2000 | 752,809 | | 7,134 | 1,465,589 | | | | | | | | | | | | | | | | | | | | | |
| 12/20/2000 | 2,076 | | - | 1,467,665 | | | | | | 9,409 | | | | | | | | | | | | | | | |
| 1/16/2001 | 122 | | 9,409 | 1,477,196 | | | | | | | 123,113 | | | | | | | | | | | | | | |
| 12/21/2001 | 60,000 | | 123,113 | 1,660,309 | | | | | | | | | | | | | | | | | | | | | |
| 12/21/2001 | 60,000 | | - | 1,720,309 | | | | | | | | | | | | | | | | | | | | | |
| 12/21/2001 | 10,000 | | - | 1,730,309 | | | | | | | | | | | | | | | | | | | | | |
| 12/21/2001 | 10,000 | | - | 1,740,309 | | | | | | | | | | | | | | | | | | | | | |
| 12/21/2001 | 10,000 | | - | 1,750,309 | | | | | | | | | | | | | | | | | | | | | |
| 12/21/2001 | 10,000 | | - | 1,760,309 | | | | | | | | 52,954 | | | | | | | | | | | | | |
| 4/23/2002 | | 70,000 | 52,954 | 1,743,263 | | | | | | | | | 26,650 | | | | | | | | | | | | |
| 6/25/2002 | | 15,000 | 26,650 | 1,754,913 | | | | | | | | | | | 73,129 | | | | | | | | | | |
| 12/12/2002 | 60,000 | | 73,129 | 1,888,043 | | | | | | | | | | | | | | | | | | | | | |
| 12/12/2002 | 10,000 | | - | 1,898,043 | | | | | | | | | | | | | | | | | | | | | |
| 12/12/2002 | 10,000 | | - | 1,908,043 | | | | | | | | | | | | | | | | | | | | | |
| 12/12/2002 | 10,000 | | - | 1,918,043 | | | | | | | | | | | | | | | | | | | | | |
| 12/12/2002 | 10,000 | | - | 1,928,043 | | | | | | | | | | | | 58,951 | | | | | | | | | |
| 4/16/2003 | | 70,000 | 58,951 | 1,916,993 | | | | | | | | | | | | | 124,788 | | | | | | | | |
| 1/6/2004 | | 100,000 | 124,788 | 1,941,782 | | | | | | | | | | | | | | 203,464 | | | | | | | |
| 3/2/2005 | | 275,000 | 203,464 | 1,870,246 | | | | | | | | | | | | | | | 16,602 | | | | | | |
| 4/8/2005 | | 153,000 | 16,602 | 1,733,847 | | | | | | | | | | | | | | | | 103,888 | | | | | |
| 12/8/2005 | | 1,400,000 | 103,888 | 437,736 | | | | | | | | | | | | | | | | | 2,914 | | | | |
| 1/5/2006 | | 60,000 | 2,914 | 380,650 | | | | | | | | | | | | | | | | | | 44,591 | | | |
| 4/17/2007 | | 88,000 | 44,591 | 337,241 | | | | | | | | | | | | | | | | | | | 8,149 | | |
| 7/25/2007 | | 300,000 | 8,149 | 45,391 | | | | | | | | | | | | | | | | | | | | 1,007 | | |
| 10/24/2007 | | 50,000 | 1,007 | (3,602) | | | | | | | | | | | | | | | | | | | | | (80) | |
| 1/23/2008 | | 15,000 | (80) | (18,682) | | | | | | | | | | | | | | | | | | | | | | (415) |
| 4/23/2008 | | 110,000 | (415) | (129,097) | | | | | | | | | | | | | | | | | | | | | | |
| | 2,415,007 | 3,551,000 | 1,006,897 | (129,097) | | | | | | | | | | | | | | | | | | | | | | |

Michael Mann
Alternative Investment Calculations
1995-2007

Interest Computation

| Date (1) | Contribution | Distribution | Return | Balance | 12/15/1995 | 12/14/1996 | 12/14/1997 | 12/14/1998 | 12/17/1999 | 5/10/2000 | 11/16/2000 | 12/17/2000 | 12/14/2001 | 12/30/2002 | 4/14/2003 | 2/14/2004 | 12/14/2004 | 12/14/2005 | 3/19/2006 | 1/4/2007 | 3/14/2007 | 10/14/2007 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 12/15/1995 | 1,500,000 | | | 1,500,000 | 135,000 | | | | | | | | | | | | | | | | | |
| 12/15/1996 | 1,000,000 | | 135,000 | 2,635,000 | | 236,500 | | | | | | | | | | | | | | | | |
| 12/15/1997 | 1,500,000 | | 236,500 | 4,371,500 | | | 392,357 | | | | | | | | | | | | | | | |
| 12/15/1998 | 250,000 | | 392,357 | 5,013,857 | | | | 453,942 | | | | | | | | | | | | | | |
| 12/18/1999 | 1,000,000 | | 453,942 | 6,467,800 | | | | | 229,651 | | | | | | | | | | | | | |
| 5/11/2000 | 2,000,000 | | 229,651 | 8,697,451 | | | | | | 405,325 | | | | | | | | | | | | |
| 11/17/2000 | | 7,500,000 | 405,325 | 1,602,776 | | | | | | | | | 11,856 | | | | | | | | | |
| 12/18/2000 | 6,000,000 | | 11,856 | 7,614,632 | | | | | | | | | | 677,807 | | | | | | | | |
| 12/15/2001 | 100,000 | | 677,807 | 8,392,439 | | | | | | | | | | | 789,154 | | | | | | | |
| 12/31/2002 | | | 789,154 | 9,181,592 | | | | | | | | | | | | 235,451 | | | | | | |
| 4/15/2003 | | 400,000 | 235,451 | 9,017,044 | | | | | | | | | | | | | 678,131 | | | | | |
| 2/15/2004 | | 4,000,000 | 678,131 | 5,695,175 | | | | | | | | | | | | | | 425,500 | | | | |
| 12/15/2004 | | 2,000,000 | 425,500 | 4,120,674 | | | | | | | | | | | | | | | 369,845 | | | |
| 12/15/2005 | | 4,000,000 | 369,845 | 490,519 | | | | | | | | | | | | | | | | 11,369 | | |
| 3/20/2006 | | 500,000 | 11,369 | 1,888 | | | | | | | | | | | | | | | | | 135 | |
| 1/5/2007 | 1,500,000 | | 135 | 1,502,023 | | | | | | | | | | | | | | | | | | 25,185 | |
| 3/15/2007 | | 250,000 | 25,185 | 1,277,208 | | | | | | | | | | | | | | | | | | | 67,080 |
| 10/15/2007 | | 2,000,000 | 67,080 | (655,712) | | | | | | | | | | | | | | | | | | | |
| | 14,850,000 | 20,650,000 | 5,144,288 | (655,712) | | | | | | | | | | | | | | | | | | | |

**Notes:**
(1) Assumes 15th of month where only month/year provided