**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff-Applicant,<br><br>                        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>            Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>            Plaintiff,<br><br>                        v.<br><br>UBS AG, *et al.,*<br><br>            Defendants. | Adv. Pro. No. 10-04285 (SMB) |

**NOTICE OF ADJOURNMENT OF HEARING ON TRUSTEE'S MOTION FOR LEAVE TO FILE SECOND AMENDED COMPLAINT AND LUXALPHA SICAV'S <u>CROSS-MOTION FOR CLAIM DETERMINATION AND ALLOWANCE</u>**

**PLEASE TAKE NOTICE** that the hearing on the Trustee's Motion for Leave to File a Second Amended Complaint (ECF No. 247) and Luxalpha Sicav's Cross-Motion for Claim Determination and Allowance (ECF No. 251) scheduled for June 24, 2020 has been adjourned *sine die* pending the issuance of orders from the United States Court of Appeals for the Second Circuit in the appeals of *Picard v. Citibank, N.A.*, Case No. 20-1333 and *Picard v. Legacy*

*Capital Ltd.*, Case No. 20-1334.  The parties will provide notice to the Court upon the issuance of orders from the Second Circuit.

Dated: June 22, 2020
      New York, New York

By: */s/ Oren J. Warshavsky*

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

By: */s/ Brett S. Moore*

**PORZIO BRONBERG & NEWMAN P.C.**
156 West 56th Street, Suite 803
New York, New York 10019-3800
Telephone: 212.265.6888
Facsimile: 212.957.3983
Brett S. Moore
Email: bsmoore@pbnlaw.com

*Attorneys for Defendants Luxalpha Sicav as represented by its Liquidators Maître Alain Rukavina and Paul Laplume, Maître Alain Rukavina and Paul Laplume, in their capacities as liquidators and representatives of Luxalpha Sicav*