**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Debtor. | |
| This document is submitted in the following Adversary Proceedings: | |
| 09-01364   11-02784   12-01005 | |

**MOTION FOR ADMISSION TO PRACTICE,** *PRO HAC VICE*

I, Nowell D. Bamberger, request admission, *pro hac vice*, before the Honorable

Stuart M. Bernstein, to represent HSBC Bank plc, HSBC Holdings plc, HSBC Securities

Services (Luxembourg) S.A. (also sued as HSBC Fund Services (Luxembourg) S.A.), HSBC

Securities Services (Ireland) Designated Activity Company (sued as HSBC Securities Services

(Ireland) Limited), HSBC Securities Services (Bermuda) Limited, HSBC France, Dublin Branch

(sued as HSBC Institutional Trust Services (Ireland) Limited, which changed its name to HSBC

Institutional Trust Services (Ireland) Designated Activity Company and subsequently merged

with HSBC France), HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank USA,

N.A., HSBC Cayman Services Limited (sued as HSBC Bank (Cayman) Limited), HSBC Private

Banking Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., and HSBC Bank Bermuda

Limited in Adv. Pro. No. 09-01364, Somers Dublin Designated Activity Company (f/k/a Somers

Dublin Limited), Somers Dublin Limited, and Somers Nominees (Far East) Limited in Adv. Pro.

No. 11-02784, and SICO Limited in Adv. Pro. No. 12-01005 (collectively, the "HSBC

Defendants").

I certify that I am a member in good standing of the bars of the State of Maryland

and the District of Columbia and a solicitor admitted to practice in England and Wales.

I have submitted the filing fee of $200.00 with this motion for *pro hac vice*

admission.

Dated: June 22, 2020

/s/ Nowell D. Bamberger
Nowell D. Bamberger
Cleary Gottlieb Steen & Hamilton LLP
2112 Pennsylvania Ave. NW
Washington, DC 20037
Tel. (202) 974-1500
Fax (202) 974-1999
nbamberger@cgsh.com

## CERTIFICATE OF SERVICE

I, Brendan Cyr, Managing Attorney for the New York office of Cleary Gottlieb Steen & Hamilton LLP, hereby certify that on June 22, 2020, I caused to be served a copy of the foregoing Motion for Admission to Practice, *Pro Hac Vice* with proposed form of order through the Court's electronic case filing system.

*/s/Brendan Cyr*
Brendan Cyr
Cleary Gottlieb Steen & Hamilton LLP
One Liberty Plaza
New York, New York  10006
(212) 225-2000
bcyr@cgsh.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant, | No. 08-01789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Debtor. | |
| This document is submitted in the following Adversary Proceedings: <br><br> 09-01364   11-02784   12-01005 | |

## ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

Upon the motion of Nowell D. Bamberger to be admitted, *pro hac vice*, to

represent HSBC Bank plc, HSBC Holdings plc, HSBC Securities Services (Luxembourg) S.A.

(also sued as HSBC Fund Services (Luxembourg) S.A.), HSBC Securities Services (Ireland)

Designated Activity Company (sued as HSBC Securities Services (Ireland) Limited), HSBC

Securities Services (Bermuda) Limited, HSBC France, Dublin Branch (sued as HSBC

Institutional Trust Services (Ireland) Limited, which changed its name to HSBC Institutional

Trust Services (Ireland) Designated Activity Company and subsequently merged with HSBC

France), HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank USA, N.A., HSBC

Cayman Services Limited (sued as HSBC Bank (Cayman) Limited), HSBC Private Banking

Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., and HSBC Bank Bermuda Limited in

Adv. Pro. No. 09-01364, Somers Dublin Designated Activity Company (f/k/a Somers Dublin

Limited), Somers Dublin Limited, and Somers Nominees (Far East) Limited in Adv. Pro. No.

11-02784, and SICO Limited in Adv. Pro. No. 12-01005 (collectively, the "HSBC Defendants"),

and upon the movant's certification that the movant is a member in good standing of the bars of

the State of Maryland and the District of Columbia, it is hereby **ORDERED** that:

Nowell D. Bamberger is admitted to practice, *pro hac vice*, in the above-

referenced adversary proceeding to represent the HSBC Defendants in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.


Dated:  June 22, 2020
        New York, New York

_____
THE HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE