**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Michelle R. Usitalo

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br>BERNARD L. MADOFF,<br><br>Debtor. | No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JUNE 24, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.  **09-01364; Picard v. HSBC Bank PLC, et al.**

    A.  Motion for the Issuance of Letter of Request (Brian Pettit) filed by Oren Warshavsky on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 5/24/2019) [ECF No. 526]

        <u>Objections Due:</u>    June 4, 2019

Objections Filed:

B.   Memorandum of Law in Opposition to Trustee's Motion for a Letter of Request, dated June 3, 2019, filed by Thomas J. Moloney on behalf of HSBC Bank PLC, Brian Pettitt. (Filed: 6/3/2019) [ECF No. 529]

Replies Due:   February 11, 2020

Replies Filed:

C.   Trustee's Reply in Further Support of His Motion for the Issuance of Letter of Request filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 2/11/2020) [ECF No. 598]

Sur-Replies Due:   February 25, 2020

Sur-Replies Filed:

D.   Objectors' Supplemental Memorandum of Law in Further Opposition to Trustee's Motion for a Letter of Request filed by Thomas J. Moloney on behalf of HSBC Bank PLC, Brian Pettitt (Filed: 2/25/2020) [ECF No. 618]

E.   Declaration of David Z. Schwartz in Support of the Objectors' Supplemental Memorandum of Law in Further Support of Their Opposition to Trustee's Motion for a Letter of Request filed by David Z Schwartz on behalf of HSBC Bank PLC, Brian Pettitt (Filed: 2/25/2020) [ECF No. 619]

Related Documents:

F.   Notice of Presentment of Motion for an Order Issuing a Request of International Judicial Assistance to the Appropriate Judicial Authority in the United Kingdom filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 5/24/2019) [ECF No. 526-2]

G.   Order for Briefing Schedule on Trustee's Motions for the Issuance of Letters of Request for Brian Pettit and Saverio Fiorino (Filed 2/6/2020) [ECF No. 593]

Status: This matter is going forward.

2.   **09-01364; Picard v. HSBC Bank PLC, et al.**

A.   Motion for the Issuance of Letter of Request (Saverio Fiorino) filed by Oren Warshavsky on behalf of Irving H. Picard, Esq., Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff (Filed: 1/21/2020) [ECF No. 579]

Objections Due: February 11, 2020

Objections Filed:

B.     Memorandum of Law in Opposition to Trustee's Motion for a Letter of Request, dated February 11, 2020 filed by Thomas J. Moloney on behalf of Saverio Fiorino, HSBC Bank PLC, HSBC Securities Services (Luxembourg) S.A. (Filed: 2/11/2020) [ECF No. 601]

C.     Declaration of Joseph M. Kay in Support of HSBC Bank plc, HSBC Securities Services (Luxembourg) S.A., and Saverio Fiorino's Opposition to Trustee's Motion for a Letter of Request filed by Thomas J. Moloney on behalf of Saverio Fiorino, HSBC Bank PLC, HSBC Securities Services (Luxembourg) S.A. (Filed: 2/11/2020) [ECF No. 600]

Replies Due: February 25, 2020

Replies Filed:

D.     Trustee's Reply in Further Support of His Motion for the Issuance of Letter of Request for Saverio Fiorino filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 2/25/2020) [ECF No. 620]

E.     Declaration of Oren J. Warshavsky in Further Support of the Trustee's Motion for the Issuance of Letter of Request for Saverio Fiorino filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 2/25/2020) [ECF No. 621]

Related Documents:

F.     Notice of Motion for the Issuance of Letter of Request for the Examination of Saverio Fiorino filed by Oren Warshavsky on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed 1/21/2020) [ECF No. 579-1]

G.     Order for Briefing Schedule on Trustee's Motions for the Issuance of Letters of Request for Brian Pettit and Saverio Fiorino (Filed 2/6/2020) [ECF No. 593]

<u>Status</u>: This matter is going forward.

Dated:  June 23, 2020
       New York, New York

Respectfully submitted,

<u>*/s/ Oren J. Warshavsky*</u>
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Oren J. Warshavsky
Email: owarshavsky@bakerlaw.com
Michelle R. Usitalo
Email: musitalo@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*