**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br><br>SIPA LIQUIDATION<br><br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>               Plaintiff,<br><br>v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>               Defendants. | Adv. Pro. No. 10-04390 (SMB) |

## DEFENDANTS' REPLY TO TRUSTEE'S RESPONSES AND OBJECTIONS TO DEFENDANTS' [PRELIMINARY DRAFT PROPOSED] TRIAL EXHIBIT LIST

Michael and Meryl Mann and BAM L.P. (collectively, the "Defendants") hereby respond to the Responses and Objections to Defendants BAM L.P., Michael Mann, and Meryl Mann's [Preliminary Draft Proposed] Trial Exhibit List, filed on June 15, 2020 by Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff").

**Preliminary Response**

The Defendants have had limited access to documents necessary for this trial because of the

Corona Virus pandemic.  The Dentons' New York Office has been closed since early March.  As

a result, counsel has had no access to their files for this adversary proceeding or the BLMIS

SIPA proceeding since March except for (a) documents in digital format that can be accessed

remotely, (b) other source documents that are available online, and (c) initial disclosure

documents re-sent by the Trustee on disk.  While the Trustee has unfettered access to the entire

BLMIS/Madoff/customer data base with the critical guides and lists thereto, the initial disclosure

documents sent by the Trustee were of limited usefulness to the Defendants because the

documents were identified only by account number, data size and Bates number and the disks

were incomplete.  The Trustee's objections to the identification or partial identification of

documents the Defendants propose as trial exhibits reflect the difficulties imposed by the

restricted, limited access that the Defendants have had for the past three months.[1]

---

[1] By letter dated May 12, 2020 to the Court [Adv. Proc. ECF No. 196], Defendants' counsel described the
difficulties imposed by the shutdown and sought an extension of deadlines.  The Trustee did not oppose the
extension.

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 1-A | 509 Account Statements | JPMTAA0000184-186 | Stipulated | | |
| 1-B | | JPMTAA0000220-222 | Stipulated | | |
| 1-C | | JPMTAA0000251-253 | Stipulated | | |
| 1-D | | MADWAA00332939-40 | Stipulated | | |
| 1-E | | JPMTAA0000051-53 | Stipulated | | |
| 2-A | 703 Account Statements | JPMSAB0004463-4 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAB0004455–4517 | The Defendants currently have no access to the complete statement for the 703 Account for the period from August 30, 2008 through September 30, 2008. The Trustee has the complete statement. |
| 2-B | | JPMSAB0004547 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAB0004518–4570 | The Defendants currently have no access to the complete statement for the 703 Account for the period from October 1, 2008 through October 31, 2008. The Trustee has the complete statement. |
| 2-C | | JPMSAB0004217-8 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAB0004195–4256 | The Defendants currently have no access to the complete statement for the 703 Account for the period from July 1, 2008 through July 31, 2008. The Trustee has the complete statement. |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 2-D | | JPMSAB0009515-1567 | | Document does not exist; Trustee reserves the right to object upon proper identification of the exhibit. | The correct document number is JPMSAB0001515-68. |
| 2-E | | JPMSAB0003510-3579 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAB0003510–3580 | |
| 2-F | | JPMSAB0000152-210 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAB0000152–0211 | |
| 2-G | | JPMSAB0003129-3179 | Stipulated | | |
| 2-H | | JPMSAB000001-48 | Stipulated | | |
| 2-I | | JPMSAB0004518-4570 | Stipulated | | |
| 2-J | | JPMSAB0009455- | | Document does not exist; Trustee reserves the right to object upon proper identification of the exhibit. | The Defendants continue to search for the correct bates number. |
| 2-K | | JPMSAB0004195 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAB0004195–4256 | |
| 2-L | | MADWAA00048071-162 | Stipulated | | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 2-M | | MADWAA000378499-566 | | Document does not exist; Trustee reserves the right to object upon proper identification of the exhibit. | The correct document number is MADWAA00378499-566.  This is a 703 bank account statement sent to:Bernard L. Maddoff, att:Tony Tilenick., 885 Third Avenue, 18 Floor, New York, New York 10022 |
| 2-N | | MADWAA000139882-975 | | Document does not exist; Trustee reserves the right to object upon proper identification of the exhibit. | The correct document number is MADWAA00139882-975. This is a 703 bank account statement sent to:Bernard L. Maddoff, att:Tony Tilenick., 885 Third Avenue, 18 Floor, New York, New York 10022 |
| 2-O | | MADWAA00378501 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA00378499–8566 | |
| 2-P | | MADWAA01072688-714 | Stipulated | | |
| 2-Q | | MADWAA00147886-000 | Stipulated | | |
| 2-R | | MADWAA00389854-923 | Stipulated | | |
| 3-A | BAM Checks | JPMSAF0004164 | Stipulated | | |
| 3-B | | JPMSAF0005242 | Stipulated | | |
| 3-C | | JPMSAF0013968 | Stipulated | | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 3-D | | JPMSAF0019901 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: JPMSAF0019901–9902 | The designation is not incomplete. JPSMAFF0019901 shows the face of the check written from the account of Bernard L. Maddoff. |
| 3-E | | JPMSAF0032193 | Stipulated | | |
| 3-F | | JPMSAF0040437 | Stipulated | | |
| 3-G | | JPMSAF0041744 | Stipulated | | |
| 3-H | | JPMSAF0056254 | Stipulated | | |
| 3-I | | JPMSAF0058939 | Stipulated | | |
| 3-J | | JPMSAF0061489 | Stipulated | | |
| 3-K | | JPMSAF0064380 | Stipulated | | |
| 3-L | | JPMSAF0066967 | Stipulated | | |
| 3-M | | MADWAA000048606 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA000048606–8607 | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 4-A | BAM Account Documents | AMF00267043-51 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: AMF00267004–7081 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk.. |
| 5-A | BAM Account Statements | MDPTPP01667946-51 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667946–7969 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-B | | MDPTPP01667794-97 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667794–7801 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 5-C | | MDPTPP01667750-54 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667750–7769 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-D | | MDPTPP01667662-66 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667662–7685 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-E | | MDPTPP01667602-06 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667602–7625 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 5-F | | MDPTPP01667502-06 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667502–7521 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-G | | MDPTPP01677410-14 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01677407–7411 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-H | | MDPTPP01667438-42 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667438–7457 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 5-I | | MDPTPP01667070-73 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01667070–7085 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-J | | MDPTPP01666894-98 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666894–6913 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-K | | MDPTPP01666874-77 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666874–6889 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 5-L | | MDPTPP01666590-92 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666590–6595 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-M | | MDPTPP01666470-76 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666470–6485 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-N | | MDPTPP01666338-43 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666338–6349 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 5-O | | MDPTPP01666308-13 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666308–6319 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-P | | MDPTPP01666069-74 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01666069–6086 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 5-Q | | MDPTPP01666013-18 | Stipulated | | |
| 6-A | BAM Portfolio Management Reports | MDPTQQ00159830 | Stipulated | | |
| 6-B | | MDPTQQ00159818 | Stipulated | | |
| 6-C | | MDPTQQ00159807 | Stipulated | | |
| 6-D | | MDPTQQ00159795 | Stipulated | | |
| 6-E | | MDPTQQ00159783 | Stipulated | | |
| 6-F | | MDPTQQ00159771 | Stipulated | | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 6-G | | MDPTQQ00159759 | Stipulated | | |
| 6-H | | MDPTQQ00159747 | Stipulated | | |
| 6-I | | MDPTQQ00159735 | Stipulated | | |
| 6-J | | MDPTQQ00159723 | Stipulated | | |
| 7-A | Mann Account Documents | AMF00256536-45 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: AMF00256511–6547 | |
| 8-A | Mann Account Statements | MDTPP01254892-97 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254892–4903 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 8-B | | MDTPP01254626-34 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254626–4635 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 8-C | | MDTPP01254658-63 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254658–4669 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 8-D | | MDTPP01254494-97 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254494–4501 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 8-E | | MDTPP01254298-303 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254298–4315 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 8-F | | MDTPP01254149-54 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254149–4160 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 8-G | | MDTPP01254015-22 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01254015–4030 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 8-H | | MDTPP01253315-26 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MDPTPP01253315–3353 | The document is not incomplete. The Defendants' designation is the complete account statement. The Trustee's designation is over inclusive. It includes one or more exact duplicates of the account statement reproduced on the Trustee's disk |
| 9-A | Mann Checks | MADWAA00203642 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA00203642–3643 | |
| 9-B | | MADWAA00266152 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA00266152–6153 | |
| 9-C | | MADWAA00306470 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA00306470–6471 | |
| 9-D | | MADWAA00333863 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA00333863–3864 | |
| 9-E | | MADWAA00367011 | Stipulated subject to Fed. R. Evid. 106, completeness | Incomplete document; Correct bates: MADWAA00367011–7012 | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 10-A | Mann Portfolio Management Reports | MDPTQ00131127 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131127 | |
| 10-B | | MDPTQ00131116 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131116 | |
| 10-C | | MDPTQ00131104 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131104 | |
| 10-D | | MDPTQ00131092 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131092 | |
| 10-E | | MDPTQ00131080 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131080 | |
| 10-F | | MDPTQ00131068 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131068 | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 10-G | | MDPTQ00131056 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131056 | |
| 10-H | | MDPTQ00131044 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131044 | |
| 10-I | | MDPTQ00131032 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131032 | |
| 10-J | | MDPTQ00131020 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131020 | |
| 10-K | | MDPTQ00131008 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131008 | |
| 10-L | | MDPTQ00131984 | Stipulated subject to correction of Bates number for identification | Incorrect bates number; Correct bates: MDPTQQ00131984 | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 11-A | U.S. v. Bonventre et al., 10 cr. 00228 (LTS) | Bonventre Sentencing transcript, ECF 1441 | | Relevancy; Lack of Probative Value | The Bonventre sentencing transcript demonstrates that Daniel Bonventre had been an employee of Madoff for decades and could not properly be referred to solely as a "BLMIS employee." The fact that the 703 Account was deliberately concealed from reporting authorities by Bonventre demonstrates that it was not accidentally left in the name of Madoff or the sole proprietorship.. |
| 12-A | U.S. v Peter Madoff, 10 cr 0228 (LTS) June 29, 2012 | Peter Madoff Plea Transcript | | Relevancy; Lack of Probative Value | Relevant to separate origins and operations of Madoff businesses. |
| 13-A | JPMorgan Chase, End of Day Investment and Loan Sweep Service | www.jpmorgan.com | | Require additional information, reserve objection | |
| 14-A | S & P 500 historical performance | www.Macrotrends.net | | Require additional information, reserve objection | |
| 15-A | Bernard L. Madoff Investment Securities LLC., Registration of investment advisory business (2006) | advisorinfo.sec.gov | | Require additional information, reserve objection | |
| 16-A | Trading records for US Treasury securities | Unavailable due to lack of office access | | Require additional information, reserve objection | |
| 17-A | Customer Trade confirmations | Unavailable due to lack of office access | | Require additional information, reserve objection | |

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 18-A | BAM Investment Returns (9%) chart | Unavailable due to lack of office access | | Lack of foundation; improper expert opinion; authentication; require additional information, reserve further objection | The Defendants are not making a claim to recover damages. They have applied a simple percentage increase to the deposits in their account, consistent with market performance during the period, to establish that had they invested in the same basket of stocks with a legitimate broker, they would not have lost all or a significant part of the balance showing in their account on November 30, 2008. These are facts that do not require expert testimony, and that are relevant to weighing the fairness and relative equities of the parties in considering an award of pre-judgment interest to the Trustee,[2] where the Defendants must be treated as innocent victims of the fraud. |

---

[2] *Wickham Contracting Co. Inc. v. Local Union No. 3, Int'l Bhd. Of Elec. Workers, AFL-CIO,* 955 F.2d 831, 834 (2d Cir. 1992) ("*Wickham*").

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 19-A | Mann Investment Returns (9%) chart | Unavailable due to lack of office access | | Lack of foundation; improper expert opinion; authentication; require additional information, reserve further objection | The Defendants are not making a claim to recover damages. They have applied a simple percentage increase to the deposits in their account, consistent with market performance during the period, to establish that had they invested in the same basket of stocks with a legitimate broker, they would not have lost all or a significant part of the balance showing in their account on November 30, 2008. These are facts that do not require expert testimony, and that are relevant to weighing the fairness and relative equities of the parties in considering an award of prejudgment interest to the Trustee,[3] where the Defendants must be treated as innocent victims of the fraud. |

---

[3]    *Wickham*, 955 F.2d at 834.

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| 20-A | Tax Cost Analysis-Mann | 002310-211 | | Relevancy; Lack of Probative Value | The Defendants propose the tax returns as evidence of their significant losses incurred for unrecouped taxes paid on alleged profits as a result of Madoff's fraud. Such losses are relevant in weighing the fairness and relative equities of the parties in considering an award of prejudgment interest to the Trustee,[4] where the Defendants must be treated as innocent victims of the fraud. |
| 21-A | 1997 Mann Tax Return | 0001453-1561 | | Relevancy; Lack of Probative Value | *See* Response re No. 20-A above. |
| 21-B | 1998 Mann Tax Return | 0001563-1697 | | Relevancy; Lack of Probative Value | *See* Response re No. 20-A above. |
| 21-C | 2000 Mann Tax Return | 0001695-1797 | | Relevancy; Lack of Probative Value | *See* Response re No. 20-A above. |
| 21-D | 2001 Mann Tax Return | 0001798-1951 | | Relevancy; Lack of Probative Value | *See* Response re No. 20-A above. |
| 21-E | 2002 Mann Tax Returns | 0001952-2110 | | Relevancy; Lack of Probative Value | *See* Response re No. 20-A above. |

---

[4]        *Wickham*, 955 F.2d at 834.

| | DOCUMENT DESCRIPTION | BATES NO. | STIPULATED JX-NO. | TRUSTEE'S OBJECTION(S) | RESPONSE |
|---|---|---|---|---|---|
| | **TRUSTEE EXHIBITS** | | | | |
| | | | | | |
| 22-A | 1/1/2001 BLMIS letter to Bank of NY | MESTABL00005744 | Stipulated | | |
| 23-A | 1/1/2001 BLMIS letter to NSCC | MADTEE00544438 | Stipulated | | |
| 24-A | 1/1/2001 BLMIS letter to OCC | MADTEE00544720–4730 | Stipulated | | |
| 25-A | 1/1/2001 BLMIS letter to DTC | MESTABL00005745 | Stipulated | | |

The Defendants reserve the right to rely upon and introduce any of the Trustee's exhibits, to amend or supplement their above responses and their foregoing list of exhibits at any time prior to the time of trial, to identify additional exhibits for purposes of rebuttal or impeachment, to identify additional exhibits when permitted access to counsel's office, whether or not designated herein, and to further supplement the Defendants' list of exhibits as necessary in connection with the Trustee's exhibits.

Dated: June 30, 2020
      New York, New York

                                   **DENTONS US LLP**

                                   By: */s/Arthur H. Ruegger*
                                   Arthur H. Ruegger
                                   Carole Neville
                                   1221 Avenue of the Americas
                                   New York, New York 10020
                                   Telephone: (212) 768-6700
                                   Facsimile: (212) 768-6800
                                   Email: arthur.ruegger@dentons.com
                                              carole.neville@dentons.com

                                   *Attorneys for Defendants*