**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 1, 2020 AT 10:00 A.M.**

## **CONTESTED MATTERS**

1. **10-04390; Picard v. Michael Mann,** *et al.*

    A. Notice of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 187]

    Related Documents:

    B. Letter to the Honorable Stuart M. Bernstein regarding Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/23/2020) [ECF No. 189]

    C. Notice of Adjournment of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/24/2020) [ECF No. 191]

    D. Notice of Adjournment of Final Pre-Trial Conference filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 4/17/2020) [ECF No. 194]

    Status:    This matter is going forward.


Dated: June 30, 2020
New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*