TANNENBAUM HELPERN SYRACUSE & HIRSCHTRITT LLP
Ralph A. Siciliano
Michael J. Riela
900 Third Avenue, 13th Floor
New York, New York 10022
Telephone: (212) 508-6700
Fax: (212) 371-1084
Email: Siciliano@thsh.com
       Riela@thsh.com

*Attorneys for Odyssey Alternative Fund Limited*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant<br><br>                  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |

## NOTICE OF APPEARANCE AND REQUEST FOR SERVICE OF PAPERS

PLEASE TAKE NOTICE that Tannenbaum Helpern Syracuse & Hirschtritt LLP, by the undersigned counsel, hereby files this *Notice of Appearance and Request for Service of Papers* in the above-captioned case pursuant to Rule 9010(b) of the Federal Rules of Bankruptcy Procedure (the "Bankruptcy Rules") as counsel to Odyssey Alternative Fund Limited ("Odyssey"), and requests, pursuant to Bankruptcy Rules 2002, 9007, and 9010 and sections 102(1), 342, and 1109(b) of chapter 11, title 11 of the United States Code (the "Bankruptcy Code"), that all

notices given or required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following office address, telephone numbers and e-mail addresses:

Ralph A. Siciliano
Michael J. Riela
Tannenbaum Helpern Syracuse & Hirschtritt LLP
900 Third Avenue, 13th Floor
New York, New York 10022
Telephone: (212) 508-6700
Facsimile: (212) 371-1084
Email: Siciliano@thsh.com
Riela@thsh.com

PLEASE TAKE FURTHER NOTICE that, pursuant to section 1109(b) of the Bankruptcy Code, the foregoing demand includes not only the notices and papers referred to in the Bankruptcy Rules specified above, but also includes, without limitation, orders and notices of any application, motion, petition, pleading, request, complaint or demand, whether formal or informal, whether written or oral, and whether transmitted or conveyed by mail, delivery, telephone, facsimile transmission, e-mail or otherwise, which affect the Debtor, property of the Debtor or "Customer Property" as defined in 15 U.S.C. § 78111(4).

PLEASE TAKE FURTHER NOTICE that this Notice of Appearance and Request for Service of Papers shall not be deemed to be a waiver of the above-named party's rights (1) to have final orders in noncore matters entered only after de novo review by a District Court Judge, (2) to trial by jury in any proceeding so triable in this case or any case, controversy, or proceeding related to this case, (3) to have the District Court withdraw the reference in any matter subject to mandatory or discretionary withdrawal, (4) to any other rights, claims, actions, setoffs, or recoupments to which the above-named party is or may be entitled, in law or in, equity, all of which rights, claims, actions, setoffs, and recoupments the above-named party expressly reserves, or (5) to any and all defenses or objections the above-named party may have

to the claims asserted against it in this action including, without limitation, any defense based on lack of personal jurisdiction or the jurisdiction of this Court or any other court, or capacity to be sued.

Dated:  New York, New York
          July 6, 2020

                                      TANNENBAUM HELPERN
                                      SYRACUSE & HIRSCHTRITT LLP

                                      By: */s/ Michael J. Riela*
                                          Ralph A. Siciliano
                                          Michael J. Riela
                                          900 Third Avenue, 13th Floor
                                          New York, New York 10022
                                          Telephone: (212) 508-6700
                                          Fax: (212) 371-1084
                                          Email:    Siciliano@thsh.com
                                                           Riela@thsh.com

                                      *Attorneys for Odyssey Alternative Fund Limited*