**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant, | |

In re:

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

    Debtor.

This document is submitted in the following
Adversary Proceedings:

09-01364  11-02784  12-01005

### ORDER GRANTING MOTION FOR ADMISSION TO PRACTICE, *PRO HAC VICE*

    Upon the motion of Nowell D. Bamberger to be admitted, *pro hac vice*, to

represent HSBC Bank plc, HSBC Holdings plc, HSBC Securities Services (Luxembourg) S.A.

(also sued as HSBC Fund Services (Luxembourg) S.A.), HSBC Securities Services (Ireland)

Designated Activity Company (sued as HSBC Securities Services (Ireland) Limited), HSBC

Securities Services (Bermuda) Limited, HSBC France, Dublin Branch (sued as HSBC

Institutional Trust Services (Ireland) Limited, which changed its name to HSBC Institutional

Trust Services (Ireland) Designated Activity Company and subsequently merged with HSBC

France), HSBC Institutional Trust Services (Bermuda) Limited, HSBC Bank USA, N.A., HSBC

Cayman Services Limited (sued as HSBC Bank (Cayman) Limited), HSBC Private Banking

Holdings (Suisse) S.A., HSBC Private Bank (Suisse) S.A., and HSBC Bank Bermuda Limited in

Adv. Pro. No. 09-01364, Somers Dublin Designated Activity Company (f/k/a Somers Dublin

Limited), Somers Dublin Limited, and Somers Nominees (Far East) Limited in Adv. Pro. No.

11-02784, and SICO Limited in Adv. Pro. No. 12-01005 (collectively, the "HSBC Defendants"),

and upon the movant's certification that the movant is a member in good standing of the bars of

the State of Maryland and the District of Columbia, it is hereby **ORDERED** that:

Nowell D. Bamberger is admitted to practice, *pro hac vice*, in the above-

referenced adversary proceeding to represent the HSBC Defendants in the United States

Bankruptcy Court for the Southern District of New York, provided that the filing fee has been

paid.

Dated: July 7, 2020
     New York, New York

                                                **/s/ STUART M. BERNSTEIN**
                                                THE HONORABLE STUART M. BERNSTEIN