# EXHIBIT A

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                    Plaintiff.<br><br>v.<br><br>SAGE ASSOCIATES, *et al*.<br>SAGE REALTY, *et al*.<br><br>                    Defendants. | Adv. Pro. No. 10-04362 (SMB)<br>Adv. Pro. No. 10-04400 (SMB) |

**EXPERT REPORT OF BRUCE G. DUBINSKY**
**MST, CPA, CFE, CVA, CFF, CAMS, MAFF**
**FOR THE SAGE ASSOCIATES AND SAGE REALTY ACTIONS**

**Expert Report of Bruce G. Dubinsky for the Sage Associates and Sage Realty Actions**
**January 16, 2019**
**Page 21 of 31**

### C. Purported Prices of Securities on the Customer Statements for the Sage Accounts Did Not Reflect Actual Market Prices

37. The transaction prices for the purported executed trades as stated on the Customer Statements for the Sage Accounts were tested against the historical market prices to determine if the purported transactions fell within the actual daily market trading range.[27] (*See* **Exhibit 2** – "Equity Price Analysis for the Sage Accounts.")

38. From November 1978 to November 2008, 5,707 unique transaction prices were tested. Of the 5,707 unique transaction prices, 35 unique transactions were outside the actual daily market trading price range. Identifying trades in the Sage Accounts that were purportedly transacted outside of the actual daily market trading price range is consistent with the hundreds of other fictitious IA Business transactions that were also purportedly traded outside of the market trading price range.

39. For example, the Customer Statement for Sage Realty account 1S0006-1-0 indicates that 33,050 shares of Sara Lee Corp were traded on 11/24/1992 at a price ranging from $30.50 to $30.63 per share, as shown in Figure 18 below.[28] However, the actual daily market trading price range for this security on 11/24/1992 was $60.13 to $61.00. This transaction could not have been legitimately completed, as reflected on the Customer Statement, given that shares of Sara Lee Corp did not trade between $30.50 to $30.63 on the purported transaction date.

---

[27] Historical market trading prices based on CRSP data.
[28] MF00445642.

**Figure 18**
CUSTOMER STATEMENT FOR SAGE REALTY ACCOUNT



### D. The Aggregate Purported Trading Volume Across All IA Business Accounts for Certain of the Securities Reported on the Customer Statements for the Sage Accounts Exceeded the Entire Reported Market Volume

40. I reviewed the aggregate volume (*i.e.*, the volume purportedly traded across all IA Business customer accounts) for each purported security transaction reported on the Customer Statements for the Sage Accounts. Based on this analysis, I determined that the aggregate IA Business volume for certain securities purportedly traded for the Sage Accounts exceeded the daily market volume on the specific days these trades purportedly occurred. As discussed above, purported trades in the Sage Accounts (in aggregate volume with other IA Business accounts) exceeded the actual daily market trading volume range, which is consistent with the hundreds of other fictitious IA Business transactions that exceeded the market trading volume.

41. From November 1978 to November 2008, the purported aggregate trading volume for 70 security transactions reported in the Sage Accounts exceeded the entire daily market volume for the particular security. (*See* **Exhibit 3** – "Equity Volume Analysis for the Sage Accounts.") This is impossible in the securities market. For example, the Customer Statement for Martin Sage account 101914-1-0 indicates that 2,454 shares of American Gen

Equity Price Analysis for the Sage Accounts
November 1978 to November 2008

| Trade Date | Security Name | IA Business Purported Price | Market Daily Low | Market Daily High | Above/Below | Magnitude |
|---|---|---|---|---|---|---|
| 11/24/1992 | SARA LEE CORP | 30.500 | 60.125 | 61.000 | Below | 29.63 |
| 11/24/1992 | SARA LEE CORP | 30.625 | 60.125 | 61.000 | Below | 29.50 |
| 5/13/1996 | COCA COLA CO | 40.500 | 41.750 | 43.000 | Below | 1.25 |
| 5/13/1996 | COCA COLA CO | 40.625 | 41.750 | 43.000 | Below | 1.13 |
| 7/16/1996 | CHRYSLER CORP | 34.375 | 26.250 | 28.500 | Above | 5.88 |
| 7/16/1996 | CHRYSLER CORP | 34.500 | 26.250 | 28.500 | Above | 6.00 |
| 9/13/1996 | ANHEUSER BUSCH COS INC | 38.125 | 39.000 | 40.000 | Below | 0.88 |
| 9/13/1996 | ANHEUSER BUSCH COS INC | 38.250 | 39.000 | 40.000 | Below | 0.75 |
| 1/2/1997 | NCR CORP | 36.750 | 32.750 | 34.125 | Above | 2.63 |
| 3/3/1997 | BRISTOL MYERS SQUIBB COMPANY | 63.500 | 63.875 | 67.875 | Below | 0.38 |
| 3/3/1997 | BRISTOL MYERS SQUIBB COMPANY | 63.625 | 63.875 | 67.875 | Below | 0.25 |
| 6/13/1997 | DU PONT E I DE NEMOURS & CO | 55.125 | 58.250 | 62.375 | Below | 3.13 |
| 6/13/1997 | DU PONT E I DE NEMOURS & CO | 55.250 | 58.250 | 62.375 | Below | 3.00 |
| 10/17/1997 | AMOCO CORP | 95.250 | 93.438 | 94.875 | Above | 0.38 |
| 11/10/1997 | INTEL CORP | 73.000 | 74.891 | 78.250 | Below | 1.89 |
| 11/10/1997 | INTEL CORP | 73.500 | 74.891 | 78.250 | Below | 1.39 |
| 11/10/1997 | INTEL CORP | 74.000 | 74.891 | 78.250 | Below | 0.89 |
| 3/5/1999 | BRISTOL MYERS SQUIBB COMPANY | 63.750 | 64.500 | 66.500 | Below | 0.75 |
| 11/19/2001 | KLA TENCOR CORPORATION | 39.050 | 47.980 | 50.210 | Below | 8.93 |
| 10/9/2003 | AMERICAN EXPRESS COMPANY | 46.410 | 46.610 | 47.500 | Below | 0.20 |
| 10/9/2003 | AMGEN INC | 65.070 | 65.850 | 66.950 | Below | 0.78 |
| 10/9/2003 | HEWLETT PACKARD CO | 20.210 | 20.520 | 21.510 | Below | 0.31 |
| 10/9/2003 | HOME DEPOT INC | 34.300 | 34.670 | 35.490 | Below | 0.37 |
| 10/9/2003 | MERRILL LYNCH & CO INC | 56.810 | 56.920 | 57.950 | Below | 0.11 |
| 10/9/2003 | MICROSOFT CORP | 28.750 | 28.800 | 29.350 | Below | 0.05 |
| 10/9/2003 | PFIZER INC | 30.590 | 30.710 | 31.020 | Below | 0.12 |
| 10/9/2003 | WAL-MART STORES INC | 58.390 | 58.520 | 59.410 | Below | 0.13 |
| 9/12/2006 | BOEING CO | 76.300 | 73.610 | 74.380 | Above | 1.92 |
| 11/7/2008 | AMGEN INC | 59.160 | 56.400 | 58.880 | Above | 0.28 |
| 11/7/2008 | GENERAL ELECTRIC CO | 19.630 | 18.280 | 19.100 | Above | 0.53 |
| 11/7/2008 | INTERNATIONAL BUSINESS MACHS | 87.270 | 84.250 | 86.710 | Above | 0.56 |
| 11/7/2008 | MICROSOFT CORP | 21.810 | 21.000 | 21.540 | Above | 0.27 |
| 11/7/2008 | PEPSICO INC | 56.410 | 54.240 | 56.170 | Above | 0.24 |
| 11/7/2008 | UNITED TECHNOLOGIES CORP | 53.160 | 50.150 | 51.960 | Above | 1.20 |
| 11/7/2008 | WAL-MART STORES INC | 55.830 | 53.400 | 54.700 | Above | 1.13 |