# EXHIBIT B

EXHIBIT B
SUMMARY OF THIRTY-THIRD INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM DECEMBER 1, 2019 THROUGH MARCH 31, 2020

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,017.65 | 229.80 | 233,855.40 |
| | Sheehan, David J. | 1968 | 1,017.15 | 519.30 | 528,206.40 |
| | Matthias, Michael R. | 1973 | 762.60 | 41.90 | 31,952.80 |
| | Bash, Brian A. | 1975 | 818.08 | 33.80 | 27,651.20 |
| | Long, Thomas L. | 1976 | 1,012.56 | 216.20 | 218,915.40 |
| | Greene, Bruce R. | 1976 | 841.00 | 7.20 | 6,055.20 |
| | Ponto, Geraldine E. | 1982 | 1,015.98 | 338.90 | 344,314.70 |
| | Smith, Elizabeth A. | 1985 | 930.00 | 2.10 | 1,953.00 |
| | Hunt, Dean D. | 1991 | 908.46 | 241.20 | 219,120.80 |
| | Goldberg, Steven H. | 1991 | 1,015.62 | 72.20 | 73,328.10 |
| | Douthett, Breaden M. | 1991 | 509.08 | 18.90 | 9,621.70 |
| | Griffin, Regina L. | 1993 | 1,017.63 | 480.00 | 488,462.50 |
| | Thomas, Erika K. | 1994 | 777.67 | 350.10 | 272,262.50 |
| | Brennan, Terry M. | 1995 | 609.71 | 6.80 | 4,146.00 |
| | Cole, Tracy L. | 1996 | 922.35 | 329.20 | 303,639.20 |
| | Murphy, Keith R. | 1997 | 1,019.01 | 365.70 | 372,653.60 |
| | Hoang, Lan | 1997 | 991.15 | 699.00 | 692,815.20 |
| | Rollinson, James H. | 1998 | 888.54 | 163.20 | 145,009.00 |
| | Warshavsky, Oren J. | 1998 | 1,018.18 | 681.20 | 693,587.60 |
| | New, Jonathan B. | 1998 | 1,018.66 | 24.20 | 24,651.60 |
| | Rose, Jorian L. | 1998 | 999.38 | 60.90 | 60,862.00 |
| | Fish, Eric R. | 1998 | 883.74 | 377.60 | 333,699.20 |
| | Pergament, Benjamin D. | 1999 | 825.84 | 522.60 | 431,582.00 |
| | Bohorquez, Fernando A. | 2000 | 942.56 | 356.10 | 335,646.20 |
| | Cremona, Nicholas J. | 2000 | 1,000.05 | 729.70 | 729,738.50 |
| | Zeballos, Gonzalo S. | 2001 | 922.23 | 115.50 | 106,517.80 |
| | Bell, Stacey A. | 2001 | 840.96 | 602.10 | 506,344.20 |
| | Beckerlegge, Robertson D. | 2001 | 770.93 | 670.20 | 516,679.00 |
| | North, Geoffrey A. | 2002 | 887.97 | 682.10 | 605,683.20 |
| | Song, Brian W. | 2002 | 764.44 | 646.80 | 494,440.40 |
| | Shields, Nkosi D. | 2003 | 627.68 | 299.80 | 188,179.50 |
| | Oliver, Jason S. | 2003 | 775.01 | 502.40 | 389,363.20 |
| | Hochmuth, Farrell A. | 2003 | 617.08 | 242.00 | 149,333.50 |
| | Malchow, Jessica P. | 2003 | 470.36 | 15.40 | 7,243.60 |
| | Gongolevsky, May Tal | 2003 | 725.00 | 7.80 | 5,655.00 |
| | Sherer, James A. | 2003 | 728.00 | 12.60 | 9,172.80 |
| | Gabriel, Jessie M. | 2004 | 767.58 | 29.90 | 22,950.70 |
| | Allen, Brian F. | 2005 | 662.60 | 241.60 | 160,083.20 |
| | Carvalho, Melissa M. | 2005 | 728.00 | 10.20 | 7,425.60 |
| | Hartman, Ruth E. | 2005 | 479.25 | 52.80 | 25,304.40 |
| | Carlisle, Marie L. | 2006 | 585.84 | 482.00 | 282,373.40 |
| | Longstaff, Carrie | 2006 | 667.77 | 392.50 | 262,100.80 |
| | Kosack, Melissa L. | 2006 | 738.50 | 798.90 | 589,989.90 |
| | Vanderwal, Amy E. | 2006 | 888.38 | 590.90 | 524,946.60 |
| | Feil, Matthew D. | 2006 | 664.40 | 473.80 | 314,791.00 |
| | Forman, Jonathan A. | 2007 | 698.18 | 116.50 | 81,337.70 |
| | Brown, Seanna R. | 2007 | 1,000.56 | 611.40 | 611,742.00 |
| | Patel, Tayan B. | 2007 | 610.00 | 7.20 | 4,392.00 |
| | Giuliani, Esterina | 2007 | 892.00 | 52.80 | 47,097.60 |
| | Calvani, Torello H. | 2007 | 764.63 | 498.10 | 380,863.40 |
| | Wasick, Joanna F. | 2007 | 778.82 | 575.90 | 448,520.50 |
| | Usitalo, Michelle R. | 2008 | 617.28 | 473.00 | 291,973.00 |
| | Stanley, Trevor M. | 2008 | 625.00 | 12.00 | 7,500.00 |
| | Zunno-Freaney, Kathryn M. | 2008 | 885.88 | 227.00 | 201,095.80 |
| | Blattmachr, Jonathan D. | 2009 | 636.15 | 301.30 | 191,672.50 |
| | Markel, Tatiana | 2009 | 740.18 | 592.90 | 438,850.70 |
| | Molina, Marco | 2009 | 737.53 | 331.30 | 244,345.10 |
| | Campbell, Patrick T. | 2009 | 709.34 | 30.70 | 21,776.80 |
| | Iannuzzi, Michael M. | 2010 | 526.00 | 43.10 | 22,670.60 |
| | Wangsgard, Kendall E. | 2011 | 584.00 | 2.20 | 1,284.80 |
| Partners and of Counsel Total | | | 837.33 | 17,612.50 | 14,747,430.10 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 499.06 | 363.20 | 181,258.80 |
| | Kates, Elyssa S. | 2000 | 715.79 | 65.30 | 46,741.30 |
| | Wlodek, Heather | 2003 | 663.44 | 485.80 | 322,300.60 |
| | Hiatt, Eric B. | 2005 | 619.17 | 247.00 | 152,936.00 |
| | Cowherd, Matthew K. | 2005 | 505.17 | 309.20 | 156,198.40 |
| | Mezibov, Jonathan G. | 2006 | 265.39 | 384.30 | 101,989.30 |
| | Goldmark, Jena B. | 2007 | 484.63 | 506.30 | 245,368.10 |
| | Sabella, Michael A. | 2008 | 574.18 | 517.10 | 296,909.80 |
| | Rovine, Jacqlyn | 2008 | 620.00 | 9.90 | 6,138.00 |
| | Choi, David | 2008 | 614.86 | 112.40 | 69,110.50 |
| | Attard, Lauren T. | 2008 | 593.00 | 1.40 | 830.20 |
| | McCurrach, Elizabeth G. | 2008 | 637.77 | 592.40 | 377,813.20 |
| | Perkins Austin, Francesca | 2009 | 600.05 | 305.80 | 183,495.70 |
| | Khan, Ferve E. | 2009 | 606.22 | 108.30 | 65,653.50 |
| | Nickodem, Robert G. | 2009 | 272.87 | 754.60 | 205,907.10 |
| | Shapiro, Peter B. | 2009 | 616.77 | 511.50 | 315,480.00 |
| | Mattera, Marshall J. | 2009 | 616.48 | 678.60 | 418,342.50 |
| | Hansford, Melissa L. | 2010 | 273.47 | 281.40 | 76,953.80 |
| | McGourty, Cara | 2010 | 596.10 | 496.00 | 295,664.00 |
| | Biondo, Lindsay J. | 2010 | 272.30 | 748.50 | 203,815.70 |
| | Rollins, Jennifer B. | 2010 | 265.74 | 552.60 | 146,847.00 |
| | Ubaid, Maryland H. | 2010 | 273.03 | 580.40 | 158,468.90 |
| | Bent, Camille C. | 2010 | 573.86 | 544.10 | 312,237.20 |
| | Rouach, Sophie | 2010 | 484.29 | 408.30 | 197,735.70 |
| | Chandler, Tara R. | 2010 | 273.14 | 826.40 | 225,718.90 |
| | Mahida, Michelle Marie Hoff | 2010 | 265.98 | 718.40 | 191,077.10 |
| | Boga-Lofaro, Csilla | 2010 | 502.29 | 16.80 | 8,438.40 |
| | Maytal, Anat | 2010 | 599.00 | 207.90 | 124,532.10 |
| | Krishna, Ganesh | 2011 | 574.63 | 759.30 | 436,314.80 |
| | Oliva, Frank M. | 2011 | 575.15 | 708.30 | 407,381.40 |
| | Slavin, Jeffrey A. | 2011 | 499.00 | 29.20 | 14,570.80 |
| | Rose, Nicholas M. | 2011 | 596.85 | 316.60 | 188,963.90 |
| | White, Jason T. | 2011 | 272.95 | 624.50 | 170,454.30 |
| | Blanchard, Jason I. | 2011 | 528.38 | 268.30 | 141,765.30 |
| | Barhorst, Damon C. | 2011 | 265.58 | 397.60 | 105,595.70 |
| | Shifrin, Maximillian S. | 2011 | 597.70 | 352.00 | 210,392.00 |
| | Gottesman, Joel D. | 2011 | 272.37 | 537.90 | 146,508.20 |
| | Durbin, Damon M. | 2011 | 308.79 | 258.60 | 79,854.00 |
| | Crook, Darren A. | 2011 | 368.00 | 15.50 | 5,704.00 |
| | Patrick, Stacey M. | 2011 | 272.58 | 446.00 | 121,571.20 |
| | Vonderhaar, Douglas A. | 2011 | 330.60 | 49.80 | 16,463.80 |
| | Feldstein, Robyn M. | 2011 | 575.48 | 318.30 | 183,173.80 |
| | Sinclair, Jordan A. | 2011 | 490.15 | 17.50 | 8,577.70 |
| | Gallagher, Christopher B. | 2012 | 574.36 | 500.10 | 287,237.80 |
| | Rice, David W. | 2012 | 578.00 | 59.60 | 34,448.80 |
| | Hough, Shawn P. | 2012 | 574.57 | 699.50 | 401,914.20 |
| | Ackerman, Stephanie | 2012 | 528.77 | 645.50 | 341,320.10 |
| | Sterling, Nichole L. | 2013 | 494.00 | 25.80 | 12,745.20 |
| | Tanney, Michelle N. | 2013 | 527.98 | 448.60 | 236,850.70 |
| | Charlemagne, Chardaie C. | 2013 | 526.79 | 250.20 | 131,803.20 |
| | Brumbach, Maxim G. | 2013 | 265.41 | 663.80 | 176,176.90 |
| | Mosher, Sarah E. | 2013 | 265.67 | 654.00 | 173,746.50 |
| | Gillingham, Ross M. | 2013 | 265.44 | 399.50 | 106,041.40 |
| | Friedman, Matthew B. | 2013 | 548.02 | 315.80 | 173,063.30 |
| | Trahanas, Elias D. | 2014 | 507.82 | 108.90 | 55,301.70 |
| | Tranbaugh, Mary H. | 2014 | 473.00 | 3.50 | 1,655.50 |
| | Goertemiller, Noah J. | 2014 | 265.65 | 768.30 | 204,098.70 |
| | Horning, Nathan T. | 2014 | 272.79 | 670.90 | 183,016.70 |
| | Turner, Tara E. | 2015 | 475.78 | 693.30 | 329,857.80 |
| | Weinberg, Lauren R. | 2015 | 507.00 | 194.50 | 98,611.70 |
| | Serrao, Andrew M. | 2015 | 506.94 | 192.00 | 97,332.00 |
| | Kennedy, Joyce R. | 2015 | 272.76 | 598.50 | 163,246.30 |
| | Shalodi, Amani | 2016 | 272.82 | 702.30 | 191,603.50 |
| | Molony, Matthew E. | 2016 | 265.32 | 690.20 | 183,121.40 |
| | Cantu, Michael R. | 2016 | 273.42 | 675.20 | 184,613.60 |
| | Stewart, Matthew L. | 2016 | 266.00 | 561.20 | 149,278.30 |
| | Martin, Lauren E. | 2016 | 265.38 | 324.00 | 85,983.70 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Berry, Joshua L. | 2016 | 265.34 | 336.60 | 89,313.60 |
| | Miguel, Nickoli X. | 2016 | 272.68 | 613.50 | 167,288.40 |
| | Nadworny, Bari R. | 2016 | 491.35 | 186.30 | 91,539.00 |
| | Pollawit, Panida A. | 2017 | 474.11 | 92.90 | 44,045.00 |
| | Satter, Joshua A. | 2017 | 552.42 | 564.60 | 311,894.00 |
| | Stork, Victoria L. | 2017 | 475.42 | 665.30 | 316,298.60 |
| | Maw, Darley | 2017 | 518.00 | 145.30 | 75,265.40 |
| | Dindiyal, Ariana G. | 2017 | 442.49 | 547.40 | 242,216.50 |
| | Williams, Briana D. | 2018 | 395.00 | 115.20 | 45,504.00 |
| | Wafelbakker, Tess N. | 2018 | 349.00 | 4.30 | 1,500.70 |
| | Fischetti, Chloe S. | 2018 | 435.25 | 435.90 | 189,724.90 |
| | Silversmith, Jordan R. | 2019 | 429.09 | 153.40 | 65,821.70 |
| | Yantis, Brittany A. | 2019 | 429.42 | 107.90 | 46,334.40 |
| | Corrigan, Megan A. | 2019 | 428.39 | 451.00 | 193,201.80 |
| | Gotsis, Christina O. | 2019 | 429.22 | 172.10 | 73,868.20 |
| | Bordner, Alexa T. | 2019 | 438.68 | 159.20 | 69,837.60 |
| | Sternbach, Lauren E. | 2020 | 438.01 | 265.40 | 116,248.30 |
| | Van Duyn, Audrey J. | 2020 | 438.27 | 564.00 | 247,185.10 |
| | Waldrop, Patrick R. | #N/A | 437.21 | 40.10 | 17,532.30 |
| | Sullivan, Kayley B. | #N/A | 440.68 | 130.50 | 57,508.70 |
| | Cardenas, Samantha A. | #N/A | 265.27 | 646.00 | 171,361.30 |
| Associates Total | | | 414.60 | 33,675.40 | 13,961,811.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Cabrera, Ramon C. | #N/A | 291.57 | 50.80 | 14,811.70 |
| | LaFalce, Stephen P. | #N/A | 195.00 | 14.30 | 2,788.50 |
| | Graham, Sonya M. | #N/A | 288.27 | 22.00 | 6,341.90 |
| | Bookout, Kimberly M. | #N/A | 252.00 | 1.60 | 403.20 |
| | Montani, Christine A. | #N/A | 375.27 | 452.50 | 169,808.60 |
| | Fishelman, Benjamin D. | #N/A | 457.79 | 153.60 | 70,316.50 |
| | Iskhakova, Yuliya | #N/A | 388.13 | 746.20 | 289,619.00 |
| | Chan, Angeline | #N/A | 279.77 | 358.50 | 100,298.20 |
| | Gibbons, Michael E. | #N/A | 409.52 | 20.70 | 8,477.10 |
| | Szalay, Sarah M. | #N/A | 210.23 | 326.90 | 68,724.90 |
| | Nunes, Silas T. | #N/A | 331.22 | 205.40 | 68,031.80 |
| | Kinne, Tanya M. | #N/A | 358.03 | 524.70 | 187,860.60 |
| | Blaber, Theresa A. | #N/A | 362.93 | 26.30 | 9,545.00 |
| | Reyes, Lucinda A. | #N/A | 209.45 | 90.70 | 18,997.40 |
| | Bryan, Katrina E. | #N/A | 357.70 | 373.60 | 133,638.20 |
| | Villamayor, Fidentino L. | #N/A | 393.24 | 321.20 | 126,310.00 |
| | Monge, Tirsa | #N/A | 374.79 | 259.50 | 97,259.10 |
| | McKenna, Patrice M. | #N/A | 297.63 | 555.20 | 165,241.80 |
| | Bekier, James M. | #N/A | 477.90 | 256.70 | 122,676.00 |
| | Asmann, Paige R. | #N/A | 205.00 | 4.50 | 922.50 |
| | Godsen, Brian J. | #N/A | 180.00 | 10.00 | 1,800.00 |
| | Marshall, Amanda S. | #N/A | 205.00 | 12.90 | 2,644.50 |
| | Glanzman, Adam J. | #N/A | 376.75 | 137.20 | 51,690.60 |
| | von Collande, Constance M. | #N/A | 370.15 | 586.00 | 216,905.70 |
| | Oliver-Weeks, Marcella J. | #N/A | 432.42 | 551.80 | 238,608.90 |
| | Stone, Adrian | #N/A | 328.28 | 359.50 | 118,015.00 |
| | Wong, Sun Kei | #N/A | 290.75 | 72.90 | 21,195.80 |
| | Lasko, Seth D. | #N/A | 391.33 | 26.40 | 10,331.00 |
| | Clark, Nancy L. | #N/A | 263.00 | 7.80 | 2,051.40 |
| | Landrio, Nikki M. | #N/A | 404.66 | 390.40 | 157,977.80 |
| | Dangelmajer, Susan E. | #N/A | 365.00 | 446.80 | 163,082.00 |
| | McIntosh, Casey | #N/A | 216.49 | 176.00 | 38,103.00 |
| | Polanco Ortiz, Dorian A. | #N/A | 285.00 | 71.50 | 20,377.50 |
| | Tineo, Nicole L. | #N/A | 469.90 | 344.70 | 161,974.80 |
| | Farber, Eugenll B. | #N/A | 180.00 | 52.00 | 9,360.00 |
| | Sweet, Karen R. | #N/A | 263.00 | 4.20 | 1,104.60 |
| | Chamberlain, David R. | #N/A | 180.00 | 14.00 | 2,520.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 358.68 | 8,029.00 | 2,879,814.60 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 837.33 | 17,612.50 | 14,747,430.10 |
| Associates Total | 414.60 | 33,675.40 | 13,961,811.20 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 358.68 | 8,029.00 | 2,879,814.60 |
| Blended Attorney Rate | 559.77 | | |
| Total Fees Incurred | | 59,316.90 | 31,589,055.90 |
| | **Less 10% Public Interest Discount** | | (3,158,905.59) |
| | **Grand Total** | | $ 28,430,150.31 |