# EXHIBIT C

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-THIRD INTERIM PERIOD
OF DECEMBER 1, 2019 THROUGH MARCH 31, 2020

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 7,396.20 | $    4,678,418.00 |
| 02 | Bankruptcy Court Litigation and Related Matters | 475.50 | 351,479.20 |
| 03 | Feeder Funds | 11.00 | 8,763.00 |
| 04 | Asset Search Recovery and Sale | 0.40 | 409.20 |
| 05 | Internal Office Meetings with Staff | 455.70 | 277,242.30 |
| 07 | Billing | 920.60 | 366,090.30 |
| 08 | Case Administration | 1,754.90 | 763,226.10 |
| 11 | Press Inquires and Responses | 144.60 | 103,237.10 |
| 12 | Document Review | 15,816.70 | 4,525,309.40 |
| 13 | Discovery - Depositions and Document Productions | 1,356.00 | 644,152.70 |
| 14 | International | 54.70 | 35,142.60 |
| 18 | Auditors | 2.00 | 2,046.00 |
| 20 | Governmental Agencies | 11.80 | 9,599.30 |
| 21 | Allocation | 59.10 | 44,061.30 |
| 000005 | Customer Claims | 928.00 | 522,787.20 |
| 000007 | Madoff Family | 181.10 | 147,964.40 |
| 000009 | Fairfield Greenwich | 1,220.70 | 871,895.90 |
| 000011 | Cohmad Securities Corporation | 140.20 | 91,404.50 |
| 000012 | Picower | 238.40 | 191,400.50 |
| 000029 | Rye/Tremont | 624.20 | 367,248.60 |
| 000030 | HSBC | 4,941.30 | 3,296,785.20 |
| 000032 | LuxAlpha/UBS | 2,215.60 | 1,595,963.90 |
| 000033 | Nomura Bank International PLC | 159.60 | 81,046.00 |
| 000034 | Citibank | 639.10 | 406,699.00 |
| 000035 | Natixis | 289.70 | 191,532.30 |
| 000036 | Merrill Lynch | 196.00 | 111,826.80 |
| 000037 | ABN AMRO | 26.00 | 15,549.20 |
| 000038 | Banco Bilbao | 10.30 | 7,535.20 |
| 000039 | Fortis | 285.60 | 193,432.60 |
| 000042 | Equity Trading | 12.00 | 7,500.00 |
| 000051 | Crupi | 116.30 | 88,828.20 |
| 000053 | Magnify | 4,040.90 | 2,447,675.10 |
| 000059 | Stanley Shapiro | 100.00 | 79,891.70 |
| 000060 | Avellino & Bienes | 4,085.40 | 2,822,309.70 |
| 000062 | Subsequent Transfer | 7,376.00 | 4,352,839.30 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 117.00 | 95,886.80 |
| 000065 | Legacy Capital Ltd | 1,020.90 | 693,904.00 |
| 000071 | Square One | 1,353.40 | 695,732.90 |
| 000073 | BNP Paribas | 53.90 | 38,580.90 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 331.60 | 228,029.00 |
| 000077 | Extraterritoriality Appeal | 154.50 | 135,630.50 |
| Grand Total | | **59,316.90** | **31,589,055.90** |

**Less 10% Public Interest Discount**                                            (3,158,905.59)

**Grand Total**                                                    $    28,430,150.31

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|

**Current Application**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 28,430,150.31 |
| | Interim Compensation Paid | | (25,587,135.29) |
| | Interim Compensation Deferred | | $ 2,843,015.02 |

**Prior Applications**

| | | | |
|---|---|---|---|
| | Interim Compensation Requested | | $ 1,187,566,503.42 |
| | Interim Compensation Paid | | $(1,169,350,732.17) |
| | Interim Compensation Deferred | | $ 18,215,771.25 |