# EXHIBIT D

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-THIRD
INTERIM PERIOD OF DECEMBER 1, 2019 THROUGH MARCH 31, 2020

| | | |
|---|---|---:|
| E101 | Copying (E101) | 9,194.30 |
| E102 | Outside Printing (E102) | 4,168.33 |
| E105 | Telephone (E105) | 100.00 |
| E106 | Online Research (E106) | 40,885.30 |
| E107 | Delivery Services/ Messengers (E107) | 2,751.80 |
| E108 | Postage (E108) | 696.77 |
| E110 | Out-of-Town Travel (E110) | 150,937.99 |
| E112 | Court Fees (E112) | 4,180.72 |
| E114 | Witness Fees (E114) | 40.00 |
| E115 | Deposition Transcripts (E115) | 61,937.74 |
| E116 | Trial Transcripts (E116) | 809.62 |
| E123 | Other Professionals (E123) | 34,540.64 |
| E124 | Other (E124) | 55,375.92 |
| Grand Total | | **365,619.13** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 18,548,723.39