# EXHIBIT E

EXHIBIT E

INTERIM COMPENSATION DEFERRED SUMMARY FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-THIRD INTERIM
PERIOD OF DECEMBER 1, 2019 THROUGH MARCH 31, 2020

|  | Counsel |
|---|---|
| Interim Compensation Requested (All Periods) | $ 1,211,131,267.23 |
| Interim Compensation Deferred | $ 20,572,247.62 |
| Holdback Amount to be Released | 10,286,123.81 |
| Holdback After Release | $ 10,286,123.81 |