**Exhibit B**

SUMMARY OF THIRTY-SECOND INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM DECEMBER 1, 2019 THROUGH MARCH 31, 2020

| Name | Year Admitted | Dec 2019 Standard Hourly Rate | Dec 2019 Total Hours Billed | Dec 2020 Total Compensation | Jan-Mar 2020 Standard Hourly Rate | Jan-Mar 2020 Total Hours Billed | Jan-Mar 2020 Total Compensation | Total Hours Billed Dec-March | Total Compensation Dec-March |
|---|---|---|---|---|---|---|---|---|---|
| **Partners** | | | | | | | | | |
| Howard L. Simon | 1977 | 675.00 | 80.70 | $ 54,472.50 | 675.00 | 325.60 | $ 219,780.00 | 406.30 | $ 274,252.50 |
| Kim M. Longo | 2002 | 565.00 | 106.30 | $ 60,059.50 | 565.00 | 446.40 | $ 252,216.00 | 552.70 | $ 312,275.50 |
| **Total Partners** | | | **187.00** | **$114,532.00** | | **772.00** | **$471,996.00** | **$959.00** | **$586,528.00** |
| **Special Counsel** | | | | | | | | | |
| John J. Tepedino | 2005 | 450.00 | 186.80 | $ 84,060.00 | 450.00 | 378.30 | $ 170,235.00 | 565.10 | 254,295.00 |
| Brian W. Kreutter | 2003 | 390.00 | - | $ - | 410.00 | 13.20 | $ 5,412.00 | 13.20 | 5,412.00 |
| **Total Special Counsel** | | | **186.80** | **84,060.00** | **860.00** | **391.50** | **175,647.00** | **578.30** | **259,707.00** |
| **Associates** | | | | | | | | | |
| Ben J. Kusmin | 2006 | 450.00 | - | $ - | 450.00 | 83.70 | $ 37,665.00 | 83.70 | 37,665.00 |
| Karen M. Cullen | 1981 | 440.00 | 174.10 | $ 76,604.00 | 440.00 | 163.90 | $ 72,116.00 | 338.00 | 148,720.00 |
| Carol LaFond | 2000 | 410.00 | 120.60 | $ 49,446.00 | 410.00 | 436.20 | $ 178,842.00 | 556.80 | 228,288.00 |
| Alan D. Lawn | 2009 | 380.00 | 145.20 | $ 55,176.00 | 400.00 | 410.20 | $ 164,080.00 | 555.40 | 219,256.00 |
| Lindsay H. Sklar | 2014 | 380.00 | 12.30 | $ 4,674.00 | 380.00 | - | $ - | 12.30 | 4,674.00 |
| Edmund B. Troya | 2003 | 380.00 | - | $ - | 380.00 | 1.30 | $ 494.00 | 1.30 | 494.00 |
| Alex Jonatowski | 2007 | 365.00 | 147.90 | $ 53,983.50 | 375.00 | 487.10 | $ 182,662.50 | 635.00 | 236,646.00 |
| **Total Associates** | | | **600.10** | **239,883.50** | | **1,582.40** | **635,859.50** | **2,182.50** | **875,743.00** |
| **Paraprofessionals** | | | | | | | | | |
| Joel Solomon | | 250.00 | - | $ - | 250.00 | 0.90 | $ 225.00 | 0.90 | 225.00 |
| Matthew Corwin | | 240.00 | 7.30 | $ 1,752.00 | 250.00 | 19.80 | $ 4,950.00 | 27.10 | 6,702.00 |
| **Total Paraprofessionals** | | | **7.30** | **$ 1,752.00** | | **20.70** | **$ 5,175.00** | **28.00** | **6927.00** |

| | Hours | Total Fees |
|---|---|---|
| **Partners** | 959.00 | 586,528.00 |
| **Special Counsel** | 578.30 | 259,707.00 |
| **Associates** | 2,182.50 | 875,743.00 |
| **Paraprofessionals** | 28.00 | 6,927.00 |
| **Blended Attorney Rate** | 462.92 | |
| **Blended Rate All Professionals** | 461.31 | |
| **GRAND TOTAL** | 3,747.80 | $ 1,728,905.00 |

{11817364:1}