## Exhibit C

SUMMARY OF THIRTY-SECOND INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
DECEMBER 1, 2019 THROUGH AND INCLUDING MARCH 31, 2020

| Code Description | Amount |
|---|---:|
| Reproduction | $ 114.70 |
| Air Courier/Messenger | $ 199.59 |
| Online Research | $ 8,366.88 |
| Search Fees | $ 305.20 |
| Service Fees | $ 25.00 |
| **TOTAL** | **$ 9,011.37** |

{11817364:1}