**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTY-SECOND INTERIM PERIOD OF DECEMBER 1, 2019 THROUGH AND INCLUDING MARCH 31, 2020

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 10.60 | $ 5,170.00 |
| | | 007 | Fee Application | 49.20 | 22,169.50 |
| | | 020 | Internal Office Meetings | 13.30 | 5,601.50 |
| | | 041 | Discovery, Document Review, Document Production | 4.10 | 1,836.00 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 29.10 | 14,958.50 |
| 12 | Credit Suisse | 010 | Litigation | 113.10 | 45,197.00 |
| 13 | Solon Capital | 010 | Litigation | 3.40 | 1,282.50 |
| 14 | Zephyros | 010 | Litigation | 7.30 | 2,790.00 |
| 15 | Mistral | 010 | Litigation | 2.50 | 872.50 |
| 16 | Societe Generale | 010 | Litigation | 167.60 | 71,851.00 |
| 17 | Royal Bank of Canada | 010 | Litigation | 274.20 | 104,802.00 |
| 18 | Clariden Leu | 010 | Litigation | 16.70 | 6,302.50 |
| 19 | Trincastar Corp. | 010 | Litigation | 6.90 | 2,600.00 |
| 20 | Coordinated Cases | 010 | Litigation | 2,046.60 | 883,777.50 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,003.20 | 559,694.50 |
| | | | **TOTALS** | **3,747.80** | **$ 1,728,905.00** |

{11817364:1}