# EXHIBIT A

## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Adele Silverman Rev. Trust Adele Silverman, Trustee | 004989 | 4079 | Pro Se Filing | Adele Silverman Trustee Adele Silverman Rev Trust | 1ZB459 |
| Alan English and Rita English JT WROS | 002132 | 681 | Phillips Nizer LLP | Alan English and Rita English J/T WROS | 1ZA220 |
| Alan English and Rita English JT WROS | 002132 | 719 | Phillips Nizer LLP | Alan English and Rita English J/T WROS | 1ZA220 |
| Alan H Rosenthal and Linda S Rosenthal | 005114 | 611 | Phillips Nizer LLP | Alan H Rosenthal & Linda S Rosenthal Ten By The Entirety | 1CM246 |
| Alexandra Story and Kent Kilroe JT WROS | 004959; 004960 | 818 | Bonnie S. Josephs | Alexandra Story and Kent Kilroe JT WROS | 1ZB489 |
| Alice Schindler | 001146 | 2058 | Pro Se Filing | Alice Schindler | 1ZA294 |
| Annette Jungreis And Irving Jungreis Trustees Annette Jungreis Trust 5/13/93 | 005059 | 572 | Phillips Nizer LLP | Annette Jungreis and Irving Jungreis Trustees Annette Jungreis Trust 5/13/93 | 1ZB303 |
| Atherton Family Trust; Virginia H Atherton As Tstee | 001334 | 727 | Pro Se Filing | Atherton Family Trust Virginia H Atherton as Tstee | 1ZA414 |
| Barbara Engel | 000868 | 2693 | Becker & Poliakoff, LLP | Barbara Engel | 1E0111 |
| Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatrice Wexelbaum, Trustee | 002518 | 2223 | Snow Becker Krauss P.C. | Beatrice Wexelbaum Rev Trust Dtd 5/6/1981 Casa Del Mar | 1ZB476 |
| Beryl Stevens Rev Trust Dtd 9/8/05 Et Al T.I.C | 006214 | 1043 | Pro Se Filing | Beryl Stevens Rev Trust Dtd 9/8/05 Et Al T.I.C | 1ZA245 |
| Bonnie Webster | 006225; 100101 | 1843 | Phillips Nizer LLP | Bonnie T Webster | 1W0039 |
| Brad E Avergon & Cynthia B Avergon JT WROS | 000264 | 510 | Phillips Nizer LLP | Brad E Avergon & Cynthia B Avergon J/T WROS | 1ZB094 |
| Bridgewater Pension Tstees & A Marshal As Trustees; Pathfinder Private Pension | 001510 | 1127 | Pro Se Filing | Bridgewater Pension Tstees & A Marshal as Trustees Pathfinder Private Pension | 1FN043 |
| Brody Family Limited Partnership #1 | 003183 | 745 | Pro Se Filing | Brody Family Ltd Partnership #1 C/O Hilda Brody | 1ZB311 |
| C & L Brodsky Family Trust Dated 5/17/05 | 004250; 100127 | 663 | Pro Se Filing | Lewis C Brodsky & Cathy Brodsky Tstees, C & L Brodsky Fam Tst Dtd 5/17/05 | 1ZA686 |
| Cindy Giammarrusco, Trustee Of Trust FBO Lindsay Tsumpes | 010277 | 2145 | Caldwell, Leslie & Proctor, PC | The Olesky Granddaughters Tst FBO Lindsay Tsumpes C/O Cindy Giammarrusco | 1EM462 |
| Cynthia Arenson & Theodore Arenson J/T WROS | 000241 | 675 | Phillips Nizer LLP | Cynthia Arenson & Theodore Arenson J/T WROS | 1ZA020 |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Daren Weeks Fryburg | 003243 | 2493 | Pro Se Filing | Daren Weeks Fryburg | 1F0107 |
| David N Glodstein & Susan L Glodstein J/T WROS | 005069 | 508 | Phillips Nizer LLP | David N Glodstein & Susan L Glodstein J/T WROS | 1ZA496 |
| David Schwartzman | 004155 | 2350 | Greene Espel PLLP | Millennium Trust Company, LLC FBO David Schwartzman (120717) | 1S0543 |
| Davina Greenspan Lori Friedman JT WROS | 001974; 008425 | 864 | SNR Denton US LLP | Davina Greenspan Lori Friedman JT WROS 84 Compayne Grd, The Garden Flt | 1ZA194 |
| Denton Family Irrevocable Trust, Elln Leeds And Susan Labriola Trustees | 006177 | 1872 | Phillips Nizer LLP | Denton Family Irrevocable Tst Dtd 9/6/06 Susan D Labriola and Ellen Leeds Trustees | 1CM038 |
| Diana P Victor | 006047 | 1143 | Dewey & LeBoeuf LLP | Diana P Victor | 1ZA126 |
| E Marshall Comora | 000367 | 561 | Pro Se Filing | E Marshall Comora | 1C1255 |
| Elaine Glodstein Rev Trust DTD 11/13/97 | 004077 | 643 | Phillips Nizer LLP | Elaine Glodstein Rev Tst Dtd 11/13/97 Sidney Glodstein and Elaine Glodstein Ttees | 1ZA415 |
| Eric F. Salzman, General Partner of Black River Associates LP | 006048 | 2184 | Pro Se Filing | Black River Associates LP Attn Arnold Saltzman | 1CM795 |
| Estate of William A. Forrest & Kathleen Forrest TIC | 002310 | 1084 | Phillips Nizer LLP | Estate of William A Forrest & Kathleen Forrest TIC | 1F0136 |
| Ethel L Chambers (IRA) | 000170 | 2270 | Pro Se Filing | Millennium Trust Company, LLC FBO Ethel L Chambers (062402) | 1ZR274 |
| Eugene Stern and Arlene Stern | 003285 | 2377 | Becker & Poliakoff, LLP | Eugene Stern & Arlene Stern J/T WROS | 1S0288 |
| FBO S James Chambers (120496) | 000169 | 2270 | Pro Se Filing | Millennium Trust Company, LLC FBO S James Chambers (120496) | 1ZR275 |
| FBO Trust Arthur L. Felsen | 005726 | 2024 | Greene Espel PLLP | Millennium Trust Company, LLC FBO Arthur L Felsen (113312) | 1F0159 |
| Feiner Living Trust | 005552; 100125 | 750 | Pro Se Filing | Phyllis Feiner Harvey Feiner Trustees Feiner Living Trust | 1ZB241 |
| Glenn Rechler and Tracey Weaver | 007218; 007504 | 2839 | Becker & Poliakoff, LLP | Glen Rechler and Tracey Weaver J/T WROS 10 Meadowbank | 1R0242 |
| Gretchen R. Dinin 2001 Trust Charles W Robins Trustee | 002366 | 4075 | Weil, Gotshal & Manges LLP | Gretchen R Dinin 2001 Trust Charles W Robins Tstee C/O Weil Gotshal & Manges LLP | 1D0066 |
| Gross Associates C/O Herb Gross | 002972 | 684 | Phillips Nizer LLP | Gross Associates C/O Herb Gross | 1ZA170 |
| Gross Associates C/O Herb Gross | 002972 | 942 | Phillips Nizer LLP | Gross Associates C/O Herb Gross | 1ZA170 |
| Henry Siegman Susan Einsenstat J/T WROS | 008249 | 1181 | Phillips Nizer LLP | Henry Siegman Susan Eisenstat J/T WROS | 1S0425 |
| Howard Glass | 000825 | 2512 | Pro Se Filing | Howard J Glass | 1G0271 |
| Irving Jungreis And Annette Jungreis Trustees; Irving Jungreis Trust 5/13/93 | 005057 | 573 | Phillips Nizer LLP | Irving Jungreis and Annette Jungreis Trustees Irving Jungreis Trust 5/13/93 | 1ZB304 |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| James & Barbara Prochilo | 004559 | 5848 | Becker & Poliakoff, LLP | Peerstate Equity Fund L P  C/O Robert N Getz | 1ZB295 |
| Joanne & Glenn Goldstein | 007455; 008475 | 2524 | Pro Se Filing | Glenn Stuart Goldstein & Joanne T Goldstein J/T WROS | 1G0263 |
| John Cohlan Iv | 001953; 009130 | 296 | Pro Se Filing | John Cohlan  C/O Margartaville Holdings | 1C1323 |
| Joseph Wexelbaum Trust B, Beatrice Wexelbaum Trustee | 002532 | 2222 | Snow Becker Krauss P.C. | Joseph Wexelbaum Trust B Beatrice Wexelbaum Trustee Casa Del Mar | 1ZB477 |
| Judith Kalman & Daniel Kalman TIC | 002462; 002503 | 506 | Pro Se Filing | Judith Kalman and Daniel Kalman  TIC | 1ZG032 |
| Kerry A. Unflat, as administratrix of Estate of M. Michael Unflat | 005099 | 2055 | DUANE MORRIS LLP | Millennium Trust Company, LLC FBO M Michael Unflat (111683) | 1U0016 |
| Lawrence Roth and Jeannette Roth | 011378 | 2378 | Becker & Poliakoff, LLP | Lawrence Roth & Jeannette Roth TIC | 1R0159 |
| Leonard Forrest Rev Trust | 000299 | 700 | Phillips Nizer LLP | Leonard Forrest Rev Trust Dtd 1/29/99 Leonard Forrest Marjorie Forrest Trustees | 1ZA013 |
| Leonard Forrest Rev Trust | 000299 | 721 | Phillips Nizer LLP | Leonard Forrest Rev Trust Dtd 1/29/99 Leonard Forrest Marjorie Forrest Trustees | 1ZA013 |
| M&M in M LLC | 007929 | 3531 | Becker & Poliakoff, LLP | M & M In M LLC C/O Donald Rechler Reckson Associates | 1M0183 |
| Marjorie Forrest Rev Trust; Dtd 1/29/99 Marjorie Forrest; Leonard Forrest Truste | 000520 | 1064 | Phillips Nizer LLP | Marjorie Forrest Rev Trust Dtd 1/29/99 Marjorie Forrest Leonard Forrest Trustees | 1ZB113 |
| Mark Rechler And Jacqueline Rechler | 004305 | 4459 | Becker & Poliakoff, LLP | Mark Rechler & Jacqueline Rechler J/T WROS | 1R0086 |
| Marshall Warren Krause | 000068 | 911 | Pro Se Filing | Marshall Warren Krause | 1ZA159 |
| Marvin Englebardt Retirement Plan | 000318 | 699 | Phillips Nizer LLP | Marvin Englebardt Ret Plan | 1ZA041 |
| Marvin J Plateis Or Reoberta Plateis J/T WROS | 000319 | 691 | Phillips Nizer LLP | Marvin J Plateis or Roberta Plateis J/T WROS | 1ZA210 |
| Michael Epstein & Joan B Epstein J/T WROS | 005707 | 682 | Phillips Nizer LLP | Michael Epstein & Joan B Epstein J/T WROS | 1ZB471 |
| Miller Trust Partnership | 002293 | 688 | Phillips Nizer LLP | Miller Trust Partnership  C/O Martin Miller | 1ZA260 |
| Miriam Cantor Siegman | 015350; 100412 | 1029 | Phillips Nizer LLP | Miriam Cantor Siegman | 1S0259 |
| Mishkin Family Trust | 004174 | 608 | Phillips Nizer LLP | Mishkin Family Trust | 1ZA030 |
| Mitchell Rechler and Deborah Rechler | 004178 | 4460 | Becker & Poliakoff, LLP | Mitchell Rechler & Deborah Rechler J/T WROS C/O April Manalang | 1R0106 |
| Nancy Dver Cohen Rev Tst Dtd 11/20/00 Nancy Dver-Cohen And Ralph H Cohen Tstees | 001893 | 833 | Phillips Nizer LLP | Nancy Dver Cohen Rev Tst Dtd 11/20/00 Nancy Dver-Cohen and Ralph H Cohen Tstees | 1ZA896 |
| NTC & Co FBO Maria Barone | 013181 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Maria Barone (21432) | 1ZW049 |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & Co. Fbo Dale Ellen Leff | 012941 | 862 | Schulte Roth & Zabel LLP | Millennium Trust Company, LLC FBO Dale Ellen Leff (07372) | 1L0082 |
| NTC & Co. FBO Edwin J Cline | 010187 | 846 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Edwin J Cline (98579) | 1ZR168 |
| NTC & Co. FBO Ellen Bernfeld | 002194 | 845 | Phillips Nizer LLP | NTC & Co. FBO Ellen Bernfeld (112796) | 1B0221 |
| NTC & Co. FBO Ellen Bernfeld | 002194 | 2324 | Becker & Poliakoff, LLP | NTC & Co. FBO Ellen Bernfeld (112796) | 1B0221 |
| NTC & Co. FBO Jeffrey Shankman (111772) | 002908 | 1028 | Phillips Nizer LLP | NTC & Co. FBO Jeffrey Shankman (111772) | 1S0277 |
| NTC & Co. Fbo Jerry Lawrence (85442) | 004005 | 1783 | Pro Se Filing | Millennium Trust Company, LLC FBO Jerry Lawrence (85442) | 1ZR091 |
| NTC & Co. Fbo Marshall Warren Krause (944531) | 000082 | 1071 | Pro Se Filing | Millennium Trust Company, LLC FBO Marshall Warren Krause (944531) | 1ZR256 |
| NTC & Co. Fbo Robert F Gammons | 008859 | 821 | Pro Se Filing | Millennium Trust Company, LLC FBO Robert F Gammons (96462) | 1ZR138 |
| NTC & Co. FBO Vincenzo Barone | 013180 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Vincenzo Barone (21431) | 1ZR132 |
| Olga Krakauer & Peter Benzaia JT WROS | 000864; 001892; 008916 | 847 | Phillips Nizer LLP | Olga Krakauer & Peter Benzaia JT WROS | 1ZA451 |
| P&M Joint Venture, and Ellen Bernfeld and Marilyn Bernfeld | 001843 | 2692 | Becker & Poliakoff, LLP | P & M Joint Venture | 1EM239 |
| Pauline Silverstein Rev Trust Uad 4/7/86 Robert Silverstein Trustee | 010657 | 1021 | Pro Se Filing | Pauline Silverstein Rev Trust Uad 4/7/86 Robert Silverstein Trustee | 1ZB594 |
| Pearson Family Partnership C/O Lynn Weiner | 000015 | 1786 | Ellen H. Kanner, Esq | Pearson Family Partnership C/O Lynn Weiner | 1ZB447 |
| Penney P Burnett | 006274; 006978 | 324 | Pro Se Filing | Penney P Burnett | 1CM716 |
| Philip E. Miller and Steven A. Miller | 000620 | 2370 | Becker & Poliakoff, LLP | Philip E Miller Steven A Miller TIC | 1M0187 |
| R R Rosenthal Associates | 000206 | 724 | Phillips Nizer LLP | R R Rosenthal Associates | 1ZA238 |
| Rabb Partners | 008703; 008805 | 2074 | Becker & Poliakoff, LLP | Rabb Partners | 1CM554 |
| Renee Robinow Soskin | 004543 | 1771 | PRO SE FILING | Millennium Trust Company, LLC FBO Renee Robinow Soskin (112365) | 1S0404 |
| Richard Laratro | 009483 | 3536 | Milberg LLP | Gettinger Management LLC Profit Sharing Plan | 1G0386 |
| Risa E. Zucker | 001082 | 1983 | Pro Se Filing | Risa Zucker Trustee U/A/D 12/12/06 | 1ZA262 |
| Robert Andelman and Elizabeth Andelman JT WROS | 000412 | 954 | Pro Se Filing | Robert Andelman & Elizabeth P Andelman JT WROS | 1ZA266 |
| Robert Avergon and Jacqueline Avergon JT WROS | 000225 | 677 | Phillips Nizer LLP | Robert Avergon Jacqueline Avergon JT WROS | 1ZB095 |
| Robert Berzner and Jane Berzner TIC | 002196 | 598 | Pro Se Filing | Robert Berzner and Jane Berzner TIC | 1ZA809 |
| Robert Denerstein | 000903 | 2480 | Pro Se Filing | Robert L Denerstein | 1D0064 |
| Robert Harmatz | 002966 | 2526 | Pro Se Filing | Robert A Harmatz | 1H0114 |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Robert J Vogel &/Or Barbara J Vogel J/T WROS | 001002 | 424 | Phillips Nizer LLP | Robert J Vogel &/Or Barbara J Vogel J/T WROS | 1ZA931 |
| Ronald Joseph and Marie Elsie Joseph | 009675 | 2419 | Pro Se Filing | Madeleine Faustin Joseph | 1J0020 |
| Ronald Joseph and Marie Elsie Joseph | 009675 | 13076 | The Law Offices of Marjory Cajoux | Madeleine Faustin Joseph | 1J0020 |
| Ronald Joseph and Marie Elsie Joseph | 001321 | 2842 | The Law Offices of Marjory Cajoux | Maggie Faustin | 1J0034 |
| Ronald Joseph And Marie Elsie Joseph | 006050 | 3248 | The Law Offices of Marjory Cajoux | Maggie Faustin | 1J0034 |
| Ronald Lazarus & Linda Lazarus JT/WROS | 008590; 100194 | 1174 | Phillips Nizer LLP | Ronald Lazarus & Linda Lazarus JT/WROS | 1ZB519 |
| Rosalyn Schwartzman | 003557 | 2787 | Greene Espel PLLP | Rosalyn P Schwartzman David Schwartzman Trustees Rosalyn P Schwartzman | 1EM184 |
| Ruth Wilk and Elliot Wilk WROS | 013289 | 2814 | Pro Se Filing | Ruth Wilk or Elliot Wilk WROS | 1W0040 |
| S James Chambers | 000168 | 2270 | Pro Se Filing | Millennium Trust Company, LLC FBO S James Chambers (124604) | 1ZR337 |
| Sam Preffer and Shirley Preffer and Pamela Preffer TIC | 000881 | 610 | Phillips Nizer LLP | Sam Preffer and Shirley Preffer and Pamela Preffer T/I/C | 1ZA087 |
| Sheryl Weinstein & Ronald Weinstein J/T WROS | 006842 | 901 | Phillips Nizer LLP | Sheryl Weinstein & Ronald Weinstein J/T WROS | 1W0049 |
| SMT Investors LLC | 015843 | 3651 | Pro Se Filing | SMT Investors LLC Bernard H Mendik Co LLC | 1CM827 |
| Sondra Feinberg Norman Feinberg JT WROS | 001017; 012144 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0189 |
| Sondra Feinberg Norman Feinberg JT WROS | 001018; 012145 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0141 |
| Steven C. Schupak | 002977 | 3503 | Becker & Poliakoff, LLP | NTC & Co. FBO Steven C Schupak (096898) | 1ZR332 |
| Steven Kurland or Renee Kurland J/T WROS | 002365 | 999 | Pro Se Filing | Steven Kurland or Renee Kurland J/T WROS | 1ZA575 |
| The Allen Family Trust | 000105 | 639 | Phillips Nizer LLP | The Allen Family Trust Dated 11/30/89 | 1CM406 |
| The Allen Family Trust | 000105 | 3051 | Becker & Poliakoff, LLP | The Allen Family Trust Dated 11/30/89 | 1CM406 |
| The Breier Group | 006449 | 1023 | Phillips Nizer LLP | The Breier Group | 1ZA098 |
| The D Stone Industries Inc. Profit Sharing Plan | 014303 | 3095 | Becker & Poliakoff, LLP | D Stone Industries Inc Profit Sharing Plan | 1S0201 |
| The Gaba Partnership | 002307 | 640 | Phillips Nizer LLP | The Gaba Partnership Po Box 25 | 1ZA901 |
| The George Jacobs Trust, Howard S Jacobs Trustee | 001966 | 2036 | Pro Se Filing | George Jacobs Tst Dtd 12/88 George Jacobs Ttee | 1CM090 |
| The Lawrence Family Trust, George Lawrence and Theresa Lawrence, Trustees | 003372 | 2444 | Becker & Poliakoff, LLP | Lawrence Family Trust George Lawrence & Theresa Lawrence TIC Tstees | 1L0128 |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| The Northeast Investment Club | 000361 | 2475 | Becker & Poliakoff, LLP | Northeast Investment Club | 1ZB123 |
| The Stanford Harwood Family Limited Partnership | 005665 | 571 | Phillips Nizer LLP | The Sanford Harwood Family Limited Partnership | 1ZB353 |
| Timothy Shawn Teufel And Valerie Anne Teufel, Co-Trustees U/T/D 5/24/95 | 001996 | 2038 | Becker & Poliakoff, LLP | Timothy Shawn Teufel and Valerie Anne Teufel Co-Trustees U/T/D 5/24/95 | 1KW143 |
| Toby Lees | 002918 | 3003 | Becker & Poliakoff, LLP | Toby Lees | 1KW448 |
| Vincent A Barone Partnership | 001164 | 929 | Pro Se Filing | Vincent A Barone Partnership | 1ZB438 |
| WDG Associates Inc. Retirement Trust | 002036 | 616 | Phillips Nizer LLP | Wdg Associates Inc Retirement Trust C/O Jacqueline Green | 1ZA538 |
| Wilansky Family Fund: Steven David And Barry Wilansky | 000509 | 1874 | Phillips Nizer LLP | Wilansky Family Fund C/O Steven Wilansky | 1ZA330 |
| Wilk Investment Club | 005991 | 928 | Pro Se Filing | Wilk Investment Club | 1W0085 |
| William Pressman | 003837 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |
| Wohl George Partners LP | 003963 | 695 | Phillips Nizer LLP | Wohl George Partners LP | 1ZB430 |