Baker & Hostetler LLP                        Hearing Date: August 26, 2020
45 Rockefeller Plaza                         Hearing Time: 10:00 a.m. (EST)
New York, New York 10111                     Objection Deadline: August 19, 2020
Telephone: (212) 589-4200                    Time: 4:00 p.m. (EST)
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**AMENDED NOTICE OF HEARING ON APPLICATIONS FOR INTERIM
COMPENSATION FOR SERVICES RENDERED AND REIMBURSEMENT
OF ACTUAL AND NECESSARY EXPENSES INCURRED BY APPLICANTS
FROM DECEMBER 1, 2019 THROUGH MARCH 31, 2020**

**PLEASE TAKE NOTICE**, that on **August 26, 2020 at 10:00 a.m.**, a hearing (the

"Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge,

at the United States Bankruptcy Court, Southern District of New York, One Bowling Green, Courtroom 723, New York, New York 10004, on the applications for interim compensation for services rendered and reimbursement of actual and necessary expenses incurred by applicants from December 1, 2019 through March 31, 2020 (the "Applications") of the following parties:

### FEES REQUESTED[1]

| Applicants[2] | | |
|---|---|---|
| Irving H. Picard, Esq., SIPA Trustee<br>Baker & Hostetler LLP, Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>90%:<br>Expenses:<br>Holdback Release: | $28,430,150.31<br>$25,587,135.29<br>$365,619.13<br>$10,286,123.81 |
| | | |
| Schiltz & Schiltz<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $178,715.43<br>$142,972.34<br>$11,616.50<br>$61,175.17 |
| | | |
| Soroker Agmon Nordman<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $640,414.93<br>$599,428.38<br>$26,123.82<br>$313,630.99 |
| | | |
| Graf & Pitkowitz Rechtsanwälte GmbH<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $109,903.08<br>$87,922.47<br>$9.55<br>$77,614.83 |
| | | |
| Young Conaway Stargatt & Taylor, LLP<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $87,297.62<br>$69,838.10<br>$6,277.09<br>$31,390.62 |
| | | |
| Windels Marx Lane & Mittendorf<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $1,728,905.00<br>$1,383,124.00<br>$9,011.37<br>$1,180,144.76 |

[1] All Applicants have agreed to apply a 10% public interest discount to their normal billable rates. All Applicants have also agreed to a holdback (10% of fees for Trustee and Baker & Hostetler and 20% of fees for all other Applicants), which amount is to be deferred through the conclusion of the liquidation period or until further order of the Court.

[2] A Notice of Hearing was previously filed on July 9, 2020. (ECF No. 19619). On July 13, 2020, the Final Application of Higgs & Johnson (Formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2019 through March 31, 2020 and For Release of Fees Previously Held Back was filed with this Court. (ECF No. 19626). The Amended Notice of Hearing reflects an additional Applicant, Higgs & Johnson, and the interim compensation requested by such Applicant.

| | | |
|---|---|---|
| Browne Jacobson, LLP<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $84,190.74<br>$67,352.59<br>$7,163.62<br>$409,446.39 |
| Eugene F. Collins<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $11,969.95<br>$9,575.96<br>$109.46<br>$12,814.33 |
| Robbins, Russell, Englert, Orseck, Untereiner &<br>Sauber LLP<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $155,588.00<br>$124,470.40<br>$1,312.12<br>$62,961.71 |
| The Scaletta Law Firm, PLLC<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $18,067.99<br>$14,454.39<br>$0<br>$9,450.32 |
| SCA Creque<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$15,732.76 |
| Ritter Schierscher Rechtsanwalte<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$947.84 |
| Kelley, Wolter & Scott, P.A.<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $0<br>$0<br>$0<br>$732.86 |
| Werder Vigano<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $332.50<br>$266.00<br>$0<br>$2,494.48 |
| UGGC & Associes<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $53,295.18<br>$42,636.14<br>$0<br>$58,608.22 |
| Higgs & Johnson<br>Special Counsel to the Trustee<br>(December 1, 2019 through March 31, 2020) | Fees:<br>80%:<br>Expenses:<br>Holdback Release: | $1,401.20<br>$0<br>$101.81<br>$24,396.49 |

**PLEASE TAKE FURTHER NOTICE**, that copies of the Applications will be on file with, and may be reviewed and downloaded from, the United States Bankruptcy Court website www.nysb.uscourts.gov by registered users of PACER. Copies may also be obtained by contacting counsel to the Trustee in writing at Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq.

**PLEASE TAKE FURTHER NOTICE**, that objections or answering papers to the Applications, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and a copy served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; and (b) the Securities Investor Protection Corporation, 1667 K Street, NW, Suite 1000, Washington, DC 20006-1620, Attn: Kevin H. Bell, Esq., no later than **4:00 p.m. on August 19, 2020**.

**PLEASE TAKE FURTHER NOTICE**, that you need not appear at the Hearing if you do

not object to the relief requested in the Applications.

Dated:  New York, New York
       July 13, 2020

Respectfully submitted,

*/s/ David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
Email: ipicard@bakerlaw.com
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*