**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                Plaintiff-Applicant,<br>     v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>              Plaintiff,<br>     v.<br>Edward A. Zraick, Jr., *et al.*,<br>              Defendants. | Adv. Pro. No. 10-05257 (SMB) |

**SECOND STIPULATION AND ORDER EXTENDING TIME FOR ZRAICK DEFENDANTS TO DEPOSE TRUSTEE'S EXPERTS BRUCE G. DUBINSKY AND LISA M. COLLURA ON THEIR SUPPLEMENTAL REPORTS**

Irving H. Picard, as trustee (the "Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC and under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca, and Karen Rich (collectively, "Defendants"), by and through their counsel Hunton Andrews Kurth LLP, hereby stipulate and agree as follows:

## RECITALS

A.  On March 4, 2020, the above-referenced adversary proceeding was referred to mediation;

B.  On March 20, 2020, the Court entered the Order Denying Zraick Defendants' Motion *In Limine* To Strike The Supplemental Expert Reports Of Bruce G. Dubinsky And Lisa M. Collura (ECF No. 130) providing, among other things, that Defendants may depose the Trustee's experts Bruce G. Dubinsky and Lisa M. Collura on their supplemental expert reports on or before May 19, 2020 (the "Supplemental Expert Deposition Deadline");

C.  The parties and the mediator reached a settlement in principle and entered into a prior stipulation extending the Supplemental Expert Deposition Deadline by sixty days, through and including July 18, 2020, to allow the parties to finalize the prospective settlement, which stipulation was so-ordered by the Court (ECF No. 131); and

D.  The parties are continuing to finalize the prospective settlement and desire to extend the Supplemental Expert Deposition Deadline by an additional thirty days, through and including August 17, 2020.

## AGREEMENT

NOW THEREFORE, it is hereby stipulated and agreed that:

1.  The Supplemental Expert Deposition Deadline is hereby extended by thirty (30) days, through and including August 17, 2020.

2.  This Court shall retain exclusive jurisdiction over the enforcement, implementation, and interpretation of this Order.

Dated: July 14, 2020

| **BAKER & HOSTETLER LLP** | **HUNTON ANDREWS KURTH LLP** |
|---|---|
| */s/ Maximillian S. Shifrin* | */s/ Robert A. Rich* |
| Nicholas J. Cremona | Peter S. Partee, Sr. |
| Maximillian S. Shifrin | Robert A. Rich |
| 45 Rockefeller Plaza | 200 Park Avenue |
| New York, New York 10111 | New York, New York 10166 |
| (212) 589-4200 | (212) 309-1000 |
| Email: nremona@bakerlaw.com | Email: rrich2@huntonak.com |
| *Counsel for Trustee* | *Counsel for Defendants* |

SO ORDERED this **14th** day of July 2020

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE