**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )       ss:
COUNTY OF DALLAS          )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1.    I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.    I am over the age of eighteen years and am not a party to the above-captioned action.

3.    On July 15, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1.    **TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OMNIBUS PROCEDURES FOR THE ADJUDICATION OF OBJECTIONS TO THE TRUSTEE'S CLAIMS DETERMINATIONS THAT APPEAR TO RAISE FACTUAL ISSUES; AND (II) AUTHORIZING THE TRUSTEE TO FILE SUBSTANTIVE MOTIONS TO AFFIRM HIS CLAIMS DETERMINATIONS AND OVERRULE SUCH OBJECTIONS ON AN OMNIBUS BASIS (Docket Number 19622)**

2.    **DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OMNIBUS PROCEDURES FOR THE ADJUDICATION OF OBJECTIONS TO THE**

TRUSTEE'S CLAIMS DETERMINATIONS THAT APPEAR TO RAISE
FACTUAL ISSUES; AND (II) AUTHORIZING THE TRUSTEE TO FILE
SUBSTANTIVE MOTIONS TO AFFIRM HIS CLAIMS DETERMINATIONS
AND OVERRULE SUCH OBJECTIONS ON AN OMNIBUS BASIS
**(Docket Number 19623)**

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S MOTION FOR
ENTRY OF AN ORDER (I) ESTABLISHING OMNIBUS PROCEDURES FOR
THE ADJUDICATION OF OBJECTIONS TO THE TRUSTEE'S CLAIMS
DETERMINATIONS THAT APPEAR TO RAISE FACTUAL ISSUES; AND
(II) AUTHORIZING THE TRUSTEE TO FILE SUBSTANTIVE MOTIONS
TO AFFIRM HIS CLAIMS DETERMINATIONS AND OVERRULE SUCH
OBJECTIONS ON AN OMNIBUS BASIS
**(Docket Number 19624)**

Executed on July 16, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this 16ᵗʰ day of July, 2020



(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| Bonnie S. Josephs | Bonnie S. Josephs | 1776 Broadway, 21st Floor | New York | NY | 10019 | USA | Counsel |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| SNR Denton US LLP | Carole Neville | 1221 Avenue of the Americas | New York | NY | 10020 | USA | Counsel |
| Weil, Gotshal & Manges LLP | CHARLES W ROBINS | 100 Federal Street,  34th Floor | Boston | MA | 02110 | USA | Counsel |
| Caldwell, Leslie & Proctor, PC | Christopher G. Caldwell | 1000 Wilshire Boulevard, Suite 600 | Los Angeles | CA | 90017-2463 | USA | Counsel |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| Kachroo Legal Services | Dr. Gaytri D. Kachroo | 225R Concord Avenue | Cambridge | MA | 02138 | USA | Counsel |
| | | | | | | | Claimant |
| Ellen H. Kanner, Esq | Ellen H. Kanner, Esq | 175 W. 12th Street, Apt. 11C | New York | NY | 10011 | USA | Counsel |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | USA | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | USA | Counsel |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| | | | | | | | Claimant |
| Milberg LLP | Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | USA | Counsel |
| | | | | | | | Claimant |
| Greene Espel PLLP | Lawrence M. Shapiro and Mark L. Johnson | 200 South Sixth Street, Suite 1200 | Minneapolis | MN | 55402 | USA | Counsel |
| | | | | | | | Claimant |

Exhibit Ar

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Schulte Roth & Zabel LLP | Marcy R. Harris | 919 Third Avenue | New York | NY | 10022 | USA | Counsel |
|  |  |  |  |  |  |  | Claimant |
| Madoff Claimants | 406 Atlantic Avenue |  | Brooklyn | NY | 11217 | USA | Counsel |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
| Snow Becker Krauss P.C. | Michael Wexelbaum | 605 Third Ave. 25th Floor | New York | NY | 10158-0125 | USA | Counsel |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
| DUANE MORRIS LLP | PATRICIA H. HEER | 1540 BROADWAY | New York | NY | 10036-4086 | USA | Counsel |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
| Dewey & LeBoeuf LLP | Seth C. Farber | 1301 Avenue of the Americas | New York | NY | 10019-6092 | USA | Counsel |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |
|  |  |  |  |  |  |  | Claimant |