**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>JOAN ROMAN,<br><br>       Defendant. | Adv. Pro. No. 10-04302 (SMB) |

**ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL**

  Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant, Joan Roman, (the "Defendant"); and due and sufficient notice of the Application having been given; and the Court having reviewed all pleadings and other papers filed in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Defendant; and good and sufficient appearing therefor; it is hereby

{00044836 1 }

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendant and is hereby removed as counsel for the Defendant in this proceeding.

Dated:   August __, 2020
        New York, New York         Hon. Stuart M. Bernstein
                                                   UNITED STATES BANKRUPTCY JUDGE