**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

**Presentment Date: August 7, 2020 12:00 PM**
**Objection Date: July 31, 2020**

*Attorneys for Defendant Joan Roman*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>v.<br><br>JOAN ROMAN,<br><br>      Defendant. | Adv. Pro. No. 10-04302 (SMB) |

## CERTIFICATE OF SERVICE

  I, Helen Davis Chaitman, hereby certify that on July 17, 2020 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;

{00044837 1 }

- Declaration of Helen Davis Chaitman in Support; and

- Proposed Order,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

<u>By electronic mail and USPS First Class Mail upon:</u>

Joan Roman joanellen523@aol.com
11140 Mandalay Way
Boynton Beach, FL 33437

<u>By electronic mail upon:</u>

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   July 17, 2020                         */s/ Helen Davis Chaitman*
         New York, New York

{00044837 1 }                                2