UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                                           )  ss:
COUNTY OF DALLAS     )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On July 17, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. **TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OMNIBUS PROCEDURES FOR THE ADJUDICATION OF OBJECTIONS TO THE TRUSTEE'S CLAIMS DETERMINATIONS THAT APPEAR TO RAISE FACTUAL ISSUES; AND (II) AUTHORIZING THE TRUSTEE TO FILE SUBSTANTIVE MOTIONS TO AFFIRM HIS CLAIMS DETERMINATIONS AND OVERRULE SUCH OBJECTIONS ON AN OMNIBUS BASIS (Docket Number 19622)**
2. **DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OMNIBUS PROCEDURES FOR THE ADJUDICATION OF OBJECTIONS TO THE**

TRUSTEE'S CLAIMS DETERMINATIONS THAT APPEAR TO RAISE FACTUAL ISSUES; AND (II) AUTHORIZING THE TRUSTEE TO FILE SUBSTANTIVE MOTIONS TO AFFIRM HIS CLAIMS DETERMINATIONS AND OVERRULE SUCH OBJECTIONS ON AN OMNIBUS BASIS (Docket Number 19623)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S MOTION FOR ENTRY OF AN ORDER (I) ESTABLISHING OMNIBUS PROCEDURES FOR THE ADJUDICATION OF OBJECTIONS TO THE TRUSTEE'S CLAIMS DETERMINATIONS THAT APPEAR TO RAISE FACTUAL ISSUES; AND (II) AUTHORIZING THE TRUSTEE TO FILE SUBSTANTIVE MOTIONS TO AFFIRM HIS CLAIMS DETERMINATIONS AND OVERRULE SUCH OBJECTIONS ON AN OMNIBUS BASIS (Docket Number 19624)

Executed on July 17, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this 17th day of July, 2020

(SEAL)

SUSAN CROUCH WEAVER
Notary ID #408918
My Commission Expires
April 18, 2023

_____
Susan Crouch-Weaver
Notary Public

2

# Exhibit A

Exhibit A

7/17/2020

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | Claimant |