**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   *Plaintiff,*<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>   *Defendant.* | Adv. Pro. No. 08-01789 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   *Plaintiff,*<br><br>v.<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>   *Defendant.* | Adv. Pro. No. 11-02929 (SMB) |

## [SO ORDERED] STIPULATION OF SUBSTITUTION OF COUNSEL

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of Milbank LLP hereby withdraws its appearance as counsel, and the law firm of Wuersch & Gering LLP hereby enters its appearance as substitution counsel, for defendant LGT Bank in Liechtenstein Ltd., now known as LGT Bank AG ("**Defendant**"), in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers (including, but not limited to, pleadings, motions, applications, orders and reports) served or filed in this case shall be served upon the following:

| | |
|---|---|
| Gregory F. Hauser<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: gregory.hauser@wg-law.com | Jascha D. Preuss<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, NY 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: jascha.preuss@wg-law.com |

**PLEASE TAKE FURTHER NOTICE** that Alexander Lees and Stacey Rappaport request that they be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Defendant has knowledge of and consents to this substitution of counsel.

LGT Bank AG

By: _____
Name: Urs Gähwiler
Title: General Counsel


By: _____
Name: Patrick Hunger
Title: Head Group Legal Corporate
      & Transactions

Dated: New York, New York, July __, 2020

Respectfully submitted,

| | |
|---|---|
| /s/ Alexander Lees<br>Alexander Lees<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001-2163<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: alees@milbank.com | /s/ Gregory F. Hauser<br>Gregory F. Hauser<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: gregory.hauser@wg-law.com |
| /s/ Stacey Rappaport<br>Stacey Rappaport<br>Milbank LLP<br>55 Hudson Yards<br>New York, NY 10001-2163<br>Tel: (212) 530-5000<br>Fax: (212) 530-5219<br>Email: srappaport@milbank.com | /s/ Jascha D. Preuss<br>Jascha D. Preuss<br>Wuersch & Gering LLP<br>100 Wall Street, 10th Floor<br>New York, New York 10005<br>Tel: (212) 509-5050<br>Fax: (212) 509-9559<br>Email: gregory.hauser@wg-law.com |
| *Withdrawing Attorneys for Defendant*<br>*LGT Bank AG* | *Substituting Attorneys for Defendants*<br>*LGT Bank AG* |

The substitution of attorneys is hereby approved and SO-ORDERED.

Date: _____

_____
The Hon. Stuart M. Bernstein