**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                *Plaintiff,*<br><br>      *v.*<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                *Defendant.* | Adv. Pro. No. 08-01789 (SMB) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                *Plaintiff,*<br><br>      *v.*<br><br>LGT BANK IN LIECHTENSTEIN LTD.,<br><br>                *Defendant.* | Adv. Pro. No. 11-02929 (SMB) |

## <u>SO ORDERED STIPULATION OF SUBSTITUTION OF COUNSEL</u>

**PLEASE TAKE NOTICE** that, with the Court's consent, the law firm of Milbank LLP

hereby withdraws its appearance as counsel, and the law firm of Wuersch & Gering LLP hereby

enters its appearance as substitution counsel, for defendant LGT Bank in Liechtenstein Ltd., now

known as LGT Bank AG ("**Defendant**"), in the above-captioned proceeding.

**PLEASE TAKE FURTHER NOTICE** that copies of all notices given and all papers

(including, but not limited to, pleadings, motions, applications, orders and reports) served or filed

in this case shall be served upon the following:

Gregory F. Hauser
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, NY 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
Email: gregory.hauser@wg-law.com

Jascha D. Preuss
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, NY 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
Email: jascha.preuss@wg-law.com

**PLEASE TAKE FURTHER NOTICE** that Alexander Lees and Stacey Rappaport request that they be removed from the CM/ECF electronic notification service, official mailing matrix, and other service lists in the above-captioned proceedings.

**PLEASE TAKE FURTHER NOTICE** that the Defendant has knowledge of and consents to this substitution of counsel.

LGT Bank AG

By: /s/ Urs Gähwiler
Name: Urs Gähwiler
Title:   General Counsel

By: /s/ Patrick Hunger
Name: Patrick Hunger
Title:   Head Group Legal Corporate
           & Transactions

Dated: New York, New York, July 21, 2020

Respectfully submitted,

<table>
<tr>
<td>

/s/ Alexander Lees
Alexander Lees
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Tel: (212) 530-5000
Fax: (212) 530-5219
Email: alees@milbank.com
</td>
<td>

/s/ Gregory F. Hauser
Gregory F. Hauser
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, New York 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
Email: gregory.hauser@wg-law.com
</td>
</tr>
<tr>
<td>

/s/ Stacey Rappaport
Stacey Rappaport
Milbank LLP
55 Hudson Yards
New York, NY 10001-2163
Tel: (212) 530-5000
Fax: (212) 530-5219
Email: srappaport@milbank.com
</td>
<td>

/s/ Jascha D. Preuss
Jascha D. Preuss
Wuersch & Gering LLP
100 Wall Street, 10th Floor
New York, New York 10005
Tel: (212) 509-5050
Fax: (212) 509-9559
Email: gregory.hauser@wg-law.com
</td>
</tr>
<tr>
<td>

*Withdrawing Attorneys for Defendant*
*LGT Bank  AG*
</td>
<td>

*Substituting Attorneys for Defendants*
*LGT Bank AG          .*
</td>
</tr>
</table>

The substitution of attorneys is hereby approved and SO-ORDERED.


Date: **July 23, 2020**                    **/s/ STUART M. BERNSTEIN**
                                           The Hon. Stuart M. Bernstein