# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Nicholas J. Cremona
direct dial: 212.589.4682
ncremona@bakerlaw.com

July 27, 2020

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York  10004-1408

Re:     *Picard v. Estate of Allen Meisels*, No. 10-04428 (Bankr. S.D.N.Y.)

Dear Judge Bernstein:

We are counsel to Irving H. Picard, as trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff.  We write to advise your Honor that the parties have reached a settlement in principle and intend to memorialize the settlement within the next ten days.  Accordingly, the Rule 7056-1(a) pre-motion conference set for this Wednesday, July 29, 2020 is no longer necessary.

Respectfully submitted,

*/s/ Nicholas J. Cremona*

Nicholas J. Cremona
Partner

cc:     Helen Davis Chaitman, Esq.

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver    Houston*
*Los Angeles    New York    Orlando    Philadelphia    San Francisco    Seattle    Washington, DC*