**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF COUNSEL

**TO THE COURT, ALL PARTIES AND THEIR COUNSEL OF RECORD:**

**PLEASE TAKE NOTICE THAT** attorney David J. Eiseman of Golenbock Eiseman Assor Bell & Peskoe LLP hereby withdraws as counsel for Queensgate Foundation in Adv. Pro. No. 08-01789. Mr. Eiseman was counsel of record to Queensgate Foundation in Adv. Pro. No. 10-05077, which was settled, and a so ordered stipulation of voluntary dismissal was filed on that docket on July 21, 2016. Mr. Eiseman also requests removal from the electronic mail notification for Adv. Pro. No. 08-01789.

GOLENBOCK EISEMAN ASSOR BELL & PESKOE LLP

By: /s/ David J. Eiseman
David J. Eiseman, Esq.
711 Third Avenue
New York, New York 10017
Telephone: 212.907.7300
Facsimile: 212.754.0777
Email: deiseman@golenbock.com

*Former Attorneys for Defendant Queensgate Foundation*

3543424.1