**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 28, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1.  **10-04362; Picard v. Sage Associates, et al.;**
  **10-04400; Picard v. Sage Realty, et al.**

  A. Letter to Judge Bernstein requesting a conference concerning the Orders Setting Pretrial Deadlines and Scheduling a Final Pre-Trial Conference filed by Andrew

      B. Kratenstein on behalf of Sage Associates, Sage Realty, Malcolm H Sage, Martin A. Sage, and Ann M Sage Passer (Filed: 7/8/2020) [ECF No. 19601]

B.    Letter to Judge Bernstein in response to Defendants' counsel's letter to the Court, dated July 8, 2020 filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 7/9/2020) [ECF No. 19621]

<u>Status</u>:    This matter is going forward.

Dated: July 27, 2020
      New York, New York

Respectfully submitted,

<u>/s/ Nicholas J. Cremona</u>
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*