Page 1



1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Case No. 08-99000-smb

4   Adv. Case No. 08-01789-smb

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   In the Matter of:

7

8   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

9

10          Debtor.

11  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12  SECURITIES INVESTOR PROTECTION CORPORATION,

13               Plaintiff,

14          v.

15  BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

16               Defendant.

17  - - - - - - - - - - - - - - - - - - - - - - - - - - - x

18

19

20

21

22

23

24

25

1          United States Bankruptcy Court

2          One Bowling Green

3          New York, NY   10004

4

5          May 27, 2020

6          9:59 AM

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21   B E F O R E :

22   HON STUART M. BERNSTEIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   UNKNOWN

1     HEARING re Hearing re: Letter of Dr. Alan Melton, filed

2     Sept. 13, 2019 [ECF Doc. # 19001]

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25     Transcribed by:   Sonya Ledanski Hyde

1    A P P E A R A N C E S :

2

3    MELTON FAMILY LLC / ALAN R. MELTON et al.

4         Pro Se

5         2386 NY 59th Street

6         Boca Raton, FL 33496

7

8    BY:  ALAN R. MELTON (TELEPHONICALLY)

9

10   BAKER HOSTETLER LLP

11        Attorneys for SIPC

12        45 Rockefeller Plaza

13        New York, NY 10111

14

15   BY:  JASON BLANCHARD (TELEPHONICALLY)

16

17   ALSO PRESENT TELEPHONICALLY:

18

19   ALIX BROZMAN

20   DAVID SHEEHAN

21   KEVIN BELL

22   AMY VANDERWAL

23   JORIAN ROSE

24   JOSHUA BANKHEAD

25   ELIZABETH DOYAGA

Page 5

1                    P R O C E E D I N G S

2           THE COURT:  All right.  This is Judge Bernstein.

3    We're about to begin the calendar.  Mike, would you turn the

4    recorder on, please?

5           CLERK:  Judge, the recorder is on.

6           THE COURT:  Okay.  Thank you.

7           The first matter on the calendar is Madoff

8    relating to the claim by Dr. Melton.

9           Dr. Melton, I will hear you.  Go ahead.

10          MR. MELTON:  Thank you, Judge Bernstein, for

11   giving me this opportunity to present my case.  This all

12   arose following your decision in my mother's case, which my

13   brother and I presented to you on June 26th, 2019.  In your

14   decision, which you made on July 26th, 2019, about a month

15   later, you stated you were -- actually, you stated if the

16   transfer R account, which was my father's account, was a net

17   winner with fictitious money, the zero net equity at the

18   time of the transfer, the transfer E account receives no

19   credit.

20          I read that.  All of a sudden, I started thinking

21   and I said, wait a minute, I received one notice and one

22   notice only on Melton Family, LLC, when the Trustee sent out

23   the denied and acceptances and all the rest of that.  And

24   that was to the Melton Family, LLC.  There was a transfer --

25   a change of accounts also, a requesting of the new account

Page 6

1    also, back in 2001.  And so I started investigating and less

2    than two months later, I sent that full document in to the

3    Court with a full Word document outlining my entire

4    situation and case and my beliefs.

5            And I -- in your statement, you said there were

6    two accounts with my mother's, but two account were not

7    existing at the same time.  One ended; one started.  So,

8    based upon your ruling on my mother's, I filed my case and I

9    did extensive research and I found some files that I didn't

10   even know existed.  On -- recently on May 20th, 2002 --

11   2020, the Trustee and Alex Partners both submitted PDFs to

12   the Court.  My entire situation with this is that in 2001,

13   there was an Eleanor Melton under my social security number.

14           In the documents supplied by Alex Partners, there

15   was a folder from Madoff and Frank (indiscernible), just a

16   simple folder, and they crossed off one name, Alan Melton

17   TIC, et al., and they put Melton Family.  I mean this is a

18   $60-billion fraud, and all they did was cross off one and

19   put the other.  And they also did the same with a social

20   security number, my social security number.  And they

21   changed it to a TIN number that I had supplied them with.

22           Doing research, I mean I called and my brother had

23   mentioned this, but I recently called Fidelity, Merrill

24   Lynch, I called Bank of America, Chase, and I said, "I'm

25   giving you a TIN number, brand new, a new name.  What do you

1   do?"  And they said, "We open an account."  I said, "Is the

2   account number the same?"  They said, "Absolutely not."

3   It's all internal procedure.  It's all standard throughout

4   the country in every banking facility, in every investment

5   facility, a new number is given.

6        Madoff had two programmers on his other secret

7   floor upstairs or downstairs, wherever, running his

8   computers.  And even there was some suspicious things of

9   maybe pre-dating buys and sales.  Well, all he did was

10  change the name on my statements.  I never looked at the

11  account number.  In fact, I just went into Fidelity where I

12  have some investment accounts and a 401, and there were

13  little tiny account numbers next to them.  They're all

14  different.  I never looked at that.  I just look at the name

15  and make sure that the tax ID number is the same.

16       So, least of all, I would have suspected that an

17  account number was not changed.  It should have been changed

18  by a $60-billion fraud.  They should have changed and given

19  it a new account number.  Had they given it a new account

20  number, by all accounting principles -- and I just talked to

21  three accountants -- if the 1992 and the 2007, two simple

22  end-of-the-year statements, 2008 never ended, but 2007 ended

23  and 1992 was there.

24       Had the investigation of the money in and money

25  out of how much was put in and how much was taken out, those

Page 8

1    statements -- just two of them -- on every single account

2    were looked at, if the TIN were the same from 1992 and 2007,

3    fine.  Then the net equity of the Trustee would be hold up

4    -- would be acceptable.  If they didn't hold, every single

5    person said, every accountant said, there's fishiness here.

6    We have to drill down and we have to see what's going on and

7    -- pardon me -- but we have to see what's going on.  And

8    they would have seen and discovered that there was a

9    transfer.  And the transfer was made in 2001.

10          The actual LLC was formed in May of 2001,

11   according to State of Connecticut.  And it was then put into

12   -- in September of 2001.  So between 2001 and 2002, the end-

13   of-the-year statements reflected those changes but no

14   account number change.  When I looked through those

15   documents that were submitted by Alex Partners and the

16   Trustee recently May 20th, Alex Partners just went back with

17   the statements from 2008, '07, '06, '05, '04, '03, '02 and

18   then just ignored everything before that like Alan Melton,

19   TIC, never existed.

20          When Alan Melton, TIC, existed, there was a net

21   positive equity of either 465,000 in cash, forgetting about

22   fictitious because we've eliminated that and we've

23   eliminated all payments to the IRS.  But $465,000 was

24   deposited; $50,000 was definitely withdrawn before in 2001,

25   before it.  And then I looked back and I made one error in

Page 9

1    that $50,000 was withdrawn in between the asking Madoff in

2    September and the forming of the LLC.  So it was like -- it

3    was formed in May or June and then in July 50,000 additional

4    was taken out.  So, essentially, it had a positive net

5    equity.

6           If you take 100,000 out of 465,000, it had a

7    positive -- instead of on the chart that I submitted 415, it

8    had a positive of 365.  That was put into a brand-new

9    account.  That account was totally -- the original account

10   should have been -- if they were given separate account

11   numbers, it would have been notified by the Trustee that it

12   was a net winner -- a net loser and then the other account,

13   the transfer E account, would have started with a positive

14   net equity of 365 and would have been at the end in 2007 or

15   '08 a net winner.

16          And that is what my claim is.  And I will answer

17   any questions, but -- and then there were statements.  And I

18   see that the Trustee sent out, well, we sent out letters and

19   we sent out notices.  It just so happened that the notices

20   went out in regular mail, big packets.  We moved to Florida.

21   And I'm sorry that, you know, with all the lawyers that

22   they've employed and everybody else, that it's very simple

23   to look up addresses.  I'm pretty good at the internet.

24   I've done some very fancy things with medical.  But it's not

25   too hard to look up addresses.

Page 10

```
 1              So we never received it.  We never received that
 2    19 -- 2016 document that they claimed the post office should
 3    have returned to them or whatever.  It just sat in the house
 4    or wherever it went, but it just sat in the mailbox.
 5              THE COURT:  Sir, your --
 6              MR. MELTON:  So --
 7              THE COURT:  -- Dr. Melton in 2016, you were
 8    represented by counsel, though, weren't you?
 9              MR. MELTON:  In 2016, the only (indiscernible)--
10              THE COURT:  I thought --
11              MR. MELTON:  -- would have been (indiscernible)
12    who signed -- no, actually, I was not represented.  I was
13    represented by Milberg who had signed off way back.
14    (Indiscernible) had represented my mother's account who
15    signed off (indiscernible).
16              THE COURT:  Okay.  All right.
17              Who will speak for the Trustee?
18              MR. BLANCHARD:  Good morning, Your Honor.  Jason
19    Blanchard appearing on behalf of the Trustee, and with me on
20    the phone is my colleague Amy Vanderwal.
21              As a threshold matter, Dr. Melton lacks standing
22    to represent the interests of the Melton, LLC.  And the
23    Second Circuit, a limited liability company may not appear
24    through a non-attorney representative like Dr. Melton.
25              THE COURT:  Well, I know there's an exception for
```

Page 11

1    trusts if the person is appearing as the only beneficiary

2    and there were no creditors.  Are you saying there isn't the

3    same exception for LLCs?

4         MR. BLANCHARD:  Not to our knowledge.  In the

5    Second Circuit's decision that was cited in our papers,

6    Lattonzio, dealt with a limited liability company formed

7    under the laws of Connecticut just like the Melton Family,

8    LLC, and in it the court held that regardless of whether

9    it's a single-owned or a single-member limited liability

10   company, it cannot appear pro se.

11        THE COURT:  Go ahead.

12        MR. BLANCHARD:  And to the extent Your Honor's

13   inclined to consider the merits, as first issue, the Melton

14   TIC is not entitled to a separate claim because it failed to

15   file a claim by the bar date.  Under Cipla, the customer

16   must file a claim by the statutory bar date to be eligible

17   for a claim.  Here, that date begins to run from publication

18   of notice of commencement of the case.  That occurred on

19   January 2nd, and the bar date was July 2nd.

20        Dr. Melton received notice of the bar date because

21   he filed a claim on behalf of the Melton LLC.  His counsel

22   had the wherewithal to file a claim for that account because

23   that's the only account that was inexistence.  Therefore,

24   any claim that the Melton TIC claims it has is barred

25   because it wasn't filed by the bar date.

1          Second, Dr. Melton hasn't provided a basis to

2    reconsider the (indiscernible) of this order that disallowed

3    the Melton LLC's claim.  The Trustee is determined that

4    based on BLMIS's books and records that the Melton LLC only

5    had one customer account and that account lacked positive

6    net equity.  BLMIS didn't create two separate accounts, and

7    there's no record of it being asked to do so, nor is there

8    any objection from the Melton LLC or Dr. Melton after the

9    account was named -- renamed and it received many years of

10   account statements.

11         Dr. Melton has to show extraordinary circumstances

12   for the Court to reconsider the (indiscernible) of this

13   order.  Instead, he raises the same name-change arguments

14   that the Court considered and rejected in ruling on the

15   Diana Melton Trust matter.  He hasn't cited to any legal

16   authority that required BLMIS to create a new account and,

17   therefore, this can't form the basis for reconsideration or

18   vacating the (indiscernible) of this order.

19         THE COURT:  I thought he said that he hadn't

20   received notice of the claim objection?

21         MR. MELTON:  That is true.  I never received any

22   notice --

23         THE COURT:  Dr. Melton, I want to hear from Mr.

24   Blanchard.

25         MR. MELTON:  I'm sorry.

1              THE COURT:  Okay.

2              MR. BLANCHARD:  Your Honor, the Trustee's

3    professionals served Dr. Melton's counsel of record or,

4    rather, the Melton LLC's counsel of record and the address

5    provided on the customer claim.

6              THE COURT:  Well, the customer claim I'm looking

7    at is Milberg and didn't he have a different lawyer by 2016?

8              MR. BLANCHARD:  Milberg had withdrawn by 2013, and

9    there wasn't -- to our knowledge, another counsel didn't

10   file a notice of appearance.  We had served former counsel

11   of record, nevertheless, and the address identified on the

12   customer claim.

13             THE COURT:  Was the Trustee ware that Milberg had

14   withdrawn?

15             MR. BLANCHARD:  They had filed -- yes, they had

16   filed a motion to withdraw as counsel in 2013.

17             THE COURT:  So why'd you serve Milberg?

18             MR. BLANCHARD:  We served Dr. Melton, as well.

19   Out of an abundance of caution, we served former counsel of

20   record.

21             THE COURT:  I'm looking at the -- the declaration

22   that's served that's -- unfortunately, it's landscape mode,

23   and I'm not -- can you point me -- I'm looking at your

24   Exhibit 7 -- where it indicates he was served?

25             MR. BLANCHARD:  It's redacted.  It's on the

Page 14

1   unredacted version.

2            THE COURT:  (Indiscernible).

3            MR. BLANCHARD:  Yeah, we can make --

4            THE COURT:  Did you redact service on him?  Did

5   you redact the part of the certificate of service that shows

6   that he was served or his corporation was served?

7            MR. BLANCHARD:  Yes.

8            THE COURT:  So what did you do with the

9   certificate of service for?

10           MR. BLANCHARD:  Excuse me, Your Honor.

11           THE COURT:  If you redacted the portion of the

12   certificate of service that showed that Dr. Melton or

13   Melton, LLC, was served, what was the purpose of giving me

14   the certificate of service as an exhibit to the declaration?

15   Where does it show that he or his lawyer was served?  That's

16   all I'm asking.

17           MR. BLANCHARD:  I'm pulling up the PDF right now.

18   On the affidavit of mailing, it shows that Seeger Weiss and

19   Milberg were served, and then it's redacted where it

20   identifies that the Melton, LLC, was served.  And we filed

21   the version of the document that was filed on the docket.

22   However, we have an unredacted version that we can make

23   available to the Court.

24           THE COURT:  And that unredacted version shows

25   what?

1          MR. BLANCHARD:  That the Melton Limited Liability

2     Company was served with notice of the motion.

3          THE COURT:  At what address, though?

4          MR. BLANCHARD:  Excuse me, Your Honor.  I didn't

5     catch that.

6          THE COURT:  At what address was it served?

7          MR. BLANCHARD:  The Balfour -- I'm sorry, Your

8     Honor.  I'm trying to pull up the address.  20 Balfour Drive

9     --

10          THE COURT:  And where is that --

11          MR. BLANCHARD:  -- in West Hartford, Connecticut

12     06117.

13          THE COURT:  Is that -- did you have an address

14     there, Dr. Melton?

15          MR. MELTON:  Yes.  We had an address there, but

16     not when it served.

17          THE COURT:  Did you ever advise the Trustee of a

18     change of address?

19          MR. MELTON:  We -- for the first several years

20     from 2009 through 2012 --

21          THE COURT:  Yeah.  I'm just asking -- I'm just

22     asking did you ever advise the Trustee of a change of

23     address when you were no longer in West Hartford?

24          MR. MELTON:  No.  We had no reason to because --

25          THE COURT:  Okay.

1          MR. MELTON:  -- we no longer -- when we changed --

2     in 2016 -- 2015 when we moved, there were no more documents

3     coming in from the Trustee at all.

4          THE COURT:  When was the -- I'm not understanding.

5     So, Mr. Blanchard, when was the notice of --

6          MR. MELTON:  (Indiscernible).

7          THE COURT:  -- wait a minute, Dr. Melton.

8          Mr. Blanchard, when was the notice or the claim

9     objection filed?

10         MR. BLANCHARD:  In December of 2015.

11         THE COURT:  Okay.  In December of 2015, Dr.

12    Melton, did you still have a mailing address at the -- what

13    was it, West Hartford, did you say?

14         MR. MELTON:  We had homestead --

15         THE COURT:  Mr. Blanchard?

16         MR. MELTON:  We had homestead in Florida.  We had

17    just moved.

18         THE COURT:  Did you still --

19         MR. MELTON:  Just moved.  Did we have it?  Yes. we

20    did have that address.  The house was not sold.  It was

21    rented out.  It was under the auspices of a realtor.  The

22    house was rented out to a woman from Bangladesh or somewhere

23    around there.  And, my god, that house was --

24         THE COURT:  Is it fair to say, Dr. Melton, that

25    they served you or they mailed it to what they -- what was

1    essentially your last known address?  They didn't know that

2    you moved to Florida, and you didn't tell them.

3              MR. MELTON:  That is correct.  We were in the

4    middle --

5              THE COURT:  Okay.  So --

6              MR. MELTON:  -- of moving.  Yeah, we were in the

7    midst of moving.  We were filing a million papers that

8    Florida -- you know, for homesteading to prove that we were

9    residents of Florida.  And the last thing on our mind was

10   notifying the Trustee because we thought the whole thing was

11   over because it was all under Melton, LLC --

12             THE COURT:  But, Dr. Melton, wasn't mail forwarded

13   from the West Hartford address to Florida?

14             MR. MELTON:  No, it wasn't.

15             THE COURT:  Did you put a change in address with

16   the post office?

17             MR. MELTON:  We certainly did, but the -- nothing

18   was -- the post office did not -- we certainly did not get

19   it.

20             THE COURT:  Where did you go -- okay.  Let me hear

21   the rest of Mr. Blanchard's presentation.

22             MR. MELTON:  We did get it later on.  We got it

23   months later.

24             THE COURT:  When did you get it?

25             MR. MELTON:  We got it months, months later when

Page 18

1  the realtor found that the woman from Bangladesh and her

2  children was here illegally who rented the house trashed the

3  house, left the house that December, and he went in -- he

4  just found mail all over the -- he found everything all over

5  the place.  And we have pictures --

6          THE COURT:  And that's when you found it?

7          MR. MELTON:  He mailed us a packet of things, and

8  that's when we found a notice for Melton, LLC.  But never

9  ever --

10          THE COURT:  Okay, thank you.

11          MR. MELTON:  -- ever -- yeah.  The one thing that

12  I just want to add was never, ever, ever was Alan Melton,

13  TIC, ever notified by the Trustee, by Alix Partners, by

14  anybody that it even ever existed.  So Alan Melton was never

15  -- and the only reason why I ever went back was because of

16  my mother's ruling.  And I said, wait a minute, something

17  happened with our account so --

18          THE COURT:  Dr. Melton, I'm going to have to cut

19  you off because I just asked you a simple question and now I

20  want to hear Mr. Blanchard.  I heard you, and it's --

21          MR. MELTON:  Sure.

22          THE COURT:  -- Mr. Blanchard's turn.

23          MR. BLANCHARD:  Thank you, Your Honor.

24          THE COURT:  Mr. Blanchard, go ahead.

25          MR. BLANCHARD:  Dr. Melton hasn't rebutted the

1     presumption that the LLC received notice of the motion.  And

2     we would submit --

3             THE COURT:  Well, he just admitted that he did.

4             MR. BLANCHARD:  Exactly.  So it's received notice

5     of the motion, and there hasn't been a stated basis for

6     reconsidering the omnibus order that granted the motion.

7     Therefore, we'd respectfully request that the Court deny the

8     relief requested in the letter.

9             THE COURT:  All right.  Does SIPC want to be

10    heard?

11         (No Response)

12            THE COURT:  Hearing no response, I'll reserve

13    decision.  Thank you, gentlemen.

14            MR. BLANCHARD:  Thank you, Your Honor.

15            THE COURT:  You're excused.

16            MR. MELTON:  Thank you.

17            THE COURT:  Thank you.

18            MR. MELTON:  Thank you very much.

19            (Whereupon these proceedings were concluded at

20    10:21 AM)

21

22

23

24

25

1                            I N D E X

2

3                             RULINGS

4                                                    Page        Line

5

6     Decision on the Motion Reserved             19          12-13

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 21

1                    C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4   transcript is a true and accurate record of the proceedings.

5

6

7

8   Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20   Veritext Legal Solutions

21   330 Old Country Road

22   Suite 300

23   Mineola, NY 11501

24

25   Date:  June 8, 2020

**0**

**02** 8:17
**03** 8:17
**04** 8:17
**05** 8:17
**06** 8:17
**06117** 15:12
**07** 8:17
**08** 9:15
**08-01789** 1:4
**08-99000** 1:3

**1**

**100,000** 9:6
**10004** 2:3
**10111** 4:13
**10:21** 19:20
**11501** 21:23
**12-13** 20:6
**13** 3:2
**19** 10:2 20:6
**19001** 3:2
**1992** 7:21,23 8:2

**2**

**20** 15:8
**2001** 6:1,12 8:9,10
8:12,12,24
**2002** 6:10 8:12
**2007** 7:21,22 8:2
9:14
**2008** 7:22 8:17
**2009** 15:20
**2012** 15:20
**2013** 13:8,16
**2015** 16:2,10,11
**2016** 10:2,7,9 13:7
16:2
**2019** 3:2 5:13,14
**2020** 2:5 6:11
21:25
**20th** 6:10 8:16
**2386** 4:5

**26th** 5:13,14
**27** 2:5
**2nd** 11:19,19

**3**

**300** 21:22
**330** 21:21
**33496** 4:6
**365** 9:8,14

**4**

**401** 7:12
**415** 9:7
**45** 4:12
**465,000** 8:21,23
9:6

**5**

**50,000** 8:24 9:1,3
**59th** 4:5

**6**

**60** 6:18 7:18

**7**

**7** 13:24

**8**

**8** 21:25

**9**

**9:59** 2:6

**a**

**absolutely** 7:2
**abundance** 13:19
**acceptable** 8:4
**acceptances** 5:23
**account** 5:16,16
5:18,25 6:6 7:1,2
7:11,13,17,19,19
8:1,14 9:9,9,9,10
9:12,13 10:14
11:22,23 12:5,5,9
12:10,16 18:17
**accountant** 8:5
**accountants** 7:21

**accounting** 7:20
**accounts** 5:25 6:6
7:12 12:6
**accurate** 21:4
**actual** 8:10
**add** 18:12
**additional** 9:3
**address** 13:4,11
15:3,6,8,13,15,18
15:23 16:12,20
17:1,13,15
**addresses** 9:23,25
**admitted** 19:3
**adv** 1:4
**advise** 15:17,22
**affidavit** 14:18
**ahead** 5:9 11:11
18:24
**al** 4:3 6:17
**alan** 3:1 4:3,8
6:16 8:18,20
18:12,14
**alex** 6:11,14 8:15
8:16
**alix** 4:19 18:13
**america** 6:24
**amy** 4:22 10:20
**answer** 9:16
**anybody** 18:14
**appear** 10:23
11:10
**appearance** 13:10
**appearing** 10:19
11:1
**arguments** 12:13
**arose** 5:12
**asked** 12:7 18:19
**asking** 9:1 14:16
15:21,22
**attorney** 10:24
**attorneys** 4:11
**auspices** 16:21

**authority** 12:16
**available** 14:23

**b**

**b** 2:21
**back** 6:1 8:16,25
10:13 18:15
**baker** 4:10
**balfour** 15:7,8
**bangladesh** 16:22
18:1
**bank** 6:24
**bankhead** 4:24
**banking** 7:4
**bankruptcy** 1:1
2:1,23
**bar** 11:15,16,19
11:20,25
**barred** 11:24
**based** 6:8 12:4
**basis** 12:1,17 19:5
**begins** 11:17
**behalf** 10:19
11:21
**beliefs** 6:4
**bell** 4:21
**beneficiary** 11:1
**bernard** 1:8,15
**bernstein** 2:22 5:2
5:10
**big** 9:20
**billion** 6:18 7:18
**blanchard** 4:15
10:18,19 11:4,12
12:24 13:2,8,15
13:18,25 14:3,7
14:10,17 15:1,4,7
15:11 16:5,8,10
16:15 18:20,23,24
18:25 19:4,14
**blanchard's** 17:21
18:22
**blmis** 12:6,16

| | | | |
|---|---|---|---|

blmis's 12:4
boca 4:6
books 12:4
bowling 2:2
brand 6:25 9:8
brother 5:13 6:22
brozman 4:19
buys 7:9

**c**

c 4:1 5:1 21:1,1
calendar 5:3,7
called 6:22,23,24
case 1:3,4 5:11,12
6:4,8 11:18
cash 8:21
catch 15:5
caution 13:19
certainly 17:17,18
certificate 14:5,9
14:12,14
certified 21:3
change 5:25 7:10
8:14 12:13 15:18
15:22 17:15
changed 6:21 7:17
7:17,18 16:1
changes 8:13
chart 9:7
chase 6:24
children 18:2
cipla 11:15
circuit 10:23
circuit's 11:5
circumstances
12:11
cited 11:5 12:15
claim 5:8 9:16
11:14,15,16,17,21
11:22,24 12:3,20
13:5,6,12 16:8
claimed 10:2
claims 11:24

clerk 5:5
colleague 10:20
coming 16:3
commencement
11:18
company 10:23
11:6,10 15:2
computers 7:8
concluded 19:19
connecticut 8:11
11:7 15:11
consider 11:13
considered 12:14
corporation 1:12
14:6
correct 17:3
counsel 10:8
11:21 13:3,4,9,10
13:16,19
country 7:4 21:21
court 1:1 2:1 5:2,6
6:3,12 10:5,7,10
10:16,25 11:8,11
12:12,14,19,23
13:1,6,13,17,21
14:2,4,8,11,23,24
15:3,6,10,13,17
15:21,25 16:4,7
16:11,15,18,24
17:5,12,15,20,24
18:6,10,18,22,24
19:3,7,9,12,15,17
create 12:6,16
credit 5:19
creditors 11:2
cross 6:18
crossed 6:16
customer 11:15
12:5 13:5,6,12
cut 18:18

**d**

d 5:1 20:1
date 11:15,16,17
11:19,20,25 21:25
dating 7:9
david 4:20
dealt 11:6
debtor 1:10
december 16:10
16:11 18:3
decision 5:12,14
11:5 19:13 20:6
declaration 13:21
14:14
defendant 1:16
definitely 8:24
denied 5:23
deny 19:7
deposited 8:24
determined 12:3
diana 12:15
different 7:14
13:7
disallowed 12:2
discovered 8:8
district 1:2
doc 3:2
docket 14:21
document 6:2,3
10:2 14:21
documents 6:14
8:15 16:2
doing 6:22
downstairs 7:7
doyaga 4:25
dr 3:1 5:8,9 10:7
10:21,24 11:20
12:1,8,11,23 13:3
13:18 14:12 15:14
16:7,11,24 17:12
18:18,25
drill 8:6

drive 15:8

**e**

e 2:21,21 4:1,1 5:1
5:1,18 9:13 20:1
21:1
ecf 3:2
ecro 2:25
either 8:21
eleanor 6:13
eligible 11:16
eliminated 8:22
8:23
elizabeth 4:25
employed 9:22
ended 6:7 7:22,22
entire 6:3,12
entitled 11:14
equity 5:17 8:3,21
9:5,14 12:6
error 8:25
essentially 9:4
17:1
et 4:3 6:17
everybody 9:22
exactly 19:4
exception 10:25
11:3
excuse 14:10 15:4
excused 19:15
exhibit 13:24
14:14
existed 6:10 8:19
8:20 18:14
existing 6:7
extensive 6:9
extent 11:12
extraordinary
12:11

**f**

f 2:21 21:1
facility 7:4,5
fact 7:11

[failed - matter]                                                                                Page 3

**failed**  11:14
**fair**  16:24
**family**  4:3 5:22,24
  6:17 11:7
**fancy**  9:24
**father's**  5:16
**fictitious**  5:17
  8:22
**fidelity**  6:23 7:11
**file**  11:15,16,22
  13:10
**filed**  3:1 6:8 11:21
  11:25 13:15,16
  14:20,21 16:9
**files**  6:9
**filing**  17:7
**fine**  8:3
**first**  5:7 11:13
  15:19
**fishiness**  8:5
**fl**  4:6
**floor**  7:7
**florida**  9:20 16:16
  17:2,8,9,13
**folder**  6:15,16
**following**  5:12
**foregoing**  21:3
**forgetting**  8:21
**form**  12:17
**formed**  8:10 9:3
  11:6
**former**  13:10,19
**forming**  9:2
**forwarded**  17:12
**found**  6:9 18:1,4,4
  18:6,8
**frank**  6:15
**fraud**  6:18 7:18
**full**  6:2,3

**g**

**g**  5:1
**gentlemen**  19:13

**given**  7:5,18,19
  9:10
**giving**  5:11 6:25
  14:13
**go**  5:9 11:11 17:20
  18:24
**god**  16:23
**going**  8:6,7 18:18
**good**  9:23 10:18
**granted**  19:6
**green**  2:2

**h**

**happened**  9:19
  18:17
**hard**  9:25
**hartford**  15:11,23
  16:13 17:13
**hear**  5:9 12:23
  17:20 18:20
**heard**  18:20 19:10
**hearing**  3:1,1
  19:12
**held**  11:8
**hold**  8:3,4
**homestead**  16:14
  16:16
**homesteading**
  17:8
**hon**  2:22
**honor**  10:18 13:2
  14:10 15:4,8
  18:23 19:14
**honor's**  11:12
**hostetler**  4:10
**house**  10:3 16:20
  16:22,23 18:2,3,3
**hyde**  3:25 21:3,8

**i**

**identified**  13:11
**identifies**  14:20
**ignored**  8:18
**illegally**  18:2

**inclined**  11:13
**indicates**  13:24
**indiscernible**  6:15
  10:9,11,14,15
  12:2,12,18 14:2
  16:6
**inexistence**  11:23
**interests**  10:22
**internal**  7:3
**internet**  9:23
**investigating**  6:1
**investigation**  7:24
**investment**  1:8,15
  7:4,12
**investor**  1:12
**irs**  8:23
**issue**  11:13

**j**

**january**  11:19
**jason**  4:15 10:18
**jorian**  4:23
**joshua**  4:24
**judge**  2:23 5:2,5
  5:10
**july**  5:14 9:3
  11:19
**june**  5:13 9:3
  21:25

**k**

**kevin**  4:21
**know**  6:10 9:21
  10:25 17:1,8
**knowledge**  11:4
  13:9
**known**  17:1

**l**

**l**  1:8,15
**lacked**  12:5
**lacks**  10:21
**landscape**  13:22
**lattonzio**  11:6

**laws**  11:7
**lawyer**  13:7 14:15
**lawyers**  9:21
**ledanski**  3:25 21:3
  21:8
**left**  18:3
**legal**  12:15 21:20
**letter**  3:1 19:8
**letters**  9:18
**liability**  10:23
  11:6,9 15:1
**limited**  10:23 11:6
  11:9 15:1
**line**  20:4
**little**  7:13
**llc**  1:8,15 4:3 5:22
  5:24 8:10 9:2
  10:22 11:8,21
  12:4,8 14:13,20
  17:11 18:8 19:1
**llc's**  12:3 13:4
**llcs**  11:3
**llp**  4:10
**longer**  15:23 16:1
**look**  7:14 9:23,25
**looked**  7:10,14
  8:2,14,25
**looking**  13:6,21
  13:23
**loser**  9:12
**lynch**  6:24

**m**

**m**  2:22
**madoff**  1:8,15 5:7
  6:15 7:6 9:1
**mail**  9:20 17:12
  18:4
**mailbox**  10:4
**mailed**  16:25 18:7
**mailing**  14:18
  16:12
**matter**  1:6 5:7
  10:21 12:15

**mean** 6:17,22
**medical** 9:24
**melton** 3:1 4:3,3,8
  5:8,9,10,22,24
  6:13,16,17 8:18
  8:20 10:6,7,9,11
  10:21,22,24 11:7
  11:13,20,21,24
  12:1,3,4,8,8,11,15
  12:21,23,25 13:4
  13:18 14:12,13,20
  15:1,14,15,19,24
  16:1,6,7,12,14,16
  16:19,24 17:3,6
  17:11,12,14,17,22
  17:25 18:7,8,11
  18:12,14,18,21,25
  19:16,18
**melton's** 13:3
**member** 11:9
**mentioned** 6:23
**merits** 11:13
**merrill** 6:23
**middle** 17:4
**midst** 17:7
**mike** 5:3
**milberg** 10:13
  13:7,8,13,17
  14:19
**million** 17:7
**mind** 17:9
**mineola** 21:23
**minute** 5:21 16:7
  18:16
**mode** 13:22
**money** 5:17 7:24
  7:24
**month** 5:14
**months** 6:2 17:23
  17:25,25
**morning** 10:18
**mother's** 5:12 6:6
  6:8 10:14 18:16

**motion** 13:16 15:2
  19:1,5,6 20:6
**moved** 9:20 16:2
  16:17,19 17:2
**moving** 17:6,7

**n**

**n** 4:1 5:1 20:1
  21:1
**name** 6:16,25 7:10
  7:14 12:13
**named** 12:9
**net** 5:16,17 8:3,20
  9:4,12,12,14,15
  12:6
**never** 7:10,14,22
  8:19 10:1,1 12:21
  18:8,12,14
**nevertheless**
  13:11
**new** 1:2 2:3 4:13
  5:25 6:25,25 7:5
  7:19,19 9:8 12:16
**non** 10:24
**notice** 5:21,22
  11:18,20 12:20,22
  13:10 15:2 16:5,8
  18:8 19:1,4
**notices** 9:19,19
**notified** 9:11
  18:13
**notifying** 17:10
**number** 6:13,20
  6:20,21,25 7:2,5
  7:11,15,17,19,20
  8:14
**numbers** 7:13
  9:11
**ny** 2:3 4:5,13
  21:23

**o**

**o** 2:21 5:1 21:1
**objection** 12:8,20
  16:9

**occurred** 11:18
**office** 10:2 17:16
  17:18
**okay** 5:6 10:16
  13:1 15:25 16:11
  17:5,20 18:10
**old** 21:21
**omnibus** 19:6
**open** 7:1
**opportunity** 5:11
**order** 12:2,13,18
  19:6
**original** 9:9
**outlining** 6:3
**owned** 11:9

**p**

**p** 4:1,1 5:1
**packet** 18:7
**packets** 9:20
**page** 20:4
**papers** 11:5 17:7
**pardon** 8:7
**part** 14:5
**partners** 6:11,14
  8:15,16 18:13
**payments** 8:23
**pdf** 14:17
**pdfs** 6:11
**person** 8:5 11:1
**phone** 10:20
**pictures** 18:5
**place** 18:5
**plaintiff** 1:13
**plaza** 4:12
**please** 5:4
**point** 13:23
**portion** 14:11
**positive** 8:21 9:4,7
  9:8,13 12:5
**post** 10:2 17:16,18
**pre** 7:9
**present** 4:17 5:11

**presentation**
  17:21
**presented** 5:13
**presumption** 19:1
**pretty** 9:23
**principles** 7:20
**pro** 4:4 11:10
**procedure** 7:3
**proceedings**
  19:19 21:4
**professionals** 13:3
**programmers** 7:6
**protection** 1:12
**prove** 17:8
**provided** 12:1
  13:5
**publication** 11:17
**pull** 15:8
**pulling** 14:17
**purpose** 14:13
**put** 6:17,19 7:25
  8:11 9:8 17:15

**q**

**question** 18:19
**questions** 9:17

**r**

**r** 2:21 4:1,3,8 5:1
  5:16 21:1
**raises** 12:13
**raton** 4:6
**read** 5:20
**realtor** 16:21 18:1
**reason** 15:24
  18:15
**rebutted** 18:25
**received** 5:21 10:1
  10:1 11:20 12:9
  12:20,21 19:1,4
**receives** 5:18
**reconsider** 12:2
  12:12
**reconsideration**
  12:17

**reconsidering** 19:6

**record** 12:7 13:3 13:4,11,20 21:4

**recorder** 5:4,5

**records** 12:4

**redact** 14:4,5

**redacted** 13:25 14:11,19

**reflected** 8:13

**regardless** 11:8

**regular** 9:20

**rejected** 12:14

**relating** 5:8

**relief** 19:8

**renamed** 12:9

**rented** 16:21,22 18:2

**represent** 10:22

**representative** 10:24

**represented** 10:8 10:12,13,14

**request** 19:7

**requested** 19:8

**requesting** 5:25

**required** 12:16

**research** 6:9,22

**reserve** 19:12

**reserved** 20:6

**residents** 17:9

**respectfully** 19:7

**response** 19:11,12

**rest** 5:23 17:21

**returned** 10:3

**right** 5:2 10:16 14:17 19:9

**road** 21:21

**rockefeller** 4:12

**rose** 4:23

**ruling** 6:8 12:14 18:16

**rulings** 20:3

**run** 11:17

**running** 7:7

**s**

**s** 4:1 5:1

**sales** 7:9

**sat** 10:3,4

**saying** 11:2

**se** 4:4 11:10

**second** 10:23 11:5 12:1

**secret** 7:6

**securities** 1:8,12 1:15

**security** 6:13,20 6:20

**see** 8:6,7 9:18

**seeger** 14:18

**seen** 8:8

**sent** 5:22 6:2 9:18 9:18,19

**separate** 9:10 11:14 12:6

**sept** 3:2

**september** 8:12 9:2

**serve** 13:17

**served** 13:3,10,18 13:19,22,24 14:6 14:6,13,15,19,20 15:2,6,16 16:25

**service** 14:4,5,9 14:12,14

**sheehan** 4:20

**show** 12:11 14:15

**showed** 14:12

**shows** 14:5,18,24

**signed** 10:12,13 10:15

**simple** 6:16 7:21 9:22 18:19

**single** 8:1,4 11:9,9

**sipc** 4:11 19:9

**sir** 10:5

**situation** 6:4,12

**smb** 1:3,4

**social** 6:13,19,20

**sold** 16:20

**solutions** 21:20

**sonya** 3:25 21:3,8

**sorry** 9:21 12:25 15:7

**southern** 1:2

**speak** 10:17

**standard** 7:3

**standing** 10:21

**started** 5:20 6:1,7 9:13

**state** 8:11

**stated** 5:15,15 19:5

**statement** 6:5

**statements** 7:10 7:22 8:1,13,17 9:17 12:10

**states** 1:1 2:1

**statutory** 11:16

**street** 4:5

**stuart** 2:22

**submit** 19:2

**submitted** 6:11 8:15 9:7

**sudden** 5:20

**suite** 21:22

**supplied** 6:14,21

**sure** 7:15 18:21

**suspected** 7:16

**suspicious** 7:8

**t**

**t** 21:1,1

**take** 9:6

**taken** 7:25 9:4

**talked** 7:20

**tax** 7:15

**telephonically** 4:8 4:15,17

**tell** 17:2

**thank** 5:6,10 18:10,23 19:13,14 19:16,17,18

**thing** 17:9,10 18:11

**things** 7:8 9:24 18:7

**thinking** 5:20

**thought** 10:10 12:19 17:10

**three** 7:21

**threshold** 10:21

**tic** 6:17 8:19,20 11:14,24 18:13

**time** 5:18 6:7

**tin** 6:21,25 8:2

**tiny** 7:13

**totally** 9:9

**transcribed** 3:25

**transcript** 21:4

**transfer** 5:16,18 5:18,24 8:9,9 9:13

**trashed** 18:2

**true** 12:21 21:4

**trust** 12:15

**trustee** 5:22 6:11 8:3,16 9:11,18 10:17,19 12:3 13:13 15:17,22 16:3 17:10 18:13

**trustee's** 13:2

**trusts** 11:1

**trying** 15:8

**turn** 5:3 18:22

**two** 6:2,6,6 7:6,21 8:1 12:6

**u**

**u.s.** 2:23

**understanding** 16:4

[unfortunately - zero]                                                                    Page 6

| | |
|---|---|
| **unfortunately** 13:22 | **y** |
| **united** 1:1 2:1 | **yeah** 14:3 15:21 17:6 18:11 |
| **unknown** 2:25 | **year** 7:22 8:13 |
| **unredacted** 14:1 14:22,24 | **years** 12:9 15:19 |
| **upstairs** 7:7 | **york** 1:2 2:3 4:13 |

**v**

**v** 1:14
**vacating** 12:18
**vanderwal** 4:22 10:20
**veritext** 21:20
**version** 14:1,21 14:22,24

**w**

**wait** 5:21 16:7 18:16
**want** 12:23 18:12 18:20 19:9
**ware** 13:13
**way** 10:13
**we've** 8:22,22
**weiss** 14:18
**went** 7:11 8:16 9:20 10:4 18:3,15
**west** 15:11,23 16:13 17:13
**wherewithal** 11:22
**why'd** 13:17
**winner** 5:17 9:12 9:15
**withdraw** 13:16
**withdrawn** 8:24 9:1 13:8,14
**woman** 16:22 18:1
**word** 6:3

**x**

**x** 1:5,11,17 20:1

**z**

**zero** 5:17