Page 1

```
 1   UNITED STATES BANKRUPTCY COURT
 2   SOUTHERN DISTRICT OF NEW YORK
 3   Case No. 08-99000-smb
 4   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
 5   In the Matter of:
 6
 7   BERNARD L. MADOFF INVESTMENT SECURITIES LLC,
 8
 9            Debtor.
10   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11   Adv. Case No. 08-01789-smb
12   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
13   SECURITIES INVESTOR PROTECTION CORPORATION,
14                Plaintiff,
15           v.
16   BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,
17                Defendant.
18   - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
19
20
21
22
23
24
25
```

```
                                                          Page 2

 1   Adv. Case No. 10-04889-smb

 2   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 3   IRVING PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

 4   MADOFF INVESTMENT SECURITIES LLC,

 5                Plaintiff,

 6        v.

 7   THE ESTATE OF ROBERT SHERVYN,

 8                Defendant.

 9   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

10                United States Bankruptcy Court

11                One Bowling Green

12                New York, NY  10004

13

14                March 28, 2020

15                9:59 AM

16

17

18

19

20

21   B E F O R E :

22   HON STUART M. BERNSTEIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:   UNKNOWN
```

Page 3

1  HEARING re 08-01789-smb Conference on Letter of Baker &
2  Hostetler dated March 5, 2020 re Mediation.
3
4  HEARING re 10-04889-smb Status Conference
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Sonya Ledanski Hyde

```
                                                              Page 4

 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER LLP

 4       Attorneys for the SIPC Trustee

 5       45 Rockefeller Plaza

 6       New York, NY 10111

 7

 8   BY:  NICHOLAS CREMONA (TELEPHONICALLY)

 9

10   CHAITMAN LLP

11       Attorneys for The Estate of Robert Shervyn Savid et al

12       465 Park Avenue

13       New York, NY 10022

14

15   BY:  HELEN CHAITMAN (TELEPHONICALLY)

16

17   ALSO PRESENT TELEPHONICALLY:

18

19   DAVID SHEEHAN

20   KEVIN BELL

21   ANDREW VELEZ-RIVERA

22   PAUL SCHWARTZBERG

23   ROBERT WOLF

24   JAMES HUNT

25   ESTHER MCKEAN
```

```
 1   DAVID PARHAM
 2   HANH HUYNH
 3   PAUL RUBIN
 4   SANFORD ROSEN
 5   PARIS GYPARAKIS
 6   NADER MOBARGHA
 7   LEO PLOTKIN
 8   STEVEN AMSHEN
 9   ANNIE DREISBACH
10   ANNELYSE GIBBONS
11   CHAD HUSNICK
12   PETER ARONOFF
13   ALAN NISSELSON
14   SHANNON HOPKINS
15   APRIL HARRIOT
16
17
18
19
20
21
22
23
24
25
```

1                P R O C E E D I N G S

2            THE COURT:  Okay.  The first matter is Madoff.

3            MR. CREMONA:  Good morning, Your Honor.  Nicholas

4    Cremona of BakerHostetler appearing on behalf of Irving

5    Picard as SIPC Trustee.

6            Before the Court this morning as a follow-up to

7    our status conference on May 14 to discuss the approach to

8    prospective mediations in the remaining adversary

9    proceedings with Chaitman, LLP, as we discussed with Your

10   Honor on May 14, the parties conducted a mediation in the

11   Meisels case, which is Adversary Proceeding Number 10-04428,

12   on April 24 with former judge Allen Hurkin-Torres as a test

13   case.  That mediation remains ongoing, and the parties have

14   exchanged settlement offers and are in the process of

15   scheduling another group session.

16           Based on the progress --

17           THE COURT:  There's some background noise on your

18   phone.  Could you mute the background noise somehow?

19           MR. CREMONA:  I'm sorry, Your Honor.

20           THE COURT:  Okay.

21           MR. CREMONA:  Based on the progress made in that

22   mediation, the parties agree that mediation in the remaining

23   cases would be productive and is the best course of -- move

24   the cases forward toward resolution.

25           Since the last hearing, the parties have met and

1   conferred to discuss a mediation protocol that prioritizes
2   the remaining 60 adversary proceedings at issue to move them
3   into mediation over the next several months.  To that end,
4   the parties have agreed on a protocol which I'd like to
5   present to the Court.
6              THE COURT:  Okay.
7              MR. CREMONA:  The parties agree to prioritize to
8   proceed with the mediations in three waves as follows.  The
9   first wave of cases will consist of what we refer to as
10  Category 1 cases, which are the 25 cases where the
11  defendants filed claims and pending objections to the
12  Trustee's determination of (sound drops).  And the parties
13  agree that the Court has equitable jurisdiction in those
14  cases.
15             Upon completion of mediation in all of the
16  Category 1 cases, the parties will schedule mediations in
17  what we refer to as the Category 2 cases, which consist of
18  18 cases where defendants filed claims but did not object to
19  the Trustee's determination of those claims.
20             And, finally, the last wave of mediation will
21  address the Category 3 cases, which consist of 17 cases
22  where the defendants did not file customer claims to the
23  extent that those cases are still pending after all other
24  mediations are completed.
25             We agree that the Category 1 cases will proceed

1  before the bankruptcy court to the extent that the cases are
2  not consensually resolved through the mediation process.
3  We'll proceed with the second wave of mediations in the
4  Category 2 cases once we have a determination of the effect
5  of a defendants' filing of a customer claim on the extent of
6  this Court's jurisdiction.  To the extent that's not already
7  resolved by Judge Broderick's Mann decision denying a motion
8  to withdraw the reference.
9           And as we discussed at the last hearing, that
10 issue is currently (sound drops) before two district court
11 judges on pending motions to withdraw the reference, namely
12 Judge Swain in the Savin case, which is Adversary Proceeding
13 Number 10-04889 and Judge Schofield in the Greiff case,
14 which is Adversary Proceeding Number 10-04357.  We will
15 proceed with the Category 3 cases last, as the parties have
16 agreed those cases should move forward before the district
17 court on summary judgment in the first instance.
18          The parties further agree that we will begin
19 scheduling mediations at the rate of one per week until all
20 mediations are completed in accordance with the priority I
21 just outlined.  The parties have contacted Former Judge
22 Hurkin-Torres who's presiding over the Meisels case and
23 confirmed his ability and willingness to serve as mediator
24 in additional cases.  We will endeavor to coordinate with
25 Judge Hurkin-Torres to serve as the mediator in these

1   Category 1 cases.

2              To the extent that he cannot serve, the parties

3   will consider former bankruptcy Judges Steckroth, Gerber,

4   Gonzalez, and Lyons who are all court-approved mediators.

5   To the extent that the parties are unable to agree to a

6   mediator, we agree to have Your Honor appoint a mediator in

7   accordance with the avoidance actions procedures set forth

8   in the litigation procedures order.

9              Your Honor, I believe I've accurately reflected

10  the agreement of the parties.  And if this proposed protocol

11  is acceptable to Your Honor, the parties will proceed

12  implementing it as soon as possible and continue over the

13  next several months.

14             THE COURT:  Is this going to embodied in a written

15  stipulation?

16             MR. CREMONA:  We're happy to do that, Your Honor.

17             THE COURT:  I mean it's very detailed on the --

18  well, it's sort of detailed on the record.  Let me ask Ms.

19  Chaitman if she agrees with the recitation of the agreement.

20             MS. CHAITMAN:  Good morning, Your Honor.  I do

21  except for one thing.  We have taken the position that the

22  bankruptcy court does not have jurisdiction over any of the

23  cases.  I just wanted to clarify that Mr. Cremona said that

24  the parties had agreed that the bankruptcy court has

25  jurisdiction over the Category 1 cases.  We -- obviously,

1  that's a Second Circuit issue, and we're not in a position

2  to appeal it right now. But I just wanted to make that one

3  clarification.

4            Other than that, I agree with everything Mr.

5  Cremona said.

6            THE COURT: Is that acceptable, Mr. Cremona? I

7  certainly have jurisdiction to authorize the mediations,

8  even those before the district court, I would assume, on the

9  motions to withdraw the reference --

10           MS. CHAITMAN: I don't dispute that, Your Honor.

11 No.

12           THE COURT: All right. So are the parties in

13 agreement, Mr. Cremona, with Ms. Chaitman's qualification?

14           MR. CREMONA: We are in agreement, Your Honor.

15           THE COURT: All right. Then I will so order the

16 record. You should proceed -- what I'll do is I'll schedule

17 another conference about a month out.

18           Mike, give me a date about a month from now. It

19 can be on a Tuesday or a Thursday. It doesn't have to be a

20 Wednesday.

21           MS. CHAITMAN: Your Honor, I don't know that a

22 month would make a difference because we're just going to be

23 -- we're contemplating starting the mediations at the end of

24 June. So a month.

25           THE COURT: All right. I'll do it the end of July

Page 11

```
 1   then.  Fear not.
 2              MS. CHAITMAN:  I think that --
 3              THE COURT:  Mike, give me a date --
 4              MS. CHAITMAN:  If Mr. Cremona agrees, I feel that,
 5   you know, that would be more productive.
 6              THE COURT:  Mr. Cremona?
 7              MR. CREMONA:  I agree.
 8              THE COURT:  All right.
 9          Mike, could you give me a date at the end of July?
10              CLERK:  The omnibus day in July is July 29th,
11   Judge; Wednesday.
12              THE COURT:  Okay.  We'll use that.  July 29 at 10
13   o'clock.  Okay?
14              MS. CHAITMAN:  Okay; thank you so much, Judge.
15              THE COURT:  Thank you.
16              (Whereupon these proceedings were concluded)
17
18
19
20
21
22
23
24
25
```

Page 12

C E R T I F I C A T I O N

I, Sonya Ledanski Hyde, certified that the foregoing transcript is a true and accurate record of the proceedings.

*Sonya M. Ledanski Hyde*

**Sonya Ledanski Hyde**

Veritext Legal Solutions

330 Old Country Road

Suite 300

Mineola, NY 11501

Date:  June 8, 2020

| & | 6 | attorneys 4:4,11 | chaitman's 10:13 |
|---|---|---|---|
| **&** 3:1 | **60** 7:2 | authorize 10:7 | circuit 10:1 |
| | | avenue 4:12 | claim 8:5 |
| **0** | **8** | avoidance 9:7 | claims 7:11,18,19 |
| **08-01789** 1:11 3:1 | **8** 12:25 | **b** | 7:22 |
| **08-99000** 1:3 | **9** | b 2:21 | clarification 10:3 |
| **1** | **9:59** 2:15 | background 6:17 | clarify 9:23 |
| **1** 7:10,16,25 9:1 | **a** | 6:18 | clerk 11:10 |
| 9:25 | ability 8:23 | baker 3:1 4:3 | completed 7:24 |
| **10** 11:12 | acceptable 9:11 | bakerhostetler | 8:20 |
| **10-04357** 8:14 | 10:6 | 6:4 | completion 7:15 |
| **10-04428** 6:11 | accurate 12:4 | bankruptcy 1:1 | concluded 11:16 |
| **10-04889** 2:1 3:4 | accurately 9:9 | 2:10,23 8:1 9:3,22 | conducted 6:10 |
| 8:13 | actions 9:7 | 9:24 | conference 3:1,4 |
| **10004** 2:12 | additional 8:24 | based 6:16,21 | 6:7 10:17 |
| **10022** 4:13 | address 7:21 | behalf 6:4 | conferred 7:1 |
| **10111** 4:6 | adv 1:11 2:1 | believe 9:9 | confirmed 8:23 |
| **11501** 12:23 | adversary 6:8,11 | bell 4:20 | consensually 8:2 |
| **14** 6:7,10 | 7:2 8:12,14 | bernard 1:7,16 | consider 9:3 |
| **17** 7:21 | agree 6:22 7:7,13 | 2:3 | consist 7:9,17,21 |
| **18** 7:18 | 7:25 8:18 9:5,6 | bernstein 2:22 | contacted 8:21 |
| **2** | 10:4 11:7 | best 6:23 | contemplating |
| **2** 7:17 8:4 | agreed 7:4 8:16 | bowling 2:11 | 10:23 |
| **2020** 2:14 3:2 | 9:24 | broderick's 8:7 | continue 9:12 |
| 12:25 | agreement 9:10 | **c** | coordinate 8:24 |
| **24** 6:12 | 9:19 10:13,14 | c 4:1 6:1 12:1,1 | corporation 1:13 |
| **25** 7:10 | agrees 9:19 11:4 | case 1:3,11 2:1 | country 12:21 |
| **28** 2:14 | al 4:11 | 6:11,13 8:12,13 | course 6:23 |
| **29** 11:12 | alan 5:13 | 8:22 | court 1:1 2:10 6:2 |
| **29th** 11:10 | allen 6:12 | cases 6:23,24 7:9 | 6:6,17,20 7:5,6,13 |
| **3** | amshen 5:8 | 7:10,10,14,16,17 | 8:1,10,17 9:4,14 |
| **3** 7:21 8:15 | andrew 4:21 | 7:18,21,21,23,25 | 9:17,22,24 10:6,8 |
| **300** 12:22 | annelyse 5:10 | 8:1,4,15,16,24 9:1 | 10:12,15,25 11:3 |
| **330** 12:21 | annie 5:9 | 9:23,25 | 11:6,8,12,15 |
| **4** | appeal 10:2 | category 7:10,16 | court's 8:6 |
| **45** 4:5 | appearing 6:4 | 7:17,21,25 8:4,15 | cremona 4:8 6:3,4 |
| **465** 4:12 | appoint 9:6 | 9:1,25 | 6:19,21 7:7 9:16 |
| **5** | approach 6:7 | certainly 10:7 | 9:23 10:5,6,13,14 |
| **5** 3:2 | approved 9:4 | certified 12:3 | 11:4,6,7 |
| | april 5:15 6:12 | chad 5:11 | currently 8:10 |
| | aronoff 5:12 | chaitman 4:10,15 | customer 7:22 8:5 |
| | assume 10:8 | 6:9 9:19,20 10:10 | |
| | | 10:21 11:2,4,14 | |

**d**
d  6:1
date  10:18 11:3,9 12:25
dated  3:2
david  4:19 5:1
day  11:10
debtor  1:9
decision  8:7
defendant  1:17 2:8
defendants  7:11 7:18,22 8:5
denying  8:7
detailed  9:17,18
determination  7:12,19 8:4
difference  10:22
discuss  6:7 7:1
discussed  6:9 8:9
dispute  10:10
district  1:2 8:10 8:16 10:8
dreisbach  5:9
drops  7:12 8:10

**e**
e  2:21,21 4:1,1 6:1 6:1 12:1
ecro  2:25
effect  8:4
embodied  9:14
endeavor  8:24
equitable  7:13
estate  2:7 4:11
esther  4:25
et  4:11
exchanged  6:14
extent  7:23 8:1,5 8:6 9:2,5

**f**
f  2:21 12:1

fear  11:1
feel  11:4
file  7:22
filed  7:11,18
filing  8:5
finally  7:20
first  6:2 7:9 8:17
follow  6:6
follows  7:8
foregoing  12:3
former  6:12 8:21 9:3
forth  9:7
forward  6:24 8:16
further  8:18

**g**
g  6:1
gerber  9:3
gibbons  5:10
give  10:18 11:3,9
going  9:14 10:22
gonzalez  9:4
good  6:3 9:20
green  2:11
greiff  8:13
group  6:15
gyparakis  5:5

**h**
hanh  5:2
happy  9:16
harriot  5:15
hearing  3:1,4 6:25 8:9
helen  4:15
hon  2:22
honor  6:3,10,19 9:6,9,11,16,20 10:10,14,21
hopkins  5:14
hostetler  3:2 4:3
hunt  4:24
hurkin  6:12 8:22 8:25

husnick  5:11
huynh  5:2
hyde  3:25 12:3,8

**i**
implementing  9:12
instance  8:17
investment  1:7,16 2:4
investor  1:13
irving  2:3 6:4
issue  7:2 8:10 10:1

**j**
james  4:24
judge  2:23 6:12 8:7,12,13,21,25 11:11,14
judges  8:11 9:3
judgment  8:17
july  10:25 11:9,10 11:10,12
june  10:24 12:25
jurisdiction  7:13 8:6 9:22,25 10:7

**k**
kevin  4:20
know  10:21 11:5

**l**
l  1:7,16 2:3
ledanski  3:25 12:3 12:8
legal  12:20
leo  5:7
letter  3:1
liquidation  2:3
litigation  9:8
llc  1:7,16 2:4
llp  4:3,10 6:9
lyons  9:4

**m**
m  2:22
madoff  1:7,16 2:4 6:2
mann  8:7
march  2:14 3:2
matter  1:5 6:2
mckean  4:25
mean  9:17
mediation  3:2 6:10,13,22,22 7:1 7:3,15,20 8:2
mediations  6:8 7:8,16,24 8:3,19 8:20 10:7,23
mediator  8:23,25 9:6,6
mediators  9:4
meisels  6:11 8:22
met  6:25
mike  10:18 11:3,9
mineola  12:23
mobargha  5:6
month  10:17,18 10:22,24
months  7:3 9:13
morning  6:3,6 9:20
motion  8:7
motions  8:11 10:9
move  6:23 7:2 8:16
mute  6:18

**n**
n  4:1 6:1 12:1
nader  5:6
new  1:2 2:12 4:6 4:13
nicholas  4:8 6:3
nisselson  5:13
noise  6:17,18
number  6:11 8:13 8:14

[ny - wolf]    Page 3

**ny** 2:12 4:6,13 12:23

**o**

**o** 2:21 6:1 12:1
**o'clock** 11:13
**object** 7:18
**objections** 7:11
**obviously** 9:25
**offers** 6:14
**okay** 6:2,20 7:6 11:12,13,14
**old** 12:21
**omnibus** 11:10
**once** 8:4
**ongoing** 6:13
**order** 9:8 10:15
**outlined** 8:21

**p**

**p** 4:1,1 6:1
**parham** 5:1
**paris** 5:5
**park** 4:12
**parties** 6:10,13,22 6:25 7:4,7,12,16 8:15,18,21 9:2,5 9:10,11,24 10:12
**paul** 4:22 5:3
**pending** 7:11,23 8:11
**peter** 5:12
**phone** 6:18
**picard** 2:3 6:5
**plaintiff** 1:14 2:5
**plaza** 4:5
**plotkin** 5:7
**position** 9:21 10:1
**possible** 9:12
**present** 4:17 7:5
**presiding** 8:22
**prioritize** 7:7
**prioritizes** 7:1
**priority** 8:20
**procedures** 9:7,8
**proceed** 7:8,25 8:3,15 9:11 10:16
**proceeding** 6:11 8:12,14
**proceedings** 6:9 7:2 11:16 12:4
**process** 6:14 8:2
**productive** 6:23 11:5
**progress** 6:16,21
**proposed** 9:10
**prospective** 6:8
**protection** 1:13
**protocol** 7:1,4 9:10

**q**

**qualification** 10:13

**r**

**r** 2:21 4:1 6:1 12:1
**rate** 8:19
**recitation** 9:19
**record** 9:18 10:16 12:4
**refer** 7:9,17
**reference** 8:8,11 10:9
**reflected** 9:9
**remaining** 6:8,22 7:2
**remains** 6:13
**resolution** 6:24
**resolved** 8:2,7
**right** 10:2,12,15 10:25 11:8
**rivera** 4:21
**road** 12:21
**robert** 2:7 4:11,23
**rockefeller** 4:5
**rosen** 5:4
**rubin** 5:3

**s**

**s** 4:1 6:1
**sanford** 5:4
**savid** 4:11
**savin** 8:12
**schedule** 7:16 10:16
**scheduling** 6:15 8:19
**schofield** 8:13
**schwartzberg** 4:22
**second** 8:3 10:1
**securities** 1:7,13 1:16 2:4
**serve** 8:23,25 9:2
**session** 6:15
**set** 9:7
**settlement** 6:14
**shannon** 5:14
**sheehan** 4:19
**shervyn** 2:7 4:11
**sipc** 4:4 6:5
**smb** 1:3,11 2:1 3:1 3:4
**solutions** 12:20
**sonya** 3:25 12:3,8
**soon** 9:12
**sorry** 6:19
**sort** 9:18
**sound** 7:12 8:10
**southern** 1:2
**starting** 10:23
**states** 1:1 2:10
**status** 3:4 6:7
**steckroth** 9:3
**steven** 5:8
**stipulation** 9:15
**stuart** 2:22
**suite** 12:22
**summary** 8:17
**swain** 8:12

**t**

**t** 12:1,1
**taken** 9:21
**telephonically** 4:8 4:15,17
**test** 6:12
**thank** 11:14,15
**thing** 9:21
**think** 11:2
**three** 7:8
**thursday** 10:19
**torres** 6:12 8:22 8:25
**transcribed** 3:25
**transcript** 12:4
**true** 12:4
**trustee** 2:3 4:4 6:5
**trustee's** 7:12,19
**tuesday** 10:19
**two** 8:10

**u**

**u.s.** 2:23
**unable** 9:5
**united** 1:1 2:10
**unknown** 2:25
**use** 11:12

**v**

**v** 1:15 2:6
**velez** 4:21
**veritext** 12:20

**w**

**wanted** 9:23 10:2
**wave** 7:9,20 8:3
**waves** 7:8
**wednesday** 10:20 11:11
**week** 8:19
**willingness** 8:23
**withdraw** 8:8,11 10:9
**wolf** 4:23

**[written - york]**                                     Page 4

| | |
|---|---|
| **written** | 9:14 |
| **x** | |
| **x** | 1:4,10,12,18 2:2 2:9 |
| **y** | |
| **york** | 1:2 2:12 4:6 4:13 |