**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JULY 29, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

B. Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

Related Documents:

D. Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

E. Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668]

Status:        This matter is going forward as a status conference.

## CONTESTED MATTERS

2. **10-04438; Picard v. Estate of Seymour Epstein, et al.**

   A. Letter to Judge Bernstein requesting Rule 7056-1(a) pre-motion conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 6/9/2020) [ECF No. 101]

   B. Letter in Response to Trustee's June 9, 2020 letter to Judge Bernstein filed by Helen Davis Chaitman on behalf of Estate of Seymour Epstein, Herbert C. Kantor, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, Jane Epstein, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, Muriel Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created, Randy Epstein Austin, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the last Will and Testament of Seymour Epstein, Robert Epstein, as beneficiary of the Estate of Seymour Epstein and/or Trusts created by the Last Will and Testament of Seymour Epstein, Shelburne Shirt Company, Inc., Susan Epstein Gross, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein. (Filed: 6/10/2020) [ECF No. 103]

    C.    Letter to Judge Bernstein regarding Rule 7056-1(a) pre-motion conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 6/15/2020) [ECF No. 105]

    D.    Letter to Judge Bernstein regarding status of adversary proceeding filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 7/27/2020) [ECF No. 107]

    Status:    This matter is going forward.

3. **10-04749; Picard v. Philip F. Palmedo**

    A.    Letter to Judge Bernstein requesting Rule 7056-1(a) pre-motion conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 7/9/2020) [ECF No. 93]

    B.    Letter to Judge Bernstein regarding status of adversary proceeding filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 7/27/2020) [ECF No. 95]

    Status:    This matter is going forward.

4. **10-04390; Picard v. Michael Mann, et al.**

    A.    Notice of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 187]

    Related Documents:

    B.    Letter to the Honorable Stuart M. Bernstein regarding Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/23/2020) [ECF No. 189]

    C.    Notice of Adjournment of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/24/2020) [ECF No. 191]

    D.    Notice of Adjournment of Final Pre-Trial Conference filed by Arthur H. Ruegger on behalf of Bam L.P., Meryl Mann, Michael Mann (Filed: 4/17/2020) [ECF No. 194]

    Status:    This matter is going forward.

5. **10-04357; Picard v. James Greiff**

    A.    Notice of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 6/12/2020) [ECF No. 131]

<u>Status</u>:        This matter is going forward.

Dated: July 28, 2020
      New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*