**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　Plaintiff,<br>v.<br><br>S&L PARTNERSHIP, a New York partnership, CARLA GOLDWORM, TRUST FOR THE BENEFIT OF SAMUEL GOLDWORM, a New York trust, SAMUEL GOLDWORM, as trustee and as an individual, TRUST FOR THE BENEFIT OF LUKE GOLDWORM, a New York trust, and LUKE GOLDWORM, as trustee and as an individual,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04702 (SMB) |

**STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

　　　　This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including August 31, 2020.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*REMAINDER OF PAGE INTENTIONALLY LEFT BLANK*]

| | |
|---|---|
| Dated: July 29, 2020<br>      New York, New York | **BAKER & HOSTETLER LLP** |
| | By:   *s/ Nicholas J. Cremona*<br>45 Rockefeller Plaza |
| Of Counsel: | New York, New York 10111<br>Telephone: 212.589.4200 |
| **BAKER & HOSTETLER LLP**<br>11601 Wilshire Boulevard, 14th Floor<br>Los Angeles, California 90025-0509<br>Telephone: 310.820.8800<br>Facsimile: 310.820.8859<br>Michael R. Matthias<br>Email: mmatthias@bakerlaw.com | Facsimile: 212.589.4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Chapter 7 Estate of Bernard L. Madoff* |
| | **DENTONS US LLP** |
| | By:   *s/ Arthur H. Ruegger*<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: 212.768.6889<br>Facsimile: 212.768.6800<br>Carole Neville<br>Email: carole.neville@dentons.com<br>Arthur H. Ruegger<br>Email: arthur.ruegger@dentons.com<br><br>*Attorneys for Defendants* |
| | *s/ Allen G. Kadish*<br>Allen G. Kadish, Mediator |