**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04749 (SMB) |
| Plaintiff, | |
| v. | |
| PHILIP F. PALMEDO, | |
| Defendant. | |

**ORDER SETTING DEADLINES FOR TRUSTEE'S MOTION FOR SUMMARY
JUDGMENT AND DEFENDANT'S CROSS-MOTION TO DISMISS
FOR LACK OF SUBJECT MATTER JURISDICTION**

THIS MATTER having been scheduled for a Local Rule 7056-1(a) pre-motion conference on July 29, 2020 at 10:00 A.M. before the Court; and the Plaintiff having filed a letter, dated July 9, 2020, requesting a Local Rule 7056-1(a) pre-motion conference and permission to file a motion for summary judgment (ECF No. 93); and the Plaintiff having filed a second letter, dated July 27, 2020, updating the Court on the status of this adversary proceeding (ECF No. 95); and the Court having scheduled a Local Rule 7056-1(a) pre-motion conference in this matter for July 29, 2020

at 10:00 A.M. (the "Conference"); and counsel for the Plaintiff and counsel for the Defendant having appeared at the Conference and having made oral arguments on the issues raised in Plaintiff's letters; and the Court, upon due consideration of Plaintiff's letters and the arguments raised at the Conference, having issued a bench ruling at the conclusion of the Conference; and the Court having directed the Plaintiff's counsel to submit an order consistent with the bench ruling issued at the Conference, it is hereby:

**ORDERED**, that the Trustee shall file his motion for summary judgment on or before August 28, 2020; and it is further

**ORDERED**, that Defendant shall file his combined opposition to the Trustee's motion for summary judgment and cross-motion to dismiss for lack of subject matter jurisdiction on or before October 2, 2020; and it is further

**ORDERED**, that the Trustee shall file his combined reply in further support of his motion for summary judgment and opposition to Defendant's cross-motion to dismiss for lack of subject matter jurisdiction on or before October 23, 2020; and it is further

**ORDERED**, that Defendant shall file his reply in further support of his cross-motion to dismiss for lack of subject matter jurisdiction on or before October 30, 2020; and it is further

**ORDERED**, that this Court may enter sanctions, including judgment against any party, that fails to comply with this Order.

Dated: **July 30, 2020**  
New York, New York

/s/ STUART M. BERNSTEIN  
HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE