**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04438 (SMB) |
| Plaintiff, | |
| v. | |
| ESTATE OF SEYMOUR EPSTEIN, MURIEL EPSTEIN, as beneficiary and of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, as Executor of the Estate of Seymour Epstein, and as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, HERBERT C. KANTOR, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, RANDY EPSTEIN AUSTIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, ROBERT EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, | |

| | |
|---|---|
| JANE EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>SUSAN EPSTEIN GROSS, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, and<br><br>SHELBURNE SHIRT COMPANY, INC.,<br><br>                              Defendants. | |

**ORDER SETTING DEADLINES FOR TRUSTEE'S MOTION FOR SUMMARY JUDGMENT AND DEFENDANTS' CROSS-MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

THIS MATTER having been scheduled for a Local Rule 7056-1(a) pre-motion conference on July 29, 2020 at 10:00 A.M. before the Court; and the Plaintiff having filed a letter, dated June 9, 2020, requesting a Local Rule 7056-1(a) pre-motion conference and permission to file a motion for summary judgment (ECF No. 101); and the Defendants having filed a letter, dated June 9, 2020, in opposition to the Plaintiff's June 9, 2020 letter (ECF No. 102); and the Plaintiff having filed a second letter, dated June 15, 2020, responding to Defendants' June 9, 2020 letter (ECF No. 105); and the Plaintiff having filed a third letter, dated July 27, 2020, updating the Court on the status of the adversary proceeding (ECF No. 107); and the Court having scheduled a Local Rule 7056-1(a) pre-motion conference in this matter for July 29, 2020 at 10:00 A.M. (the "Conference"); and counsel for the Plaintiff and counsel for the Defendants having appeared at the Conference and having made oral arguments on the issues raised in the parties' letters; and the Court, upon due consideration of the parties' letters and the arguments raised at the Conference, having issued a bench ruling at the conclusion of the Conference; and the Court having directed the Plaintiff's counsel to submit an order consistent with the bench ruling issued at the Conference, it is hereby:

**ORDERED**, that the Trustee shall file his motion for summary judgment on or before September 4, 2020; and it is further

**ORDERED**, that Defendants shall file their combined opposition to the Trustee's motion for summary judgment, and cross-motion to dismiss for lack of subject matter jurisdiction on or before October 9, 2020; and it is further

**ORDERED**, that the Trustee shall file his combined reply in further support of his motion for summary judgment and opposition to Defendants' cross-motion to dismiss for lack of subject matter jurisdiction on or before October 30, 2020; and it is further

**ORDERED**, that Defendants shall file their reply in further support of their cross-motion to dismiss for lack of subject matter jurisdiction on or before November 6, 2020; and it is further

**ORDERED**, that this Court may enter sanctions, including judgment against any party, that fails to comply with this Order.

Dated: **July 30, 2020**　　　　　　　　　　　　/s/ **STUART M. BERNSTEIN**
　　　　New York, New York　　　　　　　　HON. STUART M. BERNSTEIN
　　　　　　　　　　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE