

mwe.com

Andrew B. Kratenstein
Attorney at Law
akratenstein@mwe.com
+1 212 547 5695

July 31, 2020

VIA ECF AND E-MAIL

The Honorable Stuart M. Bernstein
United States Bankruptcy Court
One Bowling Green
New York, NY 10004-1408

Re:   *Picard v. Sage Associates, et al.*, Adv. Pro. No. 10-04362 (SMB)
      *Picard v. Sage Realty, et al.*, Adv. Pro. No. 10-04400 (SMB)

Dear Judge Bernstein:

I write on behalf of defendants Sage Associates, Sage Realty, Malcolm Sage, Martin Sage, and Ann Sage Passer (collectively, the "Sages") in the above-referenced Adversary Proceedings and with the consent of counsel to Irving H. Picard as trustee (the "Trustee") concerning the conference scheduled for August 4, 2020 at 10:00 am.

The Sages have found a work around to deal with the problem of being unable to collect certain securities pricing data due to the closing of the New York Public Library. Counsel have conferred and agreed to the following amended pretrial schedule.

| Activity | Date |
| --- | --- |
| Exchange draft Joint Pre-Trial Order (45 days prior) | September 14, 2020 |
| Exchange Exhibits and Deposition Designations (30 days prior) | September 28, 2020 |
| Exchange Objections to Exhibits and Deposition Designations (21 days prior) | October 7, 2020 |
| File Motions in Limine (14 days prior) | October 14, 2020 |
| File Oppositions to Motions In Limine (7 days prior) | October 21, 2020 |



340 Madison Avenue  New York NY 10173-1922  Tel +1 212 547 5400  Fax +1 212 547 5444

*US practice conducted through McDermott Will & Emery LLP.*

The Honorable Stuart M. Bernstein
July 31, 2020
Page 2

| Activity | Date |
|---|---|
| Proposed Final Joint Pre-Trial Order to Judge Bernstein's Chambers (7 days prior) | October 21, 2020 |
| Proposed Final Pretrial Conference Date | October 28, 2020 |

Given the parties' agreement, and subject to the Court's approval of the foregoing schedule, the parties respectfully request that the conference scheduled for August 4, 2020 be cancelled.

Respectfully,

Andrew B. Kratenstein

cc: All counsel via ECF

