**McDermott Will & Emery LLP**
Andrew B. Kratenstein
340 Madison Avenue
New York, New York 10173
Telephone: (212) 547-5400
Facsimile: (212) 547-5444

*Attorneys for Defendants Sage Associates, Sage Realty, Malcolm H. Sage, Martin A. Sage, and Ann M. Passer*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Substantively Consolidated |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | Adv. Pro. No. 10-4362 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE ASSOCIATES; LILLIAN M. SAGE, in her Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates; MALCOLM H. SAGE, in his Capacity as Partner or Joint Venturer of Sage Associates and Individually | |

1

| | |
|---|---|
| as Beneficiary of Sage Associates; MARTIN A. SAGE, in his Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates; ANN M. SAGE PASSER, in her Capacity as Partner or Joint Venturer of Sage Associates and Individually as Beneficiary of Sage Associates, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |
| IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | )<br>)<br>)<br>) |
| Plaintiff, | )<br>) |
| v. | )<br>) |
| SAGE REALTY; LILLIAN M. SAGE, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; MALCOLM H. SAGE, in his Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; MARTIN A. SAGE, in his Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty; ANN M. SAGE PASSER, in her Capacity as Partner or Joint Venturer of Sage Realty and Individually as Beneficiary of Sage Realty, | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |
| Defendants. | )<br>) |
| _____ | ) |

Adv. Pro. No. 10-4400 (SMB)

## CERTIFICATE OF SERVICE

I hereby certify that, on July 31, 2020, a copy of correspondence addressed to the

Honorable Stuart M. Bernstein was filed electronically. Notice of this filing has been sent

2

through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery, including to those parties as set forth on the attached Schedule A.

Dated: New York, New York
July 31, 2020

Respectfully Submitted,

By: */s/ Andrew B. Kratenstein*
Andrew B. Kratenstein
McDermott Will & Emery LLP
340 Madison Avenue
New York, New York, 10173
T: (212) 547-5400
F: (212) 547-5444

*Attorneys for Defendants Sage Associates, Sage Realty, Malcolm Sage, Martin Sage, and Ann Sage Passer*

## SCHEDULE A

**Plaintiff's Counsel**

David J. Sheehan
Nicholas J. Cremona
Michael A. Sabella
Seanna R. Brown
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: dsheehan@bakerlaw.com
Email: ncremona@bakerlaw.com
Email: msabella@bakerlaw.com
Email: sbrown@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*