**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>       Plaintiff,<br><br>  v.<br><br>SAGE ASSOCIATES;<br><br>MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES, INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;<br><br>MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES; AND<br><br>ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES,<br><br>       Defendants. | Adv. Pro. No. 10-04362 (SMB) |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>  Plaintiff,<br><br>  v.<br><br>SAGE REALTY;<br><br>MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY, INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;<br><br>MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY; AND<br><br>ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY,<br><br>  Defendants. | Adv. Pro. No. 10-04400 (SMB) |

## ORDER SETTING PRE-TRIAL DEADLINES AND
## SCHEDULING FINAL PRE-TRIAL CONFERENCE

THIS MATTER having been scheduled for a conference on July 28, 2020 at 10:00 A.M. (the "Conference") before the Court to consider Defendants' letter, dated July 8, 2020, requesting to extend the deadlines set forth in this Court's March 26, 2020 Order Setting Pre-trial Deadlines and Scheduling Final Pre-Trial Conference ("Defendants' Letter"), and Plaintiff's letter, dated July 9, 2020, in response to Defendants' Letter ("Plaintiff's Letter," and with Defendants' Letter, the "Letters"); and counsel for the Plaintiff and counsel for the Defendants (collectively, "Counsel") having appeared at the Conference and having made oral arguments on the issues raised in the

Letters; and the Court having adjourned the Conference to August 4, 2020 at 10:00 A.M.; and Counsel having conferred after the Conference; and Defendants, with Plaintiff's consent, having filed a letter with the Court, dated July 31, 2020, setting forth amended pre-trial deadlines and scheduling a final pre-trial conference; and the Court having directed Counsel to submit an order setting forth the amended pre-trial schedule, it is hereby:

**ORDERED**, that the August 4, 2020 conference in this matter is canceled; and it is further

**ORDERED**, that the Court's March 26, 2020 Order Setting Pre-trial Deadlines and Scheduling Final Pre-Trial Conference (ECF Nos. 110) is superseded by this Order; and it is further

**ORDERED**, that the final pre-trial conference in this matter shall commence on October 28, 2020 at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge; and it is further

**ORDERED**, that the parties shall exchange a draft Joint Pre-Trial Order on or before September 14, 2020; and it is further

**ORDERED**, that the parties shall exchange exhibits and deposition designations on or before September 28, 2020; and it is further

**ORDERED**, that the parties shall exchange objections to exhibits and deposition designations on or before October 7, 2020; and it is further

**ORDERED**, that the parties shall file any motions in limine on or before October 14, 2020; and it is further

**ORDERED**, that the parties shall file any oppositions to motions in limine on or before October 21, 2020; and it is further

**ORDERED**, that the parties shall submit a final Joint Pre-Trial Order to Chambers on or before October 21, 2020; and it is further

**ORDERED**, that this Court shall retain jurisdiction over enforcement and implementation of this Order.

Dated: July **31**st, 2020
New York, New York

/s/ **STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE