UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

Lanny Rose, Trustee of the Lanny Rose Revocable Trust (the "Claimant"), having filed an objection (the "Objection", ECF No. 599) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#000139), hereby gives notice that he withdraws such Objection.

Dated: __7/24__, 2020

                                                                   _____
                                                                   Lanny Rose, individually and as former trustee
                                                                   of the Lanny Rose Revocable Trust (which has
                                                                   been dissolved with all assets and rights
                                                                   distributed to Lanny Rose)