S. James & Ethel L. Chambers
4244 S.E. Centerboard Lane
Stuart, FL 34997

August 2, 2020

Irvine H. Picard, Trustee
C/o Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
    And
Clerk of the United States Bankruptcy Court for
    The Southern District of New York
One Bowling Green
New York, New York 10004

Ref: Claims Nos. 170 (Madoff acct. nos. ZR274, ZR275 & ZR337)

Gentlemen:

We have finally given up hope for a hearing relative to the $50,000 deposit we believed was made many years ago and are now moving into a retirement facility to deal with Mrs. Chambers Alzheimer's condition. Please stop sending all information relative to the Madoff settlement. Effective September 30, 2020 our new address will be Stoneridge, 186 Jerry Browne Rd. No. 5409, Mystic, CT 06355.

Again, please stop all mail

Sincerely,

*[signatures]*

S. James & Ethel L. Chambers

RECEIVED
AUG 07 2020
U.S. BANKRUPTCY COURT
SO DIST OF NEW YORK