**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | SIPA LIQUIDATION |
| Plaintiff, | Adv. Pro. No. 08-01789 (SMB) |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 10-04302 (SMB) |
| Plaintiff, | |
| v. | |
| JOAN ROMAN, | |
| Defendant. | |

## <u>ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL</u>

Upon consideration of the application of Chaitman LLP (the "Application"), for an order

pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendant, Joan Roman,

(the "Defendant"); and due and sufficient notice of the Application having been given; and the

Court having reviewed all pleadings and other papers filed in connection with the Application; and

based upon the record of the case; and the Court having determined that the relief requested in the

Application is in the best interests of the Defendant; and good and sufficient appearing therefor; it

is hereby

{00044836 1 }

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Defendant

and is hereby removed as counsel for the Defendant in this proceeding.


Dated:    August 13th, 2020                    **/s/ STUART M. BERNSTEIN**
          New York, New York                   Hon. Stuart M. Bernstein
                                               UNITED STATES BANKRUPTCY JUDGE