# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

August 14, 2020

Lan Hoang
direct dial: 212.589.4262
lhoang@bakerlaw.com

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York  10004-1408

Re:   *Picard v. Michael Mann, et al.,* Adv. Pro. No. 10-04390 (SMB)

Dear Judge Bernstein:

We are counsel to Plaintiff Irving H. Picard, Esq., as Trustee for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff, in the above-referenced adversary proceeding.

At the pre-trial conference on August 4, 2020, Your Honor directed the parties to provide additional dates for trial in this matter.  The parties previously provided the week of September 14th, which still remains available.  The parties have conferred further and provide the following additional dates for the Court's consideration:  September 24 or October 6, 7 or 8.

Please contact the undersigned if you have questions or require further information.

Respectfully submitted,

*/s/ Lan Hoang*

Lan Hoang

cc:   Arthur H. Ruegger (arthur.ruegger@dentons.com)
      Carole Neville (carole.neville@dentons.com)

Chicago   Cincinnati   Cleveland   Columbus   Costa Mesa
Denver   Houston   Los Angeles   New York   Orlando   Washington, DC