**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

S. James & Ethel L. Chambers (the "Claimants"), having filed an objection (the "Objection," ECF No. 2270) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#000168, 000169, 000170), hereby give notice that they withdraw such Objection.

Dated: August 17, 2020

                */s/ Ethel L. Chambers*
                S. James & Ethel L. Chambers
                4244 S.E. Centerboard Lane
                Stuart, FL 34977