**Baker & Hostetler LLP**  
45 Rockefeller Plaza  
New York, New York 10111  
Telephone: (212) 589-4200  
Facsimile: (212) 589-4201  
David J. Sheehan  
Jorian L. Rose  
Amy E. Vanderwal  
Jason I. Blanchard  

Hearing Date and Time: August 26, 2020, 10:00 a.m. (EST)  
Objections Due: August 7, 2020  

*Attorneys for Irving H. Picard, Trustee*  
*for the Substantively Consolidated SIPA Liquidation*  
*of Bernard L. Madoff Investment Securities LLC*  
*and the Chapter 7 Estate of Bernard L. Madoff*  

**UNITED STATES BANKRUPTCY COURT**  
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**CERTIFICATE OF NO OBJECTION**  
**TO THE TRUSTEE'S MOTION FOR ENTRY OF AN ORDER**  
**(I) ESTABLISHING OMNIBUS PROCEDURES FOR THE ADJUDICATION OF**  
**OBJECTIONS TO THE TRUSTEE'S CLAIMS DETERMINATIONS THAT APPEAR**  
**TO RAISE FACTUAL ISSUES; AND (II) AUTHORIZING THE TRUSTEE TO FILE**  
**SUBSTANTIVE MOTIONS TO AFFIRM HIS CLAIMS DETERMINATIONS AND**  
<u>**OVERRULE SUCH OBJECTIONS ON AN OMNIBUS BASIS**</u>

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1. On July 10, 2020, the Trustee filed the *Motion for Entry of an Order (I) Establishing Omnibus Procedures for the Adjudication of Objections to the Trustee's Claims Determinations that Appear to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm his Claims Determinations and Overrule Such Objections on an Omnibus Basis* (the "Motion") (ECF No. 19622), together with the Declaration of Vineet Sehgal (ECF No. 19623) in support of the Motion.

2. The deadline for filing objections to the Motion expired on August 7, 2020.

3. Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) the claimants and their counsel of record, if any, that filed the Remaining Objections[1] as identified on Exhibit A annexed to the Declaration of Vineet Sehgal; (ii) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560) (the "Notice Procedures Order"); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the Internal Revenue Service; (vi) the United States Attorney for the Southern District of New York; and (vii) the Securities Investor Protection Corporation, pursuant to the Notice Procedures Order.

---

[1] Capitalized terms used herein and not otherwise defined shall have the meanings ascribed to them in the Motion.

4.      Counsel for the Trustee reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.      On August 7, 2020, the Trustee received a letter from S. James and Ethel Chambers requesting that the Trustee stop sending them all mail (ECF No. 19689). Although the letter does not refer to the Motion, the Chambers' are among the claimants who filed a Remaining Objection that is pending with the Court and had been served with notice of the Motion. Counsel for the Trustee contacted the Chambers' and explained the requirement of providing them with notices pending the adjudication or withdrawal of their Remaining Objection. The Chambers' agreed to withdraw their Remaining Objection. At the Chambers' request, the Trustee filed a *Notice of Withdrawal of Objection* of the Chambers' Remaining Objection on August 17, 2020 (ECF No. 19696). The Trustee is also removing the Chambers' from the notice lists per their request.

6.      An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Motion, will be submitted to the Court along with this certificate.

7.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

[REMAINDER OF PAGE INTENTIONALLY LEFT BLANK]

| | |
|---|---|
| Dated: New York, New York<br>August 17, 2020 | Respectfully submitted,<br><br>*/s/ David J. Sheehan*<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Jorian L. Rose<br>Email: jrose@bakerlaw.com<br>Amy E. Vanderwal<br>Email: avanderwal@bakerlaw.com<br>Jason I. Blanchard<br>Email: jblanchard@bakerlaw.com<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Tel: (212) 589-4200<br>Fax: (212) 589-4201<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |