Jerome Reisman (JR-0933)
**Reisman Peirez Reisman & Capobianco LLP**
1305 Franklin Avenue, Suite 270
Garden City, New York 11530
JReisman@reismanpeirez.com
*Attorneys for Judith W. Bailey as a*
*Limited Partner of Peerstate Equity Fund LP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
SECURITIES INVESTOR PROTECTION
CORPORATION,

                         Plaintiffs,

                                                              08-01789 (SMB)
VS.                                                      (substantively consolidated)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,
                         Defendant.
-----------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE
### AND REQUEST FOR REMOVAL FROM ECF

        **PLEASE TAKE NOTICE**, that Jerome Reisman, Esq., of Reisman Peirez Reisman & Capobianco LLP (f/k/a Reisman, Peirez & Reisman, L.L.P.), attorneys for Judith W. Bailey as a Limited Partner of Peerstate Equity Fund LP hereby withdraws his appearance in this case and requests that Jerome Reisman be removed from the Court's CM/ECF system in reference to the above-captioned bankruptcy and Adversary Proceeding cases. The matter for which the appearance was made has been resolved.

The email address to be removed from all mailing lists and notices of electronic filings in the above-captioned matter is: jreisman@reismanpeirez.com.

Dated:  Garden City, New York
       August 18, 2020

                                         **REISMAN PEIREZ REISMAN & CAPOBIANCO LLP**

                                         By:    /s/ Jerome Reisman
                                                   Jerome Reisman
                                                   A Member of the Firm
*Attorneys for Attorneys for Judith W. Bailey as a Limited Partner of Peerstate Equity Fund LP*
1305 Franklin Avenue, Suite 270
Garden City, New York 11530
Office:  516.746.7799
Fax:  516.742.4946
JReisman@ReismanPeirez.com