# Exhibit B

# NAV(Net Basis) Allocation Summary

| | A | B | C | D | E | F | G |
|---|---|---|---|---|---|---|---|
| 2 | Partnership : | Legacy Capital Ltd. | | Functional Currency : | USD | | |
| 3 | As Of         : | 07/01/2008 to 07/31/2008 | | | | | |
| 4 | | | | | | | |
| 5 | External Partner Id | External Investor Id | PARTNER NAME | | Opening NAV | Opening Shares/Units | Opening NAVPS |
| 7 | General  ::   Orig | | | | | | |
| 8 | 1400.01 | 1400 | Prince Assets LDC | | 26,154,681.10 | 98,440.00 | 265.69 |
| 9 | 1231.01 | 1231 | Montpellier International Ltd. | | 726,400.84 | 2,734.00 | 265.69 |
| 10 | Partner Class/Series Total: | | | | 26,881,081.94 | 101,174.00 | 265.69 |

CONFIDENTIAL    \\LAW-20\KHR-01\01\000\LAW\KHR-01-01_D\$EDD\$NativeFiles\00\63\99\21.ntv.xls    MAY0002839

# NAV(Net Basis) Allocation Summary

| A | B | C | H | I | J | K | L |
|---|---|---|---|---|---|---|---|
| Partnership : | Legacy Capital Ltd. | | | | | | |
| As Of : | 07/01/2008 to 07/31/2008 | | | | | | |
| External Partner Id | External Investor Id | PARTNER NAME | Opening Redemption | Subscription | Transfers and Assignments | Exchange | Allocated Income/(Loss) |
| General :: Orig | | | | | | | |
| 1400.01 | 1400 | Prince Assets LDC | 0.00 | 0.00 | 0.00 | 0.00 | 471,596.51 |
| 1231.01 | 1231 | Montpellier International Ltd. | 0.00 | 0.00 | 0.00 | 0.00 | 13,097.77 |
| Partner Class/Series Total: | | | 0.00 | 0.00 | 0.00 | 0.00 | 484,694.28 |

CONFIDENTIAL                                                                                                            MAY0002840

# NAV(Net Basis) Allocation Summary

| | A | B | C | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 2 | Partnership : | Legacy Capital Ltd. | | | | | |
| 3 | As Of      : | 07/01/2008 to 07/31/2008 | | | | | |
| 4 | | | | | | | |
| 5 | External Partner Id | External Investor Id | PARTNER NAME | Management Fee | Incentive Fee | Redemption | Redemption |
| 6 | | | | | | | Penalty Credited |
| 7 | General  ::   Orig | | | | | | |
| 8 | 1400.01 | 1400 | Prince Assets LDC | 0.00 | 0.00 | 0.00 | 0.00 |
| 9 | 1231.01 | 1231 | Montpellier International Ltd. | 0.00 | 0.00 | 0.00 | 0.00 |
| 10 | Partner Class/Series Total: | | | 0.00 | 0.00 | 0.00 | 0.00 |

CONFIDENTIAL

\\LAW-20\KHR-01\01\000\LAW\KHR-01-01_D\$EDD\$NativeFiles\00\63\99\21.ntv.xls

MAY0002841

# NAV(Net Basis) Allocation Summary

| | A | B | C | Q | R | S | T |
|---|---|---|---|---|---|---|---|
| 2 | Partnership : | Legacy Capital Ltd. | | | | | |
| 3 | As Of : | 07/01/2008 to 07/31/2008 | | | | | |
| 4 | | | | | | | |
| 5 | External Partner Id | External Investor Id | PARTNER NAME | Closing NAV | Closing Shares/Units | Closing NAVPS | PTD Accrued Incentive Fee |
| 7 | General :: Orig | | | | | | |
| 8 | 1400.01 | 1400 | Prince Assets LDC | 26,626,277.61 | 98,440.00 | 270.48 | 0.00 |
| 9 | 1231.01 | 1231 | Montpellier International Ltd. | 739,498.61 | 2,734.00 | 270.48 | 0.00 |
| 10 | Partner Class/Series Total: | | | 27,365,776.22 | 101,174.00 | 270.48 | 0.00 |

CONFIDENTIAL

\\LAW-20\KHR-01\01\000\LAW\KHR-01-01_D\$EDD\$NativeFiles\00\63\99\21.ntv.xls

MAY0002842

# NAV(Net Basis) Allocation Summary

| A | B | C | U | V | W | X |
|---|---|---|---|---|---|---|
| Partnership : | Legacy Capital Ltd. | | | | | |
| As Of : | 07/01/2008 to 07/31/2008 | | | | Time Run : | 09:25:08 |
| | | | | | Date Run : | 08/11/2008 |
| External Partner Id | External Investor Id | PARTNER NAME | PTD Crystallized | MTD Net% | YTD Net% | |
| | | | Incentive Fee | | | |
| General :: Orig | | | | | | |
| 1400.01 | 1400 | Prince Assets LDC | 0.00 | 1.80% | 7.51% | |
| 1231.01 | 1231 | Montpellier International Ltd. | 0.00 | 1.80% | 7.51% | |
| Partner Class/Series Total: | | | 0.00 | - | - | |

\\LAW-20\KHR-01\01\000\LAW\KHR-01-01_D\$EDD\$NativeFiles\00\63\99\21.ntv.xls

CONFIDENTIAL

MAY0002843

|    | A | B | C | D | E | F | G |
|----|---|---|---|---|---|---|---|
| 11 | Partnership Total: | | | | 26,881,081.94 | 101,174.00 | - |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | Agreed to last month | | |
| 15 | | | | | | | |

\\LAW-20\KHR-01\01\000\LAW\KHR-01-01_D\$EDD\$NativeFiles\00\63\99\21.ntv.xls

CONFIDENTIAL                                                                                                    MAY0002844

| | A | B | C | H | I | J | K | L |
|---|---|---|---|---|---|---|---|---|
| 11 | Partnership Total: | | | 0.00 | 0.00 | 0.00 | 0.00 | 484,694.28 |
| 12 | | | | | | | | |
| 13 | | | | | | | | |
| 14 | | | | | | | | |
| 15 | | | | | | | | |

CONFIDENTIAL

| | A | B | C | M | N | O | P |
|---|---|---|---|---|---|---|---|
| 11 | Partnership Total: | | | 0.00 | 0.00 | 0.00 | 0.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | | | | |

CONFIDENTIAL

| | A | B | C | Q | R | S | T |
|---|---|---|---|---|---|---|---|
| 11 | Partnership Total: | | | 27,365,776.22 | 101,174.00 | - | 0.00 |
| 12 | | | | | | | |
| 13 | | | | | | | |
| 14 | | | | | | | |
| 15 | | | | Agrees to tracking sheet | | | |

\\LAW-20\KHR-01\01\000\LAW\KHR-01-01_D\$EDD\$NativeFiles\00\63\99\21.ntv.xls

CONFIDENTIAL                                                                                    MAY0002847

|    | A                  | B | C | U    | V | W | X |
|----|--------------------|---|---|------|---|---|---|
| 11 | Partnership Total: |   |   | 0.00 | - | - |   |
| 12 |                    |   |   |      |   |   |   |
| 13 |                    |   |   |      |   |   |   |
| 14 |                    |   |   |      |   |   |   |
| 15 |                    |   |   |      |   |   |   |

CONFIDENTIAL                                                              MAY0002848

Legacy

Legacy

Prince Assets LDC
Prince Assets LDC

Account Code    : HCH
Date Prepared   : October 04, 2007
Valuation Date  : September 30, 2007

| Account Value | Shares Month-to-Date | Capital Month-to-Date | Shares Year-to-Date | Capital Year-to-Date |
|---|---|---|---|---|
| Opening Value of Partner Account | 136,069 | $ 32,565,257.70 | 136,069 | $ 30,072,242.30 |
| Add: Subscriptions/Additions | 0 | 0.00 | 0 | 0.00 |
| Less: Redemptions/Withdrawals | 0 | 0.00 | 0 | 0.00 |
| +/- Transfers & Adjustments | 0 | 0.00 | 0 | 0.00 |
| Net Income for the Period | | 606,323.46 | | 3,099,338.86 |
| Closing Value of the Partner Account September 30, 2007 | 136,069 | $ 33,171,581.16 | 136,069 | $ 33,171,581.16 |
| Closing NAV | | 243.79 | | |

| Performance Information | Percent Return |
|---|---|
| Return for the Period September 2007 | 1.86 % |
| Year-to-Date - September 30, 2007 | 10.31 % |

**Summary of Activity - Since Inception**

| Date | Activity | Shares | NAV | Amount |
|---|---|---|---|---|
| 10/2/00 | Subscription- | 398,370 | 100.00 | $ 39,837,000.00 |
| 5/2/01 | Subscription- | 138,074 | 108.64 | $ 14,999,964.47 |
| 3/31/04 | Redemption- | 263,121 | 146.70 | $(38,599,982.26) |
| 7/31/04 | Redemption- | 137,254 | 151.36 | $(20,775,039.95) |
| Total Additions | 2 | | | $ 54,836,964.47 |
| Total Redemptions | 2 | | | $(59,375,022.21) |

Investor Relations Contact Information:

Investor Relations

Statements independently prepared by:



200 N. LaSalle Suite 2420 Chicago, IL  60601
Phone: 312-697-9900  Fax: 312-697-9715

* Performance is estimated and unaudited.  Total return has been calculated after the incentive performance fee.  An individual investor's return may vary
from other investor's returns based on participation in hot issues, private placements, along with the timing of capital transactions.

CONFIDENTIAL

MAY0000756

Legacy

Legacy

Montpellier

Account Code : MONTPELLIE
Date Prepared : October 04, 2007
Valuation Date : September 30, 2007

| Account Value | Shares Month-to-Date | Capital Month-to-Date | Shares Year-to-Date | Capital Year-to-Date |
|---|---|---|---|---|
| Opening Value of Partner Account | 113,487 | $ 27,160,730.23 | 322,404 | $ 71,253,637.55 |
| Add: Subscriptions/Additions | 0 | 0.00 | 0 | 0.00 |
| Less: Redemptions/Withdrawals | 110,753 | 26,999,920.11 | 319,670 | 76,999,816.80 |
| +/- Transfers & Adjustments | 0 | 0.00 | 0 | 0.00 |
| Net Income for the Period | | 505,698.07 | | 6,412,687.44 |
| Closing Value of the Partner Account September 30, 2007 | 2,734 | $ 666,508.19 | 2,734 | $ 666,508.19 |
| Closing NAV | | 243.79 | | |

| Performance Information | Percent Return |
|---|---|
| Return for the Period September 2007 | 1.86 % |
| Year-to-Date - September 30, 2007 | 10.31 % |

### Summary of Activity - Since Inception

| Date | Activity | Shares | NAV | Amount |
|---|---|---|---|---|
| 10/2/00 | Subscription- | 319,188 | 100.00 | $ 31,918,800.00 |
| 8/2/01 | Subscription- | 136,418 | 109.96 | $ 14,999,996.71 |
| 1/13/03 | Subscription- | 192,011 | 130.20 | $ 24,999,939.73 |
| 7/31/04 | Redemption- | 325,213 | 151.36 | $(49,224,890.11) |
| 8/31/07 | Redemption- | 208,917 | 239.33 | $(49,999,896.69) |
| 9/30/07 | Redemption- | 110,753 | 243.79 | $(26,999,920.11) |
| Total Additions | 3 | | | $ 71,918,736.44 |
| Total Redemptions | 3 | | | $(126,224,706.91) |

**Investor Relations Contact Information:**

Investor Relations

---

Statements independently prepared by:



200 N. LaSalle Suite 2420 Chicago, IL 60601
Phone: 312-697-9900  Fax: 312-697-9715

\* Performance is estimated and unaudited. Total return has been calculated after the incentive performance fee. An individual investor's return may vary
 from other investor's returns based on participation in hot issues, private placements, along with the timing of capital transactions.

CONFIDENTIAL

MAY0000757

# Legacy

Prince Assets LDC
Prince Assets LDC                                                                                   Account Code  : HCH
                                                                                                    Date Prepared : June 12, 2008
                                                                                                    Valuation Date : May 31, 2008

| Account Value | Shares Month-to-Date | Capital Month-to-Date | Shares Year-to-Date | Capital Year-to-Date |
|---|---|---|---|---|
| Opening Value of Investor Account | 136,069 | $ 35,611,978.68 | 136,069 | $ 34,232,198.20 |
| Add: Subscriptions/Additions | 0 | 0.00 | 0 | 0.00 |
| Less: Redemptions/Withdrawals | 37,629 | 10,000,102.42 | 37,629 | 10,000,102.42 |
| +/- Transfers & Adjustments | 0 | 0.00 | 0 | 0.00 |
| Net Income for the Period |  | 549,065.63 |  | 1,928,846.11 |
| Closing Value of the Investor Account May 31, 2008 | 98,440 | $ 26,160,941.89 | 98,440 | $ 26,160,941.89 |
| Closing NAV |  | 265.76 |  |  |

| Performance Information | Percent Return |
|---|---|
| Return for the Period May 2008 | 1.54 % |
| Year-to-Date - May 31, 2008 | 5.63 % |

### Summary of Activity - Since 01/01/2008

| Date | Activity | Shares | NAV | Amount |
|---|---|---|---|---|
| 5/31/08 | Redemption- | 37,629 | 265.76 | $(10,000,102.42) |
| Total Additions | 0 |  |  | $ 0.00 |
| Total Redemptions | 1 |  |  | $(10,000,102.42) |

Investor Relations Contact Information:

Investor Relations

---

Statements independently prepared by:



33 W. Monroe, Suite 1000 | Chicago | Illinois | 60603
Phone: 312-697-9900   Fax: 312-697-9715

\* Performance is estimated and unaudited. Total return has been calculated after the incentive performance fee. An individual investor's return may vary
from other investor's returns based on participation in hot issues, private placements, along with the timing of capital transactions.

**CONFIDENTIAL**                                                                                                        MAY0002540

# Legacy

Montpellier

Account Code : MONTPELLIE
Date Prepared : June 12, 2008
Valuation Date : May 31, 2008

| Account Value | Shares Month-to-Date | Capital Month-to-Date | Shares Year-to-Date | Capital Year-to-Date |
|---|---|---|---|---|
| Opening Value of Investor Account | 2,734 | $ 715,542.48 | 2,734 | $ 687,818.90 |
| Add: Subscriptions/Additions | 0 | 0.00 | 0 | 0.00 |
| Less: Redemptions/Withdrawals | 0 | 0.00 | 0 | 0.00 |
| +/- Transfers & Adjustments | 0 | 0.00 | 0 | 0.00 |
| Net Income for the Period | | 11,032.24 | | 38,755.82 |
| Closing Value of the Investor Account May 31, 2008 | 2,734 | $ 726,574.72 | 2,734 | $ 726,574.72 |
| Closing NAV | | 265.76 | | |

| Performance Information | Percent Return |
|---|---|
| Return for the Period May 2008 | 1.54 % |
| Year-to-Date - May 31, 2008 | 5.63 % |

**Summary of Activity - Since 01/01/2008**

| Date | Activity | Shares | NAV | Amount |
|---|---|---|---|---|
| Total Additions | | 0 | | $ 0.00 |
| Total Redemptions | | 0 | | $ 0.00 |

Investor Relations Contact Information:

Investor Relations

Statements independently prepared by:



33 W. Monroe, Suite 1000 | Chicago | Illinois | 60603
Phone: 312-697-9900  Fax: 312-697-9715

* Performance is estimated and unaudited. Total return has been calculated after the incentive performance fee. An individual investor's return may vary from other investor's returns based on participation in hot issues, private placements, along with the timing of capital transactions.

CONFIDENTIAL                                                                                                                    MAY0002541