**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Lindsay A. Bush
Tessa B. Harvey
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for Khronos LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>-against-<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

------------------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                                Debtor.

------------------------------------------------------------------------x

**NOTICE OF TELEPHONIC HEARING ON MOTION OF KHRONOS LLC**
**TO QUASH THE TRUSTEE'S FED. R. BANKR. P. 2004 SUBPOENA**

**PLEASE TAKE NOTICE** that on September 9, 2020, at 10:00 a.m., a telephonic hearing (the "Hearing") will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York, on the motion (the "Motion") of Khronos LLC ("Khronos") for an order, substantially in the form of the order attached to the Motion as Exhibit A, quashing the subpoena issued by Irving H. Picard,

trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19,* dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Bernstein's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.courtsolutions.com/ no later than 12:00 p.m. (Eastern Time) one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operationsunder-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that objections or answering papers to the Motion, if any, shall be in writing, shall conform to the requirements of the Bankruptcy Code, Bankruptcy Rules, and the Local Rules of this Court, and shall be filed with the Clerk of the Bankruptcy Court electronically in accordance with General Order M-399 (which can be found at www.nysb.uscourts.gov) by registered users of the Bankruptcy Court's filing system, with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and a copy served upon Binder & Schwartz LLP, 366 Madison Avenue, 6th Floor, New York, NY 10017, Attn: Eric B. Fisher, efisher@binderschwartz.com, on or before September 1, 2020.

2

Dated: New York, New York
       August 18, 2020

Respectfully submitted,

**BINDER & SCHWARTZ LLP**

/s/ Eric B. Fisher
Eric B. Fisher
Lindsay A. Bush
Tessa B. Harvey
366 Madison Avenue, 6th Floor
New York, New York 10017
Tel: (212) 510-7008

*Attorneys for Khronos LLC*