**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

SECURITIES INVESTOR PROTECTION CORPORATION,

                              Plaintiff-Applicant,

    -against-

BERNARD L. MADOFF INVESTMENT SECURITIES LLC,

                                   Defendant.

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

------------------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                                   Debtor.

------------------------------------------------------------------------x

**STIPULATION SETTING BRIEFING SCHEDULE ON MOTION OF KHRONOS LLC TO QUASH THE TRUSTEE'S FED. R. BANKR. P. 2004 SUBPOENA**

IT IS HEREBY STIPULATED AND AGREED, by and between Khronos LLC ("Khronos"), on the one hand, and Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff, on the other hand, in each case by and through their respective attorneys, as follows:

WHEREAS, on August 18, 2020, Khronos filed a motion to quash (the "Motion to Quash") the subpoena issued to Khronos by the Trustee pursuant to Rule 2004 of the Federal Rules of Bankruptcy Procedure; and

WHEREAS, the Motion to Quash is scheduled to be heard by the Court via telephonic conference on September 9, 2020, at 10:00 a.m. Eastern Time;

**NOW, IT IS HEREBY STIPULATED AND AGREED**, by the undersigned that:

1. The deadline for the Trustee to file a response to the Motion to Quash is **September 1, 2020**.

2. The deadline for Khronos to file a reply to the Motion to Quash, if any, is **September 7, 2020 at 5 p.m. Eastern Time**.

3. This Stipulation may be signed in any number of counterparts and a signature made by a facsimile or electronic copy shall have the same force and effect as an original signature.

Dated: New York, New York
August 18, 2020

| **BAKER & HOSTETLER LLP** | **BINDER & SCHWARTZ LLP** |
|---|---|
| /s/ Jason S. Oliver | /s/ Eric B. Fisher |
| David J. Sheehan | Eric B. Fisher |
| Oren J. Warshavsky | Lindsay A. Bush |
| Jason S. Oliver | Tessa B. Harvey |
| 45 Rockefeller Plaza | 366 Madison Avenue, 6th Floor |
| New York, New York 10111 | New York, New York 10017 |
| Tel: (212) 589-4200 | Tel: (212) 510-7008 |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7 estate of Bernard L. Madoff* | *Attorneys for Khronos LLC* |

Dated: New York, New York
August 19th, 2020

SO ORDERED:

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE