# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

Jason I. Blanchard
direct dial: 212.589.4619
jblanchard@bakerlaw.com

August 19, 2020

**VIA ECF AND ELECTRONIC MAIL**

Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green
New York, New York 10004-1408

Re:     *Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities
LLC,* Case No. 08-01789 (SMB)

Dear Judge Bernstein,

We are counsel to Irving H. Picard, as the trustee (the "Trustee") for the substantively
consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC and the chapter 7
estate of Bernard L. Madoff. We write in response to Dr. Melton's August 18, 2020, email to
Chambers regarding notice of the Trustee's *Motion for Entry of an Order (I) Establishing Omnibus
Procedures for the Adjudication of Objections to the Trustee's Claims Determinations that Appear
to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm his
Claims Determinations and Overrule Such Objections on an Omnibus Basis* (the "Motion") (ECF
No. 19622) and related certificate of no objection (ECF No. 19698).

The Motion is intended to establish a process for resolving approximately 120 objections
that have not already been decided by the Court (each, a "Remaining Objection"). Dr. Melton is
not among the claimants who filed a Remaining Objection at issue in the Motion. In fact, all the
claims and objections filed by Dr. Melton and his family members have previously been decided
by the Court. Specifically, the Court entered orders disallowing the claims and overruling the
objections of the Ernest Melton (IRA),[1] the Melton Family LLC[2] and the Diana Melton Trust,

---

[1] *Order Granting Trustee's Fifth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who
Have No Net Equity* (ECF No. 12326).
[2] *Order Granting Trustee's Seventh Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who
Have No Net Equity* (ECF No. 12518).

August 19, 2020
Page 2

Dated 12/5/05.[3] On two separate occasions, the Court issued written opinions adhering to its prior rulings.[4] Dr. Melton did not appeal your Honor's prior orders or rulings. Therefore, they are final.

Because the claims and objections of Dr. Melton and his family members have been fully and finally resolved, the Trustee had no reason to provide Dr. Melton with notice of the Motion, the certificate of no objection, or any other claims-related proceedings.

Respectfully submitted,

/s/ Jason I. Blanchard

Jason I. Blanchard

cc:    Alan R. Melton, MD (alanrmelton@gmail.com)

---

[3] *Order Granting Trustee's Thirtieth Omnibus Motion to Disallow Claims and Overrule Objections of Claimants Who Have No Net Equity* (ECF No. 18708).
[4] *Memorandum Decision and Order Granting Motion of Diana Melton Trust for Reconsideration of the Disallowance of its Customer Claim and Adhering to the Court's Previous Decision and Order* (ECF No. 18902); *Memorandum Decision and Order Denying the Letter Motion of Alan Melton Et Al Tenants in Common to File a Late Customer Claim* (ECF No. 19565).