**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | Adv. Pro. No. 09-01239 (SMB) |
| Plaintiff, | |
| v. | |
| FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC, | |
| Defendants. | |

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>PF TRUSTEES LIMITED, in its capacity as trustee of RD TRUST, SAFEHAND INVESTMENTS, and STRONGBACK HOLDINGS<br><br>Defendants. | Adv. Pro. No. 12-01701 (SMB) |
| In re:<br><br>FAIRFIELD SENTRY LIMITED, et al.,<br><br>Debtors in Foreign Proceedings. | Chapter 15 Case<br><br>Case No. 10-13164 (SMB)<br><br>Jointly Administered |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, as assignee of Fairfield Sentry Limited,<br><br>Plaintiff,<br><br>v.<br><br>FAIRFIELD GREENWICH GROUP, FAIRFIELD GREENWICH (BERMUDA) LIMITED, FAIRFIELD GREENWICH ADVISORS, LLC, FAIRFIELD GREENWICH LIMITED, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER M. NOEL, JR., JEFFREY TUCKER, ANDRÉS PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, AND CORINA NOEL PIEDRAHITA,<br><br>Defendants. | Adv. Pro. No. 10-03800 (SMB) |

2

FAIRFIELD GREENWICH (BERMUDA) LIMITED,

                    Third-Party Plaintiff,

vs.

FAIRFIELD SENTRY LIMITED (IN LIQUIDATION),

Third-Party Defendant.

## FIFTH ORDER CONCERNING MEDIATION

**WHEREAS**, on May 19, 2020, this Court issued an order staying the above-captioned actions (the "Actions") and holding all deadlines in the Actions in abeyance through September 30, 2020, scheduling a status conference for August 26, 2020 (the "Status Conference"), and ordering the parties to provide the Court with a written progress report on the mediation by August 19, 2020;

**NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

1.     The Status Conference is adjourned to October 26, 2020.

2.     The stay in all Actions is lifted.

3.     Defendants in *Picard v. Fairfield Greenwich Group, et al. (In re Fairfield Sentry Ltd.)*, Adv. Pro No. 10-03800 (SMB) shall file their reply brief in further support of their Motion to Dismiss on or before October 2, 2020.

4.     The Trustee shall file an amended complaint in *Picard v. Fairfield Inv. Fund Ltd., et al.*, Adv. Pro. No. 09-01239 (SMB) on or before August 31, 2020. The parties shall advise the Court of how Defendants intend to respond to the amended complaint, and, if applicable, provide the Court a proposed briefing schedule, on or before October 15, 2020.

3

It is **SO ORDERED**.

Dated:  August **20th**, 2020         **/s/ STUART M. BERNSTEIN**
     New York, New York         HONORABLE STUART M. BERNSTEIN
                        UNITED STATES BANKRUPTCY JUDGE