DUANE MORRIS LLP
Michael R. Lastowski
1540 Broadway
New York, NY 10036-4086
mlastowski@duanemorris.com

*Attorney for PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    -against-<br><br>PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended,<br><br>    Defendants. | Adv. Pro. No. 10-04795 (SMB) |

DM1\11360964.1

# NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF NOTICING LIST

Pursuant to Local Rule 2090-1(e) of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, please withdraw the appearance of Michael R. Lastowski as counsel of record for the defendants, Peter G. Chernis Revocable Trust dtd 1/16/87, as amended; and Peter G. Chernis, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended.

The undersigned further requests to be removed from the ECF notice list in these cases.

Dated: August 24, 2020

Respectfully submitted,

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
mlastowski@duanemorris.com

*Attorney for the Defendants*