DUANE MORRIS LLP
Michael R. Lastowski
1540 Broadway
New York, NY 10036-4086
mlastowski@duanemorris.com

*Attorney for PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD,<br><br>  Plaintiff,<br><br>  -against-<br><br>PETER G. CHERNIS REVOCABLE TRUST DTD 1/16/87, AS AMENDED; and PETER G. CHERNIS, individually and in his capacity as Trustee of the Peter G. Chernis Revocable Trust dtd 1/16/87, as amended,<br><br>  Defendants. | Adv. Pro. No. 10-04795 (SMB) |

## CERTIFICATE OF SERVICE

I Michael R. Lastowski, certify that I am not less than 18 years of age, and that on August 24, 2020, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal from ECF Noticing List* to be served electronically through the Court's ECF System on parties requesting electronic service.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 24, 2020

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
mlastowski@duanemorris.com

*Attorney for the Defendants*