**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Lindsay A. Bush
Tessa B. Harvey
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for Khronos LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| | SIPA LIQUIDATION |
| Plaintiff-Applicant, | (Substantively Consolidated) |
| -against- | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                                                         Debtor.

------------------------------------------------------------------------x

**CERTIFICATE OF SERVICE**

      I, Eric B. Fisher, hereby certify that on August 18 and 19, 2020, I caused true and correct copies of the Motion of Khronos LLC to Quash the Trustee's Fed. R. Bank. P. 2004 Subpoena (the "Motion to Quash"), the Declaration of Rafael Mayer in Support of the Motion to Quash, with exhibits, the Declaration of Eric Fisher in Support of the Motion to Quash, with exhibits, and the Notice of Telephonic Hearing on the Motion to Quash, to be served upon counsel for

those parties who receive electronic service through ECF and by electronic mail, or, for those parties who do not receive electronic service, by prepaid regular U.S. Mail, to the parties set forth on the Master Service List, updated as of August 17, 2020, as maintained by Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Services LLC.

Dated: August 24, 2020

/s/ Eric B. Fisher
Eric B. Fisher