DUANE MORRIS LLP
Michael R. Lastowski
1540 Broadway
New York, NY 10036-4086
mlastowski@duanemorris.com

*Attorney for EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; DAVID M. DUCHESNEAU, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and SAMANTHA EYGES*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>   Debtor. | |

DM1\11361085.1

| | |
|---|---|
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>    -against-<br><br>EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; DAVID M. DUCHESNEAU, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and SAMANTHA EYGES,<br><br>    Defendants. | Adv. Pro. No. 10-04711 (SMB) |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM ECF NOTICING LIST

Pursuant to Local Rule 2090-1(e) of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, please withdraw the appearance of Michael R. Lastowski as counsel of record for the defendants, Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; Marilyn Chernis, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; Richard Eyges, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; David M. Duchesneau, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and Samantha Eyges.

The undersigned further requests to be removed from the ECF notice list in these cases.

|  |  |
|---|---|
| Dated: August 24, 2020 | Respectfully submitted, |
|  | **DUANE MORRIS LLP** |
|  | */s/ Michael R. Lastowski* |
|  | Michael R. Lastowski, Esq. |
|  | 1540 Broadway |
|  | New York, New York 10036-4086 |
|  | (212) 692-1000 |
|  | (212) 692-1020 (facsimile) |
|  | mlastowski@duanemorris.com |
|  | *Attorneys for the Defendants* |