DUANE MORRIS LLP
Michael R. Lastowski
1540 Broadway
New York, NY 10036-4086
mlastowski@duanemorris.com

*Attorney for EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; DAVID M. DUCHESNEAU, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and SAMANTHA EYGES*

**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

DM1\11361147.1

| | |
|---|---|
| IRVING H. PICARD,<br><br>    Plaintiff,<br><br>-against-<br><br>EVELYN CHERNIS IRREVOCABLE TRUST AGREEMENT FOR SAMANTHA EYGES DTD OCTOBER 6TH 1986; MARILYN CHERNIS, in her capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; RICHARD EYGES, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; DAVID M. DUCHESNEAU, in his capacity as Trustee of the Evelyn Chernis Irrevocable Trust Agreement for Samantha Eyges dtd October 6th 1986; and SAMANTHA EYGES,<br><br>    Defendants. | Adv. Pro. No. 10-04711 (SMB) |

## CERTIFICATE OF SERVICE

I Michael R. Lastowski, certify that I am not less than 18 years of age, and that on August 24, 2020, I caused a true and correct copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal from ECF Noticing List* to be served electronically through the Court's ECF System on parties requesting electronic service.

Under penalty of perjury, I declare that the foregoing is true and correct.

Dated: August 24, 2020

**DUANE MORRIS LLP**

*/s/ Michael R. Lastowski*
Michael R. Lastowski, Esq.
1540 Broadway
New York, New York 10036-4086
(212) 692-1000
(212) 692-1020 (facsimile)
mlastowski@duanemorris.com

*Attorney for the Defendants*

2

DM1\11361147.1