**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Jason I. Blanchard

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON AUGUST 26, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A. Thirty-Third Application of Trustee and Baker & Hostetler LLP for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 for Baker & Hostetler, L.L.P., Trustee's Attorney, period: 12/1/2019 to 3/31/2020,

        fee: $28,430,150.31, expenses: $365,619.13 filed by Baker & Hostetler, L.L.P. (Filed: 7/9/2020) [ECF No. 19604]

B.     Application of Browne Jacobson, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Browne Jacobson, LLP, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $84,190.74, expenses: $7,163.62 filed by Browne Jacobson, LLP (Filed: 7/9/2020) [ECF No. 19605]

C.     Application of Young Conaway Stargatt & Taylor, LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Young Conaway Stargatt & Taylor, LLP, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $87,297.62, expenses: $6,277.09 filed by Young Conaway Stargatt & Taylor, LLP (Filed: 7/9/2020) [ECF No. 19606]

D.     Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Schiltz & Schiltz, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $178,715.43, expenses: $11,616.50 filed by Schiltz & Schiltz (Filed: 7/9/2020) [ECF No. 19607]

E.     Application of Graf & Pitkowitz Rechtsnwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Graf & Pitkowitz Rechtsnwalte GMBH, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $109,903.08, expenses: $9.55 filed by Graf & Pitkowitz Rechtsnwalte GMBH (Filed: 7/9/2020) [ECF No. 19608]

F.     Application of The Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees for The Scaletta Law Firm, PLLC, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $18,067.99, expenses: $0.00, filed by The Scaletta Law Firm, PLLC (Filed: 7/9/2020) [ECF No. 19609]

G.     Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Robbins, Russell, Englert, Orseck, Untereiner &

|   |   |
|---|---|
|   | Sauber LLP, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $155,588.00, expenses: $1,312.12 filed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (Filed: 7/9/2020) [ECF No. 19610] |
| H. | Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Soroker Agmon Nordman, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $749,285.47, expenses: $26,123.82 filed by Soroker Agmon Nordman (Filed: 7/9/2020) [ECF No. 19611] |
| I. | Thirty-Second Application of Windels Marx Lane & Mittendorf, LLP for Allowance Of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and Request for Partial Release of Holdback for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $1,728,905.00, expenses: $9,011.37 filed by Windels Marx Lane & Mittendorf, LLP (Filed: 7/9/2020) [ECF No. 19612] |
| J. | Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Werder Vigano, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $3332.50, expenses: $0.00, filed by Werder Vigano (Filed: 7/9/2020) [ECF No. 19613] |
| K. | Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for Eugene F. Collins, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $11,969.95, expenses: $109.46 filed by Eugene F. Collins (Filed: 7/9/2020) [ECF No. 19614] |
| L. | Application of UGGC & Associés as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from December 1, 2019 through March 31, 2020 and for Release of a Portion of Fees Held Back for UGGC & Associés, Special Counsel, period: 12/1/2019 to 3/31/2020, fee: $53,295.18, expenses: $0.00 filed by UGGC & Associés (Filed: 7/9/2020) [ECF No. 19615] |
| M. | Application of Kelley, Wolter & Scott, Professional Association as Special Counsel to the Trustee for Release of a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kelley, Wolter & Scott, Professional Association (Filed: 7/9/2020) [ECF No. 19616] |

3

N.    Application of SCA Creque as Special Counsel to the Trustee for Release of a Portion of Fees Held Back, filed by SCA Creque (Filed: 7/9/2020) [ECF No. 19617]

O.    Application of Ritter Schierscher Rechtsanwalte as Special Counsel to the Trustee for Release of a Portion of Fees Held Back, filed by Ritter Schierscher Rechtsanwalte (Filed: 7/9/2020) [ECF No. 19618]

P.    Final Application of Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from December 1, 2019 through March 31, 2020 and for Release of Fees Previously Held Back for Higgs & Johnson, Special Counsel, period: 12/1/2019 to 3/31/20, fee: $1,401.20, expenses: $101.81, filed by Higgs & Johnson (Filed: 7/13/20) [ECF No. 19626]

**Related Document**:

Q.    Notice of Hearing on Applications for Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from December 1, 2019 through March 31, 2020, filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/9/2020) [ECF No. 19619]

**Responses Filed**:

R.    Recommendation of the Securities Investor Protection Corporation in Support of Thirty-Third Application of Trustee and Counsel for Interim Compensation and Reimbursement of Expenses filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19630]

S.    Recommendation of the Securities Investor Protection Corporation in Support of Applications of International Special Counsel to Irving H. Picard, Trustee, (1) for Final Compensation and Release of Holdback by Higgs & Johnson; and (2) for Interim Compensation and Reimbursement of Expenses; and (3) Release of a Portion of Fees Held Back for Certain Applicants filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19631]

T.    Recommendation of the Securities Investor Protection Corporation in Support of the Thirty-Second Application of Windels Marx Lane & Mittendorf, LLP, for Interim Compensation and Reimbursement of Expenses and Request for Partial Release of Holdback filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19632]

U.    Recommendation of the Securities Investor Protection Corporation in Support of the Application of Young Conaway Stargatt & Taylor, LLP, for Interim

4

|   |   |
|---|---|
|   | Compensation and Reimbursement of Expenses and a Request for Portion of Fees Held Back filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19633] |
| V. | Recommendation of the Securities Investor Protection Corporation in Support of Application of Kelley, Wolter & Scott, P.A., for a Request for a Portion of Fees Previously Held for the Prior Compensation Periods filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19634] |
| W. | Recommendation of the Securities Investor Protection Corporation in Support of the Application of The Scaletta Law Firm PLLC for Interim Compensation and for Release of a Portion of Fees Held Back filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19635] |
| X. | Recommendation of the Securities Investor Protection Corporation in Support of the Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP for Interim Compensation and a Request for Release of a Portion of Fees Held Back filed by Kenneth Caputo on behalf of Securities Investor Protection Corporation (Filed: 7/16/2020) [ECF No. 19636] |

**Objections Due**:    August 19, 2020

**Objections Filed**:    None

**Status**:    This matter is going forward.

2. **08-01789; SIPC v. BLMIS**

   A. Trustee's Motion for Entry of an Order (I) Establishing Omnibus Procedures for the Adjudication of Objections to the Trustees Claims Determinations that Appear to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm His Claims Determinations and Overrule Such Objections on an Omnibus Basis filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/10/2020) [ECF No. 19622]

   B. Declaration of Vineet Sehgal in Support of the Trustee's Motion for Entry of an Order (I) Establishing Omnibus Procedures for the Adjudication of Objections to the Trustee's Claims Determinations that Appear to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm His Claims Determinations and Overrule Such Objections on an Omnibus Basis  filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/10/2020) [ECF No. 19623]

**Related Documents**:

C.  Notice of Hearing on Trustee's Motion for Entry of an Order (I) Establishing Omnibus Procedures for the Adjudication of Objections to the Trustee's Claims Determinations that Appear to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm His Claims Determinations and Overrule Such Objections on an Omnibus Basis filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 7/10/2020) [ECF No. 19624]

D.  Certificate of No Objection to the Trustee's Motion for Entry of an Order (I) Establishing Omnibus Procedures for the Adjudication of Objections to the Trustees Claims Determinations that Appear to Raise Factual Issues; and (II) Authorizing the Trustee to File Substantive Motions to Affirm his Claims Determinations and Overrule Such Objections on an Omnibus Basis filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 8/11/2020) [ECF No. 19698]

**Objections Due**:   August 7, 2020

**Objections Filed:**   None

**Status**:   This matter is going forward.

Dated:  August 25, 2020
New York, New York

By:   */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com
Jason I. Blanchard
Email: jblanchard@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*