DUANE MORRIS LLP
Michael R. Lastowski (NY 4214847)
1540 Broadway
New York, NY 10036-4086
Email: mlastowski@duanemorris.com

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT NEW YORK**

| | | |
|---|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | ) ) | |
|     PLAINTIFF-APPLICANT, | ) | Adv. Pro. No. 08-01789(BRL) |
| | ) | |
| V. | ) | SIPA Liquidation |
| | ) | (Substantively Consolidated) |
| | ) | |
| BERNARD L. MADOFF INVESTMENT | ) | |
| | ) | |
| SECURITIES LLC, | ) | |
|     DEFENDANT | ) | |
| | ) | |
| IN RE: | ) | |
| | ) | |
| BERNARD L. MADOFF, | ) | |
|     DEBTOR | ) | |
| | ) | |
| IRVING H. PICARD, | ) | |
|     PLAINTIFF | ) | |
| | ) | |
| V. | ) | Adv. Pro. No. 10-04617 (BRL) |
| | ) | |
| NTC & CO. LLP, AS FORMER CUSTODIAN OF AN INDIVIDUAL RETIREMENT ACCOUNT FOR THE BENEFIT OF MAGNUS A. UNFLAT, ELEANORE C. UNFLAT LIVING TRUST, ELEANORE C. UNFLAT, IN HER CAPACITY AS CO-TRUSTEE OF THE ELEANORE C. UNFLAT LIVING TRUST, MAGNUS A. UNFLAT, IN HIS CAPACITY AS CO-TRUSTEE OF THE ELEANORE C. UNFLAT LIVING TRUST, ELEANORE C. UNFLAT, INDIVIDUALLY, | ) ) ) ) ) ) ) ) ) ) ) ) ) | |
|     DEFENDANTS | ) | |

DM1\11368427.1

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST
## FOR REMOVAL FROM ECF NOTICING LIST

Pursuant to Local Rule 2090-1(e) of the Local Rules for the United States Bankruptcy Court of the Southern District of New York, please withdraw the appearance of Michael R. Lastowski as counsel of record for the defendants, the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, in her capacity as co-trustee of the Eleanore C. Unflat Living Trust, Eleanore C. Unflat, individually, Magnus A. Unflat, and Magnus A. Unflat, in his capacity as co-trustee of the Eleanore C. Unflat Living Trust.

The undersigned further requests to be removed from the ECF notice list in these cases.

Dated: August 26, 2020

Respectfully submitted,

DUANE MORRIS LLP

By: /s/ Michael R. Lastowski
     Michael R. Lastowski (NY 4214847)
     1540 Broadway
     New York, NY 10036-4086
     Email: mlastowski@duanemorris.com
     Tel: (212) 692-1000
     Fax: (212) 692-1020 (facsimile)

*Attorney for the Defendants*

2

DM1\11368427.1

**<u>CERTIFICATE OF SERVICE</u>**

I, Michael R. Lastowski, hereby certify that on this 26th day of August, 2020, I caused a copy of the foregoing *Notice of Withdrawal of Appearance and Request for Removal from ECF Noticing List* to be served via ECF upon those parties and their counsel who are registered in the above-captioned case to receive notice.


<u>/s/ Michael R. Lastowski</u>
Michael R. Lastowski, Esq.