**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Judaic Heritage Foundation, Inc. | 004569 | 3143 | Lowenstein Sandler PC | Judaic Heritage Foundatio Inc | 1CM568 |