**Exhibit 1**

**FGG's Accounts at BLMIS**

| BLMIS Account Name | BLMIS Account Number | Date of First Transaction |
|---|---|---|
| CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD | 1FN012 | 11/29/1990 |
| CITCO GLOBAL CUSTODY N V FBO FAIRFIELD SENTRY LTD | 1FN045 | 10/19/1992 |
| FAIRFIELD SENTRY LIMITED C/O FAIRFIELD GREENWICH GROUP | 1FN069 | 1/31/1995 |
| FAIRFIELD SENTRY LIMITED C/O FAIRFIELD GREENWICH GROUP | 1FN070 | 1/31/1995 |
| GREENWICH SENTRY LP  C/O FAIRFIELD GREENWICH GROUP | 1G0092 | 11/20/1992 |
| GREENWICH SENTRY PARTNERS LP  C/O FAIRFIELD GREENWICH GROUP | 1G0371 | 5/1/2006 |