**Transfers from BLMIS to Greenwich Sentry**
**BLMIS ACCOUNT NO. 1G0092 - GREENWICH SENTRY LP C/O FAIRFIELD GREENWICH GROUP**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 11/20/1992 | CHECK WIRE | 300,000 | 300,000 | - | - | - | 300,000 | - | - | - |
| 11/27/1992 | CHECK WIRE A/O 11/24/92 | 200,000 | 200,000 | - | - | - | 500,000 | - | - | - |
| 1/27/1993 | CHECK WIRE | 635,163 | 635,163 | - | - | - | 1,135,163 | - | - | - |
| 1/27/1993 | CHECK WIRE | 190,000 | 190,000 | - | - | - | 1,325,163 | - | - | - |
| 2/8/1993 | CHECK WIRE | 553,000 | 553,000 | - | - | - | 1,878,163 | - | - | - |
| 4/1/1993 | TRANS FROM 1FN04530 (*1FN045*) | 14,807 | - | - | 14,807 | - | 1,892,970 | - | - | - |
| 4/19/1993 | CHECK WIRE | 976,704 | 976,704 | - | - | - | 2,869,674 | - | - | - |
| 5/6/1993 | CHECK WIRE | 162,933 | 162,933 | - | - | - | 3,032,607 | - | - | - |
| 7/22/1993 | CHECK WIRE | 815,196 | 815,196 | - | - | - | 3,847,803 | - | - | - |
| 8/12/1993 | CHECK WIRE | 17,137 | 17,137 | - | - | - | 3,864,940 | - | - | - |
| 10/8/1993 | CHECK WIRE | 1,383,700 | 1,383,700 | - | - | - | 5,248,640 | - | - | - |
| 10/25/1993 | CHECK WIRE | 239,687 | 239,687 | - | - | - | 5,488,327 | - | - | - |
| 1/7/1994 | CHECK WIRE | 2,675,000 | 2,675,000 | - | - | - | 8,163,327 | - | - | - |
| 1/7/1994 | CHECK WIRE | 2,675,000 | 2,675,000 | - | - | - | 10,838,327 | - | - | - |
| 1/10/1994 | CXL CHECK WIRE | (2,675,000) | (2,675,000) | - | - | - | 8,163,327 | - | - | - |
| 1/26/1994 | CHECK WIRE | 44,790 | 44,790 | - | - | - | 8,208,118 | - | - | - |
| 2/3/1994 | CHECK WIRE | 1,035,000 | 1,035,000 | - | - | - | 9,243,118 | - | - | - |
| 2/22/1994 | CHECK WIRE | 37,679 | 37,679 | - | - | - | 9,280,796 | - | - | - |
| 4/15/1994 | CHECK WIRE | 2,100,000 | 2,100,000 | - | - | - | 11,380,796 | - | - | - |
| 4/26/1994 | CHECK WIRE | 49,575 | 49,575 | - | - | - | 11,430,371 | - | - | - |
| 7/12/1994 | CHECK WIRE | 950,000 | 950,000 | - | - | - | 12,380,371 | - | - | - |
| 7/20/1994 | CHECK WIRE | 19,179 | 19,179 | - | - | - | 12,399,550 | - | - | - |
| 10/4/1994 | CHECK WIRE | 1,200,000 | 1,200,000 | - | - | - | 13,599,550 | - | - | - |
| 10/12/1994 | CHECK WIRE | 612,687 | 612,687 | - | - | - | 14,212,237 | - | - | - |
| 12/9/1994 | CHECK WIRE | 271,340 | 271,340 | - | - | - | 14,483,577 | - | - | - |
| 12/21/1994 | CHECK WIRE ADJ 12/9/94 | 60 | 60 | - | - | - | 14,483,637 | - | - | - |
| 1/6/1995 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 19,483,637 | - | - | - |
| 1/19/1995 | CHECK WIRE | 174,689 | 174,689 | - | - | - | 19,658,325 | - | - | - |
| 2/2/1995 | CHECK WIRE | 352,980 | 352,980 | - | - | - | 20,011,305 | - | - | - |
| 2/6/1995 | CHECK WIRE | 105,000 | 105,000 | - | - | - | 20,116,305 | - | - | - |
| 3/17/1995 | CHECK WIRE | 1,520,664 | 1,520,664 | - | - | - | 21,636,969 | - | - | - |
| 4/17/1995 | CHECK WIRE | 2,261,712 | 2,261,712 | - | - | - | 23,898,681 | - | - | - |
| 5/9/1995 | CHECK WIRE | 50,637 | 50,637 | - | - | - | 23,949,318 | - | - | - |
| 6/12/1995 | CHECK WIRE | 5,500 | 5,500 | - | - | - | 23,954,818 | - | - | - |
| 6/16/1995 | CHECK WIRE | 19,007 | 19,007 | - | - | - | 23,973,825 | - | - | - |
| 7/20/1995 | CHECK WIRE | 736,551 | 736,551 | - | - | - | 24,710,376 | - | - | - |
| 8/3/1995 | CHECK WIRE | 852,883 | 852,883 | - | - | - | 25,563,259 | - | - | - |
| 9/11/1995 | CHECK WIRE | 128,000 | 128,000 | - | - | - | 25,691,259 | - | - | - |
| 10/13/1995 | CHECK WIRE | (3,200,000) | - | (3,200,000) | - | - | 22,491,259 | - | - | - |
| 10/20/1995 | CHECK WIRE | 168,000 | 168,000 | - | - | - | 22,659,259 | - | - | - |
| 11/6/1995 | CHECK WIRE | 1,397,845 | 1,397,845 | - | - | - | 24,057,104 | - | - | - |
| 12/8/1995 | CHECK WIRE | 1,504,000 | 1,504,000 | - | - | - | 25,561,104 | - | - | - |
| 1/2/1996 | CHECK WIRE | (3,678,975) | - | (3,678,975) | - | - | 21,882,129 | - | - | - |
| 1/4/1996 | CHECK WIRE | 4,600,000 | 4,600,000 | - | - | - | 26,482,129 | - | - | - |
| 1/11/1996 | CHECK | 169,382 | 169,382 | - | - | - | 26,651,511 | - | - | - |
| 1/24/1996 | CHECK WIRE | 280,225 | 280,225 | - | - | - | 26,931,736 | - | - | - |
| 2/8/1996 | CHECK WIRE | 3,462,235 | 3,462,235 | - | - | - | 30,393,971 | - | - | - |
| 3/6/1996 | CHECK WIRE | 410,000 | 410,000 | - | - | - | 30,803,971 | - | - | - |
| 3/11/1996 | CHECK WIRE | 283,000 | 283,000 | - | - | - | 31,086,971 | - | - | - |
| 4/3/1996 | CHECK WIRE | (1,875,000) | - | (1,875,000) | - | - | 29,211,971 | - | - | - |
| 5/7/1996 | CHECK WIRE | 1,300,000 | 1,300,000 | - | - | - | 30,511,971 | - | - | - |
| 5/17/1996 | CHECK WIRE | 404,000 | 404,000 | - | - | - | 30,915,971 | - | - | - |
| 6/5/1996 | CHECK WIRE | 725,000 | 725,000 | - | - | - | 31,640,971 | - | - | - |
| 7/11/1996 | CHECK WIRE | 1,928,400 | 1,928,400 | - | - | - | 33,569,371 | - | - | - |

| | Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 9/6/1996 | CHECK WIRE | (1,800,000) | - | (1,800,000) | - | - | 31,769,371 | - | - | - |
| 10/18/1996 | CHECK WIRE | (250,000) | - | (250,000) | - | - | 31,519,371 | - | - | - |
| 11/29/1996 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | 30,019,371 | - | - | - |
| 12/31/1996 | CHECK WIRE | (15,000,000) | - | (15,000,000) | - | - | 15,019,371 | - | - | - |
| 2/11/1997 | CHECK WIRE | 3,100,000 | 3,100,000 | - | - | - | 18,119,371 | - | - | - |
| 2/14/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 18,019,371 | - | - | - |
| 3/3/1997 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | 16,519,371 | - | - | - |
| 3/4/1997 | CHECK WIRE | (1,200,000) | - | (1,200,000) | - | - | 15,319,371 | - | - | - |
| 4/7/1997 | CHECK WIRE | 400,000 | 400,000 | - | - | - | 15,719,371 | - | - | - |
| 4/15/1997 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 15,619,371 | - | - | - |
| 5/9/1997 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 16,119,371 | - | - | - |
| 6/6/1997 | CHECK WIRE | 2,500,000 | 2,500,000 | - | - | - | 18,619,371 | - | - | - |
| 6/30/1997 | CHECK WIRE | (3,000,000) | - | (3,000,000) | - | - | 15,619,371 | - | - | - |
| 7/18/1997 | CHECK WIRE | 755,000 | 755,000 | - | - | - | 16,374,371 | - | - | - |
| 8/1/1997 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 15,874,371 | - | - | - |
| 8/12/1997 | CHECK WIRE | 1,300,000 | 1,300,000 | - | - | - | 17,174,371 | - | - | - |
| 9/8/1997 | CHECK WIRE | 1,900,000 | 1,900,000 | - | - | - | 19,074,371 | - | - | - |
| 11/10/1997 | CHECK WIRE | 1,900,000 | 1,900,000 | - | - | - | 20,974,371 | - | - | - |
| 12/15/1997 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 21,474,371 | - | - | - |
| 2/18/1998 | CHECK WIRE | 1,700,000 | 1,700,000 | - | - | - | 23,174,371 | - | - | - |
| 4/20/1998 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 23,674,371 | - | - | - |
| 5/14/1998 | CHECK WIRE | 4,000,000 | 4,000,000 | - | - | - | 27,674,371 | - | - | - |
| 6/24/1998 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 28,674,371 | - | - | - |
| 7/6/1998 | CHECK WIRE | (2,200,000) | - | (2,200,000) | - | - | 26,474,371 | - | - | - |
| 8/5/1998 | CHECK WIRE | (400,000) | - | (400,000) | - | - | 26,074,371 | - | - | - |
| 12/3/1998 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 26,574,371 | - | - | - |
| 12/31/1998 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 25,574,371 | - | - | - |
| 1/22/1999 | CHECK WIRE | 3,422,000 | 3,422,000 | - | - | - | 28,996,371 | - | - | - |
| 2/16/1999 | CHECK WIRE | 2,345,000 | 2,345,000 | - | - | - | 31,341,371 | - | - | - |
| 4/1/1999 | CHECK WIRE | (600,000) | - | (600,000) | - | - | 30,741,371 | - | - | - |
| 6/14/1999 | CHECK WIRE | 1,437,000 | 1,437,000 | - | - | - | 32,178,371 | - | - | - |
| 8/6/1999 | CHECK WIRE | 2,250,000 | 2,250,000 | - | - | - | 34,428,371 | - | - | - |
| 9/16/1999 | CHECK WIRE | 1,072,692 | 1,072,692 | - | - | - | 35,501,063 | - | - | - |
| 10/14/1999 | CHECK WIRE | 800,000 | 800,000 | - | - | - | 36,301,063 | - | - | - |
| 11/10/1999 | CHECK WIRE | 3,950,000 | 3,950,000 | - | - | - | 40,251,063 | - | - | - |
| 12/3/1999 | CHECK WIRE | (300,000) | - | (300,000) | - | - | 39,951,063 | - | - | - |
| 12/30/1999 | CHECK WIRE | (1,200,000) | - | (1,200,000) | - | - | 38,751,063 | - | - | - |
| 1/4/2000 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 38,251,063 | - | - | - |
| 3/29/2000 | CHECK WIRE | (6,000,000) | - | (6,000,000) | - | - | 32,251,063 | - | - | - |
| 4/24/2000 | CHECK WIRE | 3,000,000 | 3,000,000 | - | - | - | 35,251,063 | - | - | - |
| 5/2/2000 | CHECK WIRE | (1,200,000) | - | (1,200,000) | - | - | 34,051,063 | - | - | - |
| 5/16/2000 | CHECK WIRE | 300,000 | 300,000 | - | - | - | 34,351,063 | - | - | - |
| 6/2/2000 | CHECK WIRE | (1,000,000) | - | (1,000,000) | - | - | 33,351,063 | - | - | - |
| 9/1/2000 | CHECK WIRE | (400,000) | - | (400,000) | - | - | 32,951,063 | - | - | - |
| 10/6/2000 | CHECK WIRE | (550,000) | - | (550,000) | - | - | 32,401,063 | - | - | - |
| 11/1/2000 | CHECK WIRE | (325,000) | - | (325,000) | - | - | 32,076,063 | - | - | - |
| 12/5/2000 | CHECK WIRE | (475,000) | - | (475,000) | - | - | 31,601,063 | - | - | - |
| 1/10/2001 | CHECK WIRE | (900,000) | - | (900,000) | - | - | 30,701,063 | - | - | - |
| 3/20/2001 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | 28,701,063 | - | - | - |
| 3/29/2001 | CHECK WIRE | (12,750,000) | - | (12,750,000) | - | - | 15,951,063 | - | - | - |
| 4/23/2001 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 15,851,063 | - | - | - |
| 4/30/2001 | CHECK WIRE | (650,000) | - | (650,000) | - | - | 15,201,063 | - | - | - |
| 5/11/2001 | CHECK WIRE | 1,610,000 | 1,610,000 | - | - | - | 16,811,063 | - | - | - |
| 6/5/2001 | CHECK WIRE | (120,000) | - | (120,000) | - | - | 16,691,063 | - | - | - |

Exhibit 5

Transfers from BLMIS to Greenwich Sentry
**BLMIS ACCOUNT NO. 1G0092 - GREENWICH SENTRY LP C/O FAIRFIELD GREENWICH GROUP**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 7/10/2001 | CHECK WIRE | 3,500,000 | 3,500,000 | - | - | - | 20,191,063 | - | - | - |
| 7/20/2001 | CHECK WIRE | (2,000,000) | - | (2,000,000) | - | - | 18,191,063 | - | - | - |
| 8/21/2001 | CHECK WIRE | 1,300,000 | 1,300,000 | - | - | - | 19,491,063 | - | - | - |
| 9/24/2001 | CHECK WIRE | 3,850,000 | 3,850,000 | - | - | - | 23,341,063 | - | - | - |
| 10/12/2001 | CHECK WIRE | 5,916,000 | 5,916,000 | - | - | - | 29,257,063 | - | - | - |
| 11/6/2001 | CHECK WIRE | 5,000,000 | 5,000,000 | - | - | - | 34,257,063 | - | - | - |
| 11/13/2001 | CHECK WIRE | 4,800,000 | 4,800,000 | - | - | - | 39,057,063 | - | - | - |
| 12/20/2001 | CHECK WIRE | 1,500,000 | 1,500,000 | - | - | - | 40,557,063 | - | - | - |
| 12/27/2001 | CHECK WIRE | (5,250,000) | - | (5,250,000) | - | - | 35,307,063 | - | - | - |
| 1/18/2002 | CHECK WIRE | 6,250,000 | 6,250,000 | - | - | - | 41,557,063 | - | - | - |
| 2/15/2002 | CHECK WIRE | 2,640,000 | 2,640,000 | - | - | - | 44,197,063 | - | - | - |
| 3/22/2002 | CHECK WIRE | 5,840,000 | 5,840,000 | - | - | - | 50,037,063 | - | - | - |
| 4/19/2002 | CHECK WIRE | 3,527,687 | 3,527,687 | - | - | - | 53,564,750 | - | - | - |
| 6/17/2002 | CHECK WIRE | 1,000,000 | 1,000,000 | - | - | - | 54,564,750 | - | - | - |
| 8/26/2002 | CHECK WIRE | 1,600,000 | 1,600,000 | - | - | - | 56,164,750 | - | - | - |
| 9/13/2002 | CHECK WIRE | 63,000 | 63,000 | - | - | - | 56,227,750 | - | - | - |
| 9/13/2002 | CHECK WIRE | 987,000 | 987,000 | - | - | - | 57,214,750 | - | - | - |
| 10/1/2002 | CHECK WIRE | (960,000) | - | (960,000) | - | - | 56,254,750 | - | - | - |
| 10/16/2002 | CHECK WIRE | (110,000) | - | (110,000) | - | - | 56,144,750 | - | - | - |
| 10/30/2002 | CHECK WIRE | (40,000) | - | (40,000) | - | - | 56,104,750 | - | - | - |
| 11/12/2002 | CHECK WIRE | 190,000 | 190,000 | - | - | - | 56,294,750 | - | - | - |
| 12/2/2002 | CHECK WIRE | (350,000) | - | (350,000) | - | - | 55,944,750 | - | - | - |
| 12/11/2002 | CHECK WIRE | (1,063,000) | - | (1,063,000) | - | - | 54,881,750 | - | - | (1,063,000) |
| 12/18/2002 | CHECK WIRE | (925,000) | - | (925,000) | - | - | 53,956,750 | - | - | (925,000) |
| 12/31/2002 | CHECK WIRE | (1,146,000) | - | (1,146,000) | - | - | 52,810,750 | - | - | (1,146,000) |
| 1/21/2003 | CHECK WIRE | 1,763,000 | 1,763,000 | - | - | - | 54,573,750 | - | - | - |
| 2/5/2003 | CHECK WIRE | (885,000) | - | (885,000) | - | - | 53,688,750 | - | - | (885,000) |
| 2/13/2003 | CHECK WIRE | 50,000 | 50,000 | - | - | - | 53,738,750 | - | - | - |
| 3/3/2003 | CHECK WIRE | (1,451,000) | - | (1,451,000) | - | - | 52,287,750 | - | - | (1,451,000) |
| 3/31/2003 | CHECK WIRE | (200,000) | - | (200,000) | - | - | 52,087,750 | - | - | (200,000) |
| 4/2/2003 | CHECK WIRE | (200,000) | - | (200,000) | - | - | 51,887,750 | - | - | (200,000) |
| 4/15/2003 | CHECK WIRE | (10,194,500) | - | (10,194,500) | - | - | 41,693,250 | - | - | (10,194,500) |
| 4/17/2003 | CHECK WIRE | (12,000) | - | (12,000) | - | - | 41,681,250 | - | - | (12,000) |
| 5/2/2003 | CHECK WIRE | (100,000) | - | (100,000) | - | - | 41,581,250 | - | - | (100,000) |
| 5/15/2003 | CHECK WIRE | 43,000 | 43,000 | - | - | - | 41,624,250 | - | - | - |
| 6/9/2003 | CHECK WIRE | 4,450 | 4,450 | - | - | - | 41,628,700 | - | - | - |
| 6/9/2003 | CHECK WIRE | 4,445,550 | 4,445,550 | - | - | - | 46,074,250 | - | - | - |
| 7/1/2003 | CHECK WIRE | (350,000) | - | (350,000) | - | - | 45,724,250 | - | - | (350,000) |
| 7/3/2003 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 45,649,250 | - | - | (75,000) |
| 8/1/2003 | CHECK WIRE | (45,000) | - | (45,000) | - | - | 45,604,250 | - | - | (45,000) |
| 8/14/2003 | CHECK WIRE | 415,000 | 415,000 | - | - | - | 46,019,250 | - | - | - |
| 8/28/2003 | CHECK WIRE | (526,154) | - | (526,154) | - | - | 45,493,096 | - | - | (526,154) |
| 9/5/2003 | CHECK WIRE | (30,000) | - | (30,000) | - | - | 45,463,096 | - | - | (30,000) |
| 9/10/2003 | CHECK WIRE | 3,303,000 | 3,303,000 | - | - | - | 48,766,096 | - | - | - |
| 9/15/2003 | CHECK WIRE | (60,000) | - | (60,000) | - | - | 48,706,096 | - | - | (60,000) |
| 9/30/2003 | CHECK WIRE | (1,080,000) | - | (1,080,000) | - | - | 47,626,096 | - | - | (1,080,000) |
| 10/8/2003 | CHECK WIRE | 6,980,612 | 6,980,612 | - | - | - | 54,606,708 | - | - | - |
| 10/16/2003 | CHECK WIRE | (145,000) | - | (145,000) | - | - | 54,461,708 | - | - | (145,000) |
| 11/7/2003 | CHECK WIRE | 1,770,000 | 1,770,000 | - | - | - | 56,231,708 | - | - | - |
| 11/14/2003 | CHECK WIRE | (6,000) | - | (6,000) | - | - | 56,225,708 | - | - | (6,000) |
| 11/28/2003 | CHECK WIRE | 3,810,000 | 3,810,000 | - | - | - | 60,035,708 | - | - | - |
| 12/12/2003 | CHECK WIRE | (1,965,000) | - | (1,965,000) | - | - | 58,070,708 | - | - | (1,965,000) |
| 1/22/2004 | CHECK WIRE | 5,206,000 | 5,206,000 | - | - | - | 63,276,708 | - | - | - |
| 2/10/2004 | CHECK WIRE | 535,000 | 535,000 | - | - | - | 63,811,708 | - | - | - |

Exhibit 5

Transfers from BLMIS to Greenwich Sentry
BLMIS ACCOUNT NO. 1G0092 - GREENWICH SENTRY LP C/O FAIRFIELD GREENWICH GROUP

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 2/17/2004 | CHECK WIRE | 57,439 | 57,439 | - | - | - | 63,869,146 | - | - | - |
| 3/8/2004 | CHECK WIRE | 2,140,000 | 2,140,000 | - | - | - | 66,009,146 | - | - | - |
| 4/19/2004 | CHECK WIRE | (1,780,000) | - | (1,780,000) | - | - | 64,229,146 | - | - | (1,780,000) |
| 4/27/2004 | CHECK WIRE | (300,000) | - | (300,000) | - | - | 63,929,146 | - | - | (300,000) |
| 5/14/2004 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 65,929,146 | - | - | - |
| 6/1/2004 | CHECK WIRE | (700,000) | - | (700,000) | - | - | 65,229,146 | - | - | (700,000) |
| 7/15/2004 | CHECK WIRE | 900,000 | 900,000 | - | - | - | 66,129,146 | - | - | - |
| 8/2/2004 | CHECK WIRE | 300,000 | 300,000 | - | - | - | 66,429,146 | - | - | - |
| 9/2/2004 | CHECK WIRE | (450,000) | - | (450,000) | - | - | 65,979,146 | - | - | (450,000) |
| 10/8/2004 | CHECK WIRE | (3,300,000) | - | (3,300,000) | - | - | 62,679,146 | - | - | (3,300,000) |
| 10/20/2004 | CHECK WIRE | 2,800,000 | 2,800,000 | - | - | - | 65,479,146 | - | - | - |
| 11/8/2004 | CHECK WIRE | 600,000 | 600,000 | - | - | - | 66,079,146 | - | - | - |
| 12/1/2004 | CHECK WIRE | (1,500,000) | - | (1,500,000) | - | - | 64,579,146 | - | - | (1,500,000) |
| 1/4/2005 | CHECK WIRE | 260,000 | 260,000 | - | - | - | 64,839,146 | - | - | - |
| 2/9/2005 | CHECK WIRE | (2,600,000) | - | (2,600,000) | - | - | 62,239,146 | - | - | (2,600,000) |
| 4/5/2005 | CHECK WIRE | (450,000) | - | (450,000) | - | - | 61,789,146 | - | - | (450,000) |
| 5/3/2005 | CHECK WIRE | (6,900,000) | - | (6,900,000) | - | - | 54,889,146 | - | - | (6,900,000) |
| 6/6/2005 | CHECK WIRE | 1,250,000 | 1,250,000 | - | - | - | 56,139,146 | - | - | - |
| 6/20/2005 | CHECK WIRE | (900,000) | - | (900,000) | - | - | 55,239,146 | - | - | (900,000) |
| 7/1/2005 | CHECK WIRE | 6,250,000 | 6,250,000 | - | - | - | 61,489,146 | - | - | - |
| 8/2/2005 | CHECK WIRE | 2,700,000 | 2,700,000 | - | - | - | 64,189,146 | - | - | - |
| 9/2/2005 | CHECK WIRE | (53,500,000) | - | (53,500,000) | - | - | 10,689,146 | - | - | (53,500,000) |
| 10/3/2005 | CHECK WIRE | (3,400,000) | - | (3,400,000) | - | - | 7,289,146 | - | - | (3,400,000) |
| 11/7/2005 | CHECK WIRE | (1,850,000) | - | (1,850,000) | - | - | 5,439,146 | - | - | (1,850,000) |
| 12/14/2005 | CHECK WIRE | (1,450,000) | - | (1,450,000) | - | - | 3,989,146 | - | - | (1,450,000) |
| 1/6/2006 | CHECK WIRE | (11,050,000) | - | (11,050,000) | - | - | (7,060,854) | - | - | (11,050,000) |
| 2/6/2006 | CHECK WIRE | (900,000) | - | (900,000) | - | - | (7,960,854) | - | - | (900,000) |
| 3/3/2006 | CHECK WIRE | (3,900,000) | - | (3,900,000) | - | - | (11,860,854) | - | - | (3,900,000) |
| 4/4/2006 | CHECK WIRE | (3,600,000) | - | (3,600,000) | - | - | (15,460,854) | - | - | (3,600,000) |
| 5/1/2006 | TRANS TO 1G037130 *(1G0371)* | (5,762,560) [1] | - | - | - | - | (15,460,854) | - | - | - |
| 5/15/2006 | CHECK WIRE | 21,200,000 | 21,200,000 | - | - | - | 5,739,146 | - | - | - |
| 6/2/2006 | CHECK WIRE | 2,900,000 | 2,900,000 | - | - | - | 8,639,146 | - | - | - |
| 6/30/2006 | TRANS FROM 1G037130 A/O 6/1/06 *(1G0371)* | 1,207,344 [2] | - | - | 950,000 | - | 9,589,146 | - | - | - |
| 7/5/2006 | CHECK WIRE | 8,200,000 | 8,200,000 | - | - | - | 17,789,146 | - | - | - |
| 8/2/2006 | CHECK WIRE | (3,200,000) | - | (3,200,000) | - | - | 14,589,146 | - | - | (3,200,000) |
| 9/6/2006 | CHECK WIRE | (2,150,000) | - | (2,150,000) | - | - | 12,439,146 | - | - | (2,150,000) |
| 10/3/2006 | CHECK WIRE | 6,550,000 | 6,550,000 | - | - | - | 18,989,146 | - | - | - |
| 11/9/2006 | CHECK WIRE | 10,700,000 | 10,700,000 | - | - | - | 29,689,146 | - | - | - |
| 12/11/2006 | CHECK WIRE | (8,150,000) | - | (8,150,000) | - | - | 21,539,146 | - | (8,150,000) | (8,150,000) |
| 1/4/2007 | CHECK WIRE | (3,700,000) | - | (3,700,000) | - | - | 17,839,146 | - | (3,700,000) | (3,700,000) |
| 1/10/2007 | CHECK WIRE | (700,000) | - | (700,000) | - | - | 17,139,146 | - | (700,000) | (700,000) |
| 2/2/2007 | CHECK WIRE | 2,550,000 | 2,550,000 | - | - | - | 19,689,146 | - | - | - |
| 3/2/2007 | CHECK WIRE | (1,650,000) | - | (1,650,000) | - | - | 18,039,146 | - | (1,650,000) | (1,650,000) |
| 4/4/2007 | CHECK WIRE | 20,700,000 | 20,700,000 | - | - | - | 38,739,146 | - | - | - |
| 4/16/2007 | CHECK WIRE | 2,000,000 | 2,000,000 | - | - | - | 40,739,146 | - | - | - |
| 5/3/2007 | CHECK WIRE | 550,000 | 550,000 | - | - | - | 41,289,146 | - | - | - |
| 5/24/2007 | CHECK WIRE | (350,000) | - | (350,000) | - | - | 40,939,146 | - | (350,000) | (350,000) |
| 6/5/2007 | CHECK WIRE | 16,200,000 | 16,200,000 | - | - | - | 57,139,146 | - | - | - |
| 7/5/2007 | CHECK WIRE | 3,050,000 | 3,050,000 | - | - | - | 60,189,146 | - | - | - |
| 9/5/2007 | CHECK WIRE | 7,900,000 | 7,900,000 | - | - | - | 68,089,146 | - | - | - |
| 10/3/2007 | CHECK WIRE | (17,900,000) | - | (17,900,000) | - | - | 50,189,146 | - | (17,900,000) | (17,900,000) |
| 11/7/2007 | CHECK WIRE | 21,300,000 | 21,300,000 | - | - | - | 71,489,146 | - | - | - |
| 12/5/2007 | CHECK WIRE | 5,500,000 | 5,500,000 | - | - | - | 76,989,146 | - | - | - |
| 1/3/2008 | CHECK WIRE | 34,900,000 | 34,900,000 | - | - | - | 111,889,146 | - | - | - |

Transfers from BLMIS to Greenwich Sentry

BLMIS ACCOUNT NO. 1G0092 - GREENWICH SENTRY LP C/O FAIRFIELD GREENWICH GROUP

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 2/6/2008 | CHECK WIRE | 1,850,000 | 1,850,000 | - | - | - | 113,739,146 | - | - | |
| 4/2/2008 | CHECK WIRE | (2,200,000) | - | (2,200,000) | - | - | 111,539,146 | - | (2,200,000) | (2,200,000) |
| 4/4/2008 | CHECK WIRE | 60,000,000 | 60,000,000 | - | - | - | 171,539,146 | - | - | - |
| 5/8/2008 | CHECK WIRE | 1,800,000 | 1,800,000 | - | - | - | 173,339,146 | - | - | - |
| 6/4/2008 | CHECK WIRE | 5,650,000 | 5,650,000 | - | - | - | 178,989,146 | - | - | - |
| 7/8/2008 | CHECK WIRE | 8,500,000 | 8,500,000 | - | - | - | 187,489,146 | - | - | - |
| 8/5/2008 | CHECK WIRE | (11,550,000) | - | (11,550,000) | - | - | 175,939,146 | - | (11,550,000) | (11,550,000) |
| 9/3/2008 | CHECK WIRE | (12,500,000) | - | (12,500,000) | - | - | 163,439,146 | - | (12,500,000) | (12,500,000) |
| 10/3/2008 | CHECK WIRE | (4,400,000) | - | (4,400,000) | - | - | 159,039,146 | (4,400,000) | (4,400,000) | (4,400,000) |
| 10/20/2008 | CHECK WIRE | (6,500,000) | - | (6,500,000) | - | - | 152,539,146 | (6,500,000) | (6,500,000) | (6,500,000) |
| 11/4/2008 | CHECK WIRE | (12,100,000) | - | (12,100,000) | - | - | 140,439,146 | (12,100,000) | (12,100,000) | (12,100,000) |
| | Total: | $ 420,596,968 | $ (281,122,629) | $ 964,807 | $ - | $ - | $ 140,439,146 | $ (23,000,000) | $ (81,700,000) | $ (206,038,654) |

[1] Although BLMIS statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.