**Exhibit 4**
**Transfers from BLMIS to Greenwich Sentry Partners**
**BLMIS ACCOUNT NO. 1G0371 - GREENWICH SENTRY PARTNERS LP C/O FAIRFIELD GREENWICH GROUP**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description | Transaction Amount Reported in Customer Statement | Cash Deposits | Cash Withdrawals | Transfers of Principal In | Transfers of Principal Out | Balance of Principal | Preference Period Initial Transfers | Two Year Initial Transfers | Six Year Initial Transfers |
| 5/1/2006 | TRANS FROM 1G009230 (1G0092) | 5,762,560 [1] | - | - | - | - | - | - | - | - |
| 5/24/2006 | CHECK WIRE | 950,000 | 950,000 | - | - | - | 950,000 | - | - | - |
| 6/30/2006 | TRANS TO 1G009230 A/O 6/1/06 (1G0092) | (1,207,344) [2] | - | - | - | (950,000) | - | - | - | - |
| 7/5/2006 | CHECK WIRE | 675,000 | 675,000 | - | - | - | 675,000 | - | - | - |
| 9/6/2006 | CHECK WIRE | (560,000) | - | (560,000) | - | - | 115,000 | - | - | (560,000) |
| 9/7/2006 | CHECK WIRE | 350,000 | 350,000 | - | - | - | 465,000 | - | - | - |
| 9/8/2006 | CHECK WIRE | 350,000 | 350,000 | - | - | - | 815,000 | - | - | - |
| 9/11/2006 | RETURN WIRE | (350,000) | (350,000) | - | - | - | 465,000 | - | - | - |
| 11/9/2006 | CHECK WIRE | 1,600,000 | 1,600,000 | - | - | - | 2,065,000 | - | - | - |
| 12/7/2006 | CHECK WIRE | 2,250,000 | 2,250,000 | - | - | - | 4,315,000 | - | - | - |
| 1/4/2007 | CHECK WIRE | 250,000 | 250,000 | - | - | - | 4,565,000 | - | - | - |
| 2/2/2007 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 4,415,000 | - | (150,000) | (150,000) |
| 3/2/2007 | CHECK WIRE | (400,000) | - | (400,000) | - | - | 4,015,000 | - | (400,000) | (400,000) |
| 4/4/2007 | CHECK WIRE | 200,000 | 200,000 | - | - | - | 4,215,000 | - | - | - |
| 5/2/2007 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 4,140,000 | - | (75,000) | (75,000) |
| 6/6/2007 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 3,640,000 | - | (500,000) | (500,000) |
| 7/3/2007 | CHECK WIRE | (350,000) | - | (350,000) | - | - | 3,290,000 | - | (350,000) | (350,000) |
| 9/5/2007 | CHECK WIRE | (150,000) | - | (150,000) | - | - | 3,140,000 | - | (150,000) | (150,000) |
| 10/3/2007 | CHECK WIRE | (300,000) | - | (300,000) | - | - | 2,840,000 | - | (300,000) | (300,000) |
| 12/5/2007 | CHECK WIRE | (325,000) | - | (325,000) | - | - | 2,515,000 | - | (325,000) | (325,000) |
| 1/2/2008 | CHECK WIRE | (450,000) | - | (450,000) | - | - | 2,065,000 | - | (450,000) | (450,000) |
| 2/6/2008 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 2,165,000 | - | - | - |
| 3/7/2008 | CHECK WIRE | (950,000) | - | (950,000) | - | - | 1,215,000 | - | (950,000) | (950,000) |
| 4/3/2008 | CHECK WIRE | 700,000 | 700,000 | - | - | - | 1,915,000 | - | - | - |
| 6/3/2008 | CHECK WIRE | (1,700,000) | - | (1,700,000) | - | - | 215,000 | - | (1,700,000) | (1,700,000) |
| 7/7/2008 | CHECK WIRE | 450,000 | 450,000 | - | - | - | 665,000 | - | - | - |
| 8/4/2008 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 765,000 | - | - | - |
| 8/29/2008 | CHECK WIRE | (75,000) | - | (75,000) | - | - | 690,000 | - | (75,000) | (75,000) |
| 10/3/2008 | CHECK WIRE | 1,350,000 | 1,350,000 | - | - | - | 2,040,000 | - | - | - |
| 11/4/2008 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 2,540,000 | - | - | - |
| | Total: | $ 9,475,000 | $ (5,985,000) | $ - | $ (950,000) | $ 2,540,000 | | $ - | $ (5,425,000) | $ (5,985,000) |

[1] Although BLMIS statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.