# EXHIBIT 7
## TRANSFERS TO FAIRFIELD GREENWICH UK LIMITED

| Column 1 Date | Column 2 Transferor | Column 3 Amount |
|---|---|---|
| 1/12/2006 | Fairfield Greenwich Limited | (275,000) |
| 8/8/2006 | Fairfield Greenwich Limited | (160,000) |
| 8/8/2006 | Fairfield Greenwich Limited | (45,752) |
| 12/6/2006 | Fairfield Greenwich Limited | (100,000) |
| 5/30/2007 | Fairfield Greenwich Limited | (3,000,000) |
| | **Subtotal:** | **$ (3,580,752)** |
| 4/5/2005 | Fairfield Greenwich (Bermuda) Limited | (112,935) |
| 6/30/2005 | Fairfield Greenwich (Bermuda) Limited | (134,946) |
| 12/16/2005 | Fairfield Greenwich (Bermuda) Limited | (856,001) |
| 3/13/2006 | Fairfield Greenwich (Bermuda) Limited | (631,970) |
| 7/11/2006 | Fairfield Greenwich (Bermuda) Limited | (1,681,878) |
| 9/14/2006 | Fairfield Greenwich (Bermuda) Limited | (685,932) |
| 12/21/2006 | Fairfield Greenwich (Bermuda) Limited | (754,266) |
| 3/27/2007 | Fairfield Greenwich (Bermuda) Limited | (3,010,467) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (1,632,012) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (1,054,811) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (673,184) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (481,042) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (155,834) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (73,609) |
| 9/14/2007 | Fairfield Greenwich (Bermuda) Limited | (7,537) |
| 12/12/2007 | Fairfield Greenwich (Bermuda) Limited | (1,462,848) |
| 3/25/2008 | Fairfield Greenwich (Bermuda) Limited | (4,474,758) |
| | **Subtotal:** | **$ (17,884,031)** |
| 5/30/2007 | Fairfield Greenwich Advisors | (3,000,000) |
| | **Subtotal:** | **$ (3,000,000)** |
| | **Grand Total:** | **$ (24,464,782)** |