**EXHIBIT 9**

**TRANSFERS FROM FAIRFIELD INTERNATIONAL MANAGERS TO NOEL 2004 FAMILY TRUST**

| Column 1 Date | Column 2 Amount |
|---|---|
| 1/16/2007 | (2,807,533) |
| 2/26/2007 | (495,447) |
| 3/2/2007 | (458,627) |
| 4/16/2007 | (2,679,366) |
| 4/23/2007 | (324,833) |
| 5/14/2007 | (472,830) |
| 7/16/2007 | (2,810,921) |
| 7/16/2007 | (162,073) |
| 8/15/2007 | (496,045) |
| 10/15/2007 | (1,791,569) |
| 10/15/2007 | (160,627) |
| 11/26/2007 | (495,975) |
| 1/15/2008 | (1,309,441) |
| 1/16/2008 | (1,219,309) |
| 1/16/2008 | (321,527) |
| 2/13/2008 | (231,078) |
| 2/13/2008 | (215,172) |
| 4/17/2008 | (364,106) |
| 4/17/2008 | (179,173) |
| 5/19/2008 | (318,750) |
| 5/19/2008 | (106,250) |
| 7/15/2008 | (1,367,086) |
| 7/15/2008 | (581,169) |
| 8/19/2008 | (250,074) |
| 8/19/2008 | (102,559) |
| 10/16/2008 | (1,254,562) |
| 10/16/2008 | (167,250) |
| 11/24/2008 | (501,825) |
| 11/25/2008 | (990,255) |
| **Total:** | **$ (22,635,429)** |