**EXHIBIT 11**

**SUBSEQUENT TRANSFERS TO STABLE FUND L.P.**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 4/19/2007 | Fairfield Greenwich Advisors | (91) |
| | **Subtotal:** | **$ (91)** |
| | | |
| 6/8/2004 | Greenwich Sentry, L.P. | (225,000) |
| 10/15/2004 | Greenwich Sentry, L.P. | (350,000) |
| 4/5/2005 | Greenwich Sentry, L.P. | (450,000) |
| 6/6/2005 | Greenwich Sentry, L.P. | (700,000) |
| 11/9/2005 | Greenwich Sentry, L.P. | (1,900,000) |
| 12/7/2005 | Greenwich Sentry, L.P. | (240,000) |
| 1/5/2006 | Greenwich Sentry, L.P. | (250,000) |
| 2/14/2006 | Greenwich Sentry, L.P. | (850,000) |
| 4/26/2006 | Greenwich Sentry, L.P. | (1,200,000) |
| 8/1/2006 | Greenwich Sentry, L.P. | (200,000) |
| 1/10/2007 | Greenwich Sentry, L.P. | (3,750,000) |
| 1/10/2007 | Greenwich Sentry, L.P. | (300,000) |
| 10/17/2008 | Greenwich Sentry, L.P. | (4,433,244) |
| | **Subtotal:** | **$ (14,848,244)** |
| | | |
| | **Grand Total:** | **$ (14,848,335)** |