**EXHIBIT 15**
**SUBSEQUENT TRANSFERS TO FAIRFIELD INTERNATIONAL MANAGERS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 3/28/2003 | Fairfield Greenwich Advisors | (50,000) |
| 4/11/2003 | Fairfield Greenwich Advisors | (10,000) |
| 4/25/2003 | Fairfield Greenwich Advisors | (861,200) |
| 1/16/2008 | Fairfield Greenwich Advisors | (1,000) |
| | **Subtotal:** | **$ (922,200)** |
| 1/16/2008 | Fairfield Greenwich (Bermuda) Limited | (4,877,306) |
| 2/13/2008 | Fairfield Greenwich (Bermuda) Limited | (860,758) |
| 4/17/2008 | Fairfield Greenwich (Bermuda) Limited | (1,456,494) |
| 5/19/2008 | Fairfield Greenwich (Bermuda) Limited | (1,275,070) |
| 7/15/2008 | Fairfield Greenwich (Bermuda) Limited | (2,324,709) |
| 8/19/2008 | Fairfield Greenwich (Bermuda) Limited | (410,271) |
| | **Subtotal:** | **$ (11,204,608)** |
| 12/31/2002 | Fairfield Greenwich Limited | (22,430,107) |
| 7/31/2003 | Fairfield Greenwich Limited | (6,284,498) |
| 8/11/2003 | Fairfield Greenwich Limited | (2,241,532) |
| 9/30/2003 | Fairfield Greenwich Limited | (15,000) |
| 10/16/2003 | Fairfield Greenwich Limited | (7,645,298) |
| 11/18/2003 | Fairfield Greenwich Limited | (1,358,022) |
| 12/31/2003 | Fairfield Greenwich Limited | (740,469) |
| 3/31/2004 | Fairfield Greenwich Limited | (696,166) |
| 6/30/2004 | Fairfield Greenwich Limited | (135,539) |
| 9/30/2004 | Fairfield Greenwich Limited | (571,957) |
| 12/31/2004 | Fairfield Greenwich Limited | (42,552,678) |
| 1/20/2005 | Fairfield Greenwich Limited | (7,833,492) |
| 2/17/2005 | Fairfield Greenwich Limited | (1,382,381) |
| 4/14/2005 | Fairfield Greenwich Limited | (4,906,310) |
| 4/15/2005 | Fairfield Greenwich Limited | (4,906,310) |
| 5/13/2005 | Fairfield Greenwich Limited | (1,581,072) |
| 6/23/2005 | Fairfield Greenwich Limited | (500,000) |
| 7/15/2005 | Fairfield Greenwich Limited | (8,655,370) |
| 7/20/2005 | Fairfield Greenwich Limited | (1,380) |
| 8/15/2005 | Fairfield Greenwich Limited | (1,601,026) |
| 9/30/2005 | Fairfield Greenwich Limited | (325,020) |
| 10/18/2005 | Fairfield Greenwich Limited | (10,954,878) |
| 11/15/2005 | Fairfield Greenwich Limited | (1,933,214) |
| 12/27/2005 | Fairfield Greenwich Limited | (390,937) |
| 12/29/2005 | Fairfield Greenwich Limited | (6,489,254) |
| 1/17/2006 | Fairfield Greenwich Limited | (12,759,844) |
| 4/18/2006 | Fairfield Greenwich Limited | (2,000,000) |
| 4/19/2006 | Fairfield Greenwich Limited | (8,727,016) |
| 5/16/2006 | Fairfield Greenwich Limited | (3,646,488) |
| 7/14/2006 | Fairfield Greenwich Limited | (10,653,223) |
| 8/14/2006 | Fairfield Greenwich Limited | (1,854,386) |
| 11/15/2006 | Fairfield Greenwich Limited | (1,638,279) |
| 11/30/2006 | Fairfield Greenwich Limited | (15,705,014) |
| 12/27/2006 | Fairfield Greenwich Limited | (1,000,000) |
| 12/29/2006 | Fairfield Greenwich Limited | (339,416) |
| 1/16/2007 | Fairfield Greenwich Limited | (11,230,130) |
| 2/15/2007 | Fairfield Greenwich Limited | (1,981,788) |
| 3/1/2007 | Fairfield Greenwich Limited | (1,834,507) |

**EXHIBIT 15**
**SUBSEQUENT TRANSFERS TO FAIRFIELD INTERNATIONAL MANAGERS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 4/16/2007 | Fairfield Greenwich Limited | (10,717,464) |
| 4/17/2007 | Fairfield Greenwich Limited | (1,299,331) |
| 4/17/2007 | Fairfield Greenwich Limited | (210,909) |
| 5/14/2007 | Fairfield Greenwich Limited | (1,891,318) |
| 7/16/2007 | Fairfield Greenwich Limited | (11,243,683) |
| 7/16/2007 | Fairfield Greenwich Limited | (648,292) |
| 7/16/2007 | Fairfield Greenwich Limited | (104,080) |
| 8/15/2007 | Fairfield Greenwich Limited | (1,984,180) |
| 8/15/2007 | Fairfield Greenwich Limited | (275,286) |
| 9/28/2007 | Fairfield Greenwich Limited | (345,000) |
| 10/15/2007 | Fairfield Greenwich Limited | (11,242,100) |
| 10/15/2007 | Fairfield Greenwich Limited | (642,509) |
| 11/21/2007 | Fairfield Greenwich Limited | (1,983,900) |
| 12/31/2007 | Fairfield Greenwich Limited | (1,351,707) |
| 1/15/2008 | Fairfield Greenwich Limited | (5,237,764) |
| 1/16/2008 | Fairfield Greenwich Limited | (1,286,108) |
| 2/13/2008 | Fairfield Greenwich Limited | (924,312) |
| 4/17/2008 | Fairfield Greenwich Limited | (719,595) |
| 5/19/2008 | Fairfield Greenwich Limited | (425,000) |
| 5/23/2008 | Fairfield Greenwich Limited | (300,000) |
| 6/5/2008 | Fairfield Greenwich Limited | (100,000) |
| 6/12/2008 | Fairfield Greenwich Limited | (500,000) |
| 7/15/2008 | Fairfield Greenwich Limited | (5,066,594) |
| 8/19/2008 | Fairfield Greenwich Limited | (1,000,296) |
| 9/12/2008 | Fairfield Greenwich Limited | (500,000) |
| 10/16/2008 | Fairfield Greenwich Limited | (5,018,248) |
| 10/16/2008 | Fairfield Greenwich Limited | (1,170,875) |
| 11/24/2008 | Fairfield Greenwich Limited | (2,007,300) |
| 11/25/2008 | Fairfield Greenwich Limited | (3,861,020) |
| 12/10/2008 | Fairfield Greenwich Limited | (250,000) |
| | **Subtotal:** | **$ (281,808,873)** |
| | **Grand Total:** | **$ (293,935,681)** |