**EXHIBIT 16**
**SUBSEQUENT TRANSFERS TO FAIRFIELD GREENWICH CAPITAL PARTNERS**

| Column 1 Date | Column 2 Transferor | Column 3 Amount |
|---|---|---|
| 12/5/2007 | Fairfield Greenwich Advisors | (54,103) |
| | **Subtotal:** | **$ (54,103)** |
| | | |
| 12/31/2002 | Fairfield Greenwich Limited | (280,082) |
| 10/16/2003 | Fairfield Greenwich Limited | (250,000) |
| 11/18/2003 | Fairfield Greenwich Limited | (250,000) |
| 12/31/2004 | Fairfield Greenwich Limited | (840,304) |
| 1/20/2005 | Fairfield Greenwich Limited | (119,292) |
| 2/17/2005 | Fairfield Greenwich Limited | (21,051) |
| 1/17/2006 | Fairfield Greenwich Limited | (194,312) |
| 11/15/2006 | Fairfield Greenwich Limited | (879,065) |
| 11/30/2006 | Fairfield Greenwich Limited | (37,760) |
| 2/21/2007 | Fairfield Greenwich Limited | (37,760) |
| | **Subtotal:** | **$ (2,909,626)** |
| | | |
| | **Grand Total:** | **$ (2,963,730)** |