# EXHIBIT 17
## SUBSEQUENT TRANSFERS TO SHARE MANAGEMENT LLC

| Column 1 Date | Column 2 Transferor | Column 3 Amount |
|---|---|---|
| 9/30/2005 | Fairfield Greenwich Limited | (17,500) |
| 1/17/2006 | Fairfield Greenwich Limited | (146,109) |
| 4/18/2006 | Fairfield Greenwich Limited | (190,763) |
| 5/16/2006 | Fairfield Greenwich Limited | (87,135) |
| 5/16/2006 | Fairfield Greenwich Limited | (46,090) |
| 7/14/2006 | Fairfield Greenwich Limited | (165,407) |
| 7/31/2006 | Fairfield Greenwich Limited | (20,833) |
| 8/14/2006 | Fairfield Greenwich Limited | (33,765) |
| 11/15/2006 | Fairfield Greenwich Limited | (44,824) |
| 11/30/2006 | Fairfield Greenwich Limited | (20,833) |
| 12/27/2006 | Fairfield Greenwich Limited | (20,833) |
| 1/16/2007 | Fairfield Greenwich Limited | (193,370) |
| 1/31/2007 | Fairfield Greenwich Limited | (29,167) |
| 2/15/2007 | Fairfield Greenwich Limited | (34,124) |
| 2/28/2007 | Fairfield Greenwich Limited | (29,167) |
| 3/1/2007 | Fairfield Greenwich Limited | (43,365) |
| 3/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 4/16/2007 | Fairfield Greenwich Limited | (171,690) |
| 4/26/2007 | Fairfield Greenwich Limited | (29,167) |
| 5/14/2007 | Fairfield Greenwich Limited | (30,298) |
| 5/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 6/28/2007 | Fairfield Greenwich Limited | (29,167) |
| 7/16/2007 | Fairfield Greenwich Limited | (177,198) |
| 7/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 8/15/2007 | Fairfield Greenwich Limited | (31,270) |
| 8/29/2007 | Fairfield Greenwich Limited | (29,167) |
| 9/26/2007 | Fairfield Greenwich Limited | (29,167) |
| 10/15/2007 | Fairfield Greenwich Limited | (187,467) |
| 10/31/2007 | Fairfield Greenwich Limited | (29,167) |
| 11/21/2007 | Fairfield Greenwich Limited | (35,818) |
| 11/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 12/27/2007 | Fairfield Greenwich Limited | (29,167) |
| 1/15/2008 | Fairfield Greenwich Limited | (154,052) |
| 1/15/2008 | Fairfield Greenwich Limited | (59,101) |
| 1/16/2008 | Fairfield Greenwich Limited | (587,777) |
| 2/13/2008 | Fairfield Greenwich Limited | (27,186) |
| 4/17/2008 | Fairfield Greenwich Limited | (19,318) |
| 5/19/2008 | Fairfield Greenwich Limited | (11,363) |
| 7/15/2008 | Fairfield Greenwich Limited | (151,556) |
| 8/19/2008 | Fairfield Greenwich Limited | (26,745) |
| 10/16/2008 | Fairfield Greenwich Limited | (134,178) |
| 10/16/2008 | Fairfield Greenwich Limited | (44,726) |
| 11/24/2008 | Fairfield Greenwich Limited | (53,671) |
| 11/24/2008 | Fairfield Greenwich Limited | (2,785) |
| | **Total:** | **$ (3,321,151)** |