**EXHIBIT 18**

**SUBSEQUENT TRANSFERS TO WALTER NOEL**

| Column 1 Date | Column 2 Transferor | Column 3 Amount |
|---|---|---|
| 10/24/2003 | Fairfield Greenwich Advisors | (200,000) |
| | **Subtotal:** | **$ (200,000)** |
| 10/24/2003 | Fairfield Greenwich Limited | (2,000,000) |
| | **Subtotal:** | **$ (2,000,000)** |
| 12/31/2006 | Fairfield Investment Fund Limited | (1,250,000) |
| 12/31/2007 | Fairfield Investment Fund Limited | (1,250,000) |
| | **Subtotal:** | **$ (2,500,000)** |
| 1/1/2003 | Greenwich Sentry, L.P. | (1,414,185) |
| 10/1/2003 | Greenwich Sentry, L.P. | (1,214,397) |
| 11/1/2003 | Greenwich Sentry, L.P. | (282) |
| 1/1/2004 | Greenwich Sentry, L.P. | (1) |
| 12/7/2005 | Greenwich Sentry, L.P. | (120,000) |
| | **Subtotal:** | **$ (2,748,865)** |
| 3/26/2008 | Noel 2004 Family Trust | (515,421) |
| | **Subtotal:** | **$ (515,421)** |
| 1/19/2007 | Stable Fund L.P. | (5,000,000) |
| | **Subtotal:** | **$ (5,000,000)** |
| | **Grand Total:** | **$ (12,964,286)** |