**EXHIBIT 19**

**SUBSEQUENT TRANSFERS TO JEFFREY TUCKER**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 12/31/2006 | Fairfield Investment Fund Limited | (1,250,000) |
| 12/31/2007 | Fairfield Investment Fund Limited | (1,250,000) |
| | **Total:** | **$ (2,500,000)** |