# EXHIBIT 20
## SUBSEQUENT TRANSFERS TO ANDRÉS PIEDRAHITA AND/OR SAFEHAND INVESTMENTS

| Column 1 Date | Column 2 Transferor | Column 3 Amount |
|---|---|---|
| 1/17/2008 | Fairfield Greenwich (Bermuda) Limited | (3,586,238) |
| 2/13/2008 | Fairfield Greenwich (Bermuda) Limited | (632,894) |
| 4/18/2008 | Fairfield Greenwich (Bermuda) Limited | (1,070,935) |
| 5/19/2008 | Fairfield Greenwich (Bermuda) Limited | (937,535) |
| 7/16/2008 | Fairfield Greenwich (Bermuda) Limited | (1,436,818) |
| 8/19/2008 | Fairfield Greenwich (Bermuda) Limited | (301,644) |
| | **Subtotal:** | **$ (7,966,064)** |
| 12/31/2002 | Fairfield Greenwich Limited | (9,410,941) |
| 1/30/2003 | Fairfield Greenwich Limited | (1,893,801) |
| 4/23/2003 | Fairfield Greenwich Limited | (2,688,773) |
| 4/23/2003 | Fairfield Greenwich Limited | (1,500,000) |
| 5/9/2003 | Fairfield Greenwich Limited | (1,248,486) |
| 5/27/2003 | Fairfield Greenwich Limited | (480,702) |
| 6/19/2003 | Fairfield Greenwich Limited | (1,200,000) |
| 6/24/2003 | Fairfield Greenwich Limited | (450,000) |
| 7/17/2003 | Fairfield Greenwich Limited | (1,906,765) |
| 7/31/2003 | Fairfield Greenwich Limited | (55,480) |
| 8/11/2003 | Fairfield Greenwich Limited | (539,812) |
| 9/15/2003 | Fairfield Greenwich Limited | (370,000) |
| 9/15/2003 | Fairfield Greenwich Limited | (800,000) |
| 10/16/2003 | Fairfield Greenwich Limited | (3,402,025) |
| 11/18/2003 | Fairfield Greenwich Limited | (215,648) |
| 12/31/2004 | Fairfield Greenwich Limited | (21,340,450) |
| 1/20/2005 | Fairfield Greenwich Limited | (3,806,269) |
| 2/15/2005 | Fairfield Greenwich Limited | (701,716) |
| 4/14/2005 | Fairfield Greenwich Limited | (3,960,730) |
| 4/14/2005 | Fairfield Greenwich Limited | (760,000) |
| 4/14/2005 | Fairfield Greenwich Limited | (115,000) |
| 5/13/2005 | Fairfield Greenwich Limited | (790,536) |
| 6/15/2005 | Fairfield Greenwich Limited | (450,000) |
| 6/15/2005 | Fairfield Greenwich Limited | (85,000) |
| 7/15/2005 | Fairfield Greenwich Limited | (3,970,668) |
| 8/15/2005 | Fairfield Greenwich Limited | (800,513) |
| 9/15/2005 | Fairfield Greenwich Limited | (450,000) |
| 9/15/2005 | Fairfield Greenwich Limited | (110,000) |
| 10/17/2005 | Fairfield Greenwich Limited | (4,863,859) |
| 11/15/2005 | Fairfield Greenwich Limited | (965,849) |
| 12/14/2005 | Fairfield Greenwich Limited | (400,000) |
| 12/21/2005 | Fairfield Greenwich Limited | (951) |
| 12/22/2005 | Fairfield Greenwich Limited | (75,000) |
| 12/29/2005 | Fairfield Greenwich Limited | (2,983,103) |
| 1/17/2006 | Fairfield Greenwich Limited | (6,425,367) |
| 4/18/2006 | Fairfield Greenwich Limited | (5,330,769) |
| 5/16/2006 | Fairfield Greenwich Limited | (1,958,546) |
| 7/13/2006 | Fairfield Greenwich Limited | (5,202,087) |
| 8/14/2006 | Fairfield Greenwich Limited | (1,008,645) |
| 11/15/2006 | Fairfield Greenwich Limited | (1,350,536) |
| 11/30/2006 | Fairfield Greenwich Limited | (9,852,934) |
| 12/27/2006 | Fairfield Greenwich Limited | (500,000) |
| 1/16/2007 | Fairfield Greenwich Limited | (5,987,659) |
| 2/15/2007 | Fairfield Greenwich Limited | (1,063,214) |
| 3/1/2007 | Fairfield Greenwich Limited | (207,587) |
| 4/16/2007 | Fairfield Greenwich Limited | (7,552,205) |

**EXHIBIT 20**

**SUBSEQUENT TRANSFERS TO ANDRÉS PIEDRAHITA AND/OR SAFEHAND INVESTMENTS**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 5/14/2007 | Fairfield Greenwich Limited | (1,408,244) |
| 7/16/2007 | Fairfield Greenwich Limited | (7,004,809) |
| 8/15/2007 | Fairfield Greenwich Limited | (1,444,125) |
| 10/15/2007 | Fairfield Greenwich Limited | (6,426,639) |
| 11/21/2007 | Fairfield Greenwich Limited | (1,458,750) |
| 12/27/2007 | Fairfield Greenwich Limited | (500,000) |
| 12/31/2007 | Fairfield Greenwich Limited | (993,902) |
| 12/31/2007 | Fairfield Greenwich Limited | (37,143) |
| 1/15/2008 | Fairfield Greenwich Limited | (3,862,005) |
| 2/13/2008 | Fairfield Greenwich Limited | (679,641) |
| 4/17/2008 | Fairfield Greenwich Limited | (523,306) |
| 5/19/2008 | Fairfield Greenwich Limited | (312,500) |
| 7/15/2008 | Fairfield Greenwich Limited | (3,698,927) |
| 8/19/2008 | Fairfield Greenwich Limited | (735,512) |
| 10/16/2008 | Fairfield Greenwich Limited | (3,484,888) |
| 10/16/2008 | Fairfield Greenwich Limited | (300,162) |
| 11/24/2008 | Fairfield Greenwich Limited | (1,475,955) |
| 11/24/2008 | Fairfield Greenwich Limited | (1,270,139) |
|  | **Subtotal:** | **$ (154,848,273)** |
| 1/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 2/28/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 3/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 4/30/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 5/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 6/30/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 7/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 8/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 9/30/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 10/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 11/30/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 12/31/2005 | Fairfield Greenwich UK Limited | (10,000) |
| 12/31/2006 | Fairfield Greenwich UK Limited | (344) |
| 12/31/2007 | Fairfield Greenwich UK Limited | (135,803) |
| 12/31/2007 | Fairfield Greenwich UK Limited | (20,770) |
| 1/25/2008 | Fairfield Greenwich UK Limited | (6,143) |
| 1/25/2008 | Fairfield Greenwich UK Limited | (1,492) |
| 1/25/2008 | Fairfield Greenwich UK Limited | (506) |
| 1/25/2008 | Fairfield Greenwich UK Limited | (142) |
| 1/25/2008 | Fairfield Greenwich UK Limited | (50) |
| 2/22/2008 | Fairfield Greenwich UK Limited | (6,143) |
| 2/22/2008 | Fairfield Greenwich UK Limited | (1,512) |
| 2/22/2008 | Fairfield Greenwich UK Limited | (488) |
| 2/22/2008 | Fairfield Greenwich UK Limited | (144) |
| 2/22/2008 | Fairfield Greenwich UK Limited | (46) |
| 3/25/2008 | Fairfield Greenwich UK Limited | (6,143) |
| 3/25/2008 | Fairfield Greenwich UK Limited | (1,566) |
| 3/25/2008 | Fairfield Greenwich UK Limited | (434) |
| 3/25/2008 | Fairfield Greenwich UK Limited | (144) |
| 3/25/2008 | Fairfield Greenwich UK Limited | (46) |
| 4/25/2008 | Fairfield Greenwich UK Limited | (6,143) |
| 4/25/2008 | Fairfield Greenwich UK Limited | (1,593) |
| 4/25/2008 | Fairfield Greenwich UK Limited | (407) |
| 4/25/2008 | Fairfield Greenwich UK Limited | (152) |

**EXHIBIT 20**
**SUBSEQUENT TRANSFERS TO ANDRÉS PIEDRAHITA AND/OR SAFEHAND INVESTMENTS**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 4/25/2008 | Fairfield Greenwich UK Limited | (39) |
| 5/27/2008 | Fairfield Greenwich UK Limited | (6,143) |
| 5/27/2008 | Fairfield Greenwich UK Limited | (1,592) |
| 5/27/2008 | Fairfield Greenwich UK Limited | (408) |
| 5/27/2008 | Fairfield Greenwich UK Limited | (151) |
| 5/27/2008 | Fairfield Greenwich UK Limited | (39) |
| 6/18/2008 | Fairfield Greenwich UK Limited | (3,019) |
| 6/25/2008 | Fairfield Greenwich UK Limited | (6,338) |
| 6/25/2008 | Fairfield Greenwich UK Limited | (1,579) |
| 6/25/2008 | Fairfield Greenwich UK Limited | (425) |
| 6/25/2008 | Fairfield Greenwich UK Limited | (150) |
| 6/25/2008 | Fairfield Greenwich UK Limited | (40) |
| | **Subtotal:** | **$ (330,135)** |
| | **Grand Total:** | **$ (163,144,472)** |