**EXHIBIT 22**
**SUBSEQUENT TRANSFERS TO PHILIP TOUB**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 1/16/2008 | Fairfield Greenwich (Bermuda) Limited | (645,552) |
| 1/30/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 2/13/2008 | Fairfield Greenwich (Bermuda) Limited | (113,950) |
| 2/27/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 3/27/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 3/31/2008 | Fairfield Greenwich (Bermuda) Limited | (217,422) |
| 4/29/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 5/29/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 6/27/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 6/30/2008 | Fairfield Greenwich (Bermuda) Limited | (518,433) |
| 7/29/2008 | Fairfield Greenwich (Bermuda) Limited | (17,708) |
| 8/28/2008 | Fairfield Greenwich (Bermuda) Limited | (17,708) |
| 9/26/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 9/30/2008 | Fairfield Greenwich (Bermuda) Limited | (206,965) |
| 9/30/2008 | Fairfield Greenwich (Bermuda) Limited | (184,911) |
| 10/30/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| 11/26/2008 | Fairfield Greenwich (Bermuda) Limited | (17,743) |
| | **Subtotal:** | **$ (2,082,340)** |
| 5/1/2003 | Fairfield Greenwich Advisors | (11,868) |
| 12/31/2005 | Fairfield Greenwich Advisors | (14,000) |
| 12/31/2005 | Fairfield Greenwich Advisors | (14,000) |
| 12/31/2006 | Fairfield Greenwich Advisors | (15,000) |
| 12/31/2006 | Fairfield Greenwich Advisors | (14,000) |
| 1/17/2007 | Fairfield Greenwich Advisors | (40,826) |
| 4/2/2007 | Fairfield Greenwich Advisors | (13,173) |
| 9/30/2007 | Fairfield Greenwich Advisors | (262,500) |
| 12/21/2007 | Fairfield Greenwich Advisors | (13,173) |
| 1/25/2008 | Fairfield Greenwich Advisors | (55,625) |
| 5/6/2008 | Fairfield Greenwich Advisors | (30,307) |
| | **Subtotal:** | **$ (484,473)** |
| 12/31/2002 | Fairfield Greenwich Limited | (822,463) |
| 1/14/2003 | Fairfield Greenwich Limited | (135,000) |
| 1/30/2003 | Fairfield Greenwich Limited | (9,359) |
| 3/10/2003 | Fairfield Greenwich Limited | (21,995) |
| 4/23/2003 | Fairfield Greenwich Limited | (288,854) |
| 5/27/2003 | Fairfield Greenwich Limited | (50,974) |
| 7/17/2003 | Fairfield Greenwich Limited | (417,685) |
| 8/11/2003 | Fairfield Greenwich Limited | (118,847) |
| 9/15/2003 | Fairfield Greenwich Limited | (54,000) |
| 11/18/2003 | Fairfield Greenwich Limited | (83,963) |
| 12/31/2004 | Fairfield Greenwich Limited | (1,473,592) |
| 1/20/2005 | Fairfield Greenwich Limited | (62,387) |
| 2/15/2005 | Fairfield Greenwich Limited | (11,009) |
| 4/14/2005 | Fairfield Greenwich Limited | (826,774) |
| 5/13/2005 | Fairfield Greenwich Limited | (140,150) |
| 7/15/2005 | Fairfield Greenwich Limited | (797,531) |
| 8/15/2005 | Fairfield Greenwich Limited | (143,211) |
| 8/31/2005 | Fairfield Greenwich Limited | (14,000) |
| 9/30/2005 | Fairfield Greenwich Limited | (17,500) |
| 10/17/2005 | Fairfield Greenwich Limited | (970,890) |

**EXHIBIT 22**
**SUBSEQUENT TRANSFERS TO PHILIP TOUB**

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 10/17/2005 | Fairfield Greenwich Limited | (97,455) |
| 10/28/2005 | Fairfield Greenwich Limited | (17,500) |
| 11/15/2005 | Fairfield Greenwich Limited | (171,334) |
| 12/29/2005 | Fairfield Greenwich Limited | (699,733) |
| 1/17/2006 | Fairfield Greenwich Limited | (1,148,079) |
| 4/1/2006 | Fairfield Greenwich Limited | (27,499) |
| 4/18/2006 | Fairfield Greenwich Limited | (1,343,071) |
| 5/16/2006 | Fairfield Greenwich Limited | (428,838) |
| 5/16/2006 | Fairfield Greenwich Limited | (284,361) |
| 7/1/2006 | Fairfield Greenwich Limited | (306,119) |
| 7/14/2006 | Fairfield Greenwich Limited | (1,551,279) |
| 7/31/2006 | Fairfield Greenwich Limited | (20,833) |
| 8/14/2006 | Fairfield Greenwich Limited | (219,337) |
| 10/1/2006 | Fairfield Greenwich Limited | (381,538) |
| 11/15/2006 | Fairfield Greenwich Limited | (293,415) |
| 11/30/2006 | Fairfield Greenwich Limited | (2,190,230) |
| 11/30/2006 | Fairfield Greenwich Limited | (20,833) |
| 12/27/2006 | Fairfield Greenwich Limited | (20,833) |
| 1/1/2007 | Fairfield Greenwich Limited | (501,154) |
| 1/16/2007 | Fairfield Greenwich Limited | (1,792,752) |
| 1/31/2007 | Fairfield Greenwich Limited | (29,167) |
| 2/15/2007 | Fairfield Greenwich Limited | (231,242) |
| 2/28/2007 | Fairfield Greenwich Limited | (29,167) |
| 3/1/2007 | Fairfield Greenwich Limited | (158,519) |
| 3/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 4/16/2007 | Fairfield Greenwich Limited | (1,426,335) |
| 4/26/2007 | Fairfield Greenwich Limited | (29,167) |
| 5/14/2007 | Fairfield Greenwich Limited | (251,706) |
| 5/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 6/28/2007 | Fairfield Greenwich Limited | (29,167) |
| 7/16/2007 | Fairfield Greenwich Limited | (1,472,634) |
| 7/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 8/15/2007 | Fairfield Greenwich Limited | (262,612) |
| 8/29/2007 | Fairfield Greenwich Limited | (29,167) |
| 9/26/2007 | Fairfield Greenwich Limited | (29,167) |
| 10/15/2007 | Fairfield Greenwich Limited | (1,487,925) |
| 10/31/2007 | Fairfield Greenwich Limited | (29,167) |
| 11/21/2007 | Fairfield Greenwich Limited | (262,575) |
| 11/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 12/20/2007 | Fairfield Greenwich Limited | (1,030,000) |
| 12/27/2007 | Fairfield Greenwich Limited | (29,167) |
| 12/31/2007 | Fairfield Greenwich Limited | (1,295,954) |
| 12/31/2007 | Fairfield Greenwich Limited | (8,178) |
| 1/1/2008 | Fairfield Greenwich Limited | (135,517) |
| 1/15/2008 | Fairfield Greenwich Limited | (852,457) |
| 1/30/2008 | Fairfield Greenwich Limited | (265,954) |
| 1/30/2008 | Fairfield Greenwich Limited | (17,708) |
| 2/13/2008 | Fairfield Greenwich Limited | (122,335) |
| 2/27/2008 | Fairfield Greenwich Limited | (17,708) |
| 3/27/2008 | Fairfield Greenwich Limited | (17,708) |
| 4/17/2008 | Fairfield Greenwich Limited | (254,849) |
| 4/29/2008 | Fairfield Greenwich Limited | (17,708) |
| 5/19/2008 | Fairfield Greenwich Limited | (56,250) |
| 5/29/2008 | Fairfield Greenwich Limited | (17,708) |
| 6/27/2008 | Fairfield Greenwich Limited | (17,708) |
| 7/15/2008 | Fairfield Greenwich Limited | (391,013) |

**EXHIBIT 22**
**SUBSEQUENT TRANSFERS TO PHILIP TOUB**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 7/15/2008 | Fairfield Greenwich Limited | (17,708) |
| 7/30/2008 | Fairfield Greenwich Limited | (17,708) |
| 8/19/2008 | Fairfield Greenwich Limited | (132,392) |
| 8/28/2008 | Fairfield Greenwich Limited | (17,708) |
| 9/26/2008 | Fairfield Greenwich Limited | (17,708) |
| 10/1/2008 | Fairfield Greenwich Limited | (158,022) |
| 10/16/2008 | Fairfield Greenwich Limited | (538,639) |
| 10/30/2008 | Fairfield Greenwich Limited | (17,708) |
| 11/24/2008 | Fairfield Greenwich Limited | (184,911) |
| 11/26/2008 | Fairfield Greenwich Limited | (17,708) |
| 12/31/2008 | Fairfield Greenwich Limited | (425,000) |
| 12/31/2008 | Fairfield Greenwich Limited | (15,500) |
| 12/31/2008 | Fairfield Greenwich Limited | (10,250) |
| 1/1/2009 | Fairfield Greenwich Limited | (64,029) |
| 4/1/2009 | Fairfield Greenwich Limited | (31,219) |
| | **Subtotal:** | **$ (30,064,895)** |
| | **Grand Total:** | **$ (32,631,707)** |