**EXHIBIT 23**

**SUBSEQUENT TRANSFERS TO CORINA NOEL PIEDRAHITA AND/OR SHARE MANAGEMENT LLC**

| Column 1 Date | Column 2 Transferor | Column 3 Amount |
|---|---|---|
| 1/16/2008 | Fairfield Greenwich (Bermuda) Limited | (22,420) |
| 4/17/2008 | Fairfield Greenwich (Bermuda) Limited | (40,117) |
| 5/19/2008 | Fairfield Greenwich (Bermuda) Limited | (34,125) |
| 9/30/2008 | Fairfield Greenwich (Bermuda) Limited | (53,671) |
|  | **Subtotal:** | **$ (150,333)** |
| 12/31/2005 | Fairfield Greenwich Advisors | (14,000) |
| 12/31/2005 | Fairfield Greenwich Advisors | (14,000) |
| 12/31/2006 | Fairfield Greenwich Advisors | (15,000) |
| 12/31/2006 | Fairfield Greenwich Advisors | (14,000) |
|  | **Subtotal:** | **$ (57,000)** |
| 12/31/2002 | Fairfield Greenwich Limited | (328,385) |
| 3/10/2003 | Fairfield Greenwich Limited | (8,782) |
| 4/23/2003 | Fairfield Greenwich Limited | (82,347) |
| 5/27/2003 | Fairfield Greenwich Limited | (41,227) |
| 6/4/2003 | Fairfield Greenwich Limited | (6,536) |
| 7/17/2003 | Fairfield Greenwich Limited | (151,886) |
| 8/11/2003 | Fairfield Greenwich Limited | (42,988) |
| 9/15/2003 | Fairfield Greenwich Limited | (7,000) |
| 10/16/2003 | Fairfield Greenwich Limited | (145,694) |
| 11/18/2003 | Fairfield Greenwich Limited | (30,532) |
| 12/31/2004 | Fairfield Greenwich Limited | (795,898) |
| 1/20/2005 | Fairfield Greenwich Limited | (135,560) |
| 2/15/2005 | Fairfield Greenwich Limited | (31,095) |
| 4/14/2005 | Fairfield Greenwich Limited | (86,821) |
| 5/13/2005 | Fairfield Greenwich Limited | (20,578) |
| 7/15/2005 | Fairfield Greenwich Limited | (94,871) |
| 8/15/2005 | Fairfield Greenwich Limited | (21,363) |
| 8/31/2005 | Fairfield Greenwich Limited | (14,000) |
| 9/30/2005 | Fairfield Greenwich Limited | (17,500) |
| 10/17/2005 | Fairfield Greenwich Limited | (150,167) |
| 10/17/2005 | Fairfield Greenwich Limited | (24,364) |
| 10/28/2005 | Fairfield Greenwich Limited | (17,500) |
| 11/15/2005 | Fairfield Greenwich Limited | (30,974) |
| 12/29/2005 | Fairfield Greenwich Limited | (187,276) |
| 1/17/2006 | Fairfield Greenwich Limited | (146,109) |
| 4/18/2006 | Fairfield Greenwich Limited | (190,763) |
| 5/16/2006 | Fairfield Greenwich Limited | (87,135) |
| 5/16/2006 | Fairfield Greenwich Limited | (46,090) |
| 7/14/2006 | Fairfield Greenwich Limited | (165,407) |
| 7/31/2006 | Fairfield Greenwich Limited | (20,833) |
| 8/14/2006 | Fairfield Greenwich Limited | (33,765) |
| 11/15/2006 | Fairfield Greenwich Limited | (44,824) |
| 11/30/2006 | Fairfield Greenwich Limited | (221,670) |
| 11/30/2006 | Fairfield Greenwich Limited | (20,833) |
| 12/27/2006 | Fairfield Greenwich Limited | (20,833) |
| 1/16/2007 | Fifeld Greenwich Limited | (193,370) |
| 1/31/2007 | Fairfield Greenwich Limited | (29,167) |
| 2/15/2007 | Fairfield Greenwich Limited | (34,124) |
| 2/28/2007 | Fairfield Greenwich Limited | (29,167) |
| 3/1/2007 | Fairfield Greenwich Limited | (43,365) |

**EXHIBIT 23**

**SUBSEQUENT TRANSFERS TO CORINA NOEL PIEDRAHITA AND/OR SHARE MANAGEMENT LLC**

| Column 1<br>Date | Column 2<br>Transferor | Column 3<br>Amount |
|---|---|---|
| 3/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 4/16/2007 | Fairfield Greenwich Limited | (171,690) |
| 4/26/2007 | Fairfield Greenwich Limited | (29,167) |
| 5/14/2007 | Fairfield Greenwich Limited | (30,298) |
| 5/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 6/28/2007 | Fairfield Greenwich Limited | (29,167) |
| 7/16/2007 | Fairfield Greenwich Limited | (177,198) |
| 7/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 8/15/2007 | Fairfield Greenwich Limited | (31,270) |
| 8/29/2007 | Fairfield Greenwich Limited | (29,167) |
| 9/26/2007 | Fairfield Greenwich Limited | (29,167) |
| 10/15/2007 | Fairfield Greenwich Limited | (187,467) |
| 10/31/2007 | Fairfield Greenwich Limited | (29,167) |
| 11/21/2007 | Fairfield Greenwich Limited | (35,818) |
| 11/30/2007 | Fairfield Greenwich Limited | (29,167) |
| 12/27/2007 | Fairfield Greenwich Limited | (29,167) |
| 12/31/2007 | Fairfield Greenwich Limited | (59,101) |
| 12/31/2007 | Fairfield Greenwich Limited | (1,637) |
| 1/15/2008 | Fairfield Greenwich Limited | (154,052) |
| 1/15/2008 | Fairfield Greenwich Limited | (59,101) |
| 1/16/2008 | Fairfield Greenwich Limited | (587,777) |
| 2/13/2008 | Fairfield Greenwich Limited | (27,186) |
| 4/17/2008 | Fairfield Greenwich Limited | (19,318) |
| 5/19/2008 | Fairfield Greenwich Limited | (11,363) |
| 7/15/2008 | Fairfield Greenwich Limited | (151,556) |
| 8/19/2008 | Fairfield Greenwich Limited | (26,745) |
| 10/16/2008 | Fairfield Greenwich Limited | (134,178) |
| 10/16/2008 | Fairfield Greenwich Limited | (44,726) |
| 11/24/2008 | Fairfield Greenwich Limited | (53,671) |
| 11/24/2008 | Fairfield Greenwich Limited | (2,785) |
| | **Subtotal:** | **$ (6,059,403)** |
| 1/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 2/28/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 3/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 4/30/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 5/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 6/30/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 7/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 8/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 9/30/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 10/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 11/30/2005 | Fairfield Greenwich UK Limited | (4,730) |
| 12/31/2005 | Fairfield Greenwich UK Limited | (4,730) |
| | **Subtotal:** | **$ (56,760)** |
| | **Grand Total:** | **$ (6,323,496)** |