FOX ROTHSCHILD LLP
Kathleen M. Aiello
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7900

*Attorneys for Keystone Electronics Corp. Employee
Profit Sharing Trust, Richard D. David in his
Capacity as Trustee, Roberta David in her
Capacity as Trustee and Fox Rothschild LLP*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------ X

In re:

THE BANKRUPTCY LINK,

                                    Debtors.

Chapter 11
Case No.:  95-88888-SMB

------------------------------------------------------------------------ X
SECURITIES INVESTOR PROTECTION CORPORATION,

                                    Plaintiff,

        -against-

BERNARD L. MADOFF INVESTMENT SECURITIES,
LLC, et al.,

                                    Defendants.

Adv. Proc. No.: 08-01789-SMB

------------------------------------------------------------------------X

### NOTICE OF WITHDRAWAL OF APPEARANCE OF KATHLEEN M. AIELLO MATRIX AND ECF NOTICE

TO:    CLERK, U.S. BANKRUPTCY COURT FOR THE SOUTHERN DISTRICT OF NY

*PLEASE TAKE NOTICE* that Kathleen M. Aiello of Fox Rothschild LLP hereby withdraws as counsel for *Keystone Electronics Corp. Employee Profit Sharing Trust, Richard D. David in hisCapacity as Trustee, Roberta David in her Capacity as Trustee and Fox Rothschild LLP* in the above-captioned case and requests to be removed from the Service List, Matrix and ECF-Notice in this bankruptcy case.

Active\113695311.v1-8/27/20

Dated: New York, New York
        August 28, 2020

FOX ROTHSCHILD LLP

By:   */s/ **Kathleen M. Aiello***
     Kathleen Aiello
     101 Park Avenue, 17th Floor
     New York, New York 10178
     (212) 878-7900

*Attorneys for Keystone Electronics Corp. Employee Profit Sharing Trust, Richard D. David in his Capacity as Trustee, Roberta David in her Capacity as Trustee and Fox Rothschild LLP.*