# EXHIBIT 12

Page 1

UNITED STATES BANKRUPTCY COURT

SOUTHERN DISTRICT OF NEW YORK

----------------------------------------x

SECURITIES INVESTOR PROTECTION

CORPORATION,

        Plaintiff-Applicant,

    -against-                    Adv. Pro. No.

BERNARD L. MADOFF INVESTMENT        08-01789(SMB)

SECURITIES LLC,                     SIPA LIQUIDATION

             Defendants.

***CAPTION CONTINUED***

----------------------------------------x

          VIDEOTAPED DEPOSITION OF:
          PHILIP F. PALMEDO, Ph.D.
         Wednesday, June 21, 2017
          New York, New York
        11:43 a.m. - 1:10 p.m.

Reported in stenotype by:
Rich Germosen,
CCR, CRCR, CRR, RMR, NYACR, NYRCR
NCRA/NJ/NY/CA Certified Realtime Reporter
NCRA Realtime Systems Administrator
Job No. 206468

Page 2

```
 1   -------------------------------------x
 2   ***CAPTION CONTINUED***
 3   In re:
 4
 5   BARNARD L. MADOFF,
 6
 7              Debtor.
 8   -------------------------------------x
 9   IRVING H. PICARD, TRUSTEE FOR THE
10   LIQUIDATION OF BERNARD L. MADOFF
11   INVESTMENT SECURITIES LLC
12                        Plaintiff,
13      -against-                   Adv. Pro. No.
14   PHILIP F. PALMEDO             10-04749(smb)
15   SECURITIES LLC,
16                        Defendant.
17   -------------------------------------x
18
19
20
21
22
23
24
25
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 3

1            VIDEOTAPED DEPOSITION of PHILIP F. PALMEDO,

2      Ph.D., taken in the above-entitled matter before RICH

3      GERMOSEN, Certified Court Reporter, (License No.

4      30XI00184700), Certified Realtime Court Reporter-NJ,

5      (License No. 30XR00016800), NCRA/NY/CA Certified

6      Realtime Reporter, NCRA Registered Merit Reporter, New

7      York Association Certified Reporter, NCRA Realtime

8      Systems Administrator, taken at the offices of BAKER &

9      HOSTETLER, LLP, 45 Rockefeller Plaza, New York, New York

10     10111, on Wednesday, June 21, 2017, commencing at

11     11:43 a.m.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 4

```
 1   A P P E A R A N C E S :

 2

 3

 4   CHAITMAN LLP

 5   BY:  JENNIFER ALLIM, ESQ.

 6   465 Park Avenue

 7   New York, New York  10022

 8   (888) 759-1114

 9   jallim@chaitmanllp.com

10   Attorneys for Philip F. Palmedo

11

12   BAKER & HOSTETLER, LLP

13   BY:  DOMINIC A. GENTILE, ESQ.

14       -and-

15   BY:  ROBERTSON D. BECKERLEGGE, ESQ.

16   45 Rockefeller Plaza

17   New York, New York  10111

18   (212) 847.2815 / (212) 589.4201 (FAX)

19   dgentile@bakerlaw.com

20   rbeckerlegge@bakerlaw.com

21   Attorneys for Irving H. Picard, Trustee for the

22   Substantively Consolidated SIPA Liquidation of

23   Bernard L. Madoff Investment Securities LLC and the

24   Estate of Bernard L. Madoff

25
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 5

1    A P P E A R A N C E S:  (CONT'D.)

2

3

4    ALSO PRESENT:

5    ROBERT BEHRENS, Legal Video Specialist

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 6

```
 1                        I N D E X

 2   WITNESS                            EXAMINATION

 3   PHILIP F. PALMEDO, Ph.D.

 4     BY MR. GENTILE                          12

 5

 6

 7

 8                     E X H I B I T S

 9   EXHIBIT NO.    DESCRIPTION              PAGE

10   Exhibit 1      document entitled Litigation   14

11                  Protective Order

12

13   Exhibit 2      document bearing Bates stamp   23

14                  Palmedo 18

15

16   Exhibit 3      document bearing Bates stamp   25

17                  Palmedo 22

18

19   Exhibit 4      document bearing Bates stamp   26

20                  Palmedo 20

21

22   Exhibit 5      document bearing Bates stamps  28

23                  JPM Palmedo 30 through 37

24

25
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

 1                  E X H I B I T S   (CONT'D.)

 2      EXHIBIT NO.     DESCRIPTION              PAGE

 3      Exhibit 6       Trustee's Exhibit B      31

 4

 5      Exhibit 7       document bearing Bates stamp  33

 6                      Palmedo 16

 7

 8      Exhibit 8       document bearing Bates stamp  35

 9                      Palmedo 34

10

11      Exhibit 9       document bearing Bates stamp  37

12                      Palmedo 14

13

14      Exhibit 10      document bearing Bates stamp  38

15                      Palmedo 32

16

17      Exhibit 11      document bearing Bates stamp  40

18                      AMF245388

19

20      Exhibit 12      document bearing Bates stamp  41

21                      Palmedo 29

22

23      Exhibit 13      document bearing Bates stamp  42

24                      AMF245387

25

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 8

```
 1              E X H I B I T S  (CONT'D.)

 2    EXHIBIT NO.    DESCRIPTION              PAGE

 3    Exhibit 14     document bearing Bates stamp  43

 4                   AMF48660 and 661

 5

 6    Exhibit 15     document bearing Bates stamp  45

 7                   Palmedo 28

 8

 9    Exhibit 16     document bearing Bates stamp  46

10                   AMF245386

11

12    Exhibit 17     document bearing Bates stamp  47

13                   MADWAA73133 and 34

14

15    Exhibit 18     document bearing Bates stamp  48

16                   AMF245385

17

18    Exhibit 19     document bearing Bates stamps  49

19                   MADWAA222573 and 574

20

21    Exhibit 20     document bearing Bates stamp  50

22                   AMF245375

23

24

25
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

                                                              Page 9

1                    E X H I B I T S   (CONT'D.)

2     EXHIBIT NO.       DESCRIPTION                    PAGE

3     Exhibit 21        document bearing Bates stamps  50

4                       MADWAA293605 and 606

5

6     Exhibit 22        document bearing Bates stamp   51

7                       Palmedo 23

8

9     Exhibit 23        document bearing Bates stamp   59

10                      Palmedo 17

11

12    Exhibit 24        document bearing Bates stamp   61

13                      Palmedo 15

14

15    Exhibit 25        Answer to Trustee's Complaint  65

16

17    Exhibit 26        Defendants' Responses and      72

18                      Objections to Trustee's First

19                      Set of Interrogatories

20    **original exhibits returned with original transcript
      by BENDISH REPORTING to BAKER & HOSTETLER, LLP
21    (exhibit index concluded)

22

23

24

25

Picard v Palmedo                      Philip Palmedo 6/21/2017

Page 10

 1              IT IS HEREBY STIPULATED AND AGREED, by

 2     and between the attorneys for the respective parties

 3     herein, that filing and sealing be and the same are

 4     hereby waived.

 5                 IT IS FURTHER STIPULATED AND AGREED

 6     that all objections, except as to the form of the

 7     question, shall be preserved to the time of trial.

 8                 IT IS FURTHER STIPULATED AND AGREED

 9     that the within deposition may be signed and sworn

10     to before any officer authorized to administer an

11     oath, with the same force and effect as if signed

12     and sworn to before the officer before whom the

13     within deposition was taken.

14

15

16

17

18

19

20

21

22

23

24

25

Picard v Palmedo                Philip Palmedo 6/21/2017

Page 11

```
 1   -------------------------------------------------

 2                    P R O C E E D I N G S

 3                       11:43 a.m.

 4                    New York, New York

 5   -------------------------------------------------

 6              THE VIDEOGRAPHER:  Stand by, please.

 7              Good morning.  We are now on the

 8   record.  Today is Wednesday, June 21, 2017, and the

 9   time is 11:43 a.m.  My name is Robert Behrens.  I am

10   the video technician in association with Bendish

11   Reporting.  This deposition is being held at the

12   office of Baker & Hostetler, located at 45

13   Rockefeller Plaza, 14th floor, New York, New York.

14              The caption of this case is Picard

15   versus Palmedo, filed in the United States

16   Bankruptcy Court, Southern District of New York,

17   adversary proceeding number 08-01789(SMB).  The name

18   of the witness is Philip F. Palmedo.

19              At this time the attorneys present

20   will identify themselves and the parties they

21   represent and then the court reporter, Rich

22   Germosen, will swear in the witness.

23              MR. GENTILE:  Dominic Gentile from

24   Baker & Hostetler representing the plaintiff, Irving

25   Picard, the trustee.
```

Page 12

 1                    MR. BECKERLEGGE:  Robert Beckerlegge

 2    for the trustee.

 3                    MS. ALLIM:  Jennifer Allim, Chaitman

 4    LLP for the witness, Mr. Palmedo.

 5                    (Whereupon, the court reporter

 6    administered the oath to the witness.)

 7

 8    P H I L I P   F.   P A L M E D O,   Ph.D.,

 9    4 Piper Lane, St. James, New York  11780, having been

10    first duly sworn or affirmed, was examined and

11    testified as follows:

12    EXAMINATION BY MR. GENTILE:

13    BY MR. GENTILE:

14         Q.     Good morning, Mr. Palmedo.  My name

15    is Dominic Gentile.  I'll be taking your deposition

16    today along with my colleague, Robertson

17    Beckerlegge.

18                    I'm going to be asking you a series

19    of questions.  If at any time I ask you a question

20    that you don't understand, please let me know and

21    I'll do my best to rephrase the question.

22                    Although no judge is present here,

23    this is a formal legal proceeding just like

24    testifying in court, and you're under the same legal

25    obligation to tell the truth.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 13

1              The court reporter will be taking

2     down my questions and your responses.  They must be

3     audible, so please respond audibly as opposed to

4     shaking your head or shrugging your shoulders.

5              If there are objections, your counsel

6     will object to certain questions or may object to

7     certain questions, but unless your counsel directs

8     you not to answer, you have to answer the question.

9              If you need a break at any time,

10    please let us know.  The only thing I ask is that if

11    there is a question still out there, finish

12    answering the question and we can take a break.

13             Before we begin, are you taking any

14    medication that may impair your ability to testify

15    today?

16        A.     No.

17        Q.     Okay.  I believe your counsel has

18    indicated that you won't be -- will not be signing

19    the litigation protective order that governs

20    confidential documents and materials in this action.

21    So please bear with me for a minute.  I'm going to

22    read a portion of the litigation protective order

23    into the record.

24             MR. GENTILE:  Mark this as exhibit

25    one.

Picard v Palmedo                    Philip Palmedo 6/21/2017

                                                      Page 14

1              (Whereupon, document entitled

2    Litigation Protective Order, is received and marked

3    as Exhibit 1 for Identification.

4              COURT REPORTER:  Number one.

5    BY MR. GENTILE:

6         Q.    Mr. Palmedo, that's the litigation

7    protective order that was signed by Judge Lifland.

8    The order controls whether exhibits, documents and

9    testimony given in these proceedings will be treated

10   as confidential, meaning that we can't disclose it

11   without notifying the party that produced it to us.

12             I'm going to read select sections of

13   the order, specifically paragraph 10.

14   Unfortunately, the document isn't -- the pages

15   aren't numbered so.

16        A.    Okay.

17        Q.    So the first sentence of paragraph

18   10:  Confidential material shall not be given,

19   shown, made available, or communicated in any way to

20   any person or entity other than the following.

21             The next page, I'm going to go down

22   to paragraph small F:  A witness at any deposition

23   in the actions or rule 2004 examination.  And then

24   go to the following page, subparagraph Roman Numeral

25   IV:  All witnesses and their counsel shall be

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 15

1   provided with a copy of this order and shall

2   thereafter be bound by this order.  Counsel taking

3   the deposition or rule 2004 examination shall

4   designate all portions of the transcript relating to

5   the confidential material as confidential.

6                  That's it.

7                  Do you understand that you're being

8   deposed in connection with Picard v. Palmedo,

9   adversary proceeding number 1004749?

10         A.    Yes.

11         Q.    Can you please state your full name

12   for the record.

13         A.    Philip Franklin Palmedo.

14         Q.    Okay.  And your current home address,

15   sir?

16         A.    5 Piper Lane, Saint James, New York

17   11780.

18         Q.    And your occupation?

19         A.    I'm retired.

20         Q.    Okay.  Congratulations.

21                  Your educational history and

22   employment history if you don't mind?

23         A.    Undergraduate from Williams College.

24   A master's and Ph.D. from MIT.  I worked at

25   Brookhaven National Laboratory.  I left there to

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 16

1    start my own company eventually named International

2    Resources Group.

3              I headed the Long Island Research

4    Institute, and in most recent years I've been a

5    writer.

6         Q.    Okay.  Thank you.

7              Did you take any steps to prepare for

8    the deposition today?

9         A.    I talked to counsel.

10        Q.    Okay.

11        A.    And that's all.

12        Q.    Okay.  So other than counsel, did you

13   speak to anybody about this deposition?

14        A.    No.

15        Q.    Okay.  Did you review any documents

16   or any materials in preparation for the deposition?

17        A.    Did I what?

18        Q.    Review any documents or any other

19   materials?

20        A.    Just a memo sent to me by my counsel.

21        Q.    Okay.  Have you ever had your

22   deposition taken before?

23        A.    Yes.

24        Q.    Okay.  Could you tell me when?

25        A.    It was about year and a half ago, two

Picard v Palmedo                    Philip Palmedo 6/21/2017

                                                        Page 17

1   years ago in connection with a frivolous suit

2   against a company on which I'm on the board.

3          Q.      Okay.  Have you had -- have you given

4   any testimony or been interviewed in connection with

5   the Madoff fraud?

6          A.      No.

7          Q.      Okay.  So to aid our conversation

8   going forward, I'm just going to define a few terms

9   up front so that we each know what each other is

10  talking about or that actually you know what I'm

11  talking about.

12             So when I refer to BLMIS, I'm talking

13  about Bernard L. Madoff Investment Securities LLC,

14  the company.  When I refer to Madoff, I'm speaking

15  about Bernard Madoff the person.  When I use the

16  term account, I'm speaking about your account with

17  BLMIS.  And when I use the term transfer, I'm

18  speaking about deposits you made into that BLMIS

19  account and withdrawals you made from the BLMIS

20  account.  Okay.

21             When did you first hear about Bernard

22  Madoff?

23          A.      I think it was maybe 19 -- either the

24  end of 1990 or early '91, roughly that period.

25          Q.      Okay.  What were the circumstances?

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 18

 1   How did you come to learn about him?

 2        A.      Friend of mine told me that a

 3   relative of his had heard about Madoff and it looked

 4   interesting.

 5        Q.      What was it exactly that made it

 6   sound interesting?

 7        A.      As an investment vehicle.

 8        Q.      Okay.  Do you remember what the

 9   description was of the investment vehicle?

10        A.      Only that it was a quantitative

11   investment --

12        Q.      Okay.

13        A.      -- method.

14        Q.      Was that different from investment

15   strategies that you had experience with prior to

16   that?

17        A.      Not entirely.

18        Q.      Okay.  How actively did you

19   investigate his investment strategy?

20        A.      We went in to visit Madoff.

21        Q.      Okay.

22        A.      It's Madoff, I'll define that term as

23   the firm.

24        Q.      The firm.  Okay.

25        A.      And had a description by Mr. Cohn.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 19

 1          Q.      I'm sorry, Mr. Who?

 2          A.      Sonny Cohn.

 3          Q.      Sonny Cohn.

 4          A.      And I didn't -- I mean, it was a, you

 5   know, popular description of what they were doing

 6   and that's it.

 7          Q.      Did Mr. Cohn provide the description

 8   of --

 9          A.      Yes.

10          Q.      He did.  Is he a friend of yours

11   or --

12          A.      No, no, no.

13          Q.      No?

14          A.      He's in the firm.  He was in the

15   firm.

16          Q.      No, I do know that, but I'm just

17   wondering what his relationship was to you?

18          A.      No, no, first time I met him was when

19   I went to visit the firm.

20          Q.      Okay.  Who was the person who brought

21   you to BLMIS?  Who introduced you?

22          A.      The person who said it could be

23   interesting was Jim Simons.

24          Q.      Okay.  And who is Mr. Simons?  Is he

25   an investment advisor or financial advisor?

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 20

```
 1          A.       He heads an investment company or

 2     headed an investment company at that time.

 3          Q.       Okay.  So who did you speak with when

 4     you visited BLMIS?

 5          A.       Sonny Cohn and maybe other people,

 6     but I know I spoke to him.

 7          Q.       Okay.  Mr. Simons, what company did

 8     he --

 9          A.       Renaissance Technologies.

10          Q.       Okay.

11          A.       It wasn't called that at the time,

12     but that's what it's called now.

13          Q.       Okay.  And did you invest with him --

14     did you have other investments with Mr. Simons other

15     than the Madoff investment?

16          A.       Yeah, yes.  I invested in his

17     company.

18          Q.       In his company.  So --

19          A.       Or not -- I invested through his

20     company.

21          Q.       Okay.  Were all of your personal

22     investments conducted through Mr. Simons?

23          A.       No.

24          Q.       Or his company?

25          A.       No, no.
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 21

```
 1        Q.       No?  Okay.

 2                 Was Mr. Simons with you when you were

 3   at -- was Mr. Simons with you when you were at

 4   BLMIS?

 5        A.       No, the answer is no.

 6        Q.       Okay.  Were you alone when you

 7   visited BLMIS?

 8        A.       No.  This was also recommended to the

 9   Stony Brook Foundation, and I was on the board of

10   the Stony Brook Foundation, and I believe that

11   another member of the board was with me, and it may

12   have been Evelyn Berezin, but I can't -- I'm not

13   sure about that.

14        Q.       Sorry, Evelyn?

15        A.       Berezin, B-e-r-e-z-i-n.

16        Q.       Okay.  Do you know if she invested

17   with Madoff?

18        A.       I -- I believe so.

19        Q.       Okay.  Did you meet Bernard Madoff

20   while you were there?

21        A.       I don't think so.

22        Q.       Okay.  You're not sure?

23        A.       I'm not sure.

24        Q.       Okay.  Did you receive any materials

25   from BLMIS during your visit that helped you -- that
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 22

1    informed your decision on whether or not to invest?

2           A.      I don't recall.

3           Q.      Okay.  Did your visit to BLMIS

4    influence your decision to invest with --

5           A.      Yes.

6           Q.      It did?  Okay.

7                   What was your impression of the

8    operation overall?

9           A.      My impression was obviously

10   incorrect.  It looked like an upstanding proper

11   investment company, and I was impressed by the fact

12   that maybe I was naive in accepting this, but I

13   believe it was true in those days, that the

14   principals were investing their money in these

15   techniques.

16          Q.      Is that something that was

17   communicated to you by Maurice Cohn?

18          A.      By Cohn.

19          Q.      Is that a yes or --

20          A.      Yes.

21          Q.      Yes.

22                  So was your understanding that

23   Maurice Cohn invested his personal money in Madoff?

24          A.      Yes.

25          Q.      Okay.  When did you actually begin

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 23

1    investing in BLMIS?

2         A.       You have the records.  I think it's

3    '91 was my first investment.

4         Q.       Okay.  And how much did you invest at

5    that time?

6         A.       I think it was $100,000 was the

7    initial investment.

8         Q.       Okay.  So if you invested in 1991 and

9    your account lasted until the crash in 2008, who did

10   you communicate with at BLMIS to manage your account

11   if you had questions about it?

12        A.       Initially Cohn.

13        Q.       Okay.

14        A.       And then there were other people -- I

15   mean, I didn't have a lot of communication except to

16   request withdrawals, invest more money.  So I didn't

17   have substantive discussions.

18        Q.       Okay.  So I'm going to introduce --

19   I'm sorry -- a document for you to look at.

20               MR. GENTILE:  I'm going to ask the

21   court reporter to mark it as exhibit two.

22               (Whereupon, document bearing Bates

23   stamp Palmedo 18, is received and marked as Exhibit

24   2 for Identification.

25               COURT REPORTER:  Number two.

BENDISH REPORTING
877.404.2193

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 24

```
 1                   MR. GENTILE:  Yes.  And for the

 2    record, it's Bates number Palmedo 18.

 3    BY MR. GENTILE:

 4         Q.      If you could just take a look at the

 5    document.

 6         A.      Right.

 7         Q.      Okay.  Do you recognize the document?

 8         A.      Yes.  I think I do.

 9         Q.      Okay.  So if you scan down to the

10    last paragraph beginning with introducing Belle

11    Jones?

12         A.      Right.

13         Q.      So does this refresh your

14    recollection about who you would speak to?  Did you

15    speak to Belle Jones?

16         A.      I don't think I did.

17         Q.      You don't think you did?  Okay.

18    That's fine.

19         A.      This is '92.  My memory of exact

20    conversations 21 -- more than 20 years ago is not

21    very good.

22         Q.      That's fine.

23         A.      And getting worse I might add.

24         Q.      So you've testified that you believe

25    your initial investment was $100,000 originally;
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 25

 1  right?

 2        A.     That's my recollection.

 3        Q.     Okay.

 4               MR. GENTILE:  I'm going to introduce

 5  a document that I'm going to ask the court reporter

 6  to mark as exhibit three.

 7                    (Whereupon, document bearing Bates

 8  stamp Palmedo 22, is received and marked as Exhibit

 9  3 for Identification.

10               COURT REPORTER:  Number three.

11  BY MR. GENTILE:

12        Q.     That document bears Bates number

13  Palmedo 22.

14        A.     (Reviews.)

15        Q.     If you could just read the first

16  paragraph.

17        A.     Right.

18        Q.     If you could read it out loud into

19  the record.

20        A.     Oh.  Dear Maurice, as I mentioned to

21  you over the phone --

22                    (Reporter clarification.)

23        A.     Dear Maurice it's addressed to, all

24  right?  As I mentioned to you over the phone, I

25  would like to open a C&M trading account to be

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 26

1    managed with your hedged strategies.  I enclose a

2    check for $100,000 made out to C&M.

3         Q.      And that's consistent with your

4    recollection?

5         A.      Yes.

6         Q.      Okay.

7                 MR. GENTILE:  I'm going to introduce

8    another exhibit that -- another document that I'm

9    going to ask the court reporter to mark as exhibit

10   four bearing Bates number Palmedo 20.

11                (Whereupon, document bearing Bates

12   stamp Palmedo 20, is received and marked as Exhibit

13   4 for Identification.

14                COURT REPORTER:  Number four.

15        A.      Do you want me to read this?

16   BY MR. GENTILE:

17        Q.      You can read the first paragraph,

18   yes, please.

19        A.      This is from Cohmad Securities to me.

20   This will acknowledge receipt of your check in the

21   amount of hundred thousand dollars, which will be

22   deposited today in an interim money market fund

23   until July 1, '91 when it will be transferred into

24   our C&M trading account number 19.

25        Q.      Who is it signed by?

Picard v Palmedo                    Philip Palmedo 6/21/2017

```
                                                    Page 27

 1          A.      Signed by Maurice J. Cohn.

 2          Q.      And the date of the letter?

 3          A.      June 19, 991.

 4          Q.      Okay.  So, again, it's consistent

 5   with your recollection of your initial investment

 6   being $100,000?

 7          A.      Yes, right.

 8          Q.      Okay.  Over the life of your

 9   investment -- investments with BLMIS, did you

10   maintain certain personal bank accounts from which

11   you would deposit money that you received from BLMIS

12   into and withdraw money out of to deposit into

13   BLMIS?

14          A.      No special bank account.

15          Q.      But did you maintain any bank

16   account?

17          A.      Yes.

18          Q.      Do you remember what --

19          A.      I don't.  Probably Chase.

20          Q.      Okay.  Any others?

21          A.      There is no sequence of Long Island

22   banks that every couple of years changed hands,

23   Oysterman's Bank.  Then it became North Fork Bank.

24   So there may have been other banks.

25          Q.      Okay.  But you specifically remember
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 28

1   Chase Bank as one of the banks that you would

2   deposit funds into when you received --

3        A.      Frankly, I'm not sure when I started

4   my Chase account, so I have no idea what bank

5   account I used for these.

6        Q.      Okay.

7        A.      Again, 20 years ago.

8              MR. GENTILE:  So I'm going to

9   introduce a document bearing Bates number JPM

10  Palmedo 30.

11             I'm going to ask the court reporter

12  to mark it as exhibit five.

13             MR. BECKERLEGGE:  You should say the

14  range.

15             MR. GENTILE:  Oh, you're right.  So

16  it bears Bates number JPM Palmedo 30 to JPM Palmedo

17  37.

18             (Whereupon, document bearing Bates

19  stamps JPM Palmedo 30 through 37, is received and

20  marked as Exhibit 5 for Identification.

21             COURT REPORTER:  Number five.

22  BY MR. GENTILE:

23       Q.      Could you take a look at the document

24  for a few minutes and tell me what it is?

25       A.      This is a Chase balance summary

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 29

1    ostensibly of my account.

2         Q.      Well, when you say ostensibly, who

3    was the account holder on record?

4         A.      It's Philip F. Palmedo.

5         Q.      Okay.  Do you have any reason to

6    believe that this isn't a --

7         A.      No.

8         Q.      -- an account statement from your

9    Chase account?

10        A.      No.  I've just never seen it I don't

11   think.

12        Q.      Okay.  Can you take a look at the

13   primary account number on the top right?

14        A.      Yeah.

15        Q.      Does that account number look

16   familiar to you?

17        A.      I don't know.

18        Q.      Okay.

19        A.      It probably is.

20        Q.      All right.  We'll come back to that

21   later.

22        A.      Yeah.  These are checks that I wrote.

23        Q.      Okay.  So that's an accurate

24   representation of a Chase Bank statement for your

25   account at Chase Bank?

Picard v Palmedo                    Philip Palmedo 6/21/2017

                                                        Page 30

 1          A.      Right.

 2          Q.      Okay.  So the --

 3          A.      What is this, 2008?  I can't really

 4   read it.

 5          Q.      It says:  May 1, 2008 through May 30,

 6   2008.

 7          A.      2008.

 8          Q.      Okay.

 9          A.      Yeah.  It looks right.

10          Q.      Okay.  So the bank accounts that you

11   are describing, including this Chase Bank account,

12   were they owned exclusively by you?  Did you share

13   it with your wife or with any family members?

14          A.      I've had bank accounts that I share

15   with my wife.

16          Q.      Okay.

17          A.      I don't think I used that -- those

18   bank accounts for these investments.  I can't

19   guarantee that I didn't use that bank account, but

20   generally I used bank accounts only in my name.

21          Q.      Only in your name?

22          A.      Yeah.

23          Q.      So this Chase account is --

24          A.      It's only in my name.

25          Q.      Only in your name.  Okay.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 31

1                    So would this be one of the accounts

2    that you would use to receive withdrawals from your

3    BLMIS account and use to take -- make deposits into

4    your BLMIS account?

5         A.      Yes.

6         Q.      Okay.  Did you direct all of the

7    deposits into the BLMIS account and all the

8    withdrawals from the BLMIS account?

9         A.      Yes.

10        Q.      Okay.  So I'm going to move on to --

11                MR. GENTILE:  I'm going to introduce

12   a document we've enlarged, so it's a little bit

13   easier to read.

14        A.      Okay.

15                MR. GENTILE:  I'm going to ask the

16   court reporter to mark as exhibit six.

17                (Whereupon, Trustee's Exhibit B, is

18   received and marked as Exhibit 6 for Identification.

19                COURT REPORTER:  Number six.

20   BY MR. GENTILE:

21        Q.      Mr. Palmedo, this is the trustee's

22   exhibit B to his complaint, the complaint brought

23   against you in adversary proceeding number 1004749.

24   This lists the trustee's calculations of the

25   deposits into your account and the withdrawals from

Picard v Palmedo                      Philip Palmedo 6/21/2017

Page 32

1    your account, okay?

2                   So what I want to do is, I want to go

3    through each of these transactions that you see

4    listed, beginning with one for 1993, and while we do

5    that, I'm going to hand you documents along with the

6    questions that I'm going to pose to you.

7                   So could you please read the first

8    line that's dated 1/4/1993.

9         A.        Trans, which not only is transfer

10   from 1C001930 under transaction amount 192,271.

11        Q.        Okay.  Could you read column six?

12        A.        150,000 --

13        Q.        And that's what's --

14        A.        -- transfer of principal in.

15        Q.        Okay.  So this is the trustee's

16   calculation of what he believes the principal amount

17   of your investment with BLMIS was in 1993.  Do you

18   remember how much money you invested in your BLMIS

19   account from the time you opened it in 1991, until

20   January 4, 1993?

21        A.        No.

22        Q.        You don't?

23                  Okay.  But you've already testified

24   that your initial investment was $100,000?

25        A.        Right.

                                                        Page 33

 1          Q.      Okay.  So I'm going to ask you to

 2     look at exhibits three and four again.

 3               MR. GENTILE:  And I'm going to

 4     introduce another document.

 5               I'll ask the court reporter to mark

 6     it as exhibit eight.

 7               MR. BECKERLEGGE:  Seven.

 8               MR. GENTILE:  Seven.  I'm sorry.

 9     Bears Bates number Palmedo 16.

10               (Whereupon, document bearing Bates

11     stamp Palmedo 16, is received and marked as Exhibit

12     7 for Identification.

13               COURT REPORTER:  Number seven.

14               MR. GENTILE:  Okay.

15     BY MR. GENTILE:

16          Q.      Would you take a look at that, sir.

17          A.      (Reviews.)

18          Q.      Do you recognize it?

19          A.      Yeah.

20          Q.      Could you tell me what it is?

21          A.      This is a letter from Cohn to me

22     acknowledging receipt of check in the amount of

23     $50,000, December 9, 1991.

24          Q.      Okay.  Could you read the middle

25     paragraph, the second --

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 34

 1          A.        Your check will be deposited in a

 2   money market fund until January 2, 1992.  In the

 3   future, please make your check payable to Bernard L.

 4   Madoff Investment Securities, not C&M.

 5          Q.        Okay.  So when you look at that

 6   document and exhibits three and four reflecting your

 7   100,000-dollar initial investment, is it accurate to

 8   say that your deposits for 1991 and 1992 amounted to

 9   $150,000?

10          A.        $150,000.  You said 250.

11          Q.        No, I said 150.

12          A.        Yes, 150.

13          Q.        Okay.  And is that hundred $50,000

14   reflected in exhibits three, four and seven the same

15   figure as reflected in column six of exhibit six?

16          A.        Yes.

17          Q.        Okay.  Thank you.

18                    So could you go to exhibit six and

19   read off the line beginning -- the next line down

20   beginning with 4/1/1993 and just read off --

21          A.        4/1/1993, check 25,000.  Cash

22   deposits 25,000.

23          Q.        Okay.  Do you remember making a

24   deposit of 25,000 in --

25          A.        I don't remember, but I'm not

Picard v Palmedo                    Philip Palmedo 6/21/2017

---

                                                        Page 35

 1    surprised.

 2          Q.       Okay.

 3                   MR. GENTILE:  So I'm going to

 4    introduce another document.  I'm going to ask the

 5    court reporter to mark it as exhibit eight.  And

 6    this bears Bates number Palmedo 34.

 7                   (Whereupon, document bearing Bates

 8    stamp Palmedo 34, is received and marked as Exhibit

 9    8 for Identification.

10                   COURT REPORTER:  Number eight.

11                   MR. GENTILE:  Okay.

12    BY MR. GENTILE:

13          Q.       Could you take a look at that

14    document?

15          A.       Yes.

16          Q.       Do you recognize the document?

17          A.       Yes.  These are documents that I had

18    in my possession and I have a lousy copying machine,

19    which I see here I provided.  So, yes, I recognize

20    this document.

21          Q.       Okay.  Could you tell me what it is?

22          A.       This is the Madoff portfolio

23    management report as of 12/31/93.

24          Q.       And is this for your BLMIS account?

25          A.       Yes.

---

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 36

1          Q.      Okay.  Could you read the line that
2      says:  Capital additions?
3          A.      $25,000.
4          Q.      And what are the letters next --
5          A.      CR.
6          Q.      Ostensibly meaning credit?
7          A.      What does that mean?
8          Q.      Ostensibly meaning credit?
9          A.      Oh, credit.
10         Q.      So that's -- this report -- is it
11     accurate to say that this report reflects the amount
12     of additions and withdrawals into and out of your
13     BLMIS account for the year 1993?
14         A.      Yes.
15         Q.      Okay.  Does a figure of $25,000 next
16     to the capital additions line in this report, is
17     that consistent with the line you just read from
18     exhibit six --
19         A.      Yes.
20         Q.      -- of $25,000?
21         A.      Yes.
22         Q.      Okay.  Thank you.
23                 I'm going to ask you to go down to
24     the very last line, sir.
25         A.      The last line on here?

Page 37

    1        Q.      Not the last line.  The next line

    2   that says:  12/20/1995.

    3        A.      12/20/95, check $50,000.  Cash

    4   deposits $50,000.

    5        Q.      Okay.

    6                MR. GENTILE:  I'm going to introduce

    7   a document that I'm going to ask the court reporter

    8   to mark as exhibit nine bearing Bates number Palmedo

    9   14.

   10                (Whereupon, document bearing Bates

   11   stamp Palmedo 14, is received and marked as Exhibit

   12   9 for Identification.

   13                COURT REPORTER:  Number nine.

   14   BY MR. GENTILE:

   15        Q.      If you can take a look at that

   16   document, sir.

   17        A.      Right.  This is my letter to -- I

   18   call it Cohmad Securities.

   19        Q.      Who is it addressed to?

   20        A.      December 16, '95 and a copy -- I was

   21   doing a good job at this point, a copy of the check

   22   for $50,000 that I sent at that time.

   23        Q.      Okay.  When you look down at the

   24   bottom of the document, that's a check that you made

   25   out to Bernard L. Madoff Investment Securities for

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 38

1   $50,000; is that correct?

2          A.      That's correct.

3          Q.      And is that your signature on the

4   check?

5          A.      Yes.

6          Q.      Okay.  Is the 50,000-dollar figure in

7   this document consistent with the 50,000-dollar

8   deposit made on 12/20/1995 that you read off from

9   exhibit six?

10         A.      Yes.

11         Q.      Okay.  Thank you.

12                 MR. GENTILE:  I'm going to introduce

13  another document.

14                 I'm going to ask the court reporter

15  to mark as exhibit 10 bearing Bates number Palmedo

16  32.

17                 (Whereupon, document bearing Bates

18  stamp Palmedo 32, is received and marked as Exhibit

19  10 for Identification.

20                 COURT REPORTER:  Number 10.

21                 MR. GENTILE:  Okay.

22  BY MR. GENTILE:

23         Q.      If you could take a look at that.

24         A.      All right.  It's a portfolio

25  management report, 12/31/95.

Picard v Palmedo                    Philip Palmedo 6/21/2017

                                                              Page 39

 1          Q.        Okay.  Could you just read the figure
 2     for -- next to capital additions?
 3          A.        Capital additions, $50,000 CR.
 4          Q.        And is this for your account for the
 5     year 1993?
 6          A.        Yes.
 7          Q.        And is it addressed to you, Philip F.
 8     Palmedo?
 9          A.        Yes.
10          Q.        Okay.  Thank you.
11                    If you can go down to the next line,
12     sir, beginning with 10/21/1998.
13          A.        You want me --
14          Q.        If you could read it, read the line,
15     yes?
16          A.        All right.  10/21/98, check $60,000.
17     In parentheses, namely negative $60,000, cash
18     withdrawal under that column $60,000.
19          Q.        Okay.  Do you remember making a cash
20     withdrawal in October of 1998 from your BLMIS
21     account?
22          A.        I don't remember, but I don't doubt
23     it.
24          Q.        Okay.
25                    MR. GENTILE:  I'm going to introduce

Picard v Palmedo                     Philip Palmedo 6/21/2017

Page 40

```
 1   a document that I'm going to ask the court reporter

 2   to mark as exhibit 11 bearing Bates number

 3   AMF245388.

 4               (Whereupon, document bearing Bates

 5   stamp AMF245388, is received and marked as Exhibit

 6   11 for Identification.

 7               COURT REPORTER:  Number 11.

 8        A.     Okay.  This is a letter from me to

 9   Cohmad Securities.  I don't know why it was crossed

10   out.

11   BY MR. GENTILE:

12        Q.     What was put in its place?

13        A.     Not by -- Bernard L. Madoff INV SEC.

14        Q.     And the date of the letter?

15        A.     October 12, '98.

16        Q.     Could you read --

17        A.     And it's a request for me to redeem

18   $60,000 from my trading account.

19        Q.     Okay.  And who is it signed by?

20        A.     Who is it signed by?  By me.

21        Q.     Okay.  That's your signature?

22        A.     Yes.

23        Q.     Okay.  Thank you.

24               (Whereupon, document bearing Bates

25   stamp Palmedo 29, is received and marked as Exhibit
```

Page 41

1    12 for Identification.

2                    MR. GENTILE:  I'm going to introduce

3    a document.

4                    I'll ask the court reporter to mark

5    it as exhibit 12 bearing Bates number Palmedo 29.

6                    COURT REPORTER:  Number 12.

7         A.    This is -- I was trying to save paper

8    here.  So this is two portfolio management reports.

9    The first one is 12/31/98.

10   BY MR. GENTILE:

11        Q.    And it's addressed to who?

12        A.    Addressed to me.

13        Q.    Could you read the figure next to the

14   capital withdrawals?

15        A.    Capital withdrawals, $60,000.

16        Q.    And what's next to the $60,000 to the

17   right of it?

18        A.    Negative.

19        Q.    Negative.  Okay.

20                    Is the $60,000 reflected in exhibits

21   11 and 12 consistent with the 60,000-dollar

22   withdrawal listed on exhibit six on 10/21/1998?

23        A.    Yes.

24        Q.    Okay.  Thank you.

25                    Could you go down to the next line on

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 42

1   exhibit six beginning with 4/27/2000 and do the same

2   thing.  If you could read --

3        A.     Yeah, 4/27/2000, check $50,000

4   negative.  Cash withdrawal $50,000.

5        Q.     Okay.  Do you remember making a cash

6   withdrawal from your BLMIS account on April 27,

7   2000?

8        A.     I don't remember, but I don't doubt

9   it.

10       Q.     Okay.

11              MR. GENTILE:  I'm going to introduce

12   a document that I'm going to ask the court reporter

13   to mark as exhibit 13 bearing Bates number

14   AMF245387.

15              (Whereupon, document bearing Bates

16   stamp AMF245387, is received and marked as Exhibit

17   13 for Identification.

18              COURT REPORTER:  Number 13.

19   BY MR. GENTILE:

20       Q.     Could you tell me --

21       A.     This is a letter from me to Cohmad

22   Securities asking to redeem $50,000, dated April 24,

23   2000.

24       Q.     Okay.  Is the letter signed by you?

25       A.     Yes.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 43

 1        Q.      Okay.

 2                MR. GENTILE:  I'm going to introduce

 3  another document.

 4                I'll ask the court reporter to mark

 5  it as exhibit 14 bearing Bates numbers MADWAA48660

 6  and 61.

 7                (Whereupon, document bearing Bates

 8  stamp AMF48660 and 661, is received and marked as

 9  Exhibit 14 for Identification.

10                COURT REPORTER:  Number 14.

11  BY MR. GENTILE:

12        Q.      Can you tell me what that is,

13  Mr. Palmedo?

14        A.      This is a check from Bernard L.

15  Madoff, dated 4/27/2000 for $50,000.

16        Q.      Okay.  And who is it made out to?

17        A.      To me.

18        Q.      Okay.  And is that 50,000-dollar

19  figure consistent with the withdrawal reflected on

20  exhibit six, the one you read off, 4/27/2000?

21        A.      Yes.

22        Q.      Okay.  Could you just take a look at

23  the back, the second page.

24        A.      Yeah.

25        Q.      I have to -- so do you know which

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 44

1    bank you deposited this into?

2           A.      Yeah, that was a joint account.

3           Q.      Okay.

4           A.      And I'm not -- I don't know what

5    bank.  It doesn't say.

6           Q.      Can you take a look here on the stamp

7    that says:  May 1?  It's upside down there, if you

8    turn it.

9           A.      Huh?

10          Q.      Turn it.

11          A.      North Fork Bank, right, that is the

12   bank that kept changing identity.  So that was

13   deposited in a joint account at North Fork Bank.

14          Q.      And it was joint with who?

15          A.      My wife.

16                  MR. GENTILE:  And I'm going to

17   introduce another document that I'm going to ask the

18   court reporter to mark as exhibit 15 bearing Bates

19   number Palmedo 28.

20          A.      I notice this check is from Bernard

21   Madoff.

22                  MR. GENTILE:  You have to give it to

23   the court reporter.

24                  (Whereupon, document bearing Bates

25   stamp Palmedo 28, is received and marked as Exhibit

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 45

1    15 for Identification.

2                    COURT REPORTER:   Number 15.

3    BY MR. GENTILE:

4          Q.      Can you tell me what that is, sir?

5          A.      This is the -- there are two

6    documents on both of these things; right?

7          Q.      Yes.

8          A.      Is this the same one as we had

9    before?  You want the top or the bottom?

10         Q.      The top, please?

11         A.      Portfolio management report as of

12   12/31/2000 to me.

13         Q.      Okay.

14         A.      Capital withdrawals line says $50,000

15   negative.

16         Q.      Okay.  And is that a reflection of

17   what you withdrew during the year 2000?

18         A.      Right.

19         Q.      Okay.  Does that 50,000-dollar

20   figure, does that correspond with the 50,000-dollar

21   withdrawal figure you read off from 4/27/2000?

22         A.      Yes, yes.

23         Q.      Okay.  Thank you.

24                    If you can go down to the next line

25   on exhibit six.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 46

    1          A.      2001, 11/30/2001, check $50,000.

    2    Cash withdrawal $50,000.

    3          Q.      Okay.

    4                  MR. GENTILE:  I'm going to introduce

    5    a document I'm going to ask the court reporter to

    6    mark as exhibit 16 bearing Bates number AMF245386.

    7                  (Whereupon, document bearing Bates

    8    stamp AMF245386, is received and marked as Exhibit

    9    16 for Identification.

   10                  COURT REPORTER:  Number 16.

   11    BY MR. GENTILE:

   12          Q.      Could you tell me what that is,

   13    Mr. Palmedo?

   14          A.      This is my letter of November 25,

   15    2001 to Cohmad Securities.  I'd like to redeem

   16    $50,000 from my C&M trading account, signed by me.

   17          Q.      Okay.

   18                  MR. GENTILE:  I'm going to introduce

   19    another document.

   20                  I'll ask the court reporter to mark

   21    it as exhibit 17 bearing Bates numbers MADWAA73133

   22    and 34.

   23                  (Whereupon, document bearing Bates

   24    stamp MADWAA73133 and 34, is received and marked as

   25    Exhibit 17 for Identification.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 47

 1                    COURT REPORTER:  Number 17.

 2                    MR. GENTILE:  Okay.

 3    BY MR. GENTILE:

 4          Q.    Could you tell me what that is?

 5          A.    This is a check from Bernard Madoff

 6    for $50,000, made out to me, 11/30/2001.

 7          Q.    Okay.

 8          A.    And the deposit on the back of that

 9    check was deposited to my account -- does it say

10    somewhere here where --

11          Q.    I don't see a bank's name, but --

12          A.    No, but that's deposited to one of my

13    accounts.

14          Q.    Okay.  And is that $50,000 in

15    exhibits 17 and 18 -- 16, 17 and 18, is that --

16                    MR. BECKERLEGGE:  (Indicating.)

17                    MR. GENTILE:  I'm sorry.

18          Q.    The 50,000-dollar figure --

19          A.    Consists of what's on page six?

20          Q.    Is the 50,000-dollar figure reflected

21    in 16 and 17 consistent with the 50,000-dollar

22    withdrawal from 11/30/2001 that you read off before?

23          A.    Yes.

24          Q.    It is?  Okay.  Thank you.

25                    Could you skip down to -- on exhibit

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 48

1    six, the entry that begins with 11/21/2003?

2         A.      If that date, check $250,000,

3    negative, cash withdrawal.

4         Q.      And that's on November 21, 2003; is

5    that correct?

6         A.      Yes.

7         Q.      Okay.

8                 MR. GENTILE:  I'm going to introduce

9    another document and ask the court reporter to mark

10   it as exhibit 18 bearing Bates number AMF245385.

11                (Whereupon, document bearing Bates

12   stamp AMF245385, is received and marked as Exhibit

13   18 for Identification.

14                COURT REPORTER:  Number 18.

15                MR. GENTILE:  Okay.

16        A.      That's my letter to Cohmad

17   Securities, dated November 15, 2003.  Under Cohmad I

18   would like to redeem $250,000 from my C&M trading

19   account, and here I ask that the amount be wired to

20   my account at Bank of New York.

21   BY MR. GENTILE:

22        Q.      Could you read the account number,

23   your Bank of --

24        A.      Account number 6904929954.

25        Q.      Okay.  And did you sign this letter?

Picard v Palmedo                    Philip Palmedo 6/21/2017

```
                                                  Page 49
  1           A.      Yes.

  2           Q.      Okay.

  3                   MR. GENTILE:  I'm going to introduce

  4     another document and ask the court reporter to mark

  5     it as exhibit 19 bearing Bates numbers MADWAA222573

  6     and 74.

  7                   (Whereupon, document bearing Bates

  8     stamps MADWAA222573 and 574, is received and marked

  9     as Exhibit 19 for Identification.

 10                   COURT REPORTER:  Number 19.

 11           A.      That's a check to me from Bernard

 12     Madoff for $250,000.

 13     BY MR. GENTILE:

 14           Q.      What's the date of the check, sir?

 15           A.      Dated November 21, 2003.

 16           Q.      Could you look at the back of the

 17     check?

 18           A.      Right.

 19           Q.      And read --

 20           A.      For deposit only by me to my account.

 21           Q.      Is that your signature on the back of

 22     the check?

 23           A.      Yes.

 24           Q.      Okay.  And then I'm going to ask you

 25     to go to the last line on exhibit six beginning with
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

                                                        Page 50

 1   5/22/2008?

 2          A.      5/22/2008, check, negative 600,000.

 3   Cash withdrawal 600,000.

 4          Q.      Okay.

 5                  MR. GENTILE:  I'm going to introduce

 6   a document.  I'm going to ask the court reporter to

 7   mark it as exhibit 20 bearing Bates number

 8   AMF245375.

 9                  (Whereupon, document bearing Bates

10   stamp AMF245375, is received and marked as Exhibit

11   20 for Identification.

12                  COURT REPORTER:  Number 20.

13          A.      This is a letter from me to Cohmad

14   Securities on May 13, 2008, asking to redeem

15   $600,000 from my trading account, signed by me.

16   BY MR. GENTILE:

17          Q.      Okay.  Thank you.

18                  MR. GENTILE:  I'm going to introduce

19   another document and I'm going to ask the court

20   reporter to mark as exhibit 21 bearing Bates numbers

21   MADWAA293605 and 06.

22                  (Whereupon, document bearing Bates

23   stamps MADWAA293605 and 606, is received and marked

24   as Exhibit 21 for Identification.

25                  COURT REPORTER:  Number 21.

Picard v Palmedo                    Philip Palmedo 6/21/2017

```
                                                    Page 51
 1          A.      This is a check from Bernard Madoff

 2    to me, dated May 22, 2008, for $600,000.

 3    BY MR. GENTILE:

 4          Q.      Okay.  And could you look at the flip

 5    side of the check?

 6          A.      And I deposited it to my account.  I

 7    believe that's the Chase account.

 8          Q.      Okay.

 9               MR. GENTILE:  I'm going to introduce

10    a document that I'm going to ask the court reporter

11    to mark as exhibit 22 bearing Bates number Palmedo

12    23.

13               (Whereupon, document bearing Bates

14    stamp Palmedo 23, is received and marked as Exhibit

15    22 for Identification.

16               COURT REPORTER:  Number 22.

17               MR. GENTILE:  Okay.

18    BY MR. GENTILE:

19          Q.      Can you tell me what that document

20    is?

21          A.      This is a portfolio management report

22    as of September 30, 2008, and showing a -- my

23    account showing a capital withdrawal of $600,000.

24          Q.      And is this reflective of the

25    activity in your BLMIS account for the year 2008?
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 52

 1          A.      Yes.

 2          Q.      Okay.  And I'm just going to refer

 3  you back to exhibit five, which is the Chase Bank

 4  statement.  And if you could go to page four, it's

 5  marked very small at the bottom.  It's before --

 6          A.      Page four.

 7          Q.      It's before that too.

 8          A.      Oh, page five.

 9          Q.      Okay.  Could you read the line that's

10  highlighted in yellow?

11          A.      Yeah.  May 27, deposit of $600,000.

12          Q.      Okay.  So looking at these documents,

13  the 600,000-dollar withdrawal from your BLMIS

14  account on May 22, 2008, is that consistent with the

15  line from exhibit six that you read beginning

16  5/22/2008?

17          A.      Yes.

18          Q.      Okay.  Is it accurate to say that you

19  received the $600,000 in your Chase account?

20          A.      Yes.

21          Q.      Okay.  Thank you.

22                  So we're done with this document for

23  now.

24          A.      Do you want all these?

25          Q.      No, no, we're going to give them to

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 53

1    the court reporter.

2            A.      This goes in here somewhere.

3            Q.      So I just want to ask you a few

4    questions about Cohmad Securities.

5            A.      Yeah.

6            Q.      And Mr. Cohn.

7                    So you testified before that you met

8    Mr. Cohn for the first time when you visited BLMIS;

9    is that correct?

10           A.      Yes.

11           Q.      Okay.  Did you have a relationship

12   with him afterwards?

13           A.      No.

14           Q.      No?

15           A.      No.

16           Q.      Okay.  Do you remember how many times

17   you interacted with him regarding your account?

18           A.      I think pretty much what I had in my

19   records and I provided and we just reviewed.  So

20   it's these letters -- exactly -- probably only what

21   is -- we have just talked about, namely when I was

22   making a new investment or withdrawing.

23           Q.      Okay.  So I'm curious because Cohmad

24   Securities, although they were housed with BLMIS,

25   they were a separate company.  I'm just -- if you

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 54

1    can help me understand how did you get steered

2    towards Cohmad as opposed to directly towards BLMIS?

3    Was it Mr. Simons who directed you to Cohmad?

4          A.      I have no idea.

5          Q.      No idea.

6                  Was it your understanding that there

7    were two separate companies?

8          A.      No.

9          Q.      What was your understanding then?

10         A.      I -- I -- my understanding was that

11   there was a company that pursued this investment

12   strategy and somehow I was directed to Cohn and I

13   assumed it was one company.  I have no idea it

14   was -- I mean, my account had various names that

15   changed over time for some reason.

16         Q.      Right.

17         A.      But I thought that was just an

18   internal accounting issue.

19         Q.      So when you met with Mr. Cohn at

20   BLMIS, were you in his office?  Like where were

21   you -- what physical space were you in?  Do you

22   remember?

23         A.      It was the office on Third Avenue,

24   the Lip Stick Building I think it's called.

25         Q.      Sure.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 55

1          A.        Right?

2          Q.        Yeah, yeah.

3          A.        And he did take me to the trading

4     floor in that building.

5          Q.        Okay.  So in 1993 when you

6     transferred the amount from your C&M account into

7     this Madoff account labeled 1CM142 --

8          A.        Right.

9          Q.        -- do you know what the circumstances

10    were surrounding that?

11         A.        No, I don't.  My recollection is,

12    again 20 years later, that that was just done by

13    them as a -- as an accounting transfer.

14         Q.        So did it affect the way your account

15    was handled in any way?

16         A.        No.

17         Q.        Did it affect who your contact was?

18         A.        No.

19         Q.        Okay.  Nothing changed?

20         A.        No.

21         Q.        Did the face of your statements

22    change?

23         A.        I don't recall.

24         Q.        So you received monthly statements

25    I'm assuming?

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 56

1          A.        Was it monthly?  I don't recall

2     whether it was monthly or quarterly.

3          Q.        Okay.  Do you know -- do you have

4     those statements?  Do you have possession of those

5     statements?

6          A.        Whatever statements I had I provided.

7          Q.        Okay.  If you remember, do you

8     remember what the statements looked like?  Did it

9     have Cohmad Securities on the top of the statement?

10    Did it have --

11         A.        We just looked at the statements.

12    These are the statements that I had that --

13         Q.        Are those the only statements you

14    received?

15         A.        I think so.

16         Q.        Okay.  So those are yearly

17    statements?

18         A.        Well, the one we saw was September.

19         Q.        But did --

20         A.        It was a 9/30 statement we just

21    looked at.

22         Q.        But those statements didn't reflect

23    the activity in your account other than the deposits

24    and withdrawals and the appreciation or

25    depreciation -- well, appreciation of --

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 57

 1        A.        Oh, yeah, I guess I did -- well,

 2   there was some accounting firm that I paid money to

 3   that provided -- there was some year-end statements

 4   that I provided to my accountants.

 5        Q.        Right.

 6        A.        And there was also statements from

 7   some accounting firm too.

 8        Q.        So did you receive any statements or

 9   any documents from BLMIS or Cohmad that showed you

10   the activity in your account as far as what stocks

11   were being purchased or sold on your behalf?

12        A.        I think, yes, I think those were

13   statements that I got at the end of the year that

14   went to my accountant as the basis for my tax

15   filing.

16        Q.        Okay.  Do you know if -- do you know

17   how Mr. Cohn or Mr. Madoff or anybody handling your

18   account made money from your account?  Did you pay

19   commissions to anybody?

20        A.        That was sort of a mystery frankly

21   because as I recall that first meeting, there

22   weren't commissions directly charged.  So I

23   frankly --

24        Q.        Okay.  But you said --

25        A.        I didn't know.  You know, I was

Picard v Palmedo               Philip Palmedo 6/21/2017

Page 58

1    getting good returns so that's all I knew.

2           Q.      You said for the first year?

3           A.      No, when I first went to see, one of

4    the statements that was made by Cohn I guess was

5    that there aren't commissions on -- they were

6    trading fairly frequently and they said that there

7    are no commissions charged.

8                   Now, I know they -- I don't know who

9    they -- and when I say they, this whole conglomerate

10   there, all right, they were making markets.  So I

11   didn't know how they made money.

12          Q.      Okay.

13          A.      Unless through volume trading that

14   they participated in with their accounts they could

15   make money.  I just knew they were making money for

16   me.

17          Q.      Did you have any other conversations

18   with Mr. Cohn after that initial meeting or was all

19   of your communications by e-mail or letter or --

20          A.      Yeah, it was -- I don't think so.

21   This is prior to e-mail, right.  There was just

22   these -- as I say, it was letters where I was making

23   a new investment or withdrawing money.

24          Q.      Okay.  So the only actual

25   conversation you had with Mr. Cohn was on that

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 59

1    initial meeting at BLMIS?

2          A.      I believe so.

3          Q.      Okay.

4                  MR. GENTILE:  I'm just going to

5    introduce another document.  I'm going to introduce

6    a document that I'm going to ask the court reporter

7    to mark as exhibit 23 bearing Bates number Palmedo

8    17.

9                  (Whereupon, document bearing Bates

10   stamp Palmedo 17, is received and marked as Exhibit

11   23 for Identification.

12                 COURT REPORTER:  Number 23.

13   BY MR. GENTILE:

14         Q.      Do you recognize this?

15         A.      Yes.

16         Q.      Okay.  I just want to ask you a

17   couple of questions about the contents of it.  So in

18   the first paragraph -- well, first of all, who is it

19   signed by?

20         A.      Maurice Cohn.

21         Q.      Okay.  And the date of the letter?

22         A.      October 23, '91.

23         Q.      And who is it addressed to?

24         A.      Dear C&M investor.

25         Q.      Okay.  In this letter, Mr. Cohn seems

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 60

1    to basically summarize the activity of the accounts

2    under his management, and I would assume he's

3    directing this -- the comments here towards your

4    account?

5         A.      Right.

6         Q.      Okay.  So he says in the first

7    paragraph:  As we move into the final quarter of

8    1991, we are pleased to report that all of the

9    accounts are pretty much on target.  And on target

10   is in parentheses -- I'm sorry, in quotes.

11               Did he ever discuss with you like

12   what their target was?

13        A.      I don't recall.  In my mind, I had --

14   whether it came from him or from -- there was an

15   article, in my mind there was a 10 percent return

16   objective.

17        Q.      And where did you get that?

18        A.      I don't know.

19        Q.      You don't know.

20               Well, if you'd only spoken to anyone

21   at BLMIS that one time when you visited, would it

22   have been during that visit?

23        A.      It could have been.

24        Q.      Okay.

25        A.      There was also a magazine article

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 61

 1   that Jim Simons showed me in the initial discussions

 2   about Madoff.  It may have been in there.

 3          Q.      Okay.

 4          A.      But I don't know.

 5          Q.      How involved were you or are you in

 6   your investments?  I mean, are you -- do you hire

 7   somebody to take care of it for you or do you get

 8   involved and track everything and try and verify and

 9   reconcile accounts?

10          A.      I used to be actively involved on my

11   own account at Fidelity, for example, but I've been

12   trying to get away from all of this stuff.

13          Q.      Okay.

14          A.      And write about art.

15          Q.      Okay.  So I'm just going to introduce

16   another document.

17                  MR. GENTILE:  I'm going to introduce

18   a document that I'm going to ask the court reporter

19   to mark as exhibit 24 bearing Bates number Palmedo

20   15.

21                  (Whereupon, document bearing Bates

22   stamp Palmedo 15, is received and marked as Exhibit

23   24 for Identification.

24                  COURT REPORTER:  Number 15.

25                  MR. GENTILE:  Okay.

Picard v Palmedo                    Philip Palmedo 6/21/2017

```
                                                    Page 62

 1   BY MR. GENTILE:

 2        Q.      Can you tell me what that is?

 3        A.      This is a trading account statement

 4   of January 1993, portfolio management report.

 5        Q.      Okay.

 6        A.      As of December 31, '92.

 7        Q.      Can you tell me what is the account

 8   number?

 9        A.      Account number 19, parentheses,

10   1C0019, parentheses.

11        Q.      Okay.  So I'm going to direct your

12   attention back to exhibit six for a minute.

13        A.      I don't have it.  I gave you that.

14   Is six --

15        Q.      It's the big sheet, yes.

16                So does -- on the very first entry of

17   January 4, 1993, trans from?

18        A.      Right.

19        Q.      Is that the same account as what's

20   reflected on exhibit 24?

21        A.      No.

22        Q.      Okay.  Can you read the account

23   number on --

24        A.      The account number on exhibit 24 is

25   this?
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 63

```
 1        Q.      Yes.

 2        A.      The account number 1C0019.  This

 3   says:  Account transfer from 1C001930.

 4        Q.      Okay.  That's fine.

 5                So I just want to direct you to the

 6   handwritten notes on exhibit 24 towards the bottom.

 7        A.      Right.

 8        Q.      Is that your handwriting?

 9        A.      Yes.

10        Q.      Okay.  Can you tell me what that

11   says?

12        A.      That says:  7 percent in a quarter,

13   20 percent in a year.

14        Q.      Okay.  Can you tell me what that

15   means?

16        A.      That's probably the return.

17        Q.      Okay.

18        A.      And I have -- I have no idea whether

19   this is my analysis of Madoff or whether I'm on the

20   phone with someone and I had to write something

21   down.

22        Q.      Okay.  So you had no idea whether or

23   not it reflects the returns on this account or

24   whether it was just notations regarding --

25        A.      It probably reflects a return on this
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 64

1    account, but I don't know.  I sometimes write things

2    down if I'm on the phone on whatever piece of paper

3    that's in front of me, you know.

4            Q.      Okay.

5            A.      But I think that probably applies to

6    this account.

7            Q.      Okay.  Thank you.

8                    Do you ever remember noting any

9    discrepancies in the documents that Madoff, Bernard

10   L. Madoff Investment Securities sent you or what

11   Cohmad Securities sent you regarding your account?

12   Did you ever note?  No?

13           A.      No.

14           Q.      Did you ever send any other documents

15   to BLMIS other than your request for withdrawals or

16   your notifications of additional deposits?

17           A.      I don't think so.

18           Q.      No?  Okay.

19                   So we'll go to answer.

20                   MR. GENTILE:  I'm going to introduce

21   the answer to the trustee's complaint that you and

22   your counsel provided.

23                   I'm going to ask the court reporter

24   to mark it as exhibit 25.

25                   (Whereupon, Answer to Trustee's

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 65

 1    Complaint, is received and marked as Exhibit 25 for

 2    Identification.

 3                 COURT REPORTER:  Number 25.

 4    BY MR. GENTILE:

 5         Q.      I'm going to direct your attention to

 6    page 20, paragraph 20.

 7         A.      Paragraph 20?

 8         Q.      Page 20 too.

 9         A.      Oh, page 20.  Right.

10         Q.      Okay.  So can you read paragraph 20?

11         A.      The trustee has fraudulently

12    calculated defendant's liability by charging

13    defendant with withdrawals that the trustee has no

14    proof were taken.

15         Q.      So after going through all of the

16    withdrawals listed on exhibit six in the documents

17    that we provided in connection with those

18    withdrawals, are you able to identify any

19    withdrawals from which the trustee has no proof?

20         A.      Right now?  Or as of the date of

21    this?

22         Q.      Either.

23         A.      You have -- you have proof of

24    withdrawals because I gave them to you.

25         Q.      Okay.  Can you turn to page 22,

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 66

1   paragraph 37.  Can you read that off, please?

2          A.       The withdrawals that the trustee

3   seeks to recover were legally compelled under state

4   and federal securities laws.

5          Q.       Can you tell me what laws compelled

6   you to withdraw money from the --

7          A.       I have no idea.

8          Q.       Okay.  If you can go to page 23?

9          A.       23?

10         Q.       Yes, paragraph 46?

11         A.       Yeah.

12         Q.       If you could read that paragraph.

13         A.       The trustees claims are barred in

14   whole or part for failure to properly credit

15   defendant with all of the defendant's deposits.

16         Q.       Can you identify any deposits that

17   you made for which the trustee didn't credit you?

18         A.       I really -- this is a legal -- this

19   is -- we're in a legal document here and I just stay

20   away from legalities so.

21         Q.       Well, I'm just going to ask you to

22   make the general inquiry, are you aware of any

23   deposits that you weren't credited with on exhibit

24   six?

25         A.       No.

Picard v Palmedo                Philip Palmedo 6/21/2017

Page 67

```
 1         Q.      Okay.  And I'm going to ask you to go
 2    back to 21.
 3         A.      Paragraph 21?
 4         Q.      No, page 21, paragraph 27.
 5         A.      Page 21, paragraph 27.
 6         Q.      Okay.  I'll read it off.
 7         A.      The trustees -- 27?
 8         Q.      Yes.
 9         A.      The trustee's claims are barred in
10    whole or part for failure to properly credit -- the
11    trustee's claims are barred in whole or part for
12    failure to properly credit interaccount transfers,
13    profit withdrawals and other adjustments.
14                 MR. GENTILE:  Interaccount transfers.
15         A.      Interaccount transfers.
16         Q.      Right.
17                 So I'm going to point your attention
18    to the section that deals with profit withdrawals.
19    Can you identify any of the withdrawals that you
20    made that were profit withdrawals?
21         A.      No.
22         Q.      Okay.
23         A.      I don't know.  I -- these weren't --
24    these weren't segregated; right?  I don't know what
25    capital and profit, is not distinguished.
```

Page 68

 1        Q.        Okay.  I'm going to ask you to go to

 2     page 19 now.  And I'll read off paragraph --

 3        A.        Okay.  Because you're better.

 4        Q.        Paragraph 16.  No, that's -- the

 5     defendant is entitled to setoff recoupment and/or

 6     equitable adjustment because each year defendant was

 7     required to pay taxes on the fictitious profits

 8     reported on, among other things, IRS form 1099 and

 9     other information reported by BLMIS or Madoff to the

10     Internal Revenue Service.  State and/or local

11     governmental taxing authorities.

12                  Can you tell me how much you were

13     required to pay in taxes each year because of the

14     fictitious --

15        A.        My accountant calculated that out,

16     but I don't recall at all.  I provided you with

17     that.  That's a terrible paragraph, by the way.

18     It's not English.  The defendant is entitled to set

19     off -- entitled to recoupment and then you have this

20     quote after profits.  Where does that quote start?

21        Q.        This is prepared by your counsel.

22        A.        I know, but, you know, I can't

23     comment on something that's poorly written to begin

24     with.

25        Q.        All right.  You mentioned that you

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 69

1    have an accountant?

2          A.      I have an accountant, yes.

3          Q.      Okay.  Did you have -- is this the --

4    did you have an accountant while you maintained your

5    BLMIS account?

6          A.      Yes.

7          Q.      This is the same accountant?

8          A.      Same firm.

9          Q.      Same firm.

10                 Okay.  Who was the accountant that

11   you retained during the life of your BLMIS account?

12   Do you know?

13         A.      It's -- it used to be called Sini &

14   Reeves.  It's now called Albanese Sini & Reeves.

15         Q.      Okay.  Did your accountant prepare

16   your taxes for you?

17         A.      Yes.

18         Q.      Does he still prepare your taxes?

19         A.      Yes.

20         Q.      Okay.  Did you --

21         A.      I'm -- again, I don't know whether in

22   1991 that same accountant firm prepared my taxes.

23   At least for the past 10 years they have been doing

24   it.

25         Q.      Okay.  Did you provide the trustee

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 70

 1   with all of your tax returns?

 2          A.       I provided -- I provided counsel with

 3   as many as I could find.

 4          Q.       As many --

 5          A.       I generally figure, and you tell me

 6   whether it's -- I don't need to save things more

 7   than 10 years so.  I don't have a lot of space.  I

 8   get rid of stuff, but I found quite a few tax

 9   returns to provide.

10          Q.       And you provided them to your

11   counsel?

12          A.       I provided them to the accountant and

13   in recent years they have electronic records.

14          Q.       Did you turn those -- did you provide

15   those tax returns to counsel as well?

16          A.       I frankly don't know whether I

17   provided them to the accountants or to counsel.

18          Q.       Okay.  Did you confer with your

19   accountant before for your deposition today?

20          A.       Yes, months ago.

21          Q.       In preparation for the deposition or

22   just --

23          A.       No, no, no.

24          Q.       -- in general?

25          A.       But that was before the deposition.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 71

```
 1        Q.      Well, I meant in reference to the

 2  deposition.

 3        A.      No, no, no, no.

 4        Q.      Okay.

 5        A.      Because I said, I haven't discussed

 6  the deposition with anybody.

 7        Q.      Okay.  Have you retained an expert in

 8  this case?

 9        A.      Chaitman.  What do you mean?

10        Q.      Have you retained an expert to work

11  on your behalf in this case?

12        A.      No, no.

13        Q.      No?

14        A.      No, other than my counsel.

15        Q.      Okay.  Has your counsel retained an

16  expert in the case?

17        A.      I have no idea.

18        Q.      You have no idea.  Okay.

19                Who is the gentleman that prepares

20  your taxes now or woman?  I'm sorry.  I don't mean

21  to be --

22        A.      Tammy Wellman.

23        Q.      Is your tax preparer?

24        A.      Yes.

25        Q.      Okay.  Who is Steven Albanese?
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 72

1          A.      He is the head of the firm.

2          Q.      He's the head of the firm.  Did he

3    ever prepare your taxes?

4          A.      No.

5          Q.      Okay.

6                  All right.  So we'll go to -- three.

7    We're almost done.

8          A.      Really?

9          Q.      Yeah.

10                 MR. GENTILE:  So I'm going to

11   introduce a document that I'm going to ask the court

12   reporter to mark as exhibit 26.  They're the

13   defendants' responses and objections to the

14   trustee's first set of interrogatories.

15                 (Whereupon, Defendants' Responses and

16   Objections to Trustee's First Set of

17   Interrogatories, is received and marked as Exhibit

18   26 for Identification.

19                 COURT REPORTER:  Number 26.

20                 MR. GENTILE:  Okay.

21   BY MR. GENTILE:

22         Q.      So if you just look to the page seven

23   where it's dated and signed.  Page seven.

24         A.      Oh, page seven.  Signed on some page

25   which is labeled one actually.

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 73

1          Q.        No, the page before that one.  Yeah,
2     that's page seven.  Could you just read off the
3     date, it's dated?
4          A.        The date?
5          Q.        Yeah, at the bottom.
6          A.        July 28, 2016.
7          Q.        Okay.  Had you seen this document
8     before July 28, 2016?
9          A.        It looks like documents I've seen.  I
10    mean, and I signed it, so I must have seen it.
11         Q.        Did you assist in the preparation of
12    this document?
13         A.        Assist in the preparation?  No, other
14    than reviewing it and signing it.
15         Q.        Okay.  Did you take any steps to
16    confirm that the responses were accurate?
17         A.        I remember talking to Helen about
18    some statements and trying to understand them and to
19    that extent, yes.
20         Q.        Okay.  So I'm going to direct you
21    to -- so interrogatory responses two, eight, and
22    12A.  Okay.  Well, okay.  I'm sorry.  Let's go to
23    two.  It's on page four.
24         A.        Yeah.
25         Q.        Okay.  And the response from you and

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 74

 1   your counsel is that:  The responding party is

 2   unable to identify the reasons for each transfer,

 3   except to the extent that withdrawals were taken to

 4   pay applicable taxes on the reported short-term

 5   capital gains in the account and for the responding

 6   party support.

 7                   Response to interrogatory eight,

 8   which asked:  To the extent not already provided in

 9   your responses to the preceding interrogatories,

10   state how you used any money you received from the

11   transfers, and your response is that:  Responding

12   party paid both state and federal taxes based on a

13   short -- based on short-term capital gains rates on

14   the reported fictitious appreciation in the account.

15   The balance of the funds were used for the

16   responding party's support.

17                   And then finally at 12A, the

18   interrogatory is for each denial of a material

19   allegation and each affirmative defense in your

20   answer to the complaint:  State all facts upon which

21   you base the denial or affirmative defense, and your

22   response to that is:  The defense concerning payment

23   of capital gains taxes is based upon responding

24   party's testimony as to the payment of taxes at the

25   applicable tax rates for each year of the account

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 75

1    and the reported income as reflected in Madoff's

2    statements which are in the trustee's possession.

3               So do you have records of the

4    capital -- of the payments that you made to the

5    government on the capital gains?

6        A.      Yeah, in the tax -- my tax returns.

7        Q.      In your tax returns?  Okay.  The

8    returns that you provided to either counsel or --

9        A.      Right.

10       Q.      -- your accountant?

11       A.      Right.

12       Q.      Okay.  So in the last response, your

13   reference to the responding party's testimony, what

14   testimony is that response based on?

15       A.      Where is that?

16       Q.      That's on page seven.

17       A.      Yeah.

18       Q.      Subparagraph little A.

19       A.      I don't know.  I guess that refers to

20   some previous part of this thing.  I don't know.

21       Q.      Okay.

22       A.      Unless I was asked whether I pay

23   taxes and I said, yes, I pay taxes on this year

24   after year.

25       Q.      Okay.  But you didn't provide

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 76

 1   testimony in a formal proceeding?

 2        A.        No, no.

 3        Q.        Okay.

 4        A.        No session like this.

 5        Q.        Okay.  The applicable tax rate for

 6   each year you paid taxes on behalf of your BLMIS

 7   account, would you happen to know that information

 8   offhand or is that contained in your tax returns?

 9        A.        Yeah, I'm a fairly high bracket so

10   and my accountant estimated those rates.

11        Q.        Okay.  So I'm just going to go to

12   page six and your response to interrogatory number

13   nine which says:  Responding party admits the

14   deposits and withdrawals reflected on exhibit B to

15   the complaint for the period from December 11, 2006

16   to December 11, 2008.  The trustee has no right to

17   any bank information covering this period of time.

18             So I'm going to direct your attention

19   to the reference to exhibit B to the complaint which

20   is marked here as exhibit six in this deposition.

21   You're admitting to the deposits and withdrawals for

22   the period from 2006 to 2008.

23             Is there any reason that you -- that

24   the transfers before -- that you would not admit to

25   the transfers, the withdrawals and deposits before

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 77

1    2006?

2          A.      No.  I -- I admitted to the accuracy

3    of the statement.

4          Q.      Okay.  To the accuracy of exhibit

5    six?

6          A.      Of exhibit six.

7          Q.      Okay.

8                  MR. GENTILE:  I'm done.

9                  MS. ALLIM:  Okay.

10                 MR. GENTILE:  Yeah.

11                 THE VIDEOGRAPHER:  This ends the

12   deposition of Philip F. Palmedo.  The time is 1:10

13   p.m.  We're going off the record.

14                 (Time noted:  1:10 p.m.)

15

16                 _____

                   PHILIP F. PALMEDO, Ph.D.
17

18   Subscribed and sworn to before me

19   this _____ day of _____ 2017.

20

21

     _____
22   Notary Public
     My Commission Expires:
23

24   /

25   /

Page 78

```
 1   STATE OF NEW JERSEY   )          Pg.   of   Pgs.

 2                         ) ss.:

 3   COUNTY OF MIDDLESEX   )

 4       I wish to make the following changes, for the

 5   following reasons:

 6   PAGE LINE

 7   ____ ____     CHANGE: _____

 8               REASON: _____

 9   ____ ____     CHANGE: _____

10               REASON: _____

11   ____ ____     CHANGE: _____

12               REASON: _____

13   ____ ____     CHANGE: _____

14               REASON: _____

15   ____ ____     CHANGE: _____

16               REASON: _____

17   ____ ____     CHANGE: _____

18               REASON: _____

19   ____ ____     CHANGE: _____

20               REASON: _____

21   ____ ____     CHANGE: _____

22               REASON: _____

23   ____ ____     CHANGE: _____

24               REASON: _____

25
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 79

```
 1    PAGE LINE

 2    ____ ____     CHANGE: _____

 3                  REASON: _____

 4    ____ ____     CHANGE: _____

 5                  REASON: _____

 6    ____ ____     CHANGE: _____

 7                  REASON: _____

 8    ____ ____     CHANGE: _____

 9                  REASON: _____

10    ____ ____     CHANGE: _____

11                  REASON: _____

12    ____ ____     CHANGE: _____

13                  REASON: _____

14    ____ ____     CHANGE: _____

15                  REASON: _____

16    ____ ____     CHANGE: _____

17                  REASON: _____

18    ____ ____     CHANGE: _____

19                  REASON: _____

20    ____ ____     CHANGE: _____

21                  REASON: _____

22    ____ ____     CHANGE: _____

23                  REASON: _____

24

25
```

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 80

```
 1                C E R T I F I C A T E

 2     STATE OF NEW JERSEY   )
                             ) :ss.
 3     COUNTY OF MIDDLESEX   )

 4                I, RICH GERMOSEN, a New Jersey

 5     Certified Court Reporter, New Jersey Certified

 6     Realtime Court Reporter, California Certified

 7     Realtime Reporter, NCRA Certified Realtime Reporter

 8     and NCRA Registered Merit Reporter, do hereby

 9     certify:

10                That PHILIP F. PALMEDO, Ph.D., the

11     witness whose deposition is hereinbefore set forth,

12     having been duly sworn, and that such deposition is

13     a true record of the testimony of said witness.

14                I further certify that I am not related

15     to any of the parties to this action by blood or

16     marriage, and that I am in no way interested in the

17     outcome of this matter.

18                IN WITNESS WHEREOF, I have hereunto set

19     my hand this 26th day of June 2017.

20

21     _____
       RICH GERMOSEN, CCR/CRCR/CRR/RMR/CCRR/NYACR/NYRCR
22     LICENSE NO. 30XI00184700
       LICENSE NO. 30XR00016800
23     California CRR No. 198

24

25
```

BENDISH REPORTING
877.404.2193

Picard v Palmedo                    Philip Palmedo  6/21/2017

| A | | | |
|---|---|---|---|

**a.m**
1:15 3:11 11:3,9
**ability**
13:14
**able**
65:18
**above-entitled**
3:2
**accepting**
22:12
**account**
17:16,16,19,20 23:9,10
25:25 26:24 27:14,16
28:4,5 29:1,3,8,9,13
29:15,25 30:11,19,23
31:3,4,7,8,25 32:1,19
35:24 36:13 39:4,21
40:18 42:6 44:2,13
46:16 47:9 48:19,20
48:22,24 49:20 50:15
51:6,7,23,25 52:14,19
53:17 54:14 55:6,7,14
56:23 57:10,18,18
60:4 61:11 62:3,7,9
62:19,22,24 63:2,3,23
64:1,6,11 69:5,11
74:5,14,25 76:7
**accountant**
57:14 68:15 69:1,2,4,7
69:10,15,22 70:12,19
75:10 76:10
**accountants**
57:4 70:17
**accounting**
54:18 55:13 57:2,7
**accounts**
27:10 30:10,14,18,20
31:1 47:13 58:14 60:1
60:9 61:9
**accuracy**
77:2,4
**accurate**
29:23 34:7 36:11 52:18

**73:16**
**acknowledge**
26:20
**acknowledging**
33:22
**action**
13:20 80:15
**actions**
14:23
**actively**
18:18 61:10
**activity**
51:25 56:23 57:10 60:1
**actual**
58:24
**add**
24:23
**additional**
64:16
**additions**
36:2,12,16 39:2,3
**address**
15:14
**addressed**
25:23 37:19 39:7 41:11
41:12 59:23
**adjustment**
68:6
**adjustments**
67:13
**administer**
10:10
**administered**
12:6
**Administrator**
1:24 3:8
**admit**
76:24
**admits**
76:13
**admitted**
77:2
**admitting**
76:21
**Adv**

**1:7 2:13**
**adversary**
11:17 15:9 31:23
**advisor**
19:25,25
**affect**
55:14,17
**affirmative**
74:19,21
**affirmed**
12:10
**against-**
1:7 2:13
**ago**
16:25 17:1 24:20 28:7
70:20
**AGREED**
10:1,5,8
**aid**
17:7
**Albanese**
69:14 71:25
**allegation**
74:19
**Allim**
4:5 12:3,3 77:9
**AMF245375**
8:22 50:8,10
**AMF245385**
8:16 48:10,12
**AMF245386**
8:10 46:6,8
**AMF245387**
7:24 42:14,16
**AMF245388**
7:18 40:3,5
**AMF48660**
8:4 43:8
**amount**
26:21 32:10,16 33:22
36:11 48:19 55:6
**amounted**
34:8
**analysis**
63:19

**and-**
4:14
**and/or**
68:5,10
**answer**
9:15 13:8,8 21:5 64:19
64:21,25 74:20
**answering**
13:12
**anybody**
16:13 57:17,19 71:6
**applicable**
74:4,25 76:5
**applies**
64:5
**appreciation**
56:24,25 74:14
**April**
42:6,22
**art**
61:14
**article**
60:15,25
**asked**
74:8 75:22
**asking**
12:18 42:22 50:14
**assist**
73:11,13
**association**
3:7 11:10
**assume**
60:2
**assumed**
54:13
**assuming**
55:25
**attention**
62:12 65:5 67:17 76:18
**attorneys**
4:10,21 10:2 11:19
**audible**
13:3
**audibly**
13:3

Picard v Palmedo                    Philip Palmedo 6/21/2017

**authorities**
68:11
**authorized**
10:10
**available**
14:19
**Avenue**
4:6 54:23
**aware**
66:22

---

**B**

**B**
6:8 7:1,3 8:1 9:1 31:17
31:22 76:14,19
**B-e-r-e-z-i-n**
21:15
**back**
29:20 43:23 47:8 49:16
49:21 52:3 62:12 67:2
**Baker**
3:8 4:12 9:20 11:12,24
**balance**
28:25 74:15
**bank**
27:10,14,15,23,23 28:1
28:4 29:24,25 30:10
30:11,14,18,19,20
44:1,5,11,12,13 48:20
48:23 52:3 76:17
**bank's**
47:11
**Bankruptcy**
1:1 11:16
**banks**
27:22,24 28:1
**BARNARD**
2:5
**barred**
66:13 67:9,11
**base**
74:21
**based**
74:12,13,23 75:14
**basically**

60:1
**basis**
57:14
**Bates**
6:13,16,19,22 7:5,8,11
7:14,17,20,23 8:3,6,9
8:12,15,18,21 9:3,6,9
9:12 23:22 24:2 25:7
25:12 26:10,11 28:9
28:16,18 33:9,10 35:6
35:7 37:8,10 38:15,17
40:2,4,24 41:5 42:13
42:15 43:5,7 44:18,24
46:6,7,21,23 48:10,11
49:5,7 50:7,9,20,22
51:11,13 59:7,9 61:19
61:21
**bear**
13:21
**bearing**
6:13,16,19,22 7:5,8,11
7:14,17,20,23 8:3,6,9
8:12,15,18,21 9:3,6,9
9:12 23:22 25:7 26:10
26:11 28:9,18 33:10
35:7 37:8,10 38:15,17
40:2,4,24 41:5 42:13
42:15 43:5,7 44:18,24
46:6,7,21,23 48:10,11
49:5,7 50:7,9,20,22
51:11,13 59:7,9 61:19
61:21
**bears**
25:12 28:16 33:9 35:6
**Beckerlegge**
4:15 12:1,1,17 28:13
33:7 47:16
**beginning**
24:10 32:4 34:19,20
39:12 42:1 49:25
52:15
**begins**
48:1
**behalf**
57:11 71:11 76:6

**Behrens**
5:5 11:9
**believe**
13:17 21:10,18 22:13
24:24 29:6 51:7 59:2
**believes**
32:16
**Belle**
24:10,15
**Bendish**
9:20 11:10
**Berezin**
21:12,15
**Bernard**
1:8 2:10 4:23,24 17:13
17:15,21 21:19 34:3
37:25 40:13 43:14
44:20 47:5 49:11 51:1
64:9
**best**
12:21
**better**
68:3
**big**
62:15
**bit**
31:12
**BLMIS**
17:12,17,18,19 19:21
20:4 21:4,7,25 22:3
23:1,10 27:9,11,13
31:3,4,7,8 32:17,18
35:24 36:13 39:20
42:6 51:25 52:13 53:8
53:24 54:2,20 57:9
59:1 60:21 64:15 68:9
69:5,11 76:6
**blood**
80:15
**board**
17:2 21:9,11
**bottom**
37:24 45:9 52:5 63:6
73:5
**bound**

15:2
**bracket**
76:9
**break**
13:9,12
**Brook**
21:9,10
**Brookhaven**
15:25
**brought**
19:20 31:22
**building**
54:24 55:4

---

**C**

**C**
4:1 5:1 11:2 80:1,1
**C&M**
25:25 26:2,24 34:4
46:16 48:18 55:6
59:24
**calculated**
65:12 68:15
**calculation**
32:16
**calculations**
31:24
**California**
80:6,23
**call**
37:18
**called**
20:11,12 54:24 69:13
69:14
**capital**
36:2,16 39:2,3 41:14
41:15 45:14 51:23
67:25 74:5,13,23 75:4
75:5
**caption**
1:11 2:2 11:14
**care**
61:7
**case**
11:14 71:8,11,16

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 83

cash
34:21 37:3 39:17,19
  42:4,5 46:2 48:3 50:3
CCR
1:23
CCR/CRCR/CRR/R...
80:21
certain
13:6,7 27:10
Certified
1:23 3:3,4,5,7 80:5,5,6
  80:7
certify
80:9,14
Chaitman
4:4 12:3 71:9
change
55:22 78:7,9,11,13,15
  78:17,19,21,23 79:2,4
  79:6,8,10,12,14,16,18
  79:20,22
changed
27:22 54:15 55:19
changes
78:4
changing
44:12
charged
57:22 58:7
charging
65:12
Chase
27:19 28:1,4,25 29:9
  29:24,25 30:11,23
  51:7 52:3,19
check
26:2,20 33:22 34:1,3
  34:21 37:3,21,24 38:4
  39:16 42:3 43:14
  44:20 46:1 47:5,9
  48:2 49:11,14,17,22
  50:2 51:1,5
checks
29:22
circumstances

17:25 55:9
claims
66:13 67:9,11
clarification
25:22
Cohmad
26:19 37:18 40:9 42:21
  46:15 48:16,17 50:13
  53:4,23 54:2,3 56:9
  57:9 64:11
Cohn
18:25 19:2,3,7 20:5
  22:17,18,23 23:12
  27:1 33:21 53:6,8
  54:12,19 57:17 58:4
  58:18,25 59:20,25
colleague
12:16
College
15:23
column
32:11 34:15 39:18
come
18:1 29:20
commencing
3:10
comment
68:23
comments
60:3
Commission
77:22
commissions
57:19,22 58:5,7
communicate
23:10
communicated
14:19 22:17
communication
23:15
communications
58:19
companies
54:7
company

16:1 17:2,14 20:1,2,7
  20:17,18,20,24 22:11
  53:25 54:11,13
compelled
66:3,5
complaint
9:15 31:22,22 64:21
  65:1 74:20 76:15,19
concerning
74:22
concluded
9:21
conducted
20:22
confer
70:18
confidential
13:20 14:10,18 15:5,5
confirm
73:16
conglomerate
58:9
Congratulations
15:20
connection
15:8 17:1,4 65:17
consistent
26:3 27:4 36:17 38:7
  41:21 43:19 47:21
  52:14
Consists
47:19
Consolidated
4:22
CONT'D
5:1 7:1 8:1 9:1
contact
55:17
contained
76:8
contents
59:17
CONTINUED
1:11 2:2
controls

14:8
conversation
17:7 58:25
conversations
24:20 58:17
copy
15:1 37:20,21
copying
35:18
CORPORATION
1:5
correct
38:1,2 48:5 53:9
correspond
45:20
counsel
13:5,7,17 14:25 15:2
  16:9,12,20 64:22
  68:21 70:2,11,15,17
  71:14,15 74:1 75:8
COUNTY
78:3 80:3
couple
27:22 59:17
court
1:1 3:3,4 11:16,21 12:5
  12:24 13:1 14:4 23:21
  23:25 25:5,10 26:9,14
  28:11,21 31:16,19
  33:5,13 35:5,10 37:7
  37:13 38:14,20 40:1,7
  41:4,6 42:12,18 43:4
  43:10 44:18,23 45:2
  46:5,10,20 47:1 48:9
  48:14 49:4,10 50:6,12
  50:19,25 51:10,16
  53:1 59:6,12 61:18,24
  64:23 65:3 72:11,19
  80:5,6
covering
76:17
CR
36:5 39:3
crash
23:9

Picard v Palmedo                    Philip Palmedo 6/21/2017

**CRCR**
1:23
**credit**
36:6,8,9 66:14,17
67:10,12
**credited**
66:23
**crossed**
40:9
**CRR**
1:23 80:23
**curious**
53:23
**current**
15:14

**D**

**D**
4:15 6:1 11:2 12:8
**date**
27:2 40:14 48:2 49:14
59:21 65:20 73:3,4
**dated**
32:8 42:22 43:15 48:17
49:15 51:2 72:23 73:3
**day**
77:19 80:19
**days**
22:13
**deals**
67:18
**Dear**
25:20,23 59:24
**Debtor**
2:7
**December**
33:23 37:20 62:6 76:15
76:16
**decision**
22:1,4
**defendant**
2:16 65:13 66:15 68:5
68:6,18
**defendant's**
65:12 66:15

**Defendants**
1:10
**defendants'**
9:17 72:13,15
**defense**
74:19,21,22
**define**
17:8 18:22
**denial**
74:18,21
**deposed**
15:8
**deposit**
27:11,12 28:2 34:24
38:8 47:8 49:20 52:11
**deposited**
26:22 34:1 44:1,13
47:9,12 51:6
**deposition**
1:13 3:1 10:9,13 11:11
12:15 14:22 15:3 16:8
16:13,16,22 70:19,21
70:25 71:2,6 76:20
77:12 80:11,12
**deposits**
17:18 31:3,7,25 34:8
34:22 37:4 56:23
64:16 66:15,16,23
76:14,21,25
**depreciation**
56:25
**describing**
30:11
**description**
6:9 7:2 8:2 9:2 18:9,25
19:5,7
**designate**
15:4
**dgentile@bakerlaw....**
4:19
**different**
18:14
**direct**
31:6 62:11 63:5 65:5
73:20 76:18

**directed**
54:3,12
**directing**
60:3
**directly**
54:2 57:22
**directs**
13:7
**disclose**
14:10
**discrepancies**
64:9
**discuss**
60:11
**discussed**
71:5
**discussions**
23:17 61:1
**distinguished**
67:25
**District**
1:2 11:16
**document**
6:10,13,16,19,22 7:5,8
7:11,14,17,20,23 8:3
8:6,9,12,15,18,21 9:3
9:6,9,12 14:1,14
23:19,22 24:5,7 25:5
25:7,12 26:8,11 28:9
28:18,23 31:12 33:4
33:10 34:6 35:4,7,14
35:16,20 37:7,10,16
37:24 38:7,13,17 40:1
40:4,24 41:3 42:12,15
43:3,7 44:17,24 46:5
46:7,19,23 48:9,11
49:4,7 50:6,9,19,22
51:10,13,19 52:22
59:5,6,9 61:16,18,21
66:19 72:11 73:7,12
**documents**
13:20 14:8 16:15,18
32:5 35:17 45:6 52:12
57:9 64:9,14 65:16
73:9

**doing**
19:5 37:21 69:23
**dollars**
26:21
**Dominic**
4:13 11:23 12:15
**doubt**
39:22 42:8
**duly**
12:10 80:12

**E**

**E**
4:1,1 5:1,1 6:1,8 7:1
8:1 9:1 11:2,2 12:8
80:1,1
**e-mail**
58:19,21
**early**
17:24
**easier**
31:13
**educational**
15:21
**effect**
10:11
**eight**
33:6 35:5,10 73:21
74:7
**either**
17:23 65:22 75:8
**electronic**
70:13
**employment**
15:22
**enclose**
26:1
**ends**
77:11
**English**
68:18
**enlarged**
31:12
**entirely**
18:17

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 85

**entitled**
6:10 14:1 68:5,18,19
**entity**
14:20
**entry**
48:1 62:16
**equitable**
68:6
**ESQ**
4:5,13,15
**Estate**
4:24
**estimated**
76:10
**Evelyn**
21:12,14
**eventually**
16:1
**exact**
24:19
**exactly**
18:5 53:20
**examination**
6:2 12:12 14:23 15:3
**examined**
12:10
**example**
61:11
**exclusively**
30:12
**exhibit**
6:9,10,13,16,19,22 7:2
   7:3,3,5,8,11,14,17,20
   7:23 8:2,3,6,9,12,15
   8:18,21 9:2,3,6,9,12
   9:15,17,21 13:24 14:3
   23:21,23 25:6,8 26:8
   26:9,12 28:12,20
   31:16,17,18,22 33:6
   33:11 34:15,18 35:5,8
   36:18 37:8,11 38:9,15
   38:18 40:2,5,25 41:5
   41:22 42:1,13,16 43:5
   43:9,20 44:18,25
   45:25 46:6,8,21,25

47:25 48:10,12 49:5,9
49:25 50:7,10,20,24
51:11,14 52:3,15 59:7
59:10 61:19,22 62:12
62:20,24 63:6 64:24
65:1,16 66:23 72:12
72:17 76:14,19,20
77:4,6
**exhibits**
9:20 14:8 33:2 34:6,14
   41:20 47:15
**experience**
18:15
**expert**
71:7,10,16
**Expires**
77:22
**extent**
73:19 74:3,8

---

**F**

**F**
1:13 2:14 3:1 4:10 6:3
   11:18 12:8 14:22 29:4
   39:7 77:12,16 80:1,10
**face**
55:21
**fact**
22:11
**facts**
74:20
**failure**
66:14 67:10,12
**fairly**
58:6 76:9
**familiar**
29:16
**family**
30:13
**far**
57:10
**FAX**
4:18
**federal**
66:4 74:12

**fictitious**
68:7,14 74:14
**Fidelity**
61:11
**figure**
34:15 36:15 38:6 39:1
   41:13 43:19 45:20,21
   47:18,20 70:5
**filed**
11:15
**filing**
10:3 57:15
**final**
60:7
**finally**
74:17
**financial**
19:25
**find**
70:3
**fine**
24:18,22 63:4
**finish**
13:11
**firm**
18:23,24 19:14,15,19
   57:2,7 69:8,9,22 72:1
   72:2
**first**
9:18 12:10 14:17 17:21
   19:18 23:3 25:15
   26:17 32:7 41:9 53:8
   57:21 58:2,3 59:18,18
   60:6 62:16 72:14,16
**five**
28:12,21 52:3,8
**flip**
51:4
**floor**
11:13 55:4
**following**
14:20,24 78:4,5
**follows**
12:11
**force**

**10:11**
**Fork**
27:23 44:11,13
**form**
10:6 68:8
**formal**
12:23 76:1
**forth**
80:11
**forward**
17:8
**found**
70:8
**Foundation**
21:9,10
**four**
26:10,14 33:2 34:6,14
   52:4,6 73:23
**Franklin**
15:13
**frankly**
28:3 57:20,23 70:16
**fraud**
17:5
**fraudulently**
65:11
**frequently**
58:6
**friend**
18:2 19:10
**frivolous**
17:1
**front**
17:9 64:3
**full**
15:11
**fund**
26:22 34:2
**funds**
28:2 74:15
**further**
10:5,8 80:14
**future**
34:3

08-01789-cgm Doc 19742-12 Filed 08/28/20 Entered 08/28/20 18:58:23 Ex. 12
Pg 87 of 98
Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 86

**G**

**G**
11:2
**gains**
74:5,13,23 75:5
**general**
66:22 70:24
**generally**
30:20 70:5
**Gentile**
4:13 6:4 11:23,23
12:12,13,15 13:24
14:5 23:20 24:1,3
25:4,11 26:7,16 28:8
28:15,22 31:11,15,20
33:3,8,14,15 35:3,11
35:12 37:6,14 38:12
38:21,22 39:25 40:11
41:2,10 42:11,19 43:2
43:11 44:16,22 45:3
46:4,11,18 47:2,3,17
48:8,15,21 49:3,13
50:5,16,18 51:3,9,17
51:18 59:4,13 61:17
61:25 62:1 64:20 65:4
67:14 72:10,20,21
77:8,10
**gentleman**
71:19
**Germosen**
1:22 3:3 11:22 80:4,21
**getting**
24:23 58:1
**give**
44:22 52:25
**given**
14:9,18 17:3
**go**
14:21,24 32:2 34:18
36:23 39:11 41:25
45:24 49:25 52:4
64:19 66:8 67:1 68:1
72:6 73:22 76:11
**goes**

53:2
**going**
12:18 13:21 14:12,21
17:8,8 23:18,20 25:4
25:5 26:7,9 28:8,11
31:10,11,15 32:5,6
33:1,3 35:3,4 36:23
37:6,7 38:12,14 39:25
40:1 41:2 42:11,12
43:2 44:16,17 46:4,5
46:18 48:8 49:3,24
50:5,6,18,19 51:9,10
52:2,25 59:4,5,6
61:15,17,18 62:11
64:20,23 65:5,15
66:21 67:1,17 68:1
72:10,11 73:20 76:11
76:18 77:13
**good**
11:7 12:14 24:21 37:21
58:1
**government**
75:5
**governmental**
68:11
**governs**
13:19
**Group**
16:2
**guarantee**
30:19
**guess**
57:1 58:4 75:19

**H**

**H**
2:9 4:21 6:8 7:1 8:1 9:1
12:8
**half**
16:25
**hand**
32:5 80:19
**handled**
55:15
**handling**

57:17
**hands**
27:22
**handwriting**
63:8
**handwritten**
63:6
**happen**
76:7
**head**
13:4 72:1,2
**headed**
16:3 20:2
**heads**
20:1
**hear**
17:21
**heard**
18:3
**hedged**
26:1
**held**
11:11
**Helen**
73:17
**help**
54:1
**helped**
21:25
**hereinbefore**
80:11
**hereunto**
80:18
**high**
76:9
**highlighted**
52:10
**hire**
61:6
**history**
15:21,22
**holder**
29:3
**home**
15:14

**Hostetler**
3:9 4:12 9:20 11:12,24
**housed**
53:24
**Huh**
44:9
**hundred**
26:21 34:13

**I**

**idea**
28:4 54:4,5,13 63:18
63:22 66:7 71:17,18
**Identification**
14:3 23:24 25:9 26:13
28:20 31:18 33:12
35:9 37:12 38:19 40:6
41:1 42:17 43:9 45:1
46:9,25 48:13 49:9
50:11,24 51:15 59:11
61:23 65:2 72:18
**identify**
11:20 65:18 66:16
67:19 74:2
**identity**
44:12
**impair**
13:14
**impressed**
22:11
**impression**
22:7,9
**including**
30:11
**income**
75:1
**incorrect**
22:10
**index**
9:21
**indicated**
13:18
**Indicating**
47:16
**influence**

22:4
**information**
68:9 76:7,17
**informed**
22:1
**initial**
23:7 24:25 27:5 32:24
34:7 58:18 59:1 61:1
**Initially**
23:12
**inquiry**
66:22
**Institute**
16:4
**interaccount**
67:12,14,15
**interacted**
53:17
**interested**
80:16
**interesting**
18:4,6 19:23
**interim**
26:22
**internal**
54:18 68:10
**International**
16:1
**interrogatories**
9:19 72:14,17 74:9
**interrogatory**
73:21 74:7,18 76:12
**interviewed**
17:4
**introduce**
23:18 25:4 26:7 28:9
31:11 33:4 35:4 37:6
38:12 39:25 41:2
42:11 43:2 44:17 46:4
46:18 48:8 49:3 50:5
50:18 51:9 59:5,5
61:15,17 64:20 72:11
**introduced**
19:21
**introducing**

24:10
**INV**
40:13
**invest**
20:13 22:1,4 23:4,16
**invested**
20:16,19 21:16 22:23
23:8 32:18
**investigate**
18:19
**investigate**
18:19
**investing**
22:14 23:1
**investment**
1:8 2:11 4:23 17:13
18:7,9,11,14,19 19:25
20:1,2,15 22:11 23:3
23:7 24:25 27:5,9
32:17,24 34:4,7 37:25
53:22 54:11 58:23
64:10
**investments**
20:14,22 27:9 30:18
61:6
**investor**
1:4 59:24
**involved**
61:5,8,10
**IRS**
68:8
**Irving**
2:9 4:21 11:24
**Island**
16:3 27:21
**issue**
54:18
**IV**
14:25

_____
**J**

**J**
27:1
**jallim@chaitmanllp....**
4:9
**James**
12:9 15:16

**January**
32:20 34:2 62:4,17
**Jennifer**
4:5 12:3
**Jersey**
78:1 80:2,4,5
**Jim**
19:23 61:1
**job**
1:24 37:21
**joint**
44:2,13,14
**Jones**
24:11,15
**JPM**
6:23 28:9,16,16,19
**judge**
12:22 14:7
**July**
26:23 73:6,8
**June**
1:14 3:10 11:8 27:3
80:19

_____
**K**

**kept**
44:12
**knew**
58:1,15
**know**
12:20 13:10 17:9,10
19:5,16 20:6 21:16
29:17 40:9 43:25 44:4
55:9 56:3 57:16,16,25
57:25 58:8,8,11 60:18
60:19 61:4 64:1,3
67:23,24 68:22,22
69:12,21 70:16 75:19
75:20 76:7

_____
**L**

**L**
1:8 2:5,10 4:23,24 12:8
12:8 17:13 34:3 37:25
40:13 43:14 64:10

**labeled**
55:7 72:25
**Laboratory**
15:25
**Lane**
12:9 15:16
**lasted**
23:9
**laws**
66:4,5
**learn**
18:1
**left**
15:25
**legal**
5:5 12:23,24 66:18,19
**legalities**
66:20
**legally**
66:3
**Let's**
73:22
**letter**
27:2 33:21 37:17 40:8
40:14 42:21,24 46:14
48:16,25 50:13 58:19
59:21,25
**letters**
36:4 53:20 58:22
**liability**
65:12
**License**
3:3,5 80:22,22
**life**
27:8 69:11
**Lifland**
14:7
**line**
32:8 34:19,19 36:1,16
36:17,24,25 37:1,1
39:11,14 41:25 45:14
45:24 49:25 52:9,15
78:6 79:1
**Lip**
54:24

Picard v Palmedo                    Philip Palmedo  6/21/2017

Page 88

**Liquidation**
1:9 2:10 4:22
**listed**
32:4 41:22 65:16
**lists**
31:24
**litigation**
6:10 13:19,22 14:2,6
**little**
31:12 75:18
**LLC**
1:9 2:11,15 4:23 17:13
**LLP**
3:9 4:4,12 9:20 12:4
**local**
68:10
**located**
11:12
**Long**
16:3 27:21
**look**
23:19 24:4 28:23 29:12
 29:15 33:2,16 34:5
 35:13 37:15,23 38:23
 43:22 44:6 49:16 51:4
 72:22
**looked**
18:3 22:10 56:8,11,21
**looking**
52:12
**looks**
30:9 73:9
**lot**
23:15 70:7
**loud**
25:18
**lousy**
35:18

――――― **M** ―――――

**M**
12:8
**machine**
35:18
**Madoff**

1:8 2:5,10 4:23,24 17:5
 17:13,14,15,22 18:3
 18:20,22 20:15 21:17
 21:19 22:23 34:4
 35:22 37:25 40:13
 43:15 44:21 47:5
 49:12 51:1 55:7 57:17
 61:2 63:19 64:9,10
 68:9
**Madoff's**
75:1
**MADWAA222573**
8:19 49:5,8
**MADWAA293605**
9:4 50:21,23
**MADWAA48660**
43:5
**MADWAA73133**
8:13 46:21,24
**magazine**
60:25
**maintain**
27:10,15
**maintained**
69:4
**making**
34:23 39:19 42:5 53:22
 58:10,15,22
**manage**
23:10
**managed**
26:1
**management**
35:23 38:25 41:8 45:11
 51:21 60:2 62:4
**mark**
13:24 23:21 25:6 26:9
 28:12 31:16 33:5 35:5
 37:8 38:15 40:2 41:4
 42:13 43:4 44:18 46:6
 46:20 48:9 49:4 50:7
 50:20 51:11 59:7
 61:19 64:24 72:12
**marked**
14:2 23:23 25:8 26:12

28:20 31:18 33:11
 35:8 37:11 38:18 40:5
 40:25 42:16 43:8
 44:25 46:8,24 48:12
 49:8 50:10,23 51:14
 52:5 59:10 61:22 65:1
 72:17 76:20
**market**
26:22 34:2
**markets**
58:10
**marriage**
80:16
**master's**
15:24
**material**
14:18 15:5 74:18
**materials**
13:20 16:16,19 21:24
**matter**
3:2 80:17
**Maurice**
22:17,23 25:20,23 27:1
 59:20
**mean**
19:4 23:15 36:7 54:14
 61:6 71:9,20 73:10
**meaning**
14:10 36:6,8
**means**
63:15
**meant**
71:1
**medication**
13:14
**meet**
21:19
**meeting**
57:21 58:18 59:1
**member**
21:11
**members**
30:13
**memo**
16:20

**memory**
24:19
**mentioned**
25:20,24 68:25
**Merit**
3:6 80:8
**met**
19:18 53:7 54:19
**method**
18:13
**middle**
33:24
**MIDDLESEX**
78:3 80:3
**mind**
15:22 60:13,15
**mine**
18:2
**minute**
13:21 62:12
**minutes**
28:24
**MIT**
15:24
**money**
22:14,23 23:16 26:22
 27:11,12 32:18 34:2
 57:2,18 58:11,15,15
 58:23 66:6 74:10
**monthly**
55:24 56:1,2
**months**
70:20
**morning**
11:7 12:14
**move**
31:10 60:7
**mystery**
57:20

――――― **N** ―――――

**N**
4:1 5:1 6:1 11:2
**naive**
22:12

Picard v Palmedo                          Philip Palmedo 6/21/2017

Page 89

name
  11:9,17 12:14 15:11
  30:20,21,24,25 47:11
named
  16:1
names
  54:14
National
  15:25
NCRA
  1:24 3:6,7 80:7,8
NCRA/NJ/NY/CA
  1:23
NCRA/NY/CA
  3:5
need
  13:9 70:6
negative
  39:17 41:18,19 42:4
  45:15 48:3 50:2
never
  29:10
new
  1:2,14,14 3:6,9,9 4:7,7
  4:17,17 11:4,4,13,13
  11:16 12:9 15:16
  48:20 53:22 58:23
  78:1 80:2,4,5
nine
  37:8,13 76:13
North
  27:23 44:11,13
Notary
  77:22
notations
  63:24
note
  64:12
noted
  77:14
notes
  63:6
notice
  44:20
notifications

64:16
notifying
  14:11
noting
  64:8
November
  46:14 48:4,17 49:15
number
  11:17 14:4 15:9 23:25
  24:2 25:10,12 26:10
  26:14,24 28:9,16,21
  29:13,15 31:19,23
  33:9,13 35:6,10 37:8
  37:13 38:15,20 40:2,7
  41:5,6 42:13,18 43:10
  44:19 45:2 46:6,10
  47:1 48:10,14,22,24
  49:10 50:7,12,25
  51:11,16 59:7,12
  61:19,24 62:8,9,23,24
  63:2 65:3 72:19 76:12
numbered
  14:15
numbers
  43:5 46:21 49:5 50:20
Numeral
  14:24
NYACR
  1:23
NYRCR
  1:23
_____
              O
O
  11:2 12:8
oath
  10:11 12:6
object
  13:6,6
objections
  9:18 10:6 13:5 72:13
  72:16
objective
  60:16
obligation

12:25
obviously
  22:9
occupation
  15:18
October
  39:20 40:15 59:22
offhand
  76:8
office
  11:12 54:20,23
officer
  10:10,12
offices
  3:8
Oh
  25:20 28:15 36:9 52:8
  57:1 65:9 72:24
okay
  13:17 14:16 15:14,20
  16:6,10,12,15,21,24
  17:3,7,20,25 18:8,12
  18:18,21,24 19:20,24
  20:3,7,10,13,21 21:1
  21:6,16,19,22,24 22:3
  22:6,25 23:4,8,13,18
  24:7,9,17 25:3 26:6
  27:4,8,20,25 28:6
  29:5,12,18,23 30:2,8
  30:10,16,25 31:6,10
  31:14 32:1,11,15,23
  33:1,14,24 34:5,13,17
  34:23 35:2,11,21 36:1
  36:15,22 37:5,23 38:6
  38:11,21 39:1,10,19
  39:24 40:8,19,21,23
  41:19,24 42:5,10,24
  43:1,16,18,22 44:3
  45:13,16,19,23 46:3
  46:17 47:2,7,14,24
  48:7,15,25 49:2,24
  50:4,17 51:4,8,17
  52:2,9,12,18,21 53:11
  53:16,23 55:5,19 56:3
  56:7,16 57:16,24

58:12,24 59:3,16,21
  59:25 60:6,24 61:3,13
  61:15,25 62:5,11,22
  63:4,10,14,17,22 64:4
  64:7,18 65:10,25 66:8
  67:1,6,22 68:1,3 69:3
  69:10,15,20,25 70:18
  71:4,7,15,18,25 72:5
  72:20 73:7,15,20,22
  73:22,25 75:7,12,21
  75:25 76:3,5,11 77:4
  77:7,9
open
  25:25
opened
  32:19
operation
  22:8
opposed
  13:3 54:2
order
  6:11 13:19,22 14:2,7,8
  14:13 15:1,2
original
  9:20,20
originally
  24:25
ostensibly
  29:1,2 36:6,8
outcome
  80:17
overall
  22:8
owned
  30:12
Oysterman's
  27:23
_____
              P
P
  4:1,1 5:1,1 11:2 12:8,8
  12:8
p.m
  1:15 77:13,14
page

Picard v Palmedo                    Philip Palmedo 6/21/2017

6:9 7:2 8:2 9:2 14:21
14:24 43:23 47:19
52:4,6,8 65:6,8,9,25
66:8 67:4,5 68:2
72:22,23,24,24 73:1,2
73:23 75:16 76:12
78:6 79:1
**pages**
14:14
**paid**
57:2 74:12 76:6
**Palmedo**
1:13 2:14 3:1 4:10 6:3
6:14,17,20,23 7:6,9
7:12,15,21 8:7 9:7,10
9:13 11:15,18 12:4,14
14:6 15:8,13 23:23
24:2 25:8,13 26:10,12
28:10,16,16,19 29:4
31:21 33:9,11 35:6,8
37:8,11 38:15,18 39:8
40:25 41:5 43:13
44:19,25 46:13 51:11
51:14 59:7,10 61:19
61:22 77:12,16 80:10
**paper**
41:7 64:2
**paragraph**
14:13,17,22 24:10
25:16 26:17 33:25
59:18 60:7 65:6,7,10
66:1,10,12 67:3,4,5
68:2,4,17
**parentheses**
39:17 60:10 62:9,10
**Park**
4:6
**part**
66:14 67:10,11 75:20
**participated**
58:14
**parties**
10:2 11:20 80:15
**party**
14:11 74:1,6,12 76:13

**party's**
74:16,24 75:13
**pay**
57:18 68:7,13 74:4
75:22,23
**payable**
34:3
**payment**
74:22,24
**payments**
75:4
**people**
20:5 23:14
**percent**
60:15 63:12,13
**period**
17:24 76:15,17,22
**person**
14:20 17:15 19:20,22
**personal**
20:21 22:23 27:10
**Pg**
78:1
**Pgs**
78:1
**Ph.D**
1:13 3:2 6:3 12:8 15:24
77:16 80:10
**Philip**
1:13 2:14 3:1 4:10 6:3
11:18 15:13 29:4 39:7
77:12,16 80:10
**phone**
25:21,24 63:20 64:2
**physical**
54:21
**Picard**
2:9 4:21 11:14,25 15:8
**piece**
64:2
**Piper**
12:9 15:16
**place**
40:12
**plaintiff**

2:12 11:24
**Plaintiff-Applicant**
1:6
**Plaza**
3:9 4:16 11:13
**please**
11:6 12:20 13:3,10,21
15:11 26:18 32:7 34:3
45:10 66:1
**pleased**
60:8
**point**
37:21 67:17
**poorly**
68:23
**popular**
19:5
**portfolio**
35:22 38:24 41:8 45:11
51:21 62:4
**portion**
13:22
**portions**
15:4
**pose**
32:6
**possession**
35:18 56:4 75:2
**preceding**
74:9
**preparation**
16:16 70:21 73:11,13
**prepare**
16:7 69:15,18 72:3
**prepared**
68:21 69:22
**preparer**
71:23
**prepares**
71:19
**present**
5:4 11:19 12:22
**preserved**
10:7
**pretty**

53:18 60:9
**previous**
75:20
**primary**
29:13
**principal**
32:14,16
**principals**
22:14
**prior**
18:15 58:21
**Pro**
1:7 2:13
**probably**
27:19 29:19 53:20
63:16,25 64:5
**proceeding**
11:17 12:23 15:9 31:23
76:1
**proceedings**
14:9
**produced**
14:11
**profit**
67:13,18,20,25
**profits**
68:7,20
**proof**
65:14,19,23
**proper**
22:10
**properly**
66:14 67:10,12
**PROTECTION**
1:4
**protective**
6:11 13:19,22 14:2,7
**provide**
19:7 69:25 70:9,14
75:25
**provided**
15:1 35:19 53:19 56:6
57:3,4 64:22 65:17
68:16 70:2,2,10,12,17
74:8 75:8

**Public**
77:22
**purchased**
57:11
**pursued**
54:11
**put**
40:12

**Q**

**quantitative**
18:10
**quarter**
60:7 63:12
**quarterly**
56:2
**question**
10:7 12:19,21 13:8,11
13:12
**questions**
12:19 13:2,6,7 23:11
32:6 53:4 59:17
**quite**
70:8
**quote**
68:20,20
**quotes**
60:10

**R**

**R**
4:1 5:1 11:2 80:1
**range**
28:14
**rate**
76:5
**rates**
74:13,25 76:10
**rbeckerlegge@baker...**
4:20
**read**
13:22 14:12 25:15,18
26:15,17 30:4 31:13
32:7,11 33:24 34:19
34:20 36:1,17 38:8

39:1,14,14 40:16
41:13 42:2 43:20
45:21 47:22 48:22
49:19 52:9,15 62:22
65:10 66:1,12 67:6
68:2 73:2
**really**
30:3 66:18 72:8
**Realtime**
1:23,24 3:4,6,7 80:6,7
80:7
**reason**
29:5 54:15 76:23 78:8
78:10,12,14,16,18,20
78:22,24 79:3,5,7,9
79:11,13,15,17,19,21
79:23
**reasons**
74:2 78:5
**recall**
22:2 55:23 56:1 57:21
60:13 68:16
**receipt**
26:20 33:22
**receive**
21:24 31:2 57:8
**received**
14:2 23:23 25:8 26:12
27:11 28:2,19 31:18
33:11 35:8 37:11
38:18 40:5,25 42:16
43:8 44:25 46:8,24
48:12 49:8 50:10,23
51:14 52:19 55:24
56:14 59:10 61:22
65:1 72:17 74:10
**recognize**
24:7 33:18 35:16,19
59:14
**recollection**
24:14 25:2 26:4 27:5
55:11
**recommended**
21:8
**reconcile**

61:9
**record**
11:8 13:23 15:12 24:2
25:19 29:3 77:13
80:13
**records**
23:2 53:19 70:13 75:3
**recoupment**
68:5,19
**recover**
66:3
**redeem**
40:17 42:22 46:15
48:18 50:14
**Reeves**
69:14,14
**refer**
17:12,14 52:2
**reference**
71:1 75:13 76:19
**refers**
75:19
**reflect**
56:22
**reflected**
34:14,15 41:20 43:19
47:20 62:20 75:1
76:14
**reflecting**
34:6
**reflection**
45:16
**reflective**
51:24
**reflects**
36:11 63:23,25
**refresh**
24:13
**regarding**
53:17 63:24 64:11
**Registered**
3:6 80:8
**related**
80:14
**relating**

15:4
**relationship**
19:17 53:11
**relative**
18:3
**remember**
18:8 27:18,25 32:18
34:23,25 39:19,22
42:5,8 53:16 54:22
56:7,8 64:8 73:17
**Renaissance**
20:9
**rephrase**
12:21
**report**
35:23 36:10,11,16
38:25 45:11 51:21
60:8 62:4
**reported**
1:22 68:8,9 74:4,14
75:1
**reporter**
1:23 3:3,6,6,7 11:21
12:5 13:1 14:4 23:21
23:25 25:5,10,22 26:9
26:14 28:11,21 31:16
31:19 33:5,13 35:5,10
37:7,13 38:14,20 40:1
40:7 41:4,6 42:12,18
43:4,10 44:18,23 45:2
46:5,10,20 47:1 48:9
48:14 49:4,10 50:6,12
50:20,25 51:10,16
53:1 59:6,12 61:18,24
64:23 65:3 72:12,19
80:5,6,7,7,8
**Reporter-NJ**
3:4
**Reporting**
9:20 11:11
**reports**
41:8
**represent**
11:21
**representation**

29:24
**representing**
11:24
**request**
23:16 40:17 64:15
**required**
68:7,13
**Research**
16:3
**Resources**
16:2
**respective**
10:2
**respond**
13:3
**responding**
74:1,5,11,16,23 75:13
76:13
**response**
73:25 74:7,11,22 75:12
75:14 76:12
**responses**
9:17 13:2 72:13,15
73:16,21 74:9
**retained**
69:11 71:7,10,15
**retired**
15:19
**return**
60:15 63:16,25
**returned**
9:20
**returns**
58:1 63:23 70:1,9,15
75:6,7,8 76:8
**Revenue**
68:10
**review**
16:15,18
**reviewed**
53:19
**reviewing**
73:14
**Reviews**
25:14 33:17

**Rich**
1:22 3:2 11:21 80:4,21
**rid**
70:8
**right**
24:6,12 25:1,17,24
27:7 28:15 29:13,20
30:1,9 32:25 37:17
38:24 39:16 41:17
44:11 45:6,18 49:18
54:16 55:1,8 57:5
58:10,21 60:5 62:18
63:7 65:9,20 67:16,24
68:25 72:6 75:9,11
76:16
**RMR**
1:23
**Robert**
5:5 11:9 12:1
**Robertson**
4:15 12:16
**Rockefeller**
3:9 4:16 11:13
**Roman**
14:24
**roughly**
17:24
**rule**
14:23 15:3

——————————
S
——————————
**S**
4:1 5:1 6:8 7:1 8:1 9:1
11:2
**Saint**
15:16
**save**
41:7 70:6
**saw**
56:18
**says**
30:5 36:2 37:2 44:7
45:14 60:6 63:3,11,12
76:13
**scan**

24:9
**sealing**
10:3
**SEC**
40:13
**second**
33:25 43:23
**section**
67:18
**sections**
14:12
**securities**
1:4,9 2:11,15 4:23
17:13 26:19 34:4
37:18,25 40:9 42:22
46:15 48:17 50:14
53:4,24 56:9 64:10,11
66:4
**see**
32:3 35:19 47:11 58:3
**seeks**
66:3
**seen**
29:10 73:7,9,10
**segregated**
67:24
**select**
14:12
**send**
64:14
**sent**
16:20 37:22 64:10,11
**sentence**
14:17
**separate**
53:25 54:7
**September**
51:22 56:18
**sequence**
27:21
**series**
12:18
**Service**
68:10
**session**

76:4
**set**
9:19 68:18 72:14,16
80:11,18
**setoff**
68:5
**seven**
33:7,8,13 34:14 72:22
72:23,24 73:2 75:16
**shaking**
13:4
**share**
30:12,14
**sheet**
62:15
**short**
74:13
**short-term**
74:4,13
**shoulders**
13:4
**showed**
57:9 61:1
**showing**
51:22,23
**shown**
14:19
**shrugging**
13:4
**side**
51:5
**sign**
48:25
**signature**
38:3 40:21 49:21
**signed**
10:9,11 14:7 26:25
27:1 40:19,20 42:24
46:16 50:15 59:19
72:23,24 73:10
**signing**
13:18 73:14
**Simons**
19:23,24 20:7,14,22
21:2,3 54:3 61:1

Picard v Palmedo                           Philip Palmedo  6/21/2017

Page 93

| | | | |
|---|---|---|---|
| **Sini** | 5:5 | **steered** | 11:22 |
| 69:13,14 | **specifically** | 54:1 | **sworn** |
| **SIPA** | 14:13 27:25 | **stenotype** | 10:9,12 12:10 77:18 |
| 1:9 4:22 | **spoke** | 1:22 | 80:12 |
| **sir** | 20:6 | **steps** | **Systems** |
| 15:15 33:16 36:24 | **spoken** | 16:7 73:15 | 1:24 3:8 |
| 37:16 39:12 45:4 | 60:20 | **Steven** | |
| 49:14 | **ss** | 71:25 | **T** |
| **six** | 78:2 80:2 | **Stick** | **T** |
| 31:16,19 32:11 34:15 | **St** | 54:24 | 6:8 7:1 8:1 9:1 80:1,1 |
| 34:15,18 36:18 38:9 | 12:9 | **STIPULATED** | **take** |
| 41:22 42:1 43:20 | **stamp** | 10:1,5,8 | 13:12 16:7 24:4 28:23 |
| 45:25 47:19 48:1 | 6:13,16,19 7:5,8,11,14 | **stocks** | 29:12 31:3 33:16 |
| 49:25 52:15 62:12,14 | 7:17,20,23 8:3,6,9,12 | 57:10 | 35:13 37:15 38:23 |
| 65:16 66:24 76:12,20 | 8:15,21 9:6,9,12 | **Stony** | 43:22 44:6 55:3 61:7 |
| 77:5,6 | 23:23 25:8 26:12 | 21:9,10 | 73:15 |
| **skip** | 33:11 35:8 37:11 | **strategies** | **taken** |
| 47:25 | 38:18 40:5,25 42:16 | 18:15 26:1 | 3:2,8 10:13 16:22 |
| **small** | 43:8 44:6,25 46:8,24 | **strategy** | 65:14 74:3 |
| 14:22 52:5 | 48:12 50:10 51:14 | 18:19 54:12 | **talked** |
| **sold** | 59:10 61:22 | **stuff** | 16:9 53:21 |
| 57:11 | **stamps** | 61:12 70:8 | **talking** |
| **somebody** | 6:22 8:18 9:3 28:19 | **subparagraph** | 17:10,11,12 73:17 |
| 61:7 | 49:8 50:23 | 14:24 75:18 | **Tammy** |
| **Sonny** | **Stand** | **Subscribed** | 71:22 |
| 19:2,3 20:5 | 11:6 | 77:18 | **target** |
| **sorry** | **start** | **substantive** | 60:9,9,12 |
| 19:1 21:14 23:19 33:8 | 16:1 68:20 | 23:17 | **tax** |
| 47:17 60:10 71:20 | **started** | **Substantively** | 57:14 70:1,8,15 71:23 |
| 73:22 | 28:3 | 4:22 | 74:25 75:6,6,7 76:5,8 |
| **sort** | **state** | **suit** | **taxes** |
| 57:20 | 15:11 66:3 68:10 74:10 | 17:1 | 68:7,13 69:16,18,22 |
| **sound** | 74:12,20 78:1 80:2 | **summarize** | 71:20 72:3 74:4,12,23 |
| 18:6 | **statement** | 60:1 | 74:24 75:23,23 76:6 |
| **Southern** | 29:8,24 52:4 56:9,20 | **summary** | **taxing** |
| 1:2 11:16 | 62:3 77:3 | 28:25 | 68:11 |
| **space** | **statements** | **support** | **technician** |
| 54:21 70:7 | 55:21,24 56:4,5,6,8,11 | 74:6,16 | 11:10 |
| **speak** | 56:12,13,17,22 57:3,6 | **sure** | **techniques** |
| 16:13 20:3 24:14,15 | 57:8,13 58:4 73:18 | 21:13,22,23 28:3 54:25 | 22:15 |
| **speaking** | 75:2 | **surprised** | **Technologies** |
| 17:14,16,18 | **States** | 35:1 | 20:9 |
| **special** | 1:1 11:15 | **surrounding** | **tell** |
| 27:14 | **stay** | 55:10 | 12:25 16:24 28:24 |
| **Specialist** | 66:19 | **swear** | 33:20 35:21 42:20 |

Picard v Palmedo                           Philip Palmedo 6/21/2017

43:12 45:4 46:12 47:4
51:19 62:2,7 63:10,14
66:5 68:12 70:5
**term**
17:16,17 18:22
**terms**
17:8
**terrible**
68:17
**testified**
12:11 24:24 32:23 53:7
**testify**
13:14
**testifying**
12:24
**testimony**
14:9 17:4 74:24 75:13
75:14 76:1 80:13
**Thank**
16:6 34:17 36:22 38:11
39:10 40:23 41:24
45:23 47:24 50:17
52:21 64:7
**thing**
13:10 42:2 75:20
**things**
45:6 64:1 68:8 70:6
**think**
17:23 21:21 23:2,6
24:8,16,17 29:11
30:17 53:18 54:24
56:15 57:12,12 58:20
64:5,17
**Third**
54:23
**thought**
54:17
**thousand**
26:21
**three**
25:6,10 33:2 34:6,14
72:6
**time**
10:7 11:9,19 12:19
13:9 19:18 20:2,11

23:5 32:19 37:22 53:8
54:15 60:21 76:17
77:12,14
**times**
53:16
**today**
11:8 12:16 13:15 16:8
26:22 70:19
**told**
18:2
**top**
29:13 45:9,10 56:9
**track**
61:8
**trading**
25:25 26:24 40:18
46:16 48:18 50:15
55:3 58:6,13 62:3
**trans**
32:9 62:17
**transaction**
32:10
**transactions**
32:3
**transcript**
9:20 15:4
**transfer**
17:17 32:9,14 55:13
63:3 74:2
**transferred**
26:23 55:6
**transfers**
67:12,14,15 74:11
76:24,25
**treated**
14:9
**trial**
10:7
**true**
22:13 80:13
**trustee**
2:9 4:21 11:25 12:2
65:11,13,19 66:2,17
69:25 76:16
**trustee's**

7:3 9:15,18 31:17,21
31:24 32:15 64:21,25
67:9,11 72:14,16 75:2
**trustees**
66:13 67:7
**truth**
12:25
**try**
61:8
**trying**
41:7 61:12 73:18
**turn**
44:8,10 65:25 70:14
**two**
16:25 23:21,25 41:8
45:5 54:7 73:21,23

---
**U**
---
**unable**
74:2
**Undergraduate**
15:23
**understand**
12:20 15:7 54:1 73:18
**understanding**
22:22 54:6,9,10
**Unfortunately**
14:14
**United**
1:1 11:15
**upside**
44:7
**upstanding**
22:10
**use**
17:15,17 30:19 31:2,3

---
**V**
---
**v**
15:8
**various**
54:14
**vehicle**
18:7,9
**verify**

61:8
**versus**
11:15
**video**
5:5 11:10
**VIDEOGRAPHER**
11:6 77:11
**VIDEOTAPED**
1:13 3:1
**visit**
18:20 19:19 21:25 22:3
60:22
**visited**
20:4 21:7 53:8 60:21
**volume**
58:13

---
**W**
---
**waived**
10:4
**want**
26:15 32:2,2 39:13
45:9 52:24 53:3 59:16
63:5
**wasn't**
20:11
**way**
14:19 55:14,15 68:17
80:16
**we'll**
29:20 64:19 72:6
**we're**
52:22,25 66:19 72:7
77:13
**we've**
31:12
**Wednesday**
1:14 3:10 11:8
**Wellman**
71:22
**went**
18:20 19:19 57:14 58:3
**weren't**
57:22 66:23 67:23,24
**WHEREOF**

Picard v Palmedo                    Philip Palmedo 6/21/2017

Page 95

80:18
**wife**
30:13,15 44:15
**Williams**
15:23
**wired**
48:19
**wish**
78:4
**withdraw**
27:12 66:6
**withdrawal**
39:18,20 41:22 42:4,6
  43:19 45:21 46:2
  47:22 48:3 50:3 51:23
  52:13
**withdrawals**
17:19 23:16 31:2,8,25
  36:12 41:14,15 45:14
  56:24 64:15 65:13,16
  65:18,19,24 66:2
  67:13,18,19,20 74:3
  76:14,21,25
**withdrawing**
53:22 58:23
**withdrew**
45:17
**witness**
6:2 11:18,22 12:4,6
  14:22 80:11,13,18
**witnesses**
14:25
**woman**
71:20
**wondering**
19:17
**work**
71:10
**worked**
15:24
**worse**
24:23
**write**
61:14 63:20 64:1
**writer**

16:5
**written**
68:23
**wrote**
29:22

---
**X**

**x**
1:3,12 2:1,8,17 6:1,8
  7:1 8:1 9:1

---
**Y**

**yeah**
20:16 29:14,22 30:9,22
  33:19 42:3 43:24 44:2
  52:11 53:5 55:2,2
  57:1 58:20 66:11 72:9
  73:1,5,24 75:6,17
  76:9 77:10
**year**
16:25 36:13 39:5 45:17
  51:25 57:13 58:2
  63:13 68:6,13 74:25
  75:23,24 76:6
**year-end**
57:3
**yearly**
56:16
**years**
16:4 17:1 24:20 27:22
  28:7 55:12 69:23 70:7
  70:13
**yellow**
52:10
**York**
1:2,14,14 3:7,9,9 4:7,7
  4:17,17 11:4,4,13,13
  11:16 12:9 15:16
  48:20

---
**Z**

---
**0**

**06**
50:21

**08-01789(SMB)**
1:8 11:17

---
**1**

**1**
6:10 14:3 26:23 30:5
  44:7
**1/4/1993**
32:8
**1:10**
1:15 77:12,14
**10**
7:14 14:13,18 38:15,19
  38:20 60:15 69:23
  70:7
**10-04749(smb)**
2:14
**10/21/1998**
39:12 41:22
**10/21/98**
39:16
**100,000**
23:6 24:25 26:2 27:6
  32:24
**100,000-dollar**
34:7
**10022**
4:7
**1004749**
15:9 31:23
**10111**
3:10 4:17
**1099**
68:8
**11**
7:17 40:2,6,7 41:21
  76:15,16
**11/21/2003**
48:1
**11/30/2001**
46:1 47:6,22
**11:43**
1:15 3:11 11:3,9
**11780**
12:9 15:17

**12**
6:4 7:20 40:15 41:1,5,6
  41:21
**12/20/1995**
37:2 38:8
**12/20/95**
37:3
**12/31/2000**
45:12
**12/31/93**
35:23
**12/31/95**
38:25
**12/31/98**
41:9
**12A**
73:22 74:17
**13**
7:23 42:13,17,18 50:14
**14**
6:10 7:12 8:3 37:9,11
  43:5,9,10
**14th**
11:13
**15**
8:6 9:13 44:18 45:1,2
  48:17 61:20,22,24
**150**
34:11,12
**150,000**
32:12 34:9,10
**16**
7:6 8:9 33:9,11 37:20
  46:6,9,10 47:15,21
  68:4
**17**
8:12 9:10 46:21,25
  47:1,15,15,21 59:8,10
**18**
6:14 8:15 23:23 24:2
  47:15,15 48:10,13,14
**19**
8:18 17:23 26:24 27:3
  49:5,9,10 62:9 68:2
**192,271**

32:10
**198**
80:23
**1990**
17:24
**1991**
23:8 32:19 33:23 34:8
  60:8 69:22
**1992**
34:2,8
**1993**
32:4,17,20 36:13 39:5
  55:5 62:4,17
**1998**
39:20
**1C0019**
62:10 63:2
**1C001930**
32:10 63:3
**1CM142**
55:7

**—— 2 ——**

**2**
6:13 23:24 34:2
**20**
6:20 8:21 24:20 26:10
  26:12 28:7 50:7,11,12
  55:12 63:13 65:6,6,7
  65:8,9,10
**2000**
42:7,23 45:17
**2001**
46:1,15
**2003**
48:4,17 49:15
**2004**
14:23 15:3
**2006**
76:15,22 77:1
**2008**
23:9 30:3,5,6,7 50:14
  51:2,22,25 52:14
  76:16,22
**2016**

73:6,8
**2017**
1:14 3:10 11:8 77:19
  80:19
**206468**
1:24
**21**
1:14 3:10 9:3 11:8
  24:20 48:4 49:15
  50:20,24,25 67:2,3,4
  67:5
**212**
4:18,18
**22**
6:17 9:6 25:8,13 51:2
  51:11,15,16 52:14
  65:25
**23**
6:13 9:7,9 51:12,14
  59:7,11,12,22 66:8,9
**24**
9:12 42:22 61:19,23
  62:20,24 63:6
**25**
6:16 9:15 46:14 64:24
  65:1,3
**25,000**
34:21,22,24 36:3,15,20
**250**
34:10
**250,000**
48:2,18 49:12
**26**
6:19 9:17 72:12,18,19
**26th**
80:19
**27**
42:6 52:11 67:4,5,7
**28**
6:22 8:7 44:19,25 73:6
  73:8
**29**
7:21 40:25 41:5

**—— 3 ——**

**3**
6:16 25:9
**30**
6:23 28:10,16,19 30:5
  51:22
**30XI00184700**
3:4 80:22
**30XR00016800**
3:5 80:22
**31**
7:3 62:6
**32**
7:15 38:16,18
**33**
7:5
**34**
7:9 8:13 35:6,8 46:22
  46:24
**35**
7:8
**37**
6:23 7:11 28:17,19
  66:1
**38**
7:14

**—— 4 ——**

**4**
6:19 12:9 26:13 32:20
  62:17
**4/1/1993**
34:20,21
**4/27/2000**
42:1,3 43:15,20 45:21
**40**
7:17
**41**
7:20
**42**
7:23
**43**
8:3
**45**
3:9 4:16 8:6 11:12
**46**

8:9 66:10
**465**
4:6
**47**
8:12
**48**
8:15
**49**
8:18

**—— 5 ——**

**5**
6:22 15:16 28:20
**5/22/2008**
50:1,2 52:16
**50**
8:21 9:3
**50,000**
33:23 34:13 37:3,4,22
  38:1 39:3 42:3,4,22
  43:15 45:14 46:1,2,16
  47:6,14
**50,000-dollar**
38:6,7 43:18 45:19,20
  47:18,20,21
**51**
9:6
**574**
8:19 49:8
**589.4201**
4:18
**59**
9:9

**—— 6 ——**

**6**
7:3 31:18
**60,000**
39:16,17,18 40:18
  41:15,16,20
**60,000-dollar**
41:21
**600,000**
50:2,3,15 51:2,23
  52:11,19

Picard v Palmedo                    Philip Palmedo 6/21/2017

| | 27:3 | | |
|---|---|---|---|

**600,000-dollar**
 52:13
**606**
 9:4 50:23
**61**
 9:12 43:6
**65**
 9:15
**661**
 8:4 43:8
**6904929954**
 48:24

**7**

**7**
 7:5 33:12 63:12
**72**
 9:17
**74**
 49:6
**759-1114**
 4:8

**8**

**8**
 7:8 35:9
**847.2815**
 4:18
**888**
 4:8

**9**

**9**
 7:11 33:23 37:12
**9/30**
 56:20
**91**
 17:24 23:3 26:23 59:22
**92**
 24:19 62:6
**95**
 37:20
**98**
 40:15
**991**