# EXHIBIT 5
# (EXCERPT)

**JPMC 509 Account Activity Summary**
**December 1, 1998 - December 31, 2008**

| | Source / Recipient | # | Amount | | |
|---|---|---|---|---|---|
| **Beginning Balance (12/1/1998)** | | | | $ | - |
| ***JPMC '703 Account Funding Transfers*** | | | | | |
| Account Funding Transfers [1] | Transfers from JPMC '703 Account | 2,506 | 6,946,586,996 | | |
| | Adjustments to JPMC '703 Funding Amounts | 8 | (2,682,038) | | |
| | **Subtotal: Account Funding Transactions** | **2,514** | **6,943,904,958** | | |
| Estimated Account Funding Transfers [2] | Estimated Transfers from JPMC '703 Account - Oct. 1999 | **20** | **44,423,223** | | |
| **Total Incoming Transfers** | | | | **$** | **6,988,328,181** |
| ***Outgoing Check Payments*** | | | | | |
| Outgoing Checks | Reconciled Customer Checks [3] | 92,577 | (6,882,498,434) | | |
| | Less: Cancelled Reconciled Customer Checks [4] | (195) | 13,625,256 | | |
| | Unreconciled Customer Checks - check copy unavailable [5] | 2,215 | (84,030,452) | | |
| | Non-BLMIS Customer Checks | 100 | (30,931,198) | | |
| | Unidentified Outgoing Checks | | (1,228,225) | | |
| | **Subtotal: Outgoing Checks** | **94,697** | **(6,985,063,053)** | | |
| **Total Outgoing Check Payments** | | | | **$** | **(6,985,063,053)** |
| **Total Activity: December 1, 1998 - December 31, 2008** | | **$** | **3,265,128** | | |
| **Ending Balance (12/31/2008)** | | | | **$** | **3,265,128** |

**Notes**

[1] Account funding transfers (and related adjustments) were reconciled to both the JPMC 509 Account and the JPMC 703 Account activity.

[2] Account funding activity for October 1999 was estimated based on the JPMC 703 Account activity, as the October 1999 statement for the JPMC 509 account could not be located.

[3] Amount represents BLMIS customer "CHECK" withdrawal transactions per the BLMIS customer statements that were reconciled to available images of cancelled checks. Descriptions on the BLMIS customer statements for these transactions include variations such as "CHECK DISTRIBUTION". The reconciliation of customer checks was based on a review of available cancelled checks.

[4] Amount represents the Reconciled Customer Check transactions that were subsequently cancelled per the BLMIS customer statements.

[5] Amount represents customer "CHECK" withdrawal transactions per the BLMIS customer statements that could not be reconciled to a cancelled check because the cancelled check was not available. Descriptions on the BLMIS customer statements for these transactions include variations such as "CHECK DISTRIBUTION".

**JPMC 509 Account Activity Detail**
**December 1, 1998 - December 31, 2008**

| JPMC 509 ID | Date | Amount | Category (FTI) | Source / Recipient (FTI) | Description | JPMC 703 ID | Period Begin | Period End | '509 Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/1998 | 455,439.39 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 27 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 2 | 12/1/1998 | (455,439.39) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 3 | 12/2/1998 | 2,388,782.01 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 45 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 4 | 12/2/1998 | (2,388,782.01) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 5 | 12/3/1998 | 1,081,603.64 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 56 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 6 | 12/3/1998 | (1,081,603.64) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 7 | 12/4/1998 | 1,921,788.34 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 74 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 8 | 12/4/1998 | (1,921,788.34) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 9 | 12/7/1998 | 1,861,489.33 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 95 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 10 | 12/7/1998 | (1,861,489.33) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 11 | 12/8/1998 | 2,403,962.73 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 110 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 12 | 12/8/1998 | (2,403,962.73) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 13 | 12/9/1998 | 116,495.00 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 123 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 14 | 12/9/1998 | (116,495.00) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 15 | 12/10/1998 | 824,038.00 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 136 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 16 | 12/10/1998 | (824,038.00) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 17 | 12/11/1998 | 191,000.00 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 146 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 18 | 12/11/1998 | (191,000.00) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 19 | 12/14/1998 | 1,819,857.93 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 163 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 20 | 12/14/1998 | (1,819,857.93) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 21 | 12/15/1998 | 5,564,901.30 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 179 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 22 | 12/15/1998 | (5,564,901.30) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 23 | 12/16/1998 | 1,779,999.41 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 189 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 24 | 12/16/1998 | (1,779,999.41) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 25 | 12/17/1998 | 1,241,072.88 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 201 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 26 | 12/17/1998 | (1,241,072.88) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 27 | 12/18/1998 | 1,166,387.48 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 210 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 28 | 12/18/1998 | (1,166,387.48) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 29 | 12/21/1998 | 1,776,725.08 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 228 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 30 | 12/21/1998 | (1,776,725.08) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 31 | 12/22/1998 | 1,873,529.60 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 244 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 32 | 12/22/1998 | (1,873,529.60) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 33 | 12/23/1998 | 1,655,000.00 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 256 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 34 | 12/23/1998 | (1,655,000.00) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 35 | 12/24/1998 | 425,012.39 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 268 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 36 | 12/24/1998 | (425,012.39) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 37 | 12/28/1998 | 2,807,509.94 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 281 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 38 | 12/28/1998 | (2,807,509.94) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 39 | 12/29/1998 | 4,794,650.85 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 301 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 40 | 12/29/1998 | (4,794,650.85) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 41 | 12/30/1998 | 2,197,983.39 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 313 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 42 | 12/30/1998 | (2,197,983.39) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 43 | 12/31/1998 | 1,046,000.00 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 329 | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 44 | 12/31/1998 | (1,046,000.00) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 12/1/1998 | 12/31/1998 | MADWAA00378495-98 |
| 45 | 1/4/1999 | 3,463,459.60 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 377 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 46 | 1/4/1999 | (3,463,459.60) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 47 | 1/5/1999 | 3,648,694.50 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 407 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 48 | 1/5/1999 | (3,658,994.50) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 49 | 1/6/1999 | 2,945,068.28 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 432 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 50 | 1/6/1999 | (3,085,488.28) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 51 | 1/7/1999 | 70,000.00 | Outgoing Checks | Adjustments to Outgoing Checks | 0000088053 120798 LA INVALID AMOUNT | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 52 | 1/7/1999 | 71,000.00 | Outgoing Checks | Adjustments to Outgoing Checks | 0000088054 120798 LA INVALID AMOUNT | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 53 | 1/7/1999 | 5,814,138.75 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 456 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 54 | 1/7/1999 | (700,000.00) | Outgoing Checks | Adjustments to Outgoing Checks | 0000088053 120798 SB CORRECT AMOUNT | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 55 | 1/7/1999 | (710,000.00) | Outgoing Checks | Adjustments to Outgoing Checks | 0000088054 120798 SB CORRECT AMOUNT | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 56 | 1/7/1999 | (5,663,418.75) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 57 | 1/8/1999 | 6,028,592.77 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 484 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 58 | 1/8/1999 | (4,734,592.77) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 59 | 1/11/1999 | 3,637,031.35 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 510 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 60 | 1/11/1999 | (3,662,031.35) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 61 | 1/12/1999 | 3,165,405.74 | JPMC '703 Funding Transfers | Transfers from JPMC '703 Account | CDS FUNDING | 533 | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |
| 62 | 1/12/1999 | (3,165,405.74) | Outgoing Checks | Outgoing Checks | LIST POST AA01 | | 1/1/1999 | 1/29/1999 | MADWAA00377059-62 |