# EXHIBIT 7

CHASE

| CKS OUT | WIRE | TRANS | My DEPOSIT | BALANCE | DA BALANCE |
|---|---|---|---|---|---|