# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
- 65 cks out
+ 20 Wire In - Westwood
+ 200    "    " - Primeo CLB
+ 500    "    " - N Sachs
+ 1100   "    " - Schupak
+ 2000   "    " - Yesod
+ 3000   "    " - BPI Multi Advisors
+ 1762 My Deposit 200H CM 500H EHM 278H ARB 784H AB
- 14200 Tony Out
- 27300 Wire Out - Bankers
- 32800   "    " - Bk of NY
- 10000   "    " - Credit Lyons
+ 15000 W.L. Deposit
+22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1

MADTSS00244687



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322 Bal 3-28
- 15 823 Cks out *
-    369 at out - Monroe
-    175 Wire Out - Marden
-    650    "    "  - Cigna
-   1000    "    "  - Tremont
-   1000    "    "  - Stan (Brighton)
-   9000 Tony Out
+ 27300 Wire In - Chem
_____
- 16 039

* 15823400 - Hand Del N.C. prof
Drawing  15798466 - 4-1 N.C.
   "      80 mil   4-1 Picower
Wiring Out  545 M   4-5 Picower
          1.7 mil   4-1 Marden
          150 M    4-1 Marden
          100 M    4-1 Mald/Auld
          2 mil    4-1 Hadassah
          50 M     4-2 Marden
          250 M    4-2 Goodman
          1.875 M  4-3 Greenwich
          1 mil    4-4 Lagoon

MADTSS00244688