# EXHIBIT 2

**Documents Considered**  **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | MF00386468 | MF00386469 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | MF00436490 | MF00436491 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | PALMEDO 000001 | PALMEDO 000034 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | PALMEDO-ALBANESE 000001 | PALMEDO-ALBANESE 000080 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | SBCSAB0001379 | SBCSAB0001397 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | SBCSAB0001719 | |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | SBCSAB0003494 | SBCSAB0003513 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | SBCSAB0009768 | SBCSAB0009775 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | SBCSAB0017102 | SBCSAB0017121 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | SBCSAB0020409 | SBCSAB0020424 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | SBCSAB0020473 | |
| 10-04749_PAPCAA0000001 | 10-04749_PAPCAA0000180 | SBCSAB0020996 | |
| AMF00245371 | AMF00245398 | SBCSAB0021157 | |
| CapitalOne_Palmedo_0000001 | CapitalOne_Palmedo_0000529 | SBCSAB0021158 | |
| JPM-PALMEDO00000001 | JPM-PALMEDO00000188 | SBCSAB0021333 | SBCSAB0021350 |
| JPMSAF0000081 | JPMSAF0000081 | SBCSAB0021402 | |
| JPMSAF0067410 | JPMSAF0067410 | SBCSAB0022258 | SBCSAB0022275 |
| MADWAA00048660 | MADWAA00048661 | SBCSAB0022354 | |
| MADWAA00073133 | MADWAA00073134 | SBCSAB0023353 | |
| MADWAA00222573 | MADWAA00222574 | SBCSAB0023827 | |
| MADWAA00293605 | MADWAA00293606 | SBCSAB0024124 | |
| MDPTPP00815367 | MDPTPP00815371 | SBCSAB0024714 | |
| MDPTPP00815577 | MDPTPP00815581 | SBCSAB0025009 | SBCSAB0025022 |
| MDPTPP00815680 | MDPTPP00815682 | SBCSAB0025477 | |
| MDPTPP00815790 | MDPTPP00815794 | SBCSAB0025769 | SBCSAB0025783 |
| MDPTPP00815938 | MDPTPP00815941 | SBCSAC0021379 | SBCSAC0021387 |
| MDPTPP00816242 | MDPTPP00816246 | | |

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee [Omnibus]
Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]
Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]
Initial Disclosures [of defendant Philip F. Palmedo]
Plaintiff's Initial Disclosures
Plaintiff's Amended Initial Disclosures
Responses and Objections of Defendant Philip F. Palmedo to Trustee's First Set of Interrogatories
Responses and Objections of Philip F. Palmedo to Trustee's First Set of Requests for Production of Documents
Declaration of Steven Albanese CPA
Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017
Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017
Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019
Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019
Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019
Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019
Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019
Transcript of and Exhibits to Deposition of Philip Palmedo for Adv. No. 10-04749 (SMB), dated June 21, 2017