# EXHIBIT 3

**List of All Cash Transactions in the Palmedo Account**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer File [4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 546087 | 1CM142 | PHILIP F PALMEDO | 4/1/1993 | 25,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 34328 | 1CM142 | PHILIP F PALMEDO | 12/20/1995 | 50,000 | CA | CHECK | n/a | Yes | Yes | AMF00245389 | PALMEDO 000014 |
| 298524 | 1CM142 | PHILIP F PALMEDO | 10/21/1998 | (60,000) | CW | CHECK | n/a | Yes | n/a | AMF00245388 | n/a |
| 278003 | 1CM142 | PHILIP F PALMEDO | 4/27/2000 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00245387 | SBCSAB0024124[5] |
| 214804 | 1CM142 | PHILIP F PALMEDO | 11/30/2001 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00245386 | SBCSAB0024714[5] PALMEDO 000011 |
| 16862 | 1CM142 | PHILIP F PALMEDO | 11/21/2003 | (250,000) | CW | CHECK | Yes | Yes | Yes | AMF00245385 | SBCSAB0020473[5] PALMEDO 000008 |
| 166610 | 1CM142 | PHILIP F PALMEDO | 5/22/2008 | (600,000) | CW | CHECK | Yes | Yes | Yes | AMF00245375 | PALMEDO 000001 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The *"n/a"* designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced documents are electronic spreadsheets containing several tabs. The tabs that I used in my reconciliation analysis are titled "Sheet7" or "Reconcil."