# EXHIBIT 4

**PHILIP F. PALMEDO**
4 Piper Lane
St. James, NY 11780-1122
631-751-2474
ppalmedo@cs.com

May 13, 2008

ATT: JOD 1

Cohmad Securities
885 Third Ave.
New York, NY 10022

RE: Account No. 1-CM142-3

Dear Cohmad,

I would like to redeem $600,000 from my C&M trading account at the next redemption date. Please send a check for that amount to me at the above address.

I would appreciate being informed, by phone or email, when you expect the transfer to be made.

Thank you.

Sincerely yours,

Philip F. Palmedo

H:mydocs\corr08\cohnmad.ltr

5/22/9

AMF00245375