# EXHIBIT 5

# EXHIBIT 5

## Results of Tracing Analysis - Palmedo Account *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder | Total Amount Traced per Available Bank Records |
|---|---|---|---:|
| JPMorgan Chase Bank, N.A. | xxxxxx9954 | Philip F Palmedo | 600,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 600,000** |

| | |
|---:|---:|
| *% of Total Cash Withdrawals from the Palmedo Account in the Two Year Period* | *100%* |
| **Total Cash Withdrawals from the Palmedo Account in the Two Year Period** | **$ 600,000** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.