# EXHIBIT 6

**EXHIBIT 6**

**Reconciliation and Tracing Results - Palmedo Account**

| | | | | | | | | | | BLMIS Bank Account Data | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) |
| 546087 | 1CM142 | PHILIP F PALMEDO | 4/1/1993 | 25,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | |
| 34328 | 1CM142 | PHILIP F PALMEDO | 12/20/1995 | 50,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | |
| 298524 | 1CM142 | PHILIP F PALMEDO | 10/21/1998 | (60,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | |
| 278003 | 1CM142 | PHILIP F PALMEDO | 4/27/2000 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 108048 | MADWAA00048660-61 |
| 214804 | 1CM142 | PHILIP F PALMEDO | 11/30/2001 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 130328 | JPMSAF0000081 MADWAA00073133-34 |
| 16862 | 1CM142 | PHILIP F PALMEDO | 11/21/2003 | (250,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 149185 | MADWAA00222573-74 |
| 166610 | 1CM142 | PHILIP F PALMEDO | 5/22/2008 | (600,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 196581 | JPMSAF0067410 MADWAA00293605-06 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5,** respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

**Reconciliation and Tracing Results - Palmedo Account**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder[3] | Bank Transaction Date | Bank Amount | Bank Account Number | Bank Account Holder | Bank Records Bates Reference(s) |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendant's Bank Records* | | | | |
| 546087 | 1CM142 | PHILIP F PALMEDO | 4/1/1993 | 25,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 34328 | 1CM142 | PHILIP F PALMEDO | 12/20/1995 | 50,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | |
| 298524 | 1CM142 | PHILIP F PALMEDO | 10/21/1998 | (60,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 278003 | 1CM142 | PHILIP F PALMEDO | 4/27/2000 | (50,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 214804 | 1CM142 | PHILIP F PALMEDO | 11/30/2001 | (50,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 16862 | 1CM142 | PHILIP F PALMEDO | 11/21/2003 | (250,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | |
| 166610 | 1CM142 | PHILIP F PALMEDO | 5/22/2008 | (600,000) | CW | CHECK | JPMorgan Chase Bank, N.A. | xxxxxx9954 | Philip F Palmedo | 5/27/2008 | 600,000 | xxxxxx9954 | Philip F Palmedo | JPM-PALMEDO00000030-37 *at* 33 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5,** respectively, to the Collura January 2019 Report.

[3] For withdrawals via checks, the banking institution, account number and account holder are based on information contained on the back of the cancelled check, including the endorser of the check.