# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06          1
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0       [Redacted]



                                BALANCE FORWARD                        507,780.46
12/01                           INTEL CORP                DIV                       1,789.20
                                DIV 11/07/06 12/01/06
12/01                           WELLS FARGO & CO NEW      DIV                       2,892.96
                                DIV 11/03/06 12/01/06
12/05                           PFIZER INC                DIV                       5,443.20
                                DIV 11/10/06 12/05/06
12/11                           CHEVRON CORP              DIV                       3,538.08
                                DIV 11/17/06 12/11/06
12/11                           EXXON MOBIL CORP          DIV                       5,886.72
                                DIV 11/13/06 12/11/06
12/11                           INTERNATIONAL BUSINESS MACHS  DIV                   1,436.40
                                DIV 11/10/06 12/09/06
12/11                           UNITED TECHNOLOGIES CORP  DIV                         801.36
                                DIV 11/17/06 12/10/06
12/12                           JOHNSON & JOHNSON         DIV                       3,402.00
                                DIV 11/28/06 12/12/06
12/14                           HOME DEPOT INC            DIV                       1,417.50
                                DIV 11/30/06 12/14/06
12/14                           MICROSOFT CORP            DIV                       2,671.20
                                DIV 11/16/06 12/14/06
12/15                           AMERICAN INTL GROUP INC   DIV                       1,330.56
                                DIV 12/01/06 12/15/06
12/15                           COCA COLA CO              DIV                       1,953.00
                                DIV 12/01/06 12/15/06

                                CONTINUED ON PAGE    2
```

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06        2
[Redacted]
[Redacted]
[Redacted]                                                    1-H0024-3-0    [Redacted]


12/15                              TIME WARNER INC              DIV                   693.00
                                   DIV 11/30/06 12/15/06
12/15                              WACHOVIA CORP NEW            DIV                 3,386.88
                                   DIV 11/30/06 12/15/06
12/21          15,372   1842       CITI GROUP INC               54.580            838,389.76
12/21           3,528   3842       SCHLUMBERGER LTD             67                236,235.00
12/21           6,300   6092       COMCAST CORP                 43.140            271,530.00
                                   CL A
12/21          12,096   8092       AT&T INC                     35.810            432,674.76
12/21          19,152  10342       CISCO SYSTEMS INC            27.730            530,318.96
12/21          12,600  12342       TIME WARNER INC              21.710            273,042.00
12/21           6,804  14592       CHEVRON CORP                 75.110            510,776.44
12/21           3,276  16592       UNITED PARCEL SVC INC        76.630            250,908.88
                                   CLASS B
12/21          32,004  18842       GENERAL ELECTRIC CO          37.630          1,203,030.52
12/21           3,024  20806       UNITED TECHNOLOGIES CORP     62.410            188,607.84
12/21           1,260  23092       GOLDMAN SACHS GROUP INC     201.700            254,092.00
12/21           6,048  25024       WACHOVIA CORP NEW            57.430            347,095.64
12/21           6,300  27342       HOME DEPOT INC               40.080            252,252.00
12/21          10,332  29274       WELLS FARGO & CO NEW         35.750            368,956.00
12/21           8,568  31592       HEWLETT PACKARD CO           40.020            342,549.36
12/21           7,560  33524       WAL-MART STORES INC          46.640            352,296.40
12/21           4,788  35842       INTERNATIONAL BUSINESS MACHS 95.800            458,499.40
12/21          18,396  37774       EXXON MOBIL CORP             76.800          1,412,077.80
12/21          17,892  40092       INTEL CORP                   21.100            376,806.20
```

CONTINUED ON PAGE    3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0     [Redacted]



12/21                    9,072 44342  JOHNSON & JOHNSON         66.780                      605,466.16
12/21                   10,584 48591  J.P. MORGAN CHASE & CO    48.410                      511,948.44
12/21                    6,300 52841  COCA COLA CO              48.990                      308,385.00
12/21                    2,772 57091  MERRILL LYNCH & CO INC    91.960                      254,803.12
12/21                    6,552 61341  ALTRIA GROUP INC          85.910                      562,620.32
12/21                    6,804 65591  MERCK & CO                44                           299,104.00
12/21                    3,276 69841  MORGAN STANLEY            80.620                      263,980.12
12/21                   26,712 74091  MICROSOFT CORP            30.110                      803,230.32
12/21                    4,788 80642  ABBOTT LABORATORIES       48.170                      230,446.96
12/21                    8,064 84881  AMERICAN INTL GROUP INC   72.790                      586,656.56
12/21                   12,600 86841  ORACLE CORPORATION        18.050                      226,926.00
12/21                    3,528 89131  AMGEN INC                 70.630                      249,041.64
12/21                    5,040 91091  PEPSICO INC               63.210                      318,377.40
12/21                    3,780 93359  AMERICAN EXPRESS COMPANY  62.270                      235,229.60
12/21                   22,680 95341  PFIZER INC                25.870                      585,824.60
12/21                   14,112 97591  BANK OF AMERICA           53.690                      757,109.28
12/21                    9,828 99591  PROCTER & GAMBLE CO       64.120                      629,778.36
12/21  16,250,000              42168  U S TREASURY BILL         99.063   16,097,737.50
                                      DUE 3/01/2007
                                             3/01/2007
12/21      15,617              46409  FIDELITY SPARTAN          1             15,617.00
                                      U S TREASURY MONEY MARKET
12/22                                 BANK OF AMERICA           DIV                           7,902.72
                                      DIV 12/01/06 12/22/06
12/29                                 FIDELITY SPARTAN          DIV                             110.86
                                      U S TREASURY MONEY MARKET
                                      DIV 12/29/06

                                      CONTINUED ON PAGE    4
```

```
[Redacted]
[Redacted]
[Redacted]                                                                12/31/06          4
[Redacted]
[Redacted]
[Redacted]                                                      1-H0024-3-0     [Redacted]


12/29                              TRANS FROM 40 ACCT             JRNL                 292,069.00

12/29   8,375,000          2281 U S TREASURY BILL                98.682   8,264,617.50
                                DUE 4/5/2007
                                        4/05/2007
12/29      10,001          6854 FIDELITY SPARTAN                  1          10,001.00
                                U S TREASURY MONEY MARKET
12/29              41,231 83587 FIDELITY SPARTAN                  1                      41,231.00
                                U S TREASURY MONEY MARKET
12/29          16,600,000 88904 U S TREASURY BILL                99.166              16,461,556.00
                                DUE 3/01/2007
                                        3/01/2007
12/29   8,375,000         97809 U S TREASURY BILL                98.780   8,272,825.00
                                DUE 3/29/2007
                                        3/29/2007

                                NEW BALANCE                                                    .02

                                SECURITY POSITIONS       MKT PRICE
           10,001               FIDELITY SPARTAN          1
                                U S TREASURY MONEY MARKET
        8,375,000               U S TREASURY BILL         98.780
                                DUE 3/29/2007
                                        3/29/2007
        8,375,000               U S TREASURY BILL         98.682
                                DUE 4/5/2007
                                        4/05/2007

                                MARKET VALUE OF SECURITIES
                                     LONG                SHORT
                                16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                                           12/31/06          5
[Redacted]
[Redacted]
[Redacted]                                             1-H0024-3-0    [Redacted]



                              YEAR-TO-DATE SUMMARY

                      DIVIDENDS                                         285,425.85
                      GROSS PROCEEDS FROM SALES                     141,072,172.20
```

MDPTPP03456821