# EXHIBIT 9

```
              0·    *

      63,864·42    +
          13·99    +
      63,878·41    *

      63,878·41    ÷
          83·875   =
         761·59    *

          83·875   ×
         761·      =
      63,828·88    +I
      63,828·88    ×
           0·025   =
       1,595·72    *

       1,595·72    ÷
           4·      ×
           8·      =
       3,191·44    *

       3,191·44    +I
         761·      ×
           2·25    =
       1,712·25    *

       1,712·25    ×
           0·03125 =
          53·51    +I
      67,073·83    ◊I
      67,073·83    ÷
       1,712·25    =
          39·17    *

          39·25    ×
       1,712·25    =
      67,205·81    -I
         131·98-   *I

         131·98-   ÷
           0·125   =
       1,055·84-   *

       1,712·00    +
       1,052·00    -
         660·00    *
```

MADTSS00401002

l & C Lipkin                                              56,180.81      80

| Date | Item | | | | |
|---|---|---|---|---|---|
| 1/21 | Res Oil | 56,172.00 | 58,279.13 | 6 2½ 3/10 INA | 8.81 |
|      | 2107.13 |  |  |  |  |
| 3/13 | INA | 58,268.25 | 61,181.80 | 8 2½ 5/8 | 19.69 |
| 5/8  | Heinz | 61,187.50 | 63,864.42 | Heinz 7 2½ 7/1 | 13.99 |
|      | 2676.92 |  |  |  |  |
| 6/30 | Aetna | 63,828.88 | 67,020.76 | Aetna 8 2½ 9/1 | 49.53 |
|      | 3191.88 |  |  |  |  |
| 9/5  | Amax | 67,008.— | 70,358.41 | Amax 8 2½ 10/30 | 62.29 |
|      | 3350.40 |  |  |  |  |
| 10/30| Rockwell | 70,404.75 | 73,925.41 | Rockwell 8 2½ 12/31 | 15.94 |
|      | 3520.66 |  |  |  |  |
| 12/31| Check | 10,000— |  | Tomlinson " |  |
|      | Check Ⓐ |  | 5000— | " |  |

                                                          68,941.35



ICE - Aetna Life
+ Casualty 2 PFC
761 @ 83 3/8 =
                63828.88

                    41159.50
1052      39 1/8      32.88
                    41126.62
660       39 1/4 = 25905 -
                      20.63
1 = 9.77
                    25884.37

6/23 B
6/25 S    | 65020.76 |
                      | 8 - 2 1/2 |
1712.25     (9/1)      3191.88

MADTSS00401003

```
            0·    *

    61,201·49  ÷
         27·5  =
     2,225·51  *

         27·5  ×
        2,225· =
    61,187·50  +I
    61,187·50  ×
        0·025  =
     1,529·69  *

     1,529·69  ÷
            4· ×
            7· =
     2,676·96  *

     2,676·96  +I
        2,225· ×
         0·75  =
     1,668·75  *

     1,668·75  ×
      0·03125  =
        52·15  +I
    63,916·61  ◊I
    63,916·61  ÷
     1,668·75  =
        38·30  *

       38·375  ×
     1,668·75  =
    64,038·28  -I
       121·67- *I

       121·67- ÷
        0·125  =
       973·36- *

     1,668·00  +
       973·00  -
       695·00  *
```

MADTSS00400994



Exhibit 9



MADTSS00400988





**Bernard L. Madoff**
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
(212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ                28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225  27½         61,187.50


973   38¼         37,217.25
                     30.41
                  ─────────
                  37,186.84

695 · 38⅜ = 26,670.63
                     21.72
                  ─────────
                  26,648.91

7 = 28.67

MADTSS00400993

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING: 12/31/80

YOUR TAX PAYER IDENTIFICATION NUMBER / PAGE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | | | | BALANCE FORWARDED | | | 56,180.31 |
| 12/22 | 1202 | | | RESERVE OIL & GAS | 46 1/2 | 56,172.00 | |
| 12/22 | | 653 | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 12/22 | | 1110 | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.06 |
| 12/22 | | F | | RESERVE OIL & GAS COM | | | 16.26 |
| 12/30 | | 714 | | INA CORP | 29 7/8 | | 21,308.44 |
| 12/30 | | 1330 | | INA CORP | 29 7/8 | | 39,858.44 |
| 12/30 | | F | | INA CORP | | | 14.92 |
| 12/30 | 2726 | | | INA CORP $2.90 PFD | 21 3/8 | 58,268.25 | |
| 12/30 | 2225 | | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 12/30 | | 973 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| 12/30 | | 695 | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 12/30 | | F | | HEINZ COM | | | 26.67 |
| 12/30 | 761 | | | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 12/30 | | 1052 | | AETNA LIFE COM | 39 1/8 | | 41,126.52 |
| 12/30 | | 660 | | AETNA LIFE COM | 39 1/4 | | 25,884.37 |
| 12/30 | | F | | AETNA LIFE COM | | | 9.77 |
| 12/30 | | 521 | | AMAX INC | 51 1/4 | | 26,684.97 |
| 12/30 | | 850 | | AMAX INC | 51 3/8 | | 43,642.19 |
| 12/30 | | F | | AMAX INC | | | 31.24 |
| 12/30 | 2947 | | | AMAX INC $3 PFD | 64 | 67,008.00 | |
| 12/30 | | 1816 | | ROCKWELL INTL | 34 1/8 | | 61,934.68 |
| 12/30 | | 350 | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| 12/30 | | F | | ROCKWELL INTL | | | 10.23 |
| 12/30 | 2497 | | | ROCKWELL INTL $4.90 PFD | 29 1/4 | 76,262.75 | |
| 12/31 | | | | CHECK | | 10,000.00 | |
| 12/31 | | | | CHECK | | 5,000.00 | |
| | | | | Balance | | | 69,941.55 |

MADTSS00401023

| HJ Heinz 1.70 3rd ( ) | |
|---|---|
| | P = .75 C |
| 4/9/79 - 5/18 D | P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/1/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/7/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/27/80 - 1/20/81 | ~~4/~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 7/30/81 - 9/16 | |

MADWAA00497515