# EXHIBIT 10

MADTSS00400995

