# EXHIBIT 16

**Split-Strike Conversion IA Business Holiday Trade Detail[1]**
**Analyzed Time Period[2]**

| Holiday | Account Number | Settlement Date | Symbol |
|---|---|---|---|
| Labor Day | 1A0035 | 9/4/2000 | FDLXX |
| Labor Day | 1A0036 | 9/4/2000 | FDLXX |
| Labor Day | 1A0037 | 9/4/2000 | FDLXX |
| Labor Day | 1C1016 | 9/4/2000 | FDLXX |
| Labor Day | 1E0123 | 9/4/2000 | FDLXX |
| Labor Day | 1P0024 | 9/4/2000 | FDLXX |
| Labor Day | 1SH022 | 9/1/2008 | FDLXX |
| Memorial Day | 1E0123 | 5/31/2004 | FDLXX |
| Memorial Day | 1E0123 | 5/31/2004 | FDLXX |
| Presidential Funeral - Ronald Reagan | 1B0061 | 6/11/2004 | APOL |
| Presidential Funeral - Ronald Reagan | 1C1285 | 6/11/2004 | APOL |
| Presidential Funeral - Ronald Reagan | 1L0002 | 6/11/2004 | APOL |
| Presidential Funeral - Ronald Reagan | 1P0031 | 6/11/2004 | APOL |
| Presidential Funeral - Ronald Reagan | 1U0021 | 6/11/2004 | APOL |
| Presidential Funeral - Ronald Reagan | 1B0061 | 6/11/2004 | FRXFN |
| Presidential Funeral - Ronald Reagan | 1C1285 | 6/11/2004 | FRXFN |
| Presidential Funeral - Ronald Reagan | 1L0002 | 6/11/2004 | FRXFN |
| Presidential Funeral - Ronald Reagan | 1P0031 | 6/11/2004 | FRXFN |
| Presidential Funeral - Ronald Reagan | 1U0021 | 6/11/2004 | FRXFN |
| Presidential Funeral - Ronald Reagan | 1B0061 | 6/11/2004 | FRXRM |
| Presidential Funeral - Ronald Reagan | 1C1285 | 6/11/2004 | FRXRM |
| Presidential Funeral - Ronald Reagan | 1L0002 | 6/11/2004 | FRXRM |
| Presidential Funeral - Ronald Reagan | 1P0031 | 6/11/2004 | FRXRM |
| Presidential Funeral - Ronald Reagan | 1U0021 | 6/11/2004 | FRXRM |
| Presidential Funeral - Ronald Reagan | 1B0061 | 6/11/2004 | IBM |
| Presidential Funeral - Ronald Reagan | 1C1285 | 6/11/2004 | IBM |
| Presidential Funeral - Ronald Reagan | 1L0002 | 6/11/2004 | IBM |
| Presidential Funeral - Ronald Reagan | 1P0031 | 6/11/2004 | IBM |
| Presidential Funeral - Ronald Reagan | 1U0021 | 6/11/2004 | IBM |
| Presidential Funeral - Ronald Reagan | 1B0061 | 6/11/2004 | PG |
| Presidential Funeral - Ronald Reagan | 1C1285 | 6/11/2004 | PG |
| Presidential Funeral - Ronald Reagan | 1L0002 | 6/11/2004 | PG |
| Presidential Funeral - Ronald Reagan | 1P0031 | 6/11/2004 | PG |
| Presidential Funeral - Ronald Reagan | 1U0021 | 6/11/2004 | PG |
| Presidential Funeral - Ronald Reagan | 1N0025 | 6/11/2004 | OEBFK |
| Presidential Funeral - Ronald Reagan | 1N0025 | 6/11/2004 | OEBRI |
| Washington's Birthday | 1K0086 | 2/17/2003 | FDLXX |

1. Trade detail based on Settled Cash (SETCSH17).
2. The Analyzed Time Period consists of January 2000 through November 2008.