# EXHIBIT 17

# IA Business Equity Volume Analysis in the Buy and Hold Accounts
## October 1979 to November 2008

| Trade Date | Ticker | IA Business Purported Volume | Actual Market Volume | Magnitude Exceeded |
|---|---|---|---|---|
| 12/5/1983 | FGN | 15,340 | 14,700 | 104.35% |
| 2/28/1984 | FLX | 44,359 | 5,000 | 887.18% |
| 3/2/1984 | CHPN | 117,246 | 36,592 | 320.41% |
| 3/6/1984 | AC | 32,905 | 17,100 | 192.43% |
| 3/21/1984 | AGC | 123,070 | 101,500 | 121.25% |
| 3/22/1984 | AC | 32,905 | 28,100 | 117.10% |
| 3/23/1984 | CHPN | 117,246 | 14,074 | 833.07% |
| 12/5/1984 | AC | 37,419 | 25,500 | 146.74% |
| 12/7/1984 | STK | 160,000 | 159,200 | 100.50% |
| 12/14/1984 | BTY | 2,200,000 | 1,026,600 | 214.30% |
| 12/19/1984 | RPT | 40,733 | 22,900 | 177.87% |
| 3/19/1985 | AGC | 189,130 | 173,500 | 109.01% |
| 3/19/1985 | FLT | 77,482 | 33,300 | 232.68% |
| 3/19/1985 | LUK | 116,430 | 7,800 | 1492.69% |
| 11/1/1985 | GF | 62,400 | 14,500 | 430.34% |
| 12/20/1985 | FICR | 60,952 | 17,424 | 349.82% |
| 3/12/1986 | MTRX | 1,010 | 300 | 336.67% |
| 12/5/1986 | ETT | 80,660 | 46,050 | 175.16% |
| 12/12/1986 | LIT | 60,600 | 26,800 | 226.12% |
| 12/20/1988 | HON | 214,300 | 164,000 | 130.67% |
| 12/18/1989 | FDX | 153,400 | 136,100 | 112.71% |
| 3/1/1990 | PRD | 89,200 | 87,800 | 101.59% |
| 3/21/1990 | CG | 82,300 | 58,600 | 140.44% |
| 12/11/1990 | ORX | 210,447 | 119,200 | 176.55% |
| 12/14/1990 | PMSC | 105,047 | 94,100 | 111.63% |
| 12/21/1990 | USSC | 112,500 | 60,800 | 185.03% |
| 3/8/1991 | HRC | 93,643 | 68,600 | 136.51% |
| 3/13/1991 | HRC | 155,775 | 66,000 | 236.02% |
| 3/13/1991 | PMSC | 65,848 | 62,800 | 104.85% |
| 3/14/1991 | HRC | 78,695 | 67,100 | 117.28% |
| 3/14/1991 | ORX | 77,058 | 67,600 | 113.99% |
| 3/18/1991 | PCLB | 380,347 | 149,446 | 254.50% |
| 12/2/1991 | MRO | 983,600 | 600,600 | 163.77% |
| 12/2/1991 | X | 283,120 | 212,100 | 133.48% |
| 12/3/1991 | CRAY | 762,600 | 212,561 | 358.77% |
| 12/18/1991 | WFC | 530,700 | 229,800 | 230.94% |
| 12/20/1991 | X | 282,800 | 256,100 | 110.43% |
| 3/9/1992 | CDIC | 90,159 | 88,165 | 102.26% |

## IA Business Equity Volume Analysis in the Buy and Hold Accounts
## October 1979 to November 2008

| Trade Date | Ticker | IA Business Purported Volume | Actual Market Volume | Magnitude Exceeded |
|---|---|---|---|---|
| 3/11/1992 | CDIC | 223,569 | 81,394 | 274.68% |
| 12/10/1992 | DBRL | 111,066 | 103,578 | 107.23% |
| 12/14/1992 | PST | 572,192 | 239,000 | 239.41% |
| 12/18/1992 | KMG | 321,246 | 255,700 | 125.63% |
| 12/18/1992 | CDIC | 335,304 | 63,882 | 524.88% |
| 12/26/1995 | MIL | 50,000 | 26,200 | 190.84% |
| 10/14/1996 | AIGR | 409,203 | 249,800 | 163.81% |