# EXHIBIT 20

Exhibit 20

**IA Business Holiday Trades in the Buy and Hold Accounts**

**October 1979 to November 2008**

| Holiday | Account Number | Settlement Date | Security Name |
|---|---|---|---|
| Christmas Day (observed) | 1-00632-4-0 | 12/26/1988 | LIN BROADCASTING CORP JANUARY 60 CALL |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | AMGEN INC |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | ORACLE SYSTEMS CORP |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | USX-U S STEEL GROUP |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | ALEXANDER & ALEXANDER SVCS INC |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | SCOTT PAPER CO |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | COMPUTER ASSOC INTL INC |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | ORACLE SYSTEMS CORP |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | USX-U S STEEL GROUP |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | MOTOROLA INC |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | AMGEN INC |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | EASTMAN CHEMICAL CO |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | MOTOROLA INC |
| President Nixon's Funeral | 1-L0088-3-0 | 4/27/1994 | INCO LTD |
| Good Friday | 1-KW040-3-0 | 3/28/1997 | U S TREASURY BILL DUE 6/5/1997 |
| Labor Day | 1-K0066-3-0 | 9/6/1999 | WAL-MART STORES INC |
| Closed after 9/11 Attack | 1-L0002-4-0 | 9/11/2001 | BRISTOL MYERS SQUIBB COMPANY |
| Closed after 9/11 Attack | 1-SH026-3-0 | 9/11/2001 | DU PONT E I DE NEMOURS & CO |
| Closed after 9/11 Attack | 1-SH026-7-0 | 9/11/2001 | HARTFORD FINL SERVICE GROUP |
| Closed after 9/11 Attack | 1-L0027-2-0 | 9/12/2001 | BANK OF NEW YORK |
| Closed after 9/11 Attack | 1-SH036-7-0 | 9/12/2001 | HARTFORD FINL SERVICE GROUP |