# EXHIBIT 21

**Excerpt from DTCABAL data file**



**Portion of DTC021 RPG II Code**



**DTCS Box Definition Screen**

```
            F O R M   F L A S H   D E F I N I T I O N
                   BOX DEFINITIONS - Page 1-1
Left    Right                                Fill              Spacing
Edge    Edge    Top   Bottom  Width  Density Density Number  Horiz  Vert
4       10      5     10      1      1       0       0       0      0
_____ _____ _____ _____ _____ _____ _____ _____ _____ _____
_____ _____ _____ _____ _____ _____ _____ _____ _____ _____
...

F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
    F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
                    DTCS
                         Millimeters
                      From From   Right
Ref     Definition    Page Top   Left  Edge  Lines   Equation
 1  L1 Dont Print      1   5     5     100   1    NP
 2  Header Line 1      1   14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
 3  Header Line 2-3    1   17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
 4  Macro Calls        1   23.73 4     206   56   TRIM1/5
 5  Data               1   23.73 8     206   56   COPYR4 TRIM7/67
 6                                                A3502070/1/8/12
 7  L61                1   5     5     100   1    PG
 8
 9
10
11
12
13
14
15

F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ____
F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```