# EXHIBIT 23

# Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]
# December 1998 to November 2008[2]

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 3/2/1995 | No |
| 5/30/1996 | No |
| 1/2/1998 | No |
| 1/8/1998 | No |
| 1/15/1998 | No |
| 1/22/1998 | No |
| 1/29/1998 | No |
| 2/5/1998 | No |
| 2/19/1998 | No |
| 2/26/1998 | No |
| 3/5/1998 | No |
| 4/9/1998 | No |
| 4/16/1998 | No |
| 4/23/1998 | No |
| 4/30/1998 | No |
| 5/7/1998 | No |
| 5/14/1998 | No |
| 5/21/1998 | No |
| 5/28/1998 | No |
| 6/4/1998 | No |
| 6/18/1998 | No |
| 6/25/1998 | No |
| 7/2/1998 | No |
| 7/9/1998 | No |
| 7/16/1998 | No |
| 7/23/1998 | No |
| 7/30/1998 | No |
| 8/6/1998 | No |
| 8/13/1998 | No |
| 8/20/1998 | No |
| 9/17/1998 | No |
| 10/15/1998 | No |
| 10/22/1998 | No |
| 10/29/1998 | No |
| 11/5/1998 | No |
| 11/12/1998 | No |
| 11/19/1998 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**
**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 11/27/1998 | No |
| 12/3/1998 | No |
| 12/10/1998 | No |
| 12/17/1998 | No |
| 12/24/1998 | No |
| 12/31/1998 | No |
| 1/7/1999 | No |
| 1/14/1999 | No |
| 1/21/1999 | No |
| 1/28/1999 | No |
| 2/4/1999 | No |
| 2/11/1999 | No |
| 2/18/1999 | No |
| 2/25/1999 | No |
| 3/4/1999 | No |
| 3/11/1999 | No |
| 3/18/1999 | No |
| 3/25/1999 | No |
| 4/1/1999 | No |
| 4/8/1999 | No |
| 4/15/1999 | No |
| 4/22/1999 | No |
| 4/29/1999 | No |
| 5/6/1999 | No |
| 5/13/1999 | No |
| 5/20/1999 | No |
| 5/27/1999 | No |
| 6/3/1999 | No |
| 6/10/1999 | No |
| 6/17/1999 | No |
| 6/24/1999 | No |
| 7/1/1999 | No |
| 7/8/1999 | No |
| 7/15/1999 | No |
| 7/22/1999 | No |
| 7/29/1999 | No |
| 8/5/1999 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 8/12/1999 | No |
| 8/19/1999 | No |
| 8/26/1999 | No |
| 9/2/1999 | No |
| 9/9/1999 | No |
| 9/16/1999 | No |
| 9/23/1999 | No |
| 9/30/1999 | No |
| 10/7/1999 | No |
| 10/14/1999 | No |
| 10/21/1999 | No |
| 10/28/1999 | No |
| 11/4/1999 | No |
| 11/18/1999 | No |
| 12/2/1999 | No |
| 12/9/1999 | No |
| 12/16/1999 | No |
| 1/6/2000 | No |
| 1/20/2000 | No |
| 1/27/2000 | No |
| 2/3/2000 | No |
| 2/10/2000 | No |
| 2/17/2000 | No |
| 2/24/2000 | No |
| 3/2/2000 | No |
| 3/9/2000 | No |
| 3/16/2000 | Yes |
| 3/23/2000 | No |
| 3/30/2000 | No |
| 4/6/2000 | No |
| 4/13/2000 | No |
| 4/20/2000 | No |
| 4/27/2000 | No |
| 5/4/2000 | No |
| 5/11/2000 | No |
| 5/18/2000 | No |
| 5/25/2000 | No |

## Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]
## December 1998 to November 2008[2]

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 6/1/2000 | No |
| 6/8/2000 | No |
| 6/15/2000 | No |
| 6/22/2000 | No |
| 6/29/2000 | No |
| 7/6/2000 | No |
| 7/13/2000 | No |
| 7/20/2000 | No |
| 7/27/2000 | No |
| 8/3/2000 | No |
| 8/10/2000 | No |
| 8/17/2000 | No |
| 8/24/2000 | No |
| 8/31/2000 | No |
| 9/7/2000 | No |
| 9/14/2000 | No |
| 9/21/2000 | No |
| 9/28/2000 | No |
| 10/5/2000 | No |
| 10/12/2000 | No |
| 10/19/2000 | No |
| 10/26/2000 | No |
| 11/2/2000 | No |
| 11/9/2000 | No |
| 11/16/2000 | No |
| 11/24/2000 | No |
| 11/30/2000 | No |
| 12/7/2000 | No |
| 12/14/2000 | No |
| 12/21/2000 | No |
| 12/28/2000 | No |
| 1/4/2001 | No |
| 1/11/2001 | No |
| 1/18/2001 | No |
| 1/25/2001 | No |
| 2/1/2001 | No |
| 2/8/2001 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 2/15/2001 | Yes |
| 2/22/2001 | No |
| 3/1/2001 | No |
| 3/8/2001 | No |
| 3/15/2001 | No |
| 3/22/2001 | No |
| 3/29/2001 | No |
| 4/5/2001 | No |
| 4/12/2001 | No |
| 4/19/2001 | No |
| 4/26/2001 | No |
| 5/3/2001 | No |
| 5/10/2001 | No |
| 5/17/2001 | Yes |
| 5/24/2001 | No |
| 5/31/2001 | No |
| 6/7/2001 | No |
| 6/14/2001 | No |
| 6/21/2001 | No |
| 6/28/2001 | Yes |
| 7/5/2001 | Yes |
| 7/12/2001 | No |
| 7/19/2001 | No |
| 7/26/2001 | No |
| 8/2/2001 | Yes |
| 8/9/2001 | No |
| 8/16/2001 | Yes |
| 8/23/2001 | No |
| 8/30/2001 | No |
| 9/6/2001 | No |
| 9/13/2001 | Yes |
| 9/20/2001 | No |
| 9/27/2001 | No |
| 10/4/2001 | Yes |
| 10/11/2001 | No |
| 10/18/2001 | Yes |
| 10/25/2001 | Yes |

Page 5 of 16

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 11/1/2001 | No |
| 11/8/2001 | No |
| 11/15/2001 | No |
| 11/29/2001 | No |
| 12/6/2001 | Yes |
| 12/13/2001 | No |
| 12/20/2001 | No |
| 1/10/2002 | No |
| 1/17/2002 | Yes |
| 1/24/2002 | Yes |
| 1/31/2002 | Yes |
| 2/7/2002 | Yes |
| 2/14/2002 | No |
| 2/21/2002 | No |
| 2/28/2002 | Yes |
| 3/7/2002 | Yes |
| 3/14/2002 | Yes |
| 3/21/2002 | Yes |
| 3/28/2002 | Yes |
| 4/4/2002 | No |
| 4/11/2002 | No |
| 4/18/2002 | Yes |
| 4/25/2002 | No |
| 5/2/2002 | No |
| 5/9/2002 | Yes |
| 5/16/2002 | Yes |
| 5/23/2002 | Yes |
| 5/30/2002 | No |
| 6/6/2002 | No |
| 6/13/2002 | No |
| 6/20/2002 | Yes |
| 6/27/2002 | Yes |
| 7/11/2002 | Yes |
| 7/18/2002 | Yes |
| 7/25/2002 | Yes |
| 8/1/2002 | Yes |
| 8/8/2002 | Yes |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 8/15/2002 | Yes |
| 8/22/2002 | Yes |
| 8/29/2002 | Yes |
| 9/5/2002 | Yes |
| 9/12/2002 | Yes |
| 9/19/2002 | No |
| 9/26/2002 | No |
| 10/3/2002 | Yes |
| 10/10/2002 | No |
| 10/17/2002 | No |
| 10/24/2002 | No |
| 10/31/2002 | Yes |
| 11/7/2002 | No |
| 11/14/2002 | Yes |
| 11/21/2002 | No |
| 11/29/2002 | Yes |
| 12/5/2002 | Yes |
| 12/12/2002 | No |
| 12/19/2002 | No |
| 1/2/2003 | No |
| 1/9/2003 | No |
| 1/16/2003 | No |
| 1/23/2003 | No |
| 1/30/2003 | No |
| 2/6/2003 | Yes |
| 2/13/2003 | Yes |
| 2/20/2003 | Yes |
| 2/27/2003 | No |
| 3/6/2003 | Yes |
| 3/13/2003 | Yes |
| 3/20/2003 | Yes |
| 3/27/2003 | Yes |
| 4/3/2003 | Yes |
| 4/10/2003 | Yes |
| 4/17/2003 | Yes |
| 4/24/2003 | No |
| 5/1/2003 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 5/8/2003 | Yes |
| 5/15/2003 | Yes |
| 5/22/2003 | Yes |
| 5/29/2003 | Yes |
| 6/5/2003 | Yes |
| 6/12/2003 | No |
| 6/19/2003 | No |
| 6/26/2003 | No |
| 7/3/2003 | No |
| 7/10/2003 | No |
| 7/17/2003 | No |
| 7/24/2003 | No |
| 7/31/2003 | No |
| 8/7/2003 | Yes |
| 8/14/2003 | Yes |
| 8/21/2003 | Yes |
| 8/28/2003 | Yes |
| 9/4/2003 | Yes |
| 9/11/2003 | No |
| 9/18/2003 | No |
| 9/25/2003 | No |
| 10/2/2003 | No |
| 10/9/2003 | No |
| 10/16/2003 | Yes |
| 10/23/2003 | Yes |
| 10/30/2003 | Yes |
| 11/6/2003 | Yes |
| 11/13/2003 | Yes |
| 11/20/2003 | Yes |
| 11/28/2003 | No |
| 12/4/2003 | Yes |
| 12/11/2003 | Yes |
| 12/18/2003 | Yes |
| 1/8/2004 | No |
| 1/15/2004 | No |
| 1/22/2004 | No |
| 1/29/2004 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 2/5/2004 | Yes |
| 2/12/2004 | No |
| 2/19/2004 | No |
| 2/26/2004 | No |
| 3/4/2004 | No |
| 3/11/2004 | No |
| 3/18/2004 | No |
| 3/25/2004 | No |
| 4/1/2004 | No |
| 4/8/2004 | No |
| 4/15/2004 | No |
| 4/22/2004 | Yes |
| 4/29/2004 | No |
| 5/6/2004 | No |
| 5/13/2004 | No |
| 5/20/2004 | Yes |
| 5/27/2004 | No |
| 6/3/2004 | Yes |
| 6/10/2004 | No |
| 6/17/2004 | No |
| 6/24/2004 | No |
| 7/1/2004 | No |
| 7/8/2004 | No |
| 7/15/2004 | No |
| 7/22/2004 | No |
| 7/29/2004 | No |
| 8/5/2004 | No |
| 8/12/2004 | No |
| 8/19/2004 | Yes |
| 8/26/2004 | No |
| 9/2/2004 | Yes |
| 9/9/2004 | No |
| 9/16/2004 | Yes |
| 9/23/2004 | Yes |
| 9/30/2004 | No |
| 10/7/2004 | No |
| 10/14/2004 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 10/21/2004 | No |
| 10/28/2004 | No |
| 11/4/2004 | No |
| 11/12/2004 | No |
| 11/18/2004 | No |
| 11/26/2004 | No |
| 12/2/2004 | No |
| 12/9/2004 | Yes |
| 12/16/2004 | Yes |
| 12/23/2004 | No |
| 12/30/2004 | No |
| 1/6/2005 | Yes |
| 1/13/2005 | Yes |
| 1/20/2005 | No |
| 1/27/2005 | No |
| 2/3/2005 | Yes |
| 2/10/2005 | Yes |
| 2/17/2005 | No |
| 2/24/2005 | No |
| 3/3/2005 | No |
| 3/10/2005 | No |
| 3/17/2005 | Yes |
| 3/24/2005 | Yes |
| 3/31/2005 | No |
| 4/7/2005 | No |
| 4/14/2005 | No |
| 4/21/2005 | Yes |
| 4/28/2005 | No |
| 5/5/2005 | No |
| 5/12/2005 | No |
| 5/19/2005 | No |
| 5/26/2005 | No |
| 6/2/2005 | Yes |
| 6/9/2005 | Yes |
| 6/16/2005 | Yes |
| 6/23/2005 | Yes |
| 6/30/2005 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**
**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 7/7/2005 | No |
| 7/14/2005 | No |
| 7/21/2005 | No |
| 7/28/2005 | No |
| 8/4/2005 | No |
| 8/11/2005 | No |
| 8/18/2005 | No |
| 8/25/2005 | Yes |
| 9/1/2005 | Yes |
| 9/8/2005 | Yes |
| 9/15/2005 | Yes |
| 9/22/2005 | Yes |
| 9/29/2005 | No |
| 10/6/2005 | No |
| 10/13/2005 | No |
| 10/20/2005 | No |
| 10/27/2005 | No |
| 11/3/2005 | No |
| 11/10/2005 | No |
| 11/17/2005 | No |
| 12/1/2005 | No |
| 12/8/2005 | No |
| 12/15/2005 | No |
| 12/22/2005 | No |
| 12/29/2005 | No |
| 1/5/2006 | No |
| 1/12/2006 | No |
| 1/19/2006 | No |
| 1/26/2006 | No |
| 2/2/2006 | Yes |
| 2/9/2006 | Yes |
| 2/16/2006 | Yes |
| 2/23/2006 | Yes |
| 3/2/2006 | Yes |
| 3/9/2006 | Yes |
| 3/16/2006 | No |
| 3/23/2006 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 3/30/2006 | No |
| 4/6/2006 | Yes |
| 4/13/2006 | No |
| 4/20/2006 | No |
| 4/27/2006 | No |
| 5/4/2006 | No |
| 5/11/2006 | No |
| 5/18/2006 | No |
| 5/25/2006 | No |
| 6/1/2006 | No |
| 6/8/2006 | No |
| 6/15/2006 | No |
| 6/22/2006 | No |
| 6/29/2006 | No |
| 7/6/2006 | No |
| 7/13/2006 | No |
| 7/20/2006 | No |
| 7/27/2006 | No |
| 8/3/2006 | No |
| 8/10/2006 | No |
| 8/17/2006 | No |
| 8/24/2006 | No |
| 8/31/2006 | No |
| 9/7/2006 | No |
| 9/14/2006 | No |
| 9/21/2006 | No |
| 9/28/2006 | No |
| 10/5/2006 | No |
| 10/12/2006 | No |
| 10/19/2006 | No |
| 10/26/2006 | No |
| 11/2/2006 | No |
| 11/9/2006 | No |
| 11/16/2006 | No |
| 11/24/2006 | No |
| 11/30/2006 | No |
| 12/7/2006 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 12/14/2006 | No |
| 12/21/2006 | No |
| 12/28/2006 | No |
| 1/4/2007 | No |
| 1/11/2007 | No |
| 1/18/2007 | No |
| 1/25/2007 | No |
| 2/1/2007 | No |
| 2/8/2007 | No |
| 2/15/2007 | No |
| 2/22/2007 | No |
| 3/1/2007 | No |
| 3/8/2007 | No |
| 3/15/2007 | No |
| 3/22/2007 | No |
| 3/29/2007 | No |
| 4/5/2007 | No |
| 4/12/2007 | No |
| 4/19/2007 | No |
| 4/26/2007 | No |
| 5/3/2007 | No |
| 5/10/2007 | No |
| 5/17/2007 | No |
| 5/24/2007 | No |
| 5/31/2007 | No |
| 6/7/2007 | No |
| 6/14/2007 | Yes |
| 6/21/2007 | Yes |
| 6/28/2007 | No |
| 7/5/2007 | No |
| 7/12/2007 | No |
| 7/19/2007 | No |
| 7/26/2007 | No |
| 8/2/2007 | No |
| 8/9/2007 | Yes |
| 8/16/2007 | No |
| 8/23/2007 | No |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]**

**December 1998 to November 2008[2]**

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 8/30/2007 | No |
| 9/6/2007 | No |
| 9/13/2007 | Yes |
| 9/20/2007 | Yes |
| 9/27/2007 | No |
| 10/4/2007 | No |
| 10/11/2007 | No |
| 10/18/2007 | Yes |
| 10/25/2007 | Yes |
| 11/1/2007 | No |
| 11/8/2007 | Yes |
| 11/15/2007 | Yes |
| 11/23/2007 | No |
| 11/29/2007 | No |
| 12/6/2007 | Yes |
| 12/13/2007 | Yes |
| 12/20/2007 | Yes |
| 12/27/2007 | No |
| 1/3/2008 | No |
| 1/10/2008 | No |
| 1/17/2008 | Yes |
| 1/24/2008 | Yes |
| 1/31/2008 | Yes |
| 2/7/2008 | Yes |
| 2/14/2008 | No |
| 2/21/2008 | No |
| 2/28/2008 | Yes |
| 3/6/2008 | No |
| 3/13/2008 | Yes |
| 3/20/2008 | Yes |
| 3/27/2008 | Yes |
| 4/3/2008 | Yes |
| 4/10/2008 | Yes |
| 4/17/2008 | Yes |
| 4/24/2008 | Yes |
| 5/1/2008 | Yes |
| 5/8/2008 | Yes |

# Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements[1]
# December 1998 to November 2008[2]

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 5/15/2008 | No |
| 5/22/2008 | No |
| 5/29/2008 | Yes |
| 6/5/2008 | No |
| 6/12/2008 | Yes |
| 6/19/2008 | Yes |
| 6/26/2008 | Yes |
| 7/3/2008 | Yes |
| 7/10/2008 | Yes |
| 7/17/2008 | Yes |
| 7/24/2008 | Yes |
| 7/31/2008 | Yes |
| 8/7/2008 | Yes |
| 8/14/2008 | No |
| 8/21/2008 | No |
| 8/28/2008 | Yes |
| 9/4/2008 | No |
| 9/11/2008 | Yes |
| 9/18/2008 | Yes |
| 9/25/2008 | Yes |
| 10/2/2008 | Yes |
| 10/9/2008 | Yes |
| 10/16/2008 | Yes |
| 10/23/2008 | Yes |
| 10/30/2008 | Yes |
| 11/6/2008 | Yes |
| 11/13/2008 | No |
| 11/20/2008 | No |
| 11/28/2008 | No |
| 12/4/2008 | Yes |
| 12/11/2008 | Yes |
| 12/18/2008 | Yes |
| 1/8/2009 | Yes |
| 1/15/2009 | Yes |
| 1/22/2009 | Yes |
| 1/29/2009 | Yes |
| 2/5/2009 | Yes |

**Maturity Dates of Purported Treasuries Reported on the IA Business Customer Statements**[1]
**December 1998 to November 2008**[2]

| Maturity Dates of Treasuries Reported on the IA Business Customer Statements | Same Maturity Date of Treasuries Held in the Brokerage Accounts? Yes/No |
|---|---|
| 2/12/2009 | Yes |
| 2/19/2009 | Yes |
| 2/26/2009 | Yes |
| 3/5/2009 | Yes |
| 3/12/2009 | Yes |
| 3/19/2009 | Yes |
| 3/26/2009 | No |
| 4/2/2009 | No |
| 4/9/2009 | No |
| 4/16/2009 | No |
| 4/23/2009 | No |
| 4/30/2009 | No |
| 5/7/2009 | No |
| 5/14/2009 | No |
| 5/21/2009 | No |
| 5/28/2009 | No |
| 8/27/2009 | No |

[1] Treasury maturity dates represent every unique Treasury bill (similar to a unique CUSIP number) purportedly traded in the IA Business.

[2] There were instances where the IA Business purportedly traded in a Treasury bill after its respective maturity date. For example, on February 24, 2000 the IA Business purportedly traded a Treasury bill with a maturity date of March 2, 1995.