# EXHIBIT 24

```
ACCOUNT #   1-H0024-3 [Redacted]                         REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                     INITIAL INVESTMENT                                        24,779,091.54CR
                     PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR           8,231,648.02
                     ADJUSTMENTS
                     CAPITAL ADDITIONS
                     CAPITAL WITHDRAWALS                                       16,565,905.02
                     NET WORKING CAPITAL                                        8,213,186.52CR
                     BENCHMARK RATE OF RETURN                  18.00 %
                     BENCHMARK RETURN FOR 365 DAYS                              1,496,404.94CR
                     CAPITAL GAINS AND LOSSES                                       10,720.00CR
                     DIVIDENDS AND INTEREST                                         7,741.50CR
                     REALIZED P/L                                                  18,461.50CR
                     UNREALIZED P/L
                     PROFITS WITHDRAWN
                     OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR                1,477,943.44-
                     CURRENT CASH BALANCE
                     NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                     TOTAL EQUITY
                     PRIOR YEAR END EQUITY             16,547,443.52CR
                     ANNUALIZED RETURN FOR CURRENT YEAR       22.59 %
                     PROJECTED ANNUALIZED RATE OF RETURN      22.53 %
                     BUYING POWER              OVER/UNDER      9,710-
```

MDPTQQ00341006