# EXHIBIT 32


**JPMorganChase**

Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

TS
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK NY 10022                          DS

Account No:              6301-428151-509
Statement Start Date:    01 JAN 2003
Statement End Date:      31 JAN 2003
Statement Code:          000-USA-12
Statement No:            001      698
Page 1 of 2

| TRANSACTIONS | | | BALANCES | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|
| Total Credits | 23 | 61,952,499.92 | Opening (01 JAN 2003) | | Closing (31 JAN 2003) | Credits | 0 |
| Total Debits (incl. checks) | 21 | 61,952,499.92 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 21 | 61,952,499.92 | | | | Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|---|---|
| 01 JAN | | | | | **** Balance **** | 0.00 | | OPENING LEDGER BALANCE |
| 02JAN | | USD | | OUR: 1400400201DW | | 2,654,043.00 | | CDS FUNDING |
| 02JAN | | USD | | OUR: 1400300188DW | 2,654,043.00 | | | LIST POST     AA01 |
| 02JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 03JAN | | USD | | OUR: 1400400189DW | | 2,740,722.28 | | CDS FUNDING |
| 03JAN | | USD | | OUR: 1400300190DW | 2,740,722.28 | | | LIST POST     AA01 |
| 03JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 06JAN | | USD | | OUR: 1400400200DW | | 3,125,422.40 | | CDS FUNDING |
| 06JAN | | USD | | OUR: 1400300222DW | 3,175,422.40 | | | LIST POST     AA01 |
| 06JAN | | | | | **** Balance **** | 50,000.00- | | CLOSING LEDGER BALANCE |
| 07JAN | | USD | | OUR: 1400400192DW | | 8,688,854.88 | | CDS FUNDING |
| 07JAN | | USD | | OUR: 1400300195DW | 8,638,854.88 | | | LIST POST     AA01 |
| 07JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 08JAN | | USD | | OUR: 1400400200DW | | 8,654,307.33 | | CDS FUNDING |
| 08JAN | | USD | | OUR: 1400300187DW | 8,654,307.33 | | | LIST POST     AA01 |
| 08JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 09JAN | | USD | | OUR: 1400400193DW | | 4,279,758.03 | | CDS FUNDING |
| 09JAN | | USD | | OUR: 1400300191DW | 4,279,758.03 | | | LIST POST     AA01 |
| 09JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 10JAN | | USD | | OUR: 1400400195DW | | 2,002,630.00 | | CDS FUNDING |
| 10JAN | | USD | | OUR: 1400300205DW | 2,002,630.00 | | | LIST POST     AA01 |
| 10JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 13JAN | | USD | | OUR: 1400400195DW | | 2,087,916.08 | | CDS FUNDING |
| 13JAN | | USD | | OUR: 1400300208DW | 2,087,916.08 | | | LIST POST     AA01 |
| 13JAN | | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 14JAN | | USD | | OUR: 0810100020DW | | 1,500.00 | | 0000139794 011303 SP RET ITEM |
| 14JAN | | USD | | OUR: 1400400199DW | | 4,156,322.45 | | CDS FUNDING |
| 14JAN | | USD | | OUR: 1400300204DW | 4,156,322.45 | | | LIST POST     AA01 |
| 14JAN | | | | | **** Balance **** | 1,500.00 | | CLOSING LEDGER BALANCE |
| 15JAN | | USD | | OUR: 1400400200DW | | 6,170,609.40 | | CDS FUNDING |

FT CODE:
USD - SAME DAY FUNDS        US1 - ONE DAY FLOAT        US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
USN - NEXT DAY FUNDS        US2 - TWO DAY FLOAT        US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND THE BANK'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT AND CANCELED VOUCHERS.

JPMTAA0000043



Chase Manhattan Bank USA, N.A.
Wilmington, Delaware

TS

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                    DS

| | | Account No: | 6301-428151-509 |
|---|---|---|---|
| | | Statement Start Date: | 01 JAN 2003 |
| | | Statement End Date: | 31 JAN 2003 |
| | | Statement Code: | 000-USA-12 |
| | | Statement No: | 001    698 |
| | | | Page 2 of 2 |

| Ledger Date | Adj Ledger Date | Value Date | E T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15JAN | | | USD | OUR: 1400300205DW | 6,172,109.40 | | LIST POST      AA01 |
| 15JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 16JAN | | | USD | OUR: 1400400193DW | | 3,333,812.49 | CDS FUNDING |
| 16JAN | | | USD | OUR: 1400300190DW | 3,333,812.49 | | LIST POST      AA01 |
| 16JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 17JAN | | | USD | OUR: 1400400192DW | | 1,924,339.68 | CDS FUNDING |
| 17JAN | | | USD | OUR: 1400300200DW | 1,924,339.68 | | LIST POST      AA01 |
| 17JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 21JAN | | | USD | OUR: 1400400199DW | | 2,042,050.39 | CDS FUNDING |
| 21JAN | | | USD | OUR: 1400300205DW | 2,042,050.39 | | LIST POST      AA01 |
| 21JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 22JAN | | | USD | OUR: 1400400200DW | | 1,166,854.38 | CDS FUNDING |
| 22JAN | | | USD | OUR: 1400300206DW | 1,166,854.38 | | LIST POST      AA01 |
| 22JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 23JAN | | | USD | OUR: 1400400207DW | | 1,531,024.35 | CDS FUNDING |
| 23JAN | | | USD | OUR: 1400300193DW | 1,531,024.35 | | LIST POST      AA01 |
| 23JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 24JAN | | | USD | OUR: 0810100014DW | | 3,642.91 | 0000141131 012303 SP RET ITEM |
| 24JAN | | | USD | OUR: 1400400196DW | | 1,689,320.73 | CDS FUNDING |
| 24JAN | | | USD | OUR: 1400300246DW | 1,689,320.73 | | LIST POST      AA01 |
| 24JAN | | | | | **** *Balance* **** | 3,642.91 | CLOSING LEDGER BALANCE |
| 27JAN | | | USD | OUR: 1400400196DW | | 1,415,761.92 | CDS FUNDING |
| 27JAN | | | USD | OUR: 1400300210DW | 1,419,404.83 | | LIST POST      AA01 |
| 27JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 28JAN | | | USD | OUR: 1400400199DW | | 1,099,077.06 | CDS FUNDING |
| 28JAN | | | USD | OUR: 1400300189DW | 1,099,077.06 | | LIST POST      AA01 |
| 28JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 29JAN | | | USD | OUR: 1400400200DW | | 1,323,197.09 | CDS FUNDING |
| 29JAN | | | USD | OUR: 1400300197DW | 1,323,197.09 | | LIST POST      AA01 |
| 29JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 30JAN | | | USD | OUR: 1400400189DW | | 147,802.81 | CDS FUNDING |
| 30JAN | | | USD | OUR: 1400300189DW | 147,802.81 | | LIST POST      AA01 |
| 30JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 31JAN | | | USD | OUR: 1400400199DW | | 1,713,530.26 | CDS FUNDING |
| 31JAN | | | USD | OUR: 1400300195DW | 1,713,530.26 | | LIST POST      AA01 |
| 31JAN | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |

JPMTAA0000044