# EXHIBIT 35

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2002 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | ($ millions) | | | |
| **ASSETS** | | | | |
| Cash | $1,500.00 | $198.10 |  | $1,698.10 |
| Receivables | 273.70 |  | ($273.70) | 0.00 |
| Net Trading Positions |  | 107.00 |  | 107.00 |
| Fixed Assets |  | 10.50 |  | 10.50 |
| Other Assets |  | 2.10 |  | 2.10 |
| **Total** | $1,773.70 | $317.70 | ($273.70) | $1,817.70 |
| **LIABILITIES** | | | | |
| Customer liabilities | $11,907.28 |  |  | $11,907.28 |
| Payables |  | $273.70 | ($273.70) | 0.00 |
| **Total** | $11,907.28 | $273.70 | ($273.70) | $11,907.28 |

Sources:

- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2003 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | ($ millions) | | | |
| **ASSETS** | | | | |
| Cash | $1,000.00 | $144.60 |  | $1,144.60 |
| Receivables | 371.00 |  | ($371.00) | 0.00 |
| Net Trading Positions |  | 51.70 |  | 51.70 |
| Fixed Assets |  | 8.20 |  | 8.20 |
| Other Assets |  | 0.90 |  | 0.90 |
| **Total** | $1,371.00 | $205.40 | ($371.00) | $1,205.40 |
| **LIABILITIES** | | | | |
| Customer liabilities | $12,890.02 |  |  | $12,890.02 |
| Payables |  | $371.00 | ($371.00) | 0.00 |
| **Total** | $12,890.02 | $371.00 | ($371.00) | $12,890.02 |

Sources:
- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2004 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | ($ millions) | | | |
| **ASSETS** | | | | |
| Cash | $840.00 | $193.00 | | $1,033.00 |
| Receivables | 460.00 | | ($460.00) | 0.00 |
| Net Trading Positions | | 47.00 | | 47.00 |
| Fixed Assets | | 6.50 | | 6.50 |
| Other Assets | | 1.40 | | 1.40 |
| **Total** | $1,300.00 | $247.90 | ($460.00) | $1,087.90 |
| **LIABILITIES** | | | | |
| Customer liabilities | $14,916.62 | | | $14,916.62 |
| Payables | | $460.00 | ($460.00) | 0.00 |
| **Total** | $14,916.62 | $460.00 | ($460.00) | $14,916.62 |

Sources:
- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2005 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | | ($ millions) | | |
| **ASSETS** | | | | |
| Cash | $620.00 | $246.20 | | $866.20 |
| Receivables | 529.30 | | ($529.30) | 0.00 |
| Net Trading Positions | | 108.00 | | 108.00 |
| Fixed Assets | | 6.70 | | 6.70 |
| Other Assets | | 2.60 | | 2.60 |
| **Total** | $1,149.30 | $363.50 | ($529.30) | $983.50 |
| **LIABILITIES** | | | | |
| Customer liabilities | $15,486.46 | | | $15,486.46 |
| Payables | | $529.30 | ($529.30) | 0.00 |
| **Total** | $15,486.46 | $529.30 | ($529.30) | $15,486.46 |

Sources:

- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2006 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | ($ millions) | | | |
| **ASSETS** | | | | |
| Cash | $1.00 | $6.90 | | $7.90 |
| Receivables | 602.50 | | ($602.50) | 0.00 |
| Net Trading Positions | | 175.00 | | 175.00 |
| Fixed Assets | | 7.60 | | 7.60 |
| Other Assets | | 2.90 | | 2.90 |
| **Total** | $603.50 | $192.40 | ($602.50) | $193.40 |
| **LIABILITIES** | | | | |
| Customer liabilities | $17,837.49 | | | $17,837.49 |
| Payables | | $602.50 | ($602.50) | 0.00 |
| **Total** | $17,837.49 | $602.50 | ($602.50) | $17,837.49 |

Sources:

- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2007 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | ($ millions) | | | |
| **ASSETS** | | | | |
| Cash | $1.00 | $167.00 | | $168.00 |
| Receivables | 723.70 | | ($723.70) | 0.00 |
| Net Trading Positions | | 246.70 | | 246.70 |
| Fixed Assets | | 7.80 | | 7.80 |
| Other Assets | | 2.60 | | 2.60 |
| **Total** | $724.70 | $424.10 | ($723.70) | $425.10 |
| **LIABILITIES** | | | | |
| Customer liabilities | $21,994.30 | | | $21,994.30 |
| Payables | | $723.70 | ($723.70) | 0.00 |
| **Total** | $21,994.30 | $723.70 | ($723.70) | $21,994.30 |

Sources:
- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.

## Annual Solvency Calculations for BLMIS from 2002 through 2008

|  | December 11, 2008 | | | |
|---|---|---|---|---|
|  | IA Business | Proprietary Trading | Intercompany Eliminations | BLMIS |
|  | ($ millions) | | | |
| **ASSETS** | | | | |
| Cash | $1.00 | $190.80 |  | $191.80 |
| Receivables | 799.20 |  | ($799.20) | 0.00 |
| Net Trading Positions |  | 328.30 |  | 328.30 |
| Fixed Assets |  | 7.80 |  | 7.80 |
| Other Assets |  | 2.60 |  | 2.60 |
| **Total** | $800.20 | $529.50 | ($799.20) | $530.50 |
| **LIABILITIES** | | | | |
| Customer liabilities | $19,695.44 |  |  | $19,695.44 |
| Payables |  | $799.20 | ($799.20) | 0.00 |
| **Total** | $19,695.44 | $799.20 | ($799.20) | $19,695.44 |

Sources:

- Cash, Net Trading Positions, Fixed Assets and Other Assets based on year-end FOCUS reports except for 2008, where Q3 FOCUS report data was used.
- Customer liabilities based on MOTTAA00000922.
- Receivables and Payables based on analysis of cash infusions from the IA Business to the Proprietary Trading Business.