# Exhibit 2

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| BSTSAB0326874 | BSTSAB0326874 | JPMSAH0000223 | JPMSAH0000705 |
| BSTSAB0326875 | BSTSAB0326875 | JPMSAH0000707 | JPMSAH0000714 |
| BSTSAB0414873 | BSTSAB0414873 | JPMSAH0000717 | JPMSAH0002856 |
| BSTSAB0574812 | BSTSAB0574812 | JPMSAH0002858 | JPMSAH0002873 |
| HWN00000001 | HWN00003217 | JPMSAI0000001 | JPMSAI0000176 |
| JPMSAA0019864 | JPMSAA0019955 | JPMSAI0000178 | JPMSAI0000276 |
| JPMSAA0019986 | JPMSAA0019988 | JPMSAI0000278 | JPMSAI0000656 |
| JPMSAA0019990 | JPMSAA0020020 | JPMSAI0000658 | JPMSAI0001363 |
| JPMSAA0020022 | JPMSAA0020077 | JPMSAI0001365 | JPMSAI0001463 |
| JPMSAA0020079 | JPMSAA0020079 | JPMSAI0001465 | JPMSAI0001511 |
| JPMSAB0000001 | JPMSAB0004570 | JPMSAI0001514 | JPMSAI0001573 |
| JPMSAF0000001 | JPMSAF0008524 | JPMSAI0001575 | JPMSAI0001608 |
| JPMSAF0008526 | JPMSAF0008596 | JPMSAI0001610 | JPMSAI0001697 |
| JPMSAF0008598 | JPMSAF0017233 | JPMSAI0001699 | JPMSAI0001713 |
| JPMSAF0017235 | JPMSAF0019062 | JPMSAI0001715 | JPMSAI0001748 |
| JPMSAF0019064 | JPMSAF0019834 | JPMSAI0001750 | JPMSAI0001786 |
| JPMSAF0019836 | JPMSAF0021716 | JPMSAI0001788 | JPMSAI0002221 |
| JPMSAF0021718 | JPMSAF0054255 | JPMSAI0002224 | JPMSAI0002837 |
| JPMSAF0054257 | JPMSAF0054271 | JPMSAI0002839 | JPMSAI0003041 |
| JPMSAF0054273 | JPMSAF0057064 | JPMSAI0003043 | JPMSAI0003106 |
| JPMSAF0057066 | JPMSAF0057161 | JPMSAI0003114 | JPMSAI0003222 |
| JPMSAF0057163 | JPMSAF0064977 | JPMSAI0003224 | JPMSAI0003310 |
| JPMSAF0064982 | JPMSAF0065438 | JPMSAI0003312 | JPMSAI0003597 |
| JPMSAF0065443 | JPMSAF0072748 | JPMSAI0003599 | JPMSAI0003911 |
| JPMSAF0072802 | JPMSAF0072803 | JPMSAI0003913 | JPMSAI0004518 |
| JPMSAF0072805 | JPMSAF0072805 | JPMSAI0004520 | JPMSAI0005049 |
| JPMSAF0072807 | JPMSAF0072931 | JPMSAI0005051 | JPMSAI0007228 |
| JPMSAG0000002. | JPMSAG0000022 | JPMSAI0007230 | JPMSAI0007806 |
| JPMSAG0000024 | JPMSAG0000275 | JPMSAI0007808 | JPMSAI0011901 |
| JPMSAG0000277 | JPMSAG0000535 | JPMSAI0011903 | JPMSAI0014006 |
| JPMSAG0000537 | JPMSAG0000848 | JPMSCQ0000001 | JPMSCQ0000028 |
| JPMSAG0000850 | JPMSAG0001400 | JPMSDM0000001 | JPMSDM0000009 |
| JPMSAG0001403 | JPMSAG0001648 | JPMTAA0000002 | JPMTAA0000331 |
| JPMSAG0001650. | JPMSAG0001912 | JPMTAF0000001 | JPMTAF0004017 |
| JPMSAH0000001 | JPMSAH0000221 | MADTBB02408954 | MADTBB02408954 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTBB03140267 | MADTBB03140267 | MADTBB02408959 | MADTBB02408961 |
| MADTBB03342901 | MADTBB03342901 | MADTEE00115354 | MADTEE00115354 |
| MADTBB03342903 | MADTBB03342905 | MADTEE00115358 | MADTEE00115359 |
| MADTBB03343012 | MADTBB03343013 | MADTEE00115362 | MADTEE00115362 |
| MADTBB03343033 | MADTBB03343033 | MADTEE00115365 | MADTEE00115365 |
| MADTBB03343158 | MADTBB03343159 | MADTEE00115367 | MADTEE00115367 |
| MADTBB03343198 | MADTBB03343198 | MADTEE00115370 | MADTEE00115370 |
| MADTBB03343290 | MADTBB03343291 | MADTEE00115374 | MADTEE00115374 |
| MADTBB03343466 | MADTBB03343466 | MADTEE00115381 | MADTEE00115382 |
| MADTEE00045777 | MADTEE00045840 | MADTEE00115423 | MADTEE00115424 |
| MADTEE00045842 | MADTEE00045861 | MADTEE00115430 | MADTEE00115430 |
| MADTEE00045965 | MADTEE00045993 | MADTEE00115436 | MADTEE00115436 |
| MADTEE00046018 | MADTEE00046023 | MADTEE00115439 | MADTEE00115439 |
| MADTEE00114818 | MADTEE00114818 | MADTEE00115443 | MADTEE00115443 |
| MADTEE00114821 | MADTEE00114821 | MADTEE00115448 | MADTEE00115448 |
| MADTEE00115171 | MADTEE00115171 | MADTEE00115457 | MADTEE00115457 |
| MADTEE00115173 | MADTEE00115173 | MADTEE00115465 | MADTEE00115465 |
| MADTEE00115181 | MADTEE00115181 | MADTEE00115469 | MADTEE00115469 |
| MADTEE00115186 | MADTEE00115186 | MADTEE00115495 | MADTEE00115496 |
| MADTEE00115190 | MADTEE00115190 | MADTEE00115500 | MADTEE00115501 |
| MADTEE00115200 | MADTEE00115200 | MADTEE00115505 | MADTEE00115505 |
| MADTEE00115203 | MADTEE00115203 | MADTEE00115508 | MADTEE00115508 |
| MADTEE00115207 | MADTEE00115207 | MADTEE00115510 | MADTEE00115510 |
| MADTEE00115218 | MADTEE00115219 | MADTEE00115531 | MADTEE00115531 |
| MADTEE00115244 | MADTEE00115244 | MADTEE00115533 | MADTEE00115533 |
| MADTEE00115249 | MADTEE00115249 | MADTEE00115539 | MADTEE00115539 |
| MADTEE00115252 | MADTEE00115252 | MADTEE00115545 | MADTEE00115546 |
| MADTEE00115260 | MADTEE00115260 | MADTEE00115565 | MADTEE00115565 |
| MADTEE00115265 | MADTEE00115265 | MADTEE00115572 | MADTEE00115572 |
| MADTEE00115294 | MADTEE00115295 | MADTEE00115574 | MADTEE00115574 |
| MADTEE00115301 | MADTEE00115302 | MADTEE00115585 | MADTEE00115585 |
| MADTEE00115305 | MADTEE00115305 | MADTEE00115593 | MADTEE00115597 |
| MADTEE00115318 | MADTEE00115318 | MADTEE00115602 | MADTEE00115603 |
| MADTEE00115321 | MADTEE00115322 | MADTEE00115642 | MADTEE00115642 |
| MADTEE00115351 | MADTEE00115352 | MADTEE00115681 | MADTEE00115682 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00115705 | MADTEE00115705 | MADTEE00115689 | MADTEE00115689 |
| MADTEE00115750 | MADTEE00115751 | MADTEE00116029 | MADTEE00116029 |
| MADTEE00115764 | MADTEE00115765 | MADTEE00116031 | MADTEE00116032 |
| MADTEE00115781 | MADTEE00115781 | MADTEE00116047 | MADTEE00116047 |
| MADTEE00115784 | MADTEE00115784 | MADTEE00116050 | MADTEE00116050 |
| MADTEE00115787 | MADTEE00115787 | MADTEE00116056 | MADTEE00116057 |
| MADTEE00115823 | MADTEE00115824 | MADTEE00116059 | MADTEE00116060 |
| MADTEE00115828 | MADTEE00115829 | MADTEE00116066 | MADTEE00116066 |
| MADTEE00115842 | MADTEE00115845 | MADTEE00116070 | MADTEE00116070 |
| MADTEE00115851 | MADTEE00115851 | MADTEE00116073 | MADTEE00116073 |
| MADTEE00115854 | MADTEE00115854 | MADTEE00116076 | MADTEE00116076 |
| MADTEE00115861 | MADTEE00115861 | MADTEE00116104 | MADTEE00116104 |
| MADTEE00115864 | MADTEE00115865 | MADTEE00116106 | MADTEE00116106 |
| MADTEE00115867 | MADTEE00115867 | MADTEE00116116 | MADTEE00116116 |
| MADTEE00115869 | MADTEE00115869 | MADTEE00116120 | MADTEE00116120 |
| MADTEE00115874 | MADTEE00115875 | MADTEE00116123 | MADTEE00116123 |
| MADTEE00115877 | MADTEE00115877 | MADTEE00116151 | MADTEE00116151 |
| MADTEE00115879 | MADTEE00115879 | MADTEE00116154 | MADTEE00116154 |
| MADTEE00115883 | MADTEE00115885 | MADTEE00116173 | MADTEE00116175 |
| MADTEE00115891 | MADTEE00115891 | MADTEE00116184 | MADTEE00116190 |
| MADTEE00115896 | MADTEE00115897 | MADTEE00116195 | MADTEE00116195 |
| MADTEE00115900 | MADTEE00115901 | MADTEE00116202 | MADTEE00116203 |
| MADTEE00115904 | MADTEE00115904 | MADTEE00116207 | MADTEE00116207 |
| MADTEE00115910 | MADTEE00115910 | MADTEE00116213 | MADTEE00116214 |
| MADTEE00115933 | MADTEE00115933 | MADTEE00116218 | MADTEE00116218 |
| MADTEE00115939 | MADTEE00115939 | MADTEE00116225 | MADTEE00116226 |
| MADTEE00115964 | MADTEE00115964 | MADTEE00116230 | MADTEE00116230 |
| MADTEE00115970 | MADTEE00115970 | MADTEE00116232 | MADTEE00116233 |
| MADTEE00115972 | MADTEE00115972 | MADTEE00116235 | MADTEE00116236 |
| MADTEE00115979 | MADTEE00115979 | MADTEE00116238 | MADTEE00116238 |
| MADTEE00115984 | MADTEE00115985 | MADTEE00116241 | MADTEE00116241 |
| MADTEE00116004 | MADTEE00116005 | MADTEE00116244 | MADTEE00116244 |
| MADTEE00116014 | MADTEE00116014 | MADTEE00116263 | MADTEE00116263 |
| MADTEE00116020 | MADTEE00116020 | MADTEE00116277 | MADTEE00116277 |
| MADTEE00116025 | MADTEE00116025 | MADTEE00116293 | MADTEE00116296 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00116300 | MADTEE00116300 | MADTEE00116298 | MADTEE00116299 |
| MADTEE00116303 | MADTEE00116304 | MADTEE00349522 | MADTEE00349522 |
| MADTEE00116324 | MADTEE00116324 | MADTEE00349524 | MADTEE00349524 |
| MADTEE00116327 | MADTEE00116327 | MADTEE00349526 | MADTEE00349526 |
| MADTEE00116338 | MADTEE00116338 | MADTEE00349573 | MADTEE00349575 |
| MADTEE00116339 | MADTEE00116340 | MADTEE00349578 | MADTEE00349578 |
| MADTEE00116343 | MADTEE00116345 | MADTEE00349589 | MADTEE00349589 |
| MADTEE00116352 | MADTEE00116352 | MADTEE00349607 | MADTEE00349609 |
| MADTEE00116354 | MADTEE00116354 | MADTEE00349636 | MADTEE00349637 |
| MADTEE00116358 | MADTEE00116359 | MADTEE00349644 | MADTEE00349645 |
| MADTEE00116361 | MADTEE00116362 | MADTEE00349646 | MADTEE00349647 |
| MADTEE00116375 | MADTEE00116375 | MADTEE00349670 | MADTEE00349670 |
| MADTEE00116382 | MADTEE00116382 | MADTEE00351913 | MADTEE00351913 |
| MADTEE00116385 | MADTEE00116385 | MADTEE00351918 | MADTEE00351919 |
| MADTEE00116389 | MADTEE00116390 | MADTEE00351954 | MADTEE00351955 |
| MADTEE00116394 | MADTEE00116394 | MADTEE00351958 | MADTEE00351958 |
| MADTEE00116398 | MADTEE00116399 | MADTEE00351960 | MADTEE00351964 |
| MADTEE00116404 | MADTEE00116404 | MADTEE00352046 | MADTEE00352049 |
| MADTEE00116414 | MADTEE00116414 | MADTEE00352057 | MADTEE00352058 |
| MADTEE00116441 | MADTEE00116441 | MADTEE00352083 | MADTEE00352083 |
| MADTEE00116457 | MADTEE00116457 | MADTEE00352092 | MADTEE00352092 |
| MADTEE00116458 | MADTEE00116458 | MADTEE00409248 | MADTEE00409303 |
| MADTEE00116474 | MADTEE00116475 | MADTEE00458310 | MADTEE00458310 |
| MADTEE00116484 | MADTEE00116485 | MADTEE00459201 | MADTEE00459201 |
| MADTEE00116487 | MADTEE00116487 | MADTEE00499063 | MADTEE00499063 |
| MADTEE00116806 | MADTEE00116806 | MADTEE00500378 | MADTEE00500380 |
| MADTEE00116839 | MADTEE00116839 | MADTEE00556462 | MADTEE00556462 |
| MADTEE00116877 | MADTEE00116877 | MADTEE00599279 | MADTEE00599279 |
| MADTEE00116887 | MADTEE00116887 | MADTEE00599377 | MADTEE00599377 |
| MADTEE00310039 | MADTEE00310040 | MADTEE00602597 | MADTEE00602598 |
| MADTEE00349333 | MADTEE00349333 | MADTEE00602722 | MADTEE00602722 |
| MADTEE00349335 | MADTEE00349335 | MADTEE00631260 | MADTEE00631260 |
| MADTEE00349337 | MADTEE00349337 | MADTEE00632093 | MADTEE00632093 |
| MADTEE00349426 | MADTEE00349426 | MADTEE00635682 | MADTEE00635682 |
| MADTEE00349454 | MADTEE00349455 | MADTEE00644166 | MADTEE00644166 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADTEE00644500 | MADTEE00644502 | MADTEE00644204 | MADTEE00644205 |
| MADTEE00644722 | MADTEE00644722 | MADTSS00336232 | MADTSS00336232 |
| MADTEE00644726 | MADTEE00644726 | MADTSS00340111 | MADTSS00340111 |
| MADTEE00644836 | MADTEE00644836 | MADTSS00382689 | MADTSS00382689 |
| MADTEE00644941 | MADTEE00644941 | MADTSS00382692 | MADTSS00382692 |
| MADTEE00645213 | MADTEE00645213 | MADTSS01160128 | MADTSS01160128 |
| MADTEE00645599 | MADTEE00645599 | MADTSS01160152 | MADTSS01160152 |
| MADTEE00645610 | MADTEE00645610 | MADTSS01160163 | MADTSS01160163 |
| MADTEE00691927 | MADTEE00695273 | MADTSS01160165 | MADTSS01160165 |
| MADTEE00695278 | MADTEE00696201 | MADTSS01160167 | MADTSS01160167 |
| MADTEE00696203 | MADTEE00701130 | MADTSS01160170 | MADTSS01160198 |
| MADTEE00716911 | MADTEE00716927 | MADTSS01160199 | MADTSS01160204 |
| MADTEE00716946 | MADTEE00716950 | MADTSS01160206 | MADTSS01160206 |
| MADTEE00726635 | MADTEE00726765 | MADTSS01160208 | MADTSS01160208 |
| MADTEE00726766 | MADTEE00726823 | MADTSS01162787 | MADTSS01162793 |
| MADTEE00726797 | MADTEE00726884 | MADTSS01162796 | MADTSS01162796 |
| MADTEE00726824 | MADTEE00726913 | MADTSS01212898 | MADTSS01212900 |
| MADTEE00727240 | MADTEE00727244 | MADTSS01212904 | MADTSS01212904 |
| MADTEE00727245 | MADTEE00727248 | MADTSS01327707 | MADTSS01327709 |
| MADTEE00727276 | MADTEE00727281 | MADTSS01327712 | MADTSS01327715 |
| MADTEE00727286 | MADTEE00727286 | MADTSS01327817 | MADTSS01327817 |
| MADTEE00727287 | MADTEE00727294 | MADTSS01327819 | MADTSS01327821 |
| MADTEE00727351 | MADTEE00727353 | MADTSS01327849 | MADTSS01327851 |
| MADTNN00110570 | MADTNN00110575 | MADTSS01328781 | MADTSS01328781 |
| MADTNN00126735 | MADTNN00126735 | MADWAA00004137 | MADWAA00004138 |
| MADTSS00329483 | MADTSS00329483 | MADWAA00010198 | MADWAA00010198 |
| MADTSS00336193 | MADTSS00336193 | MADWAA00017331 | MADWAA00017332 |
| MADTSS00336196 | MADTSS00336196 | MADWAA00017334 | MADWAA00017335 |
| MADTSS00336202 | MADTSS00336202 | MADWAA00017343 | MADWAA00017343 |
| MADTSS00336205 | MADTSS00336205 | MADWAA00017360 | MADWAA00017360 |
| MADTSS00336211 | MADTSS00336211 | MADWAA00017371 | MADWAA00017371 |
| MADTSS00336213 | MADTSS00336213 | MADWAA00017384 | MADWAA00017384 |
| MADTSS00336218 | MADTSS00336218 | MADWAA00017401 | MADWAA00017407 |
| MADTSS00336219 | MADTSS00336219 | MADWAA00017418 | MADWAA00017419 |
| MADTSS00336228 | MADTSS00336228 | MADWAA00017446 | MADWAA00017446 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00017495 | MADWAA00017497 | MADWAA00017489 | MADWAA00017489 |
| MADWAA00017504 | MADWAA00017510 | MADWAA00029274 | MADWAA00029274 |
| MADWAA00017557 | MADWAA00017557 | MADWAA00029399 | MADWAA00029399 |
| MADWAA00017560 | MADWAA00017560 | MADWAA00029702 | MADWAA00029702 |
| MADWAA00017592 | MADWAA00017592 | MADWAA00030101 | MADWAA00030101 |
| MADWAA00017602 | MADWAA00017602 | MADWAA00030151 | MADWAA00030151 |
| MADWAA00017605 | MADWAA00017605 | MADWAA00030377 | MADWAA00030377 |
| MADWAA00017609 | MADWAA00017609 | MADWAA00037195 | MADWAA00037195 |
| MADWAA00017616 | MADWAA00017618 | MADWAA00038379 | MADWAA00038379 |
| MADWAA00017624 | MADWAA00017626 | MADWAA00038598 | MADWAA00038685 |
| MADWAA00017667 | MADWAA00017669 | MADWAA00038686 | MADWAA00038687 |
| MADWAA00017682 | MADWAA00017682 | MADWAA00038688 | MADWAA00038700 |
| MADWAA00017727 | MADWAA00017732 | MADWAA00038705 | MADWAA00039262 |
| MADWAA00017736 | MADWAA00017741 | MADWAA00039264 | MADWAA00039937 |
| MADWAA00017745 | MADWAA00017746 | MADWAA00039939 | MADWAA00040516 |
| MADWAA00017753 | MADWAA00017757 | MADWAA00040518 | MADWAA00040518 |
| MADWAA00017759 | MADWAA00017778 | MADWAA00040520 | MADWAA00040671 |
| MADWAA00017786 | MADWAA00017786 | MADWAA00040673 | MADWAA00041370 |
| MADWAA00017787 | MADWAA00017787 | MADWAA00041372 | MADWAA00041492 |
| MADWAA00017797 | MADWAA00017797 | MADWAA00041494 | MADWAA00042135 |
| MADWAA00017800 | MADWAA00017800 | MADWAA00043870 | MADWAA00043871 |
| MADWAA00017804 | MADWAA00017805 | MADWAA00043872 | MADWAA00043876 |
| MADWAA00017806 | MADWAA00017807 | MADWAA00043877 | MADWAA00044766 |
| MADWAA00017821 | MADWAA00017823 | MADWAA00044767 | MADWAA00044767 |
| MADWAA00017833 | MADWAA00017833 | MADWAA00044769 | MADWAA00044769 |
| MADWAA00017882 | MADWAA00017882 | MADWAA00044771 | MADWAA00044908 |
| MADWAA00017885 | MADWAA00017901 | MADWAA00048071 | MADWAA00048162 |
| MADWAA00017903 | MADWAA00017903 | MADWAA00048163 | MADWAA00048167 |
| MADWAA00026582 | MADWAA00026583 | MADWAA00048168 | MADWAA00048169 |
| MADWAA00028713 | MADWAA00028714 | MADWAA00048170 | MADWAA00048945 |
| MADWAA00028716 | MADWAA00028716 | MADWAA00048946 | MADWAA00048946 |
| MADWAA00028718 | MADWAA00028718 | MADWAA00048948 | MADWAA00048948 |
| MADWAA00028885 | MADWAA00028885 | MADWAA00048950 | MADWAA00048950 |
| MADWAA00028934 | MADWAA00028934 | MADWAA00048952 | MADWAA00049111 |
| MADWAA00029203 | MADWAA00029203 | MADWAA00049112 | MADWAA00049199 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00049202 | MADWAA00049206 | MADWAA00049200 | MADWAA00049201 |
| MADWAA00049208 | MADWAA00049214 | MADWAA00066549 | MADWAA00066551 |
| MADWAA00049216 | MADWAA00049921 | MADWAA00066553 | MADWAA00066616 |
| MADWAA00049922 | MADWAA00049922 | MADWAA00066618 | MADWAA00067279 |
| MADWAA00049924 | MADWAA00050070 | MADWAA00067421 | MADWAA00067803 |
| MADWAA00051674 | MADWAA00051783 | MADWAA00067805 | MADWAA00068772 |
| MADWAA00051784 | MADWAA00051785 | MADWAA00068773 | MADWAA00068773 |
| MADWAA00051786 | MADWAA00051798 | MADWAA00068775 | MADWAA00068896 |
| MADWAA00051799 | MADWAA00053240 | MADWAA00068897 | MADWAA00070352 |
| MADWAA00053241 | MADWAA00053241 | MADWAA00072074 | MADWAA00072075 |
| MADWAA00053243 | MADWAA00053251 | MADWAA00072183 | MADWAA00072766 |
| MADWAA00053253 | MADWAA00053283 | MADWAA00072767 | MADWAA00072767 |
| MADWAA00053285 | MADWAA00053366 | MADWAA00072769 | MADWAA00072980 |
| MADWAA00053367 | MADWAA00054718 | MADWAA00072981 | MADWAA00073424 |
| MADWAA00056483 | MADWAA00056484 | MADWAA00075113 | MADWAA00075854 |
| MADWAA00056485 | MADWAA00056492 | MADWAA00075948 | MADWAA00076221 |
| MADWAA00056493 | MADWAA00057108 | MADWAA00076222 | MADWAA00076222 |
| MADWAA00057110 | MADWAA00057587 | MADWAA00076224 | MADWAA00076343 |
| MADWAA00057588 | MADWAA00057588 | MADWAA00076344 | MADWAA00076719 |
| MADWAA00057590 | MADWAA00057590 | MADWAA00076815 | MADWAA00076815 |
| MADWAA00057592 | MADWAA00057592 | MADWAA00076817 | MADWAA00076929 |
| MADWAA00057594 | MADWAA00057594 | MADWAA00076931 | MADWAA00077626 |
| MADWAA00057596 | MADWAA00057727 | MADWAA00083479 | MADWAA00083479 |
| MADWAA00062754 | MADWAA00062754 | MADWAA00083481 | MADWAA00083481 |
| MADWAA00062765 | MADWAA00062973 | MADWAA00083483 | MADWAA00083626 |
| MADWAA00062975 | MADWAA00063824 | MADWAA00085470 | MADWAA00085492 |
| MADWAA00063825 | MADWAA00063825 | MADWAA00085839 | MADWAA00085840 |
| MADWAA00063827 | MADWAA00063827 | MADWAA00085841 | MADWAA00085852 |
| MADWAA00063829 | MADWAA00063950 | MADWAA00085853 | MADWAA00085942 |
| MADWAA00063952 | MADWAA00064707 | MADWAA00085949 | MADWAA00086782 |
| MADWAA00064709 | MADWAA00065484 | MADWAA00086783 | MADWAA00086783 |
| MADWAA00065486 | MADWAA00066299 | MADWAA00086785 | MADWAA00086994 |
| MADWAA00066411 | MADWAA00066411 | MADWAA00086995 | MADWAA00086996 |
| MADWAA00066413 | MADWAA00066413 | MADWAA00086997 | MADWAA00087096 |
| MADWAA00066415 | MADWAA00066548 | MADWAA00087097 | MADWAA00087112 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00087117 | MADWAA00087336 | MADWAA00087115 | MADWAA00087115 |
| MADWAA00087337 | MADWAA00089287 | MADWAA00115177 | MADWAA00115700 |
| MADWAA00089289 | MADWAA00089904 | MADWAA00115701 | MADWAA00115701 |
| MADWAA00095123 | MADWAA00095124 | MADWAA00115703 | MADWAA00115850 |
| MADWAA00095545 | MADWAA00095546 | MADWAA00115851 | MADWAA00116290 |
| MADWAA00097307 | MADWAA00097308 | MADWAA00116396 | MADWAA00116397 |
| MADWAA00097309 | MADWAA00097314 | MADWAA00116399 | MADWAA00116399 |
| MADWAA00097315 | MADWAA00097396 | MADWAA00116452 | MADWAA00118723 |
| MADWAA00097397 | MADWAA00098110 | MADWAA00118724 | MADWAA00118873 |
| MADWAA00098111 | MADWAA00098318 | MADWAA00118874 | MADWAA00119511 |
| MADWAA00098319 | MADWAA00098320 | MADWAA00119623 | MADWAA00119945 |
| MADWAA00098321 | MADWAA00098326 | MADWAA00119947 | MADWAA00119947 |
| MADWAA00098416 | MADWAA00098416 | MADWAA00119949 | MADWAA00120368 |
| MADWAA00098418 | MADWAA00098603 | MADWAA00120369 | MADWAA00120369 |
| MADWAA00098604 | MADWAA00099008 | MADWAA00120371 | MADWAA00120371 |
| MADWAA00099010 | MADWAA00099401 | MADWAA00120373 | MADWAA00120516 |
| MADWAA00099930 | MADWAA00099931 | MADWAA00122154 | MADWAA00122154 |
| MADWAA00099932 | MADWAA00099935 | MADWAA00122156 | MADWAA00122156 |
| MADWAA00099936 | MADWAA00100001 | MADWAA00122158 | MADWAA00122158 |
| MADWAA00100002 | MADWAA00100485 | MADWAA00122160 | MADWAA00122301 |
| MADWAA00100486 | MADWAA00100667 | MADWAA00122302 | MADWAA00124953 |
| MADWAA00100668 | MADWAA00100915 | MADWAA00127474 | MADWAA00128601 |
| MADWAA00102648 | MADWAA00102649 | MADWAA00128602 | MADWAA00128602 |
| MADWAA00102650 | MADWAA00102664 | MADWAA00128604 | MADWAA00128604 |
| MADWAA00102758 | MADWAA00103846 | MADWAA00128606 | MADWAA00128781 |
| MADWAA00103848 | MADWAA00104974 | MADWAA00128897 | MADWAA00129404 |
| MADWAA00104976 | MADWAA00105235 | MADWAA00129405 | MADWAA00129405 |
| MADWAA00105236 | MADWAA00105435 | MADWAA00129407 | MADWAA00129558 |
| MADWAA00105717 | MADWAA00105717 | MADWAA00129560 | MADWAA00129953 |
| MADWAA00109966 | MADWAA00110941 | MADWAA00130353 | MADWAA00130354 |
| MADWAA00110942 | MADWAA00110942 | MADWAA00131312 | MADWAA00131313 |
| MADWAA00110944 | MADWAA00110944 | MADWAA00131385 | MADWAA00131386 |
| MADWAA00110946 | MADWAA00111099 | MADWAA00131387 | MADWAA00131404 |
| MADWAA00111100 | MADWAA00111796 | MADWAA00131405 | MADWAA00131494 |
| MADWAA00111798 | MADWAA00112719 | MADWAA00131495 | MADWAA00132862 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00139875 | MADWAA00139881 | MADWAA00139873 | MADWAA00139874 |
| MADWAA00139976 | MADWAA00139976 | MADWAA00154924 | MADWAA00154939 |
| MADWAA00139978 | MADWAA00139978 | MADWAA00154941 | MADWAA00155532 |
| MADWAA00139980 | MADWAA00140157 | MADWAA00155535 | MADWAA00155850 |
| MADWAA00140158 | MADWAA00141195 | MADWAA00155852 | MADWAA00157510 |
| MADWAA00142972 | MADWAA00142973 | MADWAA00157511 | MADWAA00157536 |
| MADWAA00142974 | MADWAA00143060 | MADWAA00157537 | MADWAA00157736 |
| MADWAA00142974 | MADWAA00142978 | MADWAA00157739 | MADWAA00157958 |
| MADWAA00143062 | MADWAA00143779 | MADWAA00159129 | MADWAA00159151 |
| MADWAA00143780 | MADWAA00143780 | MADWAA00159153 | MADWAA00160261 |
| MADWAA00143782 | MADWAA00143969 | MADWAA00160324 | MADWAA00160347 |
| MADWAA00145760 | MADWAA00145761 | MADWAA00160348 | MADWAA00161403 |
| MADWAA00145765 | MADWAA00145770 | MADWAA00161462 | MADWAA00163125 |
| MADWAA00145771 | MADWAA00145834 | MADWAA00163192 | MADWAA00163209 |
| MADWAA00145836 | MADWAA00146577 | MADWAA00163210 | MADWAA00163592 |
| MADWAA00146578 | MADWAA00146578 | MADWAA00163594 | MADWAA00163659 |
| MADWAA00146580 | MADWAA00146767 | MADWAA00163786 | MADWAA00163803 |
| MADWAA00146768 | MADWAA00146769 | MADWAA00163804 | MADWAA00164188 |
| MADWAA00146770 | MADWAA00146774 | MADWAA00164190 | MADWAA00165456 |
| MADWAA00146775 | MADWAA00146866 | MADWAA00165457 | MADWAA00165457 |
| MADWAA00146867 | MADWAA00147110 | MADWAA00165459 | MADWAA00165484 |
| MADWAA00147111 | MADWAA00147111 | MADWAA00165485 | MADWAA00165559 |
| MADWAA00147113 | MADWAA00147113 | MADWAA00165561 | MADWAA00166192 |
| MADWAA00147115 | MADWAA00147332 | MADWAA00167061 | MADWAA00167080 |
| MADWAA00147333 | MADWAA00147868 | MADWAA00167081 | MADWAA00168390 |
| MADWAA00147869 | MADWAA00147870 | MADWAA00168465 | MADWAA00170342 |
| MADWAA00147871 | MADWAA00147885 | MADWAA00173050 | MADWAA00173050 |
| MADWAA00147886 | MADWAA00148001 | MADWAA00173052 | MADWAA00173062 |
| MADWAA00148003 | MADWAA00150479 | MADWAA00173065 | MADWAA00173856 |
| MADWAA00150481 | MADWAA00151496 | MADWAA00174952 | MADWAA00174965 |
| MADWAA00151497 | MADWAA00151708 | MADWAA00174966 | MADWAA00175803 |
| MADWAA00151709 | MADWAA00152346 | MADWAA00182284 | MADWAA00182287 |
| MADWAA00152347 | MADWAA00152347 | MADWAA00182291 | MADWAA00182428 |
| MADWAA00152349 | MADWAA00152552 | MADWAA00183297 | MADWAA00183372 |
| MADWAA00152553 | MADWAA00152928 | MADWAA00183373 | MADWAA00183387 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00184733 | MADWAA00184818 | MADWAA00183388 | MADWAA00183389 |
| MADWAA00184819 | MADWAA00184821 | MADWAA00195060 | MADWAA00195112 |
| MADWAA00184822 | MADWAA00184830 | MADWAA00195114 | MADWAA00196539 |
| MADWAA00184835 | MADWAA00185352 | MADWAA00196674 | MADWAA00198996 |
| MADWAA00185353 | MADWAA00185494 | MADWAA00198997 | MADWAA00199013 |
| MADWAA00185495 | MADWAA00185908 | MADWAA00199015 | MADWAA00199015 |
| MADWAA00187932 | MADWAA00188082 | MADWAA00199017 | MADWAA00199018 |
| MADWAA00188084 | MADWAA00188086 | MADWAA00199019 | MADWAA00199526 |
| MADWAA00188421 | MADWAA00188427 | MADWAA00199658 | MADWAA00199660 |
| MADWAA00188428 | MADWAA00188429 | MADWAA00199662 | MADWAA00199663 |
| MADWAA00188430 | MADWAA00188468 | MADWAA00199664 | MADWAA00199992 |
| MADWAA00188471 | MADWAA00188801 | MADWAA00199994 | MADWAA00200256 |
| MADWAA00188803 | MADWAA00189192 | MADWAA00200258 | MADWAA00200393 |
| MADWAA00189193 | MADWAA00189260 | MADWAA00203196 | MADWAA00203198 |
| MADWAA00189261 | MADWAA00189262 | MADWAA00203200 | MADWAA00203302 |
| MADWAA00189263 | MADWAA00189270 | MADWAA00203304 | MADWAA00203962 |
| MADWAA00189271 | MADWAA00189684 | MADWAA00203964 | MADWAA00204255 |
| MADWAA00189687 | MADWAA00189687 | MADWAA00205496 | MADWAA00206050 |
| MADWAA00189689 | MADWAA00189822 | MADWAA00206052 | MADWAA00206052 |
| MADWAA00189823 | MADWAA00190392 | MADWAA00206054 | MADWAA00206071 |
| MADWAA00190395 | MADWAA00190614 | MADWAA00206072 | MADWAA00206077 |
| MADWAA00190910 | MADWAA00190985 | MADWAA00206078 | MADWAA00206829 |
| MADWAA00190986 | MADWAA00190987 | MADWAA00208816 | MADWAA00208817 |
| MADWAA00190988 | MADWAA00190994 | MADWAA00208818 | MADWAA00209815 |
| MADWAA00190995 | MADWAA00191418 | MADWAA00209905 | MADWAA00209906 |
| MADWAA00191419 | MADWAA00191419 | MADWAA00209907 | MADWAA00209912 |
| MADWAA00191421 | MADWAA00191580 | MADWAA00209913 | MADWAA00210734 |
| MADWAA00191581 | MADWAA00191597 | MADWAA00210846 | MADWAA00210885 |
| MADWAA00191599 | MADWAA00192504 | MADWAA00210886 | MADWAA00210889 |
| MADWAA00193339 | MADWAA00194922 | MADWAA00210890 | MADWAA00211959 |
| MADWAA00194924 | MADWAA00194940 | MADWAA00212778 | MADWAA00212778 |
| MADWAA00194942 | MADWAA00194942 | MADWAA00212780 | MADWAA00212782 |
| MADWAA00194944 | MADWAA00194945 | MADWAA00212784 | MADWAA00212787 |
| MADWAA00194946 | MADWAA00195056 | MADWAA00212788 | MADWAA00213066 |
| MADWAA00195058 | MADWAA00195058 | MADWAA00213068 | MADWAA00213420 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00213672 | MADWAA00213679 | MADWAA00213422 | MADWAA00213670 |
| MADWAA00219788 | MADWAA00219788 | MADWAA00238801 | MADWAA00238801 |
| MADWAA00219790 | MADWAA00219853 | MADWAA00238803 | MADWAA00238804 |
| MADWAA00219854 | MADWAA00220673 | MADWAA00239983 | MADWAA00239983 |
| MADWAA00220764 | MADWAA00221503 | MADWAA00242269 | MADWAA00242350 |
| MADWAA00221504 | MADWAA00221504 | MADWAA00242351 | MADWAA00242358 |
| MADWAA00221506 | MADWAA00221559 | MADWAA00242359 | MADWAA00242360 |
| MADWAA00221698 | MADWAA00221699 | MADWAA00242363 | MADWAA00242694 |
| MADWAA00221700 | MADWAA00221700 | MADWAA00242695 | MADWAA00242885 |
| MADWAA00221702 | MADWAA00221755 | MADWAA00242887 | MADWAA00242887 |
| MADWAA00221756 | MADWAA00222399 | MADWAA00242889 | MADWAA00243310 |
| MADWAA00222525 | MADWAA00224103 | MADWAA00243311 | MADWAA00243384 |
| MADWAA00224105 | MADWAA00224422 | MADWAA00243385 | MADWAA00243391 |
| MADWAA00224423 | MADWAA00224423 | MADWAA00243392 | MADWAA00243393 |
| MADWAA00224425 | MADWAA00224474 | MADWAA00243395 | MADWAA00243532 |
| MADWAA00225280 | MADWAA00225280 | MADWAA00243533 | MADWAA00244476 |
| MADWAA00226423 | MADWAA00226439 | MADWAA00244477 | MADWAA00244478 |
| MADWAA00226441 | MADWAA00227105 | MADWAA00244480 | MADWAA00244486 |
| MADWAA00227107 | MADWAA00227810 | MADWAA00244487 | MADWAA00244560 |
| MADWAA00227811 | MADWAA00227811 | MADWAA00244561 | MADWAA00244693 |
| MADWAA00227813 | MADWAA00227870 | MADWAA00244695 | MADWAA00245698 |
| MADWAA00227871 | MADWAA00229292 | MADWAA00247349 | MADWAA00247350 |
| MADWAA00229406 | MADWAA00230199 | MADWAA00247351 | MADWAA00247363 |
| MADWAA00230200 | MADWAA00230200 | MADWAA00247446 | MADWAA00248526 |
| MADWAA00230202 | MADWAA00230255 | MADWAA00248528 | MADWAA00249059 |
| MADWAA00230257 | MADWAA00230258 | MADWAA00249060 | MADWAA00249061 |
| MADWAA00232930 | MADWAA00233385 | MADWAA00249062 | MADWAA00249989 |
| MADWAA00233386 | MADWAA00233441 | MADWAA00249990 | MADWAA00249990 |
| MADWAA00233442 | MADWAA00233880 | MADWAA00249992 | MADWAA00250149 |
| MADWAA00233882 | MADWAA00235555 | MADWAA00253260 | MADWAA00253343 |
| MADWAA00235692 | MADWAA00236329 | MADWAA00253344 | MADWAA00253350 |
| MADWAA00236330 | MADWAA00236391 | MADWAA00253351 | MADWAA00253352 |
| MADWAA00236393 | MADWAA00236621 | MADWAA00253353 | MADWAA00253353 |
| MADWAA00236623 | MADWAA00238167 | MADWAA00253355 | MADWAA00253355 |
| MADWAA00238169 | MADWAA00238524 | MADWAA00253357 | MADWAA00253518 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00257807 | MADWAA00257886 | MADWAA00253519 | MADWAA00254414 |
| MADWAA00257887 | MADWAA00257902 | MADWAA00276230 | MADWAA00276664 |
| MADWAA00257903 | MADWAA00257904 | MADWAA00276666 | MADWAA00276740 |
| MADWAA00257905 | MADWAA00257906 | MADWAA00276742 | MADWAA00276927 |
| MADWAA00257907 | MADWAA00258319 | MADWAA00277076 | MADWAA00277078 |
| MADWAA00258321 | MADWAA00260564 | MADWAA00277080 | MADWAA00277081 |
| MADWAA00260565 | MADWAA00260756 | MADWAA00277082 | MADWAA00278307 |
| MADWAA00261617 | MADWAA00261729 | MADWAA00278464 | MADWAA00278989 |
| MADWAA00261731 | MADWAA00262311 | MADWAA00278990 | MADWAA00278990 |
| MADWAA00262313 | MADWAA00262429 | MADWAA00278992 | MADWAA00278993 |
| MADWAA00262431 | MADWAA00262578 | MADWAA00278994 | MADWAA00279038 |
| MADWAA00262663 | MADWAA00262679 | MADWAA00279040 | MADWAA00279435 |
| MADWAA00262681 | MADWAA00262715 | MADWAA00279520 | MADWAA00279522 |
| MADWAA00262717 | MADWAA00263210 | MADWAA00279524 | MADWAA00279529 |
| MADWAA00263812 | MADWAA00264512 | MADWAA00279530 | MADWAA00279970 |
| MADWAA00264514 | MADWAA00265665 | MADWAA00279972 | MADWAA00279972 |
| MADWAA00265668 | MADWAA00265944 | MADWAA00279974 | MADWAA00280066 |
| MADWAA00265946 | MADWAA00266229 | MADWAA00280068 | MADWAA00280146 |
| MADWAA00266398 | MADWAA00266406 | MADWAA00280148 | MADWAA00280148 |
| MADWAA00266408 | MADWAA00266408 | MADWAA00280150 | MADWAA00280521 |
| MADWAA00266410 | MADWAA00266411 | MADWAA00284629 | MADWAA00284682 |
| MADWAA00266412 | MADWAA00266412 | MADWAA00284684 | MADWAA00285415 |
| MADWAA00266414 | MADWAA00266658 | MADWAA00285417 | MADWAA00285735 |
| MADWAA00266660 | MADWAA00267673 | MADWAA00285737 | MADWAA00285930 |
| MADWAA00267675 | MADWAA00268515 | MADWAA00285932 | MADWAA00287257 |
| MADWAA00268517 | MADWAA00269903 | MADWAA00287328 | MADWAA00287330 |
| MADWAA00271711 | MADWAA00273208 | MADWAA00287332 | MADWAA00287335 |
| MADWAA00273358 | MADWAA00273361 | MADWAA00287336 | MADWAA00288032 |
| MADWAA00273362 | MADWAA00273379 | MADWAA00288034 | MADWAA00288037 |
| MADWAA00273380 | MADWAA00274795 | MADWAA00288143 | MADWAA00290728 |
| MADWAA00275794 | MADWAA00275796 | MADWAA00290729 | MADWAA00290734 |
| MADWAA00275798 | MADWAA00275799 | MADWAA00290735 | MADWAA00290737 |
| MADWAA00275800 | MADWAA00275832 | MADWAA00290739 | MADWAA00290739 |
| MADWAA00275834 | MADWAA00275940 | MADWAA00290741 | MADWAA00290741 |
| MADWAA00275942 | MADWAA00276228 | MADWAA00290743 | MADWAA00290743 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00291294 | MADWAA00291298 | MADWAA00290745 | MADWAA00291212 |
| MADWAA00291300 | MADWAA00291306 | MADWAA00299958 | MADWAA00300172 |
| MADWAA00291308 | MADWAA00291868 | MADWAA00300174 | MADWAA00300486 |
| MADWAA00291870 | MADWAA00292032 | MADWAA00300488 | MADWAA00300756 |
| MADWAA00292034 | MADWAA00292168 | MADWAA00300758 | MADWAA00300791 |
| MADWAA00292170 | MADWAA00292574 | MADWAA00301727 | MADWAA00301731 |
| MADWAA00292576 | MADWAA00292723 | MADWAA00301733 | MADWAA00301736 |
| MADWAA00292811 | MADWAA00292811 | MADWAA00301737 | MADWAA00303054 |
| MADWAA00292813 | MADWAA00292821 | MADWAA00303055 | MADWAA00303062 |
| MADWAA00292823 | MADWAA00292834 | MADWAA00303063 | MADWAA00303760 |
| MADWAA00292835 | MADWAA00292839 | MADWAA00303767 | MADWAA00304282 |
| MADWAA00292841 | MADWAA00292868 | MADWAA00304289 | MADWAA00305093 |
| MADWAA00292870 | MADWAA00293698 | MADWAA00305095 | MADWAA00305214 |
| MADWAA00293793 | MADWAA00294995 | MADWAA00305676 | MADWAA00307216 |
| MADWAA00294997 | MADWAA00295103 | MADWAA00307218 | MADWAA00307915 |
| MADWAA00295105 | MADWAA00295109 | MADWAA00307916 | MADWAA00307916 |
| MADWAA00295111 | MADWAA00295182 | MADWAA00307918 | MADWAA00307979 |
| MADWAA00295264 | MADWAA00295268 | MADWAA00307980 | MADWAA00308749 |
| MADWAA00295270 | MADWAA00295272 | MADWAA00308861 | MADWAA00310110 |
| MADWAA00295274 | MADWAA00295298 | MADWAA00310111 | MADWAA00310111 |
| MADWAA00295300 | MADWAA00296637 | MADWAA00310113 | MADWAA00310180 |
| MADWAA00296708 | MADWAA00296708 | MADWAA00310181 | MADWAA00311570 |
| MADWAA00296710 | MADWAA00296711 | MADWAA00313711 | MADWAA00313711 |
| MADWAA00296712 | MADWAA00297233 | MADWAA00313713 | MADWAA00313766 |
| MADWAA00297331 | MADWAA00297338 | MADWAA00313767 | MADWAA00314820 |
| MADWAA00297339 | MADWAA00297729 | MADWAA00316197 | MADWAA00316197 |
| MADWAA00297731 | MADWAA00297777 | MADWAA00316199 | MADWAA00316254 |
| MADWAA00297779 | MADWAA00297919 | MADWAA00316255 | MADWAA00317034 |
| MADWAA00297921 | MADWAA00297947 | MADWAA00319298 | MADWAA00320141 |
| MADWAA00297949 | MADWAA00297961 | MADWAA00320142 | MADWAA00320142 |
| MADWAA00297963 | MADWAA00298089 | MADWAA00320144 | MADWAA00320299 |
| MADWAA00298091 | MADWAA00299094 | MADWAA00321524 | MADWAA00322085 |
| MADWAA00299096 | MADWAA00299834 | MADWAA00322086 | MADWAA00322132 |
| MADWAA00299836 | MADWAA00299951 | MADWAA00322134 | MADWAA00322557 |
| MADWAA00299952 | MADWAA00299956 | MADWAA00322696 | MADWAA00323367 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00323370 | MADWAA00323525 | MADWAA00323368 | MADWAA00323368 |
| MADWAA00323527 | MADWAA00323528 | MADWAA00351901 | MADWAA00351959 |
| MADWAA00323659 | MADWAA00323659 | MADWAA00351961 | MADWAA00352850 |
| MADWAA00323661 | MADWAA00323720 | MADWAA00354673 | MADWAA00354674 |
| MADWAA00323721 | MADWAA00324488 | MADWAA00354675 | MADWAA00355569 |
| MADWAA00331827 | MADWAA00332760 | MADWAA00359610 | MADWAA00359623 |
| MADWAA00332761 | MADWAA00332811 | MADWAA00359624 | MADWAA00360493 |
| MADWAA00332939 | MADWAA00332940 | MADWAA00360495 | MADWAA00361340 |
| MADWAA00332950 | MADWAA00332951 | MADWAA00361342 | MADWAA00361406 |
| MADWAA00332953 | MADWAA00334256 | MADWAA00361408 | MADWAA00362196 |
| MADWAA00334257 | MADWAA00334257 | MADWAA00362198 | MADWAA00362441 |
| MADWAA00334259 | MADWAA00334315 | MADWAA00362941 | MADWAA00362946 |
| MADWAA00334420 | MADWAA00334420 | MADWAA00362947 | MADWAA00363698 |
| MADWAA00334422 | MADWAA00334475 | MADWAA00363833 | MADWAA00363844 |
| MADWAA00334476 | MADWAA00335377 | MADWAA00363846 | MADWAA00365087 |
| MADWAA00335525 | MADWAA00336696 | MADWAA00366207 | MADWAA00367260 |
| MADWAA00336817 | MADWAA00338286 | MADWAA00367261 | MADWAA00367264 |
| MADWAA00338287 | MADWAA00338287 | MADWAA00367370 | MADWAA00367377 |
| MADWAA00338289 | MADWAA00338342 | MADWAA00367378 | MADWAA00367850 |
| MADWAA00338343 | MADWAA00339502 | MADWAA00367852 | MADWAA00368367 |
| MADWAA00339619 | MADWAA00341016 | MADWAA00371288 | MADWAA00372588 |
| MADWAA00341017 | MADWAA00341017 | MADWAA00372590 | MADWAA00372595 |
| MADWAA00341019 | MADWAA00341076 | MADWAA00372596 | MADWAA00372613 |
| MADWAA00341077 | MADWAA00342324 | MADWAA00372614 | MADWAA00372615 |
| MADWAA00348863 | MADWAA00348863 | MADWAA00372618 | MADWAA00372622 |
| MADWAA00348865 | MADWAA00348915 | MADWAA00372625 | MADWAA00373864 |
| MADWAA00348917 | MADWAA00348926 | MADWAA00373989 | MADWAA00374267 |
| MADWAA00348927 | MADWAA00349664 | MADWAA00374269 | MADWAA00375968 |
| MADWAA00349666 | MADWAA00350116 | MADWAA00375970 | MADWAA00376069 |
| MADWAA00350118 | MADWAA00350547 | MADWAA00376070 | MADWAA00376085 |
| MADWAA00350549 | MADWAA00350554 | MADWAA00376086 | MADWAA00377045 |
| MADWAA00350679 | MADWAA00350679 | MADWAA00377059 | MADWAA00377062 |
| MADWAA00350681 | MADWAA00350730 | MADWAA00377059 | MADWAA00377062 |
| MADWAA00350731 | MADWAA00351036 | MADWAA00377065 | MADWAA00377070 |
| MADWAA00351039 | MADWAA00351802 | MADWAA00377071 | MADWAA00378164 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA00378369 | MADWAA00378369 | MADWAA00378171 | MADWAA00378368 |
| MADWAA00378371 | MADWAA00378486 | MADWAA00384848 | MADWAA00384851 |
| MADWAA00378487 | MADWAA00378494 | MADWAA00384852 | MADWAA00384854 |
| MADWAA00378495 | MADWAA00378498 | MADWAA00384856 | MADWAA00385231 |
| MADWAA00378499 | MADWAA00378566 | MADWAA00385232 | MADWAA00385232 |
| MADWAA00378600 | MADWAA00378605 | MADWAA00385234 | MADWAA00385359 |
| MADWAA00378606 | MADWAA00378606 | MADWAA00385360 | MADWAA00385623 |
| MADWAA00378608 | MADWAA00379567 | MADWAA00385624 | MADWAA00385761 |
| MADWAA00379568 | MADWAA00379687 | MADWAA00385762 | MADWAA00386284 |
| MADWAA00379688 | MADWAA00379695 | MADWAA00386286 | MADWAA00386529 |
| MADWAA00379696 | MADWAA00379699 | MADWAA00387521 | MADWAA00388097 |
| MADWAA00379700 | MADWAA00379769 | MADWAA00389847 | MADWAA00389848 |
| MADWAA00379770 | MADWAA00380035 | MADWAA00389849 | MADWAA00389853 |
| MADWAA00380036 | MADWAA00380090 | MADWAA00389854 | MADWAA00389923 |
| MADWAA00380092 | MADWAA00380165 | MADWAA00389926 | MADWAA00390053 |
| MADWAA00380166 | MADWAA00380489 | MADWAA00390054 | MADWAA00391335 |
| MADWAA00380517 | MADWAA00381326 | MADWAA00391813 | MADWAA00391816 |
| MADWAA00381882 | MADWAA00381882 | MADWAA00391817 | MADWAA00391837 |
| MADWAA00382284 | MADWAA00382284 | MADWAA00391838 | MADWAA00391913 |
| MADWAA00383562 | MADWAA00383585 | MADWAA00391914 | MADWAA00392676 |
| MADWAA00383851 | MADWAA00383872 | MADWAA00392678 | MADWAA00393531 |
| MADWAA00384156 | MADWAA00384156 | MADWAA00578467 | MADWAA00579894 |
| MADWAA00384158 | MADWAA00384158 | MADWAA00593865 | MADWAA00595441 |
| MADWAA00384160 | MADWAA00384160 | MADWAA00596992 | MADWAA00596998 |
| MADWAA00384162 | MADWAA00384162 | MADWAA00597549 | MADWAA00597559 |
| MADWAA00384172 | MADWAA00384183 | MADWAA00598000 | MADWAA00598012 |
| MADWAA00384184 | MADWAA00384289 | MADWAA00598540 | MADWAA00598556 |
| MADWAA00384291 | MADWAA00384294 | MADWAA00598948 | MADWAA00598954 |
| MADWAA00384324 | MADWAA00384324 | MADWAA00599351 | MADWAA00599357 |
| MADWAA00384325 | MADWAA00384330 | MADWAA00599778 | MADWAA00599784 |
| MADWAA00384327 | MADWAA00384328 | MADWAA00600253 | MADWAA00601201 |
| MADWAA00384331 | MADWAA00384331 | MADWAA00601204 | MADWAA00602116 |
| MADWAA00384762 | MADWAA00384766 | MADWAA01072627 | MADWAA01072667 |
| MADWAA00384767 | MADWAA00384768 | MADWAA01072668 | MADWAA01072714 |
| MADWAA00384769 | MADWAA00384834 | MADWAA01072715 | MADWAA01072761 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MADWAA01072808 | MADWAA01072851 | MADWAA01072762 | MADWAA01072807 |
| MADWAA01072852 | MADWAA01072894 | MADTEE00351797 | MADTEE00351797 |
| MADTEE00347576 | MADTEE00347578 | MADTEE00351798 | MADTEE00351798 |
| MADTEE00348321 | MADTEE00348323 | MADTEE00351801 | MADTEE00351801 |
| MADTEE00348324 | MADTEE00348326 | MADTEE00351802 | MADTEE00351802 |
| MADTEE00351308 | MADTEE00351308 | MADTEE00351805 | MADTEE00351805 |
| MADTEE00351347 | MADTEE00351347 | MADTEE00351806 | MADTEE00351806 |
| MADTEE00351365 | MADTEE00351365 | MADTEE00351808 | MADTEE00351808 |
| MADTEE00351692 | MADTEE00351692 | MADTEE00351809 | MADTEE00351809 |
| MADTEE00351728 | MADTEE00351728 | MADTEE00351810 | MADTEE00351810 |
| MADTEE00351730 | MADTEE00351730 | MADTEE00351811 | MADTEE00351811 |
| MADTEE00351731 | MADTEE00351731 | MADTEE00351812 | MADTEE00351812 |
| MADTEE00351732 | MADTEE00351732 | MADTEE00351813 | MADTEE00351813 |
| MADTEE00351733 | MADTEE00351733 | MADTEE00351815 | MADTEE00351815 |
| MADTEE00351734 | MADTEE00351734 | MADTEE00351816 | MADTEE00351816 |
| MADTEE00351761 | MADTEE00351761 | MADTEE00351817 | MADTEE00351817 |
| MADTEE00351763 | MADTEE00351763 | MADTEE00351819 | MADTEE00351830 |
| MADTEE00351764 | MADTEE00351764 | MADTEE00351831 | MADTEE00351831 |
| MADTEE00351765 | MADTEE00351765 | MADTEE00351833 | MADTEE00351833 |
| MADTEE00351766 | MADTEE00351766 | MADTEE00351835 | MADTEE00351835 |
| MADTEE00351767 | MADTEE00351767 | MADTEE00351836 | MADTEE00351836 |
| MADTEE00351768 | MADTEE00351768 | MADTEE00351843 | MADTEE00351843 |
| MADTEE00351770 | MADTEE00351774 | MADTEE00351844 | MADTEE00351844 |
| MADTEE00351775 | MADTEE00351775 | MADTEE00351847 | MADTEE00351847 |
| MADTEE00351776 | MADTEE00351776 | MADTEE00351848 | MADTEE00351848 |
| MADTEE00351777 | MADTEE00351777 | MADTEE00351849 | MADTEE00351849 |
| MADTEE00351778 | MADTEE00351778 | MADTEE00351891 | MADTEE00351891 |
| MADTEE00351779 | MADTEE00351779 | MADTEE00351893 | MADTEE00351893 |
| MADTEE00351781 | MADTEE00351781 | MADTEE00351897 | MADTEE00351897 |
| MADTEE00351784 | MADTEE00351784 | MADTNN00107555 | MADTNN00107557 |
| MADTEE00351785 | MADTEE00351785 | MADTSS00264003 | MADTSS00264004 |
| MADTEE00351787 | MADTEE00351787 | MADTSS00264005 | MADTSS00264005 |
| MADTEE00351791 | MADTEE00351791 | MADTSS01239478 | MADTSS01239479 |
| MADTEE00351792 | MADTEE00351792 | MADTSS01239480 | MADTSS01239480 |
| MADTEE00351795 | MADTEE00351795 | MADTSS01241811 | MADTSS01241811 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADTSS01330097 | MADTSS01330098 | MADTSS01306306 | MADTSS01306311 |
| MADTSS01330099 | MADTSS01330099 | MADTSS01330901 | MADTSS01330919 |
| MADTSS01330100 | MADTSS01330101 | MADTSS01330920 | MADTSS01330944 |
| MADTSS01330102 | MADTSS01330102 | MADTSS01330945 | MADTSS01330969 |
| MADTSS01330103 | MADTSS01330103 | MADTSS01330970 | MADTSS01330994 |
| MADTSS01330104 | MADTSS01330104 | MADTSS01330995 | MADTSS01331018 |
| MADTSS01330105 | MADTSS01330105 | MADTSS01331019 | MADTSS01331043 |
| MADTSS01330106 | MADTSS01330107 | MADTSS01331044 | MADTSS01331071 |
| MADTSS01330108 | MADTSS01330109 | MADTSS01331072 | MADTSS01331098 |
| MADTSS01330110 | MADTSS01330111 | MADTSS01331099 | MADTSS01331112 |
| MADTSS01330453 | MADTSS01330474 | MADTSS01331113 | MADTSS01331136 |
| MADTSS01330475 | MADTSS01330499 | MADTSS01331137 | MADTSS01331161 |
| MADTSS01330500 | MADTSS01330529 | MADTSS01337031 | MADTSS01337033 |
| MADTSS01330530 | MADTSS01330554 | MADTSS01380173 | MADTSS01380173 |
| MADTSS01330555 | MADTSS01330575 | MADTSS01380174 | MADTSS01380175 |
| MADTSS01330576 | MADTSS01330584 | MADWAA00027100 | MADWAA00027100 |
| MADTSS01330585 | MADTSS01330592 | MADWAA00027102 | MADWAA00027102 |
| MADTSS01330593 | MADTSS01330614 | MADTEE00351636 | MADTEE00351691 |
| MADTSS01330615 | MADTSS01330633 | MADTSS01200856 | MADTSS01200856 |
| MADTSS01330634 | MADTSS01330642 | MDPTFF00000294 | MDPTFF00000689 |
| MADTSS01330664 | MADTSS01330672 | MDPTPP00000001 | MDPTPP07766402 |
| MADTSS01330673 | MADTSS01330681 | MDPTQQ00000001 | MDPTQQ00902596 |
| MADTSS01330682 | MADTSS01330682 | MDPTVV00000001 | MDPTVV00346036 |
| MADTSS01330683 | MADTSS01330683 | MF00000001 | MF00010356 |
| MADTSS01330686 | MADTSS01330686 | MF00010359 | MF00010360 |
| MADTSS01330687 | MADTSS01330687 | MF00010434 | MF00010690 |
| MADTSS01330691 | MADTSS01330695 | MF00010764 | MF00010764 |
| MADTSS01330696 | MADTSS01330727 | MF00010916 | MF00010916 |
| MADTSS01330728 | MADTSS01330737 | MF00010933 | MF00015860 |
| MADTSS01330738 | MADTSS01330747 | MF00015862 | MF00054017 |
| MADTSS01330748 | MADTSS01330761 | MF00054019 | MF00054019 |
| MADTSS01330770 | MADTSS01330794 | MF00054037 | MF00054538 |
| MADTSS01330795 | MADTSS01330818 | MF00054554 | MF00054554 |
| MADTSS01330819 | MADTSS01330843 | MF00054570 | MF00054570 |
| MADTSS01330844 | MADTSS01330868 | MF00054586 | MF00054586 |

# Exhibit 2 - Documents Considered

The following list provides documents that I considered in connection with this report and the preparation of the chronological listings of the cash and principal transactions to calculate the Principal Balances for all of BLMIS's customer accounts.

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| MF00054616 | MF00054616 | MF00054601 | MF00054601 |
| MF00054631 | MF00054631 | MF00549294 | MF00549295 |
| MF00054646 | MF00054646 | MF00549297 | MF00549469 |
| MF00054660 | MF00054660 | MF00589674 | MF00589756 |
| MF00054674 | MF00054674 | MF00596269 | MF00596426 |
| MF00054688 | MF00054688 | MADTSS00196027 | MADTSS00196027 |
| MF00054702 | MF00054702 | MADTSS00196029 | MADTSS00196031 |
| MF00054716 | MF00054716 | MADTSS00196070 | MADTSS00196070 |
| MF00054720 | MF00089903 | MADTSS00196101 | MADTSS00196104 |
| MF00089932 | MF00089932 | MADTSS00196110 | MADTSS00196111 |
| MF00089947 | MF00089947 | MADTSS00196423 | MADTSS00196423 |
| MF00089956 | MF00089956 | MADTSS00196458 | MADTSS00196458 |
| MF00089992 | MF00089992 | MADTSS00196522 | MADTSS00196524 |
| MF00090001 | MF00090001 | MADTSS00196526 | MADTSS00196526 |
| MF00090016 | MF00090016 | MADTSS00196528 | MADTSS00196528 |
| MF00090080 | MF00090080 | MADTSS00201064 | MADTSS00201174 |
| MF00090082 | MF00090082 | MOTTAA00003583 | MOTTAA00003583 |
| MF00090097 | MF00090097 | | |
| MF00090124 | MF00090124 | SECSBJ0007636 | SECSBJ0008374 |
| MF00090134 | MF00090134 | SECSBP0007964 | SECSBP0007968 |
| MF00090161 | MF00090161 | SECSBP0008034 | SECSBP0008040 |
| MF00090163 | MF00090163 | SECSBP0008113 | SECSBP0008119 |
| MF00090173 | MF00090173 | SECSBP0008192 | SECSBP0008197 |
| MF00090239 | MF00090687 | SECSBP0008271 | SECSBP0008277 |
| MF00090727 | MF00092169 | SECSBP0008351 | SECSBP0008351 |
| MF00092171 | MF00092171 | SECSBP0008439 | SECSPB0008446 |
| MF00092173 | MF00094142 | SECSCR0000034 | SECSCR0000036 |
| MF00094144 | MF00094160 | | |
| MF00094188 | MF00152284 | PUBLIC0591623-PUBLIC0591643 | |
| MF00156869 | MF00543449 | Checkbook File (Dec. 2008 data) (native file format) | |
| MF00544339 | MF00544449 | Great Plains accounting system (native file format) | |
| MF00544455 | MF00544457 | Cohmad Cash Database (native file format) | |
| MF00544462 | MF00544576 | | |
| MF00544715 | MF00545147 | | |
| MF00548948 | MF00549288 | | |