# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Palmedo Account

|  | 1C0019 | Palmedo Account 1CM142 |
|---|---|---|
| **INFLOWS** | | |
| Cash Deposits | $2,800,039 | $75,000 |
| Transfers of Principal (In) | 3,978,998 | 150,000[a] |
| **Principal Available** | **$6,779,037** | **$225,000** |
| **OUTFLOWS** | | |
| Cash Withdrawals | ($305,000) | ($1,010,000) |
| Transfers of Principal (Out) | (7,106,856)[a] | 0 |
| **Total Outflows** | **($7,411,856)** | **($1,010,000)** |
| **Total** | **($632,819)** | **($785,000)** |

[a]  The $7,106,856 was transferred from BLMIS Account 1C0019 into other BLMIS accounts; one of those was an inter-account transfer of principal in the amount of $150,000 into the Palmedo Account. (*See* **Exhibits 4A, 4B** and **5**; *see also* **PALMEDO 000016**, **PALMEDO 000020** and **PALMEDO 000022**.)