# Exhibit 4A

**BLMIS ACCOUNT NO. 1C0019 (FORMERLY 100552) - BERNARD L MADOFF C & M 19**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 4/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 100,000 | - | MF00491208 | MF00491208 |
| 4/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 200,000 | - | MF00491208 | MF00491208 |
| 4/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 300,000 | - | MF00491208 | MF00491208 |
| 4/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 400,000 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM C & M 18 *(1C0018)* | 100,356 [1] | - | - | - | - | 400,000 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 150,102 | - | - | 150,102 | - | 550,102 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 75,216 | - | - | 75,216 | - | 625,317 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 125,085 | - | - | 125,085 | - | 750,402 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM C & M 18 *(1C0018)* | 402,100 [1] | - | - | - | - | 750,402 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 50,034 | - | - | 50,034 | - | 800,436 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 50,051 | - | - | 50,051 | - | 850,487 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 100,288 | - | - | 100,288 | - | 950,775 | - | MF00491208 | MF00491208 |
| 4/1/1991 | TRANS FROM INTERIM *(1C0000)* | 25,047 | - | - | 25,047 | - | 975,821 | - | MF00491208 | MF00491208 |
| 4/2/1991 | CHECK | 164,000 | 164,000 | - | - | - | 1,139,821 | - | MF00491208 | MF00491208 |
| 4/2/1991 | CHECK | 86,000 | 86,000 | - | - | - | 1,225,821 | - | MF00491208 | MF00491208 |
| 4/2/1991 | CHECK | 86,000 | 86,000 | - | - | - | 1,311,821 | - | MF00491208 | MF00491208 |
| 4/2/1991 | CHECK | 164,000 | 164,000 | - | - | - | 1,475,821 | - | MF00491208 | MF00491208 |
| 5/8/1991 | CHECK | 100,000 | 100,000 | - | - | - | 1,575,821 | - | MF00487449 | MF00487449 |
| 5/8/1991 | CHECK | (100,000) | - | (100,000) | - | - | 1,475,821 | - | MF00487449 | MF00487449 |
| 7/1/1991 | CHECK | 200,000 | 200,000 | - | - | - | 1,675,821 | - | MF00483837 | MF00483838 |
| 7/1/1991 | CHECK | 75,000 | 75,000 | - | - | - | 1,750,821 | - | MF00483837 | MF00483838 |
| 7/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 1,850,821 | - | MF00483837 | MF00483838 |
| 7/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 1,950,821 | - | MF00483837 | MF00483838 |
| 7/1/1991 | TRANS FROM INTERIM *(1C0000)* | 100,096 [2] | - | - | 99,384 | - | 2,050,205 | - | MF00483837 | MF00483838 |
| 7/1/1991 | TRANS FROM INTERIM *(1C0000)* | 100,080 [2] | - | - | 99,368 | - | 2,149,574 | - | MF00483837 | MF00483838 |
| 7/1/1991 | TRANS FROM INTERIM *(1C0000)* | 100,048 [2] | - | - | 99,337 | - | 2,248,910 | - | MF00483837 | MF00483838 |
| 7/1/1991 | TRANS FROM C & M 6 *(1C0006)* | 25,000 | - | - | 25,000 | - | 2,273,910 | - | MF00483837 | MF00483838 |
| 7/1/1991 | TRANS FROM INTERIM *(1C0000)* | 200,962 [2] | - | - | 199,532 | - | 2,473,443 | - | MF00483837 | MF00483838 |
| 7/1/1991 | TRANS FROM INTERIM *(1C0000)* | 100,176 [2] | - | - | 99,464 | - | 2,572,907 | - | MF00483837 | MF00483838 |
| 7/9/1991 | CHECK WIRE A/O 07/03/91 | 200,000 | 200,000 | - | - | - | 2,772,907 | - | MF00483837 | MF00483838 |
| 10/1/1991 | CHECK | 62,253 | 62,253 | - | - | - | 2,835,160 | - | MF00477553 | MF00477554 |
| 10/1/1991 | CHECK | 200,000 | 200,000 | - | - | - | 3,035,160 | - | MF00477553 | MF00477554 |
| 10/1/1991 | CHECK | 100,000 | 100,000 | - | - | - | 3,135,160 | - | MF00477553 | MF00477554 |
| 10/1/1991 | CHECK | 37,786 | 37,786 | - | - | - | 3,172,946 | - | MF00477553 | MF00477554 |
| 10/1/1991 | CHECK | 80,000 | 80,000 | - | - | - | 3,252,946 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 100,081 | - | - | 100,081 | - | 3,353,026 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 25,003 | - | - | 25,003 | - | 3,378,030 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 100,268 | - | - | 100,268 | - | 3,478,298 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 50,007 | - | - | 50,007 | - | 3,528,305 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 401,181 | - | - | 401,181 | - | 3,929,486 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M 6 *(1C0006)* | 25,000 | - | - | 25,000 | - | 3,954,486 | - | MF00477553 | MF00477554 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 50,007 | - | - | 50,007 | - | 4,004,493 | - | MF00477553 | MF00477554 |
| 10/4/1991 | CHECK | 20,000 | 20,000 | - | - | - | 4,024,493 | - | MF00477553 | MF00477554 |
| 1/2/1992 | CHECK | 5,000 | 5,000 | - | - | - | 4,029,493 | - | MF00471371 | MF00471372 |
| 1/2/1992 | CHECK | 25,000 | 25,000 | - | - | - | 4,054,493 | - | MF00471371 | MF00471372 |
| 1/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 4,154,493 | - | MF00471371 | MF00471372 |
| 1/2/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 50,158 [2] | - | - | 50,030 | - | 4,204,523 | - | MF00471371 | MF00471372 |
| 1/2/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 40,011 [2] | - | - | 39,909 | - | 4,244,432 | - | MF00471371 | MF00471372 |
| 1/2/1992 | TRANS FROM C & M 92 *(1C0092)* | 100,000 | - | - | 100,000 | - | 4,344,432 | - | MF00471371 | MF00471372 |
| 1/2/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 50,329 [2] | - | - | 50,201 | - | 4,394,633 | - | MF00471371 | MF00471372 |

BLMIS ACCOUNT NO. 1C0019 (FORMERLY 100552) - BERNARD L MADOFF C & M 19

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/2/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 100,192 [2] | - | - | 99,937 | - | 4,494,571 | - | MF00471371 | MF00471372 |
| 2/3/1992 | TRANS TO C & M 92 *(1C0092)* | (100,000) | - | - | - | (100,000) | 4,394,571 | - | MF00469586 | MF00469586 |
| 2/3/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 500,644 | - | - | 500,644 | - | 4,895,214 | - | MF00469586 | MF00469586 |
| 4/1/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 500,796 [2] | - | - | 498,673 | - | 5,393,887 | - | MF00465215 | MF00465216 |
| 4/1/1992 | TRANS FROM C & M 8 *(1C0008)* | 25,000 | - | - | 25,000 | - | 5,418,887 | - | MF00465215 | MF00465216 |
| 4/1/1992 | TRANS FROM C & M INTERIM *(1C0000)* | 135,376 [2] | - | - | 134,802 | - | 5,553,689 | - | MF00465215 | MF00465216 |
| 7/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 5,653,689 | - | MF00458754 | MF00458755 |
| 7/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 5,753,689 | - | MF00458754 | MF00458755 |
| 7/1/1992 | TRANS TO 1F006430 *(1F0064)* | (1,020,892) [3] | - | - | - | (1,000,000) | 4,753,689 | - | MF00458754 | MF00458755 |
| 7/1/1992 | TRANS TO C & M 92 BURGER *(1C0092)* | (100,000) | - | - | - | (100,000) | 4,653,689 | - | MF00458754 | MF00458755 |
| 7/1/1992 | TRANS FROM C & M INT *(1C0000)* | 25,033 [2] | - | - | 24,992 | - | 4,678,681 | - | MF00458754 | MF00458755 |
| 7/1/1992 | TRANS FROM C & M INT *(1C0000)* | 25,023 [2] | - | - | 24,982 | - | 4,703,663 | - | MF00458754 | MF00458755 |
| 7/2/1992 | CHECK | 100,000 | 100,000 | - | - | - | 4,803,663 | - | MF00458754 | MF00458755 |
| 8/3/1992 | TRANS FROM C & M 8 *(1C0008)* | 25,000 | - | - | 25,000 | - | 4,828,663 | - | MF00456801 | MF00456802 |
| 9/24/1992 | CHECK | 430,484 | 430,484 | - | - | - | 5,259,147 | - | MF00454838 | |
| 9/29/1992 | CXL 9/24/92 | (430,484) | (430,484) | - | - | - | 4,828,663 | - | MF00454837 | MF00454838 |
| 10/1/1992 | CHECK | 150,000 | 150,000 | - | - | - | 4,978,663 | - | MF00452442 | MF00452443 |
| 10/1/1992 | TRANS FROM INTERIM *(1C0000)* | 25,062 [2] | - | - | 25,039 | - | 5,003,702 | - | MF00452442 | MF00452443 |
| 10/1/1992 | TRANS FROM INTERIM *(1C0000)* | 430,723 [2] | - | - | 430,335 | - | 5,434,037 | - | MF00452442 | MF00452443 |
| 1/4/1993 | CHECK | 45,000 | 45,000 | - | - | - | 5,479,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM14630 *(1CM146)* | (138,024) [3] | - | - | - | (100,000) | 5,379,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM18330 *(1CM183)* | (131,742) [3] | - | - | - | (100,000) | 5,279,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM13830 *(1CM138)* | (74,924) [3] | - | - | - | (60,000) | 5,219,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM14730 *(1CM147)* | (138,024) [3] | - | - | - | (100,000) | 5,119,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM19130 *(1CM191)* | (124,922) [3] | - | - | - | (100,000) | 5,019,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM16930 *(1CM169)* | (661,267) [3] | - | - | - | (550,000) | 4,469,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM13230 *(1CM132)* | (138,024) [3] | - | - | - | (100,000) | 4,369,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM14230 *(1CM142)* | (192,271) [3] | - | - | - | (150,000) | 4,219,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM10430 *(1CM104)* | (233,553) [3] | - | - | - | (200,000) | 4,019,037 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM14030 *(1CM140)* | (24,975) [3] | - | - | - | (22,928) | 3,996,109 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM10630 *(1CM106)* | (263,484) [3] | - | - | - | (200,000) | 3,796,109 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM19430 *(1CM194)* | (131,742) [3] | - | - | - | (100,000) | 3,696,109 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM07330 *(1CM073)* | (167,933) [3] | - | - | - | (130,000) | 3,566,109 | - | MF00436673 | MF00436674 |
| 1/4/1993 | CHECK | (75,000) | - | (75,000) | - | - | 3,491,109 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM13130 *(1CM131)* | (196,741) [3] | - | - | - | (170,000) | 3,321,109 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM14130 *(1CM141)* | (24,975) [3] | - | - | - | (22,928) | 3,298,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM17330 *(1CM173)* | (270,059) [3] | - | - | - | (200,000) | 3,098,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM05630 *(1CM056)* | (138,514) [3] | - | - | - | (100,000) | 2,998,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM16230 *(1CM162)* | (207,175) [3] | - | - | - | (150,000) | 2,848,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM04630 *(1CM046)* | (656,510) [3] | - | - | - | (576,000) | 2,272,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM13630 *(1CM136)* | (180,031) [3] | - | - | - | (140,000) | 2,132,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM01630 *(1CM016)* | (575,852) [3] | - | - | - | (460,000) | 1,672,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM09130 *(1CM091)* | (253,099) [3] | - | - | - | (200,000) | 1,472,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM17430 *(1CM174)* | (270,059) [3] | - | - | - | (175,000) | 1,297,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | CHECK | (75,000) | - | (75,000) | - | - | 1,222,181 | - | MF00436673 | MF00436674 |

BLMIS ACCOUNT NO. 1C0019 (FORMERLY 100552) - BERNARD L MADOFF C & M 19

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/4/1993 | TRANS TO 1CM03530 *(1CM035)* | (138,024) [3] | - | - | - | (100,000) | 1,122,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM02330 *(1CM023)* | (626,175) [3] | - | - | - | (500,000) | 622,181 | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM02230 *(1CM022)* | (1,127,087) [3] | - | - | - | (900,000) | (277,819) | - | MF00436673 | MF00436674 |
| 1/4/1993 | TRANS TO 1CM11830 *(1CM118)* | (403,172) [3] | - | - | - | (300,000) | (577,819) | - | MF00436673 | MF00436674 |
| 1/12/1993 | CHECK | (55,000) | - | (55,000) | - | - | (632,819) | - | MF00436673 | MF00436674 |
| | Total: | | $ 2,800,039 | $ (305,000) | $ 3,978,998 | $ (7,106,856) | $ (632,819) | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[3] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.