# Exhibit 4B

Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for the Palmedo Account

BLMIS ACCOUNT NO. 1CM142 - PHILIP F PALMEDO

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 1/4/1993 | TRANS FROM 1C001930 (1C0019) | 192,271 [1] | - | - | 150,000 | - | 150,000 | - | MF00436490 | MF00436491 |
| 4/1/1993 | CHECK | 25,000 | 25,000 | - | - | - | 175,000 | - | MF00386468 | MF00386469 |
| 12/20/1995 | CHECK | 50,000 | 50,000 | - | - | - | 225,000 | - | MDPTPP00815367 | MDPTPP00815371 |
| 10/21/1998 | CHECK | (60,000) | - | (60,000) | - | - | 165,000 | - | MDPTPP00815577 | MDPTPP00815581 |
| 4/27/2000 | CHECK | (50,000) | - | (50,000) | - | - | 115,000 | - | MDPTPP00815680 | MDPTPP00815682 |
| 11/30/2001 | CHECK | (50,000) | - | (50,000) | - | - | 65,000 | - | MDPTPP00815790 | MDPTPP00815794 |
| 11/21/2003 | CHECK | (250,000) | - | (250,000) | - | - | (185,000) | - | MDPTPP00815938 | MDPTPP00815941 |
| 5/22/2008 | CHECK | (600,000) | - | (600,000) | - | - | (785,000) | (600,000) | MDPTPP00816242 | MDPTPP00816246 |
| | Total: | | $ 75,000 | $ (1,010,000) | $ 150,000 | $ - | $ (785,000) | $ (600,000) | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the applicable principal was transferred into this account on this date. See Exhibit 5 for an excerpt of the Cohmad Cash Database for the Palmedo Account. See also PALMEDO 000016, PALMEDO 000020 and PALMEDO 000022.