# Exhibit 5

# Exhibit 5 - Excerpt of the Cohmad Cash Database for the Palmedo Account

| Account Number: 1CM142 | Title: Philip F. Palmedo | | RR: MC |
|---|---|---|---|

**Deposits:**

| | Date | Type | Amount | Amount |
|---|---|---|---|---|
| | 12/20/1995 | Deposit | $50,000.00 | $50,000.00 |
| | 04/01/1993 | Deposit | $25,000.00 | $25,000.00 |
| | 01/03/1993 | Deposit | $150,253.00 | $150,253.00 |
| | **Total:** | | **$225,253.00** | **$225,253.00** |

**Withdrawals:**

| | Date | Type | Amount | Amount |
|---|---|---|---|---|
| | 05/22/2008 | Withdrawal | ($600,000.00) | $0.00 |
| | 11/21/2003 | Withdrawal | ($250,000.00) | ($65,253.00) |
| | 11/30/2001 | Withdrawal | ($50,000.00) | ($50,000.00) |
| | 04/27/2000 | Withdrawal | ($50,000.00) | ($50,000.00) |
| | 10/21/1998 | Withdrawal | ($60,000.00) | ($60,000.00) |
| | **Total:** | | **($1,010,000.00)** | **($225,253.00)** |

**Grand Total:** ($784,747.00)

**Grand Total:** $0.00

Enter Account Number you wish to view: [ ]

**Finished**

Record: 192 of 1171    No Filter    Search