UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS　　　　　　　　　　)
　　　　　　　　　　　　　　　　　　) ss:
COUNTY OF DALLAS　　　　　　　 )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On August 28, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

   > 1. TRUSTEE'S THIRTY-FIRST OMNIBUS MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW (Docket Number 19729)
   >
   > 2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-FIRST OMNIBUS MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW (Docket Number 19730)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-FIRST OMNIBUS MOTION TO (I) DISALLOW CLAIMS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO HAVE NO NET EQUITY AND (II) OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED MORE THAN THEY WITHDREW (Docket Number 19731)

Executed on August 28, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this 28th day of August, 2020

MARY S. BETIK
My Notary ID # 4866693
Expires March 12, 2022

_____
(SEAL)

_____
Notary Public

3

# Exhibit A

Exhibit A
8/28/2020

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Lowenstein Sandler PC | Bruce Buechler, Esq. and Nicole Stefanelli, Esq. | 65 Livingston Ave. | Roseland | NJ | 07068 | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Lax & Neville, LLP | Brian J. Neville | 1450 Broadway, 35th Floor | New York | NY | 10018 | Counsel |