# EXHIBIT 2

Registration No 36867



# BERMUDA

## IN THE MATTER OF THE MEMBERS' VOLUNTARY WINDING-UP OF
## Montpellier International Ltd.

---

PURSUANT TO SECTION 213 OF THE COMPANIES ACT 1981 THIS IS TO RECORD that the above captioned company was dissolved on the 9th day of January 2017 AND that all notices and documentation have been submitted to the Registrar of Companies as prescribed by the Companies Act 1981 with respect to a Members' Voluntary Winding-Up by BOTH the above captioned company and its duly appointed Liquidator.

Given under my hand and the Seal of
the REGISTRAR OF COMPANIES
this 16th day of January 2017

Jeremie Hayward
For REGISTRAR OF COMPANIES



Registrar of Companies
Government Administration Building
30 Parliament Street
Hamilton HM 12

**Attention: Crystal Fox**

January 11 2017

Estera Ref ADF/CMJ/130739.0008

Dear Sirs

**Montpellier International Ltd. (the "Company")**

Please find enclosed for your records, a scanned copy of the liquidators letter confirming the Company was dissolved on the 9th January 2017. Upon receipt of the original, we will forward same to you.

Yours faithfully

*Estera Services (Bermuda) Limited*

**Estera Services (Bermuda) Limited**

Encl.



Corporate Services

Estera Services
(Bermuda) Limited
Canon's Court
22 Victoria Street
PO Box 1624
Hamilton Bermuda
HM EX

Tel +1 441 295 1443
Fax +1 441 295 3328

estera.com

Bermuda
British Virgin Islands
Cayman Islands
Guernsey
Hong Kong
Isle of Man
Jersey
Mauritius
Seychelles
Shanghai

Licensed to conduct Trust
Business by the Bermuda
Monetary Authority

14360875.1

## MONTPELLIER INTERNATIONAL LTD.

### (Dissolved)

---

P.O. BOX HM 1179
CANON'S COURT, 22 VICTORIA STREET, HAMILTON HM 12, BERMUDA

| | | |
|---|---|---|
| TELEPHONE: | +1 (441) 295-1443 | WHEN REPLYING |
| WEBSITE: | www.estera.com | PLEASE QUOTE |
| FAX: | +1 (441) 295-3328 | REF: CMJ/130739.0008 |

January 9, 2017

**BY HAND**

The Registrar of Companies
Government Administration Building
Parliament Street
Hamilton

Dear Sir

In accordance with the provisions of Section 213(3) of The Companies Act 1981, I hereby notify you that the Company was dissolved by a Written Resolution on January 9, 2017. Enclosed are copies of the advertisements that were published in the Royal Gazette on 1st December 2016.

Yours faithfully

*[signature]*

**Rafael Mayer**
Liquidator

Enc.

13832696v1

THE COMPANIES ACT 1981
SPECIAL RESOLUTION
- OF -
MONTPELLIER
INTERNATIONAL LTD.

BY a Unanimous Written Resolution of the Members of the above-named Company, on November 28, 2016 the following RESOLUTIONS WERE duly passed:-

"That the Company be wound up voluntarily";

"That Rafael Mayer of 79 Madison Avenue, 15th Floor, New York, New York 10016 USA be appointed the Liquidator of the Company with full power and authority to conduct the winding-up of the Company in accordance with The Companies Act 1981 and the Companies (Winding-Up) Rules 1982".

Herbert Michael Selzer
Director

---

NOTICE OF APPOINTMENT OF LIQUIDATOR
MEMBERS' VOLUNTARY WINDING-UP

Name of Company:
MONTPELLIER INTERNATIONAL LTD.

I, Rafael Mayer, of 79 Madison Avenue, 15th Floor, New York, New York 10016 USA hereby give you notice that I have been appointed Liquidator of MONTPELLIER INTERNATIONAL LTD., by a unanimous written resolution of the members of the Company dated November 28, 2016.

Rafael Mayer
Liquidator

Dated this 1st December 2016

---

IN THE MATTER OF THE COMPANIES ACT 1981
AND IN THE MATTER OF MONTPELLIER INTERNATIONAL LTD.
(IN MEMBERS' VOLUNTARY LIQUIDATION)

NOTICE is hereby given that the Creditors of the above-named Company are required on or before the 16th December 2016 to send their names and addresses and particulars of their debts or claims to the undersigned, the liquidator of the said Company, at 79 Madison Avenue, 15th Floor, New York, New York 10016 USA and if so required by notice in writing from the said liquidator to come in and prove their said debts or claims at such time and place as shall be specified in such notice or in default of any of the above requirements they will be excluded from the benefit of any distribution made before such debts are proved.

Rafael Mayer
Liquidator

Dated this 1st December 2016

---

IN THE MATTER OF THE COMPANIES ACT 1981
- and -
IN THE MATTER OF MONTPELLIER INTERNATIONAL LTD.
(IN MEMBERS' VOLUNTARY LIQUIDATION)

NOTICE is hereby given that a General Meeting of the Members of the above-named Company will be held at 79 Madison Avenue, 15th Floor, New York, New York 10016 USA on the 9th January 2017 at 11:00 a.m. for the purposes of considering and, if thought fit, resolving:

(1) the approval of and adoption of an account laid before them showing the manner in which the winding-up of the Company has been conducted and its property disposed of;

(2) hearing any explanation that may be given by the Liquidator;

(3) the manner in which the books, accounts and documents of the Company and of the Liquidator thereof, shall be disposed; and

(4) to dissolve the Company.

Rafael Mayer
Liquidator

Dated this 1st December 2016

THE COMPANIES ACT 1981

MEMBERS' VOLUNTARY WINDING-UP

MONTPELLIER INTERNATIONAL LTD.

DECLARATION OF SOLVENCY

(EMBODYING A STATEMENT OF ASSETS AND LIABILITIES)

I, **Rafael Mayer** of 2 Grand Central Tower, 140 East 45th Street, 28th Floor, New York, New York 10017 U.S.A., a Director of **MONTPELLIER INTERNATIONAL LTD. DO SOLEMNLY AND SINCERELY DECLARE** that I have made a full enquiry into the affairs of this Company and that, having done so, I have formed the opinion that this Company will be able to pay its debts in full within a period of twelve months from the commencement of the winding-up, and append a statement of the Company's assets and liabilities as at 30th September 2016 being the latest practicable date before the making of this Declaration.

**SWORN** at                                                    )
by the above-named **Rafael Mayer**      )
this 18th day of November 2016           )

_____
Rafael Mayer

Before me:

_____
**Notary Public**

AIMEE M DUPONT
Notary Public - State of New York
NO. 01DU6243969
Qualified in Kings County
My Commission Expires 6/27/19

5138150v1

## Montpellier International Ltd.
### Statement of Assets, Liabilities and Shareholders' Equity (in USD)
### As of September 30, 2016

**ASSETS**

| | | |
|---|---:|---:|
| **Investment assets, at fair value:** | | |
| Invest in hedge fund | $ | - |
| Cash and cash equivalents | | 13,552,533.70 |
| Redemptions receivable | | 170,804.39 |
| **Total assets** | $ | 13,723,338.10 |

**LIABILITIES and SHAREHOLDERS' EQUITY**

| | | |
|---|---:|---:|
| **Investment liabilities, at fair value:** | | |
| Capital withdrawals payable | $ | 13,574,419.68 |
| Other liabilities | | 101,835.57 |
| **Total liabilities** | $ | 13,676,255.25 |
| **Total shareholders' equity** | $ | 47,082.85 |
| **Total liabilities and shareholders' equity** | $ | 13,723,338.10 |