# EXHIBIT 3



# Search Report

---

**Entity Name :**    Prince Assets Ltd.
**Jurisdiction :**    Cayman Islands
**Registration Number :**    95052
**Registration Date :**    08th August 1999
**Entity Type :**    EXEMPT
**Registered Office :**    MOURANT GOVERNANCE SERVICES (CAYMAN) LIMITED
    P. O. Box 1348
    94 Solaris Avenue
    Camana Bay
    Grand Cayman  KY1 - 1108
    Cayman Islands

| Status : | DISSOLVED-VOLUNTARY |
|---|---|
| Status Date : | 25th April 2019 |

**SHORT TERM LIQUIDITY FUND I, LTD.**
**In Voluntary Liquidation**
**(The "Company")**
**The Companies Law (2018 Revision)**
**Notice of Voluntary Winding Up**
**Registration No. 212840**

TAKE NOTICE that the above-named Company was put into liquidation on 20 December 2018 by a Special Resolution passed by the sole voting shareholder by way of a written resolution in lieu of a meeting.

AND FURTHER TAKE NOTICE that Christopher Rowland and Michael Pearson of FFP Limited, 2nd Floor, Harbour Centre, 42 North Church Street, George Town, Grand Cayman, Cayman Islands have been appointed Joint Voluntary Liquidators of the Company.

CREDITORS OF THE COMPANY are to prove their debts or claims within 21 days of the publication of this notice, and to establish any title they may have under the Companies Law (2018 Revision), or are to be excluded from the benefit of any distribution made before the debts are proved or from objecting to the distribution.

**Dated this 2 January 2019**

CHRISTOPHER ROWLAND
Voluntary Liquidator

**Contact for Enquiries:**
Nicola Cowan
FFP Limited
2nd Floor Harbour Centre
42 North Church Street
George Town, Grand Cayman
**Address for service:**
10 Market Street, #769, Camana Bay
Grand Cayman KY1-9006
Cayman Islands
Telephone:  +1 345 947 5854
Email: nicola.cowan@ffp.ky

**PRINCE ASSETS LTD.**
**(In Voluntary Liquidation)**
**(the Company)**
**The Companies Law (As Amended)**

TAKE NOTICE that the Company was put into voluntary liquidation on 2 January 2019 by a special resolution passed by a written resolution of the sole shareholder of the Company.

AND FURTHER TAKE NOTICE that David Mayer of c/o Henley Capital (Costa Rica) S.R.L., Edificio Condominio Meridiano, Piso 5, Diagonal a Multiplaza Escazú, San José, Costa Rica has been appointed voluntary liquidator of the Company.

Creditors of the Company are to prove their debts or claims on or before 24 January 2019, and to establish any title they may have under the Companies Law (as amended), or be excluded from the benefit of any distribution made before such debts are proved or from objecting to the distribution.

**Date: 2 January 2019**

MOURANT OZANNES
On behalf of DAVID MAYER
Voluntary Liquidator

**Contact for Enquiries:**
Jo-Anne Maher
Telephone: (345) 814-9255
Facsimile: (345) 949-4647
**Address for service:**
c/o Mourant Ozannes, Attorneys-at-law
94 Solaris Avenue, Camana Bay
PO Box 1348
Grand Cayman KY1-1108
Cayman Islands

**EMERGING MARKETS OPPORTUNITIES**
**OFFSHORE SPV LTD**
**(In Voluntary Liquidation)**
**("The Company")**
**The Companies Law**
**Notice of Voluntary Winding Up**
**Registration No: 217793**

TAKE NOTICE that the Company was put into liquidation on 2 January 2019 by a special resolution passed by written resolution of the sole shareholder of the Company executed on 2 January 2019.

AND FURTHER TAKE NOTICE that Walkers Liquidations Limited of Cayman Corporate Centre, 27 Hospital Road, George Town, Grand Cayman KY1-9008, Cayman Islands, has been appointed voluntary liquidator of the Company.

AND NOTICE IS HEREBY GIVEN that creditors of the Company are to prove their debts or claims within 21 days of the publication of this