**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
dsheehan@bakerlaw.com
Nicholas J. Cremona
ncremona@bakerlaw.com
Michael A. Sabella
msabella@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>        Plaintiff,<br><br>    v.<br><br>PATRICE M. AULD, MERRITT KEVIN AULD, and JAMES P. MARDEN,<br><br>        Defendants. | Adv. Pro. No. 10-04343 (SMB) |

## NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE

**PLEASE TAKE NOTICE** that, pursuant to the Order Granting Supplemental Authority To Stipulate To Extensions Of Time To Respond And Adjourn Pre-Trial Conferences (Adv. Pro. No. 08-01789, ECF No. 19027), the pre-trial conference in the above-referenced adversary proceeding previously scheduled for September 30, 2020 has been further adjourned until **December 16, 2020 at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge.

Dated: New York, New York
September 3, 2020

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com
Michael A. Sabella
Email: msabella@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*