**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re: BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>　　　　　　　　　Plaintiff,<br><br>　　　v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>　　　　　　　　　Defendants. | Adv. Pro. No. 10-04390 (CGM) |

**DECLARATION OF LAN HOANG IN SUPPORT OF TRUSTEE'S**
**OPPOSITION TO DEFENDANTS' MOTION *IN LIMINE* TO EXCLUDE**
**THE TESTIMONY OF LISA COLLURA**

I, LAN HOANG, declare the following:

1.　　I am a Partner with the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the chapter 7 estate of Bernard L. Madoff.

1

2.	I submit this Declaration in support of the Trustee's Opposition to Defendants' Motion *in Limine* to Exclude the Testimony of Lisa Collura.

3.	Attached hereto as Exhibit A is a true and correct copy of the Expert Report of Lisa M. Collura, CPA, CFE, CFF, dated June 12, 2015, including Exhibits Nos. 1-3, and 7-10.

4.	Attached hereto as Exhibit B are true and correct copies of excerpts of from the transcript of Lisa M. Collura's testimony during the May 8 and May 9, 2019 trial in *Picard v. Nelson*, Adv. Pro. Nos. 10-04377 (SMB), ECF Nos. 190, 191, 10-04658 (SMB), ECF Nos. 193, 194.

I declare under penalty of perjury that the foregoing is true and correct pursuant to 28 U.S.C. § 1746(2).

Dated: September 4, 2020

By: */s/ Lan Hoang*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Lan Hoang
Email: lhoang@bakerlaw.com