# EXHIBIT B

Page 1

1  UNITED STATES BANKRUPTCY COURT
2  SOUTHERN DISTRICT OF NEW YORK
3  Adv. Case No. 10-04377-smb
4  Adv. Case No. 10-04658-smb
5  - - - - - - - - - - - - - - - - - - - - - - - - - - -x
6  IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.
7  MADOFF INVESTMENT SECURITIES LLC,
8              Plaintiff,
9         v.
10 NELSON et al.,
11             Defendants.
12 - - - - - - - - - - - - - - - - - - - - - - - - - - -x
13
14             United States Bankruptcy Court
15             One Bowling Green
16             New York, NY  10004
17
18             May 8, 2019
19             10:22 AM
20
21 B E F O R E :
22 HON STUART M. BERNSTEIN
23 U.S. BANKRUPTCY JUDGE
24
25 ECRO:  NAROTAM RAI

Page 2

1  HEARING re 10-04377-smb TRIAL

2

3  HEARING re 10-04377-smb Motion In Limine Number 1 to Admit

4  the Plea Allocutions of Bernard L. Madoff and BLMIS

5  Employees (also applies to Adv. Proc. No. 10-04658)

6

7  HEARING re 10-04377-smb Motion In Limine Number 2 to Admit

8  the Trial Testimony of Frack DiPascali (also applies to Adv.

9  Proc. No. 10-04658)

10

11 HEARING re 10-04377-smb Motion In Limine Number 3 to Exclude

12 Testimony and Exhibits Related to Defendants Asserted Tax

13 Obligations to Governmental Taxing Authorities (also applies

14 to Adv. Proc. No. 10-04658)

15

16 HEARING re 10-04658 TRIAL

17

18

19

20

21

22

23

24

25 Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER LLP

 4        Attorneys for the Trustee

 5        45 Rockefeller Plaza

 6        New York, NY 10111

 7

 8   BY:  SEANNA R. BROWN

 9        NICHOLAS J. CREMONA

10        DEAN HUNT

11        LAN HOANG

12        AMY E. VANDERWAL

13        MAXIMILLIAN S. SHIFRIN

14

15   BAKER HOSTETLER LLP

16        Attorneys for the Trustee

17        811 Main Street, Suite 1100

18        Houston, TX 77002

19

20   BY:  MARIE L. CARLISLE

21

22

23

24

25
```

Page 4

```
 1   CHAITMAN LLP
 2         465 Park Avenue
 3         New York, NY 10022
 4
 5   BY:   HELEN DAVIS CHAITMAN
 6         JENNIFER ALLIM
 7
 8   ALSO PRESENT TELEPHONICALLY:
 9
10   SEAN DALY
11   DAVID J. SHEEHAN
12   ROBERT A. RICH
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
 1   Q    If you could identify the document on the right,
 2   please.
 3   A    The document on the right is the monthly statement for
 4   the 509 account for November 2008.
 5   Q    Do these records relate to your analysis of the flow of
 6   funds in the investment advisor business we just discussed?
 7   A    Yes.
 8   Q    Explain how, please.
 9   A    So this -- these two statements show an example of, on
10   one day, particularly November 25th, 2008, where there was a
11   funding transfer from the 703 account to the 509 account.
12   On the left-hand side, you see the transaction dated
13   November 25th with the description, funding xfer or transfer
14   to lots of numbers and then it ends in 509, so that's the
15   509 account for $8,944,621.13.
16            On the right-hand side in the 509 account
17   statement, you see the corresponding receipt of that
18   transfer from the 703 account on the same date in the same
19   amount.
20   Q    Are you familiar with the term holder as it relates to
21   bank accounts?
22   A    I am.
23   Q    How is the term holder defined in the banking world?
24   A    The holder of the -- in a bank account is typically the
25   name that appears on the monthly statements.
```

1   Q    If you could turn to Exhibit 6 in your binder and
2   identify the two documents on the left, please.
3   A    The documents on the left are two different bank
4   account monthly bank statements for the 703 account for the
5   month of August 2002 and then the month of September 2002.
6   Q    What's the source of these records?
7   A    These are from J.P. Morgan.
8   Q    How do you know these are account statements for the
9   703 account?
10  A    The 703 account number is the last three digits of the
11  account number that appears on the statement.
12  Q    Do the statements identify the holder of the account?
13  A    Yes.  The name on the account for the August 2002
14  statement is Bernard L. Madoff.
15  Q    For both, for both accounts?
16  A    For both accounts.  The statements on the right-hand
17  side are the same months, August 2002 and September 2002,
18  just for the 509 account.
19  Q    The documents below those are what?
20  A    Those are the statements for both the 703 account and
21  the 509 account for September 2002 for, again, the 703
22  account and the 509 account.
23  Q    Do these statements identify the holder?
24  A    Yes.  In September of 2002, the holder of the account
25  became Bernard L. Madoff Investment Securities for both the

1   703 account and the 509 account.

2   Q   Did you include that opinion in your report?

3   A   Yes.

4   Q   Where did it come up, where is it in your report?

5   A   It was in Exhibit 3 to my report.

6   Q   From the period September 2002 to the time that Mr.
7   Madoff was arrested, it was what entity was the holder of
8   the 703 account?

9   A   Bernard L. Madoff Investment Securities.

10  Q   For the period September 2002 through December 2008
11  when Mr. Madoff was arrested, what was the holder of the 509
12  account?

13  A   Bernard L. Madoff Investment Securities.

14  Q   With the name change in the corporate entity between
15  August and September 2002, did you see any differences in
16  the handling of the transactions reflected in the 703 or 509
17  accounts?

18  A   No.  The transactions in both of those accounts were
19  consistent, meaning they were cash in from customers and
20  withdrawals to customers, for the whole time period that I
21  had statements available to me, which was from back from
22  December 1998.

23  Q   Okay.  Let's go back and talk about reconciliation.
24  You said you did a global reconciliation.  And just refresh
25  my recollection what you did to do that.

```
                                                                    Page 1

 1   UNITED STATES BANKRUPTCY COURT

 2   SOUTHERN DISTRICT OF NEW YORK

 3   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

 4   In the Matter

 5   IRVING H. PICARD, TRUSTEE

 6   FOR THE LIQUIDATION OF B,         Adv. Case No. 10-04377-SMB

 7             Plaintiff,

 8   VS.

 9   NELSON, ET AL.

10             Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   In the Matter

13   IRVING H. PICARD, TRUSTEE

14   FOR THE LIQUIDATION OF B,         Adv. Case No. 10-04658-SMB

15             Plaintiff,

16   VS.

17   NELSON, ET AL.

18             Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20                    United States Bankruptcy Court

21                          One Bowling Green

22                     New York, New York 10004-1408

23                            May 9, 2019

24                             2:00 PM

25
```

1  B E F O R E:
2  HON. STUART M. BERNSTEIN
3  U.S. BANKRUPTCY JUDGE
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25

Page 3

1   HEARING RE:  Adversary Proceeding: 10-04377-smb, Irving H.

2   Picard, Trustee for the Liquidation of B v Nelson, et al.,

3   Trial.

4

5   HEARING RE: Adversary Proceeding: 10-04377-smb, Irving h.

6   Picard, Trustee, for the Liquidation of B v. Nelson, et al.,

7   Trial.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25  Transcribed by:  Pamela A. Skaw and Tracey Williams

Page 4

1  A P P E A R A N C E S :

2  BAKER HOSTETLER

3        Attorneys for

4        45 Rockefeller Plaza

5        New York, NY 10111

6

7  BY:  DEAN D.  HUNT, ESQUIRE

8        MARIE L. CARISLE, ESQUIRE

9        AMY E. VANDERWAL, ESQUIRE

10       NICHOLAS J. CREMONA, ESQUIRE

11       MAXIMILLIAN S. SHIFRIN, ESQUIRE

12       SEANNA R. BROWN, ESQUIRE

13       DAVID J. SHEEHAN, ESQUIRE

14

15 CHAITMAN, LLP

16       Attorney for

17       465 Park Avenue

18       New York, NY 10022

19

20 BY:  HELEN DAVIS CHAIRMAN, ESQUIRE

21

22

23

24

25

1  BY MR. HUNT:

2  Q     Good afternoon, Mr. Collura.

3  A     Hello.

4  Q     You were asked a lot of questions about the 509 and 703

5  account just a couple of minutes ago.

6        During the entire time the 509 and the 703 account were

7  used, before and after the name change in September of 2002,

8  was the account number the same?

9  A     The account number was the same for the time period

10 that I had records for that account which was the December

11 1998 to December 2008.

12 Q     For what period did you have bank records?

13 A     That ten year period; December of 1998 to December of

14 2008.

15 Q     When you reconciled the bank records to the customer

16 statements, what was the result?

17 A     I reconciled over 99 percent of the cash transactions

18 on the customer statements to those bank records.

19 Q     As a forensic accountant, how did you use that

20 information to the information for the periods when you did

21 not have bank records?

22 A     I assumed that the cash transactions prior to that time

23 period were accurately stated because of the high

24 percentage, the over 99 percent that I did reconcile, when I

25 had records.