**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>ESTATE OF SEYMOUR EPSTEIN,<br><br>MURIEL EPSTEIN, as beneficiary and of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, as Executor of the Estate of Seymour Epstein, and as trustee of Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>HERBERT C. KANTOR, as trustee of Trusts | Adv. Pro. No. 10-04438 (SMB) |

1

created by the Last Will and Testament of Seymour Epstein,

RANDY EPSTEIN AUSTIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein,

ROBERT EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein,

JANE EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein,

SUSAN EPSTEIN GROSS, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, and

SHELBURNE SHIRT COMPANY, INC.,

                              Defendants.

## NOTICE OF MOTION FOR SUMMARY JUDGMENT

**PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, the

Statement of Material Facts in Support of Trustee's Motion for Summary Judgment, the

Declarations of Nicholas J. Cremona, Bruce G. Dubinsky, Lisa M. Collura, and Matthew B.

Greenblatt in Support of Trustee's Motion for Summary Judgment, with all exhibits annexed

thereto, and upon all the prior pleadings and proceedings herein, Irving H. Picard, as trustee (the

"Trustee") for the liquidation of Bernard L. Madoff Investment Securities LLC, by and through

his counsel, moves this Court, before the Honorable Stuart M. Bernstein, United States

Bankruptcy Judge for the Southern District of New York, at the United States Bankruptcy Court

for the Southern District of New York, One Bowling Green, New York, NY 10004-1408, for an

order granting the Trustee's motion for summary judgment on Count One of the Trustee's

Complaint pursuant to Rule 7056 of the Federal Rules of Bankruptcy Procedure and Rule 56 of

the Federal Rules of Civil Procedure, together with such other and further relief as this Court

deems just and proper.

PLEASE TAKE FURTHER NOTICE that defendants' answering papers to the Motion

and cross-motion for summary judgment shall be served and filed on or before October 9, 2020,

the Trustee's reply and opposition to defendants' cross-motion shall be served and filed on or

before October 30, 2020, and defendants' reply papers shall be served and filed on or before

November 6, 2020.  Oral argument on this motion is currently scheduled for November 18, 2020

at 10:00 a.m.

Dated: September 4, 2020
       New York, New York

/s/ Nicholas J. Cremona

**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Nicholas J. Cremona
ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*