# EXHIBIT 7

CHASE

| | OUT | WIRE | TRANS | My DEPOSIT | BALANCE | DA BALANCE |
|---|---|---|---|---|---|---|

MADTSS01059432