# EXHIBIT 8.1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
Chemical Bank
+ 83710 Bal 3-28
−   65 cks out
+   20 Wire In - Westwood
+  200    "     "  - Primeo CLB
+  500    "     "  - N Sachs
+ 1100    "     "  - Schupak
+ 2000    "     "  - Yesod
+ 3000    "     "  - BPI Multi Advisors
+ 1762 My Deposit 200H CTM 500H ETM
                  278 HARB 784 AMB
− 14200 Tony Out
− 27300 Wire Out - Bankers
−  3 2800  "     "  - Bk of NY
− 10 000  "     "  - Credit Lyons
+ 15000 W.L. Deposit
  +22937

65000.00 Mailed Out of State

Giving you 16 mil 4-1



**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322  Bal 3-28
- 15 823  cks out *
-    369  ck out - Monroe
-    175  Wire Out - Marden
-    650    "      "  - Cigna
-   1000    "      "  - Tremont
-   1000    "      "  - Stan (Brighton)
-   9000  Tony Out
+  27300  Wire In - Chem
─────────
-  16 039

* 15 823 400 - Hand Del N.C. prof
Drawing  15 798 466 - 4-1 N.C.
     "       80 mil    4-1  Picower
Wiring Out  545 M    4-5  Picower
           1.7 mil   4-1  Marden
           150 M     4-1  Marden
           100 M     4-1  Mald/Auld
           2 mil     4-1  Hadassah
           50 M      4-2  Marden
           250 M     4-2  Goodman
           1.875 M   4-3  Greenwich
           1 mil     4-4  Lagoon

MADTSS00244688