# EXHIBIT 2

**Documents Considered** EXHIBIT 2

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | MADWAA00274608 | MADWAA00274609 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | MADWAA00296320 | MADWAA00296321 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | MADWAA00308907 | MADWAA00308908 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | MADWAA00321854 | MADWAA00321855 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | MADWAA00351723 | MADWAA00351724 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | MADWAA00364534 | MADWAA00364535 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | MADWAA00376488 | MADWAA00376489 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | MDPTPP00584954 | MDPTPP00584958 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | MDPTPP00585015 | MDPTPP00585020 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | MDPTPP00585250 | MDPTPP00585253 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | MDPTPP00585265 | MDPTPP00585266 |
| 10-04438_AUDCAA0000001 | 10-04438_AUDCAA0000532 | MDPTPP00665382 | MDPTPP00665385 |
| 10-04438_BFECAA0000001 | 10-04438_BFECAA0000516 | MDPTPP00665584 | MDPTPP00665586 |
| 10-04438_CRJCAA0000001 | 10-04438_CRJCAA0001129 | MDPTPP00665599 | MDPTPP00665604 |
| 10-04438_Epstein_0000001 | 10-04438_Epstein_0000492 | MDPTPP00665747 | MDPTPP00665749 |
| AMF00240538 | AMF00240587 | MDPTPP00665798 | MDPTPP00665802 |
| AMF00242372 | AMF00242414 | MDPTPP00665859 | MDPTPP00665867 |
| BASE000000001 | BASE000000698 | MDPTPP00665894 | MDPTPP00665898 |
| BSTSAB0697427 | BSTSAB0697434 | MDPTPP00665977 | MDPTPP00665982 |
| BSTSAB0716437 | BSTSAB0716444 | MDPTPP00666004 | MDPTPP00666010 |
| BSTSAB0751095 | BSTSAB0751102 | MDPTPP00666056 | MDPTPP00666061 |
| BSTSAB0775447 | BSTSAB0775454 | MDPTPP00666092 | MDPTPP00666096 |
| EPSTEIN/SHULBURNE 000001 | EPSTEIN/SHULBURNE 000069 | MDPTPP00666129 | MDPTPP00666130 |
| EPSTEIN-BUCHBINDER 000001 | EPSTEIN-BUCHBINDER 001299 | MDPTPP00666133 | MDPTPP00666137 |
| FMR_SIPC_153361 | FMR_SIPC_154656 | MDPTPP00666142 | MDPTPP00666143 |
| JPMSAB0003950 | JPMSAB0004009 | MF00220359 | MF00220361 |
| JPMSAF0007581 | JPMSAF0007581 | MF00229599 | MF00229600 |
| JPMSAF0014941 | JPMSAF0014941 | MF00342124 | MF00342125 |
| JPMSAF0015064 | JPMSAF0015064 | MF00436122 | MF00436123 |
| JPMSAF0022480 | JPMSAF0022480 | MF00436245 | MF00436246 |
| JPMSAF0023055 | JPMSAF0023055 | SBCSAB0000611 | SBCSAB0000611 |
| JPMSAF0027206 | JPMSAF0027206 | SBCSAB0001379 | SBCSAB0001397 |
| JPMSAF0040524 | JPMSAF0040524 | SBCSAB0001693 | |
| JPMSAF0045503 | JPMSAF0045503 | SBCSAB0001696 | |
| JPMSAF0051899 | JPMSAF0051900 | SBCSAB0002661 | SBCSAB0002661 |
| JPMSAF0058068 | JPMSAF0058068 | SBCSAB0003494 | SBCSAB0003513 |
| JPMSAF0058092 | JPMSAF0058092 | SBCSAB0004662 | SBCSAB0004693 |
| JPMSAF0058770 | JPMSAF0058770 | SBCSAB0009479 | SBCSAB0009485 |
| JPMSAF0061505 | JPMSAF0061505 | SBCSAB0017102 | SBCSAB0017121 |
| JPMSAF0064934 | JPMSAF0064934 | SBCSAB0017179 | SBCSAB0017179 |
| JPMSAF0068008 | JPMSAF0068008 | SBCSAB0020409 | SBCSAB0020424 |
| JPMTAF0000001 | | SBCSAB0020442 | |
| MADWAA00123260 | MADWAA00123261 | SBCSAB0020996 | |
| MADWAA00205536 | MADWAA00205537 | SBCSAB0021157 | |
| MADWAA00227687 | MADWAA00227688 | SBCSAB0021158 | |
| MADWAA00228769 | MADWAA00228770 | SBCSAB0021333 | SBCSAB0021350 |
| MADWAA00243723 | MADWAA00243724 | SBCSAB0021368 | |
| MADWAA00245539 | MADWAA00245540 | SBCSAB0022258 | SBCSAB0022275 |
| MADWAA00266182 | MADWAA00266183 | SBCSAB0022322 | |
| MADWAA00272871 | MADWAA00272872 | SBCSAB0022325 | |
| MADWAA00274560 | MADWAA00274561 | SBCSAB0023321 | |

**Documents Considered**                                                                                EXHIBIT 2

| Bates Begin | Bates End |
|---|---|
| SBCSAB0023324 | |
| SBCSAB0023827 | |
| SBCSAB0024089 | |
| SBCSAB0024682 | |
| SBCSAB0025009 | SBCSAB0025022 |

| Bates Begin | Bates End |
|---|---|
| SBCSAB0025445 | |
| SBCSAB0025769 | SBCSAB0025783 |
| SBCSAC0021379 | SBCSAC0021387 |
| Shirt 000001 | Shirt 002968 |

*Statement of Financial Condition as of December 31, 2016 and Independent Auditor's Report,* NATIONAL FINANCIAL SERVICES, http://personal.fidelity.com/accounts/mailings/pdf/Retail_SOFC.pdf (last visited June 20, 2019)

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee and Verification [Omnibus]

Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Plaintiff's Initial Disclosures

Plaintiff's Amended Initial Disclosures

[Defendants'] Initial Disclosures

Responses and Objections of Defendant Shelburne Shirt Company, Inc. to Trustee's First Set of Interrogatories and Verification

Responses and Objections of Defendant Shelburne Shirt Company, Inc. to Trustee's First Set of Requests for Production of Documents

Responses and Objections of Defendants Estate of Seymour Epstein and Muriel Epstein, as Executrix of the Estate of Seymour Epstein and as Trustee of the Trusts created by the Last Will and Testament of Seymour Epstein to Trustee's First Set of Interrogatories

Responses and Objections of Defendants Estate of Seymour Epstein and Muriel Epstein, as Executrix of the Estate of Seymour Epstein and as Trustee of the Trusts created by the Last Will and Testament of Seymour Epstein to Trustee's First Request for Production of Documents

Responses and Objections of Defendants Estate of Seymour Epstein, Muriel Epstein, as Executrix of the Estate of Seymour Epstein and as Trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, and Shelburne Shirt Company, Inc. to Trustee's Second Set of Interrogatories and Verification

Responses and Objections of Defendants Estate of Seymour Epstein, Muriel Epstein, as Executrix of the Estate of Seymour Epstein and as Trustee of the Trusts created by the Last Will and Testament of Seymour Epstein, and Shelburne Shirt Company, Inc. to Trustee's Second Requests for Production of Documents

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of David Austin for Adv. No. 10-04438 (SMB), dated April 17, 2018

Transcript of and Exhibits to Deposition of Ewa "Eva" Bodnar-Felker for Adv. No. 10-04438 (SMB), dated June 8, 2018

Transcript of and Exhibits to Deposition of Jeffrey Cronin for Adv. No. 10-04438 (SMB), dated April 18, 2018