# EXHIBIT 3

**List of All Cash Transactions in the Epstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results [4] ||| Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 510145 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 1/4/1993 | 100,000 | JRNL | CHECK | n/a | **Yes** | n/a | AMF00240577 | n/a |
| 493457 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 12/27/1993 | 150,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 545059 | 1CM049 | SEYMOUR EPSTEIN | 7/1/1994 | (25,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00242401 | n/a |
| 466778 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 1/3/1995 | 50,000 | CA | CHECK | n/a | n/a | n/a | n/a | n/a |
| 199545 | 1CM049 | SEYMOUR EPSTEIN | 7/17/1997 | (100,000) | CW | CHECK | n/a | **Yes** | n/a | AMF00242400 | n/a |
| 307510 | 1CM049 | SEYMOUR EPSTEIN | 6/2/2000 | (100,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242399 | 10-04438_Epstein_0000433<br>10-04438_Epstein_0000434 |
| 168759 | 1CM049 | SEYMOUR EPSTEIN | 9/13/2000 | (50,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00242398 | n/a |
| 102790 | 1CM049 | SEYMOUR EPSTEIN | 9/30/2002 | (31,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242396 | SBCSAB0025445[5] |
| 248695 | 1CM049 | SEYMOUR EPSTEIN | 6/17/2003 | (50,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242395 | SBCSAB0020442[5] |
| 181151 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 6/25/2003 | (300,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00240553 | EPSTEIN-BUCHBINDER 000795-96<br>Shirt 001395-96, Shirt 001574 |
| 297594 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 4/6/2004 | (65,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00240551-52 | EPSTEIN-BUCHBINDER 000793 |
| 230807 | 1CM049 | SEYMOUR EPSTEIN | 4/8/2004 | (100,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242394 | SBCSAB0021368[5] |
| 42841 | 1CM049 | SEYMOUR EPSTEIN | 9/23/2004 | (55,000) | CW | CHECK | **Yes** | n/a | **Yes** | n/a | SBCSAB0021368[5] |
| 38583 | 1CM049 | SEYMOUR EPSTEIN | 12/13/2005 | (200,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242383 | SBCSAB0022325[5]<br>SBCSAB0023324[5] |
| 290268 | 1CM049 | SEYMOUR EPSTEIN | 4/18/2006 | (40,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242382 | SBCSAB0001696[5] |
| 278427 | 1CM049 | SEYMOUR EPSTEIN | 12/14/2006 | (200,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242381 | SBCSAB0001696[5] |
| 256767 | 1CM049 | SEYMOUR EPSTEIN | 6/29/2007 | (125,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00242379-80[6] | EPSTEIN/SHULBURNE 000001-2<br>SBCSAB0004692 |
| 236988 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 7/2/2007 | (135,000) | CW | CHECK | **Yes** | **Yes** | n/a | AMF00240549 | n/a |

**EXHIBIT 3**

**List of All Cash Transactions in the Epstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 141616 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 7/16/2007 | (100,000) | CW | CHECK | Yes | Yes | n/a | AMF00240546-47 | n/a |
| 305889 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 10/25/2007 | (1,276,900) | CW | CHECK | Yes | Yes | n/a | AMF00240545 | n/a |
| 236446 | 1CM049 | SEYMOUR EPSTEIN | 2/28/2008 | (75,000) | CW | CHECK | Yes | Yes | Yes | AMF00242378 | EPSTEIN/SHULBURNE 000005 |
| 48572 | 1CM049 | SEYMOUR EPSTEIN | 4/9/2008 | (710,366) | CW | CHECK WIRE | Yes | Yes | n/a | AMF00242376 | n/a |
| 47965 | 1CM049 | SEYMOUR EPSTEIN | 6/16/2008 | (172) | CW | CHECK | Yes | Yes | n/a | AMF00242377 | n/a |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced documents are electronic spreadsheets containing multiple tabs. The tabs that I have used in my reconciliation are labeled "RECON" or "Reconcil."

[6] One of the referenced documents from the BLMIS customer file for Epstein Account 1CM049 (AMF00242380) is a handwritten note dated 6/7/2007 requesting a cash withdrawal of $125,000. The document also contains a handwritten notation of "6/13." The customer statements for 1CM049 reflected a stop payment of a $125,000 cash withdrawal dated 6/13/2007, which was reissued on 6/29/2007. Therefore, I have reconciled this document to the $125,000 cash withdrawal transaction dated 6/29/2007 as reflected on the customer statements for Epstein Account 1CM049.