# EXHIBIT 4

2-27-08

To: Madoff Securities    FAX 212-838-4061
From: Seymour Epstein
Re: Acct # 1-CM049-3-0
att: Robert Cardile

Please withdraw $75,000 from my above account. Please confirm to me at tele # 212-717-4077 that said check will be ready for pick-up by my messenger, on Thursday, February 28 at 3:00 P.M. at your office at 885 Third Avenue, 18th floor.
Thank you for your cooperation.

Seymour Ep[stein]

Rachel
212-483-2590
x 50851

77/A

S-2/28/08

AMF00242378