# EXHIBIT 5

# EXHIBIT 5

**Results of Tracing Analysis - Epstein Accounts** *(During the Two Year Period)* [1]

| Banking Institution | Account Number | Account Holder(s) | Total Amount Traced per Available Bank Records |
|---|---|---|---|
| Fidelity Investments | xxx-xx6434 | Shelburne Shirt Co Inc<br>C/O Buchbinder Tunick & Co | 1,276,900 |
| Fidelity Investments | xxx-xx6250 | Seymour Epstein and Muriel Epstein - with Rights of Survivorship | 710,366 |
| Bank of America, NA | xxxx xxxx 4173 | Seymour Epstein<br>or Muriel Epstein | 400,172 |
| Bank of America, NA | xxxx xxxx 9284 | Shelburne Shirt Co Inc | 235,000 |
| | | **Total Cash Withdrawals Traced from BLMIS** | **$ 2,622,439** |
| | | *% of Total Cash Withdrawals from the Epstein Accounts in the Two Year Period* | *100%* |
| | | **Total Cash Withdrawals from the Epstein Accounts in the Two Year Period** | **$ 2,622,439** |

[1]  Further detail regarding my tracing analysis is set forth in **Exhibit 6**.