# EXHIBIT 6

**Reconciliation and Tracing Results - Epstein Accounts**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | *BLMIS Bank Account Data* | | | | |
| 510145 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 1/4/1993 | 100,000 | JRNL | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | |
| 493457 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 12/27/1993 | 150,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | |
| 545059 | 1CM049 | SEYMOUR EPSTEIN | 7/1/1994 | (25,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | |
| 466778 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 1/3/1995 | 50,000 | CA | CHECK | Deposit | Check | n/a - records unavailable | n/a - records unavailable | | | |
| 199545 | 1CM049 | SEYMOUR EPSTEIN | 7/17/1997 | (100,000) | CW | CHECK | Withdrawal | Check | n/a - records unavailable | n/a - records unavailable | | | |
| 307510 | 1CM049 | SEYMOUR EPSTEIN | 6/2/2000 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 108565 | MADWAA00245539-40 | |
| 168759 | 1CM049 | SEYMOUR EPSTEIN | 9/13/2000 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 111101 | MADWAA00243723-24 | |
| 102790 | 1CM049 | SEYMOUR EPSTEIN | 9/30/2002 | (31,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 137916 | JPMSAF0007581 MADWAA00123260-61 | |
| 248695 | 1CM049 | SEYMOUR EPSTEIN | 6/17/2003 | (50,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 144976 | JPMSAF0014941 MADWAA00321854-55 | |
| 181151 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 6/25/2003 | (300,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 145085 | JPMSAF0015064 MADWAA00308907-08 | |
| 297594 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 4/6/2004 | (65,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153179 | JPMSAF0022480 MADWAA00227687-88 | |
| 230807 | 1CM049 | SEYMOUR EPSTEIN | 4/8/2004 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 153712 | JPMSAF0023055 MADWAA00228769-70 | |
| 42841 | 1CM049 | SEYMOUR EPSTEIN | 9/23/2004 | (55,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 157299 | JPMSAF0027206 MADWAA00351723-24 | |
| 38583 | 1CM049 | SEYMOUR EPSTEIN | 12/13/2005 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 169748 | JPMSAF0040524 MADWAA00364534-35 | |
| 290268 | 1CM049 | SEYMOUR EPSTEIN | 4/18/2006 | (40,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 174225 | JPMSAF0045503 MADWAA00376488-89 | |
| 278427 | 1CM049 | SEYMOUR EPSTEIN | 12/14/2006 | (200,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 180310 | JPMSAF0051899 JPMSAF0051900 MADWAA00205536-37 | |

**Reconciliation and Tracing Results - Epstein Accounts**

| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Deposit or Withdrawal | Check Or Wire | Reconciled to BLMIS Bank Records | BLMIS Bank Account[2] | Check Number | Check Bates Reference(s) | 703 ID[2] |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 256767 | 1CM049 | SEYMOUR EPSTEIN | 6/29/2007 | (125,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186883 | JPMSAF0058068 MADWAA00274560-61 | |
| 236988 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 7/2/2007 | (135,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 186908 | JPMSAF0058092 MADWAA00274608-09 | |
| 141616 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 7/16/2007 | (100,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 187638 | JPMSAF0058770 MADWAA00272871-72 | |
| 305889 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 10/25/2007 | (1,276,900) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 190515 | JPMSAF0061505 MADWAA00266182-83 | |
| 236446 | 1CM049 | SEYMOUR EPSTEIN | 2/28/2008 | (75,000) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 194039 | JPMSAF0064934 | |
| 48572 | 1CM049 | SEYMOUR EPSTEIN | 4/9/2008 | (710,366) | CW | CHECK WIRE | Withdrawal | Wire | Yes | 703 Account | | | 47362 |
| 47965 | 1CM049 | SEYMOUR EPSTEIN | 6/16/2008 | (172) | CW | CHECK | Withdrawal | Check | Yes | 509 Account | 197182 | JPMSAF0068008 MADWAA00296320-21 | |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] National Financial Services is wholly owned by Fidelity Global Brokerage Group, Inc., a wholly owned subsidiary of FMR LLC. *See Statement of Financial Condition as of December 31, 2016 and Independent Auditor's Report,* NATIONAL FINANCIAL SERVICES, http://personal.fidelity.com/accounts/mailings/pdf/Retail_SOFC.pdf (last visited June 20, 2019).

**Reconciliation and Tracing Results - Epstein Accounts**

| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendants' Bank Records* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Date | Bank Amount | Banking Institution | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 510145 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 1/4/1993 | 100,000 | JRNL | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | | |
| 493457 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 12/27/1993 | 150,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | | |
| 545059 | 1CM049 | SEYMOUR EPSTEIN | 7/1/1994 | (25,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 466778 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 1/3/1995 | 50,000 | CA | CHECK | *n/a - deposit* | | | *n/a - deposit* | | | | | |
| 199545 | 1CM049 | SEYMOUR EPSTEIN | 7/17/1997 | (100,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 307510 | 1CM049 | SEYMOUR EPSTEIN | 6/2/2000 | (100,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 168759 | 1CM049 | SEYMOUR EPSTEIN | 9/13/2000 | (50,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 102790 | 1CM049 | SEYMOUR EPSTEIN | 9/30/2002 | (31,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 248695 | 1CM049 | SEYMOUR EPSTEIN | 6/17/2003 | (50,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 181151 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 6/25/2003 | (300,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 297594 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 4/6/2004 | (65,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 230807 | 1CM049 | SEYMOUR EPSTEIN | 4/8/2004 | (100,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 42841 | 1CM049 | SEYMOUR EPSTEIN | 9/23/2004 | (55,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 38583 | 1CM049 | SEYMOUR EPSTEIN | 12/13/2005 | (200,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 290268 | 1CM049 | SEYMOUR EPSTEIN | 4/18/2006 | (40,000) | CW | CHECK | *n/a - prior to Two Year Period* | | | *n/a - prior to Two Year Period* | | | | | |
| 278427 | 1CM049 | SEYMOUR EPSTEIN | 12/14/2006 | (200,000) | CW | CHECK | Bank of America, NA | Unknown | Seymour Epstein | 12/15/2006 | 200,000 | Bank of America, NA | xxxx xxxx 4173 | Seymour Epstein or Muriel Epstein | BASE000000503-13 *at* 06 |

**EXHIBIT 6**

**Reconciliation and Tracing Results - Epstein Accounts**

| | | | | | | | *Tracing Results - per BLMIS Bank Records* | | | *Tracing Results - per Defendants' Bank Records* | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID | BLMIS Account Number | BLMIS Account Name | Transaction Date[1] | Amount[1] | Trans Type[1] | Transaction Description[1] | Banking Institution[3] | Bank Account Number[3] | Potential Bank Account Holder(s)[3] | Bank Date | Bank Amount | Banking Institution | Bank Account Number | Bank Account Holder(s) | Bank Records Bates Reference(s) |
| 256767 | 1CM049 | SEYMOUR EPSTEIN | 6/29/2007 | (125,000) | CW | CHECK | Bank of America, NA | xxxxxxxx4173 | Seymour Epstein | 7/2/2007 | 125,000 | Bank of America, NA | xxxx xxxx 4173 | Seymour Epstein or Muriel Epstein | BASE000000550-57 at 52 |
| 236988 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 7/2/2007 | (135,000) | CW | CHECK | Bank of America, NA | xxxxxx9284 | Deposit Only (check payee is Shelburne Shirt) | 7/5/2007 | 135,000 | Bank of America, NA | xxxx xxxx 9284 | Shelburne Shirt Co Inc | BASE000000125-27 at 25 |
| 141616 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 7/16/2007 | (100,000) | CW | CHECK | Bank of America, NA | xxxxxx9284 | For Deposit Only (check payee is Shelburne Shirt) | 7/20/2007 | 100,000 | Bank of America, NA | xxxx xxxx 9284 | Shelburne Shirt Co Inc | BASE000000125-27 at 25 |
| 305889 | 1CM005 | SHELBURNE SHIRT C/O SEYMOUR EPSTEIN | 10/25/2007 | (1,276,900) | CW | CHECK | Fidelity / NFS[4] | Unknown | For Deposit Only (check payee is Shelburne Shirt) | 10/26/2007 | 1,276,900 | Fidelity Investments | xxx-xx6434 | Shelburne Shirt Co Inc C/O Buchbinder Tunick & Co | FMR_SIPC_153899-901 at 900 |
| 236446 | 1CM049 | SEYMOUR EPSTEIN | 2/28/2008 | (75,000) | CW | CHECK | Bank of America, NA | Unknown | Seymour Epstein | 3/5/2008 | 75,000 | Bank of America, NA | xxxx xxxx 4173 | Seymour Epstein or Muriel Epstein | BASE000000607-13 at 09 |
| 48572 | 1CM049 | SEYMOUR EPSTEIN | 4/9/2008 | (710,366) | CW | CHECK WIRE | National Financial Services LLC[4] | xxxxx6250 | Seymour Epstein & Muriel Epstein | 4/9/2008 | 710,366 | Fidelity Investments | xxx-xx6250 | Seymour Epstein and Muriel Epstein - with Rights of Survivorship | FMR_SIPC_154003-05 at 04 |
| 47965 | 1CM049 | SEYMOUR EPSTEIN | 6/16/2008 | (172) | CW | CHECK | Bank of America, NA | Unknown | Seymour Epstein | 6/25/2008 | 172 | Bank of America, NA | xxxx xxxx 4173 | Seymour Epstein or Muriel Epstein | BASE000000637-43 at 39 |

[1] The information contained in these columns was obtained from the BLMIS customer statements.

[2] The results of my analysis of the activity in the 703 Account and the 509 Account are set forth in Excel spreadsheets titled "JPMC 703 Account Activity - December 1998 to December 2008" and "JPMC 509 Account Activity - December 1998 to December 2008," which are attached as **Exhibits 4** and **5**, respectively, to the Collura January 2019 Report.

[3] For withdrawals via wire transfers, the banking institution, the bank account number and the bank account holder are based on information contained in the JPMC Wire File and/or the 703 Account bank statements. For withdrawals via checks, the banking institution, bank account number and bank account holder are based on information contained on the back of the cancelled check, including the endorser of the check.

[4] National Financial Services is wholly owned by Fidelity Global Brokerage Group, Inc., a wholly owned subsidiary of FMR LLC. *See Statement of Financial Condition as of December 31, 2016 and Independent Auditor's Report,* NATIONAL FINANCIAL SERVICES, http://personal.fidelity.com/accounts/mailings/pdf/Retail_SOFC.pdf (last visited June 20, 2019).