# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                             12/31/06         1
[Redacted]
[Redacted]
[Redacted]                                            1-H0024-3-0     [Redacted]


                                BALANCE FORWARD                    507,780.46
12/01                           INTEL CORP                DIV              1,789.20
                                DIV 11/07/06 12/01/06
12/01                           WELLS FARGO & CO NEW      DIV              2,892.96
                                DIV 11/03/06 12/01/06
12/05                           PFIZER INC                DIV              5,443.20
                                DIV 11/10/06 12/05/06
12/11                           CHEVRON CORP              DIV              3,538.08
                                DIV 11/17/06 12/11/06
12/11                           EXXON MOBIL CORP          DIV              5,886.72
                                DIV 11/13/06 12/11/06
12/11                           INTERNATIONAL BUSINESS MACHS  DIV          1,436.40
                                DIV 11/10/06 12/09/06
12/11                           UNITED TECHNOLOGIES CORP  DIV                801.36
                                DIV 11/17/06 12/10/06
12/12                           JOHNSON & JOHNSON         DIV              3,402.00
                                DIV 11/28/06 12/12/06
12/14                           HOME DEPOT INC            DIV              1,417.50
                                DIV 11/30/06 12/14/06
12/14                           MICROSOFT CORP            DIV              2,671.20
                                DIV 11/16/06 12/14/06
12/15                           AMERICAN INTL GROUP INC   DIV              1,330.56
                                DIV 12/01/06 12/15/06
12/15                           COCA COLA CO              DIV              1,953.00
                                DIV 12/01/06 12/15/06

                                CONTINUED ON PAGE    2
```

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06         2
[Redacted]
[Redacted]
[Redacted]                                            1-H0024-3-0    [Redacted]



12/15                           TIME WARNER INC              DIV                    693.00
                                DIV 11/30/06 12/15/06
12/15                           WACHOVIA CORP NEW            DIV                  3,386.88
                                DIV 11/30/06 12/15/06
12/21          15,372   1842    CITI GROUP INC               54.580             838,389.76
12/21           3,528   3842    SCHLUMBERGER LTD             67                 236,235.00
12/21           6,300   6092    COMCAST CORP                 43.140             271,530.00
                                CL A
12/21          12,096   8092    AT&T INC                     35.810             432,674.76
12/21          19,152  10342    CISCO SYSTEMS INC            27.730             530,318.96
12/21          12,600  12342    TIME WARNER INC              21.710             273,042.00
12/21           6,804  14592    CHEVRON CORP                 75.110             510,776.44
12/21           3,276  16592    UNITED PARCEL SVC INC        76.630             250,908.88
                                CLASS B
12/21          32,004  18842    GENERAL ELECTRIC CO          37.630           1,203,030.52
12/21           3,024  20806    UNITED TECHNOLOGIES CORP     62.410             188,607.84
12/21           1,260  23092    GOLDMAN SACHS GROUP INC     201.700             254,092.00
12/21           6,048  25024    WACHOVIA CORP NEW            57.430             347,095.64
12/21           6,300  27342    HOME DEPOT INC               40.080             252,252.00
12/21          10,332  29274    WELLS FARGO & CO NEW         35.750             368,956.00
12/21           8,568  31592    HEWLETT PACKARD CO           40.020             342,549.36
12/21           7,560  33524    WAL-MART STORES INC          46.640             352,296.40
12/21           4,788  35842    INTERNATIONAL BUSINESS MACHS 95.800             458,499.40
12/21          18,396  37774    EXXON MOBIL CORP             76.800           1,412,077.80
12/21          17,892  40092    INTEL CORP                   21.100             376,806.20

                                CONTINUED ON PAGE    3
```

```
[Redacted]
[Redacted]
[Redacted]                                                          12/31/06         3
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0      [Redacted]


12/21                  9,072 44342  JOHNSON & JOHNSON         66.780                     605,466.16
12/21                 10,584 48591  J.P. MORGAN CHASE & CO    48.410                     511,948.44
12/21                  6,300 52841  COCA COLA CO              48.990                     308,385.00
12/21                  2,772 57091  MERRILL LYNCH & CO INC    91.960                     254,803.12
12/21                  6,552 61341  ALTRIA GROUP INC          85.910                     562,620.32
12/21                  6,804 65591  MERCK & CO                44                         299,104.00
12/21                  3,276 69841  MORGAN STANLEY            80.620                     263,980.12
12/21                 26,712 74091  MICROSOFT CORP            30.110                     803,230.32
12/21                  4,788 80642  ABBOTT LABORATORIES       48.170                     230,446.96
12/21                  8,064 84881  AMERICAN INTL GROUP INC   72.790                     586,656.56
12/21                 12,600 86841  ORACLE CORPORATION        18.050                     226,926.00
12/21                  3,528 89131  AMGEN INC                 70.630                     249,041.64
12/21                  5,040 91091  PEPSICO INC               63.210                     318,377.40
12/21                  3,780 93359  AMERICAN EXPRESS COMPANY  62.270                     235,229.60
12/21                 22,680 95341  PFIZER INC                25.870                     585,824.60
12/21                 14,112 97591  BANK OF AMERICA           53.690                     757,109.28
12/21                  9,828 99591  PROCTER & GAMBLE CO       64.120                     629,778.36
12/21  16,250,000           42168   U S TREASURY BILL         99.063   16,097,737.50
                                    DUE 3/01/2007
                                          3/01/2007
12/21      15,617           46409   FIDELITY SPARTAN          1            15,617.00
                                    U S TREASURY MONEY MARKET
12/22                               BANK OF AMERICA           DIV                          7,902.72
                                    DIV 12/01/06 12/22/06
12/29                               FIDELITY SPARTAN          DIV                            110.86
                                    U S TREASURY MONEY MARKET
                                    DIV 12/29/06

                                    CONTINUED ON PAGE    4
```

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06        4
[Redacted]
[Redacted]
[Redacted]                                                   1-H0024-3-0      [Redacted]


12/29                                 TRANS FROM 40 ACCT           JRNL                    292,069.00

12/29   8,375,000           2281 U S TREASURY BILL                98.682    8,264,617.50
                                 DUE 4/5/2007
                                       4/05/2007
12/29      10,001           6854 FIDELITY SPARTAN                    1        10,001.00
                                 U S TREASURY MONEY MARKET
12/29              41,231  83587 FIDELITY SPARTAN                    1                      41,231.00
                                 U S TREASURY MONEY MARKET
12/29          16,600,000  88904 U S TREASURY BILL                99.166                 16,461,556.00
                                 DUE 3/01/2007
                                       3/01/2007
12/29   8,375,000          97809 U S TREASURY BILL                98.780    8,272,825.00
                                 DUE 3/29/2007
                                       3/29/2007
                                 NEW BALANCE                                                       .02

                                 SECURITY POSITIONS              MKT PRICE
          10,001                 FIDELITY SPARTAN                    1
                                 U S TREASURY MONEY MARKET
       8,375,000                 U S TREASURY BILL                98.780
                                 DUE 3/29/2007
                                       3/29/2007
       8,375,000                 U S TREASURY BILL                98.682
                                 DUE 4/5/2007
                                       4/05/2007
                                 MARKET VALUE OF SECURITIES
                                       LONG             SHORT
                                 16,547,443.50
```

MDPTPP03456820

```
[Redacted]
[Redacted]
[Redacted]                                                          12/31/06          5
[Redacted]
[Redacted]
[Redacted]                                          1-H0024-3-0    [Redacted]



                          YEAR-TO-DATE SUMMARY

                  DIVIDENDS                                              285,425.85
                  GROSS PROCEEDS FROM SALES                           141,072,172.20
```

MDPTPP03456821