# EXHIBIT 9

```
                    0 ·   *

      63,864·42  +
           13·99  +
      63,878·41  *

      63,878·41  ÷
           83·875  =
          761·59  *

           83·875  ×
          761·  =
      63,828·88  +I
      63,828·88  ×
            0·025  =
       1,595·72  *

       1,595·72  ÷
              4·  ×
              8·  =
       3,191·44  *

       3,191·44  +I
          761·  ×
            2·25  =
       1,712·25  *

       1,712·25  ×
            0·03125  =
           53·51  +I
      67,073·83  ◊I
      67,073·83  ÷
       1,712·25  =
           39·17  *

           39·25  ×
       1,712·25  =
      67,205·81  -I
          131·98-*I

          131·98-÷
            0·125  =
       1,055·84-*

       1,712·00  +
       1,052·00  -
          660·00  *
```

MADTSS00401002

*(handwritten: Lipkin)*  56 180.81  80

| | | | | |
|---|---|---|---|---|
| ● 1/21 Res Oil 2107.13 | 56 172.00 | 58 279.13 | 6 2½ 3/1 0  INA | 8.81 |
| 3/13 INA | 58 268.25 | 61,181.80 | 8 2½ 5/8  Heinz | 79.69 |
| 5/6 Heinz 2676.92 | 61 187.50 | 63 864.42 | 7 2½ 7/1  Aetna | 73.99 |
| 6/30 Aetna 3,191.88 | 63 828.88 | 67 020.76 | 8 2½ 9/1  Amex | 49.53 |
| 9/5 Amex 3350.40 | 67 008— | 70 358.40 | 8 2½ 10/30  Rockwell | 62.39 |
| 10/30 Rockwell 3520.66 | 70 404.75 | 73 925.41 | 8 2½ 12/31  Tomlinson | 15.94 |
| 12/31 Check Check # | 10 000— | .5000— | "  " | |
| | | | | |
| | | | | 68 941.35 |

MADTSS00400966



ICE - Aetna Life
+ Casualty & PLC

761 @ 83⅜ =
           63 828.88

1052          39⅛     41 159.50
                        32.88
                      41 126.62

660      39¼ = 25905—
                        20.63
1 = 9.77
              25884.37

6/23 B
6/25 S      | 63020.26 |
                            | 8 - 2½
1712.25        9/         3191.88

MADTSS00401003

```
               0 ·   *

61,201·49   ÷
      27·5   =
 2,225·51   *

      27·5   ×
  2,225·    =
61,187·50   +I
61,187·50   ×
    0·025   =
 1,529·69   *

 1,529·69   ÷
        4·  ×
        7·  =
 2,676·96   *

 2,676·96   +I
  2,225·    ×
     0·75   =
 1,668·75   *

 1,668·75   ×
  0·03125   =
    52·15   +I
63,916·61   ◊I
63,916·61   ÷
 1,668·75   =
    38·30   *

    38·375  ×
 1,668·75   =
64,038·28   -I
   121·67-  *I

   121·67-  ÷
    0·125   =
   973·36-  *

 1,668·00   +
   973·00   -
   695·00   *
```



COMPARISON DUPLICATE

MADTSS00400986



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX   235130
WATS (800) 221-2242

REDACTED

| ORIGINATOR NO. | 0646 | | | | | | | | | | | | | | |
| IDENTIFICATION NO. | | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | YR | CAP | SETT | TRADE DATE | SETTLEMENT DATE | | | | | |

CONTRA PARTY

CODES: 4/30/80   5/7/80

SPECIAL DELIVERY INSTRUCTIONS

| QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | NET AMOUNT |
|---|---|---|---|
| WE | | | |
| DCF 973 | | HEINZ | 37185.84 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 38 1/8 | 37217.25 | | 30.41 | | | |

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADTSS00400988



REDACTED

**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX    235130
WATS (800) 221-2242

MEMBERS
NASD    NSCC    SIAC    DTC    SIPC

COMPARISON DUPLICATE

MADTSS00400990



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX 235130
WATS (800) 221-2242

WE HAVE THIS DAY  Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

| FRACTIONAL SHARES | HEINZ | 28.67 |
|---|---|---|

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

MADTSS00400992

ICE — Heinz

2225   27½      61,187.50

973    38¼        37 217.25
                      30  41
                  _____
                   37 186.84

695 · 38⅜ = 26670.63
                       21.72
                  _____
                   26 648.91

7 = 28,67

MADTSS00400993

REDACTED

# Bernard L. Madoff
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

| YOUR ACCOUNT NUMBER | PERIOD ENDING | YOUR TAX PAYER IDENTIFICATION NUMBER | PAGE |
|---|---|---|---|
|  | 12/31/80 |  |  |

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
|  | 1500 |  |  | BALANCE FORWARDED | | | 56,180.31 |
| 22 |  | 653 |  | RESERVE OIL & GAS | 46 1/2 | | 21,528.59 |
| 22 | 130 |  |  | $1.75 PFD | 33 | | 36,734.96 |
| 22 |  | F |  | RESERVE OIL & GAS COM | 33 | | 16,50.00 |
| 30 |  | 714 |  | RESERVE OIL & GAS COM | 29 7/8 | | 21,308.44 |
| 30 | 1330 |  |  | INA CORP | 30 | | 39,858.44 |
|  |  | F |  | INA CORP | | | 14.02 |
|  |  |  |  | INA CORP | | | |
| 07 | 2726 |  |  | INA CORP $1.80 PFD | 21 3/8 | 58,268.25 | |
| 07 | 2225 |  |  | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 07 |  | 973 |  | HEINZ COM | 38 1/4 | | 37,186.84 |
| 07 |  | 695 |  | HEINZ COM | 38 3/8 | | 26,648.91 |
|  |  | F |  | HEINZ COM | | | 26.67 |
| 30 | 761 |  |  | AETNA LIFE $2 PFD | 83 7/8 | 63,828.88 | |
| 02 | 1330 |  |  | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 02 |  | 660 |  | AETNA LIFE COM. | 39 1/8 | | 25,884.37 |
| 03 |  | 1052 |  | AETNA LIFE COM. | 39 1/4 | | 9.77 |
| 03 |  | 521 |  | AWAR INC. | 51 1/4 | | 26,682.57 |
| 03 |  | 850 |  | AWAR INC. | 51 3/8 | | 43,642.19 |
|  |  | F |  | AWAR INC. | | | 31.24 |
| 05 |  |  |  | AWAR INC. | | | |
| 03 |  | 84 |  | ZEAK INC $3. PFD | 64 1/8 | 67,008.00 | 61,934.68 |
| 05 |  | 350 |  | ROCKWELL INTL | 34 1/8 | | 11,960.50 |
| 03 |  | F |  | ROCKWELL INTL | 34 1/4 | | 10.23 |
| 31 |  |  |  | ROCKWELL PFD | | 78,404.00 | |
| 31 |  |  |  | RESERVE INV $5.00 PFD | 50 1/4 | 10,000.00 | |
| 31 |  |  |  | CHECK | | | 5,000.00 |
| 31 |  |  |  | CHECK | | | |
|  |  |  |  | Balance | | | 68,941.53 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

HJ Heinz   170        3rd (V )

TP = 35 C

| | |
|---|---|
| 4/9/79 - 5/18 D | 1P = 1.5 |
| 8/13/79 - 10/1 D | 9/29 - 11/16 |
| 12/1/79 - 1/22 D | 12/4/81 - 1/25/82 |
| 12/19/80 - 4/8 D | 2/3/82 - 4/2/82 |
| 5/7/80 - 7/2 | 6/30/82 - 9/7/82 |
| 8/7/80 - 10/3 | 9/20/82 - 11/24/82 |
| 11/22/80 - 1/20/81 | ~~4/24/84~~ 4/24/84 - 7/3/84 |
| 3/4/81 - 5/5 | 8/8/84 - 10/11/84 |
| 2/30/81 - 9/16 | |

MADWAA00497515