# EXHIBIT 19

Exhibit 41

**IA Business Weekend Trades in the Buy and Hold Accounts**
**October 1979 to November 2008**

| Account Number | Trade Date | Settlement Date | Security Name | Trade Day | Settlement Day |
|---|---|---|---|---|---|
| 1-01122-1-7 | 6/18/1982 | 6/19/1982 | SYNTEX CORP JUNE 60 CALLS OPEN | Friday | Saturday |
| 1-01242-1-2 | 5/2/1983 | 5/7/1983 | NEW YORT ST THRUWAY AUTHORITY 2.500 1/01/1989 | Monday | Saturday |
| 1-05101-3-0 | 11/2/1984 | 11/11/1984 | INTERNATIONAL HARVESTOR CO | Friday | Sunday |
| 1-05101-3-0 | 11/2/1984 | 11/11/1984 | INTERNATIONAL HARVESTOR CO | Friday | Sunday |
| 1-00212-3-0 | 9/6/1986 | 9/13/1986 | GENERAL FOODS CORP | Saturday | Saturday |
| 1-01334-3-0 | 12/20/1988 | 12/24/1988 | MCI COMMUNICATIONS CORP | Tuesday | Saturday |
| 1-05123-3-0 | 10/21/1989 | 10/28/1989 | MCI COMMUNICATIONS CORP | Saturday | Saturday |
| 1-05124-3-0 | 3/17/1991 | 2/24/1992 | FORD MOTOR CO DEL | Sunday | Monday |
| 1-05125-3-0 | 3/17/1991 | 2/24/1992 | DU PONT E I DE NEMOURS & CO | Sunday | Monday |
| 1-05114-3-0 | 12/21/1991 | 12/30/1991 | NOVELL INC | Saturday | Monday |
| 1-00424-3-0 | 1/4/1992 | 1/11/1992 | UNISYS CORP | Saturday | Saturday |
| 1-00424-3-0 | 1/4/1992 | 1/11/1992 | NOVELL INC | Saturday | Saturday |
| 1-00424-3-0 | 1/4/1992 | 1/11/1992 | MICROSOFT CORP | Saturday | Saturday |
| 1-00424-3-0 | 1/4/1992 | 1/11/1992 | AMGEN INC | Saturday | Saturday |
| 1-00424-3-0 | 1/11/1992 | 1/18/1992 | AMGEN INC | Saturday | Saturday |
| 1-00424-3-0 | 1/11/1992 | 1/18/1992 | NOVELL INC | Saturday | Saturday |
| 1-00424-3-0 | 1/17/1992 | 1/25/1992 | UNISYS CORP | Friday | Saturday |
| 1-00424-3-0 | 1/17/1992 | 1/25/1992 | MICROSOFT CORP | Friday | Saturday |
| 1-00424-3-0 | 1/17/1992 | 1/25/1992 | AMGEN INC | Friday | Saturday |
| 1-00424-3-0 | 1/17/1992 | 1/25/1992 | NOVELL INC | Friday | Saturday |
| 1-00424-3-0 | 1/18/1992 | 1/28/1992 | UNISYS CORP | Saturday | Tuesday |
| 1-00424-3-0 | 1/18/1992 | 1/28/1992 | NOVELL INC | Saturday | Tuesday |
| 1-00424-3-0 | 1/18/1992 | 1/28/1992 | MICROSOFT CORP | Saturday | Tuesday |
| 1-00424-3-0 | 1/18/1992 | 1/28/1992 | AMGEN INC | Saturday | Tuesday |
| 1-D0030-3-0 | 12/26/1992 | 1/3/1993 | CHRYSLER CORP | Saturday | Sunday |
| 1-D0030-3-0 | 12/26/1992 | 1/3/1993 | CHEMICAL BANKING CORP | Saturday | Sunday |
| 1-D0030-3-0 | 12/26/1992 | 1/3/1993 | MOTOROLA INC | Saturday | Sunday |
| 1-D0030-3-0 | 12/26/1992 | 1/3/1993 | CHASE MANHATTAN CORP | Saturday | Sunday |
| 1-D0030-3-0 | 12/26/1992 | 1/3/1993 | CHRYSLER CORP | Saturday | Sunday |
| 1-D0030-3-0 | 12/26/1992 | 1/3/1993 | CITICORP | Saturday | Sunday |
| 1-D0030-3-0 | 12/27/1992 | 1/6/1993 | CITICORP | Sunday | Wednesday |
| 1-D0030-3-0 | 12/27/1992 | 1/6/1993 | CHEMICAL BANKING CORP | Sunday | Wednesday |
| 1-D0030-3-0 | 12/27/1992 | 1/6/1993 | MOTOROLA INC | Sunday | Wednesday |
| 1-D0030-3-0 | 12/27/1992 | 1/6/1993 | CHRYSLER CORP | Sunday | Wednesday |
| 1-D0030-3-0 | 1/2/1993 | 1/9/1993 | CHRYSLER CORP | Saturday | Saturday |
| 1-D0030-3-0 | 1/2/1993 | 1/9/1993 | CHASE MANHATTAN CORP | Saturday | Saturday |
| 1-D0030-3-0 | 1/2/1993 | 1/9/1993 | CHRYSLER CORP | Saturday | Saturday |
| 1-D0030-3-0 | 1/2/1993 | 1/9/1993 | CHEMICAL BANKING CORP | Saturday | Saturday |
| 1-D0030-3-0 | 1/2/1993 | 1/9/1993 | CITICORP | Saturday | Saturday |
| 1-D0030-3-0 | 1/2/1993 | 1/9/1993 | CHRYSLER CORP | Saturday | Saturday |
| 1-D0030-3-0 | 1/3/1993 | 1/10/1993 | CITICORP | Sunday | Sunday |
| 1-D0030-3-0 | 1/3/1993 | 1/10/1993 | CHRYSLER CORP | Sunday | Sunday |
| 1-D0030-3-0 | 1/3/1993 | 1/10/1993 | CHASE MANHATTAN CORP | Sunday | Sunday |
| 1-D0030-3-0 | 1/3/1993 | 1/10/1993 | CHRYSLER CORP | Sunday | Sunday |
| 1-SH036-7-0 | 1/9/1997 | 1/12/1997 | MICROSOFT CORP | Thursday | Sunday |
| 1-G0092-4-0 | 6/27/1997 | 6/28/1997 | S & P 100 INDEX JULY 880 CALL | Friday | Saturday |
| 1-G0092-4-0 | 6/27/1997 | 6/28/1997 | S & P 100 INDEX JULY 870 PUT | Friday | Saturday |
| 1-C1016-3-0 | 10/26/1997 | 10/26/1997 | FIDELITY SPARTAN | Sunday | Sunday |
| 1-A0035-3-0 | 1/31/1998 | 1/31/1998 | FIDELITY SPARTAN | Saturday | Saturday |
| 1-H0040-4-0 | 9/4/1998 | 9/5/1998 | S & P 100 INDEX SEPTEMBER 510 CALL | Friday | Saturday |
| 1-E0116-4-0 | 12/17/1999 | 12/18/1999 | S & P 100 INDEX JANUARY 800 CALL | Friday | Saturday |