# EXHIBIT 21

### Excerpt from DTCABAL data file



### Portion of DTC021 RPG II Code



**DTCS Box Definition Screen**

```
              F O R M   F L A S H   D E F I N I T I O N
                  BOX DEFINITIONS - Page 1-1
 Left    Right                          Fill                      Spacing
 Edge    Edge    Top    Bottom  Width  Density Density  Number   Horiz  Vert
 4       10      5      10      1      1       0        0        0      0
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____
 ____    ____    ____   ____    ____   ____    ____     ____     ____   ____

 F2=Prev Page F3=Next Page F4=Prev Screen F5=Next Screen F17=Insert F18=Delete
 F6=Vertical Lines F7=Horizontal Lines F8=Boxes F9=Graphics F10=Text F15=Print
    F13=Multipage Copy/Delete F14=Macros/Pages F12=Return F24=First Menu
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
              DTCS
                         ___ Millimeters ___
                       From  From  Right
 Ref    Definition      Page  Top   Left  Edge  Lines      Equation
   1 L1 Dont Print       1    5     5     100   1    NP
   2 Header Line 1       1    14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
   3 Header Line 2-3     1    17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
   4 Macro Calls         1    23.73 4     206   56   TRIM1/5
   5 Data                1    23.73 8     206   56   COPYR4 TRIM7/67
   6 _____      _    ____  _     ___   __   A3502070/1/8/12
   7 L81                 1    5     5     100   1    PG
   8 _____      _    ____  _     ___   __   _____
   9 _____      _    ____  _     ___   __   _____
  10 _____      _    ____  _     ___   __   _____
  11 _____      _    ____  _     ___   __   _____
  12 _____      _    ____  _     ___   __   _____
  13 _____      _    ____  _     ___   __   _____
  14 _____      _    ____  _     ___   __   _____
  15 _____      _    ____  _     ___   __   _____

 F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ____ through ____ to Ref ____ and Step Top ____ Step Left ___
 F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```