# EXHIBIT 24

```
ACCOUNT #    1-H0024-3 [Redacted]                         REPORT FOR THE PERIOD FROM 1/01/07 TO 12/31/07
                         INITIAL INVESTMENT                                      24,779,091.54CR
                         PROFITS UNDER BENCHMARK RETURN FOR PREVIOUS YEAR            8,231,648.02
                         ADJUSTMENTS
                         CAPITAL ADDITIONS
                         CAPITAL WITHDRAWALS                                     16,565,905.02
                         NET WORKING CAPITAL                                      8,213,186.52CR
                         BENCHMARK RATE OF RETURN              18.00 %
                         BENCHMARK RETURN FOR 365 DAYS                             1,496,404.94CR
                         CAPITAL GAINS AND LOSSES                                     10,720.00CR
                         DIVIDENDS AND INTEREST                                        7,741.50CR
                         REALIZED P/L                                                 18,461.50CR
                         UNREALIZED P/L
                         PROFITS WITHDRAWN
                         OVER/UNDER BENCHMARK RETURN FOR CURRENT YEAR              1,477,943.44-
                         CURRENT CASH BALANCE
                         NET MARKET VALUE OF OPEN SECURITIES POSITIONS
                         TOTAL EQUITY
                         PRIOR YEAR END EQUITY                 16,547,443.52CR
                         ANNUALIZED RETURN FOR CURRENT YEAR         22.59 %
                         PROJECTED ANNUALIZED RATE OF RETURN        22.53 %
                         BUYING POWER             OVER/UNDER         9,710-
```