# EXHIBIT 25

[B. BXMBXL]

Buy 20 OXBXM        5 40
                 12/2  12/3

Sell 20 OXBXM     14 50
Batch Sale  12/16 - 12/17

Buy 2 OXBXL    490
        12/16 - 12/17

                            40
Sell 2 OXBXL   10
Batch Sell  12/18 - 12/19

                 4 9     P+L
              19
              -2 90
              -2 90
          13  15

          UNIT MADE
          $2004

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

EACH UNIT = 10,040

| Acct # | NAME | UNITS | NEED | WHY |
|---|---|---|---|---|
| ZRZ11 | EILEEN | 1.5 | 15 | SHUPT |
| C1277 | J.L IRA | 2.0 | 20 | S |
| B0136 | JUDY | 1.5 | 15 | S |
| B0227 | JUDY IRA | 1.5 | 15 | S |
| ZB480 | PEG | .8 | 8 | S |
| ZB482 | PAM | .5 | 5 | S |
| R0126 | RITA | 1.5 | 15 | S |
| C1310 | JC PENS | X | (3) | LOSS FOR TAXES |
| S0431 | MYRA | 1.0 | 10 | S |
| L0174 | MERYL | .8 | 8 | S |
| D0020 | DOLINSKI | .8 | 8 | S |
| L0205 | GREGORY | .5 | 5 | S |
| L0214 | DEVON | .2 | 2 | S |
| L0157 | RUSSELL | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | AS PER DAVID K |
| D0028 | CARMEN | 5.0 | 55 | S |
| W0057 | WEISSER | 3.0 | 30 | (REQUIRED) |
| ZR179 | MEND | 21.5 | 215 | (REQ) |
| ZB032* | MATHAIR | 319.0 | 3190 | 2600 EXTRA P+L + to BRING to 11% |
| ZA924 | LEVY AARON | 7.8 | 78 | (REQ) |
| ZR165 | ABE K | 1.4 | 14 | (REQ) |
| ZR172 | SEY K | 1.4 | 14 | (REQ) |
| ZR097 | Rhona GANA | .4 | 4 | (REQ) |
| ZB143 | ED JELRIS | 11.6 | 116 | (REQ) |
| ZR010 | Rich Glantz | 9.8 | 98 | (REQ) |
| ZB348 | SPERLING | 1.0 | 10 | (REQ) |
| ZA041 | MANN E | .6 | 6 | (REQ) |
| ZA210 | MANN P | .6 | 6 | (REQ) |
| L0124 | NOEL | 38.5 | 385 | 1/2% CAP  CAP = 77 AM from his LIST |
| E0116* | MANJIA | 92.2 | 822 | 300 EXTRA P+L + to BRING to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | 12B032 NEED 50 |
| 133 | NEED 129 | | | 12B046 NEED 485 |
| 155 | NEED 109 | 522 | | 12B249 NEED 55 |
| 159 | NEED 61 | | | 2600 + 590 = (3190) |
| | 300 + 522 = (822) | | | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124115
MADTSS01124115



<␀>
</␀>

|  |  | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | Eileen | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | Sc PEAS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | | 45 PER DLR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | | 30 REQUIRED |
| 12R179 | MEND | 215 | | | 215 REQ |
| 12B032 | MAY | *6728 | | | 2600 + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | | 78 REQ |
| 12R165 | ABE K | 14 | | | 14 REQ |
| 12R172 | SEY K | 14 | | | 14 REQ |
| 12R097 | RHODA G | 4 | | | 4 REQ |
| 12B143 | ED JELRIS G | 116 | | | 116 REQ |
| 12R010 | Rich G | 98 | | | 98 REQ |
| 12B348 | 2 PEARLING | 10 | | | 10 REQ |
| 12A041 | MARV E | 6 | | | 6 REQ |
| 12A210 | MARV PLOT | 6 | | | 6 REQ |
| 1L0124 | NOEL | 385 | | | (1/2% of CAP) BEEN DOING 750 THEN 375 LAST YR |
| 1E0116* | MARJO | *1264 | | | 300 + BRING ACCTS to 10 |

1E0156 NEED 90
*1E0116 NEED 170
1E0133 NEED 162
1E0155 NEED 140
1E0159 ~~DID~~ 200

964 + 300 = 1264

12B032 NEED 540
12B046 NEED 2684
12B249 NEED 904
EXTRA → 2600 ⇒ A128

BRING TO 14%

WORK CAP FROM WOT = 3.77 MM

BLM → 11%

EACH MADE 10,040

SCHUPT

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

<␀></␀>

(Handwritten scrawl across middle: "Move to SPEC")

MADTSS01124117
MADTSS01124117

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

| ACCT # | NAME | # NEEDED | WHY | (.446 EACH) UNITS | COMMENTS ETC... |
|---|---|---|---|---|---|
| 10.0002: 650 | O'HARA F.P | 21 | SCHOPT ✓ | 14.0 | |
| 10.0013 147 | BERN IRA | 4⁴ | sch ✓ | 3.0 | |
| 10.0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | |
| 1P0111 275 | G+S JOINT | 3 | sch ✓ | 2.0 | 12B5 22 |
| (1C1094) X | EILEEN | 4 | sch ✓ | 3.0 | 12R2 85 |
| (1C1277) 27 | JODI IRA | 10 | sch ✓ | 7.0 | 12R31 0 |
| (1B0136) 160 | JUDY | 13 | sch ✓ | 9.0 | |
| (1B0227) 264 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | PAM | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | EILEEN IRA | 6 | sch ✓ | 4.0 | |
| 1S0008 ° | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W ✓ | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 ° | ASHA | 7 | PAST PEFORMANCE ACCT N/W ✓ | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 · | RUSS | 6 | sch ✓ | 4.0 | |
| 1L0205 ° | GREGORY | 5 | sch ✓ | 4.0 | |
| 1L0214 · | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 · | D.E.F | 5 | sch ✓ | 4.0 | |
| 1L0174 · | MERRYL | 7 | sch ✓ | 5.0 | |
| 1S0431 ° | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 200 231 X | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 ° | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE TIM DEAL |
| (1R0126) 106 | RITA | 15 | sch ✓ | 10.0 | |
| 1D0070 ° | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 · | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ | X | NO ACCT CAN NOT DO |
| 12R179 ° | MENDELOW S | 215 107.5 | REQ ✓ | 75.0 | |
| 12R180 ° | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 FOR 04

$3.92 / KARY 1K0017 ADDED   64,260   MARCH OT for 03

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| ACCT # | NAME | $ NEEDED | WHY? | MKT EACH UNIT | COMMENTS ETC... |
|---|---|---|---|---|---|
| 12A924° | JOEL LEVY | 78 | REQ ✓ | 54.0 | |
| 12R165° | ABE KLEIMAN | 14 | REQ ✓ | 10.0 | |
| 12R172° | SEYMORE KLEIMAN | 14 | REQ ✓ | 10.0 | |
| 12R097° | RHODA GAAA | 4 | REQ ✓ | 3.0 | |
| 12B143° | JECRIS | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. GLATZ IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | JERRY SPERLING | 10 | REQ ✓ | 7.0 | |
| 12A041° | MARJ ENG | 6 | REQ ✓ | 4.0 | |
| 12A210° | MARJ PLATEIS | 6 | REQ ✓ | 4.0 | |
| 1C0124° | NOEL LEVINE | 362 | w/e 2'12% LIST ✓ | 250.0 | 72.4 CAP e ½% |
| 1E0165° | ENGLER GRAT | 20 | NEEDS TO BE 11% ✓ | 14.0 | GOES TO 11% |
| 1E0156° | ENGLER Q TIP ✓ | 21 | ✓ | 14.0 | 300 EXTRA 116 |
| 1E0116° | MARJA | 10 (300 EXTRA PUT HERE) | ✓ | 7.0 | |
| 1E0133° | MARJA | 31 | ✓ | 21.0 | |
| 1E0155° | ENGLER F.T | 26 | FIXED 30% + 30% 160 p*c | ✓ | 18.0 | |
| 1E0159° | MARJA IRA | 30 | ✓ | 21.0 | |
| FRANK ↓ | | S/B 660,000 PUT SP IN 2005 ✓ | | DID | $600,000 JAN '05 DONE |
| 12B046° | GROSVENOR | 66,000 | ✓ | 46.0 | |
| 12B032° | MAYFAIR | 108,000 + 1680 ASPEN P.P. F.A = 1785,000 | ✓ | 1235.0 | |
| 12B249° | MAYFAIR Bd | 270,000 | ✓ | 187.0 | |
| 12B509° | ASTER | 42,000 | ✓ | 29.0 | |
| 12B262° | STRATHAM | 26,000 | ✓ | 18.0 | |
| 12A879° | KEN TOADA | 20,000 | ✓ | 14.0 | |
| 12B510° | ST JAMES | 42000 | ✓ | 29.0 | |

6980 T6T
74120

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | WHY | JE 1370 | COMMENTS |
|---|---|---|---|---|---|
| 1:00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P011 X | | 10 | | 8 | |
| 1C1094 X | | 4 | | 3 | |
| 1C1277 X | | 30 | | 22 | |
| 1B0136 X | | 15 | | 11 | |
| 1B0227 X | | 25 | | 19 | |
| 12B480 X | | 16 | | 12 | |
| 12B482 X | | 7 | | 5 | |
| 12R211 X | | 10 | | 8 | |
| 1S0008 0 for 2005 | | 10 | | 8 | |
| 1R0186 ✓ | | 5 | | 4 | |
| 1L0157 ✓ | | 6 | | 5 | |
| 1L0205 ✓ | | 6 | | 5 | |
| 1L0214 ✓ | | 4 | | 3 | |
| 1D0020 ✓ | | 7 | | 5 | |
| 1L0174 ✓ | | 6 | | 5 | |
| 1S0431 ✓ | | 8 | | 6 | |
| 1M0200 ✓ | | 14 | | 11 | |
| 1I0010 ✓ | | 17 | | 12 | |
| 1C1328 ✓ | | 3 | | 3 | |
| 1D0018 ✓ | | — | | — | |
| 12R028 X | | — | | — | |
| 1R0126 ✓ | | 8 | | 6 | |
| 1D0070 X | | — | | — | |
| 1D0028 X | | — | | — | |
| 1W0057 X | X | — | | — | |
| 12R179 | | 108 | 4X 30 | 78 | |
| 12R180 | | 108 | 4X 30 | 78 | |
| | | | 20% | 346 | |
| | | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? | UNITS @ 1370 | COMMENTS |
|---|---|---|---|---|---|
| 12A924 ✓ | | 78 | | 57 | |
| 12R165 ✓ | | 14 | | 11 | |
| 12R172 ✓ | | 14 | | 11 | |
| 12R097 ✓ | | 4 | | 3 | |
| 12B143 ✓ | | 116 | | 85 | |
| 12R010 ✓ | | 98 | | 72 | |
| 12B348 ✓ | | 10 | | 8 | |
| 12A011 ✓ | | 6 | | 5 | |
| 12A210 ✓ | | 6 | | 5 | |
| 1C012 ✓ | | 351 | | 256 | |
| 1E0165 ✗ | | 11 | | 8 | |
| 1E0156 ✗ | | 11 | | 8 | |
| 1E0116 ✓ | | — | | — | 300 GOES IN IN 2006 for 05 |
| 1E0133 ✗ | | 16 | | 12 | |
| 1E0155 ✗ | | 13 | | 10 | |
| 1E0159 ✗ | | 74 | | 54 | |
| 12B046 ✗ | | 1680 | | 1227 | |
| 12B032 ✓ | | 109 | | 80 | |
| 12B249 ✗ | | 148 | | 108 | |
| 12B509 ✗ | | 356 | | 260 | |
| 12B262 ✗ | | 180 | | 132 | |
| 12A179 ✗ | | 57 | | 42 | |
| 12B510 ✓ | | 284 | | 208 | |
| | | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEED | | V/c 2086 | Not |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOLINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RALPH | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVY | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA GANA | 4 | | 2 | ✓ |
| 12B143 | TECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | ~~58~~ 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARY ENG | 6 | | 3 | ✓ |
| 12A210 | MARY PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT # | NAME | $ NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | FIXED (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | FIXED (5) | 40 | ✓ |
| | | | | | |
| 12A924 | JOEL LEVY | 78 | FIXED (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | FIXED (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | FIXED (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | FIXED (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | FIXED (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | FIXED (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | FIXED (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | FIXED (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | FIXED (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | FIXED (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | FIXED (5) | 580 | ✓ |
| | | | | | |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | DOROTHY-JO | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

```
CARMEN      1D0028-40       12.0
WEISSER     1W0057          23.0
JC IRA      1C1277           5.0
E+J         1C1094           2.0
E-IRA       1ZR211           5.0
JB IRA      1B0227           5.0
JB          1B0136           6.0
R.R         1R0126           5.0
STEVE       1ZR179          75.0
NANCY       1ZR180          86.0

MAT PEN     12B249          ~~15.0~~  200.0 ✓
MAT         12B032          2000.0
GROJ        12B046          ~~500.0~~  400.0

LEVY        12A924          58.0
ABE KLEIN   12R165          11.0
SEY KLEIN   12R172          11.0

IR GAGA /   1ZR097           3.0
   RHODA

ED          12B143          87.0
Rich        1ZR010          73.0

SPERLING    12B348           8.0
M ENG       12A041           5.0
M PLAT      12A210           5.0

LEVINE      1L0124         280.0
    CW/     1E0116         ~~...~~  265.0
    S)      1E0159                   42.0
    IRA {   1E0155                   30.0
    M.P.J.P 1E0133                   36.0
            1E0156                   22.0
```

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131