# Exhibit 7



Exhibit 7 – Excerpt from the Spiral Notebooks