# Exhibit 3A

# Exhibit 3A - Summary Schedule of Cash and Principal Activity in Epstein Account 1CM049

|  | 1C0061 | Epstein Account 1CM049 |
|---|---|---|
| **INFLOWS** | | |
| Cash Deposits | $4,189,921 | $0 |
| Transfers of Principal (In) | 2,471,598 | 200,000 |
| **Principal Available** | **$6,661,519** | **$200,000** |
| **OUTFLOWS** | | |
| Cash Withdrawals | ($249,065) | ($1,861,538) |
| Transfers of Principal (Out) | (8,317,852)[a] | 0 |
| **Total Outflows** | **($8,566,918)[b]** | **($1,861,538)** |
| **Total** | **($1,905,399)** | **($1,661,538)** |

[a] The $8,317,852 was transferred from BLMIS Account 1C0061 into other BLMIS accounts; one of those transfers was an inter-account transfer of principal in the amount of $200,000 into Epstein Account 1CM049. (See **Exhibits 4A** and **4B**.)

[b] Difference due to rounding.