# Exhibit 3B

# Exhibit 3B - Summary Schedule of Cash and Principal Activity in Epstein Account 1CM005

|  | **Epstein Account 1CM005** |
|---|---:|
| **INFLOWS** | |
| Cash Deposits | $300,000 |
| **OUTFLOWS** | |
| Cash Withdrawals | ($1,876,900) |
| **Total** | **($1,576,900)** |