# Exhibit 4A

**BLMIS ACCOUNT NO. 1C0061 (FORMERLY 100373) - BERNARD L MADOFF C & M TRADING #61**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 6/20/1988 | CHECK | 500,000 | 500,000 | - | - | - | 500,000 | - | MF00536711 | MF00536711 |
| 6/23/1988 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 600,000 | - | MF00536711 | MF00536711 |
| 6/24/1988 | CHECK | 25,000 | 25,000 | - | - | - | 625,000 | - | MF00536711 | MF00536711 |
| 6/24/1988 | CHECK | 100,000 | 100,000 | - | - | - | 725,000 | - | MF00536711 | MF00536711 |
| 6/24/1988 | CHECK | 50,000 | 50,000 | - | - | - | 775,000 | - | MF00536711 | MF00536711 |
| 6/24/1988 | CHECK | 25,000 | 25,000 | - | - | - | 800,000 | - | MF00536711 | MF00536711 |
| 6/24/1988 | CHECK | 100,000 | 100,000 | - | - | - | 900,000 | - | MF00536711 | MF00536711 |
| 6/24/1988 | CHECK | 100,000 | 100,000 | - | - | - | 1,000,000 | - | MF00536711 | MF00536711 |
| 6/27/1988 | CHECK | 215,000 | 215,000 | - | - | - | 1,215,000 | - | MF00536711 | MF00536711 |
| 6/28/1988 | CHECK WIRE A/O 06/24/88 | 100,000 | 100,000 | - | - | - | 1,315,000 | - | MF00536711 | MF00536711 |
| 12/19/1988 | TRANSFER FROM C&M INTERIM *(1C0000)* | 250,000 | - | - | 250,000 | - | 1,565,000 | - | MF00530044 | MF00530044 |
| 12/21/1988 | CHECK | 500,000 | 500,000 | - | - | - | 2,065,000 | - | MF00530044 | MF00530044 |
| 3/1/1989 | TRANS FROM C&M INTERIM *(1C0000)* | 100,000 | - | - | 100,000 | - | 2,165,000 | - | MF00042566 | MF00042566 |
| 3/1/1989 | TRANS FROM C&M INTERIM *(1C0000)* | 50,000 | - | - | 50,000 | - | 2,215,000 | - | MF00042566 | MF00042566 |
| 3/1/1989 | TRANS FROM C&M INTERIM *(1C0000)* | 40,000 | - | - | 40,000 | - | 2,255,000 | - | MF00042566 | MF00042566 |
| 3/1/1989 | TRANS FROM C&M INTERIM *(1C0000)* | 150,000 | - | - | 150,000 | - | 2,405,000 | - | MF00042566 | MF00042566 |
| 10/2/1989 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 2,505,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 2,605,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 2,705,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 2,805,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 2,905,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 3,005,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 3,105,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | CHECK | 100,000 | 100,000 | - | - | - | 3,205,000 | - | MF00051647 | MF00051648 |
| 10/2/1989 | TRANS FROM INTERIM *(1C0000)* | 450,204 [1] | - | - | 449,812 | - | 3,654,812 | - | MF00051647 | MF00051648 |
| 10/4/1989 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 3,754,812 | - | MF00051647 | MF00051648 |
| 10/6/1989 | CHECK WIRE | 100,000 | 100,000 | - | - | - | 3,854,812 | - | MF00051647 | MF00051648 |
| 10/11/1989 | TRANS A/O 09/01/89 | 80,037 | 80,037 | - | - | - | 3,934,849 | - | MF00051647 | MF00051648 |
| 10/13/1989 | CANCEL C&S 10/11/89 | (80,037) | (80,037) | - | - | - | 3,854,812 | - | MF00051647 | MF00051648 |
| 1/2/1990 | TRANS TO C & M 7 *(1C0007)* | (450,000) | - | - | - | (450,000) | 3,404,812 | - | MF00021941 | MF00021941 |
| 1/29/1990 | CHECK | (8,926) | - | (8,926) | - | - | 3,395,886 | - | MF00021941 | MF00021941 |
| 5/1/1990 | TRANS TO C & M 62 *(1C0062)* | (1,440,222) | - | - | - | (1,440,222) | 1,955,664 | - | MF00037505 | MF00037505 |
| 7/2/1990 | TRANS TO C & M 8 *(1C0008)* | (100,063) | - | - | - | (100,063) | 1,855,601 | - | MF00034394 | MF00034394 |
| 7/2/1990 | TRANS FROM C & M INT *(1C0000)* | 100,042 [1] | - | - | 99,936 | - | 1,955,536 | - | MF00034394 | MF00034394 |
| 7/2/1990 | TRANS FROM C & M INT *(1C0000)* | 100,063 [1] | - | - | 99,957 | - | 2,055,493 | - | MF00034394 | MF00034394 |
| 7/2/1990 | TRANS FROM C & M INT *(1C0000)* | 100,042 [1] | - | - | 99,936 | - | 2,155,429 | - | MF00034394 | MF00034394 |
| 7/2/1990 | TRANS FROM C & M INT *(1C0000)* | 100,105 [1] | - | - | 99,999 | - | 2,255,427 | - | MF00034394 | MF00034394 |
| 10/1/1990 | TRANS FROM C & M INTERIM *(1C0000)* | 100,041 [1] | - | - | 99,706 | - | 2,355,133 | - | MF00028092 | MF00028093 |
| 11/1/1990 | TRANS FROM INTERIM *(1C0000)* | 853,996 [1] | - | - | 846,228 | - | 3,201,361 | - | MF00032702 | MF00032702 |
| 1/2/1991 | CHECK | 68,921 | 68,921 | - | - | - | 3,270,281 | - | MF00494780 | MF00494780 |
| 1/3/1991 | CHECK WIRE | 85,000 | 85,000 | - | - | - | 3,355,281 | - | MF00494780 | MF00494780 |
| 4/1/1991 | CHECK | 50,000 | 50,000 | - | - | - | 3,405,281 | - | MF00489095 | MF00489095 |
| 4/1/1991 | CHECK | (50,000) | - | (50,000) | - | - | 3,355,281 | - | MF00489095 | MF00489095 |
| 6/17/1991 | CHECK | (140,139) | - | (140,139) | - | - | 3,215,142 | - | MF00485621 | MF00485621 |
| 7/9/1991 | CHECK A/O 07/08/91 | 200,000 | 200,000 | - | - | - | 3,415,142 | - | MF00483678 | MF00483679 |
| 10/1/1991 | CHECK WIRE | 18,000 | 18,000 | - | - | - | 3,433,142 | - | MF00477407 | MF00477408 |
| 10/1/1991 | CHECK WIRE | 22,700 | 22,700 | - | - | - | 3,455,842 | - | MF00477407 | MF00477408 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 36,019 | - | - | 36,019 | - | 3,491,862 | - | MF00477407 | MF00477408 |
| 10/1/1991 | TRANS FROM C & M INTERIM *(1C0000)* | 50,007 | - | - | 50,007 | - | 3,541,868 | - | MF00477407 | MF00477408 |
| 10/2/1991 | CHECK | 27,300 | 27,300 | - | - | - | 3,569,168 | - | MF00477407 | MF00477408 |

**BLMIS ACCOUNT NO. 1C0061 (FORMERLY 100373) - BERNARD L MADOFF C & M TRADING #61**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | 2-Year | BLMIS SOURCE DOCUMENT: | |
| | Transaction Description as Reported on | Amount as Reported on | | | | | | Amount Withdrawn | | |
| Date | Customer Statement | Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | in Excess of Principal | Beg Bates | End Bates |
| 10/2/1991 | CHECK | 28,000 | 28,000 | - | - | - | 3,597,168 | - | MF00477407 | MF00477408 |
| 1/2/1992 | TRANS TO C & M 46 (1C0046) | (354,653) [2] | - | - | - | (200,000) | 3,397,168 | - | MF00471253 | MF00471253 |
| 1/2/1992 | TRANS TO C & M 39 (1C0039) | (277,893) | - | - | - | (277,893) | 3,119,275 | - | MF00471253 | MF00471253 |
| 1/2/1992 | TRANS TO C & M 39 (1C0039) | (88,825) | - | - | - | (88,825) | 3,030,451 | - | MF00471253 | MF00471253 |
| 1/2/1992 | TRANS TO C & M 39 (1C0039) | (152,336) | - | - | - | (152,336) | 2,878,114 | - | MF00471253 | MF00471253 |
| 1/2/1992 | TRANS TO C & M 39 (1C0039) | (56,311) | - | - | - | (56,311) | 2,821,803 | - | MF00471253 | MF00471253 |
| 1/2/1992 | TRANS TO C & M 39 (1C0039) | (1,975,081) | - | - | - | (1,975,081) | 846,722 | - | MF00471253 | MF00471253 |
| 1/2/1992 | TRANS TO C & M 39 (1C0039) | (52,121) | - | - | - | (52,121) | 794,601 | - | MF00471253 | MF00471253 |
| 4/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 894,601 | - | MF00465084 | MF00465084 |
| 4/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 994,601 | - | MF00465084 | MF00465084 |
| 4/1/1992 | CHECK | 75,000 | 75,000 | - | - | - | 1,069,601 | - | MF00465084 | MF00465084 |
| 4/1/1992 | CHECK | 100,000 | 100,000 | - | - | - | 1,169,601 | - | MF00465084 | MF00465084 |
| 4/1/1992 | TRANS TO C & M 48 (1C0048) | (528,456) [2] | - | - | - | (400,000) | 769,601 | - | MF00465084 | MF00465084 |
| 12/8/1992 | CHECK | (50,000) | - | (50,000) | - | - | 719,601 | - | MF00443982 | MF00443983 |
| 1/4/1993 | CHECK | 50,000 | 50,000 | - | - | - | 769,601 | - | MF00436688 | MF00436688 |
| 1/4/1993 | CHECK | 100,000 | 100,000 | - | - | - | 869,601 | - | MF00436688 | MF00436688 |
| 1/4/1993 | CHECK | 50,000 | 50,000 | - | - | - | 919,601 | - | MF00436688 | MF00436688 |
| 1/4/1993 | TRANS TO 1CM07430 (1CM074) | (615,757) [2] | - | - | - | (350,000) | 569,601 | - | MF00436688 | MF00436688 |
| 1/4/1993 | TRANS TO 1CM14630 (1CM146) | (551,023) [2] | - | - | - | (300,000) | 269,601 | - | MF00436688 | MF00436688 |
| 1/4/1993 | TRANS TO 1CM14730 (1CM147) | (551,023) [2] | - | - | - | (300,000) | (30,399) | - | MF00436688 | MF00436688 |
| 1/4/1993 | TRANS TO 1CM09330 (1CM093) | (1,796,341) [2] | - | - | - | (1,675,000) | (1,705,399) | - | MF00436688 | MF00436688 |
| 1/4/1993 | TRANS TO 1CM04930 (1CM049) | (329,987) [2] | - | - | - | (200,000) | (1,905,399) | - | MF00436688 | MF00436688 |
| 1/4/1993 | TRANS TO 1CM13230 (1CM132) | (551,023) [2] | - | - | - | (300,000) | (2,205,399) | - | MF00436688 | MF00436688 |
| 1/5/1993 | CHECK | 100,000 | 100,000 | - | - | - | (2,105,399) | - | MF00436688 | MF00436688 |
| 1/5/1993 | CHECK | 100,000 | 100,000 | - | - | - | (2,005,399) | - | MF00436688 | MF00436688 |
| 1/5/1993 | CHECK | 100,000 | 100,000 | - | - | - | (1,905,399) | - | MF00436688 | MF00436688 |
| | Total: | | $ 4,189,921 | $ (249,065) | $ 2,471,598 | $ (8,317,852) | $ (1,905,399) | $ - | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the originating account was transferred into this account on this date.

[2] Although BLMIS Customer Statements reflect that a larger transfer was made out of the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the principal remaining in the account was transferred out of the account on this date.