# Exhibit 4B

Exhibit 4B – Detailed Schedule for the Principal Balance Calculation for Epstein Account 1CM049

BLMIS ACCOUNT NO. 1CM049 - SEYMOUR EPSTEIN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS/THIRD-PARTY: Bates Ref |
| 1/4/1993 | TRANS FROM 1C006130 (1C0061) | 329,987 [1] | - | - | 200,000 | - | 200,000 | - | MF00436245 | MF00436246 | Not Produced |
| 7/1/1994 | CHECK | (25,000) | - | (25,000) | - | - | 175,000 | - | MF00229599 | MF00229600 | Not Produced |
| 7/17/1997 | CHECK | (100,000) | - | (100,000) | - | - | 75,000 | - | MDPTPP00665382 | MDPTPP00665385 | Not Produced |
| 6/2/2000 | CHECK | (100,000) | - | (100,000) | - | - | (25,000) | - | MDPTPP00665584 | MDPTPP00665586 | Not Produced |
| 9/13/2000 | CHECK | (50,000) | - | (50,000) | - | - | (75,000) | - | MDPTPP00665599 | MDPTPP00665604 | Not Produced |
| 9/30/2002 | CHECK | (31,000) | - | (31,000) | - | - | (106,000) | - | MDPTPP00665747 | MDPTPP00665749 | Not Produced |
| 6/17/2003 | CHECK | (50,000) | - | (50,000) | - | - | (156,000) | - | MDPTPP00665798 | MDPTPP00665802 | Not Produced |
| 4/8/2004 | CHECK | (100,000) | - | (100,000) | - | - | (256,000) | - | MDPTPP00665859 | MDPTPP00665867 | Not Produced |
| 9/23/2004 | CHECK | (55,000) | - | (55,000) | - | - | (311,000) | - | MDPTPP00665894 | MDPTPP00665898 | Not Produced |
| 12/13/2005 | CHECK | (200,000) | - | (200,000) | - | - | (511,000) | - | MDPTPP00665977 | MDPTPP00665982 | 10-04438_Epstein_0000192 |
| 4/18/2006 | CHECK | (40,000) | - | (40,000) | - | - | (551,000) | - | MDPTPP00666004 | MDPTPP00666010 | Not Produced |
| 12/14/2006 | CHECK | (200,000) | - | (200,000) | - | - | (751,000) | (200,000) | MDPTPP00666056 | MDPTPP00666061 | 10-04438_Epstein_0000346 |
| 6/13/2007 | CHECK | (125,000) | - | (125,000) | - | - | (876,000) | - | MDPTPP00666092 | MDPTPP00666096 | Not Produced |
| 6/28/2007 | STOP PAYMENT | 125,000 | - | 125,000 | - | - | (751,000) | - | MDPTPP00666092 | MDPTPP00666096 | Not Produced |
| 6/29/2007 | CHECK | (125,000) | - | (125,000) | - | - | (876,000) | (125,000) | MDPTPP00666092 | MDPTPP00666096 | Not Produced |
| 2/28/2008 | CHECK | (75,000) | - | (75,000) | - | - | (951,000) | (75,000) | MDPTPP00666129 | MDPTPP00666130 | FMR_SIPC_154150 |
| 4/9/2008 | CHECK WIRE | (710,366) | - | (710,366) | - | - | (1,661,366) | (710,366) | MDPTPP00666133 | MDPTPP00666137 | 10-04438_Epstein_0000386 |
| 6/16/2008 | CHECK | (172) | - | (172) | - | - | (1,661,538) | (172) | MDPTPP00666142 | MDPTPP00666143 | 10-04438_Epstein_0000398 |
| | Total: | | $ - | $ (1,861,538) | $ 200,000 | $ - | $ (1,661,538) | $ (1,110,538) | | | |

[1] Although BLMIS Customer Statements reflect that a larger transfer was made into the account on this date, a portion of the "transferred" funds consisted of fictitious profits which were never achieved and thus could not have been transferred. Accordingly, only the applicable principal was transferred into this account on this date. *See* Exhibit 6 for an excerpt of the Cohmad Cash Database for Epstein Account 1CM049; *see also* 10-04438_Epstein_0000009-10-04438_Epstein_0000012.