# Exhibit 5

BLMIS ACCOUNT NO. 1CM005 - SHELBURNE SHIRT C/O SEYMOUR EPSTEIN

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Date** | **Transaction Description as Reported on Customer Statement** | **Amount as Reported on Customer Statement** | **Deposits** | **Withdrawals** | **Transfers In** | **Transfers Out** | **Balance** | **2-Year Amount Withdrawn in Excess of Principal** | **BLMIS SOURCE DOCUMENT: Beg Bates** | **End Bates** | **BLMIS CUSTOMER STATEMENTS PRODUCED BY THIRD PARTY: Bates Ref** |
| 1/4/1993 | CHECK | 100,000 | 100,000 | - | - | - | 100,000 | - | MF00436122 | MF00436123 | *Not Produced* |
| 12/27/1993 | CHECK | 150,000 | 150,000 | - | - | - | 250,000 | - | MF00342124 | MF00342125 | *Not Produced* |
| 1/3/1995 | CHECK | 50,000 | 50,000 | - | - | - | 300,000 | - | MF00220359 | MF00220361 | *Not Produced* |
| 6/25/2003 | CHECK | (300,000) | - | (300,000) | - | - | - | - | MDPTPP00584954 | MDPTPP00584958 | EPSTEIN-BUCHBINDER 000151 |
| 4/6/2004 | CHECK | (65,000) | - | (65,000) | - | - | (65,000) | - | MDPTPP00585015 | MDPTPP00585020 | EPSTEIN-BUCHBINDER 000047 |
| 7/2/2007 | CHECK | (135,000) | - | (135,000) | - | - | (200,000) | (135,000) | MDPTPP00585250 | MDPTPP00585253 | EPSTEIN-BUCHBINDER 000585 |
| 7/16/2007 | CHECK | (100,000) | - | (100,000) | - | - | (300,000) | (100,000) | MDPTPP00585250 | MDPTPP00585253 | EPSTEIN-BUCHBINDER 000587 |
| 10/25/2007 | CHECK | (1,276,900) | - | (1,276,900) | - | - | (1,576,900) | (1,276,900) | MDPTPP00585265 | MDPTPP00585266 | EPSTEIN-BUCHBINDER 000472 |
| | Total: | | $ 300,000 | $ (1,876,900) | $ - | $ - | $ (1,576,900) | $ (1,511,900) | | | |