# Exhibit 6

# Exhibit 6 - Excerpt of the Colonial Cash Database for Epstein Account 1CM049

