**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Oren J. Warshavsky
Jason S. Oliver

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 9, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A. Motion of Khronos LLC to Quash the Trustee's Fed.R.Bankr.P. 2004 Subpoena filed by Eric Fisher on behalf of Khronos LLC (Filed: 8/18/2020) [ECF No. 19704]

B.      Declaration of Rafael Mayer in Support of Motion of Khronos LLC to Quash Trustee's Rule 2004 Subpoena filed by Eric Fisher on behalf of Khronos LLC (Filed: 8/18/2020) [ECF No. 19705]

C.      Declaration of Eric B. Fisher in Support of Motion of Khronos LLC to Quash Trustee's Rule 2004 Subpoena filed by Eric Fisher on behalf of Khronos LLC (Filed: 8/18/2020) [ECF No. 19706]

**Related Document**:

D.      Notice of Telephonic Hearing on Motion of Khronos LLC to Quash Trustee's Rule 2004 Subpoena filed by Eric Fisher on behalf of Khronos LLC (Filed: 8/18/2020) [ECF No. 19707]

**Objections Due**:      September 1, 2020

**Objections Filed:**

D.      Trustee's Opposition to Motion to Quash filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 9/1/2020) [ECF No. 19751]

E.      Declaration of Jason S. Oliver in Opposition to Khronos LLC's Motion to Quash Rule 2004 Subpoena filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 9/1/2020) [ECF No. 19752]

**Replies Filed**:

F.      Reply Memorandum of Law of Khronos LLC in Further Support of Its Motion to Quash Trustee's Rule 2004 Subpoena filed by Eric Fisher on behalf of Khronos LLC (Filed: 9/7/2020) [ECF No. 19775]

G.      Supplemental Declaration of Rafael Mayer in Further Support of Motion of Khronos LLC to Quash Trustee's Rule 2004 Subpoena filed by Eric Fisher on behalf of Khronos LLC (Filed: 9/7/2020) [ECF No. 19776]

|  |  |
|---|---|
| **Status**: | This matter is going forward. |

Dated:  September 8, 2020
         New York, New York

By:     */s/ Oren J. Warshavsky*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Oren J. Warshavsky
Email:  owarshavsky@bakerlaw.com
Jason S. Oliver
Email: joliver@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*