**BINDER & SCHWARTZ LLP**
Eric B. Fisher
Lindsay A. Bush
Tessa B. Harvey
366 Madison Avenue, 6th Floor
New York, New York 10017
Telephone: (212) 510-7008

*Attorneys for Khronos LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------------------x

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| -against- | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

------------------------------------------------------------------------x

In re:

BERNARD L. MADOFF,

                              Debtor.

------------------------------------------------------------------------x

## CERTIFICATE OF SERVICE

      I, Eric B. Fisher, hereby certify that on September 7 and 8, 2020, I caused true and correct copies of the Reply Memorandum of Law of Khronos LLC in Further Support of its Motion to Quash the Trustee's Fed. R. Bankr. P. 2004 Subpoena (the "Motion to Quash"), and the Supplemental Declaration of Rafael Mayer in Further Support of the Motion to Quash, to be served upon counsel for those parties who receive electronic service through ECF and by

electronic mail, or for those parties who do not receive electronic service, by prepaid regular U.S. Mail, to the parties set forth on the Master Service List, updated as of September 3, 2020, as maintained by Irving H. Picard, Trustee for the liquidation of Bernard L. Madoff Investment Services LLC.

Dated: September 8, 2020

/s/ Eric B. Fisher
Eric B. Fisher