**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215
Howard L. Simon
Kim M. Longo
Antonio J. Casas

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                     Plaintiff-Applicant,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                     Defendant,<br>In re:<br><br>BERNARD L. MADOFF,<br><br>                     Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                     Plaintiff,<br><br>   v.<br><br>ROYAL BANK OF CANADA; GUERNROY LIMITED; ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED; ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED; ROYAL BANK OF CANADA (ASIA) LIMITED; ROYAL BANK OF CANADA (SUISSE) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.;<br><br>                     Defendants. | Adv. Pro. No. 12-01699 (SMB) |

{11840447:2}

**STIPULATION AND ORDER EXTENDING BRIEFING SCHEDULE FOR
TRUSTEE'S MOTION FOR LEAVE TO FILE AN AMENDED COMPLAINT**

Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the estate of Bernard L. Madoff (the "Trustee") and Defendants Royal Bank of Canada, Guernroy Limited, RBC Trust Company (International) Limited (*f/k/a* Royal Bank of Canada Trust Company (Jersey) Limited), Royal Bank of Canada Singapore Branch (as successor in interest to Royal Bank of Canada (Asia) Limited), Banque SYZ S.A. (as successor in interest to Royal Bank of Canada (Suisse) S.A.), RBC Dominion Securities Inc., and RBC Alternative Assets, L.P. (collectively, "Defendants" and together with the Trustee, the "Parties"),[1] by and through their respective undersigned counsel, agree as follows:

WHEREAS, on February 4, 2019, the Trustee and the defendants in this action against which the Trustee still had claims following this Court's extraterritoriality decision (collectively, the "Non-Dismissed Defendants") entered into, and this Court so-ordered, a Stipulation and Order Concerning the Trustee's Motion for Leave to File an Amended Complaint (ECF No. 103);

WHEREAS, on February 25, 2019, the U.S. Court of Appeals for the Second Circuit entered a decision in *In re Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Secs. LLC* (Case No. 17-2992, Document No. 1311-1) (the "Second Circuit Decision");

WHEREAS, on March 6, 2019, the Trustee and the Non-Dismissed Defendants entered into, and this Court so-ordered, a Stipulation and Order Extending Briefing Schedule for Trustee's Motion for Leave to File an Amended Complaint (ECF No. 104) to allow the Parties to determine the appropriate next steps in this action in light of the Second Circuit Decision;

WHEREAS, on March 11, 2019, the defendants-appellees subject to the Second Circuit Decision (together, the "Appellee Defendants") filed a Petition for Panel Rehearing and Rehearing

*En Banc* (Case No. 17-2992, Document No. 1320) (the "Petition for Rehearing");

WHEREAS, on April 3, 2019, the Second Circuit issued an order denying the Petition for Rehearing (Case No. 17-2992, Document No. 1408);

WHEREAS, on April 4, 2019, the Trustee and the Non-Dismissed Defendants entered into, and this Court so-ordered, a Stipulation and Order Extending Briefing Schedule for Trustee's Motion for Leave to File an Amended Complaint (ECF No. 105) to allow the Parties to determine the appropriate next steps in this action in light of the Second Circuit's denial of the Petition for Rehearing;

WHEREAS, on April 8, 2019, the Appellee Defendants filed a Motion to Stay the Issuance of the Mandate Pending the Filing of a Petition for a Writ of Certiorari (Case No. 17-2992, Document No. 1413) (the "Motion to Stay");

WHEREAS, on April 23, 2019, the Second Circuit issued an order granting the Motion to Stay (Case No. 17-2992, Document No. 1503);

WHEREAS, on May 30, 2019, the Trustee and the Non-Dismissed Defendants entered into, and this Court so-ordered, a Stipulation and Order Extending Briefing Schedule for Trustee's Motion for Leave to File an Amended Complaint (ECF No. 107) (the "Prior Stipulation") in light of the fact that the Trustee was not at the time able to move forward against all Defendants;

WHEREAS, on June 1, 2020, following the U.S. Supreme Court's denial of certiorari with respect to the Second Circuit Decision, the Second Circuit issued a mandate as to that decision, reinstating the Trustee's claims against the Appellee Defendants; and

WHEREAS, to allow themselves to determine the appropriate next steps in this action, the Parties have mutually concluded that it is in their interests to extend the briefing schedule set forth

---

[1] Royal Bank of Canada Trust Company (Jersey) Limited is now known as RBC Trust Company (International) Limited. Banque SYZ SA is successor to Royal Bank of Canada (Suisse) S.A. The Second Circuit approved a motion to substitute Royal Bank of Canada Singapore Branch for Royal Bank of Canada (Asia) Limited.

in the Prior Stipulation;

IT IS HEREBY STIPULATED AND AGREED that:

1. Within 60 days of this stipulation (the "Stipulation") being so-ordered by this Court, the Trustee shall file his motion for leave to file an amended complaint, and Defendants shall file their opposition to the motion within 60 days after it is filed. The Trustee shall file a reply within 30 days after Defendants' opposition is filed.

2. The extension of time granted by this Stipulation is without prejudice to any future extensions of time.

3. Entry into this Stipulation shall not impair or otherwise impact the Trustee's and Defendants' rights and defenses, including without limitation, defenses based on jurisdiction and venue.

4. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

*{Remainder of this page intentionally left blank}*

| | |
|---|---|
| Dated: September 10, 2020<br>New York, New York | /s/ Howard L. Simon<br>Howard L. Simon<br>Windels Marx Lane & Mittendorf LLP<br>156 West 56th Street<br>New York, New York 10019<br>Tel: (212) 237-1000<br>Fax: (212) 262-1215<br><br>*Special Counsel to Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*<br><br>/s/ Mark T. Ciani<br>Mark T. Ciani<br>Katten Muchin Rosenman LLP<br>575 Madison Avenue<br>New York, New York 10022<br>Tel: (212) 940-8800<br>Extending Briefing Schedule For Trustee's Motion For Leave To File An Amended Complaint Fax: (212) 940-8776<br><br>*Attorneys for Defendants* |

SO ORDERED: September **11th,** 2020

**/s/ STUART M. BERNSTEIN**

Hon. Stuart M. Bernstein
United States Bankruptcy Judge

{11840447:2}