**MCKOOL SMITH, P.C.**
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Telephone: (212) 402-9400
Facsimile: (212) 402-9444

*Counsel for Bank Julius Baer & Co. Ltd.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-1789 (SMB)
CORPORATION, :
: SIPA LIQUIDATION
Plaintiff-Applicant, :
: (Substantively Consolidated)
v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
------------------------------------------------------------X
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation : Adv. Pro. No. 11-2922 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
and Bernard L. Madoff, :
:
Plaintiff, :
:
v. :
:
BANK JULIUS BAER & CO. LTD., :
:
Defendant. :
:
------------------------------------------------------------X

# MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST

Pursuant to Local Rule 2090-1(e) of the Local Rules, Virginia I. Weber ("Movant") hereby respectfully moves for an order withdrawing as attorney of record for Defendant Bank Julius Baer & Co. Ltd ("Defendant").  Movant further requests that her name be removed from all notice and service lists in these cases. In support of this Motion, Movant states:

1. Movant's employment and association with the law firm of McKool Smith, P.C. will terminate on September 30, 2020.  Upon such termination, Movant will no longer be serving as counsel to Defendant.

2. Defendant will continue to be represented by counsel from McKool Smith, P.C.

3. Movant's withdrawal will not result in prejudice or delay to any party.

WHEREFORE, for the reasons set forth herein, Movant respectfully requests that the Court grant this motion and order that Movant is withdrawn as counsel of record for the Defendant so that Movant no longer receives electronic notices from the Court's CM/ECF system.

Dated:   New York, New York
         September 15, 2020

By:   /s/ Virginia I. Weber
Virginia I. Weber
McKool Smith, P.C.
One Manhattan West
395 9th Avenue, 50th Floor
New York, NY 10001
Tel: (212) 402-9417
Email: vweber@mckoolsmith.com