**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

------------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-1789 (SMB)
CORPORATION, :
: SIPA LIQUIDATION
Plaintiff-Applicant, :
: (Substantively Consolidated)
v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
------------------------------------------------------------X
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation : Adv. Pro. No. 11-2922 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
and Bernard L. Madoff, :
:
Plaintiff, :
:
v. :
:
BANK JULIUS BAER & CO. LTD., :
:
Defendant. :
------------------------------------------------------------X

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST**

Upon the Motion to Withdraw as Attorney of Record and Request to Be Removed From Electronic Notice and Service List filed by Virginia I. Weber ("Movant"), and for good cause shown therein,

      IT IS HEREBY ORDERED that Movant is withdrawn as counsel of record for Defendant Bank Julius Baer & Co. Ltd in Adversary Proceeding Number 11-2922.

Dated: _____, 2020
       New York, New York

                                                Honorable Stuart M. Bernstein
                                                United States Bankruptcy Judge