**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IN RE: § § § **THE BANKRUPTCY LINK,** § § **DEBTOR** § § § § | **CASE NO. 95-88888-cgm** |
| **SECURITIES INVESTOR PROTECTION CORPORATION,** | Adversary Proceeding No. 08-01789-smb |
| **Plaintiff,** v. **BERNARD L. MADOFF INVESTMENT SECURITIES, LLC et al.** **Defendants.** | |

**NOTICE OF WITHDRAWAL OF APPEARANCE AND
REQUEST FOR REMOVAL FROM SERVICE LISTS
<u>AND ELECTRONIC NOTICING</u>**

**PLEASE TAKE NOTICE** that the attorney listed below hereby withdraws his appearance in the above-captioned cases and request that service of all pleadings and notices, including CM/ECF electronic notification be discontinued and all names and contact information be removed from the appropriate service lists.

Jason A. Nagi
Polsinelli PC
600 Third Avenue, 42nd Floor
New York, NY 10016
Email/ECF:
jnagi@polsinelli.com

Dated: September 14, 2020 Respectfully submitted,

**POLSINELLI PC**

*/s/ Jason A. Nagi*
Jason A. Nagi
600 Third Avenue, 42nd Floor
New York, NY  10016
(212) 644-2092
Email/ECF: jnagi@polsinelli.com