**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------------X
:
SECURITIES INVESTOR PROTECTION : Adv. Pro. No. 08-1789 (SMB)
CORPORATION, :
: SIPA LIQUIDATION
Plaintiff-Applicant, :
: (Substantively Consolidated)
v. :
:
BERNARD L. MADOFF INVESTMENT :
SECURITIES LLC, :
:
Defendant. :
---------------------------------------------------------------X
In re: :
:
BERNARD L. MADOFF, :
:
Debtor. :
---------------------------------------------------------------X
IRVING H. PICARD, Trustee for the Liquidation : Adv. Pro. No. 11-2922 (SMB)
of Bernard L. Madoff Investment Securities LLC, :
and Bernard L. Madoff, :
:
Plaintiff, :
:
v. :
:
BANK JULIUS BAER & CO. LTD., :
:
Defendant. :
:
---------------------------------------------------------------X

**ORDER GRANTING MOTION TO WITHDRAW AS ATTORNEY OF RECORD AND**
**REQUEST TO BE REMOVED FROM ELECTRONIC NOTICE AND SERVICE LIST**

    Upon the Motion to Withdraw as Attorney of Record and Request to Be Removed From Electronic Notice and Service List filed by Virginia I. Weber ("Movant"), and for good cause shown therein,

    IT IS HEREBY ORDERED that Movant is withdrawn as counsel of record for Defendant Bank Julius Baer & Co. Ltd in Adversary Proceeding Number 11-2922.

Dated: **September 17, 2020**
New York, New York

                                               **/s/ STUART M. BERNSTEIN**
                                               Honorable Stuart M. Bernstein
                                               United States Bankruptcy Judge