David Gross
561-483-4543

(PLEASE ACCOUNT FOR ALL PENSION ACCOUNTS

IRVING H. PICARD TRUSTEE
C/O BAKER & HOSTETLER LLP
45 ROCKEFELLER PLAZA
NEW YORK, NEW YORK 10111

CLERK OF THE UNITED STATES BANKRUPTCY COURYT
THE SOUTHERN DISTRICT OF NEW YORK
ONE BOWLING GREEN
NEW YORK, NEW YORK 10004

RECEIVED
SEP 18 2020
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

I DAVID GROSS ORIGINALLY INVESTED FUNDS WITH A FIRM COHMAD SECURITIES CORPORATION
50 SUTTON PLACE SOUTH 1C NEW YORK NY 10022
RICHARD GEORGE SPRING 20572 LINKS CIRCLE BOCA RATON FL 33496
MAURICE JAY COHN 54 ELDERFIELDS RD, MANHASSET NY 11030
APROXIMATELY IN THE YEARS OF 1988 WHEN OPENING AN ACCOUNT WITH COHMAD RICHARD SPRING ADVISED ME THAT HIS FIRM WOULD NOT BE ABLE TO OPEN AN ACCUNT WITH MADOFF. AT THIS TIME SPRING WOULD INVEST MY FUNDS WITH COHMAD SINCE IT WAS LIKE A SUBSIDIARY OF MADOFF I COULD BE ASSURED OF WISE DECISION. YEARS LATER SPRING ADVISED DAVID GROSS THAT HE WAS ABLE TO OPEN THE MADOFF ACCOUNT DUE TO THE FACT I HAD ENOUGH FUNDS WITH THE SPRING ACCOUNT AT COHMAD. I IASSURE YOU THAT RICHARD SPRING WAS COMPENSDATED AND DIRECTED THE INVESTMRNTS FOR OTHERS TOO,
I AM ENCLOSING SOME OF THE DOCUMENTS TO VERIFY THAT INVESTMENTS OF DAVID GROSS WAS NOT ACCOUNTED FOR AS MONIES COHMAD USED TO COMPENSATE MR. SPRING. COHMAD RECORDS SHOULD SHOW HOW SPRING WAS COMPENSATED FOR HIS REPRESESSNTING COHMAD – MADOFF – ETC.
P S ANY FURTHER INFORMATION NEEDED , CONTACT
DAVID GROSS 7248 BALLANTRAE CT BOCA RATON FL. 33496 561 483 4543
CELL 516 263 3642
I DAVID GROSS HAS A ARBITRATION BEING HELD UP BY PICARDS ATTORNEYS AND ADVISERS WHO KNOWS WHAT HE WILL DO NEXT.

IT WOULD GREATLY BE APPRECIATED THAT PICARD WOULD ALLOW MY ARBITRATION GOING FORWARD WITH FINRA PLEASE HELP

DAVID GROSS
IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

H

David Gross



Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

07/07/2015

IRVING H. PICARD ESQ.

TRUSTEE FOR BERNARD L. MADOFF INVESTMENT SECURITIES LLC

CLAIMS PROCESSING CENTER

2101 CENTER SPRINGS RD. SUITE 1100

DALLAS TX.75201

I DAVID GROSS ENCLOSING INFORMATION THAT I WAS INVESTED IN A IRA AND ENCLOSED INFORMATION IDENTIDIES THE ACTUARIES WHO HANDLED THIS ACCOUNT. THIS ORIGIALLY WAS WITH RETIREMENT ACCOUNTS INC.AND FISERV INVESTMENT SUPPORT SERVICES AND THE FINAL ANALISISTS WAS WITH MILLENNIUM TRUST COMPANY.

THE DAVID GROSS IRA INFORMATION AND ALL SHOULD BE AS RECOMMENDED IN THE LETTER OF APRIL 28, 2015 BY MILLENNIUM TRUST COMPANT.

AS OF THIS WRITING, THE TRUSTEE HAS NOT EVEN RECOGNISED OR LISTED THIS ACCOUNT -CM302-3-0 IN THE OF DAVID GROSS.

AT THIS TIME ANY HELP OR SUGGESTIONS GIVEN BY ANY AUTHORITY WILL BE GREATLY APPRECIATE.

DAVID GROSS 561 483 4543 – CELL 516 263 3642

7248 BALLANTRAE CT.

BOCA RATON FL. 33496

[signature]

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

RESPOND PLEASE TO 561-483-4543
DAVID GROSS

David Gross 561-482-4570 Please account for all pension funds

ITEM #5

H DAVID GROSS
IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

BERNARD L. MADOFF
Investment Securities
New York □ London

IN ACCOUNT WITH

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800)334-1343
TELEX 235 130
FAX (212) 486-8178

RETIREMENT ACCTS INC CUST IRA
F/B/O DAVID GROSS (40091)

P O BOX 3027
WINTER PARK FL 32790

PERIOD ENDING: 12/31/94
PAGE: 1
YOUR ACCOUNT NUMBER: 1-CM302-3-0
YOUR TAX PAYER IDENTIFICATION NUMBER: 59-1609927

| BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | NO BALANCE FORWARD | | | |
| | | | TRANS FROM 1CM05130 | JRNL | | 210,174.1[illegible] |
| | | | CHECK | JRNL | | 206,321.3[illegible] |
| | | | CHECK | CA | | 54,133.4[illegible] |
| 370,000 | | 65696 | U S TREASURY BILL DUE 2/16/1995 | 99.160 | 366,818.00 | |
| | | | CHECK | CA | | 323,569.4[illegible] |
| | | | CHECK | CA | | 51,879.4[illegible] |
| | 370,000 | 68324 | U S TREASURY BILL DUE 2/16/1995 | 99.380 | | 367,706.0[illegible] |
| | | | TRANS FROM 1CM05130 | CA | | 687.6[illegible] |
| 540,000 | | 70845 | U S TREASURY BILL DUE 3/2/1995 | 99.070 | 534,978.00 | |
| 12,675 | | 73341 | FIDELITY CASH RESERVES SBI | 1 | 12,675.00 | |
| | | | NEW BALANCE | | | .5[illegible] |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| 12,675 | | | FIDELITY CASH RESERVES SBI | 1 | | |
| 540,000 | | | U S TREASURY BILL DUE 3/2/1995 | 99.070 | | |
| | | | MARKET VALUE OF SECURITIES LONG 547,653.00 SHORT | | | |



CONFIRMATION OF REDEMPTION

ITEM 3

1994
RETIREMENT ACCOUNTS INC
FBO DAVID GROSS 40091
SS #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
PO BOX 3017
WINTER PARK FL 32790-3017

ACORN FUND

STATE STREET BANK AND TRUST
CUST FOR THE IRA ROLLOVER OF
DAVID GROSS
52 MORGAN DR
OLD WESTBURY NY 11568-1010

004 851 101

IDENT. OR SOC. SEC. NO. 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
ACCOUNT NO. 2000053906 GROSSDAVI- REP
PLEASE REFER TO ABOVE ACCOUNT NUMBER IN ALL CORRESPONDENCE AND MAIL TO: State Street Bank and Trust Company, Transfer Agent P.O. Box 6502 Boston, MA 02266-6

| CONFIRM DATE | TRADE DATE | TRANSACTION | DOLLAR AMOUNT OF TRANSACTION | SHARE PRICE | SHARES THIS TRANSACTION |
|---|---|---|---|---|---|
| 12/08 | 12/08 | TRANSFER OF ASSETS | 106,321.38 | 11.88 | 8,949.611 |

Please apply to enclosed and attached all pension account David Gross

Call David Gross 561-483-4843

DAVID GROSS
IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

THE REDEMPTION CHECK ATTACHED BELOW IS MADE PAYABLE TO YOU BY REQUEST OF THE SHAREOWNER.

| IDENT. NO | YOUR DISTRIBUTION OPTION IS: INCOME DIVIDENDS | CAPITAL GAINS | SHARES YOU NOW OWN | |
|---|---|---|---|---|
| 36-2692100 | REINVEST | REINVEST | CERTIFICATE SHARES HELD BY YOU<br>+ UNISSUED SHARES HELD BY AGENT<br>= TOTAL SHARES OWNED | .000 |

REDEMPTION CHECK

DETACH THIS CONFIRMATION AND RETAIN FOR YOUR RECORDS BEFORE CASHING OR DEPOSITING CHECK.

DAVID GROSS
IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

Investment Securities
New York ◊ London

(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-0179

EXCELLENT TRUCKING CO INC
PENSION PLAN D GROSS TTEE

52 MORGAN DRIVE
OLD WESTBURY NY 11568

PERIOD ENDING: 10/31/94 PAGE: 5

YOUR ACCOUNT NUMBER: 1-CM051-3-0 YOUR TAX PAYER IDENTIFICATION NUMBER: 13-1800300

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|---|
| | 250 | | | COCA COLA CO | 50 3/8 | | |
| | 105 | | | DISNEY WALT PRODTNS | 39 1/2 | | |
| | 50 | | | DOW CHEMICAL CO | 73 1/2 | | |
| | 155 | | | DU PONT E I DE NEMOURS & CO | 59 5/8 | | |
| | 65 | | | EASTMAN KODAK CO | 48 1/8 | | |
| | 235 | | | EXXON CORP | 62 7/8 | | |
| | 6,727 | | | FIDELITY CASH RESERVES SBI | 1 | | |
| | 190 | | | FORD MOTOR COMPANY | 29 1/2 | | |
| | 330 | | | GENERAL ELECTRIC CO | 49 | | |
| | 145 | | | GENERAL MOTORS CORP | 39 1/2 | | |
| | 50 | | | HEWLETT PACKARD CO | 97 3/4 | | |
| | 80 | | | INTEL CORP | 62 1/8 | | |
| | 110 | | | INTERNATIONAL BUSINESS MACHS | 74 1/2 | | |
| | 125 | | | JOHNSON & JOHNSON | 54 5/8 | | |
| | 125 | | | MCI COMMUNICATIONS CORP | 23 | | |
| | 135 | | | MCDONALDS CORP | 28 7/8 | | |
| | 245 | | | MERCK & CO | 35 5/8 | | |
| | 80 | | | MINNESOTA MNG & MFG CO | 55 [illegible]/8 | | |
| | 80 | | | MOBIL CORP | 86 | | |
| | 150 | | | PEPSICO INC | 35 [illegible] | | |
| | 65 | | | SEARS ROEBUCK & CO | 49 1/2 | | |
| | 430 | | | WAL-MART STORES INC | 23 [illegible]/2 | | |
| | | | | MARKET VALUE OF SECURITIES | | | |
| | | | | LONG SHORT | | | |
| | | | | 216,610.18 | | | |

PLEASE ACCOUNT FOR ALL PENSION ACCOUNTS

David Gross 561-483-4454