UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br><br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF MAILING

STATE OF TEXAS        )
                 ) ss:
COUNTY OF DALLAS      )

  TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On September 23, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S THIRTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 19798)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACUAL ISSUES (Docket Number 19799)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-SECOND OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 19800)

Executed on September 23, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this 23 day of September 2020

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

_____
(SEAL)

_____
Notary Public

# Exhibit A

Exhibit A
9/23/2020

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Snow Becker Krauss P.C. | Michael Wexelbaum | 605 Third Ave. 25th Floor | New York | NY | 10158-0125 | Counsel |
| Greene Espel PLLP | Lawrence M. Shapiro and Mark L. Johnson | 200 South Sixth Street, Suite 1200 | Minneapolis | MN | 55402 | Counsel |
| Caldwell, Leslie & Proctor, PC | Christopher G. Caldwell | 1000 Wilshire Boulevard, Suite 600 | Los Angeles | CA | 90017-2463 | Counsel |