**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Judaic Heritage Foundation, Inc. | 004569 | 3143 | Lowenstein Sandler PC | Judaic Heritage Foundatio Inc | 1CM568 |

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Nancy Feldman | 010459 | 495 | Phillips Nizer LLP | Nancy Feldman | 1F0152 |
| Watershed Foundation; Gordon Bennett Trustee | 013913 015288 015334 | 1015 | Lax & Neville, LLP | Watershed Foundation | 1ZA197 |