**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON SEPTEMBER 30, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04469; Picard v. Carol L. Kamenstein, individually and in her capacity as joint tenant, *et al.***

    A.  Notice of Final Pre-Trial Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 9/2/2020) [ECF No. 95]

**Related Documents**:

B.    Letter to the Honorable Stuart M. Bernstein requesting a Pre-Motion Conference filed by Helen Davis Chaitman on behalf of Sloan G. Kamenstein, Tracy D. Kamenstein, Carol L. Kamenstein, individually and in her capacity as joint tenant, David R. Kamenstein, individually and in his capacity as joint tenant (Filed: 9/4/2020) [ECF No. 97]

C.    Letter to Judge Bernstein regarding Defendants' request for Pre-Motion Conference filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 9/8/2020) [ECF No. 98]

**Status**:    This matter is going forward.

Dated: September 29, 2020
New York, New York

By:    */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*