**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant,<br><br>　　　　　Defendant. | Adv. Pro. No. 10-04469 (SMB) |

**ORDER SETTING PRE-TRIAL DEADLINES AND**
**SCHEDULING FINAL PRE-TRIAL CONFERENCE**

THIS MATTER having been scheduled for a conference on September 30, 2020 at 10:00 A.M. (the "Conference") before the Court pursuant to the notice of final pre-trial conference filed on September 2, 2020 [ECF No. 95], and to consider Defendants' letter, dated September 4, 2020, requesting leave to file a motion for summary judgment [ECF No. 97] ("Defendants' Letter"), and Plaintiff's letter, dated September 8, 2020 [ECF No. 98], in response to Defendants' Letter, and

requesting that the matter be scheduled for trial ("Plaintiff's Letter," and with Defendants' Letter, the "Letters"); and counsel for the Plaintiff and counsel for Defendants (collectively, "Counsel") having appeared at the Conference and having made oral arguments on the issues raised in the Letters; and the Court having directed Counsel to submit an order setting forth pre-trial deadlines and scheduling a final pre-trial conference, it is hereby:

**ORDERED**, that the Trustee shall provide Defendants a draft Joint Pre-Trial Order on or before **November 18, 2020**; and it is further

**ORDERED**, that Defendants shall provide the Trustee with comments and/or responses to the draft Joint Pre-Trial Order on or before **December 18, 2020**; and it is further

**ORDERED**, that the parties shall exchange exhibits and deposition designations on or before **January 8, 2021**; and it is further

**ORDERED**, that the parties shall exchange objections to exhibits and deposition designations on or before **January 15, 2021**; and it is further

**ORDERED**, that the parties shall submit a final Joint Pre-Trial Order to Chambers on or before **January 20, 2021**; and it is further

**ORDERED**, that the final pre-trial conference in this matter shall commence on **January 27, 2021** at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and the Court shall schedule trial at that conference; and it is further

**ORDERED**, that the parties shall file any motions in limine at least **fourteen days before trial**; and it is further

**ORDERED**, that the parties shall file any oppositions to motions in limine at least **seven days before trial**; and it is further

**ORDERED**, that this Court shall retain jurisdiction over enforcement and implementation of this Order.

Dated: October 2nd, 2020
New York, New York

**/s/ STUART M. BERNSTEIN**
HON. STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE