# EXHIBIT A

Page 1

1   UNITED STATES BANKRUPTCY COURT

2   SOUTHERN DISTRICT OF NEW YORK

3   Adv. Case No. 10-04377-smb

4   Adv. Case No. 10-04658-smb

5   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

6   IRVING H. PICARD, TRUSTEE FOR THE LIQUIDATION OF BERNARD L.

7   MADOFF INVESTMENT SECURITIES LLC,

8               Plaintiff,

9         v.

10   NELSON et al.,

11               Defendants.

12   - - - - - - - - - - - - - - - - - - - - - - - - - - - x

13

14           United States Bankruptcy Court

15           One Bowling Green

16           New York, NY  10004

17

18           May 8, 2019

19           10:22 AM

20

21   B E F O R E :

22   HON STUART M. BERNSTEIN

23   U.S. BANKRUPTCY JUDGE

24

25   ECRO:  NAROTAM RAI

08-01789-cgm    Doc 19825-1    Filed 10/02/20    Entered 10/02/20 17:12:39    Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS    Pg 3 of 42

Page 2

1    HEARING re 10-04377-smb TRIAL

2

3    HEARING re 10-04377-smb Motion In Limine Number 1 to Admit

4    the Plea Allocutions of Bernard L. Madoff and BLMIS

5    Employees (also applies to Adv. Proc. No. 10-04658)

6

7    HEARING re 10-04377-smb Motion In Limine Number 2 to Admit

8    the Trial Testimony of Frack DiPascali (also applies to Adv.

9    Proc. No. 10-04658)

10

11    HEARING re 10-04377-smb Motion In Limine Number 3 to Exclude

12    Testimony and Exhibits Related to Defendants Asserted Tax

13    Obligations to Governmental Taxing Authorities (also applies

14    to Adv. Proc. No. 10-04658)

15

16    HEARING re 10-04658 TRIAL

17

18

19

20

21

22

23

24

25    Transcribed by:  Sonya Ledanski Hyde

```
 1   A P P E A R A N C E S :

 2

 3   BAKER HOSTETLER LLP

 4         Attorneys for the Trustee

 5         45 Rockefeller Plaza

 6         New York, NY 10111

 7

 8   BY:  SEANNA R. BROWN

 9         NICHOLAS J. CREMONA

10         DEAN HUNT

11         LAN HOANG

12         AMY E. VANDERWAL

13         MAXIMILLIAN S. SHIFRIN

14

15   BAKER HOSTETLER LLP

16         Attorneys for the Trustee

17         811 Main Street, Suite 1100

18         Houston, TX 77002

19

20   BY:  MARIE L. CARLISLE

21

22

23

24

25
```

**Page 4**

1   CHAITMAN LLP

2         465 Park Avenue

3         New York, NY 10022

4

5   BY:  HELEN DAVIS CHAITMAN

6         JENNIFER ALLIM

7

8   ALSO PRESENT TELEPHONICALLY:

9

10  SEAN DALY

11  DAVID J. SHEEHAN

12  ROBERT A. RICH

13

14

15

16

17

18

19

20

21

22

23

24

25

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 6 of 42

Page 14

1    deposition, and the new disclosure, Ms. Agatha Cole as a

2    witness.

3              As to Mr. Madoff and Ms. Pitt, I think it -- the

4    issue here is not the relevance, which is the argument that

5    Defendants made in their papers.  They're relevant.  They

6    worked at BLMIS.  They perpetrated fraud.  That's not the

7    issue here.

8              The issue here is that Your Honor has ruled on.

9    We've had years of discovery, years of discovery dispute,

10   and Your Honor has already ruled that any deposition,

11   particularly the Madoff deposition that was taken after the

12   close of discovery in this case, would not -- are not --

13   that they are not permitted to participate in Madoff's

14   deposition, and that deposition would not apply in that

15   case.

16             THE COURT:  I understand that, but, you know, they

17   weren't permitted to participate in the Bonaventure trial

18   either, and I don't see the difference between your argument

19   for using DiPascali's testimony and the argument to use

20   Madoff's and -- I'm sorry, I forget the other witnesses'

21   names -- deposition testimony.  Isn't it really the same

22   issue?

23             MS. HOANG:  It's actually not, Your Honor.  Your

24   Honor has already ruled in this case as to Mr. Madoff and

25   Ms. Pitt.  As to the -- as to DiPascali, there's other

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 7 of 42

Page 62

1    Q    Were you able to determine when BLMIS changed from the

2    convertible arbitrate strategy to the split strike strategy?

3    A    Right around the early '90s.  This was the time period

4    after the SEC had been in to investigate the accounting firm

5    of Avellino and Bienes, who had been putting money into

6    BLMIS through taking money from their clients and posing

7    them as investor notes.  And when that seemed to all

8    unravel, now, Mr. Madoff was faced with about 4,500 clients

9    -- instead of having one accounting firm to deal with and

10   one set of clients in that, now he had thousands of clients

11   to deal with because they had been potentially or

12   purportedly making a decent return and they wanted to come

13   back for more.  And the convertible arbitrage at that point,

14   it was very difficult and time consuming to try to -- to try

15   to perpetrate the fraud.  It took a lot of work, as you'll

16   see when I go through.  And so, the split strike conversion

17   strategy was born or was utilized.

18        This was not a strategy created by Mr. Madoff.

19   The split strike conversion strategy is a legitimate trading

20   strategy that people use on Wall Street.  So, this was

21   nothing genius that Mr. Madoff put in to play, but this was

22   something he put in to play to allow it to be scalable so

23   you could deal with thousands of people in that regard.

24   Q    Okay.  So, during the time we're talking about here,

25   you mentioned there were two legs of the BLMIS business.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 8 of 42

Page 63

1    How was it structured?

2    A    So, BLMIS, Your Honor, was structured -- kind of two

3    sides of the business.  One I'll refer to as the investment

4    advisory side.  Sometimes I might slip and call it House 17

5    because it was located on the 17th floor of the Lipstick

6    Building here in Manhattan.  The other side was the

7    proprietary trading and market-making business.  And I'll

8    just refer to that throughout the trial as the prop trading

9    side of the business.  But proprietary trading is basically

10   when a broker-dealer uses its own money to trade for its own

11   account to make profits for itself.  So, somebody like

12   Goldman will have a prop trading desk and they'll try to

13   make money with their own money.

14         The market-making side is acting as a market maker

15   in certain stocks and creating flow into the market, and

16   acting as a broker-dealer to take orders for buys and sells.

17   So, that was going on in the prop trading side of the

18   business.  And sometimes I might slip and refer to that as

19   House 5.  That's how that was known in a lot of the records.

20   So, basically, the investment advisory side and the prop

21   trading side -- two sides of BLMIS.

22   Q    So, was the prop trading side of the business designed

23   to buy and sell securities?

24   A    Absolutely.

25   Q    All right.  What about the investment advisory side of

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 9 of 42

Page 64

1    the business?  What was it?  What was it designed to do?

2    A    Well, it was designed to purportedly trade stocks to

3    buy equities, to buy options.  Under the split strike

4    conversion strategy, it would be using puts and calls.  And

5    I'll explain that in more detail.  And it was also

6    purportedly to -- when Mr. Madoff thought the timing was

7    right, to unwind these trades and put the money supposedly

8    in treasuries.  That's what it was purported to do.  The

9    problem is it never did that.

10   Q    So, I was going to ask you that.  So, the proprietary

11   trading side of the business bought and sold securities?

12   A    Absolutely.

13   Q    The investment advisory side?

14   A    Never.

15   Q    Okay.  To operate a securities tradings business like

16   BLMIS, do you need money?

17   A    You do need money, yes.

18   Q    Do you need computers?

19   A    You need a vast computer system.  If you're going to be

20   a broker-dealer like BLMIS and do prop trading, you need

21   sophisticated computer systems.

22   Q    Let's talk about computers first.

23   A    Okay.

24   Q    You mentioned the AS400.

25   A    Yes.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 10 of 42

Page 68

1   execute anything because there were no connections to it.

2   And then it could print out statements.  So, some of the

3   same programs that were present over in the prop trading

4   side originally on the AS400 were taken, used in the IA

5   business to facilitate doing some of the same tasks, but it

6   lacked any capability to actually trade.

7   Q    So, the proprietary trading side of the business had a

8   trading platform?

9   A    It had a trading platform and it actually traded.

10   That's what it did.

11   Q    Was it set up to buy and sell stocks?

12   A    Absolutely.

13   Q    How about options?

14   A    Absolutely.

15   Q    How about treasuries?

16   A    Absolutely.

17   Q    How about the computer at the investment advisory

18   business, the AS400, was that a trading platform?

19   A    Absolutely not, Your Honor.

20   Q    Was it set up to buy and sell stocks?

21   A    It was not.

22   Q    Was it set up to buy and sell options?

23   A    It was not.

24   Q    How about treasuries?

25   A    It was not.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 11 of 42

Page 73

1          And so that system was present and working in the

2     prop trading business.  There was software from it, there

3     were documents from it, there was architecture documents,

4     how that was hooked up, and that was in the prop trading

5     business.

6          On the IA side of the business, Your Honor, it

7     didn't exist.  There's no need -- if you're not trading any

8     stocks and you're not doing anything, you don't need all

9     these systems.  Systems have servers, servers take up room,

10    people can have access to it, they can see what you're

11    doing.  So, in the midst of perpetrating a fraud, things you

12    don't need you don't put in the room.  You leave it out.

13    And that's why these things were not present over in the IA

14    business.

15    Q    Staying on Page 3, just scroll down a little bit, I'd

16    like to talk to you about NASDAQ QIX.  The NASDAQ QIX,

17    whatever that is.  Can you tell us what that was?  What a

18    day.

19    A    So, from the NASDAQ market, it's the -- it was a system

20    that gave you access to real time market data, and it's a

21    trading system.  So, you could actually place trades through

22    that.  And, interestingly enough, Mr. Madoff was involved in

23    NASDAQ.  You see it on the prop trading side of the business

24    because there were stocks being executed, and buys and

25    sells, and prop trading, and market-making activities.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 12 of 42

Page 74

1          Again, there's no checkmark under the IA business

2     because there's no need for it.  You don't need real time

3     market quotes and trading when you're not doing trading.

4     Q    I missed one on Page 2.  If you could just flip back to

5     Page 2 of Exhibit 44?  What was the Fix Engine?

6     A    Oh.  The Fix Engine, it's kind of like an instant

7     message communication system for trade-related messages

8     between market participants.  So, there's information on --

9     going back and forth on trading, on what the pricing is.

10    It's an important component if you're actively in the

11    market, and you may have -- before you place an order, you

12    may have a large order of a million shares of Exxon, which

13    would be a larger order.  You don't want to just put that

14    onto the market.  It can tilt the market pretty quickly.

15         So, you may, through Fix, talk to another market

16    participant.  Did they have a buyer for a piece -- you know,

17    maybe 250,000 shares?  So, it's used between the market

18    participants to help form the market and efficiently create

19    the process for trading.  Again, you'll see that for the

20    prop trading business.  It makes sense.  They're trading

21    stocks and other instruments.  You don't see it for the IA

22    business.  Again, you don't need it because nothing as going

23    on.

24    Q    Now, let's go back to Page 3.  Sorry about that detour.

25    And if you can take a look at the Order Audit Trail System

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 13 of 42

Page 75

1    row of Exhibit 44.

2    A    Right.

3    Q    Tell Judge Bernstein what that's about.

4    A    So, Your Honor, a very important system -- even by its

5    name, the Order Audit Trail System denotes that anything

6    with the word audit in it is usually important.  In the

7    trading world there are things called broken trades.  A

8    trade goes through, is placed and it's never filled.

9    There's some kind of break in the trade that needs to be

10   reconciled every night.  There needs to be an audit trail of

11   trades for regulators to come in, be it federal regulators

12   or state regulators.

13        So, this provided -- it tracked the orders,

14   including the origination, transmission, and cancellation or

15   execution.  Basically, the history of what's going on with

16   an order.  That was functioning in the prop trading

17   business.  It was not present in the IA business.  Again,

18   nothing was being done in the IA business with real stocks,

19   or bonds, or trading, so you don't need an audit trail when

20   you're making everything up.

21   Q    What about on Page 4, Stratus Boss?  Can you tell us

22   about that and why it was one place and not the other?

23   A    So, the Stratus system is a frontend processing system

24   which maximizes the trading speed.  We've heard a lot

25   certainly coming out of the financial crisis of high-

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 14 of 42

Page 80

1    it never indicated that there was a correction.  It was just

2    the ability to go make things disappear and reappear.  Kind

3    of the magic behind the curtain, so to speak.

4    Q    I think you've answered this question but based on your

5    review of the computer systems ab BLMIS, were you able to

6    determine if any trades were being processed through the

7    investment advisory business computers?

8    A    I was able to make that determination and the answer is

9    they were not.  There was no evidence, Your Honor, of any

10   trades being executed through the IA business computer

11   systems whatsoever.

12   Q    So, in your professional opinion, can a securities

13   trading business like BLMIS investment advisory business

14   operate without a connected trading platform?

15   A    No, it can't.

16   Q    So, we've talked about computers.  Now let's talk about

17   money.  Before you can buy or sell stocks, options,

18   treasuries, do you need a source of funds?

19   A    You do.

20   Q    I want to discuss the source of funds at the BLMIS

21   investment advisory business, okay?

22   A    Okay.

23   Q    Does your report include a demonstrative aid to help us

24   explain those sources of funds?  I think it's Trial Exhibit

25   37.  And I think we have that on the board, too, don't we?

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 15 of 42

Page 81

1            THE COURT:  Is that in the report?

2            MR. HUNT:  It's in the report as well, Your Honor.

3     I think it's Page 121, Figure 39.

4            THE COURT:  Okay, thank you.

5            MR. HUNT:  It kind of looks like a house.  I don't

6     know if we can get that up there.

7     Q    Can you identify Exhibit 37 for the record?

8     A    Exhibit 37 is my Figure 39 from Page 121 of my expert

9     report.  And it is a graphic that I prepared.  Basically, in

10    conducting the investigation, I wanted to see where the

11    money was coming from, kind of like follow the money, and to

12    really hone in on how the money went into the IA business

13    and how it came out.  And just to give a closure to any sort

14    of thought that somehow the AI business was doing business

15    through somebody else.

16    Q    So, we'll probably be referring back to Exhibit 37 from

17    time to time.  Did you review the books and records related

18    to each of the bank accounts held by BLMIS?

19    A    I did.

20    Q    Did you determine what bank account the BLMIS

21    investment advisory business deposited customer

22    (indiscernible)?

23    A     It's what I've referred to as the J.P.  Morgan Chase

24    703 account.  The 703 were the last three digits of the

25    account number.  That was the main account where customer

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 16 of 42

Page 82

1    money was deposited in for the IA business.

2    Q    What's a sweep account?

3    A    A sweep account, Your Honor, is if you have a business

4    checking account and you're maintaining a bunch of money in

5    that checking account, banks typically don't pay very much

6    interest on checking accounts.  Historically, very low.  And

7    so to maximize your cash efficiency, you can arrange -- if

8    the bank is large enough; usually this is with the larger

9    banks -- a situation where every night above a certain

10   amount, they may leave you with $10,000 in the bank account.

11   They will sweep out the rest of the money and put it into

12   very short-term overnight investments.

13        It could be a bankers acceptance type note, it

14   could be just a short-term treasury bill in and out.  But,

15   basically, it is a way to maximize idle money sitting in an

16   account.  Instead of just letting it sit in a checking

17   account, it's able to earn a little bit more that way.  And

18   it goes out the night, it comes back the next morning.  So,

19   that's why they call it an overnight sweep, if you're using

20   a sweep account as an overnight sweep.

21   Q    Were there any overnight sweeps associated with the 703

22   account?

23   A    There were, yes.

24   Q    If you could, Mr. Dubinsky, turn to Exhibit 38 in your

25   binder, which is also Figure 37 on Page 117 in your report.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 17 of 42

Page 83

1    Do you have that, sir?

2    A    I do have that, yes.

3    Q    If you could describe what Exhibit 38 depicts?

4    A    So, Your Honor, I wanted to see, in order to determine

5    whether there was actual trading going on in the investment

6    advisory business, I wanted to see what cash accretions were

7    going into the 703 account.  Where was the cash coming from?

8    And this shows that 97 percent of all the cash going into

9    the 703 account came from customers.  Customers -- either

10   new customers putting money in or existing customers putting

11   additional money in.

12        There's a small slice for 3 percent, what I've

13   called Other Additions, and that is money that came back in

14   vis-à-vis money that was earned on the overnight sweeps over

15   the period when this was computed.  So, basically, what I --

16   what this shows me is if there were trading going on in the

17   investment advisory business, and as purportedly was shown

18   on customer statements, those trades were consistently

19   earning money -- they were never losing, they were always

20   making money -- you would see another huge slice of this

21   pie, probably 80 percent of it being from trading profits.

22   Because money has to come back in to the account at some

23   point if you're going to turn it back into cash, as clients

24   want to get out, from the trading profits when they sold

25   their investments.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 18 of 42

Page 84

1          There was never any addition to the 703 account

2     that I saw when I examined the bank accounts to show that

3     money was coming from trading profits.  Again, if somebody

4     wanted to close their account or take money out -- as many

5     people took out millions and millions of dollars over the

6     years -- it had to come out of the 703 account.  That was

7     the investment advisory account.  There was another account

8     that money from 703 went to to wire the money out or write

9     the checks, but that was just a disbursement account.  This

10    was the main account.

11          And that's a very important finding because

12    without additional money coming in from trading gains, that

13    belies the notion that there were, in fact, trading gains.

14    There weren't.

15    Q    We'll talk about those in a little bit more detail.

16    So, what sources of information did you use to prepare this

17    Exhibit 38?

18    A    These were bank statements from -- that were obtained

19    from J.P.  Morgan Chase.  And in addition to the bank

20    statements, there were -- there was information on customer

21    money in the computer file and that was utilized as well to

22    look at -- to match up the cash additions coming to the

23    account to try to bundle where that money was coming from.

24    In other words, to make sure that if a deposit came in, say,

25    $3 million, it wasn't traceable back to the profits from

1  some alleged stock trade.  It was all traced back to client

2  money, customer money.

3  Q    Okay, so let me see if I understand this.  You're

4  saying that 97 percent of the money going into the

5  investment side, investment advisory side of BLMIS was

6  coming directly from customers.  Is that what you're saying?

7  A    That's correct.

8  Q    Okay.  There's 3 percent that comes from investment

9  activity, overnight sweeps, and stuff like that, right?

10  A    Correct.

11  Q    Where did the money come from to make those

12  investments, those short-term investments?

13  A    Customer money.  It was taken out of the 703 account

14  and then invested overnight and then put back in the 703.

15  So, it originated from customer money just as a way to earn

16  a little bit more interest than the money sitting in the 703

17  checking account.

18  Q    So, what was the source of all of the money deposited

19  into the 703 account?

20  A    Both the 97 percent and the 3 percent were from

21  customer money.  Because if you -- the 3 percent is the

22  derivative, if you will, of the earnings of those overnight

23  sweeps, it would come from customer money.

24  Q    Okay.  So, looking at Exhibit 37, I guess we've

25  identified where the money came from that went into the blue

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS    Pg 20 of 42

Page 90

1    up there.

2    A    Yeah, so --

3         THE COURT:  Which page?  I'm sorry, which page is

4    that in the report?  Oh, I have it.  Page 121.

5         MR. HUNT:  Okay.  Sorry.

6    A    So, yes.  Under -- there's a box underneath the blue

7    box that says IA Business, or there's a line with an arrow

8    that says Dividends.  And I have an X there.  That was one

9    of the things that I eliminated by doing this analysis.

10   That the dividends were never received.

11        I also should say I looked for documentation from

12   the transfer agents saying, well, here's a transmittal, it's

13   going to be wired to the account.  Here's, you know, $20

14   million for a particular dividend payment.  I looked for why

15   are remittances...?  I mean, I scoured the documents to see

16   -- maybe the money came in somewhere and somehow evaporated

17   somewhere else.  I don't know.  But I looked for all of the

18   information that would be surrounding the transmittal, and

19   there was none of it.

20   Q    In fact, in your review of the BLMIS books and records,

21   did you identify any other income-producing activities for

22   the investment advisory business, other than the short-term

23   sweeps and the BLMIS interest-bearing accounts that were

24   funded by 703 customer deposits, what you just discussed?

25   A    No.  There were several brokerage accounts, that money

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 21 of 42

Page 91

1   was taken from the 703 account and put into, that purchased

2   some treasuries.  But other than -- and those weren't

3   purchased in connection with any split strike conversion

4   strategy.  But, no, other than that, there was absolutely no

5   evidence of any trading whatsoever going on in the IA

6   business.

7   Q    How about any third party financing the investment

8   advisory arm was receiving?  Did you find any of that?

9   A    Other than about $145 million worth of loans, I think

10  it was either 2005 or '06, Your Honor, there was somewhat of

11  a liquidity crush.  You know, again, when you're running a

12  Ponzi scheme like this, the big fear is kind of the run on

13  the bank.  If everybody shows up to cash out, you don't have

14  the money to pay everybody and that's when these things

15  collapse.

16       And so there was a liquidity crunch in the mid-

17  2000s, and there was as loan -- two loans obtained from a

18  bank that were very short term.  I think within six months,

19  the loans were paid off.  I think it was about $145 million.

20  It's in the report.  Other than that -- and that would be --

21  that was not enough to sustain -- that was a short-term kind

22  of bridge loan.

23       But back to your original question, that was the

24  only third party financing I saw.  There was no other

25  legitimate business within the IA business, and no sort of

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 22 of 42

Page 92

1    use of the money in a legitimate way to create any sort of

2    other profits for the IA business.

3    Q    Where would all that money have shown up?

4    A    In the 703 account.  That was the account that was used

5    for the IA business.

6    Q    Is that why you have the big red Xes on all of those

7    possible incoming sources of funds?

8    A    It is.  I was trying again to see where the money was

9    coming in, how it was being earned, was there -- you know,

10   maybe Mr. Madoff said he was going to trade stocks but he,

11   you know, just invested in gold bars somewhere.  And while

12   that would've have been right, maybe there was an investment

13   somewhere else, and then he was selling those gold bars and

14   producing some income.  So, that's the other income

15   producing box in the upper right.

16        There was no evidence other than money coming in

17   from customers and money going out to customers.  A little

18   bit of the sweep, the overnight sweeps to kind of create

19   more money for the Ponzi to enable it to go a little bit

20   longer, in other words.  And that's why I have Xes on all of

21   those.

22   Q    So, based on your review of the books and records of

23   BLMIS, did you reach a conclusion about the source of funds

24   for the 703 account?

25   A    I did.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 23 of 42

Page 93

1    Q    I probably asked and answered that one but I'll ask it

2    again.

3    A    It came from the IA business customers.

4    Q    Was J.P.  Morgan Chase formerly known as Chase

5    Manhattan Bank?  Do you remember that?

6    A    It was.

7    Q    Did Mr. Madoff testify in his allocution about how he

8    used that bank account?

9    A    I recall he did, yes.

10   Q    If you could turn to the Trustee's Exhibit 1 in your

11   binder.  It's the small binder, I think.  You're going to be

12   happy about that.

13              THE COURT:  Do you have that allocution?

14              MR. HUNT:  Yes, sir, it's --

15              THE COURT:  You had had it separate from --

16              MR. HUNT:  Oh, yeah, we do.  We have it in a small

17   bound copy.

18              THE COURT:  Well, give it to me, rather than...

19   (indiscernible)

20              MR. HUNT:  Do you have...?

21              MR. DUBINSKY:  I have a small binder that says

22   Regarding Madoff Allocution.

23              THE COURT:  Right.  I have a copy of it from...

24              MR. HUNT:  Sorry, I apologize.  I thought I'd

25   provided it.

Page 94

1          THE COURT:  I think I turned it away because I

2    said I didn't need it.

3          MR. HUNT:  It's Trustee's Exhibit 1.

4          THE COURT:  I have it.

5          MR. HUNT:  Okay, thank you.

6    Q    If you could please read Mr. Madoff's allocution

7    starting at the end of Line 15 on Page 24.  On Page 24.

8    A    So, Page 24 starting at the end --

9    Q    At the end of Line 15 through the end of the first

10   sentence on Line 22.

11   A    Okay.  "Up until I was arrested on December 11, 2008, I

12   never invested these funds in the securities as I had

13   promised.  Instead, those funds were deposited in a bank

14   account at Chase Manhattan Bank.  When clients wished to

15   receive the profits they believed they had earned with me or

16   to redeem their principal, I used money in the Chase

17   Manhattan Bank account that belonged to them or other

18   clients to pay the requested funds."

19   Q    Did your investigation confirm if Mr. Madoff's

20   allocution accurately reflected how the Chase accounts were

21   used to pay redemptions?

22   A    It did.  And it does accurately reflect what my

23   investigation concluded, that that's how it was used.

24   Q    Just going back to the dividends we talked about to

25   clean up the point.  Were there any records showing that any

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 25 of 42

Page 95

1   of these $4 billion of cash dividends were deposited into

2   any other bank account?

3   A    No.  I scoured every other bank account record and

4   every other document.  I wanted to make sure that I was

5   certain.

6   Q    So, to wrap up this issue, please summarize your

7   conclusions concerning the source of funds flowing out of

8   the investment advisory business to customers.  Where was

9   that money coming from?

10  A    Customer money.  Just other customers' money.

11  Q    Did your conclusion that the BLMIS investment advisory

12  business did not have a connected trading platform have

13  anything to do with your conclusion that the investment

14  advisory business was being operated as a Ponzi scheme?

15  A    Absolutely.

16  Q    Why?

17  A    Because without the ability to actually connect to the

18  market and trade and no evidence of those trades ever

19  occurring, coupled with what I just testified about, that

20  the only money I saw was customer money in and customer

21  money out, no accretion to that 703 account from any sort of

22  trading profit dividends -- that's the classic example of a

23  Ponzi.  There's nothing going on.  You're taking money from

24  people, you're promising that you're going to do something

25  with it, and then you pay them back as if you're fulfilling

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 26 of 42

Page 122

1    theoretically if you're doing trading?

2    A    Well that's not only theoretical, that's what actually

3    happens in the market.  If you, when you pull the data from

4    Bloomberg, for instance, it will come out at about 50-50.

5    Q    So, if you look at the high in the lower right hand

6    corner, talking about the proprietary trading business, what

7    did you find?

8    A    So, this one looks at the buys.  So, this was from

9    January 2000 through November 2008.  And the prop trading

10   business was at about 51-49, almost 50-50, where you would

11   expect to see prop traders doing the sort of buying to end

12   up, so looking at the actual data from the prop trading

13   business and running the formula that we just talked about.

14   This is what, for that time period, it ended up being.

15   Q    And was the proprietary trading business actually

16   buying stock during that period?

17   A    Yes.  The proprietary trading business was buying stock

18   for the proprietary trading desk and for the market-making

19   clients of that side of the business.  This has nothing--

20   what we're talking about now has nothing to with the IA

21   customers or IA business, at this point.

22   Q    If you look at the large pie on the left, talking about

23   the IA business buys, what does that show?

24   A    So, this shows that in the IA business, what was

25   recorded as the buys, was that the IA business was buying

Page 128

1    BLMIS was trading options for its investment advisory

2    clients?

3    A    I reached the conclusion that no options were ever

4    traded on behalf of the IA business customers.

5    Q    So, let's talk about the third element of the split

6    strike strategy, which I think you said was treasuries.

7    A    Correct.

8    Q    I think you did an analysis of that and it's on page 70

9    of the report.  Based on your review of the books and

10   records, did you determine how treasuries factored into this

11   split strike strategy the BLMIS was marketing to is

12   customers?

13   A    I did.  They were supposed to be used, Your Honor, when

14   either Mr. Madoff or somebody at BMLIS determined it was

15   time to, quote, get out of the market, and the purported

16   equity and option trades were unwound and then money was

17   used to purchase treasuries, in other words, to go into kind

18   of a parking situation during that time period.  That's how

19   it was supposed to work.

20   Q    If you could turn to Exhibit One, which is Mr. Madoff's

21   allocution, and starting in the middle of line 7, on page

22   26, through line 11, and read that into the record please.

23   A    What was the line number to start on?

24   Q    It's line 7 through 11 on page 26.

25   A    "I promised that I would opportunistically time those

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 28 of 42

Page 129

1    purchases and would be out of the market intermittently

2    investing client funds during these periods in United States

3    government-issued securities such as United States Treasury

4    bills."

5    Q    And then read line 16 through 18 on that same page.

6    A    "In fact, I never made those investments I promised

7    clients who believed they were invested with me in the split

8    strike conversion strategy."

9    Q    Based on your review of the BLMIS Investment Advisory

10   books and records, were you able to determine if Mr.

11   Madoff's allocation concerning treasuries was accurate?

12   A    It confirmed my analysis in finding that no treasuries

13   were bought or traded for any of the investment advisory

14   clients.

15   Q    Does the DTC also get involved in documenting the

16   purchase of treasuries?

17   A    It does.  It acts as the clearing house for treasuries,

18   just like it does for equities.

19   Q    Were you able to obtain DTC treasury records for BLMIS?

20   A    I was.  For the period of 2002 through 2007, I was able

21   to obtain those records, and then I performed an analysis,

22   identified the -- first I went and identified the unique

23   treasury bills held by the prop trading business on December

24   31 of every year.  I compared those holdings to the holdings

25   at DTC, and I also compared those holdings to the IA

Page 132

1    $80 million, that's $56,910,000.  I mean $56 billion of

2    missing treasuries.  It's ...

3    Q    How many were missing in 2006?

4    A    Over 48,300,000, or 270 million.

5    Q    For the period 2002 through 2007, is it your testimony

6    that there are quite a few missing?

7    A    That would be an understatement, quite a few --

8    billions and billions and billions of dollars were missing.

9    Q    So, taken in conjunction with the other evidence you

10   identified with relating to treasuries, did you reach a

11   conclusion regarding the purchase and sale of treasuries, by

12   the BLMIS Investment Advisory business?

13   A    There was no evidence of treasuries being purchased for

14   the IA business customers, plain and simple.

15   Q    So, switching back to Mr. DiPascali, do you recall him

16   testifying about the nature of the split strike hedging

17   strategy?

18   A    I do.

19   Q    If you could turn to Exhibit Two in your binder, Mr.

20   DiPascali's allocutions, and read the allocution starting on

21   page 45, line 23 through 46, line 17.

22   A    "He attracted a lot of these clients by telling them

23   that the firm would apply a hedged investment strategy to

24   their money.  The clients were told that the strategy

25   involved purchasing what we call basket or blue chip common

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 30 of 42

Page 150

1     when Duff & Phelps purchased my business, and so I

2     liquidated some of the stock along the way.

3     Q     What?  I'm sorry?

4     A     I had liquidated some of that stock along the way.

5     Q     But if you hadn't liquidated it, it would have gone up

6     significantly?

7     A     That's correct.

8     Q     Now, in the course of your work you became familiar

9     with the Lazard report that was prepared by the Trustee in

10    his efforts to sell the, what you refer to as the

11    proprietary trading business.

12    A     That is correct, yes.

13    Q     And did you review that report?

14    A     I did.

15    Q     And did you find any factual inaccuracies in that

16    report?

17    A     No.

18    Q     Now, you referred to the market making and proprietary

19    trading business as one business.  You call it the prop

20    trading, right?

21    A     For ease of discussion, that's what I did, yes.

22    Q     Okay.  The proprietary trading, in fact, was investing

23    on Mr. Madoff's account.  Isn't that true?

24    A     On the account of he firm, not Mr. Madoff personally,

25    but the account of the firm, as any prop trading desk would,

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 31 of 42

Page 153

1    all three of those.

2    Q    Well, when you say in brokerage accounts, what

3    brokerage accounts are you referring to?

4    A    There were about six or eight other brokerage accounts

5    that were located during this time period, the 2000 to 2008

6    time period, where there were certain treasuries that were

7    being purchased.  Money was being taken out of the 703

8    account, Your Honor, over to those brokerage accounts.

9    These are at other wire houses.  And treasuries were

10   purchased in those accounts and then liquidated at various

11   times.

12   Q    Now, I typed word verbatim what you said this morning

13   on direct examination, and you said that you, quote,

14   "Scoured every bank record and didn't find any other use of

15   customer funds other than payments to customers and bank

16   sweeps at night at JPMC."  That was your testimony this

17   morning.

18   A    If that's what you typed down.  I think I also

19   testified this morning that three was money for other

20   treasuries and brokerage accounts.

21   Q    Well, I think the record will show that that isn't what

22   you testified.  But in any event, you're now telling us that

23   you're aware that there were approximately eight accounts at

24   which Madoff was using investment advisory customers' money

25   to purchase T bills.  Isn't that true?

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 32 of 42

Page 154

1    A     That is correct, yes.

2    Q     Okay.  And those accounts included Lehman Brothers.

3    A     Correct.

4    Q     Bear Sterns.

5    A     That's correct.

6    Q     JP Morgan Chase.

7    A     Correct.

8    Q     Morgan Stanley.

9    A     There was a Morgan Stanley account, yes.

10   Q     Right.  Now, a lot of those precise T bills were listed

11   on the Nelson statements.  You know that, don't you?

12   A     I don't know that.  I've never done that analysis to

13   see if those were listed on the Nelson statements.  The

14   analysis that I have done looked in total across client

15   statements.

16   Q     Okay.  You know, there are three accounts at issue

17   here, right, for the Nelsons?

18   A     Yes, that's my understanding.

19   Q     Okay.  Roy, can you pull up, please, Exhibit DX-EG.

20   And can you go to page two, please?  Did you look at

21   documents like this?  Did you review, for example, the

22   Lehman account statements?

23   A     I've seen these documents, yes.

24   Q     Okay.  And you recall that these were investments of

25   securities that were made with investment advisory

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 33 of 42

Page 155

1    customers' money, right?

2    A    There was money taken out of the 703 account,

3    transferred to these accounts, these various accounts, and

4    then these securities were purchased, yes.

5    Q    Okay.  So, this shows that this is dated ... just one

6    second ... you know what, I've confused myself on this.

7              THE COURT:  It's July 2002 according to the

8    exhibit.

9              MS. CHAITMAN:  Right.  Right.  Hold on one second.

10   I just have to find that document.  Hold on one second.  I'm

11   sorry.  You know what, I'm going to start with a different

12   one -- I'm sorry -- because I can't find the other documents

13   with respect to that.  Would you please, Roy, pull up

14   Exhibit DX-BJ; is that the one I just asked you for?  Okay.

15   How about -- oh, you know what, here's the problem.  Can you

16   go to Bates No. 2000 -- 20042-43 in that document?

17             MR. HUNT:  Sorry.  I was just going to say, while

18   she's looking for that record where she indicated a minute

19   ago that she is reading verbatim from the transcript about

20   (indiscernible).  I just wanted to point out that was -- her

21   reading was not correct.

22             THE COURT:  Well, the record will speak for

23   itself.

24             MR. HUNT:  I agree.

25             MS. CHAITMAN:  Okay.

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 34 of 42

Page 161

1    activities; isn't that true?

2    A    Correct, yes.

3    Q    And it was hundreds and hundreds of millions of dollars

4    just since 2000 that was transferred from the 703 accounts

5    to the Bank of New York account, which was used exclusively

6    for the market making and proprietary trading activities;

7    isn't that true?

8    A    Well, it went into that bank account.  I've never

9    traced to what it was used for.  It was used, presumably

10   there were salaries being paid.  Mr. Madoff's yacht was

11   being paid out of there.  There were a lot of things --

12   office rent, houses -- a lot of things the money was used

13   for.

14   Q    And all of the securities that the traders were

15   purchasing.

16   A    It could have been.  Once it's comingled, there's no

17   way to determine what it's used for at that point.

18   Q    Right.

19   A    All I know, it was taken from the 703 account

20   improperly, put over to the prop trading business.

21   Q    Right.  And how much money in total just from -- in the

22   period from 2000 through 2008, how much money in total was

23   transferred from the 703 account, which was exclusively

24   investment advisory customers money, to the Bank of New York

25   account, which was exclusively prop trading?

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 35 of 42

Page 162

1    A    I'd have to check the numbers, about $700 or $800

2    million.

3    Q    Right.  Now, the -- what you call the prop trading

4    business, the market making business was a huge, huge

5    business, wasn't it?

6    A    At one point, it was, yes.

7    Q    Okay.  And at one point, you know that Madoff conducted

8    trades equal to approximately 10 percent of the daily volume

9    on the New York Stock Exchange.

10   A    I've seen anecdotal evidence to that, but I don't know

11   for a fact.

12   Q    Okay.  You never did an analysis, say, for example, in

13   2000 or any time between 2000 and 2008, you never did an

14   analysis of the prop trading, the volume of prop trading as

15   compared to other firms?

16   A    No, I didn't.

17   Q    Okay.  But did you ever investigate who the customers

18   of the market making unit were?

19   A    I didn't investigate.  There were documents with

20   customer names, institutional clients, other banks, other

21   customers.  But beyond that, I didn't do an in-depth

22   investigation into that side of the business for that

23   purpose.

24   Q    But it's fair to say, is it not, that the market making

25   unit did business with all of the major financial firms in

Page 166

1    what I testified to is no money was made in the investment

2    advisory customer accounts on the purported trades that were

3    promised to them.

4    Q    So you're not -- you weren't -- you didn't seek to

5    convince Judge Bernstein that money hadn't been made on the

6    investment advisory customers money to the extent that it

7    was invested in T-bills.

8    A    I'm not sure I understand your question.

9    Q    Isn't it a fact, Mr. Dubinsky, that the T-bill

10   investments that Mr. Madoff made with investment advisory

11   customers money earned interest?

12   A    Are you talking about the overnight sweeps?

13   Q    No, I'm not.  I'm talking about the eight or nine firms

14   that you've acknowledged that Madoff purchased T-bills

15   through with investment advisory customers money.

16   A    So --

17   Q    And those T-bills paid interest, right?

18   A    Those T-bills paid interest.  I don't know when you

19   said whether they made money, I don't know.  I didn't

20   analyze that because, depending on when you buy them at par

21   or below par and the interest that you collect with accrued

22   interest.  And then when you sell them, you may make money,

23   you may not.  I did acknowledge, and I said during my

24   direct, money was used from the 703 for the overnight sweep.

25   I said that earned interest.  That was a way to kind of keep

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 37 of 42

Page 168

1           MS. CHAITMAN:  Okay.

2           THE COURT:  Okay.

3    Q    Isn't it a fact that if a customer was credited with a

4    T-bill which appreciated during the period of the customer's

5    ownership, that the customer is entitled to that

6    appreciation?

7    A    I disagree with you.

8    Q    Now, is it your testimony that the market making part

9    of Madoff's business was a Ponzi scheme?

10   A    No, I did not issue that opinion.

11   Q    Okay.  And is it your testimony that the proprietary

12   trading part of the business was a Ponzi scheme?

13   A    No, I did not issue that opinion.

14   Q    Okay.  So out of the whole operation of 180 or so

15   employees, it's 8 to 10 employees who, in your opinion, were

16   involved in a Ponzi scheme; is that right?

17   A    That's correct.

18   Q    Okay.  Now, are you aware that the Nelsons never sent a

19   check payable to Bernard L. Madoff Investment Securities,

20   LLC?

21   A    I don't know one way or the other.

22   Q    Okay.  And are you aware that every check that the

23   Nelsons received was from an account in the name of Bernard

24   L. Madoff, that they never received a check from the LLC?

25           MR. HUNT:  Objection, Your Honor.  That

08-01789-cgm    Doc 19825-1    Filed 10/02/20    Entered 10/02/20 17:12:39    Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS    Pg 38 of 42

Page 171

1  earlier just said Bernard L. Madoff.  Now this one says

2  Bernard L. Madoff Investment Securities.

3  Q    Okay.

4         MS. CHAITMAN:  Can you go to the next year?

5  Q    Okay.  This is December 2005.  It doesn't say LLC on

6  the account, does it?

7  A    I agree with you it does not.

8  Q    Okay.

9         MS. CHAITMAN:  Can you go to 2006?

10  Q    Doesn't say LLC on December 2006, does it?

11  A    It does not.

12  Q    Okay.

13         MS. CHAITMAN:  Can you go to 2007?

14  Q    It doesn't say LLC on 2007, does it, December 2007?

15  A    I would agree with you, yes, does not.

16  Q    Okay.

17         MS. CHAITMAN:  Can you go to any statements we

18  have in 2008?

19  Q    Okay.  This is December -- November 29th to December

20  31, 2008.  Do you see it says Bernard L. Madoff Investment

21  Securities?

22  A    I see that.

23  Q    Okay.  So in the entire period applicable to the case

24  against the Nelsons, J.P. Morgan Chase never issued a

25  statement in the name of the LLC; isn't that true?

Page 172

1    A    Well, you showed me a statement that first started as

2    Bernard L. Madoff when it was a sole proprietor.  Then we

3    both agreed that it became an LLC in January of 2001.

4    There's then a name change on the J.P. Morgan Chase

5    statements that then says Bernard L. Madoff Investment

6    Securities; that certainly wouldn't be an individual.  But I

7    agree with you it does not say the letters LLC on any of

8    these.

9    Q    You're aware, are you not, that Mr. Madoff used the

10   trade name Bernard L. Madoff Investment Securities prior to

11   his formation of the LLC?

12   A    Yes.  I saw it on many documents, yes.

13   Q    Okay.  And, in fact, we just pulled up something, DX-X,

14   which is dated December 19th, 1996.  And do you see that

15   even as far back as December 1996, he was using Bernard L.

16   Madoff Investment Securities?

17   A    I see that, yes.

18   Q    So that was really just a trade name that he used,

19   right?

20         MR. HUNT:  Objection, Your Honor.  This witness is

21   not qualified to talk about trade names, corporate

22   structure.

23   Q    You know the difference between a trade name and an

24   LLC, don't you?

25         THE COURT:  Well, there's an objection.  Do you

08-01789-cgm   Doc 19825-1   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit A.
5.8.5019 Trial Transcript in Nelson -EXCERPTS   Pg 40 of 42

Page 177

1           MR. HUNT:  Your Honor, I would concur that she's

2   asking about the report that has been issued that's not part

3   of this case.

4           THE COURT:  We can deal with it on redirect.

5   Q    Isn't it a fact that you now know that most convertible

6   bond trading was done on -- was done in New York by the

7   counter market?

8   A    I knew at the time as well when I issued this report;

9   there's a footnote in the report that explains that.  And

10  there was additional analysis done post-facto because either

11  you or somebody had raised the criticism of that.

12  Q    Right.  Now, did you look to see what accounts Madoff

13  had safekeeping arrangements with, what banks he had

14  safekeeping arrangements with?

15          THE COURT:  What do you mean by that?

16  Q    Well, you testified that in trying to analyze Madoff's

17  stock and T-bill position, you went only to the DTC records.

18  A    Correct.

19  Q    But isn't a fact that Mr. Madoff also kept securities

20  with financial institutions from which he bought them?

21  A    As in the eight brokerage accounts, yes.

22  Q    Yes.  And you didn't -- you didn't calculate the

23  securities that he had in those brokerage accounts; isn't

24  that true?

25  A    The securities in those brokerage accounts were for the

1                         I N D E X

2

3                         RULINGS

4                                        Page        Line

5

6    Motion to Exclude the Robert Oppenheim's

7    Testimony Granted                  9           21

8

9    Motion by the Trustee to quash the subpoena

10   of Mr. Picard as Trustee Sustained  13          13

11

12   Mr. Madoff Allocations Admitted     21          12

13

14

15

16

17

18

19

20

21

22

23

24

25

Page 233

1                C E R T I F I C A T I O N

2

3        I, Sonya Ledanski Hyde, certified that the foregoing

4    transcript is a true and accurate record of the proceedings.

5

6

7

8    Sonya Ledanski Hyde

9

10

11

12

13

14

15

16

17

18

19

20    Veritext Legal Solutions

21    330 Old Country Road

22    Suite 300

23    Mineola, NY 11501

24

25    Date:  May 10, 2019