# EXHIBIT O

PHILIP F. PALMEDO
4 Piper Lane
Head-of-the-Harbor, NY 11780

December 16, 1995

Cohmad Securities Corp.
885 Third Ave.
New York, NY 10022

Attn: Ms. Belle Jones

Dear Cohmad,

    As discussed yesterday with Maurice Cohn, I would like to invest an additional $50,000 in my C&M account, No. 1-CM142-3. I enclose a check for that amount.

    I would appreciate a confirmation of your receipt of this deposit.

Sincerely yours,

comp:c:\phil\coh1295.ltr

---

PHILIP F PALMEDO
4 PIPER LANE
HEAD OF THE HARBOR, NY 11780

1354
80-568/1012

Dec. 16  19 95

Pay to the Order of  Bernard L. Madoff Investment Securities    $ 50,000.00

Fifty Thousand Exactly ——————————————— Dollars

United Missouri Bank
Warsaw, Missouri

Fidelity Investments®
Ultra Service Account

For _____

**REDACTED**

PALMEDO 000014