# EXHIBIT P

# CHASE

**CHASE MANHATTAN BANK DELAWARE**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY  10022                DS

Account No:          6301-428151-509
Statement Start Date:   01 DEC 1998
Statement End Date:     31 DEC 1998
Statement Code:         000-USA-12
Statement No:           012
Page 1 of 2

## TRANSACTIONS

| | | | BALANCES | | | | ENCLOSURES | |
|---|---|---|---|---|---|---|---|---|
| Total Credits | 22 | 39,393,228.69 | Opening (01 DEC 1998) | | Closing (31 DEC 1998) | | Credits | 0 |
| Total Debits (incl. checks) | 22 | 39,393,228.69 | Ledger | .00 | Ledger | .00 | Debits | 0 |
| Total Checks Paid | 19 | 39,393,228.69 | | | | | Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 01 DEC | | | USD | | | 455,439.39 | CDS FUNDING |
| 01 DEC | | | USD | | 455,439.39 | | LIST POST   AA01 |
| 01 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 02 DEC | | | USD | | | 2,388,782.01 | CDS FUNDING |
| 02 DEC | | | USD | | 2,388,782.01 | | LIST POST   AA01 |
| 02 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03 DEC | | | USD | | | 1,081,603.64 | CDS FUNDING |
| 03 DEC | | | USD | | 1,081,603.64 | | LIST POST   AA01 |
| 03 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 04 DEC | | | USD | OUR: 1400400389DW | | 1,921,788.34 | CDS FUNDING |
| 04 DEC | | | USD | OUR: 1400300457DW | 1,921,788.34 | | LIST POST   AA01 |
| 04 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 07 DEC | | | USD | OUR: 1400400407DW | | 1,861,489.33 | CDS FUNDING |
| 07 DEC | | | USD | OUR: 1400300431DW | 1,861,489.33 | | LIST POST   AA01 |
| 07 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08 DEC | | | USD | OUR: 1400400390DW | | 2,403,962.73 | CDS FUNDING |
| 08 DEC | | | USD | OUR: 1400300433DW | 2,403,962.73 | | LIST POST   AA01 |
| 08 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09 DEC | | | USD | OUR: 1400400404DW | | 116,495.00 | CDS FUNDING |
| 09 DEC | | | USD | OUR: 1400300470DW | 116,495.00 | | LIST POST   AA01 |
| 09 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10 DEC | | | USD | OUR: 1400400393DW | | 824,038.00 | CDS FUNDING |
| 10 DEC | | | USD | OUR: 1400300444DW | 824,038.00 | | LIST POST   AA01 |
| 10 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 11 DEC | | | USD | OUR: 1400400401DW | | 191,000.00 | CDS FUNDING |
| 11 DEC | | | USD | OUR: 1400300439DW | 191,000.00 | | LIST POST   AA01 |
| 11 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14 DEC | | | USD | OUR: 1400400404DW | | 1,819,857.93 | CDS FUNDING |
| 14 DEC | | | USD | OUR: 1400300499DW | 1,819,857.93 | | LIST POST   AA01 |
| 14 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

FT CODE:   USD - SAME DAY FUNDS     US1 - ONE DAY FLOAT     US3 - THREE DAY FLOAT     US5 - FIVE DAY FLOAT
           USN - NEXT DAY FUNDS     US2 - TWO DAY FLOAT     US4 - FOUR DAY FLOAT     USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS.

MADWAA00378496

# CHASE

**CHASE MANHATTAN BANK DELAWARE**

BERNARD L. MADOFF
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                                          DS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

| | |
|---|---|
| Account No: | 6301-428151-509 |
| Statement Start Date: | 01 DEC 1998 |
| Statement End Date: | 31 DEC 1998 |
| Statement Code: | 000-USA-12 |
| Statement No: | 012 |

Page 2 of 2

MADWAA00378497

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15DEC | | | | USD  OUR: 1400400387DW | | 5,564,901.30 | CDS FUNDING |
| 15DEC | | | | USD  OUR: 1400300435DW | 5,564,901.30 | | LIST POST     AA01 |
| 15DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 16DEC | | | | USD  OUR: 1400400392DW | | 1,779,999.41 | CDS FUNDING |
| 16DEC | | | | USD  OUR: 1400300456DW | 1,779,999.41 | | LIST POST     AA01 |
| 16DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 17DEC | | | | USD  OUR: 1400400397DW | | 1,241,072.88 | CDS FUNDING |
| 17DEC | | | | USD  OUR: 1400300424DW | 1,241,072.88 | | LIST POST     AA01 |
| 17DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 18DEC | | | | USD  OUR: 1400500404DW | | 1,166,387.48 | CDS FUNDING |
| 18DEC | | | | USD  OUR: 1400400453DW | 1,166,387.48 | | LIST POST     AA01 |
| 18DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 21DEC | | | | USD  OUR: 1400400427DW | | 1,776,725.08 | CDS FUNDING |
| 21DEC | | | | USD  OUR: 1400300462DW | 1,776,725.08 | | LIST POST     AA01 |
| 21DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 22DEC | | | | USD  OUR: 1400400414DW | | 1,873,529.60 | CDS FUNDING |
| 22DEC | | | | USD  OUR: 1400300435DW | 1,873,529.60 | | LIST POST     AA01 |
| 22DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 23DEC | | | | USD  OUR: 1400400401DW | | 1,655,000.00 | CDS FUNDING |
| 23DEC | | | | USD  OUR: 1400300428DW | 1,655,000.00 | | LIST POST     AA01 |
| 23DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 24DEC | | | | USD  OUR: 1400400396DW | | 425,012.39 | CDS FUNDING |
| 24DEC | | | | USD  OUR: 1400300448DW | 425,012.39 | | LIST POST     AA01 |
| 24DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 28DEC | | | | USD  OUR: 1400400394DW | | 2,807,509.94 | CDS FUNDING |
| 28DEC | | | | USD  OUR: 1400300441DW | 2,807,509.94 | | LIST POST     AA01 |
| 28DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 29DEC | | | | USD  OUR: 1400400386DW | | 4,794,650.85 | CDS FUNDING |
| 29DEC | | | | USD  OUR: 1400300446DW | 4,794,650.85 | | LIST POST     AA01 |
| 29DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 30DEC | | | | USD  OUR: 1400400400DW | | 2,197,983.39 | CDS FUNDING |
| 30DEC | | | | USD  OUR: 1400300427DW | 2,197,983.39 | | LIST POST     AA01 |
| 30DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |
| 31DEC | | | | USD  OUR: 1400400392DW | | 1,046,000.00 | CDS FUNDING |
| 31DEC | | | | USD  OUR: 1400300478DW | 1,046,000.00 | | LIST POST     AA01 |
| 31DEC | | | | **** Balance **** | | .00 | CLOSING LEDGER BALANCE |

MADWAA00378498