# EXHIBIT R



KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION



DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT



**BERNARD L. MADOFF**

62-26 / 311

2815-09

130328

11/30 20 01

PAY TO THE ORDER OF  PHILIP F PALMEDO          $ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM142-3          By [signature]

⑆00130328⑆ ⑉031100267⑉ 6301428151 509⑊          ⑆000 50000000⑆

MADWAA00073133



MADWAA00073134

**BERNARD L. MADOFF**

62-26 / 311    2815-09

149185

11/21 20 03

PAY TO THE ORDER OF    PHILIP F PALMEDO    $ ***250000.00

EXACTLY ****250,000DOLLARS00CENTS    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-CM142-3

FOR _____

BERNARD L. MADOFF
By [signature]

⑈00149185⑈ ⑆031100267⑆ 630142815I 509⑈    ⑈0025000000⑈

MADWAA00222573

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

**for deposit only**

Philip F. Piowar

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

**BERNARD L. MADOFF**

62-26/311   2815-09

196581

5/22 20 08

PAY TO THE ORDER OF  PHILIP F PALMEDO   $ ***600000.00

******SIX HUNDRED THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-CM142-3

FOR _____

BERNARD L. MADOFF

By [signature]

⑈00196581⑈ ⑆031100267⑆ 6301428151 509⑈   ⑈006000000⑈

MADWAA00293605

MADWAA00293606

KNOW YOUR ENDORSER - REQUIRE INDENTIFICATION

FOR DEPOSIT ONLY
ACCOUNT OF PHILIP F PALMEDO
NO 6904929954

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT