# EXHIBIT T

PORTFOLIO MANAGEMENT REPORT AS OF 12/31/93

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

PHILIP F PALMEDO                           1-CM142-3

4 PIPER LANE
ST JAMES              NY 11780

| | | |
|---|---|---|
| STARTING EQUITY | 1/04/93 | 192,270.99CR |
| CAPITAL ADDITIONS | | 25,000.00CR |
| CAPITAL WITHDRAWALS | | |
| REALIZED P/L FOR CURRENT YEAR | | 33,521.30CR |
| UNREALIZED P/L ON OPEN SECURITY POSITIONS | | |
| CURRENT CASH BALANCE | | .79CR |
| NET MARKET VALUE OF OPEN SECURITIES POSITIONS | | 250,791.50  NET LONG |
| TOTAL EQUITY | | 250,792.29CR |

ANNUALIZED RETURN FOR CURRENT YEAR    15.99 %

PALMEDO 000034