# EXHIBIT U

COHMAD SECURITIES CORPORATION

885 THIRD AVENUE, NEW YORK, NY 10022 (212) 230-2480
TELEX: 235130    FAX: (212) 486-8178    800 334-1343

January 19, 1993

C & M Trading Account

(At Bernard L. Madoff Investment Securities)

Portfolio Management Report as of December 31, 1992

Account #: 19    (1C0019)

Participant: **Mr. Philip F. Palmedo**

| | |
|---|---:|
| Initial Investment: 07/01/91 | $100,096.16 |
| Capital Additions: | $50,157.55 |
| Capital Withdrawals: | $0.00 |
| Total Investment: | $150,253.71 |
| Equity as of 12/31/91: | $109,502.83 |
| Total Equity as of 12/31/92: | $191,960.18 |

*7.0?% in quarter.*
*20% in a year.*

PALMEDO 000015