# EXHIBIT Z

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,        Adv.Pro.No.
  v.                     08-01789(SMB)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

------------------------------------x

In Re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated    Adv.Pro.Nos.
SIPA Liquidation of Bernard L.     Listed on
Madoff Investment Securities LLC   Exhibit A
and Bernard L. Madoff,           Attached Hereto

        Plaintiff,
  v.
DEFENDANTS IN ADVERSARY PROCEEDINGS
LISTED ON EXHIBIT A ATTACHED HERETO,

        Defendants.

------------------------------------x

Deposition of:
JOANN CRUPI
May 23, 2019

08-01789-cgm   Doc 19825-26   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit
Z. 5.23.2019 Crupi Transcript -EXCERPTS   Pg 3 of 12

Picard v Defendants on Exhibit A                Joann Crupi 5/23/2019

Page 2

```
 1         Videotaped Deposition of JOANN CRUPI, as
 2    reported by NANCY C. BENDISH, Certified Court
 3    Reporter, RMR, CRR and Notary Public of the
 4    States of New York and New Jersey, at DUANE
 5    MORRIS, One Riverfront Plaza, Newark, New Jersey,
 6    on Thursday, May 23, 2019, commencing at 9:55 a.m.
 7
 8
      A P P E A R A N C E S:
 9
10         BAKER HOSTETLER, LLP
           45 Rockefeller Plaza
11         New York, New York  10111
           BY:  JAMES H. ROLLINSON, ESQ.
12                  jrollinson@bakerlaw.com
                TERRY BRENNAN, ESQ.
13                  tbrennan@bakerlaw.com
           For Plaintiff Irving Picard, Trustee
14         for the Substantially Consolidated
           SIPA Liquidation of BLMIS and the
15         Estate of Bernard L. Madoff
16
           YOUNG CONAWAY STARGATT & TAYLOR, LLP
17         Rodney Square
           1000 North King Street
18         Wilmington, Delaware  19801
           BY:  MICHAEL S. NEIBURG, ESQ.
19                  mneiburg@ycst.com
                TARA C. PAKROUH, ESQ. (p.m. only)
20             (Via Telephone)
                    tpakrouh@ycst.com
21         Co-Counsel for Plaintiff,
           Irving Picard, Trustee
22
23
24
25
```

08-01789-cgm   Doc 19825-26   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit
           Z. 5.23.2019 Crupi Transcript -EXCERPTS   Pg 4 of 12
Picard v Defendants on Exhibit A            Joann Crupi 5/23/2019

Page 3

```
 1   A P P E A R A N C E S (Cont'd):

 2
         CHAITMAN, LLP
 3       465 Park Avenue
         New York, New York  10022
 4       BY:  HELEN DAVIS CHAITMAN, ESQ.
                  hchaitman@chaitmanllp.com
 5       For a number of Clawback Defendants

 6
         DUANE MORRIS, LLP
 7       One Riverfront Plaza
         1037 Raymond Boulevard
 8       Newark, New Jersey  07102
         BY:  ERIC R. BRESLIN, ESQ.
 9                ERBreslin@duanemorris.com
         For the Witness, Joann Crupi
10

11
     ALSO PRESENT:
12

13       CHARLES BOWMAN, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

08-01789-cgm   Doc 19825-26   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit
               Z. 5.23.2019 Crupi Transcript -EXCERPTS   Pg 5 of 12
Picard v Defendants on Exhibit A          Joann Crupi 5/23/2019

Page 4

```
 1            EXHIBIT A:   ADVERSARY PROCEEDINGS

 2
         ADV.PRO.             CASE NAME
 3         NO.

 4   1.  10-04341   Marden, et al.

 5   2.  10-04343   Patrice Auld, et al.

 6   3.  10-04348   Marden Family Limited
                    Partnership, et al.
 7
     4.  10-04361   Harvey L. Werner Revocable
 8                  Trust, et al.

 9   5.  10-04384   Lanx BM Investments, LLC, et al.

10   6.  10-04397   Fern C. Palmer Revocable Trust
                    Dtd 12/31/9, et al.
11
     7.  10-04417   The Lustig Family 1990 Trust, et al.
12
     8.  10-04438   Estate of Seymour Epstein, et al.
13
     9.  10-04446   Trust Dated 12/6/99 Walter and
14                  Eugenie Kissinger, et al.

15  10.  10-04539   The Gerald and Barbara Keller
                    Family Trust, et al.
16
    11.  10-04545   Jerome Goodman, et al.
17
    12.  10-04554   David Ivan Lustig
18
    13.  10-04561   Jeffrey R. Werner 11/1/98
19                  Trust, et al.

20  14.  10-04610   The Whitman Partnership, et al.

21  15.  10-04655   Jaffe Family Investment
                    Partnership, et al.
22
    16.  10-04709   Andrew M. Goodman
23
    17.  10-04718   The Jordan H. Kart Revocable
24                  Trust, et al.

25  18.  10-04752   Kuntzman Family LLC, et al.
```

08-01789-cgm   Doc 19825-26   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit
         Z. 5.23.2019 Crupi Transcript -EXCERPTS   Pg 6 of 12
Picard v Defendants on Exhibit A            Joann Crupi 5/23/2019

Page 5

```
 1        EXHIBIT A:    ADVERSARY PROCEEDINGS (Cont'd)
 2
          ADV.PRO.              CASE NAME
 3           NO.
 4
     19. 10-04762    James M. Goodman
 5
     20. 10-04809    Edyne Gordon NTC
 6
     21. 10-04823    Frank DiFazio, et al.
 7
     22. 10-04826    Boyer Palmer
 8
     23. 10-04837    Leslie Ehrlich f/k/a Leslie
 9                   Harwood, et al.
10   24. 10-04905    Train Klan, a Partnership, et al.
11   25. 10-04914    Edyne Gordon
12   26. 10-04931    Cantor, et al.
13   27. 10-04961    Sylvan A1ssociates LLC f/k/a
                     Sylvan Associates Ltd
14
                     Partnership, et al.
15   28. 10-04979    James M. 2New Trust dtd
                     3/19/01, et al.
16
     29. 10-04991    Guiducci Family Limited
17                   Partnership, et al.
18   30. 10-05048    Estate of Armand L.
                     Greenhall, et al.
19
     31. 10-05104    The Gloria Albert Sandler and
20                   Maurice Sandler Revocable
                     Living Trust
21
     32. 10-05118    Charlotte M. Marden
22
     33. 10-05124    The Lawrence J. Ryan and
23                   Theresa R. Ryan Revocable
                     Living Trust, et al.
24
     34. 10-05127    Atwood Management Profit Sharing
25                   Plan & Trust, etc., et al.
```

Page 6

```
 1        EXHIBIT A:    ADVERSARY PROCEEDINGS (Cont'd)

 2
          ADV.PRO.            CASE NAME
 3          NO.

 4
      35. 10-05128    JABA Associates LP, et al.
 5
      36. 10-05133    Boyer H. Palmer, individually, et al.
 6
      37. 10-05150    Plafsky Family LLC Retirement
 7                    Plan, Robert Plafsky, et al.

 8    38. 10-05151    Palmer Family Trust, et al.

 9    39. 10-05157    The Harnick Brothers Partnership,
                      et al.
10
      40. 10-05168    Bernard Marden Profit Sharing
11
      41. 10-05194    Bruce D. Pergament, et al.
12
      42. 10-05196    Whitman 1990 Trust U/A DTD
13                    4/13/90, et al.

14    43. 10-05384    Neil Reger Profit Sharing
                      Keogh, et al.
15
      44. 10-05394    Richard M. Glantz, et al.
16
      45. 10-05435    Keith Schaffer, et al.
17
      46. 10-05439    Avram J. Goldberg, individually
18                    and in his capacity as trust
                      officer
19

20

21

22

23

24

25
```

08-01789-cgm   Doc 19825-26   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit
                Z. 5.23.2019 Crupi Transcript -EXCERPTS   Pg 8 of 12
Picard v Defendants on Exhibit A            Joann Crupi 5/23/2019

Page 7

```
 1                    I N D E X
 2   WITNESS                                    EXAMINATION
 3
     JOANN CRUPI
 4
          By Mr. Rollinson.....................9,183
 5
          By Ms. Chaitman...................160,184
 6
 7
 8
 9                   E X H I B I T S
10   NUMBER            DESCRIPTION                      PAGE
11
     P-53    Notice of Deposition...................10
12
     P-14A   Blowup of MADTSS00976560 in P-14.......60
13
     P-14B   Blowup of MADTSS00976561 in P-14.......83
14
     P-14C   Blowup of MADTSS00976559 in P-14.......84
15
     P-54    Customer Ledger MF00368931-935.........91
16
     P-55    Customer Ledger MF00371493.............96
17
     P-56    Document MADTSS01362494.   ...........131
18
     P-27A   Blowup of MADTSS01059414 in P-27......137
19
     P-57    Document MADTSS01309801...............152
20
     P-58    Documents MADTBB01911127-145..........156
21
     P-59    Document MADTSS01309950...............157
22
23          (Previously marked Exhibits P-5, P-6,
     P-7, P-14, P-15, P-16, P-27, P-28, P-29, P-33,
24   P-40, P-41 and P-46 were also referenced and are
     attached hereto.)
25
```

08-01789-cgm   Doc 19825-26   Filed 10/02/20   Entered 10/02/20 17:12:39   Exhibit
              Z. 5.23.2019 Crupi Transcript -EXCERPTS   Pg 9 of 12
Picard v Defendants on Exhibit A            Joann Crupi 5/23/2019

1                MR. BRESLIN:  Answer the question.
2         A.     He would have other people write
3    it up but based on his information that he gave
4    them.
5         Q.     So he would say to someone else,
6    write up a ticket, I'm buying $600 million of
7    T-bills through JPMorgan Chase, or whatever it
8    was?
9         A.     It was never that side of it.
10   What we did was the allocation of whatever he
11   did.  You know what I mean?  If he said there
12   were 600 million T-bills to buy, he gave the one
13   slot, the one piece of information at what price
14   on what day and then he'd tell us if I had to
15   purchase stuff for, you know, people who were in
16   my venue, he'd say use this date, this was
17   bought on this date, and we just allocated to
18   those certain customers based on his
19   information.
20        Q.     Okay.  So he would tell you which
21   customers to allocate the T-bills to?
22        A.     Yes.
23        Q.     Now, looking at P-56, do you see
24   there are two lines that name Norman Levy?
25        A.     Yes.

Page 188

1                        ERRATA SHEET

2
    WITNESS NAME:   JOANN CRUPI
3
    PAGE/LINE              CHANGE              REASON
4
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

08-01789-cgm    Doc 19825-26    Filed 10/02/20    Entered 10/02/20 17:12:39    Exhibit
             Z. 5.23.2019 Crupi Transcript -EXCERPTS    Pg 11 of 12
Picard v Defendants on Exhibit A                    Joann Crupi 5/23/2019

Page 189

```
 1                      JURAT
 2              I, JOANN CRUPI, have read the
 3    foregoing deposition and hereby affix my
 4    signature that same is true and correct, except
 5    as noted above.
                                _____
 6                                  JOANN CRUPI
 7
      THE STATE OF _____
 8
      COUNTY OF _____
 9
10         Before me, _____, on this
11    day personally appeared _____,
12    known to me (or proved to me on the oath of or
13    through _____ (description of identity
14    card or other document) to be the person whose
15    name is subscribed to the foregoing instrument
16    and acknowledged to me that he/she executed the
17    same for the purpose and consideration therein
18    expressed.
19         Given under my hand and seal of office on
20    this _____ day of _____, _____.
21
22                              _____
                                NOTARY PUBLIC IN AND FOR
23                              THE STATE OF_____
24
25    My Commission Expires: _____.
```

Page 190

1                REPORTER'S CERTIFICATION

2

3              I, NANCY C. BENDISH, Certified

4    Court Reporter and Notary Public of the States

5    of New York and New Jersey, do hereby certify

6    that, prior to the commencement of the

7    aforementioned examination, JOANN CRUPI was

8    sworn by me to testify the truth, the whole

9    truth and nothing but the truth.

10             I DO FURTHER CERTIFY that the

11   foregoing is a true and accurate transcript of

12   the testimony as taken stenographically by and

13   before me at the time, place, and on the date

14   hereinbefore set forth.

15             I DO FURTHER CERTIFY that I am

16   neither a relative nor employee nor attorney nor

17   counsel of any party in this action and that I

18   am neither a relative nor employee of such

19   attorney or counsel, and that I am not

20   financially interested in the event nor outcome

21   of this action.

22
                          _____
23                        NANCY C. BENDISH, CCR, RMR, CRR
                          Realtime Systems Administrator
24                        Certificate No. XI00836

25   Dated:  May 24, 2019