# EXHIBIT AD

THE LISA BETH NISSENBAUM TRUST

12/31/07      1

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX          AZ 85012                          1-EM475-3-0    ******5728

| Date | | | Description | | | | |
|---|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | | | .25 |
| 12/31 | | | FIDELITY SPARTAN | DIV | | | .01 |
| | | | U S TREASURY MONEY MARKET | | | | |
| | | | DIV 12/31/07 | | | | |
| 12/31 | | 3 58213 | FIDELITY SPARTAN | 1 | | | 3.00 |
| | | | U S TREASURY MONEY MARKET | | | | |
| 12/31 | 3 | 76991 | FIDELITY SPARTAN | 1 | | 3.00 | |
| | | | U S TREASURY MONEY MARKET | | | | |
| | | | NEW BALANCE | | | | .26 |

SECURITY POSITIONS        MKT PRICE
              3           FIDELITY SPARTAN        1
                          U S TREASURY MONEY MARKET

MARKET VALUE OF SECURITIES
              LONG              SHORT
              3.00

MDPTPP02791614

CONFIDENTIAL

THE LISA BETH NISSENBAUM TRUST

12/31/07        2

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX            AZ 85012                     1-EM475-3-0     ******5728

YEAR-TO-DATE SUMMARY

DIVIDENDS                                    5,859.20
GROSS PROCEEDS FROM SALES                 4,606,282.85

MDPTPP02791615

CONFIDENTIAL

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                           12/31/07    1    Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405                  1-T0004-3-0    ******7963
```

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | 3,522,282.57 | |
| 12/03 | | | NOV MARGIN INTEREST | INT | 13,413.74 | |
| 12/03 | | 5,000 | APPLE INC | DELV | | 764,950.00 |
| | | | TRANS FROM 70 ACCT | | | |
| 12/05 | | 83,000 | SPRINT NEXTEL CORP | DELV | | |
| | | | TRANS TO 1T005730 | | | |
| 12/05 | 83,000 | | SPRINT NEXTEL CORP | RECD | | |
| | | | CANCEL TRANS TO 1T005730 | | | |
| 12/05 | | 10,000 | SPRINT NEXTEL CORP | DELV | | |
| | | | TRANS TO 1T005730 | | | |
| 12/06 | 2,700 | | 68238 BIOGEN IDEC INC | 73.990 | 199,773.00 | |
| 12/10 | | | TRANS FROM 1T005730 | JRNL | | 155,200.00 |
| 12/14 | | | TRANS TO 70 ACCT | JRNL | 438,750.00 | |
| 12/17 | | | TRANS TO 70 ACCT | JRNL | 37,600.00 | |
| 12/18 | | | ABERCROMBIE & FITCH CO | DIV | | 1,050.00 |
| | | | CL A | | | |
| | | | DIV 12/04/07 12/18/07 | | | |
| 12/26 | | 2,700 68239 | BIOGEN IDEC INC | 56.430 | | 152,361.00 |
| 12/28 | | | SPRINT NEXTEL CORP | DIV | | 1,825.00 |
| | | | DIV 12/07/07 12/28/07 | | | |
| 12/31 | | | EMBARQ CORP | DIV | | 3,937.50 |
| | | | DIV 12/10/07 12/31/07 | | | |
| 12/31 | | | DEC MARGIN INTEREST | INT | 13,908.51 | |
| | | | NEW BALANCE | | 3,146,404.32 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,000 | | ABERCROMBIE & FITCH CO | 79.970 | | |
| | | | CL A | | | |

CONTINUED ON PAGE    2

MDPTPP05518054

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                    12/31/07      2  Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS         MN 55405             1-T0004-3-0     ******7963


     15,000            APPLE INC            198.080
      6,300            EMBARQ CORP           49.530
     15,000            PRICELINE COM INC    114.860
     73,000            SPRINT NEXTEL CORP    13.130

                       MARKET VALUE OF SECURITIES
                            LONG          SHORT
                       6,444,449.00
```

MDPTPP05518055

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                              12/31/07      3      Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405             1-T0004-3-0      ******7963
```

YEAR-TO-DATE SUMMARY

```
DIVIDENDS                                                140,850.00
MARGIN INTEREST                           172,027.67
GROSS PROCEEDS FROM SALES                               6,629,702.20
```

MDPTPP05518056

```
B & F PALMER LP
BOYER H PALMER GENERAL PARTNER                              12/31/07        1

100 CLYDESDALE TRAIL UNIT# 220
MEDINA              MN 55340              1-EM396-3-0    ******7242


                          BALANCE FORWARD              62,082.00

12/31                     TRANS FROM 40 ACCT    JRNL                62,082.00

                          NEW BALANCE
```

MDPTPP02721537

```
B & F PALMER LP
BOYER H PALMER GENERAL PARTNER                              12/31/07        2

100 CLYDESDALE TRAIL UNIT# 220
MEDINA          MN 55340              1-EM396-3-0    ******7242
```

```
                    YEAR-TO-DATE SUMMARY

           DIVIDENDS                                        36,434.02
           GROSS PROCEEDS FROM SALES                    30,256,322.79
```

MDPTPP02721538

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                              12/31/07      1

3837 CAMINO REAL
SARASOTA          FL 34239                    1-S0355-3-0   ******4713


                              BALANCE FORWARD                         3,167.40

12/10                         CHEVRON CORP              DIV              113.68
                              DIV 11/16/07 12/10/07
12/10                         UNITED TECHNOLOGIES CORP  DIV               29.12
                              DIV 11/16/07 12/10/07
12/11                         JOHNSON & JOHNSON         DIV              107.49
                              DIV 11/27/07 12/11/07
12/13                         MICROSOFT CORP            DIV               80.08
                              DIV 11/15/07 12/13/07
12/17                         COCA COLA CO              DIV               59.50
                              DIV 12/01/07 12/15/07
12/17                         WACHOVIA CORP NEW         DIV              107.52
                              DIV 11/30/07 12/17/07
12/21         616   2036 PFIZER INC                23.040            14,168.64
12/21         231   3380 AMERICAN INTL GROUP INC   55.900            12,903.90
12/21         280   6329 PROCTER & GAMBLE CO       73.300            20,513.00
12/21          70   7632 BOEING CO                 87.310             6,109.70
12/21         112 10622 SCHLUMBERGER LTD           91.270            10,218.24
12/21         399 11906 BANK OF AMERICA            42                16,743.00
12/21         546 14915 AT&T INC                   40.920            22,321.32
12/21         434 16199 CITI GROUP INC             31.250            13,545.50
12/21          91 19182 UNITED PARCEL SVC INC      72.250             6,571.75
                        CLASS B
12/21         147 20492 CONOCOPHILIPS              83.280            12,237.16

                              CONTINUED ON PAGE     2
```

MDPTPP05322290

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                    12/31/07      2

3837 CAMINO REAL
SARASOTA            FL 34239                        1-S0355-3-0    ******4713


12/21                91 23396   UNITED TECHNOLOGIES CORP   75.830                    6,897.53
12/21               539 24785   CISCO SYSTEMS INC          27.800                   14,963.20
12/21               259 27664   VERIZON COMMUNICATIONS     43.450                   11,243.55
12/21               196 29078   CHEVRON CORP               90.600                   17,750.60
12/21               168 31948   WACHOVIA CORP NEW          39.740                    6,670.32
12/21               917 33371   GENERAL ELECTRIC CO        36.490                   33,425.33
12/21               294 36239   WELLS FARGO & CO NEW       30.060                    8,826.64
12/21                21 37664   GOOGLE                    670.400                   14,078.40
12/21               217 40532   WAL-MART STORES INC        48.220                   10,455.74
12/21                35 41957   GOLDMAN SACHS GROUP INC   209.200                    7,321.00
12/21               497 44825   EXXON MOBIL CORP           89.900                   44,661.30
12/21               231 46250   HEWLETT PACKARD CO         51.250                   11,829.75
12/21               119 50543   INTERNATIONAL BUSINESS MACHS 104.540                12,436.26
12/21               518 54836   INTEL CORP                 25.900                   13,396.20
12/21               259 59129   JOHNSON & JOHNSON          67.600                   17,498.40
12/21               301 63421   J.P. MORGAN CHASE & CO     44.570                   13,403.57
12/21               175 67714   COCA COLA CO               62.580                   10,944.50
12/21               189 72007   ALTRIA GROUP INC           76.070                   14,370.23
12/21               196 76300   MERCK & CO                 59.930                   11,739.28
12/21               728 80593   MICROSOFT CORP             34.460                   25,057.88
12/21               350 93454   ORACLE CORPORATION         21.040                    7,350.00
12/21                77 94794   APPLE INC                 186                       14,319.00
12/21               147 97742   PEPSICO INC                77.530                   11,391.91
12/21               140 99087   ABBOTT LABORATORIES        57.100                    7,989.00
12/21    475,000     50225   U S TREASURY BILL             99.124    470,839.00
                             DUE 4/10/2008
                                  4/10/2008
```

CONTINUED ON PAGE    3

MDPTPP05322291

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                      12/31/07      3

3837 CAMINO REAL
SARASOTA          FL 34239                          1-S0355-3-0    ******4713


12/21                           AMERICAN INTL GROUP INC    DIV                        46.20
                                DIV 12/07/07 12/21/07
12/21   11,239          54508   FIDELITY SPARTAN          1         11,239.00
                                U S TREASURY MONEY MARKET
12/28                           BANK OF AMERICA            DIV                        255.36
                                DIV 12/07/07 12/28/07
12/31                           CHECK                      CW        240,000.00
12/31                           FIDELITY SPARTAN           DIV                        227.74
                                U S TREASURY MONEY MARKET
                                DIV 12/31/07
12/31                           TRANS TO 1S035330          CW        293,058.64
12/31                           TRANS TO 40 ACCT           JRNL        4,441.00
12/31           61,150  59821   FIDELITY SPARTAN           1                       61,150.00
                                U S TREASURY MONEY MARKET
12/31          475,000  66489   U S TREASURY BILL          99.133               470,881.75
                                DUE 4/10/2008
                                        4/10/2008

                                NEW BALANCE
```

MDPTPP05322292

```
HARRY  SMITH REV LIV TST
LAURA  SMITH TTEE UAD 12/2/96                                    12/31/07        4

3837 CAMINO REAL
SARASOTA          FL 34239                      1-S0355-3-0     ******4713



                         YEAR-TO-DATE SUMMARY

                    DIVIDENDS                               6,698.65
                    GROSS PROCEEDS FROM SALES           5,825,193.95
```

MDPTPP05322293