# EXHIBIT AE

```
PHILIP F PALMEDO                                              11/30/06        1

4 PIPER LANE
ST JAMES            NY 11780                    1-CM142-3-0    *******5500


                              BALANCE FORWARD                  34,302.28
11/20                         FIDELITY SPARTAN     DIV                         3.43
                              U S TREASURY MONEY MARKET
                              DIV 11/20/06
11/20       492        6602   FIDELITY SPARTAN     1             492.00
                              U S TREASURY MONEY MARKET
11/20              1,352 96224 FIDELITY SPARTAN    1                       1,352.00
                              U S TREASURY MONEY MARKET
11/21                576 10915 VERIZON COMMUNICATIONS  35.950             20,684.20
11/21    20,684       17759   FIDELITY SPARTAN     1          20,684.00
                              U S TREASURY MONEY MARKET
11/22                         CITI GROUP INC        DIV                      478.24
                              DIV 11/06/06 11/22/06
11/22                         MERRILL LYNCH & CO INC DIV                      44.00
                              DIV 11/03/06 11/22/06
11/27                         FIDELITY SPARTAN     DIV                        16.27
                              U S TREASURY MONEY MARKET
                              DIV 11/27/06
11/27             21,176 22315 FIDELITY SPARTAN    1                      21,176.00
                              U S TREASURY MONEY MARKET
11/27    21,192       34481   FIDELITY SPARTAN     1          21,192.00
                              U S TREASURY MONEY MARKET
11/30                         FIDELITY SPARTAN     DIV                         8.17
                              U S TREASURY MONEY MARKET
                              DIV 11/30/06

                              CONTINUED ON PAGE      2
```

```
    PHILIP F PALMEDO
                                                                    11/30/06          2

    4 PIPER LANE
    ST JAMES           NY 11780                       1-CM142-3-0    *******5500


11/30                       21,192 51718 FIDELITY SPARTAN            1                        21,192.00
                                         U S TREASURY MONEY MARKET
11/30       21,723                 56340 FIDELITY SPARTAN            1        21,723.00
                                         U S TREASURY MONEY MARKET

                                         NEW BALANCE                          33,438.97

                                         SECURITY POSITIONS        MKT PRICE
               768                       AT&T INC                  33.910
               304                       ABBOTT LABORATORIES       46.660
               416                       ALTRIA GROUP INC          84.210
               240                       AMERICAN EXPRESS COMPANY  58.720
               512                       AMERICAN INTL GROUP INC   70.320
               224                       AMGEN INC                 71
               896                       BANK OF AMERICA           53.850
               432                       CHEVRON CORP              72.320
             1,216                       CISCO SYSTEMS INC         26.880
               976                       CITI GROUP INC            49.590
               400                       COCA COLA CO              46.830
               400                       COMCAST CORP              40.460
                                         CL A
             1,168                       EXXON MOBIL CORP          76.810
             2,032                       GENERAL ELECTRIC CO       35.280
                80                       GOLDMAN SACHS GROUP INC  194.800
               544                       HEWLETT PACKARD CO        39.460

                                         CONTINUED ON PAGE     3
```

```
PHILIP F PALMEDO                                                    11/30/06          3

4 PIPER LANE
ST JAMES           NY 11780                        1-CM142-3-0    *******5500


         400              HOME DEPOT INC                37.970
       1,136              INTEL CORP                    21.350
         304              INTERNATIONAL BUSINESS MACHS  91.920
         672              J.P. MORGAN CHASE & CO        46.280
         576              JOHNSON & JOHNSON             65.910
         432              MERCK & CO                    44.510
         176              MERRILL LYNCH & CO INC        87.430
       1,696              MICROSOFT CORP                29.330
         208              MORGAN STANLEY                76.160
         800              ORACLE CORPORATION            19.030
         320              PEPSICO INC                   61.970
       1,440              PFIZER INC                    27.490
         624              PROCTER & GAMBLE CO           62.790
         224              SCHLUMBERGER LTD              68.480
      21,723              FIDELITY SPARTAN                  1
                          U S TREASURY MONEY MARKET
         800              TIME WARNER INC               20.140
         208              UNITED PARCEL SVC INC         77.920
                          CLASS B
         192              UNITED TECHNOLOGIES CORP      64.530
         384              WACHOVIA CORP NEW             54.190
         480              WAL-MART STORES INC           46.100
         656              WELLS FARGO & CO NEW          35.240

                          MARKET VALUE OF SECURITIES
                              LONG              SHORT
                         1,033,504.12
```

MDPTPP00816156

```
PHILIP F PALMEDO
                                                          11/30/06           4

4 PIPER LANE
ST JAMES          NY 11780                     1-CM142-3-0    *******5500


                       YEAR-TO-DATE SUMMARY

            DIVIDENDS                                              15,851.92
            GROSS PROCEEDS FROM SALES                           6,734,498.43
```

MDPTPP00816157

```
PHILIP F PALMEDO
                                                               11/30/06         1

4 PIPER LANE
ST JAMES            NY 11780                      1-CM142-4-0   *******5500


                              BALANCE FORWARD                                   34,303.00

11/20              16 78410  S & P 100 INDEX          5.100                      8,144.00
                             DECEMBER 655 CALL
11/20       16        82855  S & P 100 INDEX          4.400       7,056.00
                             DECEMBER 645 PUT
11/20       16        87471  S & P 100 INDEX          1.600       2,576.00
                             NOVEMBER 650 CALL
11/20              16 91917  S & P 100 INDEX           .400                        624.00
                             NOVEMBER 640 PUT

                             NEW BALANCE                                        33,439.00

                             SECURITY POSITIONS    MKT PRICE
                    16       S & P 100 INDEX         2.850
                             DECEMBER 655 CALL
            16               S & P 100 INDEX         2.550
                             DECEMBER 645 PUT

                             MARKET VALUE OF SECURITIES
                                  LONG              SHORT
                                4,080.00          4,560.00-
```

MDPTPP00816158