# EXHIBIT AH

Page 1

```
 1      UNITED STATES BANKRUPTCY COURT
         SOUTHERN DISTRICT OF NEW YORK
 2
        -----------------------------------X
 3                                          :
        SECURITIES INVESTOR PROTECTION      :
 4      CORPORATION,                        :
                                            :
 5              Plaintiff-Applicant,        :
                                            :
 6          -vs-                            :   08-01789 (SMB)
                                            :
 7      BERNARD L. MADOFF INVESTMENT        :
        SECURITIES, LLC,                    :
 8                                          :
                 Defendant.                 :
 9                                          :
        -----------------------------------X
10                                          :
        In re:                              :
11                                          :
        BERNARD L. MADOFF,                  :
12                                          :
                 Debtor.                    :
13                                          :
        -----------------------------------X
14
15
16            DEPOSITION OF BERNARD L. MADOFF
17
                   (Taken by the Customers)
18
                    Butner, North Carolina
19
                       June 15, 2016
20
21
22
23
24   Reported by:  Lisa A. DeGroat, RPR
                   Notary Public
25
```

08-01789-cgm    Doc 19825-34    Filed 10/02/20    Entered 10/02/20 17:12:39    Exhibit
AH. 6.15.2016 Madoff Transcript -EXCERPTS    Pg 3 of 5

Page 2

1        A P P E A R A N C E S
2
  For the Customers:
3
    HELEN DAVIS CHAITMAN, Esq.
4   GREGORY M. DEXTER, Esq.
    Chaitman, L.L.P.
5   465 Park Avenue
    New York, New York  10022
6   (908) 303-4568
    hchaitman@chaitmanllp.com
7
8  For the Trustee:
9   SEANNA R. BROWN, Esq.
    AMY VANDERWAL, Esq.
10  Baker & Hostetler, L.L.P.
    45 Rockefeller Plaza
11  New York, New York  10111
    (212) 589-4230
12  sbrown@bakerlaw.com
13
    The Videographer:
14
    Robert Collier
15
16
17
18
19      DEPOSITION OF BERNARD L. MADOFF,
20 taken by the Customers, at the Federal Correctional
21 Institution, Butner Medium I, Old NC Highway 75,
22 Butner, North Carolina, on the 15th day of June,
23 2016, at 8:50 a.m., before Lisa A. DeGroat,
24 Registered Professional Reporter and Notary Public.
25

Page 3

1           C O N T E N T S
2  The Witness: Bernard L. Madoff    Examination
3    By Ms. Chaitman . . . . . . . . . . . . . .    6
4    By Ms. Brown  . . . . . . . . . . . . . . .   68
5    By Ms. Chaitman . . . . . . . . . . . . .   105
6
7
8    I N D E X   O F   T H E   E X H I B I T S
9  Madoff                For Identification
10 Exhibit 1  Order Authorizing the Deposition .  4
11 Exhibit 2  Declaration Opposing Trustee's
             Treatment of Profit Withdrawals .   9
12
    Exhibit 3  8/31/84 statement  . . . . . . . .  14
13
    Exhibit 4  12/31/85 statement . . . . . . . .  28
14
    Exhibit 5  6/30/86 statement  . . . . . . . .  30
15
    Exhibit 6  7/31/86 statement  . . . . . . . .  33
16
    Exhibit 7  2/28/89 statement  . . . . . . . .  34
17
    Exhibit 8  10/31/89 statement . . . . . . . .  35
18
    Exhibit 9  4/30/90 statement  . . . . . . . .  37
19
    Exhibit 10  12/31/90 statement . . . . . . .  61
20
    Exhibit 11  5/31/95 statement  . . . . . . .  61
21
    Exhibit 12  Declaration of Bernard L. Madoff .  92
22
    Exhibit 13  Aaron Blecker file,
23          MADTBB01988418-MADTBB01988420  . .  101
24 Exhibit 14  Aaron Blecker file,
           AMF00154125-AMF00154157  . . . .  103
25

Page 4

1            (MADOFF EXHIBIT 1 WAS MARKED FOR
2  IDENTIFICATION.)
3            * * * * *
4            THE VIDEOGRAPHER:  We are now on the
5  record.
6            Please note that the microphones are
7  sensitive, and they pick up whispering and
8  private conversations.  Please turn off all
9  cellphones or place them away from the
10 microphones, as they can interfere with the
11 deposition audio.  The recording will continue
12 until all parties agree to go off the record.
13           My name is Bob Collier, representing
14 Veritext Legal Solutions.  Today's date is
15 June 15th, 2016, and the time is approximately
16 8:50 a.m.
17           This deposition is being held at the
18 Federal Correctional Institute, Butner,
19 Medium I, located at Old Highway 75, Butner,
20 North Carolina.
21           The caption of this case is In re:
22 Securities Investor Protection Corporation,
23 Plaintiff-Applicant -v- Bernard L. Madoff
24 Investment Securities, L.L.C., Defendant; in re:
25 Bernard L. Madoff, Debtor.

Page 5

1           This case is being held in the
2  United States Bankruptcy Court, Southern
3  District of New York.  Case number 08-017889
4  (SIC) (SMB).  The name of the witness is
5  Bernard L. Madoff.
6           At this time the attorneys present in
7  the room and everyone attending remotely will
8  identify themselves and the parties they
9  represent.
10          MS. CHAITMAN:  Helen Davis Chaitman, of
11 Chaitman, L.L.P., on behalf of a large number of
12 Madoff customers.
13          MR. DEXTER:  Greg Dexter, Chaitman,
14 L.L.P.  I'm here with Helen Chaitman,
15 representing a large number of Madoff customers.
16          MS. BROWN:  Seanna Brown, on behalf of
17 Irving Picard, trustee.
18          MS. VANDERWAL:  Amy Vanderwal, on
19 behalf of the trustee.
20          THE VIDEOGRAPHER:  Our court reporter,
21 Lisa DeGroat, representing Veritext Legal
22 Solutions, will swear in the witness.  Then we
23 can proceed.
24
25            * * * * *

Veritext Legal Solutions
212-267-6868              www.veritext.com              516-608-2400

Page 50

1  that the prosecutor jumped on was when I said
2  that -- going back even into the '70s I sold
3  stock short to a customer.
4      And he said, well, you mean you sold
5  stock that you didn't own to the customer? And
6  both myself and my attorneys were dumbfounded
7  with the question.
8      I don't know whether it was theater,
9  but from that remark was deduced that Madoff
10 never sold -- bought stock for -- actually
11 bought the stock that he sold to a customer.
12     When -- when other people, like other
13 attorneys in the industry, and I must have had
14 30 of them come down here in the past seven
15 years, were stunned at that kind of dialogue.
16     And they said that he couldn't have not
17 been -- he couldn't have not known that. This
18 must have been a theater to just build a case,
19 which I didn't know why anyone had built. I had
20 admitted what I did. All right.
21 BY MS. CHAITMAN:
22  Q.  Okay. So the --
23  A.  All of the arbitrage transactions that
24 you're talking about, the Bleckers or for anybody
25 else, were actual purchases and sales of the

Page 51

1  securities, either as agent or as principal, but
2  that doesn't matter which way it was done. It was
3  an actual transaction, where money changed hands.
4   Q.  Okay.
5   A.  As opposed to the split-strike, where it
6  was done -- it was done the same way, but I never
7  reflected those short positions on the books. And
8  there was my problem.
9      There was nothing wrong with me shorting
10 stock to clients, and -- even if it was 65 billion
11 dollars worth of shorting them. Where I went wrong
12 and violated the law was not reflecting those
13 liabilities on my books and records. That's it in a
14 nutshell.
15  Q.  Okay. Just sticking with the profit
16 withdrawals, which is all I'm permitted to ask you
17 about --
18  A.  Okay.
19  Q.  -- with respect to the convertible
20 debentures. Were there -- are there any documentary
21 records that you can recall that would establish
22 what you're saying, that these were actual
23 transactions?
24     In other words, for the period from, say,
25 1981 through, say, 1990?

Page 52

1   A.  Yes. You -- you --
2   Q.  Let me just finish. 1995, say.
3   A.  Right.
4   Q.  Are there any documentary records which
5  would prove what you're saying?
6   A.  They should all have been available, unless
7  they were, you know, destroyed or in part of the
8  record-retention process. There would be blotters.
9  There would be cash receipts.
10     Depending upon whether the transaction went
11 through the clearing corporation or whether it was
12 just an over the -- over-the-window transaction, but
13 there would be debits and credits in the firm's bank
14 account.
15     Now, the convertible securities all went
16 through the Bank of New York. They did not go
17 through, to my recollection, JPMorgan. Those were
18 all -- all the investment advisory transactions,
19 which these would not be considered, going back to
20 the '80s, went through either Bank of New York,
21 Banker's Trust.
22     Man, we had -- we had a lot of banks, you
23 know. There would -- there should be -- just as
24 there were, you know, transactions that went through
25 the clearing corp, which would have been NSCC or DTC

Page 53

1  in the later years.
2   Q.  Okay. Now, the -- this strategy with the
3  convertible debentures continued into the 1990s?
4   A.  Uh-huh.
5   Q.  And, as I understand it, it existed at the
6  same time as the split-strike conversion strategy?
7  There were some customers --
8   A.  Right.
9   Q.  -- who were in split-strike, and some were
10 in the --
11  A.  Correct.
12  Q.  -- subordinated debentures?
13     MS. BROWN: Objection.
14 BY MS. CHAITMAN:
15  Q.  Are you saying that at the same time that
16 you were not executing the transactions in the
17 split-strike accounts, you were executing the
18 transactions in the subordinated debenture accounts?
19  A.  Yes.
20     MS. BROWN: Objection.
21     Go ahead.
22     THE WITNESS: Yes, but you -- you --
23 you have to understand that these transactions
24 could have been done as, you know, actually in
25 the marketplace or from the firm's trading or

14 (Pages 50 - 53)

```
                                              Page 110
 1  STATE OF NORTH CAROLINA
 2  COUNTY OF PERSON
 3
 4         CERTIFICATE OF TRANSCRIPT
 5
 6      I, Lisa A. DeGroat, a Court Reporter and
 7  Notary Public in and for the aforesaid county and
 8  state, do hereby certify that the foregoing
 9  deposition of BERNARD L. MADOFF, was taken by me and
10  reduced to typewriting under my direction; and the
11  transcript is a true record of the testimony given
12  by the witness.
13      I further certify that I am neither attorney
14  or counsel for, nor related to or employed by any
15  attorney or counsel employed by the parties hereto
16  or financially interested in the action.
17      This the 16th day of June, 2016.
18
19
20
21  _Lisa A. DeGroat_
22  _____
23  LISA A. DeGROAT
    Registered Professional Reporter
24  Notary Public #19952760001
    Expiration Date:  December 8, 2020
25
```