EXHIBIT AI

```
 1     UNITED STATES DISTRICT COURT
       SOUTHERN DISTRICT OF NEW YORK
 2     ------------------------------x

 3     UNITED STATES OF AMERICA,

 4              v.                           09 CR 213 (DC)

 5     BERNARD L. MADOFF,

 6              Defendant.

 7     ------------------------------x

 8                                          New York, N.Y.
                                            March 12, 2009
 9                                          10:00 a.m.

10
       Before:
11
                         HON. DENNY CHIN,
12
                                          District Judge
13

14                       APPEARANCES

15     LEV L. DASSIN
            United States Attorney for the
16          Southern District of New York
       MARC O. LITT
17     LISA BARONI
            Assistant United States Attorneys
18
       DICKSTEIN SHAPIRO LLP
19          Attorneys for Defendant
       BY:  IRA LEE SORKIN
20          DANIEL J. HORWITZ
            NICOLE P. DE BELLO
21          MAURO M. WOLFE

22     ALSO PRESENT:  STEVEN GARFINKEL, FBI
                      KEITH KELLY, FBI
23                    JULIA SCHULTE HANISH, USDOJ, FBI
                      THEODORE V. CACIOPPI, FBI

24

25
```

SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

1   advisory business to the London bank account of Madoff

2   Securities International Limited, a United Kingdom corporation

3   that was an affiliate of my business in New York.  Madoff

4   Securities International Limited was principally engaged in

5   proprietary trading and was a legitimate, honestly run and

6   operated business.  Nevertheless, to support my false statement

7   that I purchased and sold securities for my investment advisory

8   clients in European markets, I caused money from the bank

9   account of my fraudulent advisory business, located here in

10   Manhattan, to be wire transferred to the London bank account of

11   Madoff Securities International Limited.

12        There were also times in recent years when I had

13   money, which had originated in the New York Chase Manhattan

14   bank account of my investment advisory business, transferred

15   from the London bank account of Madoff Securities International

16   Limited to the Bank of New York operating bank account of my

17   firm's legitimate proprietary and market making business.  That

18   Bank of New York account was located in New York.  I did this

19   as a way of ensuring that the expenses associated with the

20   operation of the fraudulent investment advisory business would

21   not be paid from the operations of the legitimate proprietary

22   trading and market making businesses.

23        In connection with the purported trades, I caused the

24   fraudulent investment advisory side of my business to charge

25   the investment advisory clients four cents per share as a

SOUTHERN DISTRICT REPORTERS, P.C.          (212) 805-0300

I (We) hereby certify that the foregoing
is a true and accurate transcript, to the best
of my (our) skill and ability, from my (our)
stenographic notes of the proceeding.

_Steven Greenhouse_

Official Court Reporter
U.S. District Court