EXHIBIT AJ

1cjdpitp

PLEA

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x

3  UNITED STATES OF AMERICA,              New York, N.Y.

4            v.                           S5 Cr. 0228 (LTS)

5  ENRICA COTELLESSA-PITZ,

6            Defendant.

7  ------------------------------x

8
                                          December 19, 2011
9                                         2:55 p.m.

10
   Before:
11
                   HON. LAURA TAYLOR SWAIN,
12
                                          District Judge
13

14                       APPEARANCES

15 PREET BHARARA
        United States Attorney for the
16      Southern District of New York
   BY:  LISA A. BARONI
17      JULIAN J. MOORE
        MATHEW SCHWARTZ
18          Assistant United States Attorneys

19 TIMOTHY J. TREANOR
   DAVID M. RODY
20      Attorneys for Defendant

21        – also present –

22 SA Jared Thompson, FBI
   SA Paul Takla, FBI
23 P.O. Jeffrey Steimel

24

25

Case 1:10-cv-00228-LPS   Document 1512   Filed 12/17/10   Page 23 of 48

1cjdpitp

PLEA

1   including, but not limited to, a sum of money equal to

2   $97.3 billion, representing the amount of proceeds obtained as

3   a result of those offenses?

4            THE DEFENDANT:  Yes.

5            THE COURT:  Mr. Treanor, would you please show

6   Ms. Cotellessa-Pitz Government Exhibit 1, the agreement.

7            Ms. Cotellessa-Pitz, have you signed this agreement?

8            THE DEFENDANT:  Yes, your Honor.

9            THE COURT:  Did you read it before you signed it?

10           THE DEFENDANT:  Yes.

11           THE COURT:  Did you discuss it with your attorneys

12   before you signed it?

13           THE DEFENDANT:  Yes.

14           THE COURT:  Did you fully understand the agreement

15   before you signed it?

16           THE DEFENDANT:  Yes.

17           THE COURT:  Does the agreement reflect accurately your

18   complete and total understanding of the entire agreement

19   between the government, your attorney and you?

20           THE DEFENDANT:  Yes.

21           THE COURT:  Is everything that you understand about

22   your plea, cooperation and sentence covered in this agreement?

23           THE DEFENDANT:  Yes.

24           THE COURT:  Has anything been left out?

25           THE DEFENDANT:  No.