**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br> Plaintiff, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC et al. <br> Defendants. | Adversary Proceeding No. 08-01789-smb |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,, <br> Plaintiff, <br> v. <br> MARVIN L. OLSHAN. <br> Defendant. | Adversary Proceeding No. 08-04799-smb |

## NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LISTS AND ELECTRONIC NOTICING

PLEASE TAKE NOTICE that the attorney listed below hereby withdraws his appearance in the above-captioned cases and request that service of all pleadings and notices, including CM/ECF electronic notification be discontinued and all names and contact information be removed from the appropriate service lists.

Joshua S. Androphy, Esq.
Morrison + Tenenbaum, PLLC
87 Walker St., 2nd Floor
New York, NY 10013
JANDROPHY@M-T-LAW.COM

Dated:  New York, New York
         September 24, 2020

Respectfully submitted,

*/s/ Joshua S. Androphy*
Joshua S. Androphy, Esq.
Morrison + Tenenbaum, PLLC
87 Walker St., 2nd Floor
New York, NY 10013
*Attorneys for Plaintiff*