**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

David Lustig, Trustee of the Lustig Family 1990 Trust, having filed an objection (the "Objection", Docket No. 488) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013424), hereby gives notice that he withdraws such Objection.

Dated: October 5, 2020

                                                                           By: */s/ Eric Fisher*
                                                         **BINDER & SCHWARTZ LLP**
                                                         366 Madison Avenue, Sixth Floor
                                                         New York, New York  10017
                                                         Telephone: 212.933.4551
                                                         Eric Fisher
                                                         Email: efisher@binderschwartz.com
                                                         Lindsay Bush
                                                         Email: lbush@binderschwartz.com