**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                          Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

David Lustig, having filed an objection (the "Objection", Docket No. 1077) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#013425), hereby gives notice that he withdraws such Objection.

Dated: October 5, 2020

                                                            By: */s/ Eric Fisher*
                                                            **BINDER & SCHWARTZ LLP**
                                                             366 Madison Avenue, Sixth Floor
                                                             New York, New York  10017
                                                             Telephone: 212.933.4551
                                                             Eric Fisher
                                                             Email: efisher@binderschwartz.com
                                                             Lindsay Bush
                                                             Email: lbush@binderschwartz.com