**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>CITRUS INVESTMENT HOLDINGS LTD.,<br><br>Defendant. | Adv. Pro. No. 10-04471 (SMB) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that the undersigned, Jeffrey Resetarits, of the law firm of Shearman & Sterling LLP enters an appearance as counsel on behalf of Defendant Citrus Investment Holdings Ltd. in the above-captioned proceeding.

Dated: October 8, 2020
      New York, New York

By: */s/ Jeffrey Resetarits*

**SHEARMAN & STERLING LLP**
Jeffrey Resetarits
599 Lexington Avenue
New York, NY 10022-6069
Telephone: (212) 848-4000
Jeffrey.Resetarits@shearman.com

*Attorney for Defendant Citrus Investment Holdings Ltd.*