**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

|  |  |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>          v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**MOTION FOR ADMISSION TO PRACTICE**
**_PRO HAC VICE_ OF NICHOLAS G. HALLENBECK**

I, Nicholas G. Hallenbeck, Esquire, request admission, **_pro hac vice_**, before the Honorable Stuart M. Bernstein, to represent the Securities Investor Protection Corporation, plaintiff in the above referenced case, and any related adversary proceedings.

**_I certify that I am a member in good standing_** of the Bars of the District of Columbia, the State of Maryland, and the Commonwealth of Virginia; and of the Bars of the United States District Court for the District of Columbia, the United States District Court for the District of Maryland, and the United States District Court for the Eastern District of Virginia.

I have submitted the filing fee of $200.00 with this motion for _pro hac vice_ admission.

Dated:  October 9, 2020
          Washington, D.C.

Respectfully submitted,

_/s/ Nicholas G. Hallenbeck_
NICHOLAS G. HALLENBECK
Assistant General Counsel

SECURITIES INVESTOR PROTECTION
CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Email: nhallenbeck@sipc.org