**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　Debtor. | |

**ORDER GRANTING ADMISSION TO PRACTICE**
***PRO HAC VICE* OF NICHOLAS G. HALLENBECK**

Upon the motion of Nicholas G. Hallenbeck, Esquire, to be admitted, *pro hac vice*, to represent the Securities Investor Protection Corporation, the Plaintiff in the above referenced case and any related adversary proceedings, and upon the movant's certification that the movant is a member in good standing of the Bars of the District of Columbia, the State of Maryland, and the Commonwealth of Virginia; and of the Bars of the United States District Court for the District of Columbia, the United States District Court for the District of Maryland and the United States District Court for the Eastern District of Virginia, it is hereby

**ORDERED**, that Nicholas G. Hallenbeck, Esq., is admitted to practice, *pro hac vice*, in the above referenced case and the related adversary proceedings in the United States Bankruptcy Court for the Southern District of New York, provided that the filing fee has been paid.

Dated: _____　　　　　_____
　　　　New York, New York　　　　　　　　　　　UNITED STATES BANKRUPTCY JUDGE