# EXHIBIT C

PRESENT:

HON. Nora S. Anderson, SURROGATE

Surrogate's Court of the County of New York, held at the Courthouse in said County on the 6th day of October in the year 2014.

New York County Surrogate's Court
DATA ENTRY DEPT.
OCT - 6 2014

-----------------------------------------------------X

In the Matter of the Application for
Appointment of Successor
Co-Trustee under the Will of

**SEYMOUR EPSTEIN,**

Deceased.

-----------------------------------------------------X

ORDER APPOINTING SUCCESSOR TRUSTEES

FILE NO. 2009-0423

Upon reading and filing the petition of Muriel Epstein, duly verified on the 23rd day of May, 2014 praying for the appointment of successor trustees of the trusts f/b/o Trust under Article 4 and f/b/o Trust under Article 5 of the Last Will and Testament of Seymour Epstein, deceased.

And it appearing that Seymour Epstein died on December 19, 2008 domiciled in the in the City, County and State of New York leaving a Last Will and Testament dated December 6, 1994 which will was duly admitted to Probate by the Surrogate's Court of New York County on February 13, 2009 and that Letters of Trusteeship thereunder were issued to Muriel Epstein and Herbert C. Kantor, as Trustees f/b/o Trust under Article 4 and f/b/o Trust under Article 5 of said Will and that said Letters have not been modified, suspended or revoked.

And it further appearing that Herbert C. Kantor died on February 18, 2014 before the termination of the Trusts and that the appointment of successor co-trustees is necessary in order to carry out the terms thereof.

And it further appearing that the nominated successor-trustee under the Will, Harry Wendroff, has renounced his right to appointment to act in such capacity.

And it further appearing that, by the terms of the Will, at Article 12(C)(i)-(iii), Muriel Epstein, the presently acting Trustee has the power to ~~appoint~~ designate additional persons to act as co-trustees and that pursuant to said power has ~~appointed her daughters~~ designated, Jane Epstein, Randy Austin and Susan Gross as additional trustees to act together with her and that Jane Epstein, Randy Austin and Susan Gross have severally filed their Oath and Designation as Trustees acknowledging their appointment and that no bond is required of the successor Trustees for the performance of their duties pursuant to Article 12(D) of said Will and that no prior application for the relief sought herein has been made to this or any Court.

Now on motion of Kantor, Davidoff, Mandelker, Twomey, Gallanty & Olenick, P.C., attorneys for Petitioner it is

ORDERED, that the Letters of Trusteeship previously issued to Herbert C. Kantor, as co-trustee, are hereby revoked by reason of his death, and it is further

ORDERED, that Jane Epstein, Randy Austin and Susan Gross are hereby appointed successor co-trustees, to serve without bond upon their duly qualifying, to act in place and stead of Herbert C. Kantor, deceased, and in conjunction with Muriel Epstein, to whom Letters of Trusteeship have heretofore issued f/b/o Muriel Epstein u/A 4 and f/b/o Muriel Epstein u/A 5 upon properly qualifying according to law.

_____
~~Surrogate~~ SURROGATE

PUBLIC0627880

SURROGATES COURT OF THE STATE OF NEW YORK
COUNTY OF NEW YORK
-------------------------------------------------------------X
In the Matter of the Appointment of Successor
Co-Trustee under the Will of

        DESIGNATION OF
        SUCCESSOR TRUSTEES

**SEYMOUR EPSTEIN,**

        FILE NO. 2009-0423

        Deceased.
-------------------------------------------------------------X

STATE OF NEW YORK  )
COUNTY OF NEW YORK ) ss.:

    **MURIEL EPSTEIN**, pursuant to the power granted at Article 12(C)(i)-(iii) under the Last Will and Testament of Seymour Epstein, deceased, dated December 6, 1994, hereby designates and appoints JANE EPSTEIN, RANDY AUSTIN and SUSAN GROSS to act together with her as Co-Trustees f/b/o Trust under Article 4 of said Will and further hereby designates and appoints JANE EPSTEIN, RANDY AUSTIN and SUSAN GROSS to act together with her as Co-Trustees f/b/o Trust under Article 5 of said Will.

    The present value remaining un-administered of Trust under Article 4 of said Will is $3,100,000 and of the Trust under Article 5 of said Will is $1,900,000.

August 5, 2014

                                        /s/ Muriel Epstein
                                        MURIEL EPSTEIN

[Stamp: New York County Surrogate's Court PROBATE DEPT. SEP 11 2014 FILED Clerk]

Sworn to before me
this 5th day of August, 2014

_____
Notary Public

Commission Expires:
(Affix Notary Stamp or Seal)

MARGARET ANN McCARTHY
Notary Public, State of New York
No. 01MC5070598
Qualified in Nassau County
Commission Expires Dec. 23, 2014

Name of Attorney:
Kantor, Davidoff, Mandelker, Twomey, Gallanty & Olenick, P.C.    Tele No. : (212) 682-8383

Address of Attorney: 415 Madison Avenue, New York, New York 10017

2

PUBLIC0627882