# EXHIBIT O

11-Jan-09 REDACTED

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID REDACTED
Sequence number REDACTED    Posting date 17-JUL-08

---

REDACTED

M-03/21    1028

July 16, 2008

Pay to the order of  Bernard Madoff Securities — $500,000.00/100

Five Hundred Thousand Dollars —

**WACHOVIA**
Wachovia Bank, N.A.
wachovia.com

Dep. to
For Acct. # 1-Z0012-3-0
REDACTED

REDACTED

923940 0R1 703

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L MADOFF

For Deposit Only
Acct # 1-Z0012-3-0
Bernard Madoff
Securities

AcctNum: REDACTED    Amount: 000000050000000
Xerox: REDACTED  PostDate: 20080717  Sequence: REDACTED
BankNum: 0802 AppCode: 0090  Field4: 0000  ImageStat: 05
USN: REDACTED              BOFD: 074909962 CapSEQ: 00
TranCode: 001025 Route/Tran: 02110110  DocType: 8
EntryNum: 5702 ItemType: 7