# EXHIBIT P

# CHASE

**CHASE MANHATTAN BANK DELAWARE**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK    NY   10022                     DS

| | |
|---|---|
| Account No: | 6301-428151-509 |
| Statement Start Date: | 01 DEC 1998 |
| Statement End Date: | 31 DEC 1998 |
| Statement Code: | 000-USA-12 |
| Statement No: | 012 |

Page 1 of 2

### TRANSACTIONS
| | | |
|---|---|---|
| Total Credits | 22 | 39,393,228.69 |
| Total Debits (incl. checks) | 22 | 39,393,228.69 |
| Total Checks Paid | 19 | 39,393,228.69 |

### BALANCES
| | | | |
|---|---|---|---|
| Opening (01 DEC 1998) Ledger | .00 | Closing (31 DEC 1998) Ledger | .00 |

### ENCLOSURES
| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **** Balance **** | 0.00 | OPENING LEDGER BALANCE |
| 01 DEC | | | USD | | | 455,439.39 | CDS FUNDING |
| 01 DEC | | | USD | | 455,439.39 | | LIST POST    AA01 |
| 01 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 02 DEC | | | USD | | | 2,388,782.01 | CDS FUNDING |
| 02 DEC | | | USD | | 2,388,782.01 | | LIST POST    AA01 |
| 02 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 03 DEC | | | USD | | | 1,081,603.64 | CDS FUNDING |
| 03 DEC | | | USD | | 1,081,603.64 | | LIST POST    AA01 |
| 03 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 04 DEC | | | USD | OUR: 1400400389DW | | 1,921,788.34 | CDS FUNDING |
| 04 DEC | | | USD | OUR: 1400300457DW | 1,921,788.34 | | LIST POST    AA01 |
| 04 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 07 DEC | | | USD | OUR: 1400400407DW | | 1,861,489.33 | CDS FUNDING |
| 07 DEC | | | USD | OUR: 1400300431DW | 1,861,489.33 | | LIST POST    AA01 |
| 07 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 08 DEC | | | USD | OUR: 1400400390DW | | 2,403,962.73 | CDS FUNDING |
| 08 DEC | | | USD | OUR: 1400300433DW | 2,403,962.73 | | LIST POST    AA01 |
| 08 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 09 DEC | | | USD | OUR: 1400400404DW | | 116,495.00 | CDS FUNDING |
| 09 DEC | | | USD | OUR: 1400300470DW | 116,495.00 | | LIST POST    AA01 |
| 09 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 10 DEC | | | USD | OUR: 1400400393DW | | 824,038.00 | CDS FUNDING |
| 10 DEC | | | USD | OUR: 1400300444DW | 824,038.00 | | LIST POST    AA01 |
| 10 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 11 DEC | | | USD | OUR: 1400400401DW | | 191,000.00 | CDS FUNDING |
| 11 DEC | | | USD | OUR: 1400300439DW | 191,000.00 | | LIST POST    AA01 |
| 11 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 14 DEC | | | USD | OUR: 1400400404DW | | 1,819,857.93 | CDS FUNDING |
| 14 DEC | | | USD | OUR: 1400300499DW | 1,819,857.93 | | LIST POST    AA01 |
| 14 DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

FT CODE:    USD - SAME DAY FUNDS       US1 - ONE DAY FLOAT       US3 - THREE DAY FLOAT       US5 - FIVE DAY FLOAT
            USN - NEXT DAY FUNDS       US2 - TWO DAY FLOAT       US4 - FOUR DAY FLOAT        USM - MIXED FLOAT

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS.

MADWAA00378495

MADWAA00378496

# CHASE

CHASE MANHATTAN BANK DELAWARE

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK   NY   10022

DS

| Account No: | 6301-428151-509 |
| Statement Start Date: | 01 DEC 1998 |
| Statement End Date: | 31 DEC 1998 |
| Statement Code: | 000-USA-12 |
| Statement No: | 012 |

Page 2 of 2

MADWAA00378497

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15DEC | | | | USD  OUR: 1400400387DW | | 5,564,901.30 | CDS FUNDING |
| 15DEC | | | | USD  OUR: 1400300435DW | 5,564,901.30 | | LIST POST       AA01 |
| 15DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 16DEC | | | | USD  OUR: 1400400392DW | | 1,779,999.41 | CDS FUNDING |
| 16DEC | | | | USD  OUR: 1400300456DW | 1,779,999.41 | | LIST POST       AA01 |
| 16DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 17DEC | | | | USD  OUR: 1400400397DW | | 1,241,072.88 | CDS FUNDING |
| 17DEC | | | | USD  OUR: 1400300424DW | 1,241,072.88 | | LIST POST       AA01 |
| 17DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 18DEC | | | | USD  OUR: 1400500404DW | | 1,166,387.48 | CDS FUNDING |
| 18DEC | | | | USD  OUR: 1400400453DW | 1,166,387.48 | | LIST POST       AA01 |
| 18DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 21DEC | | | | USD  OUR: 1400400427DW | | 1,776,725.08 | CDS FUNDING |
| 21DEC | | | | USD  OUR: 1400300462DW | 1,776,725.08 | | LIST POST       AA01 |
| 21DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 22DEC | | | | USD  OUR: 1400400414DW | | 1,873,529.60 | CDS FUNDING |
| 22DEC | | | | USD  OUR: 1400300435DW | 1,873,529.60 | | LIST POST       AA01 |
| 22DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 23DEC | | | | USD  OUR: 1400400401DW | | 1,655,000.00 | CDS FUNDING |
| 23DEC | | | | USD  OUR: 1400300428DW | 1,655,000.00 | | LIST POST       AA01 |
| 23DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 24DEC | | | | USD  OUR: 1400400396DW | | 425,012.39 | CDS FUNDING |
| 24DEC | | | | USD  OUR: 1400300448DW | 425,012.39 | | LIST POST       AA01 |
| 24DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 28DEC | | | | USD  OUR: 1400400394DW | | 2,807,509.94 | CDS FUNDING |
| 28DEC | | | | USD  OUR: 1400300441DW | 2,807,509.94 | | LIST POST       AA01 |
| 28DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 29DEC | | | | USD  OUR: 1400400386DW | | 4,794,650.85 | CDS FUNDING |
| 29DEC | | | | USD  OUR: 1400300446DW | 4,794,650.85 | | LIST POST       AA01 |
| 29DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 30DEC | | | | USD  OUR: 1400400400DW | | 2,197,983.39 | CDS FUNDING |
| 30DEC | | | | USD  OUR: 1400300427DW | 2,197,983.39 | | LIST POST       AA01 |
| 30DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |
| 31DEC | | | | USD  OUR: 1400400392DW | | 1,046,000.00 | CDS FUNDING |
| 31DEC | | | | USD  OUR: 1400300478DW | 1,046,000.00 | | LIST POST       AA01 |
| 31DEC | | | | | **** Balance **** | .00 | CLOSING LEDGER BALANCE |

MADWAA00378498