# EXHIBIT Q

Page 1

1    UNITED STATES BANKRUPTCY COURT

2    SOUTHERN DISTRICT OF NEW YORK

3    - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

4    In the Matter

5    IRVING H. PICARD, TRUSTEE

6    FOR THE LIQUIDATION OF B,        Adv. Case No. 10-04377-SMB

7              Plaintiff,

8    VS.

9    NELSON, ET AL.

10             Defendants.

11   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

12   In the Matter

13   IRVING H. PICARD, TRUSTEE

14   FOR THE LIQUIDATION OF B,        Adv. Case No. 10-04658-SMB

15             Plaintiff,

16   VS.

17   NELSON, ET AL.

18             Defendants.

19   - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

20                     United States Bankruptcy Court

21                     One Bowling Green

22                     New York, New York 10004-1408

23                     May 9, 2019

24                     2:00 PM

25

Page 2

1    B E F O R E:

2    HON. STUART M. BERNSTEIN

3    U.S. BANKRUPTCY JUDGE

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1    HEARING RE:   Adversary Proceeding: 10-04377-smb, Irving H.

2    Picard, Trustee for the Liquidation of B v Nelson, et al.,

3    Trial.

4

5    HEARING RE: Adversary Proceeding: 10-04377-smb, Irving h.

6    Picard, Trustee, for the Liquidation of B v. Nelson, et al.,

7    Trial.

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25    Transcribed by:  Pamela A. Skaw and Tracey Williams

Page 4

```
 1    A P P E A R A N C E S :

 2    BAKER HOSTETLER

 3         Attorneys for

 4         45 Rockefeller Plaza

 5         New York, NY 10111

 6

 7    BY:  DEAN D.  HUNT, ESQUIRE

 8         MARIE L. CARISLE, ESQUIRE

 9         AMY E. VANDERWAL, ESQUIRE

10         NICHOLAS J. CREMONA, ESQUIRE

11         MAXIMILLIAN S. SHIFRIN, ESQUIRE

12         SEANNA R. BROWN, ESQUIRE

13         DAVID J. SHEEHAN, ESQUIRE

14

15    CHAITMAN, LLP

16         Attorney for

17         465 Park Avenue

18         New York, NY 10022

19

20    BY:  HELEN DAVIS CHAIRMAN, ESQUIRE

21

22

23

24

25
```

Page 8

1          MS. DAVIS CHAITMAN:  Roy, if you'd be good enough to

2     pull up DX-Y.

3               (Pause)

4               MS. DAVIS CHAITMAN:  And if you could go to the

5     first page.  Yeah.  Thank you.

6               (Pause)

7     BY MS. DAVIS CHAITMAN:

8     Q    This is in DX-Y.  It's a compilation of global

9     electronic funding reports and if you look -- this one has a

10    Bates number of MADTSS01293772.

11              And if you look, this document is dated

12    January 2nd, 2007; do you see that?

13    A    I do.

14    Q    And the account number is listed ending in 509; do you

15    see that?

16    A    Yes.  I do.

17    Q    And do you see that the account name is in Bernard L.

18    Madoff?

19    A    Yes.  I do.

20    Q    Okay.

21              MS. DAVIS CHAITMAN:  And can you go to the next

22    document?

23              THE COURT:  Can I ask you what exhibit -- how is

24    this Exhibit marked?  I don't see the markings

25    (indiscernible).

Page 9

1          MS. DAVIS CHAITMAN:  This is DX-Y, Exhibit DX-Y.

2          THE COURT:  Okay.  Thank you.

3          MS. DAVIS CHAITMAN:  And I'm not going through

4    every document in that Exhibit but I'm going through a bunch

5    of them.

6          THE COURT:  I just didn't see the exhibit marking

7    so it's identified.

8          MS. DAVIS CHAITMAN:  Okay.

9          THE COURT:  All right.

10         (Pause)

11   BY MS. DAVIS CHAITMAN:

12   Q    Okay.  This is statement dated December 18th, 2006 for

13   the 509 account.  It's also in the name of Bernard L.

14   Madoff; do you see that?

15   A    I do but I wouldn't refer to this as a statement for

16   the 509 account.

17   Q    Okay.

18   A    It's a document related to but I wouldn't call this a

19   statement.

20   Q    Right.  You're right.  It's an electronic funding

21   report.

22   A    Right.  That's the title of it.

23   Q    Right.

24        Without going through these, which I'm prepared to do

25   because they're in DX-Y, would you agree, Ms. Collura, that

1    the 509 account was always maintained, according to J.P.

2    Morgan Chase's records in the name of Bernard L. Madoff?

3    A    No.  I would not agree with that.

4    Q    Okay.  Then, let's keep going.

5         Here's a document which is dated October 5th, 2005.

6    It's Bates number MADTSS01338921.  And this shows that the

7    509 account is in the name of Bernard Madoff as of

8    October 5th, 2005; do you agree?

9    A    Well, that's what this document shows.  I -- if you

10   have a copy of a statement, not for this -- for this time

11   period, yes, for 2005, the name on the monthly statement for

12   the 509 account will be different.

13   Q    Okay.  We'll go through that.

14   A    Okay.

15         MS. DAVIS CHAITMAN:  Can you pull up the next one,

16   please?

17   BY MS. DAVIS CHAITMAN:

18   Q    This is dated December 3rd, 2005 and, again, it's a

19   electronic funding report and it lists the name of the 509

20   account as Bernard L. Madoff; do you see that?

21   A    Yes.  That's what's on this document.

22   Q    Okay.  Okay.

23         Well, are you prepared, just to expedite this slightly,

24   that -- to agree that every electronic funding report is in

25   the name of Bernard L. Madoff?

```
                                                          Page 12
  1              MS. DAVIS CHAITMAN:  It begins MAD and it ends

  2    with 74945.

  3              THE COURT:  Thank you.

  4    BY MS. DAVIS CHAITMAN:

  5    Q    And you would agree that this shows Bernard Madoff on

  6    this statement as being the owner of the 509 account, right?

  7    A    This document has Bernard L. Madoff on it but I

  8    wouldn't say that that indicates the holder of the account.

  9         The monthly statement for the 509 account would

 10    indicate that.

 11    Q    Okay.

 12              MS. DAVIS CHAITMAN:  Can you go, please, Roy, to

 13    DX-AA -- just DX-AA?

 14              (Pause)

 15    BY MS. DAVIS CHAITMAN:

 16    Q    Okay.  This is a statement and this is actually, I

 17    believe, the very last statement that was sent out by

 18    J.P. Morgan Chase, right?

 19    A    I think that there were statements in 2009.

 20    Q    Okay.

 21         Well, this covers the last period of when he was

 22    operating?

 23    A    Correct.

 24    Q    Is that fair to say?  Okay.

 25    A    Yes.  That's fair.
```

1   Q    And the name of the account is Bernard L. Madoff

2   Investment Securities; do you see that?

3   A    I do.

4   Q    It doesn't say LLC; does it?

5   A    There's no LLC on the name here.  No.

6   Q    Okay.

7        And would you agree with me that you've never seen a

8   J.P. Morgan Chase monthly statement which read as the owner

9   of the account Bernard L. Madoff Investment Securities, LLC?

10  A    Not for the 509 account.

11  Q    You would agree with me that you have not seen it?

12  A    There -- I think there were some other bank accounts

13  that were held in the name with LLC.

14  Q    Just answer my specific question.  You'll have an

15  opportunity on redirect to say whatever you'd like.  But

16  just answer my questions.

17       Did you ever see a statement from the 509 account that

18  listed Bernard L. Madoff Investment Securities, LLC as the

19  holder of the account?

20  A    No.

21  Q    Thank you.

22            MS. DAVIS CHAITMAN:  Would be good enough to pull

23  up DX-E?

24            (Pause)

25  BY MS. DAVIS CHAITMAN:

1    Q    Now, this is a December 1, 2000 statement for the 703

2    account; do you see that?

3    A    I do.

4    Q    And this is in the name of Bernard L. Madoff; is it

5    not?

6    A    It is.

7    Q    Okay.

8         MS. DAVIS CHAITMAN:  And, Roy, can you go to the

9    next document, please?

10        (Pause)

11   BY MS. DAVIS CHAITMAN:

12   Q    This is a statement as of December 31, 2001 and this is

13   also for the 703 account; is it not?

14   A    It is.

15   Q    And this is in the name of Bernard L. Madoff; isn't

16   that true?

17   A    It's true.

18   Q    And do you recall the date when the LLC was formed?

19   A    January 2001.

20   Q    Okay.  So, this is 11 months later and the account is

21   in the name of Bernard L. Madoff; isn't that right?

22   A    Yes, that's right.

23   Q    Okay.

24        MS. DAVIS CHAITMAN:  Roy, can you go to the next

25   document, please?

1          (Pause.)

2    BY MS. DAVIS CHAITMAN:

3    Q    Here's a statement dated December 31, 2002, for the 703

4    account, right?

5    A    Correct.

6    Q    And it says Bernard L. Madoff Investment Securities; do

7    you see that?

8    A    I do.

9    Q    There's no LLC, right?

10   A    There's no LLC.

11          MS. DAVIS CHAITMAN:  Can you go to the next

12   statement, please?

13          (Pause)

14   BY MS. DAVIS CHAITMAN:

15   Q    This is a statement dated December 31, 2003.  Same

16   thing.  This account is not in the name of the LLC; is it?

17   A    There's no LLC on the account name.

18   Q    Okay.

19          MS. DAVIS CHAITMAN:  Can you go to the next

20   statement, please, Roy?

21          (Pause)

22   BY MS. DAVIS CHAITMAN:

23   Q    Here we are on December 31st, 2004.  There's no LLC in

24   the account holder's name; is there?

25   A    No.

1          MS. DAVIS CHAITMAN:  Can you go to the next

2     statement, please?

3               (Pause)

4     BY MS. DAVIS CHAITMAN:

5     Q    This is December 30th, 2005.  There's no LLC in the 703

6     account statement's holder, the holder's name, is there?

7     A    No.

8               MS. DAVIS CHAITMAN:  Can you go to the next

9     document, please?

10              (Pause)

11    BY MS. DAVIS CHAITMAN:

12    Q    This is December 29th, 2006.  Same question.  Same

13    answer?

14    A    There's no LLC.

15    Q    Thank you.

16              MS. DAVIS CHAITMAN:  Can you go to the next

17    document, please, Roy?

18              (Pause)

19    BY MS. DAVIS CHAITMAN:

20    Q    This is December 2007; do you see that even as of

21    December 31, 2007, the name of the account is Bernard L.

22    Madoff Investment Securities without LLC.  Do you see that?

23    A    I see that.

24              (Pause)

25              MS. DAVIS CHAITMAN:  Roy, can you bring up DX-Y?

1              (Pause)

2    BY MS. DAVIS CHAITMAN:

3    Q    Now, this is a --

4              THE COURT:  Could you identify it with Bates

5    number please because these documents are all compilations

6    of various --

7              MS. DAVIS CHAITMAN:  Sure.

8              THE COURT:  -- information.

9              MS. DAVIS CHAITMAN:  It's in the documents --

10             THE COURT:  They're not necessarily all

11   (indiscernible).

12             MS. DAVIS CHAITMAN:  Sure.  It's MADTSS01284251.

13   It's in the lower right hand corner of the document.

14             Can you see it?

15             THE COURT:  I can see it.

16             MS. DAVIS CHAITMAN:  Okay.

17   BY MS. DAVIS CHAITMAN:

18   Q    Does this document indicate that it's in the name of

19   the LLC?

20   A    This is a document related to the 509 account and the

21   account name on this document is listed just as Bernard L.

22   Q    But you would agree that the 509 account was always in

23   the name of the LLC -- of Bernard L. Madoff, not the LLC,

24   right?

25   A    Well, no.  The 509 account was in the name of Bernard

Page 18

1    L. Madoff until September 2002 when it changed to Bernard L.

2    Madoff Investment Securities.

3    Q    Okay.  The 509 account was never changed to Bernard L.

4    Madoff Investment Securities, LLC; was it?

5    A    That was never on the statements.

6    Q    Okay.

7         Now, you understand that at the time the LLC was

8    formed, since Madoff was operating as a sole proprietorship,

9    prior to that time, if he'd wanted to do business with banks

10   as the LLC, he had to send them written notice that he was

11   changing the name on the account; isn't that true?

12   A    I can't opine on that.  I don't know that.

13   Q    Okay.

14        MS. DAVIS CHAITMAN:  Can you pull up DX-U, please?

15   BY MS. DAVIS CHAITMAN:

16   Q    This is a document which is dated July 17th --

17        MS. DAVIS CHAITMAN:  Do you want me to read the

18   Bates number?  I'll read --

19        THE COURT:  If it's a one page document, that's

20   fine.

21        MS. DAVIS CHAITMAN:  Okay.

22   BY MS. DAVIS CHAITMAN:

23   Q    This is DX-U.  It's dated July 17, 1991 and it's on the

24   letterhead Bernard L. Madoff Investment Securities.

25        So, you're aware that Madoff was using that trade name

Page 19

1    as far back as 1991, right?

2    A    I'd seen Bernard L. Madoff Investment Securities, this

3    logo, on documents back --

4    Q    In the period --

5    A    Yeah.

6    Q    -- long, long before the LLC was formed; isn't that

7    true?

8    A    I've seen this logo on the documents prior to the LLC

9    being formed, yes.

10   Q    Okay.

11           MS. DAVIS CHAITMAN:  Can you pull up, please, Roy,

12   DX-HC to LT?

13           (Pause)

14   BY MS. DAVIS CHAITMAN:

15   Q    If we can quickly run through these checks.

16       Ms. Collura, I'd just like you to agree with me as to

17   the account holder as reflected on the documents, okay?

18       So, here's one as of March 29th, 1999, this is a check

19   to the Nelsons and it's from the account of Bernard L.

20   Madoff; isn't it not?

21   A    Yes.

22   Q    Okay.

23   A    In the 509 account.  Yes.

24   Q    Okay.

25           MS. DAVIS CHAITMAN:  Roy, you can move through

1    those.  Okay.

2              Thank you.  This is perfect.

3    BY MS. DAVIS CHAITMAN:

4    Q    Here's a check dated March 26, 2008, same name on the

5    check, right?  Bernard L. Madoff.

6    A    Yes.

7    Q    Okay.

8    A    But if you'd look at the statements, it would say

9    Bernard L. Madoff Investment Securities.

10   Q    I -- it's wonderful that you repeat that.  I get that

11   point.

12             THE COURT:  Well, you keep asking her the same

13   question.

14             MS. DAVIS CHAITMAN:  I know.  That's true.  But

15   it's a different document, Your Honor.

16             THE COURT:  It's the same question.

17             MS. DAVIS CHAITMAN:  I can rephrase it each time.

18   It'll take me a little longer but --

19             THE COURT:  You try your case.

20             MS. DAVIS CHAITMAN:  Would you, Roy, bring up

21   DX-HW, please?

22             (Pause)

23   BY MS. DAVIS CHAITMAN:

24   Q    Now, I want to go through the checks that the Nelsons

25   sent into Madoff and if you looked -- I'm sure you looked at

1    these, didn't you, when you went through to do your report?

2    A    Yes, I did.

3    Q    Okay.  And this is a check dated March 15th, 2002 and

4    it was made out to Bernard L. Madoff Securities; do you see

5    that?

6    A    Yes.

7    Q    Okay.

8              MS. DAVIS CHAITMAN:  Roy, can you go to something

9    in 2003?

10             (Pause)

11             MS. DAVIS CHAITMAN:  Oh, excuse me.  Before you do

12   that.

13   BY MS. DAVIS CHAITMAN:

14   Q    Look at the endorsement on this check.  It says -- do

15   you see how it says pay to the order of Chase Manhattan Bank

16   for deposit only Bernard L. Madoff?

17   A    Yes.

18   Q    And you looked at the endorsements on the back of the

19   checks; didn't you?

20   A    It wasn't so relevant to me for deposited checks.  That

21   was -- I really used those endorsements for tracing checks

22   that were written from BLMIS.

23        But I'm -- you know, clearly, this is an endorsement

24   from BLMIS depositing it into their 703 account.

25   Q    Well, it says pay to the order of Chase Manhattan Bank

1    for deposit only Bernard L. Madoff; do you see that?

2    A    I do.

3    Q    Okay.

4            MS. DAVIS CHAITMAN:   Can you go to the -- the

5    next check, please?

6            (Pause)

7    BY MS. DAVIS CHAITMAN:

8    Q    This is February 14th, 2003 and, again, it was made --

9            MS. DAVIS CHAITMAN:  Oh, you know what?  I'm

10   looking for the checks that are from the Nelsons to Madoff.

11   Sorry.

12           (Pause)

13           MS. DAVIS CHAITMAN:   There you go.  We're

14   skipping.

15   BY MS. DAVIS CHAITMAN:

16   Q    Here's one in January of 2008 and it's from Carol and

17   Stanley Nelson and it's also made out to Bernard Madoff

18   Securities; do you see that?

19   A    I do.

20   Q    And the stamp says for deposit only Bernard L. Madoff;

21   do you see that?

22   A    Yes.

23           (Pause)

24           MS. DAVIS CHAITMAN:  Can you pull up DX-HW,

25   please?

Page 29

1          (Pause)

2          MS. DAVIS CHAITMAN:  This is a -- we actually

3    looked at this.  This is the 2002 check that was deposited

4    into Bernard L. Madoff's account.

5          Can you pull up DX-JX, please, Roy?

6          (Pause)

7    BY MS. DAVIS CHAITMAN:

8    Q    Okay.  This is one dated January 15th, 2008 from the

9    Nelsons to Bernard Madoff Securities and, again, it was for

10   deposit only Bernard Madoff; do you see that?

11   A    Yes.

12   Q    Okay.

13          (Pause)

14   BY MS. DAVIS CHAITMAN:

15   Q    Now, you understand that when a corporate name is

16   changed that you have to notify any holder of any bank that

17   the company is doing with that the -- there's been a change

18   in the name; isn't that true?

19   A    I'm not -- but I'm not -- I can't opine --

20   Q    You're not aware that?

21   A    -- on that.

22   Q    Okay.

23          MS. DAVIS CHAITMAN:  Can you pull up DX-L,

24   please?

25          (Pause)

Page 77

1

2                    C E R T I F I C A T I O N

3

4    I, Pamela A. Skaw, certify that the foregoing transcript is

5    a true and accurate record of the proceedings.

6

7    _____

8    Pamela A. Skaw

9

10   _____

11   Tracey Williams

12

13   Date:  May 13, 2019

14

15

16

17

18

19   Veritext Legal Solutions

20   330 Old Country Road

21   Suite 300

22   Mineola, NY 11501

23

24

25