EXHIBIT R

37950 scanned on B1-REJ by Operator LPAYNE on Mar 06, 2009 at 06:24:57 PM - Page 8 of 106.

**BERNARD L. MADOFF**

82-26
311   2815-09

145085

03037:968  400  13  4116/25 3200 03

PAY TO THE ORDER OF   SHELBURNE SHIRT

$ ***300000=00

EXACTLY ****300,000DOLLARS00CENTS

**DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM005-3

BERNARD L. MADOFF

By

FOR

⑅00145085⑅  ⑊031100267⑊  63014428151  509⑅  ⑅0030000000⑅

JPMSAF0015064

38675 scanned on B1-S01 by Operator EWILLIAMS on Apr 16, 2009 at 07:49:45 AM - Page 98 of 110.

**BERNARD L. MADOFF**

62-26
311

2815-09

153179

4/06 . 20 04

PAY
TO THE
ORDER OF   SHELBURNE SHIRT

$ ****65000.00

EXACTLY ******65,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
  1-CM005-3

BERNARD L. MADOFF

By

FOR

⑈00153179⑈ ⑆0311002671⑆ 6301428151 509⑈      ⑈0006500000⑈

REDACTED

Deposit only

JPMSAF0022480

Rosa

**BERNARD L. MADOFF**

82-26
311    2815-09

186908

7/02 20_07

PAY
TO THE
ORDER OF SHELBURNE SHIRT

$**135C00=00

******ONE HUNDRED THIRTY FIVE THOUSAND 00/100 **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

**BERNARD L. MADOFF**

FOR 1-CM005-3

By _____

⑈00186908⑈ ⑊031100267⑊ 6301428151 509⑈    /00135000000/

021732B058
070620017
031090040 FRU-PHILA
ENT=303B TRC=2703 PK=30

15-131-2

3853
2
9
9
0
6
1

244  0626  03
078620SP
92100021

8770601199

BANK OF AMERICA NA HBT
N011N001334 23797 90 P19
07/05/07

5370692698

Posting Date        2007 Jul 06

Prime Sequence      2328098

Amount              $135,000.00

Bank                03110026

Account:            6301428151509

Serial Field        000000186908

Bank No.            802

item type           P

IRD                 0

Cost Center

Teller Number

JPMSAF0058092

Rosa

**BERNARD L. MADOFF**

62-26
311   2815-00

187638

7/16   20 07

PAY TO THE ORDER OF   SHELBURNE SHIRT          | $ **100000•00

******ONE HUNDRED THOUSAND 00/100   **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM005-3

BERNARD L. MADOFF

By

⑈0018763⑈⑈ ⑇03⑈⑈10026⑉7⑇ 630142815⑈ 509⑈          ⑈0010000000⑇



0914012776
07232007
031000040 PRB-PHILA
ENT=2608 TRC=2611 PK=30

244  3442  03

8270267110

BANK OF AMERICA NA NR7
M91000128X D4293 90 P10
07/20/0
4770535163

| Posting Date | 2007 Jul 23 |
| Prime Sequence | 9012776 |
| Amount | $100,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000187638 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0058770

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 008570126206 Posting date 29-OCT-07

BERNARD L. MADOFF

62-26
311          2815-09

190515

10/25 2007

PAY TO THE ORDER OF  SHELBURNE SHIRT                          $ **1276900*39

******GNE MILLION TWC HUNDRED SEVENTY SIX THOUSAND NINE HUNDRED 39/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM005-3

BERNARD L. MADOFF

By

⑈00190515⑈ ⑆031100267⑆ 6301428151 509⑈          ⑈0127690039⑈

JP MORGAN CHASE BANK, NA
INDIANAPOLIS, IN
9170194341

195   2120   61
1692007
0ICVN7R2
8570126206

AcctNum: 000000530142815 1509 Amount: 000000127690039
Serno: 00000190515 PostDate: 20071029 Sequence: 008570126206
BankNum: 0902 AppCode: 0001 Item34: 0000 ImageSta: 95
DDA: 080202 BankCode: 8570126206 BofD: 000000000 CapSec: 90
TranCode: 000000 Routetrap: 03110026 DocType: 8
EntryNum: 2120 ItemType: B

JPMSAF0061505

**BERNARD L. MADOFF**

62-26 / 311    2815-09

153179

4/06  20 04

PAY TO THE ORDER OF ___ SHELBURNE SHIRT

$ ****65000.00

EXACTLV *****65,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CH005-3

BERNARD L. MADOFF

FOR _____    By _____

⑈00153179⑈ ⑆031100267⑆ 63014281
51 509⑈    ⑈0006500000⑈

MADWAA00227687



MADWAA00227688



MADWAA0026182

BERNARD L. MADOFF

62-26
311

2815-09

190515

10/25 20 07

PAY TO THE ORDER OF    SHELBURNE SHIRT

$ **1276900-39

******ONE MILLION TWO HUNDRED SEVENTY SIX THOUSAND NINE HUNDRED 39/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR    1-CR005-3    By

⑆00190515⑆ ⑆031100267⑆ 63014 28151 509⑆    ⑆0127690039⑆







KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

Batch 207-1

For Deposit Only Doc 356

FIDELITY NFS

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

0024 69877

OCT 26 07

JP MORGAN CHASE BANK, NA

INDIANAPOLIS, IN

MADWAA00266183

BERNARD L. MADOFF

62-26
311

2815-09

187638

7/16 2007

PAY TO THE ORDER OF SHELBURNE SHIRT $***100000.00

******ONE HUNDRED THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM005-3

By

⑈00187638⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0010000000⑈

MADWAA00272871

MADWAA00272872





BERNARD L. MADOFF

62-26
311

2815-09

186908

7/02 2007

PAY TO THE ORDER OF SHELBURNE SHIRT $***135000.00

******ONE HUNDRED THIRTY FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM005-3

BY

⑈00186908⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0013500000⑈

MADWAA00274608

MADWAA00274609

**BERNARD L. MADOFF**

62-26
311    2815-09

145085

030371968  400  18  4116  6/23/2003

PAY TO THE ORDER OF  SHELBURNE SHIRT



$ ***300000.00

EXACTLY ****300,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1—CM005—3

FOR



BERNARD L. MADOFF

By

⑈00145085⑈ ⑈031100267⑈ 630142815ⵏ 509⑈ ⑈003000000070

MADWAA00308907



MADWAA00308908

37628 scanned on B1-S03 by Operator LJONES on Mar 04, 2009 at 10:31:44 AM - Page 45 of 45.



BERNARD L. MADOFF

62-26
311    2815-09

137916

9/30 2002

PAY TO THE ORDER OF SEYMOUR EPSTEIN

$ ****31000.00

EXACTLY *****31,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM049-3

⑈00137916⑈ ⑈031100267⑈ 630142615⑈ 509⑈    ⑈000310000O⑈

JPMSAF0007581

37912 scanned on B1-S11 by Operator DOROTHYC on Mar 06, 2009 at 02:30:56 PM - Page 7 of 12.



**BERNARD L. MADOFF**

62-20
311   2815-09

144976

140239942   826   02   6264   8316/17   2003

TO THE
ORDER OF   SEYMOUR EPSTEIN

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR   J-CH049-3

BERNARD L. MADOFF

By

⑈00144976⑈ ⑈031100267⑈ 630142815⑈ 509⑈   ⑈0005000000⑈

JPMSAF0014941

38674 scanned on B1-S15 by Operator BPITTMAN on Apr 15, 2009 at 10:38:12 AM - Page 2 of 48.

BERNARD L. MADOFF

62-26
311

2815-09

153712

4/08   20 04

PAY TO THE
ORDER OF   SEYMOUR EPSTEIN

$ ***100000-00

EXACTLY ****100,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR    1-CM049-3

BERNARD L. MADOFF

By

⑈"001537i2⑈" ⑈:031100267i": 630i428i5i   509i⑈"        ⑈"00i00000000⑈"

JPMSAF0023055

38794 scanned on B1-S15 by Operator BPITTMAN on Apr 17, 2009 at 01:49:41 PM - Page 11 of 15.

**BERNARD L. MADOFF**

52-26
311
2815-08

157299

9/23 20 06

PAY TO THE
ORDER OF   SEYMOUR EPSTEIN

$ ****55000*00

EXACTLY ******55,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM049-3

BERNARD L. MADOFF

By

⑆00157299⑆ ⑆031100267⑆ 63014 28151 509⑆ ⑆0005500000⑆

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

JED



| Posting Date | 2005 Dec 20 |
|---|---|
| Prime Sequence | 7564110 |
| Amount | $200,000.00 |
| Bank | 03110026 |
| Account. | 6301428151509 |
| Serial Field | 000000169748 |
| Bank No. | 802 |
| item type | |
| IRD | |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |

4/13/2009

JPMSAF0040524

23-Jan-09                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006500474588  Posting date 24-APR-06

BERNARD L. MADOFF

82-26
311
2815-08

174225

4/18 20 06

PAY
TO THE
ORDER OF    SEYMOUR EPSTEIN                           |$ ****40000.00

******FORTY THOUSAND DO/100                          DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
   1-CM049-3
FOR                                          By. _____

⑈00174225⑈ ⑆031100267⑆ 630142B151 509⑈        /00040000000/

1410597066
042242006
031000040 PRE-PHILA
ENT=3056 TRC=3097 PK=06

PAID
06/24/06

6589474588

AprI 2 '06
0101 9

1400 2

BANK OF AMERICA TPA
P06500090474 E5861 99 P96
          04/21/06

8246619538

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DEPOSITORY BANK ENDORSEMENT
DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE

AcctNum: 000006501428151509  Amount: 000000004000000
Xerno: 0000174225  PostDate: 20060424  Sequence: 006500474588
BankNum: 0802  ZipCode: 70001  Field4: 0002  Imagestat: 05
DDA: 080208042300650474588  Seqn: __  CapSRC: 78
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum:  ItemType:

JPMSAF0045503

**BERNARD L. MADOFF**

02-26
311   2815-os

180310

12/14   20 06

DAY
TO THE
ORDER OF    SEYMOUR EPSTEIN

$ ***200000=00

******TWO HUNDRED THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM049-3
FOR _____

BERNARD L. MADOFF

By

⑈OO 180310⑈  ⑆O3 ⑈100 267⑆  630 14 28 151   509⑈   ⑆OO 20000000O⑈

Posting Date       2006 Dec 18

Prime Sequence     8294810

Amount             $200,000.00

Bank               03110026

Account:           6301428151509

Serial Field       000000180310

Bank No.           802

item type          P

IRD                0

Cost Center

Teller Number

Teller Seq Number

Processing Date

4/10/2009

JPMSAF0051899



BERNARD L. MADOFF

02-26
311        2815-03

12/14   2006        180310

PAY TO THE ORDER OF    SEYMOUR EPSTEIN                        |$ ***200000*00

******TWO HUNDRED THOUSAND 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
    1-CM049-3
FOR

BERNARD L. MADOFF

By

⑅OO180310⑅ ⑈O311002672⑈ 6301428151 509⑅        ⑅OO20000000O⑅

| Posting Date | 2006 Dec 18 |
| Prime Sequence | 8294810 |
| Amount | $200,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000180310 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

JPMSAF0051900

Rosa

**BERNARD L. MADOFF**

52-26
311    2815-09

186883

6/29 20 07

PAY TO THE ORDER OF    SEYMOUR EPSTEIN

$ **125000.00**

******ONE HUNDRED TWENTY FIVE THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR    1-CM049-3

BERNARD L. MADOFF

By

⑈OO₁86883⑈ ⑇O3₁₁OO267⑇ 63O₁428₁5₁ 5O9⑈    ⑈OO₁25OOOOO⑈

REDACTED

0511877397
07032007
031000040 FRB-PHILA
ENT=2556 TRC=2560 PK=30

241  2798  03
07032007
02100002I
∕·81700₁6629

BANK OF AMERICA, NA IRT
1>5110001324 E26SS 90 P19
07/02/07
4470159835

Posting Date        2007 Jul 03

Prime Sequence      5877397

Amount              $125,000.00

Bank                03110026

Account:            6301428151509

Serial Field        000000186883

Bank No.            802

item type           P

IRD                 0

Cost Center

Teller Number

JPMSAF0058068

24-Jan-09                                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 004910463800  Posting date 06-MAR-08

BERNARD L. MADOFF

62-26
311    2815-09

194039

2/28    20 08

PAY TO THE ORDER OF    SEYMOUR EPSTEIN

$ ***75000=00

******SEVENTY FIVE THOUSAND 00/100

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CR049-3

BERNARD L. MADOFF

By

FOR

⑈00194039⑈ ⑊031100267⑊ 6301428151 509⑈    ⑈000750000⑈

BANK OF AMERICA-NA TPA
M0639904-074 E6694 94 PAS
93/05/06

9040260666

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DO NOT WRITE STAMP OR SIGN BELOW THIS LINE
DEPOSIT BANK ENDORSEMENT

1044

72460

AcctNum: 000006301428151509  Amount: 000000007500000
Xerns: 0000194039  PostDate: 20080306  Sequence: 004910463800
BankNum: 000036  Pd:d4  00003  Imagestat: 03
UDK: 080208036006491046380  BOFD: 000000000  CapSec: PY
TranCode: 000000  RouteTrap: 03110026  DocType: 8
EntryNum: 1645  ItemType: D

JPMSAF0064934

24-Jan-09                                                          06Jan09-1158
**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 002410736417  Posting date 26-JUN-08

BERNARD L. MADOFF

62-26
311     2815-09

197182

:6/16 2,08

PAY TO THE ORDER OF SEYMOUR EPSTEIN

$ ******171•68

******ONE HUNDRED SEVENTY ONE 68/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CH049-3                                      By

⑈0019718 2⑈ ⑊031100267⑊ 630142B151 509⑈      ⑈000001716B⑈

8950913779

AcctNum: 000000630142B151509  Amount: 00000000017168
Serno: 0000197182  PostDate: 20080626  Sequence: 002410736417
BankNum: 0802  RCCo:2261-0001  Field42: 0000  ImageStat: 00
UDR: 080208062600241073641 7  5060: 000000000 CapSeq: 91
TranCode: 000000 RouteTran: 03110026  DocType: 0
EntryNum: 6297 ItemType: D

JPMSAF0068008

**BERNARD L. MADOFF**

62-26
311    2815-09

137916

9/30 2002

PAY
TO THE
ORDER OF  SEYMOUR EPSTEIN

$ ****31000.00

EXACTLY *****31,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-CM049-3

BERNARD L. MADOFF

BY

⑈00137916⑈  ⑈031100267⑈  6301428151  509⑈    ⑈00031000000⑈

MADWAA00123260



MADWAA00123261

**BERNARD L. MADOFF**

62-26
311

2815-09

180310

12/14  20 06

PAY
TO THE
ORDER OF  SEYMOUR  EPSTEIN

$ ***200000•00

******TWO HUNDRED THOUSAND 00/100

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM049-3

**BERNARD L. MADOFF**

FOR

BY

⑈00180310⑈ ⑆031100267⑆ 63014281 51 509⑈ ⑆00 20000000⑆

MADWAA00205536



MADWAA00205537



MADWAA00228769

MADWAA0022877O

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

Deposit only

REDACTED

Seymour Epstein

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

517027166
04122004
031000040 FRB-PHILA
ENT=3127 TRC=3128 PK=06

021309379

04/12/04



MADWAA00243723



MADWAA002437247









BERNARD L. MADOFF

62-26
311

2815-09

186883

6/29 2007

PAY TO THE ORDER OF SEYMOUR EPSTEIN $ ***125000.00

******ONE HUNDRED TWENTY FIVE THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM049-3

By

⑈00186883⑈ ⑆031100267⑆ 630142815⑈ 509⑈ ⑈0012500000⑈

MADWAA00274560

REDACTED

MADWAA00274561



*031100267*
06/27/2008

This is a LEGAL COPY of your
check. You can use it the same
way you would use the original
check.

000020923
IRA
802
023
17908

REDACTED

**BERNARD L. MADOFF**

82-26
311    2815-09

197182

6/16    2008

PAY TO THE ORDER OF  SEYMOUR EPSTEIN    $ ******171-68

******ONE HUNDRED SEVENTY ONE 68/100  **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-CM049-3

BERNARD L. MADOFF

By

⑆00197182⑈ ⑆031100267⑆ 6301428151 509⑈    ⑆00000017168⑈

⑆00197182⑈⑆031100267⑈ 6301428151509⑈    ⑆00000017168⑈

MADWAA00296320



**BERNARD L. MADOFF**

$\frac{62\text{-}26}{311}$    2815-09

144976

140239942  826 02  8264  831 5/17  2003

PAY
TO THE
ORDER OF **SEYMOUR EPSTEIN**

$ ****50000.00

EXACTLY *****50,000DOLLARS00CENTS                          **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR 1-CM049-3

BERNARD L. MADOFF

By

⑈00144976⑈ ⑆031100267⑆ 6301428151 509⑈          ⑆0005000000⑆

MADWAA00321854



MADWAA00321855



BERNARD L. MADOFF

62-26
311

2815-09

157299

9/23 20 04

PAY TO THE ORDER OF    SEYMOUR EPSTEIN

$ ****55000.00

EXACTLY *****55,000DOLLARS00CENTS

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM049-3

FOR

BERNARD L. MADOFF

BY

MADWAA00351723

⑈00157299⑈ ⑈031100267⑈ 630142815⑈ 509⑈ ⑈000055000000⑈



MADWAA00351724



MADWAA00364534

MADWAA00364535





BERNARD L. MADOFF

62-26 / 311    2815-09

174225

4/18 20 06

PAY TO THE ORDER OF    SEYMOUR EPSTEIN    |$ ****40000.00

*******FORTY THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM049-3

BERNARD L. MADOFF

FOR_____    By

MADWAA00376488

MADWAA00376489

