# EXHIBIT T

```
125306011994                    PORTFOLIO MANAGEMENT REPORT AS OF 12/31/93                           PAGE  69


ACCOUNT #   1-CM049-3   SEYMOUR EPSTEIN            REPORT FOR THE PERIOD FROM  1/04/93 TO 12/31/93
                        INITIAL INVESTMENT                                          329,987.05CR
                        PROFITS UNDER EXPECTED RETURN FOR PREVIOUS YEAR
                        ADJUSTMENTS
                        CAPITAL ADDITIONS
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                         329,987.05CR
                        EXPECTED RATE OF RETURN                   16.00 %
                        EXPECTED RETURN FOR    362 DAYS                              52,363.97CR
                        CAPITAL GAINS AND LOSSES                                     49,298.34CR
                        DIVIDENDS AND INTEREST                                        8,100.77CR
                        REALIZED P/L                                                 57,399.11CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER EXPECTED RETURN FOR CURRENT YEAR                   5,035.14
                        CURRENT CASH BALANCE                                              .66CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS               387,385.50
                        TOTAL EQUITY                                                387,386.16CR

                        PRIOR YEAR END EQUITY
                        ANNUALIZED RETURN FOR CURRENT YEAR        17.53 %
                        PROJECTED ANNUALIZED RATE OF RETURN       17.58 %
                        BUYING POWER           387       OVER/UNDER        5


ACCOUNT #   1-CM050-3   SUSAN I EPSTEIN            REPORT FOR THE PERIOD FROM  1/04/93 TO 12/31/93
                        INITIAL INVESTMENT                                          134,798.35CR
                        PROFITS UNDER EXPECTED RETURN FOR PREVIOUS YEAR
                        ADJUSTMENTS
                        CAPITAL ADDITIONS
                        CAPITAL WITHDRAWALS
                        NET WORKING CAPITAL                                         134,798.35CR
                        EXPECTED RATE OF RETURN                   16.00 %
                        EXPECTED RETURN FOR    362 DAYS                              21,390.47CR
                        CAPITAL GAINS AND LOSSES                                     17,952.84CR
                        DIVIDENDS AND INTEREST                                        3,247.66CR
                        REALIZED P/L                                                 21,200.50CR
                        UNREALIZED P/L
                        PROFITS WITHDRAWN
                        OVER/UNDER EXPECTED RETURN FOR CURRENT YEAR                     189.97-
                        CURRENT CASH BALANCE                                              .35CR
                        NET MARKET VALUE OF OPEN SECURITIES POSITIONS               155,998.50
                        TOTAL EQUITY                                                155,998.85CR

                        PRIOR YEAR END EQUITY
                        ANNUALIZED RETURN FOR CURRENT YEAR        15.85 %
                        PROJECTED ANNUALIZED RATE OF RETURN       15.89 %
                        BUYING POWER           156       OVER/UNDER
```

MF00003999