# EXHIBIT U

```
1/31/93   BERNARD L MADOFF                                               1-C0061-3-0                  1
          C & M TRADING #61
          885 THIRD AVENUE 18TH FLOOR
          NEW YORK              NY 10022


          REDACTED-9552


T/DT   S/DT    LONG      SHORT                                              DEBIT           CREDIT

                                         BALANCE FORWARD                              522,876.23

1/04   1/04                              CHECK                       CA                             50,000.00
1/04   1/04                              CHECK                       CA                             50,000.00
1/04   1/04                              CHECK                       CA                            100,000.00
1/04   1/04                              TRANS TO 1CM14730           CW         551,023.37
1/04   1/04                              TRANS TO 1CM13230           CW         551,023.37
1/04   1/04                              TRANS TO 1CM14630           CW         551,023.37
1/04   1/04                              TRANS TO 1CM09330           CW        1796,340.60
1/04   1/04                              FIDELITY CASH RESERVES SBI  DIV                                 1.15
                                         DIV 1/04/93
1/04   1/04                              TRANS TO 1CM04930           CW         329,987.05
1/04   1/04                              TRANS TO 1CM07430           CW         615,756.89
1/04   1/04           3188    50471      FIDELITY CASH RESERVES SBI  1                               3,188.00
1/04   1/04        3895000    50488      U S TREASURY BILL          99.720                       3884,094.00
                                         DUE 2/4/93
1/05   1/05                              CHECK                       CA                            100,000.00
1/05   1/05                              CHECK                       CA                            100,000.00
1/05   1/05                              CHECK                       CA                            100,000.00
1/15   1/15                              MERCK & CO                  DIV                               150.00
                                         DIV 12/08/92   1/04/93
1/15   1/15                              GENERAL ELECTRIC CO         DIV                             5,481.00
                                         DIV 12/07/92   1/25/93
1/15   1/15                              EASTMAN KODAK CO            DIV                             1,690.00
                                         DIV 12/01/92   1/04/93
1/15   1/15                              WAL-MART STORES INC         DIV                               551.25
                                         DIV 12/10/92   1/06/93
1/29   1/29              1    57150      FIDELITY CASH RESERVES SBI  1              1.00

                                         NEW BALANCE                                  522,876.48



                                         SECURITY POSITIONS                  LONG           SHORT         DIFFERENCE


FIDELITY CASH RESERVES SBI         1                                         1.00                         1.00
                                         END OF POSITIONS                    1.00                    522,876.48
```