# EXHIBIT V

```
                              PORTFOLIO MANAGEMENT REPORT AS OF   3/31/93


ACCOUNT #   1-CM049-3   SEYMOUR EPSTEIN               REPORT THRU   3/31/93

                STARTING EQUITY        1/04/93                          329,987.05CR
                CAPITAL ADDITIONS
                CAPITAL WITHDRAWALS

                REALIZED P/L FOR CURRENT YEAR                             6,856.26-
                UNREALIZED P/L ON OPEN SECURITY POSITIONS                24,645.75CR

                CURRENT CASH BALANCE                                           .04CR
                NET MARKET VALUE OF OPEN SECURITIES POSITIONS           347,776.50    NET LONG
                TOTAL EQUITY                                            347,776.54CR

                ANNUALIZED RETURN FOR CURRENT YEAR           22.61 %


THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.
```

## PORTFOLIO MANAGEMENT REPORT AS OF 6/30/93

```
ACCOUNT #    1-CM049-3    SEYMOUR EPSTEIN                REPORT THRU  6/30/93

             STARTING EQUITY         1/04/93                           329,987.05CR
             CAPITAL ADDITIONS
             CAPITAL WITHDRAWALS

             REALIZED P/L FOR CURRENT YEAR                               9,117.20CR
             UNREALIZED P/L ON OPEN SECURITY POSITIONS                  21,400.75CR

             CURRENT CASH BALANCE                                            .50CR
             NET MARKET VALUE OF OPEN SECURITIES POSITIONS             360,504.50    NET LONG
             TOTAL EQUITY                                              360,505.00CR

             ANNUALIZED RETURN FOR CURRENT YEAR          18.96 %
```

THIS REPORT IS PROVIDED TO ASSIST YOU IN EVALUATING THE PERFORMANCE OF YOUR ACCOUNT AND SHOULD NOT BE USED FOR INCOME TAX PURPOSES.

10-04438_Epstein_0000016