# EXHIBIT W

Wire to: J.P. Morgan Chase, NY
ABA number: REDACTED 0021
For credit to: National Financial Services LLC
Account number: REDACTED -221
For benefit of: Seymour Epstein and Muriel Epstein
Account number: REDACTED 6250
Address: One Chase Manhattan Plaza, New York, NY 10005

