# EXHIBIT Y

# Shelburne Shirt COMPANY, INC.
### ONE WEST 34th STREET   NEW YORK, N.Y. 10001

212 - 594 - 4400

October 2, 1989

Mr. Jonathan Greenberg
c/o Cohmad Securities
885 Third Avenue - 18th Floor
New York, New York  10022

Dear John,

Enclosed herewith is a check in the amount of $100,000 and the following papers:

1. Managed Account Agreement

2. Option Agreement

3. Substitute IRS Form W9

4. Bernard L. Madoff Record Form

Please return to me any signed papers that I should have.

Sincerely,


Seymour Epstein

mo

SERVING THE NATION'S LEADING RETAIL ORGANIZATIONS SINCE 1924

SEYMOUR EPSTEIN
MURIEL EPSTEIN
23 PARK AVE., 2C
NEW YORK, NY 10016

10/2 19 85    1-103/210

PAY TO THE ORDER OF Bernard L Madoff    $100,000 00

One hundred Thousand and 00/00 —————— DOLLARS

**Bankers Trust Company**
280 Park Avenue, New York, New York 10017

MEMO _____    Seymour Epstein

⑆6458⑆  3110

REDACTED

10-04438_Epstein_0000009

**COHMAD SECURITIES CORPORATION**

885 THIRD AVENUE, NEW YORK, NY 10022 (212) 230-2480
TELEX: 235130                                    800 334-1343

October 3, 1989

Mr. Seymour Epstein
23 Park Ave. Apt. 2 C
New York, N. Y. 10016

Dear Mr. Epstein:

   This acknowledges receipt of your check in the amount of $100,000. for your C & M Account to be invested at Bernard L. Madoff Investment Securities.

   Copies of all signed documents will be mailed to you in a few days.

Thank you,

*Africa H. Yenesa*
Africa Herrera Yenesa
Bookkeeper