# EXHIBIT Z

**COHMAD SECURITIES CORPORATION**

885 THIRD AVENUE, NEW YORK, NY 10022  (212) 230-2480
TELEX: 235130     FAX: (212) 486-8178     800 334-1343

April 14, 1991

Mr. Seymoure Epstein
23 Park Avenue Apt. 2 C
New York, NY  10016

Dear Mr. Epstein:

    This acknowledges receipt of your check in the amount of $50,000 ( Fifty Thousand Dollars) 4/1/91, for additional investment to your C & M Trading Account # 61 at Bernard L. Madoff Investment Securities.

                        Thank you,

                        Africa Herrera Yenesa
                        Bookkeeper

**COHMAD SECURITIES CORPORATION**

885 THIRD AVENUE, NEW YORK, NY 10022  (212) 230-2480
TELEX: 235130     FAX: (212) 486-8178     800 334-1343

October 2, 1991

Mr. Seymour Epstein
23 Park Avenue
New York, NY  10016

Dear Mr. Epstein:

    This acknowledges receipt of your check in the amount of $50,000.00 (Fifty Thousand Dollars), 10/1/91, for additional investment to your C & M Trading Account No. 61 at Bernard L. Madoff Investment Securities.

    Thank you,

    Africa Herrera Yenesa
    Bookkeeper