# EXHIBIT AA

COHMAD SECURITIES CORPORATION

885 THIRD AVENUE, NEW YORK, NY 10022 (212) 230-2480
TELEX: 235130     FAX: (212) 486-8178     800 334-1343

**January 19, 1993**

## C & M Trading Account

## (At Bernard L. Madoff Investment Securities)

## Portfolio Management Report as of December 31, 1992

Account #:   61     (1C0061)

Participant:  **Mr. Seymour Epstein**

| | |
|---|---|
| Initial Investment:   10/02/89 | $100,000.00 |
| Capital  Additions: | $100,006.71 |
| Capital  Withdrawals: | $0.00 |
| | ——————— |
| Total  Investment: | $200,006.71 |
| Equity  as of 12/31/91: | $259,478.92 |
| Total  Equity as of 12/31/92: | $329,320.14 |

69 847 22
26.9%

10-04438_Epstein_0000432