# EXHIBIT AC

24-Jan-09                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 002410736417  Posting date 26-JUN-08**

BERNARD L. MADOFF

62-26
311      2815-09

197182

6/16  2008

PAY
TO THE
ORDER OF  SEYMOUR EPSTEIN

$ ******171.68

******ONE HUNDRED SEVENTY ONE 68/100  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM049-3                          BY

⑈0019718⑈⑈ ⑈03110025⑈⑈ 630⑈⑈28151 509⑈  ⑈000001716⑈

8950913779

AcctNum: 000000301428151509  Amount: 0000000000017168
SerNo: 0000197182  PostDate: 20080626  Sequence: 002410736417
BapeNum: 0802-22007201-0091  Field4: 000  ImageStat: 05
UDR: 08020806602002410736417  BOFD: 000000000  CaptSR: PI
TranCode: 000000  RouteTran: 03110025  DocType: B
EntryNum: 6299  ItemType: D

JPMSAF0068008