# EXHIBIT AE

**Seymour Epstein**
**650 Park Avenue, Apt. 18C**
**New York, NY 10065**
**(212) 717-4077**

October 23, 2007

Bernard L. Madoff Investment Securities LLC
885 Third Avenue
New York, NY 10022
Attn: Frank Dipascali

Re: Closing of Shelburne Shirt Co.
Account No. 1-CM005-3-0

Dear Mr. Dipascali:

Please be advised that the Board of Directors of Shelburne Shirt Co. have decided to close the above referenced account effective immediately.

If you have any questions, please contact me at (212) 717-4077.

Very truly yours,

Seymour Epstein

*[Handwritten annotations:]*
$ 37,197 $\frac{81}{=}$
TB  1,239,062 $\frac{50}{=}$
DIVS  040 $\frac{08}{=}$
$ 1,276,900 $\frac{39}{=}$
← CK OUT 10/25

AMF00240545