# EXHIBIT AH


# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| ACCOUNT EXECUTIVE | SOLIN,GERALD L. |
| TELEPHONE | (212) 272-7669 |
| VISIT OUR WEBSITE | www.bearstearns.com |

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

## What's In This Statement

| | |
|---|---|
| Financial Summary | 3 |
| Your Portfolio Holdings | 4 |
| Transaction Detail | 5 |
| Fund Activity | 7 |
| Your Messages | 8 |

BERNARD L MADOFF INVESTMENT
SECURITIES LLC
885 THIRD AVE - 18TH FLOOR
NEW YORK NY 10022-4834

## Your Portfolio at a Glance

| | |
|---|---|
| TOTAL VALUE OF SECURITIES THIS PERIOD | 296,581,407 |
| LONG ACCRUED INTEREST | 1,485,170 |
| NET CREDIT BALANCE | 22,734 |
| MONEY MARKET FUND BALANCE | 955,178 |
| **NET EQUITY THIS PERIOD** | **$299,044,489** |
| NET EQUITY LAST STATEMENT | 258,106,959 |
| CHANGE SINCE LAST STATEMENT | 40,937,530 |

There are no "Stop Loss" orders or other pending buy
or sell open orders on file for your account.

## Market Value of Your Portfolio

Cash & Equivalent — $977,912
$1,644,804

Fixed Income — $296,581,407
$255,716,250

■ Current market value
▓ Last statement's market value

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you,
to Client Services at 800-634-1428; or write to Client Services at Bear, Stearns Securities
Corp., One Metrotech Center North, Brooklyn, N.Y. 11201-3859.

SIPC This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

027        04/01/05;09:49  001        V876

BSTSAC0000364

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**2** of 8

STATEMENT BACKER IS PRINTED ON THIS PAGE

BSTSAC0000365

027          04/01/05;09:49  001          V876



OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

**3** of 8

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $0.00 |
| Securities Sold | 99,721,340.00 |
| Money Fund | 692,944.47 |
| Funds Deposited | 150,000,000.00 |
| Dividends/Interest | 301,394.27 |
| Amount Credited | $250,715,678.74 |
| Securities Bought | -141,789,218.75 |
| Money Fund | -1,659.34 |
| Funds Withdrawn | -108,665,399.72 |
| Dividends/Interest Charged | -236,666.66 |
| Amount Debited | $-250,692,944.47 |
| Net Cash Activity | 22,734.27 |
| Closing Balance | $22,734.27 |

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Cash | 0.00 | 22,734.27 |
| Net Cash Balance | $0.00 | $22,734.27 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Dividends | 1,659.34 | 1,659.34 |
| Govt. Agency Int. | 299,843.75 | 2,154,125.00 |
| Credit Balance Int. | 1,550.52 | 2,345.29 |
| Total | $303,053.61 | $2,158,129.63 |
| Bond Purchase Int. | -236,666.66 | -236,666.66 |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | 977,912 |
| Fixed Income | 296,581,407 |
| Total | $297,559,319 |

### Your Portfolio Allocation



Cash & Equivalent
<1%

Fixed Income
99%

Unshaded portions denote debit balance and/or short
market values. The allocation percentage is derived
from the absolute market value of your portfolio.

BSTSAC0000366

# BEAR STEARNS

**OFFICE SERVICING YOUR ACCOUNT**
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**4** of 8

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

## Your Portfolio Holdings

Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of the research be sent to them.

### CASH & CASH EQUIVALENTS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | CURRENT YIELD (%) |
|---|---|---|---|---|---|---|
| CASH BALANCE | | | | 22,734 | | |
| BEAR STEARNS PRIME MONEY FUND DIVIDEND REINVESTED EST. 30 DAY AVG YIELD       % | BSMXX | 955,178.05 | 1.0000 | 955,178 | 24,644 | 2.5800 |
| TOTAL CASH & CASH EQUIVALENTS | | | | $977,912 | $24,644 | |

### FIXED INCOME

#### Government & Agency Obligations

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | CURRENT YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK DATED DATE 02/06/03 BOOK ENTRY ONLY DUE 02/15/2006  2.375% FA  15 RATING: MOODY AAA   S&P AAA | 3133MW2M2 | CASH | 47,000,000 | 98.9219 | 46,493,281 | 142,631 | 1,116,250 | 2.4009 |
| FEDERAL HOME LOAN BANK DATED DATE 10/26/04 BOOK ENTRY ONLY DUE 12/15/2006  2.750% JD  15 RATING: MOODY AAA   S&P AAA | 3133X96P0 | CASH | 111,000,000 | 98.1563 | 108,953,438 | 898,789 | 3,052,500 | 2.8017 |

BSTSAC0000367

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**5** of 8

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

## Your Portfolio Holdings (continued)

### Government & Agency Obligations (continued)

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | CURRENT YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK<br>DATED DATE 03/01/05<br>FIRST COUPON 05/15/2005<br>BOOK ENTRY ONLY<br>DUE 05/15/2007  3.750% AO  01<br>RATING: MOODY AAA   S&P AAA | 3133XAYJ0 | CASH | 142,000,000 | 99.3906 | 141,134,688 | 443,750 | 5,325,000 | 3.7730 |
| Total Government & Agency Obligations | | | | | $296,581,407 | $1,485,170 | $9,493,750 | |
| TOTAL FIXED INCOME | | | | | $296,581,407 | $1,485,170 | $9,493,750 | |

| | |
|---|---|
| YOUR PORTFOLIO HOLDINGS ACCRUED INTEREST | $1,485,170 |
| YOUR PORTFOLIO HOLDINGS ESTIMATED ANNUAL INCOME | $9,518,394 |
| YOUR PRICED PORTFOLIO HOLDINGS | $297,559,319 |

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03/17/05 | 03/17/05 | BOUGHT | FEDERAL HOME LOAN BANK<br>DUE 05/15/2007 03.750% AO  01<br>PROSPECTUS UNDER SEPARATE MAIL<br>THIS SALE IS GOVERNED BY THE<br>AGENCY'S OFFERING MATERIAL,<br>WHICH, IF NOT PREVIOUSLY<br>PROVIDED, WILL FOLLOW. | 3133XAYJ0 | 42,000,000<br>ACCR. INT. | 99.85156 | 41,937,656.25<br>70,000.00 | |

027          04/01/05;09:49  001                    V876

BSTSAC0000368

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

**6** of 8

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

## Transaction Detail  (continued)

**INVESTMENT ACTIVITY**  (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 03/17/05 | 03/17/05 | BOUGHT | FEDERAL HOME LOAN BANK DUE 05/15/2007 03.750% AO  01 PROSPECTUS UNDER SEPARATE MAIL THIS SALE IS GOVERNED BY THE AGENCY'S OFFERING MATERIAL, WHICH, IF NOT PREVIOUSLY PROVIDED, WILL FOLLOW. | 3133XAYJ0 | 50,000,000 ACCR. INT. | 99.85156 | 49,925,781.25 83,333.33 | |
| 03/17/05 | 03/17/05 | BOUGHT | FEDERAL HOME LOAN BANK DUE 05/15/2007 03.750% AO  01 PROSPECTUS UNDER SEPARATE MAIL THIS SALE IS GOVERNED BY THE AGENCY'S OFFERING MATERIAL, WHICH, IF NOT PREVIOUSLY PROVIDED, WILL FOLLOW. | 3133XAYJ0 | 50,000,000 ACCR. INT. | 99.85156 | 49,925,781.25 83,333.33 | |
| 03/30/05 | 03/30/05 | SOLD | FEDERAL HOME LOAN BANK DUE 02/15/2006 02.375% FA  15 UNSOLICITED SPECIAL INSTRUCTIONS YIELD  3.858 % TO MATURITY GVER REF # G0893957 C3 | 3133MW2M2 | -1,000,000 ACCR. INT. | 98.73400 | | 987,340.00 2,968.75 |
| 03/30/05 | 03/30/05 | SOLD | FEDERAL HOME LOAN BANK DUE 02/15/2006 02.375% FA  15 UNSOLICITED SPECIAL INSTRUCTIONS YIELD  3.858 % TO MATURITY GVER REF # G0893957 A3 | 3133MW2M2 | -50,000,000 ACCR. INT. | 98.73400 | | 49,367,000.00 148,437.50 |
| 03/30/05 | 03/30/05 | SOLD | FEDERAL HOME LOAN BANK DUE 02/15/2006 02.375% FA  15 UNSOLICITED SPECIAL INSTRUCTIONS YIELD  3.858 % TO MATURITY GVER REF # G0893957 B3 | 3133MW2M2 | -50,000,000 ACCR. INT. | 98.73400 | | 49,367,000.00 148,437.50 |
| **TOTAL** | | | | | | | **$-142,025,885.41** | **$100,021,183.75** |

BSTSAC0000369

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

**7** of 8

## Transaction Detail  (continued)

### DEPOSITS AND WITHDRAWALS

| DATE | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 03/17/05 | FUNDS REC | FNDS WIRED TO CITIBANK FROM JPMORGAN CHASE F065076009FB01 | | 150,000,000.00 |
| 03/21/05 | FND WIRED | MDA#MB969686FNDS WIRED TO BANK OF NEW YORK AC8661126621    FD#01131 | 8,665,399.72 | |
| 03/30/05 | FND WIRED | MDA#CT805483FNDS WIRED TO JPMORGAN CHASE BANK, NA AC140081703    NY#44826 | 100,000,000.00 | |
| TOTAL | | | $-108,665,399.72 | $150,000,000.00 |

### MONEY FUND ACTIVITY

| DATE MO/DAY | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 03/01/05 | | OPENINGBALANCE | | 1,644,803.84 | | | |
| 03/01/05 | DIVIDEND | BEAR STEARNS PRIME MONEY FUND MONTHLY DIVIDEND | BSMXX | | | | 1,659.34 |
| 03/01/05 | REINVEST | BEAR STEARNS PRIME MONEY FUND DIVIDEND REINVEST | BSMXX | 1,659.34 | | 1,659.34 | |
| 03/21/05 | SOLD | BEAR STEARNS PRIME MONEY FUND | BSMXX | -691,285.13 | 1.0000 | | 691,285.13 |
| 03/31/05 | | CLOSINGBALANCE | | 955,178.05 | | | |
| TOTAL | | | | | | $-1,659.34 | $692,944.47 |

BSTSAC0000370



OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

| | |
|---|---|
| STATEMENT PERIOD | March 1, 2005 |
| THROUGH | March 31, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | February 28, 2005 |

**8** of 8

## Transaction Detail  (continued)

**INTEREST**

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 03/21/05 | INTEREST ON CREDIT BALANCE | | | | | 1,550.52 |
| | ACCT 037-72698 | | | | | |
| | AT 01.75000% 02/21 - 03/20 | | | | | |
| TOTAL | | | | | | $1,550.52 |

## Your messages



Bear, Stearns Securities Corp. Net Capital and Net Capital Requirements:

At  November 30, 2004 and January 31, 2005, the Company's net capital of
approximately $3.8 billion and $3.8 billion was approximately 6.4% and 6.3%
of aggregate debit items and exceeded the minimum regulatory net capital
requirement of approximately $1.2 billion and $1.2 billion by approximately
$2.6 billion and $2.6 billion, all respectively.

A complete copy of the Bear, Stearns Securities Corp. Statement of Financial
Condition is available on the web site www.bearstearns.com. Alternatively, to
request a free printed copy please call - toll free 1-866-299-9331.



****** End of Statement******

BSTSAC0000371

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

| | |
|---|---|
| ACCOUNT EXECUTIVE | SOLIN,GERALD L. |
| TELEPHONE | (212) 272-7669 |
| VISIT OUR WEBSITE | www.bearstearns.com |

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2005 |
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

## What's In This Statement

Financial Summary ................................. 3
Your Portfolio Holdings ........................... 4
Transaction Detail ................................ 5
Fund Activity ..................................... 6
Your Messages ..................................... 7

BERNARD L MADOFF INVESTMENT
SECURITIES LLC
885 THIRD AVE - 18TH FLOOR
NEW YORK NY 10022-4834

## Your Portfolio at a Glance

| | |
|---|---|
| TOTAL VALUE OF SECURITIES THIS PERIOD | 182,151,393 |
| LONG ACCRUED INTEREST | 2,121,565 |
| MONEY MARKET FUND BALANCE | 3,717,225 |
| **NET EQUITY THIS PERIOD** | **$187,990,183** |
| NET EQUITY LAST STATEMENT | 298,110,435 |
| CHANGE SINCE LAST STATEMENT | -110,120,252 |

There are no "Stop Loss" orders or other pending buy
or sell open orders on file for your account.

## Market Value of Your Portfolio

Cash & Equivalent — $3,717,225
$3,707,546

Fixed Income — $182,151,393
$292,146,211

■ Current market value
▨ Last statement's market value

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services at 800-634-1428, or write to Client Services at Bear, Stearns Securities Corp., One Metrotech Center North, Brooklyn, N.Y. 11201-3859.

SIPC This summary is for informational purposes only. It is not intended as a tax document. This statement should be retained for your records. See reverse side for important information.

027         10/01/05;11:50  001              V896

BSTSAC0000325

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**2** of 8

STATEMENT BACKER IS PRINTED ON THIS PAGE

027          10/01/05;11:50  001          V896



**BEAR STEARNS**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2005 |
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

**3** of 8

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $0.00 |
| Securities Sold | 108,841,882.50 |
| Money Fund | 9,679.10 |
| Dividends/Interest | 890,312.51 |
| Amount Credited | $109,741,874.11 |
| Money Fund | -9,679.10 |
| Funds Withdrawn | -109,732,195.01 |
| Amount Debited | $-109,741,874.11 |
| Closing Balance | $0.00 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Dividends | 9,679.10 | 33,555.37 |
| Govt. Agency Int. | 890,312.51 | 6,197,336.81 |
| Credit Balance Int. | 0.00 | 2,920.15 |
| Total | $899,991.61 | $6,233,812.33 |
| Bond Purchase Int. | 0.00 | -236,666.66 |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | 3,717,225 |
| Fixed Income | 182,151,393 |
| Total | $185,868,618 |

**Your Portfolio Allocation**



Cash & Equivalent 1%

Fixed Income 99%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

027          10/01/05;11:50  001          V896

BSTSAC0000327



OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2005 |
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

**4** of 8

## Your Portfolio Holdings

Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of this research be sent to them.

### CASH & CASH EQUIVALENTS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | CURRENT YIELD (%) |
|---|---|---|---|---|---|---|
| BEAR STEARNS PRIME MONEY FUND DIVIDEND REINVESTED EST. 30 DAY AVG YIELD        % | BSMXX | 3,717,225.39 | 1.0000 | 3,717,225 | 132,705 | 3.5700 |
| TOTAL CASH & CASH EQUIVALENTS | | | | $3,717,225 | $132,705 | |

### FIXED INCOME

#### Government & Agency Obligations

| DESCRIPTION | SYMBOL/CUSIP | ACCT TYPE | QUANTITY | PRICE | MARKET VALUE | ACCRUED INTEREST | ESTIMATED ANNUAL INCOME | CURRENT YIELD (%) |
|---|---|---|---|---|---|---|---|---|
| FEDERAL HOME LOAN BANK DATED DATE 02/06/03 BOOK ENTRY ONLY DUE 02/15/2006  2.375% FA  15 RATING: MOODY AAA   S&P AAA | 3133MW2M2 | CASH | 42,000,000 | 99.2969 | 41,704,688 | 124,690 | 997,500 | 2.3918 |
| FEDERAL HOME LOAN BANK DATED DATE 03/01/05 BOOK ENTRY ONLY DUE 05/15/2007  3.750% MN  15 RATING: MOODY AAA   S&P AAA | 3133XAYJ0 | CASH | 142,000,000 | 98.9061 | 140,446,705 | 1,996,875 | 5,325,000 | 3.7915 |
| Total Government & Agency Obligations | | | | | $182,151,393 | $2,121,565 | $6,322,500 | |
| TOTAL FIXED INCOME | | | | | $182,151,393 | $2,121,565 | $6,322,500 | |

BSTSAC0000328



OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

| STATEMENT PERIOD | September 1, 2005 |
|---|---|
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

**5** of 8

## Your Portfolio Holdings (continued)

| | |
|---|---|
| YOUR PORTFOLIO HOLDINGS ACCRUED INTEREST | $2,121,565 |
| YOUR PORTFOLIO HOLDINGS ESTIMATED ANNUAL INCOME | $6,455,205 |
| YOUR PRICED PORTFOLIO HOLDINGS | $185,868,618 |

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 09/30/05 | 09/29/05 | SOLD | FEDERAL HOME LOAN BANK DUE 12/15/2006 02.750% JD 15 SPECIAL INSTRUCTIONS YIELD  4.417 % TO MATURITY GVER REF # G2725166 C1 | 3133X96P0 | -11,000,000 | 98.05575 ACCR. INT. | | 10,786,132.50 88,229.17 |
| 09/30/05 | 09/29/05 | SOLD | FEDERAL HOME LOAN BANK DUE 12/15/2006 02.750% JD 15 SPECIAL INSTRUCTIONS YIELD  4.417 % TO MATURITY GVER REF # G2725166 A1 | 3133X96P0 | -50,000,000 | 98.05575 ACCR. INT. | | 49,027,875.00 401,041.67 |
| 09/30/05 | 09/29/05 | SOLD | FEDERAL HOME LOAN BANK DUE 12/15/2006 02.750% JD 15 SPECIAL INSTRUCTIONS YIELD  4.417 % TO MATURITY GVER REF # G2725166 B1 | 3133X96P0 | -50,000,000 | 98.05575 ACCR. INT. | | 49,027,875.00 401,041.67 |
| TOTAL | | | | | | | | $109,732,195.01 |

BSTSAC0000329

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2005 |
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

**6** of 8

## Transaction Detail  (continued)

### DEPOSITS AND WITHDRAWALS

| DATE | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 09/30/05 | FND WIRED | MDA#CT833910FNDS WIRED TO JPMORGAN CHASE BANK, NA AC140081703     NY#24492 | 109,732,195.01 | |
| | TOTAL | | $-109,732,195.01 | |

### MONEY FUND ACTIVITY

| DATE MO/DAY | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 09/01/05 | | OPENINGBALANCE | | 3,707,546.29 | | | |
| 09/01/05 | DIVIDEND | BEAR STEARNS PRIME MONEY FUND MONTHLY DIVIDEND | BSMXX | | | | 9,679.10 |
| 09/01/05 | REINVEST | BEAR STEARNS PRIME MONEY FUND DIVIDEND REINVEST | BSMXX | 9,679.10 | | 9,679.10 | |
| 09/30/05 | | CLOSINGBALANCE | | 3,717,225.39 | | | |
| | TOTAL | | | | | $-9,679.10 | $9,679.10 |

BSTSAC0000330

027          10/01/05;11:50  001          V896

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**7** of 8

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2005 |
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

## Your messages

 Bear, Stearns Securities Corp. Net Capital and Net Capital Requirements:

At May 31, 2005 and July 31, 2005, the Company's net capital of approximately $4.1 billion and $3.9 billion was approximately 6% and 7% of aggregate debit items and exceeded the minimum regulatory net capital requirement of approximately $1.3 billion and $1.1 billion by approximately $2.8 billion and $2.8 billion, all respectively.

A complete copy of the Bear, Stearns Securities Corp. Statement of Financial Condition is available on the web site www.bearstearns.com. Alternatively, to request a free printed copy please call - toll free 1-866-299-9331.

 Securities and other assets in your account are the firm's collateral for any margin loan made to you. If the securities and other assets in your account decline in value, so does the value of the collateral supporting your loan, and, as a result, the firm can take action, such as issue a margin call and/or sell securities or other assets in any of your accounts held with the member, in order to maintain the required equity in the account. It is important that you fully understand the risks involved in trading securities on margin. These risks include the following:

- You can lose more funds than you deposit in the margin account.

- The firm can force the sale of securities or other assets in your account(s).

- The firm can sell your securities or other assets without contacting you.

- You are not entitled to choose which securities or other assets in your account(s) are liquidated or sold to meet a margin call.

- The firm can increase its "house" maintenance margin requirements at any time and is not required to provide you advance written notice.

- You are not entitled to an extension of time on a margin call.

BSTSAC0000331

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**8** of 8

| | |
|---|---|
| STATEMENT PERIOD | September 1, 2005 |
| THROUGH | September 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | August 31, 2005 |

 This statement is provided to explain Bear, Stearns & Co. Inc.'s ("BSC") payment for order flow practices.
BSC routes a majority of orders for customer securities transactions to the primary market for such securities. Orders may also be routed to other market service vendors that assure executions pursuant to complex mathematical formulas at better than the national best bid or best offer (NBBO). BSC receives no cash payment or other consideration for such order routing other than favorable executions or executions of limit orders at no additional charge.

 Pursuant to SEC Rule 11Ac1-6, please note the following:

Bear, Stearns & Co, Inc, will post its quarterly routing statistics at the following web link:  http://www.bearstearns.com/.  Click on Individual Investor, Click on Equities, Click on Order Routing Practices.

Customers of Bear, Stearns & Co, Inc, may request information on any order executed within the prior six months from the time of the request. Specifically, you may request the identity of the venue to which the identified orders were routed for execution, whether the order was directed by you to that venue, and the time of the executions, if any, that resulted from such orders.

 ****** End of Statement ******

BSTSAC0000332

# BEAR STEARNS

**OFFICE SERVICING YOUR ACCOUNT**
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| ACCOUNT EXECUTIVE | SOLIN, GERALD L. |
| TELEPHONE | (212) 272-7669 |
| VISIT OUR WEBSITE | www.bearstearns.com |

| | |
|---|---|
| STATEMENT PERIOD | December 1, 2005 |
| THROUGH | December 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | November 30, 2005 |

## What's In This Statement

| | |
|---|---|
| Financial Summary | 3 |
| Your Portfolio Holdings | 4 |
| Transaction Detail | 4 |
| Fund Activity | 5 |
| Your Messages | 7 |

BERNARD L MADOFF INVESTMENT
SECURITIES LLC
885 THIRD AVE - 18TH FLOOR
NEW YORK NY  10022-4834

## Your Portfolio at a Glance

| | |
|---|---|
| MONEY MARKET FUND BALANCE | 21,573,290 |
| NET EQUITY THIS PERIOD | $21,573,290 |
| NET EQUITY LAST STATEMENT | 96,680,361 |
| CHANGE SINCE LAST STATEMENT | -75,107,071 |

There are no "Stop Loss" orders or other pending buy or sell open orders on file for your account.

## Market Value of Your Portfolio



| | |
|---|---|
| Cash & Equivalent | $21,573,290 |
| | $3739356:  $47373300 |
| Fixed Income | $0 |
| | $140,092,429 |

■ Current market value
▨ Last statement's market value
☐ Short market value

If any information regarding 2005 interest, dividends, miscellaneous income, gross proceeds or original issue discount is required to be reported to the IRS for this account, a Consolidated Form 1099 will be mailed to you by January 31, 2006 or a 1042S by March 15, 2006.

Please report any difference or non-receipt of checks or stocks, indicated as delivered to you, to Client Services at 800-634-1428; or write to Client Services at Bear, Stearns Securities Corp., One Metrotech Center North, Brooklyn, N.Y. 11201-3859.

SIPC  This summary is for informational purposes only. It is not intended as a tax document.
This statement should be retained for your records. See reverse side for important information.

027        12/31/05;09:00  001                    V899

BSTSAC0000306

CLEARED  THROUGH  ITS
WHOLLY  OWNED  SUBSIDIARY

Bear, Stearns Securities  Corp.
One Metrotech  Center North
Brooklyn,  New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**2** of 7

STATEMENT BACKER IS PRINTED ON THIS PAGE

027          12/31/05;09:00  001          V899

BSTSAC0000307



**BEAR STEARNS**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

| STATEMENT PERIOD | December 1, 2005 |
|---|---|
| THROUGH | December 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | November 30, 2005 |

**3** of 7

## Cash Flow Analysis

| | THIS PERIOD |
|---|---|
| Opening Balance | $-47,373,299.50 |
| Securities Sold | 139,847,280.00 |
| Money Fund | 11,815.31 |
| Dividends/Interest | 532,500.00 |
| Amount Credited | $140,391,595.31 |
| Money Fund | -17,833,934.71 |
| Funds Withdrawn | -75,000,000.00 |
| Dividends/Interest Charged | -184,361.10 |
| Amount Debited | $-93,018,295.81 |
| Net Cash Activity | 47,373,299.50 |
| Closing Balance | $0.00 |

Same day transfers of cash between account types are not included in this section; such transfers, as well as details for all other transactions this period, appear in Transaction Detail.

## Cash Balance Summary

| | OPENING | CLOSING |
|---|---|---|
| Margin | -47,373,299.50 | 0.00 |
| Net Cash Balance | $-47,373,299.50 | $0.00 |

## Income Summary

| | THIS PERIOD | YEAR TO DATE |
|---|---|---|
| Dividends | 11,815.31 | 67,500.86 |
| Govt. Agency Int. | 532,500.00 | 9,525,336.81 |
| Credit Balance Int. | 0.00 | 2,920.15 |
| Total | $544,315.31 | $9,595,757.82 |
| Bond Purchase Int. | 0.00 | -236,666.66 |
| Margin Int. Paid | -184,361.10 | -220,160.04 |

## Portfolio Composition

| | |
|---|---|
| Cash/Cash Equivalent | 21,573,290 |
| Total | $21,573,290 |

**Your Portfolio Allocation**



Cash & Equivalent
100%

Unshaded portions denote debit balance and/or short market values. The allocation percentage is derived from the absolute market value of your portfolio.

BSTSAC0000308



**BEAR STEARNS**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| STATEMENT PERIOD | December 1, 2005 |
| THROUGH | December 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | November 30, 2005 |

**4** of 7

## Your Portfolio Holdings

Independent, third-party research on certain companies covered by the Firm's research is available to customers of Bear Stearns at no cost. Customers can access this research at www.bearstearns.com or can call (800) 517-2327 to request that a copy of this research be sent to them.

### CASH & CASH EQUIVALENTS

| DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | MARKET VALUE | ESTIMATED ANNUAL INCOME | CURRENT YIELD (%) |
|---|---|---|---|---|---|---|
| BEAR STEARNS PRIME MONEY FUND DIVIDEND REINVESTED EST. 30 DAY AVG YIELD       % | BSMXX | 21,573,290.28 | 1.0000 | 21,573,290 | 890,977 | 4.1300 |
| TOTAL CASH & CASH EQUIVALENTS | | | | $21,573,290 | $890,977 | |

| | |
|---|---|
| YOUR PORTFOLIO HOLDINGS ESTIMATED ANNUAL INCOME | $890,977 |
| YOUR PRICED PORTFOLIO HOLDINGS | $21,573,290 |

## Transaction Detail

### INVESTMENT ACTIVITY

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/21/05 | 12/20/05 | SOLD | FEDERAL HOME LOAN BANK DUE 05/15/2007 03.750% MN 15 SPECIAL INSTRUCTIONS YIELD 4.881 % TO MATURITY GVER REF # G3544215 C1 REVENUE BOND | 3133XAYJ0 | -42,000,000 | 98.48400 ACCR. INT. | | 41,363,280.00 157,500.00 |

BSTSAC0000309

# BEAR STEARNS

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York 10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

BERNARD L MADOFF INVESTMENT

**5** of 7

| | |
|---|---|
| STATEMENT PERIOD | December 1, 2005 |
| THROUGH | December 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | November 30, 2005 |

## Transaction Detail  (continued)

### INVESTMENT ACTIVITY  (continued)

| SETTLEMENT DATE | TRADE DATE | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|---|
| 12/21/05 | 12/20/05 | SOLD | FEDERAL HOME LOAN BANK DUE 05/15/2007 03.750% MN  15 SPECIAL INSTRUCTIONS YIELD  4.881 % TO MATURITY GVER REF # G3544215 A1 REVENUE BOND | 3133XAYJ0 | -50,000,000 | 98.48400 ACCR. INT. | | 49,242,000.00 187,500.00 |
| 12/21/05 | 12/20/05 | SOLD | FEDERAL HOME LOAN BANK DUE 05/15/2007 03.750% MN  15 SPECIAL INSTRUCTIONS YIELD  4.881 % TO MATURITY GVER REF # G3544215 B1 REVENUE BOND | 3133XAYJ0 | -50,000,000 | 98.48400 ACCR. INT. | | 49,242,000.00 187,500.00 |
| TOTAL | | | | | | | | $140,379,780.00 |

### DEPOSITS AND WITHDRAWALS

| DATE | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 12/21/05 | FND WIRED | MDA#CT858577 FNDS WIRED TO JPMORGAN CHASE BANK, NA AC140081703    C#231526 | 75,000,000.00 | |
| TOTAL | | | $-75,000,000.00 | |

### MONEY FUND ACTIVITY

| DATE MO/DAY | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/01/05 | | OPENINGBALANCE | | 3,739,355.57 | | | |
| 12/01/05 | DIVIDEND | BEAR STEARNS PRIME MONEY FUND MONTHLY DIVIDEND | BSMXX | | | | 11,815.31 |

BSTSAC0000310



**BEAR STEARNS**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| STATEMENT PERIOD | December 1, 2005 |
| THROUGH | December 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | November 30, 2005 |

**6** of 7

## Transaction Detail  (continued)

### MONEY FUND ACTIVITY (continued)

| DATE MO/DAY | TRANSACTION | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | PRICE | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|---|
| 12/01/05 | REINVEST | BEAR STEARNS PRIME MONEY FUND DIVIDEND REINVEST | BSMXX | 11,815.31 | | 11,815.31 | |
| 12/21/05 | BOUGHT | BEAR STEARNS PRIME MONEY FUND | BSMXX | 17,822,119.40 | 1.0000 | 17,822,119.40 | |
| 12/30/05 | | CLOSINGBALANCE | | 21,573,290.28 | | | |
| TOTAL | | | | | | $-17,833,934.71 | $11,815.31 |

### INTEREST

| DATE | DESCRIPTION | SYMBOL/CUSIP | QUANTITY | RATE (%) | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|---|---|
| 12/21/05 | INT DB 037-72698 11/21 - 12/20 @04,67000% BAL  47373299 AVG47373300 | | | | 184,361.10 | |
| TOTAL | | | | | $-184,361.10 | |

### MISCELLANEOUS

| DATE MO/DAY | TRANSACTION | DESCRIPTION | DEBIT AMOUNT | CREDIT AMOUNT |
|---|---|---|---|---|
| 12/21/05 | JOURNAL | JOURNAL FROM TYPE 2 TO 1 | | 17,822,119.40 |
| 12/21/05 | JOURNAL | JOURNAL FROM TYPE 2 TO 1 | 17,822,119.40 | |
| TOTAL | | | $-17,822,119.40 | $17,822,119.40 |

BSTSAC0000311

027          12/31/05;09:00 001          V899



**BEAR STEARNS**

OFFICE SERVICING YOUR ACCOUNT
Bear, Stearns & Co. Inc.
383 Madison Avenue
New York, New York  10179
(212) 272-2000

CLEARED THROUGH ITS
WHOLLY OWNED SUBSIDIARY

Bear, Stearns Securities Corp.
One Metrotech Center North
Brooklyn, New York 11201-3859
(212) 272-1000

**BERNARD L MADOFF INVESTMENT**

| | |
|---|---|
| STATEMENT PERIOD | December 1, 2005 |
| THROUGH | December 30, 2005 |
| ACCOUNT NUMBER | 037-72698 163 |
| TAXPAYER NUMBER | On File |
| LAST STATEMENT | November 30, 2005 |

**7** of 7

## Your messages

 As part of the National Association of Securities Dealer's (NASD) Investor
Education Program, you may obtain information on the NASD's Public
Disclosure Program by contacting the NASD at telephone number
(800) 289-9999 or via the internet address which is www.nasdr.com.  In
addition, a brochure explaining the Public Disclosure Program is available from
the NASD upon request.

 ****** End of Statement ******

BSTSAC0000312

**JPMorganChase** ○

JPMORGAN CHASE BANK, N.A.
NORTHEAST MARKET
P O BOX 260180
BATON ROUGE LA 70826-0180

May 31, 2008 -
June 30, 2008

**Page 1 of 55**

**Account Number**
000000140081703



00000036 CEN 802 7 18308 - NNN  1 000000005  H1 0000

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVE 18TH FL
NEW YORK NY 10022-4833

**Customer Service**

If you have any questions
about your statement, please
contact your Customer Service
Professional.

## Commercial Checking

### Summary

|                                                      | Number |              Amount |
| ---------------------------------------------------- | ------ | ------------------- |
| Opening Ledger Balance                               |        |        $599,578.82  |
| Opening Collected Balance                            |        |               $.82  |
| Deposits and Credits                                 |  230   |  $11,329,913,914.66 |
| Withdrawals and Debits                               |  213   |  $11,328,789,188.54 |
| Checks Paid                                          |   5    |        $11,500.00   |
| Ending Ledger Balance<br>Ending Collected Balance    |        |     $1,712,804.94<br>$.94 |
| Sweep Investment Account(s):<br>Other                |        |     $14,985,598.00  |
| **Combined Ledger Balance**                          |        |   **$16,698,402.94** |

### Activity

| Ledger<br>Date | Value<br>Date | Description | Debit | Amount |
| ----- | ----- | ----------- | ----- | ------ |
| 05/31 |       | OPENING LEDGER BALANCE | *** Balance *** | $599,578.82 |
| 05/31 |       | OPENING COLLECTED BALANCE | *** Balance *** | $.82 |
| 06/02 |       | RETURN OF PRINCIPAL - END-OF-DAY SWEEP<br>JPMORGAN CHASE & CO COMMERCIAL PAPER.<br>CPSWP053008 . TRN: 1512003412XN<br>YOUR REF: 31Y9997033151 |  | $9,450,806.00 |

Please examine this statement of account at once.  By continuing to use the account, you agree that: (1) the account is subject to
the Bank's deposit account agreement, and (2) the Bank has no responsibility for any error in or improper charge to the account
(including any unauthorized or altered check) unless you notify us in writing of this error or charge within sixty days of the mailing or
availability of the first statement on which the error or charge appears.

JPMSAB0004257

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

Page 2 of 55

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/02 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 8883900154JK YOUR REF: 06796987 | | $375,284,375.00 |
| 06/02 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HERALD FDSPC -HERUSA SE PORT 1REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERALD FD-HER USA SEG POOL/AC-1FR109 ORG=/GBHBEU58767712 HERALD FDSPC -HERUSA SE PORT 1 USD OGB=HSBC BANKSSN: 0255069 TRN: 4715700154FC YOUR REF: 7X02068H80213098 | | $27,000,000.00 |
| 06/02 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HSSLUX/HERALD(LUX)-US A RF (SIL-2163 LUXEMBOURG REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERALD LUX US ABSOLUTE RET SICAV/AC-1FR135 ORG=/68108901 L-2163 LUXEMBSSN: 0255081 TRN: 4716400154FC YOUR REF: 7X02068H50214052 | | $16,500,000.00 |
| 06/02 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: ALPHA PRIME EQ HEDGED FUND USDREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ALPHA PRIME EQ HEDGED FUND/AC-1FR097 ORG=/GBHBEU58762745 ALPHA PRIME EQ HEDGED FUND USD OGB=HSBC BANK PLCSSN: 0297226 TRN: 5356400154FC YOUR REF: 7X02068HB0211483 | | $16,300,000.00 |
| 06/02 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: SENATOR EQUITY SP ONE REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SENATOR EQUITY SEG PORTFOLIO ONE/AC-1FR128 ORG=/GBHBEU67045945 SENATOR EQUITY SP ONE OGB=HSBC BANK PLC LOSSN: 0286980 TRN: 5164400154FC YOUR REF: 7X02068H60215413 | | $11,400,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87428006 RHONDA SHAPIRO ZINNER TR DTD 7-7-93 TRN: 0598200154ES YOUR REF: OS1 OF 08/06/02 | | $8,000,000.00 |

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

Page 3 of 55

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87427008 ELLEN SHAPIRO JAFFE 2003 TRUST TRN: 0598500154ES YOUR REF: OS1 OF 08/05/02 | | $8,000,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87426000 LINDA S WAINTRUP TR DTD 3/11/92 TRN: 0605100154ES YOUR REF: OS1 OF 08/06/02 | | $8,000,000.00 |
| 06/02 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: THEMA FUND LTD USD REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=THEMA CORAL FUND/AC-1FR093 ORG=/GBHBEU58776560 THEMA FUND LTD USD OGB=HSBC BANK PLC LONDON OBI=RFB PYMT MSSN: 0315080 TRN: 5655500154FC YOUR REF: 7X02068HB0212456 | | $6,500,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C88618001 CARL & RUTH SHAPIRO FAMILY FDN TRN: 0606900154ES YOUR REF: OS1 OF 08/06/02 | | $6,000,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87432008 JENNIFER SEGAL HERMAN TR DTD 5/1/67 TRN: 0605500154ES YOUR REF: OS1 OF 08/06/02 | | $5,000,000.00 |
| 06/02 | | BOOK TRANSFER CREDIT B/O: EQUITABLE LIFE ASSUR SOC GRP PSYRACUSE NY 13221- REF: FBO-JCC ASSOCIATION ACCOUNT NO. 1J0070-30 ATT. MARY ANN DEVINE 631 755-5165 TRN: 2911600154JO YOUR REF: CAP OF 08/06/02 | | $3,300,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87431000 JONATHAN M SEGAL TRUST DTD 12/1/70 TRN: 0605700154ES YOUR REF: OS1 OF 08/06/02 | | $2,000,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87434004 MICHAEL S JAFFE TRUST DTD 9/25/71 TRN: 0605900154ES YOUR REF: OS1 OF 08/06/02 | | $2,000,000.00 |

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

**Page 4 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87435001 STEVEN C JAFFE TRUST DTD 9/25/71 TRN: 0606300154ES YOUR REF: OS1 OF 08/06/02 | | $2,000,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C87433006 ANDREW N JAFFE TRUST DTD 5/12/75 TRN: 0606400154ES YOUR REF: OS1 OF 08/06/02 | | $2,000,000.00 |
| 06/02 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C88872004 LINDA SHAPIRO FAMILY TR DTD 12/08/7 TRN: 0606600154ES YOUR REF: OS1 OF 08/06/02 | | $2,000,000.00 |
| 06/02 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: LEMTAG ASSOCIATES DELRAY BEACH FL 33445-7055 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/003765598197 DELRAY BEACH FL 33445-7055 OBI=FBO 1CM21440 LERNTAG ASSOSSN: 0387967 TRN: 6969500154FC YOUR REF: 01080602014325NY | | $1,400,000.00 |
| 06/02 | | BOOK TRANSFER CREDIT B/O: YMF PARTNERS II LLC CEDARHURST NY 11516-2016 REF: FBO YMF PARTNERS LLC, ACCT 1CM43330/BNF/FBO YMF PARTNERS11 LLC, ACCT 1CM43330 TRN: 1145600154ES YOUR REF: DCD OF 08/06/02 | | $850,000.00 |
| 06/02 | | FED WIRE CREDIT VIA: BOSTON PRIVATE BANK & TRUST CO/011002343 B/O: TURBO INVESTORS LLC NEWTON MA REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BOSTON PRIVA OBI=FBO TURBO INVESTORS LLC ACCNO 1 T 00IMAD: 0602A1B7A31C000078 TRN: 0349313154FF YOUR REF: O/B BOSTON PRIVA | | $376,531.92 |
| 06/02 | | BOOK TRANSFER CREDIT B/O: FLORENCE L GREENBERG FLORAL PARK, NY 110051130 REF: FOR FURTHER CREDIT TO FLORENCE L GREENBERG TTE ACC'T # 1-G0324-3-0 TRN: 0664200154ES YOUR REF: DCD OF 08/06/02 | | $50,000.00 |

JPMSAB0004260

**JPMorganChase**

May 31, 2008 -
June 30, 2008

Page 5 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/02 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080602008678 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0602B2Q8921C003378 TRN: 0765214154FF YOUR REF: MT080602008678 | | $7,545.79 |
| 06/02 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080602008692 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0602B2Q8921C003383 TRN: 0772003154FF YOUR REF: MT080602008692 | | $6,873.93 |
| 06/02 | | DEPOSIT        2022<br>1 DAY FLOAT        06/03        $452,112.92<br>2 DAY FLOAT        06/04        $373,900.00<br>3 DAY FLOAT        06/05        $23,100.00 | | $849,112.92 |
| 06/02 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,450,806.00 RATE=01.91% FOR INVESTMENT DATED 05/30/08. REF=CPSWP053008 TRN: 1541001192XP YOUR REF: 31Y9971192154 | | $1,504.26 |
| 06/02 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080530 TO 080602 RATE 1.9003 TRN: 0815400146AN YOUR REF: NC79253000602081 | | $100,015,835.83 |
| 06/02 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 8884300154JK YOUR REF: M08092000027D012 | $400,000,000.00 | |
| 06/02 | | FEDWIRE DEBIT VIA: NORTHERN INTL NYC/026001122 A/C: FORTIS PRIME FUND SOLUTIONS BA(IRELAND) LIMITED BEN: HARLEY INTL (CAYMAN) LTD IMAD: 0602B1QGC08C004024 TRN: 1523300154JO YOUR REF: HARLEY | $31,800,000.00 | |
| 06/02 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: SOUTH FERRY BUILDING COMPANY NEW YORK, N.Y., I0004 REF: TELEBEN IMAD: 0602B1QGC02C003330 TRN: 1523400154JO YOUR REF: JODI | $8,000,000.00 | |

JPMSAB0004261

**JPMorganChase** ⬡

May 31, 2008 -
June 30, 2008

**Page 6 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/02 | | FEDWIRE DEBIT VIA: UBS AG NYC/026007993 A/C: UBS (LUXEMBOURG) S.A. IMAD: 0602B1QGC08C004026 TRN: 1523500154JO YOUR REF: LUXINV | $3,000,000.00 | |
| 06/02 | | FEDWIRE DEBIT VIA: SUNTRUST ATL/061000104 A/C: JAMES HELLER FAMILY LLC IMAD: 0602B1QGC05C003309 TRN: 1523600154JO YOUR REF: JHFLLC | $1,500,000.00 | |
| 06/02 | | FEDWIRE DEBIT VIA: EAGLEBANK BETHESDA/055003298 A/C: DORCHESTER HOUSE ASSOCIATES,LLIMAD: 0602B1QGC01C003505 TRN: 1523700154JO YOUR REF: DORCHESTER | $850,000.00 | |
| 06/02 | | CHIPS DEBIT VIA: WACHOVIA BANK NATIONAL ASSOCIA/0509 A/C: NATWEST OFFSHORE LTD ST. HELIER JERSEY,CHANNEL IS JE48QGBEN: TECNO DEVELOPMENT & RESEARCH LREF: BNF-FFC-ACC, 954439055816 TECNO DEVELOPMENT & RESEARCH LTD, REF:SORT- CODE 60-95-44 SSN: 0296508 TRN: 1523800154JO YOUR REF: TECNOKOHN | $750,000.00 | |
| 06/02 | | BOOK TRANSFER DEBIT A/C: PJ ADMSTR LLC NEW YORK NY 10017- ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE TRN: 1523900154JO YOUR REF: JODI | $500,000.00 | |
| 06/02 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 0602B1QGC06C003399 TRN: 1524000154JO YOUR REF: FLMARD | $100,000.00 | |
| 06/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY LTD PART PALM BEACH,FLA 33480 SSN: 0296515 TRN: 1524100154JO YOUR REF: CAP OF 08/06/02 | $82,000.00 | |
| 06/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P MARDEN,PATRICE AULD NEW YORK,N.Y. REF: TELEBEN SSN: 0296457 TRN: 1524200154JO YOUR REF: JODI | $12,000.00 | |
| 06/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P MARDEN,PATRICE AULD NEW YORK,N.Y. REF: TELEBEN SSN: 0296541 TRN: 1524300154JO YOUR REF: JODI | $5,000.00 | |
| 06/02 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: OAKDALE FOUNDATION,INC PALM BEACH,FL REF: TELEBEN SSN: 0296544 TRN: 1524400154JO YOUR REF: JODI | $4,000.00 | |

**JPMorganChase ⬤**

May 31, 2008 -
June 30, 2008

Page 7 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/02 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080602 TO 080603 RATE 1.9001 TRN: 0815400354AN YOUR REF: ND809950406002081 | $155,000,000.00 | |
| 06/02 | | FUNDING XFER TO 006301428151509 TRN: 0190000235FF | $1,225,000.00 | |
| 06/02 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060208 . YOUR REF: 31Y9997004154 | $11,189,408.00 | |
| 06/02 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $874,756.47 |
| 06/02 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.47 |
| 06/03 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060208 . TRN: 1542003375XN YOUR REF: 31Y9997004154 | | $11,189,408.00 |
| 06/03 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9657500155JK YOUR REF: 07476789 | | $365,138,395.83 |
| 06/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: RYE SELECT BROAD MARKET FUND,LRYE, NY 10580 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=RYE SELECT BROAD MARKET FUND,LP RYE, NY 10580 OBI=RYE SELECT BROAD MARSSN: 0294122 TRN: 5390800155FC YOUR REF: ADD-ON | | $65,000,000.00 |
| 06/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: DEFENDER LTD ACC NO 67574568 HOUSE HARCOURT ST REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=DEFENDER LTD ACC NO 67574568 HOUSE HARCOURT ST OGB=HSBC INSTITUTIONAL SSN: 0307380 TRN: 5653700155FC YOUR REF: 7J03068R10304738 | | $48,000,000.00 |
| 06/03 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HIFL HERMES WORLD USD FUND REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERMES WORLD USD FUND - POOL/AC-1FN0213 ORG=/GBHBEU58768295 HIFL HERMES WORLD USD FUND OGB=HSBC BANK PLC SSN: 0251189 TRN: 4537700155FC YOUR REF: 7X03068H70303743 | | $10,000,000.00 |

JPMSAB0004263

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 8 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/03 | | BOOK TRANSFER CREDIT B/O: MARVIN WEISS TRUST MERRILLVILLE IN 46410-6910 REF: FBO MARVIN WEISS TRUST DTD DATE 9/23/1983 REF 1/CM655-3-0 ORG-MARVINWEISS TRN: 0078600155BN YOUR REF: F | | $1,505,172.00 |
| 06/03 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: JOHN POMERANTZ AND 2211 BROADWAY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B BK OF NYC BBI=/BNF/REF: POMPART LLC 3WJ160959/TIME/17IMAD: 0603B1Q8152C007679 TRN: 0699209155FF YOUR REF: O/B BK OF NYC | | $320,000.00 |
| 06/03 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=BARBARA POSIN ZR322 SSN: 0313407 TRN: 5730800155FC YOUR REF: 1451045 | | $20,000.00 |
| 06/03 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF WASHINGTON/054001220 B/O: STEWART L ALEDORT MD P.C. WASHINGTON DC 20007 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080603350007 OBI=FBO STEWART ALEDORT PC EMPLOYEES BENDFITIMAD: 0603E3B75D9C000026 TRN: 0129108155FF YOUR REF: 080603350007 | | $6,412.50 |
| 06/03 | | DEPOSIT          2023 1 DAY FLOAT          06/04          $910,333.00 | | $1,110,333.00 |
| 06/03 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $11,189,408.00 RATE=01.69% FOR INVESTMENT DATED 06/02/08. REF=CPSWP060208 TRN: 1551000866XP YOUR REF: 31Y9970866155 | | $525.28 |
| 06/03 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080602 TO 080603 RATE 1.9001 TRN: 0815500088AN YOUR REF: NC80995040603081 | | $155,008,180.99 |

**JPMorganChase** ◯

May 31, 2008 -
June 30, 2008

Page 9 of 55

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/03 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9658000155JK YOUR REF: M082699110370080 | $425,000,000.00 | |
| 06/03 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: CITCO BANKING CORPORATION N.V.BEN: GREENWICH SENTRY PARTNERS L.P.HAMILTON, BERMUDA HM 11 IMAD: 0603B1QGC04C002231 TRN: 0888700155JO YOUR REF: GSPTR | $1,700,000.00 | |
| 06/03 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: MERSON LIMITED PARTNERSHIP BOCA RATON, FL, 33134 IMAD: 0603B1QGC04C002232 TRN: 0888800155JO YOUR REF: CAP OF 08/06/03 | $500,000.00 | |
| 06/03 | | BOOK TRANSFER DEBIT A/C: THE BERNARD KESSEL INC PENNEW YORK, NY 100225908 TRN: 0888900155JO YOUR REF: KESSEL | $483,000.00 | |
| 06/03 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080603 TO 080604 RATE 1.8500 TRN: 0815500288AN YOUR REF: ND82826490603081 | $210,000,000.00 | |
| 06/03 | | FUNDING XFER TO 006301428151509 TRN: 0190000236RF | $9,456,353.25 | |
| 06/03 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060308 . YOUR REF: 31Y9996947155 | $9,724,497.00 | |
| 06/03 | | CHECK PAID #     15498 | $2,000.00 | |
| 06/03 | | CLOSING LEDGER BALANCE | *** Balance *** | $1,307,333.82 |
| 06/03 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.82 |
| 06/04 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060308 . TRN: 1552003300XN YOUR REF: 31Y9996947155 | | $9,724,497.00 |
| 06/04 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 0476600156JK YOUR REF: 07628638 | | $350,132,708.33 |

JPMSAB0004265

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

Page 10 of 55

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/04 | | BOOK TRANSFER CREDIT B/O: UNION BANCAIRE PRIVEE 1211 GENEVA SWITZERLAND ORG:/CUST/BS/NFZBBSNS/012 1095 1/M-INVEST LIMITED OGB: UNION BANCAIRE PRIVEE UBP NASSAU BRANCH REF: SUBSCRIPTION FROM M-INVEST LIMITED/OCMT/USD80000000,00/BNF/JPMORGAN CHASE BANK 40 WALL STREET NEW YO TRN: 0294000155FS YOUR REF: SWF OF 08/06/03 | | $80,000,000.00 |
| 06/04 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: C/O CITCO (CANADA) INC. TORONTO, ONTARIO M4W 1A8 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=GREENWICH SENTRY LP/AC-1G009230 RFB=CF19074416A OBI=GREENIMAD: 0604B1Q8984C000672 TRN: 0003208156FF YOUR REF: CF19074416A | | $5,650,000.00 |
| 06/04 | | BOOK TRANSFER CREDIT B/O: LOWELL M SCHULMAN RYE BROOK NY 10573-1354 REF: REF CREDIT THE ACCT OF LOWELL M SCHULMAN NUMBER 1-S0395-3 TRN: 0035500156BN YOUR REF: PES OF 08/06/04 | | $1,000,000.00 |
| 06/04 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080604006243 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0604B2Q8921C001758 TRN: 0481002156FF YOUR REF: MT080604006243 | | $30,584.54 |
| 06/04 | | DEPOSIT        2024 1 DAY FLOAT      06/05      $409,000.00 2 DAY FLOAT      06/06      $94,000.00 3 DAY FLOAT      06/09      $6,000.00 | | $509,000.00 |
| 06/04 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,724,497.00 RATE=01.68% FOR INVESTMENT DATED 06/03/08. REF=CPSWP060308 TRN: 1561000823XP YOUR REF: 31Y9970823156 | | $453.81 |
| 06/04 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080603 TO 080604 RATE 1.8500 TRN: 0815600112AN YOUR REF: NC82826490604081 | | $210,010,792.19 |

JPMSAB0004266

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

Page 11 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/04 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 0480100156JK YOUR REF: M084312930469949 | $400,000,000.00 | |
| 06/04 | | FEDWIRE DEBIT VIA: TCF MPLS/291070001 A/C: BIGOS MANAGEMENT,INC SUITE 1400,EDINA,MN 55435 IMAD: 0604B1QGC07C002655 TRN: 1149000156JO YOUR REF: CAP OF 08/06/04 | $5,000,000.00 | |
| 06/04 | | BOOK TRANSFER DEBIT A/C: SHARON LISSAUER NEW YORK NY 10016-3855 ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE TRN: 1149200156JO YOUR REF: JODI | $500,000.00 | |
| 06/04 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: BRANCH FAMILY DEVELOPMENT,LLC BELTSVILLE, MARYLAND 20705 REF: TELEBEN IMAD: 0604B1QGC08C002750 TRN: 1149100156JO YOUR REF: JODI | $500,000.00 | |
| 06/04 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080604 TO 080605 RATE 1.8500 TRN: 0815600326AN YOUR REF: ND84358320604081 | $240,000,000.00 | |
| 06/04 | | FUNDING XFER TO 006301428151509 TRN: 0190000234RF | $4,557,472.92 | |
| 06/04 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060408 . YOUR REF: 31Y9996937156 | $7,275,796.00 | |
| 06/04 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $532,100.77 |
| 06/04 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.77 |
| 06/05 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060408 . TRN: 1562003307XN YOUR REF: 31Y9996937156 | | $7,275,796.00 |
| 06/05 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1260500157JK YOUR REF: 07776169 | | $200,075,833.33 |

JPMSAB0004267

**JPMorganChase** ◯

May 31, 2008 -
June 30, 2008

Page 12 of 55

Account Number
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/05 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=HAROLD W. SCHWARTZ #CMSSN: 0303802 TRN: 5454900157FC YOUR REF: 1453851 | | $378,444.24 |
| 06/05 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: PARA INTERNATIONAL FUND LTD CITCO FUND SERVICES (CAYMAN) LTD. REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=JOSEPH AND ROSALIND GURWIN FOUNDATI ON INC/AC-1G037830 RFIMAD: 0605B1Q8984C005839 TRN: 0320813157FF YOUR REF: CF22820405C | | $129,633.00 |
| 06/05 | | DEPOSIT        2026 1 DAY FLOAT        06/06        $440,000.00 | | $440,000.00 |
| 06/05 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $7,275,798.00 RATE=01.59% FOR INVESTMENT DATED 06/04/08. REF=CPSWP060408 TRN: 1571000812XP YOUR REF: 31Y9970812157 | | $321.35 |
| 06/05 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080604 TO 080605 RATE 1.8500 TRN: 0815700128AN YOUR REF: NC84358320605081 | | $240,012,333.93 |
| 06/05 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1261800157JK YOUR REF: M086189520570032 | $300,000,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: THEMA HEDGED US EQUITY FD DUBLIN 2, IRELAND REF: REF- SORT CODE, 40-05-15 IMAD: 0605B1QGC05C002645 TRN: 1569400157JO YOUR REF: CAP OF 08/06/05 | $11,000,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: ALPINE GLENWOOD SP/102103407 A/C: PETER KNOBEL IMAD: 0605B1QGC07C003297 TRN: 1569500157JO YOUR REF: KNOBEL | $8,000,000.00 | |

JPMSAB0004268

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

**Page 13 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/05 | | FEDWIRE DEBIT VIA: BK OF NYC/021000018 A/C: CLARIDEN LEU LTD NASSAU BRANCH BEN: ARGAU INC. NASSAU IMAD: 0605B1QGC06C002792 TRN: 1569600157JO YOUR REF: ARGAU | $6,000,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: SCHIFF FAMILY HLDGS.NEVADA LTDMIAMI FL REF: TELEBEN IMAD: 0605B1QGC07C003298 TRN: 1569700157JO YOUR REF: JODI | $2,350,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: ALPINE GLENWOOD SP/102103407 A/C: PETER KNOBEL IMAD: 0605B1QGC05C002649 TRN: 1569800157JO YOUR REF: KNOBEL | $1,258,450.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: MONARCH BK CHESAPK/051408910 A/C: NOBLE L. DARROW IMAD: 0605B1QGC06C002799 TRN: 1569900157JO YOUR REF: DARROW | $750,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: MARTIN LIFTON IMAD: 0605B1QGC04C002596 TRN: 1570200157JO YOUR REF: MARTLIF | $500,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: EURO AMER NYC/021001486 A/C: ROSE GINDEL TRUST IMAD: 0605B1QGC04C002597 TRN: 1570000157JO YOUR REF: RGINDEL | $500,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: US BANK MINNESOTA/091000022 A/C: RD&D LTD PARTNERSHIP MINNEAPOLIS, MINNESOTA 55401 REF: TELEBEN/TIME/11:33 IMAD: 0605B1QGC08C003253 TRN: 1570100157JO YOUR REF: JODI | $500,000.00 | |
| 06/05 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN AND PATRICE M AUSEATTLE WASHINGTON 98102 REF: TELEBEN IMAD: 0605B1QGC03C002596 TRN: 1570300157JO YOUR REF: JODI | $35,000.00 | |
| 06/05 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080605 TO 080606 RATE 1.9001 TRN: 0815700328AN YOUR REF: ND86293480605081 | $100,000,000.00 | |
| 06/05 | | FUNDING XFER TO 006301428151509 TRN: 0190000236RF | $2,770,047.85 | |
| 06/05 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060508 . YOUR REF: 31Y9996906157 | $14,638,464.00 | |

JPMSAB0004269

**JPMorganChase** ⬡

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/05 | | CHECK PAID #     15500 | $2,500.00 | |
| 06/05 | | CLOSING LEDGER BALANCE | *** Balance *** | $540,000.77 |
| 06/05 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.77 |
| 06/05 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060508 . TRN: 1572003277XN YOUR REF: 31Y9996906157 | | $14,638,464.00 |
| 06/06 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2045100158JK YOUR REF: 07919971 | | $280,106,166.67 |
| 06/06 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/0799 B/O: 33A AVENUE J F KENNEDY L-1855 BOURG REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/5391750LUXALPHASICAVFUND BOURG OGB=UBS LUXEMBOURG S.A. LUXEMBOURG LUXSSN: 0114728 TRN: 2356500158FC YOUR REF: 9604422-00128246 | | $14,999,980.00 |
| 06/06 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MARKETS INC AMHERST NY 14226-1016 ORG:/6304931014 MR STEVEN GROSSMANC O SOUTHERN CONTOGB: CITIGROUP GLOBAL MARKETS INC C/O SALOMON SMITH BARNEY INC REF:/OCMT/USD6000000./ TRN: 5739200158JS YOUR REF: SWF OF 08/06/06 | | $6,000,000.00 |
| 06/06 | | FED WIRE CREDIT VIA: NORTHMARK BANK NORTH/011302603 B/O: WILLIAM M KARLYN BROOKLINE MA 02445 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTHMARK N OBI=FBO: WILLIAM AND ELIZABETH KARLYN ACCIMAD: 0606QMGFT014002120 TRN: 0450314158FF YOUR REF: O/B NORTHMARK N | | $2,000,000.00 |
| 06/06 | | FED WIRE CREDIT VIA: WACHOVIA BANK BANK OF NC,NA/053000219 B/O: BONNIE MCELVEEN-HUNTER GREENSBORO NC 27401-1032 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080605000428 OBI=FBO BONNIE MCELVEEN HUNTER ACCOUNT #: 1 IMAD: 0606E3B75D1C001512 TRN: 0186809158FF YOUR REF: 080605000428 | | $1,500,000.00 |

JPMSAB0004270

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 15 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/06 | | DEPOSIT         2027<br>1 DAY FLOAT    06/09    $115,000.00<br>2 DAY FLOAT    06/10    $20,000.00 | | $233,774.00 |
| 06/06 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $14,638,464.00 RATE=01.50% FOR INVESTMENT DATED 06/05/08. REF=CPSWP060508 TRN: 1581000797XP<br>YOUR REF: 31Y9970797158 | | $609.94 |
| 06/06 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080605 TO 080606 RATE 1.9001 TRN: 0815800180AN<br>YOUR REF: NC86293480606081 | | $100,005,278.06 |
| 06/06 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2046500158JK<br>YOUR REF: M088001100670440 | $300,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: BARCLAYS PLC/026002574 A/C: BARCLAYS CAP SEC LTD LONDON LONDON ENGLAND BEN: MADOFF SEC INTL LTD LONDON LONDON REF: TELE TELEBEN BNF/TIME/10:31 IMAD: 0606B1QGC02C002212 TRN: 099430015JO<br>YOUR REF: JODI | $15,870,880.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: BQE NAT PARIS/026007689 A/C: BNP PARIBAS DUBLIN IMAD: 0606B1QGC06C002133 TRN: 099440015JO<br>YOUR REF: BNPLEG | $10,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: DBTCO AMERICAS NYC/021001033 A/C: SANTANDER TRUST & BANKING CORPBAHAMAS BEN: LEGACY CAPITAL LIMITED WICKHAMS CAY, ROAD TOWN REF: TELE TELEBEN BNF IMAD: 0606B1QGC05C001984 TRN: 0994500158JO<br>YOUR REF: JODI | $10,000,000.00 | |
| 06/06 | | FEDWIRE DEBIT VIA: NANTUCKET SVGS BK/211370134 A/C: PATRICIA A. HALSTED REF: BNF-FFC-ACC, 880180247, PATRICIA A.HALSTED, ATTORNEY AT LAW CLIENTS IOLTA ACCOUNT IMAD: 0606B1QGC06C002134 TRN: 0994600158JO<br>YOUR REF: HALSTED | $6,005,000.00 | |
| 06/06 | | BOOK TRANSFER DEBIT A/C: PJ ADMSTR LLC NEW YORK NY 10017- ORG: BERNARD L. MADOFF 88 5 THIRD AVE., NE TRN: 0994700158JO<br>YOUR REF: JODI | $850,000.00 | |

JPMSAB0004271

**JPMorganChase ⬭**

May 31, 2008 -
June 30, 2008

Page 16 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/06 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080606 TO 080609 RATE 1.9403 TRN: 0815800354AN YOUR REF: ND8807323060605081 | $55,000,000.00 | |
| 06/06 | | FUNDING XFER TO 006301428151509 TRN: 0190000235RF | $3,710,719.05 | |
| 06/06 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060608 . YOUR REF: 31Y9996895158 | $18,446,674.00 | |
| 06/06 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $141,000.39 |
| 06/06 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.39 |
| 06/09 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060608 . TRN: 1582003264XN YOUR REF: 31Y9996895158 | | $18,446,674.00 |
| 06/09 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2863200161JK YOUR REF: 06092000 | | $400,151,666.67 |
| 06/09 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: SABRE PARTNERS, L.P. NEW YORK NY 101780002 USA REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=CHRISTOPHER MORANO/AC-IM024930 RFB=O/B CITIBANK NYC BBI=/IMAD: 0609B1Q8021C003552 TRN: 0204909161FF YOUR REF: O/B CITIBANK NYC | | $2,744,883.01 |
| 06/09 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/C88197006 THE JOSEPH GURWIN REVOCABLE TRUST TRN: 0527300161ES YOUR REF: OS1 OF 08/06/09 | | $1,000,000.00 |
| 06/09 | | BOOK TRANSFER CREDIT B/O: LOWELL M SCHULMAN RYE BROOK NY 10573-1354 REF: FFC LOWELL M SCHULMAN 1 S0395 3 TRN: 0039100161BN YOUR REF: PES OF 08/06/09 | | $1,000,000.00 |
| 06/09 | | BOOK TRANSFER CREDIT B/O: YALE FISHMAN FAMILY FOUNDATCEDARHURST, NY 11516 REF: FBO YALE FISHMAN FOUNDATION 1CM91730/BNF/FBO YALE FISHMAN FOUNDATION 1CM91730 TRN: 0095100161ES YOUR REF: DCD OF 08/06/09 | | $500,000.00 |

JPMSAB0004272

**JPMorganChase ⬡**

May 31, 2008 -
June 30, 2008

Page 17 of 55

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/09 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: NEW YORK GASTROENTEROLOGY ASSONEW YORK REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT11102716100003 OBI=ACCT 1-ZB-385-4-0 BBI=/TIME/17:24 IMAD: 0609B1Q8984C007223 TRN: 0654414161FF YOUR REF: TT11102716100003 | | $257,763.00 |
| 06/09 | | BOOK TRANSFER CREDIT B/O: CITIGROUP GLOBAL MARKETS INC AMHERST NY 14226-1016 ORG:/6456564415 SHEILA A ROGOVINCGM SEP IRA CUSTODIOGB: CITIGROUP GLOBAL MARKETS INC C/O SALOMON SMITH BARNEY INC REF:/OCMT/USD16510,19/ TRN: 5171500161FS YOUR REF: SWF OF 08/06/09 | | $16,510.19 |
| 06/09 | | DEPOSIT       2028 1 DAY FLOAT     06/10       $226,500.00 | | $227,500.00 |
| 06/09 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $18,446,674.00 RATE=01.47% FOR INVESTMENT DATED 06/06/08. REF=CPSWP060608 TRN: 1611000792XP YOUR REF: 31Y9970792161 | | $2,259.72 |
| 06/09 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080606 TO 080609 RATE 1.9403 TRN: 0816100106AN YOUR REF: NC88073230609081 | | $55,008,893.09 |
| 06/09 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2864200161JK YOUR REF: M089918980970191 | $400,000,000.00 | |
| 06/09 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368- ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE TRN: 1096700161JO YOUR REF: JODI | $5,000,000.00 | |
| 06/09 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: LORING WOLCOTT & COOLIDGE OFFIBEN: MARGARET & RICHARD LIPMANSON FSSN: 0253170 TRN: 1096800161JO YOUR REF: LIPMANSON | $500,000.00 | |

JPMSAB0004273

08-01789-cgm    Doc 19839-34    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AH
18-Dec-08
THIS PAGE IS PART OF A STATEMENT REQUEST
Pg 42 of 79
18Dec08-344
GROUP ID G18Dec06-344

**JPMorganChase** ○

May 31, 2008 -
June 30, 2008

Page 18 of 55

Account Number
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/09 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-5710 BEN: ALEXANDER SIROTKIN SHORT HILLS,N.J. 07078 SSN: 0253183 TRN: 1096900161JO YOUR REF: CAP OF 08/06/09 | $500,000.00 | |
| 06/09 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: CITIGROUP GLOBAL MARKETS INC. NEW YORK, NEW YORK 10004 BEN: BLAKEY TRUST U/A/D 05/01/92 REF: BNF-FFC-ACC, 0570143115132, BLAKEYTRUST U/A/D 05/01/92, PAMELA A BLAKEY AND CHERYL MILLER, TTEES SSN: 0278282 TRN: 1607400161JO YOUR REF: BLAKEY TRUST | $253,435.73 | |
| 06/09 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN AND PATRICE M AUSEATTLE WASHINGTON 98102 REF: TELEBEN IMAD: 0609B1QGC07C002613 TRN: 1097000161JO YOUR REF: FISCH | $70,000.00 | |
| 06/09 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: ROBERT FISCH SSN: 0253206 TRN: 109710016 1JO YOUR REF: FISCH | $30,000.00 | |
| 06/09 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: CREDIT SUISSE GENEVA SWITZERLAND 1211 BEN: SOUTHEY INTERNATIONAL LIMITED PRINCIPALITY OF ANDORRA FRANCE REF: REF-IBAN: CH540425104224876200O SSN: 0253209 TRN: 1097200161JO YOUR REF: CAP OF 08/06/09 | $25,000.00 | |
| 06/09 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON UNITED KINGDOM EC2M -4BA ORG: BERNARD L MADOFF 88 5 THIRD AVENUE NE REF: TELEBEN TRN: 1097300161JO YOUR REF: JODI | $20,000.00 | |
| 06/09 | | BOOK TRANSFER DEBIT A/C: GST EXEMPT TRUST UWO NORMAN F NEW YORK NY 10022- REF: BNF- FFC-ACC- 739543261, GST EXEMPT TRUST U/W/O NORMAN F. LEVY TRN: 1097400161JO YOUR REF: GSTNFL | $15,000.00 | |
| 06/09 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080609 TO 080610 RATE 1.9001 TRN: 0816100304AN YOUR REF: ND9004262060908 1 | $60,000,000.00 | |
| 06/09 | | FUNDING XFER TO 006301428151509 TRN: 0190000236RF | $3,173,481.03 | |

**JPMorganChase ⃝**

May 31, 2008 –
June 30, 2008

Page 19 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/09 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060908 . YOUR REF: 31Y9996886161 | $9,653,733.00 | |
| 06/09 | | CLOSING LEDGER BALANCE | *** Balance *** | $246,500.30 |
| 06/09 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.30 |
| 06/10 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP060908 . TRN: 1612003233XN YOUR REF: 31Y9996886161 | | $9,653,733.00 |
| 06/10 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3650900182JK YOUR REF: 08269911 | | $425,161,145.83 |
| 06/10 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: KAY INVESTMENT GROUP LLC SILVER SPRING MD 20910-3638 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=01080610008578NN OBI=FBO:KAY INVESTMENT GROUP,LLC ACCT 1KIMAD: 0610B6B7HU3R004045 TRN: 0615301162FF YOUR REF: 01080610008578NN | | $4,080,000.00 |
| 06/10 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: D S MGMT ACCT . DC 20007 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B MELLON TRUST OBI=FBO DANIEL LEEDS & SUNITA LEEDS JTWRIMAD: 0610A1QCI28C002171 TRN: 0298603162FF YOUR REF: O/B MELLON TRUST | | $2,862,000.00 |
| 06/10 | | FED WIRE CREDIT VIA: UBS AG STAMFORD BRANCH/026007993 B/O: CHRISTOPHER J MORANO ENGLEWOOD CLIFFS NJ 07632-3053 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=CHRISTOPHER J MORANO CITY OF THE CHILD JESUS/AC-1M024930 IMAD: 0610B6B7IK2C003371 TRN: 0518013162FF YOUR REF: 00596620080610PW | | $1,255,000.00 |

**JPMorganChase**

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/10 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: KENNETH H GUTNER TTEE U/A DTD OX 11001 ASPEN CO 81612 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=KENNETH H GUTNER REVOCABLE TRUST/AC-1CM670 RFB=O/B MELLONIMAD: 0610D3QCI20C001733 TRN: 0237909162FF YOUR REF: O/B MELLON BANK | | $1,000,000.00 |
| 06/10 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: MEGA DEVELOPMENTS LTD NEW YORK NY 10022-8028 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/483013344862 NEW YORK NY 10022-8028 OBI=FBO: MEGA DEVELOPMENTS LTD, ASSN: 0339555 TRN: 6086600162FC YOUR REF: 01080610008743NY | | $500,000.00 |
| 06/10 | | BOOK TRANSFER B/O: CAROL STONE TRUST PALM BEACH FL 33480-3976 ORG/0000000006922830245 CAROL STONE TRUST TRN: 0467100162ES YOUR REF: OS1 OF 08/06/10 | | $350,000.00 |
| 06/10 | | FED WIRE CREDIT VIA: NATIONAL CITY BANK KENTUCKY/083000056 B/O: KENNETH I SPRINGER FAMILY 33414-7056 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NATIONAL CIT OBI=REF FOR THE ACCT OF KENNETH SPRINGERIMAD: 0610D1B74Q5C000512 TRN: 0532602162FF YOUR REF: O/B NATIONAL CIT | | $300,000.00 |
| 06/10 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: ORNA SHULMAN 24 RAMONA ROAD REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ORNA SHULMAN C/O LANA GRAHAM/AC-I-S0480-3-0 RFB=O/B BK OFIMAD: 0610B1Q8152C005711 TRN: 0411702162FF YOUR REF: O/B BK OF NYC | | $275,000.00 |
| 06/10 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=JO ANN CRUPI ZR340 SSN: 0304584 TRN: 5469700162FC YOUR REF: 1459810 | | $227,183.00 |

JPMSAB0004276

08-01789-cgm    Doc 19839-34    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AH
18-Dec-08
THIS PAGE IS PART OF THE ENTIRE REQUEST
Pg. 45 of 79
18Dec08-344
GROUP ID G18Dec08-344

**JPMorganChase** ○

May 31, 2008 -
June 30, 2008

**Page 21 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/10 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=JUDITH G BOWEN ZR339 SSN: 0304589 TRN: 5469800162FC YOUR REF: 1459811 | | $204,825.90 |
| 06/10 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=SAM ROSEN #ZR163 SSN: 0304555 TRN: 5469200162FC YOUR REF: 1459817 | | $100,000.00 |
| 06/10 | | DEPOSIT        2029 | | $878,000.00 |
| | | 1 DAY FLOAT        06/11        $528,000.00 | | |
| 06/10 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,653,733.00 RATE=01.48% FOR INVESTMENT DATED 06/09/08. REF=CPSWP060908 TRN: 1621000785XP YOUR REF: 31Y9970785162 | | $396.88 |
| 06/10 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080609 TO 080610 RATE 1.9001 TRN: 0816200098AN YOUR REF: NC90042620610081 | | $80,003,166.83 |
| 06/10 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3652300162JK YOUR REF: M0920616110270259 | $430,000,000.00 | |
| 06/10 | | CHIPS DEBIT VIA: UBS AG STAMFORD BRANCH/0799 A/C: UBS FINANCIAL SERV RETAIL INCOBEN: RICHARD M.STARK ARTICLE FIFTH SSN: 0278916 TRN: 1192000162JO YOUR REF: STARK | $964,229.22 | |
| 06/10 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: THE BEATRICE WANG PARTNERSHIP SSN: 0278946 TRN: 1192100162JO YOUR REF: BWANGPTR | $510,000.00 | |

JPMSAB0004277

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

Page 22 of 55

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/10 | | FEDWIRE DEBIT VIA: COMRCE BK WASH SEA/125008013 A/C: KEVIN AND PATRICE AULD FOUNDATSEATTLE,WASHINGTON 98102 REF: TELEBEN IMAD: 0610B1QGC01C002477 TRN: 1192200152JO YOUR REF: JODI | $50,000.00 | |
| 06/10 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080610 TO 080611 RATE 1.9001 TRN: 0816200244AN YOUR REF: ND92137880610081 | $55,000,000.00 | |
| 06/10 | | FUNDING XFER TO 006301428151509 TRN: 0190000238RF | $3,533,122.83 | |
| 06/10 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061008 . YOUR REF: 31Y9996920182 | $16,401,599.00 | |
| 06/10 | | CLOSING LEDGER BALANCE | *** Balance *** | $628,000.69 |
| 06/10 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.69 |
| 06/11 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061008 . TRN: 1622003295XN YOUR REF: 31Y9996920162 | | $16,401,599.00 |
| 06/11 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB; SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4445100163JK YOUR REF: 08431293 | | $400,151,666.67 |
| 06/11 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/0799 B/O: . REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=. OGB=SYCOBSN1XXX OBI=ISOS INVESTMENTS JUNE 2008 BBI=/OCMT/USD800000SSN: 0022059 TRN: 0354600163FC YOUR REF: 376495TRC443762 | | $8,000,000.00 |
| 06/11 | | FED WIRE CREDIT VIA: BANK OF AMERICA N.A./026009593 B/O: M W EISENBERG FAMILY FOUNDATIONEW YORK NY 10022-2524 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=10816314461400 OBI=ACCT NAME BERNARD L. MADOFF FBO: 1E01IMAD: 0611B6B7HU6R003454 TRN: 0524208163FF YOUR REF: 108163144614001 | | $3,000,000.00 |

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

**Page 23 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/11 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: GRACE AND COMPANY SAN RAFAEL CA 94903-1979 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B WELLS FARGO OBI=FFC GRACE AND COMPANY ACCT BBI=/TIME/IMAD: 061111B7037R000183 TRN: 0026603163FF YOUR REF: O/B WELLS FARGO | | $2,000,000.00 |
| 06/11 | | FED WIRE CREDIT VIA: FIRST NATIONAL BANK LAKES/091014487 B/O: WILLIAM WISEMAN MINNEAPOLIS MN 55408-1049 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B FIRST NAVARR OBI=FURTHER CREDIT: WILLIAM WISEMAN REVOIMAD: 0611OMGFT003000870 TRN: 0257301163FF YOUR REF: O/B FIRST NAVARR | | $100,000.00 |
| 06/11 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: KENNETH A MILLER 32 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000202073730 32 OGB=GCNXUVDC455 OLD MASTER CIF FOR SETTLEMENT OBI=FORSSN: 0395388 TRN: 5951300163FC YOUR REF: O/B CITIBANK NYC | | $17,230.00 |
| 06/11 | | DEPOSIT           2030 | | $715,218.70 |
| | | 1 DAY FLOAT      06/12      $415,000.00 | | |
| | | 2 DAY FLOAT      06/13         $218.70 | | |
| | | 3 DAY FLOAT      06/16      $300,000.00 | | |
| 06/11 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $16,401,599.00 RATE=01.47% FOR INVESTMENT DATED 06/10/08. REF=CPSWP061008 TRN: 1631000819XP YOUR REF: 31Y9970819163 | | $669.73 |
| 06/11 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080610 TO 080611 RATE 1.9001 TRN: 0816300120AN YOUR REF: NC92137880611081 | | $55,002,902.93 |
| 06/11 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4447700163JK YOUR REF: M093727041170306 | $400,000,000.00 | |

JPMSAB0004279

**JPMorganChase** ⬡

May 31, 2008 -
June 30, 2008

**Page 24 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/11 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS. BEN: MARC B. WOLPOW IMAD: 0611B1QGC08C003096 TRN: 1372500163JO YOUR REF: MARWOL | $1,900,000.00 | |
| 06/11 | | CHIPS DEBIT VIA: UBS AG STAMFORD BRANCH/0799 A/C: UBS FINANCIAL SERVICES INC. RMABEN: BRUCE PERNICK SSN: 0268803 TRN: 1372600163JO YOUR REF: PERNICK | $750,000.00 | |
| 06/11 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS BEN: COLUMBIA UNIVERSITY IMAD: 0611B1QGC05C002467 TRN: 1372700163JO YOUR REF: COLUMBIA | $550,000.00 | |
| 06/11 | | FEDWIRE DEBIT VIA: PNCBANK PHIL/031000053 A/C: SUZI AND SCOTT LUSTGARTEN BRYN MAWR,PA. 19010 IMAD: 0611B1QGC01C002702 TRN: 1372800163JO YOUR REF: CAP OF 08/06/11 | $525,000.00 | |
| 06/11 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080611 TO 080612 RATE 1.9001 TRN: 0816300296AN YOUR REF: ND93826740611081 | $65,000,000.00 | |
| 06/11 | | FUNDING XFER TO 006301428151509 TRN: 0190000237RF | $6,691,087.49 | |
| 06/11 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061108 . YOUR REF: 31Y9996921163 | $9,885,982.00 | |
| 06/11 | | CLOSING LEDGER BALANCE | *** Balance *** | $715,218.23 |
| 06/11 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.23 |
| 06/12 | | REDEMPTION OR CALL GIS REF: T308164ABIZ CUSTODY ACT: G 13414 REDM TD: 06/12/08 SETTLE DATE: 06/12/08BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795E60 UNITED STATES TREASURY BILLS UNITED TRN: 0000093491ST | | $300,000,000.00 |
| 06/12 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061108 . TRN: 1632003296XN YOUR REF: 31Y9996921163 | | $9,885,982.00 |
| 06/12 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5269000164JK YOUR REF: 08618952 | | $300,113,750.00 |

JPMSAB0004280

08-01789-cgm    Doc 19839-34    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AH
18-Dec-08
THIS PAGE IS PART OF A DOCUMENT REQUEST
GROUP ID G18Dec08-344
Pg 49 of 79
18Dec08-344

**JPMorganChase** ⬠

May 31, 2008 -
June 30, 2008

**Page 25 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/12 | | FED WIRE CREDIT VIA: LYDIAN PRIVATE BANK/067092200 B/O: GUY RABIDEAU, ESQUIRE IOTA ACCPALM BEACH, FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B LYDIAN PRIVA OBI=FFC: CONSTANCE STEIN ACCT 150542 BBIIMAD: 0612QMGFT003002221 TRN: 0558401184FF YOUR REF: O/B LYDIAN PRIVA | | $2,667,015.68 |
| 06/12 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: SG FAMILY INVESTMENTS, LP 152 10019 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SG FAMILY INVESTMENTS LP/AC-1S05513 RFB=O/B CITIBANK NYC IMAD: 0612B1Q8022C005667 TRN: 0590208164FF YOUR REF: O/B CITIBANK NYC | | $1,940,000.00 |
| 06/12 | | FED WIRE CREDIT VIA: PNC BANK, NA/043000096 B/O: ALEXANDRA TARASKA REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=200806386339ISCW OBI=FFC 140081703 BERNARD L MADOFF REF ON BEHALF OF FRED LEVINGER BBI=/BNF/IMAD: 0612D3B74V9C002460 TRN: 0566801164FF YOUR REF: 200806386339ISCW | | $825,000.00 |
| 06/12 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: STEVEN SCHIFF MIAMI, FL 33176-1700 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=FBO STEVEN SCHIFF, MIAMI, FL., USA -IMAD: 0612F6B7021C000144 TRN: 0526203164FF YOUR REF: O/B CITY NB OF F | | $400,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0291732 TRN: 5282500164FC YOUR REF: 1464784 | | $200,000.00 |

JPMSAB0004281

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

Page 26 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0291718 TRN: 5282000164FC YOUR REF: 1464785 | | $150,000.00 |
| 06/12 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: TRACY DARA KAMENSTEIN INC PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080612150770 OBI=TRACY DARA KAMENSTEIN ACCOUNT #1CM59630 IMAD: 0612E3B75D2C002944 TRN: 0719307164FF YOUR REF: 080612150770 | | $100,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=PETER BONVENTRE #CM703SSN: 0291727 TRN: 5282400164FC YOUR REF: 1464786 | | $34,285.00 |
| 06/12 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: SLOAN KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080612150739 OBI=FFC: CREDIT TO SLOAN G. KAMENSTEIN,ACCOUIMAD: 0612E3B75D2C002808 TRN: 0684514164FF YOUR REF: 080612150739 | | $5,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MICHAEL IRWIN ROSEN #ESSN: 0291736 TRN: 5282900164FC YOUR REF: 1464787 | | $3,467.17 |
| 06/12 | | DEPOSIT          2031 1 DAY FLOAT      06/13        $220,400.00 | | $220,400.00 |

**JPMorganChase**

May 31, 2008 -
June 30, 2008

Page 27 of 55

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/12 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,985,982.00 RATE=01.47% FOR INVESTMENT DATED 06/11/08. REF=CPSWP061108 TRN: 1641000814XP YOUR REF: 31Y9970814164 | | $403.68 |
| 06/12 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080611 TO 080612 RATE 1.9001 TRN: 0816400092AN YOUR REF: NC93826740612081 | | $65,003,430.74 |
| 06/12 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5273100164JK YOUR REF: M095449851270025 | $300,000,000.00 | |
| 06/12 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A.,FL TAMPA FL BEN: HARVEY WERNER REVOCABLE TRUST REF: BNF-FFC- ACC, 001443222239, HARVEY WERNER REVOCABLE TRUST DTD 8/31/92 VIOLET M. WERNER,CO - TRUSTEE SSN: 0258231 TRN: 1391300164JO YOUR REF: HVWERNER | $850,000.00 | |
| 06/12 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4BB UNITED KINGDOM REF: BNF-SORT CODE 56-00-20, HOLBORN CIRCUS BRANCH TRN: 1391400164JO YOUR REF: LORDJAKE | $200,000.00 | |
| 06/12 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY FOUNDATION SSN: 0258285 TRN: 1391500164JO YOUR REF: MARDEN89 | $150,000.00 | |
| 06/12 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080612 TO 080613 RATE 1.9001 TRN: 0816400266AN YOUR REF: NO95519080612081 | $65,000,000.00 | |
| 06/12 | | FUNDING XFER TO 006301428151509 TRN: 0190000230RF | $1,412,000.00 | |
| 06/12 | | PURCHASE OF SECURITIES GIS REF: T308164BQG0 CUSTODY ACT: G 13414 PURC TD: 06/12/08 SETTLE DATE: 06/12/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G54 UNITED STATES TREASURY BILLS UNITED TRN: 0000119089ST | $49,765,548.61 | |
| 06/12 | | PURCHASE OF SECURITIES GIS REF: T308164BQKU CUSTODY ACT: G 13414 PURC TD: 06/12/08 SETTLE DATE: 06/12/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G54 UNITED STATES TREASURY BILLS UNITED TRN: 0000119090ST | $49,765,548.61 | |

JPMSAB0004283

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 28 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/12 | | PURCHASE OF SECURITIES GIS REF: T308164BQLM CUSTODY ACT: G 13414 PURC TD: 06/12/08 SETTLE DATE: 06/12/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G54 UNITED STATES TREASURY BILLS UNITED TRN: 0000119091ST | $49,765,548.61 | |
| 06/12 | | PURCHASE OF SECURITIES GIS REF: T308164BQL8 CUSTODY ACT: G 13414 PURC TD: 06/12/08 SETTLE DATE: 06/12/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G54 UNITED STATES TREASURY BILLS UNITED TRN: 0000119092ST | $49,765,548.61 | |
| 06/12 | | PURCHASE OF SECURITIES GIS REF: T308164BQMF CUSTODY ACT: G 13414 PURC TD: 06/12/08 SETTLE DATE: 06/12/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G54 UNITED STATES TREASURY BILLS UNITED TRN: 0000119093ST | $49,765,548.61 | |
| 06/12 | | PURCHASE OF SECURITIES GIS REF: T308164BQMS CUSTODY ACT: G 13414 PURC TD: 06/12/08 SETTLE DATE: 06/12/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G54 UNITED STATES TREASURY BILLS UNITED TRN: 0000119599ST | $49,765,548.61 | |
| 06/12 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061208 . YOUR REF: 31Y9996937164 | $15,535,042.00 | |
| 06/12 | | CHECK PAID #    15502 | $3,000.00 | |
| 06/12 | | CLOSING LEDGER BALANCE | *** Balance *** | $520,616.84 |
| 06/12 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.84 |
| 06/13 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061208 . TRN: 1642003309XN YOUR REF: 31Y9996937164 | | $15,535,042.00 |
| 06/13 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6107300165JK YOUR REF: 08800110 | | $300,113,750.00 |
| 06/13 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: AA ALT ADV LM INV FD IE 677232OUSE HARCOURT ST REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=AA ALT ADV LM INV FD IE 67723224 HS OUSE HARCOURT ST OGB=HSBC INSTITUTSSN: 0289777 TRN: 5172600165FC YOUR REF: 7J13068R11304583 | | $1,500,000.00 |

**JPMorganChase** 〇

May 31, 2008 -
June 30, 2008

Page 29 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/13 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: WIVIOTT INVESTMENTS LLC CALABASAS CA 91302 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW02629165001258 OBI=FFC FBO WIVIOTT INVESTMENTS, LLC, ACIMAD: 0613I1B7034R001978 TRN: 0447807165FF YOUR REF: FW02629165001258 | | $500,000.00 |
| 06/13 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: THE WIVIOTT FAMILY TRUST CALABASAS CA 91302-3905 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=FW02629165291658 OBI=FFC WIVIOTT INVESTMENTS, LLC. ACCOUNIMAD: 0613I1B7032R003105 TRN: 0708509165FF YOUR REF: FW02629165291658 | | $200,000.00 |
| 05/13 | | DEPOSIT        2032 1 DAY FLOAT        06/16        $150,000.00 | | $150,000.00 |
| 06/13 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $15,535,042.00 RATE=01.47% FOR INVESTMENT DATED 06/12/08. REF=CPSWP061208 TRN: 1651000823XP YOUR REF: 31Y9970823165 | | $634.35 |
| 06/13 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080612 TO 080613 RATE 1.9001 TRN: 0816500112AN YOUR REF: NC95519080613081 | | $65,003,430.74 |
| 06/13 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 6109100165JK YOUR REF: M0969946013170381 | $300,000,000.00 | |
| 06/13 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: GEOFFREY & SYLVIA LEIGH J/T WRIMAD: 0613B1QGC03C001320 TRN: 0333800165JO YOUR REF: LEIGH | $500,000.00 | |
| 06/13 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: BRANCH FAMILY DEVELOPMENT,LLC IMAD: 0613B1QGC06C001292 TRN: 0333700165JO YOUR REF: BRANSTEIN | $500,000.00 | |
| 06/13 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080613 TO 080616 RATE 2.0003 TRN: 0816500338AN YOUR REF: ND97060340613081 | $70,000,000.00 | |

JPMSAB0004285

**JPMorganChase** ⬡

May 31, 2008 –
June 30, 2008

Page 30 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/13 | | FUNDING XFER TO 006301428151509 TRN: 0190000238RF | $3,429,604.00 | |
| 08/13 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061308 . YOUR REF: 31Y9996947165 | $8,643,871.00 | |
| 06/13 | | CLOSING LEDGER BALANCE | *** Balance *** | $450,000.93 |
| 06/13 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.93 |
| 06/16 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061308 . TRN: 1652003328XN YOUR REF: 31Y9996947165 | | $8,643,871.00 |
| 06/16 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7072200168JK YOUR REF: 08991898 | | $400,151,666.67 |
| 06/16 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: HSSLUX/HERALD(LUX)-US A RF (SIPO BOX 413 40 AVENUE MONTEREY REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=HERALD LUX US ABSOLUTE RET SICAV/AC-1FR135 ORG=/68108901 PO BOX 413 40SSN: 0258167 TRN: 4916600168FC YOUR REF: 7X16068HB1609230 | | $26,000,000.00 |
| 06/16 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: SIDNEY MARKS TTEE 1 BREAKERS ROW, 234 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/4861404490 1 BREAKERS ROW, 234 OGB=/40611172 ATTN: OBI=SIDNEY MARKS TSSN: 0373665 TRN: 6936900168FC YOUR REF: O/B CITIBANK NYC | | $2,000,000.00 |
| 06/16 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: STEVEN SCHIFF MIAMI, FL 33176-1700 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=FBO STEVEN SCHIFF, MIAMI, FL., USA -IMAD: 0616F6B7021C000198 TRN: 0658013168FF YOUR REF: O/B CITY NB OF F | | $1,000,000.00 |
| 06/16 | | DEPOSIT           2033<br>1 DAY FLOAT        06/17        $18,000.00 | | $779,519.00 |

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 31 of 55**

**Account Number**
00000014081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/16 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $8,643,871.00 RATE=01.47% FOR INVESTMENT DATED 06/13/08. REF=CPSWP061308 TRN: 1681000817XP YOUR REF: 31Y9970817168 | | $1,058.88 |
| 06/16 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080613 TO 080616 RATE 2.0003 TRN: 0816800116AN YOUR REF: NC97060340616081 | | $70,011,668.59 |
| 06/16 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7073000168JK YOUR REF: M098376441670079 | $425,000,000.00 | |
| 06/16 | | BOOK TRANSFER DEBIT A/C: JLC &/OR KLC NEW YORK NY 10022- TRN: 1036900168JO YOUR REF: JEANNE | $6,500,000.00 | |
| 06/16 | | FEDWIRE DEBIT VIA: NORTHERN TR NA/066009650 A/C: GROSVENOR PARTNERS, LTD IMAD: 0616B1QGC07C003015 TRN: 1037000168JO YOUR REF: GROSVEN | $500,000.00 | |
| 06/16 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: THE CHARLOTTE MARDEN 1993 TRUSSSN: 0298648 TRN: 1037100168JO YOUR REF: CHARMARD | $37,500.00 | |
| 06/16 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080616 TO 080617 RATE 1.9601 TRN: 0816800378AN YOUR REF: ND98452950616081 | $65,000,000.00 | |
| 06/16 | | FUNDING XFER TO 006301428151509 TRN: 0190000241RF | $1,879,500.00 | |
| 06/16 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061608 . YOUR REF: 31Y9996949168 | $10,071,933.00 | |
| 06/16 | | ACCOUNT ANALYSIS SETTLEMENT CHARGE | $30,851.29 | |
| 06/16 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $18,000.78 |
| 06/16 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.78 |
| 06/17 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061608 . TRN: 1682003327XN YOUR REF: 31Y9996949168 | | $10,071,933.00 |

JPMSAB0004287

08-01789-cgm    Doc 19839-34    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AH
18-Dec-08
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344
Pg 56 of 79
18Dec08-344

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

**Page 32 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/17 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7875400169JK YOUR REF: 09206161 | | $430,163,041.67 |
| 06/17 | | CHIPS CREDIT VIA: BANK OF AMERICA N.A./0959 B/O: EDITH WIEN PO BOX 44 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/000219107718 PO BOX 44 BBI=/REC/FBO STEPHEN S WIEN EDITH WIEN ACCT 1WSSN: 0225413 TRN: 4014500169FC YOUR REF: 01080617000554NN | | $2,000,000.00 |
| 08/17 | | FED WIRE CREDIT VIA: STANDARD CHARTERED BANK/026002561 B/O: PAPPATERRA RADIO MOTORS C POR GASPAR HERNANDEZ ES RD REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=T109683000 OBI=/RFB/T109683000 BBI=/OCMT/USD110425,00/ACCIMAD: 0617B1Q9282C006575 TRN: 0616001169FF YOUR REF: T109683000 | | $110,425.00 |
| 06/17 | | DEPOSIT      2034 1 DAY FLOAT      06/18            $91,026.38 | | $91,026.38 |
| 06/17 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $10,071,933.00 RATE=01.73% FOR INVESTMENT DATED 06/16/08. REF=CPSWP061608 TRN: 1691000818XP YOUR REF: 31Y9970818169 | | $484.01 |
| 06/17 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080616 TO 080617 RATE 1.9601 TRN: 0816900140AN YOUR REF: NC98452950617081 | | $65,003,539.07 |
| 06/17 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 7876100169JK YOUR REF: M099875621770152 | $430,000,000.00 | |
| 06/17 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: PBID CUSTODY CONCENTRATION ACCBEN: FIFTY- NINTH STREET INVESTORS SSN: 0270998 TRN: 1527900169JO YOUR REF: FIFNINE | $1,000,000.00 | |

JPMSAB0004288

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

Page 33 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/17 | | FEDWIRE DEBIT VIA: BB&T FLORIDA/263191387 A/C: S&P ASSOCIATES, GENERAL PARTNE210, FORT LAUDERDALE,FL, 33308 IMAD: 0617B1QGC07C003120 TRN: 1528000169JO YOUR REF: CAP OF 08/06/17 | $750,000.00 | |
| 06/17 | | BOOK TRANSFER DEBIT A/C: NOEL LEVINE NEW YORK NY 10022- TRN: 1528100169JO YOUR REF: NLEVINE | $550,000.00 | |
| 06/17 | | BOOK TRANSFER DEBIT A/C: 00000000099999651 TRN: 1528600169JO YOUR REF: CAP OF 08/06/17 | $500,000.00 | |
| 06/17 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA/051400549 A/C: FIRST CLEARING LLC BEN: ARTHUR GOLDBERG IMAD: 0617B1QGC08C003428 TRN: 152830169JO YOUR REF: ARTGOLD | $500,000.00 | |
| 06/17 | | FEDWIRE DEBIT VIA: MELLON UNITED NTL/067009646 A/C: ROBERT C. JOSEFSBERG REF:/TIME/11:54 IMAD: 0617B1QGC03C002744 TRN: 1528200169JO YOUR REF: JOSEFSBERG | $500,000.00 | |
| 06/17 | | FEDWIRE DEBIT VIA: CITY NB OF FLA/066004367 A/C: ST. JAMES ASSOCIATES FL, 33308-2001 IMAD: 0617B1QGC05C002153 TRN: 1528400169JO YOUR REF: CAP OF 08/06/17 | $500,000.00 | |
| 06/17 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON, MASS. BEN: PINES GROUP LLC IMAD: 0617B1QGC05C002154 TRN: 1528500169JO YOUR REF: PINESGROUP | $500,000.00 | |
| 06/17 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: MARDEN FAMILY LP SSN: 0271128 TRN: 1528700169JO YOUR REF: MARFAM | $40,000.00 | |
| 06/17 | | FEDWIRE DEBIT VIA: RIDGEDALE SB MTKA/091005302 A/C: JOHN C. STOLLER IMAD: 0617B1QGC06C002801 TRN: 1528800169JO YOUR REF: JOHNSTOL | $25,000.00 | |
| 06/17 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080617 TO 080618 RATE 1.9001 TRN: 0816900230AN YOUR REF: ND9994201061708 | $60,000,000.00 | |
| 06/17 | | FUNDING XFER TO 006301428151509 TRN: 0190000242RF | $3,243,692.96 | |
| 06/17 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061708 . YOUR REF: 31Y9996932169 | $9,257,230.00 | |
| 06/17 | | CHECK PAID #    15504 | $1,500.00 | |

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 34 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/17 | | CLOSING LEDGER BALANCE | *** Balance *** | $91,026.95 |
| 06/17 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.95 |
| 06/18 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061708 . TRN: 169200329DXN YOUR REF: 31Y9996932169 | | $9,257,230.00 |
| 06/18 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 8723000170JK YOUR REF: 09372704 | | $400,151,666.67 |
| 06/18 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: AMERICAN SOCIETY FOR TECHNION EAST 59TH STREET, 14TH FL NEW YORK REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=BERNARD L MADOFF/AC-140081703 RFB=O/B CITIBANK NYC OBI=CBIMAD: 0618B1Q8024C006082 TRN: 0592014170FF YOUR REF: O/B CITIBANK NYC | | $2,000,000.00 |
| 06/18 | | BOOK TRANSFER CREDIT B/O: MELISSA E GAYNOR OR ROBERTLARCHMONT, NY 10538 REF: FBO:1-CM013-3-0 RUBIN FAMILY PARTNERSHIP TRN: 0687500170ES YOUR REF: DCD OF 08/06/18 | | $600,000.00 |
| 06/18 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: CAROLE SCHRAGIS SCARSDALE NY 10583-4408 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT11165017000001 OBI=FBO CAROLE SCHRAGIS, ACCOUNT 1CM 906IMAD: 0618B1Q8983C003457 TRN: 0625402170FF YOUR REF: TT11165017000001 | | $500,000.00 |
| 06/18 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: L . W CAPITAL LIMITED USD CLIENT ID NUMBER 423041 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/180091-10187537 CLIENT ID NUMBER 423041 OGB=COUTTS AND COMPANY LONDONSSN: 0322207 TRN: 5740700170FC YOUR REF: 0200241301-103 | | $165,000.00 |
| 06/18 | | DEPOSIT          1902 | | $1,000,000.00 |
| | | 1 DAY FLOAT     06/19          $1,000,000.00 | | |

**JPMorganChase** ○

May 31, 2008 -
June 30, 2008

**Page 35 of 55**

**Account Number**
00000014081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/18 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $9,257,230.00 RATE=01.54% FOR INVESTMENT DATED 06/17/08. REF=CPSWP061708 TRN: 1701000800XP YOUR REF: 31Y9970800170 | | $396.00 |
| 06/18 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080617 TO 080618 RATE 1.9001 TRN: 0817000088AN YOUR REF: NC99942010618081 | | $60,003,166.83 |
| 06/18 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 8726100170JK YOUR REF: M001195011870182 | $400,000,000.00 | |
| 06/18 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS BEN: GEOFFREY S. REHNERT BOSTON, MA. 02199 IMAD: 0618B1QGC04C001425 TRN: 0617400170JO YOUR REF: CAP OF 08/06/18 | $1,700,000.00 | |
| 06/18 | | FEDWIRE DEBIT VIA: MELLON TRUST OF NE/011001234 A/C: MELLON TRUST OF NEW ENGLAND BOSTON MASS. BEN: MARC B. WOLPOW IMAD: 0618B1QGC02C001654 TRN: 0617500170JO YOUR REF: MARWOL | $1,310,000.00 | |
| 06/18 | | BOOK TRANSFER DEBIT A/C: 99999651 TRUST-INVESTMENTS OMNI INBOUND TRN: 0617600170JO YOUR REF: ARTFGT | $1,000,000.00 | |
| 06/18 | | FEDWIRE DEBIT VIA: MFRS BUF/022000046 A/C: FUND FOR THE POOR,INC MELVILLE, NEW YORK 11747 REF:/TIME/09:48 IMAD: 0618B1QGC01C001613 TRN: 0617700170JO YOUR REF: CAP OF 08/06/18 | $500,000.00 | |
| 06/18 | | CHIPS DEBIT VIA: BANK OF NEW YORK/0001 A/C: COUTTS AND COMPANY LONDON E1 8EG, ENGLAND BEN: MS JENNIFER PRIESTLEY USD ACCOSSN: 0242917 TRN: 0617800170JO YOUR REF: PRIESTLY | $100,000.00 | |
| 06/18 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN & PATRICE M. AULIMAD: 0618B1QGC03C001539 TRN: 0617900170JO YOUR REF: PATRICE | $46,000.00 | |

JPMSAB0004291

**JPMorganChase** ◯

May 31, 2008 -
June 30, 2008

**Page 36 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/18 | | FEDWIRE DEBIT VIA: WASH MUT BANK/321180748 A/C: IRWIN & CAROL LIPKIN DELRAY BEACH FLA. IMAD: 0618B1QGC07C001920 TRN: 0518000170JO YOUR REF: IRWIN | $25,000.00 | |
| 06/18 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080618 TO 080619 RATE 1.8300 TRN: 0817000210AN YOUR REF: ND119532061808I | $55,000,000.00 | |
| 06/18 | | FUNDING XFER TO 006301428151509 TRN: 0190000239RF | $1,146,501.85 | |
| 06/18 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061808 . YOUR REF: 31Y9996934170 | $11,940,984.00 | |
| 06/18 | | CLOSING LEDGER BALANCE | *** Balance *** | $1,000,000.60 |
| 06/18 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.60 |
| 06/19 | | REDEMPTION OR CALL GIS REF: T308171ABG3 CUSTODY ACT: G 13414 REDM TD: 06/19/08 SETTLE DATE: 06/19/08BKR: REDEMPTIONS UNITS: 300,000,000.00 CUSIP NO: 912795E98 UNITED STATES TREASURY BILLS UNITED TRN: 0000057774ST | | $300,000,000.00 |
| 06/19 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061808 . TRN: 1702003329XN YOUR REF: 31Y9996934170 | | $11,940,984.00 |
| 06/19 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 9513400171JK YOUR REF: 09544985 | | $300,113,750.00 |
| 06/19 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/0799 B/O: LUX INVESTMENT FD-US EQ PLUS 33A AVE J.F. KENNEDY, 1885 LUXEMBOUREF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/5391680 33A AVE J.F. KENNEDY, 1885 LUXEMBOU OGB=UBS LUXEMBOURG S.A. LSSN: 0020201 TRN: 0197700171FC YOUR REF: 9610281-00135814 | | $39,999,980.00 |

JPMSAB0004292

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

Page 37 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/19 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080619003964 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0619B2Q8921C000942 TRN: 0389403171FF YOUR REF: MT080619003964 | | $30,335.98 |
| 06/19 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080619003968 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0619B2Q8921C000944 TRN: 0384601171FF YOUR REF: MT080619003968 | | $10,689.39 |
| 06/19 | | DEPOSIT        1901<br>1 DAY FLOAT      06/20        $432,200.00<br>2 DAY FLOAT      06/23        $497,800.00<br>3 DAY FLOAT      06/24        $10,000.00 | | $1,040,000.00 |
| 06/19 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $11,940,984.00 RATE=01.47% FOR INVESTMENT DATED 06/18/08. REF=CPSWP061808 TRN: 1711000810XP YOUR REF: 31Y9970810171 | | $487.59 |
| 06/19 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080618 TO 080619 RATE 1.8300 TRN: 0817100038AN YOUR REF: NC1195320619081 | | $55,002,795.97 |
| 06/19 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: M0027586419J0171JK YOUR REF: M002758641970873 | $325,000,000.00 | |
| 06/19 | | FEDWIRE DEBIT VIA: HSBC USA/021001088 A/C: HSBC BANK PLC LONDON E14 5HQ UNITED KINGDOM BEN: THEMA HEDGED US EQUITY FD DUBLIN 2, IRELAND REF: REF- SORT CODE, 40-05-15 IMAD: 0619B1QGC04C002315 TRN: 1231600171J0 YOUR REF: CAP OF 08/05/19 | $3,000,000.00 | |
| 06/19 | | FEDWIRE DEBIT VIA: RBS CITIZENS, N.A./011500120 A/C: SYDNEY L. MILLER FAMILY PARTNEIMAD: 0619B1QGC07C002692 TRN: 1231700171J0 YOUR REF: SMILLER | $1,600,000.00 | |

JPMSAB0004293

**JPMorganChase** ⬡

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/19 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN & PATRICE M. AULIMAD: 0619B1QGC07C002695 TRN: 1231800171JO YOUR REF: PATRICE | $36,000.00 | |
| 06/19 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080619 TO 080620 RATE 1.9001 TRN: 0817100314AN YOUR REF: ND2871520619081 | $70,000,000.00 | |
| 06/19 | | FUNDING XFER TO 006301428151509 TRN: 0190000234RF | $2,713,540.00 | |
| 06/19 | | PURCHASE OF SECURITIES GIS REF: T308171BW23 CUSTODY ACT: G 13414 PURC TD: 06/19/08 SETTLE DATE: 06/19/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G62 UNITED STATES TREASURY BILLS UNITED TRN: 0000083744ST | $49,753,541.67 | |
| 06/19 | | PURCHASE OF SECURITIES GIS REF: T308171BW5H CUSTODY ACT: G 13414 PURC TD: 06/19/08 SETTLE DATE: 06/19/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G62 UNITED STATES TREASURY BILLS UNITED TRN: 0000083878ST | $49,753,541.67 | |
| 06/19 | | PURCHASE OF SECURITIES GIS REF: T308171BW5S CUSTODY ACT: G 13414 PURC TD: 06/19/08 SETTLE DATE: 06/19/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G62 UNITED STATES TREASURY BILLS UNITED TRN: 0000083879ST | $49,753,541.67 | |
| 06/19 | | PURCHASE OF SECURITIES GIS REF: T308171BW5Y CUSTODY ACT: G 13414 PURC TD: 06/19/08 SETTLE DATE: 06/19/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G62 UNITED STATES TREASURY BILLS UNITED TRN: 0000083880ST | $49,753,541.67 | |
| 06/19 | | PURCHASE OF SECURITIES GIS REF: T308171BW51 CUSTODY ACT: G 13414 PURC TD: 06/19/08 SETTLE DATE: 06/19/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G62 UNITED STATES TREASURY BILLS UNITED TRN: 0000083881ST | $49,753,541.67 | |
| 06/19 | | PURCHASE OF SECURITIES GIS REF: T308171BW58 CUSTODY ACT: G 13414 PURC TD: 06/19/08 SETTLE DATE: 06/19/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G62 UNITED STATES TREASURY BILLS UNITED TRN: 0000083882ST | $49,753,541.67 | |
| 06/19 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061908 . YOUR REF: 31Y999693617I | $7,328,233.00 | |
| 06/19 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $940,000.51 |
| 06/19 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.51 |

**JPMorganChase** ⬡

May 31, 2008 -
June 30, 2008

**Page 39 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/20 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP061908 . TRN: 171200305XN YOUR REF: 31Y9996936171 | | $7,328,233.00 |
| 06/20 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 0286500172JK YOUR REF: 09699460 | | $300,113,750.00 |
| 06/20 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: LORD JACOBS ORK TERRACE WEST REGENTS PA REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LORD JACOBS/AC-1J004530 ORG=/03310649301 ORK TERRACE WEST REGENTS PA OSSN: 0256875 TRN: 5527100172FC YOUR REF: O/B CITIBANK NYC | | $48,395,766.00 |
| 06/20 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: LORD JACOBS ORK TERRACE WEST REGENTS PA REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=LADY EVELYN JACOBS/AC-1FR06630 ORG=/03310649301 ORK TERRACE WEST REGENSSN: 0257397 TRN: 5637700172FC YOUR REF: O/B CITIBANK NYC | | $35,520,000.00 |
| 06/20 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: LORD JACOBS ORK TERRACE WEST REGENTS PA REF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=SIMON JACOBS/AC-1J005230 ORG=/03310649301 ORK TERRACE WEST REGENTS PA SSN: 0252569 TRN: 5179900172FC YOUR REF: O/B CITIBANK NYC | | $25,000,000.00 |
| 06/20 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: PLEASANT DALE LLC TWO TALL TREE LANE REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=PLEASANT DALE LLC WANDA LOCKWOOD - SOLE MBR/AC-1-L0212-3-IMAD: 0620B1Q8151C005188 TRN: 0343108172FF YOUR REF: O/B BK OF NYC | | $1,300,000.00 |

JPMSAB0004295

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 40 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/20 | | CHIPS CREDIT VIA: CITIBANK/0008 B/O: JACK P SCHWEBEL POUND RIDGE NY 10576-1508 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/6220742090 POUND RIDGE NY 10576-1508 OGB=/40611172 ATTN: OBI=FBO JACKSSN: 0406848 TRN: 7913400172FC YOUR REF: O/B CITIBANK NYC | | $500,000.00 |
| 06/20 | | FED WIRE CREDIT VIA: CAPITAL ONE N.A./021407912 B/O: DOS BFS FAMILY PARTNERSHIP LP GARDEN CITY NY 11530 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTH FORK B OBI=FBO: DOS/BFS FAMILY PARTNERSHIP LP AIMAD: 0620B1Q8431C000803 TRN: 0513102172FF YOUR REF: O/B NORTH FORK B | | $88,514.00 |
| 06/20 | | DEPOSIT          1903<br>2 DAY FLOAT     06/24     $921,000.00<br>3 DAY FLOAT     06/25       $29,000.00 | | $950,000.00 |
| 06/20 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $7,328,233.00 RATE=01.45% FOR INVESTMENT DATED 06/19/08. REF=CPSWP061908 TRN: 1721000809XP YOUR REF: 31Y9970809172 | | $295.18 |
| 06/20 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080619 TO 080620 RATE 1.9001 TRN: 0817200104AN YOUR REF: NC2871520620081 | | $70,003,694.64 |
| 06/20 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 0287000172JK YOUR REF: M004053512070111 | $400,000,000.00 | |
| 06/20 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: MORGAN STANLEY & COMPANY BEN: KELMAN PARTNERS LP IMAD: 0620B1QGC08C003274 TRN: 1246300172JO YOUR REF: KELMAN | $13,311,340.00 | |
| 06/20 | | FEDWIRE DEBIT VIA: MELLON BANK PITTS/043000261 A/C: MERRILL LYNCH BEN: CROUL FAMILY TRUST REF/TIME/10:58 IMAD: 0620B1QGC07C003835 TRN: 1246400172JO YOUR REF: CROULNEW | $559,556.03 | |

JPMSAB0004296

**JPMorganChase** ○

May 31, 2008 -
June 30, 2008

Page 41 of 55

Account Number
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/20 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080620 TO 080623 RATE 2.0003 TRN: 0817200322AN YOUR REF: ND4146370620081 | $65,000,000.00 | |
| 06/20 | | FUNDING XFER TO 006301428151509 TRN: 0190000229RF | $1,543,482.29 | |
| 06/20 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062008 . YOUR REF: 31Y9996945172 | $8,268,074.00 | |
| 06/20 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,457,800.99 |
| 06/20 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.99 |
| 06/23 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062008 . TRN: 1722003307XN YOUR REF: 31Y9996945172 | | $8,268,074.00 |
| 06/23 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1162100175JK YOUR REF: 09837644 | | $425,161,145.83 |
| 06/23 | | BOOK TRANSFER CREDIT B/O: STERLING EQUITIES FUNDING CO GREAT NECK NY 11021-5402 REF: F/F/C STERLING VC V LLC F/F/C ACCOUNT NUMBER: 1KW-464 TRN: 4148500175JO YOUR REF: CAP OF 08/06/23 | | $12,437,500.00 |
| 06/23 | | FED WIRE CREDIT VIA: BANK OF NEW YORK/021000018 B/O: ROSETREE PARTNERS II LLC BEVERLY HILLS CA 90210-2747 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ROSETREE PARTNERS II LLC 1051 ANGELO DR/AC-R0246 RFB=O/B IMAD: 0623B1Q8153C003430 TRN: 0262314175FF YOUR REF: O/B BK OF NYC | | $8,700,000.00 |
| 06/23 | | BOOK TRANSFER CREDIT B/O: STERLING EQUITIES FUNDING CO GREAT NECK NY 11021-5402 REF: F/F/C STERLING VC IV LLC F/F/C ACCOUNT #: 1KW-463 TRN: 4148600175JO YOUR REF: CAP OF 08/06/23 | | $2,758,625.00 |
| 06/23 | | BOOK TRANSFER CREDIT B/O: STERLING EQUITIES FUNDING CO GREAT NECK NY 11021-5402 REF: F/F/C STERLING DIST PROPERTIES LLC F/F/C ACCOUNT NUMBER: 1KW-465 TRN: 4148700175JO YOUR REF: CAP OF 08/06/23 | | $2,393,500.00 |

JPMSAB0004297

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 42 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/23 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: RONALD M. GROSS STAMFORD CT 069021319 USA REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=RONALD GROSS/AC-GO391 RFB=O/B CITIBANK NYC OBI=PER LOA 6/IMAD: 0623B1Q8022C005446 TRN: 0477713175FF YOUR REF: O/B CITIBANK NYC | | $1,000,000.00 |
| 06/23 | | FED WIRE CREDIT VIA: PNC BANK, NA/043000096 B/O: MARVIN BARBARA EISENSTADT ATTN GREGG KANDER REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B PNCBANK PITT OBI=REF PURPHOSE : INVESTMENT FBO MARVINIMAD: 0623D3B74V9C001643 TRN: 0618102175FF YOUR REF: O/B PNCBANK PITT | | $1,000,000.00 |
| 06/23 | | FED WIRE CREDIT VIA: CITY NATIONAL BANK OF FLORIDA/066004367 B/O: BRAMAN FAMILY IRREVOCABLE 2080 BISCAYNE BLVD 2ND FL REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITY NB OF F OBI=PURPOSE: INVESTMENT OF FUNDS. FFCT BIMAD: 0623F6B7021C000034 TRN: 0157101175FF YOUR REF: O/B CITY NB OF F | | $733,704.00 |
| 06/23 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: L . W CAPITAL LIMITED USD CLIENT ID NUMBER 423041 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/180091-10187537 CLIENT ID NUMBER 423041 OGB=COUTTS AND COMPANY LONDONSSN: 0207610 TRN: 3747000175FC YOUR REF: 02005649801-103 | | $400,000.00 |
| 06/23 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0331271 TRN: 5854600175FC YOUR REF: 1475742 | | $250,000.00 |
| 06/23 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: PEMBROOKE IVES, INC. 8 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=HELEN TSANOS SHEINMNA REVOCABLE LIV.IMAD: 0623B1Q8022C006451 TRN: 0600802175FF YOUR REF: O/B CITIBANK NYC | | $250,000.00 |

JPMSAB0004298

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 43 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/23 | | FED WIRE CREDIT VIA: WELLS FARGO NA/121000248 B/O: MARTIN L SCHULMAN 212 MIDDLE ND STE 6 GREAT NECK NY 11021 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARTIN L SCHULMAN GREAT NECK NY 11021 US/AC-IS0546 RFB=00/IMAD: 0623I1B7035R000788 TRN: 0206801175FF YOUR REF: 0002110880764 | | $200,000.00 |
| 06/23 | | BOOK TRANSFER CREDIT B/O: BEAR STEARNS SECURITIES CORP WHIPPANY NJ 07981-1035 ORG:/1917191619 MARKPESKINGRANTOR CHARLESA OGB: BEAR STEARNS NEW YORK NY TRN: 0300000175JJ YOUR REF: SWF OF 08/06/23 | | $98,479.34 |
| 06/23 | | BOOK TRANSFER CREDIT B/O: BEAR STEARNS SECURITIES CORP WHIPPANY NJ 07981-1035 ORG:/1917191718 MARKPESKINGRANTOR CHARLESA OGB: BEAR STEARNS NEW YORK NY TRN: 0299600175JJ YOUR REF: SWF OF 08/06/23 | | $97,450.96 |
| 06/23 | | DEPOSIT         1904<br>1 DAY FLOAT      06/24      $599,020.11<br>2 DAY FLOAT      06/25       $1,001.89 | | $1,100,022.00 |
| 06/23 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $8,268,074.00 RATE=01.44% FOR INVESTMENT DATED 06/20/08. REF=CPSWP062008 TRN: 1751000814XP YOUR REF: 31Y9970814175 | | $992.16 |
| 06/23 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080620 TO 080623 RATE 2.0003 TRN: 0817500090AN YOUR REF: NC4146370623081 | | $65,010,835.12 |
| 06/23 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1162800175JK YOUR REF: M005386912370239 | $435,000,000.00 | |
| 06/23 | | FEDWIRE DEBIT VIA: MFRS BUF/022000046 A/C: GRASS HORIZON FUND REF:/TIME/11:27 IMAD: 0623B1QGC06C002573 TRN: 1367800175JO YOUR REF: GRASSHOR | $2,910,000.00 | |
| 06/23 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: PEERSTATE EQUITY FUND, L.P. IMAD: 0623B1QGC04C002539 TRN: 1367900175JO YOUR REF: PEERSTATE | $2,800,000.00 | |

JPMSAB0004299

**JPMorganChase** ◯

May 31, 2008 -
June 30, 2008

**Page 44 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/23 | | FEDWIRE DEBIT VIA: NORTH FORK BANK/021407912 A/C: DOS BFS FAMILY PARTNERSHIP II IMAD: 0623B1OGC07C003227 TRN: 1368000175JO YOUR REF: DOSBFS | $500,000.00 | |
| 06/23 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA FL/063000021 A/C: RICHARD M. SCHLANGER IMAD: 0623B1OGC08C002932 TRN: 1368100175JO YOUR REF: SCHLANGER | $500,000.00 | |
| 06/23 | | FEDWIRE DEBIT VIA: LYDIAN PRIVATE BK/067092200 A/C: MARDEN FAMILY LTD PARTNERSHIP IMAD: 0623B1OGC02C002563 TRN: 1368200175JO YOUR REF: FLMARD | $150,000.00 | |
| 06/23 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080623 TO 080624 RATE 1.9001 TRN: 0817500328AN YOUR REF: ND5450160623081 | $60,000,000.00 | |
| 06/23 | | FUNDING XFER TO 006301428151509 TRN: 0190000231RF | $856,383.10 | |
| 06/23 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062308. YOUR REF: 31Y9996945175 | $27,041,725.00 | |
| 06/23 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $1,560,021.30 |
| 06/23 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.30 |
| 06/24 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062308 . TRN: 1752003317XN YOUR REF: 31Y9996945175 | | $27,041,725.00 |
| 06/24 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1912800176JK YOUR REF: 00987562 | | $430,163,041.67 |
| 06/24 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/0799 B/O: 33A AVENUE J F KENNEDY L-1855 BOURG REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/5391750LUXALPHASICAVFUND BOURG OGB=UBS LUXEMBOURG S.A. LUXEMBOURG LUXSSN: 0137481 TRN: 2453300176FC YOUR REF: 9614823-00139624 | | $19,999,980.00 |
| 06/24 | | BOOK TRANSFER CREDIT B/O: LOWELL M SCHULMAN RYE BROOK NY 10573-1354 REF: FFC TO LOWELL M SCHULMAN 1-S0395-3 TRN: 0026500176BN YOUR REF: PES OF 08/06/24 | | $969,000.00 |

JPMSAB0004300

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 45 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/24 | | FED WIRE CREDIT VIA: SUNTRUST BANK, ATLANTA/061000104 B/O: CARL S GEWIRZ 7117 GLENBROOK RD REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B SUNTRUST ATL OBI=REF DORCHESTER HOUSE ASSC BBI=/TIME/IMAD: 0624F1QCZ68C002860 TRN: 0338609176FF YOUR REF: O/B SUNTRUST ATL | | $600,000.00 |
| 06/24 | | FED WIRE CREDIT VIA: CITIBANK/021000089 B/O: FREDERICK KONIGSBERG 52 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CITIBANK NYC OBI=CREDIT TO ACCOUNT OF FREDERIC SUSAN IMAD: 0624B1Q8023C004635 TRN: 0446408176FF YOUR REF: O/B CITIBANK NYC | | $155,500.00 |
| 06/24 | | FED WIRE CREDIT VIA: MANUFACTURERS & TRADERS TRUST/022000046 B/O: STERLING EQUITIES ASSOCIATES GREAT NECK NY REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=MT080624005066 OBI=FBO:STERLING EQUITIES EMP RETIREMENT PIMAD: 0624B2Q8921C001322 TRN: 0476614176FF YOUR REF: MT080624005066 | | $3,254.21 |
| 06/24 | | DEPOSIT          1905<br>1 DAY FLOAT      06/25          $349,704.14<br>2 DAY FLOAT      06/26          $59,995.08 | | $409,699.22 |
| 06/24 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $27,041,725.00 RATE=01.46% FOR INVESTMENT DATED 06/23/08, REF=CPSWP062308 TRN: 1761000830XP YOUR REF: 31Y9970830176 | | $1,096.89 |
| 06/24 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080623 TO 080624 RATE 1.9001 TRN: 0817600098AN YOUR REF: NC5450160524081 | | $60,003,166.83 |
| 06/24 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 1913900176JK YOUR REF: M006602352470243 | $450,000,000.00 | |

JPMSAB0004301

**JPMorganChase** ⬡

May 31, 2008 -
June 30, 2008

**Page 46 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/24 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 IMAD: 0624B1QGC01C001491 TRN: 0780800176JO YOUR REF: CAP OF 08/06/24 | $2,172,766.00 | |
| 06/24 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: TRUST DEPARTMENT TX FUNDS BEN: LEWIS M. SCHOTT FOUNDATION, INSSN: 0207131 TRN: 0780900176JO YOUR REF: LEWHOTFDN | $1,000,000.00 | |
| 06/24 | | BOOK TRANSFER DEBIT A/C: BANK HAPOALIM B M TEL-AVIV ISRAEL TRN: 0781000176JO YOUR REF: YESHAYA | $950,000.00 | |
| 06/24 | | CHIPS DEBIT VIA: BANK OF AMERICA N.A./0959 A/C: BANK OF AMERICA N.A NJ NEW YORK NY 10036-6710 BEN: FRED A.DAIBES, LLC EDGEWATER,N.J. 07020 SSN: 0207162 TRN: 0781100176JO YOUR REF: CAP OF 08/06/24 | $527,426.00 | |
| 06/24 | | BOOK TRANSFER DEBIT A/C: 9301011483 GOLDMAN SACHS & CO. TRN: 0781200176JO YOUR REF: GOLDEN | $500,000.00 | |
| 06/24 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080624 TO 080625 RATE 1.9001 TRN: 0817600300AN YOUR REF: ND6661560624081 | $75,000,000.00 | |
| 06/24 | | FUNDING XFER TO 005301428151509 TRN: 0190000230RF | $2,694,177.53 | |
| 06/24 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062408 . YOUR REF: 31Y9996936176 | $7,622,415.00 | |
| 06/24 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $439,700.39 |
| 06/24 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.39 |
| 06/25 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062408 . TRN: 1762003312XN YOUR REF: 31Y9996936176 | | $7,622,415.00 |
| 06/25 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2685300177JK YOUR REF: 00119501 | | $400,151,666.67 |

JPMSAB0004302

08-01789-cgm   Doc 19839-34   Filed 10/09/20   Entered 10/09/20 14:54:11   Exhibit AH
18-Dec-08                           THIS PAGE IS PART OF A STATEMENT REQUEST                    18Dec08-344
                                             GROUP ID G18Dec08-344

Pg 71 of 79

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

Page 47 of 55

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/25 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: C STEIN PARTNERS LLC NEW YORK NY 10018-6229 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=TT6073891700011 BBI=/TIME/16:09 IMAD: 0625B1Q8984C007642 TRN: 0659803177FF YOUR REF: TT6073891700011 | | $200,000.00 |
| 06/25 | | DEPOSIT          1906 1 DAY FLOAT        06/26          $50,000.00 | | $50,000.00 |
| 06/25 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $7,822,415.00 RATE=01.47% FOR INVESTMENT DATED 06/24/08. REF=CPSWP062408 TRN: 1771000818XP YOUR REF: 31Y9970818177 | | $311.25 |
| 06/25 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080624 TO 080625 RATE 1.9001 TRN: 0817700112AN YOUR REF: NC6661560825081 | | $75,003,958.54 |
| 06/25 | | DEPOSITED ITEM RETURNED          739007 # OF ITEMS00001 | $50,000.00 | |
| 06/25 | | BOOK TRANSFER DEBIT A/C: D323522845 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 2687400177JK YOUR REF: M0077158525270620 | $400,000,000.00 | |
| 06/25 | | FEDWIRE DEBIT VIA: BK AMER NYC/026009593 A/C: FTA000180019810 BEN: SUC TRUSTEE SAM KLEIN TRUST REF: ATTN: SETTLEMENTS/BNF/BANK OF AMERICA N.A. 100 WEST 33RD STREET,NEW YORK NEW YORK,UNI TED STATES IMAD: 0625B1QGC08C003674 TRN: 1334400177JO YOUR REF: SAMKLEIN | $8,782,842.00 | |
| 06/25 | | FEDWIRE DEBIT VIA: RBS CITIZENS, N.A./011500120 A/C: GERALD & ELAINE SCHUSTER CHARIFOUNDATION IMAD: 0625B1QGC08C004025 TRN: 1334500177JO YOUR REF: GESCHUSTER | $675,000.00 | |
| 06/25 | | FEDWIRE DEBIT VIA: STERLING NYC/026007773 A/C: THE POUND GROUP REF/TIME/10:58 IMAD: 0625B1QGC04C002238 TRN: 1334700177JO YOUR REF: POUND | $500,000.00 | |
| 06/25 | | FEDWIRE DEBIT VIA: STERLING NYC/026007773 A/C: THE POUND GROUP REF/TIME/10:59 IMAD: 0625B1QGC03C002361 TRN: 1334600177JO YOUR REF: POUND | $500,000.00 | |

JPMSAB0004303

**JPMorganChase** 〇

May 31, 2008 -
June 30, 2008

Page 48 of 55

Account Number
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/25 | | FEDWIRE DEBIT VIA: COMMERCE NORTH/021200957 A/C: GUSTON & GUSTON, L.L.P.,ATTORNETRUST REF: BNF-FFC-ACC, 3451089270 , GUSTON & GUSTON, L.L.P., ATTORNEY TRUSTIMAD: 0625B1QGC04C002239 TRN: 1334800177JO YOUR REF: GUSTON | $475,000.00 | |
| 06/25 | | FEDWIRE DEBIT VIA: KEY BK WASH TAC/125000574 A/C: MERRITT KEVIN & PATRICE M. AULIMAD: 0625B1QGC05C002544 TRN: 1334900177JO YOUR REF: PATRICE | $39,000.00 | |
| 06/25 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080625 TO 080626 RATE 2.0001 TRN: 0817700340AN YOUR REF: ND782018062508 | $65,000,000.00 | |
| 06/25 | | FUNDING XFER TO 006301428151509 TRN: 0190000234RF | $734,200.00 | |
| 06/25 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062508 . YOUR REF: 31Y9996923177 | $6,599,514.00 | |
| 06/25 | | CHECK PAID #    15506 | $2,500.00 | |
| 06/25 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $109,995.85 |
| 06/25 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.85 |
| 06/26 | | REDEMPTION OR CALL GIS REF: T308178ABIC CUSTODY ACT: G 13414 REDM TD: 06/26/08 SETTLE DATE: 06/26/08BKR: REDEMPTIONS UNITS: 200,000,000.00 CUSIP NO: 912795F22 UNITED STATES TREASURY BILLS UNITED TRN: 0000062264ST | | $200,000,000.00 |
| 06/26 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062508 . TRN: 177200306XN YOUR REF: 31Y9996923177 | | $6,599,514.00 |
| 06/26 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3535900178JK YOUR REF: 00275864 | | $325,123,229.17 |
| 06/26 | | BOOK TRANSFER B/O: INTERNAL ACCOUNTS PROCESSING GNEWARK DE 19713- ORG:/Q64956008 HAROLD L STRAUSS TRN: 0799600178ES YOUR REF: OS1 OF 08/06/26 | | $600,000.00 |

JPMSAB0004304

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

Page 49 of 55

**Account Number**
00000014081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/26 | | FED WIRE CREDIT VIA: CHEVY CHASE FEDERAL SAVINGS BA/255071981 B/O: CHARLES I & MARY KAPLAN FAMILY6001 MONTROSE RD #403 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B CHEVY CHASE OBI=FC CHARLES I AND MARY KAPLAN FOUNDATIIMAD; 0626E2QP111C000054 TRN: 0222307178FF YOUR REF: O/B CHEVY CHASE | | $25,000.00 |
| 06/26 | | DEPOSIT        1907<br>1 DAY FLOAT        06/27        $514,800.00<br>2 DAY FLOAT        06/30        $26,588.00 | | $541,388.00 |
| 06/26 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $6,599,514.00 RATE=01.48% FOR INVESTMENT DATED 06/25/08. REF=CPSWP062508 TRN: 1781000827XP YOUR REF: 31Y9970827178 | | $271.31 |
| 06/26 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080625 TO 080626 RATE 2.0001 TRN: 0817800106AN YOUR REF: NC7820180626081 | | $65,003,611.31 |
| 06/26 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 3536900178JK YOUR REF: M009504342670136 | $220,000,000.00 | |
| 06/26 | | FEDWIRE DEBIT VIA: FST REP BK SF/321081669 A/C: MOT FAMILY INVESTORS,LTD,L.P. IMAD: 0626B1OGC01C003017 TRN: 1735300178JO YOUR REF: MOTFAM | $3,000,000.00 | |
| 06/26 | | FEDWIRE DEBIT VIA: NORTHERN CHGO/071000152 A/C: INCOMING TRUST WIRE ACCOUNT BEN: LCL FAMILY LIMITED PARTNERSHIPREF/TIME/11:12 IMAD: 0626B1QGC01C003018 TRN: 1735400178JO YOUR REF: LCLFLP | $1,000,000.00 | |
| 06/26 | | CHIPS DEBIT VIA: CITIBANK/0008 A/C: JAMES P. MARDEN SSN: 0282167 TRN: 1735500178JO YOUR REF: JPMARD | $250,000.00 | |
| 06/26 | | BOOK TRANSFER DEBIT A/C: COUTTS AND CO LONDON UNITED KINGDOM EC2M -4BA BEN:/246081633 ASSOCIADOS INVESTIMENTO LTD TRN: 1735500178JO YOUR REF: ASSOCNEW | $105,000.00 | |

**JPMorganChase O**

May 31, 2008 -
June 30, 2008

**Page 50 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/26 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080626 TO 080627 RATE 1.9001 TRN: 0817800320AN YOUR REF: ND958760062608 | $160,000,000.00 | |
| 06/26 | | FUNDING XFER TO 006301428151509 TRN: 0190000231RF | | $3,242,154.84 |
| 06/26 | | PURCHASE OF SECURITIES GIS REF: T308178BOEH CUSTODY ACT: G 13414 PURC TD: 06/26/08 SETTLE DATE: 06/26/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G70 UNITED STATES TREASURY BILLS UNITED TRN: 0000070448ST | $49,776,923.61 | |
| 06/26 | | PURCHASE OF SECURITIES GIS REF: T308178BOEO CUSTODY ACT: G 13414 PURC TD: 06/26/08 SETTLE DATE: 06/26/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G70 UNITED STATES TREASURY BILLS UNITED TRN: 0000070449ST | $49,776,923.61 | |
| 06/26 | | PURCHASE OF SECURITIES GIS REF: T308178BOFG CUSTODY ACT: G 13414 PURC TD: 06/26/08 SETTLE DATE: 06/26/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G70 UNITED STATES TREASURY BILLS UNITED TRN: 0000070450ST | $49,776,923.61 | |
| 06/26 | | PURCHASE OF SECURITIES GIS REF: T308178BOFW CUSTODY ACT: G 13414 PURC TD: 06/26/08 SETTLE DATE: 06/26/08BKR: NATIONAL FINL SVCS CORP UNITS: 50,000,000.00 CUSIP NO: 912795G70 UNITED STATES TREASURY BILLS UNITED TRN: 0000070451ST | $49,776,923.61 | |
| 06/26 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062608 . YOUR REF: 31Y9996969178 | $10,758,772.00 | |
| 06/26 | | CLOSING LEDGER BALANCE | *** Balance *** | $541,388.36 |
| 06/26 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.36 |
| 06/27 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062608 . TRN: 1782003358XN YOUR REF: 31Y9996969178 | | $10,758,772.00 |
| 06/27 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4365000179JK YOUR REF: 00405351 | | $400,151,866.67 |

JPMSAB0004306

**JPMorganChase** ⚪

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/27 | | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH/0799 B/O: 33A AVENUE J F KENNEDY L-1855 BOURG REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=/5391750LUXALPHASICAVFUND BOURG OGB=UBS LUXEMBOURG S.A. LUXEMBOURG LUXSSN: 0029193 TRN: 0288000179FC YOUR REF: 9615480-00140421 | | $14,999,980.00 |
| 06/27 | | FED WIRE CREDIT VIA: PARADISE BANK/067015795 B/O: HOWARD S GOLDSMITH BOCA RATON FL 33496-2315 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B PARADISE BAN OBI=F/F/C: HOWARD AND SUSAN GOLDSMITH 1-IMAD: 0827QMGFT007000755 TRN: 0260307179FF YOUR REF: O/B PARADISE BAN | | $180,000.00 |
| 06/27 | | DEPOSIT          1908 1 DAY FLOAT          06/30          $173,338.60 | | $201,890.60 |
| 06/27 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $10,756,772.00 RATE=01.57% FOR INVESTMENT DATED 06/26/08. REF=CPSWP062608 TRN: 1791000843XP YOUR REF: 31Y9970843179 | | $469.11 |
| 06/27 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080626 TO 080627 RATE 1.9001 TRN: 0817900172AN YOUR REF: NC9587600627081 | | $160,008,444.89 |
| 06/27 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 4366600179JK YOUR REF: M01111139527770394 | $325,000,000.00 | |
| 06/27 | | FEDWIRE DEBIT VIA: NORTHERN INTL NYC/026001122 A/C: FORTIS PRIME FUND SOLUTIONS BA(IRELAND) LIMITED BEN: HARLEY INTL (CAYMAN) LTD IMAD: 0627B1QGC06C002055 TRN: 0768500179JO YOUR REF: HARLEY | $120,000,000.00 | |
| 06/27 | | BOOK TRANSFER DEBIT A/C: STERLING METS L P FLUSHING NY 11368- TRN: 0768600179JO YOUR REF: STERLING | $16,000,000.00 | |
| 06/27 | | FEDWIRE DEBIT VIA: CITIBANK NYC/021000089 A/C: LANX BM INVESTMENTS LLC IMAD: 0627B1QGC05C001917 TRN: 0768700179JO YOUR REF: LANXBM | $15,000,000.00 | |

08-01789-cgm    Doc 19839-34    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AH
THIS PAGE IS PART OF A SINGLE DOCUMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08                                    Pg 76 of 79                                    18Dec08-344

**JPMorganChase** ⬤

May 31, 2008 –
June 30, 2008

Page 52 of 55

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/27 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: GRACE AND COMPANY IMAD: 0627B1QGC02C001954 TRN: 0768800179JO YOUR REF: GRACE | $3,100,000.00 | |
| 06/27 | | FEDWIRE DEBIT VIA: CY NATL BK LA/122016066 A/C: MARK HUGH CHAIS REF:/TIME/09:43 IMAD: 0627B1QGC05C001918 TRN: 0758900179JO YOUR REF: MARKCHAI | $900,000.00 | |
| 06/27 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: WELLS FARGO BK NA ABA-121042882 BEN: JELRIS AND ASSOCIATES SAN RAFAEL,CA 94903 IMAD: 0627B1QGC01C002300 TRN: 0769000179JO YOUR REF: CAP OF 08/06/27 | $800,000.00 | |
| 06/27 | | FEDWIRE DEBIT VIA: COMMERCE NORTH/021200957 A/C: ERIC LIPKIN IMAD: 0627B1QGC05C001919 TRN: 0769100179JO YOUR REF: ERICLIP | $720,000.00 | |
| 06/27 | | FEDWIRE DEBIT VIA: WELLS FARGO NA/121000248 A/C: EJS AND ASSOCIATES IMAD: 0627B1QGC06C002054 TRN: 0769200179JO YOUR REF: EJSASS | $600,000.00 | |
| 06/27 | | BOOK TRANSFER DEBIT A/C: 00000000066196221 TRN: 0769300179JO YOUR REF: CAP OF 08/06/27 | $500,000.00 | |
| 06/27 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4BB UNITED KINGDOM REF: BNF-SORT CODE 56-00-20, HOLBORN CIRCUS BRANCH TRN: 0769400179JO YOUR REF: LORDJAKE | $486,000.00 | |
| 06/27 | | BOOK TRANSFER DEBIT A/C: NATIONAL WESTMINSTER BANK PLC LONDON EC2M 4BB UNITED KINGDOM REF: BNF-SORT CODE 56-00-20, HOLBORN CIRCUS BRANCH TRN: 0769500179JO YOUR REF: LORDJAKE | $300,000.00 | |
| 06/27 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080627 TO 080630 RATE 1.9003 TRN: 0817900370AN YOUR REF: ND111964709227081 | $95,000,000.00 | |
| 06/27 | | FUNDING XFER TO 006301428151509 TRN: 0190000236RF | $1,621,100.00 | |
| 06/27 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062708 . YOUR REF: 31Y999703919179 | $6,613,585.00 | |
| 06/27 | | **CLOSING LEDGER BALANCE** | *** Balance *** | $199,926.63 |
| 06/27 | | **CLOSING COLLECTED BALANCE** | *** Balance *** | $.63 |

JPMSAB0004308

**JPMorganChase ○**

May 31, 2008 -
June 30, 2008

**Page 53 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/30 | | RETURN OF PRINCIPAL - END-OF-DAY SWEEP JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP062708 . TRN: 1792003416XN YOUR REF: 31Y9997039179 | | $6,613,585.00 |
| 06/30 | | BOOK TRANSFER CREDIT B/O: CHASE BANK USA NA NEWARK DE 19711- ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5272800182JK YOUR REF: 00536691 | | $435,164,937.50 |
| 06/30 | | CHIPS CREDIT VIA: HSBC BANK USA/0108 B/O: ALPHA PRIME EQ HEDGED FUND USDREF: NBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=ALPHA PRIME EQ HEDGED FUND/AC-1FR097 ORG=/G8HBEU58782745 ALPHA PRIME EQ HEDGED FUND USD OGB=HSBC BANK PLCSSN: 0396656 TRN: 7067100182FC YOUR REF: 7X30068HB3013657 | | $21,000,000.00 |
| 06/30 | | FED WIRE CREDIT VIA: HSBC BANK USA/021001088 B/O: EQUITY TRADING PORTFOLIO LTD INARITAWEG 165 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=EQUITY TRADING PORTFOLIO FUND LTD/AC-1FR124 RFB=CF5332310IMAD: 0630B1Q8984C009225 TRN: 0622609182FF YOUR REF: CF53323102A | | $6,000,000.00 |
| 06/30 | | FED WIRE CREDIT VIA: MELLON TRUST OF NEW ENGLAND/011001234 B/O: WOLPOW MARC B-CUST 101 HUNTINGTON AVE., 24TH FLOOR REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARC B WOLPOW/AC-1-W0100-3-0 RFB=O/B MELLON TRUST BBI=/TIIMAD: 0630A1QCI28C005285 TRN: 1080207182FF YOUR REF: O/B MELLON TRUST | | $5,931,000.00 |
| 06/30 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: KAEMPFER MANAGEMENT SERVICES, ARLINGTON, VA 22202 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=ACCT 1-EM443-3-0 OBI=1700 K STREET ASSOCIATES LLC - ACCT#IMAD: 0630E3B75D5C002360 TRN: 0984513182FF YOUR REF: ACCT 1-EM443-3-0 | | $1,400,000.00 |

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

**Page 54 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/30 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA/051400549 B/O: KAEMPFER MANAGEMENT SERVICES, ARLINGTON, VA 22202 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=20002030KAEMPFER OBI=FBO: 1919 M STREET ASSOCIATES ACCT#11MAD: 0630E3B75D5C002430 TRN: 1027902182FF YOUR REF: 20002030KAEMPFER | | $500,000.00 |
| 06/30 | | BOOK TRANSFER CREDIT B/O: NEPHROLOGY ASSOCIATES P C NEW ROCHELLE NY 10804-2216 REF: FBO NEPHROLOGY ASSOCIATES PC PENSION PLAN 1-CM135-3-0/BNF/FBO NEPHROLOGY ASSOCIATES, PC PENSION PLAN 1-CM135-3-0 TRN: 0322000182ES YOUR REF: BPL OF 08/06/30 | | $410,000.00 |
| 06/30 | | BOOK TRANSFER CREDIT B/O: NATIONAL FINANCIAL SERVICES LLBOSTON MA 02109-3614 ORG:/X082178671 MARLENE B STRAUSS OGB: NATIONAL FINANCIAL SERVICES COBANK RECONCILIATION D-7 REF: FBO MARLENE STRAUSS ACCT 1-S0453-3-0 TRN: 9998100182FT YOUR REF: SWF OF 08/06/30 | | $100,000.00 |
| 06/30 | | DEPOSIT          1909<br>1 DAY FLOAT      07/01     $1,600,177.98<br>2 DAY FLOAT      07/02       $106,027.33<br>3 DAY FLOAT      07/03         $6,600.00 | | $1,712,805.31 |
| 06/30 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL= $6,813,585.00 RATE=01.87% FOR INVESTMENT DATED 06/27/08. REF=CPSWP062708 TRN: 1821000897XP YOUR REF: 31Y9970897182 | | $1,030.62 |
| 06/30 | | JPMORGAN CHASE & CO ADVANCE REF: TO REPAY YOUR DEPOSIT FR 080627 TO 080630 RATE 1.9003 TRN: 0818200140AN YOUR REF: NC11196470630081 | | $95,015,044.04 |
| 06/30 | | BOOK TRANSFER DEBIT A/C: D323522645 CHUSA CAYMAN ORG: JPMORGAN CHASE BANK NEW YORK NY 10004 OGB: SHORT TERM DERIVATIVES (TUFFS)NEW YORK NY 10004 TRN: 5275900182JK YOUR REF: M012778903070062 | $385,000,000.00 | |
| 06/30 | | CHIPS DEBIT VIA: HSBC BANK USA/0108 A/C: HONGKONG AND SHANGHAI BANKING HONG KONG BEN: OPTIMA LIMITED PARTNERSHIP SSN: 0378329 TRN: 1385000182JO YOUR REF: OPTIMALTD | $600,000.00 | |

08-01789-cgm    Doc 19839-34    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AH
Pg 79 of 79
18-Dec-08
THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344
18Dec08-344

**JPMorganChase** 

May 31, 2008 -
June 30, 2008

**Page 55 of 55**

**Account Number**
00000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

### Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/30 | | JP MORGAN CHASE & CO DEP TAKEN REF: TO ESTABLISH YOUR DEPOSIT FR 080630 TO 080701 RATE 1.9601 TRN: 0818200730AN YOUR REF: ND1285849063081 | $170,000,000.00 | |
| 06/30 | | FUNDING XFER TO 00630142815509 TRN: 0190000235RF | $1,749,926.16 | |
| 06/30 | | END-OF-DAY INVESTMENT SWEEP TO JPMORGAN CHASE & CO COMMERCIAL PAPER. CPSWP063008 . YOUR REF: 31Y9997047182 | $14,985,598.00 | |
| 06/30 | | CLOSING LEDGER BALANCE | *** Balance *** | $1,712,804.94 |
| 06/30 | | CLOSING COLLECTED BALANCE | *** Balance *** | $.94 |

### Checks Paid

| Check | Date Paid | Amount | Check | Date Paid | Amount | Check | Date Paid | Amount |
|---|---|---|---|---|---|---|---|---|
| 15498 | 06/03 | $2,000.00 | 15502* | 06/12 | $3,000.00 | 15506* | 06/25 | $2,500.00 |
| 15500* | 06/05 | $2,500.00 | 15504* | 06/17 | $1,500.00 | | | |

| Total | 5 check(s) | | | | | | | $11,500.00 |

* indicates gap in sequence

Your service charges, fees and earnings credit have been calculated through account analysis.

JPMSAB0004311