# EXHIBIT AI

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,        Adv.Pro.No.
  v.                     08-01789(SMB)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

------------------------------------x

In Re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated         Adv.Pro.Nos.
SIPA Liquidation of Bernard L.         Listed on
Madoff Investment Securities LLC       Exhibit A
and Bernard L. Madoff,                 Attached Hereto

        Plaintiff,
  v.

DEFENDANTS IN ADVERSARY PROCEEDINGS
LISTED ON EXHIBIT A ATTACHED HERETO,

        Defendants.

------------------------------------x

Deposition of:
JOANN CRUPI
May 23, 2019

Page 2

1        Videotaped Deposition of JOANN CRUPI, as
2   reported by NANCY C. BENDISH, Certified Court
3   Reporter, RMR, CRR and Notary Public of the
4   States of New York and New Jersey, at DUANE
5   MORRIS, One Riverfront Plaza, Newark, New Jersey,
6   on Thursday, May 23, 2019, commencing at 9:55 a.m.
7
8
    A P P E A R A N C E S:
9
10       BAKER HOSTETLER, LLP
         45 Rockefeller Plaza
11       New York, New York  10111
         BY:  JAMES H. ROLLINSON, ESQ.
12                jrollinson@bakerlaw.com
              TERRY BRENNAN, ESQ.
13                tbrennan@bakerlaw.com
         For Plaintiff Irving Picard, Trustee
14       for the Substantially Consolidated
         SIPA Liquidation of BLMIS and the
15       Estate of Bernard L. Madoff
16
         YOUNG CONAWAY STARGATT & TAYLOR, LLP
17       Rodney Square
         1000 North King Street
18       Wilmington, Delaware  19801
         BY:  MICHAEL S. NEIBURG, ESQ.
19                mneiburg@ycst.com
              TARA C. PAKROUH, ESQ. (p.m. only)
20           (Via Telephone)
                 tpakrouh@ycst.com
21       Co-Counsel for Plaintiff,
         Irving Picard, Trustee
22
23
24
25

```
 1   A P P E A R A N C E S (Cont'd):

 2
         CHAITMAN, LLP
 3       465 Park Avenue
         New York, New York  10022
 4       BY:  HELEN DAVIS CHAITMAN, ESQ.
                  hchaitman@chaitmanllp.com
 5       For a number of Clawback Defendants

 6
         DUANE MORRIS, LLP
 7       One Riverfront Plaza
         1037 Raymond Boulevard
 8       Newark, New Jersey  07102
         BY:  ERIC R. BRESLIN, ESQ.
 9                ERBreslin@duanemorris.com
         For the Witness, Joann Crupi
10

11
     ALSO PRESENT:
12

13       CHARLES BOWMAN, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

Page 4

|   | ADV.PRO. NO. | CASE NAME |
|---|---|---|
| 1. | 10-04341 | Marden, et al. |
| 2. | 10-04343 | Patrice Auld, et al. |
| 3. | 10-04348 | Marden Family Limited Partnership, et al. |
| 4. | 10-04361 | Harvey L. Werner Revocable Trust, et al. |
| 5. | 10-04384 | Lanx BM Investments, LLC, et al. |
| 6. | 10-04397 | Fern C. Palmer Revocable Trust Dtd 12/31/9, et al. |
| 7. | 10-04417 | The Lustig Family 1990 Trust, et al. |
| 8. | 10-04438 | Estate of Seymour Epstein, et al. |
| 9. | 10-04446 | Trust Dated 12/6/99 Walter and Eugenie Kissinger, et al. |
| 10. | 10-04539 | The Gerald and Barbara Keller Family Trust, et al. |
| 11. | 10-04545 | Jerome Goodman, et al. |
| 12. | 10-04554 | David Ivan Lustig |
| 13. | 10-04561 | Jeffrey R. Werner 11/1/98 Trust, et al. |
| 14. | 10-04610 | The Whitman Partnership, et al. |
| 15. | 10-04655 | Jaffe Family Investment Partnership, et al. |
| 16. | 10-04709 | Andrew M. Goodman |
| 17. | 10-04718 | The Jordan H. Kart Revocable Trust, et al. |
| 18. | 10-04752 | Kuntzman Family LLC, et al. |

EXHIBIT A: ADVERSARY PROCEEDINGS

08-01789-cgm    Doc 19839-35    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AI
Pg 6 of 12
Picard v Defendants on Exhibit A                    Joann Crupi 5/23/2019

Page 5

```
 1        EXHIBIT A:    ADVERSARY PROCEEDINGS (Cont'd)
 2
          ADV.PRO.            CASE NAME
 3          NO.
 4
     19. 10-04762    James M. Goodman
 5
     20. 10-04809    Edyne Gordon NTC
 6
     21. 10-04823    Frank DiFazio, et al.
 7
     22. 10-04826    Boyer Palmer
 8
     23. 10-04837    Leslie Ehrlich f/k/a Leslie
 9                   Harwood, et al.
10   24. 10-04905    Train Klan, a Partnership, et al.
11   25. 10-04914    Edyne Gordon
12   26. 10-04931    Cantor, et al.
13   27. 10-04961    Sylvan A1ssociates LLC f/k/a
                     Sylvan Associates Ltd
14
                     Partnership, et al.
15   28. 10-04979    James M. 2New Trust dtd
                     3/19/01, et al.
16
     29. 10-04991    Guiducci Family Limited
17                   Partnership, et al.
18   30. 10-05048    Estate of Armand L.
                     Greenhall, et al.
19
     31. 10-05104    The Gloria Albert Sandler and
20                   Maurice Sandler Revocable
                     Living Trust
21
     32. 10-05118    Charlotte M. Marden
22
     33. 10-05124    The Lawrence J. Ryan and
23                   Theresa R. Ryan Revocable
                     Living Trust, et al.
24
     34. 10-05127    Atwood Management Profit Sharing
25                   Plan & Trust, etc., et al.
```

Page 6

```
 1         EXHIBIT A:    ADVERSARY PROCEEDINGS (Cont'd)
 2
           ADV.PRO.              CASE NAME
 3           NO.
 4
      35. 10-05128    JABA Associates LP, et al.
 5
      36. 10-05133    Boyer H. Palmer, individually, et al.
 6
      37. 10-05150    Plafsky Family LLC Retirement
 7                   Plan, Robert Plafsky, et al.
 8    38. 10-05151    Palmer Family Trust, et al.
 9    39. 10-05157    The Harnick Brothers Partnership,
                     et al.
10
      40. 10-05168    Bernard Marden Profit Sharing
11
      41. 10-05194    Bruce D. Pergament, et al.
12
      42. 10-05196    Whitman 1990 Trust U/A DTD
13                   4/13/90, et al.
14    43. 10-05384    Neil Reger Profit Sharing
                     Keogh, et al.
15
      44. 10-05394    Richard M. Glantz, et al.
16
      45. 10-05435    Keith Schaffer, et al.
17
      46. 10-05439    Avram J. Goldberg, individually
18                   and in his capacity as trust
                     officer
19
20
21
22
23
24
25
```

08-01789-cgm    Doc 19839-35    Filed 10/09/20    Entered 10/09/20 14:54:11    Exhibit AI
Pg 8 of 12
Picard v Defendants on Exhibit A           Joann Crupi 5/23/2019

Page 7

```
 1                       I N D E X
 2   WITNESS                                    EXAMINATION
 3
     JOANN CRUPI
 4
           By Mr. Rollinson.....................9,183
 5
           By Ms. Chaitman...................160,184
 6
 7
 8
 9                     E X H I B I T S
10   NUMBER            DESCRIPTION                      PAGE
11
     P-53    Notice of Deposition....................10
12
     P-14A   Blowup of MADTSS00976560 in P-14.......60
13
     P-14B   Blowup of MADTSS00976561 in P-14.......83
14
     P-14C   Blowup of MADTSS00976559 in P-14.......84
15
     P-54    Customer Ledger MF00368931-935.........91
16
     P-55    Customer Ledger MF00371493.............96
17
     P-56    Document MADTSS01362494.   ............131
18
     P-27A   Blowup of MADTSS01059414 in P-27......137
19
     P-57    Document MADTSS01309801...............152
20
     P-58    Documents MADTBB01911127-145..........156
21
     P-59    Document MADTSS01309950...............157
22
23          (Previously marked Exhibits P-5, P-6,
     P-7, P-14, P-15, P-16, P-27, P-28, P-29, P-33,
24   P-40, P-41 and P-46 were also referenced and are
     attached hereto.)
25
```

Page 165

```
 1                MR. BRESLIN:  Answer the question.
 2          A.    He would have other people write
 3    it up but based on his information that he gave
 4    them.
 5          Q.    So he would say to someone else,
 6    write up a ticket, I'm buying $600 million of
 7    T-bills through JPMorgan Chase, or whatever it
 8    was?
 9          A.    It was never that side of it.
10    What we did was the allocation of whatever he
11    did.  You know what I mean?  If he said there
12    were 600 million T-bills to buy, he gave the one
13    slot, the one piece of information at what price
14    on what day and then he'd tell us if I had to
15    purchase stuff for, you know, people who were in
16    my venue, he'd say use this date, this was
17    bought on this date, and we just allocated to
18    those certain customers based on his
19    information.
20          Q.    Okay.  So he would tell you which
21    customers to allocate the T-bills to?
22          A.    Yes.
23          Q.    Now, looking at P-56, do you see
24    there are two lines that name Norman Levy?
25          A.    Yes.
```

Page 188

1                          ERRATA SHEET
2
    WITNESS NAME:   JOANN CRUPI
3
    PAGE/LINE              CHANGE                  REASON
4
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

```
 1                       JURAT
 2            I, JOANN CRUPI, have read the
 3    foregoing deposition and hereby affix my
 4    signature that same is true and correct, except
 5    as noted above.
                                  _____
 6                                JOANN CRUPI
 7
      THE STATE OF _____
 8
      COUNTY OF _____
 9
10         Before me, _____, on this
11    day personally appeared _____,
12    known to me (or proved to me on the oath of or
13    through _____ (description of identity
14    card or other document) to be the person whose
15    name is subscribed to the foregoing instrument
16    and acknowledged to me that he/she executed the
17    same for the purpose and consideration therein
18    expressed.
19          Given under my hand and seal of office on
20    this _____ day of _____, _____.
21
22                              _____
                                NOTARY PUBLIC IN AND FOR
23                              THE STATE OF_____
24
25    My Commission Expires: _____.
```

```
 1                REPORTER'S CERTIFICATION
 2
 3              I, NANCY C. BENDISH, Certified
 4    Court Reporter and Notary Public of the States
 5    of New York and New Jersey, do hereby certify
 6    that, prior to the commencement of the
 7    aforementioned examination, JOANN CRUPI was
 8    sworn by me to testify the truth, the whole
 9    truth and nothing but the truth.
10              I DO FURTHER CERTIFY that the
11    foregoing is a true and accurate transcript of
12    the testimony as taken stenographically by and
13    before me at the time, place, and on the date
14    hereinbefore set forth.
15              I DO FURTHER CERTIFY that I am
16    neither a relative nor employee nor attorney nor
17    counsel of any party in this action and that I
18    am neither a relative nor employee of such
19    attorney or counsel, and that I am not
20    financially interested in the event nor outcome
21    of this action.
22                              _____
23                              NANCY C. BENDISH, CCR, RMR, CRR
                                Realtime Systems Administrator
24                              Certificate No. XI00836
25    Dated:  May 24, 2019
```