# EXHIBIT AL

## EPSTEIN - ACCOUNT NUMBER ICM049 – T-BILL MATCHES

| | DATE T-BILLS CREDITED TO ACCOUNT | AMOUNT OF T-BILLS CREDITED | VALUE OF T-BILLS CREDITED | DATE/AMOUNT TRANSFERRED FROM ACCOUNT | VALUE AT TRANSFER | GAIN | SOURCE | CUSIP NO | TAB NO. |
|---|---|---|---|---|---|---|---|---|---|
| | December 10, 2004 | 475,000 (due 2/3/05) (Trans. No. 39640) | $ 473,499 | December 31, 2004 475,000 (due 2/3/05) were transferred (Trans. No. 76188) | $ 474,259 | $760 | On December 9, 2004 100,000,000 (due 2/3/05) were purchased from Morgan Stanley for $99,688,905 | CUSIP No. 912795RY9 - (due 2/3/05) | 1 |
| | [MDPTPP00665912] | [MDPTPP00665912] | [MDPTPP00665912] | [MDPTPP00665912] | [MDPTPP00665912] | | [MSYSAD0000225]  On the maturity date of February 3, 2005 the full 100,000,000 were redeemed at face value  [MSYSAB0000297] | | |
| | | **Total number credited: 475,000** | **Total value credited: $473,499** | **Total number transferred out: 475,000** | **Total value transferred out: $474,259** | **Total gain: $760** | | | |

| DATE T-BILLS CREDITED TO ACCOUNT | AMOUNT OF T-BILLS CREDITED | VALUE OF T-BILLS CREDITED | DATE/AMOUNT TRANSFERRED FROM ACCOUNT | VALUE AT TRANSFER | GAIN | SOURCE | CUSIP NO | TAB NO. |
|---|---|---|---|---|---|---|---|---|
| September 22, 2004 | 500,000 (due 12/16/04) (Trans. No. 96867) | $ 498,065 | November 8, 2004 500,000 (due 12/16/04) were transferred (Trans. No. 14825) | $ 499,030 | $965 | On September 2, 2004 75,000,000 (due 12/16/04) were purchased from Morgan Stanley for $74,666,405 | CUSIP No. 912795RR4 (due 12/16/04) | 2 |
| [MDPTPP00665896] | [MDPTPP00665896] | [MDPTPP00665896] | [MDPTPP00665904] | [MDPTP00665904] | | [MSYSAD0000215] | | |
| | | | | | | On the maturity date of December 16, 2004, the full 75,000,000 were redeemed at face value | | |
| | | | | | | [MSYSAD0000225] | | |
| | **Total number credited: 500,000** | **Total value credited: $498,065** | **Total number transferred out: 500,000** | **Total value transferred out: $499,030** | **Total gain: $965** | | | |

**Total gain:**
**$ 1,725**

# TAB 1
# CUSIP NO. 912795RY9

SEYMOUR EPSTEIN

12/31/04        3

650 PARK AVE APT 18C
NEW YORK            NY 10021                                    1-CM049-3-0      REDACTED-9503

| Date | | | Description | | Price | Amount | Credit |
|------|---|---|-------------|---|-------|--------|--------|
| 12/10 | | | INTERNATIONAL BUSINESS MACHS<br>DIV 11/10/04 12/10/04 | DIV | | | 64.80 |
| 12/10 | 475,000 | | 39640 U S TREASURY BILL<br>DUE 02/03/2005<br>2/03/2005 | | 99.684 | 473,499.00 | |
| 12/10 | 475,000 | | 43918 U S TREASURY BILL<br>DUE 2/10/2005<br>2/10/2005 | | 99.640 | 473,290.00 | |
| 12/10 | 46,870 | | 48196 FIDELITY SPARTAN<br>U S TREASURY MONEY MARKET | | 1 | 46,870.00 | |
| 12/13 | | | 3M COMPANY<br>DIV 11/19/04 12/12/04 | DIV | | | 58.32 |
| 12/15 | | | COCA COLA CO<br>DIV 12/01/04 12/15/04 | DIV | | | 130.50 |
| 12/16 | | | HOME DEPOT INC<br>DIV 12/02/04 12/16/04 | DIV | | | 41.31 |
| 12/17 | | | AMERICAN INTL GROUP INC<br>DIV 12/03/04 12/17/04 | DIV | | | 41.85 |
| 12/22 | | | BANK OF AMERICA<br>DIV 12/03/04 12/22/04 | DIV | | | 396.90 |
| 12/31 | | 475,000 | 76188 U S TREASURY BILL<br>DUE 02/03/2005<br>2/03/2005 | | 99.844 | | 474,259.00 |
| 12/31 | | 475,000 | 80390 U S TREASURY BILL<br>DUE 2/10/2005<br>2/10/2005 | | 99.801 | | 474,054.75 |

CONTINUED ON PAGE    4

MDPTPP00665912

## STATEMENT OF YOUR ACCOUNT
### *FOR MONTH ENDING DECEMBER 31, 2004*

BERNARD L MADOFF

Account Number
REDACTED 005

# DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|------|----------|----------|-------------|-------|--------|--------------|
| | | | CLOSING BALANCE AS OF 11/30 | | | .00 |
| 10/29 | Dividend | | LIQUID ASSET FUND | | +13,068.96 | .00 |
| | Direct Purchase | 13068.960 | LIQUID ASSET FUND | 1.00 | -13,068.96 | .00 |
| | | | REINVESTMENT | | | .00 |
| 11/30 | Dividend | | LIQUID ASSET FUND | | +16,391.04 | .00 |
| | Direct Purchase | 16391.040 | LIQUID ASSET FUND | 1.00 | -16,391.04 | .00 |
| | | | REINVESTMENT | | | .00 |
| 12/09 | Sold | 100000000 | US TSY BILL     00000  04DE09 | 100.00 | +100,000,000.00 | +100,000,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +100,000,000.00 |
| | Bought | 100000000 | US TSY BILL     00000  05FB03 | 99.6889 | -99,688,905.00 | +311,095.00 |
| | | | DISCOUNT YIELD 2 | | | +311,095.00 |
| 12/10 | Bought | 311095 | LIQUID ASSET FUND | 1.00 | -311,095.00 | .00 |
| 12/16 | Sold | 75000000 | US TSY BILL     00000  04DE16 | 100.00 | +75,000,000.00 | +75,000,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +75,000,000.00 |
| | Bought | 75000000 | US TSY BILL     00000  05FB10 | 99.6936 | -74,770,205.00 | +229,795.00 |
| | | | DISCOUNT YIELD 1.9700 | | | +229,795.00 |
| 12/17 | Bought | 229795 | LIQUID ASSET FUND | 1.00 | -229,795.00 | .00 |
| 12/22 | Withdrawal | | WIRED FUNDS SENT | | -4,304,000.00 | -4,304,000.00 |
| | | | BENE: BERNARD MADOFF INV SEC | | | -4,304,000.00 |
| | | | ACCT: 8661126621 | | | -4,304,000.00 |
| | Sold | 4304000 | LIQUID ASSET FUND | 1.00 | +4,304,000.00 | .00 |
| 12/31 | Dividend | | LIQUID ASSET FUND | | +16,798.68 | .00 |
| | Direct Purchase | 16798.680 | LIQUID ASSET FUND | 1.00 | -16,798.68 | .00 |
| | | | REINVESTMENT | | | .00 |
| | | | CLOSING BALANCE AS OF 12/31 | | | +.00 |

## Morgan Stanley Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| LIQUID ASSET FUND | 100,245.39 | 0.00 | 0.00 | Reinvest Dividends |

Investments and services are offered through Morgan     Stanley DW Inc., member SIPC.

MSYSAD0000225

**STATEMENT OF YOUR ACCOUNT**
*FOR MONTH ENDING FEBRUARY 28, 2005*

PAGE 2 OF 6

BERNARD L MADOFF

Account Number
REDACTED

# DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance | |
|------|----------|----------|-------------|-------|--------|--------------|---|
| | | | CLOSING BALANCE AS OF 1/31 | | | | .00 |
| 2/03 | Sold | 100000000 | US TSY BILL 00000 05FB03 | 100.00 | +100,000,000.00 | +100,000,000.00 | |
| | | | U.S. TREASURY REDEMPTION | | | +100,000,000.00 | |
| | Bought | 100000000 | US TSY BILL 00000 05AP21 | 99.4995 | -99,499,505.00 | +500,495.00 | |
| | | | DISCOUNT YIELD 2.3400 | | | +500,495.00 | |
| 2/04 | Bought | 500495 | LIQUID ASSET FUND | 1.00 | -500,495.00 | | |
| 2/10 | Sold | 75000000 | US TSY BILL 00000 05FB10 | 100.00 | +75,000,000.00 | .00 | |
| | | | U.S. TREASURY REDEMPTION | | | +75,000,000.00 | |
| | | | | | | +75,000,000.00 | |
| | Bought | 75000000 | US TSY BILL 00000 05AP21 | 99.5469 | -74,660,180.00 | +339,820.00 | |
| | | | DISCOUNT YIELD 2.3300 | | | +339,820.00 | |
| 2/11 | Bought | 339820 | LIQUID ASSET FUND | 1.00 | -339,820.00 | .00 | |
| 2/28 | Taxable Interest | | US TSY NOTE 2000 05AU31 | | +750,000.00 | +750,000.00 | |
| | Dividend | | LIQUID ASSET FUND | | +16,227.17 | +750,000.00 | |
| | Direct Purchase | 16227.170 | LIQUID ASSET FUND | 1.00 | -16,227.17 | +750,000.00 | |
| | | | REINVESTMENT | | | +750,000.00 | |
| | | | CLOSING BALANCE AS OF 2/28 | | | +750,000.00 | |

| **Morgan Stanley Fund Summary** | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---------------------------------|---------------|---------------|-----------|----------|
| LIQUID ASSET FUND | | 31,428.08 | 0.00 | 0.00 Reinvest Dividends |
| *Totals* | | $31,428.08 | $0.00 | $0.00 |

Investments and services are offered through Morgan    Stanley DW Inc., member SIPC.

MS 0000297

MSYSAB0000297

CUSIP No. 912795RY9 – (due 2/3/2005)

| CUSIP | Security Type | Security Term | Auction Date | Issue Date | Maturity Date | Price per $100 |
|-------|---------------|---------------|--------------|------------|---------------|----------------|
| 912795RY9 | Bill | 4-Week | 1/4/2005 | 1/6/2005 | 2/3/2005 | 99.844444 |
| 912795RY9 | Bill | 13-Week | 11/1/2004 | 11/4/2004 | 2/3/2005 | 99.507083 |
| 912795RY9 | Bill | 26-Week | 8/2/2004 | 8/5/2004 | 2/3/2005 | 99.123 |

# TAB 2
# CUSIP NO. 912795RR4

SEYMOUR EPSTEIN

9/30/04          3

650 PARK AVE APT 18C
NEW YORK          NY 10021                    1-CM049-3-0    REDACTED-9503

| Date | | | | | | |
|------|---------|------------|---------------------------|--------|------------|-----------|
| 9/22 | | 969 87296 | WAL-MART STORES INC | 52.830 | | 51,192.27 |
| 9/22 | | 665 90806 | JOHNSON & JOHNSON | 58.620 | | 38,982.30 |
| 9/22 | | 1,482 91565 | EXXON MOBIL CORP | 48.430 | | 71,773.26 |
| 9/22 | | 817 95075 | J.P. MORGAN CHASE & CO | 39.730 | | 32,459.41 |
| 9/22 | | 551 99344 | COCA COLA CO | 40.510 | | 22,321.01 |
| 9/22 | 500,000 | 1118 | U S TREASURY BILL | 99.573 | 497,865.00 | |
| | | | DUE 12/23/04 | | | |
| | | | 12/23/2004 | | | |
| 9/22 | 28,174 | 5811 | FIDELITY SPARTAN | 1 | 28,174.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| 9/22 | 500,000 | 96867 | U S TREASURY BILL | 99.613 | 498,065.00 | |
| | | | DUE 12/16/2004 | | | |
| | | | 12/16/2004 | | | |
| 9/23 | | | CHECK | CW | 55,000.00 | |
| 9/24 | | | BANK OF AMERICA | DIV | | 410.40 |
| | | | DIV 9/03/04 9/24/04 | | | |
| 9/30 | | | FIDELITY SPARTAN | DIV | | 46.38 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 09/30/04 | | | |
| 9/30 | | | PEPSICO INC | DIV | | 87.40 |
| | | | DIV 9/10/04 9/30/04 | | | |
| 9/30 | | 64,615 10475 | FIDELITY SPARTAN | 1 | | 64,615.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 9/30 | 9,662 | 10798 | FIDELITY SPARTAN | 1 | 9,662.00 | |
| | | | U S TREASURY MONEY MARKET | | | |

CONTINUED ON PAGE    4

MDPTPP00665896

SEYMOUR EPSTEIN

11/30/04        2

650 PARK AVE APT 18C
NEW YORK        NY 10021              1-CM049-3-0      REDACTED-9503

| | | | | | | |
|---|---|---|---|---|---|---|
| 11/08 | 450 | | 69836 | THE WALT DISNEY CO | 25.550 | 11,497.50 |
| 11/08 | 414 | | 72530 | U S BANCORP | 28.870 | 11,952.18 |
| 11/08 | 2,304 | | 74115 | GENERAL ELECTRIC CO | 34.160 | 78,704.64 |
| 11/08 | 378 | | 76809 | VIACOM INC | 36.560 | 13,819.68 |
| | | | | CLASS B NON VOTING SHS | | |
| 11/08 | 486 | | 78394 | HOME DEPOT INC | 40.960 | 19,906.56 |
| 11/08 | 594 | | 81088 | VERIZON COMMUNICATIONS | 40.450 | 24,027.30 |
| 11/08 | 648 | | 82673 | HEWLETT PACKARD CO | 19.020 | 12,324.96 |
| 11/08 | 360 | | 85367 | WELLS FARGO & CO NEW | 59.860 | 21,549.60 |
| 11/08 | 360 | | 86952 | INTERNATIONAL BUSINESS MACHS | 91.130 | 32,806.80 |
| 11/08 | 918 | | 89646 | WAL-MART STORES INC | 54.120 | 49,682.16 |
| 11/08 | 1,404 | | 91231 | INTEL CORP | 22.580 | 31,702.32 |
| 11/08 | 1,422 | | 93925 | EXXON MOBIL CORP | 48.810 | 69,407.82 |
| 11/08 | 648 | | 95510 | JOHNSON & JOHNSON | 59.240 | 38,387.52 |
| 11/08 | 774 | | 99789 | J.P. MORGAN CHASE & CO | 38.720 | 29,969.28 |
| 11/08 | | | | FIDELITY SPARTAN | DIV | 14.21 |
| | | | | U S TREASURY MONEY MARKET | | |
| | | | | DIV 11/08/04 | | |
| 11/08 | | 13,650 | 10578 | FIDELITY SPARTAN | 1 | 13,650.00 |
| | | | | U S TREASURY MONEY MARKET | | |
| 11/08 | | 500,000 | 14825 | U S TREASURY BILL | 99.806 | 499,030.00 |
| | | | | DUE 12/16/2004 | | |
| | | | | 12/16/2004 | | |
| 11/08 | | 500,000 | 18575 | U S TREASURY BILL | 99.765 | 498,825.00 |
| | | | | DUE 12/23/04 | | |
| | | | | 12/23/2004 | | |

CONTINUED ON PAGE    3

MDPTPP00665904

BERNARD L MADOFF

Account Number
REDACTED  005

# DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance |
|------|----------|----------|-------------|-------|--------|--------------|
| | | | CLOSING BALANCE AS OF  8/31 | | | 750,000.00 |
| 9/02 | Sold | 75000000 | US TSY BILL        00000  04SP02 | 100.00 | +75,000,000.00 | +75,750,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +75,750,000.00 |
| | Bought | 75000000 | US TSY BILL        00000  04DE16 | 99.5552 | -74,666,405.00 | +1,083,595.00 |
| | | | DISCOUNT YIELD 1.5250 | | | +1,083,595.00 |
| 9/03 | Bought | 1083595 | LIQUID ASSET FUND | 1.00 | -1,083,595.00 | .00 |
| 9/16 | Sold | 50000000 | US TSY BILL        00000  04SP16 | 100.00 | +50,000,000.00 | +50,000,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +50,000,000.00 |
| | Bought | 50000000 | US TSY BILL        00000  05JA06 | 99.4882 | -49,744,105.00 | +255,895.00 |
| | | | DISCOUNT YIELD 1.6450 | | | +255,895.00 |
| 9/17 | Bought | 255895 | LIQUID ASSET FUND | 1.00 | -255,895.00 | .00 |
| 9/23 | Sold | 50000000 | US TSY BILL        00000  04SP23 | 100.00 | +50,000,000.00 | +50,000,000.00 |
| | | | U.S. TREASURY REDEMPTION | | | +50,000,000.00 |
| | Bought | 50000000 | US TSY BILL        00000  05JA13 | 99.4789 | -49,739,455.00 | +260,545.00 |
| | | | DISCOUNT YIELD 1.6750 | | | +260,545.00 |
| 9/24 | Bought | 260545 | LIQUID ASSET FUND | 1.00 | -260,545.00 | .00 |
| 9/30 | Dividend | | LIQUID ASSET FUND | | +10,714.58 | .00 |
| | Direct Purchase | 10714.580 | LIQUID ASSET FUND | 1.00 | -10,714.58 | .00 |
| | | | REINVESTMENT | | | .00 |
| | | | CLOSING BALANCE AS OF  9/30 | | | +.00 |

### Morgan Stanley Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features | |
|---|---|---|---|---|---|
| LIQUID ASSET FUND | | 53,986.71 | 0.00 | 0.00 | Reinvest Dividends |
| **Totals** | | $53,986.71 | $0.00 | $0.00 | |

MSYSAD0000215

BERNARD L MADOFF                                                Account Number
                                                          REDACTED  005

# DAILY ACTIVITY DETAILS

| Date | Activity | Quantity | Description | Price | Amount | Cash Balance | |
|------|----------|----------|-------------|-------|--------|--------------|---|
| | | | CLOSING BALANCE AS OF 11/30 | | | +13,068.96 | .00 |
| 10/29 | Dividend | | LIQUID ASSET FUND | | | +13,068.96 | .00 |
| | Direct Purchase | 13068.960 | LIQUID ASSET FUND | 1.00 | -13,068.96 | | .00 |
| | | | REINVESTMENT | | | | .00 |
| 11/30 | Dividend | | LIQUID ASSET FUND | | +16,391.04 | | .00 |
| | Direct Purchase | 16391.040 | LIQUID ASSET FUND | 1.00 | -16,391.04 | | .00 |
| | | | REINVESTMENT | | | | .00 |
| 12/09 | Sold | 100000000 | US TSY BILL      00000  04DE09 | 100.00 | +100,000,000.00 | +100,000,000.00 | |
| | | | U.S. TREASURY REDEMPTION | | | +100,000,000.00 | |
| | Bought | 100000000 | US TSY BILL      00000  05FB03 | 99.6889 | -99,688,905.00 | +311,095.00 | |
| | | | DISCOUNT YIELD 2 | | | +311,095.00 | |
| 12/10 | Bought | 311095 | LIQUID ASSET FUND | 1.00 | -311,095.00 | | .00 |
| 12/16 | Sold | 75000000 | US TSY BILL      00000  04DE16 | 100.00 | +75,000,000.00 | +75,000,000.00 | |
| | | | U.S. TREASURY REDEMPTION | | | +75,000,000.00 | |
| | Bought | 75000000 | US TSY BILL      00000  05FB10 | 99.6936 | -74,770,205.00 | +229,795.00 | |
| | | | DISCOUNT YIELD 1.9700 | | | +229,795.00 | |
| 12/17 | Bought | 229795 | LIQUID ASSET FUND | 1.00 | -229,795.00 | | .00 |
| 12/22 | Withdrawal | | WIRED FUNDS SENT | | -4,304,000.00 | -4,304,000.00 | |
| | | | BENE: BERNARD MADOFF INV SEC | | | -4,304,000.00 | |
| | | | ACCT: 8661126621 | | | -4,304,000.00 | |
| | Sold | 4304000 | LIQUID ASSET FUND | 1.00 | +4,304,000.00 | | .00 |
| 12/31 | Dividend | | LIQUID ASSET FUND | | +16,798.68 | | .00 |
| | Direct Purchase | 16798.680 | LIQUID ASSET FUND | 1.00 | -16,798.68 | | .00 |
| | | | REINVESTMENT | | | | .00 |
| | | | CLOSING BALANCE AS OF 12/31 | | | +.00 | |

## Morgan Stanley Fund Summary

| | YTD Dividends | YTD Cap Gains | YTD Taxes | Features |
|---|---|---|---|---|
| LIQUID ASSET FUND | 100,245.39 | 0.00 | 0.00 | Reinvest Dividends |

Investments and services are offered through Morgan       Stanley DW Inc., member SIPC.

CUSIP No. 912795RR4 Maturity date: 12/16/2004

| CUSIP | Security Type | Security Term | Auction Date | Issue Date | Maturity Date | Price per $100 |
|---|---|---|---|---|---|---|
| 912795RR4 | Bill | 4-Week | 11/19/2004 | 11/23/2004 | 12/16/2004 | 99.877014 |
| 912795RR4 | Bill | 13-Week | 9/13/2004 | 9/16/2004 | 12/16/2004 | 99.585 |
| 912795RR4 | Bill | 26-Week | 6/14/2004 | 6/17/2004 | 12/16/2004 | 99.13 |