# EXHIBIT AM

```
STEPHEN EHRLICH
& LESLIE EHRLICH                                              12/31/03         1

48 EAST 91ST STREET
NEW YORK            NY 10128                       1-ZA911-3-0    REDACTED 1551


                         BALANCE FORWARD                                  74,515.60
12/01                    INTEL CORP                    DIV                    28.44
                         DIV 11/07/03 12/01/03
12/01                    WELLS FARGO & CO NEW          DIV                   162.00
                         DIV 11/07/03 12/01/03
12/04                    PFIZER INC                    DIV                   256.50
                         DIV 11/14/03 12/04/03
12/09                    JOHNSON & JOHNSON             DIV                   155.52
                         DIV 11/18/03 12/09/03
12/10                    EXXON MOBIL CORP              DIV                   364.50
                         DIV 11/12/03 12/10/03
12/10                    INTERNATIONAL BUSINESS MACHS  DIV                    60.48
                         DIV 11/10/03 12/10/03
12/12                    3M COMPANY                    DIV                    59.40
                         DIV 11/21/03 12/12/03
12/31                    FIDELITY SPARTAN              DIV                    10.66
                         U S TREASURY MONEY MARKET
                         DIV 12/31/03
12/31                    TRANS TO 40 ACCT              JRNL      74,515.00
12/31         18,038  87 FIDELITY SPARTAN              1                  18,038.00
                         U S TREASURY MONEY MARKET
12/31        950,000 7178 U S TREASURY BILL            99.755            947,672.50
                         DUE 04/08/2004
                              4/08/2004

                         CONTINUED ON PAGE    2
```

MDPTPP06599307

```
       STEPHEN EHRLICH
       & LESLIE EHRLICH                                                          12/31/03            2

       48 EAST 91ST STREET
       NEW YORK          NY 10128                                1-ZA911-3-0      REDACTED-9551


12/31     475,000          12800 U S TREASURY BILL              99.718         473,660.50
                                 DUE 4/22/2004
                                          4/22/2004
12/31     475,000          17137 U S TREASURY BILL              99.700         473,575.00
                                 DUE 4/29/2004
                                          4/29/2004
12/31      19,573          21563 FIDELITY SPARTAN                  1            19,573.00
                                 U S TREASURY MONEY MARKET

                                 NEW BALANCE                                                   .10

                                 SECURITY POSITIONS          MKT PRICE
           19,573                FIDELITY SPARTAN               1
                                 U S TREASURY MONEY MARKET
          475,000                U S TREASURY BILL            99.718
                                 DUE 4/22/2004
                                          4/22/2004
          475,000                U S TREASURY BILL            99.700
                                 DUE 4/29/2004
                                          4/29/2004

                                 MARKET VALUE OF SECURITIES
                                     LONG             SHORT
                                 966,808.50
```

MDPTPP06599308

```
STEPHEN EHRLICH
& LESLIE EHRLICH                                                    12/31/03          3

48 EAST 91ST STREET
NEW YORK        NY 10128                        1-ZA911-3-0    REDACTED-9551
```

YEAR-TO-DATE SUMMARY

| | |
|---|---:|
| DIVIDENDS | 9,218.58 |
| GROSS PROCEEDS FROM SALES | 13,282,141.78 |

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                    12/31/04           1
AND JUNE DICK TIC
196 OCEAN AVENUE
WOODMERE            NY 11598                       1-CM325-3-0    REDACTED 1219


                              BALANCE FORWARD                    68,179.47

12/31                         FIDELITY SPARTAN        DIV                            14.98
                              U S TREASURY MONEY MARKET
                              DIV 12/31/04
12/31                         TRANS FROM 40 ACCT      JRNL                       68,180.00
12/31             2,506 71173 FIDELITY SPARTAN         1                          2,506.00
                              U S TREASURY MONEY MARKET
12/31   2,521           96726 FIDELITY SPARTAN         1          2,521.00
                              U S TREASURY MONEY MARKET

                              NEW BALANCE                                              .51

                              SECURITY POSITIONS    MKT PRICE
         2,521                FIDELITY SPARTAN         1
                              U S TREASURY MONEY MARKET

                              MARKET VALUE OF SECURITIES
                                    LONG           SHORT
                                 2,521.00
```

MDPTPP01154021

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                    12/31/04       2
AND JUNE DICK TIC
196 OCEAN AVENUE
WOODMERE         NY 11598                        1-CM325-3-0    REDACTED-0219
```

YEAR-TO-DATE SUMMARY

| | |
|---|---:|
| DIVIDENDS | 9,615.44 |
| GROSS PROCEEDS FROM SALES | 9,802,761.70 |

MDPTPP01154022

```
JACOB M DICK
REV LIVING TRUST DTD 4/6/01                                    12/31/04         1
AND JUNE DICK TIC
196 OCEAN AVENUE
WOODMERE         NY 11598                    1-CM325-4-0    REDACTED-0219


                              BALANCE FORWARD                          68,180.00
12/31                         TRANS TO 30 ACCT    JRNL     68,180.00

                              NEW BALANCE
```

MDPTPP01154023

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                                    12/31/04      1     Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS           MN 55405                         1-T0004-3-0       REDACTED 7963


                                       BALANCE FORWARD                 9,125,256.89

12/01                                  NOV MARGIN INTEREST       INT      35,626.00
12/03      45,000            85755     NETWORK APPLIANCE INC    29.990  1,349,550.00
12/10                                  UNITED STATES STEEL CORP  DIV                    325.00
                                       DIV 11/17/04 12/10/04
12/10                                  DIV ADJ 11/17/04 12/10/04 X  JRNL     325.00
12/21                                  NEWMONT MNG CORP          DIV                  9,500.00
                                       DIV 12/01/04 12/21/04
12/21                                  DIV ADJ 12/01/04 12/21/04 NEM  JRNL  8,000.00
12/22                                  CHECK                     CW       51,400.00
12/31                                  DEC MARGIN INTEREST       INT      42,115.16

                                       NEW BALANCE                    10,602,448.05

                                       SECURITY POSITIONS      MKT PRICE
           23,000                      AETNA INC                124.750
           20,000                      EBAY INC                 116.280
           45,000                      NETWORK APPLIANCE INC     33.220
           95,000                      NEWMONT MNG CORP          44.410
          130,000                      NEXTEL COMMUNICATIONS     30
            6,500                      UNITED STATES STEEL CORP  51.250

                                       MARKET VALUE OF SECURITIES
                                             LONG             SHORT
                                       15,141,825.00
```

MDPTPP05517918

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                              12/31/04      2      Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405                  1-T0004-3-0     REDACTED 7963
```

YEAR-TO-DATE SUMMARY

| | | |
|---|---:|---:|
| DIVIDENDS | | 28,195.00 |
| MARGIN INTEREST | 381,126.47 | |
| GROSS PROCEEDS FROM SALES | | 7,610,995.28 |

MDPTPP05517919