# EXHIBIT AN

```
        SEYMOUR EPSTEIN                                                11/30/06           1

        650 PARK AVE APT 18C
        NEW YORK           NY 10021                      1-CM049-3-0    *******9503


                                        BALANCE FORWARD                  34,314.86
11/20                                   FIDELITY SPARTAN         DIV                    10.00
                                        U S TREASURY MONEY MARKET
                                        DIV 11/20/06
11/20                    25,000     647 U S TREASURY BILL        99.006             24,751.50
                                        DUE 02/01/2007
                                             2/01/2007
11/20     25,000                   3800 U S TREASURY BILL        98.710   24,677.50
                                        DUE 2/22/2007
                                             2/22/2007
11/20      3,218                   6556 FIDELITY SPARTAN         1         3,218.00
                                        U S TREASURY MONEY MARKET
11/20                     3,944  96178 FIDELITY SPARTAN          1                   3,944.00
                                        U S TREASURY MONEY MARKET
11/21                       540  10869 VERIZON COMMUNICATIONS    35.950             19,392.00
11/21     19,392                  17715 FIDELITY SPARTAN         1        19,392.00
                                        U S TREASURY MONEY MARKET
11/22                                   CITI GROUP INC           DIV                   448.35
                                        DIV 11/06/06 11/22/06
11/22                                   MERRILL LYNCH & CO INC   DIV                    41.25
                                        DIV 11/03/06 11/22/06
11/27                                   FIDELITY SPARTAN         DIV                    17.72
                                        U S TREASURY MONEY MARKET
                                        DIV 11/27/06
```

CONTINUED ON PAGE     2

MDPTPP00666050

```
SEYMOUR EPSTEIN                                                     11/30/06         2

650 PARK AVE APT 18C
NEW YORK              NY 10021                       1-CM049-3-0    *******9503


11/27                      22,610 22269 FIDELITY SPARTAN         1                    22,610.00
                                        U S TREASURY MONEY MARKET
11/27                      25,000 26745 U S TREASURY BILL       98.813                24,703.25
                                        DUE 2/22/2007
                                                    2/22/2007
11/27      25,000                 30451 U S TREASURY BILL       98.718    24,679.50
                                        DUE 3/01/2007
                                                    3/01/2007
11/27      22,651                 34436 FIDELITY SPARTAN         1        22,651.00
                                        U S TREASURY MONEY MARKET
11/30                                   FIDELITY SPARTAN        DIV                         8.73
                                        U S TREASURY MONEY MARKET
                                        DIV 11/30/06
11/30                      22,651 51673 FIDELITY SPARTAN         1                    22,651.00
                                        U S TREASURY MONEY MARKET
11/30      23,149                 56293 FIDELITY SPARTAN         1        23,149.00
                                        U S TREASURY MONEY MARKET

                                        NEW BALANCE                       33,504.06

                                        SECURITY POSITIONS    MKT PRICE
           720                          AT&T INC               33.910
           285                          ABBOTT LABORATORIES    46.660
           390                          ALTRIA GROUP INC       84.210
           225                          AMERICAN EXPRESS COMPANY 58.720
```

CONTINUED ON PAGE    3

MDPTPP00666051

```
SEYMOUR EPSTEIN                                                      11/30/06           3

650 PARK AVE APT 18C
NEW YORK              NY 10021                        1-CM049-3-0    *******9503


        480              AMERICAN INTL GROUP INC   70.320
        210              AMGEN INC                 71
        840              BANK OF AMERICA           53.850
        405              CHEVRON CORP              72.320
      1,140              CISCO SYSTEMS INC         26.880
        915              CITI GROUP INC            49.590
        375              COCA COLA CO              46.830
        375              COMCAST CORP              40.460
                         CL A
      1,095              EXXON MOBIL CORP          76.810
      1,905              GENERAL ELECTRIC CO       35.280
         75              GOLDMAN SACHS GROUP INC  194.800
        510              HEWLETT PACKARD CO        39.460
        375              HOME DEPOT INC            37.970
      1,065              INTEL CORP                21.350
        285              INTERNATIONAL BUSINESS MACHS 91.920
        630              J.P. MORGAN CHASE & CO    46.280
        540              JOHNSON & JOHNSON         65.910
        405              MERCK & CO                44.510
        165              MERRILL LYNCH & CO INC    87.430
      1,590              MICROSOFT CORP            29.330
        195              MORGAN STANLEY            76.160
        750              ORACLE CORPORATION        19.030
        300              PEPSICO INC               61.970
      1,350              PFIZER INC                27.490
```

CONTINUED ON PAGE    4

MDPTPP00666052

```
SEYMOUR EPSTEIN                                              11/30/06         4

650 PARK AVE APT 18C
NEW YORK            NY 10021                    1-CM049-3-0    *******9503


        585              PROCTER & GAMBLE CO          62.790
        210              SCHLUMBERGER LTD             68.480
     23,149              FIDELITY SPARTAN                  1
                         U S TREASURY MONEY MARKET
        750              TIME WARNER INC              20.140
        195              UNITED PARCEL SVC INC        77.920
                         CLASS B
     25,000              U S TREASURY BILL            98.764
                         DUE 3/01/2007
                                3/01/2007
        180              UNITED TECHNOLOGIES CORP     64.530
        360              WACHOVIA CORP NEW            54.190
        450              WAL-MART STORES INC          46.100
        615              WELLS FARGO & CO NEW         35.240

                         MARKET VALUE OF SECURITIES
                              LONG              SHORT
                         996,384.80
```

MDPTPP00666053

```
SEYMOUR EPSTEIN
                                                            11/30/06           5

650 PARK AVE APT 18C
NEW YORK              NY 10021                   1-CM049-3-0    *******9503


                         YEAR-TO-DATE SUMMARY

              DIVIDENDS                                             15,647.62
              GROSS PROCEEDS FROM SALES                          6,633,706.38
```

MDPTPP00666054