# EXHIBIT AP

```
SHELBURNE SHIRT
C/O SEYMOUR EPSTEIN                                                11/30/06         1

650 PARK AVENUE APT 18C
NEW YORK            NY 10021                       1-CM005-3-0    ******8694


                                  BALANCE FORWARD                 43,537.08

11/20                             FIDELITY SPARTAN    DIV                            45.35
                                  U S TREASURY MONEY MARKET
                                  DIV 11/20/06
11/20   16,795         6534       FIDELITY SPARTAN    1          16,795.00
                                  U S TREASURY MONEY MARKET
11/20           17,883 96155      FIDELITY SPARTAN    1                          17,883.00
                                  U S TREASURY MONEY MARKET
11/21              756 10846      VERIZON COMMUNICATIONS 35.950                  27,148.20
11/21   25,000         15213      U S TREASURY BILL   98.726     24,681.50
                                  DUE 2/22/2007
                                      2/22/2007
11/21    2,466         17693      FIDELITY SPARTAN    1           2,466.00
                                  U S TREASURY MONEY MARKET
11/22                             CITI GROUP INC      DIV                           627.69
                                  DIV 11/06/06 11/22/06
11/22                             MERRILL LYNCH & CO INC DIV                         57.75
                                  DIV 11/03/06 11/22/06
11/27                             FIDELITY SPARTAN    DIV                            16.88
                                  U S TREASURY MONEY MARKET
                                  DIV 11/27/06
11/27           19,261 22246      FIDELITY SPARTAN    1                          19,261.00
                                  U S TREASURY MONEY MARKET
11/27           25,000 26723      U S TREASURY BILL   98.813                     24,703.25
                                  DUE 2/22/2007
                                      2/22/2007

                                  CONTINUED ON PAGE      2
```

```
        SHELBURNE SHIRT
        C/O SEYMOUR EPSTEIN                                              11/30/06         2

        650 PARK AVENUE APT 18C
        NEW YORK              NY 10021                        1-CM005-3-0    ******8694


11/27      25,000              30428 U S TREASURY BILL         98.718      24,679.50
                                     DUE 3/01/2007
                                              3/01/2007
11/27      19,302              34413 FIDELITY SPARTAN            1         19,302.00
                                     U S TREASURY MONEY MARKET
11/30                                FIDELITY SPARTAN          DIV                         7.44
                                     U S TREASURY MONEY MARKET
                                     DIV 11/30/06
11/30              19,302      51651 FIDELITY SPARTAN            1                    19,302.00
                                     U S TREASURY MONEY MARKET
11/30      19,995              56270 FIDELITY SPARTAN            1         19,995.00
                                     U S TREASURY MONEY MARKET

                                     NEW BALANCE                           42,403.52

                                     SECURITY POSITIONS       MKT PRICE
            1,008                    AT&T INC                   33.910
              399                    ABBOTT LABORATORIES        46.660
              546                    ALTRIA GROUP INC           84.210
              315                    AMERICAN EXPRESS COMPANY   58.720
              672                    AMERICAN INTL GROUP INC    70.320
              294                    AMGEN INC                  71
            1,176                    BANK OF AMERICA            53.850
              567                    CHEVRON CORP               72.320
            1,596                    CISCO SYSTEMS INC          26.880

                                     CONTINUED ON PAGE      3
```

```
SHELBURNE SHIRT
C/O SEYMOUR EPSTEIN                                              11/30/06           3

650 PARK AVENUE APT 18C
NEW YORK            NY 10021                         1-CM005-3-0     ******8694


      1,281               CITI GROUP INC              49.590
        525               COCA COLA CO                46.830
        525               COMCAST CORP                40.460
                          CL A
      1,533               EXXON MOBIL CORP            76.810
      2,667               GENERAL ELECTRIC CO         35.280
        105               GOLDMAN SACHS GROUP INC    194.800
        714               HEWLETT PACKARD CO          39.460
        525               HOME DEPOT INC              37.970
      1,491               INTEL CORP                  21.350
        399               INTERNATIONAL BUSINESS MACHS 91.920
        882               J.P. MORGAN CHASE & CO      46.280
        756               JOHNSON & JOHNSON           65.910
        567               MERCK & CO                  44.510
        231               MERRILL LYNCH & CO INC      87.430
      2,226               MICROSOFT CORP              29.330
        273               MORGAN STANLEY              76.160
      1,050               ORACLE CORPORATION          19.030
        420               PEPSICO INC                 61.970
      1,890               PFIZER INC                  27.490
        819               PROCTER & GAMBLE CO         62.790
        294               SCHLUMBERGER LTD            68.480
     19,995               FIDELITY SPARTAN                 1
                          U S TREASURY MONEY MARKET
      1,050               TIME WARNER INC             20.140

                          CONTINUED ON PAGE     4
```

MDPTPP00585204

```
SHELBURNE SHIRT
C/O SEYMOUR EPSTEIN                                                      11/30/06         4

650 PARK AVENUE APT 18C
NEW YORK              NY 10021                              1-CM005-3-0     ******8694


         273                     UNITED PARCEL SVC INC        77.920
                                 CLASS B
      25,000                     U S TREASURY BILL            98.764
                                 DUE 3/01/2007
                                          3/01/2007
         252                     UNITED TECHNOLOGIES CORP     64.530
         504                     WACHOVIA CORP NEW            54.190
         630                     WAL-MART STORES INC          46.100
         861                     WELLS FARGO & CO NEW         35.240

                                 MARKET VALUE OF SECURITIES
                                        LONG              SHORT
                                 1,372,648.72
```

MDPTPP00585205

```
SHELBURNE SHIRT
C/O SEYMOUR EPSTEIN                                           11/30/06        5

650 PARK AVENUE APT 18C
NEW YORK          NY 10021                       1-CM005-3-0    ******8694


                         YEAR-TO-DATE SUMMARY

             DIVIDENDS                                              20,614.09
             GROSS PROCEEDS FROM SALES                           9,009,443.04
```

MDPTPP00585206