# EXHIBIT AQ

**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC, <br><br> Plaintiff, <br><br> v. <br><br> ESTATE OF SEYMOUR EPSTEIN, MURIEL EPSTEIN, as Executrix of the Estate of Seymour Epstein, and as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, HERBERT C. KANTOR, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, and SHELBURNE SHIRT COMPANY, INC., <br><br> Defendants. | Adv. Pro. No. 10-04438 (SMB) |

{00029049 1}

## DECLARATION OF JEFFREY J. CRONIN, CPA, CFE, CFF

1. I am a Certified Public Accountant and Partner with the firm Buchbinder Tunick & Company LLP. My Office address is One Pennsylvania Plaza, Suite 3500, New York, NY 10119.

2. The focus of my practice is the preparation of federal and state tax returns for individuals, trusts, partnerships, LLC's, estates and small businesses.

3. Since on or before 1993 through the present date, I have performed tax preparation services for the Shelburne Shirt Company, Inc.

4. My tax services have included the preparation of tax returns for Seymour Epstein.

5. In order to prepare Exhibit A, I, or a member of my firm, utilized the annual Madoff Portfolio Management Report (PMR) statements of income to determine, to the best of our knowledge, the total income received and the total taxes paid.

6. For years subsequent to 2002, the income shown on Exhibit A includes the Madoff income reported to Seymour Epstein and Shelburne Shirt Company, Inc. The income reported to Seymour Epstein and Shelburne Shirt Company, Inc., as shown, was reported on the tax returns filed with the Internal Revenue Service and the State of New York and the representative allocation income was reported to each member/partner in accordance with their ownership interest in Shelburne Shirt Company, Inc..

7. Throughout the years reflected on Exhibit A, my firm applied that year's maximum statutory income tax rates for both Federal and New York State calculations, which was a reasonable assumption based on our knowledge of Seymour Epstein and Shelburne Shirt Company, Inc.'s filed tax returns. Accordingly, to the best of my knowledge, this information is accurate and complete.

8. Exhibit A attached hereto shows that Seymour Epstein and the partners and/or

{00029049 1 }

members of Shelburne Shirt Company, Inc. income resulting from their investment in Bernard L. Madoff Investment Securities totaled approximately $1,952,043 and would have paid $870,483 in total federal and state income taxes on reported gains, interest and dividend income from their Madoff investment account for years 1993 through 2002.

9. I am aware that the IRS issued a ruling in 2009 allowing investors in Bernard L. Madoff Investment Securities to file for a refund for the years 2003 and later. Seymour Epstein and Shelburne Shirt Company, Inc. did file for refunds based on this ruling, and therefore the taxes paid for the period 2003 and later are not included on Exhibit A.

10. Exhibit A incorporates the varying tax rates, tax brackets, and taxable income from Bernard L. Madoff Investment Securities. The impact of the alternative minimum tax has not been included, but doing so would not significantly change the analysis. Exhibit A also excludes the impact any adjustment in reported income in one year might make with respect to carryover gains, losses, and itemized deductions in subsequent years.

December 27, 2017

Jeffrey J. Cronin, CPA, CFE, CFF

{00029049 1}

EXHIBIT A

Epstein, S. and Shelburn Shirt, et al
Adv. Case Number 10-04438
Schedule of Taxes Paid on Madoff Investment
1993-2008

| Year | S. Epstein Madoff Account 1CM049 | Federal Taxes | State Taxes | Total Combined Taxes | Shelburne Shirt Madoff Account 1CM005 | Federal Taxes | State Taxes | Total Combined Taxes | Total Combined Accounts | Total Combined Federal and State Taxes |
|---|---|---|---|---|---|---|---|---|---|---|
| 1993 | 57,399 | 22,730 | 3,932 | 26,662 | 15,689 | 2,353 | 1,075 | 3,428 | 73,088 | 30,090 |
| 1994 | 56,436 | 22,349 | 3,866 | 26,215 | 38,817 | 5,823 | 2,659 | 8,482 | 95,253 | 34,697 |
| 1995 | 72,530 | 28,722 | 4,968 | 33,690 | 63,207 | 15,802 | 4,330 | 20,132 | 135,737 | 53,822 |
| 1996 | 89,502 | 35,443 | 6,131 | 41,574 | 75,033 | 25,511 | 5,140 | 30,651 | 164,535 | 72,225 |
| 1997 | 111,541 | 44,170 | 7,641 | 51,811 | 96,803 | 32,913 | 6,631 | 39,544 | 208,344 | 91,355 |
| 1998 | 114,218 | 45,230 | 7,824 | 53,054 | 114,077 | 44,490 | 7,814 | 52,304 | 228,295 | 105,358 |
| 1999 | 142,551 | 56,450 | 9,765 | 66,215 | 142,430 | 55,548 | 9,756 | 65,304 | 284,981 | 131,519 |
| 2000 | 112,292 | 44,468 | 7,692 | 52,160 | 117,295 | 45,745 | 8,035 | 53,780 | 229,587 | 105,940 |
| 2001 | 113,104 | 44,789 | 7,748 | 52,537 | 137,905 | 53,783 | 9,446 | 63,229 | 251,009 | 115,766 |
| 2002 | 129,033 | 51,097 | 8,839 | 59,936 | 152,181 | 59,351 | 10,424 | 69,775 | 281,214 | 129,711 |
| Total | 998606 | 395,448 | 68,406 | 463,854 | 953437 | 341,319 | 65,310 | 406,629 | 1,952,043 | 870,483 |