# EXHIBIT AS

```
                                                   Page 1

  1       UNITED STATES BANKRUPTCY COURT
           SOUTHERN DISTRICT OF NEW YORK
  2
       ----------------------------------X
  3                                       :
       SECURITIES INVESTOR PROTECTION     :
  4    CORPORATION,                        :
                                          :
  5                Plaintiff-Applicant,   :
                                          :
  6         -vs-                          :  08-01789 (SMB)
                                          :
  7    BERNARD L. MADOFF INVESTMENT       :
       SECURITIES, LLC,                   :
  8                                       :
                   Defendant.             :
  9                                       :
       ----------------------------------X
 10                                       :
       In re:                             :
 11                                       :
       BERNARD L. MADOFF,                 :
 12                                       :
                   Debtor.                :
 13                                       :
       ----------------------------------X
 14
 15
 16            DEPOSITION OF BERNARD L. MADOFF
 17
                    (Taken by the Customers)
 18
                    Butner, North Carolina
 19
                       June 15, 2016
 20
 21
 22
 23
 24    Reported by:  Lisa A. DeGroat, RPR
                     Notary Public
 25
```

                                                    Page 2

1                       A P P E A R A N C E S
2

     For the Customers:
3

     HELEN DAVIS CHAITMAN, Esq.
4    GREGORY M. DEXTER, Esq.
     Chaitman, L.L.P.
5    465 Park Avenue
     New York, New York  10022
6    (908) 303-4568
     hchaitman@chaitmanllp.com
7

8    For the Trustee:
9    SEANNA R. BROWN, Esq.
     AMY VANDERWAL, Esq.
10   Baker & Hostetler, L.L.P.
     45 Rockefeller Plaza
11   New York, New York  10111
     (212) 589-4230
12   sbrown@bakerlaw.com
13

     The Videographer:
14

     Robert Collier
15

16

17

18

19         DEPOSITION OF BERNARD L. MADOFF,
20   taken by the Customers, at the Federal Correctional
21   Institution, Butner Medium I, Old NC Highway 75,
22   Butner, North Carolina, on the 15th day of June,
23   2016, at 8:50 a.m., before Lisa A. DeGroat,
24   Registered Professional Reporter and Notary Public.
25

Page 3

```
 1                   C O N T E N T S
 2    The Witness:  Bernard L. Madoff        Examination
 3    By Ms. Chaitman  . . . . . . . . . . . . . .    6
 4    By Ms. Brown   . . . . . . . . . . . . . .    68
 5    By Ms. Chaitman  . . . . . . . . . . . . . .  105
 6
 7
 8       I N D E X   O F   T H E   E X H I B I T S
 9    Madoff                          For Identification
10    Exhibit 1   Order Authorizing the Deposition  .    4
11    Exhibit 2   Declaration Opposing Trustee's
                  Treatment of Profit Withdrawals  .    9
12
      Exhibit 3   8/31/84 statement   . . . . . . .   14
13
      Exhibit 4   12/31/85 statement  . . . . . . .   28
14
      Exhibit 5   6/30/86 statement   . . . . . . .   30
15
      Exhibit 6   7/31/86 statement   . . . . . . .   33
16
      Exhibit 7   2/28/89 statement   . . . . . . .   34
17
      Exhibit 8   10/31/89 statement  . . . . . . .   35
18
      Exhibit 9   4/30/90 statement   . . . . . . .   37
19
      Exhibit 10  12/31/90 statement  . . . . . . .   61
20
      Exhibit 11  5/31/95 statement   . . . . . . .   61
21
      Exhibit 12  Declaration of Bernard L. Madoff  .   92
22
      Exhibit 13  Aaron Blecker file,
23                MADTBB01988418-MADTBB01988420   . .  101
24    Exhibit 14  Aaron Blecker file,
                  AMF00154125-AMF00154157   . . . . .  103
25
```

Page 52

1    A.    Yes.  You -- you --

2    Q.    Let me just finish.  1995, say.

3    A.    Right.

4    Q.    Are there any documentary records which

5    would prove what you're saying?

6    A.    They should all have been available, unless

7    they were, you know, destroyed or in part of the

8    record-retention process.  There would be blotters.

9    There would be cash receipts.

10         Depending upon whether the transaction went

11   through the clearing corporation or whether it was

12   just an over the -- over-the-window transaction, but

13   there would be debits and credits in the firm's bank

14   account.

15         Now, the convertible securities all went

16   through the Bank of New York.  They did not go

17   through, to my recollection, JPMorgan.  Those were

18   all -- all the investment advisory transactions,

19   which these would not be considered, going back to

20   the '80s, went through either Bank of New York,

21   Banker's Trust.

22         Man, we had -- we had a lot of banks, you

23   know.  There would -- there should be -- just as

24   there were, you know, transactions that went through

25   the clearing corp, which would have been NSCC or DTC

Page 110

1   STATE OF NORTH CAROLINA

2   COUNTY OF PERSON

3

4                CERTIFICATE OF TRANSCRIPT

5

6        I, Lisa A. DeGroat, a Court Reporter and

7   Notary Public in and for the aforesaid county and

8   state, do hereby certify that the foregoing

9   deposition of BERNARD L. MADOFF, was taken by me and

10  reduced to typewriting under my direction; and the

11  transcript is a true record of the testimony given

12  by the witness.

13       I further certify that I am neither attorney

14  or counsel for, nor related to or employed by any

15  attorney or counsel employed by the parties hereto

16  or financially interested in the action.

17       This the 16th day of June, 2016.

18

19

20

21

22  _____

23  LISA A. DeGROAT

    Registered Professional Reporter

24  Notary Public #19952760001

    Expiration Date:  December 8, 2020

25

Federal Rules of Civil Procedure

Rule 30

(e) Review By the Witness; Changes.

(1) Review; Statement of Changes. On request by the deponent or a party before the deposition is completed, the deponent must be allowed 30 days after being notified by the officer that the transcript or recording is available in which:

(A) to review the transcript or recording; and

(B) if there are changes in form or substance, to sign a statement listing the changes and the reasons for making them.

(2) Changes Indicated in the Officer's Certificate. The officer must note in the certificate prescribed by Rule 30(f)(1) whether a review was requested and, if so, must attach any changes the deponent makes during the 30-day period.

DISCLAIMER: THE FOREGOING FEDERAL PROCEDURE RULES ARE PROVIDED FOR INFORMATIONAL PURPOSES ONLY. THE ABOVE RULES ARE CURRENT AS OF SEPTEMBER 1, 2016. PLEASE REFER TO THE APPLICABLE FEDERAL RULES OF CIVIL PROCEDURE FOR UP-TO-DATE INFORMATION.

## VERITEXT LEGAL SOLUTIONS
### COMPANY CERTIFICATE AND DISCLOSURE STATEMENT

Veritext Legal Solutions represents that the foregoing transcript is a true, correct and complete transcript of the colloquies, questions and answers as submitted by the court reporter. Veritext Legal Solutions further represents that the attached exhibits, if any, are true, correct and complete documents as submitted by the court reporter and/or attorneys in relation to this deposition and that the documents were processed in accordance with our litigation support and production standards.

Veritext Legal Solutions is committed to maintaining the confidentiality of client and witness information, in accordance with the regulations promulgated under the Health Insurance Portability and Accountability Act (HIPAA), as amended with respect to protected health information and the Gramm-Leach-Bliley Act, as amended, with respect to Personally Identifiable Information (PII). Physical transcripts and exhibits are managed under strict facility and personnel access controls. Electronic files of documents are stored in encrypted form and are transmitted in an encrypted fashion to authenticated parties who are permitted to access the material. Our data is hosted in a Tier 4 SSAE 16 certified facility.

Veritext Legal Solutions complies with all federal and State regulations with respect to the provision of court reporting services, and maintains its neutrality and independence regardless of relationship or the financial outcome of any litigation. Veritext requires adherence to the foregoing professional and ethical standards from all of its subcontractors in their independent contractor agreements.

Inquiries about Veritext Legal Solutions' confidentiality and security policies and practices should be directed to Veritext's Client Services Associates indicated on the cover of this document or at www.veritext.com.