**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Bonnie Webster | 006225 100101 | 1843 | Phillips Nizer LLP | Bonnie T Webster | 1W0039 |
| Toby Lees | 002918 | 3003 | Becker & Poliakoff, LLP | Toby Lees | 1KW448 |