## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Bonnie Webster | 006225 100101 | 1843 | Phillips Nizer LLP | Bonnie T Webster | 1W0039 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| Gregg Felsen, in his capacity as Trustee of the FBO Trust U/A Arthur L. Felsen | 005726 | 2024 | Greene Espel PLLP | Millennium Trust Company, LLC FBO Arthur L Felsen (113312) | 1F0159 | **Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |
| Kerry A. Unflat, As Administratrix Of Estate Of M. Michael Unflat | 005099 | 2055 | Duane Morris LLP | Millennium Trust Company, LLC FBO M Michael Unflat (111683) | 1U0016 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection.<br><br>**Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |
| Miriam Cantor Siegman | 015350 100412 | 1029 | Phillips Nizer LLP | Miriam Cantor Siegman | 1S0259 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Toby Lees | 002918 | 3003 | Becker & Poliakoff, LLP | Toby Lees | 1KW448 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |