**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-1789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S THIRTY-THIRD OMNIBUS MOTION**
**TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND**
**OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES**

Upon consideration of the motion (the "Motion") [Docket No. __], by Irving H. Picard,

trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff

Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff")

(collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have

the Court affirm his claims determinations and overrule the related objections that appear to raise

customer-specific factual issues (the "Objections"); and the net winner Claims to be disallowed

and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in

Support of the Motion (the "Sehgal Declaration"), [Docket No. __]; and the net loser Claims

determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing that no other or further notice need be provided; and the Court having found and determined that the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate, creditors, and all parties in interest; and after due deliberation and sufficient cause appearing therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on Exhibits A and B hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibits A and B hereto are overruled; and it is further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters arising from or related to this Order.


Dated: _____, 2020
           New York, New York



_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Gregg Felsen, in his capacity as Trustee of the FBO Trust U/A Arthur L. Felsen | 005726 | 2024 | Greene Espel PLLP | Millennium Trust Company, LLC FBO Arthur L Felsen (113312) | 1F0159 |
| Kerry A. Unflat, As Administratrix Of Estate Of M. Michael Unflat | 005099 | 2055 | Duane Morris LLP | Millennium Trust Company, LLC FBO M Michael Unflat (111683) | 1U0016 |
| Miriam Cantor Siegman | 015350 100412 | 1029 | Phillips Nizer LLP | Miriam Cantor Siegman | 1S0259 |

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Bonnie Webster | 006225 100101 | 1843 | Phillips Nizer LLP | Bonnie T Webster | 1W0039 |
| Toby Lees | 002918 | 3003 | Becker & Poliakoff, LLP | Toby Lees | 1KW448 |