UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff-Applicant,<br><br>              v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>              Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>              Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS                    )
                                          ) ss:
COUNTY OF DALLAS           )

    TASSIE POWERS BARR, being duly sworn, deposes and says:

1.     I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.     I am over the age of eighteen years and am not a party to the above-captioned action.

3.     On October 09, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1.     TRUSTEE'S THIRTY-THIRD OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 19840)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-THIRD OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 19841)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-THIRD OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES
(Docket Number 19843)

Executed on October 12, 2020.

_____
Tassie Powers Barr

Sworn to and subscribed before me this 12th day of October, 2020

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)                                   Notary Public

2

# Exhibit A

Exhibit A
10/09/2020

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | Claimant |
| Becker & Poliakoff, LLP | Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| DUANE MORRIS LLP | PATRICIA H. HEER | 1540 BROADWAY | New York | NY | 10036-4086 | Counsel |
| Greene Espel PLLP | Lawrence M. Shapiro and Mark L. Johnson | 200 South Sixth Street, Suite 1200 | Minneapolis | MN | 55402 | Counsel |
| Phillips Nizer LLP | Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |