**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATIONS OF CERTAIN CUSTOMER CLAIMS

Donald A. Benjamin (the "Claimant"), having filed objections (Docket Nos. 291, 295, 399, and 400, respectively) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims #000141, 980, and 100120, respectively, hereby gives notice that he withdraws his respective objections.

Dated: October 14, 2020

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorneys for Claimant*