**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04362 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE ASSOCIATES, *et al*; | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04400 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE REALTY, *et al.,* | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION**
***IN LIMINE* NUMBER 1 TO ADMIT THE TRIAL**
<u>**TESTIMONY OF FRANK DIPASCALI**</u>

Upon consideration of the Trustee's Motion *in Limine* Number 1 To Admit the Trial

Testimony of Frank DiPascali (the "Motion") dated October 14, 2020, ECF No. ___, filed by

Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff

Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §

7aaa *et seq*., and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), the

Declaration of Seanna R. Brown in Support of the Motion dated October 14, 2020, ECF No. ___;

and it appearing that due and proper notice of the Motion and the relief requested therein having

been given, and no other further notice needing to be given; and a hearing having been held on

the Motion on _____ (the "Hearing"); and this Court having jurisdiction to consider the Motion

pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive

pleadings, the arguments of counsel at the Hearing and the record in this case; and for the reason

set forth in the transcript of the Hearing on the Motion, **IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is granted to the extent set forth

herein; and it is further

**ORDERED**, that the criminal trial testimony of Frank DiPascali and the referenced

criminal trial exhibits in *United States v. Bonventre*, No. 10-cr-228 (S.D.N.Y.), as presented in

the Declaration of Seanna R. Brown in Support of the Motion as Exhibits 1, 2 and 9 through 23,

are hereby admitted in the above-referenced adversary proceedings; and it is further

**ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and

provisions of this order.

Dated: _____, 2020
      New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE

4840-8906-1582.1