UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE ASSOCIATES, *et al*;<br><br><br><br>Defendants. | Adv. Pro. No. 10-04362 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE REALTY, *et al.,*<br><br>Defendants. | Adv. Pro. No. 10-04400 (SMB) |

**[PROPOSED] ORDER GRANTING TRUSTEE'S MOTION**
***IN LIMINE* NUMBER 2 TO EXCLUDE DEPOSITION**
<u>**TESTIMONY OF BERNARD L. MADOFF**</u>

Upon consideration of the Trustee's Motion *in Limine* Number 2 to Exclude the Deposition Testimony of Bernard L. Madoff (the "Motion") dated October 14, 2020, ECF No. ___, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 7aaa *et seq*., and the substantively consolidated estate of Bernard L. Madoff ("Madoff"), the Declaration of Seanna R. Brown in Support of the Motion dated October 14, 2020, ECF No. ___; and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other further notice needing to be given; and a hearing having been held on the Motion on ____ (the "Hearing"); and this Court having jurisdiction to consider the Motion pursuant to 28 U.S.C. §§ 157 and 1334; and the Court having reviewed the Motion, responsive pleadings, the arguments of counsel at the Hearing and the record in this case; and for the reason set forth in the transcript of the Hearing on the Motion,

**IT IS HEREBY**:

**ORDERED**, that the relief requested in the Motion is granted to the extent set forth herein; and it is further

**ORDERED**, that the testimony of Bernard L. Madoff, as presented in the Declaration of Seanna R. Brown in Support of the Motion as Exhibits 3 through 8, is hereby excluded in the above-referenced adversary proceedings; and it is further

4825-6344-9294.1

**ORDERED**, that the Court retains jurisdiction to enforce and implement the terms and provisions of this order.

Dated: _____, 2020
      New York, New York

                                                                          _____
                                                                          HONORABLE STUART M. BERNSTEIN
                                                                          UNITED STATES BANKRUPTCY JUDGE