**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04362 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE ASSOCIATES, *et al.*, | |
| Defendants. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04400 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE REALTY, *et al.*, | |
| Defendants. | |

1

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that, on October 14, 2020, a copy of Defendants' Amended Motion *in Limine* to Exclude the Trustee's Expert Reports, FBI 302 Statement, and Testimony of Special Agent Theodore Cacioppi was filed electronically.  Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery, including to those parties as set forth on the attached Schedule A.


Dated:  New York, New York
       October 14, 2020

Respectfully Submitted,


By:    */s/ Andrew B. Kratenstein*
      Andrew B. Kratenstein
      McDermott Will & Emery LLP
      340 Madison Avenue
      New York, New York, 10173
      T: (212) 547-5400
      F: (212) 547-5444

      *Attorneys for Defendants*
      *Sage Associates, Sage Realty,*
      *Malcolm H. Sage, Martin A. Sage, and*
      *Ann M. Sage Passer*

## SCHEDULE A

**Plaintiff's Counsel**

Nicholas J. Cremona
Seanna R. Brown
Michael A. Sabella
BAKER & HOSTETLER LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
Email: ncremona@bakerlaw.com
Email: sbrown@bakerlaw.com
Email: msabella@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee
for the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC*

DM_US 173816942-1.100255.0011