UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,<br><br>                    Plaintiff,<br><br>                    v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>                  Defendants. | Adv. Pro. No. 10-04390 (CGM) |

## CERTIFICATE OF SERVICE

I, Kevin H. Bell, hereby certify that on October 15, 2020 I caused the *Securities Investor Protection Corporation's Memorandum of Law in Support Of The Trustee's Post-Trial Proposed Findings of Fact And Conclusion of Law* to be served, by electronic mail, upon counsel for those

parties who receive electronic service through ECF and by electronic mail or prepaid regular U.S. Mail, to those parties as set forth on the attached Schedule A.

*Kevin H. Bell*
KEVIN H. BELL

## SCHEDULE A

**Carole Neville**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
(212) 768-6700
Fax : (212) 768-6800
Email: carole.neville@dentons.com

**Arthur H. Ruegger**, **Esq.**
DENTONS US LLP
1221 Avenue of the Americas
New York, NY 10020-1089
arthur.ruegger@dentons.com