**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>　　　　　　Plaintiff,<br><br>v.<br><br>BAM L.P., MICHAEL MANN, and MERYL MANN,<br><br>　　　　　　Defendants. | Adv. Pro. No. 10-04390 (CGM) |

**DECLARATION OF NICHOLAS J. CREMONA IN SUPPORT OF**
**TRUSTEE'S SUMMARY JUDGMENT MOTION FOR PREJUDGMENT INTEREST**

　　　　I, Nicholas J. Cremona, declare the following:

　　　　1.　　　I am a Partner with the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff.  I submit this Declaration in support of the Trustee's Summary Judgment Motion for Prejudgment Interest.

2. Attached hereto as Exhibit A is a true and correct copy of the Transcript of Oral Argument, *Picard v. BAM L.P.*, Adv. Pro. No. 10-04390 (SMB) (Bankr. S.D.N.Y. Sept. 26, 2018), ECF No. 110.

3. Attached hereto as Exhibit B is a true and correct copy of the Transcript of Oral Argument, *Solus Alt. Asset Mgmt. LP v. Delphi Automatic LLP (In re DPH Holdings Corp.)*, No. 14-2445 (RDD) (Bankr. S.D.N.Y. May 19, 2017), ECF No. 131.

4. Attached hereto as Exhibit C is a true and correct copy of the Transcript of Oral Argument, *Picard v. Marilyn Bernfeld Trust*, Adv. Pro. No. 10-05143 (SMB) (Bankr. S.D.N.Y. Oct. 28, 2015), ECF No. 20.

5. Attached hereto as Exhibit D is a true and correct copy of the Transcript of Oral Argument, *Picard v. The Estate (Succession) of Doris Igoin,* 10-04336 (SMB) (Bankr. S.D.N.Y. Aug. 6, 2014), ECF No. 112.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 15, 2020        Respectfully submitted,
       New York, New York
                                    BAKER & HOSTETLER LLP

                                    By: */s/ Nicholas J. Cremona*
                                        Nicholas J. Cremona