**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04362 (SMB) |
| Plaintiff, | |
| v. | |
| SAGE ASSOCIATES; | |
| MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES, INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE; | |
| MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES; AND | |
| ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES, | |
| Defendants. | |

IRVING H. PICARD, Trustee for the Substantively
Consolidated SIPA Liquidation of Bernard L. Madoff
Investment Securities LLC and Bernard L. Madoff,          Adv. Pro. No. 10-04400 (SMB)

                          Plaintiff,

               v.

SAGE REALTY;

MALCOLM H. SAGE, IN HIS CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE REALTY,
INDIVIDUALLY AS BENEFICIARY OF SAGE
REALTY, AND AS THE PERSONAL
REPRESENTATIVE OF THE ESTATE OF LILLIAN M.
SAGE;

MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER
OR JOINT VENTURER OF SAGE REALTY AND
INDIVIDUALLY AS BENEFICIARY OF SAGE
REALTY; AND

ANN M. SAGE PASSER, IN HER CAPACITY AS
PARTNER OR JOINT VENTURER OF SAGE REALTY
AND INDIVIDUALLY AS BENEFICIARY OF SAGE
REALTY,

                          Defendants.

**AMENDED ORDER SETTING PRE-TRIAL DEADLINES AND
<u>SCHEDULING FINAL PRE-TRIAL CONFERENCE</u>**

THIS MATTER having been scheduled for a conference on July 28, 2020 at 10:00 A.M.

(the "Conference") before the Court to consider Defendants' letter, dated July 8, 2020, requesting

to extend the deadlines set forth in this Court's March 26, 2020 Order Setting Pre-trial Deadlines

and Scheduling Final Pre-Trial Conference ("Defendants' Letter"), and Plaintiff's letter, dated July

9, 2020, in response to Defendants' Letter ("Plaintiff's Letter," and with Defendants' Letter, the

"Letters"); and counsel for the Plaintiff and counsel for the Defendants (collectively, "Counsel")

having appeared at the Conference and having made oral arguments on the issues raised in the

Letters; and the Court having adjourned the Conference to August 4, 2020 at 10:00 A.M.; and

Counsel having conferred after the Conference; and Defendants, with Plaintiff's consent, having

filed a letter with the Court, dated July 31, 2020, setting forth amended pre-trial deadlines and

scheduling a final pre-trial conference; and the Court having directed Counsel to submit an order

setting forth the amended pre-trial schedule, it is hereby:

**ORDERED**, that the Court's prior Orders Setting Pre-trial Deadlines and Scheduling Final

Pre-Trial Conference (ECF Nos. 110 and 116) are superseded by this Order as set forth herein; and

it is further

**ORDERED**, that the final pre-trial conference in this matter shall commence on November

18, 2020 at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge;

and it is further

**ORDERED**, that the parties shall file any oppositions to motions in limine on or before

November 11, 2020; and it is further

**ORDERED**, that the parties shall submit a final Joint Pre-Trial Order to Chambers on or

before November 11, 2020; and it is further

**ORDERED**, that this Court shall retain jurisdiction over enforcement and implementation

of this Order.


Dated: October 19th, 2020
    New York, New York

    **/s/ STUART M. BERNSTEIN**
    HON. STUART M. BERNSTEIN
    UNITED STATES BANKRUPTCY JUDGE