**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatrice Wexelbaum, Trustee | 002518 | 2223 | Snow Becker Krauss P.C. | Beatrice Wexelbaum Rev Trust Dtd 5/6/1981 | 1ZB476 |
| Joseph Wexelbaum Trust B, Beatrice Wexelbaum Trustee | 002532 | 2222 | Snow Becker Krauss P.C. | Joseph Wexelbaum Trust B Beatrice Wexelbaum Trustee | 1ZB477 |