**KELLNER HERLIHY GETTY & FRIEDMAN, LLP**
470 Park Avenue South, 7N
New York, New York 10016
Telephone: (212) 889 - 2121
Facsimile: (212) 684 - 6224
Email: dak@khgflaw.com
Douglas A. Kellner
Eugene F. Getty

*Attorneys for Parson Finance Panama S.A.*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br>(Substantively Consolidated) |
| In re:<br><br>  BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff,<br><br>        Plaintiff,<br>v.<br>PARSON FINANCE PANAMA S.A.,<br><br>        Defendant. | Adv. Pro. No. 11-02542 (SMB) |

## NOTICE OF APPEARANCE

    The undersigned hereby appear as attorney for Applicant.  I certify that I am admitted to practice in this Court.

Dated:  New York, New York
October 19, 2020

                              **KELLNER HERLIHY GETTY & FRIEDMAN, LLP**

By:_____
Douglas A. Kellner
470 Park Avenue South, 7th Floor
New York, New York 10016-6819
Telephone: (212) 889-2121
Facsimile: (212) 684-6224
Email:  dak@khgflaw.com

*Attorneys for Parson Finance Panama, S.A.*