**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Beatrice Wexelbaum Rev Trust DTD 5/6/1981, Beatrice Wexelbaum, Trustee | 002518 | 2223 | Snow Becker Krauss P.C. | Beatrice Wexelbaum Rev Trust Dtd 5/6/1981 | 1ZB476 |
| Joseph Wexelbaum Trust B, Beatrice Wexelbaum Trustee | 002532 | 2222 | Snow Becker Krauss P.C. | Joseph Wexelbaum Trust B Beatrice Wexelbaum Trustee | 1ZB477 |

IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Cindy Giammarrusco, Trustee of Trust FBO Lindsay Tsumpes | 010277 | 2145 | Caldwell, Leslie & Proctor, PC | The Olesky Granddaughters TST FBO Lindsay Tsumpes | 1EM462 |
| Gretchen R. Dinin 2001 Trust Charles W Robins Trustee | 002366 | 4075 | Weil, Gotshal & Manges LLP | Gretchen R Dinin 2001 Trust Charles W Robins Tstee | 1D0066 |
| David Schwartzman | 004155 | 2350 | Greene Espel PLLP | Millennium Trust Company, LLC FBO David Schwartzman (120717) | 1S0543 |
| Rosalyn Schwartzman | 003557 | 2787 | Greene Espel PLLP | Rosalyn P Schwartzman David Schwartzman Trustees | 1EM184 |