**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Premero Investment LTD (the "Claimant"), having filed objections ("Objections", Docket Nos. 985 and 986) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (#004772 and #004773), hereby gives notice that it withdraws such Objections.

Dated:  October 21, 2020          **EMMET, MARVIN & MARTIN, LLP**


By: */s/ Paul T. Weinstein*
Paul T. Weinstein
120 Broadway, 32nd Floor
New York, New York 10271
Telephone: (212) 238-3090
Facsimile: (212) 238-3100

*Attorneys for Premero Investment LTD*