**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Yeshaya Horowitz Association (the "Claimant"), having filed an objection (the "Objection", Docket No. 3793) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#005611), hereby gives notice that it withdraws such Objection.

Dated:  October 21, 2020              **EMMET, MARVIN & MARTIN, LLP**


By: */s/ Paul T. Weinstein*
Paul T. Weinstein
120 Broadway, 32nd Floor
New York, New York 10271
Telephone: (212) 238-3090
Facsimile: (212) 238-3100

*Attorneys for Yeshaya Horowitz Association*