UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS

Magnify Inc. (the "Claimant"), having filed objections ("Objections", Docket Nos. 772, 3791, and 3792) to the Trustee's Notices of Determination of Claim respecting Claimant's customer claims (#007382 and #007928), hereby gives notice that it withdraws such Objections.

Dated: October 21, 2020          **EMMET, MARVIN & MARTIN, LLP**

        By: */s/ Paul T. Weinstein*
        Paul T. Weinstein
        120 Broadway, 32nd Floor
        New York, New York 10271
        Telephone: (212) 238-3090
        Facsimile: (212) 238-3100

        *Attorneys for Magnify Inc.*