UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff,<br><br>      Plaintiff,<br><br>    v.<br><br>RICHARD M. GLANTZ, *et al.*,<br><br>      Defendants. | Adv. Pro. No. 10-05394 (SMB) |

**NOTICE OF DEFENDANTS' BANKRUPTCY
FILINGS AND IMPOSITION OF THE AUTOMATIC STAY**

    Plaintiff Irving H. Picard, as trustee for the substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff respectfully gives notice that on September 21, 2020, Defendant Richard M. Glantz filed a petition for relief under Chapter 11 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California. In March 2020, Defendants EJS

Associates, L.P., Jelris & Associates, L.P., and Grace and Company, Lakeview Investment LP, Vista Management Co., and Law and Mediation Offices of Richard M. Glantz, a professional corporation each filed a voluntary petition for relief under Chapter 7 of the United States Bankruptcy Code in the United States Bankruptcy Court for the Northern District of California.

On September 22, 2020, counsel for Defendants advised that the bankruptcy filings stay all further proceedings in this action, including any scheduled court conferences and deadlines until further notice. Accordingly, the Trustee requests that this case be taken off calendar and all case events and deadlines be stayed *sine die* until further notice of the status of the pending California bankruptcy proceedings.

Dated: October 22, 2020
      New York, New York

By: */s/ Fernando A. Bohorquez*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Fernando A. Bohorquez
Email: fbohorquez@bakerlaw.com
Jonathan B. New
Email: jnew@bakerlaw.com

*Attorneys for Plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

2