**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated)<br><br><br>Adv. Pro. No. 10-04749 (SMB) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>        Plaintiff,<br><br>v.<br><br>PHILIP F. PALMEDO,<br><br>        Defendant. | |

**DECLARATION OF SEANNA R. BROWN IN FURTHER SUPPORT OF**
**TRUSTEE'S MOTION FOR SUMMARY JUDGMENT**

I, Seanna R. Brown, declare the following:

1. I am a partner of the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act,

15 U.S.C. §§ 78aaa–lll, and the chapter 7 estate of Bernard L. Madoff. I submit this Declaration in further support of the Trustee's Motion for Summary Judgment.

2. Attached hereto as Exhibit 1 is a true and correct copy of the testimony of Bruce G. Dubinsky dated May 8, 2019 in *Picard v. Nelson*, Adv. Pro. Nos. 10-04658 (SMB), 10-04377 (SMB) (Bankr. S.D.N.Y. May 8, 2019).

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt from the testimony of Frank DiPascali, Jr. dated December 4, 2013 during the multi-day criminal trial *United States v. Bonventre*, 10-CR-228 (LTS) (S.D.N.Y. Dec. 4, 2013), ECF No. 856.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: October 23, 2020                                  Respectfully submitted,

                                                         BAKER & HOSTETLER LLP


                                                         By: */s/ Seanna R. Brown*
                                                             Baker & Hostetler LLP
                                                             45 Rockefeller Plaza
                                                             New York, New York 10111
                                                             Telephone: (212) 589-4200
                                                             Facsimile: (212) 589-4201
                                                             Email: sbrown@bakerlaw.com