**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>         v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON OCTOBER 28, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.   Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

B.  Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

Related Documents:

C.  Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

D.  Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020. Redacted Transcript Submission Due By 4/17/2020. Transcript access will be restricted through 6/15/2020 [ECF No. 19412]

E.  Transcript regarding Hearing Held on 05/14/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 [ECF No. 19666]

F.  Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668]

G.  Transcript regarding Hearing Held on 7/29/20 at 10:00 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/29/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/7/2020. Statement of Redaction Request Due By 8/21/2020.

Redacted Transcript Submission Due By 8/31/2020. Transcript access will be restricted through 10/29/2020 [ECF No. 19682]

<u>Status</u>:     This matter is going forward as a status conference.

Dated: October 27, 2020
New York, New York

Respectfully submitted,

<u>/s/ Nicholas J. Cremona</u>
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*