**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family L.L.C.; and IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C.,<br><br>      Defendants. | Adv. Pro. No. 10-04752 (SMB) |

**<u>ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL</u>**

{00045443 1 }

Upon consideration of the application of Chaitman LLP (the "Application"), for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants KUNTZMAN FAMILY L.L.C.; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; and WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C., (the "Kuntzman Green Defendants"); and due and sufficient notice of the Application having been given; and the Court having reviewed all pleadings and other papers filed in connection with the Application; and based upon the record of the case; and the Court having determined that the relief requested in the Application is in the best interests of the Kuntzman Green Defendants; and good and sufficient appearing therefor; it is hereby

**ORDERED** that Chaitman LLP is granted leave to withdraw as counsel for the Kuntzman Green Defendants and is hereby removed as counsel for the Kuntzman Green Defendants in this proceeding.

Dated:   November __, 2020
         New York, New York

                                    _____
                                    Hon. Stuart M. Bernstein
                                    UNITED STATES BANKRUPTCY JUDGE