| | |
|---|---|
| **CHAITMAN LLP**<br>Helen Davis Chaitman<br>hchaitman@chaitmanllp.com<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114 | **Presentment Date: November 18, 2020 12:00 PM**<br>**Objection Date: November 11, 2020** |

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>                          Plaintiff,<br>         v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>                          Defendant. | SIPA LIQUIDATION<br>Adv. Pro. No. 08-01789 (SMB)<br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>                          Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>                          Plaintiff,<br>         v.<br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of | Adv. Pro. No. 10-04752 (SMB) |

| |
|---|
| the Kuntzman Family L.L.C.; and IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C., |
|                                          Defendants. |

## DECLARATION OF HELEN DAVIS CHAITMAN IN SUPPORT OF APPLICATION TO WITHDRAW AS COUNSEL

I, Helen Davis Chaitman, hereby declare, under penalty of perjury pursuant to 28 U.S.C. §1746, as follows:

1. I am a partner with Chaitman LLP, counsel of record to Defendants Kuntzman Family LLC, Jacqueline D. Green, in her capacity as a Managing Member of the Kuntzman Family LLC and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; and Wayne D. Green, in his capacity as a Managing Member of the Kuntzman Family L.L.C., (the "Kuntzman Green Defendants").  I submit this declaration in support of an application for an Order pursuant to Rule 2090-1(e) of the Local Bankruptcy Rules of this Court: (1) authorizing Chaitman LLP to withdraw as counsel to the Kuntzman Green Defendants; and (2) granting such other and further relief as the Court deems just and proper.  Unless otherwise stated, the foregoing is based on my personal knowledge.

2. The Trustee commenced this adversary proceeding against the Kuntzman Green Defendants on December 1, 2010 (the "Adversary Proceeding").

3. Thereafter, the Kuntzman Green Defendants retained Becker & Poliakoff LLP to represent them.

4. On behalf of the Kuntzman Green Defendants, while at Becker & Poliakoff, LLP, I filed a Notice of Appearance on March 11, 2011 (ECF Doc. No. 6).

5. On behalf of the Kuntzman Green Defendants, as a partner of Chaitman LLP, I filed a Notice of Appearance and Request for Service of Papers on November 9, 2015 (ECF Doc. No. 44).

6. On December 2, 2015, Chaitman LLP was informed by Becker & Poliakoff, LLP that the Kuntzman Green Defendants did not wish to transfer their representation to Chaitman LLP.

7. Due to an oversight, Chaitman LLP did not realize that the Kuntzman Green Defendants did not have their new attorney file a notice of appearance. However, there has been no communication to Chaitman LLP from the Kuntzman Green Defendants.

8. The Adversary Proceeding will not be disrupted or unduly delayed as a result of this firm's withdrawal as counsel for the Kuntzman Green Defendants.

9. Accordingly, cause exists to grant the application authorizing Chaitman LLP to withdraw as counsel for the Kuntzman Green Defendants.

Dated:   October 28, 2020            */s/ Helen Davis Chaitman*
         New York, New York