IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & CO. FBO Ellen Bernfeld | 002194 | 845 | Phillips Nizer LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 |
| NTC & CO. FBO Ellen Bernfeld | 002194 | 2324 | Becker & Poliakoff, LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 |
| Steven C. Schupak | 002977 | 3503 | Becker & Poliakoff, LLP | NTC & CO. FBO Steven C Schupak (096898) | 1ZR332 |