IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| E Marshall Comora | 000367 | 561 | Pro Se Filing | E Marshall Comora | 1C1255 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| NTC & CO. FBO Edwin J Cline | 010187 | 846 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Edwin J Cline (98579) | 1ZR168 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection. |
| NTC & CO. FBO Ellen Bernfeld | 002194 | 845 | Phillips Nizer LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| NTC & CO. FBO Ellen Bernfeld | 002194 | 2324 | Becker & Poliakoff, LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| NTC & CO. FBO Maria Barone | 013181 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Maria Barone (21432) | 1ZW049 | **Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |
| NTC & CO. FBO Vincenzo Barone | 013180 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Vincenzo Barone (21431) | 1ZR132 | **Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |
| Steven C. Schupak | 002977 | 3503 | Becker & Poliakoff, LLP | NTC & CO. FBO Steven C Schupak (096898) | 1ZR332 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Vincent A Barone Partnership | 001164 | 929 | Pro Se Filing | Vincent A Barone Partnership | 1ZB438 | **Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |