DAVID GROSS
561-483-4543

PLEASE ACCOUNT FOR ALL PENSION ACCOUNT.

| | |
|---|---|
| IRVING H. PICARD TRUSTEE | CLERK OF THE UNITED STATES BANKRUPTCY COURYT |
| C/O BAKER & HOSTETLER LLP | THE SOUTHERN DISTRICT OF NEW YORK |
| 45 ROCKEFELLER PLAZA | ONE BOWLING GREEN |
| NEW YORK, NEW YORK 10111 | NEW YORK, NEW YORK 10004 |

I DAVID GROSS ORIGINALLY INVESTED FUNDS WITH A FIRM COHMAD SECURITIES CORPORATION

50 SUTTON PLACE SOUTH 1C NEW YORK NY 10022

RICHARD GEORGE SPRING   20572 LINKS CIRCLE   BOCA RATON FL 33496

MAURICE JAY COHN 54 ELDERFIELDS RD, MANHASSET NY 11030

APROXIMATELY IN THE YEARS OF 1988 WHEN OPENING AN ACCOUNT WITH COHMAD RICHARD SPRING ADVISED ME THAT HIS FIRM WOULD NOT BE ABLE TO OPEN AN ACCUNT WITH MADOFF. AT THIS TIME SPRING WOULD INVEST MY FUNDS WITH COHMAD SINCE IT WAS LIKE A SUBSIDIARY OF MADOFF I COULD BE ASSURED OF WISE DECISION. YEARS LATER SPRING ADVISED DAVID GROSS THAT HE WAS ABLE TO OPEN THE MADOFF ACCOUNT DUE TO THE FACT I HAD ENOUGH FUNDS WITH THE SPRING ACCOUNT AT COHMAD. I IASSURE YOU THAT RICHARD SPRING WAS COMPENSDATED AND DIRECTED THE INVESTMRNTS FOR OTHERS TOO,

I AM ENCLOSING SOME OF THE DOCUMENTS TO VERIFY THAT INVESTMENTS OF DAVID GROSS WAS NOT ACCOUNTED FOR AS MONIES COHMAD USED TO COMPENSATE MR. SPRING. COHMAD RECORDS SHOULD SHOW HOW SPRING WAS COMPENSATED FOR HIS REPRESESSNTING COHMAD – MADOFF – ETC.


RECEIVED OCT 27 2020

P S ANY FURTHER INFORMATION NEEDED , CONTACT

DAVID GROSS  7248 BALLANTRAE CT BOCA RATON FL. 33496   561 483 4543

CELL 516 263 3642

I DAVID GROSS HAS A ARBITRATION BEING HELD UP BY PICARDS ATTORNEYS AND ADVISERS WHO KNOWS WHAT HE WILL DO NEXT.

IT WOULD GREATLY BE APPRECIATED THAT PICARD WOULD ALLOW MY ARBITRATION GOING FORWARD WITH FINRA  PLEASE HELP

DAVID GROSS
IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496



08-01789-cgm   Doc 19908   Filed 10/27/20   Entered 11/02/20 17:58:22   Main Document
Pg 2 of 11

Bernard L. Madoff Investment Securities — customer statement for David Gross / Irma Gross, 7248 Ballantrae Ct, Boca Raton, FL 33496. Pension plan account, period ending 10/31/92.

| Quantity | Security | Price |
|---|---|---|
| 250 | COCA COLA CO | 50 3/8 |
| 105 | DISNEY WALT PRODUCTS | 39 1/2 |
| 50 | DOW CHEMICAL CO | 53 3/2 |
| 155 | DU PONT E I DE NEMOURS & CO | 52 5/8 |
| 65 | EASTMAN KODAK CO | 48 1/8 |
| 235 | EXXON CORP | 62 7/8 |
| 60,727 | FIDELITY CASH RESERVES SHS | 1 |
| 390 | FORD MOTOR COMPANY | 39 1/2 |
| 330 | GENERAL ELECTRIC CO | 49 |
| 145 | GENERAL MOTORS CORP | 39 1/2 |
| 50 | HEWLETT PACKARD CO | 97 3/4 |
| 110 | INTEL CORP | 62 1/2 |
| 125 | INTERNATIONAL BUSINESS MACHS | 74 1/2 |
| 225 | JOHNSON & JOHNSON | 54 5/8 |
| 135 | MCI COMMUNICATIONS CORP | 23 |
| 245 | MCDONALDS CORP | 30 7/8 |
| 60 | MERCK & CO | 35 5/8 |
| 60 | MINNESOTA MNG & MFG CO | 94 |
| 1,050 | MOBIL CORP | 35 5/8 |
| 645 | PEPSICO INC | 40 1/2 |
| 420 | SEARS ROEBUCK & CO | 22 1/2 |

Handwritten: "PLEASE DEDUCT FOR ALL PENSION ACCOUNTS"



Mr. David Gross
7248 Ballantrae Ct.
Boca Raton, FL 33496-1422

07/07/2015

IRVING H. PICARD ESQ.

TRUSTEE FOR BERNARD L. MADOFF INVESTMENT SECURITIES LLC

CLAIMS PROCESSING CENTER

2101 CENTER SPRINGS RD.  SUITE 1100

DALLAS TX. 75201

I DAVID GROSS ENCLOSING INFORMATION THAT I WAS INVESTED IN A IRA AND ENCLOSED INFORMATION IDENTIDIES THE ACTUARIES WHO HANDLED THIS ACCOUNT. THIS ORIGIALLY WAS WITH RETIREMENT ACCOUNTS INC. AND FISERV INVESTMENT SUPPORT SERVICES AND THE FINAL ANALISISTS WAS WITH MILLENNIUM TRUST COMPANY.

THE DAVID GROSS IRA INFORMATION AND ALL SHOULD BE AS RECOMMENDED IN THE LETTER OF APRIL 28, 2015 BY MILLENNIUM TRUST COMPANT.

AS OF THIS WRITING, THE TRUSTEE HAS NOT EVEN RECOGNISED OR LISTED THIS ACCOUNT -CM302-3-0 IN THE OF DAVID GROSS.

AT THIS TIME ANY HELP OR SUGGESTIONS GIVEN BY ANY AUTHORITY WILL BE GREATLY APPRECIATE.

DAVID GROSS     561 483 4543 – CELL 516 263 3642

7248 BALLANTRAE CT.

BOCA RATON FL. 33496

DAVID GROSS
7248 BALLANTRAE CT.
BOCA RATON, FL 33496

RESPOND PLEASE TO 561-483-4543
DAVID GROSS

1



*Handwritten notes:* DAVID GROSS / 561-483-4542 / PLEASE ACCOUNT FOR ALL REMAINING FUNDS / ITEM #5

**BERNARD L. MADOFF**
**Investment Securities**
New York □ London

IN ACCOUNT WITH

DAVID GROSS
IRMA GROSS
7248 BALLANTRAE CT
BOCA RATON, FL 33496

885 Third Avenue
New York, NY 10022
(212) 230-2400
(800) 334-1343
TELEX 235 130
FAX (212) 486-8178

RETIREMENT ACCTS INC CUST IRA
F/B/O DAVID GROSS (60991)

P O BOX 3027
WINTER PARK        FL  32790

Date: 12/31/94    Page: 1
Your Account Number: 1-CM302-3-0
Your Taxpayer ID Number: 55-1609927

| BOUGHT (RECEIVED OR LONG) | SOLD (DELIVERED OR SHORT) | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
|---|---|---|---|---|---|---|
| | | | NO BALANCE FORWARD | | | |
| | | | TRANS FROM 1CM05130 | JRNL | | 210,174.21 |
| | | | CHECK | JRNL | | 206,321.23 |
| 370,000 | | 65696 | CHECK | CA | | 54,133.43 |
| | | | U S TREASURY BILL DUE 2/16/1995 | 99.060 | 366,818.00 | |
| | | | CHECK | CA | | |
| | 370,000 | 68326 | CHECK | CA | | 323,565.61 |
| | | | U S TREASURY BILL DUE 2/16/1995 | 99.380 | | 51,979.43 |
| | | | TRANS FROM 1CM05130 | CA | | 367,706.01 |
| 540,000 | | 70845 | U S TREASURY BILL DUE 3/2/1995 | 99.070 | 534,978.00 | |
| 12,675 | | 73341 | FIDELITY CASH RESERVES SBI | 1 | 12,675.00 | 68.63 |
| | | | NEW BALANCE | | | .50 |
| 12,675 | | | SECURITY POSITIONS FIDELITY CASH RESERVES SBI | MKT PRICE 1 | | |
| 540,000 | | | U S TREASURY BILL DUE 3/2/1995 | 99.070 | | |
| | | | MARKET VALUE OF SECURITIES LONG 547,653.00    SHORT | | | |

## BERNARD L. MADOFF INVESTMENT SECURITIES LLC

In Liquidation

DECEMBER 11, 2008[1]

### NOTICE OF TRUSTEE'S REVISED DETERMINATION OF CLAIM

October 8, 2010

David Gross (IRA)
7248 Ballantrae Court
Boca Raton, Florida 33496

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

RECEIVED
OCT 27 2020
U.S BANKRUPTCY COURT
SO DIST OF NEW YORK

Dear David Gross (IRA):

**PLEASE READ THIS NOTICE CAREFULLY.**

The liquidation of the business of BERNARD L. MADOFF INVESTMENT SECURITIES LLC ("BLMIS") is being conducted by Irving H. Picard, Trustee under the Securities Investor Protection Act, 15 U.S.C. § 78aaa et seq. ("SIPA"), pursuant to an order entered on December 15, 2008 by the United States District Court for the Southern District of New York.

The Trustee previously determined your claim on BLMIS Account No. 1CM302 designated as Claim No. 000057 and Claim No. 001950 pursuant to a Notice of Trustee's Determination of Claim dated March 11, 2010 (the "Prior Notice"). Based on information coming to the Trustee's attention subsequent to the issuance of the Prior Notice, the December 15, 1994 transfer from BLMIS Account No. 1CM051 has been adjusted to $200,000.00 from $150,000.00, resulting in a new deposit total of $1,134,624.88. This Notice of Trustee's Revised Determination of Claim contains the corrected deposit total and the corrected adjusted overdrawn balance of $908,773.98.

This Notice of Trustee's Revised Determination of Claim supersedes the Prior Notice and serves as the Trustee's revised determination with respect to BLMIS Account No. 1CM302 designated as Claim No. 000057 and Claim No. 001950 (the latter of which is duplicative of Claim No. 000057) and combined ("Combined Claim") for purposes of this revised determination.

---

[1] Section 78lll(7)(B) of SIPA states that the filing date is "the date on which an application for a protective decree is filed under 78eee(a)(3)," except where the debtor is the subject of a proceeding pending before a United States court "in which a receiver, trustee, or liquidator for such debtor has been appointed and such proceeding was commenced before the date on which such application was filed, the term 'filing date' means the date on which such proceeding was commenced." Section 78lll(7)(B). Thus, even though the Application for a protective decree was filed on December 15, 2008, the Filing Date in this action is on December 11, 2008.

300094521

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

Your Combined Claim for a credit balance of $1,471,297.99 and for securities is DENIED. No securities were ever purchased for your account.

Further, based on the Trustee's analysis, the amount of money you withdrew from your account at BLMIS (total of $2,043,398.86), as more fully set forth in Table 1 annexed hereto and made a part hereof, is greater than the amount that was deposited with BLMIS for the purchase of securities (total of $1,134,624.88). As noted, no securities were ever purchased by BLMIS for your account. Any and all profits reported to you by BLMIS on account statements were fictitious.

As reflected in Table 1, certain of the transfers into or out of your account have been adjusted. As part of the Trustee's analysis of accounts, the Trustee has assessed accounts based on a money in/money out analysis (i.e., has the investor deposited more or less than he or she withdrew from BLMIS). This analysis allows the Trustee to determine which part of an account's balance is originally invested principal and which part is fictitious gains that were fabricated by BLMIS. A customer's allowed claim is based on the amount of principal in the customer's account.

Whenever a customer requested a transfer from one account to another, the Trustee analyzed whether the transferor account had principal in the account at the time of the transfer. The available principal in the account was transferred to and credited in the transferee account. Thus, the reason that the adjusted amount of transferred deposits or withdrawals in Table 1 is less than the purported transfer amount is that the transferor account did not have sufficient principal available to effectuate the full transfer. The difference between the purported transfer amount and the adjusted transfer amount is the amount of fictitious gain that was transferred to or from your account. Under the money in/money out analysis, the Trustee does not give credit for fictitious gains in settling your allowed claim.

Since there were no profits to use either to purchase securities or to pay you any money beyond the amount that was deposited into your BLMIS account, the amount of money you received in excess of the deposits in your account ($908,773.98) was taken from other customers and given to you. Accordingly, because you have withdrawn more than was deposited into your account, you do not have a positive "net equity" in your account and you are not entitled to an allowed claim in the BLMIS liquidation proceeding. Therefore, your Combined Claim is DENIED in its entirety.

On March 1, 2010, the United States Bankruptcy Court for the Southern District of New York (Lifland, J.) issued a decision which affirmed the Trustee's Net Investment Method for determining customer claims. The final resolution of this issue is expected to be determined on appeal.

Should a final and unappealable court order determine that the Trustee is incorrect in his interpretation of "net equity" and its corresponding application to the determination of customer claims, the Trustee will be bound by that order and will apply it retroactively to all previously determined customer claims in accordance with the Court's order. Nothing in this Notice of Trustee's Revised Determination of Claim shall be construed as a waiver of any rights or claims held by you in having your customer claim re-determined in accordance with any such Court order.

300094521

2

**PLEASE TAKE NOTICE:** If you disagree with this determination and desire a hearing before Bankruptcy Judge Burton R. Lifland, you **MUST** file your written opposition, setting forth the grounds for your disagreement, referencing Bankruptcy Case No. 08-1789 (BRL) and attaching copies of any documents in support of your position, with the United States Bankruptcy Court and the Trustee within **THIRTY DAYS** after October 8, 2010, the date on which the Trustee mailed this notice.

**PLEASE TAKE FURTHER NOTICE:** If you do not properly and timely file a written opposition, the Trustee's determination with respect to your claim will be deemed confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** If you properly and timely file a written opposition, a hearing date for this controversy will be obtained by the Trustee and you will be notified of that hearing date. Your failure to appear personally or through counsel at such hearing will result in the Trustee's determination with respect to your claim being confirmed by the Court and binding on you.

**PLEASE TAKE FURTHER NOTICE:** You must mail your opposition, if any, in accordance with the above procedure, to each of the following addresses:

Clerk of the United States Bankruptcy Court for
the Southern District of New York
One Bowling Green
New York, New York 10004

and

Irving H. Picard, Trustee
c/o Baker & Hostetler LLP
45 Rockefeller Plaza
w York, New York 10111

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

_____
Irving H. Picard

Trustee for the Liquidation of the Business of
Bernard L. Madoff Investment Securities

cc:  Millennium Trust Company, LLC
     FBO David Gross (IRA)
     820 Jorie Boulevard, Suite 420
     Oak Brook, Illinois 60523

300094521                                3

PLEASE SEND COPY OF ALL THE CHARGES BACK TO PAUL GROSS

7248 Ballantrae Ct
Boca Raton, FL 33496

| Date | Type | Amount | Balance |
|---|---|---|---|
| 1/21/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 3/21/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 5/22/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 7/29/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 9/17/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 11/17/1997 | CHECK | ($30,000.00) | ($30,000.00) |
| 1/23/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 3/18/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 4/22/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 6/23/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 8/24/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 10/6/1998 | CHECK | ($65,000.00) | ($65,000.00) |
| 10/21/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 12/23/1998 | CHECK | ($40,000.00) | ($40,000.00) |
| 2/23/1999 | CHECK | ($40,000.00) | ($40,000.00) |
| 5/6/1999 | CHECK | ($40,000.00) | ($40,000.00) |
| 6/29/1999 | CHECK | ($40,000.00) | ($40,000.00) |
| 7/23/1999 | CHECK | ($15,007.50) | ($15,007.50) |
| 8/17/1999 | CHECK | ($15,007.50) | ($15,007.50) |
| 9/23/1999 | CHECK | ($15,011.00) | ($15,011.00) |
| 10/20/1999 | CHECK | ($15,000.00) | ($15,000.00) |
| 11/30/1999 | CHECK | ($15,007.50) | ($15,007.50) |
| 12/27/1999 | CHECK | ($15,007.50) | ($15,007.50) |
| 2/22/2000 | CHECK | ($15,007.50) | ($15,007.50) |
| 3/3/2000 | CHECK | ($15,007.50) | ($15,007.50) |
| 3/16/2000 | STOP PAYMENT | $15,007.50 | $15,007.50 |
| 3/17/2000 | CHECK | ($15,007.50) | ($15,007.50) |
| 4/3/2000 | CHECK | ($45,000.00) | ($45,000.00) |
| 7/3/2000 | CHECK | ($45,000.00) | ($45,000.00) |
| 10/2/2000 | CHECK | ($45,000.00) | ($45,000.00) |
| 1/2/2001 | CHECK | ($45,000.00) | ($45,000.00) |
| 4/2/2001 | CHECK | ($45,000.00) | ($45,000.00) |
| 7/2/2001 | CHECK | ($45,000.00) | ($45,000.00) |
| 10/1/2001 | CHECK | ($45,000.00) | ($45,000.00) |
| 1/2/2002 | CHECK | ($45,000.00) | ($45,000.00) |
| 4/1/2002 | CHECK | ($45,000.00) | ($45,000.00) |
| 7/1/2002 | CHECK | ($45,000.00) | ($45,000.00) |
| 10/1/2002 | CHECK | ($45,000.00) | ($45,000.00) |
| 1/2/2003 | CHECK | ($45,000.00) | ($45,000.00) |
| 4/1/2003 | CHECK | ($45,000.00) | ($45,000.00) |
| 7/1/2003 | CHECK | ($45,000.00) | ($45,000.00) |
| 10/1/2003 | CHECK | ($45,000.00) | ($45,000.00) |
| 1/2/2004 | CHECK | ($45,000.00) | ($45,000.00) |
| 4/1/2004 | CHECK | ($45,000.00) | ($45,000.00) |



30009452

Mr. David Gross
7248 Ballantrae Ct
Boca Raton FL  33496

*PLEASE SEND PARTY CAP*
*INDORSED BY MR GROSS*

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

### Table 1

#### DEPOSITS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 12/15/1994 | TRANS FROM 1CM05130 | $210,174.18 | $200,000.00 |
| 12/16/1994 | CHECK | $106,321.38 | $106,321.38 |
| 12/19/1994 | CHECK | $54,133.42 | $54,133.42 |
| 12/27/1994 | CHECK | $123,569.48 | $123,569.48 |
| 12/27/1994 | CHECK | $51,879.47 | $51,879.47 |
| 12/30/1994 | TRANS FROM 1CM05130 | $687.63 | $0.00 |
| 2/17/1995 | TRANS FROM 1CM05130 | $171.11 | $0.00 |
| 3/17/1995 | CHECK | $3,612.73 | $3,612.73 |
| 4/24/1995 | CHECK | $37,031.26 | $37,031.26 |
| 5/12/1995 | CHECK | $25,786.13 | $25,786.13 |
| 5/30/1995 | CHECK | $21,643.28 | $21,643.28 |
| 6/5/1995 | CHECK | $50,676.71 | $50,676.71 |
| 6/8/1995 | CHECK | $14,881.20 | $14,881.20 |
| 6/19/1995 | CHECK | $88,439.00 | $88,439.00 |
| 6/23/1995 | CHECK | $30,000.18 | $30,000.18 |
| 8/11/1995 | CHECK | $34,231.82 | $34,231.82 |
| 10/24/1995 | CHECK | $24,046.41 | $24,046.41 |
| 11/3/1995 | CHECK | $426.03 | $426.03 |
| 12/14/1995 | CHECK | $370.62 | $370.62 |
| 1/22/1996 | CHECK | $98,505.05 | $98,505.05 |
| 2/28/1996 | CHECK | $634.97 | $634.97 |
| 6/7/1996 | CHECK | $2,576.09 | $2,576.09 |
| 8/8/1996 | CHECK | $9,452.24 | $9,452.24 |
| 10/27/1997 | CHECK | $151,228.38 | $151,228.38 |
| 11/10/1997 | CHECK | $5,000.00 | $5,000.00 |
| 11/18/1997 | CHECK | $166.63 | $166.63 |
| 4/13/1999 | CHECK | $12.40 | $12.40 |
| **Total Deposits:** | | $1,145,657.80 | $1,134,624.88 |

#### WITHDRAWALS

| DATE | TRANSACTION DESCRIPTION | AMOUNT | ADJUSTED AMOUNT |
|---|---|---|---|
| 2/16/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 3/27/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 5/31/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 7/30/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 10/24/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 11/26/1996 | CHECK | ($25,000.00) | ($25,000.00) |
| 12/18/1996 | CHECK | ($5,000.00) | ($5,000.00) |

300094521

G   Mr. David Gross
    7248 Ballantrae Ct
    Boca Raton FL 33496



Mr. David Gross
7248 Ballantrae Ct
Boca Raton FL 33496

| Date | Type | Amount | Amount |
|---|---|---|---|
| 7/1/2004 | CHECK | ($25,000.00) | ($25,000.00) |
| 10/1/2004 | CHECK | ($16,000.00) | ($16,000.00) |
| 1/3/2005 | CHECK | ($16,000.00) | ($16,000.00) |
| 2/14/2005 | CHECK | ($18,000.00) | ($18,000.00) |
| 4/1/2005 | CHECK | ($16,000.00) | ($16,000.00) |
| 4/22/2005 | CHECK | ($18,000.00) | ($18,000.00) |
| 7/1/2005 | CHECK | ($16,000.00) | ($16,000.00) |
| 9/11/2006 | CHECK | ($70,025.00) | ($70,025.00) |
| 11/16/2007 | CHECK | ($78,000.00) | ($78,000.00) |
| 9/2/2008 | CHECK | ($85,317.86) | ($85,317.86) |
| Total Withdrawals: | | ($2,043,398.86) | ($2,043,398.86) |
| Total deposits less withdrawals: | | ($897,741.06) | ($908,773.98) |

*Handwritten:* FRAUD THESE SEND COPY OF CHECK ENDORSED BY MR GROSS

David Gross
7248 Ballantrae Ct
Boca Raton, FL 33496

*Handwritten:* SEND COPY OF CHECKS
SEND CHECKS