**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-1789 (SMB) <br><br> SIPA Liquidation <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## [PROPOSED] ORDER GRANTING TRUSTEE'S THIRTY-FOURTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES

Upon consideration of the motion (the "Motion") [Docket No. ___], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections"); and the net winner Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. ___]; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate,

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided

herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on

Exhibits A and B hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibits A and B hereto are overruled; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.


Dated: _____, 2020
       New York, New York



                                        _____
                                        HONORABLE STUART M. BERNSTEIN
                                        UNITED STATES BANKRUPTCY JUDGE

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| E Marshall Comora | 000367 | 561 | Pro Se Filing | E Marshall Comora | 1C1255 |
| NTC & CO. FBO Edwin J Cline | 010187 | 846 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Edwin J Cline (98579) | 1ZR168 |
| NTC & CO. FBO Maria Barone | 013181 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Maria Barone (21432) | 1ZW049 |
| NTC & CO. FBO Vincenzo Barone | 013180 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Vincenzo Barone  (21431) | 1ZR132 |
| Vincent A Barone Partnership | 001164 | 929 | Pro Se Filing | Vincent A Barone Partnership | 1ZB438 |

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & CO. FBO Ellen Bernfeld | 002194 | 845 | Phillips Nizer LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 |
| NTC & CO. FBO Ellen Bernfeld | 002194 | 2324 | Becker & Poliakoff, LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 |
| Steven C. Schupak | 002977 | 3503 | Becker & Poliakoff, LLP | NTC & CO. FBO Steven C Schupak (096898) | 1ZR332 |