**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>SAGE ASSOCIATES;<br><br>MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES, INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;<br><br>MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES; AND<br><br>ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE ASSOCIATES AND INDIVIDUALLY AS BENEFICIARY OF SAGE ASSOCIATES,<br><br>      Defendants. | Adv. Pro. No. 10-04362 (SMB) |

|  |  |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE REALTY;<br><br>MALCOLM H. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY, INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY, AND AS THE PERSONAL REPRESENTATIVE OF THE ESTATE OF LILLIAN M. SAGE;<br><br>MARTIN A. SAGE, IN HIS CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY; AND<br><br>ANN M. SAGE PASSER, IN HER CAPACITY AS PARTNER OR JOINT VENTURER OF SAGE REALTY AND INDIVIDUALLY AS BENEFICIARY OF SAGE REALTY,<br><br>Defendants. | Adv. Pro. No. 10-04400 (SMB) |

**ORDER STAYING PRE-TRIAL DEADLINES AND**
**ADJOURNING FINAL PRE-TRIAL CONFERENCE SINE DIE**

THIS MATTER having been scheduled for a final pretrial conference on November 18, 2020 at 10:00 A.M. (the "Conference"), and before the Court is a letter dated November 3, 2020 submitted on consent of the parties requesting a stay of these proceedings while Defendants move the District Court to withdraw the reference from this Court, it is hereby:

**ORDERED**, that the Court's Order Setting Pre-Trial Deadlines and Scheduling Final Pre-Trial Conference (ECF No. 132) is superseded by this Order as set forth herein; and it is further

**ORDERED**, that Defendants shall file their motion to withdraw the reference on or before November 30, 2020;

**ORDERED**, that the deadlines to file oppositions to the motions *in limine* and to submit a final Joint Pre-Trial Order to Chambers are stayed pending the outcome of Defendants' forthcoming motion to withdraw the reference;

**ORDERED**, that the Final Pre-Trial Conference scheduled for November 18, 2020 before this Court is adjourned *sine die*; and it is further

**ORDERED**, that if Defendants' motion to withdraw the reference is denied by the District Court, within 30 days the parties shall advise this Court by joint letter that such motion was denied and submit a proposed schedule for completing the pre-trial tasks before this Court; and it is further

**ORDERED**, that this Court shall retain jurisdiction over enforcement and implementation of this Order.

Dated: November __, 2020  
       New York, New York

HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE