**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01565 (SMB) |
| STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., as represented by its Liquidator Hanspeter Kramer, *et al.*, | |
| Defendants. | |

**STIPULATION AND ORDER
SETTING BRIEFING SCHEDULE ON DEFENDANTS' MOTION TO STAY**

Irving H. Picard (the "Trustee"), as trustee of the substantively consolidated liquidation proceeding of Bernard L. Madoff Investment Securities LLC ("BLMIS"), under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. §§ 78aaa et seq., and the estate of Bernard L. Madoff, individually, and Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd. (collectively, "SCB") (collectively with the Trustee, the "Parties"), by and through their respective undersigned counsel, state as follows:

**WHEREAS**, on October 14, 2020, the Trustee filed a motion for leave ("Motion for Leave") to amend the complaint under Rule 15 of the Federal Rules of Civil Procedure, as incorporated by Rule 7015 of the Federal Rules of Bankruptcy Procedure (Dkt. 119-21);

**WHEREAS**, at SCB's request to hold briefing in abeyance on the Motion for Leave, the Court held a conference on October 29, 2020, during which the Court permitted SCB to file a motion to stay pending the Second Circuit's decisions in *Picard* v. *Citibank, N.A.*, No. 20-1333 (2d Cir.), and *Picard* v. *Legacy Capital Ltd.*, No. 20-1334 (2d Cir.);

**WHEREAS**, the Parties have conferred and agreed on a briefing schedule for SCB's forthcoming motion to stay;

**NOW, THEREFORE, IT IS HEREBY STIPULATED, AGREED**, **AND SO ORDERED**, that:

a)   SCB may file a motion to stay by no later than November 12, 2020.

b)   The Trustee may file any opposition to the motion by no later than December 3, 2020.

c)   SCB may file a reply by no later than December 10, 2020.

d)   The hearing on the motion for stay shall be held on December 16, 2020 at 10:00 A.M.

e) The time for SCB to respond to the Motion for Leave shall be stayed pending disposition of SCB's motion to stay. Nothing in this stipulation stays any other proceedings in this matter absent an order of this Court.

*/s/ David J. Sheehan*
David J. Sheehan
Thomas L. Long
Robertson D. Beckerlegge
Jonathan A. Forman
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: tlong@bakerlaw.com
Email: rbeckerlegge@bakerlaw.com
Email: jforman@bakerlaw.com

Damon M. Durbin
200 Civic Center, Suite 1200
Columbus, Ohio 43215
Telephone: (614) 228-1541
Facsimile: (614) 462-2616
Email: ddurbin@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

*/s/ Andrew J. Finn*
Andrew J. Finn
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588
Email: finna@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
1888 Century Park East,
Los Angeles, California 90067
Telephone: (310) 712-6600
Facsimile: (310) 712-8800
Email: mcgimseyd@sullcrom.com

*Attorneys for Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd.*

**SO ORDERED**

Dated: November 4, 2020
New York, New York

**/s/ STUART M. BERNSTEIN**
Honorable Stuart M. Bernstein
UNITED STATES BANKRUPTCY JUDGE