**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>    Plaintiff,<br><br>v.<br><br>PHILIP F. PALMEDO,<br><br>    Defendant. | Adv. Pro. No. 10-04749 (CGM) |

**NOTICE OF ADJOURNMENT OF HEARING**
**ON MOTION FOR SUMMARY JUDGMENT**

**PLEASE TAKE NOTICE THAT**, Baker & Hostetler LLP is counsel to Irving H. Picard, as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment

Securities LLC, under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff.

**PLEASE TAKE FURTHER NOTICE THAT**, the hearing on the Trustee's Motion for Summary Judgment and Memorandum of Law in support of Motion for Summary Judgment and Defendants' Cross Motion for Summary Judgment (collectively, the "Motions") scheduled to be held on November 18, 2020, has been rescheduled to **January 27, 2021 at 10:00 a.m.** (the "Hearing").

**PLEASE TAKE FURTHER NOTICE THAT**, the Motions will be heard telephonically before the Honorable Cecilia G. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York. Pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris' guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than 12:00 p.m. (Eastern Time) one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE THAT**, you need not appear at the Hearing if you do not object to the relief requested in the Motion.

Dated: New York, New York
November 5, 2020

/s/ *Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

-3-