# EXHIBIT B

EXHIBIT B
SUMMARY OF THIRTY-FOURTH INTERIM FEE APPLICATION
OF BAKER & HOSTETLER LLP FOR SERVICES RENDERED
FROM APRIL 1, 2020 THROUGH JULY 31, 2020

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Partners and of Counsel | Picard, Irving H. | 1966 | 1,023.00 | 239.30 | 244,803.90 |
| | Sheehan, David J. | 1968 | 1,023.00 | 705.50 | 721,726.50 |
| | Matthias, Michael R. | 1973 | 765.00 | 68.70 | 52,555.50 |
| | Bash, Brian A. | 1975 | 824.00 | 50.50 | 41,612.00 |
| | Greene, Bruce R. | 1976 | 841.00 | 28.70 | 24,136.70 |
| | Long, Thomas L. | 1976 | 1,017.00 | 390.20 | 396,833.40 |
| | Ponto, Geraldine E. | 1982 | 1,023.00 | 646.70 | 661,574.10 |
| | Hutchins, Elaine A. | 1983 | 697.00 | 3.20 | 2,230.40 |
| | Hunt, Dean D. | 1991 | 912.00 | 276.80 | 252,441.60 |
| | Goldberg, Steven H. | 1991 | 1,023.00 | 53.90 | 55,139.70 |
| | Douthett, Breaden M. | 1991 | 515.00 | 3.40 | 1,751.00 |
| | Griffin, Regina L. | 1993 | 1,023.00 | 583.20 | 596,613.60 |
| | Thomas, Erika K. | 1994 | 783.00 | 611.60 | 478,882.80 |
| | Turner, Christa C. | 1996 | 531.00 | 0.50 | 265.50 |
| | Cole, Tracy L. | 1996 | 928.00 | 528.00 | 489,984.00 |
| | Murphy, Keith R. | 1997 | 1,023.00 | 426.80 | 436,616.40 |
| | Hoang, Lan | 1997 | 996.00 | 748.00 | 745,008.00 |
| | Rose, Jorian L. | 1998 | 1,005.00 | 120.10 | 120,700.50 |
| | New, Jonathan B. | 1998 | 1,023.00 | 27.60 | 28,234.80 |
| | Clark, Eben P. | 1998 | 555.00 | 20.90 | 11,599.50 |
| | Fish, Eric R. | 1998 | 887.00 | 438.20 | 388,683.40 |
| | Warshavsky, Oren J. | 1998 | 1,023.00 | 731.20 | 748,017.60 |
| | Rollinson, James H. | 1998 | 892.00 | 74.20 | 66,186.40 |
| | Pergament, Benjamin D. | 1999 | 830.00 | 440.90 | 365,947.00 |
| | Cremona, Nicholas J. | 2000 | 1,005.00 | 737.10 | 740,785.50 |
| | Bohorquez, Fernando A. | 2000 | 948.00 | 363.10 | 344,218.80 |
| | Beckerlegge, Robertson D. | 2001 | 774.00 | 749.50 | 580,113.00 |
| | Bell, Stacey A. | 2001 | 846.00 | 686.50 | 580,779.00 |
| | Zeballos, Gonzalo S. | 2001 | 925.00 | 231.40 | 214,045.00 |
| | North, Geoffrey A. | 2002 | 892.00 | 695.70 | 620,564.40 |
| | Song, Brian W. | 2002 | 769.00 | 616.80 | 474,319.20 |
| | Shields, Nkosi D. | 2003 | 630.00 | 238.40 | 150,192.00 |
| | Malchow, Jessica P. | 2003 | 472.00 | 7.40 | 3,492.80 |
| | Oliver, Jason S. | 2003 | 779.00 | 620.90 | 483,681.10 |
| | Sherer, James A. | 2003 | 728.00 | 35.80 | 26,062.40 |
| | Hochmuth, Farrell A. | 2003 | 620.00 | 268.10 | 166,222.00 |
| | Gabriel, Jessie M. | 2004 | 774.00 | 88.10 | 68,189.40 |
| | Proano, David F. | 2005 | 466.00 | 5.00 | 2,330.00 |
| | Allen, Brian F. | 2005 | 667.00 | 381.30 | 254,327.10 |
| | Hartman, Ruth E. | 2005 | 482.00 | 26.50 | 12,773.00 |
| | Kosack, Melissa L. | 2006 | 743.00 | 866.00 | 643,438.00 |
| | Carlisle, Marie L. | 2006 | 589.00 | 586.50 | 345,448.50 |
| | Vanderwal, Amy E. | 2006 | 892.00 | 632.30 | 564,011.60 |
| | Longstaff, Carrie | 2006 | 672.00 | 497.90 | 334,588.80 |
| | Feil, Matthew D. | 2006 | 667.00 | 587.80 | 392,062.60 |
| | Forman, Jonathan A. | 2007 | 704.00 | 161.00 | 113,344.00 |
| | Giuliani, Esterina | 2007 | 892.00 | 577.90 | 515,486.80 |
| | Brown, Seanna R. | 2007 | 1,005.00 | 614.60 | 617,673.00 |
| | Calvani, Torello H. | 2007 | 769.00 | 533.90 | 410,569.10 |
| | Wasick, Joanna F. | 2007 | 783.00 | 670.10 | 524,688.30 |
| | Patel, Tayan B. | 2007 | 610.00 | 6.40 | 3,904.00 |
| | Usitalo, Michelle R. | 2008 | 620.00 | 586.40 | 363,568.00 |
| | Zunno-Freaney, Kathryn M. | 2008 | 892.00 | 254.40 | 226,924.80 |
| | Stanley, Trevor M. | 2008 | 625.00 | 157.60 | 98,500.00 |
| | Campbell, Patrick T. | 2009 | 712.00 | 197.00 | 140,264.00 |
| | Molina, Marco | 2009 | 743.00 | 269.60 | 200,312.80 |
| | Markel, Tatiana | 2009 | 743.00 | 729.50 | 542,018.50 |
| | Iannuzzi, Michael M. | 2010 | 526.00 | 26.90 | 14,149.40 |
| | Wangsgard, Kendall E. | 2011 | 599.00 | 57.40 | 34,382.60 |
| Partners and of Counsel Total | | | 845.40 | 20,982.90 | 17,738,973.80 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Bieler, Philip | 1994 | 501.00 | 607.60 | 304,407.60 |
| | Kates, Elyssa S. | 2000 | 725.00 | 27.10 | 19,647.50 |
| | Wlodek, Heather | 2003 | 667.00 | 510.20 | 340,303.40 |
| | Cowherd, Matthew K. | 2005 | 509.00 | 472.80 | 240,655.20 |
| | Hiatt, Eric B. | 2005 | 620.00 | 321.30 | 199,206.00 |
| | Mezibov, Jonathan G. | 2006 | 267.00 | 715.50 | 191,038.50 |
| | Goldmark, Jena B. | 2007 | 487.00 | 669.30 | 325,949.10 |
| | Sabella, Michael A. | 2008 | 578.00 | 667.50 | 385,815.00 |
| | Choi, David | 2008 | 620.00 | 392.00 | 243,040.00 |
| | Attard, Lauren T. | 2008 | 593.00 | 40.00 | 23,720.00 |
| | McCurrach, Elizabeth G. | 2008 | 641.00 | 788.40 | 505,364.40 |
| | Perkins Austin, Francesca | 2009 | 604.00 | 272.00 | 164,288.00 |
| | Khan, Ferve E. | 2009 | 620.00 | 422.50 | 261,950.00 |
| | Nickodem, Robert G. | 2009 | 274.00 | 751.10 | 205,801.40 |
| | Shapiro, Peter B. | 2009 | 620.00 | 706.60 | 438,092.00 |
| | Mattera, Marshall J. | 2009 | 620.00 | 903.40 | 560,108.00 |
| | Hansford, Melissa L. | 2010 | 274.00 | 296.30 | 81,186.20 |
| | Bent, Camille C. | 2010 | 578.00 | 710.80 | 410,842.40 |
| | Biondo, Lindsay J. | 2010 | 274.00 | 735.50 | 201,527.00 |
| | Maytal, Anat | 2010 | 599.00 | 662.30 | 396,717.70 |
| | Ubaid, Maryland H. | 2010 | 274.00 | 702.80 | 192,567.20 |
| | Chandler, Tara R. | 2010 | 274.00 | 817.10 | 223,885.40 |
| | Rouach, Sophie | 2010 | 487.00 | 52.10 | 25,372.70 |
| | Boga-Lofaro, Csilla | 2010 | 504.00 | 200.70 | 101,152.80 |
| | McGourty, Cara | 2010 | 599.00 | 556.00 | 333,044.00 |
| | Mahida, Michelle Marie Hoff | 2010 | 267.00 | 785.00 | 209,595.00 |
| | Rollins, Jennifer B. | 2010 | 267.00 | 567.40 | 151,495.80 |
| | Blanchard, Jason I. | 2011 | 531.00 | 497.80 | 264,331.80 |
| | Shifrin, Maximillian S. | 2011 | 599.00 | 294.10 | 176,165.90 |
| | Patrick, Stacey M. | 2011 | 274.00 | 805.60 | 220,734.40 |
| | Slavin, Jeffrey A. | 2011 | 502.00 | 42.00 | 21,084.00 |
| | Vonderhaar, Douglas A. | 2011 | 331.00 | 91.80 | 30,385.80 |
| | Oliva, Frank M. | 2011 | 578.00 | 788.60 | 455,810.80 |
| | White, Jason T. | 2011 | 274.00 | 800.30 | 219,282.20 |
| | Gottesman, Joel D. | 2011 | 274.00 | 489.80 | 134,205.20 |
| | Durbin, Damon M. | 2011 | 310.00 | 284.80 | 88,288.00 |
| | Crook, Darren A. | 2011 | 368.00 | 10.30 | 3,790.40 |
| | Feldstein, Robyn M. | 2011 | 578.00 | 241.70 | 139,702.60 |
| | Barhorst, Damon C. | 2011 | 267.00 | 115.50 | 30,838.50 |
| | Rose, Nicholas M. | 2011 | 599.00 | 518.40 | 310,521.60 |
| | Krishna, Ganesh | 2011 | 578.00 | 824.50 | 476,561.00 |
| | Ackerman, Stephanie | 2012 | 531.00 | 690.70 | 366,761.70 |
| | Hough, Shawn P. | 2012 | 578.00 | 680.00 | 393,040.00 |
| | Rice, David W. | 2012 | 578.00 | 353.10 | 204,091.80 |
| | Gallagher, Christopher B. | 2012 | 578.00 | 425.50 | 245,939.00 |
| | Tanney, Michelle N. | 2013 | 531.00 | 534.10 | 283,607.10 |
| | Barrow Clark, Erica | 2013 | 509.00 | 3.80 | 1,934.20 |
| | Brumbach, Maxim G. | 2013 | 267.00 | 714.40 | 190,744.80 |
| | Friedman, Matthew B. | 2013 | 551.00 | 279.70 | 154,114.70 |
| | Sterling, Nichole L. | 2013 | 494.00 | 78.40 | 38,729.60 |
| | Charlemagne, Chardaie C. | 2013 | 531.00 | 339.50 | 180,274.50 |
| | Gillingham, Ross M. | 2013 | 267.00 | 757.50 | 202,252.50 |
| | Mosher, Sarah E. | 2013 | 267.00 | 766.10 | 204,548.70 |
| | Goertemiller, Noah J. | 2014 | 267.00 | 751.80 | 200,730.60 |
| | Horning, Nathan T. | 2014 | 274.00 | 767.90 | 210,404.60 |
| | Turner, Tara E. | 2015 | 478.00 | 810.50 | 387,419.00 |
| | Serrao, Andrew M. | 2015 | 509.00 | 493.50 | 251,191.50 |
| | Weinberg, Lauren R. | 2015 | 509.00 | 37.60 | 19,138.40 |
| | Kennedy, Joyce R. | 2015 | 274.00 | 700.90 | 192,046.60 |
| | Martin, Lauren E. | 2016 | 267.00 | 777.20 | 207,512.40 |
| | Berry, Joshua L. | 2016 | 267.00 | 676.50 | 180,625.50 |
| | Shalodi, Amani | 2016 | 274.00 | 753.10 | 206,349.40 |
| | Nadworny, Bari R. | 2016 | 494.00 | 354.20 | 174,974.80 |
| | Molony, Matthew E. | 2016 | 267.00 | 668.50 | 178,489.50 |
| | Miguel, Nickoli X. | 2016 | 274.00 | 747.10 | 204,705.40 |
| | Stewart, Matthew L. | 2016 | 267.00 | 772.30 | 206,204.10 |
| | Alonso, Carolina A. | 2016 | 446.00 | 17.70 | 7,894.20 |

| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|---|---|
| Associates | Cantu, Michael R. | 2016 | 274.00 | 740.90 | 203,006.60 |
| | Maw, Darley | 2017 | 518.00 | 301.50 | 156,177.00 |
| | Stork, Victoria L. | 2017 | 478.00 | 663.20 | 317,009.60 |
| | Satter, Joshua A. | 2017 | 565.00 | 603.60 | 341,034.00 |
| | Dindiyal, Ariana G. | 2017 | 446.00 | 730.40 | 325,758.40 |
| | Williams, Briana D. | 2018 | 395.00 | 271.10 | 107,084.50 |
| | Fischetti, Chloe S. | 2018 | 437.00 | 519.60 | 227,065.20 |
| | Wafelbakker, Tess N. | 2018 | 349.00 | 13.80 | 4,816.20 |
| | Corrigan, Megan A. | 2019 | 431.00 | 431.20 | 185,847.20 |
| | Gotsis, Christina O. | 2019 | 431.00 | 394.80 | 170,158.80 |
| | Yantis, Brittany A. | 2019 | 431.00 | 185.30 | 79,864.30 |
| | Silversmith, Jordan R. | 2019 | 431.00 | 238.30 | 102,707.30 |
| | Bordner, Alexa T. | 2019 | 441.00 | 207.60 | 91,551.60 |
| | Sternbach, Lauren E. | 2020 | 441.00 | 578.80 | 255,250.80 |
| | Van Duyn, Audrey J. | 2020 | 441.00 | 585.30 | 258,117.30 |
| | Cardenas, Samantha A. | #N/A | 267.00 | 613.40 | 163,777.80 |
| | Sullivan, Kayley B. | #N/A | 441.00 | 398.90 | 175,914.90 |
| | Waldrop, Patrick R. | #N/A | 441.00 | 27.70 | 12,215.70 |
| Associates Total | | | 422.43 | 41,615.50 | 17,579,556.30 |
| SUMMARY CLASS | NAME | YEAR ADMITTED | HOURLY RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff | Graham, Sonya M. | #N/A | 289.00 | 29.60 | 8,554.40 |
| | Montani, Christine A. | #N/A | 377.00 | 447.90 | 168,858.30 |
| | Bookout, Kimberly M. | #N/A | 252.00 | 12.80 | 3,225.60 |
| | Iskhakova, Yuliya | #N/A | 390.00 | 865.10 | 337,389.00 |
| | Sweet, Karen R. | #N/A | 263.00 | 3.20 | 841.60 |
| | Gibbons, Michael E. | #N/A | 413.00 | 16.10 | 6,649.30 |
| | Belanger, Christina I. | #N/A | 350.00 | 5.10 | 1,785.00 |
| | Nunes, Silas T. | #N/A | 333.00 | 147.50 | 49,117.50 |
| | Landrio, Nikki M. | #N/A | 407.00 | 464.20 | 188,929.40 |
| | Blaber, Theresa A. | #N/A | 367.00 | 59.00 | 21,653.00 |
| | von Collande, Constance M. | #N/A | 372.00 | 619.00 | 230,268.00 |
| | Bryan, Katrina E. | #N/A | 359.00 | 378.50 | 135,881.50 |
| | Stone, Adrian | #N/A | 330.00 | 420.00 | 138,600.00 |
| | Monge, Tirsa | #N/A | 377.00 | 436.20 | 164,447.40 |
| | McIntosh, Casey | #N/A | 218.00 | 165.20 | 36,013.60 |
| | Bekier, James M. | #N/A | 480.00 | 289.30 | 138,864.00 |
| | Cabrera, Ramon C. | #N/A | 295.00 | 104.50 | 30,827.50 |
| | Godsen, Brian J. | #N/A | 185.00 | 9.20 | 1,702.00 |
| | Martin, Joseph D. | #N/A | 262.00 | 68.80 | 18,025.60 |
| | Glanzman, Adam J. | #N/A | 378.00 | 157.80 | 59,648.40 |
| | Chan, Angeline | #N/A | 281.00 | 427.00 | 119,987.00 |
| | Oliver-Weeks, Marcella J. | #N/A | 434.00 | 710.70 | 308,443.80 |
| | Kinne, Tanya M. | #N/A | 360.00 | 562.20 | 202,392.00 |
| | Eyler, Carly D. | #N/A | 158.00 | 10.90 | 1,722.20 |
| | McKenna, Patrice M. | #N/A | 299.00 | 584.40 | 174,735.60 |
| | Wong, Sun Kei | #N/A | 292.00 | 4.70 | 1,372.40 |
| | Fishelman, Benjamin D. | #N/A | 459.00 | 496.60 | 227,939.40 |
| | Dangelmajer, Susan E. | #N/A | 365.00 | 266.50 | 97,272.50 |
| | Villamayor, Fidentino L. | #N/A | 395.00 | 315.50 | 124,622.50 |
| | Polanco Ortiz, Dorian A. | #N/A | 285.00 | 94.90 | 27,046.50 |
| | Szalay, Sarah M. | #N/A | 211.00 | 268.40 | 56,632.40 |
| | Dyer, Ricky J. | #N/A | 240.00 | 6.80 | 1,632.00 |
| | LaFalce, Stephen P. | #N/A | 195.00 | 8.00 | 1,560.00 |
| | Clark, Raymond W. | #N/A | 180.00 | 6.40 | 1,152.00 |
| Paralegals, Clerks, Library Staff and Other Non-Legal | | | 364.90 | 8,462.00 | 3,087,791.40 |

| PROFESSIONALS | BLENDED RATE | TOTAL HOURS BILLED | TOTAL COMPENSATION |
|---|---|---|---|
| Partners and of Counsel Total | 845.40 | 20,982.90 | 17,738,973.80 |
| Associates Total | 422.43 | 41,615.50 | 17,579,556.30 |
| Paralegals, Clerks, Library Staff and Other Non-Legal Staff Total | 364.90 | 8,462.00 | 3,087,791.40 |
| Blended Attorney Rate | 564.21 | | |
| Total Fees Incurred | | 71,060.40 | 38,406,321.50 |
| **Less 10% Public Interest Discount** | | | (3,840,632.15) |
| **Grand Total** | | | $ 34,565,689.35 |