# EXHIBIT C

EXHIBIT C

COMPENSATION BY WORK TASK CODE FOR SERVICES
RENDERED BY BAKER & HOSTETLER LLP FOR THIRTY-FOURTH INTERIM PERIOD
OF APRIL 1, 2020 THROUGH JULY 31, 2020

| Task/Matter | Task/Matter Name | HOURS | AMOUNT |
|---|---|---|---|
| 01 | Trustee Investigation | 6,402.40 | $ 4,058,235.30 |
| 02 | Bankruptcy Court Litigation and Related Matters | 983.80 | 668,956.30 |
| 03 | Feeder Funds | 9.80 | 7,380.40 |
| 04 | Asset Search Recovery and Sale | 0.10 | 102.30 |
| 05 | Internal Office Meetings with Staff | 439.50 | 249,895.10 |
| 07 | Billing | 1,002.10 | 419,318.20 |
| 08 | Case Administration | 1,816.90 | 840,525.50 |
| 11 | Press Inquires and Responses | 132.40 | 95,955.90 |
| 12 | Document Review | 18,914.60 | 5,432,372.30 |
| 13 | Discovery - Depositions and Document Productions | 1,560.70 | 616,173.00 |
| 14 | International | 132.30 | 76,469.40 |
| 19 | Non-Bankruptcy Litigation | 0.20 | 81.40 |
| 20 | Governmental Agencies | 15.60 | 13,132.10 |
| 21 | Allocation | 25.20 | 20,569.80 |
| 000005 | Customer Claims | 837.90 | 470,745.00 |
| 000007 | Madoff Family | 179.00 | 134,216.80 |
| 000009 | Fairfield Greenwich | 2,895.00 | 2,047,326.00 |
| 000011 | Cohmad Securities Corporation | 226.30 | 156,865.20 |
| 000029 | Rye/Tremont | 787.90 | 479,498.40 |
| 000030 | HSBC | 3,973.80 | 2,579,873.40 |
| 000032 | LuxAlpha/UBS | 3,257.70 | 2,331,644.50 |
| 000033 | Nomura Bank International PLC | 488.40 | 274,834.10 |
| 000034 | Citibank | 1,114.30 | 813,885.00 |
| 000035 | Natixis | 744.10 | 502,578.30 |
| 000036 | Merrill Lynch | 556.40 | 332,177.70 |
| 000037 | ABN AMRO | 885.00 | 556,261.80 |
| 000039 | Fortis | 706.20 | 595,593.60 |
| 000042 | Equity Trading | 163.40 | 101,902.90 |
| 000053 | Magnify | 3,572.60 | 2,518,174.30 |
| 000059 | Stanley Shapiro | 67.50 | 46,071.30 |
| 000060 | Avellino & Bienes | 4,810.10 | 3,413,199.60 |
| 000062 | Subsequent Transfer | 10,236.00 | 6,181,411.90 |
| 000063 | Counsel to the SIPA Trustee re: BLMIS v. Citrus Investment H | 46.50 | 37,793.20 |
| 000065 | Legacy Capital Ltd | 1,586.60 | 1,047,715.00 |
| 000071 | Square One | 1,873.60 | 927,290.10 |
| 000075 | Good Faith 5A (Cohmad Referred Accounts) | 606.30 | 349,600.70 |
| 000077 | Extraterritoriality Appeal | 10.20 | 8,495.20 |
| | | | |
| Grand Total | | **71,060.40** | **38,406,321.50** |

| | |
|---|---|
| **Less 10% Public Interest Discount** | (3,840,632.15) |
| **Grand Total** | $ 34,565,689.35 |
| **Current Application** | |
| Interim Compensation Requested | $ 34,565,689.35 |
| Interim Compensation Paid | *(31,109,120.42)* |
| Interim Compensation Deferred | $ 3,456,568.93 |
| **Prior Applications** | |
| Interim Compensation Requested | $ 1,215,996,653.73 |
| Interim Compensation Paid | *$ (1,205,223,991.27)* |
| Interim Compensation Deferred | $ 10,772,662.46 |