# EXHIBIT D

EXHIBIT D

EXPENSE SUMMARY BY BAKER & HOSTETLER LLP FOR THIRTY-FOURTH
INTERIM PERIOD OF APRIL 1, 2020 THROUGH JULY 31, 2020

| | | |
|---|---|---:|
| E101 | Copying (E101) | 0.60 |
| E102 | Outside Printing (E102) | 621.19 |
| E105 | Telephone (E105) | 526.00 |
| E106 | Online Research (E106) | 56,474.97 |
| E107 | Delivery Services/ Messengers (E107) | 834.22 |
| E108 | Postage (E108) | 824.40 |
| E110 | Out-of-Town Travel (E110) | 497.34 |
| E112 | Court Fees (E112) | 2,639.50 |
| E113 | Subpoena Fees (E113) | 1,109.50 |
| E115 | Deposition Transcripts (E115) | 780.00 |
| E116 | Trial Transcripts (E116) | 382.85 |
| E119 | Experts (E119) | 114.00 |
| E120 | Private Investigators (E120) | 22,084.59 |
| E123 | Other Professionals (E123) | 42,500.00 |
| E124 | Other (E124) | 30,598.58 |
| Grand Total | | **159,987.74** |

**Prior Applications**

Reimbursement of Expenses Requested and Awarded        $ 18,914,342.52