# Exhibit B

SUMMARY OF THIRTY-THIRD INTERIM FEE APPLICATION OF WINDELS MARX LANE & MITTENDORF, LLP FOR SERVICES RENDERED FROM APRIL 1, 2020 THROUGH JULY 31, 2020

| Name | Year Admitted | Apr-Jul 2020 Standard Hourly Rate | Apr-Jul 2020 Total Hours Billed | Apr-Jul 2020 Total Compensation |
|---|---|---|---|---|
| **Partners** | | | | |
| Howard L. Simon | 1977 | 675.00 | 452.30 | $ 305,302.50 |
| Kim M. Longo | 2002 | 565.00 | 762.90 | $ 431,038.50 |
| Antonio J. Casas | 1992 | 505.00 | 98.00 | $ 49,490.00 |
| **Total Partners** | | | 1,313.20 | $785,831.00 |
| **Special Counsel** | | | | |
| Brian W. Kreutter | 2003 | 410.00 | 16.30 | $ 6,683.00 |
| John J. Tepedino | 2005 | 450.00 | 657.10 | $ 295,695.00 |
| Alan D. Lawn | 2009 | 400.00 | 677.40 | $ 270,960.00 |
| **Total Special Counsel** | | | 1,350.80 | $573,338.00 |
| **Associates** | | | | |
| Ben J. Kusmin | 2006 | 450.00 | 63.50 | $ 28,575.00 |
| Karen M. Cullen | 1981 | 440.00 | 394.10 | $ 173,404.00 |
| Carol LaFond | 2000 | 410.00 | 677.30 | $ 277,693.00 |
| Alex Jonatowski | 2007 | 375.00 | 682.10 | $ 255,787.50 |
| **Total Associates** | | | 1,817.00 | $735,459.50 |
| **Paraprofessionals** | | | | |
| Matthew Corwin | | 250.00 | 15.20 | $ 3,800.00 |
| Carilyn Priolo | | 160.00 | 43.70 | $ 6,992.00 |
| **Total Paraprofessionals** | | | 58.90 | $ 10,792.00 |

| | | Hours | Total Fees |
|---|---|---|---|
| **Partners** | | 1,313.20 | 785,831.00 |
| **Special Counsel** | | 1,350.80 | 573,338.00 |
| **Associates** | | 1,817.00 | 735,459.50 |
| **Paraprofessionals** | | 58.90 | 10,792.00 |
| | | | |
| **Blended Attorney Rate** | 467.45 | | |
| **Blended Rate All Professionals** | 463.76 | | |
| **GRAND TOTAL** | | 4,539.90 | $ 2,105,420.50 |

{11850900:1}