## Exhibit C

SUMMARY OF THIRTY-THIRD INTERIM FEE APPLICATION OF
WINDELS MARX LANE & MITTENDORF, LLP FOR EXPENSES
INCURRED FROM
APRIL 1, 2020 THROUGH AND INCLUDING JULY 31, 2020

| Code Description | Amount | |
|---|---|---|
| Air Courier/Messenger | $ | 248.38 |
| Online Research | $ | 5,639.45 |
| Search Fees | $ | 64.10 |
| **TOTAL** | **$** | **5,951.93** |

{11850900:1}