**Exhibit D**

COMPENSATION BY MATTER AND TASK CODE FOR SERVICES RENDERED BY WINDELS MARX LANE & MITTENDORF, LLP FOR THE THIRTY-FIRST INTERIM PERIOD OF APRIL 1, 2020 THROUGH AND INCLUDING JULY 31, 2020

| Matter Number | Matter Name | Task Code | Task Code Description | Hours | Amount |
|---|---|---|---|---|---|
| 2 | Attorneys for Trustee | 004 | Case Administration | 4.90 | $ 1,808.00 |
|  |  | 007 | Fee Application | 76.90 | 24,625.00 |
|  |  | 020 | Internal Office Meetings | 12.60 | 5,241.50 |
| 7 | Good Faith Avoidance Actions | 010 | Litigation | 2.40 | 1,149.00 |
| 12 | Credit Suisse | 010 | Litigation | 380.10 | 161,068.50 |
| 14 | Zephyros | 010 | Litigation | 85.60 | 40,532.00 |
| 15 | Mistral | 010 | Litigation | 29.60 | 12,103.00 |
| 16 | Societe Generale | 010 | Litigation | 342.80 | 145,043.50 |
| 17 | Royal Bank of Canada | 010 | Litigation | 400.60 | 177,122.50 |
| 18 | Clariden Leu | 010 | Litigation | 3.30 | 1,320.00 |
| 19 | Trincastar Corp. | 010 | Litigation | 0.70 | 280.00 |
| 20 | Coordinated Cases | 010 | Litigation | 1,914.50 | 855,665.00 |
| 23 | Case-Wide Subsequent Transfer Litigation | 010 | Litigation | 1,032.10 | 558,814.50 |
| 24 | Naidot | 010 | Litigation | 253.80 | 120,648.00 |
|  |  |  | **TOTALS** | **4,539.90** | **$ 2,105,420.50** |

{11850900:1}