# EXHIBIT D

**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively*
*Consolidated SIPA Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant, | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff, | Adv. Pro. No. 12-01699 (SMB) |
| Plaintiff, | |
| v. | |
| ROYAL BANK OF CANADA; GUERNROY LIMITED; ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED; ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED; ROYAL BANK OF CANADA (ASIA) LIMITED; ROYAL BANK OF CANADA (SUISSE) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.; | |
| Defendants. | |

**[PROPOSED] ORDER GRANTING THE TRUSTEE'S MOTION FOR LEAVE TO**
**FILE AMENDED COMPLAINT**

{11857545:1}

This cause having come before the Court on _____ on the motion ("Motion") of Irving

H. Picard ("Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff

Investment Securities, LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et*

*seq.*, and Bernard L. Madoff, by and through his counsel, Windels Marx Lane & Mittendorf,

LLP, seeking entry of an order, pursuant to Rule 15 of the Federal Rules of Civil Procedure, as

incorporated in this proceeding by Rule 7015 of the Federal Rules of Bankruptcy Procedure,

granting the Trustee's request for leave to file an Amended Complaint; and the Court having

considered the Memorandum of Law in Support of Trustee's Motion for Leave to File Amended

Complaint and the Declaration of Kim M. Longo in Support of Trustee's Motion for Leave to

File Amended Complaint; and any objections thereto; and due notice of the Motion having been

given, and it appearing that no other or further notice need be given; and the Court having

determined that the legal and factual bases set forth in the Motion establish just cause for the

relief granted herein; and upon the proceedings before the Court and after due deliberation, it is

hereby

**ORDERED THAT:**

1.      The Motion is GRANTED.

2.      The Trustee is granted leave to file his Amended Complaint.


Dated: _____, 2021
New York, New York.


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE