**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C, WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family LLC; AND IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C,<br><br>Defendants. | Adv. Pro. No. 10-04752 (SMB) |

**PROPOSED ORDER DENYING APPLICATION OF CHAITMAN LLP TO WITHDRAW AS COUNSEL, OR IN THE ALTERNATIVE, GRANTING TRUSTEE'S MOTION TO STRIKE THE DEFENDANTS' ANSWER**

Upon consideration of the application of Chaitman LLP (the "Application") for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants Kuntzman Family LLC, Jacqueline D. Green, in her capacity as a Managing Member of the Kuntzman Family LLC and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family LLC, and Wayne D. Green, in his capacity as a Managing Member of the Kuntzman Family LLC (the "Kuntzman Green Defendants"), the Trustee's Objection to the Application (the "Objection") and Cross Motion to Strike Defendants' Answer (the "Motion"), the response to the Motion (if any), any and all other pleadings and papers filed and submitted in connection with the Application, Objection or Motion, and the record in this case, the Court has determined that the relief requested in the Application should be denied,

IT IS HEREBY ORDERED that the Application is denied;

OR,

IT IS HEREBY ORDERED that the Motion is GRANTED; and

IT IS HEREBY FURTHER ORDERED that Defendants' Answer to the Trustee's Complaint is stricken, unless Defendant Kuntzman Family LLC makes an appearance through new counsel within fifteen days from the date of this Order; and

IT IS HEREBY FURTHER ORDERED that should Defendant Kuntzman Family LLC fail to appear through new counsel within fifteen days from the date of this Order and

2

Defendants' Answer stricken, the Trustee is permitted to seek entry of default of Defendant Kuntzman Family LLC.

Dated: New York, New York
November __, 2020

                                                                                   _____
                                                                                    HONORABLE STUART M. BERNSTEIN
                                                                                     UNITED STATES BANKRUPTCY JUDGE

3