UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Movant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C, WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family LLC; and IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C.,<br><br>      Defendants | Adv. Pro. No.: 10-04752 (SMB) |

**DECLARATION OF NICHOLAS J. CREMONA IN SUPPORT OF OBJECTION OF TRUSTEE TO NOTICE OF PRESENTMENT OF AN ORDER GRANTING APPLICATION TO WITHDRAW AS COUNSEL, AND CROSS MOTION TO STRIKE DEFENDANTS' ANSWER**

I, Nicholas J. Cremona, hereby declare as follows:

1. I am a partner at Baker & Hostetler LLP, counsel for Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa-*lll*, and the chapter 7 estate of Bernard L. Madoff. I submit this Declaration in further support of the Trustee's Opposition to Chaitman LLP's Notice of Presentment of an Order Granting Application to Withdraw as Counsel and Cross Motion to Strike Defendants' Answer.

2. Attached hereto as Exhibit 1 is a true and correct copy of the Defendant Kuntzman Family LLC's responses to written discovery.

3. Attached hereto as Exhibit 2 is a true and correct copy of an excerpt of relevant pages from the deposition of the corporate representative of Kuntzman Family LLC.

4. Attached hereto as Exhibit 3 is a true and correct copy of the Defendant Kuntzman Family LLC's amended disclosures.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

Dated: November 11, 2020
      New York, New York

                        Respectfully submitted,

                        BAKER & HOSTETLER LLP

                        By: */s/ Nicholas J. Cremona*
                        Baker & Hostetler LLP
                        45 Rockefeller Plaza
                        New York, New York 10111
                        Telephone: (212) 589-4200
                        Facsimile: (212) 589-4201
                        Email: ncremona@bakerlaw.com