# EXHIBIT 2

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

ADV PRO. NO. 08-01789 (SMB)
ADV. PRO. NO. 10-04752 (SMB)

SECURITIES INVESTOR PROTECTION
CORPORATION,

    Plaintiff-Applicant,

vs.

BERNARD L. MADOFF INVESTMENT
SECURITIES, LLC,
    Defendant.
_____/

IN RE:

BERNARD L. MADOFF,

    Debtor.
_____/

IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities, LLC, and Bernard L. Madoff,
    Plaintiff,
vs.
KUNTZMAN FAMILY, LLC; JACQUELINE D. GREEN, in her capacity as a managing member of the Kuntzman Family L.L.C., and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C., WAYNE D. GREEN, in his capacity as a managing member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a member of the

KUNTZMAN FAMILY L.L.C.;
IRREVOCABLE TRUST FBO JENNIFER
GATTEGNO, in its capacity as a
Member of the Kuntzman Family
LLC; and IRREVOCABLE TRUST FBO
ETHAN SIEGEL, in its capacity
as a Member of the Kuntzman
Family L.L.C.,

       Defendants.
_____/

VIDEOTAPED DEPOSITION OF JUDY GATTEGNO
DESIGNATED CORPORATE REPRESENTATIVE OF
DEFENDANT KUNTZMAN FAMILY LLC

Pages 1 through 212

Thursday, October 12, 2017
10:10 a.m. to 3:49 p.m.
Bendish Reporting
444 West Railroad Avenue, Suite 300
West Palm Beach, Florida

Reported By:
KIMBERLEY A. ROSS, FPR
Florida Professional Reporter

Page 3

 1   APPEARANCES:

 2   On Behalf of the Plaintiff Irving H. Picard:

 3           BAKER & HOSTETLER, LLP
             811 Main, Suite 1100
 4           Houston, Texas  77002-6111
             713.646.1388
 5           mcarlisle@bakerlaw.com
             BY:  MARIE L. CARLISLE, ESQ.
 6
     On Behalf of the Defendants Kuntzman Family LLC,
 7   et al.:

 8           CHAITMAN LLP
             465 Park Avenue
 9           New York, New York  10022
             888.759.1114
10           jallim@chaitmanllp.com
             BY:  JENNIFER ALLIM, ESQ.
11               (Via telephone)

12   ALSO PRESENT:

13           MICHAEL HOLLANDER, VIDEOGRAPHER
             BENDISH REPORTING
14
             ILIE LUPU
15

16

17

18

19

20

21

22

23

24

25