# EXHIBIT 3

**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants Kuntzman Family LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　　　　　Plaintiff-Applicant,<br>　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br>BERNARD L. MADOFF,<br>　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC<br>　　　　　　　　Plaintiff,<br>　　v.<br>KUNTZMAN   FAMILY   LLC,<br>　　　　　　　　Defendant(s) | Adv. Pro. No. 10-04752 (SMB) |

**AMENDED INITIAL DISCLOSURES**

　　　　Kuntzman Family LLC (the "Defendant"), by and through its attorneys, and pursuant to

Rule 26 of the Federal Rules of Civil Procedure and Rule 7026 of the Federal Rules of Bankruptcy

Procedure, and the Local Rules of this Court, make the following disclosures:

{00041474 1}　　　　　　　　　　　　　　1

    (A)    The name and, if known, the address and telephone number of each individual likely to have discoverable information that the disclosing party may use to support its claims or defenses, unless solely for impeachment, identifying the subjects of the information:

1. Bernard L. Madoff
   Federal Penitentiary
   Butner, North Carolina

2. Irving H. Picard
   Baker & Hostetler LLP
   45 Rockefeller Plaza
   New York, New York 10111

3. Dean Hunt
   Baker & Hostetler LLP
   811 Main Street, Suite 1100
   Houston, Texas 770022

4. Maximillian Shifrin
   Baker & Hostetler LLP
   45 Rockefeller Plaza
   New York, New York 10111

5. Depository Trust Company

6. Annette Bongiorno

7. Daniel Bonventre
   Federal Correctional Institution
   Schuylkill, Minersville, Pennsylvania
   Inmate Register Number 63156-054

8. Enrica Cotellessa-Pitz
   107 Garden Gate Trail
   Marietta, South Carolina 29661

9. JoAnn Crupi

10. JoAnn Sala

11. Winifier P. Jackson
    1220 Croes Avenue, Apt. 5D
    Bronx, New York 10472

12. Alethea Leung
    29 Rickard Court
    Lawrence Township, New Jersey 08648

13. Dorothy Khan
    107-37 124th Street
    South Richmond Hill, New York 11419

14. Robert Gutman
    301 E. 79th Street, Apt. 11A
    New York, New York 10075

15. Walter Tiletnik
    440 E. 13th Street, Apt. A2
    New York, New York

16. Peter George Tiletnik
    1095 Lydia Drive
    Franklin Square, New York 11010

17. Hendrik Voigt
    24 Wickham Way
    Chatham, New Jersey 07928

18. Steven Friedman
    50 Grange Avenue
    Fair Haven, New Jersey 07704

19. Peter Berkowitz
    85 Kato Drive
    Sudbury, Massachusetts 01776

20. Heath Sroka
    30 Whig Road
    Scarsdale, New York 10583

21. Zafer Barutcuoglu
    165 Christopher Street, Apt. 6Z
    New York, New York 10014

22. Ned Zachar
    372 Guard Hill Road
    Bedford, New York 10506

23. Jonathan Lenaghan
    1110 Park Avenue, Apt. 4R
    Hoboken, New Jersey 07030

24. Neilay Mehta
    230 E 25th Street, Apt. 5E
    New York, New York 10010

25. Richard C. Yeh
    299 6th Avenue, Apt. 1
    Brooklyn, New York 11215

26. Paolo Vicinelli
    15 Dante Street
    Larchmont, NY 10538

27. Jamie Lynn Rosenberger
    9 Harriman Avenue
    Yonkers, New York 10701

28. Linda Coribello
    JPMorgan Chase Bank, N.A.
    4 Chase Metrotech Center, Floor 18
    Brooklyn, New York 11245

29. Benjamin D. Klein
    Wachtell, Lipton, Rosen & Katz
    51 West 52nd Street
    New York, New York, 10019

30. Bruce Dubinsky

31. Lisa Collura

32. Matthew Greenblatt

33. Steve Maslow
    2773 South Ocean Boulevard, Apt. 401
    Palm Beach, Florida 33480

(B)    A copy of, or a description by category and location of all documents, data compilations, and tangible things that are in the possession, custody, or control of the party and that the disclosing party may use to support its claims or defenses, unless solely for impeachment:

1. All third party records in the Trustee's possession or control evidencing or relating to the purchase, custody or sale of securities.

2. Documents evidencing communications between SIPC and the House Financial Services Committee.

3. Documents evidencing communications between SIPC and the SEC.

4. The marketing materials and documents evidencing communications relating to the Trustee's efforts to sell the market making and proprietary trading businesses.

5. Communications between the Trustee and JPMorgan Chase and/or their respective attorneys concerning the Coribello Declarations and/or concerning the ownership of the 509 and 703 accounts.

(C) A computation of any category of damages claimed by the disclosing party, making available for inspection and copying as under Rule 34 the documents or other evidentiary material, not privileged or protected from disclosure, on which such computation is based, including materials bearing on the nature and extent of injuries suffered:

1. To the extent appropriate, Defendants intend to seek an award of counsel fees against the Trustee and his counsel.

Defendants reserve the right to supplement and/or amend these initial disclosures as more information becomes available during the course of this action and as the issues are clarified through court proceedings. Defendants also reserve the right to rely upon:

1. Any documents in the possession or under the control of the Trustee.

2. Any documents produced by third parties in connection with third party discovery.

3. Any documents produced in other adversary proceedings in this SIPA liquidation proceeding or any related proceeding.

Dated:  New York, New York
        July 2, 2019

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
    Helen Davis Chaitman
    hchaitman@chaitmanllp.com
    465 Park Avenue
    New York, New York 10022
    Phone & Fax: 888-759-1114

    *Attorneys for Defendants Kuntzman Family LLC*

## **CERTIFICATE OF SERVICE**

I hereby certify that, on July 3, 2019, a true and correct copy of the foregoing was served by electronic mail upon:

>BAKER & HOSTETLER
>David J. Sheehan, Esq.
>dsheehan@bakerlaw.com
>Nicholas J. Cremona, Esq.
>ncremona@bakerlaw.com
>45 Rockefeller Plaza
>New York, NY 10111
>Telephone: (212) 589-4200
>Facsimile: (212) 589-4201

Dated:   New York, New York
        July 3, 2019                                              */s/ Helen Davis Chaitman*