Exhibit A

| BLMIS Account Name | BLMIS Account Number |
|---|---|
| LEGACY CAPITAL LIMITED C/O LEED MANAGEMENT LTD | 1FR071 |

MADC1452_00000001