**SUBSEQUENT TRANSFERS FROM LEGACY CAPITAL LTD TO MONTPELLIER INTERNATIONAL LTD**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/5/2007 | $ (50,000,000) |
| 10/5/2007 | $ (27,000,000) |
| Total: | $ **(77,000,000)** |