**Exhibit D**

**SUBSEQUENT TRANSFERS FROM MONTPELLIER INTERNATIONAL LTD TO MONTPELLIER RESOURCES LTD[1]**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 9/7/2007 | $ (30,647,210) |
| 10/5/2007 | $ (50,819,659) |
| 12/6/2007 | $ (1,889,466) |
| 1/9/2008 | $ (35,082,974) |
| 2/6/2008 | $ (2,709,980) |
| 3/6/2008 | $ (6,942,219) |
| 4/8/2008 | $ (15,962,964) |
| 7/15/2008 | $ (14,951,875) |
| 8/7/2008 | $ (2,477,157) |
| 10/10/2008 | $ (883,918) |
| **Total:** | **$ (162,367,422)** |

---

[1] Montpellier Resources Ltd. is now known as Khronos Group Ltd.