**Exhibit E**

**SUBSEQUENT TRANSFERS FROM MONTPELLIER RESOURCES LTD TO MONTPELLIER USA HOLDINGS LLC[1]**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 10/5/2007 | $ (47,320,392) |
| 11/2/2007 | $ (47,323,396) |
| 1/9/2008 | $ (80,000,000) |
| 5/7/2008 | $ (19,300,976) |
| 6/5/2008 | $ (1,495,362) |
| 7/15/2008 | $ (94,080,621) |
| 8/7/2008 | $ (70,554,571) |
| 12/30/2008 | $ (260) |
| **Total:** | **$ (360,075,578)** |

[1] Montpellier Resources Ltd. is now known as Khronos Group Ltd.

MADC1452_00000023