**Exhibit F**

### SUBSEQUENT TRANSFERS TO PRINCE ASSETS LDC[1]

| Column 1 | Column 2 | Column 3 |
|---|---|---|
| **Date** | **Transferor** | **Amount** |
| 6/12/2008 | Legacy Capital Ltd. | $ (10,000,000) |
| 7/11/2008 | Montpellier Resources Ltd.[2] | $ (15,000,000) |
| 9/19/2008 | Legacy Capital Ltd. | $ (4,000,000) |
| 10/16/2008 | Montpellier International Ltd. | $ (22,888,480) |
| 2/6/2009 | Montpellier Resources Ltd.[2] | $ (65,561,429) |
| | **Total:** | **$ (117,449,909)** |

[1] Prince Assets LDC is now known as Prince Assets Ltd.

[2] Montpellier Resources Ltd. is now known as Khronos Group Ltd.

MADC1452_00000024