**Exhibit G**

**SUBSEQUENT TRANSFERS FROM PRINCE ASSETS LDC TO PRINCE RESOURCES LDC[1]**

| Column 1 | Column 2 |
|---|---|
| **Date** | **Amount** |
| 6/13/2008 | $ (1,500,000) |
| 7/18/2008 | $ (1,500,000) |
| 9/4/2008 | $ (1,500,000) |
| 11/25/2008 | $ (2,300,000) |
| 12/19/2008 | $ (200,000) |
| 1/13/2009 | $ (200,000) |
| 2/18/2009 | $ (100,000) |
| 3/5/2009 | $ (3,000,000) |
| 3/12/2009 | $ (150,000) |
| 3/19/2009 | $ (1,700,000) |
| **Total:** | **$ (12,150,000)** |

[1] Prince Assets LDC is now known as Prince Assets Ltd.