**Exhibit H**

**SUBSEQUENT TRANSFERS FROM PRINCE RESOURCES LDC TO PRINCE CAPITAL PARTNERS LLC**

| Column 1<br>Date | Column 2<br>Amount |
|---|---|
| 7/11/2008 | $ (880,718) |
| 8/8/2008 | $ (852,700) |
| 8/15/2008 | $ (1,157) |
| 9/17/2008 | $ (348,014) |
| 11/28/2008 | $ (1,979,247) |
| 3/5/2009 | $ (2,063,372) |
| 3/20/2009 | $ (1,125,012) |
| Total: | $ (7,250,220) |

MADC1452_00000026