**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

**Hearing Date**: December 16, 2020
**Time**: 10:00 A.M.

**Opposition Deadline**: December 3, 2020

**Reply Deadline**: December 10, 2020

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., as represented by its Liquidator Hanspeter Kramer, *et al.*,<br><br>   Defendants. | Adv. Pro. No. 12-01565 (SMB) |

**NOTICE OF MOTION TO STAY**

**PLEASE TAKE NOTICE** that Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd., by and through their undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on December 16, 2020 at 10:00 a.m., seeking entry of an order granting Defendants' Motion to Stay; for the reasons set forth in the Memorandum of Law in Support of Defendants' Motion to Stay, the Declaration of Andrew J. Finn in Support of Defendants' Motion to Stay and accompanying exhibits, dated November 12, 2020, submitted herewith.

WHEREFORE, Defendants respectfully request that the Court enter an order granting the relief requested herein, in substantially the form attached as Exhibit E to the Declaration of Andrew J. Finn in Support of Defendants' Motion to Stay, and such other and further relief as the Court deems just and appropriate.

Dated: November 12, 2020
      New York, New York

/s/ Andrew J. Finn
Andrew J. Finn
**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588
Email:  finna@sullcrom.com

Diane L. McGimsey (*pro hac vice*)
1888 Century Park East,
Los Angeles, California  90067
Telephone:  (310) 712-6600
Facsimile:  (310) 712-8800
Email:  mcgimseyd@sullcrom.com

*Attorneys for Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd.*