# Exhibit B

## SULLIVAN & CROMWELL LLP

TELEPHONE: 1-212-558-4000
FACSIMILE: 1-212-558-3588
WWW.SULLCROM.COM

*125 Broad Street*
*New York, NY 10004-2498*

LOS ANGELES • PALO ALTO • WASHINGTON, D.C.

FRANKFURT • LONDON • PARIS

BEIJING • HONG KONG • TOKYO

MELBOURNE • SYDNEY

October 15, 2009

<u>Via Federal Express</u>

Thomas L. Long, Esq.
   Baker & Hostetler LLP,
      Capitol Square, Suite 2100,
         65 East State Street,
           Columbus, Ohio 43215-4260.

              Re:    *Securities Investor Protection Corp.* v. *Bernard L. Madoff Investment Securities LLC*, Adv. Pro. No. 08-01789-BRL: <u>Subpoena for Rule 2004 Examination</u>

Dear Mr. Long:

      We appreciate your taking the time to speak with us on Tuesday, October 12, 2009 regarding the Subpoena for a Rule 2004 Examination and attachments thereto (together, the "Subpoena") purportedly served on Standard Chartered International (USA) Ltd. ("SCI") on October 5, 2009, by the SIPC Trustee in connection with the above-captioned matter. We understand that, notwithstanding the stated response date of October 16, 2009, you are willing to accept a production made on a rolling basis. We also understand that, without prejudice to your document requests as set forth in the Subpoena or our objections thereto, at this juncture, you would like SCI to focus its efforts on producing materials related to (i) due diligence on BMIS and Fairfield Sentry and (ii) redemptions in Fairfield Sentry made during the 90 day preference period as exhibited in the Subpoena.

      As we discussed, there are certain impediments to collecting and producing materials you have requested, in particular significant jurisdictional issues, including foreign bank secrecy laws, blocking statutes and customer privacy laws. We intend to focus in the first instance on collecting accessible due diligence materials that are not subject to such impediments, and will confer with you regarding the remainder as

Thomas L. Long, Esq. -2-

we determine what issues are in play.  I will contact you in the next week or so to let you know how far along we are in this process.

    Please contact me (212-558-1684) if you have any questions regarding the issues addressed in this letter.

Sincerely,

Allison Caffarone/kf

Allison Caffarone