# Exhibit E

**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York  10004
Telephone:  (212) 558-4000
Facsimile:  (212) 558-3588

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br><br>      v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., as represented by its Liquidator Hanspeter Kramer, *et al.*,<br><br>           Defendants. | Adv. Pro. No. 12-01565 (SMB) |

**[PROPOSED] ORDER GRANTING DEFENDANTS' MOTION TO STAY**

WHEREAS, this cause having come before the Court on the motion of Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd. (together, "SCB" or "Defendants"), by and through their counsel, Sullivan & Cromwell LLP, seeking entry of an order granting Defendants' Motion to Stay;

WHEREAS, this Court, having considered the Memorandum of Law in Support of Defendants' Motion to Stay, the Declaration of Andrew J. Finn in Support of Defendants' Motion to Stay and accompanying exhibits, and any objections thereto;

WHEREAS, due notice of Defendants' Motion to Stay having been given, and it appearing that no other or further notice need be given;

WHEREAS, the Court having determined that the legal and factual bases set forth in Defendants' Motion to Stay establish just cause for the relief granted herein;

It is hereby

**ORDERED**, that Defendants' Motion to Stay is granted and all proceedings in this case are stayed pending the Second Circuit's decisions in *Picard* v. *Citibank, NA.*, No. 20-1333 (2d Cir.) and *Picard* v. *Legacy Capital Ltd.*, No. 20-1334 (2d Cir.).

Dated: _____, 2020,
New York, New York

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE