**CHAITMAN LLP**
465 Park Avenue
New York, New York 10022
Phone & Fax: (888) 759-1114
Helen Davis Chaitman
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant,<br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>           Plaintiff,<br>      v.<br><br>CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant,<br><br>DAVID R. KAMENSTEIN, individually and in his capacity as joint tenant,<br><br>SLOAN G. KAMENSTEIN, and<br><br>TRACY D. KAMENSTEIN,<br><br>           Defendants. | Adv. Pro. No. 10-04469 (CGM) |

{00045558 2 }

## NOTICE OF DEFENDANTS' APPLICATION PURSUANT TO LOCAL BANKRUPTCY RULE 9077-1(a) FOR AN ORDER TO SHOW CAUSE

PLEASE TAKE NOTICE that upon the accompanying Declaration of Helen Davis Chaitman, Esq., the Memorandum of Law, and on such other and further arguments as may be presented prior to and at the hearing on the motion, Defendants' Carol L. Kamenstein, individually and in her capacity as joint tenant, David R. Kamenstein, individually and in his capacity as joint tenant, Sloan G. Kamenstein, and Tracy D. Kamenstein (collectively, "Defendants"), by and through undersigned counsel, will make an application to seeking relief, pursuant to Rule 9077-1 of the Local Rules Bankruptcy for the Southern District of New York, for entry of an Order adjourning certain dates set in the above-captioned adversary proceeding before the Honorable Cecelia G. Morris, United States Bankruptcy Chief Judge, at the United States Bankruptcy Court for the Southern District of New York, 355 Main Street Poughkeepsie, New York 12601, pursuant to this Court's General Order M-543. No previous application for similar relief has been made before this Court.

Dated: New York, New York
November 17, 2020

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
hchaitman@chaitmanllp.com

*Attorneys for Defendants*

{00045558 2 }