**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and for the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff,<br><br>               v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON NOVEMBER 18, 2020 AT 1:00 P.M.**

**CONTESTED MATTERS**

1. **09-01239; Picard v. Fairfield Investment Fund Limited, et al.**

    A.  Amended Notice of Hearing for Pre-Trial Conference filed by Clerk of Court, (Filed: 10/29/2020) [ECF No. 291]

    **Status:**    This matter is going forward.

2. **10-03800; Picard v. Fairfield Greenwich Group, et al.**

   A. Amended Notice of Hearing for Pre-Trial Conference filed by Clerk of Court, (Filed: 10/29/2020) [ECF No. 136]

   **Status:**   This matter is going forward.

Dated:  November 17, 2020
        New York, New York

By:     /s/ David J. Sheehan
        **BAKER & HOSTETLER LLP**
        45 Rockefeller Plaza
        New York, New York 10111
        Telephone: (212) 589-4200
        Facsimile: (212) 589-4201
        David J. Sheehan
        Email:  dsheehan@bakerlaw.com

        *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*