**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATIONSOF CERTAIN CUSTOMER CLAIMS

Frank and Carol DiFazio (the "Claimants"), having filed an objection (Docket No. 2284) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim #12761 and #15052, hereby give notice that they withdraw their objection.

Dated: November 17, 2020

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimants*