**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

# NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM

Maurice Sandler (the "Claimant"), having filed an objection (Docket No. 2333) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #005564, hereby gives notice that he withdraws his respective objection.

Dated: November 19, 2020

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimant*