**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM

The Palmer Family Trust, and Great Western Bank – Trust Department, in its capacity as Trustee of the Palmer Family Trust (the "<u>Claimants</u>"), having filed an objection (Docket No. 2757) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claim #004451, hereby give notice that they withdraw their respective objection.

Dated: November 18, 2020    CHAITMAN LLP

                */s/ Helen Chaitman*
                Helen Chaitman
                465 Park Avenue
                New York, NY 10022
                Tel. No. 888-759-1114

                *Attorney for Claimants*