**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>     Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>     Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>     Plaintiff,<br><br> v.<br><br>CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant,<br><br>DAVID R. KAMENSTEIN, individually and in his capacity as joint tenant,<br><br>SLOAN G. KAMENSTEIN, and<br><br>TRACY D. KAMENSTEIN,<br><br>     Defendants. | Adv. Pro. No. 10-04469 (CGM) |

**STIPULATION AND ORDER REGARDING BRIEFING SCHEDULE ON**
**DEFENDANTS' MOTION FOR SUMMARY JUDGMENT AND PLAINTIFF'S**
<u>**CROSS-MOTION FOR SUMMARY JUDGMENT**</u>

{00045606 2 }

The plaintiff and defendants by and through their respective, undersigned counsel (collectively, the "Parties"), state as follows:

**WHEREAS,** on September 30, 2020, counsel for the Parties appeared for a Rule 7056-1(a) pre-motion conference before the Court pursuant to the notice of final pretrial conference filed on September 2, 2020 [ECF No. 95], and to consider Defendants' letter, dated September 4, 2020, requesting leave to file a motion for summary judgment [ECF No. 97], and Plaintiff's letter, dated September 8, 2020 [ECF No. 98], responding to Defendants' letter; and the Court granted leave to file a motion for summary judgment; and

**WHEREAS** on November 4, 2020, the Court granted leave to Plaintiff to file a cross-motion for summary judgment; and

**WHEREAS** on November 4, 2020, the above-reference case was reassigned from Judge Stuart M. Bernstein to Judge Cecelia G. Morris [ECF No. 102];

**NOW**, **THEREFORE**, the Parties agree and stipulate to the following:

1. The Defendants shall file and serve their motion for summary judgment on or before **November 25, 2020.**

2. The Plaintiff shall file and serve his opposition to Defendants' motion for summary judgment and cross-motion for summary judgment on or before **December 23, 2020.**

3. The Defendants shall file their reply in support of their motion for summary judgment, and opposition to the Trustee's cross-motion on or before **January 8, 2021.**

4. The Plaintiff shall file his reply to Defendants' opposition to his cross-motion on or before **January 22, 2021.**

5.  The Parties shall appear for a hearing on the motions on **January 27, 2021 at 10:00 a.m**.

Dated: New York, New York
November 24, 2020

| */s/ Nicholas J. Cremona* | */s/ Helen Davis Chaitman* |
|---|---|
| **BAKER & HOSTETLER LLP** | **CHAITMAN LLP** |
| 45 Rockefeller Plaza | 465 Park Avenue |
| New York, NY  10111 | New York, NY 10022 |
| Telephone:  (212) 589-4200 | Telephone: 888-759-1114 |
| Facsimile:  (212) 589-4201 | Facsimile: 888-759-1114 |
| David J. Sheehan | Helen Davis Chaitman |
| Email: dsheehan@bakerlaw.com | Email: hchaitman@chaitmanllp.com |
| Nicholas J. Cremona | |
| Email: ncremona@bakerlaw.com | |

*Attorneys for Irving H. Picard, Trustee*          *Attorneys for Defendants*
*for the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff*
*Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*