**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br> v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br>   Debtor, | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br> v.<br><br>JAMES GREIFF,<br><br>   Defendant. | Adv. Pro. No. 10-04357 (SMB) |

**ORDER SETTING PRE-TRIAL DEADLINES AND**
**SCHEDULING FINAL PRE-TRIAL CONFERENCE**

  THIS MATTER having been scheduled for a conference on December 16, 2020, at 10:00 A.M. (the "Conference") before the Court pursuant to the notice of final pretrial conference initially filed on June 12, 2020 [ECF No. 131]; and Plaintiff and Defendant, through their counsel, having met and conferred on completion of pre-trial matters in advance of said conference, and

the parties have agreed and proposed a schedule extending and setting forth deadlines for the remaining pre-trial matters and a date for a final pre-trial conference, it is hereby:

**ORDERED**, that the Defendant shall exchange his exhibits and deposition designations on or before **December 8, 2020**; and it is further

**ORDERED**, that the Defendant shall exchange his objections to the Trustee's exhibits and deposition designations on or before **December 15, 2020**; and it is further

**ORDERED**, that the Trustee shall exchange his objections to Defendants' exhibits and deposition designations on or before **January 15, 2021**; and it is further

**ORDERED**, that the parties shall submit a final Joint Pre-Trial Order to Chambers on or before **January 20, 2021**; and it is further

**ORDERED**, that the final pre-trial conference in this matter shall commence on **January 27, 2021** at 10:00 a.m. before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, and the Court shall schedule trial at that conference; and it is further

**ORDERED**, that the parties shall file any motions in limine at least **fourteen days before trial**; and it is further

**ORDERED**, that the parties shall file any oppositions to motions in limine at least **seven days before trial**; and it is further

**ORDERED**, that this Court shall retain jurisdiction over enforcement and implementation of this Order.

Dated: November 25, 2020  
      New York, New York

**/s/ STUART M. BERNSTEIN**  
HON. STUART M. BERNSTEIN  
UNITED STATES BANKRUPTCY JUDGE