# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 25, 2020

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

**VIA ECF AND OVERNIGHT DELIVERY**

The Honorable Cecelia G. Morris
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, NY 10004-1408

Re:    *Picard v. Fairfield Greenwich Group (In re Fairfield Sentry Ltd.)*, Adv. Pro. No. 10-03800 (CGM)

Dear Chief Judge Morris:

We are counsel to plaintiff Irving H. Picard, the Trustee, and plaintiff in the above-referenced proceeding. We write to provide the Court with a copy of the foreign cases cited in the Trustee's recently filed Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Trustee's Proposed Second Amended Complaint. Enclosed is a copy of the following:

- *DD Growth Premium 2X Fund (in liquidation) v. RMF Mkt. Neutral Strategies (Master) Ltd.*, [2017] UKPC 36 (appeal taken from Cayman Is.)
- *Featherwood Trading Ltd. v. Fraunteld Mgmt. Ltd.*, [2012] BVIHCVAP 2012/0020 (appeal taken from B.V.I.)
- *Paragon Fin. Plc v. D.B. Thakerar & Co.*, [1998] EWCA (Civ) 1249 (Eng., July 21, 1998), 1998 WL 1044050
- *Skandinaviska Enskilda Banken AB (Publ) v. Conway*, [2019] UKPC 36 (appeal taken from Cayman Is.)
- *Westdeutsche Landesbank Girozentrale v. Kslington LBC*, (1996) UKHL 669, AC (HL) 670 (appeal taken from Eng.).

The Honorable Cecelia G. Morris, Chief Judge
U.S. Bankruptcy Court
November 25, 2020
Page 2


Respectfully submitted,


*/s/ Geraldine E. Ponto*
Geraldine E. Ponto
Partner


Enclosures

Copy w/encls..via ECF:
Peter E. Kazanoff
Glenn Kurtz
Marc Kasowitz
Edward Spiro
Andrew Levander

4834-4590-5363.2