# BakerHostetler

Baker&Hostetler LLP

45 Rockefeller Plaza
New York, NY 10111

T 212.589.4200
F 212.589.4201
www.bakerlaw.com

November 25, 2020

Geraldine E. Ponto
direct dial: 212.589.4690
gponto@bakerlaw.com

**VIA ECF AND OVERNIGHT DELIVERY**

The Honorable Cecelia G. Morris
United States Bankruptcy Judge
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 627
New York, NY 10004-1408

Re:  *Picard v. Fairfield Greenwich Group (In re Fairfield Sentry Ltd.)*, Adv. Pro. No. 10-03800 (CGM))
*Picard v. Fairfield Sentry Ltd.*, Adv. Pro. No. 09-01239 (CGM)

Dear Chief Judge Morris:

We are counsel to Irving H. Picard, Trustee, and the plaintiff in the above-referenced proceedings.

During the conferences before the Court on November 18, 2020, Your Honor instructed the parties to identify which law applies to certain claims in these proceedings, and whether any claims will require a conflict of law analysis. In accordance with Your Honor's instruction, the parties are meeting and conferring to reach agreement on the law that governs those claims. As Your Honor requested that we report on these issues in connection with the parties' supplemental briefing in Adversary Proceeding No. 10-03800, we will advise the Court of the results of the parties' efforts by no later than December 11, 2020.

The consideration of the Court is greatly appreciated.

The Honorable Cecelia G. Morris
November 25, 2020
Page 2

Respectfully submitted,

*/s/ Geraldine E. Ponto*


Geraldine E. Ponto
Partner

Copy via ECF:
Peter E. Kazanoff
Glenn Kurtz
Marc Kasowitz
Edward Spiro
Andrew Levander