# EXHIBIT G



# Bernard L. Madoff
**INVESTMENT SECURITIES**
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

WE HAVE THIS DAY **CREDITED YOUR** ACCOUNT WITH THE FOLLOWING:

NEW YORK, 2/09/79

| | |
|---|---:|
| LEAR SIEGLER INC | 8.92 |

```
GUNTHER & MARGARET UNFLAT
78-02 79TH STREET
GLENDALE NY 11227
```

**CLIENT'S ACCOUNT NUMBER**

1-02103-1-8

# BERNARD L. MADOFF

TEL. 212-825-3910

INVESTMENT SECURITIES

110 WALL STREET, NEW YORK, N. Y. 10005

WE HAVE THIS DAY **CREDITED** YOUR
ACCOUNT WITH THE FOLLOWING:

NEW YORK, Feb 7, 1979

Check                                                      $50,000.00

**CLIENT'S ACCOUNT NUMBER**

**CR.
A/C**

Gunther & Margaret Unflat
78-02 79th Street
Glendale, N.Y. 11227

**CLIENT'S COPY**

10-05420_Defendant_0002413