# EXHIBIT K

**From:** Shifrin, Maximillian S. [mshifrin@bakerlaw.com]
**Sent:** Tuesday, June 12, 2018 11:27 AM
**To:** Helen Chaitman; Boga-Lofaro, Csilla; Sarah Howell
**Subject:** RE: Adv. Pro. No. 10-04995 (SMB), Trust U/Art Fourth O/W/O Israel Wilenitz, et. al. - Trustee's document production

Helen,

As we have agreed, and as we state in our cover letter, this production includes all documents from the BLMIS Database responsive to the search terms I previously provided to you (excluding documents we have already produced to you or are otherwise available to you in E-Data Room 1).

We have not identified any specific document requesting a change in the ownership of the "509 Account." However, as you may have noticed in your investigation, the September 2002 statement for the "509 Account" is the first one that reflects BLMIS as the account holder. All preceding statements list the account holder as Bernard L. Madoff (compare Bates Nos. JPMTAA0000026 and JPMTAA0000029).

As a reminder, the "509 Account" number was one of the search terms we applied, and we have produced all documents responsive to that search term.

Hope that helps.

Max

---

**From:** Helen Chaitman <hchaitman@chaitmanllp.com>
**Sent:** Monday, June 11, 2018 5:30 PM
**To:** Boga-Lofaro, Csilla <cbogalofaro@bakerlaw.com>; Sarah Howell <showell@chaitmanllp.com>
**Cc:** Shifrin, Maximillian S. <mshifrin@bakerlaw.com>
**Subject:** RE: Adv. Pro. No. 10-04995 (SMB), Trust U/Art Fourth O/W/O Israel Wilenitz, et. al. - Trustee's document production

Does this include a JPMC document showing a change in the ownership of the 509 account? If so, please give me the Bates #. Can you also please tell me exactly what is included in this production?

Helen Davis Chaitman
Chaitman LLP
465 Park Avenue
New York, New York 10022
hchaitman@chaitmanllp.com
Cell: (908) 303-4568
Fax: (888) 759-1114

**From:** Boga-Lofaro, Csilla [mailto:cbogalofaro@bakerlaw.com]
**Sent:** Monday, June 11, 2018 5:08 PM
**To:** Helen Chaitman <hchaitman@chaitmanllp.com>; Sarah Howell <showell@chaitmanllp.com>
**Cc:** Shifrin, Maximillian S. <mshifrin@bakerlaw.com>
**Subject:** Adv. Pro. No. 10-04995 (SMB), Trust U/Art Fourth O/W/O Israel Wilenitz, et. al. - Trustee's document production

Dear Ms. Chaitman and Ms. Howell:

Please see the attached correspondence accompanying the Trustee's document production sent to you via FedEx today. The hard drive is encrypted, and the password is: 4\j:DT*"FC)6-tsv .

Please let us know if you have any questions.


Kind regards,
Csilla


**Csilla Boga-Lofaro**
Associate

<image001.jpg>
45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4660

cbogalofaro@bakerlaw.com
bakerlaw.com
<image002.jpg><image003.jpg><image004.jpg>

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are

present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

3