# EXHIBIT L

The Chase Manhattan Bank

CHASE

Statement of Account

MADWAA00184775

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 29 MAY 1999 |
| Statement End Date: | 30 JUN 1999 |
| Statement Code: | 000-USA-11 |
| Statement No: | 006 |
| | Page 22 of 43 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 11JUN | | 11JUN | USD | YOUR: 990611150315<br>OUR: 0125309162FF | | 2,095,285.94 | DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B MORGAN BANK OBI=FB<br>O: GREENWICH SENTRY, LP ACCT. # 1-G<br>IMAD: 0611C1QA501X000565<br>FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: ROBERT E DEZIEL P.A.<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=990611150315 OBI=FBO S<br>LOAN KAMENSTEIN & TRACY KAMENSTEIN<br>IMAD: 0611F3QCAA1C000751 |
| 11JUN | | 11JUN | USD | YOUR: 990611150305<br>OUR: 0120308162FF | | 7,308,911.40 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: ROBERT E DEZIEL P.A.<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=990611150305 OBI=FBO D<br>AVID R KAMENSTEIN & CAROL KAMENSTEI<br>IMAD: 0611F3QCAA1C000755 |
| 11JUN | | | USD | YOUR: NC9094125306119901<br>OUR: 9916200573IN | | 28,003,548.61 | NASSAU DEPOSIT TAKEN<br>B/O: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO REPAY YOUR DEPOSIT FR 99061<br>0 TO 990611 RATE 4.5625 |
| 11JUN | | USD | | | | 54,000,000.00 | DEPOSIT CASH LETTER |
| 11JUN | | 11JUN | USD | YOUR: JODI<br>OUR: 0199700162FP | 1,000,000.00 | | FEDWIRE DEBIT<br>VIA: NW MPLS<br>/091000019<br>A/C: MINNETONKA MOCCASIN CO,INC<br>55440<br>REF: MINNMOCC/TIME/10:42<br>IMAD: 0611B1QGC07C001172 |
| 11JUN | | | USD | YOUR: CDS FUNDING<br>OUR: 1088200162FP | 1,990,645.38 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 11JUN | | | USD | YOUR: ND9095123506119901<br>OUR: 9916201163IN | 12,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 9<br>90611 TO 990614 RATE 4.5000 |

The Chase Manhattan Bank

CHASE

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Account No: 140-081703
Statement Start Date: 01 SEP 1999
Statement End Date: 30 SEP 1999
Statement Code: 000-USA-11
Statement No: 009
Page 30 of 34

MADWAA00189251

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 24SEP | | | USD | | 65,080,100.00 | | CHECK PAID # 3917 |
| 24SEP | | | | | **** Balance **** | 4,827,349.21 | CLOSING LEDGER BALANCE |
| 24SEP | | | | | **** Balance **** | 2,528,689.21 | CLOSING COLLECTED BALANCE |
| 27SEP | | * | USM | DEP REF # 163 | | 1,026,076.59 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000163 |
| | | | | | | | *VALUE DATE: 09/27 336,000 |
| | | | | | | | 09/28 50,000 |
| | | | | | | | 09/29 557,576 |
| | | | | | | | 09/30 82,500 |
| 27SEP | | | USD | YOUR: NC9200130409279901 | | 25,510,625.00 | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 9927000741IN | | | B/O: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO REPAY YOUR DEPOSIT FR 99092 |
| | | | | | | | 4 TO 990927 RATE 5.0000 |
| 27SEP | | | USD | DEP REF # 324 | | 65,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000324 |
| 27SEP | | | USD | YOUR: CDS FUNDING | 109,310.00 | | CHECK PAID # 3919 |
| 27SEP | 27SEP | | USD | OUR: 0624000270FP | 728,452.45 | | BOOK TRANSFER DEBIT |
| | | | | | | | A/C: CHASE MANHATTAN BANK DELAWARE |
| | | | | | | | WILMINGTON DE 19801-1147 |
| | | | | | | | REF: /TIME/11:00 FEDBK |
| 27SEP | | | USD | | 1,972,602.00 | | CHECK PAID # 3920 |
| 27SEP | | | USD | | 1,972,602.00 | | CHECK PAID # 3921 |
| 27SEP | | | USD | YOUR: ND9203126209279901 | | 24,000,000.00 | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 9927001269IN | | | A/C: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 9 |
| | | | | | | | 90927 TO 990928 RATE 5.2500 |
| 27SEP | | | USD | | 65,260,000.00 | | CHECK PAID # 3922 |
| 27SEP | | | | | **** Balance **** | 2,321,084.35 | CLOSING LEDGER BALANCE |
| 27SEP | | | | | **** Balance **** | 584,508.35 | CLOSING COLLECTED BALANCE |
| 28SEP | | 28SEP | USD | YOUR: O/B MELLON PIT | | 690,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0255008271FF | | | VIA: MELLON BANK N.A. |
| | | | | | | | /043000261 |
| | | | | | | | B/O: CIBC WORLD MARKETS CORP |
| | | | | | | | NEW YORK, NY 10281 |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 RFB=O/B MELLON PIT OBI=/RF |
| | | | | | | | B/FB: DAVID AND CAROL KAMENSTEIN AC |
| | | | | | | | IMAD: 0928D3QCI20C004599 |
| 28SEP | | 28SEP | USD | YOUR: O/B CITIBANK NYC | | 1,000,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0181501271FF | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: ALAN GOLDMAN |
| | | | | | | | NY 10017-3304 |

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMorgan Chase Bank    JPMorganChase   **Statement of Account**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 29 JUN 2002 |
| Statement End Date: | 31 JUL 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 007 |
| | Page 38 of 58 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 17JUL | | | USD | YOUR: 31Y9999614198 OUR: 1984002699ZE | 2,072,739.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 17JUL | | 17JUL | USD | YOUR: CDS FUNDING OUR: 0389700198FP | 5,229,744.89 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |
| 17JUL | | | USD | YOUR: ND0816949607170201 OUR: 0219800937IN | 29,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO ESTABLISH YOUR DEPOSIT FR 0 20717 TO 020718 RATE 1.6250 |
| 17JUL | | | USD | OUR: 0000001443IB | 85,000,000.00 | | PURH OF/SALE OF JPMORGAN CHASE CP REF: PURCHASE OF       CHEMICAL C.P. TICKET # 001443 |
| 17JUL | | | | | **** Balance **** | 489,240.92 | CLOSING LEDGER BALANCE |
| 17JUL | | | | | **** Balance **** | .92 | CLOSING COLLECTED BALANCE |
| 18JUL | | | USD | YOUR: 31Y9974119199 OUR: 1991004119XP | | 69.67 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $2,072,739 AT AIP RATE=01.21% FOR AIP INVESTMENT DATED 07/17/02 AIP REFERENCE=31Y9999614198 EFFECTIVE YIELD=01.22%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 18JUL | | | USD | OUR: 0000001443IB | | 3,659.88 | INTEREST REF: INTEREST          COMMERCIAL PA PER      TICKET # 001443 |
| 18JUL | | 18JUL | USD | YOUR: 020718150717 OUR: 0313107199FF | | 14,041.00 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=020718150717 OBI=FFC D AVID AND CAROL KAMENSTEIN JTWROS AC IMAD: 0718F3QCAA1C001612 |
| 18JUL | | 18JUL | USD | YOUR: O/B DOWNINGTOWN OUR: 0208101199FF | | 400,000.00 | FEDWIRE CREDIT VIA: DOWNINGTOWN NATIONAL BANK /031908074 B/O: THE DRUMMERS/IVYSTONE GROUP IN DOWNINGTOWN PA 19335 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B DOWNINGTOWN OBI=A/ C NAME: THE DRUMMERS/IVYSTONE GRPMA |

JPMSAB0000354

18Dec08-372

JPMorgan Chase Bank



**JPMorganChase**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| **Account No:** | 140-081703 |
| **Statement Start Date:** | 01 OCT 2002 |
| **Statement End Date:** | 31 OCT 2002 |
| **Statement Code:** | 000-USA-11 |
| **Statement No:** | 010 |
| | Page 14 of 55 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B SUNTRUST GUL OBI=F<br>BO DAVID BERGER ACCT #1-B0011-3-0 B<br>IMAD: 1004F1QCZ6AC005183 |
| 04OCT | | 04OCT USD | | YOUR: VPBLVG0104038927<br>OUR: 0197207277FF | | 594,985.00 | FEDWIRE CREDIT<br>VIA: UBS AG STAMFORD BRANCH<br>/026007993<br>B/O: WHITE ORCHARD INVESTMENTS, LTD<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=VPBLVG0104038927 OBI=F<br>URTHER CREDIT TO WHITE ORCHARD INVE<br>STMENTS, LTD. A/C 1-FR088-3 $15.00<br>IMAD: 1004B1Q8052C001298 |
| 04OCT | | 04OCT USD | | YOUR: 021004150601<br>OUR: 0212008277FF | | 599,822.24 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=021004150601 OBI=FBO D<br>AVID AND CAROL KAMENSTEIN JTWROS AC<br>IMAD: 1004F3QCAA1C001287 |
| 04OCT | | 04OCT USD | | YOUR: O/B US BANK MINN<br>OUR: 0337908277FF | | 680,000.00 | FEDWIRE CREDIT<br>VIA: U.S. BANK NATIONAL ASSOCIATION<br>/091000022<br>B/O: RD&D LTD PARTNERSHIP<br>MINNEAPOLIS, MN 554012154<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B US BANK MINN OBI=F<br>FC RD AND D LP AC 1CM725 BBI=/TIME/<br>IMAD: 1004I17DK   003010 |
| 04OCT | | 04OCT USD | | YOUR: O/B SUNTR BK MIA<br>OUR: 0034007277FF | | 1,000,000.00 | FEDWIRE CREDIT<br>VIA: SUNTRUST SERVICE CORPORATION<br>/066000604<br>B/O: MOREY MOSS OR FLORENCE MOSS<br>MIAMI BEACH FL 33140-2426<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B SUNTR BK MIA OBI=F<br>BO FLORENCE MOSS 5660 COLLINS AVE P<br>IMAD: 1004F1QCZ6AC000495 |

JPMSAB0000582

08-01789-cgm Doc 20014-12 Filed 11/25/20 Entered 11/25/20 15:53:36 Exhibit L
Pg 6 of 9

# JPMorganChase

**JPMorgan Chase Bank**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

**In US Dollars**

| | |
|---|---|
| **Account No:** | 140-081703 |
| **Statement Start Date:** | 01 APR 2003 |
| **Statement End Date:** | 30 APR 2003 |
| **Statement Code:** | 000-USA-11 |
| **Statement No:** | 004 |
| | Page 43 of 61 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

| Ledger Date | Adj Ledger Date | Value Date | P T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 21APR | | 21APR USD | | YOUR: 030421150361<br>OUR: 0137113111FF | | 871,000.00 | SHAPIRO FAMILY LIMITED PARTNERSHIP<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=030421150361 OBI=FBO D<br>AVID AND CAROL KAMENSTEIN JTWROS AC<br>IMAD: 0421F3QCAA1C000840 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085200111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87428006<br>RHONDA SHAPIRO ZINNER 1993 TR AMEND |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085700111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87432008<br>JENNIFER S HERMAN TRST DTD 5/1/67 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085800111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87426000<br>LINDA SHAPIRO WAINTRUP 1992 TRUST |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085900111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87427008<br>ELLEN SHAPIRO JAFFE 1991 TR AS AMEN |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085500111ES | | 1,100,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87431000<br>JONATHAN M SEGAL TRUST DTD 12/1/70 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0088200111ES | | 1,100,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87435001<br>STEVEN C JAFFE TRUST DTD 9/25/71 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0088300111ES | | 1,100,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87434004<br>MICHAEL S JAFFE TRUST DTD 9/25/71 |

JPMSAB0000715

08-01789-cgm   Doc 20014-12   Filed 11/25/20   Entered 11/25/20 15:53:36   Exhibit L
Pg 7 of 9

**JPMorgan Chase Bank**

# JPMorganChase

## Statement of Account

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

CM

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 AUG 2003 |
| Statement End Date: | 29 AUG 2003 |
| Statement Code: | 000-USA-11 |
| Statement Number: | 008 |

Page 33 of 61

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | B/O: DAVID KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=030818150115 OBI=FFC S LOAN KAMENSTEIN ACCT 1CM59730 BBI=/ IMAD: 0818F3QCAA1C000241 |
| 18AUG | | 18AUG USD | | YOUR: 030818150111 OUR: 0040503230FF | | 50,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=030818150111 OBI=FFC D AVID AND CAROL KAMENSTEIN JTWROS AC IMAD: 0818F3QCAA1C000262 |
| 18AUG | | 18AUG USD | | YOUR: 1  2003230000066 OUR: 0012609230FF | | 70,000.00 | FEDWIRE CREDIT VIA: SUNTRUST BANK, ATLANTA /061000104 B/O: HELLER BROTHERS PACKING CORP ( WINTER GARDEN, FL 34777 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=1 2003230000066 OBI=FB O HELLER BROS PARTNERSHIP LTD ACCOU IMAD: 0818F1QCZ6AC000004 |
| 18AUG | | 18AUG USD | | YOUR: O/B WELLS FARGO OUR: 0299809230FF | | 175,000.00 | FEDWIRE CREDIT VIA: WELLS FARGO /121000248 B/O: OSTRIN FAMILY ACCOUNT 94925-1127 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B WELLS FARGO OBI=FF C OSTRIN FAMILY ACCOUNT BBI=/TIME/1 IMAD: 0818L1B7033R001084 |
| 18AUG | | 18AUG USD | | YOUR: 65108624010007PE OUR: 4097200230FC | | 200,000.00 | CHIPS CREDIT VIA: SOCIETE GENERALE NA INC. /0422 B/O: SOCIETE GENERALE - GLOBAL SECU NEW YORK, NEW YORK 10022 REF: BBBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000140081703 BNF= B/O BNP PARIBAS LUX FOR OREADES USA USD ACCOUNT 1 FRO32 3 ORG=/0017692 |

JPMSAB0000766

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08



**JPMorganChase**

JPMorgan Chase Bank

**Statement of Account**

In US Dollars

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 28 FEB 2004 |
| Statement End Date: | 31 MAR 2004 |
| Statement Code: | 000-USA-11 |
| Statement No: | 003 |

Page 26 of 58

| Ledger Date | Adj Ledger Date | Value Date | P | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 12MAR | | | USD | OUR: 0000001182IB | | 3,659.81 | PER TICKET # 000734 INTEREST REF: INTEREST COMMERCIAL PA PER TICKET # 001182 |
| 12MAR | | 12MAR USD | | YOUR: SWF OF 04/03/12 OUR: 8807100072FS | | 29,988.00 | BOOK TRANSFER CREDIT B/O: ROYAL BANK OF CANADA-PAYMENT C TORONTO ONTARIO CANADA M5J 1-J1 ORG: DAVID KAMENSTEIN 1 PELICAN LANE OGB: 00009 DB RBC MAIN BRANCH CALGARY ALTA REF: /CHGS/USD0,/CHGS/USD12,00/OCMT /USD30000,/ACC/NOTIFY AND PAY PAY B ERNARD L MADOFF INVEST SEC FOR FURT |
| 12MAR | | 12MAR USD | | YOUR: O/B PNCBANK PHIL OUR: 0183102072FF | | 31,593.43 | FEDWIRE CREDIT VIA: PNC BANK, NA PHILADELPHIA /031000053 B/O: TRUST UNINVESTED CASH BANK 42 PHILADELPHIA PA XX REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B PNCBANK PHIL OBI=F FC 1-CM8343 FFC NAME BCI PROFIT SHA IMAD: 0312D3B74V3C000650 |
| 12MAR | | | USD | DEP REF # 2627 | | 35,008.00 | DEPOSIT CASH LETTER CASH LETTER 0000002627 |
| 12MAR | | 12MAR USD | | YOUR: MAIL OF 04/03/12 OUR: 2511700072EF | | 5,000,000.00 | BOOK TRANSFER CREDIT B/O: CAROL PITTELMAN NEW HYDE PARK NY 11042-0031 ORG: MIKE HOENIG BEN: CAROLE PITTELMAN TRUST - FRIEN FAMILY TRUST A/C #1CM - 866 |
| 12MAR | | | USD | YOUR: 31Y9999739071 OUR: 0712004548XN | | 15,265,877.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 12MAR | | 12MAR USD | | YOUR: 9210783-080703 OUR: 0971100072FC | | 24,999,980.00 | CHIPS CREDIT VIA: UBS AG STAMFORD BRANCH /0799 B/O: UBS (LUXEMBOURG) S.A. REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-00014008I703 ORG= UBS (LUXEMBOURG) S.A. OBB=/101WA361 135000 LUXEMBOURG OBI=PLAZA INVESTM ENTS INTL LTD ACCOUNT 1-FR002-3-0 2 SSN: 0058224 |

JPMSAB0001758

08-01789-cgm   Doc 20014-12   Filed 11/25/20   Entered 11/25/20 15:53:36   Exhibit L
Pg 9 of 9

**JPMorganChase** 

November 01, 2007 -
November 30, 2007

**Page 28 of 39**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 11/21 | | FED WIRE CREDIT VIA: UNITED BANKERS BANK/091001322 B/O: GRAYBOW COMMUNICATIONS GROUP MINNEAPOLIS, MN 55416 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B UNITED BKRS OBI=FBO BRUCE GRAYBOW PARTNER ABGINV ACCTIMAD: 11211I1B78Q1C000594 TRN: 0711813325FF YOUR REF: O/B UNITED BKRS | | $700,000.00 |
| 11/21 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: MARC B WOLPOW PLEDGE COLLATERA 02199 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARC B WOLPOW/AC-1W010030 RFB=O/B MELLON BANK BBI=/OCMT/UIMAD: 1121I3QCI20C003159 TRN: 0381709325FF YOUR REF: O/B MELLON BANK | | $270,512.11 |
| 11/21 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480-3515 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071121150383 OBI=FFC: ACCOUNT 1.CM914.3.0 CAROL KAMENSTEIIMAD: 1121E3B75O2C001281 TRN: 0276508325FF YOUR REF: 071121150383 | | $100,000.00 |
| 11/21 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480-3515 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071121150391 OBI=FFC: ACCOUNT # 1 CM913 3 0 DAVID KAMENSTIMAD: 1121E3B75O2C001323 TRN: 0280309325FF YOUR REF: 071121150391 | | $100,000.00 |
| 11/21 | | FED WIRE CREDIT VIA: VALLEY NATIONAL BANK/021201383 B/O: JAMES G LAWRENCE NEW YORK, NY 10022-2057 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B VALLEY PASSA OBI=FBO HELENE LAWRENCE A/C# 1 2A620 3 0IMAD: 1121B1B7SM1F000310 TRN: 0588309325FF YOUR REF: O/B VALLEY PASSA | | $68,291.00 |
| 11/21 | | DEPOSIT        2078 | | $102,750.00 |
| | | 2 DAY FLOAT        11/26        $89,372.50 | | |
| | | 3 DAY FLOAT        11/27        $3,377.50 | | |
| 11/21 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL = $16,499,960.00 RATE=04.02% FOR INVESTMENT DATED 11/20/07. REF=CPSWP112007 TRN: 3251000902XP YOUR REF: 31Y9970902325 | | $1,842.50 |