# EXHIBIT M

The Chase Manhattan Bank                                      CHASE

MADWAA00184775

**Statement of Account**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 29 MAY 1999
Statement End Date: 30 JUN 1999
Statement Code: 000-USA-11
Statement No: 006
Page 22 of 43

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 11JUN | | 11JUN | USD | YOUR: 990611150315 OUR: 0125309162FF | | 2,095,285.94 | DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B MORGAN BANK OBI=FB O: GREENWICH SENTRY, LP ACCT. # 1-G IMAD: 0611C1QA501X000565 FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: ROBERT E DEZIEL P.A. PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=990611150315 OBI=FBO S LOAN KAMENSTEIN & TRACY KAMENSTEIN IMAD: 0611F3QCAA1C000751 |
| 11JUN | | 11JUN | USD | YOUR: 990611150305 OUR: 0120308162FF | | 7,308,911.40 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: ROBERT E DEZIEL P.A. PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=990611150305 OBI=FBO D AVID R KAMENSTEIN & CAROL KAMENSTEI IMAD: 0611F3QCAA1C000755 |
| 11JUN | | USD | | YOUR: NC9094125306119901 OUR: 9916200573IN | | 28,003,548.61 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 99061 0 TO 990611 RATE 4.5625 |
| 11JUN | | USD | | | | 54,000,000.00 | DEPOSIT CASH LETTER |
| 11JUN | | 11JUN | USD | YOUR: JODI OUR: 0199700162FP | 1,000,000.00 | | FEDWIRE DEBIT VIA: NW MPLS /091000019 A/C: MINNETONKA MOCCASIN CO,INC 55440 REF: MINNMOCC/TIME/10:42 IMAD: 0611B1QGC07C001172 |
| 11JUN | | 11JUN | USD | YOUR: CDS FUNDING OUR: 1088200162FP | 1,990,645.38 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK DELAWARE WILMINGTON DE 19801-1147 REF: /TIME/11:00 FEDBK |
| 11JUN | | USD | | YOUR: ND9095123506119901 OUR: 9916201163IN | 12,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO ESTABLISH YOUR DEPOSIT FR 9 90611 TO 990614 RATE 4.5000 |

The Chase Manhattan Bank

CHASE

Statement of Account

MADWAA00189251

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 01 SEP 1999
Statement End Date: 30 SEP 1999
Statement Code: 000-USA-11
Statement No: 009
Page 30 of 34

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 24SEP | | USD | | | 65,080,100.00 | | CHECK PAID #     3917 |
| 24SEP | | | | | **** Balance **** | 4,827,349.21 | CLOSING LEDGER BALANCE |
| 24SEP | | | | | **** Balance **** | 2,528,689.21 | CLOSING COLLECTED BALANCE |
| 27SEP | * | USM | | DEP REF #     163 | | 1,026,076.59 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000163 |
| | | | | | | | *VALUE DATE: 09/27     336,000 |
| | | | | | | | 09/28     50,000 |
| | | | | | | | 09/29     557,576 |
| | | | | | | | 09/30     82,500 |
| 27SEP | | USD | | YOUR: NC9200130409279901 | | 25,510,625.00 | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 9927000741IN | | | B/O: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO REPAY YOUR DEPOSIT FR 99092 |
| | | | | | | | 4 TO 990927 RATE 5.0000 |
| 27SEP | | USD | | DEP REF #     324 | | 65,000,000.00 | DEPOSIT CASH LETTER |
| | | | | | | | CASH LETTER 0000000324 |
| 27SEP | | USD | | | 109,310.00 | | CHECK PAID #     3919 |
| 27SEP | 27SEP | USD | | YOUR: CDS FUNDING | 728,452.45 | | BOOK TRANSFER DEBIT |
| | | | | OUR: 0624000270FP | | | A/C: CHASE MANHATTAN BANK DELAWARE |
| | | | | | | | WILMINGTON DE 19801-1147 |
| | | | | | | | REF: /TIME/11:00 FEDBK |
| 27SEP | | USD | | | 1,972,602.00 | | CHECK PAID #     3920 |
| 27SEP | | USD | | | 1,972,602.00 | | CHECK PAID #     3921 |
| 27SEP | | USD | | YOUR: ND9203126209279901 | 24,000,000.00 | | NASSAU DEPOSIT TAKEN |
| | | | | OUR: 9927001269IN | | | A/C: BERNARD L MADOFF INC. |
| | | | | | | | NEW YORK, NY 10022 |
| | | | | | | | REF: TO ESTABLISH YOUR DEPOSIT FR 9 |
| | | | | | | | 90927 TO 990928 RATE 5.2500 |
| 27SEP | | USD | | | 65,260,000.00 | | CHECK PAID #     3922 |
| 27SEP | | | | | **** Balance **** | 2,321,084.35 | CLOSING LEDGER BALANCE |
| 27SEP | | | | | **** Balance **** | 584,508.35 | CLOSING COLLECTED BALANCE |
| 28SEP | 28SEP | USD | | YOUR: O/B MELLON PIT | | 690,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0255008271FF | | | VIA: MELLON BANK N.A. |
| | | | | | | | /043000261 |
| | | | | | | | B/O: CIBC WORLD MARKETS CORP |
| | | | | | | | NEW YORK, NY 10281 |
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA |
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0001 |
| | | | | | | | 40081703 RFB=O/B MELLON PIT OBI=/RF |
| | | | | | | | B/FB: DAVID AND CAROL KAMENSTEIN AC |
| | | | | | | | IMAD: 0928D3QCI20C004599 |
| 28SEP | 28SEP | USD | | YOUR: O/B CITIBANK NYC | | 1,000,000.00 | FEDWIRE CREDIT |
| | | | | OUR: 0181501271FF | | | VIA: CITIBANK |
| | | | | | | | /021000089 |
| | | | | | | | B/O: ALAN GOLDMAN |
| | | | | | | | NY 10017-3304 |

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMorgan Chase Bank

 **JPMorganChase**

**Statement of Account**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 29 JUN 2002 |
| Statement End Date: | 31 JUL 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 007 |
| | Page 38 of 58 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 17JUL | | USD | | YOUR: 31Y9999614198<br>OUR: 1984002699ZE | 2,072,739.00 | | AIP OVERNIGHT INVESTMENT<br>AIP PURCHASE OF J.P. MORGAN CHASE<br>& CO. COMMERCIAL PAPER. |
| 17JUL | | 17JUL USD | | YOUR: CDS FUNDING<br>OUR: 0389700198FP | 5,229,744.89 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK<br>SYRACUSE NY 13206-<br>REF: /TIME/11:00 FEDBK |
| 17JUL | | USD | | YOUR: ND0816949607170201<br>OUR: 0219800937IN | 29,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>ATTN: TONY TILETNICK<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>20717 TO 020718 RATE 1.6250 |
| 17JUL | | USD | | OUR: 0000001443IB | 85,000,000.00 | | PURH OF/SALE OF JPMORGAN CHASE CP<br>REF: PURCHASE OF        CHEMICAL C.P.<br>TICKET # 001443 |
| 17JUL | | | | | **** Balance **** | 489,240.92 | CLOSING LEDGER BALANCE |
| 17JUL | | | | | **** Balance **** | .92 | CLOSING COLLECTED BALANCE |
| 18JUL | | USD | | YOUR: 31Y9974119199<br>OUR: 1991004119XP | | 69.67 | AIP INTEREST PAYMENT<br>INTEREST ON PRINCIPAL OF<br>$2,072,739 AT AIP RATE=01.21% FOR<br>AIP INVESTMENT DATED 07/17/02 AIP<br>REFERENCE=31Y9999614198 EFFECTIVE<br>YIELD=01.22%. EFFECTIVE YIELD<br>REFLECTS COMPOUNDING OF INTEREST |
| 18JUL | | USD | | OUR: 0000001443IB | | 3,659.88 | INTEREST<br>REF: INTEREST        COMMERCIAL PA<br>PER          TICKET # 001443 |
| 18JUL | | 18JUL USD | | YOUR: 020718150717<br>OUR: 0313107199FF | | 14,041.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=020718150717 OBI=FFC D<br>AVID AND CAROL KAMENSTEIN JTWROS AC<br>IMAD: 0718F3QCAA1C001612 |
| 18JUL | | 18JUL USD | | YOUR: O/B DOWNINGTOWN<br>OUR: 0208101199FF | | 400,000.00 | FEDWIRE CREDIT<br>VIA: DOWNINGTOWN NATIONAL BANK<br>/031908074<br>B/O: THE DRUMMERS/IVYSTONE GROUP IN<br>DOWNINGTOWN PA 19335<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B DOWNINGTOWN OBI=A/<br>C NAME: THE DRUMMERS/IVYSTONE GRPMA |

JPMSAB0000354



**JPMorgan Chase Bank**

**Statement of Account**

BERNARD L MADOFF INVESTMENT SECURITIES   CM
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 OCT 2002 |
| Statement End Date: | 31 OCT 2002 |
| Statement Code: | 000-USA-11 |
| Statement No: | 010 |
| | Page 14 of 55 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B SUNTRUST GUL OBI=F BO DAVID BERGER ACCT #1-B0011-3-0 B IMAD: 1004F1QCZ6AC005183 |
| 04OCT | | 04OCT USD | | YOUR: VPBLVG0104038927 OUR: 0197207277FF | | 594,985.00 | FEDWIRE CREDIT VIA: UBS AG STAMFORD BRANCH /026007993 B/O: WHITE ORCHARD INVESTMENTS, LTD REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=VPBLVG0104038927 OBI=F URTHER CREDIT TO WHITE ORCHARD INVE STMENTS, LTD. A/C 1-FR088-3 $15.00 IMAD: 1004B1Q8052C001298 |
| 04OCT | | 04OCT USD | | YOUR: 021004150601 OUR: 0212008277FF | | 599,822.24 | FEDWIRE CREDIT VIA: FIRST UNION NATIONAL BK OF FLO /063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=021004150601 OBI=FBO D AVID AND CAROL KAMENSTEIN JTWROS AC IMAD: 1004F3QCAA1C001287 |
| 04OCT | | 04OCT USD | | YOUR: O/B US BANK MINN OUR: 0337908277FF | | 680,000.00 | FEDWIRE CREDIT VIA: U.S. BANK NATIONAL ASSOCIATION /091000022 B/O: RD&D LTD PARTNERSHIP MINNEAPOLIS, MN 554012154 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B US BANK MINN OBI=F FC RD AND D LP AC 1CM725 BBI=/TIME/ IMAD: 1004I17DK    003010 |
| 04OCT | | 04OCT USD | | YOUR: O/B SUNTR BK MIA OUR: 0034007277FF | | 1,000,000.00 | FEDWIRE CREDIT VIA: SUNTRUST SERVICE CORPORATION /066000604 B/O: MOREY MOSS OR FLORENCE MOSS MIAMI BEACH FL 33140-2426 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B SUNTR BK MIA OBI=F BO FLORENCE MOSS 5660 COLLINS AVE P IMAD: 1004F1QCZ6AC000495 |

JPMSAB0000582

08-01789-cgm   Doc 20014-13   Filed 11/25/20   Entered 11/25/20 15:53:36   Exhibit M
Pg 6 of 9

**JPMorganChase**

**JPMorgan Chase Bank**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

**In US Dollars**

| | |
|---|---|
| **Account No:** | 140-081703 |
| **Statement Start Date:** | 01 APR 2003 |
| **Statement End Date:** | 30 APR 2003 |
| **Statement Code:** | 000-USA-11 |
| **Statement No:** | 004 |
| | Page 43 of 61 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

| Ledger Date | Adj Ledger Date | Value Date | P/T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 21APR | | 21APR USD | | YOUR: 030421150361<br>OUR: 0137113111FF | | 871,000.00 | SHAPIRO FAMILY LIMITED PARTNERSHIP<br>FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=030421150361 OBI=FBO D<br>AVID AND CAROL KAMENSTEIN JTWROS AC<br>IMAD: 0421F3QCAA1C000840 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085200111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87428006<br>RHONDA SHAPIRO ZINNER 1993 TR AMEND |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085700111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87432008<br>JENNIFER S HERMAN TRST DTD 5/1/67 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085800111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87426000<br>LINDA SHAPIRO WAINTRUP 1992 TRUST |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085900111ES | | 1,000,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87427008<br>ELLEN SHAPIRO JAFFE 1991 TR AS AMEN |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0085500111ES | | 1,100,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87431000<br>JONATHAN M SEGAL TRUST DTD 12/1/70 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0088200111ES | | 1,100,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87435001<br>STEVEN C JAFFE TRUST DTD 9/25/71 |
| 21APR | | USD | | YOUR: OS1 OF 03/04/21<br>OUR: 0088300111ES | | 1,100,000.00 | BOOK TRANSFER<br>B/O: INTERNAL ACCOUNTS PROCESSING G<br>NEWARK DE 19713-<br>ORG: /C87434004<br>MICHAEL S JAFFE TRUST DTD 9/25/71 |

JPMSAB0000715

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

# JPMorganChase

**JPMorgan Chase Bank**

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 AUG 2003 |
| Statement End Date: | 29 AUG 2003 |
| Statement Code: | 000-USA-11 |
| Statement No: | 008 |
| | Page 33 of 61 |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=030818150115 OBI=FFC S<br>LOAN KAMENSTEIN ACCT 1CM59730 BBI=/<br>IMAD: 0818F3QCAA1C000241 |
| 18AUG | | 18AUG USD | | YOUR: 030818150111<br>OUR: 0040503230FF | | 50,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=030818150111 OBI=FFC D<br>AVID AND CAROL KAMENSTEIN JTWROS AC<br>IMAD: 0818F3QCAA1C000262 |
| 18AUG | | 18AUG USD | | YOUR: 1  2003230000066<br>OUR: 0012609230FF | | 70,000.00 | FEDWIRE CREDIT<br>VIA: SUNTRUST BANK, ATLANTA<br>/061000104<br>B/O: HELLER BROTHERS PACKING CORP (<br>WINTER GARDEN, FL 34777<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=1 2003230000066 OBI=FB<br>O HELLER BROS PARTNERSHIP LTD ACCOU<br>IMAD: 0818F1QCZ6AC000004 |
| 18AUG | | 18AUG USD | | YOUR: O/B WELLS FARGO<br>OUR: 0299809230FF | | 175,000.00 | FEDWIRE CREDIT<br>VIA: WELLS FARGO<br>/121000248<br>B/O: OSTRIN FAMILY ACCOUNT<br>94925-1127<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B WELLS FARGO OBI=FF<br>C OSTRIN FAMILY ACCOUNT BBI=/TIME/1<br>IMAD: 0818L1B7033R001084 |
| 18AUG | | 18AUG USD | | YOUR: 65108624010007PE<br>OUR: 4097200230FC | | 200,000.00 | CHIPS CREDIT<br>VIA: SOCIETE GENERALE NA INC.<br>/0422<br>B/O: SOCIETE GENERALE - GLOBAL SECU<br>NEW YORK, NEW YORK 10022<br>REF: BBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000140081703 BNF=<br>B/O BNP PARIBAS LUX FOR OREADES USA<br>USD ACCOUNT 1 FRO32 3 ORG=/0017692 |

JPMSAB0000766

18Dec08-372

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

**JPMorgan Chase Bank**



**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 28 FEB 2004 |
| Statement End Date: | 31 MAR 2004 |
| Statement Code: | 000-USA-11 |
| Statement No: | 003 |
| | Page 26 of 58 |

| Ledger Date | Adj Ledger Date | Value Date | P | Reference | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 12MAR | | USD | | OUR: 000000118ZIB | | 3,659.81 | PER          TICKET # 000734<br>INTEREST<br>REF: INTEREST          COMMERCIAL PA<br>PER          TICKET # 001182 |
| 12MAR | | 12MAR USD | | YOUR: SWF OF 04/03/12<br>OUR: 8807100072FS | | 29,988.00 | BOOK TRANSFER CREDIT<br>B/O: ROYAL BANK OF CANADA-PAYMENT C<br>TORONTO ONTARIO CANADA M5J 1-J1<br>ORG: DAVID KAMENSTEIN<br>1 PELICAN LANE<br>OGB: 00009 DB<br>RBC MAIN BRANCH CALGARY ALTA<br>REF: /CHGS/USD0,/CHGS/USD12,00/OCMT<br>/USD30000,/ACC/NOTIFY AND PAY PAY B<br>ERNARD L MADOFF INVEST SEC FOR FURT |
| 12MAR | | 12MAR USD | | YOUR: O/B PNCBANK PHIL<br>OUR: 0183102072FF | | 31,593.43 | FEDWIRE CREDIT<br>VIA: PNC BANK, NA PHILADELPHIA<br>/031000053<br>B/O: TRUST UNINVESTED CASH BANK 42<br>PHILADELPHIA PA XX<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B PNCBANK PHIL OBI=F<br>FC 1-CM8343 FFC NAME BCI PROFIT SHA<br>IMAD: 0312D3B74V3C000650 |
| 12MAR | | USD | | DEP REF #       2627 | | 35,008.00 | DEPOSIT CASH LETTER<br>CASH LETTER 0000002627 |
| 12MAR | | 12MAR USD | | YOUR: MAIL OF 04/03/12<br>OUR: 2511700072EF | | 5,000,000.00 | BOOK TRANSFER CREDIT<br>B/O: CAROL PITTELMAN<br>NEW HYDE PARK NY 11042-0031<br>ORG: MIKE HOENIG<br>BEN: CAROLE PITTELMAN TRUST - FRIEN<br>FAMILY TRUST A/C #1CM - 866 |
| 12MAR | | USD | | YOUR: 31Y9999739071<br>OUR: 0712004548XN | | 15,265,877.00 | RETURN OF AIP INVESTMENT PRINCIPAL<br>AIP REDEMPTION OF J.P. MORGAN<br>CHASE & CO. COMMERCIAL PAPER. |
| 12MAR | | 12MAR USD | | YOUR: 9210783-080703<br>OUR: 0971100072FC | | 24,999,980.00 | CHIPS CREDIT<br>VIA: UBS AG STAMFORD BRANCH<br>/0799<br>B/O: UBS (LUXEMBOURG) S.A.<br>REF: NBNF=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-00014008I703 ORG=<br>UBS (LUXEMBOURG) S.A. OGB=/101WA361<br>135000 LUXEMBOURG OBI=PLAZA INVESTM<br>ENTS INTL LTD ACCOUNT 1-FR002-3-0 2<br>SSN: 0058224 |

JPMSAB0001758

06-01789-cgm   Doc 20014-13   Filed 11/25/20   Entered 11/25/20 15:53:36   Exhibit M
Pg 9 of 9

**JPMorganChase** ⬤

November 01, 2007 -
November 30, 2007

**Page 28 of 39**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES



## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 11/21 | | FED WIRE CREDIT VIA: UNITED BANKERS BANK/091001322 B/O: GRAYBOW COMMUNICATIONS GROUP MINNEAPOLIS, MN 55416 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B UNITED BKRS OBI=FBO BRUCE GRAYBOW PARTNER ABGINV ACCTIMAD: 11211IB78Q1C000594 TRN: 0711813325FF YOUR REF: O/B UNITED BKRS | | $700,000.00 |
| 11/21 | | FED WIRE CREDIT VIA: MELLON BANK N.A.-DUE FROM BK M/043000261 B/O: MARC B WOLPOW PLEDGE COLLATERA 02199 REF: CHASE NYC/CTR/BBK=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 BNF=MARC B WOLPOW/AC-1W010030 RFB=O/B MELLON BANK BBI=/OCMT/UIMAD: 1121I3QCI20C003159 TRN: 0381709325FF YOUR REF: O/B MELLON BANK | | $270,512.11 |
| 11/21 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480-3515 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071121150383 OBI=FFC: ACCOUNT 1.CM914.3.0 CAROL KAMENSTEIIMAD: 1121E3B75O2C001281 TRN: 0276508325FF YOUR REF: 071121150383 | | $100,000.00 |
| 11/21 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480-3515 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=071121150391 OBI=FFC: ACCOUNT # 1 CM913 3 0 DAVID KAMENSTIMAD: 1121E3B75O2C001323 TRN: 0280309325FF YOUR REF: 071121150391 | | $100,000.00 |
| 11/21 | | FED WIRE CREDIT VIA: VALLEY NATIONAL BANK/021201383 B/O: JAMES G LAWRENCE NEW YORK, NY 10022-2057 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B VALLEY PASSA OBI=FBO HELENE LAWRENCE A/C# 1 2A620 3 0IMAD: 1121B1B7SM1F000310 TRN: 0588309325FF YOUR REF: O/B VALLEY PASSA | | $68,291.00 |
| 11/21 | | DEPOSIT        2078   2 DAY FLOAT        11/26        $89,372.50   3 DAY FLOAT        11/27        $3,377.50 | | $102,750.00 |
| 11/21 | | INTEREST ON END-OF-DAY INVESTMENT - JPMORGAN CHASE & CO. COMML PAPER. PRINCIPAL = $16,499,960.00 RATE=04.02% FOR INVESTMENT DATED 11/20/07. REF=CPSWP112007 TRN: 3251000902XP YOUR REF: 31Y9970902325 | | $1,842.50 |

JPMSAB0003858