# EXHIBIT N

Statement of Account

**In US Dollars**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 SEP 2000 |
| Statement End Date: | 29 SEP 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 009 |
| | Page 4 of 37 |

MADWAA00243317

| Ledger Date | Adj Ledger Date | Value Date | F. T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01SEP | | USD | | YOUR: ND9543109309010001<br>OUR: 0024500875IN | 12,500,000.00 | | REF: /TIME/11:00 FEDBK<br>NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR O<br>00901 TO 000905 RATE 6.4375 |
| 01SEP | | USD | | | | 93,969,700.00 | CHECK PAID #    11745 |
| 01SEP | | USD | | OUR: 0000000563IB | | 150,000,000.00 | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>       TICKET # 000563 |
| 01SEP | | | | | **** Balance **** | 12,535,406.08 | CLOSING LEDGER BALANCE |
| 01SEP | | | | | **** Balance **** | 11,269,476.08 | CLOSING COLLECTED BALANCE |
| 05SEP | | USD | | OUR: 0000000853IB | | 57,333.33 | INTEREST<br>REF: INTEREST<br>       TICKET # 000853 |
| 05SEP | 05SEP | USD | | YOUR: 000905150434<br>OUR: 0210614249FF | | 65,801.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=000905150434 OBI=FFC T<br>RACY KAMENSTEIN ACCT 1CM596 BBI=/TI<br>IMAD: 0905F3QCAA1C000911 |
| 05SEP | 05SEP | USD | | YOUR: 000905150436<br>OUR: 0212902249FF | | 77,716.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=000905150436 OBI=FFC S<br>LOAN KAMENSTEIN ACCT 1CM597 BBI=/TI<br>IMAD: 0905F3QCAA1C000907 |
| 05SEP | 05SEP | USD | | YOUR: O/B WELLS FARGO<br>OUR: 0028214249FF | | 85,000.00 | FEDWIRE CREDIT<br>VIA: WELLS FARGO<br>/121000248<br>B/O: MOT FAMILY INVESTORS LP<br>94954-5500<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B WELLS FARGO OBI=FO<br>R CREDIT MOT FAMILY INVESTORS LP BB<br>IMAD: 0905J2Q5037C000376 |

The Chase Manhattan Bank  08-01789-cgm   Doc 20014-14   Filed 11/25/20   Entered 11/25/20 15:53:36   Exhibit N
Pg 3 of 13

# Statement of Account

**In US Dollars**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

Account No: 140-081703
Statement Start Date: 30 SEP 2000
Statement End Date: 31 OCT 2000
Statement Code: 000-USA-11
Statement No: 010

Page 26 of 40

MADWAA00257857

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 18OCT | 18OCT | | USD | YOUR: JODI<br>OUR: 0129300292FP | 111,110.00 | | E/10:25<br>IMAD: 1018B1QGC02C000950<br>FEDWIRE DEBIT<br>VIA: KEY BK WASH TAC<br>/125000574<br>A/C: MARDEN FAMILY TRUST<br>33480<br>REF: MARDENTS/TIME/10:26 |
| 18OCT | 18OCT | | USD | YOUR: JODI<br>OUR: 0129400292FP | 332,216.31 | | IMAD: 1018B1QGC01C001063<br>FEDWIRE DEBIT<br>VIA: KEY BK WASH TAC<br>/125000574<br>A/C: MERRITT KEVIN PATRICE M.AULD<br>98102<br>REF: MERRITT/TIME/10:26<br>IMAD: 1018B1QGC04C000917 |
| 18OCT | | | USD | YOUR: CDS FUNDING | 2,077,800.00 | | CHECK PAID #      11898 |
| 18OCT | 18OCT | | USD | OUR: 0465000292FP | 3,835,998.10 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 18OCT | | | USD | YOUR: ND9590126610180001<br>OUR: 002920131IIN | 10,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>01018 TO 001019 RATE 6.4375 |
| 18OCT | | | USD | OUR: 0000000496IB | 98,120,000.00 | | CHECK PAID #      11899 |
| 18OCT | | | USD | | 195,000,000.00 | | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>TICKET # 000496 |
| 18OCT | | | | | **** *Balance* **** | 2,527,705.81 | CLOSING LEDGER BALANCE |
| 18OCT | | | | | **** *Balance* **** | 1,911,565.81 | CLOSING COLLECTED BALANCE |
| 19OCT | 19OCT | | USD | YOUR: O/B HSBC USA<br>OUR: 0388203293FF | | 5,872.40 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: 1984 TRACY DARA KAMEN S 830 OC<br>BLVD PALM BEACH FL 334804815<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=TRACY D. KAMENSTEIN/AC<br>-1CM596 RFB=O/B HSBC USA BBI=/BNF/A<br>IMAD: 1019B1Q8983C003059 |
| 19OCT | 19OCT | | USD | YOUR: O/B HSBC USA<br>OUR: 0382113293FF | | 12,920.95 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: 1984 SLOAN GEORGE KAM S 830 OC |

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**
**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for Inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows:

**THE CHASE MANHATTAN BANK**
**(Department For Inquiry)**
**Church Street Station**
**P.O. Box 932**
**New York, N.Y. 10008-0932**

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

**THE CHASE MANHATTAN BANK**
**Global Check Inquiry**
**4 Chase MetroTech Center - 7th Floor**
**Brooklyn, NY 11245**

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| | | | |
|---|---|---|---|
| **Telephone Number:** | 718-242-0166 | **Fax Number:** | 718-242-3540 |
| **Telex Numbers:** | 420966 CMB UI | **SWIFT Address:** | CHASUS33 |
| | 62814 CMB UW | | |
| | 62910 CMB UW | | |

**Please Note:**  For Non Reconcilement Checks: To place a stop payment order by
telephone, please call; 718-242-7440 or 718-242-6026.

MADWAA00257858

**Statement of Account**

In US Dollars

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

Account No: 140-081703
Statement Start Date: 30 SEP 2000
Statement End Date: 31 OCT 2000
Statement Code: 000-USA-11
Statement No: 010
Page 27 of 40

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | BLVD PALM BEACH FL 334804815 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=SLOAN G KAMENSTEIN/AC-1CM597 RFB=O/B HSBC USA BBI=/BNF/AT IMAD: 1019B1Q8983C003075 |
| 19OCT | | | USD | OUR: 0000000450IB | | 125,416.67 | INTEREST REF: INTEREST TICKET # 000450 |
| 19OCT * | | | USM | DEP REF #    246 | | 296,644.35 | DEPOSIT CASH LETTER CASH LETTER 0000000246 *VALUE DATE: 10/20    196,091      10/23    94,519      10/24    6,033 |
| 19OCT | 19OCT | | USD | YOUR: 268 OUR: 0289214293FF | | 300,000.00 | FEDWIRE CREDIT VIA: ABN AMRO BANK N V /026009580 B/O: HARLEY INTERNATIONAL LTD. UNKNOWN REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=268 OBI=F/B/O HARLEY I NTERNATIONAL LIMITED ACCOUNT NO. 1- IMAD: 1019B1QFII1A001882 |
| 19OCT | 19OCT | | USD | YOUR: O/B AMSOUTH BHAM OUR: 0255602293FF | | 1,500,000.00 | FEDWIRE CREDIT VIA: AMSOUTH BANK N.A. /062000019 B/O: ED KOHLSCHREIBER CLEARWATER, FL 337647301 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B AMSOUTH BHAM OBI=F BO ED KOHLSCHREIBER BBI=/BNF/FOR FU IMAD: 1019F2QCZ00C000823 |
| 19OCT | | | USD | DEP REF #    122 | | 10,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000122 |
| 19OCT | | | USD | YOUR: NC9590126610190001 OUR: 0029300641IN | | 10,001,788.19 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00101 8 TO 001019 RATE 6.4375 |
| 19OCT | | | USD | DEP REF #    123 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000123 |
| 19OCT | | | USD | OUR: 0000000450IB | | 100,000,000.00 | MATURITY REF: MATURITY TICKET # 000450 |

MADWAA00257859

## Should You Need To Communicate With Us:

If you have questions about any transaction on your statement, please notify us immediately using the instructions outlined below.

The following information, needed to satisfy your inquiry, can be found on the front of the statement.

**Your Account Number**
**The Ledger Date of the transaction**
**The Debit or Credit Dollar Amount of the transaction**
**The "Our Reference Number" of the transaction**
**In addition, please give us an explanation of the inquiry.**
If you are inquiring by mail or fax, please send us a copy of the statement in question. Please also provide us with your name and address so that we may respond directly to you.

**Address for inquiries:**

Whenever possible, your inquiry should be referred to the specific area responsible for the transaction.

For Example:

If you are inquiring about a funds transfer transaction, the Department For Inquiry would be Funds Transfer.

Please address your inquiry to the specific department as follows: .

THE CHASE MANHATTAN BANK
(Department For Inquiry)
Church Street Station
P.O. Box 932
New York, N.Y. 10008-0932

If you do not know the appropriate Department For Inquiry or your Chase Representative, please address your inquiry to:

THE CHASE MANHATTAN BANK
Global Check Inquiry
4 Chase MetroTech Center - 7th Floor
Brooklyn, NY 11245

If you wish to contact us via phone, telex, or fax, please do so as follows:

**DDA Customer Service**

| Telephone Number: | 718-242-0166 | Fax Number: | 718-242-3540 |

| Telex Numbers: | 420966 CMB UI | SWIFT Address: CHASUS33 |
| | 62814 CMB UW | |
| | 62910 CMB UW | |

**Please Note:** For Non Reconcilement Checks: To place a stop payment order by telephone, please call; 718-242-7440 or 718-242-6026.

MADWAA00257860

The Chase Manhattan Bank    CHASE    Statement of Account

MADWAA00257859

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 30 SEP 2000 |
| Statement End Date: | 31 OCT 2000 |
| Statement Code: | 000-USA-11 |
| Statement No: | 010 |

Page 27 of 40

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | BLVD PALM BEACH FL 334804815 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 BNF=SLOAN G KAMENSTEIN/AC- 1CM597 RFB=O/B HSBC USA BBI=/BNF/AT IMAD: 1019B1Q8983C003075 |
| 19OCT | | | USD | OUR: 0000000450IB | | 125,416.67 | INTEREST REF: INTEREST          TICKET # 000450 |
| 19OCT * | | | USM | DEP REF #      246 | | 296,644.35 | DEPOSIT CASH LETTER CASH LETTER 0000000246 *VALUE DATE: 10/20     196,091               10/23      94,519               10/24       6,033 |
| 19OCT 19OCT | | | USD | YOUR: 268 OUR: 0289214293FF | | 300,000.00 | FEDWIRE CREDIT VIA: ABN AMRO BANK N V /026009580 B/O: HARLEY INTERNATIONAL LTD. UNKNOWN REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=268 OBI=F/B/O HARLEY I NTERNATIONAL LIMITED ACCOUNT NO. 1- IMAD: 1019B1QFII1A001882 |
| 19OCT 19OCT | | | USD | YOUR: O/B AMSOUTH BHAM OUR: 0255602293FF | | 1,500,000.00 | FEDWIRE CREDIT VIA: AMSOUTH BANK N.A. /062000019 B/O: ED KOHLSCHREIBER CLEARWATER, FL 337647301 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=O/B AMSOUTH BHAM OBI=F BO ED KOHLSCHREIBER BBI=/BNF/FOR FU IMAD: 1019F2QCZ00C000823 |
| 19OCT | | | USD | DEP REF #      122 | | 10,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000122 |
| 19OCT | | | USD | YOUR: NC9590126610190001 OUR: 0029300641IN | | 10,001,788.19 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. NEW YORK, NY 10022 REF: TO REPAY YOUR DEPOSIT FR 00101 8 TO 001019 RATE 6.4375 |
| 19OCT | | | USD | DEP REF #      123 | | 90,000,000.00 | DEPOSIT CASH LETTER CASH LETTER 0000000123 |
| 19OCT | | | USD | OUR: 0000000450IB | | 100,000,000.00 | MATURITY REF: MATURITY          TICKET # 000450 |

MADWAA00257857

**Statement of Account**

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY  10022-4833

In US Dollars

Account No: 140-081703
Statement Start Date: 30 SEP 2000
Statement End Date: 31 OCT 2000
Statement Code: 000-USA-11
Statement No: 010

Page 26 of 40

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | E/10:25 |
| 18OCT | 18OCT | | USD | YOUR: JODI<br>OUR: 0129300292FP | 111,110.00 | | IMAD: 1018B1QGC02C000950<br>FEDWIRE DEBIT<br>VIA: KEY BK WASH TAC<br>/125000574<br>A/C: MARDEN FAMILY TRUST<br>33480<br>REF: MARDENTS/TIME/10:26 |
| 18OCT | 18OCT | | USD | YOUR: JODI<br>OUR: 0129400292FP | 332,216.31 | | IMAD: 1018B1QGC01C001063<br>FEDWIRE DEBIT<br>VIA: KEY BK WASH TAC<br>/125000574<br>A/C: MERRITT KEVIN PATRICE M.AULD<br>98102<br>REF: MERRITT/TIME/10:26<br>IMAD: 1018B1QGC04C000917 |
| 18OCT | | | USD | | 2,077,800.00 | | CHECK PAID #     11898 |
| 18OCT | 18OCT | | USD | YOUR: CDS FUNDING<br>OUR: 0465000292FP | | 3,835,998.10 | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 18OCT | | | USD | YOUR: ND9590126610180001<br>OUR: 0029201311IN | 10,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>01018 TO 001019 RATE 6.4375 |
| 18OCT | | | USD | | 98,120,000.00 | | CHECK PAID #     11899 |
| 18OCT | | | USD | OUR: 0000000496IB | | 195,000,000.00 | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>        TICKET # 000496 |
| 18OCT | | | | | **** Balance **** | 2,527,705.81 | CLOSING LEDGER BALANCE |
| 18OCT | | | | | **** Balance **** | 1,911,565.81 | CLOSING COLLECTED BALANCE |
| 19OCT | 19OCT | | USD | YOUR: O/B HSBC USA<br>OUR: 0388203293FF | | 5,872.40 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: 1984 TRACY DARA KAMEN S 830 OC<br>BLVD PALM BEACH FL 334804815<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=TRACY D. KAMENSTEIN/AC<br>-1CM596 RFB=O/B HSBC USA BBI=/BNF/A<br>IMAD: 1019B1Q8983C003059 |
| 19OCT | 19OCT | | USD | YOUR: O/B HSBC USA<br>OUR: 0382113293FF | | 12,920.95 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: 1984 SLOAN GEORGE KAM S 830 OC |

18Dec08-372

**JPMorgan Chase Bank**

# JPMorganChase

## Statement of Account

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 AUG 2003 |
| Statement End Date: | 29 AUG 2003 |
| Statement Code: | 000-USA-11 |
| Statement No: | 008 |

Page 32 of 61

| Ledger Date | Adj Ledger Date | Value Date | C T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 03081 4 TO 030815 RATE 0.9375 |
| 15AUG | | USD | | OUR: 0000001064IB | | 175,000,000.00 | MATURITY REF: MATURITY          COMMERCIAL PA PER          TICKET # 001064 |
| 15AUG | | 15AUG USD | | YOUR: CDS FUNDING OUR: 0295900227FP | 508,392.68 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |
| 15AUG | | USD | | YOUR: 31Y9999745227 OUR: 2274002859ZE | 11,877,444.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 15AUG | | USD | | YOUR: ND0182689408150301 OUR: 0322700615IN | 22,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO ESTABLISH YOUR DEPOSIT FR O 30815 TO 030818 RATE 0.9375 |
| 15AUG | | USD | | OUR: 0000000765IB | 175,000,000.00 | | PURH OF/SALE OF JPMORGAN CHASE CP REF: PURCHASE OF          CHEMICAL C.P. TICKET # 000765 |
| 15AUG | | | | | **** Balance **** | 15,000.72 | CLOSING LEDGER BALANCE |
| 15AUG | | | | | **** Balance **** | .72 | CLOSING COLLECTED BALANCE |
| 18AUG | | USD | | YOUR: 31Y9973882230 OUR: 2301003882XP | | 880.92 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $11,877,444 AT AIP RATE=00.89% FOR AIP INVESTMENT DATED 08/15/03 AIP REFERENCE=31Y9999745227 EFFECTIVE YIELD=00.89%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 18AUG | | USD | | OUR: 0000000765IB | | 12,396.71 | INTEREST REF: INTEREST          COMMERCIAL PA PER          TICKET # 000765 |
| 18AUG | | 18AUG USD | | YOUR: 030818150113 OUR: 0042007230FF | | 25,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=030818150113 OBI=FFC T RACY KAMENSTEIN ACCT 1CM59630 BBI=/ IMAD: 0818F3QCAA1C000237 |
| 18AUG | | 18AUG USD | | YOUR: 030818150115 OUR: 0042608230FF | | 25,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMSAB0000765

18Dec08-372

**JPMorgan Chase Bank**

# JPMorganChase

## Statement of Account

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK   NY   10022-4833

CM

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 AUG 2003 |
| Statement End Date: | 29 AUG 2003 |
| Statement Code: | 000-USA-11 |
| Statement No: | 008 |
| | Page 33 of 61 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=030818150115 OBI=FFC S<br>LOAN KAMENSTEIN ACCT 1CM59730 BBI=/<br>IMAD: 0818F3QCAA1C000241 |
| 18AUG | | 18AUG USD | | YOUR: 030818150111<br>OUR: 0040503230FF | | 50,000.00 | FEDWIRE CREDIT<br>VIA: WACHOVIA BANK NA OF FLORIDA<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=030818150111 OBI=FFC D<br>AVID AND CAROL KAMENSTEIN JTWROS AC<br>IMAD: 0818F3QCAA1C000262 |
| 18AUG | | 18AUG USD | | YOUR: 1  2003230000066<br>OUR: 0012609230FF | | 70,000.00 | FEDWIRE CREDIT<br>VIA: SUNTRUST BANK, ATLANTA<br>/061000104<br>B/O: HELLER BROTHERS PACKING CORP (<br>WINTER GARDEN, FL 34777<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=1 2003230000066 OBI=FB<br>O HELLER BROS PARTNERSHIP LTD ACCOU<br>IMAD: 0818F1QCZ6AC000004 |
| 18AUG | | 18AUG USD | | YOUR: O/B WELLS FARGO<br>OUR: 0299809230FF | | 175,000.00 | FEDWIRE CREDIT<br>VIA: WELLS FARGO<br>/121000248<br>B/O: OSTRIN FAMILY ACCOUNT<br>94925-1127<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B WELLS FARGO OBI=FF<br>C OSTRIN FAMILY ACCOUNT BBI=/TIME/1<br>IMAD: 0818L1B7O33R001084 |
| 18AUG | | 18AUG USD | | YOUR: 65108624010007PE<br>OUR: 4097200230FC | | 200,000.00 | CHIPS CREDIT<br>VIA: SOCIETE GENERALE NA INC.<br>/0422<br>B/O: SOCIETE GENERALE - GLOBAL SECU<br>NEW YORK, NEW YORK 10022<br>REF: BBBK=BERNARD L MADOFF NEW YORK<br>NY 10022-4834/AC-000140081703 BNF=<br>B/O BNP PARIBAS LUX FOR OREADES USA<br>USD ACCOUNT 1 FRO32 3 ORG=/0017692 |

18-Dec-08

JPMSAB0000766

18Dec08-344

JPMorgan Chase Bank, N.A.

## JPMorganChase

### Statement of Account

CM

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

**In US Dollars**

| | |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 JUL 2005 |
| Statement End Date: | 29 JUL 2005 |
| Statement Code: | 000-USA-11 |
| Statement No: | 007 |
| | Page 12 of 47 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B MELLON BANK OBI=FB O 1-C1261-3-0 CROUL FAMILY TRUST BB IMAD: 0707D3QCI20C003649 |
| 07JUL | | 07JUL USD | | YOUR: O/B GIBRALTAR BA OUR: 0606008188FF | | 700,000.00 | FEDWIRE CREDIT VIA: GIBRALTAR BANK FSB /267090455 B/O: ADAMS GALLINAR & IGLESIAS PA MIAMI FL 33131 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 RFB=O/B GIBRALTAR BA OBI=F FC: SLOAN G. KAMENSTEIN A/C#ICM597- IMAD: 0707F6QCB51C000062 |
| 07JUL | | 07JUL USD | | YOUR: O/B COMERICA BK OUR: 0343501188FF | | 20,000,000.00 | FEDWIRE CREDIT VIA: COMERICA BANK /072000096 B/O: BROAD MARKET PRIME L.P. RYE, NY 10580 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=AMERICAN MASTER BROAD MARKET PRIME FUND/AC-1C126030 RFB=O IMAD: 0707G1Q6990C000987 |
| 07JUL | | USD | | YOUR: 31Y9998504187 OUR: 1872003339XN | | 24,167,972.00 | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 07JUL | | USD | | OUR: 000000017BIB | | 40,000,000.00 | MATURITY REF: MATURITY TICKET # 000178 |
| 07JUL | | USD | | YOUR: NC0965870507070501 OUR: 0518800477IN | | 55,004,774.31 | NASSAU DEPOSIT TAKEN B/O: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 05070 6 TO 050707 RATE 3.1250 |
| 07JUL | | 07JUL USD | | YOUR: CAP OF 05/07/07 OUR: 0728300188J0 | 500,000.00 | | FEDWIRE DEBIT VIA: NORTHERN TR MIA /066009650 A/C: ASTER ASSOCIATES FORT LAUDERDALE, FLORIDA 33308-4721 IMAD: 0707B1Q8C06C002187 |
| 07JUL | | 07JUL USD | | YOUR: JODI OUR: 0728200188J0 | 623,077.03 | | FEDWIRE DEBIT VIA: WACHOVIA BK NA VA /051400549 A/C: AHT ASSOCIATES, LLC FALLS CHURCH, VIRGINIA 22046 |

18-Dec-08

18Dec08-344

# JPMorganChase

JPMorgan Chase Bank, N.A.

**Statement of Account**

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

| | In US Dollars |
|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 AUG 2006 |
| Statement End Date: | 31 AUG 2006 |
| Statement Code: | 000-USA-11 |
| Statement No: | 008 |
| | Page 5 of 52 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

| Ledger Date | Adj Ledger Date | Value Date | T | References | Debit | Credit | Balance | Description |
|---|---|---|---|---|---|---|---|---|
| 02AUG | | 02AUG USD | | YOUR: 060802150751 OUR: 0532708214FF | | 530,000.00 | | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: SLOAN KAMENSTEIN 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=060802150751 OBI=FBO SLOAN KAMENSTEIN ACCT NBR 1 CM597 3 IMAD: 0802E3B75D2C002721 |
| 02AUG | | 02AUG USD | | YOUR: O/B NORTH FORK B OUR: 0179203214FF | | 1,404,083.00 | | FEDWIRE CREDIT VIA: NORTH FORK BANK /021407912 B/O: 1998 CLUB STEIN FAMILY PARTNER GARDEN CITY NY 11530-3205 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=O/B NORTH FORK B OBI=FBO: 1998 CLUB STEIN FAMILY PARTNERS IMAD: 0802B1Q8432C000578 |
| 02AUG | | * USM | | DEP REF #       3236 | | 1,493,823.22 | | DEPOSIT CASH LETTER CASH LETTER 0000003236 *VALUE DATE: 08/02       80,000                 08/03       1,063,823                 08/04       350,000 |
| 02AUG | | USD | | YOUR: 31Y9998591213 OUR: 2132003523XN | | 24,470,979.00 | | RETURN OF AIP INVESTMENT PRINCIPAL AIP REDEMPTION OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 02AUG | | USD | | YOUR: NC0620853008020601 OUR: 0621400167AN | | 515,073,541.00 | | JPMORGAN CHASE & CO DEP TAKEN B/O: BERNARD L MADOFF 10022 REF: TO REPAY YOUR DEPOSIT FR 060801 TO 060802 RATE 5.1407 |
| 02AUG | | 02AUG USD | | YOUR: JODI OUR: 0533600214JO | 861,879.00 | | | FEDWIRE DEBIT VIA: MELLON BANK PITTS /043000261 A/C: MERRILL LYNCH DEL MAR,CA 92625 BEN: CROUL FAMILY TRUST REF: TELEBEN/TIME/09:59 IMAD: 0802B1QGC03C001655 |
| 02AUG | | 02AUG USD | | YOUR: CAP OF 06/08/02 OUR: 1007600214JO | 1,742,771.97 | | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA N.SYRACUSE NY 13212-4710 REF: REF: CDS FUNDING |

18-Dec-08

JPMSAB0002694

**THIS PAGE IS PART OF A STATEMENT REQUEST**
**GROUP ID G18Dec08-344**

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

**Page 26 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0291718 TRN: 5282000164FC YOUR REF: 1464785 | | $150,000.00 |
| 06/12 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: TRACY DARA KAMENSTEIN INC PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080612150770 OBI=TRACY DARA KAMENSTEIN ACCOUNT #1CM59630 IMAD: 0612E3B75D2C002944 TRN: 0719307164FF YOUR REF: 080612150770 | | $100,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=PETER BONVENTRE #CM703SSN: 0291727 TRN: 5282000164FC YOUR REF: 1464786 | | $34,285.00 |
| 06/12 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: SLOAN KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080612150739 OBI=FFC: CREDIT TO SLOAN G. KAMENSTEIN,ACCOUIMAD: 0612E3B75D2C002808 TRN: 0684514164FF YOUR REF: 080612150739 | | $5,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MICHAEL IRWIN ROSEN #ESSN: 0291736 TRN: 5282900164FC YOUR REF: 1464787 | | $3,467.17 |
| 06/12 | | DEPOSIT        2031 1 DAY FLOAT     06/13        $220,400.00 | | $220,400.00 |

JPMSAB0004282