# EXHIBIT O

Statement of Account

MADWAA00257857

| | | | | |
|---|---|---|---|---|
| BERNARD L MADOFF | | | **In US Dollars** | |
| ATTN TONY TILETNICK | | Account No: | 140-081703 | |
| 885 THIRD AVENUE 18TH FLOOR | | Statement Start Date: | 30 SEP 2000 | |
| NEW YORK   NY   10022-4833 | | Statement End Date: | 31 OCT 2000 | |
| | | Statement Code: | 000-USA-11 | |
| | | Statement No: | 010 | |
| | | | Page 26 of 40 | |

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | E/10:25 |
| 18OCT 18OCT | | USD | | YOUR: JODI<br>OUR: 0129300292FP | 111,110.00 | | IMAD: 1018B1QGC02C000950<br>FEDWIRE DEBIT<br>VIA: KEY BK WASH TAC<br>/125000574<br>A/C: MARDEN FAMILY TRUST<br>33480<br>REF: MARDENTS/TIME/10:26 |
| 18OCT 18OCT | | USD | | YOUR: JODI<br>OUR: 0129400292FP | 332,216.31 | | IMAD: 1018B1QGC01C001063<br>FEDWIRE DEBIT<br>VIA: KEY BK WASH TAC<br>/125000574<br>A/C: MERRITT KEVIN PATRICE M.AULD<br>98102<br>REF: MERRITT/TIME/10:26<br>IMAD: 1018B1QGC04C000917 |
| 18OCT | | USD | | YOUR: CDS FUNDING | 2,077,800.00 | | CHECK PAID #      11898 |
| 18OCT 18OCT | | USD | | OUR: 0465000292FP | 3,835,998.10 | | BOOK TRANSFER DEBIT<br>A/C: CHASE MANHATTAN BANK DELAWARE<br>WILMINGTON DE 19801-1147<br>REF: /TIME/11:00 FEDBK |
| 18OCT | | USD | | YOUR: ND9590126610180001<br>OUR: 002920131IIN | 10,000,000.00 | | NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>01018 TO 001019 RATE 6.4375 |
| 18OCT | | USD | | | 98,120,000.00 | | CHECK PAID #      11899 |
| 18OCT | | USD | | OUR: 0000000496IB | 195,000,000.00 | | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>TICKET # 000496 |
| 18OCT | | | | | **** *Balance* **** | 2,527,705.81 | CLOSING LEDGER BALANCE |
| 18OCT | | | | | **** *Balance* **** | 1,911,565.81 | CLOSING COLLECTED BALANCE |
| 19OCT 19OCT | | USD | | YOUR: O/B HSBC USA<br>OUR: 0388203293FF | | 5,872.40 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: 1984 TRACY DARA KAMEN S 830 OC<br>BLVD PALM BEACH FL 334804815<br>REF: CHASE NYC/CTR/BBK=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 BNF=TRACY D. KAMENSTEIN/AC<br>-1CM596 RFB=O/B HSBC USA BBI=/BNF/A<br>IMAD: 1019B1Q8983C003059 |
| 19OCT 19OCT | | USD | | YOUR: O/B HSBC USA<br>OUR: 0382113293FF | | 12,920.95 | FEDWIRE CREDIT<br>VIA: HSBC BANK USA<br>/021001088<br>B/O: 1984 SLOAN GEORGE KAM S 830 OC |

**Statement of Account**

MADWAA00243317

BERNARD L MADOFF
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 01 SEP 2000
Statement End Date: 29 SEP 2000
Statement Code: 000-USA-11
Statement No: 009
Page 4 of 37

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01SEP | | USD | | YOUR: ND9543109309010001<br>OUR: 0024500875IN | 12,500,000.00 | | REF: /TIME/11:00 FEDBK<br>NASSAU DEPOSIT TAKEN<br>A/C: BERNARD L MADOFF INC.<br>NEW YORK, NY 10022<br>REF: TO ESTABLISH YOUR DEPOSIT FR 0<br>00901 TO 000905 RATE 6.4375 |
| 01SEP | | USD | | | 93,969,700.00 | | CHECK PAID #    11745 |
| 01SEP | | USD | | OUR: 0000000563IB | 150,000,000.00 | | DEBIT MEMORANDUM<br>REF: PURCHASE OF<br>     TICKET # 000563 |
| 01SEP | | | | | **** Balance **** | 12,535,406.08 | CLOSING LEDGER BALANCE |
| 01SEP | | | | | **** Balance **** | 11,269,476.08 | CLOSING COLLECTED BALANCE |
| 05SEP | | USD | | OUR: 0000000853IB | | 57,333.33 | INTEREST<br>REF: INTEREST<br>     TICKET # 000853 |
| 05SEP | 05SEP | USD | | YOUR: 000905150434<br>OUR: 0210614249FF | | 65,801.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=000905150434 OBI=FFC T<br>RACY KAMENSTEIN ACCT 1CM596 BBI=/TI<br>IMAD: 0905F3QCAA1C000911 |
| 05SEP | 05SEP | USD | | YOUR: 000905150436<br>OUR: 0212902249FF | | 77,716.00 | FEDWIRE CREDIT<br>VIA: FIRST UNION NATIONAL BK OF FLO<br>/063000021<br>B/O: DAVID KAMENSTEIN<br>PALM BEACH FL 33480<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=000905150436 OBI=FFC S<br>LOAN KAMENSTEIN ACCT 1CM597 BBI=/TI<br>IMAD: 0905F3QCAA1C000907 |
| 05SEP | 05SEP | USD | | YOUR: O/B WELLS FARGO<br>OUR: 0028214249FF | | 85,000.00 | FEDWIRE CREDIT<br>VIA: WELLS FARGO<br>/121000248<br>B/O: MOT FAMILY INVESTORS LP<br>94954-5500<br>REF: CHASE NYC/CTR/BNF=BERNARD L MA<br>DOFF NEW YORK NY 10022-4834/AC-0001<br>40081703 RFB=O/B WELLS FARGO OBI=FO<br>R CREDIT MOT FAMILY INVESTORS LP BB<br>IMAD: 0905J2Q5037C000376 |

18Dec08-372

**JPMorgan Chase Bank**

# JPMorganChase

## Statement of Account

CM
BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK  NY  10022-4833

In US Dollars
Account No: 140-081703
Statement Start Date: 01 AUG 2003
Statement End Date: 29 AUG 2003
Statement Code: 000-USA-11
Statement No: 008
Page 32 of 61

| Ledger Date | Adj Ledger Date | Value Date | 2 T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| | | | | | | | ATTN: TONY TILETNICK REF: TO REPAY YOUR DEPOSIT FR 03081 4 TO 030815 RATE 0.9375 |
| 15AUG | | USD | | OUR: 0000001064IB | | 175,000,000.00 | MATURITY                COMMERCIAL PA REF: MATURITY PER           TICKET # 001064 |
| 15AUG | | 15AUG USD | | YOUR: CDS FUNDING OUR: 0295900227FP | 508,392.68 | | BOOK TRANSFER DEBIT A/C: CHASE MANHATTAN BANK SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |
| 15AUG | | USD | | YOUR: 31Y9999745227 OUR: 2274002859ZE | 11,877,444.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 15AUG | | USD | | YOUR: ND0182689408150301 OUR: 0322700615IN | 22,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO ESTABLISH YOUR DEPOSIT FR 0 30815 TO 030818 RATE 0.9375 |
| 15AUG | | USD | | OUR: 0000000765IB | 175,000,000.00 | | PURH OF/SALE OF JPMORGAN CHASE CP REF: PURCHASE OF         CHEMICAL C.P. TICKET # 000765 |
| 15AUG | | | | | **** Balance **** | 15,000.72 | CLOSING LEDGER BALANCE |
| 15AUG | | | | | **** Balance **** | .72 | CLOSING COLLECTED BALANCE |
| 18AUG | | USD | | YOUR: 31Y9973882230 OUR: 2301003882XP | | 880.92 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $11,877,444 AT AIP RATE=00.89% FOR AIP INVESTMENT DATED 08/15/03 AIP REFERENCE=31Y9999745227 EFFECTIVE YIELD=00.89%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 18AUG | | USD | | OUR: 0000000765IB | | 12,396.71 | INTEREST REF: INTEREST           COMMERCIAL PA PER           TICKET # 000765 |
| 18AUG | | 18AUG USD | | YOUR: 030818150113 OUR: 0042007230FF | | 25,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 B/O: DAVID KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0001 40081703 RFB=030818150113 OBI=FFC T RACY KAMENSTEIN ACCT 1CM59630 BBI=/ IMAD: 0818F3QCAA1C000237 |
| 18AUG | | 18AUG USD | | YOUR: 030818150115 OUR: 0042608230FF | | 25,000.00 | FEDWIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA /063000021 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-372

18-Dec-08

JPMSAB0000765

18Dec08-344

JPMorgan Chase Bank, N.A.   **JPMorganChase**   **Statement of Account**

CM                                                               **In US Dollars**

BERNARD L MADOFF INVESTMENT SECURITIES
ATTN TONY TILETNICK
885 THIRD AVENUE 18TH FLOOR
NEW YORK NY 10022-4833

| | | | |
|---|---|---|
| Account No: | 140-081703 |
| Statement Start Date: | 01 MAR 2005 |
| Statement End Date: | 31 MAR 2005 |
| Statement Code: | 000-USA-11 |
| Statement No: | 003 |
| | Page 40 of 63 |

THIS PAGE IS PART OF A STATEMENT REQUEST
GROUP ID G18Dec08-344

18-Dec-08

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 18MAR | | 18MAR USD | | YOUR: CDS FUNDING OUR: 0196800077FP | 3,262,171.48 | | BOOK TRANSFER DEBIT A/C: CHASE BANK USA, NA SYRACUSE NY 13206- REF: /TIME/11:00 FEDBK |
| 18MAR | | USD | | YOUR: 31Y9998405077 OUR: 0774001564ZE | 20,073,482.00 | | AIP OVERNIGHT INVESTMENT AIP PURCHASE OF J.P. MORGAN CHASE & CO. COMMERCIAL PAPER. |
| 18MAR | | USD | | YOUR: ND0812354203180501 OUR: 0507701521IN | 45,000,000.00 | | NASSAU DEPOSIT TAKEN A/C: BERNARD L MADOFF INC. ATTN: TONY TILETNICK REF: TO ESTABLISH YOUR DEPOSIT FR 0 50318 TO 050321 RATE 2.5000 |
| 18MAR | | 18MAR USD | | YOUR: NONREF OUR: 0794200077JO | 150,000,000.00 | | FEDWIRE DEBIT VIA: CITIBANK NYC /021000089 A/C: MORGAN STANLEY BEN: BERNARD L. MADOFF IMAD: 0318B1QGC08C002333 |
| 18MAR | | | | **** Balance **** | | 7,476.50 | CLOSING LEDGER BALANCE |
| 18MAR | | | | **** Balance **** | | .50 | CLOSING COLLECTED BALANCE |
| 21MAR | | USD | | YOUR: 31Y9972807080 OUR: 0801002807XP | | 3,512.85 | AIP INTEREST PAYMENT INTEREST ON PRINCIPAL OF $20,073,482 AT AIP RATE=02.10% FOR AIP INVESTMENT DATED 03/18/05 AIP REFERENCE=31Y9998405077 EFFECTIVE YIELD=02.12%. EFFECTIVE YIELD REFLECTS COMPOUNDING OF INTEREST |
| 21MAR | | USD | | OUR: 0000000073IB | | 47,638.89 | INTEREST REF: INTEREST TICKET # 000073 |
| 21MAR | | 21MAR USD | | YOUR: O/B NORTHERN TR OUR: 0213502080FF | | 777,414.23 | FEDWIRE CREDIT VIA: NORTHERN TRUST BANK OF FLORIDA /066009650 B/O: HAILE, SHAW & PFAFFENBERGER, P 11780 U S HWY ONE SUITE 300 REF: CHASE NYC/CTR/BBK=BERNARD L MA DOFF NEW YORK NY 10022-4834/AC-0000 00001400 BNF=TRACY KAMENSTEIN/AC-1- CM596-3-0 RFB=O/B NORTHERN TR BBI=/ IMAD: 0321F6B74K1C000009 |
| 21MAR | | * USM | | DEP REF # 2635 | | 1,528,798.90 | DEPOSIT CASH LETTER CASH LETTER 0000002635 %VALUE DATE: 03/22 609,250 03/23 899,972 03/24 19,575 |

JPMSAB0002420

**JPMorganChase** ⬤

May 31, 2008 -
June 30, 2008

**Page 26 of 55**

**Account Number**
000000140081703

BERNARD L MADOFF INVESTMENT SECURITIES

## Commercial Checking
(continued)

## Activity

| Ledger Date | Value Date | Description | Debit | Amount |
|---|---|---|---|---|
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MARTIN L SCHULMAN MD #SSN: 0291718 TRN: 5282000164FC YOUR REF: 1464785 | | $150,000.00 |
| 06/12 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: TRACY DARA KAMENSTEIN INC PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080612150770 OBI=TRACY DARA KAMENSTEIN ACCOUNT #1CM59630 IMAD: 0612E3B75D2C002944 TRN: 0719307164FF YOUR REF: 080612150770 | | $100,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=PETER BONVENTRE #CM703SSN: 0291727 TRN: 5282000164FC YOUR REF: 1464786 | | $34,285.00 |
| 06/12 | | FED WIRE CREDIT VIA: WACHOVIA BANK NA OF FLORIDA/063000021 B/O: SLOAN KAMENSTEIN PALM BEACH FL 33480 REF: CHASE NYC/CTR/BNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 RFB=080612150739 OBI=FFC: CREDIT TO SLOAN G. KAMENSTEIN,ACCOUIMAD: 0612E3B75D2C002808 TRN: 0684514164FF YOUR REF: 080612150739 | | $5,000.00 |
| 06/12 | | CHIPS CREDIT VIA: BANK OF NEW YORK/0001 B/O: TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 REF: NBNF=BERNARD L MADOFF NEW YORK NY 10022-4834/AC-000000001400 ORG=TRUST INDUSTRIAL BANK DENVER, CO 80202-3323 OBI=MICHAEL IRWIN ROSEN #ESSN: 0291736 TRN: 5282900164FC YOUR REF: 1464787 | | $3,467.17 |
| 06/12 | | DEPOSIT        2031 1 DAY FLOAT        06/13        $220,400.00 | | $220,400.00 |