# EXHIBIT U

11-Jan-09 06Jan09-1156

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1156
Sequence number 008670244352 Posting date 15-JUN-07



JPMSAI0011455

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1156
Sequence number 008670244353  Posting date 15-JUN-07

---

**CAROL KAMENSTEIN**
**DAVID KAMENSTEIN**

Wachovia
Wachovia Bank, N.A.
wachovia.com
60-643/670

17382

6/11/2007

PAY TO THE ORDER OF  Bernard L. Madoff Investments                    $ **13,600.00

Thirteen Thousand Six Hundred and 00/100********************************************* DOLLARS

Bernard L. Madoff Investments
885 Third Avenue
New York City, New York 10022

MEMO                                                    AUTHORIZED SIGNATURE

10091430)   ⑈017382⑈      REDACTED                    ⑈000135000⑈

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140-081 703

Bernard L. Madoff
Investments

AcctNum: REDACTED     Amount: 000000001360000
Xerno: 0000017382 PostDate: 20070615 Sequence: 008670244353
BankNum: 0802 AppCode: 0090 Field44: 0000 ImageStat: 05
UDK: 08020706150086702443533 BOFD: 021000021 CapsRC: PO
TranCode: 000000 RouteTran: 06700643 DocType: B
EntryNum: 2505 ItemType: P

11-Jan-09    06Jan09-1156

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1156
Sequence number 008670371290  Posting date 20-JUN-07

---

**SLOAN KAMENSTEIN**

Wachovia
Wachovia Bank, N.A
wachovia.com
63-643/670

1538

8/14/2007

PAY TO THE ORDER OF: Bernard L. Madoff Investments     $ **8,000.00

Eight Thousand and 00/100**************************************************  DOLLARS

Bernard L. Madoff Investments

MEMO

1CM59730    "001538"    REDACTED    "000080000000"

---

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 0R1 703

Bernard Madoff
Investments

JP MORGAN CHASE BANK, NA
...
8670371290

REDACTED

AcctNum:
SerNo: 00000001538  PostDate: 20070620  Sequence: 008670371290
BankNum: 0802  AppCode: 7090  Field4: 0000  ImageStat: 05
MICR: 08020706200086703712900  RQED: 021000021  CapSRC: PO
TranCode: 000000  RouteTran: 06700643  DocType: B
EntryNum: 3589  ItemType: P

JPMSAI0011482

11-Jan-09                                                                                      06Jan09-1156

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1156
Sequence number 003200119909  Posting date 30-SEP-05

---

**TRACY DARA KAMENSTEIN**
400 S. OCEAN BLVD. #411E
PALM BEACH, FL 33480

FIRST UNION NATIONAL BANK
63-643/670 938

0916

9/26/2005

PAY TO THE ORDER OF: Bernard Madoff     $ **20,600.00

Twenty Thousand Six Hundred and 00/100 ································ DOLLARS

Bernard Madoff

MEMO

ICM5963D  "000916"                  REDACTED                  "000 2060000"

---

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L. MADOFF
140 081 703

Bernard Madoff

REDACTED

AcctNum:
Serno: 0000000916  PostDate: 20050930  Sequence: 003200119909
BankNum: 0802  AppCode: 0090  Field4: 0000  ImageStat: 05
UDK: 080205093000320119909  BOFD:  CapSRC: 72
TranCode: 000000  RouteTran: 06700643  DocType: 8
EntryNum:  ItemType:

JPMSAI0007847