# EXHIBIT V

11-Jan-09    REDACTED

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID REDACTED
Sequence number REDACTED    Posting date 17-JUL-08

REDACTED    1028

July 16, 2008

Pay to the order of  Bernard Madoff Securities — $500,000.00/100

Five Hundred Thousand Dollars — Dollars

**WACHOVIA**    REDACTED
Wachovia Bank, N.A.
Dep. to wachovia.com
For Acct # 1-Z0012-3-0
REDACTED

PAY TO THE ORDER OF
CHASE MANHATTAN BANK
FOR DEPOSIT ONLY
BERNARD L MADOFF

For Deposit Only
Acct # 1-Z0012-3-0
Bernard Madoff
Securities

AcctNum: REDACTED    Amount: 000000050000000
Xarpo: REDACTED PostDate: 20080717    Sequence: REDACTED
BankNum: 0802 AppCode: 0090    Field4: 0000 ImageStat: 05
USK: REDACTED    BOFD: 074909962 CapSEC: DO
TranCode: 001025 RouteTran: 02110110    DocType: 8
EntryNum: 5702 ItemType: P