# EXHIBIT W

11-Jan-09                                                                                          REDACTED
**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID** REDACTED
Sequence number REDACTED     Posting date REDACTED

Deposit Ticket — JPMorgan Chase Bank — BERNARD L. MADOFF

| Amount |
|---|
| 20,600.00 |
| 50,000 |
| 50,000 |
| 15,000 |
| 780,000 |
| 310,000 |
| 200,000 |
| 250,000 |
| 1,000,000 |
| 10,000 |

Total: $2,683,600

REDACTED

Dep - CHECK 140081703
Number of Checks: 
COIN $0.00   CASH
TOTAL   $268,360.00

AcctNum: REDACTED   Amount: 00000026836000
BankNum: 0802   AmCode: 0002   Field4: 0000   Image: REDACTED
Zerno: REDACTED   PostDate: 20050930   Sequence: REDACTED
DDK: REDACTED   30FD:   CapSRC: 74
TranCode: 000060   RouteTran: 55017110   DocType: 1
EntryNum:   ItemType:

JPMSAI0007846

11-Jan-09                                                                                           REDACTED

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID REDACTED**
Sequence number REDACTED    Posting date 15-JUN-06



JPMSAI0009767

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID** REDACTED
Sequence number REDACTED  Posting date 20-JUN-07



11-Jan-09

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID** REDACTED
Sequence number REDACTED    Posting date 15-JUN-07



JPMSAI0011453