# EXHIBIT X

MADWAA00378495

# CHASE

## CHASE MANHATTAN BANK DELAWARE

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022

DS

| | |
|---|---|
| Account No: | 6301-428151-509 |
| Statement Start Date: | 01 DEC 1998 |
| Statement End Date: | 31 DEC 1998 |
| Statement Code: | 000-USA-12 |
| Statement No: | 012 |
| | Page 1 of 2 |

### TRANSACTIONS

| | | |
|---|---|---|
| Total Credits | 22 | 39,393,228.69 |
| Total Debits (incl. checks) | 22 | 39,393,228.69 |
| Total Checks Paid | 19 | 39,393,228.69 |

### BALANCES

| Opening (01 DEC 1998) | | Closing (31 DEC 1998) | |
|---|---|---|---|
| Ledger | .00 | Ledger | .00 |

### ENCLOSURES

| | |
|---|---|
| Credits | 0 |
| Debits | 0 |
| Checks | 0 |

| Ledger Date | Adj Ledger Date | Value Date | FT | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 01 DEC | | | | | **** *Balance* **** | 0.00 | OPENING LEDGER BALANCE |
| 01 DEC | | USD | | | | 455,439.39 | CDS FUNDING |
| 01 DEC | | USD | | | 455,439.39 | | LIST POST        AA01 |
| 01 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 02 DEC | | USD | | | | 2,388,782.01 | CDS FUNDING |
| 02 DEC | | USD | | | 2,388,782.01 | | LIST POST        AA01 |
| 02 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 03 DEC | | USD | | | | 1,081,603.64 | CDS FUNDING |
| 03 DEC | | USD | | | 1,081,603.64 | | LIST POST        AA01 |
| 03 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 04 DEC | | USD | | OUR: 1400400389DW | | 1,921,788.34 | CDS FUNDING |
| 04 DEC | | USD | | OUR: 1400300457DW | 1,921,788.34 | | LIST POST        AA01 |
| 04 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 07 DEC | | USD | | OUR: 1400400407DW | | 1,861,489.33 | CDS FUNDING |
| 07 DEC | | USD | | OUR: 1400300431DW | 1,861,489.33 | | LIST POST        AA01 |
| 07 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 08 DEC | | USD | | OUR: 1400400390DW | | 2,403,962.73 | CDS FUNDING |
| 08 DEC | | USD | | OUR: 1400300433DW | 2,403,962.73 | | LIST POST        AA01 |
| 08 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 09 DEC | | USD | | OUR: 1400400404DW | | 116,495.00 | CDS FUNDING |
| 09 DEC | | USD | | OUR: 1400300470DW | 116,495.00 | | LIST POST        AA01 |
| 09 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 10 DEC | | USD | | OUR: 1400400393DW | | 824,038.00 | CDS FUNDING |
| 10 DEC | | USD | | OUR: 1400300444DW | 824,038.00 | | LIST POST        AA01 |
| 10 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 11 DEC | | USD | | OUR: 1400400401DW | | 191,000.00 | CDS FUNDING |
| 11 DEC | | USD | | OUR: 1400300439DW | 191,000.00 | | LIST POST        AA01 |
| 11 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |
| 14 DEC | | USD | | OUR: 1400400404DW | | 1,819,857.93 | CDS FUNDING |
| 14 DEC | | USD | | OUR: 1400300499DW | 1,819,857.93 | | LIST POST        AA01 |
| 14 DEC | | | | | **** *Balance* **** | .00 | CLOSING LEDGER BALANCE |

FT CODE:

| | | | |
|---|---|---|---|
| USD - SAME DAY FUNDS | US1 - ONE DAY FLOAT | US3 - THREE DAY FLOAT | US5 - FIVE DAY FLOAT |
| USN - NEXT DAY FUNDS | US2 - TWO DAY FLOAT | US4 - FOUR DAY FLOAT | USM - MIXED FLOAT |

PLEASE EXAMINE THIS STATEMENT OF ACCOUNT AT ONCE. THE MAINTENANCE OF THIS ACCOUNT IS SUBJECT TO THE PROVISIONS OF THE UNIFORM COMMERCIAL CODE AND CHASE'S TERMS AND CONDITIONS FOR BUSINESS ACCOUNTS AND SERVICES. THE BANK DISCLAIMS RESPONSIBILITY FOR ANY ERROR IN, OR IMPROPER CHARGE TO THE ACCOUNT AS RENDERED UNLESS INFORMED IN WRITING OF THIS ERROR OR CHARGE WITHIN SIXTY DAYS OF THE DELIVERY, MAILING OR AVAILABILITY OF THE STATEMENT CANCELED VOUCHERS.

MADWAA00378496

# CHASE

**CHASE MANHATTAN BANK DELAWARE**

BERNARD L. MADOFF
ATTN DANIEL BENVENTRE
885 THIRD AVENUE-18TH FLOOR
NEW YORK  NY  10022                          DS

**Chase Manhattan Bank Delaware**
**1201 Market Street**
**Wilmington, DE 19801**

Account No:                6301-428151-509
Statement Start Date:      01 DEC 1998
Statement End Date:        31 DEC 1998
Statement Code:            000-USA-12
Statement No:              012
                           Page 2 of 2

| Ledger Date | Adj Ledger Date | Value Date | F T | References | Debit | Credit / Balance | Description |
|---|---|---|---|---|---|---|---|
| 15DEC | | | | | | 5,564,901.30 | CDS FUNDING |
| 15DEC | | USD | | OUR: 1400400387DW | 5,564,901.30 | | LIST POST      AA01 |
| 15DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 16DEC | | | | | | 1,779,999.41 | CDS FUNDING |
| 16DEC | | USD | | OUR: 1400300456DW | 1,779,999.41 | | LIST POST      AA01 |
| 16DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 17DEC | | | | | | 1,241,072.88 | CDS FUNDING |
| 17DEC | | USD | | OUR: 1400400397DW | 1,241,072.88 | | LIST POST      AA01 |
| 17DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 18DEC | | | | | | 1,166,387.48 | CDS FUNDING |
| 18DEC | | USD | | OUR: 1400500404DW | 1,166,387.48 | | LIST POST      AA01 |
| 18DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 21DEC | | | | | | 1,776,725.08 | CDS FUNDING |
| 21DEC | | USD | | OUR: 1400400427DW | 1,776,725.08 | | LIST POST      AA01 |
| 21DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 22DEC | | | | | | 1,873,529.60 | CDS FUNDING |
| 22DEC | | USD | | OUR: 1400400414DW | 1,873,529.60 | | LIST POST      AA01 |
| 22DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 23DEC | | | | | | 1,655,000.00 | CDS FUNDING |
| 23DEC | | USD | | OUR: 1400400401DW | 1,655,000.00 | | LIST POST      AA01 |
| 23DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 24DEC | | | | | | 425,012.39 | CDS FUNDING |
| 24DEC | | USD | | OUR: 1400400396DW | 425,012.39 | | LIST POST      AA01 |
| 24DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 28DEC | | | | | | 2,807,509.94 | CDS FUNDING |
| 28DEC | | USD | | OUR: 1400400394DW | 2,807,509.94 | | LIST POST      AA01 |
| 28DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 29DEC | | | | | | 4,794,650.85 | CDS FUNDING |
| 29DEC | | USD | | OUR: 1400400386DW | 4,794,650.85 | | LIST POST      AA01 |
| 29DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 30DEC | | | | | | 2,197,983.39 | CDS FUNDING |
| 30DEC | | USD | | OUR: 1400400400DW | 2,197,983.39 | | LIST POST      AA01 |
| 30DEC | | | | | | .00 | CLOSING LEDGER BALANCE |
| 31DEC | | | | | | 1,046,000.00 | CDS FUNDING |
| 31DEC | | USD | | OUR: 1400400392DW | 1,046,000.00 | | LIST POST      AA01 |
| 31DEC | | | | | | .00 | CLOSING LEDGER BALANCE |

MADWAA0037 8497

MADWAA00378498