# EXHIBIT Z

**BERNARD L. MADOFF**

82-26
311          2815-09

181364

1/03 20 07

PAY
TO THE
ORDER OF   CAROL KARENSTEIN                          $ ****70500.00

******SEVENTY THOUSAND FIVE HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM914-3                          BERNARD L. MADOFF

By

⑈0018136411⑈ ⑆031100267⑆ 6301428151 509⑈    ⑆0007050000⑆

1154257442
01052007
031000040 FRB-PHILA
ENT=2362 TRC=2363 PK=07

244  0816  03
01052007
021000021              ►063107513◄
                       WACHOVIA NA SVC036 52081
817658599            ORLANDO FL 01842697 229%
                       3232563220

FOR DEPOSIT ONLY
KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2007 Jan 05 |
| Prime Sequence | 11257442 |
| Amount | $70,500.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000181364 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/13/2009



Rosa

BERNARD L. MADOFF

62-26
311

2815-09

182935

3/07 2007

PAY TO THE ORDER OF CAROL KAMENSTEIN $ ****66400.00

******SIXTY SIX THOUSAND FOUR HUNDRED 00/100 DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-CM914-3

⑈00182935⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0006640000⑈

1013572238
03092007
031000040 FRB-PHILA
ENT=2184 TRC=2185 PK=07

244 2276 03
03092007
021000021
8370222147

0631075134
WACHOVIA NA SVC036 0660T
ORLANDO FL 03082007 29PK
4631039251

FOR DEPOSIT ONLY

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2007 Mar 09 |
| Prime Sequence | 10572238 |
| Amount | $66,400.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000182935 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

Rosa



| | |
|---|---|
| Posting Date | 2007 May 04 |
| Prime Sequence | 3512851 |
| Amount | $42,700.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185263 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0056527

Rosa



| Posting Date | 2007 Jun 08 |
|---|---|
| Prime Sequence | 5671761 |
| Amount | $60,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185879 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0057102

Rosa

**BERNARD L. MADOFF**

62-26
311    2815-09

186952

7/03 20 07

PAY TO THE ORDER OF  CAROL KAMENSTEIN    $ ****32000*00

******THIRTY TWO THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM914-3    By

⑈00186952⑈ ⑈031100267⑈ 6301428151 509⑈    /0003200000/

1013491366
070620007
031000040 FRB-PHILA
ENT4321 TRC-2399 PX-30

D0631075134
WACHOVIA NA SVC836 4522T
ORLANDO FL 87292007 29PX

3031816471

244  0627  83
07062007
82190001021

8770638709

FOR DEPOSIT ONLY

| Posting Date | 2007 Jul 06 |
|---|---|
| Prime Sequence | 10491366 |
| Amount | $32,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000186952 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

JPMSAF0058136

Rosa

**BERNARD L. MADOFF**

82-26
311    2815-99

187998

8/02    20 07

PAY TO THE ORDER OF  CAROL KAMENSTEIN    $ ****50000-00

******FIFTY THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM914-3    By

⑈00187998⑈ ⑆031100267⑈ 6301428151 509⑈ ⑈0005000000⑈

0316723140
08082007
031000040 FRB-PHILA
ENT-2106 TRC-2106 FK=30

063107513

FOR DEPOSIT ONLY

| Posting Date | 2007 Aug 08 |
| Prime Sequence | 3723140 |
| Amount | $50,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000187998 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0059116

24-Jan-09                                                      06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670733924  Posting date 07-SEP-07

BERNARD L. MADOFF

82-26
311            2815-08

188580

9/05   20 07

PAY TO THE ORDER OF   CAROL KAMENSTEIN                    $ ****61500.00

******SIXTY ONE THOUSAND FIVE HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM914-3

BERNARD L. MADOFF

FOR _____

⑈00188580⑈ ⑆031100267⑆ 63014128151 509⑈          ⑈0006150000⑈

0515550792
09072007
031C00040 FRE-PHILA
ENT=2120 TRC=2125 PK=30

8270702157                      4637790878

AcctNum: 00000630128151509 Amount: 000000006150000
Serno: 0000188580 PostDate: 20070907 Sequence: 003670733924
BankNum: 0902 AccSort: 0001 Field4: 0000000 ImageSeq: 05
DDR: 08020700070670733924 DBID: 00000000 CapSeq: F0
TranCode: 000000 RouteTrap: 03110026  DocType: 8
EntryNum: 0615 ItemType: P

JPMSAF0059645

24-Jan-09                                                                 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770531370  Posting date 05-OCT-07

---

BERNARD L. MADOFF

82-26
311        2815-08

189658

10/02  20 07

Pay to the Order of  CAROL KAMENSTEIN                                    $ ****21800.00

******TWENTY ONE THOUSAND EIGHT HUNDRED 00/100      DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM914-3

FOR _____                    BERNARD L. MADOFF

By _____

⑆00189658⑆ ⑉031100267⑉ 6301428151 509⑆          ⑈000 2180000⑈

FOR DEPOSIT ONLY

0318814918
10052007
031000040 FRB-PHILA
ENT=2255 TRC=2255 PK=30

Z38    9811  01
3005267
074009762
0370013226

▶963107513◀
WACHOVIA NA SVC636 39731
ORLANDO FL 10052007 29PK

1730454950

AcctNum: 000006301428151509 Amount: 000000002180000
Aerps: 0000189658 PostDate: 20071005 Sequence: 003770531370
BankNum: 0802 BankCode: 0001 Serial4: ImageStat: 05
UDK: 0802071005003770531370 BOFD: 000000000 CapSBC: PO
TranCode: 000000 RouteTran: 03110026    DocType: 8
EntryNum: 0811 ItemType: P

JPMSAF0060693

24-Jan-09                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003670388752  Posting date 06-NOV-07

BERNARD L. MADOFF

82-26
311                    2815-es

190691

11/02  20 07

PAY
TO THE
ORDER OF    CAROL KAMENSTEIN                              $ ****52900*00

*****FIFTY TWO THOUSAND NINE HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
        1-CM914-3                          BERNARD L. MADOFF
FOR                                        BY

⑈00190691⑈ ⑈031100267⑈ 6301428151 509⑈ ⑈0005290000⑈

FOR DEPOSIT ONLY

0316312429
11062007
031000040 FRB-PHILA
ENT=2366 TRC=2366 PK=30

238  6527  01
11062007
876493452

8579373341

▶063107513◀
WACHOVIA NA SKOKIE 51123
ORLANDO FL 12858007 2493

3030124683

AcctNum: 00000630142815 1509  Amount: 000000005290000
SerNo: 000000190691  PostDate: 20071106  Sequence: 003670388752
BankNum: 0802  AppCode: 0001  Field4: 0000  ImageStat: 05
DOK: 080207170005  BOFD: 000000000  CapSeq: F0
TranCode: 000000  RouteTrap: 03110026  DocType: 8
EntryNum: 0527  ItemType:

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003570810511  Posting date 07-JAN-08

BERNARD L. MADOFF

62-26
311      2815-09

192522

1/03  20 08

PAY TO THE ORDER OF   CAROL KAMENSTEIN                              $ ****35700-00

******THIRTY FIVE THOUSAND SEVEN HUNDRED 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM914-3

BERNARD L. MADOFF

By

⑈00192522⑈ ⑈031100267⑈ 6301428151 509⑈   ⑈0003570000⑈

0616191129
01072008
031000040 FRB-PHILA
ENT=2263 TRC=2266 PK=30

238   3452   01
01072008
W 049742

8370051869

►063107513◄
WACHOVIA NA SXC936 WESOT
ORLANDO FL 01042008 29PK

3232577849

AcctNum: 000006301428151509  Amount: 000000003570000
SerNum: 000192522  PostDate: 20080107  Sequence: 003570810511
BankNum: 0802  TranCode: 0001  RtGt4: 0000  ImageStat: 05
HDR: 080208010763570810511  EOPD: 000000000  CapSeq: PO
TranCode: 000000  RouteTrap: 03110026  DocType: 8
EntryNum: 3452  ItemType: P

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003770205294  Posting date 11-FEB-08

BERNARD L. MADOFF

62-26
311       2815-09

193739

2/07      08
20

PAY TO THE ORDER OF    CAROL KAMENSTEIN                                    $ ****53000.00

******FIFTY THREE THOUSAND 00/100

DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM914-3
FOR _____                                          BERNARD L. MADOFF
                                                         By

⑈00193739⑈  ⑆031100262⑆  630142151 509⑈            ⑈0005300000⑈

0215103963
021J2008
031000040 FRE-PHILA
ENT=2241 TRC=2250 PK=30

228    0682    01
42112448
81404742

7870169688

⑆063107513⑈
WACHOVIA NA SXE#26 2878T
ORLANDO FL 02E*1998 229%

46324/5195

FOR DEPOSIT ONLY

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

AcctNum: 00000630142815109  Amount: 000000005300000
Serno: 0000193739  PostDate: 20080211  Sequence: 003770205294
BankNum: 0802080205294 770205294  Field44: 0001  ImageSeq: 05
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 0682 ItemType: P

JPMSAF0064661

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510161047  Posting date 07-MAR-08



BERNARD L. MADOFF

194167

Pay to the order of   CAROL KAMENSTEIN

FORTY THREE THOUSAND 00/100   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CA914-3

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 004910499197  Posting date 07-APR-08

BERNARD L. MADOFF

62-26
311        2815-09

195252

4/03   20 08

PAY
TO THE
ORDER OF   CAROL KAMENSTEIN                            $ ***27300•00

******TWENTY SEVEN THOUSAND THREE HUNDRED 00/100            DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                    BERNARD L. MADOFF
Wilmington, DE 1980 :
FOR   1-CM914-3                          BY

⑈00195252⑈ ⑈031100267⑈ 6301428151 509⑈   ⑈00027300000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

AcctNum: 000U06301428151509  Amount: 000000027300U0
BankNum: 000B42-ABC-C9C9  Seq#: 000B9407  Sequence: 004910499197
HDR: 000020B42-ABC-C9C9  FieldA4: 0000  ImageSeq: PI
ItemCode: 000000  RouteTran: 031100026  CaptSRC: FI
EntryNum: 5524  ItemType: P

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 002410587894  Posting date 08-MAY-08

BERNARD L. MADOFF

62-26
311          2815-09

196339

5/06  20 08

PAY
TO THE
ORDER OF    CAROL KAMENSTEIN                              $ ****33900.00

******THIRTY THREE THOUSAND NINE HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                      BERNARD L. MADOFF

I-CM914-3

FOR                                         By

⑈00196339⑈ ⑆031100267⑆ 63014 28151 509⑈ ⑆0003390000⑈

KNOW YOUR ENDORSER · REQUIRE IDENTIFICATION

FOR DEPOSIT ONLY

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

▶063107513◀
MANHATTAN BK W96 32771
ORLANDO FL 05072805 12%

3236053336

AcctNum: 000000630142851D1509 Amount: 000000000339000U
Serial: 000196339-C859IDA053 2015090B00 002410587894
Bd52: 00000000002410587894 Bd51: 000000000 PresBac: 27
RDX:CodE: 00020802 0000230sa78804
TranCode: 2200 ItemTyp: 03110026  DocType: 0
EntryNum: 2200 ItemTyp:

JPMSAF0067183

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510838256  Posting date 05-JUN-08

BERNARD L. MADOFF

62-26 / 311    2815-09

196886

PAY TO THE ORDER OF  CAROL KAMENSTEIN                    $ ***60700*00

******SIXTY THOUSAND SEVEN HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-CM914-3                                      BERNARD L. MADOFF

By

⑈00196886⑈ ⑆031100267⑆ 630142B151 509⑈              ⑈00060700000⑈

►063107513◄
WACHOVIA BA SVC330 473CT
ORLACE FL 4445MS 123 1

3231812256

AcctNum: 0000063012781151109  AmouEC: 00000000607000000
SerNum: 0000196886 PosDate: 20080605 Sequence: 006510838256
BankNum: 00020862 BPD 631002838191  AccId: 000144
WRKCCGM 0002086208006510838256 BOT 000000 CashSac: 91
EntryNum: 1208 ItemType: P  ContrSeq: 03110026  DocType: B

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510236117  Posting date 07-JUL-08

BERNARD L. MADOFF

52-26 / 311    2815-09

197976

7/02 20 08

PAY TO THE ORDER OF **CAROL KAMENSTEIN**          |S| ****28100.00

******TWENTY EIGHT THOUSAND ONE HUNDRED 00/100          **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, De. 19801

BERNARD L. MADOFF

FOR **1-CM914-3**                    By

⑈00197976⑈ ⑈031100267⑈ 8301428151 509⑈    ⑈000 28 10000⑈

⑈063107513⑈

3236753472

AcctNum: ...
EntryNum: 7230  Itemtype: P

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006780990258  Posting date 07-AUG-08

BERNARD L. MADOFF

62-26
311            2815-09

198972

8/05      20 08

PAY TO THE
ORDER OF  CAROL KAMENSTEIN                                    $ ****33900*00

******THIRTY THREE THOUSAND NINE HUNDRED 00/100            DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                         BERNARD L. MADOFF

1-CM914-3
FOR _____                                             By _____

⑈00198972⑈ ⑈031100267⑈ 63014281 51 509⑈   ⑈0003390000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

JPMSAF0069720

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 007880128923  Posting date 09-SEP-08

BERNARD L. MADOFF

82-26
311        2815-09

199455

9/05  20 08

PAY TO THE ORDER OF  CAROL KAMENSTEIN                    $ ****48800.00

******FORTY EIGHT THOUSAND EIGHT HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                BERNARD L. MADOFF

FOR  1-CM914-3                                      By

⑆00199455⑆ ⑈031100267⑈ 630142815⑈ 509⑈  ⑇0004880000⑇

AcctNum: 000006301428151D09 Amount: 000000004880000
SerNum: 000199455 PostDate: 20080909 Sequence: 007880128923
BankNum: 0000 TranCode: 000044 FRBNum: 0000
MICRCode: 0000208000880012892 AuxO: 00000000 BOFDABA: 20
EntryNum: 5623 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 004980014391  Posting date 06-OCT-08

BERNARD L. MADOFF

$\frac{62-26}{311}$   2815-09

200534

10/02 20 08

PAY TO THE ORDER OF  CAROL KAMENSTEIN                    $ ****20600.00

******TWENTY THOUSAND SIX HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM914-3                                      BERNARD L. MADOFF
FOR _____              By _____

⑈00 200534⑈ ⑈031 10026 7⑈ 630 14 28 151 509⑈  ⑈000 2060000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER – REQUIRE INDENTIFICATION

►063107513◄
WACHOVIA NA SW039 403ST
ORLANDO FL 3065?069 12%X

3231768432

AcctNum: 00UH0630142B1B1D09 Amount: 000000U2060000
BatchNum: 000802 PostDate: 20081006 Sequence: 004980014391
TranNum: 0080210oBRC4980014391 BankNum: 000000000 CycleSt: 06
IMDX: UB0208106 RemitSt: 000000 PID: 00000000000 CashSt: 01
XRefCode: 000000 RemitTran: 03110026  DocType: B  20
EntryNum: 5529 ItemType: P

24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 005280908205  Posting date 06-NOV-08**

BERNARD L. MADOFF

62-26
311

2815-09

201612

11/04   20 08

PAY
TO THE
ORDER OF  CAROL KAMENSTEIN                                    $  ****33200=00

******THIRTY THREE THOUSAND TWO HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR  1-CM914-3                                          BERNARD L. MADOFF
                                                       By

#00201612#  #031100267#  6301428151 509#      /0003320000/

KNOW YOUR ENDORSER — REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

FOR DEP. ONLY

AcctNum: 000008091429151509  Amount: 000000003320000
Serial: 000201612  PostDate: 20081106  Sequence: 005280908205

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006680255320  Posting date 05-DEC-08

BERNARD L. MADOFF

62-26
311

2815-08

12/02  20 08                202077

PAY
TO THE
ORDER OF    CAROL KAMENSTEIN                          $ ****31300•00

******THIRTY ONE THOUSAND THREE HUNDRED 00/100                    DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM914-3
FOR _____    By _____

⑈00202077⑈ ⑆031100267⑈ 6301428151 509⑈    ⑈0003130000⑈

KNOW YOUR ENDORSER – REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT