# EXHIBIT AA



| | |
|---|---|
| Posting Date | 2007 Jan 05 |
| Prime Sequence | 11257444 |
| Amount | $70,500.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000181363 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/13/2009

JPMSAF0052929

Rosa

BERNARD L. MADOFF

62-26
311 2815-09

182934

3/07 2007

PAY TO THE ORDER OF DAVID R KAMENSTEIN $ ****66400.00

******SIXTY SIX THOUSAND FOUR HUNDRED 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM913-3

BY

⑈00182934⑈ ⑆031100267⑆ 630142815 1509⑈ ⑈0006640000⑈

1013572237
03092007
031000040 FRB-PHILA
ENT=2184 TRC=2185 PK=07

8370222146

063107513
WACHOVIA NA
ORLANDO FL

4631039250

FOR DEPOSIT ONLY

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2007 Mar 09 |
| Prime Sequence | 10572237 |
| Amount | $66,400.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000182934 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

Rosa





| Posting Date | 2007 May 04 |
|---|---|
| Prime Sequence | 3512850 |
| Amount | $42,700.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185262 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

JPMSAF0056526

Rosa

**BERNARD L. MADOFF**

62-26
311    2815-09

185878

6/06 20 07

PAY TO THE ORDER OF   DAVID R KAHENSTEIN    $ ******60000.00

******SIXTY THOUSAND 00/100   DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR   1-CM913-3

By

⑆00185878⑆ ⑆031100267⑆ 6301428151 509⑆    ⑈0006000000⑈

0516671760
06082007
031000040 FRB-PHILA
ENT=2569 TRC=2210 PX=30

244 0497 03
06082007
021000021

8170533376

D 063107513 ◁
WACHOVIA BA VA936 BY99T
ORLANDO FL 06072007 29PX

3239558336

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

FOR DEPOSIT ONLY

DO NOT WRITE/SIGN/STAMP/FILL DOWN THIS LINE
DEPOSITORY BANK ENDORSEMENT

| | |
|---|---|
| Posting Date | 2007 Jun 08 |
| Prime Sequence | 5671760 |
| Amount | $60,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185878 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0057101

Rosa

**BERNARD L. MADOFF**

62-26 / 311      2815-09

186951

7/03 20 07

PAY TO THE ORDER OF  DAVID R KAMENSTEIN          |$ ******32000.00

******THIRTY TWO THOUSAND 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM913-3
FOR

BERNARD L. MADOFF

By

⑈00186951⑈ ⑆031100267⑆ 6301428151 509⑈          ⑈0003200000⑈

1013491365
07062007
031000040 FRB-PHILA
ENT-4321 TNC-2399 PK-30

241  0627  03
02160021

8770638708          3031810470

**FOR DEPOSIT ONLY**

| | |
|---|---|
| Posting Date | 2007 Jul 06 |
| Prime Sequence | 10491365 |
| Amount | $32,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000186951 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0058135

Rosa

**BERNARD L. MADOFF**

62-28
311    2015-09

187997

8/02  2007

PAY TO THE ORDER OF  DAVID R KAMENSTEIN  |$ ****50000.00

******FIFTY THOUSAND 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM913-3

BERNARD L MADOFF

FOR _____  By _____

⑈00187997⑈ ⑆031100267⑆ 6301428151 509⑈ ⑇0005000000⑇

FOR DEPOSIT ONLY

| Posting Date | 2007 Aug 08 |
|---|---|
| Prime Sequence | 3723141 |
| Amount | $50,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000187997 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0059115

24-Jan-09                                            06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003670733923  Posting date 07-SEP-07

---

BERNARD L. MADOFF

82-26
311       2815-09

188579

9/05  2007

PAY TO THE ORDER OF   DAVID R KAMENSTEIN                    $ ****61500*00

******SIXTY ONE THOUSAND FIVE HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

1-CM913-3

BERNARD L. MADOFF

FOR _____          By _____

⑈00₁88579⑈ ⑆03₁₁0026⑈⑈ 630₁428₁5₁ 509⑈        ⑆000615000⑈

0515550191
0907₂007
UG1000040 FRB-PHILA
ENT=2120 IRC=2125 PK=30

1661  73373

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

▶063107513◀
MAC007A NA SVC036 1161T
ORLANDO FL 09◀2007 2908

4637790877

228  0615  91
09072007
87490962

8270702156

AcctNum: 00000630142815 1509 Amount: 000000006150000
Memo: 000188579 PostDate: 20070907 Sequence: 003670733923
BankNum: 0002 AcctSeq: 0001 Field4: 000000 ImageStat: 05
DDA: 08020036. Seq0008 Brkr: 000000000 CapStat: F0
TranCode: 000000 RouteTrap: 03110026 DocType: 8
EntryNum: 0615 ItemType: B

JPMSAF0059644

24-Jan-09                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003770531369  Posting date 05-OCT-07

BERNARD L. MADOFF

82-26
311    2815-09

189657

10/02  20 07

PAY
TO THE
ORDER OF   DAVID R KAMENSTEIN                          $ ****21800*00

******TWENTY ONE THOUSAND EIGHT HUNDRED 00/100
DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM913-3
FOR _____

BERNARD L. MADOFF

BY

⑈00189657⑈ ⑈031100267⑈ 6301428151 509⑈    ⑈0002180000⑈

0318614917
10052007
031000040 FRB-PHILA
ENT=2255 TRC=2255 PK=30

FOR DEPOSIT ONLY

238    0811  61
                    ▶063107513◀
                    WACHOVIA NA SVC026 25737
                    ORLANDO FL 1044247 22FK
8570013225          1730454937

AcctNum: 000006301428151509  Amount: 000000002180000
Xerns: 000189657 PostDate: 20071005 Sequence: 003770531369
BankNum: 0802 BankSeq: 8081  Field4: 0000 ImageStat: 05
UDK: 0802071005003770531369  BofD: 000000000 CapSRC: FO
TranCode: 00000 RouteTrap: 03110026  DocType: 8
EntryNum: 0811 ItemType: P

JPMSAF0060692

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 003670388751  Posting date 06-NOV-07**

BERNARD L. MADOFF

62-26
311       2815-09

190690

11/02  2007

PAY TO THE ORDER OF   DAVID R KAMENSTEIN                    $ ****52900•00

******FIFTY TWO THOUSAND NINE HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR   1-CM913-3                          BY

⑈00190690⑈ ⑊031100267⑊ 630142B151 509⑈ ⑈0005290000⑈

0316317428
11062007
031000040 FRB PHILA
ENT=P366 TRC=2368 FK=30

238  6527  01
11062007
04469972.3

▶063107511◀
WACHOVIA NA SVGSL 57 WT
001,900 R 11062007 24M

▶063107511◀

9570373340

3030124682

AcctNum: 00000630142B151509  Amount: 000000005290000
Xemce: 00001398890  PostDate: 20071106  Sequence: 003670388751
BkRtNum: 0802  SeqSeqNum: 800  ExplCd: 4,,0000  ImageSeq: 05
DDK: 08020711063678388751  BpEp: 000000000 CapSrc: PO
TranCode: 000000  RouteTrap: 03110026  DocType: 8
EntryNum: 0527  ItemType: P

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003570810509  Posting date 07-JAN-08

BERNARD L. MADOFF

62·26
311        2815-09

192521

1/03  20 08

PAY TO THE
ORDER OF   DAVID R KAMENSTEIN                          |$| ****35700.00

******THIRTY FIVE THOUSAND SEVEN HUNDRED 00/100                      DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19901                              BERNARD L. MADOFF
1-CM913-3
FOR _____                          By _____

⑆00192521⑆ ⑆031100267⑆ 6301428151 509⑆   ⑆0003570000⑈

0616191127
01072008
031000040 FRB-PHILA
ENT=2263 TRC=2266 PK=30

239   3452   91
01072008
07060952
8370051807                    ⬤063107513⬤
                              WACHOVIA NA SVC136 1056T
                              ORLANDO FL 0104200G 29PK
                              3232577847

AcctNum: 00000630142815509 Amount: 000000003570000
Serno: 000192521 PostDate: 20080107 Sequence: 003570810509
BankNum: 0832 DDSS5096: 3001 Field44: 0000 ImageStat: 05
TDR: 080208010109003570810509 EOPD: 000000000 CapSeq: PO
TranCode: 000000 RouteTrap: 03110026 DocType: 8
EntryNum: 3452 ItemType: P

JPMSAF0063491

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770205293  Posting date 11-FEB-08

BERNARD L. MADOFF

62-26
311        2815-09

193738

2/07  20 08

PAY TO THE ORDER OF  DAVID R KAMENSTEIN                          |$| ****53000*00

******FIFTY THREE THOUSAND 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM913-3
FOR

BERNARD L. MADOFF
By

⑈00193738⑈ ⑈031100267⑈ 6301428151 509⑈    ⑈0005300000⑈

0215103962
02112008
031000040 FRB-PHILA
ENT=2241 TRC=2250 PX=30

238   4682  15
02112008
07600966

7870169687

063105134

4632475194

3004  39965

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

FOR DEPOSIT ONLY

AcctNum: 00000630142815150 9 Amount: 000000005300000
Name: 000193738 PostDate: 20080211 Sequence: 0099
BankNum: 0802 AP03998: 0801 Field4: 0000 ImageSeq: 003770205293
UBR: 0802080211 Field4: 0000 000000000 CapSrc: PC
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 0882 ItemType: P

JPMSAF0064660

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510161050  Posting date 07-MAR-08



24-Jan-09                                                      06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 004910499199  Posting date 07-APR-08**

BERNARD L. MADOFF

62-26
311          2815-09

195251

4/03   20 09

PAY
TO THE    DAVID R KAMENSTEIN                              $ ***27300*00
ORDER OF

*****TWENTY SEVEN THOUSAND THREE HUNDRED 00/100

DOLLARS

Chase Manhattan Bank Delaware                    BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
1-CM913-3

FOR                                              By

⑆00195251⑆ ⑆031100267⑆ ⑈30142815⑈ 509⑈   ⑆00027300000⑆

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE DEPOSITORY BANK ENDORSEMENT

B-86310753136
WACHOVIA NA SUCCESS 6116T
ORLANDO FL 8888X88 127X
463841755T

AcctNum: 0000052018281B1509  Amount: 000000000273000G
RetKey: 000803-ABBCG051-0081  SeqNum: 200804070004910499199
BkNum: 0002028800800004091199  FieldG407_0000  ImageSta: PY
Bnk:00028800800004091199  Batch: 002800000028BBC: PY
TranCode: 000000 RouteTran: 031100029  DocType: G
EntryNum: 5524 ItemType: P

24-Jan-09                                                                06Jan09-1158

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
#### GROUP ID G06Jan09-1158
Sequence number 002410587893  Posting date 08-MAY-08

BERNARD L. MADOFF

62-26
311          2815-09

196338

5/06   20 08

PAY TO THE ORDER OF  DAVID R KAMENSTEIN                    |$ ***33900-00

******THIRTY THREE THOUSAND NINE HUNDRED 00/100            DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM913-3                                       BERNARD L. MADOFF

FOR _____                             By _____

⑈00196338⑈ ⑈031100267⑈ ⑈301428151 509⑈  ⑈0003390000⑈

JPMSAF0067182

Rosa

BERNARD L. MADOFF

82-26
311    · 2815-09

196885

6/03    20 08

PAY TO THE ORDER OF  'DAVID R KAMENSTEIN                    $ ****60700·00

******SIXTY THOUSAND ·SEVEN HUNDRED ·00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                    BERNARD L MADOFF

FOR  1-CM913-3                    By

⑈00196885⑈ ⑉0311002 67⑉ 630142 8151 509⑈ ⑈0000607 0000⑈

⑈00196885⑈ ⑉0311-0026⑈ 6301428151509⑈ ⑈0000607 0000⑈

| | |
|---|---|
| Posting Date | 2008 Jun 09 |
| Prime Sequence | 3770180472 |
| Amount | $60,700.00 |
| Bank | 03110026 |
| Account | 6301428151509 |
| Serial Field | 000000196885 |
| Bank No. | 802 |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry                    2/19/2009

JPMSAF0067715

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006510236118  Posting date 07-JUL-08**

BERNARD L. MADOFF

52-26
311     2815-09

197975

7/02 20 08

PAY
TO THE
ORDER OF DAVID R KAMENSTEIN                              $ ****28100•00

******TWENTY EIGHT THOUSAND ONE HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 16601

BERNARD L. MADOFF

FOR  1-CM913-3                                          By

⑆00197975⑆ ⑆031100267⑆ 6301428151 509⑆ ⑆000 2810000⑆

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

⑆063107513⑆
WACHOVIA NA SW024 3524T
ORLANDO FL W932400 12FK
3236753473

AcctNum: 000000630142871B1509  Amount: 00000002810000
AcctNum: 000000630142871B1509  Amount: 0000000000006510236118
MICR: 0000208070700006510236118  Field40: 00000000Posted: 02
RtrnCode: 000000  RcnterTap: 03110028    DocType: 8
EntryNum: 7230 ItemType: P

JPMSAF0068769

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006780990259  Posting date 07-AUG-08

BERNARD L. MADOFF

62-26
311          2815-09

198971

8/05  20 08

PAY TO THE ORDER OF  DAVID R KAMENSTEIN          |$ ***33900=00

******THIRTY THREE THOUSAND NINE HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM913-3                                    BERNARD L. MADOFF

By

⑈00198971⑈ ⑆031100267⑆ 6301428151 509⑈          ⑈0003390000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

JUN 10 08

AcctNum: 000008701428151509 Amount: 00000000003390000
BankNum: 0802 AppCode: 0001 Field4: 0000 Seq: 006780990259
HDR: 00020000006780990259 SeqInd: 00000 Trace: RV
ItemCode: 00000 RouteTran: 03110026  DocType: 8
EntryNum: 8306 ItemType: P

JPMSAF0069719

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 106680778408 Posting date 11-SEP-08**

*031000040*
09/10/2008
6411967015

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

BERNARD L. MADOFF

199454

9/05/08

Pay to the order of DAVID R. KAMENSTEIN *****48800.00

*****FORTY EIGHT THOUSAND EIGHT HUNDRED 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington DE 19801

1-CH913-3

⑈0199454⑈ ⑆031100267⑆ 630142815L509 ⑈0004880000⑈

Do not endorse or write below this line.

AcctNum: 000006301428151509 Amount: 000000004880000
Xerno: 0000199454 PostDate: 20080911 Sequence: 106680778408
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080208091106680778408 BOFD: 000000000 CapSRC: IV
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 5536 ItemType: P



24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 004980014390  Posting date 06-OCT-08

BERNARD L. MADOFF

62-26
311          2815-09

200533

10/02 20 08

PAY
TO THE
ORDER OF  DAVID R KAMENSTEIN                                    $ ***20600.00

******TWENTY THOUSAND SIX HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                          BERNARD L. MADOFF
Wilmington, DE 19801
         1-CM913-3
FOR _____    By _____

⑈00200533⑈ ⑆03110026⑆ 630142815⑈ 509⑈    ⑆000206000⑈

KNOW YOUR ENDORSER • REQUIRE INDEMNIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE.
DEPOSITORY BANK ENDORSEMENT

FOR DEPOSIT ONLY

*0631075134
WACHOVIA NA SVC836 WEST
OAKLAND FL X0032609 12PK

3231768431

AcctNum: 000006301428151509 Amount: 000000002060000
SeqNum: 000800533 PostDate: 20081006 Sequence: 004980014390
BankNum: 03110026 TranMisc:
MicrCode: 000200533 0031100263 0000000000 509SRC: PU
TranCode: 000000 RouteTran: 03110026     DocType: 8
EntryNum: 509 ItemType: 9

JPMSAF0071216

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 005280908204  Posting date 06-NOV-08**

BERNARD L. MADOFF

62-26
311          2815-09

11/04   2008                201611

PAY
TO THE
ORDER OF   DAVID R KAMENSTEIN                         $ ****33200•00

******THIRTY THREE THOUSAND TWO HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                   BERNARD L. MADOFF
1-CM913-3

FOR _____          By _____

⑈00201611⑈ ⑈031100267⑈ 630142815l 509⑈ ⑈000332000⑈

KNOW YOUR ENDORSER — REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

FOR DEPOSIT ONLY

4646

35848

⑈063107513⑈
WACHOVIA NA 54130C 11MGT
ORLANDO FL 11NOV08 22K
3236954008

AcctNum: 000006301428151509  Amount: 000000003320000
BatchNum: 0802  Check: 005280908204  Julian: 0805280908204
BankNum: 08020802  Seq: 005280908204  ImageSeq: 005280908204
TranCode: 000000  Routetran: 03110026  DocType: 8  CheckSC: PV
EntryNum: 5400  ItemType: P

JPMSAF0072254

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006680255322  Posting date 05-DEC-08

BERNARD L. MADOFF

62-26
311          2815-09

202076

12/02 20 08

PAY TO THE ORDER OF  DAVID R KAMENSTEIN          |$ ****31300.00

******THIRTY ONE THOUSAND THREE HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-CM913-3

BERNARD L. MADOFF

By

⑆00202076⑆ ⑈031100267⑈ 6301428151 509⑆          ⑈0003130000⑈

KNOW YOUR ENDORSER · REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT