# EXHIBIT AB



| Posting Date | 2007 Jan 05 |
|---|---|
| Prime Sequence | 11257445 |
| Amount | $29,500.00 |
| Bank | 03110026 |
| Account | 6301428151509 |
| Serial Field | 000000181360 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/13/2009

JPMSAF0052926



BERNARD L. MADOFF

82-26
311
2815-09

182932

3/07 2007

PAY TO THE ORDER OF SLOAN G KAMENSTEIN $ ***36000.00

******THIRTY SIX THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM597-3

⑈00182932⑈ ⑆031100267⑆ 630142815⒈ 509⑈ ⑈0003600000⑈

1013572239
03092007
031000040 FRB-PHILA
ENT=2184 TRC=2185 PK=07

8370222148

631075134
WACHOVIA NA SVC036
ORLANDO FL 03082007
4631039252

FOR DEPOSIT ONLY

DO NOT WRITE/SIGN/STAMP/BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2007 Mar 09 |
| Prime Sequence | 10572239 |
| Amount | $36,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000182932 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

Rosa





| | |
|---|---|
| Posting Date | 2007 May 04 |
| Prime Sequence | 3512853 |
| Amount | $45,300.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185260 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0056524

**BERNARD L. MADOFF**

62-26
311      2815-09

185877

6/06   20 07

PAY TO THE ORDER OF   SLOAN G KARENSTEIN          |$ ***150000.00

*******ONE HUNDRED FIFTY THOUSAND 00/100      **DOLLARS**

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM597-3

BERNARD L. MADOFF
By

⑈00185877⑈ ⑆031100267⑆ 6301428151 509⑈      ⑈0015000000⑈

0516671759
060E2007
031000A0 FRB-PH1LA
ENT=2169 TRC=2210 PK=30

| Posting Date | 2007 Jun 08 |
| Prime Sequence | 5671759 |
| Amount | $150,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185877 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |

JPMSAF0057100

Rosa

**BERNARD L. MADOFF**

62-26
311     2815-03

186949

7/03  20 07

PAY TO THE ORDER OF    SLOAN G KAMENSTEIN                    $ ****11600-00

******ELEVEN THOUSAND SIX HUNDRED 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM597-3                                     By

⑈0018694⑈⑈ ⑈03⑈1002⑈7⑈ 630⑈42⑈151 509⑈    ⑈000⑈1⑈60000⑈

1013491363
07062007
031000040 FRB-PHILA
ENT-4321 TRC=2399 PX=30

244  0627  03
07062007
02100031

8770638706

D 063 [075134
RACINE IA SVC036 0521
ORLANDO FL 07052007 29PX

3031810468

FOR DEPOSIT ONLY

| | |
|---|---|
| Posting Date | 2007 Jul 06 |
| Prime Sequence | 10491363 |
| Amount | $11,600.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000186949 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry                          2/18/2009

JPMSAF0058133

Rosa

**BERNARD L. MADOFF**

$\frac{62\ 26}{311}$  2B15-89

187993

8/02 20 07

PAY TO THE ORDER OF  SLOAN G KAMENSTEIN

$ ****18000=00

******EIGHTEEN THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

1-CM597-3

FOR _____

By _____

⑈00187993⑈ ⑆0311002670⑆ 6301428151 509⑈        ⑉0000180000⑉

0316723143
08082007
031000040 FRB-PHILA
ENT=2105 TRC=2106 PX=30

►063107513◄

FOR DEPOSIT ONLY

| | |
|---|---|
| Posting Date | 2007 Aug 08 |
| Prime Sequence | 3723143 |
| Amount | $18,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000187993 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0059111

24-Jan-09                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670733925  Posting date 07-SEP-07

BERNARD L. MADOFF

62-26
311        2815-09

188576

9/05  2007

PAY TO THE ORDER OF   SLOAN G KAMENSTEIN                    |$ ***25800*00

*******TWENTY FIVE THOUSAND EIGHT HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware                              BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
FOR   1-CM597-3

⑆00188576⑈ ⑆031100267⑈ 63014 28151 509⑈      ⑈0002580000⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY
DO NOT WRITE/SIGN/STAMP/DO NOT USE
DEPOSITORY BANK ENDORSEMENT

0515550193
09072007
031000040 FRB-PHILA
ENT=2120 TRC=2125 PK=30

238   0615   01
09072007
074266942

8270702158                    4637790879

►063107513◄

AcctNum: 000006301428151509  Amount: 000000002580000
Serno: 000188576 PostDate: 20070907  Sequence: 003670733925
BankNum: 0803 RefCode: 0001 Field4: 0000 ImageStat: 05
MDX: 08020760 PostSeq: 003670733925 BOFD: 000000000 CapSBC: FC
TranCode: 00000 RouteTran: 03110026  DocType: 8
EntryNum: 0615 ItemType: P

JPMSAF0059641

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770528805  Posting date 05-OCT-07

BERNARD L. MADOFF

62-26
311            2815-09

189656

10/02  20 97

Pay to the order of  SLOAN G KAMENSTEIN                        $ ******7100*00

******SEVEN THOUSAND ONE HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM597-3                                      BY

⑈00189656⑈ ⑆031100267⑆ 630142815l 509⑈              ⑈0000710000⑈

0318814916
10052007
031000040 FRB-PHILA
ENT=2255 TRC=2255 PK=07

238  0815  01

0070719455

▶0631075134
WACHOVIA NA SWC036 2N73T
ORLANDO FL 10042007 27PX

1730404956

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER 31 -1625 PIRE DR VERIFICATION

AcctNum: 000006301428151509  Amount: 000000000710000
BernO: 000189656  PostDate: 20071005  Sequence: 003770528805
BankNum: 0815  Bank: 0001  ImageSeq: 384
WDR: 080207100006377052805  EOFD: 000000000 CapSBC: PO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 0815 ItemType: P

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670388749  Posting date 06-NOV-07

BERNARD L. MADOFF

62-26
311        2815-09

190687

11/02  20 07

PAY TO THE ORDER OF    SLOAN G KAMENSTEIN                    |$ ****22400*00

******TWENTY TWO THOUSAND FOUR HUNDRED 00/100        DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM597-3

FOR _____        BY _____

⑈00190687⑈ ⑈031100267⑈ 6301428151 509⑈ ⑈0002240000⑈

0316317426
11062007
031000040 FRB PHILA
ENT=2366 TRC=2366 PK=90

238   6507  61
11062007
073905x2

8570373338

▶063107S134
WACHOVIA NA SW384 5121
ORLANDO FL 11062007 2994

3036124680

FOR DEPOSIT ONLY

AcctNum: 00000630142815 1509 Amount: 000000002240000
Serno: 003670389 PostDate: 20071106 Sequence: 003670388749
BankNum: 0802 AppCode: 3801 Field44: 0000 ImageStat: 05
UDR: 080201 00003670388749 SEFD: 000000001 CapSEC: FO
TranCode: 000000 RouteTran: 03110026    DocType: 8
EntryNum: 0527 ItemType: P

JPMSAF0061669

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 003570810508  Posting date 07-JAN-08**

---

BERNARD L. MADOFF

62-26
311     2815-09

192516

1/03  20 08

PAY TO THE ORDER OF  SLOAN G KAMENSTEIN                    $ ****13000*00

******THIRTEEN THOUSAND 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM597-3
FOR _____                    By _____    BERNARD L. MADOFF

⑈00192516⑈ ⑈031100267⑈ 6301428151 509⑈ ⑈0001300000⑈

0616191126
01072008
031000040 FRB-PHILA
ENT=2263 TRC=2266 PK=30

228  362  61

8370051806                    3232577846

063107513A
WACHOVIA WA 9X56S 1638T
ORLANDO FL 41H42008 29PX

FOR DEPOSIT ONLY
KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
RESERVED FOR FINANCIAL DEPOSITORY BANK ENDORSEMENT

AcctNum: 000063014281515  Amount: 000000001300000
Serno: 000192516 PostDate: 20080107 Sequence: 003570810508
BankNum: 0802 PRD2266 6061 Field44: 0000 ImageSeq: 05
UBR: 040208010 003570810508 BOFD: 000000000 CapSeq: 05
TranCode: 000001 RouteTran: 03110026  DocType: 8
EntryNum: 3452 ItemType: P

24-Jan-09                                                              06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770205292  Posting date 11-FEB-08

BERNARD L. MADOFF

62-26
311        2815-09

193736

2/07  20 08

PAY TO THE ORDER OF  SLOAN G KAMENSTEIN                    $ ****22000.00

******TWENTY TWO THOUSAND 00/100                           DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                       BERNARD L. MADOFF

1-CM597-3

FOR _____          BY _____

⑈00193736⑈ ⑊031100267⑊ 630142815Ⅰ 509⑈        ⑈000 2200000⑈

0215103961
02112008
031000040 FRB-PHILA
ENT=2241 TRC=2250 PX=30

238  4622  01
02112008
47699762

7876169686                    ⑈063107513⑈
                              WACHOVIA NA SVC036 2226T
                              ORLANDO FL 02032008 29PX
                              4632475153

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DEPOSITORY BANK ENDORSEMENT
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
FOR DEPOSIT ONLY

AcctNum: 0000630142815Ⅰ509 Amount: 000000002200000
Xerno: 0000193736 PostDate: 20080211 Sequence: 003770205292
BankNum: 0802 IRNScdno: 0001 Field: 0800 ImageSeq: 8
UDR: 080200801005292 PODate: 00000000000 CapSeq: 80
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 0882 ItemType: P

24-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006510161049 Posting date 07-MAR-08**

*031000011*
03/05/2008
036001735210692

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Document Seq *
030523460724006356 01
KNDMTP06
03/06/08

BERNARD L. MADOFF

82-28
311
2015-01

194165

3/04 20 08

PAY TO THE ORDER OF SLOAN & KAMENSTEIN $ ****16600.00

******SIXTEEN THOUSAND SIX HUNDRED 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM597-3

BERNARD L. MADOFF

FOR

⑈00194165⑈ ⑆031100267⑆ 630142815 1509⑈ ⑈0001660000⑈

⑈00194165⑈ ⑆031100267⑆630142815 1509⑈ ⑈0001660000⑈

031200739
PROCESSING BANK
SVC-752

Do not endorse or write below this line.

AcctNum: 000000630142815 1509 Amount: 000000001660000
SerNo: 0000194165 PostDate: 20080307 Sequence: 006510161049
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080208030780651016 1049 BOFD: 000000000 CapsSrc: PY
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 1895 ItemType: P

24-Jan-09                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 004910499294  Posting date 07-APR-08

BERNARD L. MADOFF

62-25
311     2815-09

195249

4/03   2008

PAY
TO THE
ORDER OF   SLOAN G KAMENSTEIN                          $ ****9900*00

******NINE THOUSAND NINE HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF
FOR ____1-CM597-3____                            By _____

⑆00195249⑈ ⑆031100257⑈ 6301428151 509⑈ ⑈0000990000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

4638417550

AcctNum: 000000530142281215U9 Amount: 0700000000009900000
BankNum: 0802 285C00010000 SeqNum: 004910499294
Hub3: 0 2858 26009104U991 EventType: 0000 Presort: BY
AreaCode: 00000 MonteTran: 03110028 DocType: 8
EntryNum: 5524 ItemType: P

JPMSAF0066109

24-Jan-09                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 002410587891  Posting date 08-MAY-08

BERNARD L. MADOFF

62-26
───
311      2815-09

196337

5/06    20 08

PAY
TO THE
ORDER OF   SLOAN G KAMENSTEIN                          |$  ****16400.00

******FOURTEEN THOUSAND FOUR HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CK597-3                                         BERNARD L. MADOFF

FOR _____                              By _____

⑈00196337⑈ ⑆031100267⑆ 630142815150⑈ ⑆000144,0000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

▶063107513◀
WACHOVIA BK SK836-329TT
ORLANDO FL 05072903 12YX

3236053333

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510838255  Posting date 05-JUN-08

BERNARD L. MADOFF

62-26
311        2815-09

196878

6/03  20 08

PAY
TO THE
ORDER OF  SLOAN G KAMENSTEIN                              |$|•••25000.00

******TWENTY FIVE THOUSAND 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                        BERNARD L. MADOFF
FOR  1-CM597-3                              By

⑈0019687⑈ ⑆031100267⑆ 6301428151 509⑈        ✓0002500000⑈

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

2351

6345

▶063107513◀
W12001A 1A 9XC05-6T57
BLAND FL MADSAF 1871
3231812351

AcctNum: 000008301428151509   Amount: 000000002500000
RtKey: 0019687895C00338   BankSeq: 090605-0000510838255
HdrNd: 090208060806006510838255   CkNum: 09119026   Doctype: 8
TranNum: 1208   ItemType: D

JPMSAF0067709

24-Jan-09                                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006510236116  Posting date 07-JUL-08**

BERNARD L. MADOFF

62-26
311      2815-09

197973

7/02  20 08

PAY
TO THE
ORDER OF  SLOAN G KAMENSTEIN                                    $ ****10400.00

******TEN THOUSAND FOUR HUNDRED 00/100                         DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                           BERNARD L. MADOFF

FOR  1-CM597-3                                          By

⑈00197973⑈ ⑆031100267⑆ 630 14 28 151 509⑈      ⑆000 10 40000⑈

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY

⑈063107513⑈
WACHOVIA NA SWCRS. 33201
ORLANDO FL 07/03/2008  12PR
3236753471

AcctNum: 000006301428151509  Amount: 000000001040000
SeqNum: 080217875268581009  Sequence: 006510236116
BankNum: 00802  ABCCODE: 0001  210 10407  ImageSeq: 01
MICR: 080203000006510236116  AcctO: 000000  CaptSRC: FX
TranCode:                  RouteTran:
EntryNum: 7230  ItemType: P  03110026    DocType: 0

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006780990256  Posting date 07-AUG-08



BERNARD L. MADOFF

62-26
311        2815-09

198970

8/05  20 08

PAY TO THE ORDER OF  SLOAN G KAMENSTEIN                    $ ****14300•00

******FOURTEEN THOUSAND THREE HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                          BERNARD L. MADOFF

FOR  1-CM597-3                               By

⑈00198970⑈ ⑆031100267⑆ 6301428151 509⑈        ⑈000143000

463199261

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006580661421  Posting date 11-SEP-08**

BERNARD L. MADOFF

62-26
311       2815-09

199452

9/05 20 08

PAY TO THE ORDER OF  SLOAN G KANENSTEIN                              $ ****20900*00

******TWENTY THOUSAND NINE HUNDRED 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF

FOR  1-CM597-3                                          By

⑈00199452⑈ ⑈031100267⑈ 630142815⑈ 509⑈         ⑈000209000⑈

AcctNum: 00000630128151509  Amount: 000000002090000
Xerox: 000199452  PostDate: 20080911  Sequence: 006580661421
BankNum: 0802  AppCode: 0001  216194-0000  ImageSeq: 05
BOR: 0802080911006580661421  BOFD: 000000000  CapSRC: FV
TranCode: 000000  RouteTran: 03110026  DocType: 8
EntryNum: 5374  ItemType: 1

JPMSAF0070168

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 005680159475  Posting date 08-OCT-08

BERNARD L. MADOFF

200531

10/02 20 08

PAY TO THE
ORDER OF   SLOAN G. KAMENSTEIN                    $ *****8300.00

******EIGHT THOUSAND THREE HUNDRED 00/100            DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CN597-3                                    BERNARD L. MADOFF

FOR

⑈00200531⑈ ⑈031100267⑈ 6301428151 509⑈   ⑈0000830000⑈

0320459358
0420-0043-7
10072008
ENT-3804 TRC=3804 PK=01
0420459358 TD-06-08 6541 05
5604200043-30342415 000000000054
LPDO/EDGE R     38261000D1
ENT-3877 TRC=3884 PK=9852
JPMorgan Chase Bank, NA
10082008

▶0631075134◀

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY

AcctNum: 00000630142815 1509  Amount: 000000000830000
Serial: 0000200531  PostDate: 20081008  Sequence: 005680159475
BankNum: 0812  AppCode: 0001  Field44: 000  ImageStat: 05
UDR: 08020810680068015 9475  BOFD: 000000000  CapSeq: 9V
TranCode: 5026  RouteTran: 03110026  DocType: 8
EntryNum: 5026  ItemType: P

24-Jan-09                                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 005280908203  Posting date 06-NOV-08**

BERNARD L. MADOFF

62-26
311          2815-09

201609

11/04  20 08

PAY
TO THE       SLOAN G KAMENSTEIN                                    $ ****13600=00
ORDER OF

******THIRTEEN THOUSAND SIX HUNDRED 00/100                           DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                          BERNARD L. MADOFF
Wilmington, DE 19801
FOR  1-CM597-3                                  By

⑈0020⑈609⑈ ⑆0311002670 630142815⑈ 509⑈ ⑆0001360000⑆

KNOW YOUR ENDORSER - REQUIRES IDENTIFICATION
FOR DEPOSIT ONLY
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

4646
35847

*•563107513•*
WACHOVIA NW 590XXX TRST
ORLANDO FL 11N32898 12PX
3236954007

AcctNum: 000006301428131509 Amount: 0000000136000 Seq: 005280908203
BatchNum: 00807 ABGCode8: 0001 Field4: 0000 ImageSeal: 00
HDR.Num: 00020807 005280908203 Ref04: 00000000 CaptDt: PV
TranCode: 000000 RouteTran: 03110026   DocType: 8
EntryNum: 5400 ItemType: P

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006680255323  Posting date 05-DEC-08

BERNARD L. MADOFF

82-26
311          2815-09

202072

12/02  20 08

Pay to the order of   SLOAN G KAMENSTEIN                          $ ***13300.00

******THIRTEEN THOUSAND THREE HUNDRED 00/100           DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR   1-CM597-3                                    By

⑈002020072⑈ ⑈031100267⑈ 630142815150 9⑈ ⑈0001330000⑈