EXHIBIT AC



BERNARD L. MADOFF

82-26
311        2815-03

181359

1/03 20 07

PAY TO THE ORDER OF:  TRACY D KAMENSTEIN                              $ ****47500.00

******FORTY SEVEN THOUSAND FIVE HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 15801

BERNARD L. MADOFF

FOR  1-CM596-3                          BY

⑈00181359⑈ ⑆031100267⑆ 6301428151 509⑈        /0004750000/

| Posting Date | 2007 Jan 05 |
|---|---|
| Prime Sequence | 11257443 |
| Amount | $47,500.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000181359 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/13/2009

JPMSAF0052925



Rosa

BERNARD L. MADOFF

62-26
311
2815-03

182931

3/07 2007

PAY TO THE ORDER OF TRACY D KAMENSTEIN $****56000.00

******FIFTY SIX THOUSAND 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM596-3

⑈0018293⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0005600000⑈

1013572236
03092007
031000040 FRB-PHILA
ENT=2184 TRC=2185 PK=07

8370222145

063107513
WACHOVIA NA
ORLANDO FL 03082007
4631039249

FOR DEPOSIT ONLY

DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2007 Mar 09 |
| Prime Sequence | 10572236 |
| Amount | $56,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000182931 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

Rosa





| | |
|---|---|
| Posting Date | 2007 May 04 |
| Prime Sequence | 3512852 |
| Amount | $27,800.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185259 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

JPMSAF0056523

Rosa

**BERNARD L. MADOFF**

62-26
311    2815-09

185876

6/06 2007

PAY TO THE
ORDER OF    **TRACY D KARENSTEIN**    $ ******46000.00

******FORTY SIX THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR___ 1-CM596-3

By_____

⑆00185876⑆ ⑈031100267⑈ 6301428151 509⑆    ⑆0004600000⑆

0516671758
06082007
031000040 FRB-PHILA
ENT=2169 TRC=2210 PK=30

241  0497  03
06082007
023990021

8170533374

▷063107S13◁
WACHOVIA BN SVC36 17297
ORLANDO FL 06072007 2FPK

3239558334

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

| | |
|---|---|
| Posting Date | 2007 Jun 08 |
| Prime Sequence | 5671758 |
| Amount | $46,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185876 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry    2/18/2009

JPMSAF0057099

Rosa

**BERNARD L. MADOFF**

62-26
311    2815-09

186948

7/03  2007

PAY TO THE ORDER OF  TRACY D KAMENSTEIN    |$ ***20800*00

******TWENTY THOUSAND EIGHT HUNDRED 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

1-CM596-3

FOR _____    By _____

⑈00186948⑈ ⑆031100267⑆ 6301428151 509⑈    ⑆000208000000⑈

FOR DEPOSIT ONLY

1013491364
07062007
031000040 FRB-PHILA
ENT=4321 TNC=2399 PK=30

244  8627  03
07062007
023900021

8776638707

0-0631075134
ORLANDO FL 07032007 2PM

3031810469

| | |
|---|---|
| Posting Date | 2007 Jul 06 |
| Prime Sequence | 10491364 |
| Amount | $20,800.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000186948 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

JPMSAF0058132

Rosa

**BERNARD L. MADOFF**

82-26 / 311    2815-08

187992

8/02 20 07

PAY TO THE ORDER OF **TRACY D KAMENSTEIN**          $ ****36000*00

******THIRTY SIX THOUSAND 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

**BERNARD L. MADOFF**

FOR 1-CM596-3                          By

⑈0018799⑈⑈ ⑆031100267⑆ 6301428151 509⑈          ⑈0003600000⑈

0316723142
08082007
031000040 FRB-PHILA
ENT=2105 TRC=2105 PK-30

FOR DEPOSIT ONLY

▶063107513◀
WACHOVIA NA SW026, 41817
ORLANDO FL 06/25/07 22KN
3235645998

| | |
|---|---|
| Posting Date | 2007 Aug 08 |
| Prime Sequence | 3723142 |
| Amount | $36,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000187992 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0059110

24-Jan-09                                                          06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670733926  Posting date 07-SEP-07

BERNARD L. MADOFF                                        62-26
                                                          311        2815-09

                                                          188575

                                          9/05  20 07

Pay
To the
Order of    TRACY D KAMENSTEIN                              $ ****45700.00

            ******FORTY FIVE THOUSAND SEVEN HUNDRED 00/100      DOLLARS

Chase Manhattan Bank Delaware                          BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
    1-CM596-3                              By
FOR

        ⑈00188575⑈ ⑈031100267⑈ ⑈3014 28151 509⑈  ⑈0004570000⑈

                                    FOR DEPOSIT ONLY

0515550194
09072007
USICO0040 FRB-PHILA
ENT=2120 IRC=2125 PK=30

    238  0615  01
         09072007
         47649942
   8270702159                      4637790000

AcctNum: 00003630142815150 Amount: 000000004570000
Name: 0001188575 PostDate: 20070907 Sequence: 003670733926
BankNum: 0802 60050098000 FieldS4: 0000 ImageSeq: 05
DOR: 08020000 Seq: 733926 Bank: 0000000 CashSeq: 20
TranCode:       RouteTran: 03110026 DocType: 0
EntryNum: 0615 ItemType: P

                                                        JPMSAF0059640

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770531368  Posting date 05-OCT-07

---

BERNARD L. MADOFF

82-26
311          2815-09

189655

10/02  20 07

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                    $ ****12600*00

******TWELVE THOUSAND SIX HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM596-3

FOR _____                                   BERNARD L. MADOFF
                                               By _____

⑆00189655⑆ ⑆031100267⑆ 6301428151 509⑆      ⑈000126000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER · REQUIRE IDENTIFICATION

0318814915
500070007
031000040  PRB-PHILA
ENT=2255  TRC=2255  PK=30

238   9611   01
        1905-2007
        07092962

8370015224                     1730454955

▶0631075134◀
MAGNOLIA WA SW936 39737
ORLANDO FL X0420/ 2PFX

AcctNum: 000006301428151509  Amount: 000000001260000
Xerno: 0000189655 PostDate: 20071005 Sequence: 003770531368
BankNum: 0802 SBP030279663 Pid144: 0000 ImageStat: 05
UDK: 0802071005003770531368 BOPD: 000000000 CapSBC: PO
TranCode: 000000 RouteTran: 03110028  DocType: 8
EntryNum: 0811 ItemType: P

JPMSAF0060690

24-Jan-09                                                        06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003670388750  Posting date 06-NOV-07

BERNARD L. MADOFF

190686

11/02 2007

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                    $ ****39700*00

******THIRTY NINE THOUSAND SEVEN HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF

1-CM596-3

FOR _____      BY

⑈00190686⑈ ⑉031100267⑉ 6301428151 509⑈          ⑈0003970000⑈

0316917427
11062007
031000040 FRB-PHILA
EXT=2368 TRC=2358 PK=30

238    0527  #1
       11062007
       07402243
8570073339                    ▶063107513◀
                              WACHOVIA NA SX61A 0127
                              ORLANDO FL 11950507 27PX
                              3030124681

FOR DEPOSIT ONLY
KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

AcctNum: 00000630142815150? Amount: 000000003970000
Memo: 000000190686 PostDate: 20071106 Sequence: 003670388750
BankNum: 0802 AppCode: 0001 Field44: 0000 ImageSta: 05
UDK: 0802071108003670388750 DSED: 000000000 CapSRC: FO
TranCode: 000000 RouteTrap: 03110026 DocType: 8
EntryNum: 0527 ItemType: P

JPMSAF0061668

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003570810510  Posting date 07-JAN-08

BERNARD L. MADOFF

62-26
311     2815-09

192515

1/03  20 09

PAY
TO THE
ORDER OF    TRACY D KAMENSTEIN                              |$ ****23400·00

******TWENTY THREE THOUSAND FOUR HUNDRED 00/100                   DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                          BERNARD L. MADOFF
    1-CM596-3
FOR_____          By

⑆00192515⑆ ⑈031100267⑈ 630142815⑉ 509⑆      ⑇000 2340000⑈

0616191128
01072008
031000040 FRB-PHILA
ENT=2263 TRC=2266 PK=30

238  362  01
*IW2098
W4999962          ▶0631075134
8370051800        WACHOVIA NA 090936 19587
                  ORLANDO FL 01042008 ZFFR
                  3232577848

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT
FOR DEPOSIT ONLY

AcctNum: 000006301428151509 Amount: 000000002340000
Serial: 000192515 PostDate: 20080107 Sequence: 003570810510
BankNum: 0842 AcctCode: 0001 Field4: 0000 ImageStat: 08
TDX: 08020801070003570810510 BOFD: 000000000 CapSRC: PO
TranCode: 000000 RouteTran: 03110026   DocType: 8
EntryNum: 3452 ItemType: P

JPMSAF0063486

24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003770205291  Posting date 11-FEB-08

BERNARD L. MADOFF

62-26
311      2815-09

193735

2/07    20 08

PAY TO THE ORDER OF    TRACY D KAMENSTEIN              $ ****38000*00

******THIRTY EIGHT THOUSAND 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM596-3

BERNARD L. MADOFF

FOR _____    By _____

⑈00193735⑈ ⑈031100267⑈ 6301428151 509⑈        ⑈0003800000⑈

0215503960
02112008
031000040 FRB-PHILA
ENT=(24) TRC=2250 PK=30

►06310⑈5134
WACHOVIA NA 06636 2878T
ORLANDO FL 09022043 2PK

787016968S                      4632475192

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY

AcctNum: 0000006301428151509  Amount: 000000003800000
Serno: 000193735 PostDate: 20080211 Sequence: 003770205291
BankNum: 0882 AccountNo: 0001 C1B144  0000 ImageSeq: XX
UDK: 0002080211003770205291 BOFD: 000000000 CapSeq: FO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 0882 ItemType: P

JPMSAF0064657

24-Jan-09                                                                    06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510161048  Posting date 07-MAR-08



24-Jan-09                                                                 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 004910499198  Posting date 07-APR-08**

BERNARD L. MADOFF

52-26 / 311      2815-09

195248

4/03  2008

PAY TO THE ORDER OF  TRACY D KAMENSTEIN                          $ ***17600*00

******SEVENTEEN THOUSAND SIX HUNDRED 00/100          DOLLARS

BERNARD L. MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  1-CM596-3                              By _____

⑈00195248⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0001760000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER · REQUIRE IDENTIFICATION

DO NOT WRITE/SIGN/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 002410587892  Posting date 08-MAY-08

BERNARD L. MADOFF

52-26
311              2815-09

196336

.5/06  20 08

PAY
TO THE
ORDER OF  TRACY D KAMENSTEIN                                    $ ***24800*00

.*****TWENTY FOUR THOUSAND EIGHT HUNDRED 00/100
DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM596-3
FOR _____

BERNARD L. MADOFF
By

⑆00196336⑆ ⑆031100267⑆ 6301428151 509⑆        ⑈0002480000⑈

FOR DEPOSIT ONLY
KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

▶063107S13◀
KNOWN/B W SYCE2 22877
ORLANDO FL 05072009 12FK
3236053334

AcctNum: 00000630128151509 Amount: 00000002480000
ASeqN: 002410587892 BankNo: 0001 CycleDate: 05 ImageSeq: 002410587892
BkKt: 002020 Seq: 002410587892 BOfD: 00000 CaptSeq: PI
TranCode: 000000 RouteTran:
EntryNum: 2268 ItemType: P  D: 03110026  DocType: S

JPMSAF0067180

24-Jan-09                                                                06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006510838257  Posting date 05-JUN-08

BERNARD L. MADOFF

82-26
311        2815-09

196877

6/03  2008

PAY TO THE
ORDER OF  TRACY D KAMENSTEIN                        $ *****48000.00

******FORTY EIGHT THOUSAND 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19901                        BERNARD L. MADOFF
FOR  1-CM596-3                        By

⑆00196877⑆ ⑆031100267⑆ 630142815 1509⑆    ✓0004800000✓

2551

6 3 4 5 ✓

▶063107513◀
WACHOVIA NB SWXXX 4PXY
ORLANDO FL WAXXXX4 127X
3231812357 ✓.

KNOW YOUR ENDORSER - REQUIRE INDENTIFICATION
DEPOSITORY BANK ENDORSEMENT
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
FOR DEPOSIT ONLY

AcctNum: 000006101428161109  Amount: 0000000048000000
SeqNum: 006510838257  PostDate: 20080605  BankNum: 0031 6510838257
BankNum: 0031 00802 6006510838257 BOPAY: 000000000 CASEBC: PI
RePrImg:UN2080 80605108382 B7 DoPp: 000000000000
KamIrwNum: 1200 TranItemTyp: 03110026  DocType: 6
EarlyNum: 1200 ItemType: 1

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510236115  Posting date 07-JUL-08

BERNARD L. MADOFF

62-26
311        2815-09

197972

7/02  2008

PAY
TO THE
ORDER OF  TRACY D KAMENSTEIN                    |$ ****14200.00

******FOURTEEN THOUSAND TWO HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                          BERNARD L. MADOFF

FOR  1-CM596-3                              By

⑈00197972⑈ ⑈031100267⑈ 630142 8151 509⑈          ⑈000142 0000⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

FOR DEPOSIT ONLY

⑈063107513⑈
WACHOVIA NA CHECK 35257
ORLANDO FL WN632668 12FR

3236753476

AcctNum: 0000063101283101209 Amount: 000000001420000
SeqNum: 000812792 PostDate: 20080707 Sequence: 006510236115
WBK: 00902080707006510236115 SeqNo: 000000000 CaptSeq: 92
WTranCode: 00000 RouteTran: 03110026  DocType: B  J7
EntryNum: 7200 ItemType: P

JPMSAF0068766



24-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006780990257 Posting date 07-AUG-08**

BERNARD L. MADOFF

52-26
311
2815-09

198969

8/05 2008

PAY TO THE ORDER OF TRACY D KAMENSTEIN $ ***25200.00

******TWENTY FIVE THOUSAND TWO HUNDRED 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM596-3

By

⑈00198969⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0002520000⑈

KNOW YOUR ENDORSER - REQUIRE INDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE

DEPOSITORY BANK ENDORSEMENT

FOR

AUG 10 08

063107513 4
WACHOVIA NA
ORLANDO FL
4631199262

AcctNum: 000006301428151509 Amount: 000000002520000
SerNo: 00000198969 PostDate: 20080807 Sequence: 006780990257
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080208080780990257 BOFD: 000000000 CapSRC: PV
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 8306 ItemType: P

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 007880128922  Posting date 09-SEP-08

BERNARD L. MADOFF

62-26
311    2815-09

199451

9/05  20 08

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                          |$ ****36700=00

******THIRTY SIX THOUSAND SEVEN HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF

FOR    1-CR596-3                              BY

⑆00199451⑆ ⑈031100267⑈ 630142B151 509⑆        ⑆00036700000⑆

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

24-Jan-09                                                           06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 004980014389  Posting date 06-OCT-08

BERNARD L. MADOFF

52-26
311         2815-09

200530

10/02  20 08

PAY
TO THE
ORDER OF    TRACY D KAMENSTEIN            |$ ***10500.00

******TEN THOUSAND FIVE HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR ___1-CM596-3___

BERNARD L. MADOFF

By _____

⑈00200530⑈ ⑉031100267⑉ 630142B151 509⑈ ⑈000I0500000⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DEPOSITORY BANK ENDORSEMENT
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE

◄06310751341
WACHOVIA NA SW0936 40057
ORLANDO FL 18032968 32PX

3231768429

AccNum: 0000530-12311-509  Amount: 0000000010500000
SerNm: 000629530  PostDate: 20081006  Sequence: 004980014389
HDR: 000020810860049800143B9  ACH0: 0000000000  CapSBC: 20
FedRCode: 000000  RouteTran: 03110026    DocType: 8
EntryNum: 5523  ItemType: P

24-Jan-09                                                              06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 005280908202  Posting date 06-NOV-08

BERNARD L. MADOFF

62-26
311        2815-09

201608

11/04   2008

PAY TO THE ORDER OF   TRACY D KAMENSTEIN          $ ****24000=00

******TWENTY FOUR THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM596-3

BERNARD L. MADOFF

FOR _____   By _____

⑆00201608⑆ ⑆031100267⑆ 6301428151 509⑆ ⑆0002400000⑆

DO NOT WRITE/STAMP/SIGN BELOW THE LINE
DEPOSITORY BANK ENDORSEMENT

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

4646
45846

▶06310475134
WACHOVIA NA #XX0X 126CT
ORLANDO FL #XX2008 12PK
3236954006

AcctNum: 000H0630142813b1509  Amount: 000000002400000
BatchN: 000802  ProcPostDate001  Field41: 005280908202
Box: CM02081100  Seq5280908202  Sub: 0000000  Capture: PV
TranCode: 000000  RouteTran: 03110026  DocType: 8
CaptrNum: 8400 ItemType: 8

JPMSAF0072251

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006680255321  Posting date 05-DEC-08

BERNARD L. MADOFF

82-26
311        2815-09

202071

12/02  20 08

PAY TO THE ORDER OF  TRACY D KAMENSTEIN                                  $ ****22200.00

******TWENTY TWO THOUSAND TWO HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                              BERNARD L. MADOFF
FOR                                              By

⑈00202071⑈ ⑆031100267⑆ 6301428151 509⑈ ⑈0002220000⑈

KNOW YOUR ENDORSER - REQUIRE INDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

DEC 11 08

2450

AcctNum: 000005301428101509  Amount: 000000022200000
BankNum: 0802  AppCode: 000255321  Sequence: 006680255321
MbRK: 0000  RouteTran: 03110026  DocType: 6
EntryNum: 5440  ItemType: P

JPMSAF0072672