EXHIBIT AI

**DAVID R.
KAMENSTEIN**

Phone: 561 833 8223
FAX: 561 833 8224
CELL: 561 901 2313

C+S  12/27

# Facsimile

| | |
|---|---|
| To: | Bernard L. Madoff Attn: Jodi Crupi |
| @Fax: | 212 486 8178 |
| From: | David Kamenstein |
| Date: | December 23, 2004 |
| Re: | Acct. # 1-CM 247-3-0 |
| Pages: | 1, including this cover |

Dear Jodi,

For estate planning purposes, my wife and I would like to have our acct.# 1-CM 247-3-0, David R. Kamenstein and Carol Kamenstein J/T WROS, split into 2 equal accounts, one in the name of David R. Kamenstein and one in the name of Carol Kamenstein. We would appreciate it, if this could be done prior to January 1, 2005.

Please advise me that you have received this request.

Best wishes to you for a Merry Xmas and Healthy, Happy New Year.

Very truly yours,

*[signature]*
David R. Kamenstein

*[signature]*
Carol Kamenstein

OPEN

NEW    DAVID
NEW    CAROL

**REDACTED**

cc:
Stephen Chaplin
Kathy Foster