# EXHIBIT AK

```
       DAVID R KAMENSTEIN                                                      12/31/04         1

       273 TANGIER AVENUE
       PALM BEACH            FL 33480                        1-CM913-3-0        ^^REDACTED^^

                                         NO BALANCE FORWARD
12/27                               TRANS FROM 1CM24730         JRNL                3,146,642.37
12/27   3,150,000            70104  U S TREASURY BILL           99.805  3,143,857.50
                                    DUE 02/03/2005
                                             2/03/2005
12/27       2,784            70105  FIDELITY SPARTAN            1           2,784.00
                                    U S TREASURY MONEY MARKET
12/31              3,150,000 76814  U S TREASURY BILL           99.844              3,145,086.00
                                    DUE 02/03/2005
                                             2/03/2005
12/31                               FIDELITY SPARTAN            DIV                         .50
                                    U S TREASURY MONEY MARKET
                                    DIV 12/31/04
12/31                  2,784 71670  FIDELITY SPARTAN            1                       2,784.00
                                    U S TREASURY MONEY MARKET
12/31   1,575,000            88347  U S TREASURY BILL           99.396  1,565,487.00
                                    DUE 04/07/2005
                                             4/07/2005
12/31   1,575,000            92778  U S TREASURY BILL           99.336  1,564,542.00
                                    DUE 4/14/2005
                                             4/14/2005
12/31      17,842            97221  FIDELITY SPARTAN            1          17,842.00
                                    U S TREASURY MONEY MARKET
                                    NEW BALANCE                                             .37
                                    SECURITY POSITIONS         MKT PRICE
           17,842                   FIDELITY SPARTAN            1
                                    U S TREASURY MONEY MARKET
                                    CONTINUED ON PAGE      2
```

```
DAVID R KAMENSTEIN                                              12/31/04        2

273 TANGIER AVENUE
PALM BEACH        FL 33480                  1-CM913-3-0        REDACTED


1,575,000              U S TREASURY BILL          99.396
                       DUE 04/07/2005
                              4/07/2005
1,575,000              U S TREASURY BILL          99.336
                       DUE 4/14/2005
                              4/14/2005

                       MARKET VALUE OF SECURITIES
                            LONG            SHORT
                       3,147,871.00
```

MDPTPP01931712

```
DAVID R KAMENSTEIN                                           12/31/04      3

273 TANGIER AVENUE
PALM BEACH        FL 33480             1-CM913-3-0      REDACTED


              YEAR-TO-DATE SUMMARY

                 DIVIDENDS                                              .50
                 GROSS PROCEEDS FROM SALES                     3,145,086.00
```

MDPTPP01931713