# EXHIBIT AL

```
       DAVID R KAMENSTEIN                                                          1/31/05       1

       273 TANGIER AVENUE
       PALM BEACH          FL 33480                        1-CM913-3-0      ``REDACTED``

                                      BALANCE FORWARD                                         .37
1/04                                  CHECK                        CW        97,000.00
1/07                                  FIDELITY SPARTAN             DIV                       5.71
                                      U S TREASURY MONEY MARKET
                                      DIV 01/07/05
1/07                     17,842 1261  FIDELITY SPARTAN              1                   17,842.00
                                      U S TREASURY MONEY MARKET
1/07                  1,575,000 2306  U S TREASURY BILL           99.433             1,566,069.75
                                      DUE 04/07/2005
                                              4/07/2005
1/07  1,500,000                 2777  U S TREASURY BILL           98.777  1,481,655.00
                                      DUE 6/30/2005
                                              6/30/2005
1/07      5,262                 3278  FIDELITY SPARTAN               1        5,262.00
                                      U S TREASURY MONEY MARKET
1/28      1,155                 1086  WELLS FARGO & CO NEW         60.250    69,588.75
1/28      4,180                 2556  INTEL CORP                   22.210    92,837.80
1/28      2,805                 5370  WAL-MART STORES INC          53.180   149,169.90
1/28      1,980                 6840  JOHNSON & JOHNSON            61.950   122,661.00
1/28      4,290                 9654  EXXON MOBIL CORP             51.320   220,162.80
1/28      2,365                11124  J.P. MORGAN CHASE & CO       37.060    87,646.90
1/28      1,595                15408  COCA COLA CO                 41.140    65,618.30
1/28        825                19692  MEDTRONIC INC                51.630    42,594.75
1/28        605                23976  MERRILL LYNCH & CO INC       57.570    34,829.85

                                      CONTINUED ON PAGE    2
```

```
     DAVID R KAMENSTEIN                                              1/31/05        2

     273 TANGIER AVENUE
     PALM BEACH         FL 33480                   1-CM913-3-0     REDACTED


1/28       495         28260 3M COMPANY                   82.110       40,644.45
1/28     1,375         32544 ALTRIA GROUP INC             62.330       85,703.75
1/28     1,485         36828 MERCK & CO                   30.280       44,965.80
1/28     7,260         41112 MICROSOFT CORP               25.800      187,308.00
1/28       715         45396 MORGAN STANLEY               54.360       38,867.40
1/28     1,760         51147 AMERICAN INTL GROUP INC      66.600      117,216.00
1/28       825         55431 AMGEN INC                    62.060       51,199.50
1/28     3,355         58248 ORACLE CORPORATION           13.550       45,460.25
1/28       825         59715 AMERICAN EXPRESS COMPANY     52.950       43,683.75
1/28     1,100         62532 PEPSICO INC                  53.370       58,707.00
1/28     2,695         63999 BANK OF AMERICA              45.410      122,379.95
1/28     5,005         66816 PFIZER INC                   24.420      122,222.10
1/28     3,465         68283 CITI GROUP INC               48.480      167,983.20
1/28     1,705         71100 PROCTER & GAMBLE CO          55.300       94,286.50
1/28     4,400         72567 CISCO SYSTEMS INC            17.810       78,364.00
1/28     2,255         75384 SBC COMMUNICATIONS INC       24.390       54,999.45
1/28     1,650         76851 DELL INC                     40.150       66,247.50
1/28     3,080         79665 TIME WARNER INC              18.260       56,240.80
1/28     1,375         81135 THE WALT DISNEY CO           28.230       38,816.25
1/28     1,320         83949 TYCO INTERNATIONAL LTD       35.090       46,318.80
1/28     6,985         85419 GENERAL ELECTRIC CO          35.650      249,015.25
1/28     1,265         88233 U S BANCORP                  30.070       38,038.55
1/28     1,485         89703 HOME DEPOT INC               40.530       60,187.05
1/28     1,155         92517 VIACOM INC                   37.670       43,508.85
                             CLASS B NON VOTING SHS
```

CONTINUED ON PAGE    3

MDPTPP01931715

```
       DAVID R KAMENSTEIN                                                   1/31/05        3

       273 TANGIER AVENUE
       PALM BEACH          FL 33480                        1-CM913-3-0         REDACTED


1/28      2,035            93987 HEWLETT PACKARD CO        19.750       40,191.25
1/28      1,870            96801 VERIZON COMMUNICATIONS    36.900       69,003.00
1/28      1,100            98271 INTERNATIONAL BUSINESS MACHS 92.070   101,277.00
1/28            1,575,000  46203 U S TREASURY BILL         99.514                     1,567,345.50
                                 DUE 4/14/2005
                                       4/14/2005
1/28            1,500,000  49677 U S TREASURY BILL         98.925                     1,483,875.00
                                 DUE 6/30/2005
                                       6/30/2005
1/28                             FIDELITY SPARTAN          DIV                                5.10
                                 U S TREASURY MONEY MARKET
                                 DIV 01/28/05
1/28     10,632            14173 FIDELITY SPARTAN          1            10,632.00
                                 U S TREASURY MONEY MARKET
1/28                5,262  38218 FIDELITY SPARTAN          1                              5,262.00
                                 U S TREASURY MONEY MARKET
1/31                             TRANS FROM 1CM24730       CA                               686.21
1/31        687            19163 FIDELITY SPARTAN          1               687.00
                                 U S TREASURY MONEY MARKET

                                 NEW BALANCE                             2,089.81

                                 SECURITY POSITIONS        MKT PRICE
          1,375                  ALTRIA GROUP INC          63.830
            825                  AMERICAN EXPRESS COMPANY  53.350

                                 CONTINUED ON PAGE    4
```

MDPTPP01931716

```
DAVID R KAMENSTEIN                                              1/31/05        4

273 TANGIER AVENUE
PALM BEACH        FL 33480                    1-CM913-3-0      REDACTED


   1,760           AMERICAN INTL GROUP INC      66.290
     825           AMGEN INC                    62.240
   2,695           BANK OF AMERICA              46.370
   4,400           CISCO SYSTEMS INC            18.040
   3,465           CITI GROUP INC               49.050
   1,595           COCA COLA CO                 41.490
   1,650           DELL INC                     41.760
   1,375           THE WALT DISNEY CO           28.630
   4,290           EXXON MOBIL CORP             51.600
   6,985           GENERAL ELECTRIC CO          36.130
   2,035           HEWLETT PACKARD CO           19.590
   1,485           HOME DEPOT INC               41.260
   4,180           INTEL CORP                   22.450
   1,100           INTERNATIONAL BUSINESS MACHS 93.420
   2,365           J.P. MORGAN CHASE & CO       37.330
   1,980           JOHNSON & JOHNSON            64.700
     825           MEDTRONIC INC                52.490
   1,485           MERCK & CO                   28.050
     605           MERRILL LYNCH & CO INC       60.070
   7,260           MICROSOFT CORP               26.280
     715           MORGAN STANLEY               55.960
   3,355           ORACLE CORPORATION           13.770
   1,100           PEPSICO INC                  53.700
   5,005           PFIZER INC                   24.160
   1,705           PROCTER & GAMBLE CO          53.230

                   CONTINUED ON PAGE    5
```

MDPTPP01931717

```
DAVID R KAMENSTEIN                                                    1/31/05        5

273 TANGIER AVENUE
PALM BEACH         FL 33480                  1-CM913-3-0      REDACTED


    2,255           SBC COMMUNICATIONS INC     23.760
   11,319           FIDELITY SPARTAN            1
                    U S TREASURY MONEY MARKET
      495           3M COMPANY                 84.360
    3,080           TIME WARNER INC            18
    1,320           TYCO INTERNATIONAL LTD     36.140
    1,265           U S BANCORP                30.050
    1,870           VERIZON COMMUNICATIONS     35.590
    1,155           VIACOM INC                 37.340
                    CLASS B NON VOTING SHS
    2,805           WAL-MART STORES INC        52.400
    1,155           WELLS FARGO & CO NEW       61.300

                    MARKET VALUE OF SECURITIES
                         LONG           SHORT
                    3,080,739.75
```

MDPTPP01931718

```
DAVID R KAMENSTEIN                                              1/31/05        6

273 TANGIER AVENUE
PALM BEACH         FL 33480              1-CM913-3-0      REDACTED


                      YEAR-TO-DATE SUMMARY

               DIVIDENDS                                              10.81
               GROSS PROCEEDS FROM SALES                        4,617,290.25
```

MDPTPP01931719