# EXHIBIT AP

```
        CAROL KAMENSTEIN                                                          12/31/04        1

        273 TANGIER AVENUE
        PALM BEACH          FL 33480                        1-CM914-3-0      REDACTED


                                        NO BALANCE FORWARD

12/27                                   TRANS FROM 1CM24730         JRNL                    3,146,642.37
12/27    3,150,000              70106 U S TREASURY BILL             99.805    3,143,857.50
                                        DUE 02/03/2005
                                             2/03/2005
12/27        2,784              70107 FIDELITY SPARTAN              1             2,784.00
                                        U S TREASURY MONEY MARKET
12/31                 3,150,000 76815 U S TREASURY BILL             99.844                  3,145,086.00
                                        DUE 02/03/2005
                                             2/03/2005
12/31                                   FIDELITY SPARTAN            DIV                             .50
                                        U S TREASURY MONEY MARKET
                                        DIV 12/31/04
12/31                     2,784 71671 FIDELITY SPARTAN              1                             2,784.00
                                        U S TREASURY MONEY MARKET
12/31    1,575,000              88348 U S TREASURY BILL             99.396    1,565,487.00
                                        DUE 04/07/2005
                                             4/07/2005
12/31    1,575,000              92779 U S TREASURY BILL             99.336    1,564,542.00
                                        DUE 4/14/2005
                                             4/14/2005
12/31       17,842              97222 FIDELITY SPARTAN              1            17,842.00
                                        U S TREASURY MONEY MARKET
                                        NEW BALANCE                                                 .37

                                        SECURITY POSITIONS          MKT PRICE
            17,842                      FIDELITY SPARTAN            1
                                        U S TREASURY MONEY MARKET

                                        CONTINUED ON PAGE    2
```

MDPTPP01931998

```
CAROL KAMENSTEIN                                              12/31/04        2

273 TANGIER AVENUE
PALM BEACH        FL 33480                 1-CM914-3-0         REDACTED


1,575,000           U S TREASURY BILL              99.396
                    DUE 04/07/2005
                         4/07/2005
1,575,000           U S TREASURY BILL              99.336
                    DUE 4/14/2005
                         4/14/2005

                    MARKET VALUE OF SECURITIES
                         LONG              SHORT
                    3,147,871.00
```

MDPTPP01931999

```
CAROL KAMENSTEIN                                              12/31/04        3

273 TANGIER AVENUE
PALM BEACH        FL 33480              1-CM914-3-0       REDACTED


                    YEAR-TO-DATE SUMMARY

              DIVIDENDS                                              .50
              GROSS PROCEEDS FROM SALES                        3,145,086.00
```

MDPTPP01932000