# EXHIBIT AQ

CAROL KAMENSTEIN                                              1/31/05      1

273 TANGIER AVENUE
PALM BEACH            FL 33480              1-CM914-3-0    REDACTED

|  |  |  | BALANCE FORWARD |  |  | .37 |
|---|---|---|---|---|---|---|
| 1/04 |  |  | CHECK | CW | 97,000.00 |  |
| 1/07 |  |  | FIDELLITY SPARTAN | DIV |  | 5.71 |
|  |  |  | U S TREASURY MONEY MARKET |  |  |  |
|  |  |  | DIV 01/07/05 |  |  |  |
| 1/07 |  | 17,842 1262 | FIDELITY SPARTAN | 1 |  | 17,842.00 |
|  |  |  | U S TREASURY MONEY MARKET |  |  |  |
| 1/07 |  | 1,575,000 2307 | U S TREASURY BILL | 99.433 |  | 1,566,069.75 |
|  |  |  | DUE 04/07/2005 |  |  |  |
|  |  |  | 4/07/2005 |  |  |  |
| 1/07 | 1,500,000 | 2778 | U S TREASURY BILL | 98.777 | 1,481,655.00 |  |
|  |  |  | DUE 6/30/2005 |  |  |  |
|  |  |  | 6/30/2005 |  |  |  |
| 1/07 | 5,262 | 3279 | FIDELITY SPARTAN | 1 | 5,262.00 |  |
|  |  |  | U S TREASURY MONEY MARKET |  |  |  |
| 1/28 | 1,155 | 1087 | WELLS FARGO & CO NEW | 60.250 | 69,588.75 |  |
| 1/28 | 4,180 | 2557 | INTEL CORP | 22.210 | 92,837.80 |  |
| 1/28 | 2,805 | 5371 | WAL-MART STORES INC | 53.180 | 149,169.90 |  |
| 1/28 | 1,980 | 6841 | JOHNSON & JOHNSON | 61.950 | 122,661.00 |  |
| 1/28 | 4,290 | 9655 | EXXON MOBIL CORP | 51.320 | 220,162.80 |  |
| 1/28 | 2,365 | 11125 | J.P. MORGAN CHASE & CO | 37.060 | 87,646.90 |  |
| 1/28 | 1,595 | 15409 | COCA COLA CO | 41.140 | 65,618.30 |  |
| 1/28 | 825 | 19693 | MEDTRONIC INC | 51.630 | 42,594.75 |  |
| 1/28 | 605 | 23977 | MERRILL LYNCH & CO INC | 57.570 | 34,829.85 |  |

CONTINUED ON PAGE    2

MDPTPP01932001

CAROL KAMENSTEIN

1/31/05        2

273 TANGIER AVENUE
PALM BEACH        FL 33480                          1-CM914-3-0    REDACTED

| 1/28 | 495 | 28261 3M COMPANY | 82.110 | 40,644.45 |
|------|-----|-----------------|--------|-----------|
| 1/28 | 1,375 | 32545 ALTRIA GROUP INC | 62.330 | 85,703.75 |
| 1/28 | 1,485 | 36829 MERCK & CO | 30.280 | 44,965.80 |
| 1/28 | 7,260 | 41113 MICROSOFT CORP | 25.800 | 187,308.00 |
| 1/28 | 715 | 45397 MORGAN STANLEY | 54.360 | 38,867.40 |
| 1/28 | 1,760 | 51148 AMERICAN INTL GROUP INC | 66.600 | 117,216.00 |
| 1/28 | 825 | 55432 AMGEN INC | 62.060 | 51,199.50 |
| 1/28 | 3,355 | 58249 ORACLE CORPORATION | 13.550 | 45,460.25 |
| 1/28 | 825 | 59716 AMERICAN EXPRESS COMPANY | 52.950 | 43,683.75 |
| 1/28 | 1,100 | 62533 PEPSICO INC | 53.370 | 58,707.00 |
| 1/28 | 2,695 | 64000 BANK OF AMERICA | 45.410 | 122,379.95 |
| 1/28 | 5,005 | 66817 PFIZER INC | 24.420 | 122,222.10 |
| 1/28 | 3,465 | 68284 CITI GROUP INC | 48.480 | 167,983.20 |
| 1/28 | 1,705 | 71101 PROCTER & GAMBLE CO | 55.300 | 94,286.50 |
| 1/28 | 4,400 | 72568 CISCO SYSTEMS INC | 17.810 | 78,364.00 |
| 1/28 | 2,255 | 75385 SBC COMMUNICATIONS INC | 24.390 | 54,999.45 |
| 1/28 | 1,650 | 76852 DELL INC | 40.150 | 66,247.50 |
| 1/28 | 3,080 | 79666 TIME WARNER INC | 18.260 | 56,240.80 |
| 1/28 | 1,375 | 81136 THE WALT DISNEY CO | 28.230 | 38,816.25 |
| 1/28 | 1,320 | 83950 TYCO INTERNATIONAL LTD | 35.090 | 46,318.80 |
| 1/28 | 6,985 | 85420 GENERAL ELECTRIC CO | 35.650 | 249,015.25 |
| 1/28 | 1,265 | 88234 U S BANCORP | 30.070 | 38,038.55 |
| 1/28 | 1,485 | 89704 HOME DEPOT INC | 40.530 | 60,187.05 |
| 1/28 | 1,155 | 92518 VIACOM INC | 37.670 | 43,508.85 |
| | | CLASS B NON VOTING SHS | | |

CONTINUED ON PAGE    3

MDPTPP01932002

CAROL KAMENSTEIN

1/31/05        3

273 TANGIER AVENUE
PALM BEACH          FL 33480                          1-CM914-3-0        REDACTED

| 1/28 | 2,035 | | 93988 | HEWLETT PACKARD CO | 19.750 | 40,191.25 | |
| 1/28 | 1,870 | | 96802 | VERIZON COMMUNICATIONS | 36.900 | 69,003.00 | |
| 1/28 | 1,100 | | 98272 | INTERNATIONAL BUSINESS MACHS | 92.070 | 101,277.00 | |
| 1/28 | | 1,575,000 | 46204 | U S TREASURY BILL | 99.514 | | 1,567,345.50 |
| | | | | DUE 4/14/2005 | | | |
| | | | | 4/14/2005 | | | |
| 1/28 | | 1,500,000 | 49678 | U S TREASURY BILL | 98.925 | | 1,483,875.00 |
| | | | | DUE 6/30/2005 | | | |
| | | | | 6/30/2005 | | | |
| 1/28 | | | | FIDELITY SPARTAN | DIV | | 5.10 |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | DIV 01/28/05 | | | |
| 1/28 | 10,632 | | 14174 | FIDELITY SPARTAN | 1 | 10,632.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/28 | | 5,262 | 38219 | FIDELITY SPARTAN | 1 | | 5,262.00 |
| | | | | U S TREASURY MONEY MARKET | | | |
| 1/31 | | | | TRANS FROM 1CM24730 | CA | | 686.21 |
| 1/31 | 687 | | 19164 | FIDELITY SPARTAN | 1 | 687.00 | |
| | | | | U S TREASURY MONEY MARKET | | | |
| | | | | NEW BALANCE | | 2,089.81 | |
| | | | | SECURITY POSITIONS | MKT PRICE | | |
| | 1,375 | | | ALTRIA GROUP INC | 63.830 | | |
| | 825 | | | AMERICAN EXPRESS COMPANY | 53.350 | | |

CONTINUED ON PAGE    4

MDPTPP01932003

CAROL KAMENSTEIN

1/31/05        4

273 TANGIER AVENUE
PALM BEACH        FL 33480                    1-CM914-3-0    REDACTED

| | | |
|---|---|---|
| 1,760 | AMERICAN INTL GROUP INC | 66.290 |
| 825 | AMGEN INC | 62.240 |
| 2,695 | BANK OF AMERICA | 46.370 |
| 4,400 | CISCO SYSTEMS INC | 18.040 |
| 3,465 | CITI GROUP INC | 49.050 |
| 1,595 | COCA COLA CO | 41.490 |
| 1,650 | DELL INC | 41.760 |
| 1,375 | THE WALT DISNEY CO | 28.630 |
| 4,290 | EXXON MOBIL CORP | 51.600 |
| 6,985 | GENERAL ELECTRIC CO | 36.130 |
| 2,035 | HEWLETT PACKARD CO | 19.590 |
| 1,485 | HOME DEPOT INC | 41.260 |
| 4,180 | INTEL CORP | 22.450 |
| 1,100 | INTERNATIONAL BUSINESS MACHS | 93.420 |
| 2,365 | J.P. MORGAN CHASE & CO | 37.330 |
| 1,980 | JOHNSON & JOHNSON | 64.700 |
| 825 | MEDTRONIC INC | 52.490 |
| 1,485 | MERCK & CO | 28.050 |
| 605 | MERRILL LYNCH & CO INC | 60.070 |
| 7,260 | MICROSOFT CORP | 26.280 |
| 715 | MORGAN STANLEY | 55.960 |
| 3,355 | ORACLE CORPORATION | 13.770 |
| 1,100 | PEPSICO INC | 53.700 |
| 5,005 | PFIZER INC | 24.160 |
| 1,705 | PROCTER & GAMBLE CO | 53.230 |

CONTINUED ON PAGE    5

MDPTPP01932004

CAROL KAMENSTEIN

1/31/05        5

273 TANGIER AVENUE
PALM BEACH        FL 33480                    1-CM914-3-0      REDACTED

```
    2,255              SBC COMMUNICATIONS INC      23.760
   11,319              FIDELITY SPARTAN              1
                       U S TREASURY MONEY MARKET
      495              3M COMPANY                  84.360
    3,080              TIME WARNER INC             18
    1,320              TYCO INTERNATIONAL LTD      36.140
    1,265              U S BANCORP                 30.050
    1,870              VERIZON COMMUNICATIONS      35.590
    1,155              VIACOM INC                  37.340
                       CLASS B NON VOTING SHS
    2,805              WAL-MART STORES INC         52.400
    1,155              WELLS FARGO & CO NEW        61.300

                       MARKET VALUE OF SECURITIES
                            LONG            SHORT
                       3,080,739.75
```

MDPTPP01932005

CAROL KAMENSTEIN

1/31/05        6

273 TANGIER AVENUE
PALM BEACH        FL 33480                    1-CM914-3-0        REDACTED


                    YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                        10.81
                    GROSS PROCEEDS FROM SALES                  4,617,290.25

MDPTPP01932006