# EXHIBIT AR

**MEMORANDUM**  8/26/99

August 18, 1999

To: Jodi
Fr: Belle
NOTE: I AM HOLDING NEW ACCT. PAPERS FOR EA ACCT FOR BLM TO SIGN, TOGETHER W. TRUST DOCUMENTS FOR EA. BELLE

To: Linda Schoenheimer

From: Carol & David Kamenstein

Dear Linda,

Please accept this letter as authorization by us, as trustees for the Sloan Kamenstein Trust and the Tracy Kamenstein Trust to split the existing account (#295) into two accounts of equal value at your earliest convenience but before September 30.

Thank you for all your assistance with this matter.

_____
Carol Kamenstein
Trustee, Sloan George Kamenstein

_____
David Kamenstein
Trustee, Tracy D. Kamenstein

8/31 - 9/3

1CM295-30

File

MADTBB01977201