# EXHIBIT AS

SLOAN G KAMENSTEIN

9/30/99        1

306 CHILEAN AVE
PALM BEACH        FL 33480        1-CM597-3-0    ^^REDACTED^^

NO BALANCE FORWARD

| Date | Quantity | | Description | Price | Amount | Balance |
|------|----------|--|-------------|-------|--------|---------|
| 9/03 | 1,775,000 | 89422 | U S TREASURY BILL DUE 11/4/1999 11/04/1999 | 99.230 | 1,761,332.50 | |
| 9/07 | | | TRANS FROM 1CM29530 | JRNL | | 1,782,331.10 |
| 9/07 | | | TRANS FROM 1CM29530 | CA | | .60 |
| 9/20 | 20,000 | 97570 | U S TREASURY BILL DUE 11/4/1999 11/04/1999 | 99.450 | 19,890.00 | |
| 9/30 | 1,795,000 | 9676 | U S TREASURY BILL DUE 11/4/1999 11/04/1999 | 99.570 | | 1,787,281.50 |
| 9/30 | 1,810,000 | 12968 | U S TREASURY BILL DUE 1/20/2000 1/20/2000 | 98.550 | 1,783,755.00 | |
| 9/30 | 4,635 | 16595 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 | 4,635.00 | |

NEW BALANCE        .70

| | SECURITY POSITIONS | MKT PRICE |
|-|--------------------|-----------|
| 4,635 | FIDELITY SPARTAN U S TREASURY MONEY MARKET | 1 |
| 1,810,000 | U S TREASURY BILL DUE 1/20/2000 1/20/2000 | 98.550 |

MARKET VALUE OF SECURITIES
LONG        SHORT
1,788,390.00

MDPTPP01693674

SLOAN G KAMENSTEIN

306 CHILEAN AVE
PALM BEACH          FL 33480

9/30/99          2

1-CM597-3-0      REDACTED

YEAR-TO-DATE SUMMARY

GROSS PROCEEDS FROM SALES                    1,787,281.50

MDPTPP01693675