# EXHIBIT AT

```
       SLOAN G KAMENSTEIN                                                    10/31/99         1

       306 CHILEAN AVE
       PALM BEACH           FL 33480                         1-CM597-3-0      ^^REDACTED^^


                                         BALANCE FORWARD                                          .70
10/20                                    FIDELITY SPARTAN         DIV                          11.38
                                         U S TREASURY MONEY MARKET
                                         DIV 10/20/99
10/20                        4,635 49563 FIDELITY SPARTAN          1                        4,635.00
                                         U S TREASURY MONEY MARKET
10/20                    1,810,000 53435 U S TREASURY BILL        97.730                1,768,913.00
                                         DUE 1/20/2000
                                              1/20/2000
10/20   1,810,000                  53435 U S TREASURY BILL        97.730   1,768,913.00
                                         DUE 1/20/2000
                                              1/20/2000
10/20                    1,810,000 57313 U S TREASURY BILL        98.730                1,787,013.00
                                         DUE 1/20/2000
                                              1/20/2000
10/20     910,000                  62309 U S TREASURY BILL        98.090     892,619.00
                                         DUE 03/09/2000
                                              3/09/2000
10/20     910,000                  66151 U S TREASURY BILL        98           891,800.00
                                         DUE 03/16/2000
                                              3/16/2000
10/29                                    TRANS FROM 1CM29530      CA                           26.13
10/29       7,267                  72549 FIDELITY SPARTAN          1           7,267.00
                                         U S TREASURY MONEY MARKET
                                         CONTINUED ON PAGE    2
```

MDPTPP01693676

```
SLOAN G KAMENSTEIN                                                    10/31/99        2

306 CHILEAN AVE
PALM BEACH        FL 33480                    1-CM597-3-0      REDACTED


                  NEW BALANCE                                                    .21
                  SECURITY POSITIONS          MKT PRICE
       7,267      FIDELITY SPARTAN                 1
                  U S TREASURY MONEY MARKET
     910,000      U S TREASURY BILL             98.200
                  DUE 03/09/2000
                          3/09/2000
     910,000      U S TREASURY BILL             98.100
                  DUE 03/16/2000
                          3/16/2000
                  MARKET VALUE OF SECURITIES
                      LONG              SHORT
                  1,793,597.00
```

MDPTPP01693677

```
SLOAN G KAMENSTEIN                                              10/31/99      3

306 CHILEAN AVE
PALM BEACH      FL 33480                 1-CM597-3-0      REDACTED


                         YEAR-TO-DATE SUMMARY

                         DIVIDENDS                                     11.38
                         GROSS PROCEEDS FROM SALES              3,574,294.50
```

MDPTPP01693678