# EXHIBIT AV

```
       TRACY D KAMENSTEIN                                                    9/30/99         1

       400 S OCEAN BLVD
       PALM BEACH          FL 33480                        1-CM596-3-0    ^^REDACTED^^1


                                  NO BALANCE FORWARD

9/03    1,775,000              89421 U S TREASURY BILL       99.230     1,761,332.50
                                     DUE 11/4/1999
                                           11/04/1999
9/07                                 TRANS FROM 1CM29530     JRNL                       1,782,331.10
9/07                                 TRANS FROM 1CM29530     CA                                 .60
9/20       20,000              97569 U S TREASURY BILL       99.450        19,890.00
                                     DUE 11/4/1999
                                           11/04/1999
9/30              1,795,000     9675 U S TREASURY BILL       99.570                     1,787,281.50
                                     DUE 11/4/1999
                                           11/04/1999
9/30    1,810,000              12967 U S TREASURY BILL       98.550     1,783,755.00
                                     DUE 1/20/2000
                                           1/20/2000
9/30        4,635              16594 FIDELITY SPARTAN          1            4,635.00
                                     U S TREASURY MONEY MARKET

                                     NEW BALANCE                                               .70

                                     SECURITY POSITIONS      MKT PRICE
            4,635                    FIDELITY SPARTAN          1
                                     U S TREASURY MONEY MARKET
        1,810,000                    U S TREASURY BILL       98.550
                                     DUE 1/20/2000
                                           1/20/2000

                                     MARKET VALUE OF SECURITIES
                                         LONG           SHORT
                                     1,788,390.00
```

MDPTPP01692902

```
TRACY D KAMENSTEIN                                            9/30/99        2

400 S OCEAN BLVD
PALM BEACH        FL 33480              1-CM596-3-0    ``REDACTED``
```

YEAR-TO-DATE SUMMARY

GROSS PROCEEDS FROM SALES                        1,787,281.50

MDPTPP01692903