# EXHIBIT AW

```
        TRACY D KAMENSTEIN                                                          10/31/99        1

        400 S OCEAN BLVD
        PALM BEACH          FL 33480                        1-CM596-3-0      ^^REDACTED^^1


                                          BALANCE FORWARD                                        .70
10/20                              FIDELITY SPARTAN              DIV                           11.38
                                   U S TREASURY MONEY MARKET
                                   DIV 10/20/99
10/20                    4,635 49562 FIDELITY SPARTAN            1                          4,635.00
                                   U S TREASURY MONEY MARKET
10/20                1,810,000 53434 U S TREASURY BILL        97.730                     1,768,913.00
                                   DUE 1/20/2000
                                          1/20/2000
10/20  1,810,000               53434 U S TREASURY BILL        97.730      1,768,913.00
                                   DUE 1/20/2000
                                          1/20/2000
10/20                1,810,000 57312 U S TREASURY BILL        98.730                     1,787,013.00
                                   DUE 1/20/2000
                                          1/20/2000
10/20    910,000               62308 U S TREASURY BILL        98.090        892,619.00
                                   DUE 03/09/2000
                                          3/09/2000
10/20    910,000               66150 U S TREASURY BILL        98            891,800.00
                                   DUE 03/16/2000
                                          3/16/2000
10/29                              TRANS FROM 1CM29530           CA                            26.13
10/29      7,267               72548 FIDELITY SPARTAN            1            7,267.00
                                   U S TREASURY MONEY MARKET

                                   CONTINUED ON PAGE    2
```

MDPTPP01692904

```
TRACY D KAMENSTEIN                                                    10/31/99      2

400 S OCEAN BLVD
PALM BEACH        FL 33480                    1-CM596-3-0        REDACTED


                    NEW BALANCE                                              .21
                    SECURITY POSITIONS        MKT PRICE
        7,267      FIDELITY SPARTAN              1
                    U S TREASURY MONEY MARKET
      910,000      U S TREASURY BILL          98.200
                    DUE 03/09/2000
                            3/09/2000
      910,000      U S TREASURY BILL          98.100
                    DUE 03/16/2000
                            3/16/2000

                    MARKET VALUE OF SECURITIES
                         LONG              SHORT
                    1,793,597.00
```

MDPTPP01692905

```
TRACY D KAMENSTEIN                                              10/31/99        3

400 S OCEAN BLVD
PALM BEACH        FL 33480                   1-CM596-3-0      REDACTED


                    YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                              11.38
                    GROSS PROCEEDS FROM SALES                       3,574,294.50
```

MDPTPP01692906