# EXHIBIT AY

```
TRACY D KAMENSTEIN                                              6/30/06       1

273 TANGIER AVENUE
PALM BEACH         FL 33480                        1-CM596-3-0    ^^REDACTED^^1


                            BALANCE FORWARD                      48,132.67
6/01                        INTEL CORP                  DIV           226.30
                            DIV 5/07/06 6/01/06
6/01                        WELLS FARGO & CO NEW        DIV           338.52
                            DIV 5/05/06 6/01/06
6/02                        BOEING CO                   DIV            93.00
                            DIV 5/12/06 6/02/06
6/05                        WAL-MART STORES INC         DIV           160.97
                            DIV 5/19/06 6/05/06
6/06                        PFIZER INC                  DIV           677.04
                            DIV 5/12/06 6/06/06
6/08                        MICROSOFT CORP              DIV           306.90
                            DIV 5/17/06 6/08/06
6/09                        EXXON MOBIL CORP            DIV           753.92
                            DIV 5/12/06 6/09/06
6/12                        INTERNATIONAL BUSINESS MACHS DIV          176.70
                            DIV 5/10/06 6/10/06
6/13                        JOHNSON & JOHNSON           DIV           430.13
                            DIV 5/30/06 6/13/06
6/15                        CHECK                        CA        87,747.45
6/15                        TIME WARNER INC             DIV            86.80
                            DIV 5/31/06 6/15/06
6/15    75,000      99084   U S TREASURY BILL        99.561       74,670.75
                            DUE 7/20/2006
                                    7/20/2006

                            CONTINUED ON PAGE     2
```

MDPTPP01693384

```
       TRACY D KAMENSTEIN                                                  6/30/06       2

       273 TANGIER AVENUE
       PALM BEACH         FL 33480                     1-CM596-3-0     REDACTED


6/15     13,077              99085 FIDELITY SPARTAN           1          13,077.00
                                   U S TREASURY MONEY MARKET
6/20                 2,263 1929    INTEL CORP               17.900                40,507.70
6/20                 1,147 6186    JOHNSON & JOHNSON         61.140               70,127.58
6/20                 1,333 10443   J.P. MORGAN CHASE & CC    40.210               53,599.93
6/20                   806 14700   COCA COLA CO              42.880               34,561.28
6/20                   465 18926   MEDTRONIC INC             50.460               23,463.90
6/20                   341 23039   MERRILL LYNCH & CO INC    66.930               22,823.13
6/20                   806 27296   ALTRIA GROUP INC          70.420               56,758.52
6/20                   837 31553   MERCK & CO                33.720               28,223.64
6/20                   403 35810   MORGAN STANLEY            56.580               22,801.74
6/20                   589 38263   ABBOTT LABORATORIES       42.710               25,156.19
6/20                 3,410 40067   MICROSOFT CORP            22.020               75,088.20
6/20                   992 42494   AMERICAN INTL GROUP INC   59.710               59,232.32
6/20                   465 46751   AMGEN INC                 67.410               31,345.65
6/20                   496 50999   AMERICAN EXPRESS COMPANY  53.290               26,431.84
6/20                   651 52838   PEPSICO INC               58.890               38,337.39
6/20                   310 55201   BOEING CO                 83.480               25,878.80
6/20                 2,821 57095   PFIZER INC                23.470               66,208.87
6/20                 1,798 59361   BANK OF AMERICA           47.620               85,620.76
6/20                 1,271 61352   PROCTER & GAMBLE CO       55.010               69,917.71
6/20                 1,922 63618   CITI GROUP INC            48.570               93,351.54
6/20                   434 65609   SCHLUMBERGER LTD          57.190               24,820.46
6/20                 2,356 67875   CISCO SYSTEMS INC         20.070               47,284.92
6/20                 1,488 69866   AT&T INC                  27.330               40,667.04
```

CONTINUED ON PAGE    3

MDPTPP01693385

```
    TRACY D KAMENSTEIN                                                      6/30/06        3

    273 TANGIER AVENUE
    PALM BEACH        FL 33480                         1-CM596-3-0       REDACTED


6/20                    868 72132  CHEVRON CORP                 58.580                  50,847.44
6/20                  1,736 74120  TIME WARNER INC              17.030                  29,564.08
6/20                    899 76389  DELL INC                     25.090                  22,555.91
6/20                    434 78377  UNITED PARCEL SVC INC        78.210                  33,943.14
                                   CLASS B
6/20                  4,030 80646  GENERAL ELECTRIC CO          34                     137,020.00
6/20                  1,116 82634  VERIZON COMMUNICATIONS       31.900                  35,600.40
6/20                    155 84903  GOLDMAN SACHS GROUP INC     141.310                  21,903.05
6/20                    651 86891  WELLS FARGO & CO NEW         66.640                  43,382.64
6/20                    806 89157  HOME DEPOT INC               37.040                  29,854.24
6/20                    961 91148  WAL-MART STORES INC          47.860                  45,993.46
6/20                  1,085 93414  HEWLETT PACKARD CO           30.610                  33,211.85
6/20                  2,356 95405  EXXON MOBIL CORP             59.100                 139,239.60
6/20                    589 97671  INTERNATIONAL BUSINESS MACHS 77.790                  45,818.31
6/20   900,000              1496   U S TREASURY BILL            99.708    897,372.00
                                   DUE 7/13/2006
                                           7/13/2006
6/20   900,000              5738   U S TREASURY BILL            99.615    896,535.00
                                   DUE 7/20/2006
                                           7/20/2006
6/20     8,629              9980   FIDELITY SPARTAN             1           8,629.00
                                   U S TREASURY MONEY MARKET
6/22                               HOME DEPOT INC               DIV                        120.90
                                   DIV 6/08/06 6/22/06
6/23                               BANK OF AMERICA              DIV                        899.00
                                   DIV 6/02/06 6/23/06

                                   CONTINUED ON PAGE    4
```

```
      TRACY D KAMENSTEIN                                                      6/30/06         4

      273 TANGIER AVENUE
      PALM BEACH          FL 33480                       1-CM596-3-0       REDACTED


6/30                                PEPSICO INC              DIV                       195.30
                                    DIV 6/09/06 6/30/06
6/30                                SPRINT NEXTEL CORP       DIV                        28.68
                                    DIV 5/17/06 6/30/06
6/30                                FIDELITY SPARTAN         DIV                       114.64
                                    U S TREASURY MONEY MARKET
                                    DIV 06/30/06
6/30                    44,320 15241 FIDELITY SPARTAN         1                     44,320.00
                                    U S TREASURY MONEY MARKET
6/30       48,929       22191 FIDELITY SPARTAN              1       48,929.00
                                    U S TREASURY MONEY MARKET

                                    NEW BALANCE                     119,525.94

                                    SECURITY POSITIONS      MKT PRICE
           48,929                   FIDELITY SPARTAN         1
                                    U S TREASURY MONEY MARKET
          925,000                   U S TREASURY BILL       99.846
                                    DUE 7/13/2006
                                              7/13/2006
          975,000                   U S TREASURY BILL       99.761
                                    DUE 7/20/2006
                                              7/20/2006

                                    MARKET VALUE OF SECURITIES
                                          LONG              SHORT
                                    1,945,174.25
```

MDPTPP01693387

```
TRACY D KAMENSTEIN                                          6/30/06      5

273 TANGIER AVENUE
PALM BEACH        FL 33480              1-CM596-3-0    ``REDACTED``


                    YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                  19,698.04
                    GROSS PROCEEDS FROM SALES               9,339,071.53
```

MDPTPP01693388