# EXHIBIT BA

11/13/01     11:58     DAVID R KAMENSTEIN → 2128384061                      NO.032     D01

AMF00250573

**DAVID R. KAMENSTEIN**
**306 CHILEAN AVENUE**
**PALM BEACH, FL. 33480**
**BY FAX**

November 13, 2001

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

This confirms your conversation with Stephen Chaplin. Please take the following
amounts from the following accounts and consolidate them into one wire transfer to First
Union Bank for credit to David and Carol Kamenstein CAP account #REDACTED822. The
ABA routing number is 063000021.

| | | | |
|---|---|---|---|
| Carol and David Kamenstein | Acct # 1-CM247-3-0 | $426,000 | — 5 - 11/14 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $87,000 | 5 - 11/14 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $87,000 | 5 - 11/14 |
| Total | | $600,000 | |

If you have any questions or if we can provide any further assistance, please do not
hesitate to ask Stephen or our bookkeeper, Kathy Foster 561 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Stephen Chaplin