# EXHIBIT C

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

June 14, 2007

Bernard L. Madoff Investments
885 Third Ave
NY, NY  10022

Attn: Jodi Crupi

Dear Jodi,

Enclosed please find 1 check made out to Bernard L. Madoff Investments, for $8,000.

Would you be good enough to deposit it into the account of Sloan Kamenstein account #
1 – CM597 – 3 – 0.

Thank you for your assistance.

Kind regards,


David R. Kamenstein

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

June 11, 2007

Bernard L. Madoff Investments
885 Third Ave
NY, NY  10022

Atttn: Jodi Crupi

Dear Jodi,

Enclosed please find 2 checks made out to Bernard L. Madoff Investments, each for $13,600.

Would you be good enough to deposit one into the account of Carol Kamenstein and # 1-CM914-3, and one into the account of David R. Kamenstein # 1-CM913-3?

Thank you for your assistance.

Kind regards,

David R. Kamenstein

**10-04469_Kamenstein_0000108**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

March 15, 2007

Jodi Crupi
C/O Bernard L. Madoff Company
885 Third Ave
New York, NY  10022

Dear Jodi,

Enclosed please find 2 checks made out to Bernard Madoff Co. for $20,500 each.

Please deposit one of the checks into the account of Carol Kamenstein - account  # 1-CM914-3.

Please deposit one of the checks into the account of David R. Kamenstein - account # 1-CM913-3.

If you have any questions, or if we can provide any further assistance, please do not hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you for your assistance.

Kind regards,


David R. Kamenstein


Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

January 2, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $70,500 |
| Carol Kamenstein | Acct # 1-CM914-3 | $70,500 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $47,500 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $29,500 |
| Total | | $218,000 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

Barbara, when you receive these funds: Put all in the CKDK CAP account. Then deposit all  against loan 26.

Call, if you have any questions.

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

January 2, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $35,700 |
| Carol Kamenstein | Acct # 1-CM914-3 | $35,700 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $23,400 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $13,000 |
| Total | | $107,800 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**10-04469_Kamenstein_0000119**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses and submit to it me January 21.

**10-04469_Kamenstein_0000120**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

February 4, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $53,000 |
| Carol Kamenstein | Acct # 1-CM914-3 | $53,000 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $38,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $22,000 |

Total                                          $166,000

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1.  Barbara, when you receive these funds: Put all in the CKDK CAP account. And
    draw against as you need $ to pay bills. Please keep a list of unusual expenses
    since your last report of January 21 and submit to it me February 23.

**10-04469_Kamenstein_0000124**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

March 2, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $66,400 |
| Carol Kamenstein | Acct # 1-CM914-3 | $66,400 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $56,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $36,000 |
| Total | | $224,800 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

Barbara, when you receive these funds: Put all in the CKDK CAP account. Then deposit all against loan 26. We are holding an invoice from Godfrey Electric for $7,500 against the installation of the generator into Sloan's Warehouse, Inc. When we pay it from Sloan's Warehouse, Inc, please treat it as a loan to Sloan's, Inc. The same will be true when we pay Godfrey the balance of $5,000, after installation is completed and we get their final invoice.

Call, if you have any questions.

**10-04469_Kamenstein_0000126**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

March 3, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $43,000 |
| Carol Kamenstein | Acct # 1-CM914-3 | $43,000 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $28,400 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $16,600 |

Total                                                        $131,000

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**10-04469_Kamenstein_0000127**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of February 28 and submit to it me March 25.

**10-04469_Kamenstein_0000128**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

April 1, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED ' to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $27,300 |
| Carol Kamenstein | Acct # 1-CM914-3 | $27,300 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $17,600 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $ 9,900 |
| Total | | $82,100 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of March 25 and submit to it me April 24.

**10-04469_Kamenstein_0000132**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

May 1, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $42,700 |
| Carol Kamenstein | Acct # 1-CM914-3 | $42,700 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $27,800 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $45,300 |
| Total | | $158,500 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

Barbara, when you receive these funds:

1.  Put all in the CKDK CAP account.

2.  Then deposit $25,000 from Sloan's Madoff transfer into his personal checking account to repay him for the taxes he paid on April 17.

3.  Deposit $5,000 from Sloan's Madoff transfer and $2,500 each from Carol's and David's Madoff transfers into Sloan's Clematis. Show each of these transfers totaling $10,000 as loans to Sloan's Clematis ($5,000 from Sloan/$5,000 from Carol and David). Hold this $10,000 aside and use it **only** to pay invoices we will be receiving from State Pride Roofing that will total, in the end, approximately this $10,000 amount.

4.  Deposit $2,500 from Sloan's Madoff transfer and $1,250 each from Carol's and David's Madoff transfers into Sloan's Warehouse, Inc.. Show each of these transfers totaling $5,000 as loans to Sloan's, Inc. (not Sloan's Warehouse, Inc). ($2,500 from Sloan/$2,500 from Carol and David). Hold this $5,000 aside and use it **only** to pay invoices we will be receiving from Godfrey Electric for the balance due them for the warehouse generator installation that will total, in the end, approximately this $5,000 amount.

5.  The balance of the transfers, $118,500, should be deposited against loan 26.

Call, if you have any questions.

**10-04469_Kamenstein_0000134**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

May 1, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $33,900 |
| Carol Kamenstein | Acct # 1-CM914-3 | $33,900 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $24,800 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $14,400 |

| Total | | $107,000 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of April 22 and submit to it me May 26.

**10-04469_Kamenstein_0000136**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

June 1, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $60,000 |
| Carol Kamenstein | Acct # 1-CM914-3 | $60,000 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $46,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $150,000 |
| Total | | $316,000 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**10-04469_Kamenstein_0000139**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account.

2. Then deposit $15,000 from Sloan's Madoff transfer into Sloan's personal checking account for him to use to pay his June 15 estimated taxes.

3. Deposit another $10,728 in Sloan's personal checking account ($2,970 from each of Carol's and David's transfer and $1,353 from Tracy's transfer to pay Sloan back for money he advanced for our share of NW Mutual and the Florida Public Utilities warehouse gas hook up. Deposit the balance of the $3,435, from Sloan's transfer. This will bring Sloan's checking account up to the same level prior to these 2 payments).

4. $120,000 of Sloan's transfer should be put into Sloan's City Place checking account. This money is ONLY to be used for the Southeast Construction settlement - when it is finalized. DO NOT USE IT FOR ANY OTHER PURPOSE.

5. The balance of the transfers, $170,273 should be deposited against loan 26.

Call, if you have any questions.

**10-04469_Kamenstein_0000140**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

June 2, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $60,700 |
| Carol Kamenstein | Acct # 1-CM914-3 | $60,700 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $48,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $25,000 |
| | | |
| Total | | $194,400 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Take $15,000 from Sloan's transfer and put it into his checking account for taxes which will be due June 15. Put all of the rest of the transfers in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of April 22 and submit to it me June 23.

**10-04469_Kamenstein_0000142**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

August 4, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $33,900 |
| Carol Kamenstein | Acct # 1-CM914-3 | $33,900 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $25,200 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $14,300 |
| Total | | $107,300 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of June 23 and submit to it me August 27.

**10-04469_Kamenstein_0000146**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

July 2, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $32,000 |
| Carol Kamenstein | Acct # 1-CM914-3 | $32,000 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $20,800 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $11,600 |
| Total | | $96,400 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**10-04469_Kamenstein_0000147**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1.  Barbara, when you receive these funds: Put all in the CKDK CAP account.

2.  Then deposit all against loan 26.

**10-04469_Kamenstein_0000148**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

August 1, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $50,000 |
| Carol Kamenstein | Acct # 1-CM914-3 | $50,000 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $36,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $18,000 |
| Total | | $154,000 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1.  Barbara, when you receive these funds: Put all in the CKDK CAP account.

2.  Then deposit all against loan 26.

**10-04469_Kamenstein_0000152**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

August 4, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $33,900 |
| Carol Kamenstein | Acct # 1-CM914-3 | $33,900 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $25,200 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $14,300 |

Total                                              $107,300

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

10-04469_Kamenstein_0000153

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of June 23 and submit to it me August 27.

**10-04469_Kamenstein_0000154**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

September 2, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $48,800 |
| Carol Kamenstein | Acct # 1-CM914-3 | $48,800 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $36,700 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $20,900 |
| | | |
| Total | | $155,200 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1.  Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account, except $15,000 from Sloan's transfer. Please put that amount in his checking account to cover estimated taxes due September 15. Draw against the CAP account as you need $ to pay bills. Please keep a list of unusual expenses since your last report of August 28 and submit to it me September 24.

**10-04469_Kamenstein_0000159**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

September 4, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $61,500 |
| Carol Kamenstein | Acct # 1-CM914-3 | $61,500 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $45,700 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $25,800 |
| Total | | $194,500 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account.

2. Put Sloan's est. taxes_____ into his checking account. Deposit the balance_____against loan 26.

**10-04469_Kamenstein_0000161**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

October 1, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $21,800 |
| Carol Kamenstein | Acct # 1-CM914-3 | $21,800 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $12,600 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $7,100 |
| Total | | $63,300 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account.

2. Then deposit all against loan 26.

**10-04469_Kamenstein_0000163**

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

# BY FAX

November 1, 2007

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $52,900 |
| Carol Kamenstein | Acct # 1-CM914-3 | $52,900 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $39,700 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $22,400 |
| Total | | $167,900 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all in the CKDK CAP account.

2. Then deposit all against loan 26.

**10-04469_Kamenstein_0000167**

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

November 3, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $33,200 |
| Carol Kamenstein | Acct # 1-CM914-3 | $33,200 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $24,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $13,600 |

Total                                                                      $104,000

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

1. Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account. Draw against the CAP account as you need $ to pay bills. Please keep a list of unusual expenses since your last report of October 20 and submit to it me November 24.

**10-04469_Kamenstein_0000169**

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

December 1, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $31,300 |
| Carol Kamenstein | Acct # 1-CM914-3 | $31,300 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $22,200 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $13,300 |
| | | |
| Total | | $98,100 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

### DAVID R. KAMENSTEIN
### 273 TANGIER AVENUE
### PALM BEACH, FLORIDA 33480

1. Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account. Draw against the CAP account as you need $ to pay bills. Please keep a list of unusual expenses since your last report of October 20 and submit to it me December 29.

10-04469_Kamenstein_0000173

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

## BY FAX

October 1, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $20,600 |
| Carol Kamenstein | Acct # 1-CM914-3 | $20.600 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $10,500 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $ 8,300 |
| | | |
| Total | | $60,000 |

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

1. Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account. Draw against the CAP account as you need $ to pay bills. Please keep a list of unusual expenses since your last report of September 25 and submit to it me October 22.

**10-04469_Kamenstein_0000197**

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

December 1, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us.
Please use our Fedex account # REDACTED to pay for this service.

| David Kamenstein | Acct # 1-CM913-3 | $31,300 |
| Carol Kamenstein | Acct # 1-CM914-3 | $31,300 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $22,200  —  1.8mil |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $13,300 |

Total                                          $98,100

If you have any questions, or if we can provide any further assistance, please do not
hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

5-12/2

AMF00267597