# EXHIBIT E

# DAVID R. KAMENSTEIN

CFS  12/27

Phone: 561 030 8223
FAX: 361 888 8224
CELL: 561 301 2310

# *Facsimile*

To: Bernard L. Madoff Attn: Jodi Crupi
@Fax: 212 486 8178
From: David Kamenstein
Date: December 23, 2004
Re: Acct. # 1-CM 247-3-0
Pages: 1, including this cover

Dear Jodi,

For estate planning purposes, my wife and I would like to have our acct.# 1-CM 247-3-0, David R. Kamenstein and Carol Kamenstein J/T WROS, split into 2 equal accounts, one in the name of David R. Kamenstein and one in the name of Carol Kamenstein. We would appreciate it, if this could be done prior to January 1, 2005.

Please advise me that you have received this request.

Best wishes to you for a Merry Xmas and Healthy, Happy New Year.

Very truly yours,

David R. Kamenstein

Carol Kamenstein

**REDACTED**

cc:
Stephen Chaplin
Kathy Foster

OPEN

NEW    DAVID
NEW    CAROL

AMF00250545