# EXHIBIT H

**BERNARD L. MADOFF**

150695

1/05 2004

Pay to the order of: DAVID R KAMENSTEIN & CAROL KAMENSTEIN J/T WROS

$ ***225,000.00

EXACTLY ****225,000DOLLARS00CENTS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-CM247-3

BERNARD L. MADOFF

⑆00150695⑆ ⑈031100267⑈ 630142815⑈ 909⑆ ⑆0022500000⑆

JPMSAF0019840



JPMSAF0019841

BERNARD L. MADOFF

150699

1/05 20 04

TO THE ORDER OF: SLOAN G. KAMENSTEIN

$ ****50,000*00

EXACTLY *****50,000DOLLARS00CENTS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-CM597-3

BERNARD L. MADOFF

⑆00150699⑆ ⑉031100267⑉ 6301428151 504⑈  ⑇000050000000⑇

JPMSAF0019848



JPMSAF0019849



JPMSAF0019846



JPMSAF0019847