# EXHIBIT I

11/13/01   11:58   DAVID R KAMENSTEIN → 2128384061                    NO.032   P01

**DAVID R. KAMENSTEIN**
**306 CHILEAN AVENUE**
**PALM BEACH, FL. 33480**
**BY FAX**

November 13, 2001

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

This confirms your conversation with Stephen Chaplin. Please take the following amounts from the following accounts and consolidate them into one wire transfer to First Union Bank for credit to David and Carol Kamenstein CAP account #REDACTED822. The ABA routing number is 063000021.

| | | |
|---|---|---|
| Carol and David Kamenstein | Acct # 1-CM247-3-0 | $426,000  — S -11/14 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $87,000    S -11/14 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $87,000    S -11/14 |
| Total | | $600,000 |

If you have any questions or if we can provide any further assistance, please do not hesitate to ask Stephen or our bookkeeper, Kathy Foster 561 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Stephen Chaplin

AMF00250573