# EXHIBIT L



BERNARD L. MADOFF

82-26
311            2815-03

181359

1/03  20 07

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                    $ ****47500.00

******FORTY SEVEN THOUSAND FIVE HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 15801                                    BERNARD L. MADOFF
FOR   1-CM596-3                              BY

⑈00181359⑈ ⑆031100267⑆ 6301428151 509⑈   ⑈0004750000⑈

1114257443
010S2007
031000040 FRB-PHILA
ENT=2362 TRC=2363 PK=07



| Posting Date | 2007 Jan 05 |
|---|---|
| Prime Sequence | 11257443 |
| Amount | $47,500.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000181359 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |
| Teller Seq Number | |
| Processing Date | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/13/2009

JPMSAF0052925



| | |
|---|---|
| Posting Date | 2007 Mar 09 |
| Prime Sequence | 10572236 |
| Amount | $56,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000182931 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0054282

Rosa





| Posting Date | 2007 May 04 |
|---|---|
| Prime Sequence | 3512852 |
| Amount | $27,800.00 |
| Bank | 03110026 |
| Account | 6301428151509 |
| Serial Field | 000000185259 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry

2/18/2009

JPMSAF0056523

Rosa

**BERNARD L. MADOFF**

62-28
311          2815-09

185876

6/06  2007

PAY
TO THE
ORDER OF  **TRACY D KARENSTEIN**                    $ ***\*46000.00**

\*\*\*\*\*\*FORTY SIX THOUSAND 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR  **1-CM596-3**

BERNARD L. MADOFF

By

⑈00185876⑈ ⑆031100267⑆ 6301428151 509⑈          ⑈0004600000⑈

0516671758
06082007
031000040 FRB-PHILA
ENT=2169 TRC=2210 PK=30

241  0467  03
06082007
02399021

8170533374

⊲063197S13⊲
WACHOVIA NA SVC36. 17391
ORLANDO FL 06072007 29PK
3239558334

FOR DEPOSIT ONLY
KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

| | |
|---|---|
| Posting Date | 2007 Jun 08 |
| Prime Sequence | 5671758 |
| Amount | $46,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000185876 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

http://bk1iadweb.bankone.net/inquiry/servlet/inquiry                    2/18/2009

JPMSAF0057099

Rosa

BERNARD L. MADOFF

62-28
311       2815-08

186948

7/03  2007

PAY TO THE ORDER OF  TRACY D KAMENSTEIN                      |$ ****20800*00

******TWENTY THOUSAND EIGHT HUNDRED 00/100                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM596-3

BERNARD L. MADOFF

FOR _____                          By _____

⑂0018694⑂⑂ ⑂0311002⑂⑂ 630142⑂15⑂ 509⑂ ⑂000⑂080000⑂

1013491364
07062007
031000040 FRB-PHILA
ENT*4321 TNC=2399 PK=30

FOR DEPOSIT ONLY

244  0527  63
07062007
021999921

0-0631075130
07062007 29PK
877063707                          3031810469

| | | | | |
|---|---|---|---|---|
| Posting Date | 2007 Jul 06 |
| Prime Sequence | 10491364 |
| Amount | $20,800.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000186948 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |

JPMSAF0058132

Rosa

## BERNARD L. MADOFF

62-26
311    2815-06

187992

8/02  20 07

PAY TO THE ORDER OF  TRACY D KAMENSTEIN    $ ****36000.00

******THIRTY SIX THOUSAND 00/100    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR  1-CM596-3    By

*00187992* *031100267* 6301428151 509*    *0003600000*

0316723142
08082007
031000040 FRB-PHILA
ENT=2105 TRC=2105 PK-30

FOR DEPOSIT ONLY

244  3415  03
0008200?
0?190P021

0070100602

▶063107513◀
WACHOVIA NA SM026, 41817
ORLANDO FL 06A72SV 22FR
3236645998

| | |
|---|---|
| Posting Date | 2007 Aug 08 |
| Prime Sequence | 3723142 |
| Amount | $36,000.00 |
| Bank | 03110026 |
| Account: | 6301428151509 |
| Serial Field | 000000187992 |
| Bank No. | 802 |
| item type | P |
| IRD | 0 |
| Cost Center | |
| Teller Number | |

JPMSAF0059110

24-Jan-09                                                                      06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670733926  Posting date 07-SEP-07

BERNARD L. MADOFF                                                    62-26
                                                                    311         2815-08

                                                                    188575

                                                         9/05  20 07

Pay
TO THE    TRACY D KAMENSTEIN                                    $ ****45700.00
ORDER OF

          ******FORTY FIVE THOUSAND SEVEN HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware                          BERNARD L. MADOFF
1201 Market Street
Wilmington, DE 19801
      1-CR596-3
FOR _____               By _____

    ⑈00188575⑈ ⑈031100267⑈ 6301428151 509⑈  ⑆0004570000⑆

0S1S550194
09072007
US1600040 FRB-PHILA
ENT=2120 IRC=2125 PK=30

238   0615  01                    ▶0631075134◀
      09072007                    WACHOVIA NA SY0836 11:07
      47649962                    FOX MADDI FL 07/04/2007 27K

**FOR DEPOSIT ONLY**

24-Jan-09                                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003770531368  Posting date 05-OCT-07

BERNARD L. MADOFF

82-26
311            2815-09

189655

10/02  20 07

PAY TO THE
ORDER OF    TRACY D KAMENSTEIN                                    |$  ****12600*00

******TWELVE THOUSAND SIX HUNDRED 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF
1-CM596-3
FOR                                                By

*00189655*  *031100267*  6301428151 509*        /00012600000/

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

0318014915
500670007
031000040  PRB-PHILA
ENT=2255 TRC=2255 PK=30

238    9611   01
19965067
07/05/962

8370015224

▶0631075134◀
WACHOVIA WA SWX636 39737
ORLANDO FL X04269/ 297X

1730454955

AcctNum: 000006301428151509  Amount: 000000001260000
Xerno: 0000189655 PostDate: 20071005 Sequence: 003770531368
BankNum: 0802 BankSeq: 0001 PicLa4: 00000 ImageSeq: 05
UDK: 080207100050037705331368 BOFD: 000000000 CapSRC: PO
TranCode: 000000 RouteTran: 03110028  DocType: 8
EntryNum: 0811 ItemType: P

JPMSAF0060690

24-Jan-09                                                      06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 003670388750  Posting date 06-NOV-07

BERNARD L. MADOFF

190686

11/02 20 07

PAY TO THE ORDER OF TRACY D KAMENSTEIN                    $ ****39700=00

******THIRTY NINE THOUSAND SEVEN HUNDRED 00/100          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR 1-CM596-3                          BERNARD L. MADOFF

                                       BY

⑈00190686⑈ ⑆031100267⑆ 6301428151 509⑈      ⑈0003970000⑈

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

0316317427
11062007
031000040 FRB-PHILA
ENT=2366 TRC=2358 PK=30

238   0527  41
     11062007
0570373339

▶063107513◀
WACHOVIA NA S/C63A P/121
ORLANDO FL 11062007 27FX

3030124681

AcctNum: 00000630142815l509 Amount: 000000003970000
Memo: 000000190686 PostDate: 20071106 Sequence: 003670388750
BankNum: 0902 AppCode: 0001 Field34: 0000 ImageSeq: 05
UDK: 08020711062007003670388750 UBED: 000000001 CapSRC: FO
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 0527 ItemType: P

24-Jan-09                                                                  06Jan09-1158

### THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
### GROUP ID G06Jan09-1158
Sequence number 003570810510  Posting date 07-JAN-08

BERNARD L. MADOFF

62-26
311        2815-09

192515

1/03  20 09

PAY
TO THE
ORDER OF   TRACY D KAMENSTEIN                          |$| ****23400.00

******TWENTY THREE THOUSAND FOUR HUNDRED 00/100                  DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                   BERNARD L. MADOFF
      1-CM596-3
FOR ____                                       By ____

⑈00192515⑈ ⑆031100267⑆ 630142815⑈ 509⑈      ⑈000234000⑈

0616191128
01072008
031000040 FRB-PHILA
ENT=2263 TRC=2266 PK=30

238  36⑉  01
⑈W/2008
⑈/6999⑉2
8370051800

▶0631075134
WACHOVIA NA SVC936  185ST
ORLANDO FL 01042008 ZIPA
3232577848

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY
DO NOT WRITE/SIGN/STAMP BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

AcctNum: 000006301428151509 Amount: 000000002340000
Serial: 000192515 PostDate: 20080107 Sequence: 003570810510
BankNum: 0042 AccType: 0001 Field4: 0000 ImageStat: 05
TDX: 080208010603570810510 BOFD: 000000000 CapSBC: PO
TranCode: 000000 RouteTran: 03116026   DocType: 8
EntryNum: 3452 ItemType: P

JPMSAF0063486

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 003770205291  Posting date 11-FEB-08

BERNARD L. MADOFF

62-26
311     2815-09

193735

2/07  20 08

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                          $ ****38000*00

******THIRTY EIGHT THOUSAND 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                      BERNARD L. MADOFF
1-CM596-3
FOR                                               BY

⑈00193735⑈ ⑈031100267⑈ 6301428151 509⑈      ⑈0003800000⑈

0215103960
02112008
031000040 FRB-PHILA
ENT=(24) TRC=2250 PK=30

29  #22  01
02152008
BKNNYNYAZ

787016968S

►06310⑈513◄
WACHOVIA NA 04036 22757
ORLANDO FL 0002044 2FK

4632475192

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION
FOR DEPOSIT ONLY

AcctNum: 000006301428151509  Amount: 000000003800000
Serno: 000193735 PostDate: 20080211 Sequence: 003770205291
BankNum: 0002  RtKey: 61e144  ImageSeq: N6
UDK: 0800208216539976205291 BOFD: 000000000 CapSR: RO
TranCode: 000000 RouteTran: 03110026  DocType: 8
EntryNum: 0682 ItemType: P

JPMSAF0064657

24-Jan-09 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006510161048 Posting date 07-MAR-08**

*031000011*
03/05/2008
036001735210691

This is a LEGAL COPY of your check. You can use it the same way you would use the original check.

Document Seq #
030523460724006356
KNDNTPOL
03/06/08

E031200730 03/05/2008
036001735210691

BERNARD L. MADOFF

194164

3/04 2008

PAY TO THE ORDER OF TRACY D KAMENSTEIN $ **28400.00

*****TWENTY EIGHT THOUSAND FOUR HUNDRED 00/100 DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM596-3

⑈00194164⑈ ⑆031100267⑆ 630142815 1509⑈ ⑈0002840000⑈

⑈00194164⑈ ⑆031100267⑆630142815 1509⑈ ⑈0002840000⑈

Do not endorse or write below this line

AcctNum: 000006301428151509 Amount: 000000002840000
SerNo: 000000194164 PostDate: 20080307 Sequence: 006510161048
BankNum: 0802 AppCode: 0001 Field4: 0000 ImageStat: 05
UDK: 080203030706510161048 BOFD: 000000000 CapSrc: PY
TranCode: 000000 RouteTran: 03110026 DocType: 8
EntryNum: 1895 ItemType: P



24-Jan-09                                                              06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 004910499198  Posting date 07-APR-08

BERNARD L. MADOFF

52-26
311      2815-09

195248

4/03  20 08

PAY
TO THE
ORDER OF   TRACY D KAMENSTEIN                          |S| ***17600*00

******SEVENTEEN THOUSAND SIX HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                              BERNARD L. MADOFF
Wilmington, DE 19801
FOR  1-CM596-3                           By

⑈00195248⑈ ⑈031100267⑈ 6301428151 509⑈ ⑈0001760000⑈

**KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION**

**FOR DEPOSIT ONLY**

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

AccENum: 000U65381428151509 Amount: 000U0000017600UG
ASITD: 000U0195248 2000U407 2004910499198
BankNum: 00802 ABCC036 D0001 FieldA: 000UTraqoScta1: PT
HDR: U002003042 4004910499198 000U0 00000000T CLASSC: PT
TraeCode: 000U00 Routentran: 031I0026  DocType: 8
EntryNum: 5524 ItemType: 8

JPMSAF0066108

24-Jan-09                                                              06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 002410587892  Posting date 08-MAY-08

BERNARD L. MADOFF

52-26
311          2815-09

196336

.5/06  20 08

PAY TO THE ORDER OF  TRACY D KAMENSTEIN                    $ ****24800*00

******TWENTY FOUR THOUSAND EIGHT HUNDRED 00/100                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                   BERNARD L. MADOFF
FOR  1-CM596-3                                    By

⑆00196336⑆ ⑉031100267⑉ 630142815⑈ 509⑆          ⑈000 2480000⑆

FOR DEPOSIT ONLY

►0631107513◄
HACIENDA NA SVC036 32071
ORLANDO FL 05072008 12FX
3236053334

AcctNum: 000006301428151509 Amount: 000000002480000
BatchNum: 0802 BankNum: 0901 BlkNum: 000 TransSeq#: 002410587892
BDR: 00020800 Check#: 000196336 CheckSeq#: 09
TranCode: 000000 RouteTran#: 05110026 CaptSrc: PI
EntryNum: 2268 ItemType: P  DocType: 8

JPMSAF0067180

24-Jan-09                                                                    06Jan09-1158

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006510838257  Posting date 05-JUN-08

BERNARD L. MADOFF

62-26
311          2815-09

196877

6/03   20 08

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                    $ ****48000*00

******FORTY EIGHT THOUSAND 00/100                          DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19901                              BERNARD L. MADOFF
FOR   1-CM596-3                                   By

⑈00196877⑈ ⑆031100267⑆ 630142B151 509⑈          ⑈0004800000⑈

2551

6 3 4 5

▶063107513◀
WACHOVIA NB 55xxx 4761
ORLANDO FL WAC298 92X
3231812357

AcctNum: 000008301428151109 Amount: 000000004800000
SeqNum: 006510838257 PostDate: 20080605 BankNum: 0000710838257
JulianDate: 20080605 Seq: 0001 PrcDt: 20080605 CaptSrc: P1
HMS: 0000208028 CkSeq: 006510838257 BOFD: 000000000000 CashBC: 00
EntryNum: 1200 ItemType: I BatchSeq: 03110026   DocType: G

JPMSAF0067708

24-Jan-09                                                                 06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 006510236115  Posting date 07-JUL-08

BERNARD L. MADOFF

62-26
311        2815-09

197972

7/02 2008

PAY
TO THE
ORDER OF  TRACY D KAMENSTEIN                              $ ****14200.00

******FOURTEEN THOUSAND TWO HUNDRED 00/100                    DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                                    BERNARD L. MADOFF
FOR  1-CM596-3                              By

⑈00197972⑈ ⑆031100267⑆ 630142B151 509⑈        ⑈000142 0000⑈

●063107513●
WACHOVIA NA 00000 35251
ORLANDO FL WN32000 12FK
3236753476

AcctNum: 000009831182311109 Amount: 0000000001420000
AcctID: 000812722 PostDate: 20080707 Sequence: 006510236115
MRDC: 08092080 700650236115 RgnC 040 MadeSrc: 32
WRefCode: 00000 RouteTran: 03110026    DocType: B    31
EntryNum: 7200 ItemType: P

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 006780990257  Posting date 07-AUG-08**

BERNARD L. MADOFF

62-26
311        2815-09

198969

8/05    20 08

PAY
TO THE
ORDER OF   TRACY D KAMENSTEIN                          $ ****25200*00

******TWENTY FIVE THOUSAND TWO HUNDRED 00/100        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street                                    BERNARD L. MADOFF
Wilmington, DE 19801
FOR   1-CM596-3                                By

⑈00198969⑈ ⑉031100267⑈ 630142815l 509⑈        ⑈000252000⑈

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

FOR

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
Sequence number 007880128922  Posting date 09-SEP-08

BERNARD L. MADOFF

62-26
311          2815-09

199451

9/05  20 08

PAY TO THE ORDER OF    TRACY D KAMENSTEIN                    |$ ****36700.00

******THIRTY SIX THOUSAND SEVEN HUNDRED 00/100                DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                          BERNARD L. MADOFF

FOR    1-CM596-3                        By

⑈00199451⑈ ⑆031100267⑆ 630142B151 509⑈    /0003670000/

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 004980014389  Posting date 06-OCT-08

BERNARD L. MADOFF

52-26
311      2815-09

200530

10/02 20 08

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                          $ ***10500.00

******TEN THOUSAND FIVE HUNDRED 00/100                        DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801                               BERNARD L. MADOFF
FOR   1-CM596-3                            By

⑆00200530⑆ ⑇031100267⑇ 630142B151 509⑈  ⑆000I0500000⑆

KNOW YOUR ENDORSER · REQUIRE INDEMNIFICATION

⑆0631075134
WACHOVIA NA SW0936 400ST
ORLANDO FL 10032068 32PX

3231768429

JPMSAF0071213

24-Jan-09                                                                06Jan09-1158

**THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION**
**GROUP ID G06Jan09-1158**
**Sequence number 005280908202  Posting date 06-NOV-08**

BERNARD L. MADOFF

62-26
311          2815-09

201608

11/04  2008

PAY
TO THE
ORDER OF  TRACY D KAMENSTEIN                               |$ ****24000=00

******TWENTY FOUR THOUSAND 00/100                      DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
1-CM596-3

BERNARD L. MADOFF

FOR _____          By _____

⑆00201608⑆ ⑆031100267⑆ 630142815 509⑆ /000 2400000/

4646

35846

►06310►75134
WACHOVIA NA NOV06 196T
ORLANDO FL NOV2008 12PX

3236954006

DO NOT WRITE/STAMP/SIGN BELOW THIS LINE
DEPOSITORY BANK ENDORSEMENT

FOR DEPOSIT ONLY

KNOW YOUR ENDORSER - REQUIRE IDENTIFICATION

AcctNum: 000H0630142815l509  Amount: 000000002400000
Batch: 000802  ApcPostDt:001  Field1: 005280908202
Bnk: CM02081108  Seq:005280908202  ImageSeq: 04
TranCode: 000000 RouteTran: 03110026  Debatch: PV
EntryNum: 5400 ItemType: 8  DocType: 8

JPMSAF0072251

THIS ITEM IS PART OF A LEGAL STATEMENT RECONSTRUCTION
GROUP ID G06Jan09-1158
Sequence number 006680255321  Posting date 05-DEC-08

**BERNARD L. MADOFF**

82-26 / 311   2815-09

202071

12/02   20 08

PAY TO THE ORDER OF   TRACY D KAMENSTEIN                          $ ****22200=00

******TWENTY TWO THOUSAND TWO HUNDRED 00/100   DOLLARS

BERNARD L MADOFF

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801
FOR   1-CM596-3                    By

⑈0020207⑈⑉ ⑈031100267⑈ 6301428151 509⑈   ⑉0002220000⑉

KNOW YOUR ENDORSER • REQUIRE IDENTIFICATION

2450

AcctNum: 000008301428151509  Amount: 000000022200000
BankNum: 0802  Seq: 0068082-5001  Serial: 0001  RteId: 0000
TranCode: 000000  RouteTran: 03110026  DocType: 0
EntryNum: 5440  ItemType: P