**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>  v.<br><br>CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant, DAVID R. KAMENSTEIN, individually and in his capacity as joint tenant, SLOAN G. KAMENSTEIN, and TRACY D. KAMENSTEIN,<br><br>    Defendants. | Adv. Pro. No. 10-04469 (CGM) |

## NOTICE OF HEARING

  **PLEASE TAKE NOTICE** that on November 25, 2020, Defendants Carol L. Kamenstein, David R. Kamenstein, Sloan G. Kamenstein, and Tracy D. Kamenstein, by and through their counsel, Chaitman LLP, filed a motion for summary judgment (the "Motion") in this Adversary

{00045617 2 }

Proceeding. The Motion will be heard telephonically before the Honorable Cecelia G. Morris, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York on January 27, 2021 at 10:00 a.m. Eastern Time (the "Hearing"), or as soon thereafter as counsel may be heard.

**PLEASE TAKE FURTHER NOTICE** that pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations under the Exigent Circumstance Created by COVID-19,* dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Morris's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than 12:00 p.m. Eastern Time one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at https://www.nysb.uscourts.gov/sites/default/files/m543.pdf. *Pro se* parties may participate telephonically in hearings free of charge.

Dated:  November 25, 2020
        New York, New York

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
     Helen Davis Chaitman
     hchaitman@chaitmanllp.com
     465 Park Avenue
     New York, New York 10022
     Phone & Fax: 888-759-1114

     *Attorneys for Defendants*

{00045617 2 }