UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE ASSOCIATES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04362 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE REALTY, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04400 (SMB) |

**PROPOSED ORDER GRANTING DEFENDANTS' MOTION TO WITHDRAW THE REFERENCE PURSUANT TO 28 U.S.C. § 157(D) AND FED. R. BANKR. P. 5011**

**THIS MATTER** having come before the Court on the request of McDermott Will & Emery LLP, counsel for Defendants Sage Associates, Sage Realty, Malcolm H. Sage, Martin A.

1

Sage, and Ann M. Sage Passer ("Defendants"), with respect to the Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure; and the Court having reviewed all pleadings and other papers filed and submitted in connection with the motion; and good and sufficient cause appearing therefor;

**IT IS HEREBY ORDERED THAT:**

1.Defendants' motion to withdraw the reference pursuant to 28 U.S.C. § 157(d) and Rule 5011 of the Federal Rules of Bankruptcy Procedure is **GRANTED**; and

2.The above-captioned adversary proceedings are withdrawn from the Bankruptcy Court in its entirety.

New York, New York
Dated:

_____
Hon.
United States District Judge

DM_US 173933463-1.100255.0011