UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE ASSOCIATES, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04362 (SMB) |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>SAGE REALTY, *et al.*,<br><br>Defendants. | Adv. Pro. No. 10-04400 (SMB) |

**DECLARATION OF ANDREW B. KRATENSTEIN IN SUPPORT OF DEFENDANTS'
<u>MOTION TO WITHDRAW THE REFERENCE</u>**

ANDREW B. KRATENSTEIN, pursuant to 28 U.S.C. § 1746, declares as follows:

1. I am a partner of the firm of McDermott Will & Emery LLP, attorneys for defendants Defendants Sage Associates, Sage Realty, Malcolm H. Sage, Martin A. Sage, and Ann M. Sage Passer (collectively, "Defendants") in the above-captioned matters. I am familiar with the facts of this case and submit this declaration in support of Defendants motion to withdraw the reference.

2. Attached hereto as Exhibit A is a true and complete copy the Amended Complaint in *Picard v. Sage Associates, et al.*, Adv. Pro. No. 10-04362 (SMB).

3. Attached hereto as Exhibit B is a true and complete copy the Amended Complaint in *Picard v. Sage Realty, et al.*, Adv. Pro. No. 10-04400 (SMB).

4. Attached hereto as Exhibit C is a true and complete copy of Judge Stuart M. Bernstein's Order Granting in Part and Denying in Part Defendants' Motions to Dismiss, dated July 16, 2015.

5. Attached hereto as Exhibit D is a true and complete copy of Defendants' Answer in *Picard v. Sage Associates, et al.*, Adv. Pro. No. 10-04362 (SMB).

6. Attached hereto as Exhibit E is a true and complete copy Defendants' Answer in *Picard v. Sage Realty, et al.*, Adv. Pro. No. 10-04400 (SMB).

7. Attached hereto as Exhibit F is a true and complete copy of a press release dated August 21, 2020, entitled "Distinguished United States Bankruptcy Judge to Retire From Southern District Bench".

Dated: November 30, 2020
      New York, New York

                                                /s/*Andrew B. Kratenstein*
                                                Andrew B. Kratenstein