**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 1, 2020 AT 10:00 A.M.**

**CONTESTED MATTERS**

1. **10-04752; Picard v. Kuntzman Family LLC, et al.**

    A. Notice of Presentment of an Order Granting Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 10/28/2020) [ECF No. 94]

B.   Declaration of Helen Davis Chaitman in Support of Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 10/28/2020) [ECF No. 94-2]

**Objections Due**:   November 11, 2020

**Objections Filed**:

C.   Trustee's Objection to Chaitman LLP's Application to Withdraw as Counsel and Cross-Motion to Strike Defendants' Answer filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 11/11/2020) [ECF No. 95]

D.   Declaration of Nicholas J. Cremona in Support of Trustee's Objection to Chaitman LLP's Application to Withdraw as Counsel and Cross-Motion to Strike Defendants' Answer filed by Nicholas Cremona on behalf of Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff (Filed: 11/11/2020) [ECF No. 96]

**Related Documents**:

E.   Letter re Trustee's Objection to Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Judith Gattegno, Jacqueline D. Green, Wayne D. Green, Irrevocable Trust FBO Ethan Siegel, in its Capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Kuntzman Family LLC. (Filed: 11/12/2020) [ECF No. 98]

F.   Notice of Hearing filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 11/16/2020) [ECF No. 99]

**Status:**     This matter is going forward.

| | |
|---|---|
| Dated:  November 30, 2020<br>New York, New York | Respectfully submitted,<br><br> /s/ Nicholas J. Cremona<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email:  dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |