**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

**NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM**

Barbara Kotlikoff Harman (the "Claimant"), having filed an objection (Docket No. 2443) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #001418, hereby gives notice that she withdraws her respective objection.

Dated: December 1, 2020

CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimant*