| | |
|---|---|
| **CHAITMAN LLP**<br>Helen Davis Chaitman<br>hchaitman@chaitmanllp.com<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114<br><br>*Attorneys for Defendants* | **Presentment Date: December 16, 2020 10:00 AM**<br>**Objection Date: December 9, 2020** |

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of | Adv. Pro. No. 10-04752 (SMB) |

{00045652 1 }

the Kuntzman Family L.L.C., and IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C.,

                  Defendants.

## DECLARATION OF JUDITH D. GATTEGNO

I, JUDITH D. GATTEGNO, declare pursuant to 28 U.S.C. § 1746, under penalty of perjury under the laws of the United States of America, that the following is true and correct:

1. I submit this declaration in support of the motion of Chaitman LLP to be relieved as counsel for the Kuntzman Family, LLC (the "LLC").

2. The LLC was formed on May 5, 2005 pursuant to an Operating Agreement which expressly provides that the business and affairs of the LLC will be managed by Wayne D. Green and Jacqueline S. Green as co-Managers and that, if one of them can't serve, the other will serve.

3. Throughout its operations, the LLC was managed by Wayne and his wife, Jacqueline, who is my sister.

4. I have never been involved in the operations of the LLC. Nor have I ever been a signatory of any LLC bank account.

Dated: December 1, 2020

                                                          */s/ Judith D. Gattegno*
                                                          Judith D. Gattegno