**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**Hearing Date: December 16, 2020**
**Hearing Time: 10:00 a.m. (ET)**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>   v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>   v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family L.L.C.; and | Adv. Pro. No. 10-04752 (SMB) |

| |
|---|
| IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C., |
|                          Defendants. |

## NOTICE

**PLEASE TAKE NOTICE** that on October 28, 2020, Chaitman LLP attorney of record for Defendants KUNTZMAN FAMILY L.L.C.; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; and WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C., (the "Kuntzman Green Defendants") in the above Adversary Proceeding, filed an application (the "Application") to withdraw as counsel for the Kuntzman Green Defendants. The Application was heard telephonically before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge for the United States Bankruptcy Court, Southern District of New York on December 1, 2020 at 10:00 a.m. Eastern Time (the "Hearing").

**PLEASE TAKE FURTHER NOTICE** pursuant to Judge M. Bernstein's instructions at the Hearing a second hearing will be held on December 16, 2020 at 10:00 a.m. Eastern Time (the "Second Hearing").

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations under the Exigent Circumstance Created by COVID-19,* dated March 20, 2020, all hearing will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Bernstein's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than 12:00 p.m. Eastern Time one business day before the Hearing. Further instructions regarding

telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/nes/genera-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. *Pro se* parties may participate telephonically in hearings free of charge.

| | |
|---|---|
| Dated: December 2, 2020<br>New York, New York | **CHAITMAN LLP**<br><br>By: */s/ Helen Davis Chaitman*<br>Helen Davis Chaitman<br>hchaitman@chaitmanllp.com<br>465 Park Avenue<br>New York, New York 10022<br>Phone & Fax: 888-759-1114<br><br>*Attorneys for Defendants* |