**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**Presentment Date: December 16, 2020 10:00 AM**
**Objection Date: December 9, 2020**

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>　　　　　　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>　　　　　　　　　Plaintiff,<br><br>　　v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of | Adv. Pro. No. 10-04752 (SMB) |

{00045445 2 }

the Kuntzman Family L.L.C.; and
IRREVOCABLE TRUST FBO ETHAN
SIEGEL, in its capacity as a Member of the
Kuntzman Family L.L.C.,

       Defendants.

## CERTIFICATE OF SERVICE

  I, Helen Davis Chaitman, hereby certify that on December 2, 2020 I caused a true and correct copy of the following documents:

- Notice of Presentment of an Order Granting Application to Withdraw as Counsel;
- Declaration of Helen Davis Chaitman in Support;
- Declaration of Judith D. Gattegno;
- Proposed Order; and
- Notice of Hearing,

to be filed electronically with the Court and served upon the parties in this action who receive electronic service through CM/ECF, and served as indicated below:

  By electronic mail and Federal Express Standard Overnight:

  Judith D. Gattegno
  6583 Bayhill Terrance
  Boynton Beach, Florida 33437

  Email: judygatteg@aol.com

  Kuntzman Family L.L.C.
  Jacqueline D. Green
  Wayne D. Green
  Hunters Run
  29C Westgate Lane
  Boynton Beach, Florida 33436

  Email: wayne@wdgassociates.com

<u>By electronic mail upon:</u>

David J. Sheehan, Esq. dsheehan@bakerlaw.com
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   December 2, 2020             */s/ Helen Davis Chaitman*
          New York, New York