**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| E Marshall Comora | 000367 | 561 | Pro Se Filing | E Marshall Comora | 1C1255 |
| NTC & CO. FBO Edwin J Cline | 010187 | 846 | Phillips Nizer LLP | Millennium Trust Company, LLC FBO Edwin J Cline (98579) | 1ZR168 |
| NTC & CO. FBO Maria Barone | 013181 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Maria Barone (21432) | 1ZW049 |
| NTC & CO. FBO Vincenzo Barone | 013180 | 929 | Pro Se Filing | Millennium Trust Company, LLC FBO Vincenzo Barone  (21431) | 1ZR132 |
| Vincent A Barone Partnership | 001164 | 929 | Pro Se Filing | Vincent A Barone Partnership | 1ZB438 |

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & CO. FBO Ellen Bernfeld | 002194 | 845 | Phillips Nizer LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 |
| NTC & CO. FBO Ellen Bernfeld | 002194 | 2324 | Becker & Poliakoff, LLP | NTC & CO. FBO Ellen Bernfeld (112796) | 1B0221 |
| Steven C. Schupak | 002977 | 3503 | Becker & Poliakoff, LLP | NTC & CO. FBO Steven C Schupak (096898) | 1ZR332 |