**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>            Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| **IRVING L. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>            Plaintiff,<br>    - against –<br>**HSBC BANK PLC, et. al.**<br>            Defendants. | Adv. Pro. No. 09-01364 (SMB) |

**CERTIFICATE OF SERVICE**

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010.  On November 30, 2020, I caused to be served via electronic mail and/or ECF a true and correct copy of the following motions along with all accompanying documents upon those parties listed in Exhibit A annexed hereto:

   a.   Motion for the issuance of a Letter of Request for International Judicial Assistance to Bundesministerium für Verfassung, Reformen Dereguilierung und Justiz of the Republic of Austria for the examination of Austrian resident, Anton Koller.

2. I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

Dated: November 30, 2020

_____
Todd E. Duffy

**Exhibit A**

Oren Warshavsky, Esq.
owarshavsky@bakerlaw.com
Geoffrey A. North, Esq.
gnorth@bakerlaw.com
Baker Hostetler LLP
Counsel to the Trustee

Frank Velie
Jonathan Kortmansky
BraunHagey & Borden LLP
7 Times Square
27th Floor
New York, NY 10036
kortmansky@braunhagey.com
velie@braunhagey.com
Attorneys For: BA Worldwide Fund Management Ltd

Joseph M. Kay
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: jkay@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A.