# EXHIBIT B

| | |
|---|---|
| **From:** | Finn, Andrew J. <Finna@sullcrom.com> |
| **Sent:** | Friday, November 20, 2020 12:09 PM |
| **To:** | Long, Thomas |
| **Cc:** | Forman, Jonathan A.; Beckerlegge, Robertson D.; McGimsey, Diane L.; Makar, Mark A.; Brechbill, Nicholas J. |
| **Subject:** | RE: Picard v. Standard Chartered Request for Rule 26(f) Conference |

[External Email: Use caution when clicking on links or opening attachments.]

Tom,

Thank you for your letter.  As we discussed and as set forth in our motion filed last week, we do not believe that moving forward with a Rule 26(f) conference is appropriate at this time.

Regards,
Andrew

Andrew J. Finn | Sullivan & Cromwell LLP
125 Broad Street, New York, New York  10004
☎(212) 558-4081 | 🖷 (212) 291-9468
✉ finna@sullcrom.com | http://www.sullcrom.com/

---

**From:** Long, Thomas <TLong@bakerlaw.com>
**Sent:** Friday, November 06, 2020 3:44 PM
**To:** Finn, Andrew J. <Finna@sullcrom.com>
**Cc:** Forman, Jonathan A. <jforman@bakerlaw.com>; Beckerlegge, Robertson D. <rbeckerlegge@bakerlaw.com>
**Subject:** [EXTERNAL] Picard v. Standard Chartered Request for Rule 26(f) Conference

Andrew,

Attached please a letter in which the Trustee requests a Rule 26(f) conference in the Picard v. Standard Chartered matter. In view of the briefing schedule on the Motion to Stay we wanted to get this to you prior to the filing of your motion. In addition, as noted in the letter, we are prepared to meet with you on the Trustee's request the week following the filing of your motion.


Very truly yours,

Tom


**Tom Long**

**BakerHostetler**
200 Civic Center Drive | Suite 1200
Columbus, OH 43215-4138
T +1.614.462.2626
M +1.614.580.0941

1

tlong@bakerlaw.com
bakerlaw.com [bakerlaw.com]



[bakerlaw.com]  [bakerlaw.com]

---

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.

---

**This is an external message from:** prvs=557901c3ef=tlong@bakerlaw.com **

---

This e-mail is sent by a law firm and contains information that may be privileged and confidential. If you are not the intended recipient, please delete the e-mail and notify us immediately.