# EXHIBIT C

                                                                    Page 1

1    UNITED STATES BANKRUPTCY COURT
2    SOUTHERN DISTRICT OF NEW YORK
3
4    - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
5    In the Matter of:
6
7    SECURITIES INVESTMENTS,        Case No. 08-1789(SMB)
8
9            Debtor.
10   - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x
11
12                    U.S. Bankruptcy Court
13                    One Bowling Green
14                    New York, New York
15
16
17                    February 14, 2014
18                    11:01 AM
19
20
21
22
23   B E F O R E :
24   HON STUART M. BERNSTEIN
25   U.S. BANKRUPTCY JUDGE

Page 2

1  Hearing re:  Conference Re:  Request for Consolidated
2  Briefing in Madoff (08-1789) in connection with Dkt. Nos.
3  5641, 5644, and 5648.
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25  Transcribed by:  Dawn South

1    have with -- yes, sir.

2            MR. KIRBY:  Just one quick point.

3            On the issue of discovery we think it is a much

4    broader issue that we need to coordinate on than the issue

5    identified by Mr. Sheehan.

6            THE COURT:  All right.  Let me deal with the

7    motions and the consolidated motions.

8            I mean in principal I don't disagree with you,

9    Ms. Neville, but the problem is I have 1,000 cases that have

10   to be tried and maybe another 1,000 claims objections, or

11   whatever the number is, that have to be resolved, and what

12   you're really suggesting and what caught my ear is when you

13   said don't try the case, it's scheduled for trial, is then

14   all these proceedings can't move any faster than the slowest

15   case.  So if somebody calls up and they say, oh, I can't be

16   in town I need an extension, I have to -- I'm going away on

17   a vacation with my kids that slows everything up.

18           If you can come up with a proposal which makes

19   sense I'll certainly hear it, but right now I have a pending

20   motion to dismiss, it's been out there for a while,

21   apparently you found out about it because I suspect that

22   what was contributed to writing the letter that I got and my

23   intention is to decide that motion.  It doesn't stop people

24   from making other motions and raising arguments that I

25   haven't considered.

```
 1              If I decide it one way based on a certain argument
 2    and you make the same argument it's probably going to be
 3    decided the same way, but I don't know of any better way to
 4    deal with and start to try these 1,000 cases.
 5              MS. NEVILLE:  Well, Your Honor, I think there are
 6    two different things --
 7              THE COURT:  I mean the bottom line is I'm not
 8    going stay anything.
 9              MS. NEVILLE:  There are two different things here.
10    One is the consolidated briefing and the other is the things
11    -- the cases moving to trial.
12              In the consolidated briefing if you gave us two
13    more weeks we would intervene and Ms. Chaitman --
14              THE COURT:  You haven't even told me what issues
15    you want to brief.
16              MS. NEVILLE:  -- or put our motions on the
17    calendar, because we've got -- our motions have been pending
18    since last March.  So that we at least can move in lock stop
19    with Ms. Chaitman.  That isn't stopping the trial, that is
20    just moving 10 or more issues together with almost 200
21    cases.
22              THE COURT:  Uh-huh.
23              MS. NEVILLE:  So that's one thing I would ask Your
24    Honor.
25              I can't really speak to the trial issues since
```