# EXHIBIT E

```
15jQanwC
```

1  UNITED STATES DISTRICT COURT
   SOUTHERN DISTRICT OF NEW YORK
2  ------------------------------x
3  PASHA ANWAR,
4             Plaintiff,
5        v.                            09 CV 118 (THK)
6  FAIRFIELD GREENWICH LIMITED,
7             Defendant.
8  ------------------------------x
                                       New York, N.Y.
9                                      May 19, 2011
                                       3:00 p.m.
10
   Before:
11
                   HON. THEODORE H. KATZ,
12
                                       Magistrate Judge
13
                   TELEPHONIC APPEARANCES
14
   THE BRODSKY LAW FIRM
15      Attorney for Maridome Ltd, Caribetrans, S.A. & Abbott Cap,
   Inc. Plaintiffs
16 RICHARD E. BRODSKY

17

   RIVERO, MESTRE & CASTRO
18      Attorneys for Headway Investment Corp. and on behalf of
   Standard Chartered Plaintiffs
19 JORGE A. MESTRE

20 AGUIRRE, MORRIS & SEVERSON, LLP
        Attorneys for Maria Adriby Valladolid Plaintiff
21 MARIA C. SEVERSON

22 SULLIVAN & CROMWELL, LLP
        Attorneys for Standard Chartered Defendants
23 DIANE L. McGIMSEY
   SHARON L. NELLES
24

25

              SOUTHERN DISTRICT REPORTERS, P.C.
                       (212) 805-0300

|   |   |
|---|---|
| 1 | whatever effort is required, and it's certainly not going to be |
| 2 | akin to that which is necessary to search 500 email accounts, |
| 3 | to turn over documents.  As an officer of the Court, I can't |
| 4 | get started with planning this litigation until I see those |
| 5 | documents, and we have been waiting for months for them. |
| 6 | MS. McGIMSEY:  Your Honor, any suggestion that we are |
| 7 | sitting on documents is simply incorrect.  I think maybe we can |
| 8 | resolve this issue right now because I think I made the |
| 9 | representation earlier in this call, and will make it again. |
| 10 | To the extent that we have hard copied documents that the |
| 11 | plaintiffs are not going to seek a duplicate production of |
| 12 | because they only exist in hard copy, we are endeavoring to |
| 13 | produce those as soon as we can. |
| 14 | I will give you a concrete example of some of the |
| 15 | issues that exist.  The minutes that I referred to earlier, |
| 16 | when we finished our meet and confers with the plaintiffs, we |
| 17 | went about to see if we could produce those minutes, which I |
| 18 | had informed Mr. Brodsky of course the meeting minutes exist |
| 19 | only in hard copy, we went about to see if we could produce |
| 20 | those immediately.  In the course of our review, we discovered |
| 21 | that the minutes were incomplete.  They didn't contain their |
| 22 | attachments.  So we have had to go to our offices abroad and |
| 23 | have them copied and have them sent here so that we can produce |
| 24 | them immediately. |
| 25 | We are not simply setting on the sets of minutes and |

SOUTHERN DISTRICT REPORTERS, P.C.
(212) 805-0300