**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

Edward A. Zraick, Jr., Nancy Zraick, Patricia Zraick DeLuca, and Karen M. Rich (the "Claimants"), having filed two objections (the "Objections," ECF Nos. 2355 and 2445) to the Trustee's Notice of Determination of Claims with respect to Claimants' customer claims (Nos. 002107 and 002108), hereby give notice that they withdraw such Objections.

Dated: December 4, 2020

                                              */s/ Robert A. Rich*
                                              Peter S. Partee, Sr.
                                              Robert A. Rich
                                              Sherli M. Furst
                                              200 Park Avenue
                                              New York, New York 10166
                                              (212) 309-1000
                                              Email: rrich2@huntonak.com

*Counsel for Defendants Edward A. Zraick, Jr., Nancy Zraick, Patricia DeLuca, and Karen M. Rich*