**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

Jeffrey and Keith Schaffer (the "Claimants"), having filed an objection (Docket No. 2075) to the Trustee's Notices of Determination of Claim respecting Claimants' customer claim numbers 011602, 10040, 011601, 100397, 010700, and 100192, hereby give notice that they withdraw their respective objection.

Dated: December 8, 2020

CHAITMAN LLP

*/s/ Helen Davis Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimants*