**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

Jeffrey and Donna Schaffer (the "<u>Claimants</u>"), having filed an objection (Docket No. 1027) to the Trustee's Notice of Determination of Claim and a revised objection (Docket No. 2138) to Trustee's Revised Notice of Determination of Claim respecting Claimants' customer claim numbers 011733, 100401, 011600, and 100398, hereby give notice that they withdraw their respective objection.

Dated: December 8, 2020                          CHAITMAN LLP

                                                               */s/ Helen Davis Chaitman*
                                                                Helen Chaitman
                                                                465 Park Avenue
                                                                New York, NY 10022
                                                                Tel. No. 888-759-1114

                                                                *Attorney for Claimants*