**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

# NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

The Roberta Schwartz Trust and Roberta Schwartz (the "Claimants"), having filed an objection (Docket No. 2875) to the Trustee's Notices of Determination of Claim respecting Claimants' customer claim #002946, hereby give notice that they withdraw their respective objection.

Dated: December 8, 2020        CHAITMAN LLP

                     */s/ Helen Davis Chaitman*
                     Helen Chaitman
                     465 Park Avenue
                     New York, NY 10022
                     Tel. No. 888-759-1114

                     *Attorney for Claimants*