**BakerHostetler**

Baker&Hostetler LLP

811 Main Street
Suite 1100
Houston, TX 77002-6111

T 713.751.1600
F 713.751.1717
www.bakerlaw.com

Marie L. Carlisle
direct dial: 713.646.1388
mcarlisle@bakerlaw.com

December 9, 2020

**VIA ECF AND ELECTRONIC MAIL**
Honorable Stuart M. Bernstein
United States Bankruptcy Court
Southern District of New York
One Bowling Green, Room 723
New York, New York 10004-1408
bernstein.chambers@nusb.uscourts.gov

RE: *Picard v. Kuntzman Family LLC*, Adv. Pro. No. 10-04752; Defendants' December 2, 2020 Notice of Presentment of an Order Granting Application to Withdraw as Counsel

Dear Judge Bernstein,

We are counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated SIPA liquidation of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq*. and the estate of Bernard L. Madoff. We write in response to Defendants' December 2, 2020 Notice of Presentment of an Order Granting Application to Withdraw as Counsel (the "Notice"). [ECF No. 100]

We write to advise the Court that the Notice does not include any statement regarding Your Honor's instruction that Ms. Judith Gattegno, a named Defendant and member of the Kuntzman Family LLC, appear by telephone at the December 16, 2020 hearing. At the December 1, 2020 hearing, Your Honor adjourned the hearing until December 16, 2020 to ensure that Ms. Gattegno would appear before the Court and that she understands that if Chaitman LLP is permitted to withdraw as counsel, the Kuntzman Family LLC may not proceed in this case without an attorney.

In addition, out of an abundance of caution and to the extent that the Notice imposes any obligation on the Trustee to provide another written objection, the Trustee incorporates by reference herein his Objection to Chaitman LLP's Application to Withdraw as Counsel and Cross-Motion to Strike Defendants' Answer and Declaration in Support [ECF Nos. 95 and 96].

*Atlanta    Chicago    Cincinnati    Cleveland    Columbus    Costa Mesa    Denver
Houston    Los Angeles    New York    Orlando    Philadelphia    Seattle    Washington, DC*

Honorable Stuart M. Bernstein
December 9, 2020
Page 2

The Trustee will appear at the December 16, 2020 hearing as ordered by the Court.

Respectfully submitted,

*/s/ Marie L. Carlisle*

Marie L. Carlisle
Baker Hostetler LLP

cc:   Helen Davis Chaitman (*hchaitman@chaitmanllp.com*)

Judith D. Gattegno (via CMRRR and email)
6583 Bayhill Terrace
Boynton Beach, FL  33437
judygatteg@aol.com

Kuntzman Family LLC (via CMRRR and email)
Wayne D. Green
Jacqueline D. Green
Hunters Run
29C Westgate Lane
Boynton Beach, FL  33436
wayne@wdgassociates.com

4840-6777-9028.2