IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Marilyn Cohn Gross | 007054 | 718 | Milberg LLP | Marilyn Cohn Gross | 1ZA409 |
| Marshall Warren Krause | 000068 | 827, 911 | Pro Se Filing | Marshall Warren Krause | 1ZA159 |
| NTC & Co. FBO Dale Ellen Leff | 012941 | 862 | Schulte Roth & Zabel LLP | Millennium Trust Company, LLC FBO Dale Ellen Leff (07372) | 1L0082 |
| NTC & Co. FBO Marshall Warren Krause (944531) | 000082 | 827, 1071 | Pro Se Filing | Millennium Trust Company, LLC FBO Marshall Warren Krause | 1ZR256 |
| Pearson Family Partnership C/O Lynn Weiner | 000015 | 1786 | Ellen H. Kanner, Esq | Pearson Family Partnership | 1ZB447 |