IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT B – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & Co. FBO Jeffrey Shankman (111772) | 002908 | 1028 | Phillips Nizer LLP | NTC & Co. FBO Jeffrey Shankman (111772) | 1S0277 |
| Ronald Lazarus & Linda Lazarus JT/WROS | 008590, 100194 | 1174 | Phillips Nizer LLP | Ronald Lazarus & Linda Lazarus JT/WROS | 1ZB519 |