**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT D – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Marilyn Cohn Gross | 007054 | 718 | Milberg LLP | Marilyn Cohn Gross | 1ZA409 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Marshall Warren Krause | 000068 | 827, 911 | Pro Se Filing | Marshall Warren Krause | 1ZA159 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| NTC & Co. FBO Dale Ellen Leff | 012941 | 862 | Schulte Roth & Zabel LLP | Millennium Trust Company, LLC FBO Dale Ellen Leff (07372) | 1L0082 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| NTC & Co. FBO Jeffrey Shankman (111772) | 002908 | 1028 | Phillips Nizer LLP | NTC & Co. FBO Jeffrey Shankman (111772) | 1S0277 | **Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| NTC & Co. FBO Marshall Warren Krause (944531) | 000082 | 827, 1071 | Pro Se Filing | Millennium Trust Company, LLC FBO Marshall Warren Krause | 1ZR256 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Pearson Family Partnership C/O Lynn Weiner | 000015 | 1786 | Ellen H. Kanner, Esq | Pearson Family Partnership | 1ZB447 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Ronald Lazarus & Linda Lazarus JT/WROS | 008590, 100194 | 1174 | Phillips Nizer LLP | Ronald Lazarus & Linda Lazarus JT/WROS | 1ZB519 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |