**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| |
|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, |
| Plaintiff-Applicant, |
| v. |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, |
| Defendant. |
| In re: |
| BERNARD L. MADOFF, |
| Debtor. |

Adv. Pro. No. 08-01789 (SMB)

SIPA LIQUIDATION

(Substantively Consolidated)

### AFFIDAVIT OF MAILING

STATE OF TEXAS               )
                                      )     ss:
COUNTY OF DALLAS          )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1.  I am a Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On December 10, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S THIRTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20072)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20073)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-FIFTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20074)

Executed on December 10, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this 10 day of December 2020

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

2

Exhibit A

Exhibit A
12/10/2020

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Redacted for confidentiality reasons | | | | | | |
| Ellen H. Kanner, Esq | 175 W. 12th Street | Apt. 11C | New York | NY | 10011 | Counsel |
| Pro Se Filing | Marshall W. Krause | PO Box 70 | San Geronimo | CA | 94963 | Counsel |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Milberg LLP | Attn: Jonathan M. Landers | One Pennsylvania Plaza, 48th Floor | New York | NY | 10119 | Counsel |
| Schulte Roth & Zabel LLP | Attn: Marcy R. Harris | 919 Third Avenue | New York | NY | 10022 | Counsel |