**SULLIVAN & CROMWELL LLP**
125 Broad Street
New York, New York 10004
Telephone: (212) 558-4000
Facsimile: (212) 558-3588

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>   Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Defendant, | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>   Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>   Plaintiff,<br><br>  v.<br><br>STANDARD CHARTERED FINANCIAL SERVICES (LUXEMBOURG) S.A., as represented by its Liquidator Hanspeter Kramer, *et al.*,<br><br>   Defendants. | Adv. Pro. No. 12-01565 (SMB) |

**CERTIFICATE OF SERVICE**

I, **Andrew J. Finn**, hereby certify that I am a member of the law firm Sullivan & Cromwell LLP, counsel to Defendants Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered Bank International (Americas) Ltd., and Standard Chartered International (USA) Ltd., and that on December 10, 2020, I served a copy of **Reply in Support of Defendants' Motion to Stay (ECF No. 136)**, by causing the foregoing to be (1) filed via the Court's CM/ECF system, and (2) sent via e-mail to counsel set forth on the attached Schedule A.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on December 10, 2020.

/s/ Andrew J. Finn
Andrew J. Finn

**TO:**    *See Attached Schedule A*

## SCHEDULE A

David J. Sheehan – dsheehan@bakerlaw.com
Thomas L. Long – tlong@bakerlaw.com
Robertson D. Beckerlegge – rbeckerlegge@bakerlaw.com
Jonathan A. Forman – jforman@bakerlaw.com
Damon M. Durbin – ddurbin@bakerlaw.com
**BAKER & HOSTETLER LLP**

*Counsel to the Trustee, Irving H. Picard*