**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
Irving H. Picard
David J. Sheehan
Seanna R. Brown
Heather R. Wlodek

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                         Plaintiff-Applicant,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                    Debtor. | |

**CERTIFICATE OF NO OBJECTION TO APPLICATIONS FOR**
**INTERIM COMPENSATION FOR SERVICES RENDERED AND**
**REIMBURSEMENT OF ACTUAL AND NECESSARY EXPENSES INCURRED**
**BY APPLICANTS FROM APRIL 1, 2020 THROUGH JULY 31, 2020**

Irving H. Picard, as trustee  (the "Trustee") for the liquidation of Bernard L. Madoff

Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*

and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his

undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and
respectfully represents:

1.      On November 6, 2020, the Trustee filed the Applications for Interim Compensation
for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred by
Applicants from April 1, 2020 through July 31, 2020 (the "Fee Applications"). These Fee
Applications include the following:

A.      Thirty-Fourth Application of Trustee and Baker & Hostetler LLP for Allowance
        of Interim Compensation for Services Rendered and Reimbursement of Actual
        and Necessary Expenses Incurred from April 1, 2020 through July 31, 2020 for
        Baker & Hostetler, L.L.P., Trustee's Attorney, period: 4/1/2020 to 7/31/2020,
        fee:$34,565,689.35, expenses: $159,987.74 filed by Baker & Hostetler, L.L.P
        (Filed: 11/6/2020) [ECF No. 19918]

B.      Thirty-Third Application of Windels Marx Lane & Mittendorf, LLP for
        Allowance Of Interim Compensation for Services Rendered and Reimbursement
        of Actual and Necessary Expenses Incurred from April 1, 2020 through July 31,
        2020 for Windels Marx Lane & Mittendorf, LLP, Special Counsel, period:
        4/1/2020 to 7/31/2020, fee: $2,105,420.50, expenses: $5,951.93 filed by Windels
        Marx Lane & Mittendorf, LLP (Filed: 11/6/2020) [ECF No. 19919]

C.      Application of Browne Jacobson, LLP as Special Counsel to the Trustee for
        Allowance of Interim Compensation for Services Rendered and Reimbursement
        of Actual and Necessary Expenses Incurred from April 1, 2020 through July 31,
        2020 for Browne Jacobson, LLP, Special Counsel, period: 4/1/2020 to 7/31/2020,
        fee:$97,155.88, expenses: $1,763.84 filed by Browne Jacobson, LLP (Filed:
        11/6/2020) [ECF No. 19920]

D.      Twenty-Ninth Application of Young Conaway Stargatt & Taylor, LLP as Special
        Counsel to the Trustee for Allowance of Interim Compensation for Services
        Rendered and Reimbursement of Actual and Necessary Expenses Incurred from
        April 1, 2020 through July 31, 2020 for Young Conaway Stargatt & Taylor, LLP,
        Special Counsel, period: 4/1/2020 to 7/31/2020, fee:$94,509.81, expenses:
        $236.97 filed by Young Conaway Stargatt & Taylor, LLP (Filed: 11/6/2020)
        [ECF No. 19921]

E.      Application of Schiltz & Schiltz as Special Counsel to the Trustee for Allowance
        of Interim Compensation for Services Rendered and Reimbursement of Actual
        and Necessary Expenses Incurred from April 1, 2020 through July 31, 2020 for
        Schiltz & Schiltz, Special Counsel, period: 4/1/2020 to 7/31/2020,

fee:$59,066.80, expenses: $3,839.34 filed by Schiltz & Schiltz (Filed: 11/6/2020) [ECF No. 19922]

F.      Application of Graf & Pitkowitz Rechtsnwalte GMBH as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Actual and Necessary Expenses Incurred from April 1, 2020 through July 31, 2020 for Graf & Pitkowitz Rechtsnwalte GMBH, Special Counsel, period: 4/1/2020 to 7/31/2020, fee:$75,961.70, expenses: $4,006.53 filed by Graf & Pitkowitz Rechtsnwalte GMBH (Filed: 11/6/2020) [ECF No. 19923]

G.      Ninth Application of The Scaletta Law Firm, PLLC as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2020 through July 31, 2020 for The Scaletta Law Firm, PLLC, Special Counsel, period: 4/1/2020 to 7/31/2020, fee:$30,901.50, expenses: $0.00 filed by The Scaletta Law Firm, PLLC (Filed: 11/6/2020) [ECF No. 19924]

H.      Ninth Application of Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2020 through July 31, 2020 for Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP, Special Counsel, period: 4/1/2020 to 7/31/2020, fee:$213,590.70, expenses: $993.81 filed by Robbins, Russell, Englert, Orseck, Untereiner & Sauber LLP (Filed: 11/6/2020) [ECF No. 19926]

I.      Application of Soroker Agmon Nordman as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2020 through July 31, 2020 for Soroker Agmon Nordman, Special Counsel, period: 4/1/2020 to 7/31/2020, fee: $841,664.48, expenses: $43,810.26 filed by Soroker Agmon Nordman (Filed: 11/6/2020) [ECF No. 19927]

J.      Application of Werder Vigano as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2020 through July 31, 2020 for Werder Vigano, Special Counsel, period: 4/1/2020 to 7/31/2020, fee: $233.90, expenses: $0.00 filed by Werder Vigano (Filed: 11/6/2020) [ECF No. 19928]

K.      Application of Eugene F. Collins as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2020 through July 31, 2020 for Eugene F. Collins, Special Counsel, period: 4/1/2020 to 7/31/2020, fee: $10,327.70, expenses: $0.00 filed by Eugene F. Collins (Filed: 11/6/2020) [ECF No. 19929]

L.      Application of UGGC & Associés as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from April 1, 2020 through July 31, 2020 for UGGC & Associés, Special Counsel, period: 4/1/2020

to 7/31/2020, fee: $36,160.44, expenses: $0.00 filed by UGGC & Associés (Filed: 11/6/2020) [ECF No. 19930]

M.      Thirteenth Application of Kelley, Wolter & Scott, Professional Association as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered from March 1, 2020 through July 31, 2020 for Kelley, Wolter & Scott, Professional Association, Special Counsel, period: 3/1/2020 to 7/31/2020, fee:$2,050.00, expenses: $0.00 filed by Kelley, Wolter & Scott, Professional Association (Filed: 11/6/2020) [ECF No. 19931]

N.      Application of SCA Ontier as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2020 through July 31, 2020 for SCA Ontier, Special Counsel, period: 4/1/2020 to 7/31/2020, fee: $20,472.30, expenses: $685.00 filed by SCA Ontier (Filed: 11/6/2020) [ECF No. 19932]

O.      Application of Monfrini Bitton Klein as Special Counsel to the Trustee for Allowance of Interim Compensation for Services Rendered and Reimbursement of Expenses Incurred from April 1, 2020 through July 31, 2020 for Monfrini Bitton Klein, Special Counsel, period: 4/1/2020 to 7/31/2020, fee: $46,739.03, expenses: $54.51 filed by Monfrini Bitton Klein (Filed: 11/6/2020) [ECF No. 19933]

2.      The deadline for filing objections to the Fee Applications expired on December 9, 2020 at 4:00 p.m.  A hearing on the Fee Applications has been scheduled for December 16, 2020 at 10:00 a.m.

3.      Pursuant to the Order Establishing Notice Procedures (*Sec. Inv'r Prot. Corp. v. Bernard L. Madoff Inv. Sec. LLC,* No. 08-1789 (SMB), ECF No. 4560) (the "Notice Order"), notice of hearing on the Fee Applications was provided by U.S. Mail postage prepaid or email to: (i) all parties included in the Master Service List as defined in the Notice Order; (ii) all parties that filed a notice of appearance in this case; (iii) the SEC; (iv) the IRS; (v) the Acting United States Attorney for the Southern District of New York; and (vi) SIPC.

4.      Counsel has reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or

request for a hearing with respect to the Fee Applications appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Fee Applications.

5.      An electronic copy of the proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Fee Applications will be submitted to the Court, along with this certificate.

6.      Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

Dated: December 14, 2020
        New York, New York

By:    /s/ David J. Sheehan
       **BAKER & HOSTETLER LLP**
       45 Rockefeller Plaza
       New York, New York 10111
       Tel: (212) 589-4200
       Fax: (212) 589-4201
       David J. Sheehan
       Email: dsheehan@bakerlaw.com
       Seanna R. Brown
       Email: sbrown@bakerlaw.com
       Heather R. Wlodek
       Email: hwlodek@bakerlaw.com

       *Attorneys for Plaintiff Irving H. Picard, Trustee for*
       *the Substantively Consolidated SIPA Liquidation of*
       *Bernard L. Madoff Investment Securities LLC and*
       *the Chapter 7 Estate of Bernard L. Madoff*

5