**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, NY 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda
Jaclyn C. Marasco

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>  Plaintiff-Applicant,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>  Plaintiff,<br>v.<br><br>KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacity as a General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN,<br><br>  Defendants. | Adv. Pro. No. 10-04468 (SMB) |

27175294.3

## **STIPULATION EXTENDING TIME TO CONCLUDE MEDIATION**

This Stipulation Extending Time to Conclude Mediation ("Stipulation") is submitted pursuant to the Bankruptcy Court's Order entered November 10, 2010 (1) Establishing Litigation Case Management Procedures for Avoidance Actions and (2) Amending the February 16, 2010 Protective Order ("Case Management Procedures Order").

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned herein, that the time by which the Parties must conclude mediation in the above-captioned case is extended up to and including **March 17, 2021**.

The purpose of this Stipulation is to provide additional time for the Parties to resolve this matter through the mediation process as contemplated under the Case Management Procedures Order.

Except as expressly set forth herein, the parties to this Stipulation reserve all rights and defenses they may have, and entry into this Stipulation shall not impair or otherwise affect such rights and defenses, including without limitation any defenses based on lack of jurisdiction.

This Stipulation may be signed by the parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

[*Signature Page Follows*]

Dated: December 14, 2020
New York, New York

| | |
|---|---|
| STRADLEY RONON STEVENS & YOUNG, LLP | YOUNG CONAWAY STARGATT & TAYLOR, LLP |
| */s/ Deborah A. Reperowitz* | */s/ Jaclyn C. Marasco* |
| Deborah A. Reperowitz | Matthew B. Lunn |
| 100 Park Avenue, Suite 2000 | Justin P. Duda |
| New York, NY 10017 | Jaclyn C. Marasco |
| Telephone: (212) 812.4138 | Rockefeller Center |
| Facsimile: (646) 682.7180 | 1270 Avenue of the Americas, Suite 2210 |
| Email: *dreperowitz@stradley.com* | New York, New York 10020 |
| | Telephone: (212) 332-8840 |
| *Mediator* | Facsimile: (212) 332-8855 |
| | Email: *mlunn@ycst.com* |
| | *jduda@ycst.com* |
| | *jmarasco@ycst.com* |
| | *Attorneys for Plaintiff Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC* |
| LAW OFFICE OF MARK S. ROHER, P.A. | BERNFELD, DEMATTEO & BERNFELD, LLP |
| */s/ Mark S. Roher* | */s/ David B. Bernfeld* |
| Mark S. Roher | David B. Bernfeld |
| 150 S. Pine Island Road, Suite 300 | 54 N. Broadway, 3rd Floor |
| Plantation, FL 33324 | Tarrytown, New York 10591 |
| Telephone: (954) 353-2200 | Telephone: (212) 661-1661 |
| Email: *mroher@markroherlaw.com* | Email: *davidbernfeld@bernfeld-dematteo.com* |
| *Attorney for Defendant Kenneth W. Brown* | *Attorney for Defendants Ken-Wen Family Limited Partnership and Wendy Brown* |

27175294.3

3