**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Thomas L. Long
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON DECEMBER 16, 2020 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

    A.  Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

B.      Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

**Related Documents**:

C.      Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

D.      Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020. Redacted Transcript Submission Due By 4/17/2020. Transcript access will be restricted through 6/15/2020 (Filed: 3/17/2020) [ECF No. 19412]

E.      Transcript regarding Hearing Held on 05/14/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19666]

F.      Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668]

G.      Transcript regarding Hearing Held on 7/29/20 at 10:00 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/29/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction

        Deadline Due By 8/7/2020. Statement of Redaction Request Due By 8/21/2020. Redacted Transcript Submission Due By 8/31/2020. Transcript access will be restricted through 10/29/2020 (Filed: 7/31/2020) [ECF No. 19682]

H.    Transcript regarding Hearing Held on 10/28/20 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 1/27/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/5/2020. Statement of Redaction Request Due By 11/19/2020. Redacted Transcript Submission Due By 11/30/2020. Transcript access will be restricted through 1/27/2021. (Filed: 10/29/2020) [APN No. 10-04889, ECF No. 102]

**Status**:    This matter is going forward as a status conference.

## CONTESTED MATTERS

1. **10-04752; Picard v. Kuntzman Family LLC, et al.**

   A.    Notice of Presentment of an Order Granting Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 10/28/2020) [ECF No. 94]

   B.    Declaration of Helen Davis Chaitman in Support of Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 10/28/2020) [ECF No. 94-2]

   **Objections Due**:    November 11, 2020

   **Objections Filed**:

   C.    Trustee's Objection to Chaitman LLP's Application to Withdraw as Counsel and Cross-Motion to Strike Defendants' Answer filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 11/11/2020) [ECF No. 95]

   D.    Declaration of Nicholas J. Cremona in Support of Trustee's Objection to Chaitman LLP's Application to Withdraw as Counsel and Cross-Motion to Strike Defendants' Answer filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 11/11/2020) [ECF No. 96]

   **Related Documents**:

   E.    Letter re Trustee's Objection to Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Judith Gattegno, Jacqueline D. Green, Wayne

|   |   |
|---|---|
|   | D. Green, Irrevocable Trust FBO Ethan Siegel, in its Capacity as a member of the Kuntzman Family L.L.C., Irrevocable Trust FBO Jennifer Gattegno, in its capacity as a member of the Kuntzman Family L.L.C., Kuntzman Family LLC. (Filed: 11/12/2020) [ECF No. 98] |
| F. | Notice of Hearing filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 11/16/2020) [ECF No. 99] |
| G. | Transcript regarding Hearing Held on 12/1/20 at 9:59 AM RE: Motion to Withdraw as Counsel. Remote electronic access to the transcript is restricted until 3/9/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 12/16/2020. Statement of Redaction Request Due By 12/30/2020. Redacted Transcript Submission Due By 1/11/2021. Transcript access will be restricted through 3/9/2021. (Filed: 12/9/20) [ECF No. 103] |
| H. | Notice of Presentment of an Order Granting Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 12/2/2020) [ECF No. 100] |
| I. | Declaration of Helen Davis Chaitman in Support of Application to Withdraw as Counsel filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 12/2/2020) [ECF No. 100-2] |
| J. | Declaration of Judith D. Gattegno filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 12/2/2020) [ECF No. 100-3] |
| K. | Notice filed by Helen Davis Chaitman on behalf of Jacqueline D. Green, Wayne D. Green, Kuntzman Family LLC (Filed: 12/2/2020) [ECF No. 100-4] |
| L. | Letter to Judge Bernstein in response to Defendants' December 2, 2020 Notice of Presentment of an Order Granting Application to Withdraw as Counsel filed by Nicholas Cremona on behalf of Irving H. Picard. (Filed: 12/9/2020) [ECF No. 101] |
| **Status**: | This matter is going forward. |

2. **12-01565; Picard v. Standard Chartered Financial Services, et al.**

   A. Memorandum of Law in Support of Defendants' Motion to Stay filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered International (USA) Ltd. (Filed: 11/12/2020) [ECF No. 129]

   B. Declaration of Andrew J. Finn in Support of Motion to Stay filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered International (USA) Ltd. (Filed 11/12/2020) [ECF No. 130]

   **Objections Due**:    December 3, 2020

   **Objections Filed**:

   C. Memorandum of Law in Opposition to Defendants' Motion to Stay filed by Thomas L. Long on behalf of Irving H. Picard (Filed: 12/3/2020) [ECF No. 133]

   D. Declaration of Jonathan A. Forman In Support of the Trustee's Opposition to Defendants' Motion to Stay filed by Thomas L. Long on behalf of Irving H. Picard (Filed: 12/3/2020) [ECF No. 134]

   **Replies Due**:  December 10, 2020

   **Replies Filed**:

   E. Reply Memorandum of Law in Support of Motion to Stay filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered International (USA) Ltd. (Filed: 12/10/2020) [ECF No. 136]

   **Related Documents**:

   F. Notice of Motion to Stay filed by Andrew John Finn on behalf of Standard Chartered Bank International (Americas) Ltd., Standard Chartered Financial Services (Luxembourg) S.A., Standard Chartered International (USA) Ltd. (Filed 11/12/2020) [ECF No. 128]

   G. Transcript regarding Hearing Held on 10/29/20 at 10:00 AM RE: Conference. Remote electronic access to the transcript is restricted until 2/1/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/9/2020. Statement of Redaction Request Due By

11/23/2020. Redacted Transcript Submission Due By 12/3/2020. Transcript access will be restricted through 2/1/2021. (Filed 11/2/2020) [ECF No. 132]

**Status**: This matter is going forward.

| | |
|---|---|
| Dated: December 15, 2020<br>New York, New York | Respectfully submitted,<br><br>*/s/ Nicholas J. Cremona*<br>**Baker & Hostetler LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Thomas L. Long<br>Email: tlong@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |