**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>      Plaintiff,<br><br>  v.<br><br>FAIRFIELD INVESTMENT FUND LIMITED, STABLE FUND, FAIRFIELD GREENWICH LIMITED, FAIRFIELD GREENWICH (BERMUDA), LTD., FAIRFIELD GREENWICH ADVISORS LLC, FAIRFIELD INTERNATIONAL MANAGERS, INC., WALTER NOEL, JEFFREY TUCKER, ANDRES PIEDRAHITA, AMIT VIJAYVERGIYA, PHILIP TOUB, CORINA NOEL PIEDRAHITA, FAIRFIELD GREENWICH CAPITAL PARTNERS and SHARE MANAGEMENT LLC,<br><br>      Defendants. | Adv. Pro. No. 09-01239 (CGM) |

# SCHEDULING ORDER

**WHEREAS**, on August 20, 2020, this Court ordered the parties in the above-captioned action to advise the Court as to how Defendants intend to respond to the Second Amended Complaint and to propose a briefing schedule.  Defendants have advised the Trustee of their intent to move to dismiss the Second Amended Complaint.

**NOW, THEREFORE, IT IS HEREBY ORDERED**, as follows:

1. Defendants' Opening Brief(s) in support of their Motion(s) to Dismiss shall be due on or before January 15, 2021;

2. The Trustee's Opposition(s) to Defendants' Motion(s) to Dismiss shall be due on or before April 15, 2021; and

3. Defendants' Reply Brief(s) in support of their Motion(s) to Dismiss shall be due on or before May 31, 2021.

It is **SO ORDERED**.



**Dated: October 21, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
Hon. Cecelia G. Morris
Chief U.S. Bankruptcy Judge