UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>------------------------------------------------------------------------<br>In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Debtor,<br>------------------------------------------------------------------ | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant,<br><br>DAVID R. KAMENSTEIN, individually and in his capacity as joint tenant,<br><br>SLOAN G. KAMENSTEIN, and<br><br>TRACY D. KAMENSTEIN,<br><br>    Defendants. | Adv. Pro. No. 10-04469 (CGM) |

**ORDER DENYING REQUEST FOR EXTENSION OF DEADLINES**

Defendants having moved to extend the timeframes set forth in this Court's order dated October 2, 2020; and this Court having considered the request; and, now, after due deliberation; it is hereby **ORDERED** that he request for Order to Show Cause to set a hearing for the extension of the deadlines is **DENIED**. The parties shall comply with the deadlines set forth in the October 2, 2020 order.



**Dated: November 17, 2020**
**Poughkeepsie, New York**

/s/ Cecelia G. Morris
_____
**Hon. Cecelia G. Morris**
**Chief U.S. Bankruptcy Judge**