| | |
|---|---|
| **Baker & Hostetler LLP** <br> 45 Rockefeller Plaza <br> New York, NY  10111 <br> Telephone: (212) 589-4200 <br> Facsimile: (212) 589-4201 | **Settlement Date:** December 22, 2020 <br> **Time:** 12:00 p.m. <br><br> **Objections Due:** December 21, 2020 <br> **Time:** 5:00 p.m. |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br> Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, <br><br> Plaintiff, <br><br> v. <br><br> BAM L.P., MICHAEL MANN, AND MERYL MANN, <br><br> Defendants. | Adv. Pro. No. 10-04390 (CGM) |

**NOTICE OF PROPOSED ORDER IMPLEMENTING JUDGMENT**

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Determining Funds Held in the Bank Accounts are Customer Property and Awarding Prejudgment Interest (the "Decision") dated December 11, 2020, and in accordance with Local Bankruptcy Rule 9074-1(a), Irving H. Picard, the Trustee, through his undersigned counsel, will present the proposed judgment and the Decision, attached hereto as **Exhibits 1 and 2**, respectively, to the Honorable Cecelia G. Morris, United States Bankruptcy Judge, for settlement and signature in her chambers located at the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004, on **December 22, 2020 at 12:00 pm**.

**PLEASE TAKE FURTHER NOTICE** that the Trustee provided the proposed judgment to counsel for Defendants but they do not consent to the attached proposed judgment.

**PLEASE TAKE FURTHER NOTICE** that to the extent there is a counter-proposed judgment or objection to the proposed judgment, it must be in writing and filed with the Clerk of the United States Bankruptcy Court for the Southern District of New York, One Bowling Green, New York, New York 10004 by no later than December 21, 2020 at 5:00 p.m. (the "Objection Deadline"), with a courtesy copy delivered to the chambers of the Honorable Cecelia G. Morris; and served upon Baker & Hostetler LLP, counsel for the Trustee, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan, Esq. and Securities Investor Protection Corporation, 1667 K St. N.W., Suite 1000, Washington, D.C. 20006-1620, Attn: Kevin H. Bell, Esq.  Any objection to the proposed judgment must specifically state the interest the objecting party has in these proceedings and the specific basis of any objection. Unless a counter-proposed judgment or written objection to the proposed judgment is received before the objection

deadline, the proposed judgment may be signed and entered by the Court without further notice.

| | |
|---|---|
| Dated: December 17, 2020<br>New York, New York | Respectfully Submitted,<br><br>*/s/ Nicholas J. Cremona*<br>**BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, New York 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201<br>David J. Sheehan<br>Email: dsheehan@bakerlaw.com<br>Nicholas J. Cremona<br>Email: ncremona@bakerlaw.com<br>Lan Hoang<br>Email: lhoang@bakerlaw.com<br><br>*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* |