**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C, WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family LLC; AND IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C,<br><br>Defendants. | Adv. Pro. No. 10-04752 (SMB) |

## ORDER GRANTING APPLICATION OF CHAITMAN LLP
## TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application") for an order

pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants Kuntzman

Family LLC, Jacqueline D. Green, in her capacity as a Managing Member of the Kuntzman Family

LLC and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO

Ethan Siegel, both members of the Kuntzman Family LLC, and Wayne D. Green, in his capacity

as a Managing Member of the Kuntzman Family LLC (the "Kuntzman Green Defendants") and

the Court having considered all objections, declarations and other pleadings related to the

Application, and the Court having held hearings on the Application on December 1 and December

16, 2020, the Court has determined that good and sufficient cause exists for granting the relief

requested in the Application.  Therefore,

IT IS HEREBY ORDERED that the Application is GRANTED;

IT IS HEREBY FURTHER ORDERED that this adversary proceeding is stayed for sixty

(60) days;

IT IS HEREBY FURTHER ORDERED that should Defendant Kuntzman Family LLC fail

to appear through new counsel within sixty (60) days from the date of this Order, upon seven (7)

days' notice to Defendants, the Trustee may present an order striking Defendants' Answer and

seeking entry of default judgment against Defendant Kuntzman Family LLC.

Dated: New York, New York
       December __, 2020

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE