**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br><br> BERNARD L. MADOFF, <br><br> Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS            )
                          )      ss:
COUNTY OF DALLAS          )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1.  I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2.  I am over the age of eighteen years and am not a party to the above-captioned action.

3.  On December 16, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. MOTION FOR AN ORDER APPROVING TWELFTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING TWELFTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 20066)

2. AFFIDAVIT OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S MOTION FOR AN ORDER APPROVING THE TWELFTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING TWELFTH INTERIM DISTRIBUTION TO CUSTOMERS (Docket Number 20067)

Executed on December 17, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this __17__ day of December 2020

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

Exhibit A

SERVICE LIST A
12/16/2020

| NAME | CONTACT NAME | ADDRESS 1 | ADDRESS 2 | CITY | STATE | ZIP CODE | COUNTRY |
|------|--------------|-----------|-----------|------|-------|----------|---------|
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |
| Redacted for confidentiality reasons | | | | | | | |

SERVICE LIST
12/16/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST
12/16/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST
12/16/2020



Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST
12/18/2020

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons


Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST A
12/16/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

SERVICE LIST
12/16/2020

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons


Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons


Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST A
9/12/18/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST
12/16/2020

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST A
9/12/18/2020



Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons


Redacted for confidentiality reasons


Redacted for confidentiality reasons


Redacted for confidentiality reasons


Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

SERVICE LIST
912/18/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

SERVICE LIST A
9 12/18/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons


Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

SERVICE LIST
12/18/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

SERVICE LIST
12/16/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

SERVICE LIST
9/12/18/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons
Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons

SERVICE LIST A
9/12/18/2020

Redacted for confidentiality reasons

Redacted for confidentiality reasons

Redacted for confidentiality reasons