**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>               Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>Plaintiff,<br><br>v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C, WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family LLC; AND IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C,<br><br>Defendants. | Adv. Pro. No. 10-04752 (SMB) |

## ORDER GRANTING APPLICATION OF CHAITMAN LLP
## TO WITHDRAW AS COUNSEL

Upon consideration of the application of Chaitman LLP (the "Application") for an order pursuant to Local Rule 2090-1(e) to withdraw as counsel of record for Defendants Kuntzman Family LLC, Jacqueline D. Green, in her capacity as a Managing Member of the Kuntzman Family LLC and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family LLC, and Wayne D. Green, in his capacity as a Managing Member of the Kuntzman Family LLC (the "Kuntzman Green Defendants") and the Court having dismissed the Trustee's complaint against all the Kuntzman Green Defendants other than the Kuntzman Family LLC by order dated June 2, 2015, and the Court having considered all objections, declarations and other pleadings related to the Application, and the Court having held hearings on the Application on December 1 and December 16, 2020, the Court has determined that good and sufficient cause exists for granting the relief requested in the Application. Therefore,

IT IS HEREBY ORDERED that the Application is GRANTED **to the extent provided herein**; **[SMB: 12/22/20]**

**IT IS HEREBY FURTHER ORDERED that Chaitman LLP is granted leave to withdraw as counsel to Kuntzman Family LLC provided that she promptly serves a copy of this order on Jacqueline D. Green, Jennifer Gattegno and Wayne D. Green by first class mail and email and file a certificate of service within three business days of such service; [SMB; 12/22/20]**

IT IS HEREBY FURTHER ORDERED that this adversary proceeding is stayed for sixty (60) days **beginning on the date a copy of this order is sent to the aforementioned individuals;** **[SMB: 12/22/20]**

IT IS HEREBY FURTHER ORDERED that should Defendant Kuntzman Family LLC fail

to appear through new counsel within **said** sixty (60) days ~~from the date of this Order~~, upon seven

(7) days' notice to Defendants, the Trustee may present an order striking Defendants' Answer and

seeking entry of default judgment against Defendant Kuntzman Family LLC.  **[SMB: 12/22/20]**

Dated: New York, New York
      December 22, 2020

                     /s/ *Stuart M. Bernstein*
                     STUART M. BERNSTEIN
                     United States Bankruptcy Judge