# EXHIBIT 14

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Adv. Pro. Nos.  08-1789 (SMB) & 10-04469 (SMB)

SECURITIES INVESTOR PROTECTION CORPORATION,
          Plaintiff-Applicant,

-vs-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,

          Defendant.

_____

IN RE:

BERNARD L. MADOFF,

          Debtor.

_____

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities, LLC,

          Plaintiff,

vs.

CAROL L. KAMENSTEIN, individually and in her capacity
as joint tenant, DAVID R. KAMENSTEIN, individually and
in his capacity as joint tenant, SLOAN G. KAMENSTEIN and
TRACY D. KAMENSTEIN,

          Defendants.

_____

DEPOSITION OF DAVID KAMENSTEIN
VIDEOTAPED

Wednesday, February 22, 2017
1:50 - 4:41 p.m.

444 West Railroad Avenue
Suite 300
West Palm Beach, Florida 33401

Reported By:
Shirley D. King, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office   Job #1522945-D

Picard v Kamenstein          David Kamenstein 2/22/2017

                                                              Page 2

 1

 2     APPEARANCES:

 3     On behalf of the Trustee:

 4          TATIANA MARKEL, ESQUIRE
            DOMINIC GENTILE, ESQUIRE
 5          BAKER HOSTETLER
            45 Rockefeller Plaza
 6          New York, New York  10111
            Phone: 212.589.4615
 7          Email:  tmarkel@bakerlaw.com

 8

 9     On behalf of the Deponent:

10          HELEN DAVIS CHAITMAN, ESQUIRE
            BECKER & POLIAKOFF LLP
11          45 Broadway
            New York, New York  10006
12          Phone: 212.599.3322
            Email:  hchaitman@bplegal.com

13

14

15

16     ALSO PRESENT:

17

            CAROL KAMENSTEIN
18          SLOAN KAMENSTEIN
            TRACY KAMENSTEIN
19          MICHAEL HOLLANDER, VIDEOGRAPHER

20

21

22

23

24

25

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 3

```
 1                         -  -  -
 2                   I N D E X
 3                         -  -  -
 4
 5   WITNESS:            DIRECT    CROSS    REDIRECT    RECROSS
 6
     CAROL KAMENSTEIN
 7
     BY MS. MARKEL:         6
 8
 9
10                         -  -  -
          E X H I B I T S    M A R K E D
11                         -  -  -
12   EXHIBIT 1             NOTE                        12
     EXHIBIT 2             ACCOUNT-OPENING DOCUMENTS   13
13   EXHIBIT 3             1984 TRACY KAMENSTEIN       13
                           IRREVOCABLE TRUST
14   EXHIBIT 4             SLOAN KAMENSTEIN 1984       14
                           IRREVOCABLE TRUST
15   EXHIBIT 5             ACCOUNT-OPENING DOCUMENTS   16
     EXHIBIT 6             MARCH 21ST, 2005 CHECKS     19
16   EXHIBIT 7             VARIOUS COPIES OF LETTERS   23
                           SENT TO BLMIS
17   EXHIBIT 8             DOCUMENTS                   25
     EXHIBIT 9             DOCUMENT                    26
18   EXHIBIT 10            ANSWER AND AFFIRMATIVE      29
                           DEFENSES
19   EXHIBIT 11            DEPOSITS FOR FOUR ACCOUNTS  31
                           AT BLMIS
20   EXHIBIT 12            AMENDED INTERROGATORY       32
                           RESPONSES
21   EXHIBIT 13            DOCUMENT                    39
     EXHIBIT 14            WRITTEN WITHDRAWAL          41
22   EXHIBIT 15            DOCUMENT                    44
     EXHIBIT 16            DOCUMENT                    46
23   EXHIBIT 17            TWO CHECKS                  48
     EXHIBIT 18            CANCELED CHECKS             49
24   EXHIBIT 19            CANCELED CHECKS             50
     EXHIBIT 20            TWO DEPOSITS                53
25
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                          Page 4
 1                              -  -  -
                E X H I B I T S   M A R K E D (cont'd)
 2                              -  -  -
 3
 4    EXHIBIT 21           WITHDRAWAL REQUEST          53
      EXHIBIT 22           CANCELED CHECKS             56
 5    EXHIBIT 23           BANK STATEMENT              57
      EXHIBIT 24           CANCELED CHECKS             59
 6    EXHIBIT 25           CANCELED CHECKS             59
      EXHIBIT 26           WITHDRAWALS FROM BLMIS      60
 7    EXHIBIT 27           CANCELED CHECKS             63
      EXHIBIT 28           CANCELED CHECKS             64
 8    EXHIBIT 29           CANCELED CHECKS             65
      EXHIBIT 30           CANCELED CHECK              67
 9    EXHIBIT 31           CANCELED CHECKS             69
      EXHIBIT 32           CANCELED CHECKS             70
10    EXHIBIT 33           BANK STATEMENT              71
      EXHIBIT 34           WITHDRAWALS FROM ACCOUNTS   72
11    EXHIBIT 35           BANK STATEMENT              73
      EXHIBIT 36           FOUR CANCELED CHECKS        74
12    EXHIBIT 37           BANK STATEMENT              75
      EXHIBIT 38           DOCUMENTS                   76
13    EXHIBIT 39           DOCUMENTS                   77
      EXHIBIT 40           DOCUMENT                    77
14    EXHIBIT 41           DOCUMENT                    78
      EXHIBIT 42           CANCELED CHECK              79
15    EXHIBIT 43           CANCELED CHECKS             79
      EXHIBIT 44           CANCELED CHECK              80
16    EXHIBIT 45           CANCELED CHECKS             81
      EXHIBIT 46           CANCELED CHECKS             81
17    EXHIBIT 47           CANCELED CHECKS             82
      EXHIBIT 48           CANCELED CHECKS             83
18    EXHIBIT 49           CANCELED CHECK              84
      EXHIBIT 50           CANCELED CHECK              85
19    EXHIBIT 51           CANCELED CHECK              85
      EXHIBIT 52           BANK ACCOUNT STATEMENT      86
20    EXHIBIT 53           CANCELED CHECKS             87
      EXHIBIT 54           CANCELED CHECKS             87
21    EXHIBIT 55           CANCELED CHECKS             88
      EXHIBIT 56           CANCELED CHECK              89?
22    EXHIBIT 57           CANCELED CHECKS             90
      EXHIBIT 58           CANCELED CHECKS             90
23
24
25
```

Page 5

1              P R O C E E D I N G S

2                      -  -  -

3        Deposition taken before Shirley D. King, Registered

4   Professional Reporter and Notary Public in and for the

5   State of Florida at Large, in the above cause.

6                      -  -  -

7        THE VIDEOGRAPHER:  We are now going on the

8   video record.  The time on the monitor, 1:50 p.m.

9        THE COURT REPORTER:  Today is Wednesday, the

10   22nd day of February, 2017.  We here at 444 West

11   Railroad Avenue, Suite 300, West Palm Beach,

12   Florida, for the purpose of taking the video

13   deposition of David Kamenstein, taken by the

14   Plaintiff Trustee in Case No. 10-04469 (SMB) in the

15   case of Irving H. Picard versus Carol L.

16   Kamenstein, et al., which is filed in the Southern

17   District of New York.  The court reporter is

18   Shirley King of U.S. Legal Support.  The

19   videographer is Michael Hollander of U.S. Legal

20   Support.  Would all counsel please state their

21   appearance for the record.

22        MS. MARKEL:  Tatiana Markel on behalf of the

23   Trustee, Irving Picard.

24        MR. GENTILE:  Dominic Gentile on behalf of the

25   Trustee.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 6

 1              MS. CHAITMAN:  Helen Davis Chaitman on behalf

 2        of the Witness.

 3    Thereupon,

 4                      (CAROL KAMENSTEIN)

 5    having been first duly sworn or affirmed, was examined

 6    and testified as follows:

 7              THE WITNESS:  Yes.

 8                      DIRECT EXAMINATION

 9    BY MS. MARKEL:

10        Q.   Mr. Kamenstein, you've previously heard me

11    read Section 10 of the litigation protective order --

12        A.   Yes.

13        Q.   -- into the record.  It governs confidential

14    disclosures during your testimony.  As long as you're

15    aware of it, we can move on.

16        A.   Yes, I am.

17        Q.   Again, just quickly, a review.  I'm going to

18    ask you some questions.  If you don't understand, please

19    ask me to rephrase.  If the answer is yes or no, please

20    answer yes or no, without nodding or shaking your head,

21    so that the court reporter can take it down.  We should

22    also let each other finish; you know, I will finish my

23    question, I'll let you finish your answer, so that we're

24    not talking over each other.  And if you need a break at

25    any time, please let us know.  If there's a question
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 7

 1   pending, you have to finish answering that question, but

 2   otherwise we're happy to let you break.

 3        A.   Okay.  Thank you.

 4        Q.   Before we begin, are you taking any medication

 5   that would impair your ability to testify today?

 6        A.   No.

 7        Q.   Okay.  Did you take any steps to prepare for

 8   this deposition?

 9        A.   No.

10        Q.   Did you speak or meet with anyone to prepare?

11        A.   Only Helen.

12        Q.   Did you review any documents to prepare for

13   the deposition?

14        A.   No.

15        Q.   Please state your full name for the record.

16        A.   David Kamenstein.

17        Q.   And your address?

18        A.   1314 Breakers West Boulevard, West Palm Beach,

19   Florida 33411.

20        Q.   And what is your occupation?

21        A.   Retired.

22        Q.   And can you briefly recount your educational

23   and employment history?

24        A.   College graduate; from there I went into the

25   family business.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 8

```
 1      Q.   And what was the family business?

 2      A.   Kitchen products and pantry products.

 3      Q.   Like shelving or ...

 4      A.   No.  Like teakettles --

 5      Q.   Okay.

 6      A.   -- and spice racks and --

 7      Q.   I see.

 8      A.   -- that type of thing.

 9      Q.   And how long were you in the family business?

10      A.   Until 1992.

11      Q.   So for most of your life?

12      A.   All my working life --

13      Q.   Okay.

14      A.   -- was there.

15      Q.   Okay.  Thank you.

16           Have you ever had your deposition taken?

17      A.   I don't think so, but I can't quite be sure.

18      Q.   Okay.  So I guess if you had had it taken, you

19 wouldn't remember what you testified about; safe to say.

20      A.   I don't think I ever had a deposition taken.

21           MS. CHAITMAN:  If you were being deposed, what

22      would you testify about?

23 BY MS. MARKEL:

24      Q.   Have you ever had your -- have you ever had --

25 have you ever given testimony in court?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 9

1      A.   No.

2      Q.   Okay.  And were you ever interviewed in

3   connection with the Madoff fraud?

4      A.   No.

5      Q.   And as I mentioned previously, I'm going to be

6   using some terms like BLMIS, Madoff.  They all refer to

7   Bernard L. Madoff.

8      A.   That's fine.

9      Q.   When we talk about accounts, unless I say bank

10  accounts, it's going to mean your BLMIS accounts.

11     A.   Okay.

12     Q.   Transfers just means deposits or withdrawals

13  in and out of those BLMIS accounts.

14     A.   Okay.

15     Q.   When did you first hear about Bernie Madoff?

16     A.   When we were introduced to him.  That was

17  1993, I believe.

18     Q.   And who introduced you?

19     A.   A man who was associated with our business.

20  Pierre Schoenheimer.

21     Q.   When you say associated with your business, do

22  you mean the kitchen goods business?

23     A.   Yes, um-hum.

24     Q.   And he was -- what was his role in that

25  business?

Picard v Kamenstein          David Kamenstein 2/22/2017

1        A.    He was a director of our company.

2        Q.    Okay.  And why did you decide to make your

3   BLMIS investment?

4        A.    Well, because of everything he told us about

5   Madoff's illustrious history and being a past president

6   of one of the stock exchanges and, you know, what a safe

7   place it was to put our money and how successful he was.

8   Those were the main reasons.

9        Q.    Was he himself invested?

10       A.    I don't know.  I don't know.

11       Q.    And did you know other people who were

12   invested?

13       A.    No.

14       Q.    Did you meet Bernie?

15       A.    Yes.  Prior to being allowed to invest, we had

16   to go up there to his office and meet him.

17       Q.    What did you think?

18       A.    Well, I guess we were impressed.  We invested

19   and -- that was an unlucky day.

20       Q.    Did you receive any materials when you --

21   before you invested --

22       A.    No.

23       Q.    -- when you met with him?

24       A.    Not that I remember.

25       Q.    And once you decided to open an account, do

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 11

1   you remember who you communicated with regarding the

2   account?

3        A.    No.  No.

4        Q.    Does Jodi Crupi ring a bell?

5        A.    I communicated with her when our accounts were

6   open --

7        Q.    Right.

8        A.    -- you know, asking for withdrawals or that

9   type of thing, but I didn't meet her or -- I don't think

10  I've ever spoken to her on the phone.

11       Q.    On the phone?

12       A.    I don't believe so.

13       Q.    And could you please walk us through the

14  history of the BLMIS accounts, as far as you can

15  remember when you opened them and, you know, starting

16  with the first one?

17       A.    I believe we opened the account in '93.  And I

18  guess we added to it, you know, in the ensuing years.

19  And that's pretty much it.

20       Q.    And was this the 1CM247 account for David and

21  Carol joint tenancy with right of survivorship?

22       A.    I'm not familiar with the numbers.  But, you

23  know, whatever the record shows that I put the initial

24  investment in I'm sure is correct.

25       Q.    And then at some point, did you split that

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                        Page 12
 1   account into two personal accounts --

 2        A.   Yes.

 3        Q.   -- for you and for Carol?

 4        A.   Right.

 5        Q.   Okay.  And that would be 1CM913 and 914?

 6        A.   If that's what the record shows, I'm sure it's

 7   right.

 8             MS. MARKEL:  Like to enter this as Exhibit 1.

 9             (Exhibit No. 1 was marked for identification.)

10   BY MS. MARKEL:

11        Q.   Please read the document, Mr. Kamenstein.

12        A.   Out loud for the record?

13        Q.   Yeah, read it aloud, sure.

14        A.   "Dear Jodi, for estate planning purposes, my

15   wife and I would like to have our account number

16   1-CM247-3-0, David R. Kamenstein and Carol Kamenstein

17   J/TWROS, split into two equal accounts; one in the name

18   of David R. Kamenstein and one in the name of Carol

19   Kamenstein.  We would appreciate if this could be done

20   prior to January 1st, 2005.  Please advise me that you

21   have received this request.  Best wishes to you for a

22   Merry Christmas and healthy happy New York.  Very truly

23   yours.  Signed by me and Carol."

24        Q.   And does this comport with your recollection

25   of what happened?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 13

1        A.    Probably, yeah.  I would say so.

2        Q.    And did you also open an account for your

3    children?

4        A.    Yes.

5        Q.    Okay.  And was it in the name of your

6    children's trusts?

7        A.    Either that or my children's name, I'm sure.

8              MS. MARKEL:  Can we have this marked as

9        Exhibit 2.

10             (Exhibit No. 2 was marked for identification.)

11   BY MS. MARKEL:

12       Q.    So these are the account-opening documents for

13   Account 1CM295.  You'll see that they're signed by you

14   as the Trustee, correct?

15       A.    Yeah.

16       Q.    Okay.  And so this --

17             MS. MARKEL:  I'm going to enter this as

18       Exhibit 3.

19             (Exhibit No. 3 was marked for identification.)

20   BY MS. MARKEL:

21       Q.    If you could take a look at that document, and

22   then also this page in particular.

23       A.    Which page?

24       Q.    The one that you're looking at, page 2.

25       A.    Okay.  Um-hum.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 14

  1        Q.   You'll see that it's 1984 --

  2        A.   Um-hum.

  3        Q.   -- Tracy Kamenstein Irrevocable Trust, right?

  4        A.   Um-hum.

  5        Q.   So does that refresh your recollection about

  6    the trust that was created?

  7        A.   No, not really.

  8        Q.   Okay.

  9        A.   Not really.

 10        Q.   Do you remember creating these trusts?

 11        A.   Not specifically, but obviously we did and...

 12        Q.   Did you manage -- did you manage Sloan and

 13    Tracy's account without reference to the trust document?

 14        A.   Yes.

 15        Q.   Okay.  I think that will make things easier.

 16             MS. MARKEL:  Keep that document handy.  And

 17        let's enter this as Exhibit 4.

 18             (Exhibit No. 4 was marked for identification.)

 19             MS. CHAITMAN:  You'll try to find me 2 or

 20        should I dig it out of the other --

 21             MR. GENTILE:  Two is what I'm trying to find.

 22             MS. CHAITMAN:  Okay.  All right.

 23             MS. MARKEL:  I'm going to continue.

 24             MS. CHAITMAN:  Yeah.

 25             MR. GENTILE:  That's 2.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 15
 1               MS. CHAITMAN:  Okay.
 2   BY MS. MARKEL:
 3        Q.   If you could just -- where was the previous
 4   trust?  Is this the previous trust document?
 5        A.   This one is.
 6        Q.   Yeah.  Yeah.  I just want you to keep it handy
 7   just for the next question.
 8        A.   Okay.  The previous one?
 9        Q.   Yeah, just these two.
10        A.   Okay.
11        Q.   So you'll see this is a very similar
12   document --
13        A.   Right.
14        Q.   -- but on behalf of Sloan, correct?
15        A.   Correct.
16        Q.   These two trusts were associated with the
17   BLMIS account.  And in one of them -- so for Sloan's
18   account, Carol signed the account-opening documents as
19   Trustee, and for Tracy's account it was you who signed
20   the account-opening documents as Trustee.
21               But based on your prior testimony, is it
22   accurate to say, that regardless of these documents, you
23   were the person who managed all of these accounts?
24        A.   Yes.
25        Q.   Thank you.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                  Page 16
 1              MS. MARKEL:  You can give them to the court

 2       reporter.

 3   BY MS. MARKEL:

 4       Q.   And then would it be accurate to say that

 5   1CM295, which is in Sloan and Tracy's name, was then

 6   also split off into their personal accounts, 59 --

 7   1CM596 and 1CM597?

 8       A.   I don't recall that specifically, but it

 9   sounds -- sounds right.

10              MS. MARKEL:  Bear with us for one moment.

11              So I'm going to mark all of this as Exhibit 5.

12              (Exhibit No. 5 was marked for identification.)

13   BY MS. MARKEL:

14       Q.   Just this is -- if you take a look, this is

15   the account-opening document for Tracy Kamenstein 1CM596

16   and then for Sloan Kamenstein 1CM597.  And then the last

17   page is a note that appeared in both of their account

18   documents.  If you could read that, for the record?

19       A.   "Bernie, this account opened on 9/7/99 with

20   $1,782,332 to close account of Tracy and Sloan

21   Kamenstein joint WROS.  50 percent of equity balance

22   in -- something.  I can't read that -- original account

23   to each.  Please sign, by somebody."

24       Q.   So having read that, does that -- does that

25   comport with your recollection that there was an account
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 17

1   that was divided equally --

2        A.   I'm sure there was, yeah.

3        Q.   -- into Sloan's and Tracy's accounts?

4        A.   For sure.

5        Q.   Okay.

6             MS. MARKEL:  You can give that to the court

7   reporter.

8             MS. CHAITMAN:  Each of these is a two-page

9   document, right?

10            MR. GENTILE:  Yes.

11            MS. CHAITMAN:  Okay.  So you just gave me an

12  extra one.

13            MR. GENTILE:  Oh, sorry.

14            MS. CHAITMAN:  No problem.

15  BY MS. MARKEL:

16       Q.   Over the course of all of these accounts that

17  you maintained with BLMIS, what bank accounts did you --

18  did you op -- or not open, but did you have during that

19  time?

20       A.   Well, I think, as was mentioned before, it

21  looked like we started out with First Union Bank.  And

22  then I think they were purchased by Wachovia, I believe.

23       Q.   And other than the First Union and Wachovia

24  bank accounts, were there any others that were ever

25  associated with your BLMIS accounts?

Picard v Kamenstein          David Kamenstein 2/22/2017

1        A.   I don't believe so.

2        Q.   And the methods of the deposits and

3   withdrawals in and out of the BLMIS accounts, were they

4   mostly checks and/or wire transfers or were there --

5        A.   Checks?  I would assume so.  I don't know what

6   else it would have been besides one or the other.

7        Q.   But you -- do you recall writing checks,

8   receiving checks and also wiring money in and out of

9   your BLMIS accounts?

10       A.   I'm -- I certainly recall receiving wires and

11  checks, in some cases.

12       Q.   And what about origin -- making?

13       A.   I don't know how deposits were made --

14       Q.   Okay.  Okay.

15       A.   -- directly.

16       Q.   I don't know is a perfectly fine answer.

17       A.   Right.

18       Q.   Would you direct the withdrawals from all of

19  the four BLMIS accounts to be deposited into the same

20  bank account?

21       A.   You mean, if I asked for a withdrawal, would I

22  tell them to put it all into one account, wire it all to

23  one account?

24            I don't recall any specific instruction for

25  that, other than what my email or letter to Madoff said.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                   Page 19

 1        Q.   Okay.

 2        A.   If it was in there, then I did; if it wasn't,

 3   then I didn't.

 4             (Exhibit No. 6 was marked for identification.)

 5   BY MS. MARKEL:

 6        Q.   So take a look at Exhibit 6.

 7        A.   Okay.

 8        Q.   These are all March 21st, 2005 checks, correct

 9   --

10        A.   Um-hum.

11        Q.   -- to you, Carol, Tracy and Sloan?

12        A.   Um-hum.

13        Q.   Just say yes for the record, please.

14        A.   Yes.  I'm sorry.

15        Q.   And if you could -- if you could turn all of

16   them to their second page, which is the stamped canceled

17   check page, this is an example of the question that I

18   previously asked, which is, there would be a request for

19   a withdrawal from all four accounts, but then they would

20   all go into the same bank account.  Let's say this one's

21   at Wachovia.

22        A.   Um-hum.

23        Q.   Can you explain the process for why you

24   withdrew checks from their accounts in such a manner?

25        A.   Well, the money was probably needed by my wife
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 20

1  and myself.  So even though -- I mean, I borrowed from

2  the accounts of Tracy and Sloan, it went into our

3  account.

4       Q.   Okay.  So would it be accurate to say that all

5  of these four accounts, other than having the formality

6  of having a different account number, were all treated

7  as one big account at BLMIS that you would withdraw from

8  and deposit into, or would there be some differences in

9  how you would treat the four accounts?

10      A.   Now, in this case, one could say that it was

11  all as one account.  I don't know if that was the case,

12  you know, with every withdrawal that we requested, that

13  they would all go into one account, or when we got it

14  all, we put money into the other accounts; I don't

15  recall.

16      Q.   But in terms --

17      A.   It probably happened both ways.

18      Q.   Okay.  Over the life of your investment, what

19  type of documents would you receive from BLMIS?

20      A.   We got monthly statements, and then we'd get

21  these slips, these, I guess, transaction slips.

22      Q.   And then?

23      A.   I don't think we got anything other than that.

24      Q.   On a monthly basis?

25      A.   On a monthly basis, we got a statement.  And

Picard v Kamenstein          David Kamenstein 2/22/2017

1  then whenever, I guess, there were transactions, we

2  would get sometimes transactions.  And that was random.

3      Q.   It didn't -- it wouldn't come together with

4  the checks -- I'm sorry -- with the monthly statements?

5      A.   No, I don't think so.

6      Q.   Okay.  And what did you do with these

7  documents when you received them?

8      A.   I opened them and basically just filed them;

9  and some I filed, some I just threw out.

10     Q.   Would you give them to your accountant?

11     A.   No.

12     Q.   So you filed -- when you say filed them, do

13 you mean filed them in your own personal filing drawer?

14     A.   Yeah, some of them I saved them and put it in

15 my own drawer -- our own file, file drawer; and the

16 others I just threw out.

17     Q.   And did you turn those documents over to your

18 counsel in connection with this proceeding?

19     A.   No.  I gave them -- all I had saved, I gave to

20 Helen.

21     Q.   That was my question.

22     A.   She asked for them.  Yeah.

23     Q.   So everything that you would file away over

24 the course of your investments with BLMIS you handed

25 over to Helen?

Picard v Kamenstein            David Kamenstein 2/22/2017

```
                                                    Page 22

  1         A.   Anything I saved.  The rest, old stuff, and

  2    threw out.

  3              The accountant we gave the yearend.  Whenever

  4    Madoff sent us the tax form, that I sent to the

  5    accountant.

  6         Q.   So the tax forms went to the accountant?

  7         A.   So he could do our taxes, right.  Right.

  8         Q.   And who was the accountant during your

  9    investment with BLMIS?

 10         A.   We had two.  Our original accountant passed

 11    away.  Got in a car accident, became incapacitated.  And

 12    then Regen is who we have here.

 13         Q.   And what was the name of the one who passed

 14    away?

 15         A.   Bach, Harry Bach.

 16         Q.   Harry Bach.  And do you remember when you

 17    changed from Harry Bach to Mr. Regen?

 18         A.   Not specifically.  I would just guess 10, 12

 19    years ago, but I'm not exactly sure.

 20         Q.   And does Mr. Regen have copies of documents in

 21    connection with your BLMIS investments?

 22         A.   Not that I'm aware of, other than what we sent

 23    him for tax -- to prepare our taxes.

 24         Q.   Over the course of your course -- over the

 25    course of your -- over the course of your investment
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 23

 1    with BLMIS, you -- in various letters, you seem to refer

 2    to bookkeepers that you've had throughout the years.

 3         A.   Right.

 4              MS. MARKEL:  This is Exhibit 7.

 5              (Exhibit No. 7 was marked for identification.)

 6    BY MS. MARKEL:

 7         Q.   What's been marked as Exhibit 7 are various

 8    copies of letters --

 9         A.   Right.

10         Q.   -- sent to BLMIS throughout the years.

11         A.   Right.

12         Q.   One reference to bookkeeper Barbara Clarke.

13         A.   Right.

14         Q.   One Natalie Rydlewski?

15         A.   Um-hum.

16         Q.   And Stephen Chapin?

17         A.   Um-hum.  He wasn't a bookkeeper.

18         Q.   He wasn't a bookkeeper.  Who was Stephen

19    Chapin?

20         A.   He worked for Pierre Schoenheimer -- he was

21    associated with Pierre Schoenheimer -- and for a while

22    they managed our money.

23         Q.   What was their involvement in your --

24         A.   Well, they're the ones that introduced us to

25    Madoff.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

                                                        Page 24

1        Q.   I guess my question is what was their

2    day-to-day involvement with your BLMIS accounts?

3        A.   I don't know that they had a day-to-day

4    involvement.

5        Q.   Is there a reason why you would copy Stephen

6    Chapin on your correspondence to Madoff?

7        A.   He -- the only reason would be, you know,

8    he -- he sometimes would call and tell me what Madoff,

9    you know, did -- how he did for the previous month, et

10   cetera, et cetera.  But I can't see a reason why

11   specifically here I would -- and he may have at that

12   point been handling our money, you know, what -- kind of

13   watching over where we invested.  So maybe at that point

14   in time he was and I copied him.

15       Q.   Okay.  And so between Barbara Clarke and

16   Natalie Rydlewski and Kathy Foster --

17       A.   Right.  They were all bookkeepers.

18       Q.   They were all bookkeepers.

19       A.   Yes.

20       Q.   And were they bookkeepers for you personally

21   or for your business?

22       A.   They did both.

23       Q.   Both.  Were they employed by your business?

24       A.   Yes, um-hum.

25       Q.   And would they maintain documents, deposits,

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 25

1  withdrawals or any information having to do with your

2  BLMIS account?

3       A.   Well, they would keep the record of whatever

4  was, you know, received.

5       Q.   And where were those records kept?

6       A.   In the office that we had.

7       Q.   Okay.  Were those records turned over --

8       A.   Everything.

9       Q.   -- to Ms. Chaitman?

10      A.   Everything that was left of them I got all

11 that together and gave it to Helen.

12           MS. MARKEL:  Have this marked as Exhibit 8.

13           (Exhibit No. 8 was marked for identification.)

14 BY MS. MARKEL:

15      Q.   I'm showing you two documents; one that's in

16 our BLMIS account records and the other one that you --

17 that your counsel produced to us on your behalf.

18           Can you look at the two front pages side by

19 side?

20      A.   Um-hum.

21      Q.   Do they appear to be the same document, with

22 the difference is one is signed and the other one is

23 unsigned?

24      A.   Yeah.

25      Q.   And is there -- all of the documents that we

Picard v Kamenstein                David Kamenstein 2/22/2017

```
                                                    Page 26
 1   received that look like this that you've produced, they
 2   all are unsigned, all of the documents that we have in
 3   our BLMIS account records are -- appear to be the same
 4   version, but signed, much like what you're reviewing
 5   here.
 6        A.   Um-hum.
 7        Q.   So would you keep -- were these kept in a
 8   computer?  Did you not -- you know, how did you keep
 9   these documents?
10        A.   In a computer.
11        Q.   In the computer?
12        A.   Yeah.
13        Q.   Okay.  So that is the reason why, you know,
14   when you would send it to Madoff, you would print it out
15   and sign it --
16        A.   Right.
17        Q.   -- and the version given to your counsel was
18   the unsigned version you kept as a copy for yourself; is
19   that correct?
20        A.   Yes.
21        Q.   Okay.
22             MS. MARKEL:  Have this marked as Exhibit 9,
23        please.
24             (Exhibit No. 9 was marked for identification.)
25
```

Picard v Kamenstein             David Kamenstein 2/22/2017

Page 27

1   BY MS. MARKEL:

2       Q.    Do you recognize this document?

3       A.    Not specifically.

4       Q.    Okay.  Can you go to the second page 4?

5       A.    Sure.  Second page?

6       Q.    Second page 4.  Unfortunately, instead of 3,

7   4, there are two 4s as a --

8       A.    Okay.

9       Q.    So the second page 4 -- here, I'll help you

10  out.  That's it.

11      A.    Oh, I see okay.  Okay.

12      Q.    Is that your signature there?

13      A.    Absolutely.

14      Q.    Okay.  And go to the previous page.  This is

15  the claim that was filed on your behalf.

16      A.    Okay.

17      Q.    And in the previous page it lists William

18  Regen as the accountant that helped you prepare this

19  document.

20      A.    Okay.

21      Q.    And this is the person that you have just

22  testified is your regular accountant?

23      A.    Yes.

24      Q.    Okay.  Did you provide Mr. Regen any documents

25  to help him prepare the claim?

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 28

 1      A.   No.  He just had the tax -- at least I don't

 2  recall that I did.  I believe he just had the yearend

 3  tax --

 4      Q.   So he had all the documents sufficient to

 5  prepare this claim in his possession?

 6      A.   I would imagine he did it from the yearend

 7  report, which we always gave him.

 8      Q.   And the documents that are in the back there,

 9  do those look like the types of documents that you were

10  referring to as the transaction reports earlier that you

11  would receive from BLMIS?

12      A.   Yes, they do, um-hum.

13      Q.   And if you'd just back up a little bit, right

14  after --

15      A.   In the back here?

16      Q.   Right here.  Right here.

17      A.   Right.

18      Q.   Does that look like the monthly statement that

19  you would receive?

20      A.   Yes.

21      Q.   Okay.

22           MS. MARKEL:  Okay.  You can hand that document

23      back.  Exhibit 10.

24           (Exhibit No. 10 was marked for

25  identification.)

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 29

1    BY MS. MARKEL:

2         Q.    What you have there marked as Exhibit 10 is

3    the answer and affirmative defenses to the Trustee's

4    complaint.  If you could turn to page 23, paragraph 16,

5    please.

6         A.    Um-hum.

7         Q.    And could you read that aloud, please?

8         A.    "The defendants are entitled to setoff,

9    recoupment and/or equitable adjustment because each year

10   defendants were required to pay taxes on the fictitious

11   profits reported on, among other things, IRS form 1099

12   and other information reported by BLMIS or Madoff to the

13   Internal Revenue Service, State and/or local

14   governmental taxing authorities."

15        Q.    How much did you pay the IRS during the years

16   that you had your BLMIS account?

17        A.    I have no idea.

18        Q.    Would Mr. Regen have this information?

19        A.    I don't know if he filed the taxes; he must.

20        Q.    Okay.  Are there any other documents, other

21   than the documents that are in Mr. Regen's possession,

22   that you would rely on to show how much taxes you've

23   paid?

24        A.    No.

25        Q.    Could you turn to page 24, paragraph 27.

Picard v Kamenstein          David Kamenstein 2/22/2017

---

                                                        Page 30

1    Could you read that aloud, please?

2         A.   Yes.   "The Trustee's claims are barred in

3    whole or in part for failure to properly credit

4    inter-account transfers, profit withdrawals and other

5    adjustments."

6         Q.   Are you aware of any profit withdrawals

7    associated with your BLMIS accounts?

8         A.   Withdrawals, but I don't know profit or

9    principal; I don't know.

10        Q.   Are you aware of any other adjustments to

11   which this paragraph refers?

12        A.   No.

13        Q.   And if you could turn to page 25, paragraph

14   37.

15        A.   Okay.

16        Q.   And can you read that aloud, please?

17        A.   Okay.   "The withdrawals that the Trustee seeks

18   to recover were legally compelled under state and

19   federal securities laws."

20        Q.   And which state or federal securities laws

21   compelled the withdrawals from your account?

22        A.   I do not know.

23        Q.   And can you turn to paragraph -- page 26,

24   paragraph 46?

25        A.   Forty-six?

---

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 31

1        Q.    Uh-huh.

2        A.    "The Trustee's claims are barred in whole or

3   in part for failure to properly credit defendants with

4   all of defendant's deposits."

5              MS. MARKEL:   I'm going to mark this as

6        Exhibit 11.

7              (Exhibit No. 11 was marked for

8   identification.)

9   BY MS. MARKEL:

10       Q.    Exhibit 11 contains all of the deposits in the

11  column marked deposits for all of the four accounts at

12  BLMIS.

13       A.    Um-hum.

14       Q.    Are there any deposits that you made that are

15  not credited on Exhibit B -- or what's been marked as

16  Exhibit 11 here?

17       A.    I wouldn't be able to recall.

18       Q.    Can you go back on the previous document,

19  Exhibit 10, can you go back to paragraph 23?

20       A.    Page?  Paragraph 23.

21       Q.    Um-hum.

22       A.    The Trustee relying.

23       Q.    Paragraph 20 -- sorry.  Page 23, paragraph 20.

24       A.    Okay.  "The Trustee has fraudulently

25  calculated defendant's liability by charging defendants

Picard v Kamenstein            David Kamenstein 2/22/2017

                                                        Page 32

1   with withdrawals that the Trustee has no proof were

2   taken."

3        Q.    Now looking back at Exhibit 11, or Exhibit

4   B --

5        A.    Right.

6        Q.    -- are any of the withdrawals -- do any of the

7   withdrawals appear fraudulent or as though you did not

8   make them?

9        A.    I would have no recollection.

10       Q.    So in terms of the deposits that I asked you

11   about in my previous question --

12       A.    Yes.

13       Q.    -- and the withdrawals --

14       A.    Right.

15       Q.    -- are there any documents that would support

16   a deposit that doesn't show up on Exhibit B or a

17   withdrawal that you didn't actually make?

18       A.    Not in my possession.

19       Q.    You can keep Exhibit B out.  But this you can

20   put away.

21            MS. MARKEL:  This is Exhibit 12.

22            (Exhibit No. 12 was marked for

23   identification.)

24   BY MS. MARKEL:

25       Q.    You've been handed what's marked Exhibit 12.

Picard v Kamenstein          David Kamenstein 2/22/2017

---

Page 33

1    It is the amended interrogatory responses.

2          Have you -- well, give it a minute and review

3    the document.

4          A.   Okay.

5          Q.   Are you familiar with the document?  Have you

6    seen it before?

7          A.   I must've, because I think I signed it.

8          Q.   Well, take a look.  Take a look.  After that

9    page.  Yeah, it's afterwards?

10         A.   Okay.

11         Q.   And then the next one.

12         A.   Carol, David, right, okay.

13         Q.   So you did sign this document?

14         A.   Both.

15         Q.   And can you open to the page where you signed

16   the document?

17         A.   Um-hum.

18         Q.   And can you read above your signature?

19         A.   Yes.  "I, David R. Kamenstein, declare

20   pursuant to 28 U.S.C. 1746 that I have read the

21   foregoing amended interrogatory answers and that the

22   responses contained therein are true and correct to the

23   best of my knowledge, information and belief.  I

24   understand that if any of these responses is found to be

25   willfully false, I am subject to punishment."

---

Picard v Kamenstein          David Kamenstein 2/22/2017

                                                        Page 34

1        Q.    Thank you.

2              Did you take any steps to confirm that the

3   responses that are contained within these interrogatory

4   responses are correct?

5        A.    I must've read them at the time I signed it

6   and figured they were correct or I wouldn't have signed

7   it.

8        Q.    If you could read question or Interrogatory 2

9   and then the answer to that on page 4?

10       A.    Two.  Okay.  The answer, the withdrawals were

11   taken, is that it?

12       Q.    First read the question, No. 2.

13       A.    "Identify the reasons for each transfer."

14       Q.    And now the answer.

15       A.    "Withdrawals were taken to pay applicable

16   taxes on reported short-term capital gains in the

17   account and for living expenses of the responding

18   parties."

19       Q.    And we've already discussed this, but just for

20   the record again, do you have records of the applicable

21   taxes that were paid on these short-term gains?

22       A.    No.  I don't.

23       Q.    And would your accountant Mr. Regen have

24   records relating to that question?

25       A.    Possibly.

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 35

1       Q.    Would anyone else other than him?

2       A.    Not that I know of.

3       Q.    If you could go to page 6.  And on page 6 you

4   have Question No. 12.  And in bold Answer A, could you

5   read that answer for the record, please?

6       A.    The Answer A:  "The defense concerning payment

7   of capital gains taxes is based upon responding party's

8   testimony as to the payment of taxes that the applicable

9   tax rates for each year of the account and reported

10  income as reflected in Madoff's statement which are in

11  the Trustee's possession."

12      Q.    And could you explain what testimony this

13  answer is based on?

14      A.    I think it was based on the advice of Helen.

15      Q.    Okay.  So when it says that the defense

16  concerning payment of capital gains is based upon

17  responding party's testimony, so --

18      A.    Okay.

19      Q.    -- you would be the responding party --

20      A.    Okay.

21      Q.    -- in that situation.

22      A.    Okay.

23      Q.    Did you give testimony as to the payment of

24  capital gains taxes?

25      A.    Did I give testimony?

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 36

1       Q.    Um-hum.

2       A.    Not that I remember.

3       Q.    And are you aware of the applicable tax rates

4    for each year the account was open?

5       A.    No.

6       Q.    Do you recall the amount of the taxable gains

7    that you --

8       A.    No, I don't.

9       Q.    Okay.  So now let's turn to page 5.

10            At the end of page 5, you'll see Question

11   No. 9.

12      A.    Yes.

13      Q.    And then you can turn to the top of page 6.

14      A.    Okay.

15      Q.    And if you could read the answer to that

16   question aloud, please?

17      A.    "Responding parties admit the deposits and

18   withdrawals reflected on Exhibit B to the complaint for

19   the period from December 11th, 2006 through

20   December 11th, 2008.  The Trustee hasn't a right to any

21   bank information covering this period."

22      Q.    Is there a reason that you admitted only the

23   transfers between December 11th, 2006 and 2008?

24      A.    I guess maybe these were the most recent and

25   freshest in my mind.

Picard v Kamenstein                David Kamenstein 2/22/2017

Page 37

 1        Q.    Is there anything that occurred prior to

 2    December 11th, 2006 that would make you believe that

 3    those transfers were inaccurate?

 4        A.    Not that I can recall.

 5        Q.    Did you ever object to an amount that BLMIS

 6    would pay or credit to your account over the course of

 7    your investment with...

 8        A.    Not that I can recall.

 9        Q.    And if you look at Exhibit B, which is marked

10    Exhibit 11 in these proceedings, and if you look through

11    the transfers that are earlier on, and then again those

12    transfers that happened between December 11th, 2006 and

13    December 11th, 2008, if you could see if there's

14    anything about the earlier transfers that appears

15    inaccurate to you?

16        A.    I have no knowledge of whether -- their

17    accuracy.  I wouldn't remember.

18        Q.    So what we're going to do now then is we're

19    actually going to go through the transfers that --

20        A.    Okay.

21        Q.    -- went in and out of these accounts, to

22    refresh your recollection.

23              The process might take a little bit of time

24    because there's four accounts.  But once we get through

25    the process, we will probably be done.

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 38

 1        A.   Okay.

 2        Q.   Now, if -- I think it's -- you know, you can't

 3   look at Exhibit B from your memory --

 4        A.   Right.

 5        Q.   -- and say this is exactly what happened.

 6        A.   Right.

 7        Q.   And I think that's going to be the easiest way

 8   for us to refresh your recollection.

 9        A.   Okay.

10        Q.   Okay.

11        A.   Fine.

12             MS. MARKEL:  I think the easiest thing would

13        be, if we actually un -- took this piece out.

14             I think you would see this is Tracy and this

15        is Sloan and this is David and this is Carol.

16             THE WITNESS:  Okay.

17   BY MS. MARKEL:

18        Q.   And perhaps what would be best, if we could

19   give you a pen, so that once we've gone through a

20   transfer, you can mark it off and you won't have to come

21   back to it.  I think it'll be easier for you to keep

22   track that way.

23        A.   Fine.

24             MS. CHAITMAN:  You're just going to go through

25        each account separately?

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 39

 1              MS. MARKEL:  No, together.

 2              MS. CHAITMAN:  You're just going to go

 3         chronologically?

 4              MS. MARKEL:  Correct.  If you could mark that

 5         13.

 6              (Exhibit No. 13 was marked for

 7    identification.)

 8    BY MS. MARKEL:

 9         Q.   I'm handing you what's been marked Exhibit 13.

10         A.   Okay.

11         Q.   And if you could read in the middle of that?

12         A.   Um-hum.

13         Q.   If you could read aloud concerning the deposit

14    to Tracy?

15         A.   This one starting, also, or -- is this the

16    part here?

17         Q.   The part starting also.

18         A.   "Also, per your conversation with Stephen,

19    please wire-transfer $250,000 from Tracy Kamenstein's

20    Madoff Account No. 1-CM596-3-0, the same First Union

21    account as indicated above."

22         Q.   Now, if you could turn next to -- turn to the

23    next document?

24         A.   That's a check.

25         Q.   It's a check.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 40

 1        A.    Um-hum.

 2        Q.    And is that a check to Tracy Kamenstein in the

 3   amount of $250,000?

 4        A.    Yes.

 5        Q.    Okay.  And can you look on Tracy's account for

 6   one six two thousand?

 7        A.    One six --

 8        Q.    It's the fourth line down.

 9        A.    Is this Tracy's?  You wouldn't happen to have

10   a magnifying glass, would you?

11              MS. MARKEL:  I think we do.

12              THE WITNESS:  Sorry.

13              Oh, I see it.  Okay.

14              MS. MARKEL:  I think we have a magnifying -- I

15        think it will be easier.

16              THE WITNESS:  Okay.  I see it.  Should I make

17        a mark by it?

18              MS. MARKEL:  Yes.  Here you go, sir.

19              THE WITNESS:  Thanks.  That'll help.

20   BY MS. MARKEL

21        Q.    I'm going to give you -- the problem is that

22   the blown-up documents that we created to try to help

23   with this process are very bad quality.  And in some

24   ways this is better, but let me know...

25        A.    I think I -- this is good.  I think this
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 41

 1   should work.

 2        Q.   Okay.

 3        A.   -- hopefully.  Hopefully, this will work.

 4        Q.   Thank you.  I appreciate it.

 5        A.   These are all going to be Tracy?

 6        Q.   No, no.  They're not all going to be.  We're

 7   just going in chronological order.

 8        A.   Okay.

 9        Q.   So the check -- the canceled check that you

10   just reviewed corresponds to what's on Exhibit B; is

11   that correct?

12        A.   Cash withdrawal, yes.

13        Q.   Go to four seven.  And you can hand that

14   document to --

15             THE WITNESS:  Okay.

16             MS. MARKEL:  Hold on one second.  It's

17        Document No. 7.  We're going to mark this document

18        No. 14.

19             (Exhibit No. 14 was marked for

20        identification.)

21   BY MS. MARKEL:

22        Q.   Now, the document -- the written withdrawal is

23   a document that is written by you to BLMIS requesting

24   three -- requesting three check wires for three

25   different amounts, totaling $1,786,761; is that correct?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 42

1        A.    Yes.

2        Q.    And each one -- and the one for Tracy is

3   298,547?

4        A.    Right.

5        Q.    And the one for Sloan is 279,486?

6        A.    Right.

7        Q.    And the one for Carol and David Kamenstein JT

8   WROS is for 1,208,728?

9        A.    Yes.

10       Q.    And then that -- again, the entire transfer is

11   the $1,786,761?

12       A.    Yes.

13       Q.    And if you could look on the second page of

14   that same document?

15       A.    Um-hum.

16       Q.    And if you could see, a few lines down?

17       A.    Okay.  Right.

18       Q.    Do you see that same number --

19       A.    Yes.

20       Q.    -- in the wire transfer?

21       A.    Yes, I do.

22       Q.    And could you read the description that's

23   associated with that?

24       A.    Description.  "Fed wire debit via First Union

25   JAX/063000021, account, David and Carol Kamenstein, Palm

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 43

1  Beach, Florida 33480, reference, Camon DC/time 09:41."

2       Q.   Okay.  That's enough.  So that amount in the

3  wire transfer purports to the request.

4            And now, if you look at -- if you would look

5  at Tracy's account, do you see the number 298,547?

6       A.   Yes.

7       Q.   And then if you look at Sloan's account,

8  which -- just check it off.

9       A.   Okay.  And then Sloan's account.

10      Q.   And then Sloan's is right next to it.  And

11  then for 472000 --

12      A.   I see that.

13      Q.   -- 279,486?

14      A.   Right.  I see that.

15      Q.   So the amounts in Exhibit B correspond to the

16  amount requested, as well as the amount of the wire

17  transfer; is that correct?

18      A.   For Sloan and Tracy, yes.

19      Q.   Thank you very much.  Okay.

20           MS. CHAITMAN:  So in my packet of Exhibit B,

21           it doesn't have the joint account for this period.

22           Was it missing from here or do you have it

23           someplace else?

24           MS. MARKEL:  There is.  There is a joint

25           account from this period.  It's -- it's a

Picard v Kamenstein          David Kamenstein 2/22/2017

---

1      predecessor account.

2           MS. CHAITMAN:  Right.

3           MS. MARKEL:  And it's not one of the accounts

4      that is currently being sued on, I guess you would

5      say.

6           MS. CHAITMAN:  Okay.

7           MS. MARKEL:  So in order to keep this as short

8      as possible, we're just concentrating on the

9      accounts that were open in 2008.

10          MS. CHAITMAN:  Okay.  But if that's an extra

11     copy, can I have that?

12          MS. MARKEL:  Absolutely.

13          MS. CHAITMAN:  Okay.  Thanks.

14     BY MS. MARKEL:

15     Q.   The next is 9/5/2000.  Can you look at Tracy's

16     accounts?

17     A.   Um-hum.

18     Q.   And look at the number that corresponds to

19     9/5/2000.

20          MS. MARKEL:  Exhibit 15.

21          (Exhibit No. 15 was marked for

22     identification.)

23          THE WITNESS:  There was a deposit?

24     BY MS. MARKEL:

25     Q.   Um-hum.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 45
 1        A.   Right.

 2             MS. CHAITMAN:  This is a new exhibit?

 3             MR. GENTILE:  Exhibit 15.

 4             THE WITNESS:  65803 -- 801.

 5             MS. MARKEL:  801.

 6             THE WITNESS:  801, okay.

 7   BY MS. MARKEL:

 8        Q.   And I'm handing you what's marked as

 9   Exhibit 15.

10        A.   Okay.

11        Q.   Do you see a wire transfer --

12        A.   Yes.

13        Q.   -- that corresponds to that amount?

14        A.   Yes.

15        Q.   And if you could look at Sloan's account next

16   to it, just check that off.

17        A.   Ninety-five.  Okay.  Sloan's account.

18        Q.   Um-hum.

19        A.   Same date.  77716.

20        Q.   That's right.  And do you see an amount that

21   corresponds to that on this bank statement?

22        A.   Yes.

23        Q.   Okay.  So for the two check wires into Sloan's

24   and Tracy's account, the bank statement corresponds to

25   Exhibit B; is that correct?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 46

  1        A.    Yes.

  2        Q.    Thank you.

  3              So the next is 10/20/2000.

  4        A.    5872 deposit.

  5        Q.    5872, that's right.  For Tracy?

  6        A.    Right.

  7        Q.    And --

  8        A.    5872.

  9        Q.    And if you could take a look --

 10              MS. MARKEL:  Let me mark the document.  Get it

 11        marked as Exhibit 16.

 12              (Exhibit No. 16 was marked for

 13        identification.)

 14        BY MS. MARKEL:

 15        Q.    And take a look at Exhibit 16.  Do you see the

 16        number 5872 in the bank document?

 17        A.    Yes.

 18        Q.    And can you read what it says next to that?

 19        A.    "Fed wire credit via NSBC Bank

 20        USA/021001088B/01984 Tracy Dara Kamen 5830 OC Boulevard,

 21        Palm Beach, Florida 33480, 4815, reference Chase

 22        NYC/Center/BBK equals Bernard L. Madoff, New York, New

 23        York 10022/4834/AC-0001."

 24        Q.    Okay.  That's enough.  And can you take a

 25        look -- just keep that document handy.  And now take a
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 47

 1   look at 10/20/2000 for Sloan's account.

 2        A.   10/20/2000.

 3        Q.   Um-hum.

 4        A.   There was a -- a deposit, 12,921.

 5        Q.   That's right.

 6        A.   Yes.

 7        Q.   That's right.  And can you look on the bank

 8   statement?  Do you see that amount on the bank

 9   statement?

10            MS. CHAITMAN:  Exhibit 16?

11            MS. MARKEL:  Exhibit 16.

12            THE WITNESS:  12,121.

13            MS. CHAITMAN:  I don't think it's on this

14       statement.

15            THE WITNESS:  There was one, 12,920.95.

16   BY MS. MARKEL:

17        Q.   That would be it.

18        A.   That's close enough.

19        Q.   That would be it.

20            MS. CHAITMAN:  Which statement is that?  I

21       don't --

22            MS. MARKEL:  Sorry.  This is Exhibit 16.

23            MS. CHAITMAN:  Exhibit 16.  Oh, I put the

24       wrong number on it.  Okay.  So hold on.  Let me

25       just get this.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 48

1            Dominic, maybe you didn't give me that one.  I

2       don't have that one.  This is the one I don't have.

3            MR. GENTILE:  I will give you --

4            THE WITNESS:  Have these all been checked out

5       already or --

6            MS. CHAITMAN:  Well, they don't have anything

7       before 2000.

8            THE WITNESS:  I see.  So we have to do each --

9            MS. CHAITMAN:  We have to verify it.  But they

10      don't have the documents before 2000.

11  BY MS. MARKEL:

12       Q.   And just the last question on that exhibit.

13       A.   Okay.

14       Q.   Without reading the entire description, can

15  you look at the description and verify that that was a

16  deposit --

17       A.   Yeah.

18       Q.   -- to Sloan Kamenstein?

19       A.   Yes.

20       Q.   Okay.  11/14/2001.

21            MS. MARKEL:  Mark them as Exhibit 17, please.

22            (Exhibit No. 17 was marked for

23  identification.)

24  BY MS. MARKEL:

25       Q.   And can you verify that these are two checks,

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 49

1   one to Sloan Kamenstein for 87,000 and one to Tracy

2   Kamenstein for 87,000?

3        A.   Um-hum.  Eighty-seven, yes, for Sloan;

4   eighty-seven for Tracy.

5             MS. CHAITMAN:  David, you just need to look at

6        the second page of each of these and just verify

7        that it went into the account.

8             MS. MARKEL:  That's right.

9             THE WITNESS:  Went into --

10  BY MS. MARKEL:

11       Q.   That it's a canceled check.

12       A.   Oh, okay.

13       Q.   Just for the record, you do verify that this

14  is a canceled check that was deposited?

15       A.   Yes, I do.

16       Q.   Thank you.

17            MS. MARKEL:  So now 4/10/2002.

18            (Exhibit No. 18 was marked for

19  identification.)

20            THE WITNESS:  4/10/2002.

21  BY MS. MARKEL:

22       Q.   Um-hum.

23       A.   Sixty-one for Tracy, yes.

24       Q.   $61,000 to Tracy Kamenstein.

25       A.   Right.  And 4/10/02.  This is.  Yes.

Picard v Kamenstein            David Kamenstein 2/22/2017

```
                                                    Page 50
 1        Q.    264 to Sloan --

 2        A.    Right.

 3        Q.    -- Kamenstein, correct?

 4        A.    Correct.

 5        Q.    And you can verify that those are canceled

 6   checks?

 7        A.    Right.

 8        Q.    Thank you.

 9              MS. MARKEL:  1/2/2003, that's Exhibit 19.

10              (Exhibit No. 19 was marked for

11   identification.)

12              THE WITNESS:  Tracy 75,000, yes.  Sloan, yes.

13   BY MS. MARKEL:

14        Q.    So just for the record, you have verified that

15   on January 2nd, 2003, there's a check that went into

16   Sloan Kamenstein's account and a check that went into --

17   sorry -- Sloan Kamenstein's account in the amount of

18   $75,000 and Sloan Kamenstein -- Tracy Kamenstein's

19   account in the amount of $75,000?

20        A.    Correct.

21        Q.    Okay.

22              MS. MARKEL:  We now have 6/13/03.

23              MS. CHAITMAN:  You know, maybe I'm looking at

24        the wrong documents, but I think they both went

25        into the same account.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                     Page 51
 1                MS. MARKEL:  They did.  They did.  I'm sorry.

 2                MS. CHAITMAN:  Yeah, because you said they

 3         went into different accounts.

 4                MS. MARKEL:  Let's go back.  Let's go back for

 5         a second --

 6                MS. CHAITMAN:  Yeah.

 7                MS. MARKEL:  -- to make sure we get clear

 8         testimony on this.

 9   BY MS. MARKEL:

10         Q.    Let me rephrase the question.

11                For the withdrawals from Sloan Kamenstein's

12   BLMIS account, you can verify that on January 2nd, 2003,

13   $75,000 was withdrawn and deposited into -- into your

14   bank account; and for Tracy's -- and for Tracy's

15   account, you can verify that on January 2nd, 2003,

16   $75,000 was withdrawn from her BLMIS account and

17   deposited into your bank account; is that correct?

18         A.    Correct.

19         Q.    Thank you.

20                MS. CHAITMAN:  And just for clarity, the

21         account number on the second sheet of each of those

22         is your account number?

23                THE WITNESS:  I assume so.  I don't remember

24         the account number.  I don't know the account

25         number.  I wouldn't know our accountant number.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                        Page 52
 1   BY MS. MARKEL:

 2       Q.   So the stamp on the back that says "Pay to the

 3   order of First National Bank, 1165030176819 Kamenstein,"

 4   is that -- does that stamp correspond to a deposit into

 5   your bank account at Wachovia Bank?

 6       A.   I mean, I don't know our bank account, you

 7   know, number.  I assume that it is, but I don't know our

 8   bank account number, Wachovia Bank.

 9       Q.   Okay.

10           MS. CHAITMAN:  But David, we saw this morning

11       that some of the checks were deposited into Sloan's

12       account.

13           THE WITNESS:  Right.

14           MS. CHAITMAN:  Was this deposited into Sloan's

15       account or...

16           THE WITNESS:  I -- I can't tell because I

17       don't know the numbers of the accounts, and there's

18       nothing indicating, you know...

19           MS. CHAITMAN:  Okay.

20           THE WITNESS:  There's nothing indicating the

21       name on the account.

22           MRS. KAMENSTEIN:  You don't even know Sloan's

23       account, do you?

24           THE WITNESS:  No.  It's only numbers and I

25       don't know the -- there's no name.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 53
 1              MS. MARKEL:  Would anyone --
 2              THE WITNESS:  You may have something that...
 3  BY MS. MARKEL:
 4       Q.   Would anyone else other than you have a stamp
 5  that says "For Deposit Only," with a bank account number
 6  "Kamenstein"?
 7       A.   Except me?
 8       Q.   Or you or somebody who was in your employ or
 9  one of your family members?
10       A.   No.
11       Q.   No.  Thank you.
12       A.   No, not that I can imagine.
13              MS. MARKEL:  Can I have this marked as Exhibit
14       21 -- this is 20.  Okay.  Let's have these marked
15       20 and that marked 21.
16              (Exhibit Nos. 20 & 21 were marked for
17  identification.)
18  BY MS. MARKEL:
19       Q.   So Mr. Kamenstein, can you take a look at the
20  document that's not a check, that's a withdrawal
21  request.  It's the last one in the bunch.
22       A.   Oh, okay.  This one here.
23       Q.   Yeah.  It's document marked Exhibit 21.
24       A.   Okay.
25       Q.   And can you read what you wrote on that
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 54
 1   document?

 2        A.    The whole -- the letter?

 3        Q.    Just -- you know what, just -- yeah, up until

 4   the amounts, just the first paragraph, please.

 5        A.    "Please take the following amounts from our

 6   accounts.  Please wire-transfer to Carol and David

 7   requested funds to Wachovia Bank ABA063000021 for credit

 8   to cap account 9980325822 Carol and David Kamenstein."

 9        Q.    Okay.  You can stop there.

10        A.    Okay.

11        Q.    And now can you take a look at the next -- at

12   these two deposits, Exhibit 20 right next to it.

13        A.    Right.

14        Q.    And these are -- both are on 6/13/2003,

15   correct?

16        A.    Correct.

17        Q.    And these are checks from Sloan's and Tracy's

18   BLMIS accounts?

19        A.    Um-hum.

20        Q.    $60,000 to Sloan and $60,000 to Tracy; is that

21   correct?

22        A.    Correct.

23        Q.    And can you look on the second page of both of

24   those checks, please?

25        A.    Okay.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

1       Q.    And can you read the bank account number?

2       A.    Which number might that be?

3       Q.    It's the number where it's -- you know, the

4  stamp -- the for deposit stamp on the back, and there's

5  a bank account number associated with that.

6       A.    I just want to read the right number.

7       Q.    That's the number.

8       A.    This account?

9       Q.    Yes.  Yes, sir.

10      A.    9980325822.

11      Q.    Okay.  And does that -- sorry about that.

12      A.    Yeah, they're both the --

13      Q.    They're both the same?

14      A.    Both the same.

15      Q.    So they're both the account number ending in

16  5822, correct?

17      A.    Yes, correct.

18      Q.    And based on the previous document that you

19  read, would you agree that that was an account in the

20  name of David and Carol Kamenstein?

21            You can look at the document, Exhibit 21,

22  again right in front of you.

23      A.    Yeah.  Oh, yes.  Yes.

24      Q.    Thank you.

25            Okay.  You can put those aside.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 56

   1        A.   Now do I have to mark these off here?

   2        Q.   Yes, please do.  Please do.  This is for

   3   6/13/2003 that we just went through.

   4        A.   Okay.

   5        Q.   Okay.

   6             THE WITNESS:  Carol, Sloan doesn't have to sit

   7        here.

   8             MRS. KAMENSTEIN:  It's okay.

   9             THE WITNESS:  Okay.

  10             MS. MARKEL:  They're here for moral support.

  11        I understand.

  12             We're going to mark these Exhibit 22.

  13             (Exhibit No. 22 was marked for

  14   identification.)

  15   BY MS. MARKEL:

  16        Q.   And you have here $325,000 from Sloan

  17   Kamenstein's BLMIS account made out to Sloan Kamenstein,

  18   dated 8/11/2003.

  19        A.   Right.

  20        Q.   And you have the same -- the check in the same

  21   amount made out to Tracy Kamenstein from Tracy's BLMIS

  22   account; is that correct?

  23        A.   Correct.

  24        Q.   And could you verify that both of those checks

  25   are canceled checks and have deposited into account 5822
```

Picard v Kamenstein           David Kamenstein 2/22/2017

Page 57

1    that you previously testified belonged to David and

2    Carol Kamenstein?

3        A.    Yes.

4        Q.    Thank you very much.

5            MS. MARKEL:  Marking this as Exhibit 23.

6            (Exhibit No. 23 was marked for

7    identification.)

8    BY MS. MARKEL:

9        Q.    Mr. Kamenstein, I've handed you Exhibit 23.

10   And if you could take a look at Tracy and Sloan's

11   accounts for 8/18/2003.  Please confirm that you see a

12   check-wire deposit of $25,000 going into each of their

13   accounts.

14       A.    Yes.

15       Q.    Okay.

16       A.    Yes, I do.

17       Q.    And could you confirm that you see two $25,000

18   check-wires on the bank statement that I've handed you

19   as Exhibit 23?

20       A.    Yes.

21       Q.    And next to those deposits, do they show Tracy

22   and Sloan's names?

23            MS. CHAITMAN:  Is this -- is that what you're

24       looking at?

25            MS. MARKEL:  Huh-uh.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                     Page 58
 1              MS. CHAITMAN:  No.

 2              THE WITNESS:  It shows Tracy's name.

 3              MS. MARKEL:  Um-hum.

 4              THE WITNESS:  But I don't see Sloan's name.

 5              MS. CHAITMAN:  Can I just see what you're

 6         looking at?  Okay, so it's a different page.  You

 7         know what, I think it's a two-page document,

 8         because you gave me one page and you gave David one

 9         page.  It's a consecutive Bates number and the

10         entries are split.

11              MS. MARKEL:  You might be right.

12              MS. CHAITMAN:  Yeah.

13              MR. GENTILE:  What's the Bates numbers at the

14         bottom?

15              MS. CHAITMAN:  Okay.  So it ends 765 and 766.

16              MR. GENTILE:  Yes, I'm sorry.  So you're

17         right.

18              MS. CHAITMAN:  Okay.  So I'm going to give him

19         the two and if you'll give me the two.  Okay.  And

20         this is Exhibit what?

21              THE WITNESS:  Yes.  Sloan's is on the

22         following page.

23              MS. MARKEL:  Okay.  Thank you very much.

24              MS. CHAITMAN:  Sure.  I'm sorry, this was

25         Exhibit?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                         Page 59

 1              MS. MARKEL:  Exhibit 23.

 2              (Exhibit No. 24 was marked for

 3    identification.)

 4    BY MS. MARKEL:

 5       Q.   Mr. Kamenstein, you're going to get what's

 6    been marked as Exhibit 24.  These checks should

 7    correspond to the deposit for 1/5/2014.  Please take a

 8    look.  It should be $50,000 from Sloan Kamenstein's

 9    BLMIS account and $50,000 from Tracy Kamenstein's BLMIS

10    account.  Is that correct?

11       A.   Correct.

12       Q.   And do both of these numbers appear on Exhibit

13    B that you're marking off?

14       A.   Yes.

15       Q.   And can you look at the back of those checks,

16    please, and confirm that those are canceled checks and

17    were deposited in account ending 5822 that you

18    previously testified belonged to David and Carol

19    Kamenstein?

20       A.   Yes.

21       Q.   Thank you.

22              (Exhibit No. 25 was marked for

23    identification.)

24    BY MS. MARKEL:

25       Q.   Mr. Kamenstein, you've been handed what's been
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 60

1    marked Exhibit 25.  And that should be two checks, each

2    for 62,500; one from Sloan Kamenstein's BLMIS account

3    and one from Tracy Kamenstein's BLMIS account; is that

4    correct?

5        A.   Correct.  They're both deposited in account

6    5822.

7        Q.   Thank you very much.

8             And did you verify that those are the numbers

9    that appear on Exhibit B?

10       A.   Yes.

11       Q.   Okay.

12            MS. CHAITMAN:  Twenty-six.

13            (Discussion held off the record.)

14            THE WITNESS:  Just taking a dinner order.

15       Sorry about that.  Kitchen's closed tonight.

16            (Exhibit No. 26 was marked for

17       identification.)

18       BY MS. MARKEL:

19       Q.   So I've handed you what's been marked

20       Exhibit 26.  And that reflects withdrawal from Sloan

21       Kamenstein's BLMIS account of $176,000 --

22       A.   Yes.

23       Q.   -- and from Tracy's for $45,000; is that

24       correct?

25       A.   Yes.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                   Page 61

 1      Q.    And they were both deposited into account

 2   5822; is that correct?

 3      A.    You know something --

 4           MS. CHAITMAN:  I don't see that either.

 5           THE WITNESS:  I'm not so sure about that.

 6           MS. MARKEL:  Okay.

 7           MS. CHAITMAN:  Where did you see that?

 8           THE WITNESS:  That number -- that number, I

 9      don't see those numbers on the back like the

10      others.

11           MS. MARKEL:  You know what?  You're right.

12      These are just stamped "For Deposit Only."

13           MS. CHAITMAN:  So how could this have

14      happened?  There's no signature, there's no

15      account.

16           MRS. KAMENSTEIN:  There's no stamp.

17           MS. CHAITMAN:  There's no stamp.  I'm

18      surprised that the bank would take it.

19           MS. MARKEL:  They're stamped "For Deposit

20      Only."

21           MS. CHAITMAN:  Yeah, but usually when it says

22      "Deposit Only," it says account number.

23           MS. MARKEL:  I agree.

24           MRS. KAMENSTEIN:  And the name doesn't say.

25           MS. CHAITMAN:  Yeah.
```

Picard v Kamenstein                David Kamenstein 2/22/2017

Page 62

1   BY MS. MARKEL:

2        Q.   If you --

3        A.   Are these the same ones?

4        Q.   Yes.  We just went through them.

5        A.   Okay.

6        Q.   So if you look on the back of the check, they

7   are just stamped "For Deposit Only."  But there's a

8   computer stamp on the back that shows a Wachovia stamp;

9   is that correct?

10        A.   Would that be this stamp here?

11        Q.   Yes, sir.

12        A.   Yes.

13        Q.   Yes.  Thank you.

14             And do the numbers 176,000 and 45,000

15   respectively, with respect to Sloan's and Tracy's

16   account, correspond to what's on Exhibit B?

17        A.   Yes.

18        Q.   Thank you.

19             MS. CHAITMAN:  Do you happen to have a Chase

20        statement showing that these --

21             MS. MARKEL:  We probably do.

22             MS. CHAITMAN:  Yeah.  If we have time, I'd

23        like to see it, just to tidy this up.  I don't want

24        to interrupt you, but I just want to make sure that

25        this went into their account.

Picard v Kamenstein             David Kamenstein 2/22/2017

```
                                                        Page 63
```

1             MS. MARKEL:  We --

2             MR. GENTILE:  We might not have that with us.

3             MS. MARKEL:  We probably don't have it with

4       us, but we would be able -- I mean, it was -- we

5       served it as part of the Trustee's initial

6       disclosures.

7             MS. CHAITMAN:  Right.  Right.  Let's just

8       check it, because it's just strange that there's no

9       identification of an account.

10             MR. GENTILE:  We can get that to you.  We're

11       not going to be able to get that --

12             MS. CHAITMAN:  Yeah, no, that's fine.  Thank

13       you.

14             MS. MARKEL:  This is going to be marked

15       Exhibit 27.

16             (Exhibit No. 27 was marked for

17   identification.)

18   BY MS. MARKEL:

19       Q.   Would it be accurate to state that these are

20   two checks; one -- one for $25,000 from Sloan's BLMIS

21   account and one for $25,000 from Tracy's BLMIS account?

22       A.   Correct.

23       Q.   And they correspond to Exhibit B?

24       A.   Yes, they do.

25       Q.   Okay.  And can you take a look at the back of

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 64

1   those checks.  And I think this may clarify the question

2   we had earlier.

3            What is the bank account that appears?

4        A.   5822 for both.

5        Q.   For both.

6            And can you try to make out the stamp on the

7   back?

8        A.   On the back of -- um-hum.

9        Q.   Yes.  Yes.  Yes.

10       A.   Yes, um-hum.

11       Q.   Now, do you see that stamp says "credited to

12   the account of the within named payee in absence of

13   endorsement"?

14       A.   Yes.

15       Q.   Okay.

16            (Exhibit No. 28 was marked for

17   identification.)

18   BY MS. MARKEL:

19       Q.   You've been handed what's been marked

20   Exhibit 28.  And these are checks, one from Sloan

21   Kamenstein's BLMIS account in the amount of $62,000 and

22   the other one from Tracy Kamenstein's account, also in

23   the amount of $62,000; is that correct?

24       A.   That is correct.

25       Q.   And do those numbers correspond to what's on

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                          Page 65
 1   Exhibit B?

 2        A.    They do.

 3        Q.    And can you verify the back of the check,

 4   please?

 5        A.    Both were deposited into account 5822.

 6        Q.    Thank you.

 7              MS. MARKEL:  Exhibit 29.

 8              (Exhibit No. 29 was marked for

 9   identification.)

10   BY MS. MARKEL:

11        Q.    Can you verify that those checks are one check

12   to Sloan Kamenstein for $17,000 from Sloan's BLMIS

13   account and the other one to Tracy Kamenstein for

14   $17,000 from Tracy Kamenstein's BLMIS account?

15        A.    Yes.

16        Q.    And what does it say on the back of the check?

17        A.    It doesn't have that.  It says --

18        Q.    Can you read that, please?

19        A.    Yeah.  It has -- it's not marked with an

20   account number.

21        Q.    No, no.  Just read what it says on the

22   endorsement.

23        A.    Oh, okay.

24        Q.    Um-hum.

25        A.    "Pay to the order of First National Bank,
```

Picard v Kamenstein              David Kamenstein 2/22/2017

1   1165030176819 Kamenstein."

2        Q.   And while you've testified that you don't

3   remember that you had that specific bank account number,

4   you've also testified that you do remember having an

5   account at First National Bank; is that correct?

6        A.   First National Bank?

7        Q.   First Union National Bank, I think is what it

8   was called?

9        A.   Union.  First Union Bank.

10            MS. CHAITMAN:  No, it says First National

11       Bank.

12            MS. MARKEL:  First National Bank.

13            MRS. KAMENSTEIN:  It's a different bank.

14            THE WITNESS:  I don't know about First -- I

15       don't know.  First National I don't remember.

16       First Union I do remember.

17            MS. MARKEL:  Okay.

18   BY MS. MARKEL:

19        Q.   And are you aware of anyone who would possess

20   a stamp that says Paid to the Order of First National

21   Bank, with a bank account number and the name

22   Kamenstein --

23        A.   No.

24        Q.   -- other than yourself?

25        A.   No.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 67

 1      Q.   Okay.

 2           MS. MARKEL:  Mark these.

 3           (Exhibit No. 30 was marked for

 4   identification.)

 5   BY MS. MARKEL:

 6      Q.   Can you confirm for me that you're looking at

 7   a check from Sloan's -- oh, sorry, this is Exhibit 30?

 8      A.   Thirty.

 9      Q.   Exhibit No. 30.  Can you confirm that you're

10   looking at a check from Sloan Kamenstein's BLMIS account

11   in the amount of $17,000?  Just look --

12      A.   Yes.

13      Q.   And also from Tracy Kamenstein's BLMIS

14   account --

15      A.   Same.

16      Q.   -- also for $17,000 to Tracy?

17      A.   Yes.  And they were both deposited into

18   account 5822.

19      Q.   Thank you.  And are both of those accounts --

20   both of those numbers appear on Exhibit B accurately?

21      A.   Yes.

22      Q.   Thank you.

23           MS. CHAITMAN:  Just off the record.

24           THE VIDEOGRAPHER:  We're on the video record.

25           THE COURT REPORTER:  We're still on the video.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 68

1           MS. CHAITMAN:  Oh, that's all right.  Don't
2       worry.
3           Which account is 998?  Which bank is that?
4           THE WITNESS:  Which bank is that?  It says --
5           MS. CHAITMAN:  Just thought you might
6       remember.
7           THE WITNESS:  It's stamped Wachovia.
8           MS. CHAITMAN:  Right.
9           MS. MARKEL:  Would this be a good time to take
10      a break, a five-minute --
11          MS. CHAITMAN:  Yeah, let's take a break.
12          MS. MARKEL:  Okay.
13          THE WITNESS:  It's stamped Wachovia here.
14          THE VIDEOGRAPHER:  The time is 3:36.  Going
15      off video record.
16          (A break was taken.)
17          THE VIDEOGRAPHER:  We are back on the video
18      record.  The time is 3:46 p.m.
19  BY MS. MARKEL:
20      Q.   So we left off, Mr. Kamenstein, we finished
21  off the 2004 transactions.  And we are moving into 2005.
22          If you remember, there was a previous document
23  where you testified that your account 247 was divided in
24  half and you opened an account for yourself and your
25  wife Carol --

Picard v Kamenstein                David Kamenstein 2/22/2017

```
                                                      Page 69
 1        A.    Correct.

 2        Q.    -- two separate accounts, correct?

 3        A.    Correct.

 4        Q.    So starting with the January 2005 transfer,

 5   we're now going to be looking at Tracy and Sloan's

 6   account, as well as your personal accounts --

 7        A.    Okay.

 8        Q.    -- that are in front of you.

 9        A.    Okay.

10              MS. MARKEL:  If we could mark this Exhibit 31.

11              (Exhibit No. 31 was marked for

12   identification.)

13   BY MS. MARKEL:

14        Q.    Now, Mr. Kamenstein, what you're looking at

15   here should be four checks related to the four BLMIS

16   accounts in your, your wife, Sloan and Tracy's names.

17   The two checks that were withdrawn from your and your

18   wife's account should be in the amount of $97,000, and

19   for Tracy and Sloan, both in the amount of $47,000.  Is

20   that accurate?  Take your time.

21        A.    Yes, and they appear on the statements.

22        Q.    On the -- on Exhibit B?

23        A.    On Exhibit B.

24        Q.    And could you take a look at the back of those

25   checks?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 70
 1        A.    They were all deposited into account 5822.

 2        Q.    Thank you.

 3              MS. CHAITMAN:  We're talking about

 4        January 4th, 2005, correct?

 5              MS. MARKEL:  That's correct.

 6              MS. CHAITMAN:  And we're looking at David's

 7        account, 913, right?

 8              MS. MARKEL:  We're looking at all four.

 9              MS. CHAITMAN:  Okay.  Oh, I see.  I'm sorry.

10        I do see that.  Okay.

11              MS. MARKEL:  This is Exhibit 32.

12              (Exhibit No. 32 was marked for

13        identification.)

14        BY MS. MARKEL:

15        Q.    Please take a look at those.

16              And could you confirm that you see a check

17        from Tracy Kamenstein's account in the amount of

18        $52,500, a check from Sloan Kamenstein's account, also

19        in the amount of $52,500, and a check from your and

20        Carol's account in the amount of $105,000 each?

21        A.    Yes.

22        Q.    And do those amounts correspond to what is

23        listed on Exhibit B?

24        A.    Yes.  And Carol and David's account say they

25        were -- none of them have a -- have a deposit number;
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 71

1   they're all like --

2      Q.    Okay.  And can you read what that stamp says

3   on the back of that canceled --

4      A.    It says "Paid to the order of the First

5   National Bank, 1165030176819."

6      Q.    And you have previously testified that you

7   don't believe anybody else other than you or someone in

8   your employ or your family would have this stamp, though

9   you do not remember --

10      A.    Right.

11      Q.    -- having this precise account?

12      A.    Right.  But it does also say Wachovia on the

13   back.

14      Q.    And you previously testified that you did have

15   an account at Wachovia, correct?

16      A.    Correct.

17      Q.    Thank you.

18         MS. MARKEL:  Please have this marked as

19      Exhibit 33.

20            (Exhibit No. 33 was marked for

21   identification.)

22   BY MS. MARKEL:

23      Q.    And looking only -- looking at Exhibit B only

24   for Tracy's -- only for Tracy's account --

25      A.    Um-hum.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 72
 1        Q.   -- do you see on 3/21/05 a check-wire credited
 2    to Tracy's BLMIS account in the amount of $777,404 --
 3    $414?
 4        A.   Fourteen dollars.  Yes.
 5        Q.   And looking at the bank statement that I
 6    handed to you as Exhibit 33, do you see a check-wire in
 7    that same amount?
 8        A.   Yes.
 9        Q.   And can you see in the description whether
10    that corresponds to a deposit into Tracy Kamenstein's
11    account?
12        A.   The deposit --
13        Q.   The description in the bank statement, next
14    to --
15        A.   Yes, it says Tracy Kamenstein.
16        Q.   Okay.  Thank you.
17             MS. MARKEL:  Please have this marked as
18        Exhibit 34.
19             (Exhibit No. 34 was marked for
20        identification.)
21    BY MS. MARKEL:
22        Q.   Could you confirm for me, please, that what
23    I've handed to you are withdrawals from Tracy
24    Kamenstein's account -- BLMIS account, in the amount of
25    $25,760 --
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                        Page 73

  1         A.   Yes.

  2         Q.   -- and for Sloan in the amount of $127,760 --

  3         A.   Yes.

  4         Q.   -- and for David and Carol Kamenstein, both in

  5    the amount of 54,740 each?

  6         A.   Yes.

  7         Q.   And do those amounts correspond to what is on

  8    Exhibit B?

  9         A.   Yes.  And the back of the checks all say, Pay

 10    to the Order of First National Bank, all the same

 11    number, 1165030176819.

 12         Q.   And the name stamped below that bank account

 13    number?

 14         A.   The name stamped below?  Kamenstein.

 15         Q.   Thank you.

 16              MS. MARKEL:  Going to mark this Exhibit 35.

 17              (Exhibit No. 35 was marked for

 18    identification.)

 19    BY MS. MARKEL:

 20         Q.   If you could just look on Sloan Kamenstein's

 21    Exhibit B --

 22         A.   Okay.

 23         Q.   -- and on the date 6/2/05, do you see a

 24    check-wire in the amount of $600,000 --

 25         A.   Yes.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 74

1        Q.    -- into that account?

2        A.    Yes.

3        Q.    And do you see the same amount that appears on

4    the bank statement that I've handed to you as

5    Exhibit 35?

6        A.    Yes.

7        Q.    And do you see that that -- that that

8    check-wire on the bank statement corresponds with

9    Sloan's name?

10       A.    Yes.

11       Q.    Okay.

12             MS. MARKEL:   Thirty-six.

13             (Exhibit No. 36 was marked for

14    identification.)

15             MRS. KAMENSTEIN:   David, if we go --

16             (Discussion held off the record.)

17    BY MS. MARKEL:

18       Q.    Okay.  So what I've handed to you are four

19    checks; one, on 6/13/05, from Sloan Kamenstein's BLMIS

20    account to Sloan in the amount of 225 -- 22,500 -- I

21    apologize -- and then on 6/15/05 from Tracy's BLMIS

22    account for 22,500 payable to Tracy Kamenstein, and two

23    checks each to David and Carol Kamenstein, each in the

24    amount of 47,500; is that correct?

25       A.    Yes.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 75
 1        Q.   And do all of those amounts correspond to what

 2   is on Exhibit B?

 3        A.   Yes.  And the check to Sloan was deposited in

 4   account 1010038368305, and the others were all deposited

 5   into Kamenstein account 1165030176819.

 6        Q.   Thank you.

 7             MS. MARKEL:  Please have this marked as

 8        Exhibit 37.

 9             (Exhibit No. 37 was marked for

10   identification.)

11   BY MS. MARKEL:

12        Q.   And just looking at Sloan Kamenstein's account

13   for that, do you see a check-wire on Exhibit B on

14   7/8/05 in the amount of $700,000?

15        A.   Yes.

16        Q.   Okay.  And do you see that amount on the bank

17   statement --

18        A.   Yes.

19        Q.   -- that I just handed you?

20        A.   Yes.

21        Q.   And does that amount on the bank statement

22   correspond in the description to a deposit for Sloan?

23        A.   Yes.

24        Q.   Okay.  Thank you.

25             MS. MARKEL:  We're going to be entering that
```

Picard v Kamenstein          David Kamenstein 2/22/2017

---

Page 76

1      as Exhibit 38.

2              (Exhibit No. 38 was marked for

3      identification.)

4              THE WITNESS:  Okay.

5      BY MS. MARKEL:

6      Q.   Okay.  So would you confirm that there is a

7      withdrawal from Sloan Kamenstein's BLMIS account in the

8      amount of 26,700 payable to Sloan Kamenstein?

9      A.   Yes.

10     Q.   And for Tracy the amount is also $26,700?

11     A.   Right.

12     Q.   And there are two checks withdrawn from Carol

13     and David's BLMIS account, each in the amount of

14     $56,800?

15     A.   Correct, and all are deposited into account

16     5822.

17     Q.   Okay.  And they all appear on Exhibit B --

18     A.   Yes.

19     Q.   -- accurately.

20              Okay.  Thank you.

21              MS. MARKEL:  Have these marked as Exhibit 39.

22              (Exhibit No. 39 was marked for

23     identification.)

24     BY MS. MARKEL:

25     Q.   Okay.  So would it be accurate to state that

---

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 77

1   there's a check on 9/1/2005 from Tracy Kamenstein's

2   BLMIS account to Tracy in the amount of $67,600?

3        A.   Yes.

4        Q.   And on the same date from Sloan Kamenstein's

5   BLMIS account to Sloan in the amount of $136,000?

6        A.   Yes.

7        Q.   And for both David and Carol, there's a check

8   in the amount of $75,000 each on that date?

9        A.   Yes.  And they're all deposited into account

10  1165030176819.

11       Q.   Thank you.

12            MS. MARKEL:  Could we have this marked as

13       Exhibit 40.

14            (Exhibit No. 40 was marked for

15  identification.)

16  BY MS. MARKEL:

17       Q.   Could you take a look at Tracy's BLMIS account

18  and confirm that this is a check deposit into Tracy's

19  BLMIS account of $20,600 on 9/30/2005?

20       A.   Yes.

21       Q.   And the document that you're looking -- and

22  that --

23       A.   Corresponds to Exhibit -- what? -- B?

24       Q.   -- corresponds to Exhibit B.

25       A.   Yeah.

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 78

1     Q.    Thank you.

2           MS. MARKEL:  We're going to mark this

3     Exhibit 41.

4           (Exhibit No. 41 was marked for

5     identification.)

6           THE WITNESS:  Okay.

7     BY MS. MARKEL:

8     Q.    And can you confirm that there is a check in

9     the amount of $37,500 dated October 21st, 2005 withdrawn

10    from Tracy Kamenstein's BLMIS account payable to Tracy

11    Kamenstein?

12    A.    Yes.

13    Q.    And on the same date, a check from Sloan

14    Kamenstein's BLMIS account in the amount of $92,500

15    payable to Sloan?

16    A.    Yes.

17    Q.    And also there are two checks, each for

18    $77,500, withdrawn from each of David and Carol's BLMIS

19    accounts and payable to David and Carol?

20    A.    Yes.

21    Q.    Okay.

22    A.    And they're all deposited, it says, "Credited

23    to the account of the living named payee absence of

24    endorsement guaranteed Wachovia Bank National

25    Association, South County Branch.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                        Page 79

  1        Q.    Thank you.

  2        A.    They all say that.

  3              MS. MARKEL:  Forty-two.

  4              (Exhibit No. 42 was marked for

  5   identification.)

  6   BY MS. MARKEL:

  7        Q.    So just looking at Sloan Kamenstein's account

  8   on this one, can you confirm that this is a check from

  9   Sloan Kamenstein's BLMIS account for $200,000 --

 10        A.    Yes.

 11        Q.    -- payable to Sloan Kamenstein?

 12        A.    Yes, and it appears on Exhibit B.

 13        Q.    Okay.  Thank you.

 14              MS. MARKEL:  Let's have this marked as 43.

 15              (Exhibit No. 43 was marked for

 16   identification.)

 17              THE WITNESS:  Okay.

 18   BY MS. MARKEL:

 19        Q.    And can you confirm that these are checks,

 20   one -- all made out on 11/25/2005.  For Tracy there's a

 21   check for $20,500 from her BLMIS account payable to

 22   Tracy?

 23        A.    Yes.

 24        Q.    The same amount on the same date for Sloan,

 25   $20,500?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                          Page 80

    1        A.    Yes.

    2        Q.    And for Carol and David, there is a check for

    3   $42,000 to each on that same date, 11/25/2005?

    4        A.    Yes, and the backs are all stamped For Deposit

    5   Only.  That's all it says.

    6        Q.    And is there a bank computer stamp?

    7        A.    It says Wachovia.

    8        Q.    Wachovia, okay.

    9              Thank you.

   10              MS. MARKEL:  This is 44.

   11              (Exhibit No. 44 was marked for

   12   identification.)

   13   BY MS. MARKEL:

   14        Q.    Okay.  This is just for Sloan's account.  This

   15   should be a check on 12/9/2005 payable to Sloan

   16   Kamenstein in the amount of $350,000.

   17        A.    Yes.

   18        Q.    Okay.  And does that amount correspond with

   19   what's on Exhibit B?

   20        A.    Yes.

   21        Q.    Okay.  Thank you.

   22              MS. MARKEL:  Exhibit 45.

   23              (Exhibit No. 45 was marked for

   24   identification.)

   25              THE WITNESS:  All righty.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 81
 1   BY MS. MARKEL:
 2        Q.    So for first -- for January 4th, 2006, would
 3   you confirm that there is a check from Tracy
 4   Kamenstein's BLMIS account payable to Tracy in the
 5   amount of $36,800?
 6        A.    Yes.
 7        Q.    There's also a check from -- from Sloan
 8   Kamenstein's account on the same date in the amount of
 9   $58,500?
10        A.    Yes.
11        Q.    And there are checks payable to Carol and
12   David on the same date, each in the amount of $48,500
13   from their BLMIS accounts?
14        A.    Yes, and they were all deposited into account
15   5822.
16        Q.    Thank you.
17             MS. MARKEL:  This is going to be marked
18        Exhibit 46.
19             (Exhibit No. 46 was marked for
20   identification.)
21             MS. CHAITMAN:  Can I have one of the blown-up
22        Exhibit Bs?
23             MR. GENTILE:  There's a couple of extra copies
24        in there, but all the accounts are in there.
25             MS. CHAITMAN:  Okay.  Thank you.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                        Page 82

  1                 THE WITNESS:  Okay.

  2    BY MS. MARKEL:

  3        Q.   Okay.  And would you confirm that there is a

  4    check from Tracy Kamenstein's BLMIS account on

  5    3/2/2006 in the amount of $61,200?

  6        A.   Yes.

  7        Q.   And one for Sloan from Sloan's BLMIS account

  8    on 3/2/06 in the amount of $55,700?

  9        A.   Yes.

 10        Q.   And one to each of Carol and David on

 11    3/6/06 for $80,800?

 12        A.   Yes, and they were all deposited into account

 13    5822.

 14        Q.   Thank you.

 15             MS. MARKEL:  Have this marked 47.

 16             (Exhibit No. 47 was marked for

 17    identification.)

 18                 THE WITNESS:  Okay.

 19             MS. MARKEL:  Okay.

 20                 THE WITNESS:  Yes.

 21    BY MS. MARKEL:

 22        Q.   And can you confirm that a check on

 23    4/4/2006 from Tracy Kamenstein's BLMIS account in the

 24    amount of $250,000 payable to Tracy?

 25        A.   Yes.
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 83

1      Q.   And on that same date, a check to Sloan

2   Kamenstein in the same amount, $250,000, from Sloan's

3   BLMIS account?

4      A.   Yes.

5      Q.   And two checks for David and Carol, each for

6   $250,000 on the same date, payable from their respective

7   BLMIS accounts?

8      A.   Yes.  And they were all deposited 5822.

9      Q.   Thank you.

10          MS. MARKEL:  Let's have this marked 48.

11          (Exhibit No. 48 was marked for

12   identification.)

13          THE WITNESS:  All righty.

14   BY MS. MARKEL:

15      Q.   Okay.  So can you confirm please that the

16   checks on 5/3/2006, in the name -- sorry -- made payable

17   to Tracy Kamenstein for $84,000 from Tracy's BLMIS

18   account?

19      A.   Right.

20      Q.   One payable to Sloan Kamenstein for 149,000?

21      A.   Right.

22      Q.   And checks payable to David and Carol for

23   $129,000 each from their respective BLMIS accounts?

24      A.   Yes, and all deposited in the same account,

25   5822.

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 84

  1        Q.    Thank you.

  2              MS. MARKEL:  Let's have this marked as Exhibit

  3        49.

  4              (Exhibit No. 49 was marked for

  5   identification.)

  6   BY MS. MARKEL:

  7        Q.    So only looking at Sloan Kamenstein for this

  8   one.

  9        A.    Okay.

 10        Q.    Can you confirm that there's a check payable

 11   to Sloan Kamenstein from Sloan Kamenstein's BLMIS

 12   account in the amount of 155,000 on 6/13/2006?

 13        A.    Yes.

 14        Q.    And that corresponds to Exhibit B?

 15        A.    Yes.

 16        Q.    Okay.

 17        A.    And that was deposited in account

 18   2000028122845.

 19        Q.    Okay.

 20              MS. MARKEL:  And can we mark this Exhibit 50,

 21        please.

 22              (Exhibit No. 50 was marked for

 23   identification.)

 24   BY MS. MARKEL:

 25        Q.    And sir, only looking at Tracy Kamenstein's
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                      Page 85
 1    account, can you confirm a deposit on 6/15/2006 in the

 2    amount of $87,747?

 3         A.   Yes.

 4         Q.   And does that appear on Exhibit B?

 5         A.   Yes.

 6         Q.   Thank you.

 7              MS. MARKEL:  Let's have this marked

 8         Exhibit 51.

 9              (Exhibit No. 51 was marked for

10    identification.)

11              THE WITNESS:  All right.

12    BY MS. MARKEL:

13         Q.   Okay.

14         A.   Yes.

15         Q.   And can you confirm a check on 7/5/2006 from

16    Tracy Kamenstein's BLMIS account for $45,000?

17         A.   Yes.

18         Q.   And one on the same date from Sloan

19    Kamenstein's BLMIS account payable to Sloan in the

20    amount of $71,000?

21         A.   Yes.

22         Q.   And one check for each of you and Carol on the

23    same date in the amount of $92,000 payable from your

24    respective BLMIS accounts?

25         A.   Yes.  And all were deposited into the account
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 86

1   5822.

2        Q.   Thank you.

3            MS. MARKEL:  Going to have this marked as

4        Exhibit 52.

5            (Exhibit No. 52 was marked for

6   identification.)

7   BY MS. MARKEL:

8        Q.   Mr. Kamenstein, looking only now at Sloan's

9   BLMIS account.  Can you confirm, please, on 8/3/2006 a

10  check-wire into the BLMIS account of $530,000.

11       A.   8/3/2006, check-wire.  Yes.

12       Q.   Okay.  And the bank account statement that

13  I've handed you corresponds to Exhibit B?

14       A.   Yes.

15       Q.   And on the bank account statement next to the

16  entry of $530,000 in the description, do you see a

17  reference to Sloan Kamenstein?

18       A.   Yes.

19       Q.   Okay.  Thank you.

20           MS. MARKEL:  Have this marked 53.

21           (Exhibit No. 53 was marked for

22  identification.)

23           THE WITNESS:  Okay.

24  BY MS. MARKEL:

25       Q.   Okay.  And can you confirm a check on

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 87

1   8/8/2006 from Tracy Kamenstein's BLMIS account in the

2   amount of $17,000?

3        A.   Yes.

4        Q.   And on the same date from Sloan Kamenstein's

5   BLMIS account payable to Sloan in the amount of $79,000?

6        A.   Yes.

7        Q.   And on the same date, checks from David and

8   Carol's respective BLMIS accounts to David and Carol in

9   the amount of $39,500?

10       A.   Yes.  And Tracy's, Carol's and David's checks

11  were deposited in 5822.

12       Q.   Um-hum.

13       A.   Sloan's check was deposited in 1010038368305.

14       Q.   Okay.  Thank you.

15            MS. MARKEL:  This is going to be marked 54.

16            (Exhibit No. 54 was marked for

17  identification.)

18            THE WITNESS:  Okay.

19  BY MS. MARKEL:

20       Q.   Okay.  And can you confirm a check from Tracy

21  Kamenstein's BLMIS account on 9/7/2006 in the amount of

22  $44,000?

23       A.   Yes.

24       Q.   And on the same date, a check from Sloan

25  Kamenstein's BLMIS account payable to Sloan in the

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 88

 1   amount of $67,000?

 2        A.   Yes.

 3        Q.   And on the same date, two checks from their

 4   respective BLMIS accounts to David and Carol Kamenstein

 5   in the amount of $98,000 each?

 6        A.   Yes, and they were all deposited in account

 7   5822.

 8        Q.   Thank you.

 9             (Exhibit No. 55 was marked for

10   identification.)

11             THE WITNESS:  All righty.

12   BY MS. MARKEL:

13        Q.   Okay.  So could you confirm, please, a

14   10/4/2006 check from Tracy Kamenstein's BLMIS account

15   payable to Tracy in the amount of $13,000?

16        A.   Yes.

17        Q.   And on that same date a check from Sloan

18   Kamenstein's BLMIS account payable to Sloan for $55,000?

19        A.   Yes.

20        Q.   And on that same date, two checks payable from

21   David and Carol's respective BLMIS accounts in the

22   amount of $50,000?

23        A.   Yes.

24        Q.   And those amounts correspond to Exhibit B,

25   correct?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 89

   1       A.    They do, and David's and Carol's and Tracy's

   2   checks were all deposited in account 5822, and Sloan's

   3   check was deposited in account 1010038368305.

   4       Q.    Thank you.

   5            MS. MARKEL:  Have this marked as Exhibit 56.

   6            (Exhibit No. 56 was marked for

   7   identification.)

   8   BY MS. MARKEL:

   9       Q.    Mr. Kamenstein, looking only now at Sloan

  10   Kamenstein's account, can you confirm on 10/5/2006 a

  11   check in the amount of $350,000 payable from Sloan

  12   Kamenstein's BLMIS account to Sloan?

  13       A.    Yes.

  14       Q.    And that amount appears on Exhibit B?

  15       A.    Yes, and it was deposited into account

  16   1010038368305.

  17       Q.    Thank you.

  18            MS. MARKEL:  Exhibit 57.

  19            (Exhibit No. 57 was marked for

  20   identification.)

  21            THE WITNESS:  Okay.

  22   BY MS. MARKEL:

  23       Q.    Okay.  Can you confirm a check on

  24   11/7/2006 payable from Tracy Kamenstein's BLMIS account

  25   to Tracy in the amount of $39,400?
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 90

1        A.   Yes.

2        Q.   And on the same date, a check payable from

3    Sloan Kamenstein's BLMIS account to Sloan in the amount

4    of $26,200?

5        A.   Yes.

6        Q.   And on the same date two checks payable from

7    David and Carol's BLMIS account respectively to David

8    and Carol, each in the amount of $77,200?

9        A.   Yes, and they were all marked No Deposit

10   Only -- For Deposit Only.  I'm sorry.

11       Q.   And can you confirm the computer stamp, the

12   name of the bank account?

13       A.   Wachovia.

14       Q.   Thank you.

15            MS. MARKEL:  It's Exhibit 58.

16            (Exhibit No. 58 was marked for

17   identification.)

18            THE WITNESS:  Okay.

19   BY MS. MARKEL:

20       Q.   Okay.  So can you confirm a check on

21   12/6/06 payable from Tracy Kamenstein's BLMIS account to

22   Tracy in the amount of $21,300?

23       A.   Yes.

24       Q.   And on that same date, a check payable from

25   Sloan Kamenstein's BLMIS account to Sloan in the amount

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 91

1   of $264,000?

2       A.   Yes.

3       Q.   And on that same date a check payable from

4   David and Carol's respective BLMIS accounts, each in the

5   amount of $49,200 to each of David and Carol?

6       A.   Yes, and they were all deposited in account

7   5822.

8       Q.   Okay.  And is -- and do you confirm that

9   number corresponds to Exhibit B?

10      A.   Corresponds to Exhibit B.

11      Q.   Okay.  For the rest of these transfers, you've

12  already admitted the accuracy of the deposits and

13  withdrawals in your amended interrogatory responses.

14      A.   Okay.

15      Q.   So based on what we've discussed and

16  everything that you've gone through, do you have any

17  reason to dispute the accuracy of Exhibit B?

18      A.   Well, not on what we've checked.

19           MS. MARKEL:  Okay.  Okay, that's it for today.

20           THE WITNESS:  That's it?

21           MS. MARKEL:  That's it.

22           THE WITNESS:  Okay.  Well, thank you.

23           THE VIDEOGRAPHER:  The time is 4:41.  We're

24      going off video record.

25           (The reading and signing of this deposition

Picard v Kamenstein          David Kamenstein 2/22/2017

```
                                                    Page 92

 1   was not waived.)

 2            (At 4:41 p.m. the deposition was concluded.)

 3

 4

 5

 6

 7

 8

 9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```

Picard v Kamenstein        David Kamenstein 2/22/2017

```
                                                            Page 93
 1                    CERTIFICATE OF OATH

 2   THE STATE OF FLORIDA

 3   COUNTY OF PALM BEACH

 4

 5

 6          I, the undersigned authority, certify that

 7   DAVID KAMENSTEIN personally appeared before me and was

 8   duly sworn.

 9

10          Dated this 22nd day of February, 2017.

11

12

13

14          _____

15
             Shirley D. King, RPR, FPR
16           Notary Public - State of Florida
             My Commission Expires:  7/26/2017
17           My Commission No.:  FF 019917

18           Job #1522945-D

19

20

21

22

23

24

25
```

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 94

1                    C E R T I F I C A T E

2   THE STATE OF FLORIDA

3   COUNTY OF PALM BEACH

4

5          I, Shirley D. King, Registered Professional
    Reporter and Notary Public in and for the State of
6   Florida at Large, do hereby certify that I was
    authorized to and did report said deposition in
7   stenotype; and that the foregoing pages are a true
    and correct transcription of my shorthand notes of
8   said deposition.

9          I further certify that said deposition was
    taken at the time and place hereinabove set forth and
10  that the taking of said deposition was commenced and
    completed as hereinabove set out.

11

          I further certify that I am not attorney or
12  counsel of any of the parties, nor am I a relative or
    employee of any attorney or counsel of party connected
13  with the action, nor am I financially interested in the
    action.

14

          The foregoing certification of this transcript
15  does not apply to any reproduction of the same by any
    means unless under the direct control and/or direction
16  of the certifying reporter.

17          Dated this 6th day of March, 2017.

18

19

20

21  _____
          Shirley D. King, RPR, FPR
22
          Job #1522945-D
23

24

25

Page 95

1   DATE:        March 7, 2017

2   TO:          DAVID KAMENSTEIN     Job #1522945-D
                 c/o HELEN DAVIS CHAITMAN, ESQUIRE
3                45 Broadway
                 New York, New York  10006

4
    IN RE:       Picard vs. David Kamenstein
5

6            Please take notice that on Wednesday, the 22nd
    of February, 2017, you gave your deposition in the
7   above-referred matter.  At that time, you did not waive
    signature.  It is now necessary that you sign your
8   deposition.
             Please call our office at the below-listed
9   number to schedule an appointment between the hours of
    9:00 a.m. and 4:30 p.m., Monday through Friday, at the
10  US LEGAL office located nearest you.
             If you do not read and sign the deposition
11  within a reasonable time, the original, which has
    already been forwarded to the ordering attorney, may be
12  filed with the Clerk of the Court.  If you wish to waive
    your signature, sign your name in the blank at the
13  bottom of this letter and return it to us.

14                     Very truly yours,

15

16  _____

17                     Shirley D. King, RPR, FPR
                       US LEGAL SUPPORT
18                     444 West Railroad Avenue, Suite 300
                       West Palm Beach, Florida  33401

19

20  I do hereby waive my signature.

21  _____

22  DAVID KAMENSTEIN

23  I do hereby waive my signature:

24  file copy

25

Picard v Kamenstein          David Kamenstein 2/22/2017

```
 1              C E R T I F I C A T E

 2                        -  -  -

 3   THE STATE OF FLORIDA

 4   COUNTY OF PALM BEACH

 5          I hereby certify that I have read the

 6   foregoing deposition by me given, and that the

 7   statements contained herein are true and correct to the

 8   best of my knowledge and belief, with the exception of

 9   any corrections or notations made on the errata sheet,

10   if one was executed.

11

12          Dated this _____ day of _____,

13   2017.

14

15

16

17

18   _____

19   DAVID KAMENSTEIN

20   Job #1522945-D

21

22

23

24

25
```

Picard v Kamenstein          David Kamenstein 2/22/2017

1              E R R A T A   S H E E T

2    IN RE: PICARD VS. DAVID KAMENSTEIN

3    CR: SHIRLEY D. KING, RPR, FPR

4    DEPOSITION OF: DAVID KAMENSTEIN

5    TAKEN: 2/22/17   JOB NO.: 1522945-D

6

7       DO NOT WRITE ON TRANSCRIPT - ENTER CHANGES HERE

8    PAGE #  LINE #   CHANGE              REASON
     _____
9
     _____
10
     _____
11
     _____
12
     _____
13
     _____
14
     _____
15
     _____
16
     _____
17
     _____
18
     _____
19   Please forward the original signed errata sheet to this
     office so that copies may be distributed to all parties.
20
     Under penalty of perjury, I declare that I have read my
21   deposition and that it is true and correct subject to
     any changes in form or substance entered here.
22
     DATE: _____
23   SIGNATURE OF DEPONENT:_____

24

25

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 98

| A | | | |
|---|---|---|---|

**a.m**
95:9
**ABA063000021**
54:7
**ability**
7:5
**able**
31:17 63:4,11
**above-referred**
95:7
**absence**
64:12 78:23
**Absolutely**
27:13 44:12
**accident**
22:11
**account**
4:19 10:25 11:2,17,20
  12:1,15 13:2,13 14:13
  15:17,18,19 16:17,19
  16:20,22,25 18:20,22
  18:23 19:20 20:3,6,7
  20:11,13 25:2,16 26:3
  29:16 30:21 34:17
  35:9 36:4 37:6 38:25
  39:20,21 40:5 42:25
  43:5,7,9,21,25 44:1
  45:15,17,24 47:1 49:7
  50:16,17,19,25 51:12
  51:14,15,16,17,21,22
  51:24,24 52:5,6,8,12
  52:15,21,23 53:5 54:8
  55:1,5,8,15,19 56:17
  56:22,25 59:9,10,17
  60:2,3,5,21 61:1,15
  61:22 62:16,25 63:9
  63:21,21 64:3,12,21
  64:22 65:5,13,14,20
  66:3,5,21 67:10,14,18
  68:3,23,24 69:6,18
  70:1,7,17,18,20,24
  71:11,15,24 72:2,11
  72:24,24 73:12 74:1

74:20,22 75:4,5,12
76:7,13,15 77:2,5,9
77:17,19 78:10,14,23
79:7,9,21 80:14 81:4
81:8,14 82:4,7,12,23
83:3,18,24 84:12,17
85:1,16,19,25 86:9,10
86:12,15 87:1,5,21,25
88:6,14,18 89:2,3,10
89:12,15,24 90:3,7,12
90:21,25 91:6
**account-opening**
3:12,15 13:12 15:18,20
  16:15
**accountant**
21:10 22:3,5,6,8,10
  27:18,22 34:23 51:25
**accounts**
3:19 4:10 9:9,10,10,13
  11:5,14 12:1,17 15:23
  16:6 17:3,16,17,24,25
  18:3,9,19 19:19,24
  20:2,5,9,14 24:2 30:7
  31:11 37:21,24 44:3,9
  44:16 51:3 52:17 54:6
  54:18 57:11,13 67:19
  69:2,6,16 78:19 81:13
  81:24 83:7,23 85:24
  87:8 88:4,21 91:4
**accuracy**
37:17 91:12,17
**accurate**
15:22 16:4 20:4 63:19
  69:20 76:25
**accurately**
67:20 76:19
**action**
94:13,13
**added**
11:18
**address**
7:17
**adjustment**
29:9
**adjustments**

30:5,10
**admit**
36:17
**admitted**
36:22 91:12
**Adv**
1:2
**advice**
35:14
**advise**
12:20
**affirmative**
3:18 29:3
**affirmed**
6:5
**ago**
22:19
**agree**
55:19 61:23
**al**
5:16
**allowed**
10:15
**aloud**
12:13 29:7 30:1,16
  36:16 39:13
**amended**
3:20 33:1,21 91:13
**amount**
36:6 37:5 40:3 43:2,16
  43:16 45:13,20 47:8
  50:17,19 56:21 64:21
  64:23 67:11 69:18,19
  70:17,19,20 72:2,7,24
  73:2,5,24 74:3,20,24
  75:14,16,21 76:8,10
  76:13 77:2,5,8 78:9
  78:14 79:24 80:16,18
  81:5,8,12 82:5,8,24
  83:2 84:12 85:2,20,23
  87:2,5,9,21 88:1,5,15
  88:22 89:11,14,25
  90:3,8,22,25 91:5
**amounts**
41:25 43:15 54:4,5

70:22 73:7 75:1 88:24
**and/or**
18:4 29:9,13 94:15
**answer**
3:18 6:19,20,23 18:16
  29:3 34:9,10,14 35:4
  35:5,6,13 36:15
**answering**
7:1
**answers**
33:21
**anybody**
71:7
**apologize**
74:21
**appear**
25:21 26:3 32:7 59:12
  60:9 67:20 69:21
  76:17 85:4
**appearance**
5:21
**APPEARANCES**
2:2
**appeared**
16:17 93:7
**appears**
37:14 64:3 74:3 79:12
  89:14
**applicable**
34:15,20 35:8 36:3
**apply**
94:15
**appointment**
95:9
**appreciate**
12:19 41:4
**aside**
55:25
**asked**
18:21 19:18 21:22
  32:10
**asking**
11:8
**associated**
9:19,21 15:16 17:25

08-01789-cgm   Doc 20118-14   Filed 12/22/20   Entered 12/22/20 18:53:10   Exhibit
14   Pg 100 of 117
Picard v Kamenstein                    David Kamenstein 2/22/2017

Page 99

23:21 30:7 42:23 55:5
**Association**
78:25
**assume**
18:5 51:23 52:7
**attorney**
94:11,12 95:11
**authorities**
29:14
**authority**
93:6
**authorized**
94:6
**Avenue**
1:19 5:11 95:18
**aware**
6:15 22:22 30:6,10
  36:3 66:19

---
**B**

**B**
3:10 4:1 31:15 32:4,16
  32:19 36:18 37:9 38:3
  41:10 43:15,20 45:25
  59:13 60:9 62:16
  63:23 65:1 67:20
  69:22,23 70:23 71:23
  73:8,21 75:2,13 76:17
  77:23,24 79:12 80:19
  84:14 85:4 86:13
  88:24 89:14 91:9,10
  91:17
**Bach**
22:15,15,16,17
**back**
28:8,13,15,23 31:18,19
  32:3 38:21 51:4,4
  52:2 55:4 59:15 61:9
  62:6,8 63:25 64:7,8
  65:3,16 68:17 69:24
  71:3,13 73:9
**backs**
80:4
**bad**
40:23

**BAKER**
2:5
**balance**
16:21
**bank**
4:5,10,11,12,19 9:9
  17:17,21,24 18:20
  19:20 36:21 45:21,24
  46:16,19 47:7,8 51:14
  51:17 52:3,5,6,8,8
  53:5 54:7 55:1,5
  57:18 61:18 64:3
  65:25 66:3,5,6,7,9,11
  66:12,13,21,21 68:3,4
  71:5 72:5,13 73:10,12
  74:4,8 75:16,21 78:24
  80:6 86:12,15 90:12
**BANKRUPTCY**
1:1
**Barbara**
23:12 24:15
**barred**
30:2 31:2
**based**
15:21 35:7,13,14,16
  55:18 91:15
**basically**
21:8
**basis**
20:24,25
**Bates**
58:9,13
**Beach**
1:20,23 5:11 7:18 43:1
  46:21 93:3 94:3 95:18
  96:4
**Bear**
16:10
**BECKER**
2:10
**behalf**
2:3,9 5:22,24 6:1 15:14
  25:17 27:15
**belief**
33:23 96:8

**believe**
9:17 11:12,17 17:22
  18:1 28:2 37:2 71:7
**bell**
11:4
**belonged**
57:1 59:18
**below-listed**
95:8
**Bernard**
1:5,8,10 9:7 46:22
**Bernie**
9:15 10:14 16:19
**best**
12:21 33:23 38:18 96:8
**better**
40:24
**big**
20:7
**bit**
28:13 37:23
**blank**
95:12
**BLMIS**
3:16,19 4:6 9:6,10,13
  10:3 11:14 15:17
  17:17,25 18:3,9,19
  20:7,19 21:24 22:9,21
  23:1,10 24:2 25:2,16
  26:3 28:11 29:12,16
  30:7 31:12 37:5 41:23
  51:12,16 54:18 56:17
  56:21 59:9,9 60:2,3
  60:21 63:20,21 64:21
  65:12,14 67:10,13
  69:15 72:2,24 74:19
  74:21 76:7,13 77:2,5
  77:17,19 78:10,14,18
  79:9,21 81:4,13 82:4
  82:7,23 83:3,7,17,23
  84:11 85:16,19,24
  86:9,10 87:1,5,8,21
  87:25 88:4,14,18,21
  89:12,24 90:3,7,21,25
  91:4

**blown-up**
40:22 81:21
**bold**
35:4
**bookkeeper**
23:12,17,18
**bookkeepers**
23:2 24:17,18,20
**borrowed**
20:1
**bottom**
58:14 95:13
**Boulevard**
7:18 46:20
**Branch**
78:25
**break**
6:24 7:2 68:10,11,16
**Breakers**
7:18
**briefly**
7:22
**Broadway**
2:11 95:3
**Bs**
81:22
**bunch**
53:21
**business**
7:25 8:1,9 9:19,21,22
  9:25 24:21,23

---
**C**

**C**
5:1 94:1,1 96:1,1
**c/o**
95:2
**calculated**
31:25
**call**
24:8 95:8
**called**
66:8
**Camon**
43:1

Picard v Kamenstein              David Kamenstein 2/22/2017

**canceled**
3:23,24 4:4,5,6,7,7,8,8
4:9,9,11,14,15,15,16
4:16,17,17,18,18,19
4:20,20,21,21,22,22
19:16 41:9 49:11,14
50:5 56:25 59:16 71:3
**cap**
54:8
**capacity**
1:12,13
**capital**
34:16 35:7,16,24
**car**
22:11
**Carol**
1:12 2:17 3:6 5:15 6:4
11:21 12:3,16,18,23
15:18 19:11 33:12
38:15 42:7,25 54:6,8
55:20 56:6 57:2 59:18
68:25 70:24 73:4
74:23 76:12 77:7
78:19 80:2 81:11
82:10 83:5,22 85:22
87:8 88:4 90:8 91:5
**Carol's**
70:20 78:18 87:8,10
88:21 89:1 90:7 91:4
**case**
5:14,15 20:10,11
**cases**
18:11
**Cash**
41:12
**cause**
5:5
**certainly**
18:10
**CERTIFICATE**
93:1
**certification**
94:14
**certify**
93:6 94:6,9,11 96:5

**certifying**
94:16
**cetera**
24:10,10
**Chaitman**
2:10 6:1,1 8:21 14:19
14:22,24 15:1 17:8,11
17:14 25:9 38:24 39:2
43:20 44:2,6,10,13
45:2 47:10,13,20,23
48:6,9 49:5 50:23
51:2,6,20 52:10,14,19
57:23 58:1,5,12,15,18
58:24 60:12 61:4,7,13
61:17,21,25 62:19,22
63:7,12 66:10 67:23
68:1,5,8,11 70:3,6,9
81:21,25 95:2
**CHANGE**
97:8
**changed**
22:17
**changes**
97:7,21
**Chapin**
23:16,19 24:6
**charging**
31:25
**Chase**
46:21 62:19
**check**
4:8,14,15,18,18,19,21
19:17 39:24,25 40:2
41:9,9,24 43:8 45:16
45:23 49:11,14 50:15
50:16 53:20 56:20
62:6 63:8 65:3,11,16
67:7,10 70:16,18,19
75:3 77:1,7,18 78:8
78:13 79:8,21 80:2,15
81:3,7 82:4,22 83:1
84:10 85:15,22 86:25
87:13,20,24 88:14,17
89:3,11,23 90:2,20,24
91:3

**check-wire**
57:12 72:1,6 73:24
74:8 75:13 86:10,11
**check-wires**
57:18
**checked**
48:4 91:18
**checks**
3:15,23,23,24 4:4,5,6,7
4:7,8,9,9,11,15,16,16
4:17,17,20,20,21,22
4:22 18:4,5,7,8,11
19:8,24 21:4 48:25
50:6 52:11 54:17,24
56:24,25 59:6,15,16
60:1 63:20 64:1,20
65:11 69:15,17,25
73:9 74:19,23 76:12
78:17 79:19 81:11
83:5,16,22 87:7,10
88:3,20 89:2 90:6
**children**
13:3
**children's**
13:6,7
**Christmas**
12:22
**chronological**
41:7
**chronologically**
39:3
**claim**
27:15,25 28:5
**claims**
30:2 31:2
**clarify**
64:1
**clarity**
51:20
**Clarke**
23:12 24:15
**clear**
51:7
**Clerk**
95:12

**close**
16:20 47:18
**closed**
60:15
**College**
7:24
**column**
31:11
**come**
21:3 38:20
**commenced**
94:10
**Commission**
93:16,17
**communicated**
11:1,5
**company**
10:1
**compelled**
30:18,21
**complaint**
29:4 36:18
**completed**
94:10
**comport**
12:24 16:25
**computer**
26:8,10,11 62:8 80:6
90:11
**concentrating**
44:8
**concerning**
35:6,16 39:13
**concluded**
92:2
**confidential**
6:13
**confirm**
34:2 57:11,17 59:16
67:6,9 70:16 72:22
76:6 77:18 78:8 79:8
79:19 81:3 82:3,22
83:15 84:10 85:1,15
86:9,25 87:20 88:13
89:10,23 90:11,20

Picard v Kamenstein                    David Kamenstein 2/22/2017

91:8
**connected**
94:12
**connection**
9:3 21:18 22:21
**consecutive**
58:9
**cont'd**
4:1
**contained**
33:22 34:3 96:7
**contains**
31:10
**continue**
14:23
**control**
94:15
**conversation**
39:18
**copied**
24:14
**copies**
3:16 22:20 23:8 81:23
  97:19
**copy**
24:5 26:18 44:11 95:24
**CORPORATION**
1:3
**correct**
11:24 13:14 15:14,15
  19:8 26:19 33:22 34:4
  34:6 39:4 41:11,25
  43:17 45:25 50:3,4,20
  51:17,18 54:15,16,21
  54:22 55:16,17 56:22
  56:23 59:10,11 60:4,5
  60:24 61:2 62:9 63:22
  64:23,24 66:5 69:1,2
  69:3 70:4,5 71:15,16
  74:24 76:15 88:25
  94:7 96:7 97:21
**corrections**
96:9
**correspond**
43:15 52:4 59:7 62:16

63:23 64:25 70:22
  73:7 75:1,22 80:18
  88:24
**correspondence**
24:6
**corresponds**
41:10 44:18 45:13,21
  45:24 72:10 74:8
  77:23,24 84:14 86:13
  91:9,10
**counsel**
5:20 21:18 25:17 26:17
  94:12,12
**County**
78:25 93:3 94:3 96:4
**couple**
81:23
**course**
17:16 21:24 22:24,24
  22:25,25 37:6
**court**
1:1 5:9,17 6:21 8:25
  16:1 17:6 67:25 95:12
**covering**
36:21
**CR**
97:3
**created**
14:6 40:22
**creating**
14:10
**credit**
30:3 31:3 37:6 46:19
  54:7
**credited**
31:15 64:11 72:1 78:22
**CROSS**
3:5
**Crupi**
11:4
**currently**
44:4

_____
**D**
**D**

1:13,22 3:2,10 4:1 5:1
  5:3 93:15 94:5,21
  95:17 97:3
**Dara**
46:20
**date**
45:19 73:23 77:4,8
  78:13 79:24 80:3 81:8
  81:12 83:1,6 85:18,23
  87:4,7,24 88:3,17,20
  90:2,6,24 91:3 95:1
  97:22
**dated**
56:18 78:9 93:10 94:17
  96:12
**David**
1:12,16 5:13 7:16
  11:20 12:16,18 33:12
  33:19 38:15 42:7,25
  49:5 52:10 54:6,8
  55:20 57:1 58:8 59:18
  73:4 74:15,23 77:7
  78:18,19 80:2 81:12
  82:10 83:5,22 87:7,8
  88:4,21 90:7,7 91:4,5
  93:7 95:2,4,22 96:19
  97:2,4
**David's**
70:6,24 76:13 87:10
  89:1
**Davis**
2:10 6:1 95:2
**day**
5:10 10:19 93:10 94:17
  96:12
**day-to-day**
24:2,3
**DC/time**
43:1
**Dear**
12:14
**debit**
42:24
**Debtor**
1:8

**December**
36:19,20,23 37:2,12,13
**decide**
10:2
**decided**
10:25
**declare**
33:19 97:20
**Defendant**
1:6
**defendant's**
31:4,25
**defendants**
1:14 29:8,10 31:3,25
**defense**
35:6,15
**defenses**
3:18 29:3
**Deponent**
2:9 97:23
**deposed**
8:21
**deposit**
20:8 32:16 39:13 44:23
  46:4 47:4 48:16 52:4
  53:5 55:4 57:12 59:7
  61:12,19,22 62:7
  70:25 72:10,12 75:22
  77:18 80:4 85:1 90:9
  90:10
**deposited**
18:19 49:14 51:13,17
  52:11,14 56:25 59:17
  60:5 61:1 65:5 67:17
  70:1 75:3,4 76:15
  77:9 78:22 81:14
  82:12 83:8,24 84:17
  85:25 87:11,13 88:6
  89:2,3,15 91:6
**deposition**
1:16 5:3,13 7:8,13 8:16
  8:20 91:25 92:2 94:6
  94:8,9,10 95:6,8,10
  96:6 97:4,21
**deposits**

Picard v Kamenstein                    David Kamenstein 2/22/2017

3:19,24 9:12 18:2,13
24:25 31:4,10,11,14
32:10 36:17 54:12
57:21 91:12
**description**
42:22,24 48:14,15 72:9
72:13 75:22 86:16
**difference**
25:22
**differences**
20:8
**different**
20:6 41:25 51:3 58:6
66:13
**dig**
14:20
**dinner**
60:14
**direct**
3:5 6:8 18:18 94:15
**direction**
94:15
**directly**
18:15
**director**
10:1
**disclosures**
6:14 63:6
**discussed**
34:19 91:15
**Discussion**
60:13 74:16
**dispute**
91:17
**distributed**
97:19
**District**
1:1 5:17
**divided**
17:1 68:23
**document**
3:17,21,22,22 4:13,14
12:11 13:21 14:13,16
15:4,12 16:15 17:9
25:21 27:2,19 28:22

31:18 33:3,5,13,16
39:23 41:14,17,17,22
41:23 42:14 46:10,16
46:25 53:20,23 54:1
55:18,21 58:7 68:22
77:21
**documents**
3:12,15,17 4:12,13
7:12 13:12 15:18,20
15:22 16:18 20:19
21:7,17 22:20 24:25
25:15,25 26:2,9 27:24
28:4,8,9 29:20,21
32:15 40:22 48:10
50:24
**dollars**
72:4
**Dominic**
2:4 5:24 48:1
**drawer**
21:13,15,15
**duly**
6:5 93:8

_____

**E**

**E**
3:2,10,10 4:1,1 5:1,1
94:1,1 96:1,1 97:1,1,1
**earlier**
28:10 37:11,14 64:2
**easier**
14:15 38:21 40:15
**easiest**
38:7,12
**educational**
7:22
**eighty-seven**
49:3,4
**either**
13:7 61:4
**email**
2:7,12 18:25
**employ**
53:8 71:8
**employed**

24:23
**employee**
94:12
**employment**
7:23
**endorsement**
64:13 65:22 78:24
**ends**
58:15
**ensuing**
11:18
**enter**
12:8 13:17 14:17 97:7
**entered**
97:21
**entering**
75:25
**entire**
42:10 48:14
**entitled**
29:8
**entries**
58:10
**entry**
86:16
**equal**
12:17
**equally**
17:1
**equals**
46:22
**equitable**
29:9
**equity**
16:21
**errata**
96:9 97:19
**ESQUIRE**
2:4,4,10 95:2
**estate**
12:14
**et**
5:16 24:9,10
**exactly**
22:19 38:5

**EXAMINATION**
6:8
**examined**
6:5
**example**
19:17
**exception**
96:8
**exchanges**
10:6
**executed**
96:10
**exhibit**
3:12,12,13,14,15,15,16
3:17,17,18,19,20,21
3:21,22,22,23,23,24
3:24 4:4,4,5,5,6,6,7,7
4:8,8,9,9,10,10,11,11
4:12,12,13,13,14,14
4:15,15,16,16,17,17
4:18,18,19,19,20,20
4:21,21,22,22 12:8,9
13:9,10,18,19 14:17
14:18 16:11,12 19:4,6
23:4,5,7 25:12,13
26:22,24 28:23,24
29:2 31:6,7,10,15,16
31:19 32:3,3,16,19,21
32:22,25 36:18 37:9
37:10 38:3 39:6,9
41:10,19 43:15,20
44:20,21 45:2,3,9,25
46:11,12,15 47:10,11
47:22,23 48:12,21,22
49:18 50:9,10 53:13
53:16,23 54:12 55:21
56:12,13 57:5,6,9,19
58:20,25 59:1,2,6,12
59:22 60:1,9,16,20
62:16 63:15,16,23
64:16,20 65:1,7,8
67:3,7,9,20 69:10,11
69:22,23 70:11,12,23
71:19,20,23 72:6,18
72:19 73:8,16,17,21

Picard v Kamenstein          David Kamenstein 2/22/2017

74:5,13 75:2,8,9,13
76:1,2,17,21,22 77:13
77:14,23,24 78:3,4
79:4,12,15 80:11,19
80:22,23 81:18,19,22
82:16 83:11 84:2,4,14
84:20,22 85:4,8,9
86:4,5,13,21 87:16
88:9,24 89:5,6,14,18
89:19 90:15,16 91:9
91:10,17
**expenses**
34:17
**Expires**
93:16
**explain**
19:23 35:12
**extra**
17:12 44:10 81:23

---
**F**
---

**F**
94:1 96:1
**failure**
30:3 31:3
**false**
33:25
**familiar**
11:22 33:5
**family**
7:25 8:1,9 53:9 71:8
**far**
11:14
**February**
1:17 5:10 93:10 95:6
**Fed**
42:24 46:19
**federal**
30:19,20
**FF**
93:17
**fictitious**
29:10
**figured**
34:6

**file**
21:15,15,23 95:24
**filed**
5:16 21:8,9,12,12,13
27:15 29:19 95:12
**filing**
21:13
**financially**
94:13
**find**
14:19,21
**fine**
9:8 18:16 38:11,23
63:12
**finish**
6:22,22,23 7:1
**finished**
68:20
**first**
6:5 9:15 11:16 17:21
17:23 34:12 39:20
42:24 52:3 54:4 65:25
66:5,6,7,9,10,12,14
66:15,16,20 71:4
73:10 81:2
**five-minute**
68:10
**Florida**
1:20,23 5:5,12 7:19
43:1 46:21 93:2,16
94:2,6 95:18 96:3
**following**
54:5 58:22
**follows**
6:6
**foregoing**
33:21 94:7,14 96:6
**form**
22:4 29:11 97:21
**formality**
20:5
**forms**
22:6
**forth**
94:9

**Forty-six**
30:25
**Forty-two**
79:3
**forward**
97:19
**forwarded**
95:11
**Foster**
24:16
**found**
33:24
**four**
3:19 4:11 18:19 19:19
20:5,9 31:11 37:24
41:13 69:15,15 70:8
74:18
**Fourteen**
72:4
**fourth**
40:8
**FPR**
1:22 93:15 94:21 95:17
97:3
**fraud**
9:3
**fraudulent**
32:7
**fraudulently**
31:24
**freshest**
36:25
**Friday**
95:9
**front**
25:18 55:22 69:8
**full**
7:15
**funds**
54:7
**further**
94:9,11

---
**G**
---

**G**

1:13 5:1
**gains**
34:16,21 35:7,16,24
36:6
**Gentile**
2:4 5:24,24 14:21,25
17:10,13 45:3 48:3
58:13,16 63:2,10
81:23
**give**
16:1 17:6 21:10 33:2
35:23,25 38:19 40:21
48:1,3 58:18,19
**given**
8:25 26:17 96:6
**glass**
40:10
**go**
10:16 19:20 20:13 27:4
27:14 31:18,19 35:3
37:19 38:24 39:2
40:18 41:13 51:4,4
74:15
**going**
5:7 6:17 9:5,10 13:17
14:23 16:11 31:5
37:18,19 38:7,24 39:2
40:21 41:5,6,7,17
56:12 57:12 58:18
59:5 63:11,14 68:14
69:5 73:16 75:25 78:2
81:17 86:3 87:15
91:24
**good**
40:25 68:9
**goods**
9:22
**governmental**
29:14
**governs**
6:13
**graduate**
7:24
**guaranteed**
78:24

Picard v Kamenstein              David Kamenstein 2/22/2017

**guess**
8:18 10:18 11:18 20:21
21:1 22:18 24:1 36:24
44:4

### H

**H**
1:10 3:10 4:1 5:15 97:1
**half**
68:24
**hand**
28:22 41:13
**handed**
21:24 32:25 57:9,18
59:25 60:19 64:19
72:6,23 74:4,18 75:19
86:13
**handing**
39:9 45:8
**handling**
24:12
**handy**
14:16 15:6 46:25
**happen**
40:9 62:19
**happened**
12:25 20:17 37:12 38:5
61:14
**happy**
7:2 12:22
**Harry**
22:15,16,17
**hchaitman@bplegal....**
2:12
**head**
6:20
**healthy**
12:22
**hear**
9:15
**heard**
6:10
**held**
60:13 74:16
**Helen**

2:10 6:1 7:11 21:20,25
25:11 35:14 95:2
**help**
27:9,25 40:19,22
**helped**
27:18
**hereinabove**
94:9,10
**history**
7:23 10:5 11:14
**hold**
41:16 47:24
**Hollander**
2:19 5:19
**hopefully**
41:3,3
**HOSTETLER**
2:5
**hours**
95:9
**Huh-uh**
57:25

### I

**idea**
29:17
**identification**
12:9 13:10,19 14:18
16:12 19:4 23:5 25:13
26:24 28:25 31:8
32:23 39:7 41:20
44:22 46:13 48:23
49:19 50:11 53:17
56:14 57:7 59:3,23
60:17 63:9,17 64:17
65:9 67:4 69:12 70:13
71:21 72:20 73:18
74:14 75:10 76:3,23
77:15 78:5 79:5,16
80:12,24 81:20 82:17
83:12 84:5,23 85:10
86:6,22 87:17 88:10
89:7,20 90:17
**Identify**
34:13

**illustrious**
10:5
**imagine**
28:6 53:12
**impair**
7:5
**impressed**
10:18
**inaccurate**
37:3,15
**incapacitated**
22:11
**income**
35:10
**indicated**
39:21
**indicating**
52:18,20
**individually**
1:12,12
**information**
25:1 29:12,18 33:23
36:21
**initial**
11:23 63:5
**instruction**
18:24
**inter-account**
30:4
**interested**
94:13
**Internal**
29:13
**interrogatory**
3:20 33:1,21 34:3,8
91:13
**interrupt**
62:24
**interviewed**
9:2
**introduced**
9:16,18 23:24
**invest**
10:15
**invested**

10:9,12,18,21 24:13
**investment**
1:5,10 10:3 11:24
20:18 22:9,25 37:7
**investments**
21:24 22:21
**INVESTOR**
1:3
**involvement**
23:23 24:2,4
**Irrevocable**
3:13,14 14:3
**IRS**
29:11,15
**Irving**
1:10 5:15,23
**it'll**
38:21

### J

**J/TWROS**
12:17
**January**
12:20 50:15 51:12,15
69:4 70:4 81:2
**JAX/063000021**
42:25
**Job**
1:23 93:18 94:22 95:2
96:20 97:5
**Jodi**
11:4 12:14
**joint**
1:12,13 11:21 16:21
43:21,24
**JT**
42:7

### K

**K**
3:10 4:1
**Kamen**
46:20
**Kamenstein**
1:12,12,13,13,16 2:17

Picard v Kamenstein                David Kamenstein 2/22/2017

2:18,18 3:6,13,14
5:13,16 6:4,10 7:16
12:11,16,16,18,19
14:3 16:15,16,21
33:19 40:2 42:7,25
48:18 49:1,2,24 50:3
50:18 52:3,22 53:6,19
54:8 55:20 56:8,17,21
57:2,9 59:5,19,25
61:16,24 65:12,13
66:1,13,22 68:20
69:14 72:15 73:4,14
74:15,22,23 75:5 76:8
78:11 79:11 80:16
83:2,17,20 84:7,11
86:8,17 88:4 89:9
93:7 95:2,4,22 96:19
97:2,4

**Kamenstein's**
39:19 50:16,17,18
51:11 56:17 59:8,9
60:2,3,21 64:21,22
65:14 67:10,13 70:17
70:18 72:10,24 73:20
74:19 75:12 76:7 77:1
77:4 78:10,14 79:7,9
81:4,8 82:4,23 84:11
84:25 85:16,19 87:1,4
87:21,25 88:14,18
89:10,12,24 90:3,21
90:25

**Kathy**
24:16

**keep**
14:16 15:6 25:3 26:7,8
32:19 38:21 44:7
46:25

**kept**
25:5 26:7,18

**kind**
24:12

**King**
1:22 5:3,18 93:15 94:5
94:21 95:17 97:3

**kitchen**

8:2 9:22
**Kitchen's**
60:15
**know**
6:22,25 10:6,10,10,11
11:8,15,18,23 18:5,13
18:16 20:11,12 24:3,7
24:9,12 25:4 26:8,13
29:19 30:8,9,22 35:2
38:2 40:24 50:23
51:24,25 52:6,7,7,17
52:18,22,25 54:3 55:3
58:7 61:3,11 66:14,15
**knowledge**
33:23 37:16 96:8

---

**L**

**L**
1:5,8,10,12 5:15 9:7
46:22
**Large**
5:5 94:6
**laws**
30:19,20
**left**
25:10 68:20
**Legal**
5:18,19 95:10,17
**legally**
30:18
**let's**
14:17 19:20 36:9 51:4
51:4 53:14 63:7 68:11
79:14 83:10 84:2 85:7
**letter**
18:25 54:2 95:13
**letters**
3:16 23:1,8
**liability**
31:25
**life**
8:11,12 20:18
**line**
40:8 97:8
**lines**

42:16
**Liquidation**
1:10
**listed**
70:23
**lists**
27:17
**litigation**
6:11
**little**
28:13 37:23
**living**
34:17 78:23
**LLC**
1:5,10
**LLP**
2:10
**local**
29:13
**located**
95:10
**long**
6:14 8:9
**look**
13:21 16:14 19:6 25:18
26:1 28:9,18 33:8,8
37:9,10 38:3 40:5
42:13 43:4,4,7 44:15
44:18 45:15 46:9,15
46:25 47:1,7 48:15
49:5 53:19 54:11,23
55:21 57:10 59:8,15
62:6 63:25 67:11
69:24 70:15 73:20
77:17
**looked**
17:21
**looking**
13:24 32:3 50:23 57:24
58:6 67:6,10 69:5,14
70:6,8 71:23,23 72:5
75:12 77:21 79:7 84:7
84:25 86:8 89:9
**loud**
12:12

---

**M**

**M**
3:10 4:1
**Madoff**
1:5,8,10 9:3,6,7,15
18:25 22:4 23:25 24:6
24:8 26:14 29:12
39:20 46:22
**Madoff's**
10:5 35:10
**magnifying**
40:10,14
**main**
10:8
**maintain**
24:25
**maintained**
17:17
**making**
18:12
**man**
9:19
**manage**
14:12,12
**managed**
15:23 23:22
**manner**
19:24
**March**
3:15 19:8 94:17 95:1
**mark**
16:11 31:5 38:20 39:4
40:17 41:17 46:10
48:21 56:1,12 67:2
69:10 73:16 78:2
84:20
**marked**
12:9 13:8,10,19 14:18
16:12 19:4 23:5,7
25:12,13 26:22,24
28:24 29:2 31:7,11,15
32:22,25 37:9 39:6,9
41:19 44:21 45:8
46:11,12 48:22 49:18

Picard v Kamenstein          David Kamenstein 2/22/2017

50:10 53:13,14,15,16
53:23 56:13 57:6 59:2
59:6,22 60:1,16,19
63:14,16 64:16,19
65:8,19 67:3 69:11
70:12 71:18,20 72:17
72:19 73:17 74:13
75:7,9 76:2,21,22
77:12,14 78:4 79:4,14
79:15 80:11,23 81:17
81:19 82:15,16 83:10
83:11 84:2,4,22 85:7
85:9 86:3,5,20,21
87:15,16 88:9 89:5,6
89:19 90:9,16

**Markel**
2:4 3:7 5:22,22 6:9
8:23 12:8,10 13:8,11
13:17,20 14:16,23
15:2 16:1,3,10,13
17:6,15 19:5 23:4,6
25:12,14 26:22 27:1
28:22 29:1 31:5,9
32:21,24 38:12,17
39:1,4,8 40:11,14,18
40:20 41:16,21 43:24
44:3,7,12,14,20,24
45:5,7 46:10,14 47:11
47:16,22 48:11,21,24
49:8,10,17,21 50:9,13
50:22 51:1,4,7,9 52:1
53:1,3,13,18 56:10,15
57:5,8,25 58:3,11,23
59:1,4,24 60:18 61:6
61:11,19,23 62:1,21
63:1,3,14,18 64:18
65:7,10 66:12,17,18
67:2,5 68:9,12,19
69:10,13 70:5,8,11,14
71:18,22 72:17,21
73:16,19 74:12,17
75:7,11,25 76:5,21,24
77:12,16 78:2,7 79:3
79:6,14,18 80:10,13
80:22 81:1,17 82:2,15

82:19,21 83:10,14
84:2,6,20,24 85:7,12
86:3,7,20,24 87:15,19
88:12 89:5,8,18,22
90:15,19 91:19,21
**marking**
57:5 59:13
**materials**
10:20
**matter**
95:7
**mean**
9:10,22 18:21 20:1
21:13 52:6 63:4
**means**
9:12 94:15
**medication**
7:4
**meet**
7:10 10:14,16 11:9
**members**
53:9
**memory**
38:3
**mentioned**
9:5 17:20
**Merry**
12:22
**met**
10:23
**methods**
18:2
**Michael**
2:19 5:19
**middle**
39:11
**mind**
36:25
**minute**
33:2
**missing**
43:22
**moment**
16:10
**Monday**

95:9
**money**
10:7 18:8 19:25 20:14
23:22 24:12
**monitor**
5:8
**month**
24:9
**monthly**
20:20,24,25 21:4 28:18
**moral**
56:10
**morning**
52:10
**move**
6:15
**moving**
68:21
**must've**
33:7 34:5

———————————
N
———————————

**N**
3:2 5:1
**name**
7:15 12:17,18 13:5,7
16:5 22:13 52:21,25
55:20 58:2,4 61:24
66:21 73:12,14 74:9
83:16 90:12 95:12
**named**
64:12 78:23
**names**
57:22 69:16
**Natalie**
23:14 24:16
**National**
52:3 65:25 66:5,6,7,10
66:12,15,20 71:5
73:10 78:24
**nearest**
95:10
**necessary**
95:7
**need**

6:24 49:5
**needed**
19:25
**new**
1:1 2:6,6,11,11 5:17
12:22 45:2 46:22,22
95:3,3
**Ninety-five**
45:17
**nodding**
6:20
**Nos**
1:2 53:16
**Notary**
1:23 5:4 93:16 94:5
**notations**
96:9
**note**
3:12 16:17
**notes**
94:7
**notice**
95:6
**NSBC**
46:19
**number**
12:15 20:6 42:18 43:5
44:18 46:16 47:24
51:21,22,24,25,25
52:7,8 53:5 55:1,2,3,5
55:6,7,15 58:9 61:8,8
61:22 65:20 66:3,21
70:25 73:11,13 91:9
95:9
**numbers**
11:22 52:17,24 58:13
59:12 60:8 61:9 62:14
64:25 67:20
**NYC/Center/BBK**
46:22

———————————
O
———————————

**O**
5:1
**OATH**

Picard v Kamenstein                 David Kamenstein 2/22/2017

93:1
**object**
37:5
**obviously**
14:11
**OC**
46:20
**occupation**
7:20
**occurred**
37:1
**October**
78:9
**office**
1:23 10:16 25:6 95:8
95:10 97:19
**oh**
17:13 27:11 40:13
47:23 49:12 53:22
55:23 65:23 67:7 68:1
70:9
**okay**
7:3,7 8:5,13,15,18 9:2
9:11,14 10:2 12:5
13:5,16,25 14:8,15,22
15:1,8,10 17:5,11
18:14,14 19:1,7 20:4
20:18 21:6 24:15 25:7
26:13,21 27:4,8,11,11
27:14,16,20,24 28:21
28:22 29:20 30:15,17
31:24 33:4,10,12
34:10 35:15,18,20,22
36:9,14 37:20 38:1,9
38:10,16 39:10 40:5
40:13,16 41:2,8,15
42:17 43:2,9,19 44:6
44:10,13 45:6,10,17
45:23 46:24 47:24
48:13,20 49:12 50:21
52:9,19 53:14,22,24
54:9,10,25 55:11,25
56:4,5,8,9 57:15 58:6
58:15,18,19,23 60:11
61:6 62:5 63:25 64:15

65:23 66:17 67:1
68:12 69:7,9 70:9,10
71:2 72:16 73:22
74:11,18 75:16,24
76:4,6,17,20,25 78:6
78:21 79:13,17 80:8
80:14,18,21 81:25
82:1,3,18,19 83:15
84:9,16,19 85:13
86:12,19,23,25 87:14
87:18,20 88:13 89:21
89:23 90:18,20 91:8
91:11,14,19,19,22
**old**
22:1
**once**
10:25 37:24 38:19
**one's**
19:20
**ones**
23:24 62:3
**op**
17:18
**open**
10:25 11:6 13:2 17:18
33:15 36:4 44:9
**opened**
11:15,17 16:19 21:8
68:24
**order**
6:11 41:7 44:7 52:3
60:14 65:25 66:20
71:4 73:10
**ordering**
95:11
**origin**
18:12
**original**
16:22 22:10 95:11
97:19

--- **P** ---

**P**
5:1
**p.m**

1:18 5:8 68:18 92:2
95:9
**packet**
43:20
**page**
13:22,23,24 16:17
19:16,17 27:4,5,6,9
27:14,17 29:4,25
30:13,23 31:20,23
33:9,15 34:9 35:3,3
36:9,10,13 42:13 49:6
54:23 58:6,8,9,22
97:8
**pages**
25:18 94:7
**paid**
29:23 34:21 66:20 71:4
**Palm**
1:20,23 5:11 7:18
42:25 46:21 93:3 94:3
95:18 96:4
**pantry**
8:2
**paragraph**
29:4,25 30:11,13,23,24
31:19,20,23,23 54:4
**part**
30:3 31:3 39:16,17
63:5
**particular**
13:22
**parties**
34:18 36:17 94:12
97:19
**party**
35:19 94:12
**party's**
35:7,17
**passed**
22:10,13
**pay**
29:10,15 34:15 37:6
52:2 65:25 73:9
**payable**
74:22 76:8 78:10,15,19

79:11,21 80:15 81:4
81:11 82:24 83:6,16
83:20,22 84:10 85:19
85:23 87:5,25 88:15
88:18,20 89:11,24
90:2,6,21,24 91:3
**payee**
64:12 78:23
**payment**
35:6,8,16,23
**pen**
38:19
**penalty**
97:20
**pending**
7:1
**people**
10:11
**percent**
16:21
**perfectly**
18:16
**period**
36:19,21 43:21,25
**perjury**
97:20
**person**
15:23 27:21
**personal**
12:1 16:6 21:13 69:6
**personally**
24:20 93:7
**phone**
2:6,12 11:10,11
**Picard**
1:10 5:15,23 95:4 97:2
**piece**
38:13
**Pierre**
9:20 23:20,21
**place**
10:7 94:9
**Plaintiff**
1:11 5:14
**Plaintiff-Applicant**

1:3
**planning**
12:14
**Plaza**
2:5
**please**
5:20 6:18,19,25 7:15
   11:13 12:11,20 16:23
   19:13 26:23 29:5,7
   30:1,16 35:5 36:16
   39:19 48:21 54:4,5,6
   54:24 56:2,2 57:11
   59:7,16 65:4,18 70:15
   71:18 72:17,22 75:7
   83:15 84:21 86:9
   88:13 95:6,8 97:19
**point**
11:25 24:12,13
**POLIAKOFF**
2:10
**possess**
66:19
**possession**
28:5 29:21 32:18 35:11
**possible**
44:8
**Possibly**
34:25
**precise**
71:11
**predecessor**
44:1
**prepare**
7:7,10,12 22:23 27:18
   27:25 28:5
**PRESENT**
2:16
**president**
10:5
**pretty**
11:19
**previous**
15:3,4,8 24:9 27:14,17
   31:18 32:11 55:18
   68:22

**previously**
6:10 9:5 19:18 57:1
   59:18 71:6,14
**principal**
30:9
**print**
26:14
**prior**
10:15 12:20 15:21 37:1
**Pro**
1:2
**probably**
13:1 19:25 20:17 37:25
   62:21 63:3
**problem**
17:14 40:21
**proceeding**
21:18
**proceedings**
37:10
**process**
19:23 37:23,25 40:23
**produced**
25:17 26:1
**products**
8:2,2
**Professional**
5:4 94:5
**profit**
30:4,6,8
**profits**
29:11
**proof**
32:1
**properly**
30:3 31:3
**PROTECTION**
1:3
**protective**
6:11
**provide**
27:24
**Public**
1:23 5:4 93:16 94:5
**punishment**

33:25
**purchased**
17:22
**purports**
43:3
**purpose**
5:12
**purposes**
12:14
**pursuant**
33:20
**put**
10:7 11:23 18:22 20:14
   21:14 32:20 47:23
   55:25

---

**Q**

**quality**
40:23
**question**
6:23,25 7:1 15:7 19:17
   21:21 24:1 32:11 34:8
   34:12,24 35:4 36:10
   36:16 48:12 51:10
   64:1
**questions**
6:18
**quickly**
6:17
**quite**
8:17

---

**R**

**R**
1:12 3:10 4:1 5:1 12:16
   12:18 33:19 94:1 96:1
   97:1,1
**racks**
8:6
**Railroad**
1:19 5:11 95:18
**random**
21:2
**rates**
35:9 36:3

**read**
6:11 12:11,13 16:18,22
   16:24 29:7 30:1,16
   33:18,20 34:5,8,12
   35:5 36:15 39:11,13
   42:22 46:18 53:25
   55:1,6,19 65:18,21
   71:2 95:10 96:5 97:20
**reading**
48:14 91:25
**really**
14:7,9
**reason**
24:5,7,10 26:13 36:22
   91:17 97:8
**reasonable**
95:11
**reasons**
10:8 34:13
**recall**
16:8 18:7,10,24 20:15
   28:2 31:17 36:6 37:4
   37:8
**receive**
10:20 20:19 28:11,19
**received**
12:21 21:7 25:4 26:1
**receiving**
18:8,10
**recognize**
27:2
**recollection**
12:24 14:5 16:25 32:9
   37:22 38:8
**record**
5:8,21 6:13 7:15 11:23
   12:6,12 16:18 19:13
   25:3 34:20 35:5 49:13
   50:14 60:13 67:23,24
   68:15,18 74:16 91:24
**records**
25:5,7,16 26:3 34:20
   34:24
**recount**
7:22

Picard v Kamenstein                    David Kamenstein 2/22/2017

recoupment
29:9
recover
30:18
RECROSS
3:5
REDIRECT
3:5
refer
9:6 23:1
reference
14:13 23:12 43:1 46:21
  86:17
referring
28:10
refers
30:11
reflected
35:10 36:18
reflects
60:20
refresh
14:5 37:22 38:8
regarding
11:1
regardless
15:22
Regen
22:12,17,20 27:18,24
  29:18 34:23
Regen's
29:21
Registered
5:3 94:5
regular
27:22
related
69:15
relating
34:24
relative
94:12
rely
29:22
relying

31:22
remember
8:19 10:24 11:1,15
  14:10 22:16 36:2
  37:17 51:23 66:3,4,15
  66:16 68:6,22 71:9
rephrase
6:19 51:10
report
28:7 94:6
reported
1:22 29:11,12 34:16
  35:9
reporter
5:4,9,17 6:21 16:2 17:7
  67:25 94:5,16
reports
28:10
reproduction
94:15
request
4:4 12:21 19:18 43:3
  53:21
requested
20:12 43:16 54:7
requesting
41:23,24
required
29:10
respect
62:15
respective
83:6,23 85:24 87:8
  88:4,21 91:4
respectively
62:15 90:7
responding
34:17 35:7,17,19 36:17
responses
3:20 33:1,22,24 34:3,4
  91:13
rest
22:1 91:11
Retired
7:21

return
95:13
Revenue
29:13
review
6:17 7:12 33:2
reviewed
41:10
reviewing
26:4
right
11:7,21 12:4,7 14:3,22
  15:13 16:9 17:9 18:17
  22:7,7 23:3,9,11,13
  24:17 26:16 28:13,16
  28:16,17 32:5,14
  33:12 36:20 38:4,6
  42:4,6,17 43:10,14
  44:2 45:1,20 46:5,6
  47:5,7 49:8,25 50:2,7
  52:13 54:12,13 55:6
  55:22 56:19 58:11,17
  61:11 63:7,7 68:1,8
  70:7 71:10,12 76:11
  83:19,21 85:11
righty
80:25 83:13 88:11
ring
11:4
Rockefeller
2:5
role
9:24
RPR
1:22 93:15 94:21 95:17
  97:3
Rydlewski
23:14 24:16

━━━━━━━━━━━━
          S
━━━━━━━━━━━━
S
3:10 4:1 5:1 97:1
safe
8:19 10:6
saved

21:14,19 22:1
saw
52:10
says
35:15 46:18 52:2 53:5
  61:21,22 64:11 65:17
  65:21 66:10,20 68:4
  71:2,4 72:15 78:22
  80:5,7
schedule
95:9
Schoenheimer
9:20 23:20,21
second
19:16 27:4,5,6,9 41:16
  42:13 49:6 51:5,21
  54:23
Section
6:11
securities
1:3,5,10 30:19,20
see
8:7 13:13 14:1 15:11
  24:10 27:11 36:10
  37:13 38:14 40:13,16
  42:16,18 43:5,12,14
  45:11,20 46:15 47:8
  48:8 57:11,17 58:4,5
  61:4,7,9 62:23 64:11
  70:9,10,16 72:1,6,9
  73:23 74:3,7 75:13,16
  86:16
seeks
30:17
seen
33:6
send
26:14
sent
3:16 22:4,4,22 23:10
separate
69:2
separately
38:25
served

Picard v Kamenstein                David Kamenstein 2/22/2017

63:5

**Service**
29:13

**set**
94:9,10

**setoff**
29:8

**seven**
41:13

**shaking**
6:20

**sheet**
51:21 96:9 97:19

**shelving**
8:3

**Shirley**
1:22 5:3,18 93:15 94:5
94:21 95:17 97:3

**short**
44:7

**short-term**
34:16,21

**shorthand**
94:7

**show**
29:22 32:16 57:21

**showing**
25:15 62:20

**shows**
11:23 12:6 58:2 62:8

**side**
25:18,19

**sign**
16:23 26:15 33:13 95:7
95:10,12

**signature**
27:12 33:18 61:14 95:7
95:12,20,23 97:23

**signed**
12:23 13:13 15:18,19
25:22 26:4 33:7,15
34:5,6 97:19

**signing**
91:25

**similar**

15:11

**sir**
40:18 55:9 62:11 84:25

**sit**
56:6

**situation**
35:21

**six**
40:6,7

**Sixty-one**
49:23

**slips**
20:21,21

**Sloan**
1:13 2:18 3:14 14:12
15:14 16:5,16,20
19:11 20:2 38:15 42:5
43:18 48:18 49:1,3
50:1,12,16,17,18
51:11 54:20 56:6,16
56:17 59:8 60:2,20
64:20 65:12 67:10
69:16,19 70:18 73:2
73:20 74:19,20 75:3
75:12,22 76:7,8 77:4
77:5 78:13,15 79:7,9
79:11,24 80:15 81:7
82:7 83:1,20 84:7,11
84:11 85:18,19 86:17
87:4,5,24,25 88:17,18
89:9,11,12 90:3,3,25
90:25

**Sloan's**
15:17 17:3 43:7,9,10
45:15,17,23 47:1
52:11,14,22 54:17
57:10,22 58:4,21
62:15 63:20 65:12
67:7 69:5 74:9 80:14
82:7 83:2 86:8 87:13
89:2

**SMB**
1:2,2 5:14

**somebody**
16:23 53:8

**someplace**
43:23

**sorry**
17:13 19:14 21:4 31:23
40:12 47:22 50:17
51:1 55:11 58:16,24
60:15 67:7 70:9 83:16
90:10

**sounds**
16:9,9

**South**
78:25

**Southern**
1:1 5:16

**speak**
7:10

**specific**
18:24 66:3

**specifically**
14:11 16:8 22:18 24:11
27:3

**spice**
8:6

**split**
11:25 12:17 16:6 58:10

**spoken**
11:10

**stamp**
52:2,4 53:4 55:4,4
61:16,17 62:8,8,10
64:6,11 66:20 71:2,8
80:6 90:11

**stamped**
19:16 61:12,19 62:7
68:7,13 73:12,14 80:4

**started**
17:21

**starting**
11:15 39:15,17 69:4

**state**
1:23 5:5,20 7:15 29:13
30:18,20 63:19 76:25
93:2,16 94:2,5 96:3

**statement**
4:5,10,11,12,19 20:25

28:18 35:10 45:21,24
47:8,9,14,20 57:18
62:20 72:5,13 74:4,8
75:17,21 86:12,15

**statements**
20:20 21:4 69:21 96:7

**STATES**
1:1

**stenotype**
94:7

**Stephen**
23:16,18 24:5 39:18

**steps**
7:7 34:2

**stock**
10:6

**stop**
54:9

**strange**
63:8

**stuff**
22:1

**subject**
33:25 97:21

**substance**
97:21

**successful**
10:7

**sued**
44:4

**sufficient**
28:4

**Suite**
1:19 5:11 95:18

**support**
5:18,20 32:15 56:10
95:17

**sure**
8:17 11:24 12:6,13
13:7 17:2,4 22:19
27:5 51:7 58:24 61:5
62:24

**surprised**
61:18

**survivorship**

11:21
**sworn**
6:5 93:8

---

**T**

**T**
3:10 4:1 94:1,1 96:1,1
  97:1,1
**take**
6:21 7:7 13:21 16:14
  19:6 33:8,8 34:2
  37:23 46:9,15,24,25
  53:19 54:5,11 57:10
  59:7 61:18 63:25 68:9
  68:11 69:20,24 70:15
  77:17 95:6
**taken**
5:3,13 8:16,18,20 32:2
  34:11,15 68:16 94:9
  97:5
**talk**
9:9
**talking**
6:24 70:3
**Tatiana**
2:4 5:22
**tax**
22:4,6,23 28:1,3 35:9
  36:3
**taxable**
36:6
**taxes**
22:7,23 29:10,19,22
  34:16,21 35:7,8,24
**taxing**
29:14
**teakettles**
8:4
**tell**
18:22 24:8 52:16
**tenancy**
11:21
**tenant**
1:12,13
**terms**

9:6 20:16 32:10
**testified**
6:6 8:19 27:22 57:1
  59:18 66:2,4 68:23
  71:6,14
**testify**
7:5 8:22
**testimony**
6:14 8:25 15:21 35:8
  35:12,17,23,25 51:8
**thank**
7:3 8:15 15:25 34:1
  41:4 43:19 46:2 49:16
  50:8 51:19 53:11
  55:24 57:4 58:23
  59:21 60:7 62:13,18
  63:12 65:6 67:19,22
  70:2 71:17 72:16
  73:15 75:6,24 76:20
  77:11 78:1 79:1,13
  80:9,21 81:16,25
  82:14 83:9 84:1 85:6
  86:2,19 87:14 88:8
  89:4,17 90:14 91:22
**Thanks**
40:19 44:13
**thing**
8:8 11:9 38:12
**things**
14:15 29:11
**think**
8:17,20 10:17 11:9
  14:15 17:20,22 20:23
  21:5 33:7 35:14 38:2
  38:7,12,14,21 40:11
  40:14,15,25,25 47:13
  50:24 58:7 64:1 66:7
**Thirty**
67:8
**Thirty-six**
74:12
**thought**
68:5
**thousand**
40:6

**three**
41:24,24,24
**threw**
21:9,16 22:2
**tidy**
62:23
**time**
5:8 6:25 17:19 24:14
  34:5 37:23 62:22 68:9
  68:14,18 69:20 91:23
  94:9 95:7,11
**tmarkel@bakerlaw.c...**
2:7
**today**
5:9 7:5 91:19
**told**
10:4
**tonight**
60:15
**top**
36:13
**totaling**
41:25
**track**
38:22
**Tracy**
1:13 2:18 3:13 14:3
  16:15,20 19:11 20:2
  38:14 39:14,19 40:2
  41:5 42:2 43:18 46:5
  46:20 49:1,4,23,24
  50:12,18 54:20 56:21
  57:10,21 59:9 60:3
  64:22 65:13,14 67:13
  67:16 69:5,19 70:17
  72:10,15,23 74:22
  76:10 77:1,2 78:10,10
  79:20,22 81:3,4 82:4
  82:23,24 83:17 84:25
  85:16 87:1,20 88:14
  88:15 89:24,25 90:21
  90:22
**Tracy's**
14:13 15:19 16:5 17:3
  40:5,9 43:5 44:15

45:24 51:14,14 54:17
  56:21 58:2 60:23
  62:15 63:21 69:16
  71:24,24 72:2 74:21
  77:17,18 83:17 87:10
  89:1
**transaction**
20:21 28:10
**transactions**
21:1,2 68:21
**transcript**
94:14 97:7
**transcription**
94:7
**transfer**
34:13 38:20 42:10,20
  43:3,17 45:11 69:4
**transfers**
9:12 18:4 30:4 36:23
  37:3,11,12,14,19
  91:11
**treat**
20:9
**treated**
20:6
**true**
33:22 94:7 96:7 97:21
**truly**
12:22 95:14
**trust**
3:13,14 14:3,6,13 15:4
  15:4
**Trustee**
1:10 2:3 5:14,23,25
  13:14 15:19,20 30:17
  31:22,24 32:1 36:20
**Trustee's**
29:3 30:2 31:2 35:11
  63:5
**trusts**
13:6 14:10 15:16
**try**
14:19 40:22 64:6
**trying**
14:21

Picard v Kamenstein                David Kamenstein 2/22/2017

**turn**
19:15 21:17 29:4,25
30:13,23 36:9,13
39:22,22
**turned**
25:7
**Twenty-six**
60:12
**two**
3:23,24 12:1,17 14:21
15:9,16 22:10 25:15
25:18 27:7 34:10 40:6
45:23 48:25 54:12
57:17 58:19,19 60:1
63:20 69:2,17 74:22
76:12 78:17 83:5 88:3
88:20 90:6
**two-page**
17:8 58:7
**type**
8:8 11:9 20:19
**types**
28:9

**U**

**U.S**
5:18,19
**U.S.C**
33:20
**Uh-huh**
31:1
**um-hum**
9:23 13:25 14:2,4
19:10,12,22 23:15,17
24:24 25:20 26:6
28:12 29:6 31:13,21
33:17 36:1 39:12 40:1
42:15 44:17,25 45:18
47:3 49:3,22 54:19
58:3 64:8,10 65:24
71:25 87:12
**un**
38:13
**undersigned**
93:6

**understand**
6:18 33:24 56:11
**Unfortunately**
27:6
**Union**
17:21,23 39:20 42:24
66:7,9,9,16
**UNITED**
1:1
**unlucky**
10:19
**unsigned**
25:23 26:2,18
**USA/021001088B/01...**
46:20
**usually**
61:21

**V**

**various**
3:16 23:1,7
**verified**
50:14
**verify**
48:9,15,25 49:6,13
50:5 51:12,15 56:24
60:8 65:3,11
**version**
26:4,17,18
**versus**
5:15
**video**
5:8,12 67:24,25 68:15
68:17 91:24
**videographer**
2:19 5:7,19 67:24
68:14,17 91:23
**VIDEOTAPED**
1:16
**vs**
1:11 95:4 97:2
**vs-**
1:4

**W**

**Wachovia**
17:22,23 19:21 52:5,8
54:7 62:8 68:7,13
71:12,15 78:24 80:7,8
90:13
**waive**
95:7,12,20,23
**waived**
92:1
**walk**
11:13
**want**
15:6 55:6 62:23,24
**wasn't**
19:2 23:17,18
**watching**
24:13
**way**
38:7,22
**ways**
20:17 40:24
**we're**
6:23 7:2 37:18,18 41:6
41:17 44:8 56:12
63:10 67:24,25 69:5
70:3,6,8 75:25 78:2
91:23
**we've**
34:19 38:19 91:15,18
**Wednesday**
1:17 5:9 95:6
**went**
7:24 20:2 22:6 37:21
49:7,9 50:15,16,24
51:3 56:3 62:4,25
**West**
1:19,20,23 5:10,11
7:18,18 95:18,18
**wife**
12:15 19:25 68:25
69:16
**wife's**
69:18
**willfully**
33:25

**William**
27:17
**wire**
18:4,22 42:20,24 43:3
43:16 45:11 46:19
**wire-transfer**
39:19 54:6
**wires**
18:10 41:24 45:23
**wiring**
18:8
**wish**
95:12
**wishes**
12:21
**withdraw**
20:7
**withdrawal**
3:21 4:4 18:21 19:19
20:12 32:17 41:12,22
53:20 60:20 76:7
**withdrawals**
4:6,10 9:12 11:8 18:3
18:18 25:1 30:4,6,8
30:17,21 32:1,6,7,13
34:10,15 36:18 51:11
72:23 91:13
**withdrawn**
51:13,16 69:17 76:12
78:9,18
**withdrew**
19:24
**Witness**
3:5 6:2,7 38:16 40:12
40:16,19 41:15 44:23
45:4,6 47:12,15 48:4
48:8 49:9,20 50:12
51:23 52:13,16,20,24
53:2 56:6,9 58:2,4,21
60:14 61:5,8 66:14
68:4,7,13 76:4 78:6
79:17 80:25 82:1,18
82:20 83:13 85:11
86:23 87:18 88:11
89:21 90:18 91:20,22

**work**
41:1,3
**worked**
23:20
**working**
8:12
**worry**
68:2
**wouldn't**
8:19 21:3 31:17 34:6
  37:17 40:9 51:25
**WRITE**
97:7
**writing**
18:7
**written**
3:21 41:22,23
**wrong**
47:24 50:24
**WROS**
16:21 42:8
**wrote**
53:25

**X**

**X**
3:2,10 4:1

**Y**

**yeah**
12:13 13:1,15 14:24
  15:6,6,9 17:2 21:14
  21:22 25:24 26:12
  33:9 48:17 51:2,6
  53:23 54:3 55:12,23
  58:12 61:21,25 62:22
  63:12 65:19 68:11
  77:25
**year**
29:9 35:9 36:4
**yearend**
22:3 28:2,6
**years**
11:18 22:19 23:2,10
  29:15

**York**
1:1 2:6,6,11,11 5:17
  12:22 46:22,23 95:3,3

**Z**

**0**

**019917**
93:17
**08-1789**
1:2
**09:41**
43:1

**1**

**1**
3:12 12:8,9
**1-CM247-3-0**
12:16
**1-CM596-3-0**
39:20
**1,208,728**
42:8
**1,782,332**
16:20
**1,786,761**
41:25 42:11
**1/2/2003**
50:9
**1/5/2014**
59:7
**1:50**
1:18 5:8
**10**
3:18 6:11 22:18 28:23
  28:24 29:2 31:19
**10-04469**
1:2 5:14
**10/20/2000**
46:3 47:1,2
**10/4/2006**
88:14
**10/5/2006**
89:10
**10006**

2:11 95:3
**10022/4834/AC-0001**
46:23
**1010038368305**
75:4 87:13 89:3,16
**10111**
2:6
**105,000**
70:20
**1099**
29:11
**11**
3:19 31:6,7,10,16 32:3
  37:10
**11/14/2001**
48:20
**11/25/2005**
79:20 80:3
**11/7/2006**
89:24
**1165030176819**
52:3 66:1 71:5 73:11
  75:5 77:10
**11th**
36:19,20,23 37:2,12,13
**12**
3:12,20 22:18 32:21,22
  32:25 35:4
**12,121**
47:12
**12,920.95**
47:15
**12,921**
47:4
**12/6/06**
90:21
**12/9/2005**
80:15
**127,760**
73:2
**129,000**
83:23
**13**
3:12,13,21 39:5,6,9
**13,000**

88:15
**1314**
7:18
**136,000**
77:5
**14**
3:14,21 41:18,19
**149,000**
83:20
**15**
3:22 44:20,21 45:3,9
**1522945-D**
1:23 93:18 94:22 95:2
  96:20 97:5
**155,000**
84:12
**16**
3:15,22 29:4 46:11,12
  46:15 47:10,11,22,23
**17**
3:23 48:21,22
**17,000**
65:12,14 67:11,16 87:2
**1746**
33:20
**176,000**
60:21 62:14
**18**
3:23 49:18
**19**
3:15,24 50:9,10
**1984**
3:13,14 14:1
**1992**
8:10
**1993**
9:17
**1CM247**
11:20
**1CM295**
13:13 16:5
**1CM596**
16:7,15
**1CM597**
16:7,16

Picard v Kamenstein          David Kamenstein 2/22/2017

**1CM913**
12:5
**1st**
12:20

---
**2**

**2**
3:12 13:9,10,24 14:19
14:25 34:8,12
**2/22/17**
97:5
**20**
3:24 31:23,23 53:14,15
53:16 54:12
**20,500**
79:21,25
**20,600**
77:19
**200,000**
79:9
**2000**
48:7,10
**2000028122845**
84:18
**2003**
50:15 51:12,15
**2004**
68:21
**2005**
3:15 12:20 19:8 68:21
69:4 70:4 78:9
**2006**
36:19,23 37:2,12 81:2
**2008**
36:20,23 37:13 44:9
**2017**
1:17 5:10 93:10 94:17
95:1,6 96:13
**21**
4:4 53:14,15,16,23
55:21
**21,300**
90:22
**212.589.4615**
2:6

**212.599.3322**
2:12
**21st**
3:15 19:8 78:9
**22**
1:17 4:4 56:12,13
**22,500**
74:20,22
**225**
74:20
**22nd**
5:10 93:10 95:6
**23**
3:16 4:5 29:4 31:19,20
31:23 57:5,6,9,19
59:1
**24**
4:5 29:25 59:2,6
**247**
68:23
**25**
3:17 4:6 30:13 59:22
60:1
**25,000**
57:12,17 63:20,21
**25,760**
72:25
**250,000**
39:19 40:3 82:24 83:2
83:6
**26**
3:17 4:6 30:23 60:16
60:20
**26,200**
90:4
**26,700**
76:8,10
**264**
50:1
**264,000**
91:1
**27**
4:7 29:25 63:15,16
**279,486**
42:5 43:13

**28**
4:7 33:20 64:16,20
**29**
3:18 4:8 65:7,8
**298,547**
42:3 43:5
**2nd**
50:15 51:12,15

---
**3**

**3**
3:13 13:18,19 27:6
**3/2/06**
82:8
**3/2/2006**
82:5
**3/21/05**
72:1
**3/6/06**
82:11
**3:36**
68:14
**3:46**
68:18
**30**
4:8 67:3,7,9
**300**
1:19 5:11 95:18
**31**
3:19 4:9 69:10,11
**32**
3:20 4:9 70:11,12
**325,000**
56:16
**33**
4:10 71:19,20 72:6
**33401**
1:20 95:18
**33411**
7:19
**33480**
43:1 46:21
**34**
4:10 72:18,19
**35**

4:11 73:16,17 74:5
**350,000**
80:16 89:11
**36**
4:11 74:13
**36,800**
81:5
**37**
4:12 30:14 75:8,9
**37,500**
78:9
**38**
4:12 76:1,2
**39**
3:21 4:13 76:21,22
**39,400**
89:25
**39,500**
87:9

---
**4**

**4**
3:14 14:17,18 27:4,6,7
27:9 34:9
**4/10/02**
49:25
**4/10/2002**
49:17,20
**4/4/2006**
82:23
**4:30**
95:9
**4:41**
1:18 91:23 92:2
**40**
4:13 77:13,14
**41**
3:21 4:14 78:3,4
**414**
72:3
**42**
4:14 79:4
**42,000**
80:3
**43**

Picard v Kamenstein          David Kamenstein 2/22/2017

4:15 79:14,15
**44**
3:22 4:15 80:10,11
**44,000**
87:22
**444**
1:19 5:10 95:18
**45**
2:5,11 4:16 80:22,23
95:3
**45,000**
60:23 62:14 85:16
**46**
3:22 4:16 30:24 81:18
81:19
**47**
4:17 82:15,16
**47,000**
69:19
**47,500**
74:24
**472000**
43:11
**48**
3:23 4:17 83:10,11
**48,500**
81:12
**4815**
46:21
**49**
3:23 4:18 84:3,4
**49,200**
91:5
**4s**
27:7
**4th**
70:4 81:2

**5**
**5**
3:15 16:11,12 36:9,10
**5/3/2006**
83:16
**50**
3:24 4:18 16:21 84:20

84:22
**50,000**
59:8,9 88:22
**51**
4:19 85:8,9
**52**
4:19 86:4,5
**52,500**
70:18,19
**53**
3:24 4:4,20 86:20,21
**530,000**
86:10,16
**54**
4:20 87:15,16
**54,740**
73:5
**55**
4:21 88:9
**55,000**
88:18
**55,700**
82:8
**56**
4:4,21 89:5,6
**56,800**
76:14
**57**
4:5,22 89:18,19
**58**
4:22 90:15,16
**58,500**
81:9
**5822**
55:16 56:25 59:17 60:6
61:2 64:4 65:5 67:18
70:1 76:16 81:15
82:13 83:8,25 86:1
87:11 88:7 89:2 91:7
**5830**
46:20
**5872**
46:4,5,8,16
**59**
4:5,6 16:6

**6**
**6**
3:7,15 19:4,6 35:3,3
36:13
**6/13/03**
50:22
**6/13/05**
74:19
**6/13/2003**
54:14 56:3
**6/13/2006**
84:12
**6/15/05**
74:21
**6/15/2006**
85:1
**6/2/05**
73:23
**60**
4:6
**60,000**
54:20,20
**600,000**
73:24
**61,000**
49:24
**61,200**
82:5
**62,000**
64:21,23
**62,500**
60:2
**63**
4:7
**64**
4:7
**65**
4:8
**65803**
45:4
**67**
4:8
**67,000**
88:1

**67,600**
77:2
**69**
4:9
**6th**
94:17

**7**
**7**
3:16 23:4,5,7 41:17
95:1
**7/26/2017**
93:16
**7/5/2006**
85:15
**7/8/05**
75:14
**70**
4:9
**700,000**
75:14
**71**
4:10
**71,000**
85:20
**72**
4:10
**73**
4:11
**74**
4:11
**75**
4:12
**75,000**
50:12,18,19 51:13,16
77:8
**76**
4:12
**765**
58:15
**766**
58:15
**77**
4:13,13
**77,200**

Picard v Kamenstein              David Kamenstein 2/22/2017

| | | |
|---|---|---|
| 90:8 | **87** | 54:8 55:10 |
| **77,500** | 4:20,20 | |
| 78:18 | **87,000** | |
| **777,404** | 49:1,2 | |
| 72:2 | **87,747** | |
| **77716** | 85:2 | |
| 45:19 | **88** | |
| **78** | 4:21 | |
| 4:14 | **89** | |
| **79** | 4:21 | |
| 4:14,15 | | |
| **79,000** | **9** | |
| 87:5 | **9** | |
| | 3:17 26:22,24 36:11 | |
| **8** | **9/1/2005** | |
| **8** | 77:1 | |
| 3:17 25:12,13 | **9/30/2005** | |
| **8/11/2003** | 77:19 | |
| 56:18 | **9/5/2000** | |
| **8/18/2003** | 44:15,19 | |
| 57:11 | **9/7/2006** | |
| **8/3/2006** | 87:21 | |
| 86:9,11 | **9/7/99** | |
| **8/8/2006** | 16:19 | |
| 87:1 | **9:00** | |
| **80** | 95:9 | |
| 4:15 | **90** | |
| **80,800** | 4:22,22 | |
| 82:11 | **913** | |
| **801** | 70:7 | |
| 45:4,5,6 | **914** | |
| **81** | 12:5 | |
| 4:16,16 | **92,000** | |
| **82** | 85:23 | |
| 4:17 | **92,500** | |
| **83** | 78:14 | |
| 4:17 | **93** | |
| **84** | 11:17 | |
| 4:18 | **97,000** | |
| **84,000** | 69:18 | |
| 83:17 | **98,000** | |
| **85** | 88:5 | |
| 4:18,19 | **998** | |
| **86** | 68:3 | |
| 4:19 | **9980325822** | |