# EXHIBIT 16

## BERNARD L. MADOFF
### INVESTMENT SECURITIES LLC
885 Third Avenue New York, NY 10022

212 230-2424
800 334-1343
Fax 212 838-4061

### VERIFICATION OF ADDRESS CHANGE

Date: March 21, 2005       Account #:       1CM596

TRACY **REDACTED**                TRACY KAMENSTEIN **REDACTED**

Old Address                       New Address

We have recently received a request for a change in your mailing address. For your protection we ask that you confirm your new mailing address by signing and returning this form. To insure that future mailings, account statements, checks, etc. are forwarded to the correct address you must return this form immediately. The change requested is noted above.

Client Signature: [signature]    Joint Signature: _____ (All joint tenants must sign)    Date: 4/19/05 (mm/dd/yyyy)

**IMPORTANT**: If the new address is *not* correct, please contact us immediately at (800) 334-1343

Attn: Eric Reardon

AMF00267636