# EXHIBIT 17



**BERNARD L. MADOFF**

101173
62-26 / 311
2815-09

Date 1/06/00

PAY TO THE ORDER OF TRACY D KAMENSTEIN          $ ***250000-00

EXACTLY ****250,000DOLLARS00CENTS     DOLLARS

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

BERNARD L. MADOFF

FOR 1-CM596-3

⑆101173⑆ ⑈031100267⑈ 630428151 509⑈

MADWAA00052123

CONFIDENTIAL

10-04469_KATCAA0000178

10-04469_KATCAA00000179
MADWAA00052124

