# EXHIBIT 18



**BERNARD L. MADOFF**

2815
62-26/311
130120

PAY TO THE ORDER OF SLOAN G. KAMENSTEIN

11/14 20 01

$ ****87000.00

EXACTLY *****87,000DOLLARS00CENTS

DOLLARS

BERNARD L. MADOFF
By [signature]

Chase Manhattan Bank Delaware
1201 Market Street
Wilmington, DE 19801

FOR 1-CM597-3

⑈001301120⑈ ⑆0311⑈00026⑈ 630 14 28 151 509⑈

12002 6120

⑆0008700000⑈

MADWAA00097613

