# EXHIBIT 4
# (EXCERPT)

**JPMC 703 Account Activity Summary**
**December 1998 - December 2008**

|  |  | # |  | Amount |
|---|---|---|---|---|
| **Beginning Bank Ledger Balance (12/1/1998)** |  |  | $ | 1,683,834 |
| *Customer Transactions* |  |  |  |  |
| Incoming Customer Wires | [1] | 10,305 |  | 36,643,660,331 |
| Incoming Customer Checks | [2] | 4,023 |  | 78,815,672,530 |
| Federal Home Loan Bank Transactions (Incoming) | [3] | 24 |  | 264,939,785 |
| **Subtotal - Customer Inflows** |  | **14,352** |  | **115,724,272,646** |
| Outgoing Customer Wires | [1] | 9,497 |  | (27,834,034,250) |
| Outgoing Customer Checks |  | 5,016 |  | (80,290,347,270) |
| Transfers to JPMC 509 Account | [4] | 2,537 |  | (6,988,328,181) |
| Transfers to Bankers Trust 599 Account | [5] | 106 |  | (849,975,000) |
| Tax Payments |  | 126 |  | (375,489,164) |
| Reimbursements to BONY 621 Account |  | 2 |  | (261,816,950) |
| Federal Home Loan Bank Transactions (Outgoing) | [3] | 1 |  | (46,587,319) |
| **Subtotal - Customer Outflows** |  | **17,285** |  | **(116,646,578,133)** |
| **Net Customer Flows** |  | **31,637** | **$** | **(922,305,487)** |
| *Investment Flows* |  |  |  |  |
| Overnight Sweep - Investment |  | 1,957 |  | (29,321,695,287) |
| Overnight Sweep - Return of Principal & Interest |  | 3,784 |  | 29,324,755,543 |
| Overnight Deposit - Investment |  | 2,384 |  | (167,616,800,000) |
| Overnight Deposit - Return of Principal & Interest |  | 2,386 |  | 167,645,155,663 |
| Commercial Paper - Investment |  | 1,022 |  | (77,800,400,000) |
| Commercial Paper - Return of Principal & Interest |  | 2,044 |  | 77,809,963,692 |
| Certificate of Deposit - Investment |  | 1,753 |  | (326,313,900,000) |
| Certificate of Deposit - Return of Principal & Interest |  | 2,973 |  | 327,104,039,244 |
| Treasury Bills - Investment |  | 333 |  | (16,486,662,003) |
| Treasury Bills - Return of Principal & Interest |  | 139 |  | 16,696,706,194 |
| **Total Net Investment Flows** |  | **18,775** | **$** | **1,041,163,046** |
| *Other Transactions* |  |  |  |  |
| Other Incoming Wires |  | 83 |  | 2,393,496,814 |
| Cancelled/Reversed Wires or Checks |  | 137 |  | 19,367 |
| Other Incoming Checks |  | 4 |  | 301,405 |
| Other Outgoing Wires |  | 113 |  | (1,951,921,147) |
| MSIL Transactions (not related to 1FN023) |  | 22 |  | (165,203,647) |
| Other Outgoing Checks |  | 126 |  | (163,746,831) |
| Loan and Related Interest |  | 10 |  | (3,483,099) |
| Bank Charges |  | 79 |  | (596,988) |
| **Total Other Transactions** |  | **574** | **$** | **108,865,874** |
| **Ending Bank Ledger Balance (12/31/2008)** |  | **50,986** | **$** | **229,407,266** |

**Notes**

[1] Amounts include **$183,884,318** in incoming wires from MSIL, and **$329,967,666** in outgoing wires to MSIL, that were tied to cash transactions in the 1FN023 ("MADOFF SECURITIES INTL LTD") account.

[2] Incoming checks between December 1998 and December 2008 includes checks totaling **$3,196,365** that were not related to a BLMIS customer account, including $1,000 from Erin Reardon, $1,686,165 from David Kugel, $250,000 and $437,000 from Jerry O'Hara.

[3] Incoming amount includes **$243,225,000** in principal proceeds from securities that were "received free" from BLMIS customers and subsequently redeemed by Madoff, and **$21,714,785** in interest earned on these securities. Outgoing amount represents securities purchased by Madoff and delivered to certain BLMIS customers in April 2008. This activity was reconciled to multiple BLMIS customer account transactions.

[4] Checks were written from the 509 Account to both BLMIS customers and non-BLMIS customers. Total amount of checks to non-customers from the 509 Account was $**30,931,198.**

[5] There were outflows from the Bankers Trust 599 Account to both BLMIS customers and non-BLMIS customers. Total outflows to non-BLMIS customers from this account was **$21,555,532**, including **$19,500,000** to MSIL and **$2,055,532** to other payees.

| JPMC 703 ID | Ledger Date | Amount | Transaction Category | Transaction Type | Reference (per OCR of '703 Stmt) | Description (per OCR of '703 Stmt and As Redacted) | '703 Statement Bates Reference(s) | Deposit Slip Bates Reference(s) | Check Bates Reference(s) | JPMC Wire File TRN No. | JPMC 509 ID | BT 599 ID | Detail ID[1] | CM ID[2] | CM AccountNo | CM Account Name (As Redacted) | CM Date | CM Amount | CM Type | CM Description | CM Statement Bates Reference | Other Source / Recipient | Other Bank | Other BLMIS or BLM | Other AcctNo (As Redacted) | Counterparty Statement Bates Reference |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 12/1/1998 | 62,883.33 | Investment | Certificate of Deposit - Return of Principal & Interest | USD OUR: 0000000862IB | INTERESTREF: INTERESTTICKET # 000862 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 2 | 12/1/1998 | 100,000.00 | Customer | Incoming Customer Wires | USD YOUR: O/B PACIFIC BK SOUR: 0669608335FF | FEDWIRE CREDITVIA: THE PACIFIC BANK/121040114B/0: ZAENTZ FAMILY PTNERSHIPREF: CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-4834/AC-REDACTED RFB0/B PACIFIC BK S BBI/_J/ME/17.38IMAD: 1201L1QFLAEL000100 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 250337 | 1ZB340 | ZAENTZ FAMILY PARTNERSHIP C/O JEROME K PORTER | 12/2/1998 | $ 100,000.00 | CA | CHECK WIRE | MDPTPP06935580-83 | | | | | |
| 3 | 12/1/1998 | 210,000.00 | Customer | Incoming Customer Wires | USD YOUR: 001102OUR: 0213209335FF | FEDWIRE CREDITVIA: NORWEST BANK OF DENVER/102000076B/0: FIRST TRUST CORPORATION REDACTED REF: CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-4834/AC-REDACTED RFB001102 0BIFFCT GARY GERSON ACCT 1 G0296 4 PLEASE MAKE SB, IMAD: 120 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 226295 | 1G0296 | NTC & CO. FBO GARY GERSON (093438) | 12/1/1998 | $ 210,000.00 | CA | CHECK WIRE | MDPTPP03385662-66 | | | | | |
| 4 | 12/1/1998 | 500,000.00 | Customer | Incoming Customer Wires | USD YOUR: SWF OF 98/12/01OUR: 3152400335FT | BOOK TRANSFER CREDITB/0: NATIONAL FINANCIAL SERVICES CO REDACTED ORG: /0C26388031BERNARD S GEWIRZ0GB: NATIONAL FINANCIAL SERVICES COUS5 - FIVE DAY FLOATUSM MIXED FLOAT | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 222429 | 1G0111 | GEWIRZ PARTNERSHIP | 12/2/1998 | $ 500,000.00 | CA | CHECK WIRE | MDPTPP03289059-62 | | | | | |
| 5 | 12/1/1998 | 540,000.00 | Customer | Incoming Customer Checks | USM OUR: 0040029515DA | DEPOSITXVALUE DATE: 12/01 500,000< .. 12/02 40,000 | MADWAA00378499-566 | | | n/a - pre-2002 | | 1 | | | | | | | | | | | | | | |
| 6 | 12/1/1998 | 2,000,000.00 | Customer | Incoming Customer Wires | USD YOUR: O/B CITIBANK NYCOUR: 0632308335FF | FEDWIRE CREDITVIA: CITIBANK/021000089B/0: MERSON LIMITED PARTNERSHI REDACTED REF: CHASE NYC/CTR/BBKBERNARD L MADOFF NEW YORK NY 10022-4834/AC--REDACTED BNFMERSON LIMITED PARTNERSHIP MERSON, INC., GENERAL PARTNER/IMAD: 1201B1Q8021C005156 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 216014 | 1CM512 | MERSON LIMITED PARTNERSHIP | 12/2/1998 | $ 2,000,000.00 | CA | CHECK WIRE | MDPTPP01558835-38 | | | | | |
| 7 | 12/1/1998 | 4,000,541.67 | Investment | Overnight Deposit - Return of Principal & Interest | USD YOUR: NC8902131812019801OUR: 9833500713IN | NASSAU DEPOSIT TAKENB/O: BERNARD L MADOFF INC.NEW YORK, NY 10022REF: TO REPAY YOUR DEPOSIT FR 98113, ,v? , J} TO 981201 RATE 4.870 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 8 | 12/1/1998 | 5,000,000.00 | Customer | Incoming Customer Wires | USD YOUR: UST OF 98/12/01OUR: 0172500335JP | BOOK TRANSFER CREDITB/O: UNITED STATES TRUST CO OF NEW REDACTED -1532ORG: N0087644600WARLEN LPREF: /AC--REDACTED/BERNARD L MADOFFIFFC AC# 1-W0097-4 WARLEN LP | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 226385 | 1W0097 | WARLEN LP C/O ROCKDALE CAPITAL MS LINDA KAO | 12/1/1998 | $ 5,000,000.00 | CA | CHECK WIRE | MDPTPP05671426-34 | | | | | |
| 9 | 12/1/1998 | 5,000,000.00 | Customer | Incoming Customer Wires | USD YOUR: O/B COMERICA DETOUR: 0586208335FF | FEDWIRE CREDITVIA: COMERICA BANK/072000096B/0: BROAD MARKET PRIME L.P REDACTED REF: CHASE NYC/CTR/BNFBERNARD L MADOFF NEW YORK NY 10022-4834/AC--REDACTED RFB0/B COMERICA DET OBIFC CALHOUN AND CO-DEBROAD MARKET PRIIMAD: 1201G1QG990C001684 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | 272228 | 1C1260 | RYE SELECT BROAD MARKET PRIME FUND, LP | 12/2/1998 | $ 5,000,000.00 | CA | CHECK WIRE | MDPTPP00510211-19 | | | | | |
| 10 | 12/1/1998 | 66,000,000.00 | Customer | Incoming Customer Checks | USD OUR: 0040030688DA | DEPOSIT | MADWAA00378499-566 | | | n/a - pre-2002 | | 2 | | | | | | | | | | | | | | |
| 11 | 12/1/1998 | 70,000,000.00 | Investment | Certificate of Deposit - Return of Principal & Interest | USD OUR: 0000000862IB | MATURITYREF: MATURITYTICKET ft 000862 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 12 | 12/1/1998 | (489.00) | Customer | Outgoing Customer Checks | USD OUR: 0040844419CS | CHECK PAID # 3014 | MADWAA00378499-566 | | MADWAA00379580-81 | n/a - pre-2002 | | | | 281356 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (489.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 13 | 12/1/1998 | (1,955.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844426CS | CHECK PAID ft 3021 | MADWAA00378499-566 | | MADWAA00379594-95 | n/a - pre-2002 | | | | 7700 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (1,955.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 14 | 12/1/1998 | (3,421.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844417CS | CHECK PAID ft 3012 | MADWAA00378499-566 | | MADWAA00379576-77 | n/a - pre-2002 | | | | 39078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (3,421.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 15 | 12/1/1998 | (9,520.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844418CS | CHECK PAID ft 3013 | MADWAA00378499-566 | | MADWAA00379578-79 | n/a - pre-2002 | | | | 281344 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (9,520.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 16 | 12/1/1998 | (16,618.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844424CS | CHECK PAID ft 3019 | MADWAA00378499-566 | | MADWAA00379590-91 | n/a - pre-2002 | | | | 216376 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (16,618.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 17 | 12/1/1998 | (25,659.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844422CS | CHECK PAID ft 3017 | MADWAA00378499-566 | | MADWAA00379586-87 | n/a - pre-2002 | | | | 216368 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (25,659.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 18 | 12/1/1998 | (48,875.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844423CS | CHECK PAID # 3018 | MADWAA00378499-566 | | MADWAA00379588-89 | n/a - pre-2002 | | | | 81082 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (48,875.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 19 | 12/1/1998 | (48,875.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844425CS | CHECK PAID # 3020 | MADWAA00378499-566 | | MADWAA00379592-93 | n/a - pre-2002 | | | | 282960 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (48,875.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 20 | 12/1/1998 | (86,573.00) | Customer | Outgoing Customer Checks | USN OUR: 0040644416CS | CHECK PAID # 3011 | MADWAA00378499-566 | | MADWAA00379574-75 | n/a - pre-2002 | | | | 81078 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (86,573.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 21 | 12/1/1998 | (87,975.00) | Customer | Outgoing Customer Checks | USN OURi 0040844420CS | CHECK PAID tt 3015 | MADWAA00378499-566 | | MADWAA00379582-83 | n/a - pre-2002 | | | | 281363 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (87,975.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 22 | 12/1/1998 | (120,190.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844415CS | CHECK PAID # 3010 | MADWAA00378499-566 | | MADWAA00379572-73 | n/a - pre-2002 | | | | 216357 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (120,190.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 23 | 12/1/1998 | (131,474.00) | Customer | Outgoing Customer Checks | USN OUR: 0040844421CS | CHECK PAID # 3016 | MADWAA00378499-566 | | MADWAA00379584-85 | n/a - pre-2002 | | | | 161537 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (131,474.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 24 | 12/1/1998 | (200,000.00) | Customer | Transfers to Bankers Trust 599 Account | USD YOUR: TONYOUR: 0192700335FP | FEDWIRE DEBITVIA: BANKERS NYC/021001033A/C: BERNARD L MADOFFNEW YORK NEW YORK 10022REF: /BNF/FFC A/C 00810599/TIME/10:29IMAD: 1201B1QGC06C001560 | MADWAA00378499-566 | | | n/a - pre-2002 | | 1 | | | | | | | | | | Bernard L. Madoff | Bankers Trust Company | BLMIS | xx-xx0-599 | MADWAA00378590 |
| 25 | 12/1/1998 | (220,000.00) | Customer | Outgoing Customer Checks | USD OUR: 0040508896CS | CHECK PAID # 3003 | MADWAA00378499-566 | | MADWAA00379568-69 | n/a - pre-2002 | | | | 311493 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 11/30/1998 | $ (220,000.00) | PW | CHECK | MDPTPP04190625-33 | | | | | |
| 26 | 12/1/1998 | (230,934.00) | Customer | Outgoing Customer Checks | USD OUR: 0040844427CS | CHECK PAID # 3022 | MADWAA00378499-566 | | MADWAA00379596-97 | n/a - pre-2002 | | | | 7702 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (230,934.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 27 | 12/1/1998 | (455,439.39) | Customer | Transfers to JPMC 509 Account | USD YOUR: CDS FUNDINGOUR: 0626900335FP | BOOK TRANSFER DEBITA/C: CHASE MANHATTAN BANK DELAWAREWILMINGTON DE 3.9801-3147REF: /TIME/11:00 FEDBK | MADWAA00378499-566 | | | n/a - pre-2002 | 1 | | | | | | | | | | | | | | | |
| 28 | 12/1/1998 | (595,000.00) | Customer | Outgoing Customer Checks | USN OUR: 0040023710CS | CHECK PAID 8 3023 | MADWAA00378499-566 | | MADWAA00379598-99 | n/a - pre-2002 | | | | 7977 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (595,000.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 29 | 12/1/1998 | (761,600.00) | Customer | Outgoing Customer Checks | | 01DEC      USN OUR: 0040844414CS 26000 °         CHECK PAID tt 3009 | MADWAA00378499-566 | | MADWAA00379570-71 | n/a - pre-2002 | | | | 81047 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (761,600.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 30 | 12/1/1998 | (5,000,000.00) | Other | Other Outgoing Wires | USD YOUR: TONYOUR: 0628900335FP | FEDWIRE DEBITVIA: BK OF NYC/021000018A/C: BERNARD L MADOFFNEW YORKREF: /TIME/12:39IMAD: 1201B1QGC08C002871 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | Bernard L Madoff | Bank of New York | BLM | xxx-xxx3-878 | SECSBJ0009190 |
| 31 | 12/1/1998 | (9,000,000.00) | Investment | Overnight Deposit - Investment | USD YOUR: ND8903128212019800OUR: 9833501451IN | NASSAU DEPOSIT TAKENA/C: BERNARD L MADOFF INC.NEW YORK, NY 10022REF: TO ESTABLISH YOUR DEPOSIT FR 981201 TO 981202 RATE 4.6250 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |
| 32 | 12/1/1998 | (44,220,000.00) | Customer | Outgoing Customer Checks | USN OUR: 0040023712CS | CHECK PAID  3024 | MADWAA00378499-566 | | MADWAA00379600-01 | n/a - pre-2002 | | | | 7704 | 1L0027 | NORMAN F LEVY C/O KONIGSBERG WOLF & CO ATTN: PAUL KONIGSBERG | 12/1/1998 | $ (44,220,000.00) | PW | CHECK | MDPTPP04190655-63 | | | | | |
| 33 | 12/1/1998 | (85,000,000.00) | Investment | Certificate of Deposit - Investment | USD OUR: 0000000586IB | DEBIT MEMORANDUMREF: PURCHASE OFTICKET tt 000586 | MADWAA00378499-566 | | | n/a - pre-2002 | | | | | | | | | | | | | | | | |