# EXHIBIT 7

CHASE

| CKS out | WIRE | TRANS | My Deposit | BALANCE | DATE | BALANCE | COMMENT |
|---|---|---|---|---|---|---|---|
| (1899975.56) (330000.00) NL | -1000000.00 AS; -1375000.00 MJG; -3000000.00 [illegible] | -150000.00 MARDEN; -500000.00 [illegible]; -600000.00 RAAN | -4000.00 OAKDALE; +562211.75 | CROESUS +390000.00 | 6/16 | 314139733.11 | |
| -72000.00 CHELA (1579935.00) | -250000.00 MANSEL | THEMA +5000000.00 | +372107.28 | | 6/17 | 317627505.39 | 17600- |
| -500000.00 SHALL (328000.00) | -144000.00 BLM; -3050000.00 RUBIN; -1500000.00 [illegible] | Sterling -62017.52 | +1190000.00 | | 6/18 | 313857522.91 | |
| -600000.00 BIRDLAKE (2704411.00) | -150000.00 ANS; -400000.00 | ENTIS -50000.00 MARDEN; EVENSTAD +3000000.00 | +1000000.00 SCHWARTZ; +654891.00 | +1000000.00 HAYMAN; +1000000.00 ZEMSKY | 6/19 | 316608002.91 | |
| +300000- BFS; +600000- BFS; (923500-) | -75000- SHAMS; -600000- [illegible]; -4500000- [illegible] | +500000- [illegible]; -2000000; -2000000- BNP | +5000000- L+win; +247830.09 | +300000.00 Berman | 6/20 | 291588009.00 | |
| -1300000.00 SACHS (1220270.00) | +250000.00 OSWEGO; +250000.00 [illegible]; -500000.00 [illegible] | +32000.00 LAZULUS; +3999975- CARLSTON; +2000000- SLAVIN | +800000.00 LEHLER; 636567.35 | | 6/23 | 296536281.35 | |
| (2000.00) AB (2981000.00) | +2000000.00 [illegible]; -45000.00 [illegible]; -1000000.00 [illegible] | +298387.58 [illegible]; +250000.00 [illegible]; -500000.00 [illegible] | +1000000- SHEAKMAN; +419788.58 | INT ADJ 4/24 AS PER DAN B. -2244008.72 | 6/24 | 294734256.38 | [illegible] +1807 |
| -4000000.00 [illegible] (18112446.43) | -2000000.00 [illegible]; -1300000.00 KAPLAN; -2000000.00 [illegible] | -500000.00 SCHIFF; -1700000.00 [illegible] | -1400000.00 [illegible]; +700000.00 | | 6/25 | 261351809.95 | |
| -10000000.00 BRANCH (1251557.44) | +70000.00 ELGIN; 78000.00 CADMUS; +100000.00 BERMAN | STEIN +290000.00 | +291642.78 | +5000000.00 ALM-FINLLIN | 6/26 | 300929895.29 | |
| -500000- Jalon (1841219.46) | -[illegible] Jacobs; -[illegible]; -1000000- [illegible] | 1008646.53 [illegible]; -20000000- Thybo; -1600000- [illegible] | 1000000 - Mittlem; 702955.71 | -1200000- [illegible]; -1596396.00- Anzaron; -90000- [illegible] | 6/27 | | [illegible] |
| +3000000- Sonnenberg; +50000500.00 BLM [illegible] | +10000000- MAFF; +996518.90 Fisher | +1500000- Kuhn; +1000000- Smith; +275000 [illegible] | Cottage +2200000.00 | +45000000- BLM SPEC | 6/27 | 375920404.13 | [illegible] |
| (1780376-) (550000.00) NL | -3000000.00 STERLING; -500000.00 [illegible]; -725000.00 [illegible] | -1200000.00 TREMONT; -238000.00 BNP; -2000000.00 RFP | +466.00- AHA; +1459593.25 | +520000.00 TURBO; +3626559.00 STERLING; +16999935.00 M INVEST | 6/30 | 350233155.38 | [illegible] +1000000; +134000 |
| (250000000-) [illegible]; (2000) Annette; (1405040-) NL | -3500000- Picower; -251000- Maida; (22080510.50) | -1000000- Klein; -350000- [illegible]; -2000000- Thybo | -100000- Mardec; +[illegible] Nedhery; +1759916- | +757898.47- Bigos; +425817.50- Berman | 7/1 | | |
| +12999985- Bergo [illegible]; +600000- Masone | +5767 [illegible]; +10000- [illegible]; +95000- [illegible] | -200000- [illegible]; -1000000- Cogen; -425000- LWT | +2224751 [illegible]; +3523956.58 [illegible]; +700000- Haas | -59400 BLM spec | | 113669026.51 | |
| (1500) (5957350.55) | -42000- Wilson; -500000- Rand; -1100000- BNP | +15000- Robins; -2000000- Schiller; -1000000- [illegible] | +1000000- Hynes; +70000- Dawson; +1571666.68 | +500000- Turbo; +180000- [illegible] many | 7/2 | 110496867.64 | |
| (2695525.04) | -5000000 [illegible]; -500000 [illegible]; -4624535.92 [illegible] | +1000000.00 [illegible]; +4654555.00 Cohen; -7500- [illegible] | +30000000.00 Ascot; +155000.00 | +1000000.00 Avalax; +2000000.00 broad MKT | 7/3 | 140041336.68 | |
| (677000.00) (110000.00) NL | +1800000.00 RFPIN; +2700000.00 FRIEDMAN; -150850- HARREN | +3715585.00 [illegible]; AMER MASTERS +12000000.00 | -[illegible] PASHA; +1913382 [illegible] | +400000.00 RBD; +600000.00 [illegible] | 7/7 | 163254892.69 | CK Ret +14000-; +8000- |