# EXHIBIT 8.1



**BERNARD L. MADOFF Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96
CHEMICAL BANK
+ 83710 BAL 3-28
- 65 CKS out
+ 20 WIRE IN - WESTWOOD
+ 200 " " - PRIMEO CLB
+ 500 " " - N SACHS
+ 1100 " " - SCHUPAK
+ 2000 " " - YESOD
+ 3000 " " - BPI MULTI ADVISORS
+ 1762 My Deposit 200H CtM 500H EtM 278H ARB 784AnB
- 14200 TONY Out
- 27300 WIRE Out - BANKERS
- 32800 " " - BK of NY
- 10000 " " - CREDIT LYONS
+ 15000 W.C. Deposit
+ 22937

65000.00 MAILED Out of STATE

GIVING you 16 mil 4-1

MADTSS00244687

**BERNARD L. MADOFF**
**Investment Securities**
885 Third Avenue New York, NY 10022-4834

3-29-96

Bankers Trust
- 15322 Bal 3-28
- 15 823 Cks out *
-    369 ck out - Monroe
-    175 Wire Out - Marden
-    650   "     "  - Cigna
-   1000   "     "  - Tremont
-   1000   "     "  - Stan (Brighton)
-   9000 Tony Out
+ 27 300 Wire In - Chem
  ─────────
-  16 039

\* 15823400 - Hand Del N.C. prof
Drawing  15798466 - 4-1 N.C.
  "         80 mil   4-1 Picower
Wiring Out  545 M   4-5 Picower
            1.7 mil  4-1 Marden
            150 M   4-1 Marden
            100 M   4-1 Mald/Auld
            2 mil   4-1 Hadassah
            50 M    4-2 Marden
            250 M   4-2 Goodman
            1.875 M 4-3 Greenwich
            1 mil   4-4 Lagoon

MADTSS00244688