# EXHIBIT 8.2

WALT

MISS OUT →

| C.M. 6-30-03 | C.M. - WIRE ACTIVITY |
|---|---|
| + 375722 BALANCE | ✓ 23800 WIRE out - BNP |
|  | ✓ - 7265 WIRE out - BNP |
| - 550 CHECKS OUT * | ✓ - 12000 WIRE out - TREMONT |
|  | ✓ - 2000 WIRE out - RPP |
|  | ✓ - 3000 WIRE out - STERLING |
| - 1780 CHECKS OUT** | ✓ - 500 WIRE out - DORADO |
|  | _____ WIRE |
| - 0 N.L. DEPOSIT | _____ WIRE |
| - 0 TRANS | ✓ + 466 WIRE IN - ALPHA PRIME |
| - 26959 NET WIRES **** | ✓ + 520 WIRE IN - TURBO |
|  | 6/27 ✓ + 3620 WIRE IN - STERLING ✓ |
| + 1460 MY DEPOSIT | ✓ + 17000 WIRE IN - M-INVEST |
| + 2340 cks Rtn |  |
| + 350 233 TOTAL BALANCE | - 26 959 NET WIRES **** ✓ |
|  |  |
| *HAND DELIVER N.L. 550 000 - | WIRING OUT 251M 7/1 MARDEN |
|  | 3 mil 7/1 Picower Fdn |
| DRAWING N.L. 1465040 - 7/1 | WIRING OUT 150 850 - 7/7 MARDEN |
| 110 000 - 7/7 | 1,852,488.57 7/11 STON |
|  | WIRING OUT possible 30 mil |
| DRAWING SPECIAL 250 mil 7/1 | 7/2 FAIRFIELD |
| Picower | WIRING OUT 2 mil 7/1 THYBO |
| MAILED IN STATE 1 427 501 - | 1,130,000 - 7/2 BNP |
|  | WIRING OUT 350 M - 7/1 GREENWICH |
| MAILED OUT STATE 352 875 - | 1 mil - 7/1 Kleen |
|  | WIRING OUT 500M - 7/2 Pound |
| GIVING YOU N.L. 0 | WIRING OUT _____ |
|  | WIRING OUT _____ |
|  | WIRING OUT _____ |