# EXHIBIT 14

**EXHIBIT 14**

**Summary Chart of 8 Brokerage Accounts**

| Defined Account Name | Banking Institution | Account Number | Name on Account | Period of Activity | Securities Held | Transfers from 703 Account | Transfers to 703 Account | Transfers to the Proprietary Trading Business | Other Outgoing Transfers | Total Net Earnings | Treasury Bill Interest[3] | Account Detail Exhibit |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | *Transfers* | | | | *Earnings / Interest* | | |
| Bear Stearns 698 Account | Bear Stearns | xxx-x2698 | Bernard L. Madoff Investment Securities LLC[1] | June 1998 - April 2006 | Treasury Notes / Treasury Bills / Federal Home Loan Bank Bonds/Notes / Money Market Fund | 705,105,361 | (602,727,000) | (251,083,274) | - | 148,925,074 | 19,685 [4] | Exhibit 15.1 |
| Fidelity 043 Account | Fidelity | xxx-xx9043 | Bernard L. Madoff | Aug 1998 - April 2006 | Treasury Notes / Treasury Bills / Federal Home Loan Bank Bonds/Notes / Federal Farm Credit Bank Bonds/Notes / Mutual Funds / Money Market Funds | 402,600,000 | (361,144,000) | - | (58,374,669) | 109,002,530 | 918,096 [5] | Exhibit 15.2 |
| Lehman 398 Account | Lehman Brothers | xxx-x4398 | Bernard L. Madoff[2] | April 1999 - April 2006 | Treasury Notes / Treasury Bills / Federal Home Loan Bank Bonds/Notes / Federal Farm Credit Bank Bonds/Notes / Municipal Bonds | 350,000,000 | (183,309,827) | (15,000,000) | (9,727,469) | 47,005,652 | 591,393 [6] | Exhibit 15.3 |
| Lehman 152 Account | Lehman Brothers | xxx-x6152 | Bernard L. Madoff | June 2003 - March 2006 | Federal Home Loan Bank Bonds/Notes / Federal Farm Credit Bank Bonds/Notes / Municipal Bonds | - | (204,000,000) | - | (7,490,000) | 22,966,643 | - [7] | Exhibit 15.4 |
| Morgan Stanley 719 Account | Morgan Stanley | xxx xx0719 | Bernard L. Madoff | Dec 1999 - Jan 2006 | Treasury Notes / Treasury Bills / Morgan Stanley Custodial Holdings | 745,016,000 | (713,695,779) | (75,859,321) | - | 62,793,549 | 51,994,865 | Exhibit 15.5 |
| BONY 239 Account | Bank of New York | xx4239 | Bernard L. Madoff Investment Securities LLC | March 2005 - May 2006 | Treasury Notes / Asset & Mortgage Backed Securities / Corporate Bonds and Notes | 100,000,000 | (101,927,596) | - | - | 2,052,754 | - | Exhibit 15.6 |
| Lehman 435 Account | Lehman Brothers | xxx-x4435 | Bernard L. Madoff Investment Securities LLC | May 2007 - Sept 2008 | Treasury Bills / Money Market Fund | 100,000,000 | (4,774,162) | - | - | 4,362,451 | 4,221,389 | Exhibit 15.7 |
| M&T 039 Account | M&T Securities | xxx-xx4039 | Bernard L. Madoff Investment Securities LLC | May 2007 - Nov 2008 | Treasury Bills / Money Market Fund | 99,119,292 | (99,500,000) | - | - | 4,411,590 | 4,354,975 | Exhibit 15.8 |
| | | | | | | $ 2,501,840,653 | $ (2,271,078,364) | $ (341,942,595) | $ (75,592,138) | $ 401,520,242 | $ 62,100,403 | |

*Transfers from the 703 Account in the Pre-10 Year Period*   $ 757,005,361
*Transfers from the 703 Account in the 10 Year Period*   $ 1,744,835,292

[1] The Bear Stearns 698 Account opened in June 1998 under the name Bernard L. Madoff. In May 2004, the account holder was changed to Bernard L. Madoff Investment Securities LLC.

[2] *See* BARSAA0018539. The first available statement for the Lehman 398 Account is January 2000.

[3] *See* **Exhibit 16** for the detail of the purchases and sales/redemptions of Treasury Bills held in six of the 8 Brokerage Accounts, including the proceeds/interest earned on each sale.

[4] From October 21, 2005 through December 20, 2005, the Bear Stearns 698 Account had a credit / margin balance. Interest charged on the credit balance in the account ($220,160) is excluded from total net earnings.

[5] From June 2003 through December 2005, the Fidelity 043 Account had an outstanding margin loan. Interest charged on the outstanding loan balance ($6,148,219) is excluded from total net earnings.

[6] Statements for April 1999 to December 1999 for the Lehman 398 Account were not available. Earnings on the sale of securities purchased prior to January 2000 (the first month with an available monthly statement), if any, have been excluded from total net earnings, as the purchase price could not be determined based on available records.

[7] From June 2003 to February 2006, the Lehman 152 Account had an outstanding margin loan balance. Interest charged on the outstanding loan balance ($5,060,556) is excluded from total net earnings.