# EXHIBITS 15.1 – 15.8

**Bear Stearns 698 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account[3] | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Money Market Fund | Net Cash Balance | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 6/1/1998 | 6/30/1998 | 402,210,881 | | | 403,522,020 [4] | - | - | - | 55,913 | **403,577,933** |
| 7/1/1998 | 7/31/1998 | | | | 405,474,580 | - | - | - | 56,142 | **405,530,722** |
| 8/1/1998 | 8/31/1998 | 152,194,480 | | | 564,507,625 [4] | - | - | - | 56,384 | **564,564,009** |
| 9/1/1998 | 9/30/1998 | | | | 571,216,535 | - | - | - | 56,626 | **571,273,161** |
| 10/1/1998 | 10/31/1998 | | | | 575,628,900 | - | - | - | 56,851 | **575,685,751** |
| 11/1/1998 | 11/30/1998 | | | | 566,853,085 | - | - | - | 15,655,150 | **582,508,235** |
| 12/1/1998 | 12/31/1998 | | (15,655,150) | | 561,607,230 | - | - | - | 24,401 | **561,631,631** |
| 1/1/1999 | 1/31/1999 | | | | 563,505,335 | - | - | - | 24,490 | **563,529,825** |
| 2/1/1999 | 2/28/1999 | | | | 562,020,535 | - | - | - | 24,580 | **562,045,115** |
| 3/1/1999 | 3/31/1999 | | | | 565,299,735 | - | - | - | 24,661 | **565,324,396** |
| 4/1/1999 | 4/30/1999 | | | | 567,838,230 | - | - | - | 24,751 | **567,862,981** |
| 5/1/1999 | 5/31/1999 | | (7,274,751) | | 560,718,950 | - | - | - | 1,794 | **560,720,744** |
| 6/1/1999 | 6/30/1999 | | (8,345,544) | | 554,618,340 | - | - | - | 0 | **554,618,340** |
| 7/1/1999 | 7/31/1999 [5] | | | | 554,618,340 | - | - | - | 0 | **554,618,340** |
| 8/1/1999 | 8/31/1999 [5] | | | | 554,618,340 | - | - | - | 0 | **554,618,340** |
| 9/1/1999 | 9/30/1999 | | | | 561,912,030 | - | - | - | 0 | **561,912,030** |
| 10/1/1999 | 10/31/1999 | | | | 563,668,915 | - | - | - | 0 | **563,668,915** |
| 11/1/1999 | 11/30/1999 | 700,000 | (7,536,023) | | 558,156,145 | - | - | - | 8,346,068 | **566,502,213** |
| 12/1/1999 | 12/31/1999 | | (8,346,068) | | 551,753,445 | - | - | - | (0) | **551,753,445** |
| 1/1/2000 | 1/31/2000 [5] | | | | 551,753,445 | - | - | - | (0) | **551,753,445** |
| 2/1/2000 | 2/29/2000 [5] | | | | 551,753,445 | - | - | - | (0) | **551,753,445** |
| 3/1/2000 | 3/31/2000 | | | | 558,918,520 | - | - | - | (0) | **558,918,520** |
| 4/1/2000 | 4/30/2000 | | | | 561,233,555 | - | - | - | (0) | **561,233,555** |
| 5/1/2000 | 5/31/2000 | | (7,250,000) | | 402,354,890 | - | 149,461,875 | - | 8,881,875 | **560,698,640** |
| 6/1/2000 | 6/30/2000 | | (8,881,875) | | 401,181,580 | - | 151,378,500 | - | - | **552,560,080** |
| 7/1/2000 | 7/31/2000 [5] | | | | 401,181,580 | - | 151,378,500 | - | - | **552,560,080** |
| 8/1/2000 | 8/31/2000 [5] | | | | 401,181,580 | - | 151,378,500 | - | - | **552,560,080** |
| 9/1/2000 | 9/30/2000 | | | | 407,646,005 | - | 154,912,125 | - | - | **562,558,130** |
| 10/1/2000 | 10/31/2000 | | | | 409,599,275 | - | 155,653,125 | - | 2,937,500 | **568,189,900** |
| 11/1/2000 | 11/30/2000 | | (8,757,350) | | 100,299,880 | - | 457,644,495 | - | 3,031,075 | **560,975,450** |
| 12/1/2000 | 12/31/2000 | | (3,031,075) | (28,000,000) | 72,847,102 | - | 463,655,070 | - | 315,894 | **536,818,066** |
| 1/1/2001 | 1/31/2001 | | | | 73,444,284 | - | 468,234,000 | - | 317,132 | **541,995,416** |
| 2/1/2001 | 2/28/2001 | | (5,259,375) | | 73,861,466 | - | 466,523,070 | - | 318,541 | **540,703,077** |
| 3/1/2001 | 3/31/2001 | | | | 74,382,761 | - | 471,135,120 | - | 319,775 | **545,837,656** |
| 4/1/2001 | 4/30/2001 | | (2,115,000) | | 72,617,263 | - | 473,510,565 | - | 321,001 | **546,448,829** |
| 5/1/2001 | 5/31/2001 | | (10,029,687) | | 72,939,686 | - | 470,673,810 | - | 322,044 | **543,935,540** |
| 6/1/2001 | 6/30/2001 | | | | 73,185,034 | - | 473,255,445 | - | 323,015 | **546,763,494** |
| 7/1/2001 | 7/31/2001 | | | (7,000,000) | 66,285,631 | - | 476,558,190 | - | 455,153 | **543,298,974** |
| 8/1/2001 | 8/31/2001 | | | (5,062,500) | 66,520,123 | - | 474,216,810 | - | 456,308 | **541,193,241** |
| 9/1/2001 | 9/30/2001 | | | (7,000,000) | 59,561,169 | - | 479,313,255 | - | 635,990 | **539,510,414** |
| 10/1/2001 | 10/31/2001 | | (112,057,715) | | - | - | 428,429,375 | - | 637,035 | **429,066,410** |
| 11/1/2001 | 11/30/2001 | | | | - | 3,982,480 | 421,243,856 | - | 140,646 | **425,366,982** |
| 12/1/2001 | 12/31/2001 | | | (40,931,000) | - | 3,988,920 | 379,807,480 | - | 1,253,412 | **385,049,812** |
| 1/1/2002 | 1/31/2002 | | | (5,200,000) | - | - | 380,464,290 | - | 47,879 | **380,512,169** |
| 2/1/2002 | 2/28/2002 | | | (8,428,142) | - | - | 372,552,990 | - | 0 | **372,552,990** |
| 3/1/2002 | 3/31/2002 | | | | - | - | 373,064,740 | - | 803 | **373,065,543** |
| 4/1/2002 | 4/30/2002 | | | | - | - | 373,987,185 | - | 803 | **373,987,988** |
| 5/1/2002 | 5/31/2002 | | | (6,000,000) | - | 797,144 | 368,245,225 | - | 78,211 | **369,120,580** |
| 6/1/2002 | 6/30/2002 | | | | - | 798,248 | 368,997,045 | - | 78,303 | **369,873,596** |
| 7/1/2002 | 7/31/2002 | | | | - | 799,264 | 371,041,460 | - | 78,384 | **371,919,108** |
| 8/1/2002 | 8/31/2002 | | | | - | - | 369,222,387 | - | 3,319,783 | **372,542,170** |
| 9/1/2002 | 9/30/2002 | | | | - | - | 370,777,790 | - | 3,323,356 | **374,101,146** |
| 10/1/2002 | 10/31/2002 | | | | - | - | 369,998,833 | - | 4,339,390 | **374,338,223** |
| 11/1/2002 | 11/30/2002 | | | (5,000,000) | - | - | 368,504,652 | 772,265 | 30,765 | **369,307,682** |
| 12/1/2002 | 12/31/2002 | | | | - | - | 369,283,286 | 3,710,292 | 0 | **372,993,578** |
| 1/1/2003 | 1/31/2003 | | | | - | - | 369,788,209 | 3,712,745 | 0 | **373,500,954** |
| 2/1/2003 | 2/28/2003 | | | (6,300,000) | - | - | 368,431,250 | 22,941 | 0 | **368,454,191** |
| 3/1/2003 | 3/31/2003 | | | | - | - | 368,766,598 | 26,725 | 0 | **368,793,323** |
| 4/1/2003 | 4/30/2003 | | | (10,000,000) | - | - | 358,402,067 | 951,751 | 558,612 | **359,912,429** |
| 5/1/2003 | 5/31/2003 | | | | - | - | 359,514,242 | 1,510,818 | 151 | **361,025,211** |
| 6/1/2003 | 6/30/2003 | | | | - | - | 357,274,135 | 4,418,461 | 0 | **361,692,596** |
| 7/1/2003 | 7/31/2003 | | | (10,000,000) | - | - | 346,604,135 | 4,421,014 | 0 | **351,025,149** |
| 8/1/2003 | 8/31/2003 | | | (3,000,000) | - | - | 343,718,696 | 4,650,060 | 0 | **348,368,756** |
| 9/1/2003 | 9/30/2003 | | | (3,154,593) | - | - | 344,770,516 | 1,500,000 | 0 | **346,270,516** |
| 10/1/2003 | 10/31/2003 | | | | - | - | 344,383,197 | 1,965,817 | 0 | **346,349,014** |
| 11/1/2003 | 11/30/2003 | | | | - | - | 344,595,839 | 1,967,155 | 0 | **346,562,994** |
| 12/1/2003 | 12/31/2003 | | | (4,874,877) | - | - | 342,552,458 | - | 2,405 | **342,554,863** |
| 1/1/2004 | 1/31/2004 | | | (7,607,760) | - | - | 334,406,705 | - | 795,506 | **335,202,211** |

**Bear Stearns 698 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account[3] | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Money Market Fund | Net Cash Balance | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|---|
| 2/1/2004 | 2/29/2004 | | | (7,053,426) | - | - | 328,147,412 | 500,131 | 720 | **328,648,263** |
| 3/1/2004 | 3/31/2004 | | | | - | - | 328,871,904 | 500,534 | 746 | **329,373,184** |
| 4/1/2004 | 4/30/2004 | | | (8,053,987) | - | - | 319,108,817 | 815,122 | 0 | **319,923,939** |
| 5/1/2004 | 5/31/2004 | | | (7,686,871) | - | - | 254,553,463 | 815,183 | 56,805,557 | **312,174,203** |
| 6/1/2004 | 6/30/2004 | | | (16,222,876) | - | - | 293,879,541 | 2,214,445 | 0 | **296,093,986** |
| 7/1/2004 | 7/31/2004 | | | | - | - | 294,779,797 | 2,215,841 | 377 | **296,996,015** |
| 8/1/2004 | 8/31/2004 | | | (8,919,431) | - | - | 289,070,458 | 227,112 | 0 | **289,297,570** |
| 9/1/2004 | 9/30/2004 | | | (8,459,562) | - | - | 279,987,406 | 892,625 | 0 | **280,880,031** |
| 10/1/2004 | 10/31/2004 | | | | - | - | 280,519,839 | 892,972 | 0 | **281,412,811** |
| 11/1/2004 | 11/30/2004 | | | (13,805,109) | - | - | 266,854,272 | 294,151 | 28,305 | **267,176,728** |
| 12/1/2004 | 12/31/2004 | | | | - | - | 267,210,705 | - | 140,855 | **267,351,560** |
| 1/1/2005 | 1/31/2005 | | | (8,602,316) | - | - | 258,438,194 | - | 546,909 | **258,985,103** |
| 2/1/2005 | 2/28/2005 | | | (660,218) | - | - | 256,462,155 | 1,644,804 | 0 | **258,106,959** |
| 3/1/2005 | 3/31/2005 | 150,000,000 | (100,000,000) | (8,665,400) | - | - | 298,066,577 | 955,178 | 22,734 | **299,044,489** |
| 4/1/2005 | 4/30/2005 | | | | - | - | 299,594,827 | 980,775 | 3 | **300,575,605** |
| 5/1/2005 | 5/31/2005 | | | (5,395,207) | - | - | 294,888,709 | 1,664,767 | 0 | **296,553,476** |
| 6/1/2005 | 6/30/2005 | | | | - | - | 293,787,030 | 3,194,401 | 572 | **296,982,003** |
| 7/1/2005 | 7/31/2005 | | | | - | - | 293,113,369 | 3,199,664 | 572 | **296,313,605** |
| 8/1/2005 | 8/31/2005 | | | | - | - | 294,402,889 | 3,707,546 | 0 | **298,110,435** |
| 9/1/2005 | 9/30/2005 | | (109,732,195) | | - | - | 184,272,958 | 3,717,225 | 0 | **187,990,183** |
| 10/1/2005 | 10/31/2005 | | (41,815,858) | | - | - | 142,569,846 | 3,727,800 | (1) | **146,297,645** |
| 11/1/2005 | 11/30/2005 | | (50,000,000) | | - | - | 140,314,304 | 3,739,356 | (47,373,300) | **96,680,361** |
| 12/1/2005 | 12/31/2005 | | (75,000,000) | | - | - | - | 21,573,290 | 0 | **21,573,290** |
| 1/1/2006 | 1/31/2006 | | (20,000,000) | | - | - | - | 1,608,448 | 0 | **1,608,448** |
| 2/1/2006 | 2/28/2006 | | | | - | - | - | 1,625,455 | 0 | **1,625,455** |
| 3/1/2006 | 3/31/2006 | | | | - | - | - | 1,630,904 | 0 | **1,630,904** |
| 4/1/2006 | 4/30/2006 | | (1,639,334) | | - | - | - | - | 0 | **0** |
| | | **$ 705,105,361** | **$ (602,727,000)** | **$ (251,083,274)** | | | | | | |
| Pre-10 Year Period | | 554,405,361 | - | - | | | | | | |
| During 10 Year Period | | 150,700,000 | (602,727,000) | (251,083,274) | | | | | | |
| | | **$ 705,105,361** | **$ (602,727,000)** | **$ (251,083,274)** | | | | | | |

[1] Source documents, including monthly account statements from June 1998 to April 2006: BSTSAC0000001 - 574

[2] Many of the account statements for the Bear Stearns 698 Account ended a few days prior to the calendar month end. The month end account value reflected in this exhibit includes any activity reflected on the subsequent statement for these days.

[3] Transfers from the 703 Account represented the sole funding for the Bear Stearns 698 Account. On 10/27/2005, there was one transfer of $4,911,555 from the BONY 621 Account to the Bear Stearns 698 Account, which was used the next day to purchase $5 million worth of Treasury Bills that were immediately transferred out of the account. See BSTSAC0000323.

[4] $554.4 million of the transfers from the 703 Account occured in June and August 1998, prior to the time period for which there were available statements for the 703 Account, and therefore is not reflected in the summary of other activity in/out of the 703 Account attached as **Exhibit 13**. The descriptions for these transactions per the Bear Stearns 698 Account statements are consistent with the descriptions of the transfers from the 703 Account that we were able to confirm using available statements for the 703 Account. See, for example, BSTSAC0000394, BSTSAC0000370 and JPMSAB0002417. In addition, these transactions are reflected as outgoing transfers on the Daily Sheets for the "C.M." account on the corresponding days with a description of "BLM-SPEC." See MADTSS01311069; MADTSS01311068; MADTSS01311056; MADTSS01310983.

[5] There were no statements for these months for the Bear Stearns 698 Account. In each case, the "Last Statement" date on the next available statement indicates that there were no statements generated for these months. For purposes of this exhibit, I have included the account value for these months from the latest available statement.

**Fidelity 043 Account Activity**[1]

| | | Transfers | | | Account Value | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Mutual Funds | Money Market Funds | Margin Loan | Month End Account Value |
| 8/1/1998 | 8/31/1998 | 202,600,000 | | | [2] 201,531,000 | - | - | - | 2,817,101 | 0 | - | **204,348,101** |
| 9/1/1998 | 9/30/1998 | | | | 206,712,250 | - | - | - | 265,800 | 83 | - | **206,978,133** |
| 11/1/1998 | 11/1/1998 | [3] | | | 206,806,250 | - | - | - | 266,442 | 83 | - | **207,072,776** |
| 11/1/1998 | 11/30/1998 | | | | 205,415,075 | - | - | - | 267,051 | 83 | - | **205,682,209** |
| 12/1/1998 | 12/31/1998 | | | | 205,287,500 | - | - | - | 267,694 | 84 | - | **205,555,278** |
| 1/1/1999 | 1/31/1999 | | | | 205,129,950 | - | - | - | 268,304 | 84 | - | **205,398,338** |
| 2/1/1999 | 2/28/1999 | | | | 203,136,950 | - | - | - | 268,774 | 5,379,771 | - | **208,785,496** |
| 3/1/1999 | 3/31/1999 | 200,000,000 | (3,500,000) | | 404,500,125 | - | - | - | - | 73,167 | - | **404,573,292** |
| 4/1/1999 | 4/30/1999 | | | | 404,279,275 | - | - | - | - | 73,321 | - | **404,352,596** |
| 5/1/1999 | 5/31/1999 | | | | 402,279,150 | - | - | - | - | 73,498 | - | **402,352,648** |
| 6/1/1999 | 6/30/1999 | | | | 401,917,825 | - | - | - | - | 73,657 | - | **401,991,482** |
| 7/1/1999 | 7/31/1999 | | | | 401,681,475 | - | - | - | - | 73,815 | - | **401,755,290** |
| 8/1/1999 | 8/31/1999 | | | | 401,131,850 | - | - | - | - | 10,873,041 | - | **412,004,891** |
| 9/1/1999 | 9/30/1999 | | | | 401,618,475 | - | - | - | - | 10,898,560 | - | **412,517,035** |
| 10/1/1999 | 10/31/1999 | | | | 401,177,575 | - | - | - | - | 10,925,338 | - | **412,102,913** |
| 11/1/1999 | 11/30/1999 | | | | 400,374,600 | - | - | - | - | 10,952,804 | - | **411,327,404** |
| 12/1/1999 | 12/31/1999 | | | | 400,026,700 | - | - | - | - | 10,983,658 | - | **411,010,358** |
| 1/1/2000 | 1/31/2000 | | | | 399,334,725 | - | - | - | - | 14,948,731 | - | **414,283,456** |
| 2/1/2000 | 2/29/2000 | | | | 299,664,850 | 99,753,000 | - | 19,987,600 | - | 1,902,497 | - | **421,307,947** |
| 3/1/2000 | 3/31/2000 | | | | 299,712,850 | - | 99,625,000 | 19,950,000 | - | 1,970,469 | - | **421,258,319** |
| 4/1/2000 | 4/30/2000 | | | | 299,900,400 | - | 99,469,000 | 19,912,600 | - | 1,976,067 | - | **421,258,067** |
| 5/1/2000 | 5/31/2000 | | | | 299,805,850 | - | 99,281,000 | 19,868,800 | - | 1,983,020 | - | **420,938,670** |
| 6/1/2000 | 6/30/2000 | | | | 300,515,600 | - | 99,594,000 | 19,950,000 | - | 1,988,959 | - | **422,048,559** |
| 7/1/2000 | 7/31/2000 | | | | 300,799,950 | - | 99,656,000 | 19,956,200 | - | 5,932,397 | - | **426,344,547** |
| 8/1/2000 | 8/31/2000 | | | | 301,178,075 | - | 99,813,000 | 19,987,600 | - | 10,774,706 | - | **431,753,381** |
| 9/1/2000 | 9/30/2000 | | | | 305,163,269 | - | 105,768,000 | 24,604,774 | - | 229,110 | - | **435,765,153** |
| 10/1/2000 | 10/31/2000 | | | | 301,507,400 | - | 105,679,400 | 24,598,574 | - | 4,139,095 | - | **435,924,469** |
| 11/1/2000 | 11/30/2000 | | | | [4] 255,986,265 | - | 110,048,200 | 24,612,600 | - | 9,235 | - | **390,656,300** |
| 12/1/2000 | 12/31/2000 | | | (5,000,000) | 241,350,270 | - | 100,125,000 | 20,018,800 | - | 25,156,332 | - | **386,650,402** |
| 1/1/2001 | 1/31/2001 | | | | 91,500,000 | - | 250,146,000 | 20,006,200 | - | 29,312,960 | - | **390,965,160** |
| 2/1/2001 | 2/28/2001 | | | | - | - | 362,092,850 | - | - | 32,598,077 | - | **394,690,927** |
| 3/1/2001 | 3/31/2001 | | | | - | - | 390,814,100 | - | - | 4,375,135 | - | **395,189,235** |
| 4/1/2001 | 4/30/2001 | | | (23,500,000) | - | 74,501,000 | 290,577,700 | - | 9,947,866 | 6,953 | - | **375,033,519** |
| 5/1/2001 | 5/31/2001 | | | | - | 74,770,250 | 270,458,700 | - | 30,130,181 | 8,217 | - | **375,367,348** |
| 6/1/2001 | 6/30/2001 | | | (5,000,000) | - | 49,975,000 | 250,204,000 | - | 67,060,737 | 5,032,731 | - | **372,272,468** |
| 7/1/2001 | 7/31/2001 | | | | - | - | 299,701,500 | - | 73,641,639 | 428,112 | - | **373,771,251** |
| 8/1/2001 | 8/31/2001 | | | | - | - | 300,219,000 | - | 78,845,663 | 499,581 | - | **379,564,244** |
| 9/1/2001 | 9/30/2001 | | | | - | - | 269,611,500 | - | 105,615,590 | 6,925,975 | - | **382,153,065** |
| 10/1/2001 | 10/31/2001 | | | | [4] - | - | 229,714,800 | - | 114,194,530 | 3,342 | - | **343,912,672** |
| 11/1/2001 | 11/30/2001 | | | | - | - | 259,736,000 | - | - | 82,852,493 | - | **342,588,493** |
| 12/1/2001 | 12/31/2001 | | | | - | - | 59,838,000 | 199,938,000 | 29,942,631 | 53,211,158 | - | **342,929,789** |
| 1/1/2002 | 1/31/2002 | | | | - | - | 59,922,000 | 200,031,000 | 45,016,244 | 38,250,262 | - | **343,219,506** |
| 2/1/2002 | 2/28/2002 | | | | - | - | 60,000,000 | 200,031,000 | 75,994,944 | 8,267,803 | - | **344,293,746** |
| 3/1/2002 | 3/31/2002 | | | | - | - | 99,031,000 | 149,580,000 | 85,201,135 | 9,316,214 | - | **343,128,349** |
| 4/1/2002 | 4/30/2002 | | | (11,000,000) | - | - | 100,156,000 | 147,721,600 | 87,410,337 | 305,830 | - | **335,593,768** |
| 5/1/2002 | 5/31/2002 | | | (1,000,000) | - | - | 100,094,000 | 146,807,300 | 88,614,616 | 300,483 | - | **335,816,399** |
| 6/1/2002 | 6/30/2002 | | (45,000,000) | | - | - | 150,235,000 | 46,868,400 | 95,832,011 | 550,922 | - | **293,486,334** |
| 7/1/2002 | 7/31/2002 | | | | - | - | 150,185,000 | 46,938,900 | 97,534,086 | 551,356 | - | **295,209,342** |
| 8/1/2002 | 8/31/2002 | | | | - | - | 149,914,000 | - | 106,616,633 | 41,744,307 | - | **298,274,940** |
| 9/1/2002 | 9/30/2002 | | | | - | - | 149,657,500 | - | 133,487,585 | 20,000,321 | - | **303,145,406** |
| 10/1/2002 | 10/31/2002 | | | | - | - | 149,951,000 | - | 147,758,328 | 2,009,541 | - | **299,718,869** |
| 11/1/2002 | 11/30/2002 | | | | - | - | 149,916,250 | - | 147,630,366 | 2,117,212 | - | **299,663,829** |
| 12/1/2002 | 12/31/2002 | | (75,000,000) | | - | - | 75,047,250 | - | 152,614,847 | 1,996,154 | - | **229,658,251** |
| 1/1/2003 | 1/31/2003 | | | | - | - | 74,970,000 | - | 153,456,870 | 2,633,463 | - | **231,060,333** |
| 2/1/2003 | 2/28/2003 | | | | - | - | 75,164,250 | - | 158,786,351 | 2,634,935 | - | **236,585,536** |
| 3/1/2003 | 3/31/2003 | | | | - | - | 105,121,950 | - | 124,941,192 | 4,693,410 | - | **234,756,553** |
| 4/1/2003 | 4/30/2003 | | (65,000,000) | | - | - | 43,013,330 | - | 124,669,611 | 1,856,322 | - | **169,539,263** |
| 5/1/2003 | 5/31/2003 | | | | - | - | 49,990,000 | - | 125,242,612 | 224,360 | - | **175,456,973** |
| 6/1/2003 | 6/30/2003 | | (95,000,000) | | - | - | 50,094,000 | - | 124,153,695 | - | (94,775,536) | **79,472,159** |
| 7/1/2003 | 7/31/2003 | | | | - | - | 49,687,500 | - | 118,582,799 | - | (94,861,270) | **73,409,029** |
| 8/1/2003 | 8/31/2003 | | | | - | - | 49,750,000 | - | 120,492,296 | - | (94,967,462) | **75,274,834** |
| 9/1/2003 | 9/30/2003 | | | | - | - | 50,078,000 | - | 124,405,797 | - | (95,077,202) | **79,406,595** |
| 10/1/2003 | 10/31/2003 | | | | - | - | 49,875,000 | - | 124,808,483 | - | (95,176,769) | **79,506,714** |
| 11/1/2003 | 11/30/2003 | | | | - | - | 49,750,000 | - | 125,040,476 | - | (95,283,311) | **79,507,165** |
| 12/1/2003 | 12/31/2003 | | (10,000,000) | | - | - | 50,047,000 | - | 126,169,325 | - | (104,871,271) | **71,345,053** |
| 1/1/2004 | 1/31/2004 | | | | - | - | 50,031,500 | - | 127,611,940 | - | (104,950,799) | **72,692,641** |
| 2/1/2004 | 2/29/2004 | | | | - | - | 50,015,500 | - | 130,352,357 | - | (105,074,583) | **75,293,274** |
| 3/1/2004 | 3/31/2004 | | | | - | - | - | - | 132,015,236 | - | (54,899,732) | **77,115,504** |
| 4/1/2004 | 4/30/2004 | | | | - | - | 49,484,375 | - | 126,054,019 | - | (104,984,485) | **70,553,909** |
| 5/1/2004 | 5/31/2004 | | | | - | - | 49,296,875 | - | 127,841,150 | - | (105,098,218) | **72,039,807** |
| 6/1/2004 | 6/30/2004 | | | | - | - | 49,085,000 | - | 127,984,922 | - | (105,215,869) | **71,854,052** |
| 7/1/2004 | 7/31/2004 | | | | - | - | 49,260,000 | - | 129,335,951 | - | (105,329,853) | **73,266,098** |
| 8/1/2004 | 8/31/2004 | | | | - | - | 49,570,000 | - | 132,673,413 | - | (105,455,371) | **76,788,042** |
| 9/1/2004 | 9/30/2004 | | | | - | - | 49,540,000 | - | 133,025,982 | - | (105,565,807) | **77,000,176** |
| 10/1/2004 | 10/31/2004 | | | | - | - | 49,531,500 | - | 134,252,798 | - | (105,194,924) | **78,589,374** |
| 11/1/2004 | 11/30/2004 | | | | - | - | 49,297,000 | - | 133,710,385 | - | (105,346,877) | **77,660,509** |
| 12/1/2004 | 12/31/2004 | | | | - | - | 49,297,000 | - | 136,078,125 | - | (105,801,453) | **79,573,671** |
| 1/1/2005 | 1/31/2005 | | | | - | - | 49,234,500 | - | 136,207,073 | - | (105,944,591) | **79,496,982** |
| 2/1/2005 | 2/28/2005 | | | | - | - | 49,172,000 | - | 135,546,708 | - | (106,186,616) | **78,532,092** |

**Fidelity 043 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Mutual Funds | Money Market Funds | Margin Loan | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | *Transfers* | | | | | *Account Value* | | | | |
| 3/1/2005 | 3/31/2005 | | | | - | - | 49,094,000 | - | 135,585,308 | - | (106,391,291) | 78,288,018 |
| 4/1/2005 | 4/30/2005 | | | (5,100,000) | - | - | 49,219,000 | - | 138,038,772 | - | (111,264,664) | 75,993,108 |
| 5/1/2005 | 5/31/2005 | | | | - | - | 49,297,000 | - | 139,018,328 | - | (111,561,370) | 76,753,959 |
| 6/1/2005 | 6/30/2005 | | | | - | - | 49,328,000 | - | 139,493,244 | - | (111,857,937) | 76,963,307 |
| 7/1/2005 | 7/31/2005 | | | (2,546,197) | - | - | 49,312,500 | - | 136,927,308 | - | (114,730,192) | 71,509,616 |
| 8/1/2005 | 8/31/2005 | | | (626,584) | - | - | 49,422,000 | - | 138,744,813 | - | (114,711,675) | 73,455,139 |
| 9/1/2005 | 9/30/2005 | | | | - | - | 49,422,000 | - | 138,449,707 | - | (115,074,888) | 72,796,820 |
| 10/1/2005 | 10/31/2005 | | | | - | - | 49,484,500 | - | 136,801,555 | - | (114,977,501) | 71,308,554 |
| 11/1/2005 | 11/30/2005 | | | | - | - | 49,594,000 | - | 137,049,814 | - | (115,395,317) | 71,248,497 |
| 12/1/2005 | 12/31/2005 | | (22,800,000) | (4,601,898) | - | - | - | - | 94,721,154 | - | (49,752,512) | 44,968,642 |
| 1/1/2006 | 1/31/2006 | | (42,000,000) | | - | - | - | - | - | 2,832,283 | - | 2,832,283 |
| 2/1/2006 | 2/28/2006 | | | | - | - | - | - | - | 2,837,954 | - | 2,837,954 |
| 3/1/2006 | 3/31/2006 | | | | - | - | - | - | - | 2,844,394 | - | 2,844,394 |
| 4/1/2006 | 4/30/2006 | | (2,844,000) | | - | - | - | - | - | 3,088 | - | 3,088 |
| | | **$ 402,600,000** | **$ (361,144,000)** | **$ (58,374,679)** | | | | | | | | |
| Pre-10 Year Period | | 202,600,000 | - | - | | | | | | | | |
| During 10 Year Period | | 200,000,000 | (361,144,000) | (58,374,679) | | | | | | | | |
| | | **$ 402,600,000** | **$ (361,144,000)** | **$ (58,374,679)** [5] | | | | | | | | |

[1] Source documents, including monthly account statements from August 1998 to May 2009:

| | |
|---|---|
| FMRSAA0001529 - 1985 | MAITAA0016601 - 16608 |
| FMRSAA0114386 - 114855 | MAITAA0016803 - 16818 |
| FMRSAA0119976 - 119988 | MAITAA0016823 - 16830 |
| MAITAA0016497 - 16500 | MAITAA0017919 - 17922 |
| MAITAA0016509 - 16512 | MAITAA0018019 - 18026 |
| MAITAA0016541 - 16544 | SECSBE0001066 - 1522 |
| MAITAA0016553 - 16556 | |

[2] The $202.6 million represents three transfers from the 703 Account that occured in August 1998, prior to the time period for which there were available statements for the 703 Account, and therefore is not reflected in the summary of other activity in/out of the 703 Account attached as **Exhibit 13**. The descriptions for these transactions per the Fidelity 043 Account statements are consistent with the descriptions of the transfers from the 703 Account that we were able to confirm using available statements for the 703 Account. *See* FMRSAA0119978, FMRSAA0114393 and MADWAA00389894 - 96. In addition, these transactions are reflected as outgoing transfers on the Daily Sheets for the "C.M." account on the corresponding days with a description of "BLM 3SPEC." *See* MADTSS01310977-81.

[3] The statement for October 1998 was not available. The account values represent the values as of 11/1/1998 per the November 1998 statement.

[4] On November 15, 2000, approximately $46 million of Treasury Notes was transferred out of the Fidelity 043 Account to Madoff Securities International Limited for the benefit of Madoff (*see* UKMSLLWA00004249 - 4251 and UKMSLLWA00004329). On October 30, 2001, approximately $40 million of Federal Home Loan Bank bonds were also transferred out of the Fidelity 043 Account.

[5] $58 million was transferred from the Fidelity 043 Account to, or for the benefit of, Madoff family members and various charities. Amount includes a $23.5 million transfer to the BONY 621 Account for a repayment of funds to an account at Bank of New York held by Madoff.

**Lehman 398 Account Activity**[1]

| | | Transfers | | | | Account Value | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Municipal Bonds | Cash & Cash Equivalents | Month End Account Value |
| 4/1/1999 | 4/30/1999 | 150,000,000 | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 5/1/1999 | 5/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 6/1/1999 | 6/30/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 7/1/1999 | 7/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 8/1/1999 | 8/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 9/1/1999 | 9/30/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 10/1/1999 | 10/31/1999 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 150,000,000 [2] |
| 11/1/1999 | 11/30/1999 | | (4,214,814) | | | n/a | n/a | n/a | n/a | n/a | n/a | 145,785,186 [2] |
| 12/1/1999 | 12/31/1999 | 200,000,000 | | | | n/a | n/a | n/a | n/a | n/a | n/a | 345,785,186 [2] |
| 1/1/2000 | 1/31/2000 | | | | | 98,688,000 | - | 197,563,000 | 49,477,000 | - | 401,809 | 346,129,809 |
| 2/1/2000 | 2/29/2000 | | | | | 98,688,000 | - | 197,563,000 | 49,477,000 | - | 403,396 | 346,131,396 |
| 3/1/2000 | 3/31/2000 | | | | | 98,969,000 | - | 197,563,000 | 49,551,000 | - | 405,007 | 346,488,007 |
| 4/1/2000 | 4/30/2000 | | | | | 98,969,000 | - | 197,563,000 | 49,551,000 | - | 407,097 | 346,490,097 |
| 5/1/2000 | 5/31/2000 | | | | | 98,750,000 | - | 197,281,000 | 49,697,500 | - | 7,276,855 | 353,005,355 |
| 6/1/2000 | 6/30/2000 | | | | | 99,125,000 | - | 208,532,631 | 49,745,500 | - | 1,644 | 357,404,775 |
| 7/1/2000 | 7/31/2000 | | | | | 99,281,000 | - | 208,760,016 | 49,809,500 | - | 50,694 | 357,901,210 |
| 8/1/2000 | 8/31/2000 | | | | | 99,500,000 | - | 209,095,882 | 49,867,500 | - | 107,013 | 358,570,395 |
| 9/1/2000 | 9/30/2000 | | | | | 99,563,000 | - | 208,934,900 | 49,944,000 | - | 722,917 | 359,164,817 |
| 10/1/2000 | 10/31/2000 [3] | | | | | 99,563,000 | - | 208,934,900 | 49,944,000 | - | 726,199 | 359,168,099 |
| 11/1/2000 | 11/30/2000 | | | | | 99,813,000 | - | 263,861,860 | - | - | 3,005,589 | 366,680,449 |
| 12/1/2000 | 12/31/2000 | | | | | 100,281,000 | - | 249,641,500 | 20,947,710 | - | 135,959 | 371,006,169 |
| 1/1/2001 | 1/31/2001 | | | | | 100,844,000 | - | 270,202,700 | - | 1,243,506 | 4,428 | 372,294,634 |
| 2/1/2001 | 2/28/2001 | | | | | 100,906,000 | - | 273,708,324 | - | - | 101,137 | 374,715,461 |
| 3/1/2001 | 3/31/2001 | | | | | 101,000,000 | - | 273,832,365 | - | 1,619,482 | - | 376,451,847 |
| 4/1/2001 | 4/30/2001 | | | | | 101,000,000 | - | 275,618,096 | - | - | 2,127 | 376,620,223 |
| 5/1/2001 | 5/31/2001 | | | | | 101,063,000 | - | 269,565,600 | - | 7,701,519 | 2,938,035 | 381,268,154 |
| 6/1/2001 | 6/30/2001 | | | | | 100,875,000 | - | 169,328,600 | - | - | 112,064,917 | 382,268,517 |
| 7/1/2001 | 7/31/2001 | | | | | 100,750,000 | - | 282,168,236 | - | - | 218,228 | 383,136,464 |
| 8/1/2001 | 8/31/2001 | | | | | 100,563,000 | - | 282,342,536 | - | - | 2,320,710 | 385,226,246 |
| 9/1/2001 | 9/30/2001 | | | | | 100,531,000 | - | 282,335,455 | - | - | 2,322,513 | 385,188,968 |
| 10/1/2001 | 10/31/2001 | | | | | 100,281,000 | - | 286,337,877 | - | - | 149,535 | 386,768,412 |
| 11/1/2001 | 11/30/2001 | | | | | - | - | 287,600,137 | - | - | 123,539 | 287,723,676 |
| 12/1/2001 | 12/31/2001 | | (50,000,000) | | | - | - | 340,279,328 | - | - | 87,914 | 340,367,242 |
| 1/1/2002 | 1/31/2002 | | | | | - | 44,237,496 | 296,773,045 | - | - | 38,504 | 341,049,045 |
| 2/1/2002 | 2/28/2002 | | | | | - | 44,296,548 | 297,668,169 | - | - | 38,527 | 342,003,244 |
| 3/1/2002 | 3/31/2002 | | | | | - | 44,355,156 | 292,676,121 | - | - | 38,556 | 337,069,833 |
| 4/1/2002 | 4/30/2002 | | | | | - | 46,694,913 | 296,741,919 | - | - | 126 | 343,436,958 |
| 5/1/2002 | 5/31/2002 | | | | | - | 46,760,472 | 297,524,042 | - | - | 2,823 | 344,287,337 |
| 6/1/2002 | 6/30/2002 | | | (15,000,000) | (347,108) | - | 6,554,836 | 299,143,942 | - | - | 24,996,025 | 330,694,804 |
| 7/1/2002 | 7/31/2002 | | | | | - | 106,362,707 | 176,099,640 | - | 50,558,647 | 40,260 | 333,061,254 |
| 8/1/2002 | 8/31/2002 | | | | | - | 86,645,732 | 197,331,053 | - | 44,451,000 | 5,574,380 | 334,002,165 |
| 9/1/2002 | 9/30/2002 | | (42,000,000) | | | - | - | 195,875,709 | - | 97,638,540 | 22,143 | 293,536,392 |
| 10/1/2002 | 10/31/2002 | | | | | - | - | 171,745,440 | - | 120,758,130 | 65,914 | 292,569,484 |
| 11/1/2002 | 11/30/2002 | | | | | - | 24,195,160 | 132,057,914 | - | 135,450,280 | 57,457 | 291,760,811 |
| 12/1/2002 | 12/31/2002 | | (75,000,000) | | | - | - | 75,187,750 | - | 144,882,130 | 13,952 | 220,083,832 |
| 1/1/2003 | 1/31/2003 | | | | | - | - | 75,125,000 | - | 143,956,280 | 34,030 | 219,115,310 |
| 2/1/2003 | 2/28/2003 | | | | | - | - | 75,805,985 | - | 146,439,700 | 34,745 | 222,280,430 |
| 3/1/2003 | 3/31/2003 | | | | (828,000) | - | - | 76,085,054 | - | 145,062,110 | 3,269 | 221,150,433 |
| 4/1/2003 | 4/30/2003 | | | | (8,500,000) | - | - | 49,754,355 | - | 164,687,950 | 13,343 | 214,455,648 |
| 5/1/2003 | 5/31/2003 | | | | | - | - | 25,519,298 | 24,992,500 | 148,769,825 | 22,188,008 | 221,469,630 |
| 6/1/2003 | 6/30/2003 | | | | | - | - | 24,953,250 | - | 100,723,036 | 11,461,554 | 137,137,839 |
| 7/1/2003 | 7/31/2003 | | | | | - | - | 23,650,583 | - | 95,894,384 | 10,430,303 | 129,975,270 |
| 8/1/2003 | 8/31/2003 | | | | | - | - | 23,650,514 | - | 102,462,807 | 5,579,549 | 131,692,870 |
| 9/1/2003 | 9/30/2003 | | | | | - | - | 24,545,250 | - | 94,083,421 | 5,583,449 | 124,212,119 |
| 10/1/2003 | 10/31/2003 | | | | | - | - | 24,188,083 | - | 99,086,942 | 23,326 | 123,298,351 |
| 11/1/2003 | 11/30/2003 | | | | | - | - | 24,201,361 | - | 100,185,360 | 17,217 | 124,403,938 |
| 12/1/2003 | 12/31/2003 | | | | | - | - | - | - | 27,942,732 | 291,338 | 28,234,070 |
| 1/1/2004 | 1/31/2004 | | | | | n/a | n/a | n/a | n/a | n/a | n/a | 27,593,917 [4] |
| 2/1/2004 | 2/29/2004 | | | | | - | - | - | - | 28,109,641 | 27 | 28,109,667 |
| 3/1/2004 | 3/31/2004 | | | | | - | - | - | - | 27,803,116 | 27 | 27,803,142 |
| 4/1/2004 | 4/30/2004 | | | | | - | - | - | - | 27,039,932 | 2 | 27,039,934 |
| 5/1/2004 | 5/31/2004 | | | | | - | - | - | - | 26,502,431 | 7 | 26,502,437 |
| 6/1/2004 | 6/30/2004 | | | | | - | - | - | - | 26,605,444 | 7 | 26,605,451 |
| 7/1/2004 | 7/31/2004 | | | | | - | - | - | - | 26,663,257 | 34 | 26,663,291 |
| 8/1/2004 | 8/31/2004 | | | | | - | - | - | - | 27,205,631 | 34 | 27,205,665 |
| 9/1/2004 | 9/30/2004 | | | | | - | - | - | - | 27,283,343 | 34 | 27,283,378 |
| 10/1/2004 | 10/31/2004 | | | | | - | - | - | - | 27,421,053 | 3 | 27,421,056 |
| 11/1/2004 | 11/30/2004 | | | | | - | - | - | - | 26,734,077 | 6 | 26,734,082 |
| 12/1/2004 | 12/31/2004 | | | | | - | - | - | - | 26,939,161 | 18 | 26,939,179 |
| 1/1/2005 | 1/31/2005 | | | | | - | - | - | - | 26,655,484 | 57 | 26,655,541 |
| 2/1/2005 | 2/28/2005 | | | | | - | - | - | - | 26,461,077 | 57 | 26,461,134 |
| 3/1/2005 | 3/31/2005 | | | | | - | - | - | - | 26,260,831 | 57 | 26,260,887 |
| 4/1/2005 | 4/30/2005 | | | | | - | - | - | - | 26,712,406 | 96 | 26,712,502 |
| 5/1/2005 | 5/31/2005 | | | | | - | - | - | - | 26,193,234 | 19 | 26,193,253 |
| 6/1/2005 | 6/30/2005 | | | | | - | - | - | - | 26,328,208 | 19 | 26,328,227 |
| 7/1/2005 | 7/31/2005 | | | | | - | - | - | - | 25,840,386 | 16 | 25,840,402 |
| 8/1/2005 | 8/31/2005 | | | | | - | - | - | - | 25,812,383 | 16 | 25,812,399 |
| 9/1/2005 | 9/30/2005 | | | | | - | - | - | - | 25,705,017 | 16 | 25,705,032 |
| 10/1/2005 | 10/31/2005 | | | | | - | - | - | - | 25,433,455 | 7 | 25,433,462 |
| 11/1/2005 | 11/30/2005 | | | | | - | - | - | - | 25,262,637 | 229,166 | 25,491,803 |
| 12/1/2005 | 12/31/2005 | | | | | - | - | - | - | 11,572,600 | (2,715) | 11,569,885 |

**Lehman 398 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Other Outgoing Transfers | Treasury Notes | Treasury Bills | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Municipal Bonds | Cash & Cash Equivalents | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | *Transfers* | | | | *Account Value* | | | | | | |
| 1/1/2006 | 1/31/2006 | | | | | - | - | - | - | 11,528,100 | 676,732 | **12,204,832** |
| 2/1/2006 | 2/28/2006 | | | | | - | - | - | - | 11,518,500 | 678,252 | **12,196,752** |
| 3/1/2006 | 3/31/2006 | | | | | - | - | - | - | 11,349,300 | 671,152 | **12,020,452** |
| 4/1/2006 | 4/30/2006 | | (12,095,013) | | | - | - | - | - | - | 47,283 | **47,283** |
| | | **$350,000,000** | **$ (183,309,827)** | **$ (15,000,000)** | **$ (9,727,469)** [5] | | | | | | | |

[1]  Source documents, including monthly account statements from January 2000 to November 2008:
BARSAA0018784 - 19722
MADTSS00239134 - 239297
SECSAH0000332 - 1270

[2]  Statements for the Lehman 398 Account were not available for these months.  The total account value for these months is based on the transfers to and from the 703 Account.

[3]  One statement for the Lehman 398 Account includes activity for both October and November 2000.  For October 2000, I have included the account value of the securities reflected on the account statement for September 2000.  The value of the Cash & Cash Equivalents for October 2000 is based on the October activity reflected on the combined account statement, including a monthly dividend.

[4]  No statement was available for January 2004.  The total account value is based on the February 2004 statement.

[5]  Amount represents transfers from the Lehman 398 Account to, or for the benefit of, Madoff family members, including a transfer of approximately $52,000 in October 2008.

**EXHIBIT 15.4**

**Lehman 152 Account Activity**[1]

| Month Begin | Month End | Transfers | | | | Account Value | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | Transfers from Lehman 398 Account | Transfers to Lehman 398 Account | Transfers to 703 Account | Other Outgoing Transfers | Federal Home Loan Bank Bonds/Notes | Federal Farm Credit Bank Bonds/Notes | Municipal Bonds | Cash & Cash Equivalents | Margin Loan | Month End Account Value |
| 6/1/2003 | 6/30/2003 | 75,000,000 | | (50,000,000) | (1,290,000) [2] | 25,638,633 | - | 57,725,694 | - | (51,290,000) | **32,074,327** |
| 7/1/2003 | 7/31/2003 | 1,290,000 | | | | 24,977,565 | - | 55,485,690 | 1,290,000 | (51,338,722) | **30,414,533** |
| 8/1/2003 | 8/31/2003 | | (668,750) | | | 24,489,332 | - | 54,999,135 | - | (49,824,750) | **29,663,717** |
| 9/1/2003 | 9/30/2003 | 10,000,000 | | (20,000,000) | [2] | 25,364,513 | - | 68,628,659 | - | (69,615,517) | **24,377,655** |
| 10/1/2003 | 10/31/2003 | | | | | 24,533,945 | - | 67,848,419 | - | (69,166,580) | **23,215,785** |
| 11/1/2003 | 11/30/2003 | 525,000 | (667,500) | | | 24,834,960 | - | 68,360,288 | 525,000 | (69,776,051) | **23,944,197** |
| 12/1/2003 | 12/31/2003 | 90,000,000 | | (70,000,000) | (2,000,000) [2] | 49,019,830 | - | 142,308,718 | - | (141,367,733) | **49,960,815** |
| 1/1/2004 | 1/31/2004 | 1,111,809 | | | | 49,380,002 | - | 143,168,061 | 471,770 | (141,483,302) | **51,536,531** |
| 2/1/2004 | 2/29/2004 | | | | | 50,059,652 | - | 144,398,407 | 471,770 | (140,682,011) | **54,247,819** |
| 3/1/2004 | 3/31/2004 | | | | | 50,437,660 | - | 143,201,664 | 471,770 | (140,561,986) | **53,549,108** |
| 4/1/2004 | 4/30/2004 | 75,045 | | | | 48,783,572 | - | 138,753,512 | 546,815 | (139,482,696) | **48,601,203** |
| 5/1/2004 | 5/31/2004 | 398,180 | | | | 48,518,606 | - | 137,987,741 | 944,995 | (138,980,086) | **48,471,256** |
| 6/1/2004 | 6/30/2004 | | | | | 48,194,366 | - | 138,189,886 | 944,995 | (138,492,871) | **48,836,376** |
| 7/1/2004 | 7/31/2004 | 342,946 | | | | 48,669,139 | - | 139,444,981 | 1,305,149 | (138,301,720) | **51,117,549** |
| 8/1/2004 | 8/31/2004 | | | | | 49,763,034 | - | 141,185,374 | - | (136,245,820) | **54,702,588** |
| 9/1/2004 | 9/30/2004 | | | | | 24,514,000 | 24,951,876 | 141,252,608 | - | (135,945,573) | **54,772,911** |
| 10/1/2004 | 10/31/2004 | 75,034 | | | | 24,709,431 | 25,030,009 | 124,334,172 | 17,041,566 | (135,472,080) | **55,643,097** |
| 11/1/2004 | 11/30/2004 | 390,697 | | | (4,200,000) | 24,447,917 | 24,833,815 | 90,359,527 | 22,349,879 | (111,905,059) | **50,086,079** |
| 12/1/2004 | 12/31/2004 | | | | | 24,226,500 | 24,955,168 | 62,535,860 | - | (61,023,572) | **50,693,956** |
| 1/1/2005 | 1/31/2005 | 331,807 | | | | 24,205,333 | 24,896,224 | 62,417,244 | 331,807 | (60,996,617) | **50,853,990** |
| 2/1/2005 | 2/28/2005 | | | | | 24,054,611 | 24,749,735 | 61,794,805 | 359,587 | (60,849,833) | **50,108,905** |
| 3/1/2005 | 3/31/2005 | | | | | 23,967,250 | 24,549,047 | 61,441,406 | 359,587 | (60,502,978) | **49,814,312** |
| 4/1/2005 | 4/30/2005 | 75,057 | | | | 24,256,181 | 24,859,770 | 61,616,294 | 434,643 | (60,281,103) | **50,885,784** |
| 5/1/2005 | 5/31/2005 | 374,062 | | | | 24,526,167 | 24,968,854 | 61,451,760 | 903,705 | (60,193,764) | **51,656,723** |
| 6/1/2005 | 6/30/2005 | | | | | 24,172,000 | 25,048,030 | 61,537,663 | 903,705 | (59,831,843) | **51,829,555** |
| 7/1/2005 | 7/31/2005 | 312,614 | | | | 23,906,181 | 24,938,957 | 61,133,806 | 1,216,320 | (59,889,669) | **51,305,594** |
| 8/1/2005 | 8/31/2005 | | | | | 24,191,667 | 25,127,431 | 61,029,977 | 1,341,320 | (59,787,340) | **51,903,054** |
| 9/1/2005 | 9/30/2005 | | | | | 24,014,000 | 24,579,627 | 60,973,103 | 1,341,320 | (59,497,951) | **51,410,098** |
| 10/1/2005 | 10/31/2005 | 75,068 | | | | 23,899,083 | 24,482,913 | 60,250,687 | 1,416,388 | (59,313,274) | **50,735,797** |
| 11/1/2005 | 11/30/2005 | 131,326 | | | | 23,979,167 | 24,575,801 | 59,999,201 | 1,647,713 | (59,264,789) | **50,937,093** |
| 12/1/2005 | 12/31/2005 | 13,902,693 | | (48,000,000) | | - | - | 25,516,808 | - | (9,148,767) | **16,368,041** |
| 1/1/2006 | 1/31/2006 | | (492,717) | (16,000,000) | | - | - | - | 0 | (8,709) | **(8,709)** |
| 2/1/2006 | 2/28/2006 | | | | | - | - | - | - | (8,744) | **(8,744)** |
| 3/1/2006 | 3/31/2006 | 8,787 | | | | - | - | - | 8 | - | **8** |
| | | **$194,420,124** | **$ (1,828,967)** | **$(204,000,000)** | **$ (7,490,000)** [3] | | | | | | |

Transfers of Securities    175,000,000
Transfers of Cash           19,420,124
                          **$194,420,124**

[1] Source documents, including monthly account statements from June 2003 to May 2006: SECSAH0001789 - 2228

[2] Transfers from the Lehman 398 Account during these months included transfers of Federal Home Loan Bank Notes and Municipal Bonds.

[3] $7.5 million was transferred from the Lehman 152 Account to an account at Bank of New York held by Madoff.

**Morgan Stanley 719 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Morgan Stanley Custodial Holdings | Cash Balance | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|
| | | | *Transfers* | | | | *Account Value* | | |
| 12/1/1999 | 12/31/1999 | 100,016,000 | | | 99,250,000 | - | - | 6 | **99,250,006** |
| 1/1/2000 | 1/31/2000 [2] | | | | 99,250,000 | - | - | 6 | **99,250,006** |
| 2/1/2000 | 2/29/2000 [2] | | | | 99,250,000 | - | - | 6 | **99,250,006** |
| 3/1/2000 | 3/31/2000 | | | | 99,000,000 | - | - | 6 | **99,000,006** |
| 4/1/2000 | 4/30/2000 [2] | | | | 99,000,000 | - | - | 6 | **99,000,006** |
| 5/1/2000 | 5/31/2000 | | (2,812,506) | [3] | 81,180,000 | - | - | (15) | **81,179,985** |
| 6/1/2000 | 6/30/2000 | | | | 81,385,000 | - | - | (15) | **81,384,985** |
| 7/1/2000 | 7/31/2000 [2] | | | | 81,385,000 | - | - | (15) | **81,384,985** |
| 8/1/2000 | 8/31/2000 [2] | | | | 81,385,000 | - | - | (15) | **81,384,985** |
| 9/1/2000 | 9/30/2000 | | | | 81,590,000 | - | - | (15) | **81,589,985** |
| 10/1/2000 | 10/31/2000 [2] | | | | 81,590,000 | - | - | (15) | **81,589,985** |
| 11/1/2000 | 11/30/2000 | 495,000,000 | | | 81,795,000 | 489,375,000 | 8,469,969 | 92,738 | **579,732,707** |
| 12/1/2000 | 12/31/2000 | | | (4,500,000) | 81,897,500 | 492,187,500 | 4,101,489 | 416 | **578,186,906** |
| 1/1/2001 | 1/31/2001 [2] | | | | 81,897,500 | 492,187,500 | 4,123,413 | 416 | **578,208,829** |
| 2/1/2001 | 2/28/2001 | | | | 82,102,500 | 492,187,500 | 9,676,547 | 0 | **583,966,547** |
| 3/1/2001 | 3/31/2001 | | | | 82,102,500 | 494,687,500 | 9,717,094 | 0 | **586,507,094** |
| 4/1/2001 | 4/30/2001 [2] | | | | 82,102,500 | 494,687,500 | 9,756,649 | 0 | **586,546,649** |
| 5/1/2001 | 5/31/2001 | | | | - | 577,006,250 | 15,587,200 | 10 | **592,593,460** |
| 6/1/2001 | 6/30/2001 | | | | - | 578,617,500 | 15,638,248 | 10 | **594,255,758** |
| 7/1/2001 | 7/31/2001 [2] | | | | - | 578,617,500 | 15,689,621 | 10 | **594,307,130** |
| 8/1/2001 | 8/31/2001 | | | | - | 578,817,500 | 19,176,643 | 0 | **597,994,144** |
| 9/1/2001 | 9/30/2001 | | | | - | 598,691,250 | 1,353,691 | 1 | **600,044,941** |
| 10/1/2001 | 10/31/2001 | | (99,880,495) | | - | 497,500,000 | 4,139,318 | 1 | **501,639,319** |
| 11/1/2001 | 11/30/2001 [2] | | | | - | 497,500,000 | 4,146,945 | 1 | **501,646,946** |
| 12/1/2001 | 12/31/2001 | | | | - | 498,875,000 | 4,590,897 | 0 | **503,465,897** |
| 1/1/2002 | 1/31/2002 | | | | - | 499,268,000 | 5,132,515 | 0 | **504,400,515** |
| 2/1/2002 | 2/28/2002 | | | | - | 499,011,000 | 6,006,605 | 0 | **505,017,605** |
| 3/1/2002 | 3/31/2002 | | | | - | 498,049,000 | 7,074,348 | 550,695 | **505,674,043** |
| 4/1/2002 | 4/30/2002 | | | (3,000,000) | - | 498,873,000 | 4,634,323 | 0 | **503,507,323** |
| 5/1/2002 | 5/31/2002 | | | | - | 498,915,000 | 5,353,508 | 0 | **504,268,509** |
| 6/1/2002 | 6/30/2002 | | | | - | 499,221,000 | 5,359,111 | 344,395 | **504,924,506** |
| 7/1/2002 | 7/31/2002 | | | | - | 498,591,000 | 7,027,466 | 0 | **505,618,466** |
| 8/1/2002 | 8/31/2002 | | | | - | 498,722,000 | 7,572,128 | 0 | **506,294,128** |
| 9/1/2002 | 9/30/2002 | | | | - | 498,857,000 | 8,231,776 | 0 | **507,088,777** |
| 10/1/2002 | 10/31/2002 | | | (9,000,000) | - | 498,592,000 | 172,561 | 32,365 | **498,796,926** |
| 11/1/2002 | 11/30/2002 | | | | - | 498,578,000 | 556,884 | 329,295 | **499,464,179** |
| 12/1/2002 | 12/31/2002 | | | | - | 499,140,000 | 886,904 | 0 | **500,026,904** |
| 1/1/2003 | 1/31/2003 | | | (10,000,000) | - | 489,639,900 | 885,292 | 25 | **490,525,217** |
| 2/1/2003 | 2/28/2003 | | | | - | 489,675,700 | 1,246,746 | 199 | **490,922,645** |
| 3/1/2003 | 3/31/2003 | | | (15,000,000) | - | 474,679,550 | 1,704,514 | 1 | **476,384,064** |
| 4/1/2003 | 4/30/2003 | | | | - | 474,670,400 | 2,133,073 | 1 | **476,803,474** |
| 5/1/2003 | 5/31/2003 | | | | - | 474,071,900 | 3,084,258 | 1 | **477,156,159** |
| 6/1/2003 | 6/30/2003 | | | (9,989,245) | - | 464,446,050 | 3,331,275 | 1 | **467,777,326** |
| 7/1/2003 | 7/31/2003 [2] | | | | - | 464,446,050 | 3,332,828 | 1 | **467,778,878** |
| 8/1/2003 | 8/31/2003 | | | | - | 464,415,650 | 3,941,474 | 1 | **468,357,125** |
| 9/1/2003 | 9/30/2003 | | (89,956,525) | | - | 374,697,750 | 4,115,424 | 1 | **378,813,175** |
| 10/1/2003 | 10/31/2003 | | | (20,066,076) | - | 354,844,200 | 4,165,689 | 0 | **359,009,889** |
| 11/1/2003 | 11/30/2003 | | | | - | 354,776,850 | 4,461,823 | 0 | **359,238,673** |
| 12/1/2003 | 12/31/2003 | | | | 75,492,000 | 274,246,750 | 9,567,476 | 0 | **359,306,226** |
| 1/1/2004 | 1/31/2004 [2] | | | | 75,492,000 | 274,246,750 | 9,571,706 | 0 | **359,310,456** |
| 2/1/2004 | 2/29/2004 | | | | 75,703,500 | 274,440,250 | 9,759,354 | 750,000 | **360,653,104** |
| 3/1/2004 | 3/31/2004 | | | | 75,750,000 | 274,683,000 | 10,514,221 | 0 | **360,947,221** |
| 4/1/2004 | 4/30/2004 | | | | 75,141,000 | 274,582,000 | 10,839,380 | 0 | **360,562,380** |
| 5/1/2004 | 5/31/2004 | | | | 74,976,750 | 274,521,000 | 11,060,204 | 0 | **360,557,954** |
| 6/1/2004 | 6/30/2004 | | | | 74,835,750 | 274,386,750 | 11,403,482 | 0 | **360,625,982** |
| 7/1/2004 | 7/31/2004 [2] | | | | 74,835,750 | 274,386,750 | 11,409,995 | 0 | **360,632,495** |
| 8/1/2004 | 8/31/2004 | | | | 75,032,250 | 274,480,500 | 11,870,293 | 750,000 | **362,133,043** |
| 9/1/2004 | 9/30/2004 | | | | 74,886,000 | 273,945,000 | 13,481,043 | 0 | **362,312,043** |
| 10/1/2004 | 10/31/2004 [2] | | | | 74,886,000 | 273,945,000 | 13,494,112 | 0 | **362,325,112** |
| 11/1/2004 | 11/30/2004 [2] | | | | 74,886,000 | 273,945,000 | 13,510,503 | 0 | **362,341,503** |
| 12/1/2004 | 12/31/2004 | | | (4,304,000) | 74,706,750 | 274,655,500 | 9,764,191 | 0 | **359,126,441** |
| 1/1/2005 | 1/31/2005 | | | | 74,657,250 | 274,668,000 | 10,191,082 | 0 | **359,516,332** |
| 2/1/2005 | 2/28/2005 | | | | 74,645,250 | 274,237,250 | 11,047,624 | 750,000 | **360,680,124** |

**Morgan Stanley 719 Account Activity**[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Transfers to BONY '621 Account | Treasury Notes | Treasury Bills | Morgan Stanley Custodial Holdings | Cash Balance | Month End Account Value |
|---|---|---|---|---|---|---|---|---|---|
| 3/1/2005 | 3/31/2005 | 150,000,000 | | | 74,683,500 | 422,302,500 | 14,508,699 | 0 | **511,494,699** |
| 4/1/2005 | 4/30/2005 | | | | 74,757,000 | 422,734,250 | 15,127,107 | 0 | **512,618,357** |
| 5/1/2005 | 5/31/2005 [2] | | | | 74,757,000 | 422,734,250 | 15,159,981 | 0 | **512,651,231** |
| 6/1/2005 | 6/30/2005 | | | | 74,850,750 | 422,639,000 | 17,197,908 | 1 | **514,687,659** |
| 7/1/2005 | 7/31/2005 [2] | | | | 74,850,750 | 422,639,000 | 17,235,748 | 1 | **514,725,499** |
| 8/1/2005 | 8/31/2005 | | | | - | 497,721,500 | 18,191,371 | 1,961,621 | **517,874,491** |
| 9/1/2005 | 9/30/2005 | | (100,000,000) | | - | 394,071,000 | 25,156,776 | 795 | **419,228,571** |
| 10/1/2005 | 10/31/2005 | | (98,770,540) | | - | 296,148,500 | 25,225,819 | 2,345 | **321,376,664** |
| 11/1/2005 | 11/30/2005 | | (123,331,015) | | - | 173,399,000 | 25,297,075 | 2,345 | **198,698,420** |
| 12/1/2005 | 12/31/2005 | | (49,835,665) | | - | 149,107,000 | 332,444 | 0 | **149,439,444** |
| 1/1/2006 | 1/31/2006 | | (149,109,034) | | - | - | 333,565 | 0 | **333,565** |
| | | **$ 745,016,000** | **$ (713,695,779)** | **$ (75,859,321)** | | | | | |

[1] Source documents, including monthly account statements from December 1999 to July 2009:
MAITAA0012597 - 602
MAITAA0012633 - 638
MAITAA0016207 - 212
MAITAA0016219 - 250
MAITAA0017140 - 151
MSYSAB0000100 - 446
MSYSAD0000436 - 461

[2] Certain statements for the Morgan Stanley 719 Account included multiple months of activity in one statement. For the first month(s) in each of these periods, I have included the account value of the Treasury Notes and Treasury Bills reflected on the prior month account statement. The value of the Morgan Stanley Custodial Holdings is based on the activity reflected on the combined account statement, including dividends.

[3] In May 2000, $18 million of Treasury Notes was transferred out of the Morgan Stanley 719 Account, including $11 million transferred to Madoff Securities International Limited for the benefit of Ruth Madoff (*see* UKMSLLWA00004586 and UKMSLLBE00000905).

**EXHIBIT 15.6**

## BONY 239 Account Activity[1]

| Month Begin | Month End | Transfers from 703 Account | Transfers to 703 Account | Treasury Notes | Other Securities[2] | Cash Reserve Fund | Month End Account Value |
|---|---|---|---|---|---|---|---|
| | | *Transfers* | | *Account Value* | | | |
| 3/1/2005 | 3/31/2005 | 100,000,000 | | 44,086,857 | 53,908,842 | 1,000,000 | **98,995,699** |
| 4/1/2005 | 4/30/2005 | | | 44,321,725 | 55,443,210 | - | **99,764,935** |
| 5/1/2005 | 5/31/2005 | | | 44,416,990 | 55,956,167 | - | **100,373,157** |
| 6/1/2005 | 6/30/2005 | | | 42,441,459 | 56,232,715 | 60,723 | **98,734,896** |
| 7/1/2005 | 7/31/2005 | | | 34,664,285 | 65,584,811 | - | **100,249,096** |
| 8/1/2005 | 8/31/2005 | | | 32,790,566 | 68,327,090 | - | **101,117,656** |
| 9/1/2005 | 9/30/2005 | | | 29,789,835 | 70,796,711 | - | **100,586,546** |
| 10/1/2005 | 10/31/2005 | | | 29,319,484 | 70,373,095 | - | **99,692,580** |
| 11/1/2005 | 11/30/2005 | | | 27,529,290 | 73,204,295 | - | **100,733,585** |
| 12/1/2005 | 12/31/2005 | | (75,000,000) | 7,076,848 | 19,629,314 | - | **26,706,162** |
| 1/1/2006 | 1/31/2006 | | | 7,797,659 | 18,935,991 | - | **26,733,649** |
| 2/1/2006 | 2/28/2006 | | | 7,887,670 | 18,876,559 | - | **26,764,229** |
| 3/1/2006 | 3/31/2006 | | | 7,852,677 | 18,910,559 | - | **26,763,236** |
| 4/1/2006 | 4/30/2006 | | (26,885,000) | - | - | - | - |
| 5/1/2006 | 5/31/2006 | | (42,596) | - | - | - | - |
| | | **$ 100,000,000** | **$ (101,927,596)** | | | | |

[1] Source documents, including monthly account statements from March 2005 to May 2007:
SECSBF0001680 - 1832
SECSBF0002073 - 2159
SECSBJ0007171 - 7306

[2] Other securities held in the BONY 239 Account include asset and mortgage-backed securities, corporate bonds and notes.

**EXHIBIT 15.7**

## Lehman 435 Account Activity[1]

| Month Begin | Month End | Transfers from 703 Account[2] | Transfers to 703 Account | Treasury Bills | Money Market Fund | Month End Account Value |
|---|---|---|---|---|---|---|
| 5/1/2007 | 5/31/2007 | 100,000,000 | | 99,113,000 | 1,200,587 | **100,313,587** |
| 6/1/2007 | 6/30/2007 | | | 99,525,000 | 1,205,645 | **100,730,645** |
| 7/1/2007 | 7/31/2007 [3] | | | 99,525,000 | 1,205,645 | **100,730,645** |
| 8/1/2007 | 8/31/2007 | | | 99,311,000 | 2,436,474 | **101,747,474** |
| 9/1/2007 | 9/30/2007 | | | 99,636,000 | 2,446,447 | **102,082,447** |
| 10/1/2007 | 10/31/2007 [3] | | | 99,636,000 | 2,446,447 | **102,082,447** |
| 11/1/2007 | 11/30/2007 | | | 99,446,333 | 3,352,352 | **102,798,685** |
| 12/1/2007 | 12/31/2007 | | | 99,714,000 | 3,364,880 | **103,078,880** |
| 1/1/2008 | 1/31/2008 [3] | | | 99,714,000 | 3,364,880 | **103,078,880** |
| 2/1/2008 | 2/29/2008 | | | 99,665,417 | 3,906,717 | **103,572,134** |
| 3/1/2008 | 3/31/2008 | | | 99,872,042 | 3,916,158 | **103,788,200** |
| 4/1/2008 | 4/30/2008 [3] | | | 99,872,042 | 3,916,158 | **103,788,200** |
| 5/1/2008 | 5/31/2008 | | | 99,656,250 | 4,333,349 | **103,989,599** |
| 6/1/2008 | 6/30/2008 | | | 99,825,278 | 4,341,020 | **104,166,298** |
| 7/1/2008 | 7/31/2008 [3] | | | 99,825,278 | 4,341,020 | **104,166,298** |
| 8/1/2008 | 8/31/2008 | | | 99,707,500 | 4,769,397 | **104,476,897** |
| 9/1/2008 | 9/30/2008 | | (4,774,162) [4] | - | 317 | **317** |
| | | **$ 100,000,000** | **$ (4,774,162)** | | | |

[1] Source documents, including monthly account statements from May 2007 to November 2008: SECSAH0001271 - 1409

[2] Transfers from the 703 Account represented the sole funding for the Lehman 435 Account. On 8/15/2007, there was one transfer of $9,900,000 from the BONY 621 Account to the Lehman 435 Account, which was used the next day to purchase $10 million worth of Treasury Bills that were immediately transferred out of the account. *See* SECSAH0001341 – 42.

[3] Certain statements for the Lehman 435 Account included two months of activity in one statement, including July/Aug 2007, Oct/Nov 2007, Jan/Feb 2008, April/May 2008 and July/Aug 2008. For the first month in each of these periods, I have included the account values reflected on the prior month account statement.

[4] In September 2008, $100 million worth of Treasury Bills was transferred to the JPMC G 13414 Account, the same custody account that held the Treasury Bills purchased directly from the 703 Account.

**EXHIBIT 15.8**

## M&T 039 Account Activity[1]

| Month Begin[2] | Month End[2] | Transfers from 703 Account | Transfers to 703 Account | Treasury Bills | Money Market Fund | Month End Account Value |
|---|---|---|---|---|---|---|
| 6/1/2007 | 6/30/2007 | 99,119,292 | | 99,525,000 | - | **99,525,000** |
| 7/1/2007 | 7/31/2007 [2] | | | 99,525,000 | - | **99,525,000** |
| 8/1/2007 | 8/31/2007 | | | 99,311,000 | 1,201,130 | **100,512,130** |
| 9/1/2007 | 9/30/2007 | | | 99,636,000 | 1,205,177 | **100,841,177** |
| 10/1/2007 | 10/31/2007 [2] | | | 99,636,000 | 1,209,007 | **100,845,007** |
| 11/1/2007 | 11/30/2007 | | | 99,445,000 | 2,128,749 | **101,573,749** |
| 12/1/2007 | 12/31/2007 | | | 99,710,000 | 2,135,006 | **101,845,006** |
| 1/1/2008 | 1/31/2008 [2] | | | 99,710,000 | 2,139,916 | **101,849,916** |
| 2/1/2008 | 2/29/2008 | | | 99,668,000 | 2,675,179 | **102,343,179** |
| 3/1/2008 | 3/31/2008 | | | 99,872,000 | 2,678,966 | **102,550,966** |
| 4/1/2008 | 4/30/2008 [2] | | | 99,872,000 | 2,682,286 | **102,554,286** |
| 5/1/2008 | 5/31/2008 | | | 99,654,000 | 3,070,375 | **102,724,375** |
| 6/1/2008 | 6/30/2008 | | | 99,825,000 | 3,073,834 | **102,898,834** |
| 7/1/2008 | 7/31/2008 [2] | | | 99,825,000 | 3,077,348 | **102,902,348** |
| 8/1/2008 | 8/31/2008 | | | 99,707,000 | 3,496,835 | **103,203,835** |
| 9/1/2008 | 9/30/2008 | | | 99,937,000 | 3,499,531 | **103,436,531** |
| 10/1/2008 | 10/31/2008 [2] | | | 99,937,000 | 3,499,994 | **103,436,994** |
| 11/1/2008 | 11/30/2008 | | (99,500,000) | - | 4,030,708 | **4,030,708** |
| | | **$ 99,119,292** | **$ (99,500,000)** | | | |

[1] Source documents, including monthly account statements from May 2007 to March 2009: MTSSAA0000028 - 118

[2] Certain statements for the M&T 039 Account included two months of activity in one statement, including July/Aug 2007, Oct/Nov 2007, Jan/Feb 2008, April/May 2008, July/Aug 2008 and Oct/Nov 2008. For the first month in each of these periods, I have included the account value of the Treasury Bills reflected on the prior month account statement. The value of the Money Market Fund is based on the activity reflected on the combined account statement, including interest earned.