# EXHIBIT 2

**Documents Considered** **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| 08-01789_BOACAC0000001 | 08-01789_BOACAC0001533 | JPMSAF0039543 | JPMSAF0039546 |
| 08-01789_BODCAA0000001 | 08-01789_BODCAA0001997 | JPMSAF0039925 | JPMSAF0039925 |
| 08-01789_CATCAA0000001 | 08-01789_CATCAA0000117 | JPMSAF0040120 | JPMSAF0040121 |
| 08-01789_CRJCAA0000001 | 08-01789_CRJCAA0002108 | JPMSAF0040124 | JPMSAF0040125 |
| 08-01789_MABCAB0000001 | 08-01789_MABCAB0000840 | JPMSAF0040464 | JPMSAF0040464 |
| 08-01789_MABCAC0000001 | 08-01789_MABCAC0000644 | JPMSAF0041679 | JPMSAF0041680 |
| 08-01789_MABCAD0000001 | 08-01789_MABCAD0000792 | JPMSAF0041687 | JPMSAF0041688 |
| 08-01789_MABCAE0000001 | 08-01789_MABCAE0001546 | JPMSAF0043333 | JPMSAF0043334 |
| 08-01789_MABCAF0000001 | 08-01789_MABCAF0000490 | JPMSAF0043398 | JPMSAF0043399 |
| 08-01789_PIECAA0000001 | 08-01789_PIECAA0000415 | JPMSAF0044598 | JPMSAF0044599 |
| 08-01789_SAJCAC0000001 | 08-01789_SAJCAC0000859 | JPMSAF0044603 | JPMSAF0044604 |
| 10-04469_KACCAA0000001 | 10-04469_KACCAA0000206 | JPMSAF0045861 | JPMSAF0045862 |
| 10-04469_KADCAA0000001 | 10-04469_KADCAA0000520 | JPMSAF0045864 | JPMSAF0045865 |
| 10-04469_Kamenstein_0000001 | 10-04469_Kamenstein_0000213 | JPMSAF0046599 | JPMSAF0046599 |
| 10-04469_KASCAA0000001 | 10-04469_KASCAA0000219 | JPMSAF0047481 | JPMSAF0047482 |
| 10-04469_KATCAA0000001 | 10-04469_KATCAA0000179 | JPMSAF0047484 | JPMSAF0047485 |
| 10-04469_WFB_0000001 | 10-04469_WFB_0001706 | JPMSAF0048419 | JPMSAF0048422 |
| AMF00250539 | AMF00250618 | JPMSAF0048857 | JPMSAF0048860 |
| AMF00267594 | AMF00267814 | JPMSAF0049825 | JPMSAF0049826 |
| AMF00278539 | AMF00278651 | JPMSAF0049828 | JPMSAF0049829 |
| JPMSAB0000734 | JPMSAB0000794 | JPMSAF0050313 | JPMSAF0050313 |
| JPMSAB0002274 | JPMSAB0002443 | JPMSAF0050789 | JPMSAF0050790 |
| JPMSAB0002581 | JPMSAB0002635 | JPMSAF0050792 | JPMSAF0050793 |
| JPMSAB0002690 | JPMSAB0002741 | JPMSAF0051607 | JPMSAF0051610 |
| JPMSAB0002971 | JPMSAB0003021 | JPMSAF0051613 | JPMSAF0051616 |
| JPMSAB0003639 | JPMSAB0003704 | JPMSAF0052925 | JPMSAF0052926 |
| JPMSAB0003831 | JPMSAB0003869 | JPMSAF0052929 | JPMSAF0052930 |
| JPMSAB0004257 | JPMSAB0004311 | JPMSAF0054282 | JPMSAF0054283 |
| JPMSAF0003953 | JPMSAF0003954 | JPMSAF0054285 | JPMSAF0054286 |
| JPMSAF0010829 | JPMSAF0010830 | JPMSAF0056523 | JPMSAF0056524 |
| JPMSAF0014885 | JPMSAF0014886 | JPMSAF0056526 | JPMSAF0056527 |
| JPMSAF0016556 | JPMSAF0016557 | JPMSAF0057099 | JPMSAF0057102 |
| JPMSAF0019846 | JPMSAF0019849 | JPMSAF0058132 | JPMSAF0058133 |
| JPMSAF0022447 | JPMSAF0022448 | JPMSAF0058135 | JPMSAF0058136 |
| JPMSAF0025187 | JPMSAF0025188 | JPMSAF0059110 | JPMSAF0059111 |
| JPMSAF0026839 | JPMSAF0026840 | JPMSAF0059115 | JPMSAF0059116 |
| JPMSAF0027162 | JPMSAF0027163 | JPMSAF0059640 | JPMSAF0059641 |
| JPMSAF0029131 | JPMSAF0029132 | JPMSAF0059644 | JPMSAF0059645 |
| JPMSAF0029343 | JPMSAF0029344 | JPMSAF0060690 | JPMSAF0060693 |
| JPMSAF0030694 | JPMSAF0030695 | JPMSAF0061668 | JPMSAF0061669 |
| JPMSAF0030698 | JPMSAF0030699 | JPMSAF0061672 | JPMSAF0061673 |
| JPMSAF0032493 | JPMSAF0032496 | JPMSAF0063486 | JPMSAF0063487 |
| JPMSAF0034766 | JPMSAF0034769 | JPMSAF0063491 | JPMSAF0063492 |
| JPMSAF0034772 | JPMSAF0034775 | JPMSAF0064657 | JPMSAF0064658 |
| JPMSAF0035255 | JPMSAF0035255 | JPMSAF0064660 | JPMSAF0064661 |
| JPMSAF0035326 | JPMSAF0035326 | JPMSAF0065058 | JPMSAF0065061 |
| JPMSAF0035329 | JPMSAF0035330 | JPMSAF0066108 | JPMSAF0066109 |
| JPMSAF0036779 | JPMSAF0036780 | JPMSAF0066111 | JPMSAF0066112 |
| JPMSAF0036782 | JPMSAF0036783 | JPMSAF0067180 | JPMSAF0067183 |
| JPMSAF0037595 | JPMSAF0037596 | JPMSAF0067708 | JPMSAF0067709 |
| JPMSAF0037598 | JPMSAF0037599 | JPMSAF0067715 | JPMSAF0067717 |

**Documents Considered** **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
|---|---|---|---|
| JPMSAF0068766 | JPMSAF0068767 | MADWAA00243311 | MADWAA00243384 |
| JPMSAF0068769 | JPMSAF0068770 | MADWAA00257807 | MADWAA00257886 |
| JPMSAF0069717 | JPMSAF0069720 | MADWAA00261939 | MADWAA00261942 |
| JPMSAF0070167 | JPMSAF0070168 | MADWAA00261947 | MADWAA00261950 |
| JPMSAF0070170 | JPMSAF0070171 | MADWAA00264174 | MADWAA00264181 |
| JPMSAF0071213 | JPMSAF0071214 | MADWAA00274686 | MADWAA00274689 |
| JPMSAF0071216 | JPMSAF0071217 | MADWAA00274692 | MADWAA00274695 |
| JPMSAF0072251 | JPMSAF0072252 | MADWAA00276200 | MADWAA00276203 |
| JPMSAF0072254 | JPMSAF0072255 | MADWAA00276208 | MADWAA00276211 |
| JPMSAF0072672 | JPMSAF0072673 | MADWAA00278256 | MADWAA00278263 |
| JPMSAF0072676 | JPMSAF0072677 | MADWAA00279360 | MADWAA00279363 |
| JPMSAI0007846 | JPMSAI0007847 | MADWAA00279366 | MADWAA00279369 |
| JPMSAI0009767 | JPMSAI0009767 | MADWAA00279870 | MADWAA00279873 |
| JPMSAI0009769 | JPMSAI0009769 | MADWAA00279880 | MADWAA00279883 |
| JPMSAI0011453 | JPMSAI0011453 | MADWAA00285367 | MADWAA00285370 |
| JPMSAI0011455 | JPMSAI0011456 | MADWAA00285373 | MADWAA00285376 |
| JPMSAI0011481 | JPMSAI0011482 | MADWAA00287108 | MADWAA00287111 |
| JPMTAF0000001 |  | MADWAA00287114 | MADWAA00287117 |
| MADWAA00038598 | MADWAA00038685 | MADWAA00287698 | MADWAA00287705 |
| MADWAA00052123 | MADWAA00052124 | MADWAA00288459 | MADWAA00288462 |
| MADWAA00064176 | MADWAA00064179 | MADWAA00288469 | MADWAA00288472 |
| MADWAA00097611 | MADWAA00097614 | MADWAA00293176 | MADWAA00293183 |
| MADWAA00118544 | MADWAA00118547 | MADWAA00295762 | MADWAA00295765 |
| MADWAA00157613 | MADWAA00157616 | MADWAA00295776 | MADWAA00295779 |
| MADWAA00157619 | MADWAA00157622 | MADWAA00300324 | MADWAA00300329 |
| MADWAA00159949 | MADWAA00159956 | MADWAA00302179 | MADWAA00302182 |
| MADWAA00160992 | MADWAA00160993 | MADWAA00302185 | MADWAA00302188 |
| MADWAA00161104 | MADWAA00161105 | MADWAA00303801 | MADWAA00303804 |
| MADWAA00161110 | MADWAA00161113 | MADWAA00303809 | MADWAA00303812 |
| MADWAA00163388 | MADWAA00163391 | MADWAA00304349 | MADWAA00304352 |
| MADWAA00163394 | MADWAA00163397 | MADWAA00304355 | MADWAA00304358 |
| MADWAA00163984 | MADWAA00163987 | MADWAA00321770 | MADWAA00321773 |
| MADWAA00163990 | MADWAA00163993 | MADWAA00324125 | MADWAA00324128 |
| MADWAA00175592 | MADWAA00175595 | MADWAA00332985 | MADWAA00332988 |
| MADWAA00175600 | MADWAA00175603 | MADWAA00333301 | MADWAA00333304 |
| MADWAA00196316 | MADWAA00196319 | MADWAA00342235 | MADWAA00342238 |
| MADWAA00196324 | MADWAA00196327 | MADWAA00350506 | MADWAA00350509 |
| MADWAA00198477 | MADWAA00198480 | MADWAA00350512 | MADWAA00350515 |
| MADWAA00198483 | MADWAA00198486 | MADWAA00351065 | MADWAA00351068 |
| MADWAA00199443 | MADWAA00199444 | MADWAA00351655 | MADWAA00351658 |
| MADWAA00203644 | MADWAA00203647 | MADWAA00354727 | MADWAA00354734 |
| MADWAA00203650 | MADWAA00203653 | MADWAA00355535 | MADWAA00355538 |
| MADWAA00206530 | MADWAA00206533 | MADWAA00355543 | MADWAA00355546 |
| MADWAA00206536 | MADWAA00206539 | MADWAA00361838 | MADWAA00361841 |
| MADWAA00209272 | MADWAA00209279 | MADWAA00361854 | MADWAA00361857 |
| MADWAA00210375 | MADWAA00210382 | MADWAA00363854 | MADWAA00363855 |
| MADWAA00211520 | MADWAA00211521 | MADWAA00366541 | MADWAA00366544 |
| MADWAA00213134 | MADWAA00213137 | MADWAA00366657 | MADWAA00366660 |
| MADWAA00213140 | MADWAA00213143 | MADWAA00367762 | MADWAA00367765 |
| MADWAA00227623 | MADWAA00227626 | MADWAA00367768 | MADWAA00367771 |
| MADWAA00235700 | MADWAA00235703 | MADWAA00371292 | MADWAA00371295 |

**Documents Considered** **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MADWAA00371298 | MADWAA00371301 | MDPTPP01693301 | MDPTPP01693306 |
| MADWAA00374183 | MADWAA00374186 | MDPTPP01693308 | MDPTPP01693312 |
| MADWAA00374193 | MADWAA00374196 | MDPTPP01693314 | MDPTPP01693316 |
| MDPTPP00998330 | MDPTPP00998334 | MDPTPP01693321 | MDPTPP01693328 |
| MDPTPP00998336 | MDPTPP00998339 | MDPTPP01693330 | MDPTPP01693335 |
| MDPTPP00998348 | MDPTPP00998354 | MDPTPP01693337 | MDPTPP01693341 |
| MDPTPP00998368 | MDPTPP00998371 | MDPTPP01693350 | MDPTPP01693356 |
| MDPTPP00998384 | MDPTPP00998387 | MDPTPP01693363 | MDPTPP01693368 |
| MDPTPP00998430 | MDPTPP00998433 | MDPTPP01693370 | MDPTPP01693376 |
| MDPTPP00998499 | MDPTPP00998504 | MDPTPP01693378 | MDPTPP01693382 |
| MDPTPP00998517 | MDPTPP00998520 | MDPTPP01693384 | MDPTPP01693388 |
| MDPTPP00998543 | MDPTPP00998549 | MDPTPP01693390 | MDPTPP01693396 |
| MDPTPP00998573 | MDPTPP00998578 | MDPTPP01693398 | MDPTPP01693402 |
| MDPTPP00998605 | MDPTPP00998608 | MDPTPP01693404 | MDPTPP01693408 |
| MDPTPP00998696 | MDPTPP00998700 | MDPTPP01693410 | MDPTPP01693415 |
| MDPTPP00998713 | MDPTPP00998717 | MDPTPP01693417 | MDPTPP01693420 |
| MDPTPP00998727 | MDPTPP00998732 | MDPTPP01693422 | MDPTPP01693427 |
| MDPTPP00998747 | MDPTPP00998752 | MDPTPP01693429 | MDPTPP01693431 |
| MDPTPP00998764 | MDPTPP00998769 | MDPTPP01693439 | MDPTPP01693443 |
| MDPTPP00998781 | MDPTPP00998786 | MDPTPP01693453 | MDPTPP01693456 |
| MDPTPP00998803 | MDPTPP00998805 | MDPTPP01693458 | MDPTPP01693462 |
| MDPTPP00998814 | MDPTPP00998818 | MDPTPP01693464 | MDPTPP01693466 |
| MDPTPP00998829 | MDPTPP00998833 | MDPTPP01693468 | MDPTPP01693469 |
| MDPTPP00998849 | MDPTPP00998853 | MDPTPP01693471 | MDPTPP01693476 |
| MDPTPP00998855 | MDPTPP00998858 | MDPTPP01693478 | MDPTPP01693479 |
| MDPTPP00998860 | MDPTPP00998865 | MDPTPP01693481 | MDPTPP01693485 |
| MDPTPP00998873 | MDPTPP00998875 | MDPTPP01693493 | MDPTPP01693506 |
| MDPTPP00998877 | MDPTPP00998883 | MDPTPP01693508 | MDPTPP01693512 |
| MDPTPP00998900 | MDPTPP00998902 | MDPTPP01693514 | MDPTPP01693517 |
| MDPTPP00998911 | MDPTPP00998915 | MDPTPP01693519 | MDPTPP01693520 |
| MDPTPP00998920 | MDPTPP00998925 | MDPTPP01693522 | MDPTPP01693527 |
| MDPTPP00998927 | MDPTPP00998931 | MDPTPP01693529 | MDPTPP01693533 |
| MDPTPP00998933 | MDPTPP00998934 | MDPTPP01693535 | MDPTPP01693537 |
| MDPTPP01692902 | MDPTPP01692906 | MDPTPP01693539 | MDPTPP01693544 |
| MDPTPP01692917 | MDPTPP01692921 | MDPTPP01693674 | MDPTPP01693678 |
| MDPTPP01692935 | MDPTPP01692937 | MDPTPP01693707 | MDPTPP01693709 |
| MDPTPP01692964 | MDPTPP01692969 | MDPTPP01693733 | MDPTPP01693738 |
| MDPTPP01692971 | MDPTPP01692975 | MDPTPP01693740 | MDPTPP01693744 |
| MDPTPP01693049 | MDPTPP01693053 | MDPTPP01693817 | MDPTPP01693821 |
| MDPTPP01693079 | MDPTPP01693084 | MDPTPP01693848 | MDPTPP01693853 |
| MDPTPP01693133 | MDPTPP01693138 | MDPTPP01693902 | MDPTPP01693907 |
| MDPTPP01693165 | MDPTPP01693169 | MDPTPP01693935 | MDPTPP01693939 |
| MDPTPP01693179 | MDPTPP01693183 | MDPTPP01693949 | MDPTPP01693953 |
| MDPTPP01693208 | MDPTPP01693213 | MDPTPP01693978 | MDPTPP01693983 |
| MDPTPP01693225 | MDPTPP01693230 | MDPTPP01693995 | MDPTPP01694000 |
| MDPTPP01693246 | MDPTPP01693248 | MDPTPP01694016 | MDPTPP01694018 |
| MDPTPP01693257 | MDPTPP01693261 | MDPTPP01694027 | MDPTPP01694031 |
| MDPTPP01693266 | MDPTPP01693271 | MDPTPP01694036 | MDPTPP01694041 |
| MDPTPP01693273 | MDPTPP01693277 | MDPTPP01694043 | MDPTPP01694047 |
| MDPTPP01693279 | MDPTPP01693284 | MDPTPP01694049 | MDPTPP01694054 |
| MDPTPP01693291 | MDPTPP01693295 | MDPTPP01694061 | MDPTPP01694065 |

**Documents Considered**                                                                                                        **EXHIBIT 2**

| Bates Begin | Bates End | Bates Begin | Bates End |
| --- | --- | --- | --- |
| MDPTPP01694071 | MDPTPP01694076 | MDPTPP01931850 | MDPTPP01931854 |
| MDPTPP01694078 | MDPTPP01694082 | MDPTPP01931856 | MDPTPP01931861 |
| MDPTPP01694084 | MDPTPP01694086 | MDPTPP01931863 | MDPTPP01931865 |
| MDPTPP01694091 | MDPTPP01694098 | MDPTPP01931873 | MDPTPP01931877 |
| MDPTPP01694100 | MDPTPP01694106 | MDPTPP01931887 | MDPTPP01931890 |
| MDPTPP01694108 | MDPTPP01694113 | MDPTPP01931892 | MDPTPP01931896 |
| MDPTPP01694115 | MDPTPP01694120 | MDPTPP01931898 | MDPTPP01931900 |
| MDPTPP01694122 | MDPTPP01694127 | MDPTPP01931902 | MDPTPP01931903 |
| MDPTPP01694134 | MDPTPP01694139 | MDPTPP01931905 | MDPTPP01931910 |
| MDPTPP01694141 | MDPTPP01694147 | MDPTPP01931912 | MDPTPP01931913 |
| MDPTPP01694149 | MDPTPP01694153 | MDPTPP01931915 | MDPTPP01931920 |
| MDPTPP01694155 | MDPTPP01694159 | MDPTPP01931928 | MDPTPP01931941 |
| MDPTPP01694161 | MDPTPP01694167 | MDPTPP01931943 | MDPTPP01931947 |
| MDPTPP01694169 | MDPTPP01694173 | MDPTPP01931949 | MDPTPP01931951 |
| MDPTPP01694175 | MDPTPP01694179 | MDPTPP01931953 | MDPTPP01931954 |
| MDPTPP01694181 | MDPTPP01694186 | MDPTPP01931956 | MDPTPP01931961 |
| MDPTPP01694188 | MDPTPP01694192 | MDPTPP01931963 | MDPTPP01931967 |
| MDPTPP01694194 | MDPTPP01694199 | MDPTPP01931969 | MDPTPP01931971 |
| MDPTPP01694201 | MDPTPP01694203 | MDPTPP01931973 | MDPTPP01931978 |
| MDPTPP01694211 | MDPTPP01694215 | MDPTPP01931998 | MDPTPP01932006 |
| MDPTPP01694225 | MDPTPP01694228 | MDPTPP01932013 | MDPTPP01932017 |
| MDPTPP01694230 | MDPTPP01694234 | MDPTPP01932023 | MDPTPP01932028 |
| MDPTPP01694236 | MDPTPP01694238 | MDPTPP01932030 | MDPTPP01932033 |
| MDPTPP01694240 | MDPTPP01694241 | MDPTPP01932035 | MDPTPP01932037 |
| MDPTPP01694243 | MDPTPP01694248 | MDPTPP01932042 | MDPTPP01932049 |
| MDPTPP01694250 | MDPTPP01694251 | MDPTPP01932051 | MDPTPP01932056 |
| MDPTPP01694253 | MDPTPP01694257 | MDPTPP01932058 | MDPTPP01932061 |
| MDPTPP01694265 | MDPTPP01694278 | MDPTPP01932070 | MDPTPP01932076 |
| MDPTPP01694280 | MDPTPP01694284 | MDPTPP01932083 | MDPTPP01932088 |
| MDPTPP01694286 | MDPTPP01694288 | MDPTPP01932090 | MDPTPP01932096 |
| MDPTPP01694290 | MDPTPP01694291 | MDPTPP01932098 | MDPTPP01932102 |
| MDPTPP01694293 | MDPTPP01694297 | MDPTPP01932110 | MDPTPP01932116 |
| MDPTPP01694299 | MDPTPP01694303 | MDPTPP01932118 | MDPTPP01932121 |
| MDPTPP01694305 | MDPTPP01694307 | MDPTPP01932123 | MDPTPP01932127 |
| MDPTPP01694309 | MDPTPP01694314 | MDPTPP01932129 | MDPTPP01932135 |
| MDPTPP01931711 | MDPTPP01931719 | MDPTPP01932137 | MDPTPP01932141 |
| MDPTPP01931726 | MDPTPP01931730 | MDPTPP01932143 | MDPTPP01932148 |
| MDPTPP01931736 | MDPTPP01931741 | MDPTPP01932150 | MDPTPP01932152 |
| MDPTPP01931743 | MDPTPP01931746 | MDPTPP01932160 | MDPTPP01932164 |
| MDPTPP01931748 | MDPTPP01931750 | MDPTPP01932174 | MDPTPP01932177 |
| MDPTPP01931755 | MDPTPP01931762 | MDPTPP01932179 | MDPTPP01932183 |
| MDPTPP01931764 | MDPTPP01931769 | MDPTPP01932185 | MDPTPP01932187 |
| MDPTPP01931771 | MDPTPP01931774 | MDPTPP01932189 | MDPTPP01932190 |
| MDPTPP01931783 | MDPTPP01931789 | MDPTPP01932192 | MDPTPP01932197 |
| MDPTPP01931796 | MDPTPP01931801 | MDPTPP01932199 | MDPTPP01932200 |
| MDPTPP01931803 | MDPTPP01931809 | MDPTPP01932202 | MDPTPP01932207 |
| MDPTPP01931811 | MDPTPP01931815 | MDPTPP01932215 | MDPTPP01932228 |
| MDPTPP01931823 | MDPTPP01931829 | MDPTPP01932230 | MDPTPP01932234 |
| MDPTPP01931831 | MDPTPP01931834 | MDPTPP01932236 | MDPTPP01932238 |
| MDPTPP01931836 | MDPTPP01931840 | MDPTPP01932240 | MDPTPP01932241 |
| MDPTPP01931842 | MDPTPP01931848 | MDPTPP01932243 | MDPTPP01932248 |

**Documents Considered**  **EXHIBIT 2**

| Bates Begin | Bates End |
|---|---|
| MDPTPP01932250 | MDPTPP01932254 |
| MDPTPP01932256 | MDPTPP01932258 |
| MDPTPP01932260 | MDPTPP01932265 |
| MF00259259 | MF00259260 |
| MF00397041 | MF00397042 |
| MWPTAP00053880 | MWPTAP00053935 |

| Bates Begin | Bates End |
|---|---|
| MWPTAP00054083 | MWPTAP00054139 |
| MWPTAP00054314 | MWPTAP00054369 |
| MWPTAP00054559 | MWPTAP00054615 |
| MWPTAP00999207 | MWPTAP00999216 |
| MWPTAP01000826 | MWPTAP01000835 |

Checkbook File - Available Upon Request

*First Union is Now Wells Fargo,* WELLS FARGO, https://www.wellsfargo.com/about/corporate/firstunion (last visited June 10, 2019)

Defendants' First Set of Requests for Production of Documents and Interrgatories [sic] to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' First Set of Requests for Production of Documents and Interrogatories to the Trustee [Omnibus]

Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Trustee Irving H. Picard's Responses and Objections to Defendants' Second Set of Requests for Production of Documents to the Trustee [Omnibus]

Initial Disclosures [of defendants Carol L. Kamenstein, individually and in her capacity as joint tenant, David R. Kamenstein, individually and in his capacity as joint tenant, Sloan G. Kamenstein, and Tracy D. Kamenstein]

Plaintiff's Initial Disclosures

Plaintiff's Amended Initial Disclosures

Responses and Objections of Defendants Carol L. Kamenstein, David R. Kamenstein, Sloan G. Kamenstein, and Tracy D. Kamenstein to Trustee's First Set of Requests for Production of Documents

Responses and Objections of Defendants Carol L. Kamenstein, David R. Kamenstein, Sloan G. Kamenstein, and Tracy D. Kamenstein to Trustee's First Set of Interrogatories

Transcript of and Exhibits to Deposition of Annette Bongiorno for Adv. No. 08-01789 (SMB), dated May 22, 2019

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated December 20, 2016

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 26, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated April 27, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 8, 2017

Transcript of and Exhibits to Deposition of Bernard L. Madoff for Adv. No. 08-01789 (SMB), dated November 9, 2017

Transcript of and Exhibits to Deposition of Daniel Bonventre for Adv. No. 08-01789 (SMB), dated May 21, 2019

Transcript of and Exhibits to Deposition of Joann Crupi for Adv. No. 08-01789 (SMB), dated May 23, 2019

Transcript of and Exhibits to Deposition of Joann Sala for Adv. No. 08-01789 (SMB), dated April 8, 2019

Transcript of and Exhibits to Deposition of Enrica Cotellessa-Pitz for Adv. No. 08-01789 (SMB), dated April 9, 2019

Transcript of and Exhibits to Deposition of FBI Agent, Theodore Cacioppi, for Adv. No. 08-01789 (SMB), dated May 15, 2019

Transcript of and Exhibits to Deposition of Carol Kamenstein for Adv. No. 10-04469 (SMB), dated February 22, 2017

Transcript of and Exhibits to Deposition of David Kamenstein for Adv. No. 10-04469 (SMB), dated February 22, 2017

Transcript of and Exhibits to Deposition of Sloan Kamenstein for Adv. No. 10-04469 (SMB), dated February 22, 2017

Transcript of and Exhibits to Deposition of Tracy Kamenstein for Adv. No. 10-04469 (SMB), dated February 22, 2017