# EXHIBIT 3

**List of All Cash Transactions in the Kamenstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] ||| Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 100813 | 1CM596 | TRACY D KAMENSTEIN | 1/6/2000 | (250,000) | CW | CHECK | Yes | Yes | n/a | AMF00250581[8] | n/a |
| 257408 | 1CM596 | TRACY D KAMENSTEIN | 4/7/2000 | (298,547) | CW | CHECK WIRE | Yes | Yes | n/a | AMF00250579[8] | n/a |
| 282281 | 1CM597 | SLOAN G KAMENSTEIN | 4/7/2000 | (279,486) | CW | CHECK WIRE | Yes | Yes | n/a | AMF00250579[8] | n/a |
| 265294 | 1CM596 | TRACY D KAMENSTEIN | 9/5/2000 | 65,801 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 168802 | 1CM597 | SLOAN G KAMENSTEIN | 9/5/2000 | 77,716 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 69023 | 1CM596 | TRACY D KAMENSTEIN | 10/20/2000 | 5,872 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 258896 | 1CM597 | SLOAN G KAMENSTEIN | 10/20/2000 | 12,921 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 224923 | 1CM596 | TRACY D KAMENSTEIN | 11/14/2001 | (87,000) | CW | CHECK | Yes | Yes | Yes[5] | AMF00267651 | 10-04469_Kamenstein_0000002 |
| 245048 | 1CM597 | SLOAN G KAMENSTEIN | 11/14/2001 | (87,000) | CW | CHECK | Yes | Yes | Yes[5] | AMF00267764 | 10-04469_Kamenstein_0000002 |
| 219136 | 1CM596 | TRACY D KAMENSTEIN | 4/10/2002 | (61,000) | CW | CHECK | Yes | Yes | Yes[6] | AMF00267650 | 10-04469_Kamenstein_0000001 |
| 284309 | 1CM597 | SLOAN G KAMENSTEIN | 4/10/2002 | (264,000) | CW | CHECK | Yes | Yes | Yes[6] | AMF00267763 | 10-04469_Kamenstein_0000001 |
| 107 | 1CM596 | TRACY D KAMENSTEIN | 1/2/2003 | (75,000) | CW | CHECK | Yes | Yes | Yes[7] | AMF00250567[8] | 10-04469_Kamenstein_0000114 |
| 82843 | 1CM597 | SLOAN G KAMENSTEIN | 1/2/2003 | (75,000) | CW | CHECK | Yes | Yes | Yes[7] | AMF00250567[8] | 10-04469_Kamenstein_0000114 |
| 236862 | 1CM596 | TRACY D KAMENSTEIN | 6/13/2003 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00267649 | 10-04469_Kamenstein_0000111 |
| 192967 | 1CM597 | SLOAN G KAMENSTEIN | 6/13/2003 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00267761 | 10-04469_Kamenstein_0000111 |
| 234359 | 1CM596 | TRACY D KAMENSTEIN | 8/11/2003 | (325,000) | CW | CHECK | Yes | Yes | Yes | AMF00267647-48 | 10-04469_Kamenstein_0000112 |
| 260599 | 1CM597 | SLOAN G KAMENSTEIN | 8/11/2003 | (325,000) | CW | CHECK | Yes | Yes | Yes | AMF00267759-60 | 10-04469_Kamenstein_0000112 |
| 260582 | 1CM596 | TRACY D KAMENSTEIN | 8/18/2003 | 25,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 91082 | 1CM597 | SLOAN G KAMENSTEIN | 8/18/2003 | 25,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 67736 | 1CM596 | TRACY D KAMENSTEIN | 1/5/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00267646 | 10-04469_Kamenstein_0000116 |
| 67744 | 1CM597 | SLOAN G KAMENSTEIN | 1/5/2004 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00267758 | 10-04469_Kamenstein_0000116 |
| 288991 | 1CM596 | TRACY D KAMENSTEIN | 4/2/2004 | (62,500) | CW | CHECK | Yes | Yes | Yes | AMF00267645 | 10-04469_Kamenstein_0000180 |
| 230885 | 1CM597 | SLOAN G KAMENSTEIN | 4/2/2004 | (62,500) | CW | CHECK | Yes | Yes | Yes | AMF00267757 | 10-04469_Kamenstein_0000180 |
| 143805 | 1CM596 | TRACY D KAMENSTEIN | 7/2/2004 | (45,000) | CW | CHECK | Yes | Yes | Yes | AMF00267644 | 10-04469_Kamenstein_0000143-44 |
| 71265 | 1CM597 | SLOAN G KAMENSTEIN | 7/2/2004 | (176,000) | CW | CHECK | Yes | Yes | Yes | AMF00267755 | 10-04469_Kamenstein_0000143-44 |
| 229232 | 1CM596 | TRACY D KAMENSTEIN | 9/7/2004 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00267643 | 10-04469_Kamenstein_0000155-56 |

**List of All Cash Transactions in the Kamenstein Accounts**

|  |  |  |  |  |  |  | *Reconciliation Results [4]* | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
| 101127 | 1CM597 | SLOAN G KAMENSTEIN | 9/7/2004 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00267754 | 10-04469_Kamenstein_0000155-56 |
| 5599 | 1CM596 | TRACY D KAMENSTEIN | 9/22/2004 | (62,000) | CW | CHECK | Yes | Yes | Yes | AMF00267642 | 10-04469_Kamenstein_0000194-95 |
| 175903 | 1CM597 | SLOAN G KAMENSTEIN | 9/22/2004 | (62,000) | CW | CHECK | Yes | Yes | Yes | AMF00267753 | 10-04469_Kamenstein_0000194-95 |
| 74612 | 1CM596 | TRACY D KAMENSTEIN | 11/23/2004 | (17,000) | CW | CHECK | Yes | Yes | Yes | AMF00267641 | 10-04469_Kamenstein_0000203-04 |
| 164442 | 1CM597 | SLOAN G KAMENSTEIN | 11/23/2004 | (17,000) | CW | CHECK | Yes | Yes | Yes | AMF00267752 | 10-04469_Kamenstein_0000203-04 |
| 299525 | 1CM596 | TRACY D KAMENSTEIN | 12/3/2004 | (17,000) | CW | CHECK | Yes | Yes | Yes | AMF00267640 | 10-04469_Kamenstein_0000207-08 |
| 267885 | 1CM597 | SLOAN G KAMENSTEIN | 12/3/2004 | (17,000) | CW | CHECK | Yes | Yes | Yes | AMF00267750-51 | 10-04469_Kamenstein_0000207-08 |
| 149413 | 1CM596 | TRACY D KAMENSTEIN | 1/4/2005 | (47,000) | CW | CHECK | Yes | Yes | Yes | AMF00267639 | 10-04469_Kamenstein_0000121-22 |
| 262070 | 1CM597 | SLOAN G KAMENSTEIN | 1/4/2005 | (47,000) | CW | CHECK | Yes | Yes | Yes | AMF00267749 | 10-04469_Kamenstein_0000121-22 |
| 106201 | 1CM913 | DAVID R KAMENSTEIN | 1/4/2005 | (97,000) | CW | CHECK | Yes | Yes | Yes | AMF00278597 | 10-04469_Kamenstein_0000121-22 |
| 272658 | 1CM914 | CAROL KAMENSTEIN | 1/4/2005 | (97,000) | CW | CHECK | Yes | Yes | Yes | AMF00278650 | 10-04469_Kamenstein_0000121-22 |
| 87403 | 1CM596 | TRACY D KAMENSTEIN | 3/21/2005 | (52,500) | CW | CHECK | Yes | Yes | Yes | AMF00267638 | 10-04469_Kamenstein_0000129-30 |
| 173576 | 1CM596 | TRACY D KAMENSTEIN | 3/21/2005 | 777,414 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 141095 | 1CM597 | SLOAN G KAMENSTEIN | 3/21/2005 | (52,500) | CW | CHECK | Yes | Yes | Yes | AMF00267748 | 10-04469_Kamenstein_0000129-30 |
| 260533 | 1CM913 | DAVID R KAMENSTEIN | 3/21/2005 | (105,000) | CW | CHECK | Yes | Yes | Yes | AMF00278586 | 10-04469_Kamenstein_0000129-30 |
| 173591 | 1CM914 | CAROL KAMENSTEIN | 3/21/2005 | (105,000) | CW | CHECK | Yes | Yes | Yes | AMF00278639 | 10-04469_Kamenstein_0000129-30 |
| 236193 | 1CM596 | TRACY D KAMENSTEIN | 5/13/2005 | (25,760) | CW | CHECK | Yes | Yes | Yes | AMF00267633 | 10-04469_Kamenstein_0000137-38 |
| 244266 | 1CM597 | SLOAN G KAMENSTEIN | 5/13/2005 | (127,760) | CW | CHECK | Yes | Yes | Yes | AMF00267747 | 10-04469_Kamenstein_0000137-38 |
| 256804 | 1CM913 | DAVID R KAMENSTEIN | 5/13/2005 | (54,740) | CW | CHECK | Yes | Yes | Yes | AMF00278585 | 10-04469_Kamenstein_0000137-38 |
| 184045 | 1CM914 | CAROL KAMENSTEIN | 5/13/2005 | (54,740) | CW | CHECK | Yes | Yes | Yes | AMF00278638 | 10-04469_Kamenstein_0000137-38 |
| 240631 | 1CM597 | SLOAN G KAMENSTEIN | 6/2/2005 | 600,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 187325 | 1CM597 | SLOAN G KAMENSTEIN | 6/13/2005 | (22,500) | CW | CHECK | Yes | Yes | Yes | AMF00267746 | 10-04469_Kamenstein_0000186-87 |
| 267759 | 1CM596 | TRACY D KAMENSTEIN | 6/15/2005 | (22,500) | CW | CHECK | Yes | Yes | Yes | AMF00267632 | 10-04469_Kamenstein_0000186-87 |
| 254322 | 1CM913 | DAVID R KAMENSTEIN | 6/15/2005 | (47,500) | CW | CHECK | Yes | Yes | Yes | AMF00278584 | 10-04469_Kamenstein_0000186-87 |
| 187372 | 1CM914 | CAROL KAMENSTEIN | 6/15/2005 | (47,500) | CW | CHECK | Yes | Yes | Yes | AMF00278637 | 10-04469_Kamenstein_0000186-87 |
| 233628 | 1CM597 | SLOAN G KAMENSTEIN | 7/8/2005 | 700,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |

**List of All Cash Transactions in the Kamenstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 302529 | 1CM596 | TRACY D KAMENSTEIN | 7/12/2005 | (26,700) | CW | CHECK | Yes | Yes | Yes | AMF00267631 | 10-04469_Kamenstein_0000149-50 |
| 281910 | 1CM597 | SLOAN G KAMENSTEIN | 7/12/2005 | (26,700) | CW | CHECK | Yes | Yes | Yes | AMF00267745 | 10-04469_Kamenstein_0000149-50 |
| 117375 | 1CM913 | DAVID R KAMENSTEIN | 7/12/2005 | (56,800) | CW | CHECK | Yes | Yes | Yes | AMF00278583 | 10-04469_Kamenstein_0000149-50 |
| 281978 | 1CM914 | CAROL KAMENSTEIN | 7/12/2005 | (56,800) | CW | CHECK | Yes | Yes | Yes | AMF00278636 | 10-04469_Kamenstein_0000149-50 |
| 233497 | 1CM596 | TRACY D KAMENSTEIN | 9/1/2005 | (67,600) | CW | CHECK | Yes | Yes | Yes | AMF00267630 | 10-04469_Kamenstein_0000157 |
| 302550 | 1CM597 | SLOAN G KAMENSTEIN | 9/1/2005 | (136,000) | CW | CHECK | Yes | Yes | Yes | AMF00267744 | 10-04469_Kamenstein_0000157 |
| 279124 | 1CM913 | DAVID R KAMENSTEIN | 9/1/2005 | (75,000) | CW | CHECK | Yes | Yes | Yes | AMF00278581-82 | 10-04469_Kamenstein_0000157 |
| 74691 | 1CM914 | CAROL KAMENSTEIN | 9/1/2005 | (75,000) | CW | CHECK | Yes | Yes | Yes | AMF00278635 | 10-04469_Kamenstein_0000157 |
| 284070 | 1CM596 | TRACY D KAMENSTEIN | 9/30/2005 | 20,600 | CA | CHECK | Yes | n/a | n/a | n/a | n/a |
| 305271 | 1CM596 | TRACY D KAMENSTEIN | 10/21/2005 | (37,500) | CW | CHECK | Yes | Yes | Yes | AMF00267629 | 10-04469_Kamenstein_0000164-65 |
| 259567 | 1CM597 | SLOAN G KAMENSTEIN | 10/21/2005 | (92,500) | CW | CHECK | Yes | Yes | Yes | AMF00267743 | 10-04469_Kamenstein_0000164-65 |
| 76928 | 1CM913 | DAVID R KAMENSTEIN | 10/21/2005 | (77,500) | CW | CHECK | Yes | Yes | Yes | AMF00278580 | 10-04469_Kamenstein_0000164-65 |
| 260904 | 1CM914 | CAROL KAMENSTEIN | 10/21/2005 | (77,500) | CW | CHECK | Yes | Yes | Yes | AMF00278634 | 10-04469_Kamenstein_0000164-65 |
| 212937 | 1CM597 | SLOAN G KAMENSTEIN | 11/14/2005 | (200,000) | CW | CHECK | Yes | Yes | Yes | AMF00267742 | 10-04469_Kamenstein_0000209-10 |
| 220163 | 1CM596 | TRACY D KAMENSTEIN | 11/25/2005 | (20,500) | CW | CHECK | Yes | Yes | Yes | AMF00267628 | 10-04469_Kamenstein_0000170-71 |
| 220174 | 1CM597 | SLOAN G KAMENSTEIN | 11/25/2005 | (20,500) | CW | CHECK | Yes | Yes | Yes | AMF00267741 | 10-04469_Kamenstein_0000170-71 |
| 291720 | 1CM913 | DAVID R KAMENSTEIN | 11/25/2005 | (42,000) | CW | CHECK | Yes | Yes | Yes | AMF00278579 | 10-04469_Kamenstein_0000170-71 |
| 141687 | 1CM914 | CAROL KAMENSTEIN | 11/25/2005 | (42,000) | CW | CHECK | Yes | Yes | Yes | AMF00278633 | 10-04469_Kamenstein_0000170-71 |
| 273266 | 1CM597 | SLOAN G KAMENSTEIN | 12/9/2005 | (350,000) | CW | CHECK | Yes | Yes | Yes | AMF00267739-40 | 10-04469_Kamenstein_0000174-75 |
| 279845 | 1CM596 | TRACY D KAMENSTEIN | 1/4/2006 | (36,800) | CW | CHECK | Yes | Yes | Yes | AMF00267627 | 10-04469_Kamenstein_0000176-77 |
| 13070 | 1CM597 | SLOAN G KAMENSTEIN | 1/4/2006 | (58,500) | CW | CHECK | Yes | Yes | Yes | AMF00267738 | 10-04469_Kamenstein_0000176-77 |
| 312824 | 1CM913 | DAVID R KAMENSTEIN | 1/4/2006 | (48,500) | CW | CHECK | Yes | Yes | Yes | AMF00278578 | 10-04469_Kamenstein_0000176-77 |
| 25832 | 1CM914 | CAROL KAMENSTEIN | 1/4/2006 | (48,500) | CW | CHECK | Yes | Yes | Yes | AMF00278632 | 10-04469_Kamenstein_0000176-77 |
| 279602 | 1CM596 | TRACY D KAMENSTEIN | 3/2/2006 | (61,200) | CW | CHECK | Yes | Yes | n/a | AMF00267626 | n/a |
| 16036 | 1CM597 | SLOAN G KAMENSTEIN | 3/2/2006 | (55,700) | CW | CHECK | Yes | Yes | n/a | AMF00267737 | n/a |
| 312050 | 1CM913 | DAVID R KAMENSTEIN | 3/6/2006 | (80,800) | CW | CHECK | Yes | Yes | n/a | AMF00278577 | n/a |

*Reconciliation Results[4]*

**List of All Cash Transactions in the Kamenstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | *Reconciliation Results[4]* | | | | |
| 30253 | 1CM914 | CAROL KAMENSTEIN | 3/6/2006 | (80,800) | CW | CHECK | Yes | Yes | n/a | AMF00278631 | n/a |
| 169567 | 1CM596 | TRACY D KAMENSTEIN | 4/4/2006 | (250,000) | CW | CHECK | Yes | Yes | n/a | AMF00267625 | n/a |
| 237888 | 1CM597 | SLOAN G KAMENSTEIN | 4/4/2006 | (250,000) | CW | CHECK | Yes | Yes | n/a | AMF00267736 | n/a |
| 221734 | 1CM913 | DAVID R KAMENSTEIN | 4/4/2006 | (250,000) | CW | CHECK | Yes | Yes | n/a | AMF00278576 | n/a |
| 165777 | 1CM914 | CAROL KAMENSTEIN | 4/4/2006 | (250,000) | CW | CHECK | Yes | Yes | n/a | AMF00278630 | n/a |
| 262581 | 1CM596 | TRACY D KAMENSTEIN | 5/3/2006 | (84,000) | CW | CHECK | Yes | Yes | Yes | AMF00267624 | 10-04469_Kamenstein_0000182-83 |
| 85708 | 1CM597 | SLOAN G KAMENSTEIN | 5/3/2006 | (149,000) | CW | CHECK | Yes | Yes | Yes | AMF00267735 | 10-04469_Kamenstein_0000182-83 |
| 22439 | 1CM913 | DAVID R KAMENSTEIN | 5/3/2006 | (129,000) | CW | CHECK | Yes | Yes | Yes | AMF00278575 | 10-04469_Kamenstein_0000182-83 |
| 4187 | 1CM914 | CAROL KAMENSTEIN | 5/3/2006 | (129,000) | CW | CHECK | Yes | Yes | Yes | AMF00278629 | 10-04469_Kamenstein_0000182-83 |
| 271846 | 1CM597 | SLOAN G KAMENSTEIN | 6/13/2006 | (155,000) | CW | CHECK | Yes | Yes | Yes | AMF00267733-34 | 10-04469_Kamenstein_0000184 |
| 127980 | 1CM596 | TRACY D KAMENSTEIN | 6/15/2006 | 87,747 | CA | CHECK | Yes | n/a | n/a | n/a | n/a |
| 34461 | 1CM596 | TRACY D KAMENSTEIN | 7/5/2006 | (45,000) | CW | CHECK | Yes | Yes | Yes | AMF00267623 | 10-04469_Kamenstein_0000188-89 |
| 86342 | 1CM597 | SLOAN G KAMENSTEIN | 7/5/2006 | (71,000) | CW | CHECK | Yes | Yes | Yes | AMF00267732 | 10-04469_Kamenstein_0000188-89 |
| 180161 | 1CM913 | DAVID R KAMENSTEIN | 7/5/2006 | (92,000) | CW | CHECK | Yes | Yes | Yes | AMF00278574 | 10-04469_Kamenstein_0000188-89 |
| 238492 | 1CM914 | CAROL KAMENSTEIN | 7/5/2006 | (92,000) | CW | CHECK | Yes | Yes | Yes | AMF00278628 | 10-04469_Kamenstein_0000188-89 |
| 197238 | 1CM597 | SLOAN G KAMENSTEIN | 8/3/2006 | 530,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 197222 | 1CM596 | TRACY D KAMENSTEIN | 8/8/2006 | (17,000) | CW | CHECK | Yes | Yes | Yes | AMF00267622 | 10-04469_Kamenstein_0000190-91 |
| 136752 | 1CM597 | SLOAN G KAMENSTEIN | 8/8/2006 | (79,000) | CW | CHECK | Yes | Yes | Yes | AMF00267731 | 10-04469_Kamenstein_0000190-91 |
| 136762 | 1CM913 | DAVID R KAMENSTEIN | 8/8/2006 | (39,500) | CW | CHECK | Yes | Yes | Yes | AMF00278573 | 10-04469_Kamenstein_0000190-91 |
| 282365 | 1CM914 | CAROL KAMENSTEIN | 8/8/2006 | (39,500) | CW | CHECK | Yes | Yes | Yes | AMF00278627 | 10-04469_Kamenstein_0000190-91 |
| 187029 | 1CM596 | TRACY D KAMENSTEIN | 9/7/2006 | (44,000) | CW | CHECK | Yes | Yes | Yes | AMF00267621 | 10-04469_Kamenstein_0000192-93 |
| 247865 | 1CM597 | SLOAN G KAMENSTEIN | 9/7/2006 | (67,000) | CW | CHECK | Yes | Yes | Yes | AMF00267730 | 10-04469_Kamenstein_0000192-93 |
| 186778 | 1CM913 | DAVID R KAMENSTEIN | 9/7/2006 | (98,000) | CW | CHECK | Yes | Yes | Yes | AMF00278572 | 10-04469_Kamenstein_0000192-93 |
| 114907 | 1CM914 | CAROL KAMENSTEIN | 9/7/2006 | (98,000) | CW | CHECK | Yes | Yes | Yes | AMF00278626 | 10-04469_Kamenstein_0000192-93 |
| 186395 | 1CM596 | TRACY D KAMENSTEIN | 10/4/2006 | (13,000) | CW | CHECK | Yes | Yes | Yes | AMF00267620 | 10-04469_Kamenstein_0000198-99 |
| 229480 | 1CM597 | SLOAN G KAMENSTEIN | 10/4/2006 | (55,000) | CW | CHECK | Yes | Yes | Yes | AMF00267729 | 10-04469_Kamenstein_0000198-99 |

**List of All Cash Transactions in the Kamenstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | Reconciliation Results[4] | | | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 229511 | 1CM913 | DAVID R KAMENSTEIN | 10/4/2006 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00278571 | 10-04469_Kamenstein_0000198-99 |
| 220884 | 1CM914 | CAROL KAMENSTEIN | 10/4/2006 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00278625 | 10-04469_Kamenstein_0000198-99 |
| 252397 | 1CM597 | SLOAN G KAMENSTEIN | 10/5/2006 | (350,000) | CW | CHECK | Yes | Yes | Yes | AMF00267727-28 | 10-04469_Kamenstein_0000212-13 |
| 245460 | 1CM596 | TRACY D KAMENSTEIN | 11/7/2006 | (39,400) | CW | CHECK | Yes | Yes | Yes | AMF00267619 | 10-04469_Kamenstein_0000201-02 |
| 225671 | 1CM597 | SLOAN G KAMENSTEIN | 11/7/2006 | (26,200) | CW | CHECK | Yes | Yes | Yes | AMF00267726 | 10-04469_Kamenstein_0000201-02 |
| 312924 | 1CM913 | DAVID R KAMENSTEIN | 11/7/2006 | (77,200) | CW | CHECK | Yes | Yes | Yes | AMF00278570 | 10-04469_Kamenstein_0000201-02 |
| 45542 | 1CM914 | CAROL KAMENSTEIN | 11/7/2006 | (77,200) | CW | CHECK | Yes | Yes | Yes | AMF00278624 | 10-04469_Kamenstein_0000201-02 |
| 281572 | 1CM596 | TRACY D KAMENSTEIN | 12/6/2006 | (21,300) | CW | CHECK | Yes | Yes | Yes | AMF00267618 | 10-04469_Kamenstein_0000205-06 |
| 23129 | 1CM597 | SLOAN G KAMENSTEIN | 12/6/2006 | (264,000) | CW | CHECK | Yes | Yes | Yes | AMF00267724-25 | 10-04469_Kamenstein_0000205-06 |
| 229952 | 1CM913 | DAVID R KAMENSTEIN | 12/6/2006 | (49,200) | CW | CHECK | Yes | Yes | Yes | AMF00278569 | 10-04469_Kamenstein_0000205-06 |
| 225543 | 1CM914 | CAROL KAMENSTEIN | 12/6/2006 | (49,200) | CW | CHECK | Yes | Yes | Yes | AMF00278623 | 10-04469_Kamenstein_0000205-06 |
| 222541 | 1CM596 | TRACY D KAMENSTEIN | 1/3/2007 | (47,500) | CW | CHECK | Yes | Yes | Yes | AMF00267617 | 10-04469_Kamenstein_0000117-18 |
| 309821 | 1CM597 | SLOAN G KAMENSTEIN | 1/3/2007 | (29,500) | CW | CHECK | Yes | Yes | Yes | AMF00267723 | 10-04469_Kamenstein_0000117-18 |
| 156133 | 1CM913 | DAVID R KAMENSTEIN | 1/3/2007 | (70,500) | CW | CHECK | Yes | Yes | Yes | AMF00278567-68 | 10-04469_Kamenstein_0000117-18 |
| 172728 | 1CM914 | CAROL KAMENSTEIN | 1/3/2007 | (70,500) | CW | CHECK | Yes | Yes | Yes | AMF00278622 | 10-04469_Kamenstein_0000117-18 |
| 276084 | 1CM596 | TRACY D KAMENSTEIN | 3/7/2007 | (56,000) | CW | CHECK | Yes | Yes | Yes | AMF00278565-66[9] | 10-04469_Kamenstein_0000125-26 |
| 256734 | 1CM597 | SLOAN G KAMENSTEIN | 3/7/2007 | (36,000) | CW | CHECK | Yes | Yes | Yes | AMF00278565-66[9] | 10-04469_Kamenstein_0000125-26 |
| 234193 | 1CM913 | DAVID R KAMENSTEIN | 3/7/2007 | (66,400) | CW | CHECK | Yes | Yes | Yes | AMF00278565-66 | 10-04469_Kamenstein_0000125-26 |
| 256373 | 1CM914 | CAROL KAMENSTEIN | 3/7/2007 | (66,400) | CW | CHECK | Yes | Yes | Yes | AMF00278565-66[9] | 10-04469_Kamenstein_0000125-26 |
| 234866 | 1CM596 | TRACY D KAMENSTEIN | 5/2/2007 | (27,800) | CW | CHECK | Yes | Yes | Yes | AMF00267616 | 10-04469_Kamenstein_0000133-34 |
| 247673 | 1CM597 | SLOAN G KAMENSTEIN | 5/2/2007 | (45,300) | CW | CHECK | Yes | Yes | Yes | AMF00267722 | 10-04469_Kamenstein_0000133-34 |
| 309204 | 1CM913 | DAVID R KAMENSTEIN | 5/2/2007 | (42,700) | CW | CHECK | Yes | Yes | Yes | AMF00278563-64 | 10-04469_Kamenstein_0000133-34 |
| 214070 | 1CM914 | CAROL KAMENSTEIN | 5/2/2007 | (42,700) | CW | CHECK | Yes | Yes | Yes | AMF00278621 | 10-04469_Kamenstein_0000133-34 |
| 234067 | 1CM596 | TRACY D KAMENSTEIN | 6/6/2007 | (46,000) | CW | CHECK | Yes | Yes | Yes | AMF00267615 | 10-04469_Kamenstein_0000139-40 |
| 97839 | 1CM597 | SLOAN G KAMENSTEIN | 6/6/2007 | (150,000) | CW | CHECK | Yes | Yes | Yes | AMF00267721 | 10-04469_Kamenstein_0000139-40 |
| 285094 | 1CM913 | DAVID R KAMENSTEIN | 6/6/2007 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00278562 | 10-04469_Kamenstein_0000139-40 |

**List of All Cash Transactions in the Kamenstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 303452 | 1CM914 | CAROL KAMENSTEIN | 6/6/2007 | (60,000) | CW | CHECK | Yes | Yes | Yes | AMF00278620 | 10-04469_Kamenstein_0000139-40 |
| 221167 | 1CM913 | DAVID R KAMENSTEIN | 6/15/2007 | 13,600 | CA | CHECK | Yes | Yes | Yes | AMF00278619[10] | 10-04469_Kamenstein_0000108 |
| 148721 | 1CM914 | CAROL KAMENSTEIN | 6/15/2007 | 13,600 | CA | CHECK | Yes | Yes | Yes | AMF00278619 | 10-04469_Kamenstein_0000108 |
| 79733 | 1CM597 | SLOAN G KAMENSTEIN | 6/20/2007 | 8,000 | CA | CHECK | Yes | n/a | Yes | n/a | 10-04469_Kamenstein_0000107 |
| 248925 | 1CM596 | TRACY D KAMENSTEIN | 7/3/2007 | (20,800) | CW | CHECK | Yes | Yes | Yes | AMF00267614 | 10-04469_Kamenstein_0000147-48 |
| 250169 | 1CM597 | SLOAN G KAMENSTEIN | 7/3/2007 | (11,600) | CW | CHECK | Yes | Yes | Yes | AMF00267720 | 10-04469_Kamenstein_0000147-48 |
| 246810 | 1CM913 | DAVID R KAMENSTEIN | 7/3/2007 | (32,000) | CW | CHECK | Yes | Yes | Yes | AMF00278561 | 10-04469_Kamenstein_0000147-48 |
| 293661 | 1CM914 | CAROL KAMENSTEIN | 7/3/2007 | (32,000) | CW | CHECK | Yes | Yes | Yes | AMF00278618 | 10-04469_Kamenstein_0000147-48 |
| 271724 | 1CM596 | TRACY D KAMENSTEIN | 8/2/2007 | (36,000) | CW | CHECK | Yes | Yes | Yes | AMF00267613 | 10-04469_Kamenstein_0000151-52 |
| 213325 | 1CM597 | SLOAN G KAMENSTEIN | 8/2/2007 | (18,000) | CW | CHECK | Yes | Yes | Yes | AMF00267719 | 10-04469_Kamenstein_0000151-52 |
| 184286 | 1CM913 | DAVID R KAMENSTEIN | 8/2/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00278560 | 10-04469_Kamenstein_0000151-52 |
| 138711 | 1CM914 | CAROL KAMENSTEIN | 8/2/2007 | (50,000) | CW | CHECK | Yes | Yes | Yes | AMF00278617 | 10-04469_Kamenstein_0000151-52 |
| 61917 | 1CM596 | TRACY D KAMENSTEIN | 9/5/2007 | (45,700) | CW | CHECK | Yes | Yes | Yes | AMF00267612 | 10-04469_Kamenstein_0000160-61 |
| 268833 | 1CM597 | SLOAN G KAMENSTEIN | 9/5/2007 | (25,800) | CW | CHECK | Yes | Yes | Yes | AMF00267718 | 10-04469_Kamenstein_0000160-61 |
| 234420 | 1CM913 | DAVID R KAMENSTEIN | 9/5/2007 | (61,500) | CW | CHECK | Yes | Yes | Yes | AMF00278559 | 10-04469_Kamenstein_0000160-61 |
| 268862 | 1CM914 | CAROL KAMENSTEIN | 9/5/2007 | (61,500) | CW | CHECK | Yes | Yes | Yes | AMF00278616 | 10-04469_Kamenstein_0000160-61 |
| 254746 | 1CM596 | TRACY D KAMENSTEIN | 10/2/2007 | (12,600) | CW | CHECK | Yes | Yes | Yes | AMF00267611 | 10-04469_Kamenstein_0000162-63 |
| 176143 | 1CM597 | SLOAN G KAMENSTEIN | 10/2/2007 | (7,100) | CW | CHECK | Yes | Yes | Yes | AMF00267717 | 10-04469_Kamenstein_0000162-63 |
| 205069 | 1CM913 | DAVID R KAMENSTEIN | 10/2/2007 | (21,800) | CW | CHECK | Yes | Yes | Yes | AMF00278557-58 | 10-04469_Kamenstein_0000162-63 |
| 234742 | 1CM914 | CAROL KAMENSTEIN | 10/2/2007 | (21,800) | CW | CHECK | Yes | Yes | Yes | AMF00278615 | 10-04469_Kamenstein_0000162-63 |
| 12688 | 1CM596 | TRACY D KAMENSTEIN | 11/2/2007 | (39,700) | CW | CHECK | Yes | Yes | Yes | AMF00267610 | 10-04469_Kamenstein_0000166-67 |
| 12695 | 1CM597 | SLOAN G KAMENSTEIN | 11/2/2007 | (22,400) | CW | CHECK | Yes | Yes | Yes | AMF00267716 | 10-04469_Kamenstein_0000166-67 |
| 261248 | 1CM913 | DAVID R KAMENSTEIN | 11/2/2007 | (52,900) | CW | CHECK | Yes | Yes | Yes | AMF00278556 | 10-04469_Kamenstein_0000166-67 |
| 11895 | 1CM914 | CAROL KAMENSTEIN | 11/2/2007 | (52,900) | CW | CHECK | Yes | Yes | Yes | AMF00278614 | 10-04469_Kamenstein_0000166-67 |
| 270738 | 1CM913 | DAVID R KAMENSTEIN | 11/21/2007 | 100,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 12713 | 1CM914 | CAROL KAMENSTEIN | 11/21/2007 | 100,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |

**List of All Cash Transactions in the Kamenstein Accounts**

| | | | | | | | Reconciliation Results[4] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
| 9982 | 1CM596 | TRACY D KAMENSTEIN | 1/3/2008 | (23,400) | CW | CHECK | Yes | Yes | Yes | AMF00267609 | 10-04469_Kamenstein_0000119-20 |
| 190243 | 1CM597 | SLOAN G KAMENSTEIN | 1/3/2008 | (13,000) | CW | CHECK | Yes | Yes | Yes | AMF00267715 | 10-04469_Kamenstein_0000119-20 |
| 249632 | 1CM913 | DAVID R KAMENSTEIN | 1/3/2008 | (35,700) | CW | CHECK | Yes | Yes | Yes | AMF00278555 | 10-04469_Kamenstein_0000119-20 |
| 217641 | 1CM914 | CAROL KAMENSTEIN | 1/3/2008 | (35,700) | CW | CHECK | Yes | Yes | Yes | AMF00278613 | 10-04469_Kamenstein_0000119-20 |
| 175913 | 1CM596 | TRACY D KAMENSTEIN | 2/7/2008 | (38,000) | CW | CHECK | Yes | Yes | Yes | AMF00267607-08 | 10-04469_Kamenstein_0000123-24 |
| 283502 | 1CM597 | SLOAN G KAMENSTEIN | 2/7/2008 | (22,000) | CW | CHECK | Yes | Yes | Yes | AMF00267712-14 | 10-04469_Kamenstein_0000123-24 |
| 9345 | 1CM913 | DAVID R KAMENSTEIN | 2/7/2008 | (53,000) | CW | CHECK | Yes | Yes | Yes | AMF00278552-54 | 10-04469_Kamenstein_0000123-24 |
| 60202 | 1CM914 | CAROL KAMENSTEIN | 2/7/2008 | (53,000) | CW | CHECK | Yes | Yes | Yes | AMF00278611-12 | 10-04469_Kamenstein_0000123-24 |
| 255889 | 1CM596 | TRACY D KAMENSTEIN | 3/4/2008 | (28,400) | CW | CHECK | Yes | Yes | Yes | AMF00267606 | 10-04469_Kamenstein_0000127-28 |
| 67781 | 1CM597 | SLOAN G KAMENSTEIN | 3/4/2008 | (16,600) | CW | CHECK | Yes | Yes | Yes | AMF00267711 | 10-04469_Kamenstein_0000127-28 |
| 102821 | 1CM913 | DAVID R KAMENSTEIN | 3/4/2008 | (43,000) | CW | CHECK | Yes | Yes | Yes | AMF00278551 | 10-04469_Kamenstein_0000127-28 |
| 295224 | 1CM914 | CAROL KAMENSTEIN | 3/4/2008 | (43,000) | CW | CHECK | Yes | Yes | Yes | AMF00278610 | 10-04469_Kamenstein_0000127-28 |
| 235006 | 1CM596 | TRACY D KAMENSTEIN | 4/3/2008 | (17,600) | CW | CHECK | Yes | Yes | Yes | AMF00267605 | 10-04469_Kamenstein_0000131-32 |
| 250139 | 1CM597 | SLOAN G KAMENSTEIN | 4/3/2008 | (9,900) | CW | CHECK | Yes | Yes | Yes | AMF00267710 | 10-04469_Kamenstein_0000131-32 |
| 244785 | 1CM913 | DAVID R KAMENSTEIN | 4/3/2008 | (27,300) | CW | CHECK | Yes | Yes | Yes | AMF00278550 | 10-04469_Kamenstein_0000131-32 |
| 254766 | 1CM914 | CAROL KAMENSTEIN | 4/3/2008 | (27,300) | CW | CHECK | Yes | Yes | Yes | AMF00278609 | 10-04469_Kamenstein_0000131-32 |
| 185158 | 1CM596 | TRACY D KAMENSTEIN | 5/6/2008 | (24,800) | CW | CHECK | Yes | Yes | Yes | AMF00267604 | 10-04469_Kamenstein_0000135-36 |
| 261809 | 1CM597 | SLOAN G KAMENSTEIN | 5/6/2008 | (14,400) | CW | CHECK | Yes | Yes | Yes | AMF00267709 | 10-04469_Kamenstein_0000135-36 |
| 259120 | 1CM913 | DAVID R KAMENSTEIN | 5/6/2008 | (33,900) | CW | CHECK | Yes | Yes | Yes | AMF00278549 | 10-04469_Kamenstein_0000135-36 |
| 166712 | 1CM914 | CAROL KAMENSTEIN | 5/6/2008 | (33,900) | CW | CHECK | Yes | Yes | Yes | AMF00278608 | 10-04469_Kamenstein_0000135-36 |
| 289716 | 1CM596 | TRACY D KAMENSTEIN | 6/3/2008 | (48,000) | CW | CHECK | Yes | Yes | Yes | AMF00267603 | 10-04469_Kamenstein_0000141-42 |
| 158047 | 1CM597 | SLOAN G KAMENSTEIN | 6/3/2008 | (25,000) | CW | CHECK | Yes | Yes | Yes | AMF00267708 | 10-04469_Kamenstein_0000141-42 |
| 256133 | 1CM913 | DAVID R KAMENSTEIN | 6/3/2008 | (60,700) | CW | CHECK | Yes | Yes | Yes | AMF00278548 | 10-04469_Kamenstein_0000141-42 |
| 286006 | 1CM914 | CAROL KAMENSTEIN | 6/3/2008 | (60,700) | CW | CHECK | Yes | Yes | Yes | AMF00278607 | 10-04469_Kamenstein_0000141-42 |
| 272504 | 1CM596 | TRACY D KAMENSTEIN | 6/13/2008 | 100,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |
| 281376 | 1CM597 | SLOAN G KAMENSTEIN | 6/13/2008 | 5,000 | CA | CHECK WIRE | Yes | n/a | n/a | n/a | n/a |

**List of All Cash Transactions in the Kamenstein Accounts**

| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | *Reconciliation Results*[4] ||| Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | | |
| 249609 | 1CM596 | TRACY D KAMENSTEIN | 7/2/2008 | (14,200) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00267602 | *n/a* |
| 35181 | 1CM597 | SLOAN G KAMENSTEIN | 7/2/2008 | (10,400) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00267707 | *n/a* |
| 308190 | 1CM913 | DAVID R KAMENSTEIN | 7/2/2008 | (28,100) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00278546-47 | *n/a* |
| 290534 | 1CM914 | CAROL KAMENSTEIN | 7/2/2008 | (28,100) | CW | CHECK | **Yes** | **Yes** | *n/a* | AMF00278606 | *n/a* |
| 281425 | 1CM596 | TRACY D KAMENSTEIN | 8/5/2008 | (25,200) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267601 | 10-04469_Kamenstein_0000145-46<br>10-04469_Kamenstein_0000153-54 |
| 230100 | 1CM597 | SLOAN G KAMENSTEIN | 8/5/2008 | (14,300) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267706 | 10-04469_Kamenstein_0000145-46<br>10-04469_Kamenstein_0000153-54 |
| 237052 | 1CM913 | DAVID R KAMENSTEIN | 8/5/2008 | (33,900) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278545 | 10-04469_Kamenstein_0000145-46<br>10-04469_Kamenstein_0000153-54 |
| 189392 | 1CM914 | CAROL KAMENSTEIN | 8/5/2008 | (33,900) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278605 | 10-04469_Kamenstein_0000145-46<br>10-04469_Kamenstein_0000153-54 |
| 301839 | 1CM596 | TRACY D KAMENSTEIN | 9/5/2008 | (36,700) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267600 | 10-04469_Kamenstein_0000158-59 |
| 46282 | 1CM597 | SLOAN G KAMENSTEIN | 9/5/2008 | (20,900) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267705 | 10-04469_Kamenstein_0000158-59 |
| 46253 | 1CM913 | DAVID R KAMENSTEIN | 9/5/2008 | (48,800) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278544 | 10-04469_Kamenstein_0000158-59 |
| 254964 | 1CM914 | CAROL KAMENSTEIN | 9/5/2008 | (48,800) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278604 | 10-04469_Kamenstein_0000158-59 |
| 140382 | 1CM596 | TRACY D KAMENSTEIN | 10/2/2008 | (10,500) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267599 | 10-04469_Kamenstein_0000196-97 |
| 223284 | 1CM597 | SLOAN G KAMENSTEIN | 10/2/2008 | (8,300) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267704 | 10-04469_Kamenstein_0000196-97 |
| 147398 | 1CM913 | DAVID R KAMENSTEIN | 10/2/2008 | (20,600) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278543 | 10-04469_Kamenstein_0000196-97 |
| 98348 | 1CM914 | CAROL KAMENSTEIN | 10/2/2008 | (20,600) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278603 | 10-04469_Kamenstein_0000196-97 |
| 179632 | 1CM596 | TRACY D KAMENSTEIN | 11/4/2008 | (24,000) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267598 | 10-04469_Kamenstein_0000168-69 |
| 251712 | 1CM597 | SLOAN G KAMENSTEIN | 11/4/2008 | (13,600) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267703 | 10-04469_Kamenstein_0000168-69 |
| 42576 | 1CM913 | DAVID R KAMENSTEIN | 11/4/2008 | (33,200) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278542 | 10-04469_Kamenstein_0000168-69 |
| 4842 | 1CM914 | CAROL KAMENSTEIN | 11/4/2008 | (33,200) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278602 | 10-04469_Kamenstein_0000168-69 |
| 257795 | 1CM596 | TRACY D KAMENSTEIN | 12/2/2008 | (22,200) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267597 | 10-04469_Kamenstein_0000172-73 |
| 275673 | 1CM597 | SLOAN G KAMENSTEIN | 12/2/2008 | (13,300) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00267702 | 10-04469_Kamenstein_0000172-73 |
| 264722 | 1CM913 | DAVID R KAMENSTEIN | 12/2/2008 | (31,300) | CW | CHECK | **Yes** | **Yes** | **Yes** | AMF00278541 | 10-04469_Kamenstein_0000172-73 |

**List of All Cash Transactions in the Kamenstein Accounts**

| | | | | | | | *Reconciliation Results*[4] | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| CM ID[1] | BLMIS Account Number | BLMIS Account Name | Transaction Date[2] | Amount[2] | Transaction Type[2] | Transaction Description[2] | BLMIS Bank Records[3] | BLMIS Customer Files | Documents Produced to the Trustee | Bates Reference to BLMIS Customer Files[4] | Bates Reference to Documents Produced to the Trustee[4] |
| 275236 | 1CM914 | CAROL KAMENSTEIN | 12/2/2008 | (31,300) | CW | CHECK | Yes | Yes | Yes | AMF00278601 | 10-04469_Kamenstein_0000172-73 |

[1] CM ID is a unique identifier assigned to each transaction that appears on BLMIS customer statements, including customer cash deposit and withdrawal transactions.

[2] The information contained in these columns was obtained from the BLMIS customer statements.

[3] Further detail regarding my reconciliation to available BLMIS bank records is set forth in **Exhibit 6**.

[4] The "n/a" designation indicates where records could not be located, were not produced to the Trustee, and/or are otherwise unavailable.

[5] The referenced document produced to the Trustee by the Kamenstein Defendants is a request for cash withdrawals of $87,000 from Kamenstein Accounts 1CM596 and 1CM597, but does not include a date. As there were no other cash withdrawals of $87,000 from these two BLMIS customer accounts, I have reconciled this document to the two cash withdrawals of $87,000 dated 11/14/2001 as reflected on the customer statements for Kamenstein Accounts 1CM596 and 1CM597.

[6] The referenced document produced to the Trustee by the Kamenstein Defendants is a request for cash withdrawals of $61,000 and $264,000 from Kamenstein Accounts 1CM596 and 1CM597, respectively, but does not include a date. As there were no other cash withdrawals from these two BLMIS customer accounts of $61,000 and $264,000 occuring on the same day, I have reconciled this document to the two cash withdrawals of $61,000 and $264,000 dated 4/10/2002 as reflected on the customer statements for Kamenstein Accounts 1CM596 and 1CM597, respectively.

[7] The referenced document produced to the Trustee by the Kamenstein Defendants is a request for cash withdrawals of $75,000 from Kamenstein Accounts 1CM596 and 1CM597, but does not include a date. As there were no other cash withdrawals for $75,000 from these two BLMIS customer accounts, I have reconciled this document to the two cash withdrawals of $75,000 dated 1/2/2003 as reflected on the customer statements for Kamenstein Accounts 1CM596 and 1CM597.

[8] The referenced document is included in the customer file for BLMIS customer account 1CM247 under the name "DAVID R KAMENSTEIN & CAROL KAMENSTEIN J/T WROS." As noted in my expert report, this account has been excluded from my report as it did not contain any cash withdrawal transactions during the Two Year Period.

[9] The referenced document was included in the BLMIS customer file for Kamenstein Account 1CM913.

[10] The referenced document was included in the BLMIS customer file for Kamenstein Account 1CM914.