# EXHIBIT 4

# DAVID R. KAMENSTEIN
## 273 TANGIER AVENUE
## PALM BEACH, FLORIDA 33480

December 1, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us. Please use our Fedex account # 160931760 to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $31,300 |
| Carol Kamenstein | Acct # 1-CM914-3 | $31,300  — 2 mil |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $22,200 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $13,300 |
| Total | | $98,100 |

If you have any questions, or if we can provide any further assistance, please do not hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

5-12/2

AMF00278601