# EXHIBIT 5

08-01789-cgm Doc 20119-26 Filed 12/22/20 Entered 12/22/20 19:08:28 Exhibit 5 Pg 1 of 2

**EXHIBIT 5**

## Results of Tracing Analysis - Kamenstein Accounts *(During the Two Year Period)* [1]

*Summary of Cash Withdrawals from the Kamenstein Accounts*

| Banking Institution[3] | Endorsement on Cancelled Checks[2] | BLMIS Account Holder/Check Payee | Total Cash Withdrawals from the Kamenstein Accounts |
|---|---|---|---|
| Wells Fargo Bank | FOR DEPOSIT ONLY | Carol Kamenstein | 907,300 |
| Wells Fargo Bank | FOR DEPOSIT ONLY | David R Kamenstein | 907,300 |
| Wells Fargo Bank | FOR DEPOSIT ONLY | Sloan G Kamenstein | 527,400 |
| Wells Fargo Bank | FOR DEPOSIT ONLY | Tracy D Kamenstein | 645,100 |
| | | **Total Cash Withdrawals from the Kamenstein Accounts during the Two Year Period** | **$ 2,987,100** |

*Analysis of Cash Withdrawals from the Kamenstein Accounts* [4]

| Banking Institution[3] | Account Number | Bank Account Holder(s) | Total Amount Traced per Available Records |
|---|---|---|---|
| Wells Fargo Bank | xxxxxx5822 | Carol Kamenstein and David Kamenstein | 2,876,300 |
| Wells Fargo Bank | xxxxxxxxx8305 | Sloan Kamenstein<br>David, Carol and<br>Tracy Kamenstein | 30,000 |
| Wells Fargo Bank | *Unknown* [5] | *Unknown* [5] | 80,800 |
| | | **Total Cash Withdrawals from the Kamenstein Accounts during the Two Year Period** | **$ 2,987,100** |

[1] Further detail regarding my tracing analysis is set forth in **Exhibit 6**.

[2] As shown in **Exhibit 6**, the cancelled checks for the cash withdrawals from the Kamenstein Accounts during the Two Year Period were all stamped "FOR DEPOSIT ONLY" and no account number or account holder was identified.

[3] The BLMIS bank records refer to the banking institution as Wachovia NA. Wachovia Corporation was acquired by Wells Fargo & Company in 2008. *See First Union is Now Wells Fargo,* WELLS FARGO, https://www.wellsfargo.com/about/corporate/firstunion (last visited June 10, 2019).

[4] The results of my analysis are based on my review of correspondence produced to the Trustee by the Kamenstein Defendants related to the cash withdrawals from the Kamenstein Accounts, as well as bank records produced to the Trustee by Wells Fargo Bank, as further described in **Section VI** to my report and as detailed in **Exhibit 6**.

[5] Correspondence related to the four cash withdrawals from the Kamenstein Accounts dated 7/2/2008, totaling $80,800, were not available in the documents produced to the Trustee by the Kamenstein Defendants. The cancelled checks from BLMIS bank records related to these four cash withdrawals were stamped "FOR DEPOSIT ONLY," and no account number or account holder was identified.