# EXHIBIT 1

```
[Redacted]
[Redacted]
[Redacted]                                                                    12/31/06         1
[Redacted]
[Redacted]
[Redacted]                                                  1-H0024-3-0      [Redacted]


                              BALANCE FORWARD                                507,780.46
12/01                         INTEL CORP                        DIV                        1,789.20
                              DIV 11/07/06 12/01/06
12/01                         WELLS FARGO & CO NEW              DIV                        2,892.96
                              DIV 11/03/06 12/01/06
12/05                         PFIZER INC                        DIV                        5,443.20
                              DIV 11/10/06 12/05/06
12/11                         CHEVRON CORP                      DIV                        3,538.08
                              DIV 11/17/06 12/11/06
12/11                         EXXON MOBIL CORP                  DIV                        5,886.72
                              DIV 11/13/06 12/11/06
12/11                         INTERNATIONAL BUSINESS MACHS      DIV                        1,436.40
                              DIV 11/10/06 12/09/06
12/11                         UNITED TECHNOLOGIES CORP          DIV                          801.36
                              DIV 11/17/06 12/10/06
12/12                         JOHNSON & JOHNSON                 DIV                        3,402.00
                              DIV 11/28/06 12/12/06
12/14                         HOME DEPOT INC                    DIV                        1,417.50
                              DIV 11/30/06 12/14/06
12/14                         MICROSOFT CORP                    DIV                        2,671.20
                              DIV 11/16/06 12/14/06
12/15                         AMERICAN INTL GROUP INC           DIV                        1,330.56
                              DIV 12/01/06 12/15/06
12/15                         COCA COLA CO                      DIV                        1,953.00
                              DIV 12/01/06 12/15/06
```

CONTINUED ON PAGE    2

MDPTPP03456817

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06        2
[Redacted]
[Redacted]
[Redacted]                                               1-H0024-3-0    [Redacted]




12/15                             TIME WARNER INC              DIV                      693.00
                                  DIV 11/30/06 12/15/06
12/15                             WACHOVIA CORP NEW            DIV                    3,386.88
                                  DIV 11/30/06 12/15/06
12/21         15,372   1842       CITI GROUP INC              54.580                838,389.76
12/21          3,528   3842       SCHLUMBERGER LTD            67                    236,235.00
12/21          6,300   6092       COMCAST CORP                43.140                271,530.00
                                  CL A
12/21         12,096   8092       AT&T INC                    35.810                432,674.76
12/21         19,152  10342       CISCO SYSTEMS INC           27.730                530,318.96
12/21         12,600  12342       TIME WARNER INC             21.710                273,042.00
12/21          6,804  14592       CHEVRON CORP                75.110                510,776.44
12/21          3,276  16592       UNITED PARCEL SVC INC       76.630                250,908.88
                                  CLASS B
12/21         32,004  18842       GENERAL ELECTRIC CO         37.630              1,203,030.52
12/21          3,024  20806       UNITED TECHNOLOGIES CORP    62.410                188,607.84
12/21          1,260  23092       GOLDMAN SACHS GROUP INC    201.700                254,092.00
12/21          6,048  25024       WACHOVIA CORP NEW           57.430                347,095.64
12/21          6,300  27342       HOME DEPOT INC              40.080                252,252.00
12/21         10,332  29274       WELLS FARGO & CO NEW        35.750                368,956.00
12/21          8,568  31592       HEWLETT PACKARD CO          40.020                342,549.36
12/21          7,560  33524       WAL-MART STORES INC         46.640                352,296.40
12/21          4,788  35842       INTERNATIONAL BUSINESS MACHS 95.800               458,499.40
12/21         18,396  37774       EXXON MOBIL CORP            76.800              1,412,077.80
12/21         17,892  40092       INTEL CORP                  21.100                376,806.20
```

CONTINUED ON PAGE    3

MDPTPP03456818

```
[Redacted]
[Redacted]
[Redacted]                                                              12/31/06          3
[Redacted]
[Redacted]
[Redacted]                                              1-H0024-3-0       [Redacted]


12/21                    9,072 44342  JOHNSON & JOHNSON         66.780                        605,466.16
12/21                   10,584 48591  J.P. MORGAN CHASE & CO    48.410                        511,948.44
12/21                    6,300 52841  COCA COLA CO              48.990                        308,385.00
12/21                    2,772 57091  MERRILL LYNCH & CO INC    91.960                        254,803.12
12/21                    6,552 61341  ALTRIA GROUP INC          85.910                        562,620.32
12/21                    6,804 65591  MERCK & CO                44                             299,104.00
12/21                    3,276 69841  MORGAN STANLEY            80.620                        263,980.12
12/21                   26,712 74091  MICROSOFT CORP            30.110                        803,230.32
12/21                    4,788 80642  ABBOTT LABORATORIES       48.170                        230,446.96
12/21                    8,064 84881  AMERICAN INTL GROUP INC   72.790                        586,656.56
12/21                   12,600 86841  ORACLE CORPORATION        18.050                        226,926.00
12/21                    3,528 89131  AMGEN INC                 70.630                        249,041.64
12/21                    5,040 91091  PEPSICO INC               63.210                        318,377.40
12/21                    3,780 93359  AMERICAN EXPRESS COMPANY  62.270                        235,229.60
12/21                   22,680 95341  PFIZER INC                25.870                        585,824.60
12/21                   14,112 97591  BANK OF AMERICA           53.690                        757,109.28
12/21                    9,828 99591  PROCTER & GAMBLE CO       64.120                        629,778.36
12/21  16,250,000              42168  U S TREASURY BILL         99.063    16,097,737.50
                                      DUE 3/01/2007
                                              3/01/2007
12/21      15,617              46409  FIDELITY SPARTAN          1             15,617.00
                                      U S TREASURY MONEY MARKET
12/22                                 BANK OF AMERICA           DIV                              7,902.72
                                      DIV 12/01/06 12/22/06
12/29                                 FIDELITY SPARTAN          DIV                                110.86
                                      U S TREASURY MONEY MARKET
                                      DIV 12/29/06

                                      CONTINUED ON PAGE    4
```

```
[Redacted]
[Redacted]
[Redacted]                                                                        12/31/06           4
[Redacted]
[Redacted]
[Redacted]                                                    1-H0024-3-0      [Redacted]




12/29                                       TRANS FROM 40 ACCT            JRNL                      292,069.00

12/29    8,375,000             2281 U S TREASURY BILL                    98.682     8,264,617.50
                                    DUE 4/5/2007
                                            4/05/2007
12/29       10,001             6854 FIDELITY SPARTAN                      1            10,001.00
                                    U S TREASURY MONEY MARKET
12/29                  41,231 83587 FIDELITY SPARTAN                      1                          41,231.00
                                    U S TREASURY MONEY MARKET
12/29              16,600,000 88904 U S TREASURY BILL                    99.166                  16,461,556.00
                                    DUE 3/01/2007
                                            3/01/2007
12/29    8,375,000            97809 U S TREASURY BILL                    98.780     8,272,825.00
                                    DUE 3/29/2007
                                            3/29/2007

                                    NEW BALANCE                                                            .02

                                    SECURITY POSITIONS              MKT PRICE
         10,001                     FIDELITY SPARTAN                      1
                                    U S TREASURY MONEY MARKET
      8,375,000                     U S TREASURY BILL                    98.780
                                    DUE 3/29/2007
                                            3/29/2007
      8,375,000                     U S TREASURY BILL                    98.682
                                    DUE 4/5/2007
                                            4/05/2007
                                    MARKET VALUE OF SECURITIES
                                         LONG              SHORT
                                    16,547,443.50
```

```
[Redacted]
[Redacted]
[Redacted]                                                        12/31/06        5
[Redacted]
[Redacted]
[Redacted]                                      1-H0024-3-0    [Redacted]


                              YEAR-TO-DATE SUMMARY

              DIVIDENDS                                              285,425.85
              GROSS PROCEEDS FROM SALES                          141,072,172.20
```

MDPTPP03456821