# EXHIBIT 9

```
              0 ·   *

  63,864·42  +
      13·99  +
  63,878·41  *

  63,878·41  ÷
      83·875 =
     761·59  *

      83·875 ×
     761·    =
  63,828·88  +I
  63,828·88  ×
       0·025 =
   1,595·72  *

   1,595·72  ÷
       4·    ×
       8·    =
   3,191·44  *

   3,191·44  +I
     761·    ×
       2·25  =
   1,712·25  *

   1,712·25  ×
       0·03125 =
      53·51  +I
  67,073·83  ◊I
  67,073·83  ÷
   1,712·25  =
      39·17  *

      39·25  ×
   1,712·25  =
  67,205·81  −I
     131·98 −*I

     131·98 −÷
       0·125 =
   1,055·84 −*

   1,712·00  +
   1,052·00  −
     660·00  *
```

MADTSS00401002

Lipkin    56 180.81    80

| | | | | |
|---|---|---|---|---|
| 1/21 Res Dil | 56 172.00 | 58 279.13 | 6  2½  3/10 | 8.81 |
| 2107.13 | | | INA | |
| 3/13 INA | 58 268.25 | 61,181.80 | 8  2½  5/8 | 79.69 |
| 5/8 Heinz | 61 187.50 | 63 864.42 | 7  2½  7/1 | 73.99 |
| 2676.92 | | | Aetna | |
| 6/30 Aetna | 63 828.88 | 67 020.76 | 8  2½  9/1 | 49.53 |
| 3,191.88 | | | Amex | |
| 9/5 Amex | 67 008— | 70 358.40 | 8  2½  10/30 | 62.29 |
| 3350.40 | | | Rockwell | |
| 10/30 Rockwell | 70 404.75 | 73 925.41 | 8  2½  12/31 | 15.94 |
| 3520.66 | | | Tomerson | |
| 12/31 Check | 10 000— | | " | |
| Check | | 5000— | " | |

68 941.35

MADTSS00400966



MADTSS00401003

```
                0 ·   *

  6 1 , 2 0 1 · 4 9   ÷
            2 7 · 5   =
    2 , 2 2 5 · 5 1   *

            2 7 · 5   ×
        2 , 2 2 5 ·   =
  6 1 , 1 8 7 · 5 0   + I
  6 1 , 1 8 7 · 5 0   ×
          0 · 0 2 5   =
    1 , 5 2 9 · 6 9   *

    1 , 5 2 9 · 6 9   ÷
                4 ·   ×
                7 ·   =
    2 , 6 7 6 · 9 6   *

    2 , 6 7 6 · 9 6   + I
        2 , 2 2 5 ·   ×
          0 · 7 5     =
    1 , 6 6 8 · 7 5   *

    1 , 6 6 8 · 7 5   ×
        0 · 0 3 1 2 5   =
            5 2 · 1 5   + I
  6 3 , 9 1 6 · 6 1   ◊ I
  6 3 , 9 1 6 · 6 1   ÷
    1 , 6 6 8 · 7 5   =
            3 8 · 3 0   *

          3 8 · 3 7 5   ×
    1 , 6 6 8 · 7 5   =
  6 4 , 0 3 8 · 2 8   - I
        1 2 1 · 6 7   -* I

        1 2 1 · 6 7   -÷
          0 · 1 2 5   =
        9 7 3 · 3 6   -*

    1 , 6 6 8 · 0 0   +
        9 7 3 · 0 0   -
        6 9 5 · 0 0   *
```
MADTSS00400994



**Bernard L. Madoff**
INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
TELEX   235130
WATS (800) 221-2242

REDACTED

MEMBERS
NASD   NSCC   SIAC   DTC   SIPC

COMPARISON DUPLICATE

MADTSS00400986

| ORIGINATOR NO. | DELIVERED VIA | ACCOUNT NUMBER | D/R | TRANS. NO. | TR | CAP | SETT. | TRADE DATE | SETTLEMENT DATE |
|---|---|---|---|---|---|---|---|---|---|
| 0646 | | | | | | | | 4/28/30 | 5/5/80 |

| WE | QUANTITY | CUSIP NUMBER | SECURITY DESCRIPTION | | NET AMOUNT |
|---|---|---|---|---|---|
| SELL | 2225 | | KEINZ 1.70 CONV PFD | | 61187.50 |

| PRICE | PRINCIPAL | COMMISSION | STATE TAX | INTEREST | SEC. FEE | MISC. |
|---|---|---|---|---|---|---|
| 27 1/2 | 61187.500 | | | | | |



COMPARISON DUPLICATE



MADTSS00400990



Bernard L. Madoff

INVESTMENT SECURITIES
Established 1960
110 Wall Street, New York, NY 10005

TELEPHONE (212) 825-3910
212 825-3916
TELETYPE (710) 581-3082
TELEX  235130
WATS (800) 221-2242

WE HAVE THIS DAY  Credited Your
ACCOUNT WITH THE FOLLOWING:

NEW YORK, 5/7/80

FRACTIONAL SHARES   HEINZ          28.67

CLIENT'S ACCOUNT NUMBER

IRWIN & CAROLE LIPKIN

ICE — Heing

2225   27½      61.187.50

973      38¼        37217.25
                      30  41
                   ─────────
                    37186.84

695 · 38⅜ = 26670.63
                      21.72
                   ─────────
                    26648.91

7 = 28,67

MADTSS00400993

REDACTED

# Bernard L. Madoff

**INVESTMENT SECURITIES**

Established 1960

110 Wall Street, New York, NY 10005

IN ACCOUNT WITH

| YOUR ACCOUNT NUMBER | | YOUR TAX PAYER IDENTIFICATION NUMBER |
| --- | --- | --- |

TELEPHONE (212) 825-3910
P & S DEPT. (212) 825-3916
TELETYPE (710) 581-3082
WATS (800) 221-2242

PERIOD ENDING **12/31/80**   PAGE

| DATE | BOUGHT RECEIVED OR LONG | SOLD DELIVERED OR SHORT | TRN | DESCRIPTION | PRICE OR SYMBOL | AMOUNT DEBITED TO YOUR ACCOUNT | AMOUNT CREDITED TO YOUR ACCOUNT |
| --- | --- | --- | --- | --- | --- | --- | --- |
| | 1302 | | | BALANCE FORWARDED | | | 56,180.31 |
| 22 | | | | RESERVE OIL & GAS | | | |
| 22 | | 653 | | $1.75 PFD | 46 1/2 | 56,172.90 | |
| 22 | 110 | | | RESERVE OIL & GAS COM | 33 | | 21,528.59 |
| 22 | | | | RESERVE OIL & GAS COM | 33 1/8 | | 36,734.96 |
| 00 | | 714 | | RESERVE OIL & GAS COM | | | 16.20 |
| 00 | 1330 | | | INA CORP | 29 7/8 | | 21,308.44 |
| 00 | | | | INA CORP | 30 | | 39,858.44 |
| 12 | | | | INA CORP | | | 14.02 |
| | 2726 | | | INA CORP $1.90 PFD | 21 3/8 | 58,269.25 | |
| | 2225 | 973 | | HEINZ $1.70 PFD | 27 1/2 | 61,187.50 | |
| 07 | | 695 | | HEINZ COM | 38 1/4 | | 37,186.84 |
| 07 | | | | HEINZ COM | 38 3/8 | | 26,648.91 |
| 07 | 761 | | | HEINZ COM | 38 | | 28.67 |
| 02 | | 1052 | | AETNA LIFE & PFD | 83 7/8 | 63,828.88 | |
| 02 | 630 | | | AETNA LIFE COM. | 39 1/8 | | 41,126.52 |
| 02 | 660 | | | AETNA LIFE COM. | 39 1/4 | | 25,884.37 |
| 03 | | | | AETNA LIFE COM. | | | 9.77 |
| 03 | 521 | | | AMAX INC. | 51 1/4 | | 26,684.57 |
| 03 | 850 | | | AMAX INC. | 51 3/8 | | 43,642.19 |
| 03 | | | | AMAX INC. | | | 31.24 |
| | | 64 | | AMAX INC. $3. PFD | 64 1/8 | 67,008.00 | |
| | | 34 | | ROCKWELL INT'L | 34 1/8 | | 61,936.58 |
| 28 | 1816 | | | ROCKWELL INTL | 34 1/4 | | 11,980.50 |
| 28 | 350 | | | ROCKWELL INT. | | | 10.23 |
| 30 | 2042 | | | RESERVE INT. COM | | | |
| 31 | | | | RESERVE INT. $4.00 PFD | 53 1/4 | 72,404.75 | |
| | | | | CHECK | | 10,000.00 | |
| | | | | CHECK | | | 5,000.00 |
| | | | | Balance | | | 68,941.53 |

PLEASE RETAIN THIS STATEMENT FOR INCOME TAX PURPOSES.

MADTSS00401023

H J Heinz  170    3rd (Vir)
                  TP = .35 e
4/9/79 - 5/18 D        1 P = 1.5
8/13/79 - 10/1 D       9/29 - 11/16
12/1/79 - 1/22 D       12/4/81 - 1/25/82
12/19/80 - 4/8 D       2/3/82 - 4/2/82
5/7/80 - 7/2           6/30/82 - 9/7/82
8/7/80 - 10/3          9/20/82 - 11/24/82
11/22/80 - 1/20/81     ~~2/14/84~~ 4/24/84 - 7/3/84
3/4/81 -    5/5        8/8/84 - 10/11/84
7/30/81 - 9/16

MADWAA00497515