# EXHIBIT 21

## Excerpt from DTCABAL data file



## Portion of DTC021 RPG II Code

**DTCS Box Definition Screen**

```
              F O R M   F L A S H   D E F I N I T I O N
                 BOX DEFINITIONS - Page 1-1
 Left      Right                         Fill                    Spacing
 Edge      Edge    Top    Bottom  Width  Density  Density  Number  Horiz   Vert
 4         10      5      10      1      1        0        0       0       0
```

**DTCS Form Specification for FormsPrint software from Integrated Custom Software, Inc.**

```
              DATA MAPPER - Variable Text Locations
                 DTCS
                          Millimeters
                       From  From  Right
 Ref      Definition        Page  Top   Left  Edge  Lines      Equation
   1  L1 Dont Print          1    5     5     100   1    NP
   2  Header Line 1          1    14.2  5.4   270   1    A3502070/1/8/12 TRIM2/135
   3  Header Line 2-3        1    17.38 5.4   270   2    A3502070/1/8/12 TRIM2/135
   4  Macro Calls            1    23.73 4     206   56   TRIM1/5
   5  Data                   1    23.73 8     206   56   COPYR4 TRIM7/67
   6                                                     A3502070/1/8/12
   7  L81                    1    5     5     100   1    PG
   8
   9
  10
  11
  12
  13
  14
  15
 F1=Flash F2=Print Def F3=Go To ___ F4=Prev Screen F5=Next Screen F9=Para Select
 F10=Copy Ref ____ through _____ to Ref ____ and Step Top _____ Step Left
 F14=Help F15=Print F17=Insert Line F18=Delete Line F12=Return F24=First Menu
```