# EXHIBIT 25



CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124251
MADTSS01124251

EACH UNIT =
10,040

2,003
SCHUPT

| Acct # | NAME | UNITS | NEED | WHY |
|---|---|---|---|---|
| ZRZ11 | EILEEN | 1.5 | 15 | SHUPT |
| C1277 | J.L IRA | 2.0 | 20 | S |
| B0136 | JUDY | 1.5 | 15 | S |
| B0227 | JUDY IRA | 1.5 | 15 | S |
| ZB480 | PEG | .8 | 8 | S |
| ZB482 | PAM | .5 | 5 | S |
| R0126 | RITA | 1.5 | 15 | S |
| C1310 | JC PENS | X | (3) | LOSS FOR TAXES |
| S0431 | MYRA | 1.0 | 10 | S |
| L0174 | MERYL | .8 | 8 | S |
| D0020 | DOLINSKI | .8 | 8 | S |
| L0205 | GREGORY | .5 | 5 | S |
| L0214 | DEVON | .2 | 2 | S |
| L0157 | RUSSELL | .5 | 5 | S |
| K0093 | Heather K | 3.5 | 35 | AS PER DAVID K |
| D0028 | CARMEN | 5.0 | 55 | S |
| W0057 | WEISSER | 3.0 | 30 | (REQUIRED) |
| ZR179 | MEND | 21.5 | 215 | (REQ) |
| ZB032* | MATHAIR | 319.0 | 3190 | 2600 EXTRA P+L + to BRING to 11% |
| ZA924 | LEVY AARON | 7.8 | 78 | (REQ) |
| ZR165 | ABE K | 1.4 | 14 | (REQ) |
| ZR172 | SEY K | 1.4 | 14 | (REQ) |
| ZR097 | Rhona GANA | .4 | 4 | (REQ) |
| ZB143 | ED JELRIS | 11.6 | 116 | (REQ) |
| ZR010 | Rich Glantz | 9.8 | 98 | (REQ) |
| ZB348 | SPERLING | 1.0 | 10 | (REQ) |
| ZA041 | MANN E | .6 | 6 | (REQ) |
| ZA210 | MANN P | .6 | 6 | (REQ) |
| L0124 | NOEL | 38.5 | 385 | 1/2 % CAP   CAP = 77 AM from his LIST |
| E0116* | MANSIA | 92.2 | 822 | 300 EXTRA P+L + to BRING to 11% |
| 1E0165 | NEW * | | | |
| 1E0156 | NEED 78 | | | |
| 116 | NEED 145 | | | 12B032 NEED 50 |
| 133 | NEED 129 | | | 12B046 NEED 485 |
| 155 | NEED 109 | 522 | | 12B249 NEED 55 |
| 159 | NEED 61 | | | 2600 + 590 = (3190) |
| | 300 + 522 = (822) | | | |

MADTSS01124115
MADTSS01124115
CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

08-01789-cgm    Doc 20120-30    Filed 12/22/20    Entered 12/22/20 19:27:47    Exhibit 25    Pg 4 of 11    Exhibit 25

4031

EACH UNIT MADE 10,040

SCHUPT

| # | Name | NEED | DONE | UNITS | REASON |
|---|---|---|---|---|---|
| 12R211 | Eileen | 15 | | | SCHUPT RETURN |
| 1C1277 | J.L IRA | 20 | | | |
| 1B0136 | JUDY DER | 15 | | | |
| 1B0227 | JUDY IRA | 15 | | | |
| 12B480 | PEG | 8 | | | |
| 12B482 | PAM | 5 | | | |
| 1R0126 | ROTA | 15 | | | |
| 1C1210 | SC PERS | 8 (3) | | | |
| 1S0431 | MYRA | 10 | | | |
| 1L0174 | MERRYL | 8 | | | |
| 1D0020 | DOLIN | 8 | | | |
| 1L0205 | GREGORY | 5 | | | |
| 1L0214 | DEVON | 1 | | | |
| 1L0157 | RUSSEL | 5 | | | |
| 1K0093 | HEATHER | 35 | | 45 | PER DCR |
| 1D0028 | CARMEN | 50 | | | SCHUPT RETURN |
| 1W0057 | WEISSER | 30 | | 30 | REQUIRED |
| 12R179 | MEND | 215 | | 215 | REQ |
| 12B032 | MAY | *6728 | | 2600 | + BRING RETURN to ? |
| 12A924 | LEVY | 78 | | 78 | REQ |
| 12R165 | ABE K | 14 | | 14 | REQ |
| 12R172 | SEY K | 14 | | 14 | REQ |
| 12R097 | RHODA G | 4 | | 4 | REQ |
| 12B143 | ED JELRIS G | 116 | | 116 | REQ |
| 12R010 | Rich G | 98 | | 98 | REQ |
| 12B348 | 2 PEARLING | 10 | | 10 | REQ |
| 12A041 | MARV E | 6 | | 6 | REQ |
| 12A210 | MARV PLOT | 6 | | 6 | REQ |
| 1L0124 | NOEL | 385 | | (1/2 % of CAP) BEEN DOING 750 THEN 375 LAST YR | |
| 1E0116* | MARJO *1264 | | | 300 + BRING ACCTS to 1% | |

WORK CAP FROM LIOT = 3,77 MM

BLM → 11%

| 1E0156 | NEED 90 | | 12B032 | NEED 540 |
| 1E0116 | NEED 170 | | 12B046 | NEED 2684 |
| 1E0133 | NEED 162 | | 12B249 | NEED 904 |
| 1E0153 | NEED 140 | | EXTRA → 2600 | A128 |
| 1E0159 | 200 | | | |

964 + 300 = 1264

BRING TO 14%

c 13%

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124117
MADTSS01124117

| ACCT # | NAME | # NEEDED | WHY | (1.446 EACH) UNITS | COMMENTS ETC... |
|---|---|---|---|---|---|
| 10.0002 650 | O'HARA F.P | 21 | SCHOPT ✓ | 14.0 | |
| 10.0013 147 | BERN IRA | 4⁴ | sch ✓ | 3.0 | |
| 10.0018 143 | J+B JOINT | 3 | sch ✓ | 2.0 | |
| 1P0111 275 | G+S JOINT | 3 | sch ✓ | 2.0 | 12B5 ⊘ |
| (1C1094) X | EILEEN ○ | 4 | sch ✓ | 3.0 | 12R2ES |
| (1C1277) 27 | JODI IRA | 10 | sch ✓ | 7.0 | 12R310 |
| (1B0136) 160 | JUDY | 13 | sch ✓ | 9.0 | |
| (1B0227) 264 | JUDY IRA | 8 | sch ✓ | 6.0 | |
| (12B480) 400 | PEGGY | 15 | sch ✓ | 10.0 | |
| (12B482) 116 | PAM | 4 | sch ✓ | 3.0 | |
| (12R211) 151 | EILEEN IRA ○ | 6 | sch ✓ | 4.0 | |
| 150008 ° | J. SALA + DEMI | 14 | PAST PERSON ACCT N/W ✓ | 10.0 | ALL CAUGHT UP TO 11/01/04 |
| 1R0186 ° | ASHA | 7 | PAST PERFORMANCE ACCT N/W ✓ | 5.0 | ALL CAUGHT TO 12/31/04 |
| 1L0157 ° | RUSS | 6 | sch ✓ | 4.0 | |
| 1L0205 ° | GREGORY | 5 | sch ✓ | 4.0 | |
| 1L0214 ° | DEVON | 5 | sch ✓ | 4.0 | |
| 1D0020 ° | D.F.F | 5 | sch ✓ | 4.0 | |
| 1L0174 ° | MERRYL | 7 | sch ✓ | 5.0 | |
| 150431 ° | MYRA | 7 | sch ✓ | 5.0 | |
| 1M0200 411 | RALPH | 4 | sch ✓ | 3.0 | |
| 1I0010 891 | JODIE + JOHN | 20 | sch ✓ | 14.0 | |
| 1C1328 80 | ELLIE | 6 | sch ✓ | 4.0 | |
| 1D0018 200 231 X | MOM | 91 | sch ✓ | 63.0 | |
| 12R028 ° | SARAH COHEN | * | sch ✓ | 1.0 | * ACCT CLOSED ONE TIME DEAL |
| (1R0126) 166 | RITA | 15 | sch ✓ | 10.0 | |
| 1D0070 ° ° | CARMEN | 75 | sch ✓ | 52.0 | |
| 1D0028 ° | CARMEN | 65 | sch ✓ | 45.0 | |
| 1W0057 X | WEISSER | 30 | REQ ✗ | | NO ACCT CAN NOT DO |
| 12R179 ° | MENDELOW S | 215 107.5 | REQ ✓ | 75.0 | |
| 12R180 ° | MENDELOW N | 107.5 | REQ ✓ | 75.0 | |

65,000 OPT TRD 3/05 FOR v.04

$392

KARY, KO017 ADDED   64,260   MARCH of FOR 03

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124091
MADTSS01124089

| Acct # | Name | $ Needed | Why? | M46 each unit | Comments etc... |
|---|---|---|---|---|---|
| 12A924° | Joel Levy | 78 | REQ ✓ | 54.0 | |
| 12R165° | Abe Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R172° | Seymore Kleinman | 14 | REQ ✓ | 10.0 | |
| 12R097° | Rhoda Gaga | 4 | REQ ✓ | 3.0 | |
| 12B143° | Jecris | 116 | REQ ✓ | 80.0 | |
| 12R010° | R. Glantz IRA | 98 | REQ ✓ | 68.0 | |
| 12B348° | Jerry Sperling | 10 | REQ ✓ | 7.0 | |
| 12A041° | Marj Eng | 6 | REQ ✓ | 4.0 | |
| 12A210° | Manj Plateis | 6 | REQ ✓ | 4.0 | |
| 1C0124° | Noel Levine | 362 | w/c @ 12% list ✓ | 250.0 | 72.4 cap @ ½% |
| | | | | | |
| 1E0165° | Engler Grat | 20 | needs to be 11% ✓ | 14.0 | goes to 11% |
| 1E0156° | Engler QTIP | 21 | ✓ | 14.0 | 300 extra @ 116 |
| 1E0116° | Marja | 10 | 300 extra put here ✓ | 7.0 | |
| 1E0133° | Marja | 31 | ✓ | 21.0 | |
| 1E0155° | Engler F.T | 26 | fixed 305 + 300 160 ptc ✓ | 18.0 | |
| 1E0159° | Marja IRA | 30 | ✓ | 21.0 | |
| Frank ↓ | | s/b 660,000 put JP in 2005 ✓ | | DID | $600,000 Jan '05 Done |
| 12B046° | Grosvenor | 66,000 | ✓ | 46.0 | |
| 12B032° | Mayfair | 108,000 + 1680 Aspen F.A = 178,500 | ✓ | 1235.0 | |
| 12B249° | Mayfair P.P. Bool | 270,000 | ✓ | 187.0 | |
| 12B509° | Aster | 42,000 | ✓ | 29.0 | |
| 12B262° | Strattham | 26,000 | ✓ | 18.0 | |
| 12A879° | Ken Joada | 20,000 | ✓ | 14.0 | |
| 12B510° | St James | 42000 | ✓ | 29.0 | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124092
MADTSS01124089

| ACCT | NAME | $ NEEDED | | 1370 | COMMENTS |
|---|---|---|---|---|---|
| 1:00002 X | | 25 | | 19 | to 14 |
| 100013 X | | 7 | | 5 | |
| 100018 X | | 6 | | 5 | |
| 1P0111 X | | 10 | | 8 | |
| 1C1094 X | | 4 | | 3 | |
| 1C1277 X | | 30 | | 22 | |
| 1B0136 X | | 15 | | 11 | |
| 1B0227 X | | 25 | | 19 | |
| 12B480 X | | 16 | | 12 | |
| 12B482 X | | 7 | | 5 | |
| 12R211 X | | 10 | | 8 | |
| 1S0080 lou 2005 | | 10 | | 8 | |
| 1R0186 ✓ | | 5 | | 4 | |
| 1L0157 ✓ | | 6 | | 5 | |
| 1L0205 ✓ | | 6 | | 5 | |
| 1L0214 ✓ | | 4 | | 3 | |
| 1D0020 ✓ | | 7 | | 5 | |
| 1L0174 ✓ | | 6 | | 5 | |
| 1S0431 ✓ | | 8 | | 6 | |
| 1M0200 ✓ | | 14 | | 11 | |
| 1I0010 ✓ | | 17 | | 12 | |
| 1C1328 ✓ | | 3 | | 3 | |
| 1D0018 ✓ | | — | | — | |
| 12R028 X | | — | | — | |
| 1R0126 ✓ | | 8 | | 6 | |
| 1D0070 X | | — | | — | |
| 1D0028 X | | — | | — | |
| 1W0057 X   X | | — | | — | |
| 12R179 | | 108  ux 30 | | 78 | |
| 12R180 | | 108  ux 30 | | 78 | |
| | | | | | |
| | | | 2010 | 346 | |
| | | | | TOTAL 3008 | |

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124093
MADTSS01124093

| ACCT | NAME | NEED | WHY? UP? 1370 | COMMENTS |
|---|---|---|---|---|
| 12A924 ✓ | | 78 | 57 | |
| 12R165 ✓ | | 14 | 11 | |
| 12R172 ✓ | | 14 | 11 | |
| 12R097 ✓ | | 4 | 3 | |
| 12B143 ✓ | | 116 | 85 | |
| 12R010 ✓ | | 98 | 72 | |
| 12B348 ✓ | | 10 | 8 | |
| 12A011 ✓ | | 6 | 5 | |
| 12A210 ✓ | | 6 | 5 | |
| 1C012 ✓ | | 351 | 256 | |
| 1E0165 X | | 11 | 8 | |
| 1E0156 X | | 11 | 8 | |
| 1E0116 ✓ | | — | — | 300 GOES IN IN 2006 for 05 |
| 1E0133 X | | 16 | 12 | |
| 1E0155 X | | 13 | 10 | |
| 1E0159 X | | 74 | 54 | |
| 12B046 X | | 1680 | 1227 | |
| 12B032 ✓ | | 109 | 80 | |
| 12B259 X | | 148 | 108 | |
| 12B509 X | | 356 | 260 | |
| 12B262 X | | 180 | 132 | |
| 12A179 X | | 57 | 42 | |
| 12B510 ✓ | | 284 | 208 | |
| | | | 2662 ✓ | |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124095
MADTSS01124093

| ACCT # | NAME | NEC | | V/c 2086 | Not |
|---|---|---|---|---|---|
| 1R0186 | ASHA | 2 | | 1 | ✓ |
| 1L0157 X | RUSSEL closed 1/4/07 | 6 | | 3 | ✓ |
| 1L0205 | KAREN | 6 | | 3 | ✓ |
| 1L0214 | DEVON | 4 | | 2 | ✓ |
| 1D0020 | DOLINSKY | 8 | | 4 | ✓ |
| 1L0174 | MERRYL | 8 | | 4 | ✓ |
| 1S0431 | SAFFAN | 8 | | 4 | ✓ |
| 1M0200 | RACHL | 40 | | 20 | ✓ |
| 1I0010 | JOHN | 75 | | 38 | ✓ |
| 1C1328 | ELLIE | 6 | | 3 | ✓ |
| 1D0018 | MOM | 75 | | 38 | ✓ |
| 1R0126 | RITA | 40 | | 20 | ✓ |
| 12R179 | STEVE M | 115 | | 55 | ✓ |
| 12R180 | NANCY M | 115 | | 55 | ✓ |
| 12A924 | JOEL LEVS | 78 | | 38 | ✓ |
| 12R165 | ABE K | 14 | | 7 | ✓ |
| 12R172 | SEYMORE K | 14 | | 7 | ✓ |
| 12R097 | RHODA & GARY | 4 | | 2 | ✓ |
| 12B143 | JECRIS | 116 | | 56 | ✓ |
| 12R010 | R. GLANTZ | 98 | | 47 | ✓ |
| 12B348 | SPERLING | 10 | | 5 | ✓ |
| 12A041 | MARY ENG | 6 | | 3 | ✓ |
| 12A210 | MARY PLATIS | 6 | | 3 | ✓ |
| 1L0124 | NOEL | 343 | | 165 | ✓ |
| 1E0116 | MANJA | 300+ 300 | | 287 | ✓ |
| 12B032 | MAYFAIR | 1680 | | 805 | ✓ |
| 1KW427 | KATZ ET AL | 630 | | 300 | ✓ |

closed 6/26/07

CONFIDENTIAL SUBJECT TO
PROTECTIVE ORDER DATED
FEBRUARY 16, 2010

MADTSS01124089
MADTSS01124089

2906 each

| ACCT# | NAME | # NEEDED | WHY | UNITS | NOTES |
|---|---|---|---|---|---|
| 12R179 | STEVE M | 115 | fixed (5) | 40 | ✓ |
| 12R180 | NANCY M | 115 | fixed (5) | 40 | ✓ |
| 12A924 | JOEL LEVY | 78 | fixed (5) | 27 | ✓ |
| 12R165 | ABE K | 14 | fixed (5) | 5 | ✓ |
| 12R172 | SEYMORE K | 14 | fixed (5) | 5 | ✓ |
| 12R097 | RHODA GABA | 4 | fixed (5) | 2 | ✓ |
| 12B143 | JELRIS | 116 | fixed (5) | 40 | ✓ |
| 12R010 | R. GLANTZ | 98 | fixed (5) | 34 | ✓ |
| 12B348 | SPERLING | 10 | fixed (5) | 4 | ✓ |
| 12A041 | MARV ENG | 6 | fixed (5) | 2 | ✓ |
| 12A210 | MARV PLATIS | 6 | fixed (5) | 2 | ✓ |
| 1L0124 | NOEL | 347 | ± 350 (5) | 120 | ✓ |
| 1E0116 | MARJA | 300 | fixed (5) | 104 | ✓ |
| 12B032 | MAYFAIR | 1680 | fixed (5) | 580 | ✓ |
| 1R0186 | ASHA | 4 | to 14 | 2 | ✓ |
| 1L0205 Ⓐ | KAREN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1L0214 Ⓐ | DEVON LIPKIN | — | ALREADY KOKO OVER w/ Ⓐ | — | ✗ |
| 1D0020 | DOLINSKY | 20 | EAT UNDER of 88 | 7 | ✓ |
| 1L0174 | MERYL | 20 | EAT UNDER of 59 | 7 | ✓ |
| 1S0431 | SAFFAN | 20 | EAT UNDER of 82 | 7 | ✓ |
| 1M0200 | RALPH | 60 | EAT UNDER of 102 | 20 | ✓ |
| 1I0010 | JOHN | 60 | EAT HUGE UNDER | 20 | ✓ |
| 1C1328 | ELLIE | 15 | BRINGS to 16 | 6 | ✓ |
| 1D0018 | MOM | — | — | — | ✗ |
| 1R0126 | RITA | 37 | EAT UNDER of 37 | 13 | ✓ |
| 1L0306 Ⓐ | SYDNEY LIP | — | ALREADY OVER 25 | — | ✗ |
| 1L0319 Ⓐ | CHARLOTTE LIP | — | ACCT STARTED 12/31/07 | — | ✗ |
| 1D0069 | Dorothy-Jo | 200 | TRANS TO MOM | 70 | NEED "F" |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01120262
MADTSS01120262

| Name | Account | Amount |
|---|---|---|
| CARMEN | 1D0028-40 | 12.0 |
| WEISSER | 1W0057 | 23.0 |
| JC IRA | 1C1277 | 5.0 |
| E+J | 1C1094 | 2.0 |
| E-IRA | 1ZR211 | 5.0 |
| JB IRA | 1B0227 | 5.0 |
| JB | 1B0136 | 6.0 |
| R.R | 1R0126 | 5.0 |
| STEVE | 1ZR179 | 75.0 |
| NANCY | 1ZR180 | 86.0 |
| MAT PEN | 1ZB249 | ~~15.0~~ 200.0 ✓ |
| MAT | 1ZB032 | 2000.0 |
| GROJ | 1ZB046 | ~~500.0~~ 400.0 |
| LEVY | 1ZA924 | 58.0 |
| ABE KLEIN | 1ZR165 | 11.0 |
| SEY KLEIN | 1ZR172 | 11.0 |
| RHODA GAGA | 1ZR097 | 3.0 |
| ED | 1ZB143 | 87.0 |
| Rich | 1ZR010 | 73.0 |
| SPERLING | 1ZB348 | 8.0 |
| M ENG | 1ZA041 | 5.0 |
| M PLAT | 1ZA210 | 5.0 |
| LEVINE | 1L0124 | 280.0 |
| CW | 1E0116 | 265.0 |
| IRA | 1E0159 | 42.0 |
| M.P.T.D | 1E0155 | 30.0 |
| | 1E0133 | 36.0 |
| | 1E0156 | 22.0 |

CONFIDENTIAL SUBJECT TO PROTECTIVE ORDER DATED FEBRUARY 16, 2010

MADTSS01124131
MADTSS01124131