# Exhibit 6

**Exhibit 6 – Example of a Portfolio Management Transaction – Report (PMT Report) from Microfilm**

