# Exhibit 3

# Exhibit 3 - Summary Schedule of Cash and Principal Activity in the Kamenstein Accounts

| | | | Kamenstein Accounts | | | |
|---|---|---|---|---|---|---|
| | 1CM247 | 1CM295 | 1CM596 | 1CM597 | 1CM914 | 1CM913 |
| **INFLOWS** | | | | | | |
| Cash Deposits | $10,634,823 | $2,595,286 | $1,082,435 | $1,958,637 | $113,600 | $113,600 |
| Transfers of Principal (In) | 222,000 | 594,029 | 1,457,157 | 1,457,157 | 0[b] | 0[c] |
| **Principal Available** | **$10,856,823** | **$3,189,315** | **$2,539,593[a]** | **$3,415,794** | **$113,600** | **$113,600** |
| **OUTFLOWS** | | | | | | |
| Cash Withdrawals | ($10,265,728) | ($53,000) | ($2,991,907) | ($4,683,246) | ($2,377,040) | ($2,377,040) |
| Transfers of Principal (Out) | (594,029) | (3,136,315) | 0 | 0 | 0 | 0 |
| **Total Outflows** | **($10,859,757)** | **($3,189,315)** | **($2,991,907)** | **($4,683,246)** | **($2,377,040)** | **($2,377,040)** |
| **Total** | **($2,934)** | **$0** | **($452,314)** | **($1,267,452)** | **($2,263,440)** | **($2,263,440)** |

[a] Difference due to rounding.

[b] Kamenstein Account 1CM914 received two inter-account transfers from BLMIS Account 1CM247 in the aggregate amount of $3,147,329, as reflected on the Customer Statements. However, due to the negative principal balance in BLMIS Account 1CM247 at the time of these inter-account transfers, no principal was credited into Kamenstein Account 1CM914. (*See* **Exhibits 4A** and **4E**.)

[c] Kamenstein Account 1CM913 received two inter-account transfers from BLMIS Account 1CM247 in the aggregate amount of $3,147,329, as reflected on the Customer Statements. However, due to the negative principal balance in BLMIS Account 1CM247 at the time of these inter-account transfers, no principal was credited into Kamenstein Account 1CM913. (*See* **Exhibits 4A** and **4F**.)