# Exhibit 4A

**BLMIS ACCOUNT NO. 1CM247 - DAVID R KAMENSTEIN & CAROL KAMENSTEIN J/T WROS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 7/8/1993 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 500,000 | - | MF00397041 | MF00397042 |
| 9/27/1994 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 1,000,000 | - | MF00259259 | MF00259260 |
| 1/2/1997 | TRANS FROM 1CM29530 *(1CM295)* | 222,000 | - | - | 222,000 | - | 1,222,000 | - | MDPTPP00998330 | MDPTPP00998334 |
| 2/3/1997 | CHECK | (200,000) | - | (200,000) | - | - | 1,022,000 | - | MDPTPP00998336 | MDPTPP00998339 |
| 4/4/1997 | CHECK | (200,000) | - | (200,000) | - | - | 822,000 | - | MDPTPP00998348 | MDPTPP00998354 |
| 7/1/1997 | CHECK | (50,000) | - | (50,000) | - | - | 772,000 | - | MDPTPP00998368 | MDPTPP00998371 |
| 7/23/1997 | CHECK | (200,000) | - | (200,000) | - | - | 572,000 | - | MDPTPP00998368 | MDPTPP00998371 |
| 7/24/1997 | CHECK | (300,000) | - | (300,000) | - | - | 272,000 | - | MDPTPP00998368 | MDPTPP00998371 |
| 10/8/1997 | CHECK | (150,000) | - | (150,000) | - | - | 122,000 | - | MDPTPP00998384 | MDPTPP00998387 |
| 6/1/1998 | CHECK | (75,000) | - | (75,000) | - | - | 47,000 | - | MDPTPP00998430 | MDPTPP00998433 |
| 6/11/1999 | CHECK | 7,308,911 | 7,308,911 | - | - | - | 7,355,911 | - | MDPTPP00998499 | MDPTPP00998504 |
| 6/16/1999 | TRANS TO 1CM29530 *(1CM295)* | (594,029) | - | - | - | (594,029) | 6,761,882 | - | MDPTPP00998499 | MDPTPP00998504 |
| 9/28/1999 | CHECK WIRE | 690,000 | 690,000 | - | - | - | 7,451,882 | - | MDPTPP00998517 | MDPTPP00998520 |
| 1/6/2000 | CHECK WIRE | (750,000) | - | (750,000) | - | - | 6,701,882 | - | MDPTPP00998543 | MDPTPP00998549 |
| 4/7/2000 | CHECK WIRE | (1,208,728) | - | (1,208,728) | - | - | 5,493,154 | - | MDPTPP00998573 | MDPTPP00998578 |
| 4/13/2000 | CHECK WIRE | (1,575,000) | - | (1,575,000) | - | - | 3,918,154 | - | MDPTPP00998573 | MDPTPP00998578 |
| 8/3/2000 | CHECK WIRE | (675,000) | - | (675,000) | - | - | 3,243,154 | - | MDPTPP00998605 | MDPTPP00998608 |
| 11/14/2001 | CHECK | (426,000) | - | (426,000) | - | - | 2,817,154 | - | MDPTPP00998696 | MDPTPP00998700 |
| 2/12/2002 | CHECK | (200,000) | - | (200,000) | - | - | 2,617,154 | - | MDPTPP00998713 | MDPTPP00998717 |
| 4/10/2002 | CHECK | (879,000) | - | (879,000) | - | - | 1,738,154 | - | MDPTPP00998727 | MDPTPP00998732 |
| 7/19/2002 | CHECK WIRE | 14,041 | 14,041 | - | - | - | 1,752,195 | - | MDPTPP00998747 | MDPTPP00998752 |
| 10/4/2002 | CHECK WIRE | 599,822 | 599,822 | - | - | - | 2,352,018 | - | MDPTPP00998764 | MDPTPP00998769 |
| 10/7/2002 | CHECK | 54,000 | 54,000 | - | - | - | 2,406,018 | - | MDPTPP00998764 | MDPTPP00998769 |
| 1/2/2003 | CHECK | (450,000) | - | (450,000) | - | - | 1,956,018 | - | MDPTPP00998781 | MDPTPP00998786 |
| 4/21/2003 | CHECK WIRE | 871,000 | 871,000 | - | - | - | 2,827,018 | - | MDPTPP00998803 | MDPTPP00998805 |
| 6/13/2003 | CHECK | (1,080,000) | - | (1,080,000) | - | - | 1,747,018 | - | MDPTPP00998814 | MDPTPP00998818 |
| 8/11/2003 | CHECK WIRE | (500,000) | - | (500,000) | - | - | 1,247,018 | - | MDPTPP00998829 | MDPTPP00998833 |
| 8/18/2003 | CHECK WIRE | 50,000 | 50,000 | - | - | - | 1,297,018 | - | MDPTPP00998829 | MDPTPP00998833 |
| 11/5/2003 | CHECK | (100,000) | - | (100,000) | - | - | 1,197,018 | - | MDPTPP00998849 | MDPTPP00998853 |
| 12/3/2003 | CHECK | (110,000) | - | (110,000) | - | - | 1,087,018 | - | MDPTPP00998855 | MDPTPP00998858 |
| 1/5/2004 | CHECK | (225,000) | - | (225,000) | - | - | 862,018 | - | MDPTPP00998860 | MDPTPP00998865 |
| 3/12/2004 | CHECK WIRE | 29,988 | 29,988 | - | - | - | 892,006 | - | MDPTPP00998873 | MDPTPP00998875 |
| 4/2/2004 | CHECK | (250,000) | - | (250,000) | - | - | 642,006 | - | MDPTPP00998877 | MDPTPP00998883 |
| 7/2/2004 | CHECK | (182,000) | - | (182,000) | - | - | 460,006 | - | MDPTPP00998900 | MDPTPP00998902 |
| 7/12/2004 | CHECK | 17,060 | 17,060 | - | - | - | 477,066 | - | MDPTPP00998900 | MDPTPP00998902 |
| 9/7/2004 | CHECK | (100,000) | - | (100,000) | - | - | 377,066 | - | MDPTPP00998911 | MDPTPP00998915 |
| 9/22/2004 | CHECK | (248,000) | - | (248,000) | - | - | 129,066 | - | MDPTPP00998911 | MDPTPP00998915 |
| 11/24/2004 | CHECK | (66,000) | - | (66,000) | - | - | 63,066 | - | MDPTPP00998920 | MDPTPP00998925 |
| 12/3/2004 | CHECK | (66,000) | - | (66,000) | - | - | (2,934) | - | MDPTPP00998927 | MDPTPP00998931 |
| 12/27/2004 | TRANS TO 1CM91430 *(1CM914)* | (3,146,642) [1] | - | - | - | - | (2,934) | - | MDPTPP00998927 | MDPTPP00998931 |
| 12/27/2004 | TRANS TO 1CM91330 *(1CM913)* | (3,146,642) [1] | - | - | - | - | (2,934) | - | MDPTPP00998927 | MDPTPP00998931 |
| 1/31/2005 | TRANS TO 1CM91330 *(1CM913)* | (686) [1] | - | - | - | - | (2,934) | - | MDPTPP00998933 | MDPTPP00998934 |
| 1/31/2005 | TRANS TO 1CM91430 *(1CM914)* | (686) [1] | - | - | - | - | (2,934) | - | MDPTPP00998933 | MDPTPP00998934 |
| | Total: | | $ 10,634,823 | $ (10,265,728) | $ 222,000 | $ (594,029) | $ (2,934) | $ - | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.