# Exhibit 4B

**BLMIS ACCOUNT NO. 1CM295 - SLOAN KAMENSTEIN AND TRACY KAMENSTEIN JT/WROS**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 |
|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates |
| 10/3/1994 | CHECK WIRE | 500,000 | 500,000 | - | - | - | 500,000 | - | MF00279840 | MF00279841 |
| 4/12/1996 | CHECK | (35,000) | - | (35,000) | - | - | 465,000 | - | MDPTPP01081424 | MDPTPP01081427 |
| 11/25/1996 | CHECK | (18,000) | - | (18,000) | - | - | 447,000 | - | MDPTPP01081470 | MDPTPP01081472 |
| 1/2/1997 | TRANS TO 1CM24730 (*1CM247*) | (222,000) | - | - | - | (222,000) | 225,000 | - | MDPTPP01081480 | MDPTPP01081484 |
| 6/11/1999 | CHECK | 2,095,286 | 2,095,286 | - | - | - | 2,320,286 | - | MDPTPP01081651 | MDPTPP01081656 |
| 6/16/1999 | TRANS FROM 1CM24730 (*1CM247*) | 594,029 | - | - | 594,029 | - | 2,914,315 | - | MDPTPP01081651 | MDPTPP01081656 |
| 9/7/1999 | TRANS TO 1CM59630 (*1CM596*) | (1,782,331) [1] | - | - | - | (1,457,157) | 1,457,158 | - | MDPTPP01081669 | MDPTPP01081671 |
| 9/7/1999 | TRANS TO 1CM59730 (*1CM597*) | (1,782,331) [1] | - | - | - | (1,457,157) | 1 | - | MDPTPP01081669 | MDPTPP01081671 |
| 9/7/1999 | TRANS TO 1CM59630 (*1CM596*) | (1) [1] | - | - | - | (0) | 0 | - | MDPTPP01081669 | MDPTPP01081671 |
| 9/7/1999 | TRANS TO 1CM59730 (*1CM597*) | (1) [1] | - | - | - | (0) | - | - | MDPTPP01081669 | MDPTPP01081671 |
| 10/29/1999 | TRANS TO 1CM59630 (*1CM596*) | (26) [2] | - | - | - | - | - | - | MDPTPP01081673 | MDPTPP01081674 |
| 10/29/1999 | TRANS TO 1CM59730 (*1CM597*) | (26) [2] | - | - | - | - | - | - | MDPTPP01081673 | MDPTPP01081674 |
| | Total: | $ 2,595,286 | $ (53,000) | $ 594,029 | $ (3,136,315) | $ - | $ - | | | |

[1] On September 7, 1999, there were four inter-account transfers from BLMIS Account 1CM295 into Kamenstein Account 1CM596 and Kamenstein Account 1CM597 in the aggregate amount of $3,564,663, as reflected on the Customer Statements. As of that date, BLMIS Account 1CM295 had only $2,914,315 of principal available that could be transferred. At the direction of Trustee's counsel and pursuant to correspondence in the customer file for BLMIS Account 1CM295, I divided the $2,914,315 of principal as follows: (i) a total of 50% for the two inter-account transfers into Kamenstein Account 1CM596; and (ii) a total of 50% for the two inter-account transfers into Kamenstein Account 1CM597. Applying that methodology, Kamenstein Account 1CM596 and Kamenstein Account 1CM597 were each credited with a total of $1,457,157 of principal. The remaining balance of these reported inter-account transfers constituted fictitious profits. (*See* MADTBB01977201.)

[2] Although BLMIS Customer Statements reflect that funds were transferred out of this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred out of the account on this date. Accordingly, the account balance has remained unchanged.