# Exhibit 4E

**BLMIS ACCOUNT NO. 1CM914 - CAROL KAMENSTEIN**

| Column 1 | Column 2 | Column 3 | Column 4 | Column 5 | Column 6 | Column 7 | Column 8 | Column 9 | Column 10 | Column 11 | Column 12 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| Date | Transaction Description as Reported on Customer Statement | Amount as Reported on Customer Statement | Deposits | Withdrawals | Transfers In | Transfers Out | Balance | 2-Year Amount Withdrawn in Excess of Principal | BLMIS SOURCE DOCUMENT: Beg Bates | End Bates | BLMIS CUSTOMER STATEMENTS PRODUCED BY THE DEFENDANTS: Bates Ref |
| 12/27/2004 | TRANS FROM 1CM24730 (*1CM247*) | 3,146,642 [1] | - | - | - | - | - | - | MDPTPP01931998 | MDPTPP01932000 | 10-04469_Kamenstein_0000040 |
| 1/4/2005 | CHECK | (97,000) | - | (97,000) | - | - | (97,000) | - | MDPTPP01932001 | MDPTPP01932006 | *Not Produced* |
| 1/31/2005 | TRANS FROM 1CM24730 (*1CM247*) | 686 [1] | - | - | - | - | (97,000) | - | MDPTPP01932001 | MDPTPP01932006 | *Not Produced* |
| 3/21/2005 | CHECK | (105,000) | - | (105,000) | - | - | (202,000) | - | MDPTPP01932013 | MDPTPP01932017 | *Not Produced* |
| 5/13/2005 | CHECK | (54,740) | - | (54,740) | - | - | (256,740) | - | MDPTPP01932023 | MDPTPP01932028 | *Not Produced* |
| 6/15/2005 | CHECK | (47,500) | - | (47,500) | - | - | (304,240) | - | MDPTPP01932030 | MDPTPP01932033 | *Not Produced* |
| 7/12/2005 | CHECK | (56,800) | - | (56,800) | - | - | (361,040) | - | MDPTPP01932035 | MDPTPP01932037 | *Not Produced* |
| 9/1/2005 | CHECK | (75,000) | - | (75,000) | - | - | (436,040) | - | MDPTPP01932042 | MDPTPP01932049 | *Not Produced* |
| 10/21/2005 | CHECK | (77,500) | - | (77,500) | - | - | (513,540) | - | MDPTPP01932051 | MDPTPP01932056 | *Not Produced* |
| 11/25/2005 | CHECK | (42,000) | - | (42,000) | - | - | (555,540) | - | MDPTPP01932058 | MDPTPP01932061 | *Not Produced* |
| 1/4/2006 | CHECK | (48,500) | - | (48,500) | - | - | (604,040) | - | MDPTPP01932070 | MDPTPP01932076 | *Not Produced* |
| 3/6/2006 | CHECK | (80,800) | - | (80,800) | - | - | (684,840) | - | MDPTPP01932083 | MDPTPP01932088 | *Not Produced* |
| 4/4/2006 | CHECK | (250,000) | - | (250,000) | - | - | (934,840) | - | MDPTPP01932090 | MDPTPP01932096 | *Not Produced* |
| 5/3/2006 | CHECK | (129,000) | - | (129,000) | - | - | (1,063,840) | - | MDPTPP01932098 | MDPTPP01932102 | *Not Produced* |
| 7/5/2006 | CHECK | (92,000) | - | (92,000) | - | - | (1,155,840) | - | MDPTPP01932110 | MDPTPP01932116 | *Not Produced* |
| 8/8/2006 | CHECK | (39,500) | - | (39,500) | - | - | (1,195,340) | - | MDPTPP01932118 | MDPTPP01932121 | *Not Produced* |
| 9/7/2006 | CHECK | (98,000) | - | (98,000) | - | - | (1,293,340) | - | MDPTPP01932123 | MDPTPP01932127 | *Not Produced* |
| 10/4/2006 | CHECK | (50,000) | - | (50,000) | - | - | (1,343,340) | - | MDPTPP01932129 | MDPTPP01932135 | *Not Produced* |
| 11/7/2006 | CHECK | (77,200) | - | (77,200) | - | - | (1,420,540) | - | MDPTPP01932137 | MDPTPP01932141 | *Not Produced* |
| 12/6/2006 | CHECK | (49,200) | - | (49,200) | - | - | (1,469,740) | - | MDPTPP01932143 | MDPTPP01932148 | 10-04469_Kamenstein_0000049 |
| 1/3/2007 | CHECK | (70,500) | - | (70,500) | - | - | (1,540,240) | (70,500) | MDPTPP01932150 | MDPTPP01932152 | *Not Produced* |
| 3/7/2007 | CHECK | (66,400) | - | (66,400) | - | - | (1,606,640) | (66,400) | MDPTPP01932160 | MDPTPP01932164 | *Not Produced* |
| 5/2/2007 | CHECK | (42,700) | - | (42,700) | - | - | (1,649,340) | (42,700) | MDPTPP01932174 | MDPTPP01932177 | *Not Produced* |
| 6/6/2007 | CHECK | (60,000) | - | (60,000) | - | - | (1,709,340) | (60,000) | MDPTPP01932179 | MDPTPP01932183 | *Not Produced* |
| 6/15/2007 | CHECK | 13,600 | 13,600 | - | - | - | (1,695,740) | - | MDPTPP01932179 | MDPTPP01932183 | *Not Produced* |
| 7/3/2007 | CHECK | (32,000) | - | (32,000) | - | - | (1,727,740) | (32,000) | MDPTPP01932185 | MDPTPP01932187 | *Not Produced* |
| 8/2/2007 | CHECK | (50,000) | - | (50,000) | - | - | (1,777,740) | (50,000) | MDPTPP01932189 | MDPTPP01932190 | *Not Produced* |
| 9/5/2007 | CHECK | (61,500) | - | (61,500) | - | - | (1,839,240) | (61,500) | MDPTPP01932192 | MDPTPP01932197 | *Not Produced* |
| 10/2/2007 | CHECK | (21,800) | - | (21,800) | - | - | (1,861,040) | (21,800) | MDPTPP01932199 | MDPTPP01932200 | *Not Produced* |
| 11/2/2007 | CHECK | (52,900) | - | (52,900) | - | - | (1,913,940) | (52,900) | MDPTPP01932202 | MDPTPP01932207 | *Not Produced* |
| 11/21/2007 | CHECK WIRE | 100,000 | 100,000 | - | - | - | (1,813,940) | - | MDPTPP01932202 | MDPTPP01932207 | *Not Produced* |
| 1/3/2008 | CHECK | (35,700) | - | (35,700) | - | - | (1,849,640) | (35,700) | MDPTPP01932215 | MDPTPP01932217 | *Not Produced* |
| 2/7/2008 | CHECK | (53,000) | - | (53,000) | - | - | (1,902,640) | (53,000) | MDPTPP01932218 | MDPTPP01932219 | *Not Produced* |
| 3/4/2008 | CHECK | (43,000) | - | (43,000) | - | - | (1,945,640) | (43,000) | MDPTPP01932220 | MDPTPP01932222 | *Not Produced* |
| 4/3/2008 | CHECK | (27,300) | - | (27,300) | - | - | (1,972,940) | (27,300) | MDPTPP01932223 | MDPTPP01932228 | *Not Produced* |
| 5/6/2008 | CHECK | (33,900) | - | (33,900) | - | - | (2,006,840) | (33,900) | MDPTPP01932230 | MDPTPP01932234 | *Not Produced* |
| 6/3/2008 | CHECK | (60,700) | - | (60,700) | - | - | (2,067,540) | (60,700) | MDPTPP01932236 | MDPTPP01932238 | *Not Produced* |
| 7/2/2008 | CHECK | (28,100) | - | (28,100) | - | - | (2,095,640) | (28,100) | MDPTPP01932240 | MDPTPP01932241 | *Not Produced* |
| 8/5/2008 | CHECK | (33,900) | - | (33,900) | - | - | (2,129,540) | (33,900) | MDPTPP01932243 | MDPTPP01932248 | *Not Produced* |
| 9/5/2008 | CHECK | (48,800) | - | (48,800) | - | - | (2,178,340) | (48,800) | MDPTPP01932250 | MDPTPP01932254 | *Not Produced* |
| 10/2/2008 | CHECK | (20,600) | - | (20,600) | - | - | (2,198,940) | (20,600) | MDPTPP01932256 | MDPTPP01932258 | *Not Produced* |
| 11/4/2008 | CHECK | (33,200) | - | (33,200) | - | - | (2,232,140) | (33,200) | MDPTPP01932260 | MDPTPP01932265 | 10-04469_Kamenstein_0000062 |
| 12/2/2008 | CHECK | (31,300) | - | (31,300) | - | - | (2,263,440) | (31,300) | CHECKBOOKFILE | CHECKBOOKFILE | *Not Produced* |
| | Total: | | $ 113,600 | $ (2,377,040) | $ - | $ - | $ (2,263,440) | $ (907,300) | | | |

[1] Although BLMIS Customer Statements reflect that funds were transferred into this account on this date, these funds consisted entirely of fictitious profits which were never achieved and thus no funds were actually transferred into the account on this date. Accordingly, the account balance has remained unchanged.