**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, <br><br>        Plaintiff, <br><br>    v. <br><br> CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant, DAVID R. KAMENSTEIN, individually and in his capacity as joint tenant, SLOAN G. KAMENSTEIN, and TRACY D. KAMENSTEIN, <br><br>        Defendants. | Adv. Pro. No. 10-04469 (CGM) |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that pursuant to section 78eee(d) of the Securities Investor Protection Act of 1970, 15 U.S.C. §§ 78aaa–78*lll*, the undersigned hereby enters an appearance for and on behalf of the Securities Investor Protection Corporation and requests that all notices, pleadings, motions, applications and other documents filed and/or served in this case be sent to the following:

    Kenneth J. Caputo
    General Counsel
    Securities Investor Protection Corporation
    1667 K St., NW, Suite 1000
    Washington, D.C. 20006
    Telephone: (202) 371-8300
    Facsimile: (202) 223-1679
    Email: kcaputo@sipc.org

Dated: December 23, 2020
      Washington, D.C.

          /s/ Kenneth J. Caputo
KENNETH J. CAPUTO
General Counsel
SECURITIES INVESTOR
 PROTECTION CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Telephone: (202) 371-8300
Facsimile: (202) 223-1679
Email: kcaputo@sipc.org