**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br>                   Plaintiff-Applicant, <br><br>     v. <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br>                   Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |
| In re: <br> BERNARD L. MADOFF, <br><br>                   Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff, <br><br>                   Plaintiff, <br><br>     v. <br><br>CAROL L. KAMENSTEIN, individually and in her capacity as joint tenant, DAVID R. KAMENSTEIN, individually and in his capacity as joint tenant, SLOAN G. KAMENSTEIN, and TRACY D. KAMENSTEIN, <br><br>                   Defendants. | Adv. Pro. No. 10-04469 (CGM) |

**CERTIFICATE OF SERVICE**

     I, Nathanael Kelley, hereby certify that on December 23, 2020 I caused (1) Securities Investor Protection Corporation's Memorandum of Law in Opposition to Defendants' Motion for Summary Judgment and Defendant Tracy D. Kamenstein's Motion for Partial Summary Judgment, (2) the Notice of Appearance for Kenneth J. Caputo, and (3) the Notice of Appearance for Nathanael S. Kelley, to be served, by electronic mail, upon counsel for those parties who receive

1

electronic service through ECF and by electronic mail to those parties as set forth on the attached

Schedule A.

                                      *s/Nathanael S. Kelley*
                                      NATHANAEL S. KELLEY

## SCHEDULE A

**Helen Davis Chaitman**
CHAITMAN LLP
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114
*Attorneys for Defendants*