**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | SIPA LIQUIDATION<br><br>Adv. Pro. No. 08-01789 (SMB)<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>       Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>       Plaintiff,<br><br>  v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C.; WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of | Adv. Pro. No. 10-04752 (SMB) |

{00045759 1 }

| |
|---|
| the Kuntzman Family L.L.C.; and IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C., |
| Defendants. |

## CERTIFICATE OF SERVICE

I, Helen Davis Chaitman, hereby certify that on December 23, 2020 I caused a true and correct copy of the Order Granting Application of Chaitman LLP to Withdraw as Counsel dated December 22, 2020 to be served by first class mail and email upon:

>Wayne D. Green
>Jacqueline D. Green
>Hunters Run
>29C Westgate Lane
>Boynton Beach, Florida 33436
>
>Email:  wayne@wdgassociates.com
>
>Jennifer Gattegno
>185 East Palisade Avenue, Apt. D6B
>Englewood, New Jersey 07631
>
>Email:  jenajuana@aol.com

I declare under penalty of perjury that the foregoing statements are true and correct.

Dated:   December 23, 2020                                      */s/ Helen Davis Chaitman*
         New York, New York