**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited and Senator Fund SPC*

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| In re<br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br>　　　　　　　　　Debtor. | Adv. Pro. No. 08-1789 (SMB)<br><br>SIPA LIQUIDATION<br><br>**(Substantively Consolidated)** |
| **IRVING L. PICARD**, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br>　　　　　　　　　Plaintiff,<br>　　- against –<br>**HSBC BANK PLC, et. al.**<br>　　　　　　　　　Defendants. | Adv. Pro. No. 09-01364 (SMB) |

## CERTIFICATE OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.　　I am a member of the law firm of DuffyAmedeo LLP, which has its address as 275 Seventh Avenue, 7th Floor, New York, NY 10010. On December 23, 2020, I caused to be served via electronic mail and/or ECF a true and correct copy of the Notice of Adjournment of Hearing on Motions of Alpha Prime Fund Ltd. for the Issuance of Letters of Request upon those parties listed in Exhibit A annexed hereto:

2.　　I hereby certify under penalty of perjury, that the forgoing factual statements made by me are true to the best of my knowledge, information and belief.

Dated:　　　December 23, 2020

　　　　　　　　　　　　　　　　　　　　　　　　　　*/s/ Todd E. Duffy*
　　　　　　　　　　　　　　　　　　　　　　　　　　Todd E. Duffy

## Exhibit A

| | |
|---|---|
| Oren Warshavsky, Esq.<br>owarshavsky@bakerlaw.com<br>Geoffrey A. North, Esq.<br>gnorth@bakerlaw.com<br>Baker Hostetler LLP<br>Counsel to the Trustee | Frank Velie<br>Jonathan Kortmansky<br>BraunHagey & Borden LLP<br>7 Times Square<br>27th Floor<br>New York, NY 10036<br>kortmansky@braunhagey.com<br>velie@braunhagey.com<br>Attorneys For: BA Worldwide Fund Management Ltd |
| Joseph M. Kay<br>Thomas J. Moloney<br>Cleary Gottlieb Steen & Hamilton LLP<br>Email: jkay@cgsh.com<br>Email: tmoloney@cgsh.com<br>Attorney For: HSBC Bank (Cayman) Limited, HSBC Bank Bermuda Limited, HSBC Bank plc, HSBC Bank USA, N.A, HSBC Fund Services (Luxembourg) S.A., HSBC Holdings plc, HSBC Institutional Trust Services (Bermuda) Limited, HSBC Institutional Trust Services (Ireland) Ltd., HSBC Private Bank (Suisse) S.A., HSBC Private Banking Holdings (Suisse) SA, HSBC Securities Services (Bermuda) Limited, HSBC Securities Services (Ireland) Ltd., HSBC Securities Services (Luxembourg) S.A. | |