IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT 1

List of Feeder Funds[1] that Invested in Bernard L. Madoff Investment Securities, LLC ("BLMIS")

| Feeder Fund Account Name[2] | Feeder Fund Name[3] | Feeder Fund Account Number[4] | Claim Filed by Feeder Fund | Objections Received from Claimants[5] |
|---|---|---|---|---|
| Ariel Fund LTD | Ariel Fund Limited | 1FR070 | Yes (005652) | 1 |
| Ascot Partners LP | Ascot Partners, LP | 1A0058 | Yes (005317) | 1 |
| Beacon Associates LLC | Beacon Associates LLC | 1B0118 | Yes (008318) | 2 |
| Fairfield Sentry Limited c/o Fairfield Greenwich Group | Fairfield Sentry Limited | 1FN069 | Yes (011251) | 2 |
| Rye Select Broad Market Prime Fund, LP | Rye Select Broad Market Prime Fund, LP | 1C1260 | Yes (011041 and 013043) | 1 |
| | | | | **Total: 7** |

[1] The five feeder funds whose investors are the subject of this Motion (the "Feeder Funds") share the following characteristics: (1) they are legal entities (i.e., capable of owning property and of suing or being sued) that were created as investment vehicles; (2) they obtained monies that they used for investment by selling (directly or indirectly) ownership interests in themselves to the Claimants (as defined in the Motion) and other persons; (3) the Feeder Funds' managers and administrators, not the Claimants, had responsibility for managing and directing the Feeder Funds' investments; (4) they invested directly with BLMIS and had BLMIS accounts, according to the books and records of the Debtor; and (5) they do not include ERISA plans (and other entities whose property is treated as ERISA plan property), trusts, or pass-through, self-directed, or custodial investment vehicles such as banks, brokers or dealers.
[2] As per the available books and records of BLMIS.
[3] According to claim filed with the Trustee.
[4] As per the available books and records of BLMIS.
[5] The Claimants who are subject to the Motion filed claims based upon losses suffered not in accounts in their own names but in the Feeder Funds' accounts with BLMIS.