IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT 2

List of Claimants Without An Account That Invested in the Feeder Funds Identified in Exhibit 1 and Objected to the Trustee's Determination of Claim

| Claimant Without an Account[6] | Claim Number | Docket ID No. | Counsel | Feeder Fund Invested In | Feeder Fund Account Number |
|---|---|---|---|---|---|
| Candace Newlove | 015638 | 3637 | Pro Se Filing | Rye Select Broad Market Prime Fund, LP | 1C1260 |
| David Moffson | 070001 | 3812 | Pro Se Filing | Ascot Partners, LP | 1A0058 |
| David Moffson | 070002 | 3812 | Pro Se Filing | Ariel Fund Limited | 1FR070 |
| Emily Joanna Treherne | 070211 | 3761 | Pro Se Filing | Fairfield Sentry Limited | 1FN069 |
| I.U.O.E. Local 825 | 003827 | 4658 | Seeger Weiss LLP | Beacon Associates LLC | 1B0118 |
| Lucy Mcilveen | 070215 | 3665 | Pro Se Filing | Fairfield Sentry Limited | 1FN069 |
| Robert E. Decker MD | 000416 | 2473 | Pro Se Filing | Beacon Associates LLC | 1B0118 |

6 According to claim filed with the Trustee or objection filed with the Court.