# Securities Investor Protection Corporation,
# v.
# Bernard L. Madoff Investment Securities LLC.

## In re: Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, Debtors

**Case No. 08-1789 (BRL)**
**SIPA Liquidation**
**(Substantively Consolidated)**

**Exhibits 3-20 to the Declaration of Vineet Sehgal in Support of the Trustee's Third Motion to Affirm the Trustee's Claim Determinations and Overrule Objections of Claimants Who Invested in Certain Feeder Funds and Did Not Have BLMIS Accounts in Their Names are available for review upon written or telephonic request to:**

**Baker & Hostetler LLP**
**45 Rockefeller Plaza**
**New York, NY 10111**
**Attn: Nikki Landrio**
**Tel: (212) 589-4221**
**Email: nlandrio@bakerlaw.com**