UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>                v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |

## AFFIDAVIT OF MAILING

STATE OF TEXAS              )
                                      ) ss:
COUNTY OF DALLAS      )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On December 24, 2020, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S THIRD MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTION OF CLAIMANTS WHO INVESTED IN CERTAIN FEEDER FUNDS AND DID NOT HAVE BLMIS ACCOUNTS IN THEIR NAMES (Docket Number 20127)

2. NOTICE OF TELEPHONIC HEARING ON THE TRUSTEE'S THIRD MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS OF CLAIMANTS WHO INVESTED IN CERTAIN FEEDER FUNDS AND DID NOT HAVE BLMIS ACCOUNTS IN THEIR NAMES (Docket Number 20128)

3. DECLARATION OF VINEET SEHGAL IN SUPPORT OF TRUSTEE'S THIRD MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTION OF CLAIMANTS WHO INVESTED IN CERTAIN FEEDER FUNDS AND DID NOT HAVE BLMIS ACCOUNTS IN THEIR NAMES (Docket Number 20129)

Executed on December 24, 2020

_____
Tassie Powers Barr

Sworn to and subscribed before me this 24 day of December, 2020

THERESA PETRY
My Notary ID # 2012930
Expires January 13, 2022

(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A
12/24/2020

| Contact | Address1 | Address2 | City | State | ZIP | Country | Address Source |
|---|---|---|---|---|---|---|---|
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Seeger Weiss LLP | Stephen A. Weiss | 77 Water Street, 26th Floor | New York | NY | 10119 | | Counsel |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |
| Redacted for confidentiality reasons | | | | | | | Claimant |