**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

The Harnick Brothers Partnership (the "<u>Claimant</u>"), having filed an objection (Docket No. 1855) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim numbers 8891 and 14627, hereby gives notice that it withdraws its respective objection.

Dated: December 28, 2020      CHAITMAN LLP

                     */s/ Helen Chaitman*
                     Helen Chaitman
                     465 Park Avenue
                     New York, NY 10022
                     Tel. No. 888-759-1114

                     *Attorney for Claimant*