**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

Martin R Harnick and Steven P. Norton Partners (the "Claimant"), having filed an objection (Docket No. 2290) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim numbers 1925, 9772, 9834, and 100132, hereby gives notice that it withdraws it respective objection.

Dated: December 28, 2020         CHAITMAN LLP

*/s/ Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimant*