**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | Adv. Pro. No. 10-04806 (SMB) |
| Plaintiff, | |
| v. | |
| KENNETH M. KOHL, as an individual and as a joint tenant, and MYRNA L. KOHL, as an individual and as a joint tenant, | |
| Defendants. | |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITHOUT PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Defendants Kenneth M. Kohl, as an individual and as a joint tenant, and Myrna L. Kohl, as an individual and as a joint tenant (collectively "Defendants"), by and through their counsel, Helen Davis Chaitman of Chaitman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1.      On December 1, 2010, the Trustee filed and served the Complaint against Defendants.

2.      On August 13, 2015, Defendants filed an answer to the Complaint.

3.      On December 16, 2020, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [ECF No. 3181].

4.      In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal of the above-captioned adversary proceeding without prejudice and without costs to the Parties.

5.      Pursuant to the Settlement Agreement, the Trustee reserves his right to seek an *ex parte* filing of a declaration regarding default in payments by the Trustee or his attorney of record to reopen the above-captioned adversary proceeding to enter judgment in the event of an uncured default.

6.      The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7.      This Stipulation may be signed by the Parties in any number of counterparts, each

of which when so signed shall be an original, but all of which shall together constitute one and

the same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall

be deemed an original.

8.      The Bankruptcy Court shall retain jurisdiction over this Stipulation.


Date:  December 28, 2020
       New York, New York

**BAKER & HOSTETLER LLP**

By: */s/ Nicholas J. Cremona*
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for
the Substantively Consolidated SIPA
Liquidation of Bernard L. Madoff Investment
Securities LLC and the Estate of Bernard L.
Madoff*

**CHAITMAN LLP**

By:  */s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
Email:  hchaitman@chaitmanllp.com

*Attorney for Defendants*


                                             SO ORDERED:


                                             **/s/ STUART M. BERNSTEIN**
Dated:  **December 28, 2020**                Hon. Stuart M. Bernstein
        New York, New York                   United States Bankruptcy Judge