**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>       Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>       Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Laura E. Guggenheimer Cole, having filed an objection (the "Objection", Docket No. 2744) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009721), hereby gives notice that she withdraws such Objection.

Dated: December 29, 2020

                By: /s/ Arthur H. Ruegger
                **DENTONS US LLP**
                1221 Avenue of the Americas
                New York, NY 10020
                Telephone: 212.768.6881
                Facsimile: 212.768.6800
                Arthur H. Ruegger
                Email: Arthur.Ruegger@dentons.com