UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM

Barry Weisfeld (the "Claimant"), having filed an objection (Docket No. 462) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim #009817, hereby gives notice that he withdraws his objection.

Dated: December 16, 2020
   New York, New York

PRYOR CASHMAN LLP

By: /s/ Richard Levy, Jr.
   Richard Levy, Jr.
7 Times Square
New York, NY 10036-6569
Tel. No. (212) 421-4100

*Attorneys for Claimant Barry Weisfeld*