Re: ECF No. 249

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION (Substantively Consolidated) |
| v. | |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

In re:

BERNARD L. MADOFF,

Debtor.

IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff,

Adv. Pro. No. 10-04390 (CGM)

Plaintiff,

v.

BAM L.P., MICHAEL MANN, AND MERYL MANN,

Defendants.

<u>**NOTICE OF DEFENDANTS' COUNTER-PROPOSED JUDGMENT**</u>

**PLEASE TAKE NOTICE** that pursuant to the Memorandum Decision Determining Funds Held in the Bank Accounts are Customer Property and Awarding Prejudgment Interest, dated December 11, 2020 [ECF No. 247], and in accordance with Local Bankruptcy Rule 9074-1, Defendants BAM L.P., Michael Mann and Meryl Mann, through their undersigned counsel, are submitting the attached Defendants' Counter-Proposed Judgment, together with the Defendants' Objection to the Trustee's Proposed Judgment and Request to Modify the Judgment

being filed simultaneously herewith, in opposition to the Trustee's Proposed Order Implementing

Judgment [ECF No. 249] and attached proposed Judgment [ECF No. 249-1]

Dated: December 21, 2020
       New York, New York

**DENTONS US LLP**

By: */s/Arthur H. Ruegger*
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Telephone: (212) 768-6700
Facsimile: (212) 768-6800
Email: arthur.ruegger@dentons.com
          carole.neville@dentons.com

*Attorneys for Defendants*

2
