DENTONS US LLP
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT FOR
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (CGM)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL MANN, MERYL MANN and BAM L.P.,<br><br>Defendants. | Adv. Pro. No. 10-04390 (CGM) |

## CERTIFICATE OF SERVICE

I, the undersigned, hereby affirm that on December 21, 2020, I caused a true and correct

copies of 1) **DEFENDANTS' OBJECTION TO THE TRUSTEE'S PROPOSED**

US_Active\116277782\V-1

**JUDGMENT [ECF No. 249] AND REQUEST TO MODIFY THE JUDGMENT**; and 2) **NOTICE OF DEFENDANTS' COUNTER-PROPOSED JUDGMENT,** filed on December 21, 2020, in the above-referenced adversary proceeding [Dockets No. 251 and 252 respectively]; and in the above-referenced main case proceeding [Docket Nos. 20141 and 20142 respectively]; to be served upon the parties to these actions who receive electronic service through CM/ECF and upon the parties listed on the Service List attached hereto in the manner indicated therein.

| | |
|---|---|
| Dated: December 29, 2020<br>New York, New York | **DENTONS US LLP**<br><br>By: _/s/ Arthur H. Ruegger_<br>Arthur H. Ruegger<br>Carole Neville<br>1221 Avenue of the Americas<br>New York, New York 10020<br>Telephone: (212) 768-6700<br>Facsimile: (212) 768-6800<br>Email: arthur.ruegger@dentons.com<br><br>*Attorneys for Defendant* |

US_Active\116277782\V-1

08-01789-cgm    Doc 20143    Filed 12/29/20    Entered 12/29/20 17:51:02    Main Document
                                        Pg 3 of 3

## SERVICE LIST

**BY ELECTRONIC MAIL**

Nicholas J. Cremona, Esq.
Lan Hoang, Esq.
BakerHostetler
45 Rockefeller Plaza
New York, NY 10111-0100
Email: ncremona@bakerlaw.com
　　　　lhoang@bakerlaw.com

Nathanael S. Kelley, Esq.
Kevin H. Bell, Esq.
Nicholas G. Hallenbeck
Securities Investor Protection Corp.
SECURITIES INVESTOR PROTECTION
CORPORATION
1667 K St., NW, Suite 1000
Washington, D.C. 20006
Email: nkelley@sipc.org
　　　　kbell@sipc.org
　　　　nhallenbeck@sipc.org