**DUFFYAMEDEO, LLP**
275 Seventh Avenue, 7th Fl
New York, New York 10010
Tel: (212) 729-5832
Todd E. Duffy
Douglas A. Amedeo
*Attorneys for Alpha Prime Fund Limited*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| **In re** **BERNARD L. MADOFF INVESTMENT SECURITIES LLC,** | **Adv. Pro. No. 08-1789 (SMB)** |
| Debtor. | **SIPA LIQUIDATION** |
| | **(Substantively Consolidated)** |
| **IRVING L. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,** Plaintiff, - against – **HSBC BANK PLC, et. al.** Defendants. | **Adv. Pro. No. 09-01364 (SMB)** |

## CERTIFICATE OF SERVICE

Todd E. Duffy, certifies, pursuant to 28 U.S.C. § 1746 as follows:

1.      I am a member of the law firm of DuffyAmedeo LLP, which has its address
as  275 Seventh Avenue, 7th Floor, New York, NY 10010.  On December 30, 2020, I
caused to be  served via electronic mail and/or ECF a true and correct copy of the Notice of
Adjournment of Hearing on Motions of Alpha Prime Fund Ltd. for the Issuance of Letters
of Request upon those parties listed in Exhibit A annexed hereto:

2.      I hereby certify under penalty of perjury, that the forgoing factual statements

made by me are true to the best of my knowledge, information and belief.

Dated: December 30, 2020

Todd E. Duffy

**Exhibit A**

Oren Warshavsky, Esq.
owarshavsky@bakerlaw.com
Geoffrey A. North, Esq.
Baker Hostetler LLP
Counsel to the Trustee

Mitchell C. Stein
Sullivan & Worcester LLP
Email: mstein@sandw.com
Attorney For: BA Worldwide Fund
Management Ltd.

Diarra Guthrie
Jessa DeGroote
Joseph M. Kay
S. Ellie Norton
Thomas J. Moloney
Cleary Gottlieb Steen & Hamilton LLP
Email: dguthrie@cgsh.com
Email: jdegroote@cgsh.com
Email: jkay@cgsh.com
Email: snorton@cgsh.com
Email: tmoloney@cgsh.com
Attorney For: HSBC Bank (Cayman) Limited,
HSBC Bank Bermuda Limited, HSBC Bank plc,
HSBC Bank USA, N.A, HSBC Fund Services
(Luxembourg) S.A., HSBC Holdings plc, HSBC
Institutional Trust Services (Bermuda) Limited,
HSBC Institutional Trust Services (Ireland) Ltd.,
HSBC Private Bank (Suisse) S.A., HSBC Private
Banking Holdings (Suisse) SA, HSBC Securities
Services (Bermuda) Limited, HSBC Securities
Services (Ireland) Ltd., HSBC Securities Services
(Luxembourg) S.A.

Frank Velie
Jonathan Kortmansky
Braunhagey & Borden LLP
7 Times Square
27th Floor
New York, NY 10036-6524
Email: velie@braunhagey.com
Email: kortmansky@braunhagey.com
Attorneys For: BA Worldwide Fund
Management Ltd