KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br>　　　　Plaintiff-Applicant,<br>　　　　v.<br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br>　　　　Defendant. | **Adv. Pro. No. 08-01789 (SMB)**<br><br>**SIPA Liquidation**<br>**(Substantively Consolidated)** |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff<br><br>　　　　Plaintiff,<br><br>　　　　v.<br><br>ROYAL BANK OF CANADA; GUERNROY LIMITED; ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED; ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED; ROYAL BANK OF CANADA (ASIA) LIMITED; ROYAL BANK OF CANADA (SUISSE) S.A.; RBC DOMINION SECURITIES INC.; AND RBC ALTERNATIVE ASSETS, L.P.,<br><br>　　　　Defendants | **Adv. Pro. No. 12-01699 (SMB)** |

**NOTICE OF ADJOURNMENT OF HEARING**
**REGARDING DEFENDANTS' MOTION TO STAY**

**PLEASE TAKE NOTICE** that on November 24, 2020, the above-captioned Defendants filed a Motion to Stay proceedings in this case pending decisions in two related appeals currently before the Second Circuit: *Picard v. Citibank, N.A.*, No. 20-1333 (2d Cir.) and *Picard v. Legacy Capital Ltd.*, No. 20-1334 (2d Cir). The Trustee electronically filed a Memorandum of Law in Opposition to Defendants' Motion to Stay on December 29, 2020.

**PLEASE TAKE FURTHER NOTICE** that in accordance with an email notification from the Chief Deputy Clerk for the United States Bankruptcy Court for the Southern District of New York, dated January 1, 2021, the hearing to consider Defendants' Motion to Stay that was previously scheduled for January 6, 2021 at 10:00 a.m. (prevailing Eastern Time) has been adjourned to **January 13, 2021 at 10:00 a.m. (prevailing Eastern Time)**.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Local Rule 9006-1, Defendants' Reply to the Objection shall be filed on ECF and served on all parties no later than **January 10, 2021 at 4:00 p.m. (prevailing Eastern Time)**.

| | |
|---|---|
| Dated: January 3, 2021<br>New York, New York | */s/ Anthony L. Paccione*<br>Anthony L. Paccione<br>Mark T. Ciani<br>**KATTEN MUCHIN ROSENMAN LLP**<br>575 Madison Avenue<br>New York, New York 10022<br>Telephone:    (212) 940-8800<br>Facsimile:    (212) 940-8776<br><br>*Attorneys for Defendants* |