**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>LAURA E. GUGGENHEIMER COLE,<br><br>Defendant. | Adv. Pro. No. 10-04882 (SMB) |

## STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
## OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Laura E. Guggenheimer Cole ("Defendant"), by and through her counsel, Arthur Ruegger and Carole Neville, Dentons US LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against Defendant.

2. On April 16, 2014, Defendant filed and served her Answer to the Complaint.

3. Pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181], the Parties entered into a Settlement Agreement and Release on December 22, 2020.

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismiss the Trustee's claims against Defendant in the above-captioned adversary proceeding and to dismiss the adversary proceeding with prejudice.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be

2

deemed an original.

7. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: January 4, 2021
New York, New York

| **BAKER & HOSTETLER LLP** | **DENTONS US LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Arthur H. Ruegger* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americans |
| New York, New York 10111 | New York, NY 10020 |
| Telephone: (212) 589-4200 | Telephone: (212) 421-4100 |
| Facsimile: (212) 589-4201 | Arthur H. Ruegger |
| David J. Sheehan | Email: Arthur.Ruegger@dentons.com |
| Email: dsheehan@bakerlaw.com | Carole Neville |
| Nicholas J. Cremona | Email: Carole.Neville@dentons.com |
| Email: ncremona@bakerlaw.com | |
| | *Attorneys for Defendant* |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | |
| Of Counsel: | |
| **BAKER & HOSTETLER LLP** | |
| 811 Main Street, Suite 1100 | |
| Houston, Texas 77002-6111 | |
| Telephone: (713) 751-1600 | |
| Facsimile: (713) 751-1717 | |
| Dean D. Hunt | |
| Email: dhunt@bakerlaw.com | |
| Farrell A. Hochmuth | |
| Email: fhochmuth@bakerlaw.com | |

SO ORDERED:

Dated: **January 4, 2021**　　　　　　　　　　**/s/ STUART M. BERNSTEIN**
New York, New York　　　　　　　　　　　　Hon. Stuart M. Bernstein
　　　　　　　　　　　　　　　　　　　　　United States Bankruptcy Judge