**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona
Dean D. Hunt

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br>v.<br><br>THE HARNICK BROTHERS PARTNERSHIP, MARTIN R. HARNICK & STEVEN P. NORTON PARTNERS, MARTIN HARNICK, individually and in his, capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, STEVEN P. NORTON, individually | Adv. Pro. No. 10-05157 (SMB) |

and in his capacities as general partner of The Harnick Brothers Partnership and Martin R. Harnick & Steven P. Norton Partners, THE ESTATE OF STEVEN HARNICK, THE STEVEN HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, BARBARA JUNE LANG, individually and in her capacities as the personal representative of the ESTATE OF STEVEN HARNICK and trustee of THE STEVEN HARNICK REVOCABLE LIVING TRUST DATED APRIL 2, 2002, MICHELLE GLATER, and PAMELA HARNICK,

Defendants.

**STIPULATION AND ORDER FOR VOLUNTARY**
**DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*., and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and the Harnick Brothers Partnership, Martin R. Harnick and Steven P. Norton Partners, Martin Harnick, the Estate of Steven Harnick, The Steven Harnick Revocable Living Trust Dated April 2, 2002, Barbara June Lang, Michelle Glater, individually and in her capacity as the personal representative of the Estate of Steven Harnick and as trustee of the Steven Harnick Revocable Living Trust Dated April 2, 2002, and Pamela Harnick ("Defendants") by and through their counsel, Helen Davis Chaitman of Chaitman LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 2, 2010, the Trustee filed and served the Complaint against the Defendants.

2. On September 18, 2015, Defendants served an answer to the Complaint.

3. On December 8, 2020, the Parties entered into a settlement agreement pursuant to the Settlement Procedures Order, entered by this Court on November 12, 2010 [Dkt. No. 3181].

2

4. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to a dismissal with prejudice of the Trustee's claims against Defendants in the above-captioned adversary proceeding, and dismissal of the adversary proceeding.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic, or electronic copy of this Stipulation shall be deemed an original.

Dated: New York, New York
December 30, 2020

| Of Counsel: | **BAKER & HOSTETLER LLP** |
|---|---|
| **BAKER HOSTETLER LLP** | By: *s/ Nicholas J. Cremona* |
| 811 Main, Suite 1100 | 45 Rockefeller Plaza |
| Houston, Texas 77002 | New York, New York 10111 |
| Telephone: (713) 751-1600 | Telephone: 212.589.4200 |
| Facsimile: (713) 751-1717 | Facsimile: 212.589.4201 |
| Dean D. Hunt | David J. Sheehan |
| Email: dhunt@bakerlaw.com | Email: dsheehan@bakerlaw.com |
| | Nicholas J. Cremona |
| | Email: ncremona@bakerlaw.com |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

3

**CHAITMAN LLP**

By: */s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, New York 10022
Phone & Fax : (888) 759-1114
hchaitman@chaitmanllp.com

*Attorney for Defendants*

**SO ORDERED**

**Dated: January 4, 2021**
**New York, New York**

**/s/ STUART M. BERNSTEIN**
**HON. STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

4