**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>                      Debtor. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Adv. Pro. No. 08-01789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)** |
| **IRVING H. PICARD,** Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                      Plaintiff,<br><br>    v.<br><br>**ALPHA PRIME FUND LIMITED** *et al.*,<br><br>                      Defendants. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | **Adv. Pro. No. 09-01364 (SMB)** |

**ORDER ISSUING A LETTER OF REQUEST FOR SERVICE**
**ABROAD OF JUDICIAL OR EXTRAJUDICIAL**
**DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

Upon the Motion (the "Motion"), dated December 3, 2020, brought by Alpha Prime Fund Ltd. ("Alpha Prime") seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in the United Kingdom to obtain the testimony of René Riefler; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it appearing that no objection to the Motion having been interposed; and a Certificate of No Objection having been filed on January 4, 2021 pursuant to Local Bankruptcy Rule 9075-2 [ECF No. 673]; and it further appearing that the relief sought in the Motion is appropriate based upon the information provided

in the Motion and in the record; and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334(b); and after due deliberation; and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be signed and sealed by the Court for transmission to the appropriate judicial authority in the United Kingdom so that valid service of process may be effectuated upon René Riefler.

Dated: New York, New York
January 5th, 2021

                                                **/s/ STUART M. BERNSTEIN**
                                                HONORABLE STUART M. BERNSTEIN
                                                UNITED STATES BANKRUPTCY JUDGE