**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIM

Kenneth M. Kohl and Myrna L. Kohl (the "Claimants"), having filed an objection (the "Objection," ECF No. 575) to the Trustee's Notice of Determination of Claim with respect to Claimants' customer claim #000204, hereby gives notice that they withdraw such Objection.

Dated: January 6, 2021

CHAITMAN LLP

*/s/ Helen Davis Chaitman*
Helen Davis Chaitman
465 Park Avenue
New York, NY 10022
Phone: 888-759-1114
Email: hchaitman@chaitmanllp.com

*Attorney for Claimants*