KATTEN MUCHIN ROSENMAN LLP
575 Madison Avenue
New York, New York 10022
(212) 940-8800
*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br>     Plaintiff-Applicant, <br> v. <br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br>     Defendant. | **Adv. Pro. No. 08-01789 (SMB)** <br><br> **SIPA Liquidation** <br> **(Substantively Consolidated)** |
| In re: <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC, <br><br>     Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff <br><br>     Plaintiff, <br><br> v. <br><br> ROYAL BANK OF CANADA; GUERNROY LIMITED; ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED; ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED; ROYAL BANK OF CANADA (ASIA) LIMITED; ROYAL BANK OF CANADA (SUISSE) S.A.; RBC DOMINION SECURITIES INC.; AND RBC ALTERNATIVE ASSETS, L.P., <br><br>     Defendants | **Adv. Pro. No. 12-01699 (SMB)** |

**DECLARATION OF MARK T. CIANI**
**IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO STAY**

I, Mark T. Ciani, declare the following:

1. I am a partner at Katten Muchin Rosenman, LLP, counsel for Defendants Royal Bank of Canada; Guernroy Limited; Royal Bank of Canada (Channel Islands) Limited; Royal Bank of Canada Trust Company (Jersey) Limited; Royal Bank of Canada Singapore Branch, as successor to Royal Bank of Canada (Asia) Limited; Banque SYZ, as successor to Royal Bank of Canada (Suisse) S.A.; RBC Dominion Securities Inc.; and RBC Alternative Assets, L.P. (collectively, "RBC"), and I am admitted to practice before this Court. I am familiar with the matters stated herein based on personal knowledge or a review of files in the possession of my firm. I make this declaration in further support of RBC's Motion to Stay.

2. On December 16, 2020, this Court held a hearing on Standard Chartered's motion for a Stay in *Picard v. Standard Chartered Financial*, No. 12-01565. A true and correct copy of the court transcript of that hearing is attached hereto as Exhibit D.[1]

3. On or about August 11, 2009, Portfolio Hardcover published *Too Good To Be True: The Rise and Fall of Bernie Madoff* by Erin Arvedlund, upon which the Trustee's Proposed Amended Complaint (the "PAC", No. 12-01699, ECF No. 113-1) relies extensively. (PAC ¶¶ 95 – 118). A true and correct copy of relevant excerpts from the *Too Good To Be True: The Rise and Fall of Bernie Madoff* is attached hereto as Exhibit E.

4. On or about December 12, 2008, an anonymous poster going by the name "sharpend" made a post on the Nuclear Phynance web forum, which the Trustee's Proposed

---

[1] Exhibits A-C are attached to the Declaration of Mark T. Ciani in Support of Defendants' Motion to Stay, dated November 24, 2020, No. 12-01699, ECF No. 118-2.

Amended Complaint quotes. (PAC ¶ 120). A true and correct copy of that forum thread, including the post, timestamped 20:54, by "sharpend" is attached hereto as Exhibit F.

I declare under penalty of perjury that the foregoing is true and correct.

Executed on January 8, 2021 in New York, New York.

DocuSigned by:

*Mark T. Ciani*

C42DCA8030BA42D...

Mark T. Ciani