# EXHIBIT B



**View Your Account Online!**
www.fiserviss-iaservices.com



**Traditional IRA**                                        Page 1 of 3
**April 1, 2007 - June 30, 2007**

>02471 4934629 002 008145
JAMES M GOODMAN


**Account Name:** JAMES M GOODMAN          **Contact:** CLIENT CONNECTION
**Account Number:**     REDACTED

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
 *Cash                                REDACTED
**Total Account Value**

Prior Period
Total Account Value

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
 Current Tax Year                     REDACTED

Contributions
 Current Tax Year (2007)
 Prior Tax Year (2006)

Employer Contributions
 Current Tax Year (2007)
 Prior Tax Year (2006)

Distributions
 Current Tax Year (2007)
 Current Tax Year Withholding (2007)
 Prior Tax Year (2006)
 Prior Tax Year Withholding (2006)

* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust. No other investments are FDIC insured through Fiserv Trust.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

717 17th Street, Ste. 1700, Denver, CO 80202-3331    PO Box 173859, Denver, CO 80217-3859    800-962-4238

*Fiserv Trust Company. Member FDIC.*

02471 4934629 008058 012169 00001/00003

REDACTED

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash | Broker Cash |
|---|---|---|---|---|---|
| Beginning Cash Balance (as of 04/01/2007) | | | | | |
| Ending Cash Balance (as of 06/30/2007) | | | | | |

REDACTED

CONFIDENTIAL

**Fiserv.** Trust Company
Member FDIC. © 2006



REDACTED

# A GUIDE TO UNDERSTANDING YOUR STATEMENT OF ACCOUNT

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

• Dividends paid near the end of the quarter may not appear on this statement.

• "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

• A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

• Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

• Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: nonstandard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

• Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

• A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

NOTE: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

**CONFIDENTIAL**





PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

**Traditional IRA Fee Invoice**

Page 1 of 1

**FEE INVOICE FOR PERIOD: 04/01/2007 - 06/30/2007 -- ACCOUNT NUMBER:** REDACTED

IRA CURRENT YEAR ADMIN FEE

REDACTED

**TOTAL FEES DUE**

## IMPORTANT ACCOUNT INFORMATION

**Fees will be automatically deducted from your account, if cash is available.** You may confirm if fees have been deducted by viewing your account online at www.fiserviss-iaservices.com. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $15 late fee if fees remain unpaid 60 days from the invoice date.

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

02471 4934629 008060 012172 00003/00003

*Please Return This Portion With Your Check Made Payable To: Fiserv Trust Company*

**Invoice Date:** 07/05/2007

**Account Number:** REDACTED

**Total Fees Due:** REDACTED

REDACTED

JAMES M GOODMAN
REDACTED

**CONFIDENTIAL**                    **FISERV_GOODMAN-00018**

**Fiserv** | Investment
Support
Services

**For the Account of :**
**JAMES M GOODMAN**

**Account Number:** REDACTED

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**Date: OCTOBER 1, 2009 THROUGH NOVEMBER 2, 2009**

**Account Type: IRA**

JAMES M GOODMAN
REDACTED

## *Account Allocation*

## *Account Summary*

| Asset Class | Market Value |
| --- | --- |
| Total Assets | |

*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.  No other investments are FDIC insured through this institution.

## *Activity Summary*

| | Current Period | Year-to-Date |
| --- | --- | --- |
| **Beginning Value at Market** | REDACTED | |
| Contributions | | |
| Rollover | | |
| Dividend/Interest Income | | |
| Other Receipts | | |
| Distributions | | |
| Fees | | |
| Other Disbursements | | |
| Other Transactions | | |
| Account Activity Difference | REDACTE | |
| **Ending Value at Market** | | |

Page 1 of 3

**CONFIDENTIAL**

**FISERV_GOODMAN-00001**

**FISERV** | *Investment*
*Support*
*Services*

**For the Account of :**
**JAMES M GOODMAN**

**Account Number:** REDACTED

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**Date: OCTOBER 1, 2009 THROUGH NOVEMBER 2, 2009**

**Account Type: IRA**

## Review Of Assets

| Shares/Units | Description | Ticker | Price | Total Market Value |
|---|---|---|---|---|
| *Cash | | | | |
| | BROKER | | | REDACTED |
| | PRINCIPAL | | | |
| **Grand Total** | | | | **$0.00** |

## Activity Review

| Date | | Quantity | Broker Cash | Principal Cash | Investment Change |
|---|---|---|---|---|---|
| **Other Disbursements** | | | | | |
| 10/30/2009 | Free Deliver BERNARD L MADOFF BRKG ACCT VALUE REDACTED | REDACTED | | | |
| **Total Other Disbursements** | | | REDACTED | | |

Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value

Page 2 of 3

**CONFIDENTIAL**        **FISERV_GOODMAN-00002**

**Fiserv** Investment Support Services

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

For the Account of :
**JAMES M GOODMAN**

**Account Number:** REDACTED

**Date: OCTOBER 1, 2009 THROUGH NOVEMBER 2, 2009**

**Account Type: IRA**

## IMPORTANT INFORMATION ABOUT YOUR STATEMENT

### STATEMENT REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Summary" portion of your statement is separated into different categories. The following guidelines may apply, depending upon how your account is invested:

• Dividends paid near the end of the quarter may not appear on this statement.

• "Brokerage Value" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker-held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

• A column titled "Broker Cash" will appear in the "Activity Review" portion of your statement if cash transactions at your Financial Representative's firm were reported to us. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

• Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of prices obtained from quotation services or other sources, or the length of availability of such prices.

• Values for alternative investments are generally reported at their original offering price to investors. TIB classifies alternative investments into two types: equity and debt. Investments that TIB has classified as alternative equities include, but are not limited to, non-service-priced private partnership or limited liability company interests, private common and preferred stock and private real estate investment trusts. Investments that TIB has classified as alternative debt include, but are not limited to, mortgages/deeds of trust, corporate and private partnership notes and other private debt offerings. Information regarding whether an alternative investment has been classified as equity or debt is available upon request. On an annual basis (or more frequently if requested), TIB requests updated valuation information from such persons as investment sponsors, general partners or managing members of private partnership or limited liability company interests, officers of private corporations and sponsors of other investments it has classified as alternative equi-

ties. TIB will normally adjust the reported value of an alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. If it does not receive an updated value from the general partner, officer or sponsor, TIB may require that the Account Owner obtain and provide to TIB an updated value from the investment sponsor, or provide an independent appraisal for their asset. If the Account Owner fails to provide this information, TIB may require the Account Owner to remove the investment from their account by transfer or distribution. If the Account Owner does not remove the asset from the Account as directed, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner. TIB does not request updated valuation (or outstanding loan balance) information for investments it has classified as alternative debt. However, TIB will normally adjust the reported value (or outstanding loan balance) of an alternative debt investment if it receives updated valuation (or outstanding loan balance) information from the Servicing Agent or from the alternative debt investment sponsor. For alternative debt investments that, according to TIB's records have passed their maturity date, TIB may require the asset sponsor, Servicing Agent or Account Owner to provide information to show the current status of the investment. If TIB does not receive this information when requested, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner.

• TIB does not conduct appraisals of investments and does not seek to verify the prices or values provided to it. The reported value of any asset may differ materially from its actual value. TIB does not guarantee the accuracy of reported values or whether the Account Owner will be able to obtain the reported value in the event of a sale, redemption or surrender.

• Values reported as N/A indicate that either: 1) TIB has become aware of an event that has occurred making the previous valuation doubtful, such as a bankruptcy filing or appointment of receiver, 2) TIB has received information from the asset sponsor, or an independent appraisal from a third party to indicate that the asset has no value, or 3) A security generally has a publicly-quoted price, but TIB has received a "no-bid" indication from a third party quotation service. Valuation information or other information provided or reported by TIB should not be used as a basis for making, retaining or disposing of an investment. Please refer to reports (or other information) provided by brokers, general partners, corporate officers or other investment sponsors (or contact these sources directly) with regard to the current operation and status of any chosen investment(s). The frequency with which TIB updates prices depends upon the asset type and the frequency with which asset sponsors provide updated valuation information. This means that a price might be updated monthly, quarterly, semiannually, annually or on the specific date the updated valuation information was received. This may also mean that, while the number of shares or other information regarding an asset has been updated, the price may not have been updated.

**Note:** Mutual funds and other investments sometimes pay dividends or distribute income on or shortly before quarter-end. Such transactions generally will not be reflected on the Account Statement until the quarter in which TIB receives payment or confirmation from the investment sponsor verifying the transaction and share position. Please keep this in mind when reviewing the Account Owner security positions and account value.

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

**FDIC Insurance:** Uninvested cash deposits held in your account (which are not considered investments in your account) and TIB certificates of deposit are insured by the FDIC to the legal limit per depositor.

**Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.**

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee/custodian, we process your instructions (or your Financial Representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your Financial Representative. TIB is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

IQF-5169 (6/030)

**Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value**

**CONFIDENTIAL**                                    **FISERV_GOODMAN-00003**

A Guide to Understanding Your Statement of Account                     Page 3 of 3

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

- Dividends paid near the end of the quarter may not appear on this statement.

- "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

- A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

- Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

- Values for "alternative assets" are generally reported at their original offering price to investors and are classified into two investment types: alternative equity and alternative debt. On an annual basis (or more frequently, if requested), TIB requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as alternative equity investments. TIB will normally adjust the reported value of a alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. TIB does not request updated valuation information for assets it classifies as alternative debt investments. TIB does not conduct appraisals of investments and it does not seek to verify any values provided to it. If TIB has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

- Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

- A legend for the "Price Source" (usually only reported for alternative assets) is as follows:

  12 – Market Maker
  31 – Principal/Loan Value Outstanding
  32 – Original Purchase Cost
  33 – Investment Sponsor Reported Value
  34 – Plan Administrator Reported Value
  35 – Secondary Market Value
  36 – Third Party Appraisal
  37 – Bankruptcy/Receivership
  38 – No Updated Value or Response for Two or More Years
  39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, we process your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. TIB is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

NOTE: Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.

Uninvested cash deposits held in your account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

[IQP-5169  12/07]

04802 5664765 016280 024700 00002/00002

CONFIDENTIAL                     FISERV_GOODMAN-00035

REDACTED

Page 1 of 2

## Individual Retirement Account Statement
### July 1, 1996 - September 30, 1996

CAROL NELSON
REDACTED

|  |  | REDACTED |
|---|---|---|
| **Retirement Account Number:** REDACTED 1 | **Trustee Tax ID#** | **SSN#** |

**ACCOUNT SUMMARY**

| ACCOUNT VALUE | CONTRIBUTION AND DISTRIBUTION SUMMARY |
|---|---|
| Current Period | Rollovers                                       REDACTED |
|   | Current Tax Year |
| Brokerage Account         REDACTED | Distributions |
| **Total Account Value** | Current Tax Year |
|   | Contributions |
|   | Current Tax Year (1996) |
|   | Prior Tax Year (1995) |
|   | Employer Contributions |
|   | Received Current Year |
| Prior Period |   |
| **Total Account Value** |   |

**ACCOUNT INVESTMENTS**

BROKERAGE ACCOUNT _____

| Description | Account Number | Total Value |
|---|---|---|
| BERNARD L. MADOFF INVT. SEC. | 1-ZR265 | REDACTED |

**Total Value of Brokerage Account**

**TOTAL ACCOUNT VALUE**

**ACCOUNT TRANSACTIONS**

87 67110 9/22/2009514    87 67118 9/22/2009514

REDACTED 1

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Transaction Amount |
|---|---|---|---|---|
| 07/29/96 | Fee Payment | | | |
| 07/29/96 | Fee Payment | | | |
| 07/29/96 | Cash Adjustment | REDACTED | | |
| 07/29/96 | Cash Adjustment | | | |
| 08/13/96 | Rollover | | | |
| 08/13/96 | Cash Adjustment | To Bernard L. Madoff Investmen | | REDACTED |

**Fiserv** | Investment
Support
Services

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**For the Account of :**
**CAROL NELSON**

**Account Number:** REDACTED

**Date:  JULY  1, 2009 THROUGH SEPTEMBER 30, 2009**

**Account Type: IRA**

CAROL NELSON
REDACTED

---

## Account Allocation



☷ *CASH   100.0%
Total:   100.0%

## Account Summary

| Asset Class | Market Value |
|---|---|
| *CASH | REDACTED |

**Total Assets**

*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.  No other investments
are FDIC insured through this institution.

## Activity Summary

| | Current Period | Year-to-Date |
|---|---|---|

REDACTED

**Beginning Value at Market**
  Contributions
  Rollover
  Dividend/Interest Income
  Other Receipts
  Distributions
  Fees
  Other Disbursements
  Other Transactions
  Account Activity Difference
**Ending Value at Market**

**CONFIDENTIAL**          **FISERV-NELSON-00102**



Investment
Support
Services

For the Account of :
CAROL NELSON

Account Number: REDACTED 1

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

Date:  JULY  1, 2009 THROUGH SEPTEMBER 30, 2009

Account Type: IRA

## Review Of Assets

| Shares/Units | Description | Ticker | Price | Total Market Value |
|---|---|---|---|---|
| **\*Cash** | | | | |
| | BROKER | | | |
| | PRINCIPAL | | | REDACTED |
| **Broker Value** | | | | |
| REDACTED | BERNARD L MADOFF BRKG ACCT VALUE | | | |
| **Grand Total** | | | | REDACTED |

## Activity Review

| Date | Quantity | Broker Cash | Principal Cash | Investment Change |
|---|---|---|---|---|
| **Dividend/Interest Income** | | | | |
| 09/04/2009    Credit Interest SAVINGS INTEREST | | | | REDACTED |
| **Total Dividend/Interest Income** | | | | |

Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value

CONFIDENTIAL        FISERV-NELSON-00103

**FISERV** | Investment
Support
Services

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

For the Account of :
**CAROL NELSON**

**Account Number:** ~1 REDACTED ~1

**Date: JULY 1, 2009 THROUGH SEPTEMBER 30, 2009**

**Account Type: IRA**

## IMPORTANT INFORMATION ABOUT YOUR STATEMENT

### STATEMENT REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Summary" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

• Dividends paid near the end of the quarter may not appear on this statement.

• "Brokerage Value" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker-held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

• A column titled "Broker Cash" will appear in the "Activity Review" portion of your statement if cash transactions at your Financial Representative's firm were reported to us. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

• Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of prices obtained from quotation services or other sources, or the length of availability of such prices.

• Values for alternative investments are generally reported at their original offering price to investors. TIB classifies alternative investments into two types: equity and debt. Investments that TIB has classified as alternative equities include, but are not limited to, non-service-priced private partnership or limited liability company interests, private common and preferred stock and private real estate investment trusts. Investments that TIB has classified as alternative debt include, but are not limited to, mortgages/deeds of trust, corporate and private partnership notes and other private debt offerings. Information regarding whether an alternative investment has been classified as equity or debt is available upon request. On an annual basis (or more frequently if requested), TIB requests updated valuation information from such persons as investment sponsors, general partners or managing members of private partnership or limited liability company interests, officers of private corporations and sponsors of other investments it has classified as alternative equi-

ties. TIB will normally adjust the reported value of an alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. If it does not receive an updated value from the general partner, officer or sponsor, TIB may require that the Account Owner obtain and provide to TIB an updated value from the investment sponsor, or provide an independent appraisal for their asset. If the Account Owner fails to provide this information, TIB may require the Account Owner to remove the investment from their account by transfer or distribution. If the Account Owner does not remove the asset from the Account as directed, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner. TIB does not request updated valuation (or outstanding loan balance) information for investments it has classified as alternative debt. However, TIB will normally adjust the reported value (or outstanding loan balance) of an alternative debt investment if it receives updated valuation (or outstanding loan balance) information from the Servicing Agent or from the alternative debt investment sponsor. For alternative debt investments that, according to TIB's records have passed their maturity date, TIB may require the asset sponsor, Servicing Agent or Account Owner to provide information to show the current status of the investment. If TIB does not receive this information when requested, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner.

• TIB does not conduct appraisals of investments and does not seek to verify the prices or values provided to it. The reported value of any asset may differ materially from its actual value. TIB does not guarantee the accuracy of reported values or whether the Account Owner will be able to obtain the reported value in the event of a sale, redemption or surrender.

• Values reported as N/A indicate that either: 1) TIB has become aware of an event that has occurred making the previous valuation doubtful, such as a bankruptcy filing or appointment of receiver, 2) TIB has received information from the asset sponsor, or an independent appraisal from a third party to indicate that the asset has no value, or 3) A security generally has a publicly-quoted price, but TIB has received a "no-bid" indication from a third party quotation service. Valuation information or other information provided or reported by TIB should not be used as a basis for making, retaining or disposing of an investment. Please refer to reports (or other information) provided by brokers, general partners, corporate officers or other investment sponsors (or contact these sources directly) with regard to the current operation and status of any chosen investment(s). The frequency with which TIB updates prices depends upon the asset type and the frequency with which asset sponsors provide updated valuation information. This means that a price might be updated monthly, quarterly, semiannually, annually or on the specific date the updated valuation information was received. This may also mean that, while the number of shares or other information regarding an asset has been updated, the price may not have been updated.

**Note:** Mutual funds and other investments sometimes pay dividends or distribute income on or shortly before quarter-end. Such transactions generally will not be reflected on the Account Statement until the quarter in which TIB receives payment or confirmation from the investment sponsor verifying the transaction and share position. Please keep this in mind when reviewing the Account Owner security positions and account value.

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

**FDIC Insurance:** Uninvested cash deposits held in your account (which are not considered investments in your account) and TIB certificates of deposit are insured by the FDIC to the legal limit per depositor.

**Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.**

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee/custodian, we process your instructions (or your Financial Representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your Financial Representative. TIB is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

IQF-5169 05/09b

Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value

CONFIDENTIAL    FISERV-NELSON-00104





**Fiserv** Trust Company
Member FDIC. © 2006

**View Your Account Online!**
www.fiserviss-iaservices.com

**Traditional IRA**
**April 1, 2007 - June 30, 2007**

Page 1 of 3

>03112 4934629 002 008145
BOYER PALMER


REDACTED

**Account Name:** BOYER PALMER
**Account Number:** REDACTED

**Contact:** CLIENT CONNECTION

## ACCOUNT SUMMARY

### REPORTED ACCOUNT VALUE

Current Period
*Cash
**Total Account Value**

Prior Period
Total Account Value

REDACTED

### CONTRIBUTION AND DISTRIBUTION SUMMARY

Rollovers
  Current Tax Year

REDACTED

Contributions
  Current Tax Year (2007)
  Prior Tax Year (2006)

Employer Contributions
  Current Tax Year (2007)
  Prior Tax Year (2006)

Distributions
  Current Tax Year (2007)
  Current Tax Year Withholding (2007)
  Prior Tax Year (2006)
  Prior Tax Year Withholding (2006)

* Fiserv Trust's FDIC insurance coverage applies only to deposits held in the Fiserv Trust Money Market, and to certificates of deposit issued by Fiserv Trust. No other investments are FDIC insured through Fiserv Trust.

## IMPORTANT ACCOUNT INFORMATION

Please review the last page of your statement for more important account information and retain this statement for your records. Report any discrepancies to us immediately.

717 17th Street, Ste. 1700, Denver, CO 80202-3331   PO Box 173859, Denver, CO 80217-3859   800-962-4238

*Fiserv Trust Company. Member FDIC.*

03112 4934629 009981 014849 00001/00003

**CONFIDENTIAL**

**FISERV-PALMER-00018**

## ACCOUNT INVESTMENTS

Investment Products: • Not FDIC Insured • No Bank Guarantee • May Lose Value

## ACCOUNT TRANSACTIONS

| Transaction Date | Transaction | Transaction Description | Transaction Shares | Cash | Broker Cash |
|---|---|---|---|---|---|
| **Beginning Cash Balance**  (as of 04/01/2007) | | | | REDACTED | |
| **Ending Cash Balance**  (as of 06/30/2007) | | | | | |

**Fiserv.** Trust
Company
Member FDIC. © 2006



REDACTED

# A GUIDE TO UNDERSTANDING YOUR STATEMENT OF ACCOUNT

## STATEMENT & REVIEW PERIOD

Your statement is a comprehensive summary of the Fiserv Trust Company (FTC) account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, FTC shall be relieved of any and all liability for the accuracy of the data reported in the statement.

## ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Investments" portion of your statement is separated into different asset categories. The following guidelines may apply, depending upon how your account is invested:

• Dividends paid near the end of the quarter may not appear on this statement.

• "Brokerage Accounts" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to FTC by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and FTC does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

• A column titled "Broker Cash" will appear in the "Account Activity" portion of your statement if cash transactions were reported to us at your Financial Representative's firm. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at FTC). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay FTC fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to FTC.

• Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. FTC does not guarantee the accuracy of reported values, or whether you will be able to obtain the value indicated on this Account Statement in the event of a sale.

• Values for "non-standard assets" are generally reported at their original offering price to investors and are classified into two investment types: nonstandard equity and non-standard debt. On an annual basis (or more frequently, if requested), FTC requests updated valuation information from such persons as general partners of limited partnerships, officers of private corporations and sponsors of other assets it has classified as non-standard equity investments. FTC will normally adjust the reported value of a non-standard equity investment if the general partner, officer or sponsor provides FTC with an updated value. FTC does not request updated valuation information for assets it classifies as non-standard debt investments. FTC does not conduct appraisals of investments and it does not seek to verify any values provided to it. If FTC has not received an updated value from the asset sponsor for a period of two years, it will begin to report the value as "N/A."

• Values reported as "N/A" indicate that updated valuation information was not available at the time of reporting, or that the asset has no value. Please refer to reports received from brokers, general partners, officers or other asset sponsors (or contact these sources directly) with regard to the current operation and status of your chosen asset(s). The reported value of any asset may differ materially from its actual value.

• A legend for the "Price Source" (usually only reported for non-standard assets) is as follows:

    12 – Market Maker
    31 – Principal/Loan Value Outstanding
    32 – Original Purchase Cost
    33 – Investment Sponsor Reported Value
    34 – Plan Administrator Reported Value
    35 – Secondary Market Value
    36 – Third Party Appraisal
    37 – Bankruptcy/Receivership
    38 – No Updated Value or Response for Two or More Years
    39 – Miscellaneous

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

## ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of FTC to make payment from your account at all times is limited to available liquid assets in the account.

## INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee, Fiserv ISS processes your instructions (or your financial representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your financial representative. Fiserv ISS is not responsible for the performance of your investments.

## CUSTODY OF ASSETS

FTC may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. FTC, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, FTC or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or FTC to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by FTC, we are able to reduce processing time and ensure proper asset delivery, if applicable.

## TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). **Please keep your December 31 IRA Statement of Account for your records.**

NOTE: Investments in your FTC account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by FTC; and are subject to investment risk, including the possible loss of your entire investment.

Deposits in the FTC Money Market Account (which are not considered investments in your account) are insured by the FDIC to the legal limit per depositor.

IIA-3449 8/06]

**CONFIDENTIAL**                                   **FISERV-PALMER-00020**


Member FDIC. © 2006

PO Box 173859
Denver, CO 80217-3859
800-962-4238
www.fiserviss-iaservices.com

**Traditional IRA Fee Invoice**

Page 1 of 1

**FEE INVOICE FOR PERIOD: 04/01/2007 - 06/30/2007 -- ACCOUNT NUMBER** REDACTED

IRA CURRENT YEAR ADMIN FEE

<span style="color:red">REDACTED</span>

**TOTAL FEES DUE**

## IMPORTANT ACCOUNT INFORMATION

**Fees will be automatically deducted from your account, if cash is available.** You may confirm if fees have been deducted by viewing your account online at www.fiserviss-iaservices.com. If there is insufficient cash in your account, please remit payment upon receipt of this invoice. Your account will be subject to a $15 late fee if fees remain unpaid 60 days from the invoice date.

### PLEASE RETAIN THIS PORTION FOR YOUR RECORDS

03112 4934629 009983 014852 00003/00003

*Please Return This Portion With Your Check Made Payable To: Fiserv Trust Company*

**Invoice Date:** 07/05/2007

**Account Number:** REDACTED

**Total Fees Due:** REDACTED

<span style="color:red">REDACTED</span>

BOYER PALMER


**Fiserv**  Investment
Support
Services

**For the Account of :**
**BOYER PALMER**

**Account Number:**   REDACTED

PO Box 173859
Denver, CO  80217-3859
Phone : 800-962-4238

**Date:  OCTOBER  1, 2009 THROUGH NOVEMBER  2, 2009**

**Account Type:  IRA**

BOYER PALMER
REDACTED

---

## Account Allocation

## Account Summary

| Asset Class | Market Value |
|---|---|
| Total Assets | |

\*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.  No other investments
are FDIC insured through this institution.

## Activity Summary

|  | **Current Period** | **Year-to-Date** |
|---|---|---|

**Beginning Value at Market**
Contributions
Rollover
Dividend/Interest Income
Other Receipts
Distributions
Fees
Other Disbursements
Other Transactions
Account Activity Difference

**Ending Value at Market**



**CONFIDENTIAL**

FISERV-PALMER-00001

**Fiserv** | Investment
            Support
            Services

**For the Account of :**
**BOYER PALMER**

**Account Number:** REDACTED

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**Date: OCTOBER 1, 2009 THROUGH NOVEMBER 2, 2009**

**Account Type: IRA**

## Review Of Assets

| Shares/Units | Description | Ticker | Price | Total Market Value |
|---|---|---|---|---|
| *Cash | | | | REDACTED |
| | BROKER | | | |
| | PRINCIPAL | | | |

**Grand Total**

## Activity Review

| Date | | Quantity | Broker Cash | Principal Cash | Investment Change |
|---|---|---|---|---|---|
| **Dividend/Interest Income** | | | | | |
| 11/02/2009 | Credit Interest | | | | |
| | Savings Interest | | REDACTED | | |

**Total Dividend/Interest Income**
**Other Disbursements**

| 10/30/2009 | Free Deliver | | | | |
| | BERNARD L MADOFF BRKG ACCT | | | | |
| | VALUE | | | | |
| | REDACTED | | | | |
| 11/02/2009 | Cash Disbursement | | | | |

**Total Other Disbursements**

---

Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value

Page 2 of 3

**CONFIDENTIAL**                    **FISERV-PALMER-00002**

**Fiserv** | Investment Support Services

For the Account of :
**BOYER PALMER**

**Account Number:** REDACTED

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**Date: OCTOBER 1, 2009 THROUGH NOVEMBER 2, 2009**

**Account Type: IRA**

## IMPORTANT INFORMATION ABOUT YOUR STATEMENT

### STATEMENT REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Summary" portion of your statement is separated into different categories. The following guidelines may apply, depending upon how your account is invested:

• Dividends paid near the end of the quarter may not appear on this statement.

• "Brokerage Value" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker-held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

• A column titled "Broker Cash" will appear in the "Activity Review" portion of your statement if cash transactions at your Financial Representative's firm were reported to us. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

• Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of prices obtained from quotation services or other sources, or the length of availability of such prices.

• Values for alternative investments are generally reported at their original offering price to investors. TIB classifies alternative investments into two types: equity and debt. Investments that TIB has classified as alternative equities include, but are not limited to, non-service-priced private partnership or limited liability company interests, private common and preferred stock and private real estate investment trusts. Investments that TIB has classified as alternative debt include, but are not limited to, mortgages/deeds of trust, corporate and private partnership notes and other private debt offerings. Information regarding whether an alternative investment has been classified as equity or debt is available upon request. On an annual basis (or more frequently if requested), TIB requests updated valuation information from such persons as investment sponsors, general partners or managing members of private partnership or limited liability company interests, officers of private corporations and sponsors of other investments it has classified as alternative equi-

ties. TIB will normally adjust the reported value of an alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. If it does not receive an updated value from the general partner, officer or sponsor, TIB may require that the Account Owner obtain and provide to TIB an updated value from the investment sponsor, or provide an independent appraisal for their asset. If the Account Owner fails to provide this information, TIB may require the Account Owner to remove the investment from their account by transfer or distribution. If the Account Owner does not remove the asset from the Account as directed, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner. TIB does not request updated valuation (or outstanding loan balance) information for investments it has classified as alternative debt. However, TIB will normally adjust the reported value (or outstanding loan balance) of an alternative debt investment if it receives updated valuation (or outstanding loan balance) information from the Servicing Agent or from the alternative debt investment sponsor. For alternative debt investments that, according to TIB's records have passed their maturity date, TIB may require the asset sponsor, Servicing Agent or Account Owner to provide information to show the current status of the investment. If TIB does not receive this information when requested, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner.

• TIB does not conduct appraisals of investments and does not seek to verify the prices or values provided to it. The reported value of any asset may differ materially from its actual value. TIB does not guarantee the accuracy of reported values or whether the Account Owner will be able to obtain the reported value in the event of a sale, redemption or surrender.

• Values reported as N/A indicate that either: 1) TIB has become aware of an event that has occurred making the previous valuation doubtful, such as a bankruptcy filing or appointment of receiver, 2) TIB has received information from the asset sponsor, or an independent appraisal from a third party to indicate that the asset has no value, or 3) A security generally has a publicly-quoted price, but TIB has received a "no-bid" indication from a third party quotation service. Valuation information or other information provided or reported by TIB should not be used as a basis for making, retaining or disposing of an investment. Please refer to reports (or other information) provided by brokers, general partners, corporate officers or other investment sponsors (or contact these sources directly) with regard to the current operation and status of any chosen investment(s). The frequency with which TIB updates prices depends upon the asset type and the frequency with which asset sponsors provide updated valuation information. This means that a price might be updated monthly, quarterly, semiannually, annually or on the specific date the updated valuation information was received. This may also mean that, while the number of shares or other information regarding an asset has been updated, the price may not have been updated.

**Note:** Mutual funds and other investments sometimes pay dividends or distribute income on or shortly before quarter-end. Such transactions generally will not be reflected on the Account Statement until the quarter in which TIB receives payment or confirmation from the investment sponsor verifying the transaction and share position. Please keep this in mind when reviewing the Account Owner security positions and account value.

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

**FDIC Insurance:** Uninvested cash deposits held in your account (which are not considered investments in your account) and TIB certificates of deposit are insured by the FDIC to the legal limit per depositor.

**Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.**

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee/custodian, we process your instructions (or your Financial Representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your Financial Representative. TIB is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

IQF-5169 (6/030)

Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value

Page 3 of 3

CONFIDENTIAL                                    FISERV-PALMER-00003

REDACTED

S3 34591 5/27/2009454

CONFIDENTIAL

FISERV-ROBBINS-00204

Your Account Number: REDACTED
Type Of Account:   Simple IRA
Social Security No:
Birth Date:   REDACTED
Custodian I.D. No:

Judd Robbins
REDACTED

STATEMENT FOR THE PERIOD OF 10/01/94 THROUGH 12/31/94

TRANSACTION SUMMARY

| Date | Transaction | | Received | Disbursed | Balance |
|------|-------------|---|----------|-----------|---------|
| | | | Beginning balance $ | | .00 |
| 11/15/94 | #291033 - ESTABLISHMENT FEES REC | | | | |
| 11/15/94 | #291034 - TRUST ADMINISTRATION FEE | | REDACTED | | |
| 11/15/94 | #291033 - TRANSFER FEE TO RAI | | | | |
| 11/15/94 | #291034 - TRANSFER FEE TO RAI | | | | |
| | | | Ending balance | REDACTED | |

BROKER SUMMARY

| Statement Date | Broker | Account Number | Balance |
|----------------|--------|----------------|---------|
| 12/31/94 | Bernard L. Madoff Investments | 1-ZR234-3-0 | REDACTED |
| | | Broker total | |

------------------------------------------------------------------
------------------------------------------------- Fair Market Value 12/31/94.

    * This information is being furnished to the Internal
    Revenue Service.   Please contact us immediately
    should your records not be in agreement.

0-132 x 64 10-93

Your Account Number:    REDACTED
Type Of Account:    Simple IRA
Social Security No:    REDACTED
Birth Date:

Judd Robbins
REDACTED

STATEMENT FOR THE PERIOD OF 1/01/95 THROUGH 3/31/95

TRANSACTION SUMMARY

| Date | Transaction | | Received | Disbursed | Balance |
|------|-------------|---|----------|-----------|---------|
| | | | | Beginning balance $ | REDACTED |
| | | | | Ending balance $ | |

BROKER SUMMARY

| Statement Date | Broker | | Account Number | Balance |
|----------------|--------|---|----------------|---------|
| 3/31/95 | Bernard L. Madoff Investments | | 1-ZR234-3-0 | REDACTED |
| | | | Broker total $ | |

Total value as of 12/31/94  $ REDACTED   Total value as of 3/31/95 $



**For the Account of :**
**JUDD ROBBINS**

**Account Number:** ˆˈREDACTEDˈˆ1

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**Date:  OCTOBER  1, 2009 THROUGH NOVEMBER  2, 2009**

**Account Type:  IRA**

JUDD ROBBINS
≈≈≈≈ ≈ ˈREDACTEDˈ ≈≈ ≈≈≈≈
≈≈≈≈≈≈≈ ≈≈ ≈≈≈≈≈

## *Account Allocation*

## *Account Summary*

**Asset Class**                                                                 **Market Value**

**Total Assets**

*FDIC insurance coverage applies only to deposits held in cash and to certificates of deposit issued by your trustee/custodian.  No other investments are FDIC insured through this institution.

## *Activity Summary*

|  | **Current Period** | **Year-to-Date** |
|---|---|---|
| **Beginning Value at Market** | | |
| Contributions | | |
| Rollover | | |
| Dividend/Interest Income | | |
| Other Receipts | | |
| Distributions | | |
| Fees | | |
| Other Disbursements | | |
| Other Transactions | | |
| Account Activity Difference | | |
| **Ending Value at Market** | | |



**CONFIDENTIAL**                         **FISERV-ROBBINS-00060**


Investment
Support
Services

**For the Account of :**
**JUDD ROBBINS**

**Account Number:** REDACTED 1

PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

**Date: OCTOBER 1, 2009 THROUGH NOVEMBER 2, 2009**

**Account Type: IRA**

## Review Of Assets

| Shares/Units | Description | | Ticker | Price | Total Market Value |
|---|---|---|---|---|---|
| **\*Cash** | | | | | |
| | BROKER | | | | |
| | PRINCIPAL | | | | |
| **Grand Total** | | | | | |

## Activity Review

| Date | | Quantity | Broker Cash | Principal Cash | Investment Change |
|---|---|---|---|---|---|
| **Dividend/Interest Income** | | | | | |
| 11/02/2009 | Credit Interest Savings Interest | | | | |

REDACTED

**Total Dividend/Interest Income**

**Other Disbursements**

| 10/30/2009 | Free Deliver BERNARD L MADOFF BRKG ACCT VALUE REDACTED | | | | |
| 11/02/2009 | Cash Disbursement | | | | |
| 11/02/2009 | Free Deliver 6425 GESS LTD SC BY1ST SO MG PND REDACTED | | | | |

**Total Other Disbursements**

Investment Products \* Not FDIC Insured \* No Bank Guarantee \* May Lose Value

Page 2 of 3

CONFIDENTIAL



PO Box 173859
Denver, CO 80217-3859
Phone : 800-962-4238

## IMPORTANT INFORMATION ABOUT YOUR STATEMENT

### STATEMENT REVIEW PERIOD

Your statement is a comprehensive summary of your account assets and account activity for the Statement Period indicated on the front of this statement. Additional important account information is also included each period. Please review the entire statement for accuracy. Any discrepancies should be documented in writing and sent to us within 90 days of the date of this statement. If the notice of discrepancies is not received in that time, Trust Industrial Bank (TIB) shall be relieved of any and all liability for the accuracy of the data reported in the statement.

### ACCOUNT INVESTMENTS & ASSET VALUE REPORTING POLICY

The "Account Summary" portion of your statement is separated into different categories. The following guidelines may apply, depending upon how your account is invested:

• Dividends paid near the end of the quarter may not appear on this statement.

• "Brokerage Value" is a category that reports a cumulative total of all retirement plan assets held by your broker(s), as provided to TIB by your brokerage firm(s). For IRA accounts, assets may be included in the cumulative value in this category which are not individually listed, and TIB does not verify the information provided by your brokerage firm(s). For Qualified Plans and Investment Annuity accounts, broker-held assets will be individually listed in their appropriate asset category. Please contact your Financial Representative with questions.

• A column titled "Broker Cash" will appear in the "Activity Review" portion of your statement if cash transactions at your Financial Representative's firm were reported to us. The corresponding transaction description will appear next to the date of entry. Please note that the ending balance listed in the Broker Cash column has not been verified and is held at your brokerage firm (not at TIB). To ensure accuracy of this figure (and all brokerage activity), please consult your Financial Representative. If you wish to pay TIB fees from cash or assets held in your brokerage account, you may ask your Financial Representative to send funds to TIB.

• Individual values for securities that have publicly-quoted prices are reported based solely on such quoted prices, which are obtained from a quotation service or other source generally available to the public. TIB does not guarantee the accuracy of prices obtained from quotation services or other sources, or the length of availability of such prices.

• Values for alternative investments are generally reported at their original offering price to investors. TIB classifies alternative investments into two types: equity and debt. Investments that TIB has classified as alternative equities include, but are not limited to, non-service-priced private partnership or limited liability company interests, private common and preferred stock and private real estate investment trusts. Investments that TIB has classified as alternative debt include, but are not limited to, mortgages/deeds of trust, corporate and private partnership notes and other private debt offerings. Information regarding whether an alternative investment has been classified as equity or debt is available upon request. On an annual basis (or more frequently if requested), TIB requests updated valuation information from such persons as investment sponsors, general partners or managing members of private partnership or limited liability company interests, officers of private corporations and sponsors of other investments it has classified as alternative equi-

ties. TIB will normally adjust the reported value of an alternative equity investment if the general partner, officer or sponsor provides TIB with an updated value. If it does not receive an updated value from the general partner, officer or sponsor, TIB may require that the Account Owner obtain and provide to TIB an updated value from the investment sponsor, or provide an independent appraisal for their asset. If the Account Owner fails to provide this information, TIB may require the Account Owner to remove the investment from their account by transfer or distribution. If the Account Owner does not remove the asset from the Account as directed, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire Account to the Account Owner. TIB does not request updated valuation (or outstanding loan balance) information for investments it has classified as alternative debt. However, TIB will normally adjust the reported value (or outstanding loan balance) of an alternative debt investment if it receives updated valuation (or outstanding loan balance) information from the Servicing Agent or from the alternative debt investment sponsor. For alternative debt investments that, according to TIB's records have passed their maturity date, TIB may require the asset sponsor, Servicing Agent or Account Owner to provide information to show the current status of the investment. If TIB does not receive this information when requested, TIB may distribute the asset to the Account Owner at the last reported value or resign and distribute the entire account to the Account Owner.

• TIB does not conduct appraisals of investments and does not seek to verify the prices or values provided to it. The reported value of any asset may differ materially from its actual value. TIB does not guarantee the accuracy of reported values or whether the Account Owner will be able to obtain the reported value in the event of a sale, redemption or surrender.

• Values reported as N/A indicate that either: 1) TIB has become aware of an event that has occurred making the previous valuation doubtful, such as a bankruptcy filing or appointment of receiver, 2) TIB has received information from the asset sponsor, or an independent appraisal from a third party to indicate that the asset has no value, or 3) A security generally has a publicly-quoted price, but TIB has received a "no-bid" indication from a third party quotation service. Valuation information or other information provided or reported by TIB should not be used as a basis for making, retaining or disposing of an investment. Please refer to reports (or other information) provided by brokers, general partners, corporate officers or other investment sponsors or contact these sources directly with regard to the current operation and status of any chosen investment(s). The frequency with which TIB updates prices depends upon the asset type and the frequency with which asset sponsors provide updated valuation information. This means that a price might be updated monthly, quarterly, semiannually, annually or on the specific date the updated valuation information was received. This may also mean that, while the number of shares or other information regarding an asset has been updated, the price may not have been updated.

**Note:** Mutual funds and other investments sometimes pay dividends or distribute income on or shortly before quarter-end. Such transactions generally will not be reflected on the Account Statement until the quarter in which TIB receives payment or confirmation from the investment sponsor verifying the transaction and share position. Please keep this in mind when reviewing the Account Owner security positions and account value.

A total value for all your assets (by category) is listed in the "Account Summary" portion of this statement. This Account Statement (and the reported values herein) should not be used as the basis for making, retaining or disposing of an investment.

**FDIC Insurance:** Uninvested cash deposits held in your account (which are not considered investments in your account) and TIB certificates of deposit are insured by the FDIC to the legal limit per depositor.

**Investments in your account are not insured by the FDIC; are not deposits or obligations of and are not guaranteed by TIB; and are subject to investment risk, including the possible loss of your entire investment.**

### ACCOUNT TRANSACTIONS

The amount listed with each transaction may not represent funds actually received into your account. It may represent the dollar value of a transaction that affects only asset shares in your account. The liability of TIB to make payment from your account at all times is limited to available liquid assets in the account.

### INVESTMENT RESPONSIBILITY

You (in conjunction with your Financial Representative) have sole authority and discretion to manage the investment of all assets in your account. As a DIRECTED trustee/custodian, we process your instructions (or your Financial Representative's if you chose to appoint one) and we provide account reporting and recordkeeping services. We do not give investment, tax or legal advice, provide retail investment products, perform independent investment valuations or appraisals, or maintain an agency relationship with your Financial Representative. TIB is not responsible for the performance of your investments.

### CUSTODY OF ASSETS

TIB may consolidate the information it receives from your Financial Representative, brokerage firm, or other investment sponsors (i.e., mutual funds, insurance companies, limited partnerships, banks, etc.) to report all assets held in your retirement plan on this Account Statement. TIB, however, may not have physical custody of all assets listed on this statement. Assets may be held at the investment sponsor, your brokerage firm, TIB or another designated site. In addition, many assets do not generate a physical certificate. Before selling an asset in your retirement plan, you and/or your Financial Representative should check with the designated brokerage firm or TIB to determine the custody of your asset(s). By determining the custody of an asset before a transaction or confirmation is received by TIB, we are able to reduce processing time and ensure proper asset delivery, if applicable.

### TAX INFORMATION

The December 31 year-end value of assets listed on your IRA Statement of Account will be furnished to the Internal Revenue Service (this does not apply to Qualified Plans or 403(b)(7) accounts). Please keep your December 31 IRA Statement of Account for your records.

IQF-5169 (9/030)

Investment Products * Not FDIC Insured * No Bank Guarantee * May Lose Value

CONFIDENTIAL

FISERV-ROBBINS-00062