# EXHIBIT E

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Adv. Pro. Nos.  08-1789 (SMB) & 10-04469 (SMB)

SECURITIES INVESTOR PROTECTION CORPORATION,
          Plaintiff-Applicant,

-vs-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,
          Defendant.

_____

IN RE:
BERNARD L. MADOFF,
          Debtor.



_____

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities, LLC,
          Plaintiff,

vs.

CAROL L. KAMENSTEIN, individually and in her capacity
as joint tenant, DAVID R. KAMENSTEIN, individually and
in his capacity as joint tenant, SLOAN G. KAMENSTEIN and
TRACY D. KAMENSTEIN,

          Defendants.

_____

DEPOSITION OF DAVID KAMENSTEIN
VIDEOTAPED

Wednesday, February 22, 2017
1:50 - 4:41 p.m.

444 West Railroad Avenue
Suite 300
West Palm Beach, Florida 33401

Reported By:
Shirley D. King, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office  Job #1522945-D

Picard v Kamenstein        David Kamenstein 2/22/2017

```
                                                         Page 2

  1

  2    APPEARANCES:

  3    On behalf of the Trustee:

  4        TATIANA MARKEL, ESQUIRE
           DOMINIC GENTILE, ESQUIRE
  5        BAKER HOSTETLER
           45 Rockefeller Plaza
  6        New York, New York  10111
           Phone: 212.589.4615
  7        Email:  tmarkel@bakerlaw.com

  8

  9    On behalf of the Deponent:

 10        HELEN DAVIS CHAITMAN, ESQUIRE
           BECKER & POLIAKOFF LLP
 11        45 Broadway
           New York, New York  10006
 12        Phone: 212.599.3322
           Email:  hchaitman@bplegal.com

 13

 14

 15

 16    ALSO PRESENT:

 17

           CAROL KAMENSTEIN
 18        SLOAN KAMENSTEIN
           TRACY KAMENSTEIN
 19        MICHAEL HOLLANDER, VIDEOGRAPHER

 20

 21

 22

 23

 24

 25
```

Picard v Kamenstein        David Kamenstein 2/22/2017

```
                                                        Page 3
  1                                   -   -   -
  2           .                   I N D E X
  3                                   -   -   -
  4
  5    WITNESS:              DIRECT   CROSS   REDIRECT   RECROSS
  6
       CAROL KAMENSTEIN
  7
       BY MS. MARKEL:          6
  8
  9
 10                                   -   -   -
                       E X H I B I T S   M A R K E D
 11                                   -   -   -
 12    EXHIBIT 1              NOTE                        12
       EXHIBIT 2              ACCOUNT-OPENING DOCUMENTS   13
 13    EXHIBIT 3              1984 TRACY KAMENSTEIN       13
                              IRREVOCABLE TRUST
 14    EXHIBIT 4              SLOAN KAMENSTEIN 1984       14
                              IRREVOCABLE TRUST
 15    EXHIBIT 5              ACCOUNT-OPENING DOCUMENTS   16
       EXHIBIT 6              MARCH 21ST, 2005 CHECKS     19
 16    EXHIBIT 7              VARIOUS COPIES OF LETTERS   23
                              SENT TO BLMIS
 17    EXHIBIT 8              DOCUMENTS                   25
       EXHIBIT 9              DOCUMENT                    26
 18    EXHIBIT 10             ANSWER AND AFFIRMATIVE      29
                              DEFENSES
 19    EXHIBIT 11             DEPOSITS FOR FOUR ACCOUNTS  31
                              AT BLMIS
 20    EXHIBIT 12             AMENDED INTERROGATORY       32
                              RESPONSES
 21    EXHIBIT 13             DOCUMENT                    39
       EXHIBIT 14             WRITTEN WITHDRAWAL          41
 22    EXHIBIT 15             DOCUMENT                    44
       EXHIBIT 16             DOCUMENT                    46
 23    EXHIBIT 17             TWO CHECKS                  48
       EXHIBIT 18             CANCELED CHECKS             49
 24    EXHIBIT 19             CANCELED CHECKS             50
       EXHIBIT 20             TWO DEPOSITS                53
 25
```

Picard v Kamenstein          David Kamenstein 2/22/2017

                                                              Page 4

 1                              - - -
                   E X H I B I T S   M A R K E D (cont'd)
 2                              - - -
 3
 4   EXHIBIT 21              WITHDRAWAL REQUEST        53
     EXHIBIT 22              CANCELED CHECKS           56
 5   EXHIBIT 23              BANK STATEMENT            57
     EXHIBIT 24              CANCELED CHECKS           59
 6   EXHIBIT 25              CANCELED CHECKS           59
     EXHIBIT 26              WITHDRAWALS FROM BLMIS    60
 7   EXHIBIT 27              CANCELED CHECKS           63
     EXHIBIT 28              CANCELED CHECKS           64
 8   EXHIBIT 29              CANCELED CHECKS           65
     EXHIBIT 30              CANCELED CHECK            67
 9   EXHIBIT 31              CANCELED CHECKS           69
     EXHIBIT 32              CANCELED CHECKS           70
10   EXHIBIT 33              BANK STATEMENT            71
     EXHIBIT 34              WITHDRAWALS FROM ACCOUNTS 72
11   EXHIBIT 35              BANK STATEMENT            73
     EXHIBIT 36              FOUR CANCELED CHECKS      74
12   EXHIBIT 37              BANK STATEMENT            75
     EXHIBIT 38              DOCUMENTS                 76
13   EXHIBIT 39              DOCUMENTS                 77
     EXHIBIT 40              DOCUMENT                  77
14   EXHIBIT 41              DOCUMENT                  78
     EXHIBIT 42              CANCELED CHECK            79
15   EXHIBIT 43              CANCELED CHECKS           79
     EXHIBIT 44              CANCELED CHECK            80
16   EXHIBIT 45              CANCELED CHECKS           81
     EXHIBIT 46              CANCELED CHECKS           81
17   EXHIBIT 47              CANCELED CHECKS           82
     EXHIBIT 48              CANCELED CHECKS           83
18   EXHIBIT 49              CANCELED CHECK            84
     EXHIBIT 50              CANCELED CHECK            85
19   EXHIBIT 51              CANCELED CHECK            85
     EXHIBIT 52              BANK ACCOUNT STATEMENT    86
20   EXHIBIT 53              CANCELED CHECKS           87
     EXHIBIT 54              CANCELED CHECKS           87
21   EXHIBIT 55              CANCELED CHECKS           88
     EXHIBIT 56              CANCELED CHECK            89?
22   EXHIBIT 57              CANCELED CHECKS           90
     EXHIBIT 58              CANCELED CHECKS           90
23
24
25

Picard v Kamenstein          David Kamenstein 2/22/2017

Page 15

 1              MS. CHAITMAN:  Okay.

 2   BY MS. MARKEL:

 3        Q.   If you could just -- where was the previous

 4   trust?  Is this the previous trust document?

 5        A.   This one is.

 6        Q.   Yeah.  Yeah.  I just want you to keep it handy

 7   just for the next question.

 8        A.   Okay.  The previous one?

 9        Q.   Yeah, just these two.

10        A.   Okay.

11        Q.   So you'll see this is a very similar

12   document --

13        A.   Right.

14        Q.   -- but on behalf of Sloan, correct?

15        A.   Correct.

16        Q.   These two trusts were associated with the

17   BLMIS account.  And in one of them -- so for Sloan's

18   account, Carol signed the account-opening documents as

19   Trustee, and for Tracy's account it was you who signed

20   the account-opening documents as Trustee.

21              But based on your prior testimony, is it

22   accurate to say, that regardless of these documents, you

23   were the person who managed all of these accounts?

24        A.   Yes.

25        Q.   Thank you.

Page 93

```
 1                      CERTIFICATE OF OATH

 2    THE STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5

 6          I, the undersigned authority, certify that

 7    DAVID KAMENSTEIN personally appeared before me and was

 8    duly sworn.

 9

10          Dated this 22nd day of February, 2017.

11

12

13

14
                     _____
15
                     Shirley D. King, RPR, FPR
16                   Notary Public - State of Florida
                     My Commission Expires:  7/26/2017
17                   My Commission No.:  FF 019917

18                   Job #1522945-D

19

20

21

22

23

24

25
```

Page 94

```
 1                   C E R T I F I C A T E

 2    THE STATE OF FLORIDA

 3    COUNTY OF PALM BEACH

 4

 5            I, Shirley D. King, Registered Professional
      Reporter and Notary Public in and for the State of
 6    Florida at Large, do hereby certify that I was
      authorized to and did report said deposition in
 7    stenotype; and that the foregoing pages are a true
      and correct transcription of my shorthand notes of
 8    said deposition.

 9            I further certify that said deposition was
      taken at the time and place hereinabove set forth and
10    that the taking of said deposition was commenced and
      completed as hereinabove set out.
11
              I further certify that I am not attorney or
12    counsel of any of the parties, nor am I a relative or
      employee of any attorney or counsel of party connected
13    with the action, nor am I financially interested in the
      action.
14
              The foregoing certification of this transcript
15    does not apply to any reproduction of the same by any
      means unless under the direct control and/or direction
16    of the certifying reporter.

17            Dated this 6th day of March, 2017.

18

19

20

21       _____
         Shirley D. King, RPR, FPR
22
         Job #1522945-D
23

24

25
```