# EXHIBIT F

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK
Adv. Pro. Nos.  08-1789 (SMB) & 10-04469 (SMB)

SECURITIES INVESTOR PROTECTION CORPORATION,
    Plaintiff-Applicant,

-vs-

BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,
    Defendant.

_____

IN RE:
BERNARD L. MADOFF,
    Debtor.



_____

IRVING H. PICARD, Trustee for the Liquidation of
Bernard L. Madoff Investment Securities, LLC,
    Plaintiff,
vs.
CAROL L. KAMENSTEIN, individually and in her capacity
as joint tenant, DAVID R. KAMENSTEIN, individually and
in his capacity as joint tenant, SLOAN G. KAMENSTEIN and
TRACY D. KAMENSTEIN,

    Defendants.

_____

DEPOSITION OF TRACY KAMENSTEIN
VIDEOTAPED

Wednesday, February 22, 2017
10:34 - 11:03 a.m.

444 West Railroad Avenue
Suite 300
West Palm Beach, Florida 33401


Reported By:
Shirley D. King, RPR, FPR
Notary Public, State of Florida
West Palm Beach Office   Job #1522945-B

Page 2

```
 1
 2    APPEARANCES:
 3    On behalf of the Trustee:
 4         TATIANA MARKEL, ESQUIRE
           DOMINIC GENTILE, ESQUIRE
 5         BAKER HOSTETLER
           45 Rockefeller Plaza
 6         New York, New York  10111
           Phone: 212.589.4615
 7         Email:  tmarkel@bakerlaw.com

 8
 9    On behalf of the Deponent:
10         HELEN DAVIS CHAITMAN, ESQUIRE
           BECKER & POLIAKOFF LLP
11         45 Broadway
           New York, New York  10006
12         Phone: 212.599.3322
           Email:  hchaitman@bplegal.com
13
14
15
16    ALSO PRESENT:
17
           DAVID KAMENSTEIN
18         SLOAN KAMENSTEIN
           CAROL KAMENSTEIN
19         MICHAEL HOLLANDER, VIDEOGRAPHER
20
21
22
23
24
25
```

```
                                                                  Page 3
  1                              - - -
  2                             I N D E X
  3                              - - -
  4
  5   WITNESS:              DIRECT    CROSS   REDIRECT   RECROSS
  6
      TRACY KAMENSTEIN
  7
      BY MS. MARKEL:          5
  8
  9
 10                              - - -
                           E X H I B I T S   M A R K E D
 11                              - - -
 12   EXHIBIT 1              DOCUMENT                         9
      EXHIBIT 2              DOCUMENT                        11
 13   EXHIBIT 3              DOCUMENT                        13
      EXHIBIT 4              AMENDED RESPONSES               15
 14   EXHIBIT 5              DEPOSITS AND WITHDRAWALS        17
      EXHIBIT 6              CANCELED CHECKS                 19
 15
 16
 17
 18
 19
 20
 21
 22
 23
 24
 25
```

Page 10

1  withdrawn money that I didn't know about either.
2          I mean, it probably said "sign this" and I
3  signed it and that was my account, so...
4      Q.  Okay.  And are you aware that your account was
5  in the name of this trust?
6      A.  No, I just knew it was my name.  I didn't
7  realize it was a trust.
8      Q.  Okay.
9          MS. MARKEL:  You can give that document to the
10     court reporter.
11 BY MS. MARKEL:
12     Q.  And over the life of the accounts that you
13 maintained at BLMIS, did you receive any documents from
14 BLMIS?
15     A.  I saw mail come in from there, but I didn't
16 open it.
17     Q.  Okay.  The mail would come to you?
18     A.  You know, so many envelopes would come in.  I
19 would see Madoff envelopes coming in all the time, but I
20 didn't really pay attention to them.
21     Q.  What would you do with the Madoff envelopes?
22     A.  Look at them.  I mean, I just saw that they
23 were there.  I didn't open them.
24     Q.  Did you throw them out?
25     A.  No.  I left them -- I still do.  I left the

 1
 2                    CERTIFICATE OF OATH
 3   THE STATE OF FLORIDA
 4   COUNTY OF PALM BEACH
 5
 6
 7            I, the undersigned authority, certify that
 8   TRACY KAMENSTEIN personally appeared before me and was
 9   duly sworn.
10
11            Dated this 22nd day of February, 2017.
12
13
14
15
                    _____
16
                    Shirley D. King, RPR, FPR
17                  Notary Public - State of Florida
                    My Commission Expires:  7/26/2017
18                  My Commission No.:  FF 019917
19                  Job #1522945-B
20
21
22
23
24
25

1                    C E R T I F I C A T E
2    THE STATE OF FLORIDA
3    COUNTY OF PALM BEACH
4
5            I, Shirley D. King, Registered Professional
     Reporter and Notary Public in and for the State of
6    Florida at Large, do hereby certify that I was
     authorized to and did report said deposition in
7    stenotype; and that the foregoing pages are a true
     and correct transcription of my shorthand notes of
8    said deposition.
9            I further certify that said deposition was
     taken at the time and place hereinabove set forth and
10   that the taking of said deposition was commenced and
     completed as hereinabove set out.
11
             I further certify that I am not attorney or
12   counsel of any of the parties, nor am I a relative or
     employee of any attorney or counsel of party connected
13   with the action, nor am I financially interested in the
     action.
14
             The foregoing certification of this transcript
15   does not apply to any reproduction of the same by any
     means unless under the direct control and/or direction
16   of the certifying reporter.
17           Dated this 6th day of March, 2017.
18
19
20
21           _____
             Shirley D. King, RPR, FPR
22
             Job #1522945-B
23
24
25