# EXHIBIT J

Page 494

1               UNITED STATES BANKRUPTCY COURT
                SOUTHERN DISTRICT OF NEW YORK
2
3
     In re:                         )
4                                   )
     SECURITIES INVESTOR            )
5    PROTECTION CORPORATION,        )
                                    )
6         Plaintiff-Applicant,      )
                                    )
7    vs.                            )   08-01789 (SMB)
                                    )
8    BERNARD L. MADOFF              )
     INVESTMENT SECURITIES, LLC,    )
9                                   )
          Defendant.                )
10                                  )
                                    )
11   In re:                         )
                                    )
12   BERNARD L. MADOFF,             )
                                    )
13        Debtor.                   )
                                    )
14
15
16          Videotaped Deposition of BERNARD L.
17   MADOFF, VOLUME IV, taken on behalf of the Customers,
18   before K. Denise Neal, Registered Professional
19   Reporter and Notary Public, at the Federal
20   Correctional Institution, 3000 Old Highway 75,
21   Butner, North Carolina, on the 9th day of November,
22   2017, commencing at 8:43 a.m.
23
24                     * * * * *
25

**Page 495**

1    APPEARANCES OF COUNSEL:

2

3        On Behalf of the Customers:

4                HELEN DAVIS CHAITMAN, Esq.

5                Chaitman, LLP

6                465 Park Avenue

7                New York, New York  10022

8                (908) 303-4568

9                hchaitman@chaitmanllp.com

10

11        On Behalf of Sage Associates, Sage Realty,

12       Malcolm Sage, Martin Sage and Ann Passer Sage

13                ANDREW B. KRATENSTEIN, Esq.

14                McDermott Will & Emery, LLP

15                340 Madison Avenue

16                New York, New York  10173-1922

17                (212) 547-5695

18                akratenstein@mwe.com

19

20

21

22

23

24

25

Page 496

1   APPEARANCES OF COUNSEL:

2

3        On Behalf of the Trustee:

4             AMANDA E. FEIN, Esq.

5             STACY DASARO, Esq.

6             Baker Hostetler

7             45 Rockefeller Plaza

8             New York, New York  10111-0100

9             (212) 589-4621

10            afein@bakerlaw.com

11

12       On Behalf of the Deponent:

13            PETER A. GOLDMAN, Esq.

14            12 Fairlawn Parkway

15            Rye Brook, New York  10573

16            (914) 935-6857

17            pagoldman@gmail.com

18

19       Videographer:

20            Bob Collier, CLVS

21

22                      *  *  *  *

23

24

25

Page 497

1                        CONTENTS

2    THE WITNESS:  BERNARD L. MADOFF         EXAMINATION

3             BY MS. CHAITMAN                    499

4             BY MS. FEIN                        520

5             BY MR. GOLDMAN                     579

6             BY MS. FEIN                        582

7             BY MS. CHAITMAN                    667

8             BY MR. KRATENSTEIN                 678

9

10                      *  *  *  *  *

11

12                   INDEX OF EXHIBITS

13   FOR THE CUSTOMERS:                          PAGE

14   Exhibit Number 89, Schwab blotters -       502

15      12-5-86

16   Exhibit Number 90, Securities transaction  504

17      report

18   Exhibit Number 91, NSCC trade reporting    505

19      blotter - 12-11-86

20

21   FOR THE TRUSTEE:

22   Exhibit Number 10, Customer statement -    524

23      12-31-07

24   Exhibit Number 11, House 5 daily stock     535

25      Record activity - 7-16-87

Page 498

1            INDEX OF EXHIBITS (Continued)

2   FOR THE TRUSTEE:                              PAGE

3   Exhibit Number 12, House 17 stock record      558

4      summary through 12-31-07

5   Exhibit Number 13, Stock record summary -     566

6      8-31-01

7   Exhibit Number 14, House 17 stock record      569

8      summary - 3-31-94

9   Exhibit Number 15, House 17 stock record      571

10     summary - 7-16-87

11  Exhibit Number 16, Confirmation - 11-11-83    600

12  Exhibit Number 17, House 17 stock record      603

13     summary - 11-10-83

14  Exhibit Number 18, Cash and securities        611

15     blotter

16  Exhibit Number 19, Cash and securities        611

17     blotter

18  Exhibit Number 20, Proffer meeting            626

19     document - 12-16-08

20  Exhibit Number 21, Report - 12-8-08           644

21

22

23

24

25

Page 517

1    deposition.

2            MS. CHAITMAN:  Okay.  You've made your

3    record.

4            THE WITNESS:  No.

5        Q.  (By Ms. Chaitman)  So you're sure that

6    there was never a time from 1992 when you started

7    the split strike until 2008 when you were unable to

8    satisfy a customer demand for a redemption?

9        A.  That's correct.

10       Q.  Did you ever need to take in a new

11   customer's money in order to pay money to an

12   existing customer?

13       A.  No.

14       Q.  In the entire time you were in business?

15       A.  Up until the collapse of the financial

16   market.

17       Q.  Okay.  Now, did you make margin loans to

18   some customers?

19       A.  Yes.

20       Q.  And were those margin loans in your view

21   debts from the customers to you?

22       A.  Of course, yes.

23       Q.  And why is that?  Tell us what a margin

24   loan is.

25       A.  Margin loan is regulations set by the

Page 682

C E R T I F I C A T E

NORTH CAROLINA:

GUILFORD COUNTY:

   I hereby certify that the foregoing deposition was reported, as stated in the caption, and the questions and answers thereto were reduced to the written page under my direction; that the foregoing pages 493 through 682 represent a true and correct transcript of the evidence given.  I further certify that I am not in any way financially interested in the result of said case.

   I have no written contract to provide reporting services with any party to the case, any counsel in the case, or any reporter or reporting agency from whom a referral might have been made to cover this deposition.  I will charge my usual and customary rates to all parties in the case.

   This, the 21st day of November, 2017.


*K. Denise Neal*

   K. Denise Neal, RPR
   Registered Professional Reporter
   Notary Public No. 200517500101

CONFIDENTIAL

Page 683

1          E R R A T A   S H E E T

2

3          Pursuant to Rule 30(7)(e) of the Federal Rules

4    of Civil Procedure, any changes in form or substance

5    which you desire to make to your deposition

6    testimony shall be entered upon the deposition with

7    a statement of the reasons given for making them.

8

9          To assist you in making any such corrections,

10   please use the form below.  If supplemental or

11   additional pages are necessary, please furnish same

12   and attach them to this errata sheet.

13                    * * * * *

14         I, the undersigned, BERNARD L. MADOFF, do hereby

15   certify that I have read the foregoing deposition

16   and that to the best of my knowledge said deposition

17   is true and accurate (with the exception of the

18   following corrections listed below).

19

20

21

22

23

24

25

CONFIDENTIAL

Page 684

1   Page 196 Line 12  should read: MENTORED

2   Reason for change:

3

4   Page 212 Line 22  should read: PROBLEM

5   Reason for change:

6

7   Page 33 Line 3  should read: Collection

8   Reason for change:

9

10  Page 39 Line 11  should read: we'vE NOT

11  Reason for change:

12

13  Page 172 Line 17  should read: PUT WRAPPER

14  Reason for change:

15

16  Page      Line      should read:

17  Reason for change:

18

19  Page      Line      should read:

20  Reason for change:

21  Signature: _____ I Bernard madoff

22  Sworn to and Subscribed before me

23  Augustine Gover/Augustine Gover      , Notary Public.

24  This 15th day of December      , 2017.

25  My Commission Expires: 5/31/21

AUGUSTINE GOVER
NOTARY PUBLIC
GRANVILLE COUNTY, NC
My Commission Expires 5/31/21