# EXHIBIT K

Page 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------x

SECURITIES INVESTOR PROTECTION
CORPORATION,

        Plaintiff,      Adv.Pro.No.
  v.                        08-01789(SMB)

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

        Defendant.

------------------------------------x

In Re:

BERNARD L. MADOFF,

        Debtor.

------------------------------------x

IRVING H. PICARD, Trustee for
the Substantively Consolidated          Adv.Pro.Nos.
SIPA Liquidation of Bernard L.          Listed on
Madoff Investment Securities LLC        Exhibit A
and Bernard L. Madoff,                  Attached Hereto

        Plaintiff,
  v.

DEFENDANTS IN ADVERSARY PROCEEDINGS
LISTED ON EXHIBIT A ATTACHED HERETO,

        Defendants.

------------------------------------x

Deposition of:
JOANN CRUPI
May 23, 2019

Page 2

1          Videotaped Deposition of JOANN CRUPI, as
2     reported by NANCY C. BENDISH, Certified Court
3     Reporter, RMR, CRR and Notary Public of the
4     States of New York and New Jersey, at DUANE
5     MORRIS, One Riverfront Plaza, Newark, New Jersey,
6     on Thursday, May 23, 2019, commencing at 9:55 a.m.
7
8
      A P P E A R A N C E S:
9
10         BAKER HOSTETLER, LLP
           45 Rockefeller Plaza
11         New York, New York  10111
           BY:  JAMES H. ROLLINSON, ESQ.
12                  jrollinson@bakerlaw.com
                TERRY BRENNAN, ESQ.
13                  tbrennan@bakerlaw.com
           For Plaintiff Irving Picard, Trustee
14         for the Substantially Consolidated
           SIPA Liquidation of BLMIS and the
15         Estate of Bernard L. Madoff
16
           YOUNG CONAWAY STARGATT & TAYLOR, LLP
17         Rodney Square
           1000 North King Street
18         Wilmington, Delaware  19801
           BY:  MICHAEL S. NEIBURG, ESQ.
19                  mneiburg@ycst.com
                TARA C. PAKROUH, ESQ. (p.m. only)
20             (Via Telephone)
                  tpakrouh@ycst.com
21         Co-Counsel for Plaintiff,
           Irving Picard, Trustee
22
23
24
25

Page 3

```
 1   A P P E A R A N C E S (Cont'd):

 2
         CHAITMAN, LLP
 3       465 Park Avenue
         New York, New York  10022
 4       BY:  HELEN DAVIS CHAITMAN, ESQ.
                  hchaitman@chaitmanllp.com
 5       For a number of Clawback Defendants

 6
         DUANE MORRIS, LLP
 7       One Riverfront Plaza
         1037 Raymond Boulevard
 8       Newark, New Jersey  07102
         BY:  ERIC R. BRESLIN, ESQ.
 9                  ERBreslin@duanemorris.com
         For the Witness, Joann Crupi
10

11
     ALSO PRESENT:
12

13       CHARLES BOWMAN, Videographer

14

15

16

17

18

19

20

21

22

23

24

25
```

```
 1              EXHIBIT A:   ADVERSARY PROCEEDINGS
 2
         ADV.PRO.            CASE NAME
 3         NO.
 4   1.  10-04341   Marden, et al.
 5   2.  10-04343   Patrice Auld, et al.
 6   3.  10-04348   Marden Family Limited
                    Partnership, et al.
 7
     4.  10-04361   Harvey L. Werner Revocable
 8                  Trust, et al.
 9   5.  10-04384   Lanx BM Investments, LLC, et al.
10   6.  10-04397   Fern C. Palmer Revocable Trust
                    Dtd 12/31/9, et al.
11
     7.  10-04417   The Lustig Family 1990 Trust, et al.
12
     8.  10-04438   Estate of Seymour Epstein, et al.
13
     9.  10-04446   Trust Dated 12/6/99 Walter and
14                  Eugenie Kissinger, et al.
15  10.  10-04539   The Gerald and Barbara Keller
                    Family Trust, et al.
16
    11.  10-04545   Jerome Goodman, et al.
17
    12.  10-04554   David Ivan Lustig
18
    13.  10-04561   Jeffrey R. Werner 11/1/98
19                  Trust, et al.
20  14.  10-04610   The Whitman Partnership, et al.
21  15.  10-04655   Jaffe Family Investment
                    Partnership, et al.
22
    16.  10-04709   Andrew M. Goodman
23
    17.  10-04718   The Jordan H. Kart Revocable
24                  Trust, et al.
25  18.  10-04752   Kuntzman Family LLC, et al.
```

Page 5

EXHIBIT A:   ADVERSARY PROCEEDINGS (Cont'd)

| ADV.PRO. NO. | CASE NAME |
|---|---|
| 19. 10-04762 | James M. Goodman |
| 20. 10-04809 | Edyne Gordon NTC |
| 21. 10-04823 | Frank DiFazio, et al. |
| 22. 10-04826 | Boyer Palmer |
| 23. 10-04837 | Leslie Ehrlich f/k/a Leslie Harwood, et al. |
| 24. 10-04905 | Train Klan, a Partnership, et al. |
| 25. 10-04914 | Edyne Gordon |
| 26. 10-04931 | Cantor, et al. |
| 27. 10-04961 | Sylvan A1ssociates LLC f/k/a Sylvan Associates Ltd Partnership, et al. |
| 28. 10-04979 | James M. 2New Trust dtd 3/19/01, et al. |
| 29. 10-04991 | Guiducci Family Limited Partnership, et al. |
| 30. 10-05048 | Estate of Armand L. Greenhall, et al. |
| 31. 10-05104 | The Gloria Albert Sandler and Maurice Sandler Revocable Living Trust |
| 32. 10-05118 | Charlotte M. Marden |
| 33. 10-05124 | The Lawrence J. Ryan and Theresa R. Ryan Revocable Living Trust, et al. |
| 34. 10-05127 | Atwood Management Profit Sharing Plan & Trust, etc., et al. |

Page 6

1       EXHIBIT A:   ADVERSARY PROCEEDINGS (Cont'd)

2
        ADV.PRO.              CASE NAME
3          NO.

4
    35. 10-05128    JABA Associates LP, et al.
5
    36. 10-05133    Boyer H. Palmer, individually, et al.
6
    37. 10-05150    Plafsky Family LLC Retirement
7                   Plan, Robert Plafsky, et al.

8   38. 10-05151    Palmer Family Trust, et al.

9   39. 10-05157    The Harnick Brothers Partnership,
                    et al.
10
    40. 10-05168    Bernard Marden Profit Sharing
11
    41. 10-05194    Bruce D. Pergament, et al.
12
    42. 10-05196    Whitman 1990 Trust U/A DTD
13                  4/13/90, et al.

14  43. 10-05384    Neil Reger Profit Sharing
                    Keogh, et al.
15
    44. 10-05394    Richard M. Glantz, et al.
16
    45. 10-05435    Keith Schaffer, et al.
17
    46. 10-05439    Avram J. Goldberg, individually
18                  and in his capacity as trust
                    officer
19

20

21

22

23

24

25

08-01789-cgm    Doc 20170-11    Filed 01/08/21    Entered 01/08/21 19:58:08    Exhibit K
Pg 8 of 12
Picard v Defendants on Exhibit A           Joann Crupi 5/23/2019

Page 7

```
 1                    I N D E X
 2   WITNESS                              EXAMINATION
 3
     JOANN CRUPI
 4
           By Mr. Rollinson.....................9,183
 5
           By Ms. Chaitman...................160,184
 6
 7
 8
 9                  E X H I B I T S
10   NUMBER             DESCRIPTION                    PAGE
11
     P-53    Notice of Deposition...................10
12
     P-14A   Blowup of MADTSS00976560 in P-14.......60
13
     P-14B   Blowup of MADTSS00976561 in P-14.......83
14
     P-14C   Blowup of MADTSS00976559 in P-14.......84
15
     P-54    Customer Ledger MF00368931-935.........91
16
     P-55    Customer Ledger MF00371493.............96
17
     P-56    Document MADTSS01362494.  ............131
18
     P-27A   Blowup of MADTSS01059414 in P-27......137
19
     P-57    Document MADTSS01309801...............152
20
     P-58    Documents MADTBB01911127-145..........156
21
     P-59    Document MADTSS01309950...............157
22
23           (Previously marked Exhibits P-5, P-6,
     P-7, P-14, P-15, P-16, P-27, P-28, P-29, P-33,
24   P-40, P-41 and P-46 were also referenced and are
     attached hereto.)
25
```

Page 165

```
 1              MR. BRESLIN:  Answer the question.
 2        A.    He would have other people write
 3   it up but based on his information that he gave
 4   them.
 5        Q.    So he would say to someone else,
 6   write up a ticket, I'm buying $600 million of
 7   T-bills through JPMorgan Chase, or whatever it
 8   was?
 9        A.    It was never that side of it.
10   What we did was the allocation of whatever he
11   did.  You know what I mean?  If he said there
12   were 600 million T-bills to buy, he gave the one
13   slot, the one piece of information at what price
14   on what day and then he'd tell us if I had to
15   purchase stuff for, you know, people who were in
16   my venue, he'd say use this date, this was
17   bought on this date, and we just allocated to
18   those certain customers based on his
19   information.
20        Q.    Okay.  So he would tell you which
21   customers to allocate the T-bills to?
22        A.    Yes.
23        Q.    Now, looking at P-56, do you see
24   there are two lines that name Norman Levy?
25        A.    Yes.
```

Page 188

1                    ERRATA SHEET
2
    WITNESS NAME:  JOANN CRUPI
3
    PAGE/LINE            CHANGE              REASON
4
5   _____
6   _____
7   _____
8   _____
9   _____
10  _____
11  _____
12  _____
13  _____
14  _____
15  _____
16  _____
17  _____
18  _____
19  _____
20  _____
21  _____
22  _____
23  _____
24  _____
25  _____

Page 189

```
 1                        JURAT
 2            I, JOANN CRUPI, have read the
 3   foregoing deposition and hereby affix my
 4   signature that same is true and correct, except
 5   as noted above.
                              _____
 6                              JOANN CRUPI
 7
     THE STATE OF _____
 8
     COUNTY OF _____
 9
10        Before me, _____, on this
11   day personally appeared _____,
12   known to me (or proved to me on the oath of or
13   through _____ (description of identity
14   card or other document) to be the person whose
15   name is subscribed to the foregoing instrument
16   and acknowledged to me that he/she executed the
17   same for the purpose and consideration therein
18   expressed.
19           Given under my hand and seal of office on
20   this _____ day of _____, _____.
21
22                            _____
                              NOTARY PUBLIC IN AND FOR
23                            THE STATE OF_____
24
25   My Commission Expires: _____.
```

```
 1                REPORTER'S CERTIFICATION
 2
 3              I, NANCY C. BENDISH, Certified
 4    Court Reporter and Notary Public of the States
 5    of New York and New Jersey, do hereby certify
 6    that, prior to the commencement of the
 7    aforementioned examination, JOANN CRUPI was
 8    sworn by me to testify the truth, the whole
 9    truth and nothing but the truth.
10              I DO FURTHER CERTIFY that the
11    foregoing is a true and accurate transcript of
12    the testimony as taken stenographically by and
13    before me at the time, place, and on the date
14    hereinbefore set forth.
15              I DO FURTHER CERTIFY that I am
16    neither a relative nor employee nor attorney nor
17    counsel of any party in this action and that I
18    am neither a relative nor employee of such
19    attorney or counsel, and that I am not
20    financially interested in the event nor outcome
21    of this action.
22
                         _____
23                       NANCY C. BENDISH, CCR, RMR, CRR
                         Realtime Systems Administrator
24                       Certificate No. XI00836

25    Dated:  May 24, 2019
```