# EXHIBIT M

## Portfolio Margining

**Fimat Preferred Portfolio Margining**

Recent rule changes concerning risk-based margining by the U.S. Securities and Exchange Commission, has allowed Fimat USA to develop a program for Portfolio Margining of broad-based index options and corresponding Exchange-Traded Funds.

The SEC rule changes also made provisions for cross margining of these securities with broad-based futures products, which are currently awaiting approval by the CFTC. In addition to the broad-based indices and ETFs, these same SEC rules may soon include equities and equity options as part of portfolio margining.

Fimat USA's program allows accounts with a minimum of five million dollars in equity much greater flexibility in margining. For these portfolio accounts, Fimat USA customers trading broad-based indices and ETFs have a margin requirement of the maximum of the theoretical loss based on a +6.0 percent to -8.0 percent move of the index or ETF.

While qualified customers must establish or maintain equity levels above five million dollars, all accounts held by a single Fimat USA client and cleared by us may be aggregated for the purpose of meeting the five million dollar requirement.

Pending final CFTC approval, clients may also maintain a separate cross-margin account in which all-qualifying futures and securities may be held.

**Portfolio Margining Example Calculations:**

| SPX=1244.12 | Put = $21 | Call = $15.35 |
|---|---|---|
| Position | Standard Margin | Portfolio Margin |
| short 1000 SPX SEP 1250 C | $18,073,800 | $5,654,150 |
| short 1000 SPX SEP 1250 P | $18,661,800 | $6,198,715 |
| long 1000 SPX SEP 1250 Straddle | $3,635,000 | $75,000 |
| short 1000 SPX SEP 1250 Straddle | $18,661,800 | $6,669,421 |

Source: Chicago Board Options Exchange, Fimat Preferred, LLC

[handwritten: 15% of INDEX  NO $ in the out]

**Be sure to contact us for more details about Portfolio Margining and how it can work for you.**

Institutional Sales & Services

Michael Liciardello
EVP, Institutional and Professional Services

Toll Free: 800.366.0116
Phone: 215.981.1430

Email: Mike.Liciardello@fimat.com

Disclaimer

Fimat USA, LLC, a member of SIPC and a broker-dealer and futures commission merchant registered under U.S. laws, makes no representations or warranty regarding the correctness of any information contained herein, or the appropriateness of any transaction for any person. Opinions expressed herein are statements only of the date indicated. Any market or other views expressed herein are those of the sender only, not necessarily those of Fimat.

Nothing herein should be construed as a recommendation to buy or sell. All derivatives and cash

GOVERNMENT EXHIBIT 105-c171
10 Cr. 228 (LTS)

PUBLIC-USAO_0979896

TX373       Page 1 of 3

| | 783790FSY | 783790EQY | 912795A43 | 912795A50 | 912795A68 | 912795A76 | 912795ZL8 | 912795ZP9 | 912795ZQ7 | 912795ZR5 | 912795ZS3 | 912795ZT1 | 912795ZU8 | 912795ZV6 | 912795ZW4 | 912795ZX2 | 912795ZY0 | 912795ZZ7 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | OEYFS | OEYRQ | USTA43 | USTA50 | USTA68 | USTA76 | USTL8 | USTP9 | USTQ7 | USTR5 | USTS3 | USTT1 | USTU8 | USTV6 | USTW4 | USTX2 | USTY0 | USTZ7 |
| 1-A0038 | 20,714 | -20,714 | 37,200,000 | | | 37,200,000 | | | 37,200,000 | | 37,200,000 | | 37,200,000 | | | | 37,200,000 | |
| 1-B0061 | 14,283 | -14,283 | | 22,600,000 | | 22,600,000 | 22,600,000 | | 22,600,000 | | | 22,600,000 | | | 22,600,000 | | | 22,600,000 |
| 1-C1006 | 11,237 | -11,237 | | 14,300,000 | 14,300,000 | | 14,300,000 | | | 14,300,000 | 14,300,000 | | | 14,300,000 | | 14,300,000 | 14,300,000 | 14,300,000 |
| 1-C1017 | 19,123 | -19,123 | 40,300,000 | | 40,300,000 | | | 40,300,000 | | | | | 40,300,000 | | | | | 40,300,000 |
| 1-D0010 | 18,751 | -18,751 | 25,700,000 | | | 25,700,000 | 25,700,000 | | | 25,700,000 | | 25,700,000 | 25,700,000 | | 25,700,000 | | 25,700,000 | |
| 1-E0123 | 19,936 | -19,936 | 27,400,000 | 27,400,000 | | | | 27,400,000 | 27,400,000 | | | | 27,400,000 | 27,400,000 | | 27,400,000 | 27,400,000 | |
| 1-J0003 | 17,296 | -17,296 | | 23,700,000 | 23,700,000 | 23,700,000 | 23,700,000 | 23,700,000 | | | 23,700,000 | | 23,700,000 | | | | | 23,700,000 |
| 1-J0008 | 27,009 | -27,009 | 42,700,000 | | | | | | 42,700,000 | 42,700,000 | | 42,700,000 | | | 42,700,000 | | 42,700,000 | 42,700,000 |
| 1-L0002 | 25,182 | -25,182 | | | | | 45,200,000 | | | | | 45,200,000 | 45,200,000 | 45,200,000 | 45,200,000 | | | 45,200,000 |
| 1-L0024 | 17,668 | -17,668 | 31,700,000 | 31,700,000 | 31,700,000 | | | | 31,700,000 | | 31,700,000 | | | | | 31,700,000 | | |
| 1-L0026 | 10,289 | -10,289 | | | | 20,600,000 | 20,600,000 | 20,600,000 | 20,600,000 | 20,600,000 | 20,600,000 | | | | | | | |
| 1-L0305 | 10,459 | -10,459 | | | 14,400,000 | | | | 14,400,000 | | | 14,400,000 | 14,400,000 | | 14,400,000 | | 14,400,000 | |
| 1-P0031 | 17,296 | -17,296 | | 31,000,000 | | 31,000,000 | | 31,000,000 | | | 31,000,000 | | | 31,000,000 | | | | |
| 1-SH005 | 17,194 | -17,194 | 23,600,000 | | 23,600,000 | | 23,600,000 | | 23,600,000 | 23,600,000 | | | 23,600,000 | | 23,600,000 | 23,600,000 | | |
| 1-SH011 | 19,529 | -19,529 | | | | | 26,800,000 | | | 26,800,000 | 26,800,000 | 26,800,000 | | 26,800,000 | 26,800,000 | 26,800,000 | 26,800,000 | |
| 1-SH019 | 24,268 | -24,268 | 30,700,000 | | | 30,700,000 | | 30,700,000 | 30,700,000 | 30,700,000 | | | 30,700,000 | 30,700,000 | | 30,700,000 | 30,700,000 | |
| 1-SH024 | 16,483 | -16,483 | 22,600,000 | 22,600,000 | 22,600,000 | | 22,600,000 | 22,600,000 | | 22,600,000 | | 22,600,000 | | | | | 22,600,000 | |
| 1-SH026 | 11,440 | -11,440 | | | | 19,300,000 | 19,300,000 | | 19,300,000 | | 19,300,000 | 19,300,000 | | 19,300,000 | | | | 19,300,000 |
| 1-SH031 | 10,086 | -10,086 | | 14,900,000 | | 14,900,000 | 14,900,000 | 14,900,000 | 14,900,000 | 14,900,000 | | | | | 14,900,000 | | 14,900,000 | |
| 1-SH079 | 10,221 | -10,221 | | | 16,200,000 | 16,200,000 | | 16,200,000 | | | 16,200,000 | 16,200,000 | | 16,200,000 | | | 16,200,000 | |
| | 5/22/2007 | | 281,900,000 | 188,200,000 | 186,800,000 | 241,900,000 | 259,300,000 | 227,400,000 | 254,400,000 | 221,900,000 | 220,800,000 | 235,500,000 | 268,200,000 | 210,900,000 | 215,900,000 | 185,100,000 | 256,700,000 | 284,200,000 |

1,113,200

TX373    Page 2 of 3    PUBLIC-USAO_0979897

| ID | | | | | | | | Count |
|---|---|---|---|---|---|---|---|---|
| A0036 | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | |
| B0061 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 7 |
| C1006 | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | 6 |
| C1017 | ✓ | ✓ | ✓ | ✓ | | | ✓ | 5 |
| D0010 | | ✓ | ✓ | ✓ | ✓ | ✓ | | 5 |
| E0123 | ✓ | | ✓ | ✓ | ✓ | ✓ | ✓ | 6 |
| J0003 | ✓ | ✓ | ✓ | ✓ | | ✓ | ✓ | 6 |
| J0004 | ✓ | ✓ | | | ✓ | | | 3 |
| J0008 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 6 |
| L0002 | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | 6 |
| L0024 | ✓ | | ✓ | ✓ | | ✓ | ✓ | 5 |
| L0026 | ✓ | ✓ | | | ✓ | | | 3 |
| L0305 | | | | ✓ | ✓ | ✓ | ✓ | 5 |
| P0031 | | ✓ | ✓ | ✓ | ✓ | ✓ | | 6 |
| SH005 | ✓ | ✓ | | ✓ | ✓ | | | 4 |
| SH011 | ✓ | ✓ | | ✓ | ✓ | | | 4 |
| SH019 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 6 |
| SH024 | | ✓ | ✓ | ✓ | ✓ | ✓ | | 5 |
| SH026 | ✓ | ✓ | ✓ | | ✓ | ✓ | ✓ | 6 |
| SH031 | ✓ | ✓ | | ✓ | | | ✓ | 5 |
| SH041 | ✓ | ✓ | | ✓ | ✓ | ✓ | | 5 |
| SH079 | ✓ | ✓ | ✓ | ✓ | ✓ | ✓ | | 6 |

22

116 / 7 mths = 16.57

16 on AVG for each mth used

or 7% total exposure in any one mth

PUBLIC-USAO_0979898

TX373

Page 3 of 3