# EXHIBIT P

THE LISA BETH NISSENBAUM TRUST

12/31/07      1

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX            AZ 85012                    1-EM475-3-0    ******5728

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| | | | BALANCE FORWARD | | .25 |
| 12/31 | | | FIDELITY SPARTAN | DIV | .01 |
| | | | U S TREASURY MONEY MARKET | | |
| | | | DIV 12/31/07 | | |
| 12/31 | | 3 58213 | FIDELITY SPARTAN | 1 | 3.00 |
| | | | U S TREASURY MONEY MARKET | | |
| 12/31 | 3 | 76991 | FIDELITY SPARTAN | 1 | 3.00 |
| | | | U S TREASURY MONEY MARKET | | |

NEW BALANCE                                          .26

SECURITY POSITIONS          MKT PRICE
3          FIDELITY SPARTAN          1
U S TREASURY MONEY MARKET

MARKET VALUE OF SECURITIES
            LONG          SHORT
            3.00

MDPTPP02791614

CONFIDENTIAL

THE LISA BETH NISSENBAUM TRUST

12/31/07      2

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX          AZ 85012                    1-EM475-3-0      ******5728

YEAR-TO-DATE SUMMARY

DIVIDENDS                                      5,859.20
GROSS PROCEEDS FROM SALES                   4,606,282.85

MDPTPP02791615

CONFIDENTIAL

THE LISA BETH NISSENBAUM TRUST

1/31/08          1

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX          AZ 85012                          1-EM475-3-0    ******5728


BALANCE FORWARD                                                        .26

NEW BALANCE                                                            .26

SECURITY POSITIONS              MKT PRICE
3          FIDELITY SPARTAN                    1
           U S TREASURY MONEY MARKET

MARKET VALUE OF SECURITIES
           LONG              SHORT
           3.00

MDPTPP02791616

CONFIDENTIAL

THE LISA BETH NISSENBAUM TRUST

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX          AZ 85012

2/29/08      1

1-EM475-3-0   *****5728

BALANCE FORWARD                                      .26

NEW BALANCE                                          .26

SECURITY POSITIONS        MKT PRICE
3        FIDELITY SPARTAN           1
         U S TREASURY MONEY MARKET

MARKET VALUE OF SECURITIES
         LONG              SHORT
         3.00

MDPTPP02791617

CONFIDENTIAL

THE LISA BETH NISSENBAUM TRUST

C/O FENNEMORE CRAIG/NEAL KURN
3003 NORTH CENTRAL AVE #2600
PHOENIX          AZ 85012

3/31/08     1

1-EM475-3-0   ******5728

BALANCE FORWARD                                          .26

NEW BALANCE                                              .26

SECURITY POSITIONS            MKT PRICE
3       FIDELITY SPARTAN              1
        U S TREASURY MONEY MARKET

MARKET VALUE OF SECURITIES
        LONG              SHORT
        3.00

MDPTPP02791618

CONFIDENTIAL

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                    12/31/07      1    Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS        MN 55405          1-T0004-3-0    ******7963
```

| Date | | | Description | | Amount | |
|------|------|------|------|------|------|------|
| | | | BALANCE FORWARD | | 3,522,282.57 | |
| 12/03 | | | NOV MARGIN INTEREST | INT | 13,413.74 | |
| 12/03 | | 5,000 | APPLE INC | DELV | | 764,950.00 |
| | | | TRANS FROM 70 ACCT | | | |
| 12/05 | | 83,000 | SPRINT NEXTEL CORP | DELV | | |
| | | | TRANS TO 1T005730 | | | |
| 12/05 | 83,000 | | SPRINT NEXTEL CORP | RECD | | |
| | | | CANCEL TRANS TO 1T005730 | | | |
| 12/05 | | 10,000 | SPRINT NEXTEL CORP | DELV | | |
| | | | TRANS TO 1T005730 | | | |
| 12/06 | 2,700 | | 68238 BIOGEN IDEC INC | 73.990 | 199,773.00 | |
| 12/10 | | | TRANS FROM 1T005730 | JRNL | | 155,200.00 |
| 12/14 | | | TRANS TO 70 ACCT | JRNL | 438,750.00 | |
| 12/17 | | | TRANS TO 70 ACCT | JRNL | 37,600.00 | |
| 12/18 | | | ABERCROMBIE & FITCH CO | DIV | | 1,050.00 |
| | | | CL A | | | |
| | | | DIV 12/04/07 12/18/07 | | | |
| 12/26 | | 2,700 68239 | BIOGEN IDEC INC | 56.430 | | 152,361.00 |
| 12/28 | | | SPRINT NEXTEL CORP | DIV | | 1,825.00 |
| | | | DIV 12/07/07 12/28/07 | | | |
| 12/31 | | | EMBARQ CORP | DIV | | 3,937.50 |
| | | | DIV 12/10/07 12/31/07 | | | |
| 12/31 | | | DEC MARGIN INTEREST | INT | 13,908.51 | |
| | | | NEW BALANCE | | 3,146,404.32 | |
| | | | SECURITY POSITIONS | MKT PRICE | | |
| | 6,000 | | ABERCROMBIE & FITCH CO | 79.970 | | |
| | | | CL A | | | |

CONTINUED ON PAGE    2

MDPTPP05518054

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                         12/31/07      2  Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS        MN 55405            1-T0004-3-0    ******7963
```

```
   15,000              APPLE INC              198.080
    6,300              EMBARQ CORP             49.530
   15,000              PRICELINE COM INC      114.860
   73,000              SPRINT NEXTEL CORP      13.130

                       MARKET VALUE OF SECURITIES
                             LONG          SHORT
                       6,444,449.00
```

MDPTPP05518055

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                      12/31/07      3      Q
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405           1-T0004-3-0      ******7963
```

```
                    YEAR-TO-DATE SUMMARY

                    DIVIDENDS                                      140,850.00
                    MARGIN INTEREST                   172,027.67
                    GROSS PROCEEDS FROM SALES                    6,629,702.20
```

MDPTPP05518056

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                            1/31/08      1      H
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405                  1-T0004-3-0      ******7963
```

|  |  |  | BALANCE FORWARD |  | 3,146,404.32 |  |
|---|---|---|---|---|---|---|
| 1/08 |  | 73,000 | 344 SPRINT NEXTEL CORP | 13.030 |  | 951,190.00 |
| 1/11 |  | 6,300 | 345 EMBARQ CORP | 49.250 |  | 310,275.00 |
| 1/14 | 25,000 |  | 346 KB HOME | 15.900 | 397,500.00 |  |
| 1/14 | 35,000 |  | 347 KB HOME | 15.970 | 558,950.00 |  |
|  |  |  | NEW BALANCE |  | 2,841,389.32 |  |

|  | SECURITY POSITIONS | MKT PRICE |
|---|---|---|
| 6,000 | ABERCROMBIE & FITCH CO CL A | 79.690 |
| 15,000 | APPLE INC | 135.360 |
| 60,000 | KB HOME | 27.500 |
| 15,000 | PRICELINE COM INC | 108.520 |

```
                         MARKET VALUE OF SECURITIES
                                LONG          SHORT
                         5,786,340.00
```

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                          1/31/08      2       H
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405              1-T0004-3-0   ******7963
```

YEAR-TO-DATE SUMMARY

GROSS PROCEEDS FROM SALES                                1,261,465.00

MDPTPP05518060

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                          2/29/08        1      H
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405                    1-T0004-3-0    ******7963
```

|  |  |  |  |  |  |  |
|------|--------|--------|--------------------------|-----------|-----------------|---------------|
|  |  |  | BALANCE FORWARD |  | 2,841,389.32 |  |
| 2/01 |  |  | JAN MARGIN INTEREST | INT | 12,285.04 |  |
| 2/05 | 20,000 |  | 9603 DEVON ENERGY CORP NEW | 81.880 | 1,637,600.00 |  |
| 2/06 |  | 60,000 | 9640 KB HOME | 28.090 |  | 1,685,400.00 |
|  |  |  | NEW BALANCE |  | 2,805,874.36 |  |

```
                          SECURITY POSITIONS        MKT PRICE
         6,000            ABERCROMBIE & FITCH CO      77.530
                         CL A
        15,000            APPLE INC                  125.020
        20,000            DEVON ENERGY CORP NEW      102.720
        15,000            PRICELINE COM INC          114.020

                         MARKET VALUE OF SECURITIES
                                LONG           SHORT
                         6,105,180.00
```

MDPTPP05518061

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                        2/29/08      2      H
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405              1-T0004-3-0   ******7963
```

YEAR-TO-DATE SUMMARY

```
MARGIN INTEREST                          12,285.04
GROSS PROCEEDS FROM SALES                              2,946,865.00
```

MDPTPP05518062

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                              3/31/08      1   H
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS           MN 55405                    1-T0004-3-0    ******7963
```

| | | | | | |
|---|---|---|---|---|---|
| | | BALANCE FORWARD | | 2,805,874.36 | |
| 3/03 | | FEB MARGIN INTEREST | INT | 9,122.95 | |
| 3/10 | 16,000 | 46164 BARRICK GOLD CORP | 53.200 | 851,200.00 | |
| 3/18 | | ABERCROMBIE & FITCH CO CL A | DIV | | 1,050.00 |
| | | DIV 2/29/08 3/18/08 | | | |
| 3/31 | | DEVON ENERGY CORP NEW | DIV | | 3,200.00 |
| | | DIV 3/17/08 3/31/08 | | | |
| | | NEW BALANCE | | 3,661,947.31 | |

```
                        SECURITY POSITIONS      MKT PRICE
            6,000       ABERCROMBIE & FITCH CO   73.140
                        CL A
           15,000       APPLE INC               143.500
           16,000       BARRICK GOLD CORP        43.450
           20,000       DEVON ENERGY CORP NEW   104.330
           15,000       PRICELINE COM INC       120.860

                        MARKET VALUE OF SECURITIES
                               LONG            SHORT
                        7,186,040.00
```

MDPTPP05518063

```
DORON TAVLIN TRUST
DORON A TAVLIN AND                                          3/31/08      2      H
HARVEY KRAUSS ESQ TRUSTEES
2232 W LAKE OF THE ISLES PKWY
MINNEAPOLIS          MN 55405              1-T0004-3-0    ******7963
```

```
                    YEAR-TO-DATE SUMMARY

          DIVIDENDS                                           4,250.00
          MARGIN INTEREST                     21,407.99
          GROSS PROCEEDS FROM SALES                       2,946,865.00
```

MDPTPP05518064

B & F PALMER LP
BOYER H PALMER GENERAL PARTNER                               12/31/07        1

100 CLYDESDALE TRAIL UNIT# 220
MEDINA            MN 55340                  1-EM396-3-0    ******7242


                         BALANCE FORWARD                  62,082.00

12/31                    TRANS FROM 40 ACCT      JRNL                   62,082.00

                         NEW BALANCE

MDPTPP02721537

B & F PALMER LP
BOYER H PALMER GENERAL PARTNER                                12/31/07        2

100 CLYDESDALE TRAIL UNIT# 220
MEDINA          MN 55340                    1-EM396-3-0      ******7242


                    YEAR-TO-DATE SUMMARY

        DIVIDENDS                                              36,434.02
        GROSS PROCEEDS FROM SALES                          30,256,322.79

MDPTPP02721538

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                              12/31/07      1

3837 CAMINO REAL
SARASOTA          FL 34239                    1-S0355-3-0    ******4713


                              BALANCE FORWARD                        3,167.40

12/10                         CHEVRON CORP              DIV              113.68
                              DIV 11/16/07 12/10/07
12/10                         UNITED TECHNOLOGIES CORP  DIV               29.12
                              DIV 11/16/07 12/10/07
12/11                         JOHNSON & JOHNSON         DIV              107.49
                              DIV 11/27/07 12/11/07
12/13                         MICROSOFT CORP            DIV               80.08
                              DIV 11/15/07 12/13/07
12/17                         COCA COLA CO              DIV               59.50
                              DIV 12/01/07 12/15/07
12/17                         WACHOVIA CORP NEW         DIV              107.52
                              DIV 11/30/07 12/17/07
12/21          616    2036 PFIZER INC               23.040           14,168.64
12/21          231    3380 AMERICAN INTL GROUP INC  55.900           12,903.90
12/21          280    6329 PROCTER & GAMBLE CO      73.300           20,513.00
12/21           70    7632 BOEING CO                87.310            6,109.70
12/21          112 10622 SCHLUMBERGER LTD           91.270           10,218.24
12/21          399 11906 BANK OF AMERICA            42               16,743.00
12/21          546 14915 AT&T INC                   40.920           22,321.32
12/21          434 16199 CITI GROUP INC             31.250           13,545.50
12/21           91 19182 UNITED PARCEL SVC INC      72.250            6,571.75
                         CLASS B
12/21          147 20492 CONOCOPHILIPS              83.280           12,237.16

                              CONTINUED ON PAGE    2
```

MDPTPP05322290

HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                    12/31/07      2

3837 CAMINO REAL
SARASOTA          FL 34239                        1-S0355-3-0    ******4713

| | | | | | | |
|---|---|---|---|---|---|---|
| 12/21 | | 91 23396 | UNITED TECHNOLOGIES CORP | 75.830 | | 6,897.53 |
| 12/21 | | 539 24785 | CISCO SYSTEMS INC | 27.800 | | 14,963.20 |
| 12/21 | | 259 27664 | VERIZON COMMUNICATIONS | 43.450 | | 11,243.55 |
| 12/21 | | 196 29078 | CHEVRON CORP | 90.600 | | 17,750.60 |
| 12/21 | | 168 31948 | WACHOVIA CORP NEW | 39.740 | | 6,670.32 |
| 12/21 | | 917 33371 | GENERAL ELECTRIC CO | 36.490 | | 33,425.33 |
| 12/21 | | 294 36239 | WELLS FARGO & CO NEW | 30.060 | | 8,826.64 |
| 12/21 | | 21 37664 | GOOGLE | 670.400 | | 14,078.40 |
| 12/21 | | 217 40532 | WAL-MART STORES INC | 48.220 | | 10,455.74 |
| 12/21 | | 35 41957 | GOLDMAN SACHS GROUP INC | 209.200 | | 7,321.00 |
| 12/21 | | 497 44825 | EXXON MOBIL CORP | 89.900 | | 44,661.30 |
| 12/21 | | 231 46250 | HEWLETT PACKARD CO | 51.250 | | 11,829.75 |
| 12/21 | | 119 50543 | INTERNATIONAL BUSINESS MACHS | 104.540 | | 12,436.26 |
| 12/21 | | 518 54836 | INTEL CORP | 25.900 | | 13,396.20 |
| 12/21 | | 259 59129 | JOHNSON & JOHNSON | 67.600 | | 17,498.40 |
| 12/21 | | 301 63421 | J.P. MORGAN CHASE & CO | 44.570 | | 13,403.57 |
| 12/21 | | 175 67714 | COCA COLA CO | 62.580 | | 10,944.50 |
| 12/21 | | 189 72007 | ALTRIA GROUP INC | 76.070 | | 14,370.23 |
| 12/21 | | 196 76300 | MERCK & CO | 59.930 | | 11,739.28 |
| 12/21 | | 728 80593 | MICROSOFT CORP | 34.460 | | 25,057.88 |
| 12/21 | | 350 93454 | ORACLE CORPORATION | 21.040 | | 7,350.00 |
| 12/21 | | 77 94794 | APPLE INC | 186 | | 14,319.00 |
| 12/21 | | 147 97742 | PEPSICO INC | 77.530 | | 11,391.91 |
| 12/21 | | 140 99087 | ABBOTT LABORATORIES | 57.100 | | 7,989.00 |
| 12/21 | 475,000 | 50225 | U S TREASURY BILL | 99.124 | 470,839.00 | |
| | | | DUE 4/10/2008 | | | |
| | | | 4/10/2008 | | | |

CONTINUED ON PAGE   3

MDPTPP05322291

HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                              12/31/07      3

3837 CAMINO REAL
SARASOTA         FL 34239                                    1-S0355-3-0    ******4713

| Date | | | Description | Type | Amount | Amount |
|------|------|------|-------------|------|--------|--------|
| 12/21 | | | AMERICAN INTL GROUP INC | DIV | | 46.20 |
| | | | DIV 12/07/07 12/21/07 | | | |
| 12/21 | 11,239 | 54508 | FIDELITY SPARTAN | 1 | 11,239.00 | |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/28 | | | BANK OF AMERICA | DIV | | 255.36 |
| | | | DIV 12/07/07 12/28/07 | | | |
| 12/31 | | | CHECK | CW | 240,000.00 | |
| 12/31 | | | FIDELITY SPARTAN | DIV | | 227.74 |
| | | | U S TREASURY MONEY MARKET | | | |
| | | | DIV 12/31/07 | | | |
| 12/31 | | | TRANS TO 1S035330 | CW | 293,058.64 | |
| 12/31 | | | TRANS TO 40 ACCT | JRNL | 4,441.00 | |
| 12/31 | | 61,150 59821 | FIDELITY SPARTAN | 1 | | 61,150.00 |
| | | | U S TREASURY MONEY MARKET | | | |
| 12/31 | | 475,000 66489 | U S TREASURY BILL | 99.133 | | 470,881.75 |
| | | | DUE 4/10/2008 | | | |
| | | | 4/10/2008 | | | |

NEW BALANCE

MDPTPP05322292

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                    12/31/07        4

3837 CAMINO REAL
SARASOTA          FL 34239                    1-S0355-3-0    ******4713
```

YEAR-TO-DATE SUMMARY

```
DIVIDENDS                                              6,698.65
GROSS PROCEEDS FROM SALES                          5,825,193.95
```

MDPTPP05322293

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                    1/31/08        1

3837 CAMINO REAL
SARASOTA          FL 34239                         1-S0355-3-0    ******4713
```

```
                         NO BALANCE FORWARD

1/02                     HEWLETT PACKARD CO            DIV               18.48
                         DIV 12/12/07 1/02/08
1/02                     MERCK & CO                    DIV               74.48
                         DIV 12/07/07 1/02/08
1/02                     PEPSICO INC                   DIV               55.13
                         DIV 12/07/07 1/02/08
1/02                     WAL-MART STORES INC           DIV               47.74
                         DIV 12/14/07 1/02/08
1/03                     UNITED PARCEL SVC INC         DIV               38.22
                         CLASS B
                         DIV 11/19/07 1/03/08
1/04                     SCHLUMBERGER LTD              DIV               19.60
                         DIV 12/05/07 1/04/08
1/31      253       3464 FIDELITY SPARTAN          1           253.00
                         U S TREASURY MONEY MARKET

                         NEW BALANCE                                      .65

                         SECURITY POSITIONS      MKT PRICE
          253            FIDELITY SPARTAN        1
                         U S TREASURY MONEY MARKET

                         MARKET VALUE OF SECURITIES
                               LONG         SHORT
                               253.00
```

MDPTPP05322295

```
HARRY  SMITH  REV  LIV  TST
LAURA  SMITH  TTEE  UAD  12/2/96                              1/31/08        2

3837  CAMINO  REAL
SARASOTA            FL  34239                  1-S0355-3-0   ******4713
```

YEAR-TO-DATE SUMMARY

DIVIDENDS                                                      253.65

MDPTPP05322296

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                    2/29/08      1

3837 CAMINO REAL
SARASOTA          FL 34239                        1-S0355-3-0   ******4713


                        BALANCE FORWARD                              .65

                        NEW BALANCE                                  .65

                        SECURITY POSITIONS        MKT PRICE
       253              FIDELITY SPARTAN              1
                        U S TREASURY MONEY MARKET

                        MARKET VALUE OF SECURITIES
                             LONG           SHORT
                             253.00
```

MDPTPP05322297

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                  2/29/08      2

3837 CAMINO REAL
SARASOTA         FL 34239                    1-S0355-3-0   ******4713
```

YEAR-TO-DATE SUMMARY

DIVIDENDS                                                        253.65

MDPTPP05322298

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                                    3/31/08      1

3837 CAMINO REAL
SARASOTA          FL 34239                     1-S0355-3-0   ******4713


                         BALANCE FORWARD                             .65

                         NEW BALANCE                                 .65

                         SECURITY POSITIONS        MKT PRICE
       253               FIDELITY SPARTAN              1
                         U S TREASURY MONEY MARKET

                         MARKET VALUE OF SECURITIES
                                 LONG          SHORT
                             253.00
```

MDPTPP05322299

```
HARRY SMITH REV LIV TST
LAURA SMITH TTEE UAD 12/2/96                              3/31/08       2

3837 CAMINO REAL
SARASOTA         FL 34239                    1-S0355-3-0   ******4713
```

YEAR-TO-DATE SUMMARY

DIVIDENDS                                                    253.65

MDPTPP05322300