# EXHIBIT T

08-01789-cgm    Doc 20179-20    Filed 01/08/21    Entered 01/08/21 19:58:08    Exhibit T
PW-73 Bernard L. Madoff Plea Allocution    Pg 2 of 4

08-01789-smb    Doc 13875-08    Filed 08/12/16    Entered 08/12/16 18:57:45    Exhibit 1
Pg 1 of 4

93CMMADP1

```
 1   UNITED STATES DISTRICT COURT
     SOUTHERN DISTRICT OF NEW YORK
 2   ------------------------------x

 3   UNITED STATES OF AMERICA,

 4              v.                              09 CR 213 (DC)

 5   BERNARD L. MADOFF,

 6              Defendant.

 7   ------------------------------x

 8                                              New York, N.Y.
                                                March 12, 2009
 9                                              10:00 a.m.

10
     Before:
11
                         HON. DENNY CHIN,
12
                                              District Judge
13

14                         APPEARANCES

15   LEV L. DASSIN
          United States Attorney for the
16        Southern District of New York
     MARC O. LITT
17   LISA BARONI
          Assistant United States Attorneys
18
     DICKSTEIN SHAPIRO LLP
19        Attorneys for Defendant
     BY:  IRA LEE SORKIN
20        DANIEL J. HORWITZ
          NICOLE P. DE BELLO
21        MAURO M. WOLFE

22   ALSO PRESENT:   STEVEN GARFINKEL, FBI
                     KEITH KELLY, FBI
23                   JULIA SCHULTE HANISH, USDOJ, FBI
                     THEODORE V. CACIOPPI, FBI

24

25
```

SOUTHERN DISTRICT REPORTERS, P.C.                    (212) 805-0300

```
 1    advisory business to the London bank account of Madoff
 2    Securities International Limited, a United Kingdom corporation
 3    that was an affiliate of my business in New York.  Madoff
 4    Securities International Limited was principally engaged in
 5    proprietary trading and was a legitimate, honestly run and
 6    operated business.  Nevertheless, to support my false statement
 7    that I purchased and sold securities for my investment advisory
 8    clients in European markets, I caused money from the bank
 9    account of my fraudulent advisory business, located here in
10    Manhattan, to be wire transferred to the London bank account of
11    Madoff Securities International Limited.
12            There were also times in recent years when I had
13    money, which had originated in the New York Chase Manhattan
14    bank account of my investment advisory business, transferred
15    from the London bank account of Madoff Securities International
16    Limited to the Bank of New York operating bank account of my
17    firm's legitimate proprietary and market making business.  That
18    Bank of New York account was located in New York.  I did this
19    as a way of ensuring that the expenses associated with the
20    operation of the fraudulent investment advisory business would
21    not be paid from the operations of the legitimate proprietary
22    trading and market making businesses.
23            In connection with the purported trades, I caused the
24    fraudulent investment advisory side of my business to charge
25    the investment advisory clients four cents per share as a
```

08-01789-cgm Doc 13875-08 Filed 08/12/16 Entered 08/12/16 18:57:45 Exhibit
Pg 4 of 4

I (We) hereby certify that the foregoing is a true and accurate transcript, to the best of my (our) skill and ability, from my (our) stenographic notes of the proceeding.

*[signature]*

Official Court Reporter
U.S. District Court