# EXHIBIT V

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

March 15, 2005

~~June 11, 2004~~

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Kindly change the mailing address for Tracy Dara Kamenstein (acct. # 1-CM596-3-0) to:

273 Tangier Avenue
Palm Beach, Fl. 33480

Thank you very much.

Kind regards,

David R. Kamenstein

Tracy D. Kamenstein

Cc: Stephen Chaplin

AMF00267637