# EXHIBIT A

3,883

**WACHOVIA SECURITIES**

2008 ENHANCED 1099

| Sub / Branch / Rep | Account No | CAP Account No |
|---|---|---|
| 020 / F1 / F14S | REDACTED630 | REDACTED5822 |

Page 3 of 16

Your Financial Advisor:
ERIC WAGNER
450 AUSTRALIAN AVE. 6TH FLOOR
WEST PALM BEACH, FL 33401
800-736-7256

Payer:
FIRST CLEARING, LLC
10700 WHEAT FIRST DRIVE
GLEN ALLEN, VA 23060
Payer ID #: REDACTED4840

As of Date: 1/23/09

DAVID KAMENSTEIN
CAROL KAMENSTEIN
JTWROS
273 TANGIER AVE
PALM BEACH FL 33480-3515

For Client Services call: 1-800-733-8812

**Summary of Reportable Tax Information**

Your Federal Identification Number: REDACTED 5156

**1099-INT Interest Income for 2008**           OMB No. 1545-0112

| IRS Box | | Amount |
|---|---|---|
| 1 | Interest Income | 134.09 |
| 3 | Interest on U.S. Savings Bonds and Treasury Obligations | 0.00 |
| 4 | **Federal Income Tax Withheld** | **0.00** |
| 5 | Investment Expenses | 0.00 |
| 6 | Foreign Tax Paid | 0.00 |
| 7 | Foreign Country or U.S. Possession | See Detail Section |
| 8 | Tax-Exempt Interest | 0.00 |
| 9 | Specified Private Activity Bond Interest | 0.00 |

THIS PACKAGE INCLUDES YOUR FORMS 1099 (COPY B FOR RECIPIENT) - PLEASE RETAIN FOR TAX PREPARATION PURPOSES
The above is important tax information and is being furnished to the Internal Revenue Service. If you are required to file a return, a negligence penalty or other sanction will be imposed on you if the income is taxable and the IRS determines that it has not been reported.

YT222025  012493  025154701222  YNNNN NNNNN NNNNNN  000002