# EXHIBIT C

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

## BY FAX

June 2, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us. Please use our Fedex account # REDACTED 760 to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $60,700 |
| Carol Kamenstein | Acct # 1-CM914-3 | $60,700 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $48,000 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $25,000 |
| Total | | $194,400 |

If you have any questions, or if we can provide any further assistance, please do not hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Take $15,000 from Sloan's transfer and put it into his checking account for taxes which will be due June 15. Put all of the rest of the transfers in the CKDK CAP account. And draw against as you need $ to pay bills. Please keep a list of unusual expenses since your last report of April 22 and submit to it me June 23.