# EXHIBIT D

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

September 2, 2008

Bernard L. Madoff, Inc.
885 Third Avenue
New York, New York 10022

Attn: Jodi Crupi

Dear Jodi,

Please take the following amounts from our accounts and Federal Express them all to us. Please use our Fedex account # REDACTED760 to pay for this service.

| | | |
|---|---|---|
| David Kamenstein | Acct # 1-CM913-3 | $48,800 |
| Carol Kamenstein | Acct # 1-CM914-3 | $48,800 |
| Tracy Kamenstein | Acct # 1-CM596-3-0 | $36,700 |
| Sloan Kamenstein | Acct # 1-CM597-3-0 | $20,900 |
| Total | | $155,200 |

If you have any questions, or if we can provide any further assistance, please do not hesitate to ask our bookkeeper, Barbara Clark (561) 832 6566.

Thank you very much.

Very truly yours,

David R. Kamenstein

Cc: Barbara Clark

**DAVID R. KAMENSTEIN**
**273 TANGIER AVENUE**
**PALM BEACH, FLORIDA 33480**

1. Barbara, when you receive these funds: Put all of the transfers in the CKDK CAP account, except $15,000 from Sloan's transfer. Please put that amount in his checking account to cover estimated taxes due September 15. Draw against the CAP account as you need $ to pay bills. Please keep a list of unusual expenses since your last report of August 28 and submit to it me September 24.

10-04469_Kamenstein_0000159