**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| In re:<br><br>**BERNARD L. MADOFF INVESTMENT SECURITIES LLC,**<br><br>　　　　　　　　　　Debtor.<br><br>——————————————————<br><br>**IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,**<br><br>　　　　　　　　　　Plaintiff,<br><br>　　　　v.<br><br>**ALPHA PRIME FUND LIMITED** *et al.*,<br><br>　　　　　　　　　　Defendants. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) ) )  **Adv. Pro. No. 08-01789 (SMB)**<br><br>**SIPA LIQUIDATION**<br><br>**(Substantively Consolidated)**<br><br><br><br>**Adv. Pro. No. 09-01364 (SMB)** |

**ORDER ISSUING A LETTER OF REQUEST FOR SERVICE**
**ABROAD OF JUDICIAL OR EXTRAJUDICIAL**
**DOCUMENTS IN CIVIL OR COMMERCIAL MATTERS**

　　　Upon the Motion (the "Motion"), dated December 3, 2020, brought by Alpha Prime Fund Ltd. ("Alpha Prime") seeking entry of an Order (the "Order") issuing a Letter of Request (as defined in the Motion) to be transmitted, via the appropriate channels, to the applicable court in Austria to obtain the testimony of Anton Koller; and it appearing that due and sufficient notice of the Motion has been given under the circumstances; and it appearing that no objection having been interposed; and a Certificate of No Objection having been filed on January 11, 2021 pursuant to Local Bankruptcy Rule 9075-2 [ECF No. _____ ] and it further appearing that the relief sought in the Motion is appropriate based upon the information provided in the Motion and in the record;

and it further appearing that this Court has jurisdiction to consider the Motion and the relief requested therein pursuant to 28 U.S.C. §§ 157 and 1334(b); and after due deliberation; and sufficient cause appearing therefor; it is hereby

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Letter of Request, in the form submitted with the Motion, shall be signed and sealed by the Court for transmission to the appropriate judicial authority in Austria so that valid service of process may be effectuated upon Anton Koller.

Dated: New York, New York
January 11th, 2021

**/s/ STUART M. BERNSTEIN**
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE