**UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |

## NOTICE OF APPEARANCE

PLEASE TAKE NOTICE that, pursuant to Section 1109(b) of Title 11 of the United States Code and Rules 2002 and 9010(b) of the Federal Rules of Bankruptcy Procedure, the undersigned hereby appears as counsel for Dale Ellen Leff ("Ms. Leff"), a creditor and party-in-interest, in the above-captioned proceeding and requests that all notices and all other papers required to be given in this case and all papers served or required to be served in this case be given to and served upon the undersigned at the following address:

> **SCHULTE ROTH & ZABEL LLP**
> Gary Stein
> 919 Third Avenue
> New York, NY 10022
> Telephone: (212) 756-2000
> Facsimile: (212) 593-5955
> E-mail: gary.stein@srz.com

**PLEASE TAKE FURTHER NOTICE** that Ms. Leff reserves all rights and defenses she may have, and that this request for notice of appearance shall not constitute a waiver of, impair or otherwise affect any such rights or defenses.

Dated: New York, New York
January 11, 2021

**SCHULTE ROTH & ZABEL LLP**

By: /s/ Gary Stein
Gary Stein
919 Third Avenue
New York, New York 10022
Telephone: (212) 756-2000
Facsimile: (212) 593-5955
E-mail: gary.stein@srz.com

*Attorneys for Dale Ellen Leff*