# CLEARY GOTTLIEB STEEN & HAMILTON LLP

2112 Pennsylvania Avenue, NW
Washington, DC 20037-3229
T: +1 202 974 1500
F: +1 202 974 1999

clearygottlieb.com

NEW YORK
PARIS
BRUSSELS
LONDON
FRANKFURT
COLOGNE
MOSCOW

ROME
MILAN
HONG KONG
BEIJING
BUENOS AIRES
SÃO PAULO
ABU DHABI
SEOUL

D: +1 202 974 1752
nbamberger@cgsh.com

GEORGE S. CARY
MITCHELL S. DUPLER
GIOVANNI P. PREZIOSO
MATTHEW D. SLATER
DAVID I. GELFAND
MICHAEL A. MAZZUCHI
MARK W. NELSON
D. BRUCE HOFFMAN
ROBIN M. BERGEN
DEREK M. BUSH
BRIAN BYRNE
PAUL D. MARQUARDT
JEREMY CALSYN
LEAH BRANNON
MATTHEW G. SOLOMON
KATHERINE MOONEY CARROLL
ELAINE EWING
NOWELL D. BAMBERGER
DANIEL P. CULLEY
KENNETH S. REINKER
ALEXIS COLLINS
MACEY LEVINGTON
RESIDENT PARTNERS

KENNETH L. BACHMAN, JR.
DANIEL B. SILVER
RICHARD DEC. HINDS
SARA D. SCHOTLAND
WILLIAM B. MCGURN III
JOHN S. MAGNEY
MARK LEDDY
JOHN C. MURPHY, JR.
DAVID M. BECKER
JANET L. WELLER
LINDA J. SOLDO
MICHAEL H. KRIMMINGER
SENIOR COUNSEL

W. RICHARD BIDSTRUP
STEVEN J. KAISER
KATHLEEN WARD BRADISH
CUNZHEN HUANG**
CHASE D. KANIECKI
CARL LAWRENCE MALM
CHARLES STERLING
CARL F. EMIGHOLZ
JOHN P. MCGILL, JR.
RESIDENT COUNSEL

MATTHEW I. BACHRACK
LARRY WORK-DEMBOWSKI
PATRICK FULLER
SAIF I. SHAH MOHAMMED
CHRISTIAN J. MAHONEY
SENIOR ATTORNEYS

EMILY M. ARNOLD
GRAHAM BANNON
HANI BASHOUR
TAYLOR H. BATES
ZACHARY BAUM
ELSBETH BENNETT
LINDEN BERNHARDT
JORGE A. BONILLA LOPEZ
MADISON C. BUSH
SAMUEL H. CHANG
CHINWE T. CHUKWUOGO
EVERETT K. CORAOR
LISA M. DANZIG
KATHERINE DENBY
BRANDON J. FIGG
MEREDITH LEIGH FINN
CHRISTOPHER M. FITZPATRICK
ALAN B. FREEDMAN
SAMUEL G. FULLER
LAUREN E. GILBERT
MELISSA GOHLKE
SAVANNAH HAYNES*
CHRISTOPHER J. HILDEBRAND
JESSICA HOLLIS
STEPHEN J. HOUCK
RICHARD HUBER
SAMEER JAYWANT
ANDREW L. KLINE
JOHN F. KOZAK
TOBIAS A. KRAFT
NATHANAEL F. KURCAB
BLAIR WEST KUYKENDALL
ELISE G. LANE
GABRIEL J. LAZARUS
ALEXIS B. LAZDA
CLOTILDE LE ROY
JOHN A. LIGHTBOURNE
MOLLY MA
NORA MCCLOSKEY
ADAM MOTIWALA
KELSEY NUSSENFELD
RICK REDMOND
BEN ROSENBLUM
MICHAEL G. SANDERS
MICHAEL SCHULMAN
WILLIAM SEGAL
GARRETT D. SHINN
SARAH M. STANTON
NICOLE TATZ
ZACH TSCHIDA
JACK H. L. WHITELEY*
JIM WINTERING

HUANBING IZZY XU
JEANNE-PALOMA ZELMATI
IRIS MENGYAO ZHOU
ASSOCIATES

* Admitted only to a bar other
than that of the District of
Columbia. Working under the
supervision of principals of
the Washington office.

** Special Legal Consultant,
qualified in the People's
Republic of China.

January 11, 2021

**VIA ECF**

Judge Stuart M. Bernstein
United States District Court,
Southern District of New York
One Bowling Green
New York, NY 10004

Re:   *SIPC v. Bernard L. Madoff Investment Securities, LLC.* (Adv. Pro. No. 08-01789)
and *Fairfield Sentry Limited (In Liquidation) v. Theodoor GGC Amsterdam, et al.*
(Adv. Pro. No. 10-03496)

Dear Judge Bernstein:

Cleary Gottlieb Steen & Hamilton LLP ("CGSH") is counsel to various defendants, set forth in Exhibit A (together with their affiliates and subsidiaries, the "CGSH Clients"), in connection with the above referenced cases (the "Madoff matters").

I write to provide notice to the Court and to the applicable parties that one of your former law clerks, Kristin Corbett, has been hired by CGSH as an associate in our New York office. From September 2019 to December 2020, Ms. Corbett clerked in your Chambers.  We understand that during her clerkship, Ms. Corbett assisted with several opinions related to *SIPC v. Bernard L. Madoff Investment Securities, LLC.* (Adv. Pro. No. 08-01789) and *Fairfield Sentry Limited (In Liquidation) v. Theodoor GGC Amsterdam, et al.* (Adv. Pro. No. 10-03496), as well as various other related adversary proceedings, and participated in discussions in Chambers concerning these cases (Ms. Corbett's "Prior Work").

Judge Stuart M. Bernstein, p. 2

        In accordance with Rule 1.12 of the New York Rules of Professional Conduct ("Rule 1.12"), we are screening Ms. Corbett from any participation in any of the Madoff matters (collectively, the "Screened Matters") to ensure that there is no flow of information about the Screened matters between Ms. Corbett and the CGSH team working on the Screened Matters. All CGSH attorneys working on the Screened Matters have been instructed that they should not communicate with Ms. Corbett about their work on the Screened Matters or share any confidential information from the Screened Matters with Ms. Corbett.  Similarly, Ms. Corbett has been instructed that she is not to work on the Screened Matters or communicate with the CGSH attorneys working on the Screened Matters about such matters.

        Finally, as an associate, none of Ms. Corbett's compensation will be apportioned from or related to fees from the Screened Matters.

                                    Respectfully submitted,

                                    Nowell D. Bamberger, a Partner

Cc: Counsel of Record, via ECF

# Exhibit A

## Trustee BNP Paribas Defendants

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1. | Adv. Pro. No. 10-05286 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Legacy Capital Ltd. et al.* | BNP Paribas Securities Corp. |
| 2. | Adv. Pro. No. 10-04457 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Equity Trading Portfolio Ltd. et al.* | BNP Paribas Arbitrage SNC |
| 3. | Adv. Pro. No. 11-02796 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas Arbitrage SNC* | BNP Paribas Arbitrage SNC |
| 4. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas S.A. |
| 5. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas (Suisse) S.A. |
| 6. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas Arbitrage |
| 7. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas Bank & Trust (Canada) |
| 8. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas Bank & Trust Cayman Ltd. |
| 9. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BGL BNP Paribas Luxembourg S.A. |
| 10. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas Securities Services Succursale de Luxembourg |

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 11. | Adv. Pro. No. 12-01576 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. BNP Paribas S.A. et al.* | BNP Paribas Securities Services S.A |

## Trustee Citi Defendants

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 1 | Adv. Pro. No. 09-05345 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Citibank, N.A., et al.* | Citibank, N.A.; Citicorp North America, Inc.; Citigroup Global Markets Limited |
| 2. | Adv. Pro. No. 12-01700 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Caprice Int'l Grp., Inc., et al.* | Citibank (Switzerland) AG |

## Trustee Credit Agricole Defendants

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 1 | Adv. Pro. 12-01022 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Crédit Agricole (Suisse) SA, et al..* | Crédit Agricole (Suisse) SA |
| 2. | Adv. Pro. 12-01022 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Crédit Agricole (Suisse) SA, et al.* | Crédit Agricole S.A. |
| 3. | Adv. Pro. 12-01670 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Crédit Agricole Corporate and Investment Bank* | Crédit Agricole Corporate and Investment Bank |

**Trustee HSBC Defendants**

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1 | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Bank plc |
| 2. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Holdings plc |
| 3. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Securities Services (Luxembourg) S.A. |
| 4. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Fund Services (Luxembourg) S.A. |
| 5. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Securities Services (Ireland) Designated Activity Company (sued as HSBC Securities Services (Ireland) Limited) |
| 6. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Securities Services (Bermuda) Limited |
| 7. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC France, Dublin Branch (sued as HSBC Institutional Trust Services (Ireland) Limited, which changed its name to HSBC Institutional Trust Services (Ireland) Designated Activity Company and subsequently merged with HSBC France) |
| 8. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Institutional Trust Services (Bermuda) Limited |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 9. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Bank USA, N.A. |
| 10. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Cayman Services Limited (sued as HSBC Bank (Cayman) Limited) |
| 11. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Private Banking Holdings (Suisse) S.A |
| 12. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Private Bank (Suisse) S.A. |
| 13. | Adv. Pro. No. 09-01364 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Alpha Prime Fund Limited et al.* | HSBC Bank Bermuda Limited |
| 14. | Adv. Pro. No. 11-02784 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al.* | Somers Dublin Designated Activity Company (f/k/a Somers Dublin Limited) |
| 15. | Adv. Pro. No. 11-02784 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al.* | Somers Dublin Limited |
| 16. | Adv. Pro. No. 11-02784 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. Somers Dublin Limited et al.* | Somers Nominees (Far East) Limited |
| 17. | Adv. Pro. No. 12-01005 | *Irving H. Picard, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC v. SICO Limited* | SICO Limited |

## Fairfield BBH Defendants

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1 | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Blush & Co. |
| 2. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Brown Brothers Harriman & Co. |
| 3. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Fox & Co. |

## Fairfield BNP Paribas Defendants

| | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 1 | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 2. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 3. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 4. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA |
| 5. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Ex Fortis (n/k/a BNP Paribas (Suisse) SA) |
| 6. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | BNP Paribas (Suisse) SA Private (n/k/a BNP Paribas (Suisse) SA) |
| 7. | Adv. Pro. 10-04098 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Arbitrage SNC, et al.* | BNP Paribas Arbitrage SNC |
| 8. | Adv. Pro. 10-04099 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Private Bank and Trust Cayman Ltd., et al.* | BNP Paribas Private Bank and Trust Cayman Ltd |
| 9. | Adv. Pro. 11-01579 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas Securities Nominees Ltd., et al.* | BNP Paribas Securities Nominees Ltd. |

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 10. | Adv. Pro. 11-01617 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Fortis Bank SA/NV, et al.* | BNP Paribas Fortis |
| 11. | Adv. Pro. 12-01551 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNP Paribas España f/k/a Fortis Bank (España), et al.* | BNP Paribas España |
| 12. | Adv. Pro. No. 11-01242 | *Fairfield Sentry Ltd. v. BGL BNP Paribas S.A., et al.* | BGL BNP Paribas S.A. (f/k/a FS/Fortis Banque Luxembourg) |
| 13. | Adv. Pro. No. 11-01242 | *Fairfield Sentry Ltd. v. BGL BNP Paribas S.A., et al.* | Banque Generale du Luxembourg (n/k/a BGL BNP Paribas S.A.) |
| 14. | Adv. Pro. No. 10-03627 | *Fairfield Sentry Ltd. v. BNP Paribas Securities Services Luxembourg, et al.* | BNP Securities Services Luxembourg S.A. |
| 15. | Adv. Pro. No. 10-03626 | *Fairfield Sentry Ltd. v. BNP Paribas Luxembourg SA a/k/a BGL BNP Paribas, et al.* | BNP Paribas Luxembourg (a/k/a BGL BNP Paribas S.A.) |

## Fairfield BNY Defendants

|     | Case No. | Case Name | Defendant Name |
|-----|----------|-----------|----------------|
| 1 | Adv. Pro. 11-01589 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. BNY AIS Nominees Ltd., et al.* | BNY AIS Nominees, Ltd. |
| 2. | Adv. Pro. 11-01604 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. PFPC Bank Limited, et al.* | BNY Mellon International Bank Ltd. f/k/a PFPC International Bank Ltd., PNC International Bank Limited and PFPC Bank Ltd |

## Fairfield Citi Defendants

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 1  | Adv. Pro. 10-03622 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank NA London, et al.* | Citibank NA London |
| 2. | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | Citibank (Switzerland) Zurich;[1] Citivic Nominees Limited |
| 3. | Adv. Pro. 10-03640 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citibank (Switzerland) AG, et al.* | Citibank (Switzerland) AG |
| 4. | Adv. Pro. 10-04100 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citivic Nominees Limited, et al.* | Citivic Nominees Limited |
| 5. | Adv. Pro. 11-02770 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Citigroup Global Markets Limited, et al.* | Citigroup Global Markets Limited |
| 6. | Adv. Pro. 12-01298 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Don Chimango SA, et al.* | Cititrust (Bahamas) Limited |

## Fairfield Credit Agricole Defendants

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 1  | Adv. Pro. 10-03624 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank Luxembourg, et al.* | Caceis Bank Luxembourg |
| 2. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 3. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | Caceis Bank Luxembourg |
| 4. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Agricole (Miami) |
| 5. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais Miami n/k/a Credit Lyonnais S.A. Miami |

---

[1] The party sued here as "Citibank (Switzerland) Zurich" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 6. | Adv. Pro. 10-03752 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Brown Brothers Harriman & Co., et al.* | Credit Lyonnais n/k/a LCL-LE Credit Lyonnais S.A. |
| 7. | Adv. Pro. 10-03754 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CDC IXIS, et al.* | CDC IXIS |
| 8. | Adv. Pro. 10-03871 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Caceis Bank EX-IXIS IS, et al.* | Caceis Bank Ex Ixis Is |
| 9. | Adv. Pro. 11-01244 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CA Indosuez (Switzerland) SA, et al.* | CA Indosuez (Switzerland) S.A. |
| 10. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | CPR Online |
| 11. | Adv. Pro. 11-02787 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Credit Agricole Titres, et al.* | Credit Agricole Titres |
| 12. | Adv. Pro 12-01288 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CAIS Bank, et al.* | CAIS Bank |
| 13. | Adv. Pro 12-01288 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. CAIS Bank, et al.* | Calyon Paris |

## Fairfield HSBC Defendants

|    | Case No. | Case Name | Defendant Name |
|----|----------|-----------|----------------|
| 1 | Adv. Pro. 10-03619 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Institutional Trust Services (Asia) Limited, et al.* | HSBC Institutional Trust Services (Asia) Limited. |
| 2. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Murdoch & Co. |
| 3. | Adv. Pro. 10-03628 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Robinson & Co., et al.* | Robinson &. Co. |
| 4. | Adv. Pro. 10-03629 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Private Banking Nom, et al.* | HSBC Private Banking Nom a/k/a HSBC Private Banking Nominee 1 (Jersey) Ltd. n/k/a Republic Nominees Limited |

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 5. | Adv. Pro. 10-03630 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities Services (Luxembourg) SA, et al.* | HSBC Securities Services (Luxembourg), SA |
| 6. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (C.I.) Limited |
| 7. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | HSBC Private Bank (Guernsey) Ltd. a/k/a HSBC Republic Bank (Guernsey) Ltd. n/k/a HSBC Private Bank (C.I.) Limited |
| 8. | Adv. Pro. 10-03631 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank (Guernsey) Ltd., et al.* | Republic Nominees Limited |
| 9. | Adv. Pro. 10-03633 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Private Bank Suisse SA, et al.* | HSBC Private Bank Suisse SA |
| 10. | Adv. Pro. 10-03634 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Zurich Capital Markets Company, et al.* | HSBC Bank USA |
| 11. | Adv. Pro. 10-03635 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[2] |
| 12. | Adv. Pro. 10-03636 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. ABN AMRO Schweiz AG, et al.* | "HSBC"[3] |
| 13. | Adv. Pro. 10-04097 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Banco Nominees (IOM) Limited, et al.* | Banco Nominees (IOM) Limited (n/k/a Banco Nominees (Guernsey) Limited) |
| 14. | Adv. Pro. 11-01594 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. FS/HSBC Guyerzeller Zurich, et al.* | HSBC Guyerzeller Zurich a/k/a Guyerzeller Trust Company AG n/k/a HSBC Trust Company AG |
| 15. | Adv. Pro. 12-01270 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC Securities (Panama) SA, et al.* | HSBC Securities (Panama) SA f/k/a Banistmo Securities, Inc. |

---

[2]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.
[3]    The party sued here as "HSBC" is a nonexistent entity, and there is no concession to the contrary by submitting this filing.

|  | Case No. | Case Name | Defendant Name |
|---|---|---|---|
| 16. | Adv. Pro. 12-01290 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. HSBC International Trustee Limited, et al.* | HSBC International Trustee Limited |
| 17. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited List Parties, et al.* | HSBC Bank Bermuda Limited f/k/a The Bank of Bermuda Limited |
| 18. | Adv. Pro. 12-01556 | *Fairfield Sentry Ltd. (In Liquidation), et al. v. Somers Nominees (Far East) Limited List Parties, et al.* | Somers Nominees (Far East) Limited |