**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,  <br><br>                         Plaintiff-Applicant,  <br><br>      v.  <br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,  <br><br>                         Defendant. | Adv. Pro. No. 08-01789 (SMB)  <br><br>SIPA LIQUIDATION  <br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

Toby T. Hobish, having filed an objection (the "Objection", Docket No. 1094) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009322), hereby gives notice that he withdraws such Objection.

Dated: January 12, 2021

By: */s/ Arthur H. Ruegger*
**DENTONS US LLP**
1221 Avenue of the Americas
New York, NY  10020
Telephone: 212.768.6881
Facsimile: 212.768.6800
Arthur H. Ruegger
Email: Arthur.Ruegger@dentons.com