**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                      Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

LI RAM L.P., having filed an objection (the "Objection", Docket No. 891) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#009323), hereby gives notice that it withdraws such Objection.

Dated: January 12, 2021

                                                    By: */s/ Arthur H. Ruegger*
                                                    **DENTONS US LLP**
                                                    1221 Avenue of the Americas
                                                    New York, NY  10020
                                                    Telephone: 212.768.6881
                                                    Facsimile: 212.768.6800
                                                    Arthur H. Ruegger
                                                    Email: Arthur.Ruegger@dentons.com