**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>          Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>          Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>          Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>          Plaintiff,<br>v.<br><br>SIDNEY COLE,<br><br>          Defendant. | Adv. Pro. No. 10-04672 (SMB) |

### STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL OF ADVERSARY PROCEEDING WITH PREJUDICE

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated SIPA liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.*, and the estate of Bernard L. Madoff individually ("Madoff"), by and through his counsel, Baker & Hostetler LLP, and Defendant Sidney Cole ("Defendant"), by and through his undersigned counsel (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On December 1, 2010, the Trustee filed and served the Complaint against Defendant.

2. On January 25, 2012, the Trustee filed and served the Amended Complaint against Defendant.

3. On August 17, 2015, Defendant filed an answer to the Amended Complaint.

4. On December 29, 2020, the Parties entered into a settlement agreement (the "Settlement Agreement") pursuant to the Settlement Procedures Order entered by this Court on November 12, 2010 [ECF No. 3181].

5. In accordance with Federal Rule of Civil Procedure 41(a)(1), made applicable hereto by Federal Rule of Bankruptcy Procedure 7041, the Parties hereby stipulate to a dismissal of the Adversary Proceeding with prejudice and without costs to either Trustee or Defendant.

6. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

7. This Stipulation may be signed by the Parties in any number of counterparts, each of which when so signed shall be an original, but all of which shall together constitute one and the

same instrument.  A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

8. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date:   January 12, 2021
        New York, New York

| **BAKER & HOSTETLER LLP** | **DENTONS US LLP** |
|---|---|
| By: /s/ *Nicholas J. Cremona* | By: /s/ *Carole Neville* |
| 45 Rockefeller Plaza | 1221 Avenue of the Americas |
| New York, New York 10111 | New York, New York 10020-1089 |
| Telephone: (212) 589-4200 | Telephone: (212) 768-6700 |
| Facsimile: (212) 589-4201 | Facsimile: (212) 768-6800 |
| David J. Sheehan | Carole Neville |
| Email: dsheehan@bakerlaw.com | Email: carole.neville@dentons.com |
| Nicholas J. Cremona | Arthur H. Ruegger |
| Email: ncremona@bakerlaw.com | Email: arthur.ruegger@dentons.com |
| *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff* | *Attorneys for Defendant* |

SO ORDERED:

Dated: **January 12, 2021**
       New York, New York

**/s/ STUART M. BERNSTEIN**
Hon. Stuart M. Bernstein
United States Bankruptcy Judge