**WINDELS MARX LANE & MITTENDORF, LLP**
156 West 56th Street
New York, New York 10019
Tel: (212) 237-1000
Fax: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, | |
| Plaintiff, | |
| v. | Adv. Pro. No. 12-01699 (SMB) |
| ROYAL BANK OF CANADA; GUERNROY LIMITED; ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED; ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED; ROYAL BANK OF CANADA (ASIA) LIMITED; ROYAL BANK OF CANADA (SUISSE) S.A.; RBC DOMINION SECURITIES INC.; and RBC ALTERNATIVE ASSETS, L.P.;, | |
| Defendants. | |

{11884734:1}

# NOTICE OF AGENDA FOR MATTER SCHEDULED
# FOR HEARING ON JANUARY 13, 2021 AT 10:00 A.M.

## CONTESTED MATTER

**12-01699; Picard v. Royal Bank of Canada, et al.**

A. Memorandum of Law in Support of Motion to Stay (related document(s)115) filed by Anthony L. Paccione on behalf of GUERNROY LIMITED, RBC ALTERNATIVE ASSETS, L.P., RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA, ROYAL BANK OF CANADA (ASIA) LIMITED, ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED, ROYAL BANK OF CANADA (SUISSE) S.A., ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED. (Paccione, Anthony) (Filed: 11/24/2020) [ECF No. 116]

B. Motion to Stay *Corrected Entry* filed by Anthony L. Paccione on behalf of GUERNROY LIMITED, RBC ALTERNATIVE ASSETS, L.P., RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA, ROYAL BANK OF CANADA (ASIA) LIMITED, ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED, ROYAL BANK OF CANADA (SUISSE) S.A., ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED. (Attachments: # 1 Notice Of Motion # 2 Declaration Of Mark T. Ciani In Support # 3 Exhibit A # 4 Exhibit B # 5 Exhibit C - Proposed Order) (Paccione, Anthony) (Filed: 11/25/2020) [ECF No. 118]

**Objections Due**:     December 30, 2020

**Objection Filed**:

C. Memorandum of Law in Opposition to Defendants' Motion to Stay filed by Howard L. Simon on behalf of IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC. (Filed: 12/30/2020) [ECF No. 120]

**Replies Due:**     January 10, 2021

**Replies Filed**:

D. Reply In Further Support Of Defendants' Motion To Stay (related document(s)118) filed by Anthony L. Paccione on behalf of GUERNROY LIMITED, RBC ALTERNATIVE ASSETS, L.P., RBC DOMINION SECURITIES INC., ROYAL BANK OF CANADA, ROYAL BANK OF CANADA (ASIA) LIMITED, ROYAL BANK OF CANADA (CHANNEL ISLANDS) LIMITED, ROYAL BANK OF CANADA (SUISSE) S.A., ROYAL BANK OF CANADA TRUST COMPANY (JERSEY) LIMITED. (Attachments: # 1 Declaration Of Mark T. Ciani In Further Support Of Defendants'

Motion To Stay # 2 Exhibit D # 3 Exhibit E # 4 Exhibit F) (Filed: 1/8/2021) [ECF No. 124]

**Status**:   This matter is going forward.

Dated: New York, New York
January 12, 2021

**WINDELS MARX LANE & MITTENDORF, LLP**

/s/ Howard L. Simon
Howard L. Simon (hsimon@windelsmarx.com)
Kim M. Longo (klongo@windelsmarx.com)
156 West 56th Street
New York, New York 10019
Telephone: (212) 237-1000
Facsimile: (212) 262-1215

*Special Counsel for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff*

{11884734:1}    3