**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Jeffrey R. Werner 11/1/98 Trust and Violet M. Werner, having filed an objection (the "Objection", Docket No. 2392) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#014340), hereby give notice that they withdraw such Objection.

Dated: January 14, 2021

By: */s/ David. B. Bernfeld*
David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue, 2nd Floor
New York, New York 10016
Tel: (212) 661.1661
Email: dbblaw@hotmail.com