**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Harvey L. Werner Revocable Trust, Violet M Werner, Jeffrey R Werner and Wendy Werner, Co-Trustees, having filed an objection (the "Objection", Docket No. 3152) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#014341), hereby give notice that they withdraw such Objection.

Dated: January 14, 2021

                  By: */s/ David. B. Bernfeld*
                  David B. Bernfeld
                  Bernfeld, DeMatteo & Bernfeld, LLP
                  600 Third Avenue, 2nd Floor
                  New York, New York 10016
                  Tel: (212) 661.1661
                  Email: dbblaw@hotmail.com