**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION

The Marital Trust No. 1 Created Under the Harvey L Werner Revocable Trust and Violet M. Werner Trustee, having filed an objection (the "Objection", Docket No. 2393) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claim (#014343), hereby give notice that they withdraw such Objection.

Dated: January 14, 2021

By: */s/ David. B. Bernfeld*
David B. Bernfeld
Bernfeld, DeMatteo & Bernfeld, LLP
600 Third Avenue, 2nd Floor
New York, New York 10016
Tel: (212) 661.1661
Email: dbblaw@hotmail.com