## IN RE: BLMIS. CASE NO: 08-01789 (SMB)

## EXHIBIT A – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alexandra Story and Kent Kilroe JT WROS | 004959, 004960 | 818 | Bonnie S. Josephs | Alexandra Story And Kent Kilroe JT WROS | 1ZB489 |
| Atherton Family Trust; Virginia H Atherton As Tstee | 001334 | 727 | Pro Se Filing | Atherton Family Trust Virginia H Atherton As Tstee | 1ZA414 |
| Renee Robinow Soskin | 004543 | 1771 | Pro Se Filing | Millennium Trust Company, LLC FBO Renee Robinow Soskin | 1S0404 |
| Sondra Feinberg Norman Feinberg JT WROS | 001018, 012145 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0141 |
| Sylvia Samuels | 004087 | 907 | Jaspan Schlesinger LLP | Sylvia Samuels | 1S0494 |
| William Pressman | 003837 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |