**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Miller Trust Partnership | 002293 | 688 | Phillips Nizer LLP | Miller Trust Partnership | 1ZA260 |
| Penney P Burnett | 006274, 006978 | 324 | Pro Se Filing | Penney P Burnett | 1CM716 |
| Sondra Feinberg Norman Feinberg JT WROS | 001017, 012144 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0189 |