IN RE: BLMIS. CASE NO: 08-01789 (SMB)

EXHIBIT D – CLAIMS AND OBJECTIONS

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Alexandra Story and Kent Kilroe JT WROS | 004959, 004960 | 818 | Bonnie S. Josephs | Alexandra Story And Kent Kilroe JT WROS | 1ZB489 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Atherton Family Trust; Virginia H Atherton As Tstee | 001334 | 727 | Pro Se Filing | Atherton Family Trust Virginia H Atherton As Tstee | 1ZA414 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Miller Trust Partnership | 002293 | 688 | Phillips Nizer LLP | Miller Trust Partnership | 1ZA260 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Penney P Burnett | 006274, 006978 | 324 | Pro Se Filing | Penney P Burnett | 1CM716 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |
| Renee Robinow Soskin | 004543 | 1771 | Pro Se Filing | Millennium Trust Company, LLC FBO Renee Robinow Soskin | 1S0404 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Inter-Account Transfers**: BLMIS's books and records do not reflect the amounts of principal alleged in the claimant's objection. |
| Sondra Feinberg Norman Feinberg JT WROS | 001017, 001018, 012144, 012145 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0189, 1F0141 | **Calculation Issue**: BLMIS's books and records do not reflect the amounts alleged in the claimant's objection.<br><br>**Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number | Category of Arguments |
|---|---|---|---|---|---|---|
| Sylvia Samuels | 004087 | 907 | Jaspan Schlesinger LLP | Sylvia Samuels | 1S0494 | **Net Equity**: BLMIS's books and records do not reflect the deposits of actual cash or securities alleged in the claimant's objection. |
| William Pressman | 003837 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 | **Customer Issue:** BLMIS's books and records do not reflect that the interest holders or contributors to the account were separate customers of BLMIS. |

4845-4256-5078.1