**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

SECURITIES INVESTOR PROTECTION
CORPORATION,

Plaintiff-Applicant,

v.

BERNARD L. MADOFF INVESTMENT
SECURITIES LLC,

Defendant.

Adv. Pro. No. 08-1789 (SMB)

SIPA Liquidation

(Substantively Consolidated)

In re:

BERNARD L. MADOFF,

Debtor.

## [PROPOSED] ORDER GRANTING TRUSTEE'S THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES

Upon consideration of the motion (the "Motion") [Docket No. ___], by Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") and the chapter 7 estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), in the above-captioned SIPA[1] liquidation proceeding seeking to have the Court affirm his claims determinations and overrule the related objections that appear to raise customer-specific factual issues (the "Objections"); and the net winner Claims to be disallowed and Objections to be overruled are identified in Exhibit A to the Declaration of Vineet Sehgal in Support of the Motion (the "Sehgal Declaration"), [Docket No. ___]; and the net loser Claims determinations to be affirmed and Objections to be overruled are identified in Exhibit B to the

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

Sehgal Declaration; and due and proper notice of the Motion having been given and it appearing

that no other or further notice need be provided; and the Court having found and determined that

the relief sought in the Motion as set forth herein is in the best interests of the Debtor, its estate,

creditors, and all parties in interest; and after due deliberation and sufficient cause appearing

therefor, it is

ORDERED that the relief requested in the Motion is granted to the extent provided

herein; and it is further

ORDERED that the Claims listed on Exhibit A hereto are disallowed; and it is further

ORDERED that the Trustee's Claims determinations regarding the Claims listed on

Exhibits A and B hereto are affirmed; and it is further

ORDERED that the Objections listed on Exhibits A and B hereto are overruled; and it is

further

ORDERED that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: _____, 2021
      New York, New York

 

                                                        _____
                                                     HONORABLE STUART M. BERNSTEIN
                                                   UNITED STATES BANKRUPTCY JUDGE

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Alexandra Story and Kent Kilroe JT WROS | 004959, 004960 | 818 | Bonnie S. Josephs | Alexandra Story And Kent Kilroe JT WROS | 1ZB489 |
| Atherton Family Trust; Virginia H Atherton As Tstee | 001334 | 727 | Pro Se Filing | Atherton Family Trust Virginia H Atherton As Tstee | 1ZA414 |
| Renee Robinow Soskin | 004543 | 1771 | Pro Se Filing | Millennium Trust Company, LLC FBO Renee Robinow Soskin | 1S0404 |
| Sondra Feinberg Norman Feinberg JT WROS | 001018, 012145 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0141 |
| Sylvia Samuels | 004087 | 907 | Jaspan Schlesinger LLP | Sylvia Samuels | 1S0494 |
| William Pressman | 003837 | 3535 | Becker & Poliakoff, LLP | William M Pressman Inc | 1ZA733 |

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Miller Trust Partnership | 002293 | 688 | Phillips Nizer LLP | Miller Trust Partnership | 1ZA260 |
| Penney P Burnett | 006274, 006978 | 324 | Pro Se Filing | Penney P Burnett | 1CM716 |
| Sondra Feinberg Norman Feinberg JT WROS | 001017, 012144 | 478 | Phillips Nizer LLP | Sondra Feinberg Norman Feinberg JT WROS | 1F0189 |