**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT A – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| Marilyn Cohn Gross | 007054 | 718 | Milberg LLP | Marilyn Cohn Gross | 1ZA409 |
| Marshall Warren Krause | 000068 | 827, 911 | Pro Se Filing | Marshall Warren Krause | 1ZA159 |
| NTC & Co. FBO Marshall Warren Krause (944531) | 000082 | 827, 1071 | Pro Se Filing | Millennium Trust Company, LLC FBO Marshall Warren Krause | 1ZR256 |
| Pearson Family Partnership C/O Lynn Weiner | 000015 | 1786 | Ellen H. Kanner, Esq | Pearson Family Partnership | 1ZB447 |

**IN RE: BLMIS. CASE NO: 08-01789 (SMB)**

**EXHIBIT B – CLAIMS AND OBJECTIONS**

| Objecting Party | Claim Number | Objection To Determination Docket Number | Counsel | Account Name | Account Number |
|---|---|---|---|---|---|
| NTC & Co. FBO Jeffrey Shankman (111772) | 002908 | 1028 | Phillips Nizer LLP | NTC & Co. FBO Jeffrey Shankman (111772) | 1S0277 |
| Ronald Lazarus & Linda Lazarus JT/WROS | 008590, 100194 | 1174 | Phillips Nizer LLP | Ronald Lazarus & Linda Lazarus JT/WROS | 1ZB519 |