UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## AFFIDAVIT OF MAILING

STATE OF TEXAS    )
            ) ss:
COUNTY OF DALLAS   )

TASSIE POWERS BARR, being duly sworn, deposes and says:

1. I am a Senior Vice President of AlixPartners, LLP, which maintains offices at 2101 Cedar Springs Road, Suite 1100, Dallas, Texas 75201.

2. I am over the age of eighteen years and am not a party to the above-captioned action.

3. On January 15, 2021, I caused to be served, via first-class mail, postage prepaid, upon the parties listed on the annexed Exhibit A, a true and correct copy of the following:

1. TRUSTEE'S THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20197)

2. DECLARATION OF VINEET SEHGAL IN SUPPORT OF THE TRUSTEE'S THIRTY-SIX OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20198)

3. NOTICE OF TELEPHONIC HEARING ON TRUSTEE'S THIRTY-SIXTH OMNIBUS MOTION TO AFFIRM THE TRUSTEE'S CLAIMS DETERMINATIONS AND OVERRULE OBJECTIONS THAT APPEAR TO RAISE FACTUAL ISSUES (Docket Number 20199)

Executed on January 15, 2021

_____
Tassie Powers Barr

Sworn to and subscribed before me this 15th day of January 2021



(SEAL)

_____
Notary Public

2

# Exhibit A

Exhibit A
1/15/2021

| Contact | Address1 | Address2 | City | State | ZIP | Address Source |
|---|---|---|---|---|---|---|
|  |  |  |  |  |  |  |
|  |  |  |  |  |  |  |
| Redacted for confidentiality reasons |  |  |  |  |  |  |
| Redacted for confidentiality reasons |  |  |  |  |  |  |
| Redacted for confidentiality reasons |  |  |  |  |  |  |
| Redacted for confidentiality reasons |  |  |  |  |  |  |
| Redacted for confidentiality reasons |  |  |  |  |  |  |
| Redacted for confidentiality reasons |  |  |  |  |  |  |
| Phillips Nizer LLP | Attn: Helen Davis Chaitman | 666 Fifth Avenue | New York | NY | 10103-0084 | Counsel |
| Becker & Poliakoff, LLP | Attn: Helen Davis Chaitman | 45 Broadway | New York | NY | 10006 | Counsel |
| Jaspan Schlesinger LLP | Attn: Steven R. Schlesinger | 300 Garden City Plaza | Garden City | NY | 11530 | Counsel |
| Bonnie S. Josephs | 1776 Broadway | 21st Floor | New York | NY | 10019 | Counsel |
| Redacted for confidentiality reasons |  |  |  |  |  |  |