**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

Hearing Date: January 20, 2021
Hearing Time: 10:00 A.M. (EST)
Objection Deadline: January 13, 2021

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>           Plaintiff-Applicant.<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>           Defendant.<br>In re:<br><br>BERNARD L. MADOFF,<br><br>           Debtor. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

**CERTIFICATE OF NO OBJECTION TO**
**MOTION FOR AN ORDER APPROVING TWELFTH ALLOCATION OF PROPERTY**
**TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING TWELFTH**
<u>**INTERIM DISTRIBUTION TO CUSTOMERS**</u>

Irving H. Picard, trustee ("Trustee") for the substantively consolidated liquidation of the

business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection

Act, 15 U.S.C. § 78aaa *et seq.* and the substantively consolidated chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, submits this certificate pursuant to Local Bankruptcy Rule 9075-2, and respectfully represents:

1.  On December 9, 2020, the Trustee filed the Motion for an Order Approving Twelfth Allocation of Property to the Fund of Customer Property and Authorizing Twelfth Interim Distribution to Customers (the "Motion") (ECF No. 20066 ), together with the Affidavit of Vineet Sehgal (ECF No. 20067 ) in support of the Motion.

2.  The deadline for filing objections to the Motion expired on January 13, 2021 at 4:00 p.m. A hearing on the Motion has been scheduled for January 20, 2021 at 10:00 a.m.

3.  Notice of the Motion was provided by U.S. Mail, postage prepaid or email to (i) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (iii) all parties that have filed a notice of appearance in this case; (iv) the SEC; (v) the IRS; (vi) the United States Attorney for the Southern District of New York; and (vii) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560).

4.  Counsel for the Trustee reviewed the Court's docket not less than forty-eight (48) hours after expiration of the time to file an objection, and to date, no objection, responsive pleading, or request for a hearing with respect to the Motion appears thereon. Additionally, no party has indicated to the Trustee that it intends to oppose the relief requested in the Motion.

5.  An electronic copy of a proposed order (the "Order"), that is substantially in the form of the proposed order that was annexed to the Notice of Motion, and Exhibit A thereto, will be submitted to the Court along with this certificate.

6.  Pursuant to Local Bankruptcy Rule 9075-2, the Trustee respectfully requests that the Order be entered without a hearing.

Dated: New York, New York
January 19, 2021

Respectfully submitted,

*/s/ David J. Sheehan*
David J. Sheehan
Email: dsheehan@bakerlaw.com
Seanna R. Brown
Email: sbrown@bakerlaw.com
Heather R. Wlodek
Email: hwlodek@bakerlaw.com

**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, NY 10111
Tel: 212.589.4200
Fax: 212.589.4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*