**Young Conaway Stargatt & Taylor, LLP**
Rockefeller Center
1270 Avenue of the Americas
Suite 2210
New York, New York 10020
Telephone: (212) 332-8840
Facsimile: (212) 332-8855
Matthew B. Lunn
Justin P. Duda

*Attorneys for Irving H. Picard, Trustee*
*for the Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, Plaintiff-Applicant, v. BERNARD L. MADOFF INVESTMENT SECURITIES LLC, Defendant. | Adv. Pro. No. 08-01789 (SMB) SIPA LIQUIDATION (Substantively Consolidated) |
| In re: BERNARD L. MADOFF, Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, Plaintiff, v. KEN-WEN FAMILY LIMITED PARTNERSHIP; KENNETH W. BROWN, in his capacities as a | Adv. Pro. No. 10-04468 (SMB) |

27601355.1

| |
|---|
| General Partner of the Ken-Wen Family Limited Partnership; and WENDY BROWN, |
| Defendants. |

**STIPULATION AND ORDER FOR VOLUNTARY DISMISSAL
OF DEFENDANT WENDY BROWN WITH PREJUDICE**

Irving H. Picard (the "Trustee"), as trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq.* ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff individually, by and through his counsel, Baker & Hostetler LLP, and Wendy Brown ("Defendant"), by and through her counsel, David B. Bernfeld of Bernfeld, DeMatteo & Bernfeld, LLP (collectively, the "Parties"), hereby stipulate and agree to the following:

1. On November 30, 2010, the Trustee filed and served the Complaint against Defendant.

2. On September 18, 2015, Defendant filed and served her Answer to the Complaint.

3. In accordance with Federal Rule of Bankruptcy Procedure 7041(a)(1)(ii), and Federal Rule of Civil Procedure 41(a)(1), the Parties hereby stipulate to dismiss the Trustee's claims against Defendant in the above-captioned adversary proceeding with prejudice.

4. Nothing herein shall affect the Trustee's claims in the Adversary Proceeding against any defendant other than the Defendant, and the Trustee hereby preserves all his rights and claims against any defendant other than the Defendant.

5. The provisions of this Stipulation shall be binding upon and shall inure to the benefit of the Parties and their respective successors and assigns and upon all creditors and parties of interest.

6. This Stipulation may be signed by the Parties in any number of counterparts, each

27601355.1

of which when so signed shall be an original, but all of which shall together constitute one and the same instrument. A signed facsimile, photostatic or electronic copy of this Stipulation shall be deemed an original.

7. The Bankruptcy Court shall retain jurisdiction over this Stipulation.

Date: January 15, 2021
New York, New York

| | |
|---|---|
| **YOUNG CONAWAY STARGATT & TAYLOR, LLP** | **BERNFELD, DEMATTEO & BERNFELD, LLP** |
| By: */s/ Justin P. Duda* <br> Rockefeller Center <br> 1270 Avenue of the Americas <br> Suite 2210 <br> New York, New York 10020 <br> Telephone: (212) 332-8840 <br> Facsimile: (212) 332-8855 <br> Matthew B. Lunn <br> Email: mlunn@ycst.com <br> Justin P. Duda <br> Email: jduda@ycst.com <br><br> *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff* | By: */s/ David B. Bernfeld* <br> 600 Third Avenue, 2nd Floor <br> New York, New York 10016 <br> Telephone: (212) 661-1661 <br> Facsimile: (212) 957-9610 <br> David B. Bernfeld <br> Email: dbblaw@hotmail.com <br><br> *Attorneys for Defendant Wendy Brown* |

SO ORDERED:

Dated: **January 19, 2021**
New York, New York

/s/ STUART M. BERNSTEIN
Hon. Stuart M. Bernstein
United States Bankruptcy Judge

27601355.1

3