**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant. | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

### ORDER APPROVING TWELFTH ALLOCATION OF PROPERTY TO THE FUND OF CUSTOMER PROPERTY AND AUTHORIZING TWELFTH INTERIM DISTRIBUTION TO CUSTOMERS

Upon consideration of the motion (the "Motion")[1], dated December 9, 2020, filed by Irving H. Picard, as trustee ("Trustee") for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. § 78aaa *et seq*. ("SIPA"), and the substantively consolidated estate of Bernard L. Madoff ("Madoff") (collectively, "Debtor"), for an Order Approving the Trustee's Twelfth Allocation of Property to the Fund of Customer Property and Authorizing Twelfth Interim Distribution to Customers (ECF No. 20066), and the Affidavit of Vineet Sehgal, executed December 9, 2020 (ECF No. 20067), and it appearing that due and proper notice of the Motion and the relief requested therein having been given, and no other or further notice needing to be given; and the Court having reviewed the Motion and the Court having considered the Affidavit of Vineet Sehgal in support of

---

[1] All capitalized terms not defined herein shall have the meaning ascribed in the Motion.

the Motion; and the Court having determined that the legal and factual bases set forth in the Motion

establish just cause for the relief granted herein; and it further appearing the relief sought in the

Motion is appropriate based upon the Certificate of No Objection filed in this case on January 19,

2021; and after due deliberation and sufficient cause appearing therefor, **IT IS HEREBY**:

  **ORDERED**, that the relief requested in the Motion is hereby granted; and it is further

  **ORDERED**, that all holders of current and future allowed customer claims for amounts

still due to them are eligible to receive a distribution consistent with the relief granted herein; and

it is further

  **ORDERED**, that this Court shall retain jurisdiction to hear and determine all matters

arising from or related to this Order.

Dated: New York, New York
   January 19, 2021

       **/s/ STUART M. BERNSTEIN**
       HONORABLE STUART M. BERNSTEIN
       UNITED STATES BANKRUPTCY JUDGE