**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff,<br><br>           v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>                    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                    Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON JANUARAY 20, 2021 AT 10:00 A.M.**

**UNCONTESTED MATTERS**

1. **08-01789; SIPC v. BLMIS**

   A.   Letter to Judge Bernstein re: Remaining Chaitman LLP Adversary Proceedings filed by Nicholas Cremona on behalf of Irving H. Picard (Filed: 3/5/2020) [ECF No. 19370]

B.     Letter in Response to Trustee's Letter to Judge Bernstein re Remaining Chaitman LLP Adv. Pro. Listed on Exhibit A filed by Helen Davis Chaitman (Filed: 3/6/2020) [ECF No. 19372]

**Related Documents**:

C.     Memorandum Endorsed Order signed on 3/11/2020 Scheduling Telephonic Conference (Filed: 3/11/2020) [ECF No. 19384]

D.     Transcript regarding Hearing Held on 3/17/20 at 10:04 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 6/15/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 3/24/2020. Statement of Redaction Request Due By 4/7/2020. Redacted Transcript Submission Due By 4/17/2020. Transcript access will be restricted through 6/15/2020 (Filed: 3/17/2020) [ECF No. 19412]

E.     Transcript regarding Hearing Held on 05/14/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19666]

F.     Transcript regarding Hearing Held on 5/28/20 at 9:59 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/26/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/4/2020. Statement of Redaction Request Due By 8/18/2020. Redacted Transcript Submission Due By 8/28/2020. Transcript access will be restricted through 10/26/2020 (Filed: 7/28/2020) [ECF No. 19668]

G.     Transcript regarding Hearing Held on 7/29/20 at 10:00 AM RE: Conference on Letter of Baker & Hostetler dated March 5, 2020 re Mediation. Remote electronic access to the transcript is restricted until 10/29/2020. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 8/7/2020. Statement of Redaction Request Due By 8/21/2020.

       Redacted Transcript Submission Due By 8/31/2020. Transcript access will be restricted through 10/29/2020 (Filed: 7/31/2020) [ECF No. 19682]

H.      Transcript regarding Hearing Held on 10/28/20 at 10:00 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 1/27/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 11/5/2020. Statement of Redaction Request Due By 11/19/2020. Redacted Transcript Submission Due By 11/30/2020. Transcript access will be restricted through 1/27/2021. (Filed: 10/29/2020) [APN No. 10-04889, ECF No. 102]

I.      Transcript regarding Hearing Held on 12/16/20 at 9:59 AM RE: Status Conference re Mediations. Remote electronic access to the transcript is restricted until 3/29/2021. The transcript may be viewed at the Bankruptcy Court Clerk's Office. [Transcription Service Agency: Veritext Legal Solutions.]. (See the Courts Website for contact information for the Transcription Service Agency.). Notice of Intent to Request Redaction Deadline Due By 1/5/2021. Statement of Redaction Request Due By 1/19/2021. Redacted Transcript Submission Due By 1/29/2021. Transcript access will be restricted through 3/29/2021. (Cales, Humberto) (Entered: 12/30/2020). (Filed: 12/29/2020) [APN No. 10-04889, ECF No. 104]

**Status**:    This matter is going forward as a status conference.

Dated: January 19, 2021           Respectfully submitted,
       New York, New York

                                            */s/ Nicholas J. Cremona*
                                            **Baker & Hostetler LLP**
                                            45 Rockefeller Plaza
                                            New York, New York 10111
                                            Telephone: (212) 589-4200
                                            Facsimile: (212) 589-4201
                                            David J. Sheehan
                                            Email: dsheehan@bakerlaw.com
                                            Nicholas J. Cremona
                                            Email: ncremona@bakerlaw.com

                                            *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

3