**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff, <br><br> -against- <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES, LLC et al., <br><br> Defendants. | **Adv. Pro. No. 08-01789 (SMB)** <br><br> **SIPA LIQUIDATION** |

**NOTICE OF APPEARANCE AND REQUEST**
**FOR SERVICE OF ALL PLEADINGS AND DOCUMENTS**

**PLEASE TAKE NOTICE** that Steven I. Froot of Boies Schiller Flexner LLP, an attorney admitted to practice before this Court, hereby appears on behalf of Defendant ZCM Asset Holding Company (Bermuda) LLC in the above-captioned adversary proceeding.

**PLEASE TAKE FURTHER NOTICE** that pursuant to Federal Bankruptcy Rules 2002, 9007 and 9010, all notices, motions, applications, reports, stipulations, pleadings, orders, complaints, and other documents filed in the above-captioned matter without limitation should be duly served upon:

> Steven I. Froot
> BOIES SCHILLER FLEXNER LLP
> 55 Hudson Yards
> New York, New York 10001
> Phone: (212) 446-2300
> Facsimile: (212) 446-2350
> sfroot@bsfllp.com

Dated:  January 25, 2021
         New York, New York

Respectfully submitted,

/s/ Steven I. Froot
Steven I. Froot
BOIES SCHILLER FLEXNER LLP
55 Hudson Yards
New York, New York 10001
Phone: (212) 446-2300
Facsimile: (212) 446-2350
sfroot@bsfllp.com

*Attorney for Defendant ZCM Asset Holding Company (Bermuda) LLC*