**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, <br><br> Plaintiff-Applicant, <br><br> v. <br><br> BERNARD L. MADOFF INVESTMENT SECURITIES LLC, <br><br> Defendant. | Adv. Pro. No. 08-01789 (SMB) <br><br> SIPA LIQUIDATION <br><br> (Substantively Consolidated) |

**NOTICE OF WITHDRAWAL OF OBJECTIONS TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS**

Carol L. Kamenstein, David R. Kamenstein, Sloan G. Kamenstein, and Tracy Kamenstein Markin (the "Claimants"), having filed objections (Docket No. 550–52, 1065) to the Trustee's Notices of Determination of Claim respecting Claimants' customer claim numbers 000184, 000196, 000177, and 000189, hereby give notice that they withdraw their respective objections.

Dated: January 25, 2021

CHAITMAN LLP

*s/Helen Chaitman*
Helen Chaitman
465 Park Avenue
New York, NY 10022
Tel. No. 888-759-1114

*Attorney for Claimants*