**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>         Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>         Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>         Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>         Plaintiff,<br><br>v.<br><br>BANQUE SYZ & CO., SA,<br><br>         Defendant. | Adv. Pro. No. 11-02149 (SMB) |

**NOTICE OF ADJOURNMENT OF THE PRE-TRIAL CONFERENCE**

  **PLEASE TAKE NOTICE** that the pre-trial conference in the above-captioned adversary proceeding, which was previously scheduled for January 27, 2021, has been adjourned to **March 31, 2021, at 10:00 a.m.**

**PLEASE TAKE FURTHER NOTICE** that the above-referenced pre-trial conference will be held before the United States Bankruptcy Court.

Dated: January 25, 2021
      New York, New York

                    By:    */s/ David J. Sheehan*
                             Baker & Hostetler LLP
                             45 Rockefeller Plaza
                             New York, New York 10111
                             Telephone: 212.589.4200
                             Facsimile: 212.589.4201
                             David J. Sheehan
                             Email: dsheehan@bakerlaw.com
                             Geraldine E. Ponto
                             Email: gponto@bakerlaw.com

                             *Attorneys for Irving H. Picard, Trustee for the*
                             *Substantively Consolidated SIPA Liquidation*
                             *of Bernard L. Madoff Investment Securities LLC*
                             *and the Chapter 7 Estate of Bernard L. Madoff*