**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone:  (212) 589-4200
Facsimile:  (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>              Plaintiff,<br><br>      v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>            Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>            Debtor. | |

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on January 26, 2021 a copy of the *Notice of Agenda for Matters Scheduled for Hearing on January 27, 2021 at 10:00 a.m.* (*10-04438 (CGM) Picard v. Estate of Seymour Epstein, et al.*) (ECF No. 20244) was filed electronically. Notice of this filing has been sent through

the Court's Electronic Case Filing System and via electronic transmission to the email addresses

designated for delivery set forth on the attached Schedule A.


Dated: January 26, 2021
       New York, New York

Respectfully submitted,

*/s/ Nicholas J. Cremona*
**Baker & Hostetler LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Thomas L. Long
Email: tlong@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for*
*the Substantively Consolidated SIPA*
*Liquidation of Bernard L. Madoff Investment*
*Securities LLC and the Chapter 7 Estate of*
*Bernard L. Madoff*

# Schedule A

## Defendant Counsel

hchaitman@chaitmanllp.com; abigail.coster@srz.com; adberlin@aitkenberlin.com;
aehrlich@paulweiss.com; ahadjikow@brunellelaw.com; brunellelaw@gmail.com;
amy.swedberg@maslon.com; andrea.robinson@wilmerhale.com; angelinal@jpfirm.com;
anisselson@windelsmarx.com; asteinberg@kslaw.com; attrnylwyr@yahoo.com;
bankruptcy@morrisoncohen.com; barrysher@paulhastings.com; bdk@schlamstone.com;
benjamin.loveland@wilmerhale.com; bhanyc@gmail.com; blax@laxneville.com;
bneville@laxneville.com; bscott@klestadt.com; bsharton@goodwinprocter.com;
bsmoore@pbnlaw.com; carole.neville@dentons.com; cboccuzzi@cgsh.com;
cglick@certilmanbalin.com; csalomon@beckerglynn.com; dana.seshens@davispolk.com;
danielholzman@quinnemanuel.com; dapfel@goodwinprocter.com; david.kotler@dechert.com;
david.livshiz@freshfields.com; david@dboltonpc.com; davidbernfeld@bernfeld-dematteo.com;
Dean.Nicyper@withersworldwide.com; dglosband@goodwinprocter.com; dgolub@sgtlaw.com;
dhirsch@sglawyers.com; dhykal@willkie.com; dmolton@brownrudnick.com;
dstone@stonemagnalaw.com; EFrejka@FREJKA.com; eletey@riddellwilliams.com;
eric.lewis@baachrobinson.com; ffm@bostonbusinesslaw.com; fhperkins@morrisoncohen.com;
fstrong@wmd-law.com; gary.stein@srz.com; gbrunelle@brunellelaw.com;
brunellelaw@gmail.com; gdexter@chaitmanllp.com; george.shuster@wilmerhale.com;
ghirsch@sillscummis.com; glee@mofo.com; gpw@stim-warmuth.com;
gwoodfield@haileshaw.com; hchaitman@chaitmanllp.com; hjones@jonesschwartz.com;
hkleinhendler@wmllp.com; hsimon@windelsmarx.com; hulme.james@arentfox.com;
jconlon@mayerbrown.com; jeanites@whiteandwilliams.com; Jeff.Butler@CliffordChance.com;
jeffreybernfeld@bernfeld-dematteo.com; jlavin@lavinassociates.com; jlevine@stblaw.com;
jmr@msf-law.com; joel@joelherz.com; jshickich@riddellwilliams.com;
jspanier@abbeyspanier.com; karen.wagner@davispolk.com; kirby@investlaw.net;
klibrera@winston.com; lawkap@aol.com; lindsayweber@quinnemanuel.com; lkjesq@lkjesq.com;
max@fmlaw.net; mcalabrese@earthlink.net; mcohen@cohengresser.com;
Michael.Blumenthal@tklaw.com; michael.goldberg@akerman.com; mking@gibsondunn.com;
mkupillas@milberg.com; mmulholland@rmfpc.com; mudem@askllp.com; MVC@CiresiConlin.com;
paminolroaya@seegerweiss.com; PDMoore@duanemorris.com; pjw@stim-warmuth.com;
pwang@foley.com; rabrams@katskykorins.com; rcirillo@kslaw.com; rexlee@quinnemanuel.com;
Rhaddad@OSHR.com; rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com;
richard@kgalaw.com; richardsignorelli@gmail.com; rsignorelli@nycLITIGATOR.com;
Riela@thsh.com; rmccord@certilmanbalin.com; robert.yalen@usdoj.gov;
robertloigman@quinnemanuel.com; rosenberg@clayro.com; rschwed@shearman.com;
russell@yankwitt.com; schristianson@buchalter.com; sdumain@milberg.com;
sfarber@winston.com; sfishbein@shearman.com; sgeller@bellowslaw.com; Siciliano@thsh.com;
sir@msf-law.com; smhonig@duanemorris.com; snewman@katskykorins.com;
srosen@rosenpc.com; sschlesinger@jaspanllp.com; sscott@jaspanllp.com; sstorch@samlegal.com;
susheelkirpalani@quinnemanuel.com; sweiss@seegerweiss.com; tmiodonka@fdh.com;
ttelesca@rmfpc.com; vdrohan@dlkny.com; wahabib@habiblaw.net; wrtansey@ravichmeyer.com;
Yeskoo@yeskoolaw.com; alan@cosnerlaw.com; andy.huang@ipcg.com.sg;
arlenerc54@hotmail.com; arroyo@rya.es; arroyoignacio@hotmail.com;
berniebraverman@gmail.com; berthold.troiss@capitalbank.at; bionicdoll@aol.com;

birgit.peters2010@yahoo.com; bobjen8@bigpond.com; charles.robins@weil.com; chore55@yahoo.com; daved628@aol.com; david1943@comcast.net; dgottesman@firstmanhattan.com; doctor1000@earthlink.net; eau203@gmail.com; Eric.Lewis@baachrobinson.com; fcohen@duanemorris.com; freedomlo@yahoo.com.hk; galejs@gmail.com; gary.libra@gmail.com; gdnite@earthlink.net; hstern@wzssa.com; hyassky@aol.com; icbcmylee@yahoo.com.tw; info@pfcintl.com; j.delaire@yahoo.com; jakefigi2@aol.com; jaqueslamac@gmail.com; joannerosen@gmail.com; jwang@sipc.org; k.caputo@sipc.org; kbell@sipc.org; krishnamurthyp@sec.gov; krizia_ligale@yahoo.com.hk; leyla.hill@hos.com; lindencoppell@gmail.com; lovormon@aol.com; maddockspaul@gmail.com; marciroses@aol.com; marny@corsair2.com; mattfcarroll@msn.com; mauricesandler@gmail.com; mdweb27@me.com; mguzzino@resnicknyc.com; mrkruze@comcast.net; msoslow@untracht.com; muchhal@netvigator.com; mwinick@hotmail.com; ndver@comcast.net; nkelley@sipc.org; optics58@gmail.com; pabst@mantomgmt.com; peplady5@gmail.com; richard.hoefer@utanet.at; rjch@netvigator.com; rng67@comcast.net; rreardon@stblaw.com; rudolf.rausch@gmail.com; simcha.gutgold@gmail.com; srohdie@bellsouth.net; stanleymkatz@mac.com; stuart@silverboxsw.com; swansont@sec.gov; tim.balbirnie@gmail.com; vasilescua@sec.gov; wc.helsdingen@casema.nl; yiuleung@yahoo.com.hk; yiuleunghk@gmail.com