**BAKER & HOSTETLER LLP**

45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation of*
*Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff, | |
| v. | SIPA LIQUIDATION |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | (Substantively Consolidated) |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Chapter 7 Estate of Bernard L. Madoff, | Adv. Pro. No.  10-04357 (SMB) |
| Plaintiff, | |
| vs. | |
| JAMES GREIFF, | |
| Defendant. | |

**<u>NOTICE OF ADJOURNMENT OF FINAL PRE-TRIAL CONFERENCE</u>**

**PLEASE TAKE NOTICE** that the final pre-trial conference in the above-referenced adversary proceeding previously scheduled for January 27, 2021 at 10:00 a.m. has been adjourned to a date to be determined.

**PLEASE TAKE FURTHER NOTICE** that the above-referenced hearing will be held before the United States Bankruptcy Court for the Southern District of New York.

Dated: January 26, 2021  
      New York, New York

Respectfully submitted,

By:    */s/ Nicholas J. Cremona*  
       **BAKER & HOSTETLER LLP**  
       45 Rockefeller Plaza  
       New York, New York 10111  
       Telephone: (212) 589-4200  
       Facsimile: (212) 589-4201  
       David J. Sheehan  
       Email: dsheehan@bakerlaw.com  
       Nicholas J. Cremona  
       Email: ncremona@bakerlaw.com

       *Attorneys for Irving H. Picard, Trustee for the*  
       *Substantively Consolidated SIPA Liquidation of*  
       *Bernard L. Madoff Investment Securities LLC*  
       *and the Chapter 7 Estate of Bernard L. Madoff*