Baker & Hostetler LLP
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Nicholas J. Cremona

*Attorneys for Irving H. Picard, Trustee
for the Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and for the Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>Plaintiff,<br><br>v.<br><br>JAMES GREIFF,<br><br>Defendant. | Adv. Pro. No. 10-04357 (SMB) |

**STIPULATION FOR ENTRY OF JUDGMENT**

IT IS HEREBY STIPULATED AND AGREED by and between plaintiff Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff

Investment Securities LLC and for the Estate of Bernard L. Madoff (the "Trustee") and James Greiff ("Defendant") (the Trustee and Defendant are collectively referred to as the "Parties", and individually as a "Party"), as follows:

1. The Trustee shall be entitled to immediate entry of a Consent Judgment, a copy of which is attached hereto as Exhibit 1, entered against Defendant in the amount of $2,595,940.

2. Defendant confirms the amount set forth in paragraph 1 above, but nothing herein shall be deemed to be an admission by him, or a determination by the Court, that he received any amounts of the alleged transfers.

3. That judgment shall be final for all purposes upon entry of judgment and each Party waives any right to appeal therefrom.

4. That Defendant, represented in this action by counsel, has read and understands the contents of this Stipulation for Entry of Judgment (this "Stipulation").

5. That this Stipulation shall be filed immediately upon its execution. This Stipulation may be signed in counterparts, all of which when taken together shall constitute the agreement of the Parties hereto. A photocopy, facsimile or email signature to this Stipulation shall be deemed as an original signature for any and all purposes.

Dated: January 27, 2021

                                                       BAKER & HOSTETLER LLP

                                                       By: /s/ Nicholas J. Cremona
                                                       45 Rockefeller Plaza
                                                       New York, New York 10111
                                                       Telephone: 212.589.4200
                                                       Facsimile: 212.589.4201
                                                       David J. Sheehan
                                                       Email: dsheehan@bakerlaw.com
                                                       Nicholas J. Cremona
                                                       Email: ncremona@bakerlaw.com

                                                       *Attorneys for Irving H. Picard, Trustee for the*
                                                       *Substantively Consolidated SIPA Liquidation*
                                                       *of Bernard L. Madoff Investment Securities*
                                                       *LLC and for the Estate of Bernard L. Madoff*

                                                       _____
                                                       Defendant James Greiff

                                                       **DENTONS US LLP**

                                                       By: /s/ Arthur H. Ruegger
                                                       1221 Avenue of the Americas
                                                       New York, New York 10020
                                                       Telephone: 212.768.6700
                                                       Facsimile: 212.768.6800
                                                       Arthur H. Ruegger
                                                       Email: arthur.ruegger@dentons.com
                                                       Carole Neville
                                                       Email: carole.neville@dentons.com

                                                       *Attorneys for Defendant*

4828-8883-4521.1

Dated: January 27, 2021

**BAKER & HOSTETLER LLP**

By:_____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

/s/ *James Greiff*
Defendant James Greiff

**DENTONS US LLP**

By:_____
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.768.6700
Facsimile: 212.768.6800
Arthur H. Ruegger
Email: arthur.ruegger@dentons.com
Carole Neville
Email: carole.neville@dentons.com

*Attorneys for Defendant*

4828-8883-4521.1