## Exhibit 1

4828-8883-4521.1

Exhibit 1

UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                  Plaintiff-Applicant,<br><br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                  Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                  Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff,<br><br>v.<br><br>JAMES GREIFF,<br><br>                  Defendant. | Adv. Pro. No. 10-04357 (SMB) |

## CONSENT JUDGMENT

**WHEREAS**, Irving H. Picard (the "Trustee") is the trustee for the liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act ("SIPA"), 15 U.S.C. § 78aaa *et seq.*, substantively consolidated with the liquidation under chapter 7 of the Bankruptcy Code, 11 U.S.C. § 101 *et seq.*, of the estate of Bernard L. Madoff ("Madoff"), currently pending in United States Bankruptcy Court for the Southern District of New York (the "Bankruptcy Court") as Case No. 08-01789 (SMB);

4828-8883-4521.1

WHEREAS, the Trustee is duly qualified to serve and act on behalf of the consolidated estate of BLMIS and Madoff;

WHEREAS, on or about November 30, 2010, the Trustee commenced the above-captioned adversary proceeding in the Bankruptcy Court, alleging, *inter alia*, that defendant James Greiff received avoidable transfers in an amount aggregating Two Million, Five Hundred Ninety Five Thousand, Nine Hundred and Forty United States Dollars ($2,595,940) (the "Avoidable Transfers") in connection with BLMIS Account No. 1ZB324 (the "Trustee's Claims");

WHEREAS, on or about January 27, 2021, the Trustee and Defendant entered into a Stipulation for Entry of Judgment ("Stipulation"); and

WHEREAS, pursuant to the terms of the Stipulation, Defendant has consented to the entry of judgment against him (the "Consent Judgment") with respect to the Trustee's Claims and the Avoidable Transfers.

**NOW, THEREFORE, IT IS HEREBY ORDERED AND ADJUDGED THAT:**

1. Subject to the terms of that certain Stipulation, and as set forth in the recitals above, the Consent Judgment is hereby entered in favor of the Trustee and against Defendant in the amount of $2,595,940.

2. The Consent Judgment is defined and limited as set forth herein and by the terms of the Stipulation.

3. The undersigned represent that the respective parties have obtained the advice of counsel and are consenting and agreeing to all of the terms of this Consent Judgment freely and voluntarily.

4. The Clerk of Court shall enter this Consent Judgment on the Docket.

4828-8883-4521.1

**AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:**

**DENTONS US LLP**

By: _____
1221 Avenue of the Americas
New York, New York 10020
Telephone: 212.768.6700
Facsimile: 212.768.6800
Arthur H. Ruegger
Email: arthur.ruegger@dentons.com
Carole Neville
Email: carole.neville@dentons.com

*Attorneys for Defendant*

By: _____
**DEFENDANT JAMES GREIFF**

**BAKER & HOSTETLER LLP**

By: _____
45 Rockefeller Plaza
New York, New York 10111
Telephone: 212.589.4200
Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Nicholas J. Cremona
Email: ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff*

**SO ORDERED**

This _____ day of _____, 2021

_____
**HONORABLE STUART M. BERNSTEIN**
**UNITED STATES BANKRUPTCY JUDGE**

4828-8883-4521 1

**AGREED AND CONSENTED TO AS TO FORM AND SUBSTANCE:**

| | |
|---|---|
| **DENTONS US LLP** | **BAKER & HOSTETLER LLP** |
| By:_____ | By: _____ |
| 1221 Avenue of the Americas | 45 Rockefeller Plaza |
| New York, New York 10020 | New York, New York 10111 |
| Telephone: 212.768.6700 | Telephone: 212.589.4200 |
| Facsimile: 212.768.6800 | Facsimile: 212.589.4201 |
| Arthur H. Ruegger | David J. Sheehan |
| Email: arthur.ruegger@dentons.com | Email: dsheehan@bakerlaw.com |
| Carole Neville | Nicholas J. Cremona |
| Email: carole.neville@dentons.com | Email: ncremona@bakerlaw.com |
| *Attorneys for Defendant* | *Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and for the Estate of Bernard L. Madoff* |

By: /s/ *James Greiff*
**DEFENDANT JAMES GREIFF**

**SO ORDERED**

This _____ day of _____, 2021


_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE