| | |
|---|---|
| **BAKER & HOSTETLER LLP**<br>45 Rockefeller Plaza<br>New York, NY 10111<br>Telephone: (212) 589-4200<br>Facsimile: (212) 589-4201 | **Hearing Date: February 24, 2021**<br>**Time: 10:00 a.m.**<br><br>**Objections Due: February 17, 2021**<br>**Time: 5:00 p.m.** |

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff,<br>v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>                Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>                Plaintiff,<br><br>v.<br><br>THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST | Adv. Pro. No. 10-05124 (SMB) |

and THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED 11/20/1991,

Defendants.

## NOTICE OF MOTION TO STRIKE DEFENDANTS' ANSWER

**PLEASE TAKE NOTICE** that Irving H. Picard, as trustee of Bernard L. Madoff Investment Securities LLC under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa *et seq.*, and the substantively consolidated Chapter 7 estate of Bernard L. Madoff, by and through his undersigned counsel, will move before the Honorable Stuart M. Bernstein, United States Bankruptcy Judge, at the United States Bankruptcy Court, the Alexander Hamilton Customs House, One Bowling Green, New York, New York 10004, on **February 24, 2021 at 10:00 a.m.**, or as soon thereafter as counsel may be heard, seeking entry of an order granting the Trustee's Motion to Strike Defendants' Answer (the "Motion"), as more particularly set forth in the Motion and the Declaration of Nicholas J. Cremona in Support of Motion to Strike Defendants' Answer.

**PLEASE TAKE FURTHER NOTICE** pursuant to the Court's General Order M-543, *In re: Coronavirus/COVID-19 Pandemic, Court Operations Under the Exigent Circumstances Created by COVID-19*, dated March 20, 2020, all hearings will be conducted telephonically pending further Order of the Court. All parties who wish to participate in the Hearing must refer to Judge Bernstein's guidelines for telephonic appearances and are required to make arrangements to appear telephonically with Court Solutions LLC at https://www.court-solutions.com/ no later than 12:00 p.m. (Eastern Time) one business day before the Hearing. Further instructions regarding telephonic appearances via Court Solutions can be found on the Court's website at http://www.nysb.uscourts.gov/news/general-order-m-543-court-operations-under-exigent-circumstances-created-covid-19. Pro se parties may participate telephonically in hearings free of charge.

**PLEASE TAKE FURTHER NOTICE** that written objections to the Motion must be filed with the Clerk of the United States Bankruptcy Court, One Bowling Green, New York, New York 10004 by no later than **5:00 p.m. on February 17, 2021** (with a courtesy copy delivered to the Chambers of the Honorable Stuart M. Bernstein) and must be served upon (a) Baker & Hostetler LLP, 45 Rockefeller Plaza, New York, New York 10111, Attn: David J. Sheehan; (b) Dentons US LLP, 1221 Avenue of the Americas, New York, New York 10020, Attn: Carole Neville; and (c) Securities Investor Protection Corporation, 1667 K Street, N.W., Suite 10, Washington, DC 20006, Attn: Kevin Bell.  Any objections must specifically state the interest that the objecting party has in these proceedings and the specific basis of any objection to the Motion.

**PLEASE TAKE FURTHER NOTICE** that failure to file timely objections may result in the entry of an order granting the relief requested in the Motion without further notice to any party or an opportunity to be heard.

Dated: New York, New York
February 2, 2021

Of Counsel:

**BAKER HOSTETLER LLP**
811 Main, Suite 1100
Houston, Texas 77002
Telephone: (713) 751-1600
Facsimile: (713) 751-1717
Dean D. Hunt
Email: dhunt@bakerlaw.com

By: */s/ Nicholas J. Cremona*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone:  212.589.4200
Facsimile:  212.589.4201
David J. Sheehan
Email:  dsheehan@bakerlaw.com
Nicholas J. Cremona
Email:  ncremona@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*