**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>      Plaintiff,<br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>      Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br><br>      Plaintiff,<br><br>  v.<br><br>THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST, THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED, 11/20/1991, and THERESA R. RYAN, individually and in her capacities as trustee of THE LAWRENCE J. RYAN AND THERESA R. RYAN REVOCABLE LIVING TRUST and THE LAWRENCE J. RYAN BY-PASS TRUST UNDER DECLARATION OF TRUST DATED 11/20/1991,<br><br>      Defendants. | Adv. Pro. No. 10-05124 (SMB) |

**[PROPOSED] ORDER STRIKING DEFENDANTS' ANSWER**

Upon consideration of the Trustee's Motion to Strike Defendants' Answer (the "Motion"), and the Court having considered all objections, declarations and other pleadings related to the Motion, and any arguments of the parties, the Court has determined that good and sufficient cause exists for granting the relief requested in the Motion.  Therefore,

IT IS HEREBY ORDERED that the Motion is GRANTED.

IT IS HEREBY ORDERED that the Trustee may present an order striking Defendants' Answer and seeking entry of default judgment against Defendants.

IT IS HEREBY ORDERED this Court shall retain jurisdiction over the parties to this Adversary Proceeding for the purpose of, among other things, enforcing this Order.

Dated: New York, New York
        February __, 2021

_____
HONORABLE STUART M. BERNSTEIN
UNITED STATES BANKRUPTCY JUDGE