# EXHIBIT A

| | |
|---|---|
| **From:** | Dan Ryan |
| **To:** | Carlisle, Marie L. |
| **Cc:** | Hunt, Dean D.; Teri Ryan |
| **Subject:** | Re: Adv. Pro. No. 10-05124, Picard v. Ryan Trust, Order granting Ms. Chaitman"s Withdrawal as Counsel |
| **Date:** | Friday, February 21, 2020 7:18:13 PM |
| **Attachments:** | Adv Pro No 10-05124, Picard v. Ryan Trust, 022120 Corresp re Order Granting Ms. Chaitman"s Withdrawal.pdf |

[External Email: Use caution when clicking on links or opening attachments.]

Hi Marie,

Thank you for sending the letter. I plan on speaking with my mother this weekend regarding next steps.

Have a great weekend,
Dan Ryan
415.606.4194

On Friday, February 21, 2020, 03:44:40 PM PST, Carlisle, Marie L. <mcarlisle@bakerlaw.com> wrote:


Ryan,


Attached is a courtesy copy of a letter sent to your mother today providing a copy of the Judge's order granting Ms. Chaitman's withdrawal as counsel in the case. The letter was sent to your mother today via the U.S. postal service.


Thanks,


Marie


Marie Carlisle
Partner


[cid:95e18cf4-e7a0-2aa1-afe6-93e832f666eb@yahoo.com]


811 Main Street | Suite 1100
Houston, TX 77002-6111

T +1.713.646.1388

mcarlisle@bakerlaw.com<mailto:mcarlisle@bakerlaw.com>
bakerlaw.com<http://www.bakerlaw.com/>

[cid:dd08f379-4619-8098-1bb9-6c3d86a8431c@yahoo.com]<http://www.bakerlaw.com/FindLawyers.aspx?Lookup_By_Email=mcarlisle>[cid:de1de630-7661-8d52-150f-07bdc151a1e4@yahoo.com]<http://www.bakerlaw.com/vcards/mcarlisle.vcf>

_____

This email is intended only for the use of the party to which it is
addressed and may contain information that is privileged,
confidential, or protected by law. If you are not the intended
recipient you are hereby notified that any dissemination, copying
or distribution of this email or its contents is strictly prohibited.
If you have received this message in error, please notify us immediately
by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content
of this email is limited to the matters specifically addressed herein
and may not contain a full description of all relevant facts or a
complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of
inaccuracies as information could be intercepted, corrupted, lost,
destroyed, arrive late or incomplete, or contain viruses. Therefore,
we do not accept responsibility for any errors or omissions that are
present in this email, or any attachment, that have arisen as a result
of e-mail transmission.