# ATTACHMENT A

## MEMORANDUM ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: __8/12/2020__

*HELEN DAVIS CHAITMAN*
hchaitman@chaitmanllp.com

August 12, 2020

**VIA ECF**

Hon. Gregory H. Woods, U.S.D.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan Courthouse
500 Pearl Street
New York, New York 10007-1312

    Re:    **Irving H. Picard v. Estate of Seymour Epstein et al**
            **Civil Action No. 20-cv-01377 (GHW)**

Dear Judge Woods:

    I write on behalf of the Defendants to inform the Court that, in view of the proceedings in the Bankruptcy Court, we have decided not to file a motion before Your Honor at this time.

                              Respectfully submitted,

                              */s/ Helen Davis Chaitman*

                              Helen Davis Chaitman

In light of Defendants' decision not to bring a motion to withdraw the bankruptcy reference, there is nothing more for this Court to do in this case. Accordingly, the Court dismisses the case without prejudice under Federal Rule of Civil Procedure 41(a)(2).

The Clerk of Court is directed to terminate all pending motions and to close this case.

SO ORDERED.

Dated: August 12, 2020

                                                                        _____
                                                                     GREGORY H. WOODS
                                                                   United States District Judge

{00045040 1 }