# ATTACHMENT D

Access to transcript restricted