UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>  v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

### NOTICE OF WITHDRAWAL OF OBJECTION

The Estate of Benjamin T. Heller, as successor to Benjamin T. Heller (the "Claimant"), and Claimant having filed an objection (the "Objection", Docket No. 1082) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (## 013764, 013765, 014058, and 014059), hereby gives notice that it withdraws such Objection.

Dated: January 25, 2021

                *Helen Davis Chaitman*
                Helen Davis Chaitman
                *on behalf of* The Estate of Benjamin T. Heller
                Chaitman LLP
                465 Park Avenue
                New York, NY 10022
                (888) 759-1114

                *Attorneys for The Estate of Benjamin T. Heller*