**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201

*Attorneys for Irving H. Picard, Trustee for the*
*Substantively Consolidated SIPA Liquidation*
*of Bernard L. Madoff Investment Securities LLC*
*and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　　　　　Plaintiff-Applicant,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |

## CERTIFICATE OF SERVICE

I hereby certify that on February 4, 2021 a copy of the *Notice of Withdrawal of Objection to Trustee's Determination of Certain Customer Claims* (Claim Nos. 013764, 013765, 014058 and 014059) (ECF No. 20259) was filed electronically. Notice of this filing has been sent through the Court's Electronic Case Filing System and via electronic transmission to the email addresses designated for delivery set forth on the attached Schedule A.

Dated: February 4, 2021
　　　　New York, New York

　　　　　　　　　　　　　　　　　　By:　*/s/ David J. Sheehan*
　　　　　　　　　　　　　　　　　　　　　Baker & Hostetler LLP
　　　　　　　　　　　　　　　　　　　　　45 Rockefeller Plaza
　　　　　　　　　　　　　　　　　　　　　New York, New York 10111
　　　　　　　　　　　　　　　　　　　　　Telephone: 212.589.4200

Facsimile: 212.589.4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation
of Bernard L. Madoff Investment Securities LLC
and the Chapter 7 Estate of Bernard L. Madoff*

# Schedule A

**Defendant Counsel**

hchaitman@chaitmanllp.com; abigail.coster@srz.com; adberlin@aitkenberlin.com; aehrlich@paulweiss.com; ahadjikow@brunellelaw.com; brunellelaw@gmail.com; amy.swedberg@maslon.com; andrea.robinson@wilmerhale.com; angelinal@jpfirm.com; anisselson@windelsmarx.com; asteinberg@kslaw.com; attrnylwyr@yahoo.com; bankruptcy@morrisoncohen.com; barrysher@paulhastings.com; bdk@schlamstone.com; benjamin.loveland@wilmerhale.com; bhanyc@gmail.com; blax@laxneville.com; bneville@laxneville.com; bscott@klestadt.com; bsharton@goodwinprocter.com; bsmoore@pbnlaw.com; carole.neville@dentons.com; cboccuzzi@cgsh.com; cglick@certilmanbalin.com; csalomon@beckerglynn.com; dana.seshens@davispolk.com; danielholzman@quinnemanuel.com; dapfel@goodwinprocter.com; david.kotler@dechert.com; david.livshiz@freshfields.com; david@dboltonpc.com; davidbernfeld@bernfeld-dematteo.com; Dean.Nicyper@withersworldwide.com; dglosband@goodwinprocter.com; dgolub@sgtlaw.com; dhirsch@sglawyers.com; dhykal@willkie.com; dmolton@brownrudnick.com; dstone@stonemagnalaw.com; EFrejka@FREJKA.com; eletey@riddellwilliams.com; eric.lewis@baachrobinson.com; ffm@bostonbusinesslaw.com; fhperkins@morrisoncohen.com; fstrong@wmd-law.com; gary.stein@srz.com; gbrunelle@brunellelaw.com; brunellelaw@gmail.com; gdexter@chaitmanllp.com; george.shuster@wilmerhale.com; ghirsch@sillscummis.com; glee@mofo.com; gpw@stim-warmuth.com; gwoodfield@haileshaw.com; hchaitman@chaitmanllp.com; hjones@jonesschwartz.com; hkleinhendler@wmllp.com; hsimon@windelsmarx.com; hulme.james@arentfox.com; jconlon@mayerbrown.com; jeanites@whiteandwilliams.com; Jeff.Butler@CliffordChance.com; jeffreybernfeld@bernfeld-dematteo.com; jlavin@lavinassociates.com; jlevine@stblaw.com; jmr@msf-law.com; joel@joelherz.com; jshickich@riddellwilliams.com; jspanier@abbeyspanier.com; karen.wagner@davispolk.com; kirby@investlaw.net; klibrera@winston.com; lawkap@aol.com; lindsayweber@quinnemanuel.com; lkjesq@lkjesq.com; max@fmlaw.net; mcalabrese@earthlink.net; mcohen@cohengresser.com; Michael.Blumenthal@tklaw.com; michael.goldberg@akerman.com; mking@gibsondunn.com; mkupillas@milberg.com; mmulholland@rmfpc.com; mudem@askllp.com; MVC@CiresiConlin.com; paminolroaya@seegerweiss.com; PDMoore@duanemorris.com; pjw@stim-warmuth.com; pwang@foley.com; rabrams@katskykorins.com; rcirillo@kslaw.com; rexlee@quinnemanuel.com; Rhaddad@OSHR.com; rhorwitz@conroysimberg.com; eservicewpb@conroysimberg.com; richard@kgalaw.com; richardsignorelli@gmail.com; rsignorelli@nycLITIGATOR.com; Riela@thsh.com; rmccord@certilmanbalin.com; robert.yalen@usdoj.gov; robertloigman@quinnemanuel.com; rosenberg@clayro.com; rschwed@shearman.com; russell@yankwitt.com; schristianson@buchalter.com; sdumain@milberg.com; sfarber@winston.com; sfishbein@shearman.com; sfroot@bsfllp.com; sgeller@bellowslaw.com; Siciliano@thsh.com; sir@msf-law.com; smhonig@duanemorris.com; snewman@katskykorins.com; srosen@rosenpc.com; sschlesinger@jaspanllp.com; sscott@jaspanllp.com; sstorch@samlegal.com; susheelkirpalani@quinnemanuel.com; sweiss@seegerweiss.com; tmiodonka@fdh.com; ttelesca@rmfpc.com; vdrohan@dlkny.com; wahabib@habiblaw.net; wrtansey@ravichmeyer.com; Yeskoo@yeskoolaw.com; alan@cosnerlaw.com; andy.huang@ipcg.com.sg; arlenerc54@hotmail.com; arroyo@rya.es;

arroyoignacio@hotmail.com; berniebraverman@gmail.com; berthold.troiss@capitalbank.at; bionicdoll@aol.com; birgit.peters2010@yahoo.com; bobjen8@bigpond.com; charles.robins@weil.com; chore55@yahoo.com; daved628@aol.com; david1943@comcast.net; dgottesman@firstmanhattan.com; doctor1000@earthlink.net; eau203@gmail.com; Eric.Lewis@baachrobinson.com; fcohen@duanemorris.com; freedomlo@yahoo.com.hk; galejs@gmail.com; gary.libra@gmail.com; gdnite@earthlink.net; hstern@wzssa.com; hyassky@aol.com; icbcmylee@yahoo.com.tw; info@pfcintl.com; j.delaire@yahoo.com; jakefigi2@aol.com; jaqueslamac@gmail.com; joannerosen@gmail.com; jwang@sipc.org; k.caputo@sipc.org; kbell@sipc.org; krishnamurthyp@sec.gov; krizia_ligale@yahoo.com.hk; leyla.hill@hos.com; lindencoppell@gmail.com; lovormon@aol.com; maddockspaul@gmail.com; marciroses@aol.com; marny@corsair2.com; mattfcarroll@msn.com; mauricesandler@gmail.com; mdweb27@me.com; mguzzino@resnicknyc.com; mrkruze@comcast.net; msoslow@untracht.com; muchhal@netvigator.com; mwinick@hotmail.com; ndver@comcast.net; nkelley@sipc.org; optics58@gmail.com; pabst@mantomgmt.com; peplady5@gmail.com; richard.hoefer@utanet.at; rjch@netvigator.com; rng67@comcast.net; rreardon@stblaw.com; rudolf.rausch@gmail.com; simcha.gutgold@gmail.com; srohdie@bellsouth.net; stanleymkatz@mac.com; stuart@silverboxsw.com; swansont@sec.gov; tim.balbirnie@gmail.com; vasilescua@sec.gov; wc.helsdingen@casema.nl; yiuleung@yahoo.com.hk; yiuleunghk@gmail.com