CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: 212-504-6866
Jack G. Stern  (jack.stern@cwt.com)
*Attorney for Defendant ZCM Asset Holding Company (Bermuda) LLC*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>            Plaintiff,<br><br>    -against-<br><br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC et al.,<br><br>            Defendants. | **Adv. Pro. No. 08-01789 (SMB)**<br><br>**SIPA LIQUIDATION** |

### NOTICE OF WITHDRAWAL OF APPEARANCE AND REQUEST FOR REMOVAL FROM SERVICE LIST

**PLEASE TAKE NOTICE** that Jack G. Stern, formerly associated with the law firm of Boies Schiller Flexner LLP, hereby withdraws his appearance as counsel on behalf of Defendant ZCM Asset Holding Company (Bermuda) LLC in the above-captioned adversary proceeding. Please note that this withdrawal is limited only to Mr. Stern and is not intended to affect any appearances filed by other attorneys at Boies Schiller Flexner LLP, which will continue to represent the Defendant.

**PLEASE TAKE FURTHER NOTICE** that Jack G. Stern requests that he be removed from any and all mailing matrices and service lists in the above-captioned adversary

proceeding. All other counsel of record will continue to represent the Defendant and are not intended to be affected by this notice.

This Notice and Request is precipitated by Mr. Stern's departure from the firm of Boies Schiller Flexner LLP effective January 29, 2021.

Dated:   February 5, 2021
         New York, New York

                                                Respectfully submitted,

/s/ Jack G. Stern
Jack G. Stern
CADWALADER, WICKERSHAM & TAFT LLP
200 Liberty Street
New York, NY 10281
Tel: 212-504-6866
E-mail: jack.stern@cwt.com

*Attorney for Defendant ZCM Asset Holding Company (Bermuda) LLC*