**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                Plaintiff-Applicant,<br><br>       v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

Keith Schaffer (the "Claimant"), having filed an objection (the "Objection," ECF No. 1032) to the Trustee's Notice of Determination of Claim respecting Claimant's customer claims (#011596, 100399), hereby gives notice that he withdraws such Objection.

Dated: February 5, 2021                                  CHAITMAN LLP

                                                                   */s/ Helen Chaitman*
                                                                   Helen Chaitman
                                                                   465 Park Avenue
                                                                   New York, NY 10022
                                                                   Tel. No. 888-759-1114

                                                                   *Attorneys for the Claimant*