**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　　Plaintiff-Applicant,<br><br>　　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>　　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |

## NOTICE OF WITHDRAWAL OF OBJECTION TO TRUSTEE'S DETERMINATION OF CERTAIN CUSTOMER CLAIMS

Carla Hirschhorn and Stanley Hirschhorn (the "Claimants"), having filed an objection (the "Objection," ECF No. 1025) to the Trustee's Notice of Determination of Claim respecting Claimants' customer claims (#008978, 100114), hereby gives notice that they withdraw such Objection.

Dated: February 5, 2021　　　　　　　　　　CHAITMAN LLP

　　　　　　　　　　　　　　　　　　　　　*/s/ Helen Chaitman*
　　　　　　　　　　　　　　　　　　　　　Helen Chaitman
　　　　　　　　　　　　　　　　　　　　　465 Park Avenue
　　　　　　　　　　　　　　　　　　　　　New York, NY 10022
　　　　　　　　　　　　　　　　　　　　　Tel. No. 888-759-1114

　　　　　　　　　　　　　　　　　　　　　*Attorneys for the Claimant*