# EXHIBIT C

## Picard v. Estate of Seymour Epstein, et al./Proposed Judgment

Cremona, Nicholas J. [ncremona@bakerlaw.com]
**Sent:** Tuesday, February 02, 2021 11:58 AM
**To:** Helen Chaitman
**Cc:** Hoang, Lan [lhoang@bakerlaw.com]
**Attachments:** 10-04438_Epstein_Proposed~1.docx (26 KB)

Helen,

Judge Morris' recent decision in this matter directed the Trustee to submit a proposed order implementing her findings and conclusions. Accordingly, we enclose for your review a proposed order consistent with Local Bankruptcy Rule 9074-1(a). Please note that this order tracks Judge Morris' recent order implementing her decision in the Mann case, which had virtually the same findings and conclusions. Please advise if defendants consent to the attached so we may advise the Court whether the order is submitted on consent of all parties.

Thank you.

**Nicholas J. Cremona**
Partner

BakerHostetler

45 Rockefeller Plaza
New York, NY 10111-0100
T +1.212.589.4682

ncremona@bakerlaw.com
bakerlaw.com



This email is intended only for the use of the party to which it is addressed and may contain information that is privileged, confidential, or protected by law. If you are not the intended recipient you are hereby notified that any dissemination, copying or distribution of this email or its contents is strictly prohibited. If you have received this message in error, please notify us immediately by replying to the message and deleting it from your computer.

Any tax advice in this email is for information purposes only. The content of this email is limited to the matters specifically addressed herein and may not contain a full description of all relevant facts or a complete analysis of all relevant issues or authorities.

Internet communications are not assured to be secure or clear of inaccuracies as information could be intercepted, corrupted, lost, destroyed, arrive late or incomplete, or contain viruses. Therefore, we do not accept responsibility for any errors or omissions that are present in this email, or any attachment, that have arisen as a result of e-mail transmission.