# EXHIBIT G

**SHELBURNE SHIRT CO., INC.**
c/o Buchbinder Tunick & Company LLP
One Pennsylvania Plaza – Suite 5335
New York, NY 10119

November 19, 2009

<u>**VIA CERTIFIED MAIL**</u>

Internal Revenue Service
Cincinnati, OH 45999

Re: Shelburne Shirt Co., Inc.
EIN: 13-5588694

Dear Sir or Madam:

Please be advised that the above-referenced New York corporation was dissolved on November 17, 2009 and, accordingly, the business account should be closed. Enclosed is a copy of the dissolution filing receipt for your records.

Very truly yours,

Wayne Epstein
Vice President

WPDOCS/PART_Q/Q09602/DISSOLUTION(IRS)-11-19-09

**New York State Department of**
**Taxation and Finance**

Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

Consent date: 11/17/09

Taxpayer ID: B-13-5588694-2

To the Secretary of State:
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

SHELBURNE SHIRT CO., INC.

This consent is effective until:    2/16/10

By _____*Jamie Woodward*_____
For the Commissioner of Taxation and Finance

TR-960 (6/05)                Department of State copy

(Tear here)

**New York State Department of**
**Taxation and Finance**

Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

Consent date: 11/17/09

Taxpayer ID: B-13-5588694-2

To the Secretary of State:
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

SHELBURNE SHIRT CO., INC.

This consent is effective until:    2/16/10

By _____*Jamie Woodward*_____
For the Commissioner of Taxation and Finance

TR-960 (6/05)                Department of State copy

(Tear here)

**New York State Department of**
**Taxation and Finance**

Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

Consent date: 11/17/09

Taxpayer ID: B-13-5588694-2

To the Secretary of State:
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

SHELBURNE SHIRT CO., INC.

This consent is effective until:    2/16/10

By _____*Jamie Woodward*_____
For the Commissioner of Taxation and Finance

TR-960 (6/05)                **Taxpayer copy**



7008 3230 0003 2876 2995

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL™**

7008 3230 0003 2876 2995

7008 3230 0003 2876 2995

U.S. Postal Service™

**CERTIFIED MAIL™ RECEIPT**

*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

OFFICIAL USE

C04602 Letter to Shelburne Ins Re Dissolution

| | | |
|---|---|---|
| Postage | $ | Postmark Here |
| Certified Fee | | |
| Return Receipt Fee (Endorsement Required) | | |
| Restricted Delivery Fee (Endorsement Required) | | |

DEPARTMENT OF THE TREASURY
INTERNAL REVENUE SERVICE
CINCINNATI, OH 45999

PS Form 3800, August 2006 See Reverse for Instructions

New York State
Department of State
Division of Corporations, State Records
and Uniform Commercial Code
One Commerce Plaza, 99 Washington Avenue
Albany, NY 12231
www.dos.state.ny.us

# CERTIFICATE OF DISSOLUTION
# OF

SHELBURNE SHIRT CO. INC.

*(Insert Name of Corporation)*

Under Section 1003 of the Business Corporation Law

**FIRST:** The name of the corporation is:

SHELBURNE SHIRT CO. INC.

If the name of the corporation has been changed, the name under which it was formed is:


**SECOND:** The certificate of incorporation was filed with the Department of State on:

MARCH 6, 1928

**THIRD:** The name and address of each officer and director of the corporation is:
WAYNE EPSTEIN
5306 GERMAINE TERRACE
CHARLOTTE, NC 28226-3300

RICHARD ROTHENBERG
5 CAMBRIDGE CIRCLE
HILTON HEAD, SC 29928

ALAN PETER SCHNEIDER
118 EAST 60TH ST., APT. 6H
NEW YORK, NY 10022


**FOURTH:** The corporation elects to dissolve.


DOS-1337 (Rev. 5/08)

**FIFTH:** *(Check the statement that applies)*

☐ The dissolution was authorized at a meeting of shareholders by two-thirds of the votes of all outstanding shares entitled to vote.

☒ The dissolution was authorized at a meeting of shareholders by a unanimous consent of all outstanding shares entitled to vote.

☐ The dissolution was authorized by the unanimous written consent of the holders of all outstanding shares entitled to vote without a meeting.

X _(Signature)_

WAYNE EPSTEIN
*(Print or Type Name of Signer)*

VICE PRESIDENT
*(Print or Type Title of Signer)*

## CERTIFICATE OF DISSOLUTION

## OF

SHELBURNE SHIRT CO. INC.
*(Insert Name of Corporation)*

Under Section 1003 of the Business Corporation Law

Filer's Name  SHELBURNE SHIRT CO. INC.

Address  c/o BUCHBINDER TUNICK & COMPANY LLP, 1 PENNSYLVANIA PLAZA

City, State and Zip Code  NEW YORK, NY 10119

Note: This form was prepared by the New York State Department of State for filing a Certificate of Dissolution for a domestic business corporation. You are not required to use this form. You may draft your own form or use forms available at legal stationery stores. The Certificate of Dissolution must be signed by an officer, director, attorney-in-fact or duly authorized person. The consent of the State Tax Commission must be attached to the Certificate of Dissolution. The certificate must be accompanied by a $60 filing fee. The Department of State recommends that all legal documents be prepared under the guidance of an attorney.

For DOS Use Only

**New York State Department of**
**Taxation and Finance**
Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

**Consent date:** 11/17/09

**Taxpayer ID:** B-13-5588694-2

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

SHELBURNE SHIRT CO., INC.

This consent is effective until:   2/16/10

By _____*Jamie Woodward*_____
For the Commissioner of Taxation and Finance

TR-960 (6/05)                     **Department of State copy**

(Tear here)

**New York State Department of**
**Taxation and Finance**
Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

**Consent to Dissolution of a Corporation**

**Consent date:** 11/17/09

**Taxpayer ID:** B-13-5588694-2

**To the Secretary of State:**
Pursuant to provisions of section 1004 of Article 10 of the Business Corporation Law, the Commissioner of Taxation and Finance hereby consents to the dissolution of:

SHELBURNE SHIRT CO., INC.

This consent is effective until:   2/16/10

By _____*Jamie Woodward*_____
For the Commissioner of Taxation and Finance

TR-960 (6/05)                     **Department of State copy**

**SHELBURNE SHIRT CO., INC.**

2278

1-32/210

DATE Nov. 19, 2009

PAY TO THE ORDER OF Department of State        $60 00/100

Sixty 00/100                                    DOLLARS

Fleet
60592
www.fleet.com
Textile & Apparel Division Office
New York, New York 10036

SHELBURNE SHIRT CO., INC.

FOR B-13-5588699-2

⑆002278⑆ ⑉021000322⑉ 25925 49284⑆

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

C09602
Shebanwe FNYS Dissolution

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Sent To: **NEW YORK STATE DEPARTMENT OF STATE DIVISION OF CORPORATIONS**
Street, Apt or PO Box
City, State: **ALBANY, NY 12231**

7008 3230 0003 2876 2988

CERTIFIED MAIL™

**New York State Department of Taxation and Finance**

Taxpayer Services and Revenue Division
W A Harriman Campus
Albany NY 12227

# Consent to Dissolution of a Corporation - Filing Instructions

Filed by:

SHELBURNE SHIRT CO., INC.
BUCHBINDER TUNICK & COMPANY
1 PENNSYLVANIA PLZ
NEW YORK NY 10119

Consent date: 11/17/09

Taxpayer ID: B-13-5588694-2

**Corporation name:**

SHELBURNE SHIRT CO., INC.

The Commissioner of Taxation and Finance consents to the dissolution of the corporation named above. Three copies of the Form TR-960, *Consent to Dissolution of a Corporation,* are enclosed.

The corporation must prepare a *Certificate of Dissolution* to submit to the Department of State. Printed Certificate of Dissolution forms may be obtained from legal forms suppliers and are available on the Department of State's Web site at *www.dos.state.ny.us.* It is not necessary to use a pre-printed form. You may compose your own certificate, but it must contain the information and format required under section 1003 of the Business Corporation Law. Information about requirements for a *Certificate of Dissolution* may also be obtained from the Department of State by calling (518) 473-2492.

Send two copies of the enclosed consent form (retain one copy for your records), the *Certificate of Dissolution,* and the $60 filing fee, payable to the **Department of State,** directly to:

**NEW YORK STATE DEPARTMENT OF STATE
DIVISION OF CORPORATIONS
ALBANY NY 12231**

The dissolution is not final until it has been processed by the Department of State. A filing receipt will be sent to you once processing is complete.

**Please note:** The consent is valid for <u>90 days</u> from the consent date issued above. If the *Certificate of Dissolution* is not filed by the Department of State within 90 days, the consent will expire and the corporation may be subject to filing additional franchise tax returns and paying additional franchise taxes.

**Need help?**


**Internet access:** *www.nystax.gov*
(for information, forms, and publications)


**Fax-on-demand forms:** Forms are
available 24 hours a day,
7 days a week.       1 800 748-3676


**Telephone assistance** is available from 8:00 A.M.
to 5:00 P.M. (eastern time), Monday through
Friday.
**Corporation Tax** Information Center: (518) 485-6027
For in-state callers without free
long distance:       1 888 698-2908
To order forms and publications:    (518) 457-5431
For in-state callers without free
long distance:       1 800 462-8100


**Text Telephone (TTY) Hotline** (for persons with hearing and speech disabilities using a TTY): If you have access to a TTY, contact us at 1 800 634-2110. If you do not own a TTY, check with independent living centers or community action programs to find out where machines are available for public use.


**Persons with disabilities:** In compliance with the Americans with Disabilities Act, we will ensure that our lobbies, offices, meeting rooms, and other facilities are accessible to persons with disabilities. If you have questions about special accommodations for persons with disabilities, call the information center.

TR-960-I (4/09)     TDP0000116 3162115