**CHAITMAN LLP**
Helen Davis Chaitman
hchaitman@chaitmanllp.com
465 Park Avenue
New York, New York 10022
Phone & Fax: 888-759-1114

Hearing Date: March 3, 2021
Hearing Time: 10:00 AM

Objection Date: February 24, 2021

*Attorneys for Defendants*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>ESTATE OF SEYMOUR EPSTEIN,<br><br>MURIEL EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or trusts created by the Last Will and Testament of Seymour Epstein, as executor of the Estate and/or trustee of the Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>HERBERT C. KANTOR, trustee of the Trusts created by the Last Will and Testament of Seymour Epstein,<br><br>and<br><br>SHELBURNE SHIRT COMPANY, INC., | Adv. Pro. No. 10-04438 (CGM) |

{00046015 1 }

Defendants.

# CERTIFICATE OF SERVICE

I hereby certify that on February 5, 2021, I caused a true and correct copy of the following documents:

- Notice of Motion for Relief from Judgment, Consideration of Objections, Entry of Counter-Proposed Order and Stay of Judgment Pending Appeal;
- Proposed order;
- Memorandum of Law in Support of Motion; and
- Declaration of Helen Davis Chaitman with Exhibits A through G,

to be served upon all parties in this action who receive electronic service through CM/ECF and by electronic mail upon the parties listed below:

> David J. Sheehan, Esq.
> dsheehan@bakerlaw.com
> Nicholas J. Cremona, Esq.
> ncremona@bakerlaw.com
> Baker & Hostetler LLP
> 45 Rockefeller Plaza, 11th Floor
> New York, New York 10111

I declare under penalty of perjury that the foregoing statements are true and correct

Dated:  New York, New York                 */s/ Helen Davis Chaitman*
        February 5, 2021

{00046015 1 }