**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, NY 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Erika K. Thomas

*Attorneys for Irving H. Picard, Trustee for the
Substantively Consolidated SIPA Liquidation of
Bernard L. Madoff Investment Securities LLC
and for the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>               Plaintiff,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>               Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>               Debtor. | |

**NOTICE OF AGENDA FOR MATTERS SCHEDULED**
**FOR HEARING ON FEBRUARY 10, 2021 AT 11:00 A.M.**

**CONTESTED MATTERS**

1. **10-03800; Picard v. Fairfield Greenwich Group, et al.**

    A.  Memorandum of Law in Support of Motion to Dismiss filed by Peter E. Kazanoff on behalf of Amit Vijayvergiya, Andres Piedrahita, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Jeffrey Tucker, Walter M. Noel, Jr. (Filed: 4/23/2019) [ECF No. 99]

B.      Declaration of Peter E. Kazanoff in Support of Motion to Dismiss filed by Peter E. Kazanoff on behalf of Amit Vijayvergiya, Andres Piedrahita, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Jeffrey Tucker, Walter M. Noel, Jr. (Filed: 4/23/2019) [ECF No. 100]

**Related Documents**:

C.      Notice of Motion to Dismiss the [Proposed] Second Amended Complaint filed by Peter E. Kazanoff on behalf of Amit Vijayvergiya, Andres Piedrahita, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Jeffrey Tucker, Walter M. Noel, Jr. (Filed: 4/19/2019) [ECF No. 98]

D.      So Ordered Stipulation Signed On 6/19/2019. Re: Adjourning Motion to Dismiss Briefing Schedule (Barrett, Chantel) (Filed: 6/20/2019) [ECF No. 105]

E.      Stipulation and Order for Supplemental Briefing on Defendants' Motion to Dismiss signed on 11/17/2020. (DuBois, Linda) (Filed: 11/8/2020) [ECF No. 137]

F.      Letter to Judge Morris re: conflict of law analysis filed by Geraldine E. Ponto on behalf of Irving H. Picard (Filed: 12/11/2020) [ECF No. 145]

G.      Supplemental Memorandum of Law in Further Support of Defendants' Motion to Dismiss the [Proposed] Second Amended Complaint (related document(s)98) filed by Peter E. Kazanoff on behalf of Amit Vijayvergiya, Andres Piedrahita, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Jeffrey Tucker, Walter M. Noel, Jr. (Filed: 12/11/2020) [ECF No. 146]

H.      Letter to Judge Morris re: choice of law filed by Geraldine E. Ponto on behalf of Irving H. Picard (Filed: 12/18/2020) [ECF No. 149]

I.      Notice of Hearing to consider the Motion to Dismiss Adversary Proceeding filed by Peter E. Kazanoff on behalf of Amit Vijayvergiya, Andres Piedrahita, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Jeffrey Tucker, Walter M. Noel, Jr. filed by Clerk of Court, United States Bankruptcy Court, SDNY. with hearing to be held on 2/10/2021 at 11:00 AM at Teleconference Line (CourtSolutions) (CGM) (Ashmeade, Vanessa) (Filed: 1/13/2021) [ECF No. 153]

**Objections Due**:          September 23, 2019

**Objections Filed**:

J.     Memorandum of Law in Opposition to Defendants' Motion to Dismiss the Trustee's [Proposed] Second Amended Complaint filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 9/23/2019) [ECF No. 118]

K.     Declaration of Jonathan A. Forman in Support of the Trustee's Opposition to Defendants' Motion to Dismiss the Trustee's [Proposed] Second Amended Complaint filed by Oren Warshavsky on behalf of Irving H. Picard (Filed: 9/23/2019) [ECF No. 119]

L.     Trustee's Supplemental Memorandum of Law in Opposition to Defendants' Motion to Dismiss (related document(s)98) filed by David J. Sheehan on behalf of Irving H. Picard (Filed: 11/25/2020) [ECF No. 141]

**Replies Due**:          October 2, 2020

**Replies Filed**:

M.    Reply to Motion to Dismiss the Proposed Second Amended Complaint filed by Peter E. Kazanoff on behalf of Amit Vijayvergiya, Andres Piedrahita, Corina Noel Piedrahita, Fairfield Greenwich (Bermuda) Limited, Fairfield Greenwich Advisors, L.L.C, Fairfield Greenwich Limited, Fairfield International Managers, Inc., Jeffrey Tucker, Walter M. Noel, Jr. (Filed: 10/2/2020) [ECF No. 129], pursuant to the Fifth Order Concerning Mediation (Filed: 8/20/2020) [ECF No. 128]

**Status:**     This matter is going forward.

Dated: February 10, 2021
New York, New York

By:     */s/ David J. Sheehan*
**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com
Erika K. Thomas
Email: ekthomas@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*