UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>                    Plaintiff-Applicant,<br>     v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA LIQUIDATION<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>                      Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC,<br><br>                  Plaintiff/Appellee,<br>     v.<br><br>BAM L.P., MICHAEL MANN and MERYL MANN,<br><br>                  Defendants. | 21-CV-0395 (PGG) (SLC)<br><br>Adv. Pro. No. 10-04390 (SMB) |

## STIPULATION OF VOLUNTARY DISMISSAL

Defendants/Appellants BAM L.P., Michael Mann and Meryl Mann (collectively, the "Defendants/Appellants") having filed on January 5, 2021 a Joint Notice of Appeal in the United States Bankruptcy Court for the Southern District of New York, which Joint Notice was docketed in this Court on January 15, 2021 [ECF No. 1]; and

Defendants/Appellants having filed on January 6, 2021 an Amended Joint Notice of Appeal in the United States Bankruptcy Court for the Southern District of New York, which Amended Joint Notice was docketed in this Court on January 15, 2021 [ECF No. 3];

IT IS STIPULATED AND AGREED, pursuant to the provisions of Fed. R. Bankr. Proc. 8023, by and between the undersigned, who are all of the parties to this appeal, that this appeal be dismissed with prejudice, and it is

FURTHER STIPULATED AND AGREED that any unpaid costs and fees of this appeal be paid by the Defendants/Appellants.

Dated: February 9, 2021
New York, New York

**BAKER & HOSTETLER LLP**

By: _/s/ Lan Hoang_
David J. Sheehan
Nicholas J. Cremona
Lan Hoang
45 Rockefeller Plaza
New York, New York 10111
Tel: (212) 589-4200
Fax: (212) 589-4201
Email: dsheehan@bakerlaw.com
Email: ncremona@bakerlaw.com
Email: lhoang@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Estate of Bernard L. Madoff*

**DENTONS US LLP**

By: _/s/ Arthur H. Ruegger_
Arthur H. Ruegger
Carole Neville
1221 Avenue of the Americas
New York, New York 10020
Tel: (212) 768-6700
Fax: (212) 768-6800
Email: arthur.ruegger@dentons.com

*Attorneys for the Appellants, BAM L.P., Michael Mann and Meryl Mann*

SO ORDERED.

_/s/ Paul G. Gardephe_
Paul G. Gardephe
United States District Judge

Dated: February 10, 2021

2

US_Active\116458293\V-1