# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEWYORK

In re:  )
 ) Chapter 11
Bernard L Madoff Investments )
Securities LLC ) Case No. 08-01789
 )
Debtors.

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ASM CAPITAL, LP, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating to ALL OF ITS claims be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ASM Capital, LP
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

New Address:

ASM Capital, LP
162 Yukon Drive
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ASM Capital, LP

Signature: _/s/ Adam Moskowitz_
Print Name: Adam Moskowitz
Title: Managing Member
Date: 2/12/2021

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEWYORK

In re:                                    )
                                          ) Chapter 11
Bernard L Madoff Investments              )
    Securities LLC                        ) Case No. 08-01789
                                          )
              Debtors.

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ASM CAPITAL IV, LP, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating to ALL OF ITS claims be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ASM Capital IV, LP
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

New Address:

ASM Capital IV, LP
162 Yukon Drive
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ASM Capital IV, LP

Signature: _[signed]_
Print Name: Adam Moskowitz
Title: Managing Member
Date: 2/12/2021

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEWYORK

In re: )
) Chapter 11
Bernard L Madoff Investments )
Securities LLC ) Case No. 08-01789
)
Debtors. )

**NOTICE OF CHANGE OF ADDRESS**

**PLEASE TAKE NOTICE** that ASM CAPITAL III, LP, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating to ALL OF ITS claims be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ASM Capital III, LP
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

New Address:

ASM Capital III, LP
162 Yukon Drive
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ASM Capital III, LP
Signature: _[signature]_
Print Name: Adam Moskowitz
Title: Managing Member
Date: 2/12/2021

IN THE UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF NEWYORK

In re:                                             )
                                                   ) Chapter 11
Bernard L Madoff Investments                       )
     Securities LLC                                ) Case No. 08-01789
                                                   )
           Debtors.

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ASM CAPITAL V, LP, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating to ALL OF ITS claims be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ASM Capital V, LP
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

New Address:

ASM Capital V, LP
162 Yukon Drive
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ASM Capital V, LP

Signature: _____
Print Name: Adam Moskowitz
Title: Managing Member
Date: 2/12/2021

# IN THE UNITED STATES BANKRUPTCY COURT
## SOUTHERN DISTRICT OF NEWYORK

In re:                                          )
                                                ) Chapter 11
Bernard L Madoff Investments                    )
   Securities LLC                               ) Case No. 08-01789
                                                )
            Debtors.

### NOTICE OF CHANGE OF ADDRESS

**PLEASE TAKE NOTICE** that ASM CAPITAL SIP, LP, a creditor in the case of the above-captioned debtors ("Debtors"), directs the Debtors and counsel for the Debtors (including the claims and distribution agent appointed in these cases) to change its address for the purpose of administering its claim (as listed on the Debtors' schedules and claims register), and hereby requests that service of any pleadings, notices, correspondence and all distributions relating to ALL OF ITS claims be sent to the new address set forth below, effective as of the date hereof.

Former Address(es):

ASM Capital SIP, LP
7600 Jericho Turnpike, Suite 302
Woodbury, NY 11797

New Address:

ASM Capital SIP, LP
162 Yukon Drive
Woodbury, NY 11797

I declare under penalty of perjury that the foregoing is true and correct.

ASM Capital SIP, LP

Signature: _[signed]_
Print Name: Adam Moskowitz
Title: Managing Member
Date: 2/12/2021