**BAKER & HOSTETLER LLP**
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

Presentment Date: February 24, 2021
Time: 12:00 p.m.

Objections Due: February 24, 2021
Time: 11:00 a.m.

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>        Plaintiff-Applicant,<br><br>        v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>        Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>        Debtor. | |

**TRUSTEE'S APPLICATION FOR AN ORDER APPROVING THE
RETENTION OF NELSONS ATTORNEYS AT LAW LTD. AS SPECIAL COUNSEL**

Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa, *et seq*. ("SIPA"), and the Chapter 7 estate of Bernard L. Madoff (together with BLMIS, the "Debtor"), by and through his undersigned counsel, hereby submits this Application for authority to retain Nelsons Attorneys at Law Ltd. ("Nelsons") as special counsel in the Cayman Islands and respectfully represents as follows:

## Jurisdiction

1. This Court has jurisdiction over this Application under SIPA section 78eee(b) and 28 U.S.C. §§ 157 and 1334. This matter is a core proceeding within the meaning of 28 U.S.C. § 157(b)(2). Venue in this District is proper under 28 U.S.C. §§ 1408 and 1409.

2. The statutory predicates for the relief sought herein are section 78eee(b)(3) of SIPA, sections 327(e), 328, 329 and 330 of the Bankruptcy Code, and Fed. R. Bankr. P. 2014.

## Background

3. On December 11, 2008, the Securities and Exchange Commission filed a complaint in the United States District Court for the Southern District of New York against Bernard L. Madoff and BLMIS, alleging that Madoff and BLMIS engaged in fraud through the investment advisory activities of BLMIS. *See United States v. Madoff*, No. 08 CV 10791 (S.D.N.Y. 2008).

4. On December 15, 2008, the Honorable Louis L. Stanton of the United States District Court for the Southern District of New York entered an order pursuant to SIPA, which in pertinent part:

   a) appointed the Trustee for the liquidation of the business of BLMIS pursuant to section 78eee(b)(3) of SIPA;

   b) appointed Baker & Hostetler LLP as counsel to the Trustee pursuant to section 78eee(b)(3) of SIPA; and

   c) removed the case to this Bankruptcy Court pursuant to section 78eee(b)(4) of SIPA.

5. On April 21, 2009, the Trustee, with the approval of the Securities Investor Protection Corporation ("SIPC") and the Bankruptcy Court, retained Higgs & Johnson (formerly Higgs Johnson Truman Bodden & Co.) ("Higgs Johnson") as special counsel to the Trustee in legal matters pertaining to Cayman Islands law. Higgs Johnson ceased its operation, and on July

13, 2020, its final fee application was filed in the Bankruptcy Court and was subsequently approved. The Trustee's lead attorney at Higgs Johnson, Mr. John Harris, recently joined a new Cayman Islands law firm, Nelsons Attorneys at Law Ltd. ("Nelsons").

6. While at Higgs Johnson, Mr. Harris exclusively managed the Madoff engagement for the Trustee. The Trustee seeks to retain Mr. Harris and Nelsons to advise the Trustee regarding various issues under Cayman Islands law and BLMIS-related legal matters currently pending against defendants domiciled in the Cayman Islands.

### Relief Requested

7. Nelsons is a Cayman Islands-based litigation boutique law firm with renowned asset recovery and bankruptcy practices. Mr. Harris, a partner at Nelsons, is an experienced commercial litigator with expertise in insolvency and restructuring and cross-border litigation.

8. The services of Nelsons and Mr. Harris are necessary and essential to enable the Trustee to execute faithfully his duties in the SIPA liquidation proceeding. The Trustee, therefore, proposes to retain and employ Nelsons with regard to litigation and any similar matters as directed by the Trustee.

9. The Trustee submits that the retention of Nelsons is permissible under section 78eee(b)(3) of SIPA and is in the best interest of the Debtor's estate, customers, and creditors. To the best of the Trustee's knowledge, and as set out in Mr. Harris's declaration of disinterestedness annexed hereto as Exhibit A, the partners of Nelsons are disinterested pursuant to section 78eee(b)(3) of SIPA and do not hold or represent any interest adverse to the Debtor's estate with respect to the appeal.

10. Nelsons is willing to act on the Trustee's behalf to render the foregoing professional services and will be compensated at agreed upon rates, listed below, which reflect a reduction of its normal rates by ten percent (10%). Applications for compensation to Nelson will

be filed with this Court pursuant to applicable statutes, rules, and orders of this Court. Nelsons's rate information is as follows:

| Attorney | Standard Hourly Rates | Discounted Hourly Rates |
|---|---|---|
| Partner | $850.00 | $765.00 |
| Associates | $690.00 | $621.00 |
| Paralegals | $265.00 | $238.50 |

Nelsons and Baker & Hostetler will coordinate so that there will be no duplication of efforts.

11. SIPC has no objection to this Application and, pursuant to SIPA section 78eee(b)(3), SIPC specifies that the Trustee should be authorized to retain Nelsons as special counsel in the Cayman Islands.

## Notice

12. Notice of this Application will be provided by U.S. Mail or email to (i) all parties included in the Master Service List as defined in the Order Establishing Notice Procedures (ECF No. 4560); (ii) all parties that have filed a notice of appearance in this case; (iii) the SEC; (iv) the IRS; (v) the United States Attorney for the Southern District of New York; and (vi) SIPC, pursuant to the Order Establishing Notice Procedures (ECF No. 4560). The Trustee submits that no other or further notice is required.

**WHEREFORE**, the Trustee respectfully requests that the Court enter an order substantially in the form of <u>Exhibit B</u> hereto, (a) granting this Application; (b) authorizing the Trustee to employ Nelsons as special counsel in the Cayman Islands for the purposes described herein; and (c) granting the Trustee such other and further relief as is just and proper.

Dated: February 18, 2021
       New York, New York

Respectfully submitted,

/s/ *David J. Sheehan*
Baker & Hostetler LLP
45 Rockefeller Plaza
New York, New York 10111
Telephone: (212) 589-4200
Facsimile: (212) 589-4201
David J. Sheehan
Email: dsheehan@bakerlaw.com

*Attorneys for Irving H. Picard, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and the Chapter 7 Estate of Bernard L. Madoff*