## **EXHIBIT B**

**Proposed Order**

| | |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION, | |
| Plaintiff-Applicant, | Adv. Pro. No. 08-01789 (SMB) |
| v. | SIPA Liquidation |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | (Substantively Consolidated) |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |

**ORDER GRANTING THE TRUSTEE'S APPLICATION TO
RETAIN NELSONS ATTORNEYS AT LAW LTD. AS SPECIAL COUNSEL**

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Nelsons Attorneys at Law Ltd. ("Nelsons") as special counsel in the Cayman Islands, and upon the declaration of Mr. John Harris submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

**IT IS HEREBY ORDERED THAT:**

1. The Application is **GRANTED**.

2. The Court finds that Nelsons is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

- 1 -

- 2 -

      3.      The Trustee is authorized to retain Nelsons as special counsel in the Cayman Islands to the Trustee as provided in the Application.

Dated: _____, 2021
       New York, New York

                                                      HONORABLE STUART M. BERNSTEIN
                                                      UNITED STATES BANKRUPTCY JUDGE