# **EXHIBIT B**

**Proposed Order**

|  |  |
|---|---|
| UNITED STATES BANKRUPTCY COURT<br>SOUTHERN DISTRICT OF NEW YORK | |
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>    Plaintiff-Applicant,<br><br>    v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES LLC,<br><br>    Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF,<br><br>    Debtor. | |

**ORDER GRANTING THE TRUSTEE'S APPLICATION TO
RETAIN VELITOR LAW AS SPECIAL COUNSEL**

Upon the Application of Irving H. Picard (the "Trustee"), as trustee for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC, and the Chapter 7 estate of Bernard L. Madoff, for authority to retain Velitor Law ("Velitor") as special counsel, and upon the declaration of Mr. Seamus Andrew submitted in connection therewith, and due and proper notice having been given under the circumstances of this case, and after due deliberation,

   **IT IS HEREBY ORDERED THAT:**

   1.  The Application is **GRANTED**.

   2.  The Court finds that Velitor is deemed disinterested under 15 U.S.C. § 78eee(b)(6)(B).

- 1 -

- 2 -

      3.     The Trustee is authorized to retain Velitor as special counsel to the Trustee as provided in the Application.

Dated: _____, 2021
       New York, New York

                                                                                      _____
                                                                                    HONORABLE STUART M. BERNSTEIN
                                                                                    UNITED STATES BANKRUPTCY JUDGE