**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA LIQUIDATION |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | Adv. Pro. No. 10-04438 (SMB) |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff, | |
| Plaintiff, | |
| v. | |
| ESTATE OF SEYMOUR EPSTEIN, | |
| MURIEL EPSTEIN, as beneficiary and of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, as Executor of the Estate of Seymour Epstein, and as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, | |
| HERBERT C. KANTOR, as trustee of Trusts created by the Last Will and Testament of Seymour Epstein, | |
| RANDY EPSTEIN AUSTIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, | |
| ROBERT EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, | |

| |
|---|
| JANE EPSTEIN, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, <br><br>SUSAN EPSTEIN GROSS, as beneficiary of the Estate of Seymour Epstein and/or the Trusts created by the Last Will and Testament of Seymour Epstein, and <br><br>SHELBURNE SHIRT COMPANY, INC., <br><br>                              Defendants. |

**DECLARATION OF NICHOLAS J. CREMONA IN SUPPORT OF
TRUSTEE'S MEMORANDUM OF LAW IN OPPOSITION TO
DEFENDANTS' MOTION FOR RELIEF FROM JUDGMENT, CONSIDERATION OF
OBJECTIONS, ENTRY OF COUNTER-PROPOSED ORDER AND STAY
<u>OF JUDGMENT PENDING APPEAL</u>**

I, Nicholas J. Cremona, declare the following:

1.      I am a Partner with the law firm of Baker & Hostetler LLP, counsel to Irving H. Picard, as trustee ("Trustee") for the substantively consolidated liquidation of the business of Bernard L. Madoff Investment Securities LLC ("BLMIS") under the Securities Investor Protection Act, 15 U.S.C. §§ 78aaa–*lll*, and the chapter 7 estate of Bernard L. Madoff.  I submit this Declaration in support of the Trustee's memorandum of law in opposition to Defendants' motion for an order vacating the Judgment entered on February 4, 2021, considering Defendants' objections to the Judgment, entering the Counter-Proposed Order Defendants submitted in their objections, and staying enforcement of the Judgment pending appeal to an Article III Court.

2.      Attached hereto as Exhibit 1 is a true and correct copy of the transcript of the July 29, 2020 hearing before the Honorable Gregory H. Woods. Hr'g Tr., *Picard v. Estate of Seymour Epstein*, No. 20-cv-01377 (GHW) (S.D.N.Y. July 29, 2020).

2

3. Attached hereto as Exhibit 2 is a true and correct copy of the February 2, 2021 letter filed by Defendants' counsel in four cases with pending motions for summary judgment in in the district court. *Picard v. RAR Entrepreneurial Fund LTD*, No. 20-cv-01029 (S.D.N.Y. Feb. 2, 2021), ECF No. 42.

Pursuant to 28 U.S.C. § 1746, I hereby declare under penalty of perjury that the foregoing statements are true and correct.

Dated: February 24, 2021
      New York, New York

Respectfully submitted,

BAKER & HOSTETLER LLP

By: */s/ Nicholas J. Cremona*
    Nicholas J. Cremona