Ernest Edward Badway, Esq.
FOX ROTHSCHILD LLP
101 Park Avenue, 17th Floor
New York, New York 10178
(212) 878-7986
(212) 692-0940 (fax)
ebadway@foxrothschild.com

*Attorneys for WDG Associates Retirement Plan; Kuntzman Family L.L.C.; Jacqueline S. Green; and Wayne D. Green*

**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>BERNARD L. MADOFF INVESTMENT SECURITIES, LLC,<br><br>　　　　Defendant. | Adv. Pro. No. 08-01789 (SMB)<br><br>SIPA Liquidation<br><br>(Substantively Consolidated) |
| In re:<br><br>BERNARD L. MADOFF<br><br>　　　　Debtor. | |
| IRVING H. PICARD, Trustee for the Substantively Consolidated SIPA Liquidation of Bernard L. Madoff Investment Securities LLC and Bernard L. Madoff,<br>　　　　Plaintiff,<br><br>　　v.<br><br>KUNTZMAN FAMILY LLC; JACQUELINE D. GREEN, in her capacity as a Managing Member of the Kuntzman Family L.L.C. and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C, WAYNE D. GREEN, in his capacity as a Managing Member of the Kuntzman Family L.L.C.; JUDITH GATTEGNO, in her capacity as a Member of the Kuntzman Family L.L.C.; IRREVOCABLE TRUST FBO JENNIFER GATTEGNO, in its capacity as a Member of the Kuntzman Family LLC; AND IRREVOCABLE TRUST FBO ETHAN SIEGEL, in its capacity as a Member of the Kuntzman Family L.L.C,<br><br>　　　　Defendants. | Adv. Pro. No. 10-04752 (SMB) |

119891451.v1

**PLEASE TAKE NOTICE** that Ernest Edward Badway, Esq., of the law firm of Fox Rothschild LLP, hereby enters his appearance as counsel for WDG Associates Retirement Plan; Kuntzman Family L.L.C.; Jacqueline S. Green, in her capacity as a Managing Member of the Kuntzman Family L.L.C., and as Trustee of the Irrevocable Trust FBO Jennifer Gattegno and the Irrevocable Trust FBO Ethan Siegel, both members of the Kuntzman Family L.L.C; and Wayne D. Green, in his capacity as a Managing Member of the Kuntzman Family L.L.C., to represent them in connection with the above-captioned proceeding. Mr. Badway's address and telephone number are:

> FOX ROTHSCHILD LLP
> 101 Park Avenue, 17th Floor
> New York, New York 10178
> (212) 878-7986
> (212) 692-0940 (fax)
> E-Mail: ebadway@foxrothschild.com

Dated:     New York, New York
           February 24, 2021

                                    Respectfully submitted,

                                    **FOX ROTHSCHILD LLP**

                                    By: _/s/ Ernest Edward Badway_

                                    Ernest Edward Badway
                                    *Attorneys for WDG Associates Retirement Plan; Kuntzman Family L.L.C.; Jacqueline S. Green; and Wayne D. Green*

2

119891451.v1