**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**

| | |
|---|---|
| SECURITIES INVESTOR PROTECTION CORPORATION, | Adv. Pro. No. 08-01789 (SMB) |
| Plaintiff-Applicant, | SIPA Liquidation |
| v. | (Substantively Consolidated) |
| BERNARD L. MADOFF INVESTMENT SECURITIES LLC, | |
| Defendant. | |
| In re: | |
| BERNARD L. MADOFF, | |
| Debtor. | |
| IRVING H. PICARD, Trustee for the Liquidation of Bernard L. Madoff Investment Securities LLC, and Bernard L. Madoff, | Adv. Pro. No. 20-01316 (SMB) |
| Plaintiff, | |
| v. | |
| RAFAEL MAYER, DAVID MAYER, MONTPELLIER INTERNATIONAL LTD., PRINCE ASSETS LTD. (f/k/a PRINCE ASSETS LDC), KHRONOS GROUP LTD. (f/k/a MONTPELLIER RESOURCES LTD.), PRINCE RESOURCES LDC, MONTPELLIER USA HOLDINGS LLC, PRINCE CAPITAL PARTNERS LLC, and KHRONOS LIQUID OPPORTUNITIES FUND LTD., | |
| Defendants. | |

**ORDER GRANTING MOTION FOR**
**<u>ADMISSION TO PRACTICE, *PRO HAC VICE*</u>**

Upon the motion of Matthew M. Graham, to be admitted, *pro hac vice*, to represent David Mayer, a defendant in the above-referenced adversary proceeding, and upon the movant's certification that the movant is a member in good standing of the Bar of the State of Florida and

that the movant meets the other requirements for admission, *pro hac vice*, to practice in the United States Bankruptcy Court for the Southern District of New York, it is hereby

**ORDERED**, that Matthew M. Graham, Esq., is admitted to practice, *pro hac vice*, in the above-referenced adversary proceeding to represent Defendant David Mayer, provided that the filing fee has been paid.

Dated: **February 26, 2021**
New York, New York

/s/ **STUART M. BERNSTEIN**
UNITED STATES BANKRUPTCY JUDGE