**UNITED STATES BANKRUPTCY COURT**
**SOUTHERN DISTRICT OF NEW YORK**
One Bowling Green
New York, NY 10004–1408

| | |
|---|---|
| IN RE: Securities Investor Protection Corporation v. Bernard L. Madoff Investment Securities, LLC. et a | CASE NO.: 08–01789–cgm |
| Social Security/Taxpayer ID/Employer ID/Other Nos.: | CHAPTER: 0 |

# NOTICE OF CASE REASSIGNMENT

The above referenced case was reassigned to Judge Cecelia G. Morris on February 26, 2021 for administration. Please style all future captions with the appropriate judicial suffix (cgm ).

Dated: February 26, 2021                              Vito Genna
                                                     Clerk of the Court